B1 Official Form 1 (04/13)                                                                                     Page 1

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Corinthian Colleges, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**33-0717312** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street #Address of Debtor (No. & Street, City, State):<br>**6 Hutton Centre Drive, Suite 400**<br>**Santa Ana, CA**    ZIP CODE **92707** | Street Address of Joint Debtor (No. & Street, City, State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Orange County, California** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☒<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 Million | ☐<br>$1,000,001 to $10 million | ☒<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☒<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Corinthian Colleges, Inc.** | |
|---|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**See Schedule 1 attached hereto** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

B1 Official Form 1 (04/13)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Corinthian Colleges, Inc.** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br> Signature of Debtor<br>X _____<br> Signature of Joint Debtor<br>_____<br> Telephone Number (if not represented by attorney)<br>_____<br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br>_____<br>(Printed Name of Foreign Representative)<br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br><br>**Mark D. Collins (No. 2981)**<br>**Richards, Layton & Finger, P.A.**<br>**One Rodney Square**<br>**920 North King Street**<br>**Wilmington, Delaware 19801**<br>**Phone:  302-651-7700**<br><br>Date: May 4, 2015<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>_____<br>Social-Security Number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br>_____<br>Address<br>X _____<br>Signature<br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>William J. Nolan<br>Printed Name of Authorized Individual<br>Chief Restructuring Officer<br>Title of Authorized Individual<br>May 4, 2015<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., | § | |
| | § | Case No. 15-_____ (___) |
| | § | |
| | § | Joint Administration Requested |
| Debtors. | § | |

-------------------------------------------------------------

### EXHIBIT A TO VOLUNTARY PETITION

1. The Debtor's securities are registered under Section 12 of the Securities and Exchange Act of 1934, and the SEC file number is 0001066134.

2. The following financial data is the latest available information and refers to the debtor's condition on March 31, 2015.

   a. Total assets                    $19,200,000

   b. Total debts                    $143,100,000

   c. To the best of the Debtor's knowledge, none of its debt securities are held by more than 500 holders

   d. Equity Shares.

| Description | Amount | Approximate Number of Holders |
|---|---|---|
| Shares of preferred stock | 0 | 0 |
| Shares of common stock | 87,643,297 | 68 |

3. Brief description of the debtor's business:

   Corinthian Colleges, Inc. was founded in February 1995, and through acquisitions became one of the largest for-profit post-secondary education companies in the United States and Canada. The Company offered career-oriented diploma and degree programs in diverse fields such as health care, business, criminal justice, transportation technology and maintenance, construction trades, and information technology. At its peak, during 2013, the Company operated over 100 campuses and provided educational opportunities to approximately 81,284 students and had more than 10,000 employees. It also offered degrees online.

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor: No individual holders over 5%.

## SCHEDULE 1

### LIST OF AFFILIATED DEBTORS

On the date hereof, each of the affiliated entities listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, in the United States Bankruptcy Court for the District of Delaware. Contemporaneously herewith, these entities filed a motion requesting the joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to Corinthian Colleges, Inc.

1. Corinthian Colleges, Inc.

2. Corinthian Schools, Inc.

3. Rhodes Colleges, Inc.

4. Florida Metropolitan University, Inc.

5. Corinthian Property Group, Inc.

6. Ashmead Education, Inc.

7. Titan Schools, Inc.

8. Sequoia Education, Inc.

9. ETON Education, Inc.

10. MJB Acquisition Corporation

11. ECAT Acquisition, Inc.

12. Pegasus Education, Inc.

13. Grand Rapids Educational Center, Inc.

14. Rhodes Business Group, Inc.

15. Everest College Phoenix, Inc.

16. CDI Education USA, Inc.

17. SP PE VII-B Heald Holdings Corp.

18. SD III-B Heald Holdings Corp.

19. Heald Capital LLC

20. Heald Real Estate, LLC

21. Heald Education, LLC

22. Heald College, LLC

23. QuickStart Intelligence Corporation

24. Socle Education, Inc.

25. Career Choices, Inc.

## OFFICER'S CERTIFICATION REGARDING
## RESOLUTIONS OF THE BOARD OF DIRECTORS OF CORINTHIAN
## COLLEGES, INC. AND EACH OF ITS DEBTOR SUBSIDIARIES

