IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.* [1]<br><br>Debtors. | §<br>§  Chapter 11<br>§<br>§  Case No. 15-10952 (KJC)<br>§<br>§  Joint Administration Requested<br>§ |

AGENDA FOR FIRST DAY HEARING
AND INDEX OF FIRST DAY PLEADINGS

A. <u>Voluntary Petitions</u>

 1. Voluntary Petition of Corinthian Colleges, Inc. [Docket No. 1 - filed May 4, 2015]

 2. Voluntary Petition of Corinthian Schools, Inc. [Docket No. 1 - filed May 4, 2015]

 3. Voluntary Petition of Rhodes Colleges, Inc. [Docket No. 1 - filed May 4, 2015]

 4. Voluntary Petition of Florida Metropolitan University, Inc. [Docket No. 1 - filed May 4, 2015]

 5. Voluntary Petition of Corinthian Property Group, Inc. [Docket No. 1 - filed May 4, 2015]

 6. Voluntary Petition of Titan Schools, Inc. [Docket No. 1 - filed May 4, 2015]

 7. Voluntary Petition of Career Choices, Inc. [Docket No. 1 - filed May 4, 2015]

 8. Voluntary Petition of Sequoia Education, Inc. [Docket No. 1 - filed May 4, 2015]

 9. Voluntary Petition of ETON Education, Inc. [Docket No. 1 - filed May 4, 2015]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

    10.      Voluntary Petition of Ashmead Education, Inc. [Docket No. 1 - filed May 4, 2015]

    11.      Voluntary Petition of MJB Acquisition Corporation [Docket No. 1 - filed May 4, 2015]

    12.      Voluntary Petition of ECAT Acquisition, Inc. [Docket No. 1 - filed May 4, 2015]

    13.      Voluntary Petition of Pegasus Education, Inc. [Docket No. 1 - filed May 4, 2015]

    14.      Voluntary Petition of Grand Rapids Educational Center, Inc. [Docket No. 1 - filed May 4, 2015]

    15.      Voluntary Petition of Rhodes Business Group, Inc. [Docket No. 1 - filed May 4, 2015]

    16.      Voluntary Petition of Everest College Phoenix, Inc. [Docket No. 1 - filed May 4, 2015]

    17.      Voluntary Petition of CDI Education USA, Inc. [Docket No. 1 - filed May 4, 2015]

    18.      Voluntary Petition of SP PE VII-B Heald Holdings Corp. [Docket No. 1 - filed May 4, 2015]

    19.      Voluntary Petition of SD III-B Heald Holdings Corp. [Docket No. 1 - filed May 4, 2015]

    20.      Voluntary Petition of Heald Capital LLC [Docket No. 1 - filed May 4, 2015]

    21.      Voluntary Petition of Heald Real Estate, LLC [Docket No. 1 - filed May 4, 2015]

    22.      Voluntary Petition of Heald Education, LLC [Docket No. 1 - filed May 4, 2015]

    23.      Voluntary Petition of Heald College, LLC [Docket No. 1 - filed May 4, 2015]

    24.      Voluntary Petition of QuickStart Intelligence Corporation [Docket No. 1 - filed May 4, 2015]

    25.      Voluntary Petition of Socle Education, Inc. [Docket No. 1 - filed May 4, 2015]

B.    Declaration of William J. Nolan in Support of Chapter 11 Petitions and First Day Motions [Docket No. 10 - filed May 4, 2015]

C.    <u>First Day Motions</u>

1.  Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 2 - filed May 4, 2015]

2.  Debtors' Application for Entry of an Order Authorizing Employment and Retention of Rust Consulting/Omni Bankruptcy as Claims and Noticing Agent, *Nunc Pro Tunc* to the Petition Date [Docket No. 4 - filed May 4, 2015]

3.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief [Docket No. 9 - filed May 4, 2015]

4.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue Their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 5 - filed May 4, 2015]

5.  Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 6 - filed May 4, 2015]

6.  Debtors' Motion for an Order Authorizing the Debtors to Conduct *De Minimis* Asset Sales of $25,000 or Less Without Further Order of the Court [Docket No. 7 - filed May 4, 2015]

7.  Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 8 - filed May 4, 2015]

|  |  |
|---|---|
| Dated: May 4, 2015<br>      Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>       merchant@rlf.com<br>       terranova@rlf.com<br>       steele@rlf.com<br><br>Proposed Counsel for the Debtors and Debtors in Possession |