IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Joint Administration Requested |
| Debtors. | § | |

-------------------------------------------------------------

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND
RELATED PLEADINGS AND (II) HEARING ON FIRST DAY
MOTIONS SCHEDULED FOR MAY 5, 2015 AT 11:00 A.M. (EDT)**

**TO:    ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on May 4, 2015, the above-captioned debtors and debtors in possession (the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of the voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "**First Day Motions**"):[2]

A.    Declaration of William J. Nolan in Support of Chapter 11 Petitions and First Day Motions [Docket No. 10 - filed May 4, 2015]

B.    <u>First Day Motions</u>

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]    Copies of all of the First Day Motions (as defined herein) are available online at the following address: www.omnimgt.com/CorinthianColleges.

1. Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 2 - filed May 4, 2015]

2. Debtors' Application for Entry of an Order Authorizing Employment and Retention of Rust Consulting/Omni Bankruptcy as Claims and Noticing Agent, *Nunc Pro Tunc* to the Petition Date  [Docket No. 4 - filed May 4, 2015]

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief [Docket No. 9 - filed May 4, 2015]

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue Their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 5 - filed May 4, 2015]

5. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 6 - filed May 4, 2015]

6. Debtors' Motion for an Order Authorizing the Debtors to Conduct *De Minimis* Asset Sales of $25,000 or Less Without Further Order of the Court  [Docket No. 7 - filed May 4, 2015]

7. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 8 - filed May 4, 2015]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**First Day Hearing**") with respect to the First Day Motions is scheduled for **May 5, 2015 at 11:00 a.m. (Eastern Daylight Time)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that all objections, if any, to the First Day Motions may be made at the First Day Hearing.

RLF1 11875767v.1

Dated: May 4, 2015    /s/ Amanda R. Steele
    Wilmington, Delaware
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      terranova@rlf.com
      steele@rlf.com

Proposed Counsel for the Debtors and Debtors in Possession