**ORIGINAL**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:                                          :      Chapter 11
                                                :
CORINTHIAN COLLEGES, INC.,                      :
                                                :      Case No. 15-10952 (KJC)
                              Debtor.           :
                                                :
Tax I.D. No. 33-0717312                         :
-------------------------------------------------------------x

In re:                                          :      Chapter 11
                                                :
CORINTHIAN SCHOOLS, INC.,                       :
                                                :      Case No. 15-10955 (KJC)
                              Debtor.           :
                                                :
Tax I.D. No. 95-4520525                         :
-------------------------------------------------------------x

In re:                                          :      Chapter 11
                                                :
RHODES COLLEGES, INC.,                          :
                                                :      Case No. 15-10957 (KJC)
                              Debtor.           :
                                                :
Tax I.D. No. 33-0717311                         :
-------------------------------------------------------------x

In re:                                          :      Chapter 11
                                                :
FLORIDA METROPOLITAN UNIVERSITY,                :
INC.,                                           :      Case No. 15-10962 (KJC)
                                                :
                              Debtor.           :
                                                :
Tax I.D. No. 33-0717605                         :
-------------------------------------------------------------x

In re:                                             :      Chapter 11
                                                   :
CORINTHIAN PROPERTY GROUP, INC.,                   :
                                                   :      Case No. 15-10966 (KJC)
                                                   :
                               Debtor.             :
                                                   :
Tax I.D. No. 33-0752106                            :
--------------------------------------------------x

In re:                                             :      Chapter 11
                                                   :
TITAN SCHOOLS, INC.,                               :
                                                   :      Case No. 15-10970 (KJC)
                               Debtor.             :
                                                   :
Tax I.D. No. 52-2133201                            :
--------------------------------------------------x

In re:                                             :      Chapter 11
                                                   :
CAREER CHOICES, INC.,                              :
                                                   :      Case No. 15-10972 (KJC)
                               Debtor.             :
                                                   :
Tax I.D. No. 33-0661425                            :
--------------------------------------------------x

In re:                                             :      Chapter 11
                                                   :
SEQUOIA EDUCATION, INC.,                           :
                                                   :      Case No. 15-10974 (KJC)
                               Debtor.             :
                                                   :
Tax I.D. No. 94-3135739                            :
--------------------------------------------------x

In re:                                             :      Chapter 11
                                                   :
ETON EDUCATION, INC.,                              :
                                                   :      Case No. 15-10961 (KJC)
                               Debtor.             :
                                                   :
Tax I.D. No. 94-3343608                            :
--------------------------------------------------x

RLF1 11921202v.2

In re:                                          :
                                                :    Chapter 11
ASHMEAD EDUCATION, INC.,                         :
                                                :    Case No. 15-10967 (KJC)
                              Debtor.            :
                                                :
Tax I.D. No. 91-1419120                          :
-----------------------------------------------------------x

In re:                                          :
                                                :    Chapter 11
MJB ACQUISITION CORPORATION,                     :
                                                :    Case No. 15-10971 (KJC)
                              Debtor.            :
                                                :
Tax I.D. No. 83-0301912                          :
-----------------------------------------------------------x

In re:                                          :
                                                :    Chapter 11
ECAT ACQUISITION, INC.,                          :
                                                :    Case No. 15-10975 (KJC)
                              Debtor.            :
                                                :
Tax I.D. No. 57-1177789                          :
-----------------------------------------------------------x

In re:                                          :
                                                :    Chapter 11
PEGASUS EDUCATION, INC.,                         :
                                                :    Case No. 15-10953 (KJC)
                              Debtor.            :
                                                :
Tax I.D. No. 33-0982336                          :
-----------------------------------------------------------x

In re:                                          :
                                                :    Chapter 11
GRAND RAPIDS EDUCATIONAL CENTER,                 :
INC.,                                            :    Case No. 15-10956 (KJC)
                              Debtor.            :
                                                :
Tax I.D. No. 38-2442031                          :
-----------------------------------------------------------x

