# SIGN-IN-SHEET

CASE NAME: Corinthian Colleges, Inc.  
CASE NO.   15-10952-KJC  
COURTROOM LOCATION: 5  
DATE: 5/5/2015

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Collins | Richards Layton & Finger | Debtors |
| Mike Merchant | " | " |
| Marisa Terranova | " | " |
| Amanda Steele | " | " |
| Richard Schepacarter | U.S. Trustee | |
| Timothy J. Fox, Jr. | U.S. Trustee | |
| Jennifer Hagle | Sidley Austin | Bank of America |
| Jeremy Ryan | Potter Anderson & Corroon | " |
| Sarah Pierce | Skadden, Arps, Slate, Meagher & Flom | Monitor |

# Court Conference

**Calendar Date:** 05/05/2015
**Calendar Time:** 11:00 AM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Amended Calendar 05/05/2015 07:29 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6901256 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6901557 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6901371 | Daniel Ginsberg | (212) 806-6087 | Stroock & Stroock & Lavan | Interested Party, Stroock & Stroock & Lavan / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6902402 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6903762 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6903678 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Patrick Holohan / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6903300 | Brian D. Huben | (310) 788-4771 | Katten Muchin Rosenman LLP | Creditor, Watt Long Beach LLC / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6903716 | Dawn McCarty | (212) 318-2300 | Bloomberg LP | Interested Party, Dawn McCarty / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6901797 | Felicia Perlman | 312-402-7086 | Skadden Arps Slate Meagher Flom | Interested Party, TH Monitor / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6901580 | Bennett S. Silverberg | (212) 209-4924 | Brown Rudnick LLP | Interested Party, Brown Rudnick, LLP / LISTEN ONLY |

Peggy Drasal ext. 802        CourtConfCal2012