**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**PHONE (302) 573-6491 / FAX (302) 573-6497**

ANDREW R. VARA                                                                 T. PATRICK TINKER
ACTING UNITED STATES TRUSTEE                                   ASSISTANT U.S. TRUSTEE
_____

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE
_____

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following case:

**DEBTOR**:            Corinthian Colleges, Inc., *et al.*

**CASE NO(s)**:        15-10952 (KJC) and
                       Related case nos: 15-10953 (KJC) through 15-10976 (KJC)

**DATE**:              Friday, June 12, 2015

**TIME**:              10:00 a.m.

**LOCATION**:          J. Caleb Boggs Federal Building
                       844 N. King Street
                       5th Floor, Room 5209
                       Wilmington, DE 19801

By: */s/ Richard L. Schepacarter & Timothy J. Fox, Jr.*

Richard L. Schepacarter & Timothy J. Fox, Jr., Trial Attorneys

Dated: May 5, 2015

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE. IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:    Mark D. Collins, Esquire (Debtors' counsel)