BARRY V. FREEMAN (Bar No. 33397)
DAVID M. POITRAS P.C. (Bar No. 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:   (310) 203-8080
Facsimile:   (310) 203-0567
Email:   bfreeman@jmbm.com; dpoitras@jmbm.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al. | CASE NO.   15-10952-KJC |
| Debtors. | **REQUEST FOR SERVICE OF PAPERS** |

**TO THE CLERK OF THE COURT AND INTERESTED PARTIES:**

Pursuant to Section 1109(b) of chapter 11, title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("<u>Bankruptcy Rules</u>"), Jeffer Mangels Butler & Mitchell LLP hereby requests that copies of all notices given or required in this case and copies of all notices, pleadings or papers served or required to be served in this case be given to and served upon the following:

Barry V. Freeman; David M. Poitras P.C.
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone :  (310) 203-8080
Facsimile:  (310) 712-8571
E-mail Addresses:  bfreeman@jmbm.com; dpoitras@jmbm.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and

1 briefs in support of any of the foregoing and any other documents brought before the Bankruptcy
2 Court with respect to these proceedings, whether formal or informal, whether written or oral, and
3 whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, e-mail, or
4 otherwise.

5 DATED: May 4, 2015     JEFFER MANGELS BUTLER & MITCHELL LLP
                                  BARRY V. FREEMAN
6                                     DAVID M. POITRAS P.C.

8                                   By: /s/ David M. Poitras
                                        DAVID M. POITRAS P.C.
9                                         1900 Avenue of the Stars, Seventh Floor
                                        Los Angeles, California 90067
10                                       Telephone: (310) 203-8080
                                       Facsimile : (310) 712-8571
11                                       Email: dpoitras@jmbm.com

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PRINTED ON
RECYCLED PAPER
LA 11906264v1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067.

On May 5, 2015 I served the document(s) described as **REQUEST FOR SERVICE OF PAPERS** in this action addressed as follows:

**SEE ATTACHED LIST**

☒ (BY MAIL) True and correct copies of the aforementioned document(s) were deposited, in a sealed envelope with postage thereon fully prepaid, with the U.S. Postal Service on that same day to be mailed via first class mail at Los Angeles, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)) Pursuant to the controlling Rules, the aforementioned document(s) will be served by the court via NEF and proper link(s) to the document(s). On May 5, 2015, I checked the appropriate CM/ECF docket for this case or proceeding and determined that the aforementioned person(s) has/have consented to receive NEF transmission at the aforementioned electronic addresses.

☐ (BY FAX) The parties have consented in writing to receive service by facsimile transmission. On          , I transmitted the above-described document(s) by facsimile machine to the above-listed fax number(s). The transmission originated from facsimile phone number (310) 203-0567 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached.

☐ (BY ELECTRONIC SERVICE) On          , I transmitted the aforementioned document(s) as PDF attachments to the aforementioned electronic notification address(es). The transmission originated from my electronic notification address, which is          , and was reported as complete and without error.

☐ (BY PERSONAL SERVICE) I placed the aforementioned document(s) in a sealed envelope and I delivered such envelope by hand to the offices of the addressee.

☐ (BY OVERNIGHT DELIVERY) I placed the aforementioned document(s) in a sealed envelope with postage thereon fully prepaid and I caused said envelope to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on May 5, 2015 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

    */s/ Claudean Brandon*
       Claudean Brandon

**ECF NOTICE**

- Rachel Layne Biblo Biblo@rlf.com, rbgroup@rlf.com
- Mark D. Collins rbgroup@rlf.com
- Timothy Jay Fox timothy.fox@usdoj.gov
- Brian David Huben brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Michael Joseph Merchant merchant@rlf.com, rbgroup@rlf.com
- Richard L. Schepacarter richard.schepacarter@usdoj.gov
- Amanda R. Steele steele@rlf.com, rbgroup@rlf.com
- Marisa A. Terranova terranova@rlf.com, rbgroup@rlf.com
- United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV

**VIA U.S. MAIL**

Debtor
Corinthian Colleges, Inc.
6 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

- 2 -