# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |

## NOTICE OF COMMENCEMENT OF CHAPTER 11 CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On May 4, 2015, the below-listed debtors and debtors in possession (the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors, and their respective addresses, case numbers and federal tax identification numbers, are as follows:

| **Debtor** | Address | Case No. | EID# |
|---|---|---|---|
| Corinthian Colleges, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10952 (KJC) | 33-0717312 |
| Corinthian Schools, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10955 (KJC) | 95-4520525 |
| Rhodes Colleges, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10957 (KJC) | 33-0717311 |
| Florida Metropolitan University, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10962 (KJC) | 33-0717605 |
| Corinthian Property Group, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10966 (KJC) | 33-0752106 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

| **Debtor** | Address | Case No. | EID# |
|---|---|---|---|
| Titan Schools, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10970 (KJC) | 52-2133201 |
| Career Choices, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10972 (KJC) | 33-0661425 |
| Sequoia Education, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10974 (KJC) | 94-3135739 |
| ETON Education, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10961 (KJC) | 94-3343608 |
| Ashmead Education, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10967 (KJC) | 91-1419120 |
| MJB Acquisition Corporation | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10971 (KJC) | 83-0301912 |
| ECAT Acquisition, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10975 (KJC) | 57-1177789 |
| Pegasus Education, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10953 (KJC) | 33-0982336 |
| Grand Rapids Educational Center, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10956 (KJC) | 38-2442031 |
| Rhodes Business Group, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10959 (KJC) | 33-0726709 |
| Everest College Phoenix, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10960 (KJC) | 45-2216173 |
| CDI Education USA, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10963 (KJC) | 87-0720505 |
| SP PE VII-B Heald Holdings Corp. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10965 (KJC) | 26-4440115 |
| SD III-B Heald Holdings Corp. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10968 (KJC) | 26-4439707 |
| Heald Capital LLC | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10954 (KJC) | 20-8836164 |
| Heald Real Estate, LLC | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10958 (KJC) | 20-8964281 |


| **Debtor** | Address | Case No. | EID# |
|---|---|---|---|
| Heald Education, LLC | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10964 (KJC) | 20-8621465 |
| Heald College, LLC | 1340 Treat Blvd. Suite 325 Walnut Creek, California 94597 | 15-10969 (KJC) | 20-8699639 |
| QuickStart Intelligence Corporation | 16815 Von Karman Avenue Irvine, California 92606 | 15-10973 (KJC) | 33-0975665 |
| Socle Education, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10976 (KJC) | 36-4743477 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS:  In accordance with section 341 of the Bankruptcy Code, a meeting of the Debtors' creditors will be conducted on **June 12, 2015 at 10:00 a.m. (prevailing Eastern Time) at the at the J. Caleb Boggs Federal Building, 844 King Street, Room 5209, Wilmington, Delaware 19801.**  The Debtors' representative, as specified in rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath.  Attendance by creditors at the meeting is welcomed but not required.  At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting.  The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

**DEADLINE TO FILE A PROOF OF CLAIM**:  Notice of a deadline will be sent to known creditors at a later date.

**NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE**:  None appointed at this time.

**PROPOSED COUNSEL FOR THE DEBTOR**:

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
       merchant@rlf.com
       terranova@rlf.com
       steele@rlf.com

**COMMENCEMENT OF CASE**: Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors and orders for relief have been entered.  You will not receive notice of all documents filed in this case.  All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Court.  In addition, such documents may be available at www.deb.uscourts.gov.  Certain documents are also available on the website of the Debtors' claims agent, Rust Consulting/Omni Bankruptcy ("**Rust/Omni**"), at:  www.omnimgt.com/CorinthianColleges.

**PURPOSE OF CHAPTER 11 FILING**:  Chapter 11 of the Bankruptcy Code enables a debtor to reorganize and/or liquidate pursuant to a chapter 11 plan.  A plan is not effective unless approved by the Court at a confirmation hearing.  Creditors and other parties in interest will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code.  The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS**:  A creditor is anyone to whom a debtor owes money or property.  Under the Bankruptcy Code, a debtor is granted certain protection against creditors.  Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions.  If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor.  A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and may wish to seek legal advice.  **The staff of the Clerk of the Court are not permitted to give legal advice**.

**CLAIMS**:  Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007.  Any creditor holding a scheduled claim which is not listed as disputed, contingent or unliquidated as to amount may, but is not required to, file a proof of claim in this case.  Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim.  A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately.  **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided by mail to the Debtors' known creditors and by publication.**  Proof of claim forms also are available in the clerk's office of any bankruptcy court.  Proof of claim forms are also available from the Court's website at www.deb.uscourts.gov.  Rust/Omni is the claims agent in this case and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court.  Rust/Omni can be reached through their website specifically for this case at www.omnimgt.com/CorinthianColleges, by telephone at (866) 205-3148 or by first class, hand delivery or overnight mail as follows:

Corinthian Colleges, Inc., et al. Claims Processing
c/o Rust Consulting/Omni Bankruptcy
5955 DeSoto Ave., Suite 100
Woodland Hills, CA 91367

**DISCHARGE OF DEBTS**:  Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  *See* 11 U.S.C. § 1141(d).  A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court:  */s/ David Bird*                                             Dated:  May 6, 2015

RLF1 11931350v.1