# EXHIBIT A

**Remaining Location Schedule**

**Corinthian Colleges**
**Remaining Campuses, Excluding Corporate Headquarters, Wyotech campuses.**

| Campus Name | Division | Floors | Sq Ft | Monthly Rent | Est. Daily Rent | Est. 14-Day Rent | Dental | Pharmacy | Medical Assistant | Massage Therapy | Nursing | Electronics Technology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| San Francisco (Howard St) | Heald | 3 | 55,827 | $ 174,238 | $ 5,621 | $ 78,688 | | X | X | | | |
| Honolulu | Heald | 3 | 59,620 | 144,492 | 4,661 | 65,255 | X | X | X | | | X |
| Concord | Heald | 1 | 66,000 | 133,524 | 4,307 | 60,301 | X | X | X | | | |
| Hayward | Heald | N/A | 58,012 | 114,332 | 3,688 | 51,634 | X | X | X | | | |
| Gardena | Everest | 1 | 32,629 | 105,978 | 3,419 | 47,861 | X | X | X | X | | |
| Tempe On Line | ECP | 1 | 65,580 | 100,147 | 3,231 | 45,228 | | | | | | |
| Ontario | Everest | 1 | 34,032 | 98,485 | 3,177 | 44,477 | X | X | X | X | | |
| Ontario Metro | Everest | 2 | 40,817 | 94,017 | 3,033 | 42,459 | | | | | X | |
| San Jose - Milpitas | Heald | N/A | 55,430 | 93,125 | 3,004 | 42,056 | | X | X | | | X |
| Alhambra | Everest | 2 | 42,222 | 90,832 | 2,930 | 41,021 | X | X | X | X | | |
| Phoenix | ECP | 1 | 40,192 | 85,474 | 2,757 | 38,601 | | | X | | X | |
| Reseda | Everest | 3 | 33,686 | 78,953 | 2,547 | 35,656 | X | X | X | X | | |
| Reseda Annex | Everest | 1 | 5,000 | 7,000 | 226 | 3,161 | | | | | | |
| Salinas | Heald | N/A | 37,914 | 75,548 | 2,437 | 34,118 | | X | X | | | |
| Anaheim | Everest | 3 | 35,345 | 73,797 | 2,381 | 33,328 | X | | X | X | X | |
| City of Industry | Everest | 2 | 39,373 | 72,655 | 2,344 | 32,812 | X | X | X | X | | |
| Santa Ana Civic Center | Everest | 4 | 38,916 | 64,858 | 2,092 | 29,291 | | X | X | X | | |
| Los Angeles West | Everest | 2 | 31,340 | 66,288 | 2,138 | 29,937 | X | X | X | X | | |
| Rancho Cordova | Heald | 2 | 45,816 | 52,007 | 1,678 | 23,487 | | X | X | | | |
| Rancho Cordova Annex | Heald | N/A | 6,322 | 12,391 | 400 | 5,596 | | | | | | |
| Portland - 78th Ct. | Heald | 2 | 39,600 | 62,186 | 2,006 | 28,084 | X | X | X | | | |
| Rochester | Everest | 1 | 34,650 | 62,129 | 2,004 | 28,058 | | | X | | | |
| Stockton | Heald | 2 | 34,283 | 57,597 | 1,858 | 26,012 | X | X | X | | | |
| Stockton Annex | Heald | N/A | 13,474 | 35,774 | 1,154 | 16,156 | | | | | | |
| Roseville | Heald | 2 | 50,030 | 56,790 | 1,832 | 25,647 | X | X | X | | | |
| San Bernardino | Everest | 1 | 40,451 | 55,426 | 1,788 | 25,031 | X | | X | X | | |
| Sacramento - Del Paso | Heald | 1 | 26,327 | 50,163 | 1,618 | 22,654 | | | | | | |
| Fresno | Heald | 2 | 37,600 | 42,681 | 1,377 | 19,275 | | X | X | | | |
| Mesa | ECP | 1 | 21,495 | 40,074 | 1,293 | 18,098 | | | X | | X | |
| Modesto | Heald | 2 | 30,000 | 27,000 | 871 | 12,194 | X | | X | | | |
| Heald Headquarters | Heald | 1 | 8,818 | 22,853 | 737 | 10,321 | | | | | | |
| Torrance | Everest | 1 | 7,749 | 20,441 | 659 | 9,231 | | X | X | | | |
| **Grand Total** | | | 1,168,550 | $ 2,271,253 | $ 73,266 | $ 1,025,727 | | | | | | |
| Average (excluding annexes) | | | | $ 76,417 | $ 2,465 | $ 34,511 | | | | | | |

Preliminary Draft
Subject to Material Change