# Exhibit B

## Interim Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § |
| | §  Case No. 15-10952 (KJC) |
| | § |
| | §  (Jointly Administered) |
| Debtors. | § |
| | § |

---

## NOTICE OF FEE APPLICATION

Name of applicant: _____

Authorized to provide professional services to: _____

Date of retention: _____

Interim Fee Period for which compensation and reimbursement are sought: _____

Amount of compensation sought as actual, reasonable, necessary and beneficial to the Debtors chapter 11 estates: _____

Amount of expense reimbursement sought as actual, reasonable, necessary and beneficial to the Debtors chapter 11 estates: _____

This is a(n):  _____  Interim Application        _____  Final Application

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

- 1 -

Summary of Monthly Fee Applications for Interim Fee Period:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | | | | | |

Summary of Any Objections to Fee Applications:

| Date of Fee Application | Date of Objection | Total Fees Subject to Objection | Total Expenses Subject to Objection |
|---|---|---|---|
| | | | |

PLEASE TAKE NOTICE that, pursuant to the "Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals", dated [DATE] (the "**Interim Compensation Order**"), objections, if any, to the Interim Fee Application summarized above must be filed with the Court and served on the applicant at the address set forth below and the Notice Parties (as defined in the Interim Compensation Order) so as to be actually received on or before **[DATE] at 4:00 p.m. (prevailing Eastern time)**. If no objections to the Interim Fee Application are timely filed and received in accordance with this Notice, the Court may enter an order granting the Interim Fee Application without a hearing.

PLEASE TAKE FURTHER NOTICE that a copy of the Interim Fee Application shall be provided upon request.

_____                              [Name and Address of Applicant]

- 2 -