UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 15-10952-KJC-11 |
| | § | |
| CORINTHIAN COLLEGES, INC., et al | § | Chapter 11 |
| | § | |
| Debtor | § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Courtney J. Hull
Assistant Attorney General
John Mark Stern
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, Texas 78711-2548
Courtney.Hull@texasattorneygeneral.gov

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Courtney J. Hull*
COURTNEY J. HULL
Texas Bar No. 24061297
Assistant Attorney General
JOHN MARK STERN
Texas Bar No. 19175662
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4862
Facsimile: (512) 936-1409
Courtney.Hull@texasattorneygeneral.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on May 7, 2015, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Mail:

Corinthian Colleges, Inc.
6 Hutton Centre Drive, Ste. 400
Santa Ana, CA 92707

By Electronic Means as listed on the Court's ECF Noticing System:

- Rachel Layne Biblo    Biblo@rlf.com, rbgroup@rlf.com
- Mark D. Collins    rbgroup@rlf.com
- Timothy Jay Fox    timothy.fox@usdoj.gov
- Barry V. Freeman    bfreeman@jmbm.com, dmp@jmbm.com
- Brian David Huben    brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Michael Joseph Merchant    merchant@rlf.com, rbgroup@rlf.com

- Rene S. Roupinian    rsr@outtengolden.com, jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- Richard L. Schepacarter    richard.schepacarter@usdoj.gov
- Amanda R. Steele    steele@rlf.com, rbgroup@rlf.com
- Marisa A. Terranova    terranova@rlf.com, rbgroup@rlf.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

*/s/ Courtney J. Hull*
COURTNEY J. HULL