UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 15-10952-KJC-11 |
| | § | |
| CORINTHIAN COLLEGES, INC., et al | § | Chapter 11 |
| | § | |
| Debtor | § | Jointly Administered |

# CERTIFICATION OF GOVERNMENT ATTORNEY OF EXCEPTION TO ASSOCIATION WITH LOCAL COUNSEL REQUIREMENT

Courtney J. Hull, Assistant Attorney General of the State of Texas, files this certification of exception to association with local counsel requirement pursuant to Local Rule of Bankruptcy Procedure 9010-1(e)(i) and respectfully states:

1. My full name is Courtney J. Hull. I am an Assistant Attorney General of the State of Texas appearing in this matter to represent the Texas Comptroller of Public Accounts, an agency of the State of Texas.

2. I am admitted to practice before the Bars of the United States Districts Court for the Northern, Eastern, Western and Southern Districts of Texas, and the Supreme Court of Texas and all lower Texas courts.

3. I am in good standing in all jurisdictions in which I have been admitted.

4. I agree to be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

> Respectfully submitted,
>
> KEN PAXTON
> Attorney General of Texas
>
> CHARLES E. ROY
> First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Courtney J. Hull*
COURTNEY J. HULL
Texas Bar No. 24061297
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4862
Facsimile:  (512) 936-1409
Courtney.Hull@texasattorneygeneral.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

I certify that on May 7, 2015, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

Corinthian Colleges, Inc.
6 Hutton Centre Drive, Ste. 400
Santa Ana, CA 92707

By Electronic Means as listed on the Court's ECF Noticing System:

- Rachel Layne Biblo     Biblo@rlf.com, rbgroup@rlf.com
- Mark D. Collins     rbgroup@rlf.com
- Timothy Jay Fox     timothy.fox@usdoj.gov
- Barry V. Freeman     bfreeman@jmbm.com, dmp@jmbm.com

2

- Brian David Huben     brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com

- Michael Joseph Merchant     merchant@rlf.com, rbgroup@rlf.com

- Rene S. Roupinian     rsr@outtengolden.com, jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com

- Richard L. Schepacarter     richard.schepacarter@usdoj.gov

- Amanda R. Steele     steele@rlf.com, rbgroup@rlf.com

- Marisa A. Terranova     terranova@rlf.com, rbgroup@rlf.com

- United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV

*/s/ Courtney J. Hull*
COURTNEY J. HULL