# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | ) | Case No. 15-10952 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, hereby certify that I am not less than 18 years of age and that on this 7th day of May 2015, I caused a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Papers** to be served upon the parties on the attached list *via* first class mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 7, 2015        **POTTER ANDERSON & CORROON LLP**
Wilmington, Delaware

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

PAC 1188787v.1

| | |
|---|---|
| Academixdirect, Inc.<br>4400 Bohannon Drive, Suite 110<br>Menlo Park, CA 94025-1005 | Aerotek, Inc.x<br>c/o Shook Hardy & Bacon LLP<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614 |
| Ambassador Education Solutions<br>445 Broad Hollow Road Ste. 206<br>Melville, NY 11747 | Arizona Department of Education<br>1535 West Jefferson Street<br>Phoenix, AZ 85007 |
| Bankruptcy & Collections Division MC 008<br>Attn: John Mark Stern<br>Assistant Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Bankruptcy & Collections Division MC 008<br>Attn: Courtney J. Hull<br>Assistant Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Bureau of Labor and Industries<br>800 NE Oregon St., Suite 1045<br>Portland, OR 97232 | Barclays<br>745 Seventh Ave., 30th Floor<br>New York, NY 10019 |

| | |
|---|---|
| California Department of Education<br>1430 N Street<br>Sacramento, CA 95814-5901 | Cal/OSHA<br>1515 Clay Street, Suite 1901<br>Oakland, CA 94612 |
| Deccan Plateau Corporation<br>Chapman Delesk & Emge LLP<br>28202 Cabor Road, 3rd Floor<br>Laguna Niguel, CA 92677 | Cooley LLP<br>1299 Pennsylvania Ave, NW, Suite 700<br>Washington, DC 20004 |
| Dept of Labor & Industrial Relations<br>830 Punchbowl St #321<br>Honolulu, HI 96813 | DELAWARE SECRETARY OF STATE<br>Division Of Corporations<br>Franchise Tax Division<br>P.O. Box 898<br>Dover, DE 19903 |
| Division of Safety & Health<br>One Hudson Square, 75<br>Varick Street (7th Floor)<br>New York, NY 10013 | Dimeo, Paul<br>Corinthian Colleges, Inc.<br>6 Hutton Centre Dr., #400<br>Santa Ana, CA 92707 |

Dyntek Services
4440 Von Karman Ste#200
Newport Beach, CA 92660

Division of Unemployment Ins.
Department Of Labor
4425 N. Market Street
Wilmington, DE 19802

Equity One, Inc.
1640 Powers Ferry Road
Building 11, Suite 250
Marietta, GA 30067

Eloyalty, LLC
9197 S. Peoria St.
Englewood, CO 80112

Graebel Relocation Svc Worldwide, Inc.
P.O. Box 71775
Chicago, IL 60694-1775

Equity One, Inc.
Attn: Legal Department
1600 Northeast Miami Gardens Drive
North Miami Beach, FL 33179

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Hawaii State Department of Education
1390 Miller St.
Honolulu, HI 96813

Jones Lang LaSalle Inc.
4 Park Plaza, Suite 900
Irvine, CA 92614

Jeffer Mangels Butler & Mitchell LLP
Attn: Barry Freeman/David Poitras
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Katten Muchin Rosenman LLP
Attn: Brian Huben/Dustin Branch
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Justice Department
1300 I St., #1142
Sacramento, CA 95814-5901

Labor Department
800 W Washington St
Phoenix, AZ 85007

Kelley Drye & Warren LLP
Attn: Robert L. LeHane
101 Park Avenue
New York, NY 10178

Lampert 25500 Industrial Blvd., LLC
Attn: Roland Lampert
P.O. Box 712711
Cincinnati, OH 75271-2711

Lampert 25500 Industrial Blvd., LLC
900 Veterans Blvd, Suite 410
Redwood City, CA 94063

McKinley Avenue, LLC
839 North Jefferson Street, Suite 400
Milwaukee, WI 53202

Marriott Hotel Services, Inc.
Gaylord National Convention Center &
Newport Beach Marriott
12740 Hillcrest Road, Suite 240
Dallas, TX 75230

NYC Department of Education
Tweed Courthouse
52 Chambers Street
New York, NY 10007

New York State Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY 12240

Occupational Safety & Health
830 Punchbowl St # 425
Honolulu, HI 96813

Occupational Safety &
Health Administration
800 W. Washington Street, 2nd floor
Phoenix, AZ 85007

Oregon Department of Education
255 Capitol Street NE
Salem, OR 97310-0203

Office Of The United States Trustee
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801-3519

| | |
|---|---|
| P.R.G. Investment Fund, L.P.<br>9454 Wilshire Blvd, Suite 220<br>Beverly Hills, CA 90212 | Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |
| Palm Springs Mile Associates, Ltd<br>Attn: Phillip J. Eisenberg<br>c/o Phillips International<br>295 Madison Ave., 2nd Floor<br>New York, NY 10017 | Palm Springs Mile Associates, Ltd<br>419 W. 48th Street, Suite 300<br>Hialeah, FL 33012 |
| Rackspace Hosting<br>P.O. Box 730759<br>Dallas, TX 75373-0759 | Payne & Fears LLP<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614 |
| Secretary of The Treasury<br>P. O. Box 7040<br>Dover, DE 19903 | Richards, Layton & Finger, PA<br>Mark D. Collins<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 |

| | |
|---|---|
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street, NE<br>Washington, DC 20549 | Securities & Exchange Commission<br>New York Regional Office<br>Attn: George S. Canellos<br>Regional Director<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 |
| State Of Delaware<br>820 N. French Street<br>Division Of Revenue 8th Floor<br>Wilmington, DE 19801-0820 | Squar Milner Peterson Miranda &<br>Williamson LLP<br>4100 Newport Place Drive, Suite 600<br>Newport Beach, CA 92660 |
| Store Master Funding I, LLC<br>8501 E. Princess Drive, Suite 190<br>Scottsdale, AZ 85255 | State of Oregon Osha Office<br>1230 NE 3rd St #115<br>Bend, OR 97701 |
| Successfactors, Inc.<br>1500 Fashion Island Blvd., Ste 300<br>San Mateo, CA 94404 | Studentscout, LLC<br>77 West Wacker Drive<br>Chicago, IL 60601 |

<div style="display: flex;">

The State of California Labor &  
Workforce Development Agency  
Attn. PAGA Administrator  
455 Golden Gate Avenue, 9th Floor  
San Francisco, CA 94102

Tallan, Inc.  
175 Capital Blvd., Suite 401  
Rocky Hill, CT 06067

The United States Attorney's Office  
District of Hawaii  
300 Ala Moana Blvd., #6-100  
Honolulu, HI 96850

The United States Attorney's Office  
District of Arizona  
Two Renaissance Square  
40 N. Central Avenue, Suite 1200  
Phoenix, AZ 85004-4408

The United States Attorney's Office  
Eastern District of New York  
271 Cadman Plaza East  
Brooklyn, NY 11201

The United States Attorney's Office  
Southern District of New York  
One Saints Andrew Plaza  
New York, NY 10007

Toronto College Park, Ltd  
33 Younge Street, Suite 830  
Toronto, ON M5E 1G4  
Canada

The United States Department of Justice  
U.S. Department of Justice  
950 Pennsylvania Avenue, NW  
Washington, DC 20530-0001

</div>

U.S. Attorney's Office
P.O. Box 2046
1201 Market St., Ste. 1100
Wilmington, DE 19899-2046

Tri Dimensional Solutions Inc.
6321 San Bonita Ave.
Clayton, MO 63105

Walgreens Of Hawaii, LLC
104 Wilmot Road, MS1420
Deerfield, IL 60015

U.S. Department of Education
400 Maryland Avenue SW
Washignton, DC 20202

Watt Long Beach, LLC
1517 Lincoln Way, Courthouse Plaza
Auburn, CA 95603

Watt Long Beach, LLC
Attn: James Maginn
2716 Ocean Park Blvd.
Santa Monica, CA 90405

Zagorski, Michelle Lee Reid
Corinthian Colleges, Inc.
6 Hutton Centre Dr., #400
Santa Ana, CA 92707