# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | ) Case No.15-10952 (KJC) |
| Debtors. | ) Jointly Administered |

## MOTION AND ORDER FOR
## *PRO HAC VICE* ADMISSION OF JENNIFER C. HAGLE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jennifer C. Hagle, of Sidley Austin LLP, to represent Bank of America, N.A., in its capacity as administrative agent for the prepetition first lien secured lenders under that certain Fourth Amended and Restated Credit Agreement dated May 17, 2012 in this action.

Dated:  May 7, 2015         **POTTER ANDERSON & CORROON LLP**
Wilmington, Delaware

*/s/ Etta R. Mayers*
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Mayers (DE Bar No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

*Counsel to Bank of America N.A.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  May 7, 2015

            */s/ Jennifer C. Hagle*
            Jennifer C. Hagle
            **Sidley Austin LLP**
            555 West Fifth Street
            Los Angeles, CA  90013
            Telephone:  (213) 896-6000
            Facsimile:  (213) 896-6600
            Email:  jhagle@sidley.com