## Exhibit B

## Taxing Authorities

| Taxing Authority | Type of Taxes and Fees |
| --- | --- |
| Arizona Department of Revenue | Sales/Use Tax |
| California State of Board of Equalization | Sales/Use Tax |
| City of Aurora Tax & Licensing Division | Sales/Use Tax |
| City of Colorado Springs Sales/Use Tax | Sales/Use Tax |
| City of Mesa | Sales/Use Tax |
| City of Phoenix Arizona/Privilege License Tax Desk | Sales/Use Tax |
| City of Tempe | Sales/Use Tax |
| City of Thornton/Sales Tax Division | Sales/Use Tax |
| Comptroller of Maryland - SUT Revenue Administration Division | Sales/Use Tax |
| Department of Revenue Washington State | Sales/Use Tax |
| Florida Department of Revenue SUT | Sales/Use Tax |
| Georgia Department of Revenue Sale & Use Tax | Sales/Use Tax |
| Hawaii Department of Taxation | Sales/Use Tax |
| Illinois Department of Revenue | Sales/Use Tax |
| Indiana Department of Revenue Sales/Use Tax | Sales/Use Tax |
| Massachusetts Department of Revenue | Sales/Use Tax |
| Michigan Department of Treasury, Department 78172 | Sales/Use Tax |
| Minnesota Revenue Sales/Use Tax | Sales/Use Tax |
| Mississippi Department of Revenue | Sales/Use Tax |
| Missouri Department of Revenue Sales/Use Tax | Sales/Use Tax |
| State of Nevada AR Payments | Sales/Use Tax |
| New Jersey Division of Taxation | Sales/Use Tax |
| New York State Tax Department | Sales/Use Tax |
| Ohio Department of Taxation | Sales/Use Tax |
| Pennsylvania Department of Revenue | Sales/Use Tax |
| Texas Comptroller of Public Accounts | Sales/Use Tax |
| Utah State Tax Commission Sales Tax | Sales/Use Tax |
| Virginia Department of Taxation Office of Sales/Use Tax | Sales/Use Tax |
| West Virginia State Tax Department/Sales & Use Tax Division | Sales/Use Tax |
| Wyoming Department of Sales/Use Tax | Sales/Use Tax |