## EXHIBIT A

**Collins Affidavit**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

-----------------------------------------------------------------

**AFFIDAVIT OF MARK D. COLLINS IN SUPPORT OF
DEBTORS' APPLICATION TO EMPLOY AND RETAIN
RICHARDS, LAYTON & FINGER, P.A. AS COUNSEL PURSUANT TO
SECTION 327(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014(A)
AND 2016 AND LOCAL RULE 2014-1, *NUNC PRO TUNC* TO THE PETITION DATE**

STATE OF DELAWARE          )
                                           ) SS:
COUNTY OF NEW CASTLE    )

Mark D. Collins, being first duly sworn to oath, deposes and says:

1.       I am an attorney admitted to practice in the State of Delaware and before this

Court, and a director of the firm of Richards, Layton & Finger, P.A. ("**RL&F**").  RL&F is a

Delaware law firm with offices at One Rodney Square, 920 North King Street, Wilmington,

Delaware 19801.

2.       I submit this affidavit in support of the Application (the "**Application**") of the

above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for an order

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

approving the employment and retention of RL&F as their counsel in the Debtors' bankruptcy cases, in compliance with and to provide disclosure pursuant to sections 329 and 504 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").  Unless otherwise stated in this affidavit, I have personal knowledge of the facts hereinafter set forth.  To the extent that any information disclosed herein requires amendment or modification upon RL&F's completion of further analysis, or as additional creditor information becomes available to it, a supplemental affidavit will be submitted to the Court.

3.      The Debtors have chosen RL&F to serve as bankruptcy counsel to the Debtors. RL&F has and will continue to work closely with other professionals retained by the Debtors to prevent any duplication of efforts in the course of advising the Debtors.  RL&F is willing and able to act in the Debtors' cases and render the necessary professional services as bankruptcy counsel to the Debtors on the terms described herein, and to subject itself to the jurisdiction of the Court.

4.      Subject to approval of this Court and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, RL&F intends to apply for compensation for professional services rendered in connection with the Debtors' bankruptcy cases, plus reimbursement of actual, necessary expenses and other charges incurred by RL&F during the Debtors' bankruptcy cases.

5.      RL&F's current hourly rates for matters related to these chapter 11 cases are expected to be within the following ranges:

2

| Position | Range of Hourly Rates |
|---|---|
| Directors | $585 to $825 an hour |
| Counsel | $525 an hour |
| Associates | $260 to $490 an hour |
| Paraprofessionals | $235 an hour |

6.    The principal professionals and paraprofessionals designated to represent the Debtors and their current standard hourly rates are as follows:

a)    Mark D. Collins                $825 per hour

b)    Michael J. Merchant        $650 per hour

c)    Marisa A. Terranova       $450 per hour

d)    Amanda R. Steele           $425 per hour

e)    Rachel L. Biblo              $260 per hour

f)    Alexander G. Najemy      $260 per hour

g)    Rebecca V. Speaker        $235 per hour

7.    RL&F's hourly rates are set at a level designed to compensate RL&F fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions (which adjustments will be reflected in the first RL&F fee application following such adjustments) and are consistent with the rates charged elsewhere.  Other than these potential periodic adjustments, RL&F does not expect any changes during the pendency of these chapter 11 cases.

8.    RL&F represented the Debtors in the seven (7) months prior to the Petition Date (*i.e.*, since October 2014).  Other than the periodic adjustments described above, RL&F's hourly rates and financial terms for the services performed prior to the Petition Date are identical to the

3

hourly rates and financial terms of the postpetition engagement proposed herein.  These hourly rates are consistent with the rates that RL&F charges other comparable chapter 11 clients and are not significantly different from the rates that RL&F charges in non-bankruptcy representations.  None of RL&F's professionals included in this engagement have varied their rate based on the geographic location of the chapter 11 cases.  Notwithstanding the consistent hourly rates, RL&F as a practice reviews all time charges and makes adjustments as necessary to correct any inefficiencies that may appear before billing.

9.    As described in the Mortensen Declaration, the Debtors have reviewed and approved RL&F's standard rate structure and believe that it is appropriate and is not significantly different from (a) the rates that RL&F charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.  RL&F and the Debtors have not agreed to any variations from, or alternatives to, RL&F's standard or customary billing arrangements for this engagement, other than the understanding that RL&F will review all time charges and make adjustments as necessary to correct any inefficiencies.

10.    RL&F intends to provide the Debtors with a prospective budget and staffing plan for approval shortly.

11.    It is RL&F's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, long-distance telephone charges, regular mail and express mail charges, special or hand delivery charges, document processing charges, printing/photocopying charges, travel expenses, expenses for "working meals," computerized research charges, transcription costs as well as non-ordinary overhead expenses such as secretarial and other overtime.  RL&F will charge the Debtors for these expenses in a manner and at rates consistent with charges made

4

generally to RL&F's other clients or as previously fixed by this Court.  RL&F believes that it is fairer to charge these expenses to the clients incurring them instead of increasing hourly rates and spreading these expenses among all clients.

12.     With the exception of those entities listed on Exhibit 1 and Exhibit 2, neither I, RL&F, nor any director or associate of RL&F, insofar as I have been able to ascertain, has in the past represented the Debtors' largest creditors, any significant equity holders of the Debtors (holding 5% or more of the equity interests in the Debtors) or any Potential Party in Interest (as defined below).  In preparing this affidavit, we used a set of procedures established by RL&F to insure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding retention of professionals by a debtor or official committee under the Bankruptcy Code.  In that regard, RL&F requested and obtained from the Debtors a list of the names of entities who may be parties in interest in these chapter 11 cases, including but not limited to, the Debtors' secured creditors, the Debtors' largest unsecured creditors, significant contract counterparties, parties to litigation with the Debtors, present officers and directors and parties holding equity interests in the Debtors (the "**Potential Parties in Interest**").  A true and correct copy of the list of Potential Parties in Interest is attached hereto as Exhibit 3.

13.     RL&F maintains and systematically updates its conflict check system in the regular course of its business and it is the regular practice of RL&F to make and maintain these records.  The conflict system maintained by RL&F is designed to include (i) every active matter on which RL&F is engaged, (ii) every closed matter on which RL&F has been engaged since 1990, (iii) the entity by which it is now or has been engaged, (iv) the identity of related parties, (v) the identity of adverse parties and (vi) the attorney at RL&F that is knowledgeable about the matter.  It is the policy of RL&F that no new matter may be accepted or opened within the firm

5

without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and the related and adverse parties.  Accordingly, the database is updated for every new matter undertaken by RL&F.  The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

14.     RL&F has in the past represented, currently represents and/or may in the future represent, in matters wholly unrelated to the Debtors' chapter 11 cases, certain Potential Parties in Interest (including, without limitation, those entities set forth on <u>Exhibit 1</u> attached hereto who are current clients or are related-parties thereof, and those entities or related-parties thereof set forth on <u>Exhibit 2</u> attached hereto who have been represented by RL&F within the last five (5) years).  I do not believe that any single matter is a major engagement that would involve either the billing of fees in excess of one half of one percent (.5%) of RL&F's annual fees billed, or that, in the aggregate for any related group of entities, exceeds one percent (1%) of RL&F's annual fees billed.

15.     I do not believe there is any connection or interest (as such terms are used in section 101(14) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) between RL&F and (i) the United States Trustee or any person employed by the Office of the United States Trustee or (ii) any counsel, accountants, financial consultants and investment bankers who represent or may represent claimants or other parties in interest in the Debtors' chapter 11 cases, except as otherwise described herein.  In addition, as part of its practice, RL&F appears in cases, proceedings and transactions involving many different attorneys, counsel, accountants, financial consultants and investment bankers, some of which now or may in the future represent claimants and parties in interest in the Debtors' chapter 11 cases.  RL&F has not represented and will not

6

represent any such entities in relation to the Debtors and their chapter 11 cases, nor does RL&F have any relationship with any such entities that would be adverse to the Debtors or their estates in the matters upon which RL&F is to be employed in these cases.

16.     Prior to the Petition Date, RL&F rendered legal services to the Debtors in connection with and in contemplation of the Debtors' chapter 11 filings.  RL&F received a retainer of $405,000.00 (the "**Retainer**") to cover fees and expenses actually incurred, as well as anticipated to occur prior to the commencement of these chapter 11 cases.  Prior to the Petition Date, RL&F drew down the Retainer for work performed and expenses incurred pursuant to RL&F's representation of the Debtors.  An accounting summary of payments made to RL&F and estimated amounts incurred by RL&F is attached hereto as Exhibit 4.  To the extent any amount of the Retainer has not been expended for prepetition services and disbursements, the Debtors propose that RL&F hold the balance of the Retainer as an evergreen retainer in the chapter 11 cases as discussed in the Application.

17.     Except as set forth herein, and based upon the information available to me, neither I, RL&F, nor any director or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates in the matters upon which RL&F is to be employed in these cases.  Based upon the information available to me, I believe that RL&F is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

18.     No promises have been received by RL&F, or by any director or associate thereof, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.  RL&F has no agreement with any other entity to share with such entity any compensation received by RL&F.

7

19.     To the best of my knowledge, no director or associate of RL&F is a relative of, or has been so connected with, any United States Bankruptcy Judge for the District of Delaware, any of the District Court Judges for the District of Delaware who handle bankruptcy cases, the United States Trustee for Region 3, the Assistant United States Trustee for the District of Delaware, the attorney for the United States Trustee assigned to these chapter 11 cases or  any other employee of the Office of the United States Trustee.  Accordingly, I understand that the appointment of RL&F is not prohibited by Bankruptcy Rule 5002.

20.     RL&F will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise.  Pursuant to Local Rule 2014-1, to the extent that RL&F learns of any additional material information relating to its employment (such as potential or actual conflicts of interest), RL&F will file and serve a supplemental affidavit with the Court setting forth the additional information.

RLF1 11922675v.4

Dated: May 7, 2015

SWORN TO AND SUBSCRIBED
before me this __7th__ day of May 2015.

Notary Public
My Commission Expires:

Mark D. Collins (No. 2981)

9

**Exhibit 1[1] - Current Clients[2]**

**Banks**
- Bank of America and certain affiliates thereof
- Certain affiliates of Bank of America, N.A. Trade Operations
- Bank of Montreal
- Certain affiliates of Bank of the West
- BMO Harris Bank, N.A. and certain affiliates thereof
- City National Bank and certain affiliates thereof
- Certain affiliates of Commerce National Bank
- Northern Trust and certain affiliates thereof
- Certain affiliates of One West Bank
- Certain affiliates of One West Bank, N.A.
- PNC Bank and certain affiliates thereof
- Certain affiliates of Sun Trust
- Certain affiliates of U.S. Bank Special Assets Group
- U.S. Bank, N.A. and certain affiliates thereof
- Union Bank
- Certain affiliates of Union Bank of California

**Surety Bondholders**
- Certain affiliates of the State of Delaware
- Certain affiliates of the State of Hawaii

**Professionals**
- Kirkland & Ellis

**Significant Vendors**
- Affiliated Computer Services
- Google, Inc.
- Certain affiliates of Hewlett-Packard Co, Inc.
- KTLA
- Certain affiliates of MSP-Mailing Services of Pittsburgh
- Certain affiliates of NBCU
- Certain affiliates of PCM Sales, Inc.
- Store Master Funding I, LLC
- Certain affiliates of Thomson Reuters - West Payment Center
- Certain affiliates of Time Warner Cable Media Sales
- Viacom

---

[1]    Parties that are both current clients and former clients of RL&F are only listed on Exhibit 1 — Current Clients.

[2]    Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein are actually affiliates of current clients.  However, out of an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of current clients.

- Certain affiliates of Yahoo Search Marketing

**Top 50 Unsecured Creditors**
- Certain affiliates of ACI Specialty Benefits
- Cooley, LLP
- Drinker Biddle & Reath LLP
- Certain affiliates of Jones Lang LaSalle Brokerage, Inc.
- Certain affiliates of Jones Lang LaSalle Americas, Inc.
- NBCU
- PricewaterhouseCooper LLP
- Certain affiliates of Qualtrics Labs, Inc.
- Certain affiliates of The Nasdaq Stock Market, LLC

RLF1 11922675v.4

## Exhibit 2-Former Clients

### Current and Recent Former Officers and Directors
- Lee, Robert

### Surety Bondholders
- State of Delaware

### Professionals
- Cooley LLP and certain affiliates thereof
- FTI Consulting, Inc.
- Certain affiliates of Hilco
- Latham & Watkins LLP

### Significant Vendors
- Certain affiliates of Comcast Spotlight
- ExactTarget, Inc.
- McAfee, Inc.
- Certain affiliates of PCCW Teleservices (US), Inc.

### Top 50 Unsecured Creditors
- Securitas Security Services USA, Inc.

**Exhibit 3-Potential Parties in Interest**

**Debtor Affiliates**
- Ashmead Education, Inc.
- Career Canada C.F.P. Limited
- Career Choices, Inc.
- CDI Education USA, Inc.
- Corinthian Property Group, Inc.
- Corinthian Schools, Inc.
- ECAT Acquisition, Inc.
- ETON Education, Inc.
- Everest College Phoenix, Inc.
- Everest Colleges Canada, Inc.
- Florida Metropolitan University, Inc.
- Grand Rapids Educational Center, Inc.
- Heald Capital, LLC
- Heald College, LLC
- Heald Education, LLC
- Heald Real Estate, LLC
- MJB Acquisition Corporation
- National School of Technology
- Pegasus Education, Inc.
- QIC Acquisition Corporation
- Quickstart Intelligence Corporation
- Rhodes Business Group, Inc.
- Rhodes Colleges, Inc.
- SD III-B Heald Holdings Corp.
- Sequoia Education, Inc.
- Socle Education, Inc.
- SP PE VII-B Heald Holdings Corp.
- Titan Schools, Inc.
- Ward Stone College

**Current and Recent Former Officers and Directors**
- Adler, Hank
- Altschuler, Rupert
- Austin, Gloria
- Bereczky, Andrew
- Black, Kelly
- Bosic, Robert
- Buchanan, William
- Bunje, Robert
- Carnagey, Nikee
- Cassetta, Carmella

- Crow, Steve
- Dean, Kim
- Deshon, Eeva
- Dionisio, John
- Dunlap, Anna Marie
- Ferguson, Mark
- Flores, Melissa
- Gold, Darren
- Guida, Anthony
- Hartshorn, Terry
- Kane, Alice
- Kennedy, Julia
- Lee, Robert
- Luedtke, Luther
- Massimino, Jack
- McCabe, Michael
- Mirr, Jim
- Morial, Marc H.
- Mortensen, Stan
- Ord, Kenneth
- Owen, Robert
- Pelesh, Mark
- Persavich, Jon
- Poldoian, David
- Rajasalu, Eric
- Ramsay, Sandra
- Rawls, Terry
- Robinson, Sharon P.
- Scherer, Diana
- Schnitker, Kelly
- Semaan, Hicham
- Simpson, Richard
- Skladany, Linda Arey
- St. Pierre, Paul
- Stiglich, Michael
- Streets, Fran
- Sullivan, Tim
- Van Duinen, Roger
- Vignone, Andrew
- Wade, Jim
- Wilson, Beth

## <u>Banks</u>
- 1st National Bank of Wyoming

2

- Bank of America
- Bank of Montreal
- Bank of the West
- BMO Harris Bank, N.A.
- California Bank and Trust
- Capital West
- City National Bank
- City National Bank of West Virginia
- Commerce National Bank
- First Hawaiian Bank
- MUFG Union Bank, N.A.
- Northern Trust
- One West Bank
- OneWest Bank N.A.
- PNC Bank
- S&T Bank
- Sun Trust
- U.S. Bank Special Assets Group
- U.S. Bank, N.A.
- Union Bank
- Union Bank of California

**Debtholders**
- Arkansas Department of Higher Education
- Colorado Dept. of Higher Education Division of Private Occupied Schools
- Commonwealth of Kentucky
- Commonwealth of Massachusetts
- Commonwealth of Massachusetts, Division of Professional Licensure
- Commonwealth of Pennsylvania
- Commonwealth of Pennsylvania Dept. of Education
- Commonweath of Massachusetts
- County of Middlesex
- District of Columbia
- Illinois Board of Higher Education
- Kentucky Commission on Proprietary Education
- Nebraska Department of Education
- Ohio Board of Career Colleges & Schools
- State of Alabama
- State of Alabama, Dept. of Postsecondary Education
- State of Arkansas
- State of Colorado
- State of Delaware
- State of Georgia
- State of Hawaii

3

- State of Illinois
- State of Iowa
- State of Kansas
- State of Kansas - Board of Regents
- State of Louisiana
- State of Louisiana Board of Regents Proprietary School
- State of Maine
- State of Maine- Department of Education
- State of Maryland
- State of Michigan
- State of Minnesota
- State of Mississippi
- State of Missouri
- State of Nebraska
- State of Nevada
- State of Nevada Commission on Postsecondary Education
- State of Nevada Dept. of Eduation
- State of New Jersey
- State of New Mexico
- State of Oklahoma
- State of Oregon, Higher Education Coordinating Commission, Private Career Schools Unit
- State of South Carolina
- State of Tennessee
- State of Virginia
- State of Washington
- State of West Virginia
- State of Wisconsin
- Wisconsin Educational Approval Board

**Government Entities**
- Department of Education
- Department of Justice

**Letters of Credit**
- Plaza West Building, LLC
- Bank of America, N.A. Trade Operations
- Zurich American Insurance Company
- Bank of America, N.A.
- Square 407 Limited Partnership
- Western Surety Company
- U.S. Department of Education
- Elavon, Inc.

**Lienholders**
- Bank of America, N.A.
- Hewlett-Packard Financial Services Co.

**Professionals**
- Cooley LLP
- Ernst & Young US LLP
- First Advantage Litigation Consulting
- FTI Consulting, Inc.
- Hilco
- Homer Bonner Jacobs, P.A.
- Irell & Manella LLP
- Kirkland & Ellis
- Latham & Watkins LLP
- Munger, Tolles & Olson LLP
- Payne & Fears LLP
- Weworski and Associates

**Significant Vendors**
- Action Lead Solutions, Inc.
- Affiliated Computer Services
- Albany County Treasurer
- All Star Directories, Inc.
- Anthem Blue Cross
- Bet Networks
- BirdDog Media, LLC
- Bright House Media Strategies
- Cebra B. Graves
- Comcast Spotlight
- County Of Volusia
- DGS EDU LLC
- ExactTarget, Inc.
- First Financial Corporate Leasing, LLC
- First National Capital, LLC
- Google Inc.
- Hewlett-Packard Co, Inc.
- Higher Ed Growth
- Inter Media Advertising
- Intralinks, Inc.
- Irell & Manella LLP
- KDAF-TV
- KICU-TV
- KOFY - TV
- KTLA

5

- KTVU-TV
- Lim Holdings, Inc, Dba ClassesUSA.com
- McAfee, Inc.
- MSP-Mailing Services Of Pittsburgh
- MTV Networks
- NBCU
- NCS Pearson, Inc
- PCCW Teleservices (US), Inc.
- PCM Sales, Inc.
- PMA Media Group, Inc.
- PS Promotions, Inc.
- Thomson Reuters - West Payment Center
- Time Warner Cable Media Sales
- U.S. Bank Equipment Finance Inc.
- Weworski & Associates, Inc.
- WMOR
- World Web Partners, Inc..
- Yahoo Search Marketing

**<u>Top 50 Unsecured Creditors</u>**
- Ambassador Education Solutions
- StudentScout, LLC
- Eloyalty, LLC
- Cooley LLP
- Payne & Fears LLP
- Lampert 25500 Industrial Blvd., LLC
- Store Master Funding I, LLC
- SuccessFactors, Inc.
- ACADEMIXDIRECT, INC.
- Aerotek, Inc.
- Walgreens of Hawaii, LLC
- SQUAR, MILNER, PETERSON, MIRANDA &
- Graebel Relocation SVC Worldwide, Inc.
- Gaylord National Resort & Convention Center
- Rackspace Hosting
- Tallan, Inc.
- Deccan Plateau Corporation
- Watt Long Beach, LLC
- Dyntek Services
- P.R.G. Investment Fund, L.P.
- Tri Dimensional Solutions, Inc.
- Securitas Security Services USA, Inc.
- InterMedia Advertising
- LBA Realty Fund II - WBP III, LLC

6

- Guardsmark, LLC
- Weworski & Associates, Inc.
- Moraga Enterprises
- Livevox, Inc.
- Hewlett-Packard Co, Inc.
- Printery, Inc. The
- Campus Management Corp.
- Profiles International, Inc.
- PricewaterhouseCooper LLP
- Testout Corporation
- ECMC Solutions Corporation
- Drinker Biddle & Reath LLP
- Atrilogy Solutions Group, Inc.
- NBCU
- PCM Sales, Inc.
- Lead Pro Direct LLC
- Comcast Spotlight
- Jones Lang LaSalle Brokerage, Inc.
- Bureau for Private Postsecondary Education
- Jones  Lang LaSalle Americas, Inc.
- NASDAQ Stock Market
- ACI Specialty Benefits
- Pocket Nurse Enterprises, Inc.
- Intralinks, Inc.
- BDA (Bensussen Deutsch & Associates)
- Careerbuilder, LLC
- Cebra B. Graves
- OptimalResume.com, Inc.
- Qualtrics Labs, Inc.
- Plattform Advertising, Inc.

**United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members)**

- Attix, Lauren
- Bello, Rachel
- Bird, David D.
- Buchbinder, David
- Capp, Laurie
- Carey, Kevin J.
- DeAngelis, Roberta A.
- Dortch, Shakima L.
- Farrell, Catherine
- Fox, Timothy J., Jr.
- Gadson, Danielle

7

- Giordano, Diane
- Green, Christine
- Gross, Kevin
- Grottini, Donna
- Hackman, Benjamin
- Haney, Laura
- Heck, Jeffrey
- Hunt, Nancy
- Johnson, Lora
- Kenney, Mark
- Leamy, Jane
- Marvel, Ivone
- Murray, Tony
- O'Malley, James R.
- Panacio, Michael
- Patton, Tiiara
- Sarkessian, Juliet
- Scaruzzi, Sherry
- Schepacarter, Richard
- Silverstein, Laurie S.
- Shannon, Brendan L.
- Sontchi, Christopher S.
- Szymanski, Cheryl
- Tinker, T. Patrick
- Vinson, Ramona
- Walker, Jill
- Walrath, Mary F.
- Werkheiser, Rachel
- West, Michael
- Wynn, Dion

RLF1 11922675v.4

**Exhibit 4 - Accounting Summary of Payments**

| Date | Transaction | Amount | Retainer Balance |
|---|---|---|---|
| 10/9/14 | Wire transfer deposit of retainer | $30,000.00 | $30,000.00 |
| 11/4/14 | Invoice No. 468218 for services rendered through November 4, 2014 | $7,428.70 | $22,571.30 |
| 11/19/14 | Wire transfer deposit of retainer | $25,000.00 | $47,571.30 |
| 12/3/14 | Invoice No. 470292 for services rendered through December 3, 2014 | $8,295.30 | $39,276.00 |
| 3/10/15 | Invoice No. 476168 for services rendered through March 10, 2015 | $22,842.45 | $16,433.55 |
| 4/14/15 | Payment from Corinthian Colleges Inc. Check No. 3412735 | $22,842.45 | $39,276.00 |
| 4/27/15 | Wire transfer deposit of retainer | $350,000.00 | $389,276.00 |
| 5/1/15 | Invoice No. 480942 for services rendered through May 1, 2015 | $6,096.80 | $383,179.20 |
| 5/4/15 | Retainer amount drawn down based on services performed and anticipated to be performed through the filing of the petitions on May 4, 2015[1] | $383,179.20 | $0 |

---

[1] On May 4, 2015, RL&F transferred the full balance of its retainer from its trust account in satisfaction of estimated fees and expenses incurred prior to the Petition Date. Prior to the hearing on the Application, RL&F intends to reconcile the retainer against the actual fees and expenses incurred by RL&F and return any unused balance in its trust account. RL&F seeks authority to treat any balance returned to its trust account as a postpetition evergreen retainer in accordance with the relief requested in the Application.