# EXHIBIT B

**Mortensen Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

---

**DECLARATION OF STAN A. MORTENSEN IN SUPPORT OF
DEBTORS' APPLICATION TO EMPLOY AND RETAIN
RICHARDS, LAYTON & FINGER, P.A. AS COUNSEL PURSUANT TO
SECTION 327(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014(A)
AND 2016 AND LOCAL RULE 2014-1, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Stan A. Mortensen, the Executive Vice President and General Counsel of Corinthian Colleges, Inc. ("**Corinthian**" and, together with its affiliated debtors and debtors in possession, the "**Debtors**"), being duly sworn, state the following under penalty of perjury:

1. I serve as the Executive Vice President and General Counsel of Corinthian. I submit this declaration (the "**Declaration**") in support of the *Debtors' Application to Employ and Retain Richards, Layton & Finger, P.A. as Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, Nunc Pro Tunc*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*to the Petition Date* (the "**Application**").[2]  Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents and information supplied to me by other members of the Debtors' management and the Debtors' advisors.

## THE DEBTORS' SELECTION OF COUNSEL

2.  The Debtors recognize that a comprehensive review process is necessary when selecting and managing restructuring counsel to ensure that restructuring professionals are subject to the same client-driven market forces, scrutiny and accountability as professionals in non-restructuring engagements.

3.  As the Court is aware, the Debtors are seeking to retain Richards, Layton & Finger, P.A. as counsel in connection with the above-captioned chapter 11 cases.  RL&F was selected because of the firm's extensive experience and knowledge in the field of debtor's and creditor's rights, business reorganizations and liquidations under chapter 11 of the Bankruptcy Code, its expertise, experience and knowledge in practicing before this Court, its proximity to the Court and its ability to respond quickly to emergency hearings and other emergency matters.  The Debtors continue to believe that RL&F is uniquely qualified to represent them in these chapter 11 cases.

## RATE STRUCTURE

4.  In my function as Executive Vice President and General Counsel, I am responsible for supervising outside counsel retained by the Debtors for the purpose of effectuating a restructuring.  RL&F has informed the Debtors that it believes that RL&F's rate structure for this engagement is comparable to the rate structure that would apply in a non-

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

2

restructuring engagement. In my experience working with other outside law firms for the Debtors and on other matters, I believe that RL&F's rates are comparable to those of firms similar to RL&F.

5. As discussed below, I am also responsible for reviewing the invoices regularly submitted by RL&F, and can confirm that the rates RL&F charged the Debtors prior to the Petition Date, subject to permitted periodic rate increases, are the same as the rates RL&F will charge the Debtors in the postpetition period, as set forth in the Application.

## COST SUPERVISION

6. The Debtors and RL&F expect to develop a prospective budget and staffing plan to reasonably comply with the U.S. Trustee's requests for information and disclosures, and any other orders of the Court. The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases. The Debtors will continue to review the invoices that RL&F regularly submits and, together with RL&F, amend the budget and staffing plans periodically, as the cases develop.

3

RLF1 11922675v.4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 7, 2015

By: _____
Stan A. Mortensen
Executive Vice President and General Counsel

4

RLF1 11922675v.4