# EXHIBIT A

**Engagement Agreement**



April 29, 2015

Mr. Stan A. Mortensen
Executive Vice President and
General Counsel
Corinthian Colleges, Inc.
6 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707

        Re:    **Rust Consulting/Omni Bankruptcy**
                  **-Retention letter**

Mr. Mortenson:

      This letter (the "Agreement") will acknowledge that you have requested Rust Consulting/Omni Bankruptcy ("Rust Omni") to provide services to Corinthian Colleges, Inc. and twenty-four (24) affiliated entities (collectively, the "Companies") in preparation of, and in connection with, the Companies anticipated chapter 11 filings. Rust Omni will make itself available to the Companies, as requested, for the purposes of assisting the Companies with pre- and post-petition case administration matters including preparation and management of the creditor matrices, preparation of schedules of assets and liabilities and statements of financial affairs, claims management, noticing, plan solicitation and tabulation, distribution, the development and maintenance of a virtual data room, the development and maintenance of an informational website, and any other services as may be requested by the Companies.

      The services to be rendered by Rust Omni will be billed at rates ranging from $20.00 to $125.00 per hour as per the attached rate sheet. In addition, Rust Omni has agreed to a ninety ($90.00) dollar blended rate cap, to be calculated on a quarterly basis. Rust Omni has further agreed to reduce, by $50,000, it's overall bill for services rendered on behalf of the Companies pursuant to 28 U.S.C. § 156(c) (excluding postage, publication and other pass-through charges). Such reduction will be effectuated by voluntarily reducing each monthly § 156(c) invoice by ten (10%) percent until the aforementioned $50,000 is reached. Rates are adjusted annually on January 2nd of each



Mr. Stan A. Mortensen
April 29, 2015
Page 2

year, and are subject to increases not to exceed ten (10%) percent per annum. Increases greater than ten (10%) percent per annum will be discussed with you, and be subject to your prior approval, before becoming effective.

For all such services rendered, we require a $40,000 deposit, which such deposit must be replenished immediately prior to the commencement of the Companies' chapter 11 proceedings. All charges will be on a portal to portal basis plus out-of-pocket expenses. Rust Omni shall be compensated on a monthly basis for those services performed by Rust Omni during the preceding calendar month. Invoices are payable upon submission.

Each of Rust Omni and the Companies, on behalf of themselves and their respective employees, agents, professionals and representatives, agrees to keep confidential all non-public records, systems, procedures, software and other information received from the other party in connection with the services provided under this Agreement; provided, however, that if either party reasonably believes that it is required to produce any such information by order of any governmental agency or other regulatory body it may, upon not less than five (5) business days' written notice to the other party, release the required information.

The parties understand that the software programs and other materials furnished by Rust Omni pursuant to this Agreement and/or developed during the course of this Agreement by Rust Omni are the sole property of Rust Omni. The term "program" shall include, without limitation, data processing programs, specifications, applications, routines, and documentation. The Companies agree not to copy or permit others to copy the source code from the support software or any other programs or materials furnished pursuant to this Agreement. The Companies further agree that any ideas, concepts, know-how or techniques relating to data processing or Rust Omni's performance of its services developed during the course of its Agreement by Rust Omni shall be the exclusive property of Rust Omni. Upon the Companies' request at any time or times while this Agreement is in effect, Rust Omni shall immediately deliver to the Companies and/or the Companies retained professionals, at the Companies' expense, any or all of the non-proprietary data and records held by Rust Omni pursuant to this Agreement, in the form requested by the Companies.

This Agreement is terminable at will by the parties hereto upon thirty (30) days written notice. In the event that this Agreement is terminated, regardless of the reason for



Mr. Stan A. Mortensen
April 29, 2015
Page 3

such termination, Rust Omni shall cooperate with the Companies to maintain an orderly transfer of all records, data and information and record keeping functions, and shall provide all necessary staff, services and assistance required for an orderly transfer. The Companies agree to pay for such services in accordance with Rust Omni's then existing prices for such services.

    Please acknowledge the above by signing and returning a copy of this letter. Should you have any questions regarding the above, please do not hesitate to call me.

Sincerely,

Paul H. Deutch
Executive Managing Director

Enc.

cc: Brian Osborne
     Eric Schwarz

CORINTHIAN COLLEGES, INC., *ET AL.*

Date: 4/30/15

By: _____
Mr. Stan A. Mortensen
Executive Vice President and
General Counsel



# Rate Sheet
**WWW.OMNIMGT.COM**

### ◢ Hourly Rates for Standard and Custom Services

| | RATE/COST |
|---|---|
| Clerical Support | $20.00 per hour |
| Project Specialists | $45.00 per hour |
| Project Supervisors | $65.00 per hour |
| Technology/Programming | $75.00 per hour |
| Consultants | $80.00 per hour |
| Senior Consultants | $125.00 per hour |
| **\*\*Blended Hourly Rate Cap Calculated Quarterly** | **$90.00 per hour\*\*** |

### ◢ Printing and Noticing Services

| Copy | $.07 per image |
|---|---|
| Document folding and insertion | No Charge |
| Labels/Envelope printing | No charge |
| E-mail noticing | No charge |
| Certified email | Quote upon request |
| Facsimile noticing | $.07/image |
| Postage | At cost<br>*(Advance payment required for postage charges over $10,000)* |
| Envelopes | At cost - Varies by size |

### ◢ Newspaper and Legal Notice Publishing

| Coordinate and publish legal notice | Quote prior to publishing |
|---|---|

### ◢ Claims Management

| Inputting proofs of claim | Hourly rates (No per claim charges) |
|---|---|
| Scanning | $.07/image |
| Online Claim Filing | No Charge |
| Remote Internet access for claims management | |
|     Setup | No charge |
|     Access | No Charge |

### ◢ Creditor Database

| Data storage | Waived - NO CHARGE |
|---|---|
| Per image storage | No charge |

### ◢ Informational Website

| Creation, configuration, and initial setup | No charge |
|---|---|
| Data entry/information updates | $45.00 per hour |
| Programming and customization | $90.00 per hour |
| Debtor website hosting | No charge |
| Committee website hosting | No charge |
| Shareholder website hosting | No charge |
| Scanning | $.07/image |



# Rate Sheet

WWW.OMNIMGT.COM

### ◢ Virtual Data Rooms

Quote upon request

### ◢ Call Centers / Dedicated Line

| | |
|---|---|
| Creation, configuration and initial setup | No charge |
| Hosting fee | No charge |
| Usage | No charge |
| Service rates (actual talk and log-entry time) | $45.00 - $65.00 per hour |

### ◢ Case Docket / Claims Register

No charge

### ◢ Solicitation and Tabulation

| | |
|---|---|
| Plan and disclosure statement mailings | Quoted prior to printing |
| Ballot tabulation | Standard hourly rates apply |

### ◢ Public Debt and Equities Securities and/Rights Offerings Services

| | |
|---|---|
| Noticing Services | Standard hourly rates apply |
| Solicitation, Balloting and Tabulation | Standard hourly rates apply |
| Rights Offerings | Standard hourly rates apply |
| Security Position Identification Reports | Standard hourly rates apply |

### ◢ Schedules / SoFA

| | |
|---|---|
| Preparation and updating of schedules and SoFAs | $45.00 - $125.00 per hour |

### ◢ Pre-Petition Consulting Services

| | |
|---|---|
| (e.g., preparation of cash flow, analysis of cash management system, evaluation of insurance coverage, assist with payroll, assist procurement and distribution of cashiers checks) | Standard hourly rates apply |

### ◢ UST Reporting Compliance

| | |
|---|---|
| (e.g., assist debtors to meet satisfy jurisdictional requirements, preparation of monthly operating and post-confirmation reports) | Standard hourly rates apply |

### ◢ Liquidating / Disbursing Agent

| | |
|---|---|
| (e.g., comply with Plan requirements, preparation of disbursement reports, payout calculations, check generation, bank reconciliations) | Standard hourly rates apply |

### ◢ Miscellaneous

| | |
|---|---|
| Telephone charges | At cost |
| Delivery | At cost |
| Archival DVD/CD-Rom | $40.00 per copy |



# Rate Sheet
**WWW.OMNIMGT.COM**

### ◢ Real-Time Reports

| | |
|---|---|
| Claims dashboard | No charge |
| Claim reports | No charge |
| Solicitation dashboard | No charge |
| Tabulation dashboard | No charge |
| Solicitation reports | No charge |