# UNITED STATES BANKRUPTCY COURT
## District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

David D. Bird
*Clerk of Court*

*To: Mark D. Collins*
*Richards, Layton & Finger, P.A.*
*One Rodney Square*
*920 North King Street*
*Wilmington, DE 19801*

**RE:** *Corinthian Colleges, Inc.*
*15−10952(KJC) and related cases 15−10953(KJC) through 15−10976(KJC)*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **Friday, June 12, 2015** at **10:00a.m., 5th Floor Room 5209**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov. Should you want to make changes to this notice, you must contact David D. Bird, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before 5/22/2015 and file the Notice and Certificate of Service with the Court no later than 5/29/2015.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 5/5/15

*David D. Bird*

David D. Bird, *Clerk of Court*

(VAN–472)

United States Bankruptcy Court
District of Delaware

In re:                                                                                          Case No. 15-10952-KJC
Corinthian Colleges, Inc.                                                                       Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: LisaD              Page 1 of 2                 Date Rcvd: May 05, 2015
                              Form ID: van472          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2015.
db             +Corinthian Colleges, Inc.,    6 Hutton Centre Drive, Suite 400,    Santa Ana, CA 92707-8762

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2015 at the address(es) listed below:
      Amanda R. Steele    on behalf of Debtor   Corinthian Colleges, Inc. steele@rlf.com,
       rbgroup@rlf.com
      Barry V. Freeman    on behalf of Interested Party   Jeffer Mangels Butler & Mitchell LLP
       bfreeman@jmbm.com
      Brian David Huben    on behalf of Creditor   Watt Long Beach, LLC brian.huben@kattenlaw.com,
       donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com
      Marisa A. Terranova    on behalf of Debtor   Corinthian Colleges, Inc. terranova@rlf.com,
       rbgroup@rlf.com
      Mark D. Collins    on behalf of Debtor   Corinthian Colleges, Inc. rbgroup@rlf.com
      Mark D. Collins    on behalf of Debtor   Titan Schools, Inc. rbgroup@rlf.com
      Mark D. Collins    on behalf of Debtor   Florida Metropolitan University, Inc. rbgroup@rlf.com
      Mark D. Collins    on behalf of Debtor   Corinthian Schools, Inc. rbgroup@rlf.com
      Mark D. Collins    on behalf of Debtor   Sequoia Education, Inc. rbgroup@rlf.com
      Mark D. Collins    on behalf of Debtor   Career Choices, Inc. rbgroup@rlf.com
      Mark D. Collins    on behalf of Debtor   Corinthian Property Group, Inc. rbgroup@rlf.com
      Mark D. Collins    on behalf of Debtor   Rhodes Colleges, Inc. rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   Heald College, LLC merchant@rlf.com,
       rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   Corinthian Colleges, Inc. merchant@rlf.com,
       rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   Career Choices, Inc. merchant@rlf.com,
       rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   Florida Metropolitan University, Inc.
       merchant@rlf.com,   rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   Socle Education, Inc. merchant@rlf.com,
       rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   Heald Education, LLC merchant@rlf.com,
       rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   Ashmead Education, Inc. merchant@rlf.com,
       rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   Heald Capital LLC merchant@rlf.com,
       rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   Corinthian Property Group, Inc. merchant@rlf.com,
       rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   SP PE VII-B Heald Holdings Corp. merchant@rlf.com,
       rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   ETON Education, Inc. merchant@rlf.com,
       rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   SD III-B Heald Holdings Corp. merchant@rlf.com,
       rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   Corinthian Schools, Inc. merchant@rlf.com,
       rbgroup@rlf.com
      Michael Joseph Merchant    on behalf of Debtor   QuickStart Intelligence Corporation
       merchant@rlf.com,   rbgroup@rlf.com

```
District/off: 0311-1          User: LisaD              Page 2 of 2            Date Rcvd: May 05, 2015
                              Form ID: van472          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael Joseph Merchant   on behalf of Debtor   Rhodes Business Group, Inc. merchant@rlf.com, rbgroup@rlf.com
        Michael Joseph Merchant   on behalf of Debtor   Heald Real Estate, LLC merchant@rlf.com, rbgroup@rlf.com
        Michael Joseph Merchant   on behalf of Debtor   Sequoia Education, Inc. merchant@rlf.com, rbgroup@rlf.com
        Michael Joseph Merchant   on behalf of Debtor   Titan Schools, Inc. merchant@rlf.com, rbgroup@rlf.com
        Michael Joseph Merchant   on behalf of Debtor   Everest College Phoenix, Inc. merchant@rlf.com, rbgroup@rlf.com
        Michael Joseph Merchant   on behalf of Debtor   Pegasus Education, Inc. merchant@rlf.com, rbgroup@rlf.com
        Michael Joseph Merchant   on behalf of Debtor   MJB Acquisition Corporation merchant@rlf.com, rbgroup@rlf.com
        Michael Joseph Merchant   on behalf of Debtor   ECAT Acquisition, Inc. merchant@rlf.com, rbgroup@rlf.com
        Michael Joseph Merchant   on behalf of Debtor   CDI Education USA, Inc. merchant@rlf.com, rbgroup@rlf.com
        Michael Joseph Merchant   on behalf of Debtor   Grand Rapids Educational Center, Inc. merchant@rlf.com, rbgroup@rlf.com
        Michael Joseph Merchant   on behalf of Debtor   Rhodes Colleges, Inc. merchant@rlf.com, rbgroup@rlf.com
        Rachel Layne Biblo   on behalf of Debtor   Corinthian Colleges, Inc. Biblo@rlf.com, rbgroup@rlf.com
        Richard L. Schepacarter   on behalf of U.S. Trustee   United States Trustee richard.schepacarter@usdoj.gov
        Timothy Jay Fox, Jr.   on behalf of U.S. Trustee   United States Trustee timothy.fox@usdoj.gov
        United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV

                                                                                                      TOTAL: 41