## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on May 5, 2015, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue their Workers' Compensation Policy and Pay all Obligations in Respect thereof and (II) Granting Related Relief [Docket No. 5]**

- **Interim Order (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue Their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 21]**

Dated: May 7, 2015

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this ___7___ day of _May_, 20_15_, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

**Corinthian Colleges, Inc. - U.S. Mail**                                                              **Served 5/5/2015**

ACADEMIXDIRECT, INC.
PHILIP CONNOLLY
4400 BOHANNON DRIVE, STE 110
MENLO PARK, CA 94025-1005

ACCREDITATION COMMISSION
EDUCATION IN NURSING
ATTN: DR. SHARON TANNER
3343 PEACHTREE RD. NE., SUITE 580
ATLANTA, GA 30326

ACCREDITATION REVIEW COUNCIL ON EDUCATION
SURGICAL TECHNOLOGY
SURGICAL ASSISTING
ATTN: KEITH ORLOFF
6 W. DRY CREEK CIRCLE.,SUITE 110
LITTLETON, CO 80120

ACCREDITING BUREAU
HEALTH EDUCATION SCHOOLS
ATTN: CAROL MONEYMAKER
7777 LEESBURG PIKE.,SUITE 314 N
FALLS CHURCH, VA 22043

ACCREDITING COMMISSION
CAREER SCHOOLS AND COLLEGES
ATTN: MICHALE MCCOMIS, ED.D.
2101 WILSON BOULEVARD., SUITE 302
ARLINGTON, VA 22201

ACCREDITING COUNCIL
INDEPENDENT COLLEGES AND SCHOOLS
ATTN: DR. ALBERT GRAY
750 FIRST STREET, NE., SUITE 980
WASHINGTON, DC 20002

AEROTEK, INC.
COURTNEY A. HASSELBERG
C/O SHOOK HARDY & BACON LLP
JAMBOREE CENTER
5 PARK PLAZA, SUITE 1600
IRVINE, CA 92614

ALABAMA COMMISSION
HIGHER EDUCATION
ATTN: DR. GREGORY FITCH
100 NORTH UNION STREET
MONTGOMERY, AL 36104

ALABAMA DEPT OF
POSTSECONDARY EDUCATION
ATTN: ANNETTE FUNDERBURK
135 SOUTH UNION STREET
MONTGOMERY, AL 36104

AMBASSADOR EDUCATION SOLUTIONS
VINCENT MIRRIONE
445 BROAD HOLLOW ROAD STE. 206
MELVILLE, NY 11747

AMERICAN ACADEMY OF PROFESSIONAL CODERS
2480 SOUTH 3850 WEST.,STE. B
SALT LAKE CITY, UT 84120

AMERICAN BAR ASSOCIATION
321 N. CLARK STREET
CHICAGO, IL 60654

AMERICAN SOCIETY
HEALTH-SYSTEM PHARMACISTS
ATTN: DR. ABRAMOWITZ
7272 WISCONSIN AVENUE
BETHESDA, MD 20814

ARIZONA DEPT OF EDUCATION
1535 WEST JEFFERSON STREET
PHOENIX, ARIZONA 85007

ARIZONA STATE BOARD
PRIVATE POSTSECONDARY EDUCATION
ATTN: MS. TERI STANFILL
1400 W. WASHINGTON ST. RM 260
PHOENIX, AZ 85007

ARKANSAS DEPT
HIGHER EDUCATION
ATTN: DR. JIM PURCELL
423 MAIN STREET., SUITE 400
LITTLE ROCK, AR 72201

ASSOCIATED BODYWORK
MASSAGE PROFESSIONALS
25188 GENESEE TRAIL RD. STE 200
GOLDEN, CO 80401

BANK OF AMERICA
ATTN: JENNIFER HAGLE
C/O SIDLEY AUSTIN LLP
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

BANK OF AMERICA, N.A.
ATTN: JANET SLEEPER
SOUTH ORANGE COUNTY REGIONAL
COMMERCIAL BANKING OFFICE #1458
675 ANTON BLVD., 2ND FL
COSTA MESA, CA 92626

BANK OF AMERICA, N.A., AS DOMESTIC
CANADIAN ADMINISTRATIVE AGENT
ATTN: JANET SLEEPER, SVP
SAG MIDDLE MARKET SEATTLE
800 5TH AVE.
SEATTLE, WA 98104-3176

BANK OF THE WEST
ATTN: CECILE SEGOVIA
NEWPORT BEACH OFFICE #748
4400 MACARTHUR BLVD., STE 150
NEWPORT BEACH, CA 92660

BARCLAYS
STEVEN MCCLATCHEY
745 SEVENTH AVE., 30TH FLOOR
NEW YORK, NY 10019

BMO HARRIS BANK, N.A.
ATTN: BRYAN BARGER
111 W. MONROE STREET, 9W
CHICAGO, IL 60603

BOARD OF CAREER COLLEGES
SCHOOLS OF THE STATE OF OHIO
ATTN: JOHN WARE, EXEC. DIRECTOR
35 GAY STREET., SUITE 403
COLUMBUS, OH 43215

BOARD OF NURSING - ARIZONA
ATTN: JOEY RIDENOUR, RN, MN, FAAN
4747 N. 7TH ST.
STE. 200
PHOENIX, AZ 85014

BOARD OF NURSING - FLORIDA
ATTN: LAVIGNE KIRKPATRICK, BS, RN
4052 BALD CYPRESS WAY
BIN C-02
TALLAHASSEE, FL 32399

BOARD OF NURSING - INDIANA
ATTN: ELIZABETH KIEFNER CRAWFORD
402 W. WASHINGTON ST.
ROOM W072
INDIANAPOLIS, IN 46204

BOARD OF NURSING - MICHIGAN
ATTN: MARGARET JONES
OTTAWA TOWERS NORTH
611 W. OTTAWA
LANSING, MI 48933

BOARD OF NURSING - NEVADA
ATTN: ROSEANN COLOSIMO, PHD, MSN, RN
4220 S. MARYLAND PKWY
BLDG. B
STE. 300
LAS VEGAS, NV 89119

BOARD OF NURSING - TEXAS
ATTN: DR. VARNELL
333 GUADALUPE
STE. 3-460
AUSTIN, TX 78701

BOARD OF NURSING - VIRGINIA
ATTN: JANE INGALLS, RN, PHD
9960 MAYLAND DR.
STE. 300
HENRICO, VA 23233

BOARD OF REGISTERED NURSING - CALIFORNIA
1747 N. MARKET BLVD.
STE. 150
SACRAMENTO, CA 95834

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                    **Served 5/5/2015**

BUREAU OF POSTSECONDARY SERVICES
OF THE COMMONWEALTH
OF PENNSYLVANIA DEPARTMENT OF ED.
ATTN: PATRICIA LANDIS
333 MARKET STREET., 12TH FLOOR
HARRISBURG, PA 17126

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA BANK AND TRUST
ATTN: CUSTOMER SERVICE
1900 MAIN ST
IRVINE, CA

CALIFORNIA BUREAU OF PRIVATE
POSTSECONDARY EDUCATION
ATTN: JOANN WENZEL
2535 CAPITOL OAKS DR., STE 400
SACRAMENTO, CA 95833

CALIFORNIA DEPT OF EDUCATION
1430 N STREET
SACRAMENTO, CA 95814-5901

CAPITAL WEST
ATTN: LIZ ONTIVEROZ
CAPITAL WEST BANK – LARAMIE
2020 GRAND AVE
LARAMIE, WY 82070

CITIBANK, NA
ATTN: RAMRAGHI FULLER
153 EAST 53RD STREET
NEW YORK, NY 10022

CITY NATIONAL BANK OF WEST VIRGINIA
ATTN: CUSTOMER SERVICE
CITY NATIONAL BANK
KANAWHA CITY BRANCH
3601 MACCORKLE AVE SE
CHARLESTON, WV 25304

COLORADO DEPT OF HIGHER EDUCATION
DIVISION OF PRIVATE OCCUPATIONAL SCHOOLS
ATTN: JIM PARKER
1560 BROADWAY
SUITE 1600
DENVER, CO 80202

COMMISION ON DENTAL ACCREDITATION
ATTN: DR. SHERIN TOOKS
211 EAST CHICAGO AVE.
STE. 1900
CHICAGO, IL 60611

COMMISSION FOR INDEPENDENT EDUCATION
FLORIDA DEPARTMENT OF EDUCATION
ATTN: SAMUEL L. FERGUSON
325 W. GAINES ST. STE 1414
TALLAHASSEE, FL 32399

COMMISSION ON ACCREDITATION
HEALTH INFORMATICS
INFORMATION MGT EDUCATION
AMERICAN HEALTH INFO MGT ASSOCIATION
233 N. MICHIGAN AVE. 21ST FLOOR
CHICAGO, IL 60601

COMMISSION ON COLLEGIATE
NURSING EDUCATION
ATTN: JENNIFER BUTLIN, ED.D
ONE DUPONT CIRCLE, NW., STE 530
WASHINGTON, DC 20036

COMMISSION ON POSTSECONDARY
EDUCATION - NEVADA
ATTN: DAVID PERLMAN
8778 SOUTH MARYLAND PARKWAY., STE 115
LAS VEGAS, NV 89123

COOLEY LLP
MICHAEL GOLDSTEIN
1299 PENNSYLVANIA AVE, NW, STE 700
WASHINGTON, DC 20004

DECCAN PLATEAU CORPORATION
C. MICHAEL CHAPMAN
CHAPMAN DELESK & EMGE LLP
28202 CABOR ROAD, 3RD FLR
LAGUNA NIGUEL, CA 92677

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DENTAL BOARD OF CALIFORNIA
ATTN: KAREN M. FISCHER, MPA
2005 EVERGREEN ST.
STE. 1550
SACRAMENTO, CA 95815

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DIMEO, PAUL
CORINTHIAN COLLEGES, INC.
6 HUTTON CENTRE DR., #400
SANTA ANA, CA 92707

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE, 75
VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DYNTEK SERVICES
DARLENE PRICHER
4440 VON KARMAN STE#200
NEWPORT BEACH, CA 92660

ELAVON, INC.
ATTN: CREDIT OPS, LMG
7300 CHAPMAN HIGHWAY
KNOXVILLE, TN 37920

ELOYALTY, LLC
MICHAEL MCKNIGHT
9197 S. PEORIA ST.
ENGLEWOOD, CO 80112

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DR
NORTH MIAMI BEACH, FL 33179

EQUITY ONE, INC.
PROPERTY MANAGEMENT DEPARTMENT
1640 POWERS FERRY ROAD
BUILDING 11, SUITE 250
MARIETTA, GA 30067

FIRST HAWAIIAN BANK
ATTN: NADINE SAKI
1580 KAPIOLANI BLVD.
HONOLULU, HI 96814

FLORIDA BOARD OF MASSAGE THERAPY
ATTN: BRIDGET BURKE-WAMMACK
4052 BALD CYPRESS WAY
BIN C-06
TALLAHASSEE, FL 32399

GEORGIA NONPUBLIC POSTSECONDARY
EDUCATION COMMISSION
ATTN: WILLIAM C. CREWS
2082 EAST EXCHANGE PLACE., STE 220
TUCKER, GA 30084

GRAEBEL RELOCATION SVC WORLDWIDE, INC.
WILLIAM NEVER
P.O. BOX 71775
CHICAGO, IL 60694-1775

HAWAII STATE DEPT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

ILLINOIS BOARD OF HIGHER EDUCATION
ATTN: NINA TANGMAN
431 EAST ADAMS
SECOND FLOOR
SPRINGFIELD, IL 62701

INDIANA BOARD FOR PROPRIETARY EDUCATION
COMMISSION FOR HIGHER EDUCATION
ATTN: ROSS MILLER
101 WEST OHIO ST
STE. 670
INDIANAPOLIS, IN 46204

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JOINT REVIEW COMMITTEE
EDUCATION IN RADIOLOGIC TECHNOLOGY
ATTN: MS. LESLIE F. WINTER, M.S., R.T.(R)
20 N. WACKER DRIVE., STE 2850
CHICAGO, IL 60606

JONES LANG LASALLE INC.
RONDA CLARK
4 PARK PLAZA, SUITE 900
IRVINE, CA 92614

JUSTICE DEPT
1300 I ST., #1142
SACRAMENTO, CA 95814-5901

KAISER PERMANENTE NATIONAL ACCOUNTS
ATTN: KIT TURK
SENIOR ASSOCIATE ACCOUNT MANAGER
1800 HARRISON STREET 9TH FLR
OAKLAND, CALIFORNIA 94612

KANSAS BOARD OF REGENTS
ATTN: JACQUELINE JOHNSON
1000 SW JACKSON STREET
SUITE 520
TOPEKA, KS 66612

LABOR DEPT
800 W WASHINGTON ST
PHOENIX AZ 85007

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

LAMPERT 25500 INDUSTRIAL BLVD., LLC
LAW OFFICES OF THOMAS E. BISHOP
900 VETERANS BLVD, SUITE 410
REDWOOD CITY, CA 94063

LOUISIANA BOARD OF REGENTS
ATTN: CAROL MARABELLA
1201 NORTH THIRD STREET
SUITE 6-200
BATON ROUGE, LA 70802

MARRIOTT HOTEL SERVICES, INC.
JOHN C. JOSEFSBERG, RUDNER LAW OFFICES
(GAYLORD NATIONAL CONVENTION CENTER
NEWPORT BEACH MARRIOTT
12740 HILLCREST ROAD, SUITE 240
DALLAS, TX 75230

MARYLAND HIGHER EDUCATION COMMISSION
ATTN: DEAN KENDALL
6 N. LIBERTY STREET
10TH FLOOR
BALTIMORE, MD 21201

MCKINLEY AVENUE, LLC
CHIRSTOPHER HALE
839 NORTH JEFFERSON STREET, SUITE 400
MILWAUKEE, WI 53202

MEDICAL ASSISTING
EDUCATION REVIEW BOARD
ATTN: SARAH MARINO, PHD
20 N. WACKER DRIVE., STE 1575
CHICAGO, IL 60606

MICHELLE ZAGORSKI
ADDRESS REDACTED

MICHIGAN DEPT OF LICENSING
REGULATORY AFFAIRS
ATTN: JAMES FARHAT
2501 WOODLAKE CIRCLE
OKEMOS, MI 48864

MINISTRY OF TRAINING, COLLEGES & UNIVERSITIE
14TH FLOOR, MOWAT BLOCK
900 BAY STREET
TORONTO ON M7A 1L2
CANADA

MINNESOTA OFFICE OF HIGHER EDUCATION
ATTN: GEORGE R. ROEDLER, JR.
1450 ENERGY PARK DRIVE
SUITE 350
ST. PAUL, MN 55108

MISSISSIPPI COMMISSION ON PROPRIETARY
SCHOOL AND COLLEGE REGISTRATION
ATTN: KIM VERNEUILLE
3825 RIDGEWOOD RD
JACKSON, MS 39211

MISSOURI COORDINATING BOARD
HIGHER EDUCATION
ATTN: LEROY WADE
205 JEFFERSON ST
JEFFERSON CITY, MO 65102

MUFG UNION BANK, N.A.
ATTN: GABRIEL SUNIGA
18300 VON KARMAN AVE
SUITE 250
IRVINE, CA 92612

NATIONAL CERTIFICATION BOARD
THERAPEUTIC MASSAGE & BODYWORK
ATTN: LEENA GUPTHA, D.O., BCTMB
1333 BURR RIDGE PARKWAY
STE. 200
BURR RIDGE, IL 60527

NEW JERSEY STATE DEPTS OF EDUCATION
LABOR AND WORKFORCE DEVELOPMENT
ATTN: ERICA SLAUGHTER
JOHN FITCH PLAZA
LABOR BUILDING
6TH FLOOR

NEW YORK STATE BOARD OF REGENTS
ATTN: BARBARA MEINERT
5 NORTH MEZZANINE
ALBANY, NY 12234

NEW YORK STATE DEPT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NYC DEPT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OFFICE OF THE ATTORNEY GENERAL
BILL SCHUETTE
525 W. OTTAWA ST.
P.O. BOX 30212
LANSING, MI 48909-0212

OFFICE OF THE ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST., SE
PO BOX 40100
OLYMPIA, WA 98504-0100

OFFICE OF THE ATTORNEY GENERAL
CATHERINE CORTEZ
OLD SUPREME CT. BLDG.
100 N. CARSON ST.
CARSON CITY, NV 89701

OFFICE OF THE ATTORNEY GENERAL
CHRIS KOSTER
SUPREME CT. BLDG.
207 W. HIGH ST.
JEFFERSON CITY, MO 65101

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                                    **Served 5/5/2015**

OFFICE OF THE ATTORNEY GENERAL
DAVID LOUIE
425 QUEEN ST.
HONOLULU, HI 96813

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS F. GANSLER
200 ST. PAUL PLACE
BALTIMORE, MD 21202-2202

OFFICE OF THE ATTORNEY GENERAL
ELLEN F. ROSENBLUM
JUSTICE BLDG.
1162 COURT ST., NE
SALEM, OR 97301

OFFICE OF THE ATTORNEY GENERAL
ERIC SCHNEIDERMAN
DEPT. OF LAW - THE CAPITOL
2ND FLOOR
ALBANY, NY 12224

OFFICE OF THE ATTORNEY GENERAL
GREG ABBOTT
CAPITOL STATION
P.O. BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE ATTORNEY GENERAL
GREG ZOELLER
INDIANA GOVERNMENT CENTER SOUTH
302 WEST WASHINGTON ST
5TH FLOOR
INDIANAPOLIS, IN 46204

OFFICE OF THE ATTORNEY GENERAL
IRVIN NATHAN
441 4TH STREET, NW
SUITE 1100S
WASHINGTON, DC 20001

OFFICE OF THE ATTORNEY GENERAL
JIM HOOD
DEPARTMENT OF JUSTICE
P.O. BOX 220
JACKSON, MS 39205

OFFICE OF THE ATTORNEY GENERAL
JOHN JAY HOFFMAN
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET STREET
P.O. BOX 080
TRENTON, NJ 08625

OFFICE OF THE ATTORNEY GENERAL
JOHN SUTHERS
RALPH L. CARR COLORADO JUDICIAL CENTER
1300 BROADWAY
10TH FLOOR
DENVER, CO 80203

OFFICE OF THE ATTORNEY GENERAL
KAMALA HARRIS
1300 I ST., SUITE 1740
SACRAMENTO, CA 95814

OFFICE OF THE ATTORNEY GENERAL
KATHLEEN KANE
1600 STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE ATTORNEY GENERAL
LISA MADIGAN
JAMES R. THOMPSON CTR.
100 W. RANDOLPH ST.
CHICAGO, IL 60601

OFFICE OF THE ATTORNEY GENERAL
LORI SWANSON
STATE CAPITOL
STE. 102
ST. PAUL, MN 55155

OFFICE OF THE ATTORNEY GENERAL
MARK HERRING
900 EAST MAIN STREET
RICHMOND, VA 23219

OFFICE OF THE ATTORNEY GENERAL
MARTHA COAKLEY
1 ASHBURTON PLACE
BOSTON, MA 02108-1698

OFFICE OF THE ATTORNEY GENERAL
MATTHEW DENN
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON, DE 19801

OFFICE OF THE ATTORNEY GENERAL
MIKE DEWINE
STATE OFFICE TOWER
30 E BROAD ST.
COLUMBUS, OH 43266-0410

OFFICE OF THE ATTORNEY GENERAL
PAM BONDI
THE CAPITOL.,PL 01
TALLAHASSEE, FL 32399-1050

OFFICE OF THE ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL
1900 KANAWHA BLVD., E.
CHARLESTON, WV 25305

OFFICE OF THE ATTORNEY GENERAL
PETER K. MICHAEL
STATE CAPITOL BLDG.
CHEYENNE, WY 82002

OFFICE OF THE ATTORNEY GENERAL
SAM OLENS
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334-1300

OFFICE OF THE ATTORNEY GENERAL
SEAN REYES
STATE CAPITOL.,RM. 236
SALT LAKE CITY, UT 84114-0810

OFFICE OF THE ATTORNEY GENERAL
TOM HORNE
1275 W. WASHINGTON ST.
PHOENIX, AZ 85007

OFFICE OF THE UNITED STATES TRUSTEE
844 KING STREET
SUITE 2313, LOCKBOX 35
WILMINGTON, DE 19801-3519

OHIO STATE BOARD
CAREER COLLEGES AND SCHOOLS
ATTN: RUTH MYERS
30 EAST BROAD ST., STE 2481
MONTGOMERY, OH 43215

OKLAHOMA BOARD OF PRIVATE SCHOOLS
ATTN: NORA HOUSE
3700 NORTH CLASSEN BOULEVARD
SUITE 250
OKLAHOMA CITY, OK 73118

ONE WEST BANK, N.A.
ATTN: JEAN-PIERRE KNIGHT
2450 BROADWAY AVE.
SUITE 400
SANTA MONICA, CA 90404

OREGON BOARD OF MASSAGE THERAPISTS
ATTN: DAVID FREDRICKSON, LMT
748 HAWTRHORNE AVENUE NE
SALEN, OR 97301

OREGON DEPT OF EDUCATION
255 CAPITOL STREET NE
SALEM, OR 97310-0203

OREGON DEPT OF EDUCATION
ATTN: JUAN BAEZ-AREVALO
775 COURT ST. NE
SALEM, OR 97301

OREGON DEPT OF JUSTICE
1162 COURT STREET NE
SALEM, OR 97301-4096

P.R.G. INVESTMENT FUND, L.P.
PARIS NOURAFCHAN
9454 WILSHIRE BLVD, SUITE 220
BEVERLY HILLS, CA 90212

Corinthian Colleges, Inc. - U.S. Mail                                                                 Served 5/5/2015

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLR
NEW YORK, NY 10017

PALM SPRINGS MILE ASSOCIATES, LTD
DIANNA MARRONE
419 W. 48TH STREET, SUITE 300
HIALEAH, FL 33012

PAUL DIMEO
ADDRESS REDACTED

PAYNE & FEARS LLP
JEFF BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

PENNSYLVANIA STATE BOARD
PRIVATE LICENSED SCHOOLS
PENNSYLVANIA DEPARTMENT OF EDUCATION
ATTN: PATRICIA A. LANDIS
333 MARKET STREET., 12TH FLOOR
HARRISBURG, PA 17126

PLAZA WEST BUILDING, LLC
ATTN: WILLIAM FELTON
166 KINGS HIGHWAY NORTH
WESTPORT, CT 06880-2423

PRIVATE BUSINESS
VOCATIONAL SCHOOLS
ILLINOIS BOARD OF HIGHER EDUCATION
ATTN: NINA TANGMAN
431 EAST ADAMS., SECOND FLOOR
SPRINGFIELD, IL 62701

RACKSPACE HOSTING
ALAN SCHOENBAUM
P.O. BOX 730759
DALLAS, TX 75373-0759

REGISTERED BY THE STATE OF WYOMING
ATTN: ELAINE MARCES
2300 CAPITOL AVE
2ND FL.
CHEYENNE, WY 82002

SECRETARY OF THE TREASURY
P. O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER, STE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SOUTH CAROLINA COMMISSION
HIGHER EDUCATION
ATTN: LANE GOODWIN
1122 LADY STREET., STE 300
COLUMBIA, SC 29201

SQUAR, MILNER, PETERSON
MIRANDA & WILLIAMSON, LLP
ERNEST MIRANDA
4100 NEWPORT PLACE DRIVE, STE 600
NEWPORT BEACH, CA 92660

SQUARE 407 LIMITED PARTNERSHIP
ATTN: BOSTON PROPERTIES
2200 PENNSYLVANIA AVE. NW
SUITE 200W
WASHINTON, DC 20037

STATE COUNCIL OF
HIGHER EDUCATION OF VIRGINIA
ATTN: TOSHA ROBINSON
101 NORTH 14TH STREET., 10TH FLR
RICHMOND, VA 23219

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

STORE MASTER FUNDING I, LLC
MICHAEL J. ZIEG
8501 E. PRINCESS DRIVE, SUITE 190
SCOTTSDALE, AZ 85255

STUDENTSCOUT, LLC
WILLIAM DOLAN
77 WEST WACKER DRIVE
CHICAGO, IL 60601

SUCCESSFACTORS, INC.
RORY CLENDON
1500 FASHION ISLAND BLVD., STE 300
SAN MATEO, CA 94404

TALLAN, INC.
MICHELLE HALL
175 CAPITAL BLVD., SUITE 401
ROCKY HILL, CT 06067

TENNESSEE HIGHER EDUCATION COMMISSION
ATTN: DR. STEPHANIE BELLARD-CHASE
404 JAMES ROBERSTON PARKWAY
SUITE 1900
NASHVILLE, TN 37243

TEXAS HIGHER EDUCATION COORDINATING BOARI
ATTN: DR. RAYMUND PAREDES
1200 E. ANDERSON LANE
AUSTIN, TX 78752

TEXAS WORKFORCE COMMISSION
CAREER SCHOOLS AND COLLEGES
ATTN: MICHAEL DELONG
101 EAST 15TH STREET
AUSTIN, TX 78778

THE HIGHER LEARNING COMMISSION
ATTN: DR. BARBARA GELLMAN-DANLEY
230 S. LASALLE ST. STE 7-500
CHICAGO, IL 60604

THE STATE OF CALIFORNIA LABOR &
WORKFORCE DEVELOPMENT AGENCY
ATTN. PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLR
SAN FRANCISCO, CA 94102

THE UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF ARIZONA
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, STE 1200
PHOENIX, AZ 85004-4408

THE UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF HAWAII
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

THE UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF NEW YORK
271 CADMAN PLAZA EAST
BROOKLYN NY 11201

THE UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

THE UNITED STATES DEPT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

TORONTO COLLEGE PARK, LTD
GWL REALTY ADVISORS
33 YOUNGE STREET, SUITE 830
TORONTO, ON M5E 1G4
CANADA

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                      **Served 5/5/2015**

TRI DIMENSIONAL SOLUTIONS INC.
MAYANK PRABHAKAR
6321 SAN BONITA AVE.
CLAYTON, MO 63105

U.S. ATTORNEY'S OFFICE
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON, DE 19899-2046

U.S. BANK, NA
ATTN: SAQIB KHAWAJA
SPECIAL ASSETS GROUP BC-MN-H22A
U.S. BANCORP CENTER
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

U.S. DEPT OF EDUCATION
400 MARYLAND AVENUE SW
WASHIGNTON, DC 20202

U.S. DEPT OF VETERANS AFFAIRS
ATTN: APRIL MONTHIE, ED. TRAINING SPEC.
3839 N. 3RD ST.,STE. 209
PHOENIX, AZ 85012

U.S. DEPT OF VETERANS AFFAIRS
ATTN: BETSY WICKHAM, BUREAU CHIEF
9500 BAY PINES BLVD.
ROOM 214
BAY PINES, FL 33744

U.S. DEPT OF VETERANS AFFAIRS
ATTN: CHRISTINE HAWK, MANAGER
333 MARKET ST.
12TH FLR
HARRIGBURG, PA 17126

U.S. DEPT OF VETERANS AFFAIRS
ATTN: COLLEEN THAYER, ED. SPECIALIST
1227 O STREET
STE. 625
SACRAMENTO, CA 95814

U.S. DEPT OF VETERANS AFFAIRS
ATTN: DANIEL WEBSTER, DIRECTOR
9101 EAST LOWRY BLVD
DENVER, CO 80230

U.S. DEPT OF VETERANS AFFAIRS
ATTN: DEBORAH O'NEILL, PROG. SPECIALIST
917 LAKERIDGE WAY
PO BOX 43450
OLYMPIA, WA 98504

U.S. DEPT OF VETERANS AFFAIRS
ATTN: DIANNE DUTHIE, PROG. SPECIALIST
VICTOR OFFICE CTR.
5TH FL.
201 N. WASHINGTON SQ.
LANSING, MI 48913

UNION BANK
ATTN: GABRIEL ZUNIGA
MUFG UNION BANK, N.A.
18300 VON KARMAN AVE., STE 250
IRVINE, CA 92612

UTAH DIVISION OF CONSUMER PROTECTION
ATTN: MARLA WINEGAR
160 EAST 300 SOUTH
SALT LAKE CITY, UT 84111

VOYA FINANCIAL
3702 PAYSPHERE CIRCLE
CHICAGO, IL 60674

WALGREENS OF HAWAII, LLC
PAUL S. LIM
104 WILMOT ROAD, MS1420
DEERFIELD, IL 60015

WASC SENIOR COLLEGE
UNIVERSITY COMMISSION
ATTN: MARY ELLEN PETRISKO, PRESIDENT
985 ATLANTIC AVENUE., STE 100
ALAMEDA, CA 94501

WASHINGTON HIGHER EDUCATION
COORDINATING BOARD
ATTN: KAREN OELSCHLAGER
917 LAKERIDGE WAY SW
OLYMPIA, WA 98502

WASHINGTON STATE ACHIEVEMENT COUNCIL
ATTN: KAREN OELSCHLAGER
917 LAKERIDGE WAY SW
OLYMPIA, WA 98502

WASHINGTON STATE BOARD OF MASSAGE
PO BOX 47877
OLYMPIA, WA 98504

WASHINGTON STATE BOARD OF PHARMACY
TOWN CENTER 2
111 ISRAEL RD. SE
TUMWATER, WA 98501

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

WATT LONG BEACH, LLC
GREGORY W. KOONCE, ESQ.
1517 LINCOLN WAY, COURTHOUSE PLAZA
AUBURN, CA 95603

WEST VIRGINIA COUNCIL FOR COMMUNITY
TECHNICAL EDUCATION
ATTN: JAMES SKIDMORE
1018 KANAWHA BLVD. EAST., STE 700
CHARLESTON, WV 25301

WESTERN SURETY COMPANY
ATTN: CNA SURETY CORPORATION
333 S. WABASH AVENUE
CHICAGO, IL 60604

WISCONSIN EDUCATIONAL APPROVAL BOARD
ATTN: DAVID DIES, EXEC. SECRETARY
201 WEST WASHINGTON AVE.
3RD FLOOR
MADISON, WI 53703

WORKFORCE TRAINING
EDUCATION COORDINATING
BOARD'S STATE APPROVING AGENCY
ATTN: PATRICIA SPENCER
128 10TH AVENUE SW
OLYMPIA, WA 98504

WYOMING DEPT OF EDUCATION
ATTN: ELAINE MARCES
2300 CAPITOL AVENUE
CHEYENNE, WY 82002

ZAGORSKI, MICHELLE LEE REID
CORINTHIAN COLLEGES, INC.
6 HUTTON CENTRE DR., #400
SANTA ANA, CA 92707

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LANE
TOWER 1 - 14TH FLR
SCHAUMBURG, IL 60196-1056

Parties Served: 195