UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE

In Re:                                  Chapter 11

                            Case No. 15 - 10952  ( KJC )
                            Adv. Pro. No. 15  50309   (KJC)

Debtor: Corinthian Colleges, Inc., et al.

Adv. Pro. Guy Reynolds v. Corinthian Colleges, Inc. et al

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of  Rene S. Roupinian

to represent  the Plaintiff

in this action.

Firm Name: LOIZIDES, P.A.
Address: 1225 King Street, Suite 800
Wilmington, DE 19801
Phone: Telephone: (302) 654-0248
Email: loizides@loizides.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name: Outten & Golden LLP
3 Park Avenue 29th Floor
Address: New York, NY 10016
Phone: 212-245-1000
Email: rsr@outtengolden.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105