Dated May 4, 2015

I, Stan A. Mortensen, Executive Vice President, General Counsel and Corporate Secretary[1] of Corinthian Colleges, Inc., Rhodes Colleges, Inc., Florida Metropolitan University, Inc., Corinthian Property Group, Inc., Titan Schools, Inc., Career Choices, Inc., Sequoia Education, Inc., ETON Education, Inc., Ashmead Education, Inc., MJB Acquisition Corporation, ECAT Acquisition, Inc., Pegasus Education, Inc., Rapids Educational Center, Inc., Rhodes Business Group, Inc., Everest College Phoenix, Inc., CDI Education USA, Inc., SP PE VII-B Heald Holdings Corp., SD III-B Heald Holdings Corp., Heald Capital LLC, Heald Real Estate, LLC, Heald Education, LLC, Heald College, LLC, QuickStart Intelligence Corporation, and Socle Education, Inc. (collectively, the "Company"), hereby certifies that the following resolutions substantially in the form below were either (i) duly adopted by the unanimous consent of the applicable boards of directors, managers, or trustees or managing member under state law (the "Boards") of the Company, or (ii) duly adopted at a telephonic meeting of such applicable Board held on April 29, 2015, in accordance with the organizational documents of the Companies, and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

WHEREAS, the Boards have considered the financial and operational condition of the Company's business and the strategic alternatives available to the Company;

WHEREAS, the Boards have reviewed the historical performance of the Company, the market for the Company's services, the current and long-term liabilities of the Company, and the current and long-term prospects for the Company;

WHEREAS, the Boards have had the opportunity to consult with the Company's management and the advisors to the Company about the strategic alternatives available to the Company;

WHEREAS, the Boards have reviewed, considered, and received the recommendations of the senior management of the Company and the advice of the Company's professionals and advisors with respect to potential avenues for relief that are available to the Boards, on behalf of the Company, in light of (i) available cash; (ii) the ability to obtain new financing for the Company; (iii) efforts to sell its schools to a third-party buyer; and (iv) efforts to teach-out its schools;

RESOLVED, THEREFORE, that in the business judgment of the Boards after consideration of the alternatives presented to them and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, it is

---

[1] Mr. Mortensen was appointed Corporate Secretary of Corinthian Colleges, Inc. and Heald College, LLC by resolutions duly adopted on April 29, 2015.

in the best interests of the Company, its creditors, members and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware; and it is

FURTHER RESOLVED, that the Chief Executive Officer, the Chief Restructuring Officer, the Chief Operating Officer, the Chief Financial Officer and the Corporate Secretary of the Company (collectively, the "Officers") be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain such relief; and it is

*Retention of Professionals*

FURTHER RESOLVED, that the Company is hereby authorized and directed to employ the law firm of Richards, Layton & Finger, P.A., as general bankruptcy counsel to the Company to represent and assist the Company in filing under chapter 11 of the Bankruptcy Code; and in connection therewith, each of the Officers, with the power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Richards, Layton & Finger, P.A., and it is

FURTHER RESOLVED, that the Company is hereby authorized and directed to employ FTI Consulting, Inc., to, among other things, provide chief restructuring services, including William J. Nolan as Chief Restructuring Officer, to the Company and to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Officers, with the power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Mr. Nolan and FTI Consulting, Inc. more generally, and it is

FURTHER RESOLVED, that the Company is hereby authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 cases and cause to be filed appropriate applications for authority to retain the services of other professionals as necessary; and it is

*General*

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Officers, each of the Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take  or cause to taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments, and other documents, including but not limited to filings required by the Securities and Exchange Commission, and to pay all expenses, including but not limited to filing fees, as shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

FURTHER RESOLVED, that any of the Officers of the Company, including but not limited to William J. Nolan, Chief Restructuring Officer, are authorized, empowered and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the Officers of the Company prior to the date hereof in connection with the possible reorganization and/or liquidation of the Company or any matters related thereto, or by virtue of these resolutions, are hereby in all aspects ratified, confirmed, and approved; and be it

IN WITNESS HEREOF, the undersigned General Counsel of the Company does hereby certify that the aforesaid resolutions are the true and correct minutes and resolutions duly adopted by the Boards of the Company at a special meeting thereof duly noticed and called.


Name: Stan A. Mortensen
Title: General Counsel and Corporate Secretary

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Corinthian Colleges, Inc., | ) Case No. 15-[_____] (___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| Tax I.D. 33-0717312 | ) |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| None | N/A |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Corinthian Colleges, Inc., | ) Case No. 15-[_____] (___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| Tax I.D. 33-0717312 | ) |

## DECLARATION CONCERNING DEBTOR'S
## CORPORATE OWNERSHIP STATEMENT

I, William J. Nolan, the undersigned authorized signatory of Corinthian Colleges, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: May 4, 2015

Name: William J. Nolan
Title: Chief Restructuring Officer

RLF1 11872383v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Corinthian Colleges, Inc., | ) | Case No. 15-[_____] (___) |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |
| Tax I.D. 33-0717312 | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE 30 LARGEST UNSECURED CLAIMS

The following is a list (the "**List**") of creditors holding the thirty largest unsecured claims against the above-captioned debtor and certain of its debtor affiliates (collectively, the "**Debtors**"), all of which have commenced chapter 11 cases in this Court.  The List has been prepared from the unaudited books and records of the Debtors as of April 30, 2015.  The List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases.  The List does not include (1) persons who come within the definition "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims on a consolidated basis.  None of these creditors is a minor child. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors.  The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

| (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| BARCLAYS | BARCLAYS CAPITAL INC.<br>ATTN: STEVEN MCCLATCHEY<br>745 SEVENTH AVENUE, 30TH FLOOR<br>NEW YORK, NY 10019 | TRADE DEBT | | 1,250,000.00 |
| AMBASSADOR EDUCATION SOLUTIONS | AMBASSADOR EDUCATION SOLUTIONS<br>ATTN: VINCENT MIRRIONE<br>445 BROAD HOLLOW ROAD, SUITE 206<br>MELVILLE, NY 11747 | TRADE DEBT | | 1,225,419.00 |
| ELOYALTY, LLC | ELOYALTY, LLC<br>ATTN: MICHAEL MCKNIGHT<br>9197 S. PEORIA ST.<br>ENGLEWOOD, CO 80112 | TRADE DEBT | | 562,784.28 |
| STUDENTSCOUT | STUDENTSCOUT, LLC<br>ATTN: WILLIAM DOLAN<br>77 WEST WACKER DR.<br>CHICAGO, IL 60601 | SETTLEMENT | | 500,000.00 |
| MCKINLEY AVENUE LLC | HALE & WAGNER<br>ATTN: CHRISTOPHER HALE<br>839 NORTH JEFFERSON STREET, SUITE 400<br>MILWAUKEE, WI 53202 | SETTLEMENT | | 384,327.00 |
| COOLEY LLP | COOLEY LLP<br>ATTN: MICHAEL GOLDSTEIN<br>1299 PENNSYLVANIA AVENUE, SUITE 700<br>WASHINGTON, DC 20004 | TRADE DEBT | | 367,184.16 |
| EQUITY ONE, INC. | EQUITY ONE, INC.<br>ATTN: ATTENTION: PROPERTY MANAGEMENT DEPARTMENT<br>1640 POWERS FERRY ROAD, SE, BUILDING 11, SUITE 250<br>MARIETTA, GA 30067 | PROPERTY LEASES | | 363,078.18 |
| AEROTEK | SHOOK HARDY & BACON LLP<br>ATTN: COURTNEY A. HASSELBERG<br>JAMBOREE CENTER, 5 PARK PLAZA, SUITE 1600<br>IRVINE, CA 92614 | SETTLEMENT | | 350,000.00 |
| PAYNE & FEARS LLP | PAYNE & FEARS LLP<br>ATTN: JEFF BROWN<br>4 PARK PLAZA, SUITE 1100<br>IRVINE, CA 92614 | TRADE DEBT | | 344,529.45 |
| TORONTO COLLEGE PARK, LTD. | TORONTO COLLEGE PARK, LTD.<br>ATTN: C/O GWL REALTY ADVISORS<br>33 YOUNGE STREET, SUITE 830<br>TORONTO, ON M5E 1G4 | PROPERTY LEASES | | 336,358.49 |
| LAMPERT 25500 INDUSTRIAL BLVD., LLC | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ATTN: LAW OFFICES OF THOMAS E. BISHOP<br>900 VETERANS BLVD., SUITE 410<br>REDWOOD CITY, CA 94063 | PROPERTY LEASES | | 334,649.10 |
| STORE MASTER FUNDING I, LLC | STORE MASTER FUNDING I, LLC<br>ATTN: MICHAEL J. ZIEG<br>8501 E. PRINCESS DRIVE, SUITE 190<br>SCOTTSDALE, AZ 85255 | PROPERTY LEASES | | 323,854.55 |

| (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| ACADEMIXDIRECT, INC. | ACADEMIXDIRECT, INC.<br>ATTN: PHILIP CONNOLLY<br>4400 BOHANNON DRIVE, SUITE 110<br>MENLO PARK, CA 94025-1005 | TRADE DEBT | | 294,828.00 |
| MARRIOTT HOTEL SERVICES, INC. (GAYLORD NATIONAL CONVENTION CENTER AND NEWPORT BEACH MARRIOTT) | MARRIOTT HOTEL SERVICES, INC.<br>ATTN: JOHN C. JOSEFSBERG<br>12740 HILLCREST ROAD, SUITE 240<br>DALLAS, TX 75230 | SETTLEMENT | DISPUTED | 293,750.00 |
| WALGREENS OF HAWAII, LLC | WALGREENS OF HAWAII, LLC<br>ATTN: PAUL S. LIM<br>104 WILMOT ROAD, MS1420<br>DEERFIELD, IL 60015 | PROPERTY LEASES | | 290,031.06 |
| SUCCESSFACTORS, INC. | SUCCESSFACTORS, INC.<br>ATTN: RORY CLENDON<br>1500 FASHION ISLAND BLVD., STE 300<br>SAN MATEO, CA 94404 | TRADE DEBT | | 277,500.00 |
| PALM SPRINGS MILE ASSOCIATES, LTD. | PALM SPRINGS MILE ASSOCIATES, LTD.<br>ATTN: DIANA MARRONE<br>419 W. 48TH STREET, SUITE 300<br>HIALEAH, FL 33012 | PROPERTY LEASES | | 262,892.88 |
| SQUAR, MILNER, PETERSON, MIRANDA & WILLIAMSON, LLP | SQUAR, MILNER, PETERSON, MIRANDA & WILLIAMSON, LLP<br>ATTN: ERNEST MIRANDA<br>4100 NEWPORT PLACE, SUITE 600<br>NEWPORT BEACH, CA 92660 | TRADE DEBT | | 235,781.53 |
| GRAEBEL RELOCATION SVC WORLDWIDE, INC. | GRAEBEL RELOCATION SVC WORLDWIDE, INC.<br>ATTN: WILLIAM NEMER<br>PO BOX 71775<br>CHICAGO, IL 60694-1775 | TRADE DEBT | | 219,378.42 |
| RACKSPACE HOSTING | RACKSPACE HOSTING<br>ATTN: ALAN SCHOENBAUM<br>PO BOX 730759<br>DALLAS, TX 75373-0759 | TRADE DEBT | | 193,318.49 |
| TALLAN, INC. | TALLAN, INC.<br>ATTN: MICHELLE HALL<br>175 CAPITAL BLVD., SUITE 401<br>ROCKY HILL, CT 06067 | TRADE DEBT | | 192,782.09 |
| DECCAN PLATEAU CORPORATION | CHAPMAN DELESK & EMGE LLP<br>ATTN: C. MICHAEL CHAPMAN<br>28202 CABOT ROAD, 3RD FLOOR<br>LAGUNA NIGUEL, CA 92677 | TRADE DEBT | | 191,987.49 |
| WATT LONG BEACH, LLC | WATT LONG BEACH, LLC<br>ATTN: GREGORY W. KOONCE, ESQ<br>1517 LINCOLN WAY, COURTHOUSE PLAZA<br>AUBURN, CA 95603 | PROPERTY LEASES | | 187,634.55 |
| DIMEO, PAUL | CORINTHIAN COLLEGES, INC.<br>ATTN: PAUL DIMEO<br>6 HUTTON CENTRE DR., #400<br>SANTA ANA, CA | EMPLOYEE - LONG TERM INCENTIVE AND DEFERRED COMPENSATION PLAN | | 184,903.09 |

| (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| ZAGORSKI, MICHELLE LEE REED | CORINTHIAN COLLEGES, INC.<br>ATTN: MICHELLE LEE REED ZAGORSKI<br>6 HUTTON CENTRE DR., #400<br>SANTA ANA, CA | EMPLOYEE - LONG TERM INCENTIVE AND DEFERRED COMPENSATION PLAN | | 171,196.48 |
| TRI DIMENSIONAL SOLUTIONS INC. | TRI DIMENSIONAL SOLUTIONS INC.<br>ATTN: MAYANK PRABHAKAR<br>6321 SAN BONITA AVE<br>CLAYTON, MO 63105 | SETTLEMENT | | 170,340.00 |
| DYNTEK SERVICES | DYNTEK SERVICES<br>ATTN: DARLENE PRICHER<br>4440 VON KARMAN STE#200<br>NEWPORT BEACH, CA 92660 | TRADE DEBT | | 170,007.22 |
| P.R.G. INVESTMENT FUND, L.P. | P.R.G. INVESTMENT FUND, L.P.<br>ATTN: PARIS NOURAFCHAN<br>9454 WILSHIRE BOULEVARD<br>BEVERLY HILLS, CA 90212 | PROPERTY LEASES | | 157,905.20 |
| JONES LANG LASALLE INC. | JONES LANG LASALLE INC.<br>ATTN: RONDA CLARK<br>4 PARK PLAZA, SUITE 900<br>IRVINE, CA 92614 | TRADE DEBT | | 151,324.08 |
| U.S. DEPARTMENT OF EDUCATION | U.S. DEPARTMENT OF EDUCATION<br>400 MARYLAND AVENUE, SW<br>WASHINGTON, D.C. 20202 | TRADE DEBT | UNLIQUIDATED | Unknown |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Corinthian Colleges, Inc., | ) Case No. 15-[_____] (___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| Tax I.D. 33-0717312 | ) |

## DECLARATION CONCERNING DEBTOR'S CONSOLIDATED
## LIST OF CREDITORS HOLDING THE 30 LARGEST UNSECURED CLAIMS

I, William J. Nolan, the undersigned authorized signatory of Corinthian Colleges, Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing consolidated list of creditors holding the 30 largest unsecured claims and that it is true and correct to the best of my information and belief.

Dated: May 4, 2015

Name: William J. Nolan
Title: Chief Restructuring Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Corinthian Colleges, Inc., | ) Case No. 15-[_____] (___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| Tax I.D. 33-0717312 | ) |

### CONSOLIDATED LIST OF ALL CREDITORS

A list of the above-captioned debtor's (the "**Debtor**") creditors in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(1) has been separately transmitted to the Clerk of the Court.

The list has been prepared on a consolidated basis from the books and records of the Debtor and certain of its affiliates that also commenced chapter 11 cases in this court (the "**Debtors**").  The list contains only those creditors whose names and addresses were maintained in the Debtors' databases or were otherwise readily ascertainable by the Debtors prior to the commencement of this case.

Certain of the creditors listed may not hold outstanding claims against the Debtors as of the commencement date and, therefore, may not be creditors for purposes of these cases.  By submitting the list, the Debtors in no way waive or prejudice their rights to dispute the extent, validity or enforceability of the claims, if any, held by parties identified therein.

The information presented in the list shall not constitute an admission by, nor is it binding upon, the Debtors.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Corinthian Colleges, Inc., | ) Case No. 15-[_____] (___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| Tax I.D. 33-0717312 | ) |

### DECLARATION CONCERNING CONSOLIDATED LIST OF CREDITORS

I, William J. Nolan, the undersigned authorized signatory of Corinthian Colleges, Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the consolidated list of creditors and that it is true and correct to the best of my information and belief.

Dated: May 4, 2015

_____
Name: William J. Nolan
Title: Chief Restructuring Officer

RLF1 11872383v.1