- 3 -

In re:                                                        :
                                                              :      Chapter 11
RHODES BUSINESS GROUP, INC.,                                  :
                                                              :
                                    Debtor.                   :      Case No. 15-10959 (KJC)
                                                              :
Tax I.D. No. 33-0726709                                       :
-------------------------------------------------------------x
                                                              :
In re:                                                        :
                                                              :      Chapter 11
EVEREST COLLEGE PHOENIX, INC.,                                :
                                                              :
                                    Debtor.                   :      Case No. 15-10960 (KJC)
                                                              :
Tax I.D. No. 45-2216173                                       :
-------------------------------------------------------------x
                                                              :
In re:                                                        :
                                                              :      Chapter 11
CDI EDUCATION USA, INC.,                                      :
                                                              :
                                    Debtor.                   :      Case No. 15-10963 (KJC)
                                                              :
Tax I.D. No. 87-0720505                                       :
-------------------------------------------------------------x
                                                              :
In re:                                                        :
                                                              :      Chapter 11
SP PE VII-B HEALD HOLDINGS CORP.,                             :
                                                              :
                                    Debtor.                   :      Case No. 15-10965 (KJC)
                                                              :
Tax I.D. No. 26-4440115                                       :
-------------------------------------------------------------x
                                                              :
In re:                                                        :
                                                              :      Chapter 11
SD III-B HEALD HOLDINGS CORP.,                                :
                                                              :
                                    Debtor.                   :      Case No. 15-10968 (KJC)
                                                              :
Tax I.D. No. 26-4439707                                       :
-------------------------------------------------------------x

RLF1 11921202v.2

```
In re:                                      :
                                            :      Chapter 11
                                            :
HEALD CAPITAL LLC,                          :
                                            :      Case No. 15-10954 (KJC)
                        Debtor.             :
                                            :
Tax I.D. No. 20-8836164                     :
----------------------------------------------x
In re:                                      :
                                            :      Chapter 11
                                            :
HEALD REAL ESTATE, LLC,                     :
                                            :      Case No. 15-10958 (KJC)
                        Debtor.             :
                                            :
Tax I.D. No. 20-8964281                     :
----------------------------------------------x
In re:                                      :
                                            :      Chapter 11
                                            :
HEALD EDUCATION, LLC,                       :
                                            :      Case No. 15-10964 (KJC)
                        Debtor.             :
                                            :
Tax I.D. No. 20-8621465                     :
----------------------------------------------x
In re:                                      :
                                            :      Chapter 11
                                            :
HEALD COLLEGE, LLC,                         :
                                            :      Case No. 15-10969 (KJC)
                        Debtor.             :
                                            :
Tax I.D. No. 20-8699639                     :
----------------------------------------------x
In re:                                      :
                                            :      Chapter 11
                                            :
QUICKSTART INTELLIGENCE                     :
CORPORATION,                                :      Case No. 15-10973 (KJC)
                                            :
                        Debtor.             :
                                            :
Tax I.D. No. 33-0975665                     :
----------------------------------------------x
```

RLF1 11921202v.2

In re:                                          :        Chapter 11
                                                :
SOCLE EDUCATION, INC.,                          :
                                                :        Case No. 15-10976 (KJC)
                                Debtor.         :
                                                :
Tax I.D. No. 36-4743477                         :        **Re: Docket No. 2**
-------------------------------------------------------------x

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of the Debtors[2] for entry of an order (this "**Order**")

directing the Debtors' chapter 11 cases to be jointly administered for procedural purposes only

and granting related relief, as more fully set forth in the Motion; and due and sufficient notice of

the Motion having been provided under the particular circumstances; and it appearing that no

other or further notice need be provided; and the Court having jurisdiction to consider the

Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and

consideration of the Motion and the relief requested therein being a core proceeding under 28

U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the

United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408

and 1409; and a hearing having been held to consider the relief requested in the Motion (the

"**Hearing**"); and upon the First Day Declaration, record of the Hearing and all of the proceedings

had before the Court; and the Court having found and determined that the relief requested in the

---

[1]   Capitalized terms used but not defined in this Order have the meanings used in the Motion.

[2]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number,
      are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida
      Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career
      Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc.
      (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336),
      Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix,
      Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald
      Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC
      (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc.
      (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California
      92707.

RLF1 11921202v.2

Motion is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein on a final basis.

2.      Each of the above-captioned chapter 11 cases of the Debtors are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 15-10952 (KJC).

3.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

4.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

5.      All pleadings and notices shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of Corinthian Colleges, Inc., Case No. 15-10952 (KJC).

6.      A docket entry shall be made in each of the Debtors' cases (except Corinthian Colleges, Inc.) substantially similar to the following:

> An order has been entered in this case consolidating this case with
> the case of Corinthian Colleges, Inc. (Case No. 15-10952 (KJC))

RLF1 11921202v.2

for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 15-10952 (KJC) should be consulted for all matters affecting this case.

7.      The Debtors are directed to include the following footnote to each pleading they file and notice they mail in these cases, listing the Debtors in these chapter 11 cases and the last four numbers of their tax identification numbers along with the address of the Debtors' corporate headquarters:

> The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:     Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

8.      The Debtors are authorized to take all actions necessary or appropriate to implement the relief granted in this Order.

9.      This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated:     May 5, 2015
           Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE