UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on May 4, 2015, I caused true and correct copies of the following document(s) to be served (i) via facsimile to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of (I) Filing of Bankruptcy Petitions and Related Pleadings and (II) Hearing on First Day Motions Scheduled for May 5, 2015 at 11:00 A.M. (EDT) [Docket No. 13]**

Dated: May 5, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300


{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this __5__ day of _May_, 20_15_, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

| | | |
|---|---|---|
| ACADEMIXDIRECT, INC.<br>PHILIP CONNOLLY<br>650-265-1501 | AMBASSADOR EDUCATION SOLUTIONS<br>VINCENT MIRRIONE<br>631-770-1015 | CORINTHIAN COLLEGES, INC.<br>DIMEO, PAUL<br>714-427-3013 |
| CORINTHIAN COLLEGES, INC.<br>MICHELLE LEE REID ZAGORSKI<br>714-427-3013 | DECCAN PLATEAU CORPORATION<br>C. MICHAEL CHAPMAN<br>949-365-5663 | EQUITY ONE, INC.<br>LEGAL DEPARTMENT<br>770-612-9030 |
| GRAEBEL RELOCATION SVC WORLDWIDE, INC.<br>WILLIAM NEVER<br>303-214-7496 | LAW OFFICES OF THOMAS E. BISHOP<br>RE: LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>650-367-0858 | OREGON DEPARTMENT OF EDUCATION<br>LEGAL DEPARTMENT<br>503-378-5156 |
| P.R.G. INVESTMENT FUND, L.P.<br>PARIS NOURAFCHAN<br>310-274-7346 | PALM SPRINGS MILE ASSOCIATES, LTD<br>DIANNA MARRONE<br>305-821-0921 | PHILLIPS INTERNATIONAL<br>PHILLIP J. EISENBERG<br>212-545-1410 |
| RACKSPACE HOSTING<br>ALAN SCHOENBAUM<br>210-312-4848 | SQUAR, MILNER, PETERSON, MIRANDA &<br>WILLIAMSON, LLP, ATTN:ERNEST MIRANDA<br>949-809-4937 | TALLAN, INC.<br>MICHELLE HALL<br>860-513-4870 |
| THE UNITED STATES ATTORNEY'S OFFICE<br>LEGAL DEPARTMENT<br>718-254-7508 | TORONTO COLLEGE PARK, LTD<br>GWL REALTY ADVISORS<br>416-359-3031 | U.S. DEPARTMENT OF EDUCATION<br>LEGAL DEPARTMENT<br>202-245-7838 |
| WALGREENS OF HAWAII, LLC<br>PAUL S. LIM<br>847-315-4825 | WATT LONG BEACH, LLC<br>GREGORY W. KOONCE, ESQ.<br>530-887-8586 | |

Parties Served:  20

## **EXHIBIT B**

| | | |
|---|---|---|
| ALAMEDA COUNTY WATER DISTRICT<br>PRESIDENT OR LEGAL DEPT<br>P.O. BOX 45676<br>SAN FRANCISCO CA 94145-0676 | ARIZONA DEPARTMENT OF EDUCATION<br>LEGAL DEPARTMENT<br>1535 WEST JEFFERSON STREET<br>PHOENIX AZ 85007 | ARIZONA DEPARTMENT OF REVENUE<br>SALES & USE TAX OR LEGAL DEPT<br>P.O. BOX 29010<br>PHONEIZ AZ 85038-9010 |
| ASFG, LLC<br>PRESIDENT OR LEGAL DEPT.<br>5300 MEADOWS RD, STE 400<br>LAKE OSWEGO OR 97035 | AT&T<br>PRESIDENT OR LEGAL DEPT<br>PO BOX 5019<br>CAROLSTREAM IL 60197-5019 | BANK OF AMERICA, N.A.<br>JANET SLEEPER<br>COMMERCIAL BANKING OFFICE #1458<br>675 ANTON BLVD., 2ND FL<br>COSTA MESA CA 92626 |
| BANK OF AMERICA, N.A. AS AGENT<br>PRESIDENT OR LEGAL DEPT.<br>5300 MEADOWS RD, STE 400<br>LAKE OSWEGO OR 97035 | BANK OF AMERICA, N.A. AS AGENT<br>PRESIDENT OR LEGAL DEPT.<br>800 FIFTH AVE., FL 17<br>SEATTLE WA 98104 | BANK OF AMERICA, N.A., AS AGENT<br>JANET SLEEPER, SVP<br>SAG MIDDLE MARKET SEATTLE<br>800 5TH AVENUE<br>SEATTLE WA 98104-3176 |
| BANK OF THE WEST<br>CECILE SEGOVIA<br>NEWPORT BEACH OFFICE #748<br>4400 MACARTHUR BLVD., STE 150<br>NEWPORT BEACH CA 92660 | BARCLAYS<br>STEVEN MCCLATCHEY<br>745 SEVENTH AVE., 30TH FLOOR<br>NEW YORK NY 10019 | BMO HARRIS BANK, N.A.<br>BRYAN BARGER<br>111 W. MONROE STREET, 9W<br>CHICAGO IL 60603 |
| BUREAU OF LABOR AND INDUSTRIES<br>LEGAL DEPARTMENT<br>800 NE OREGON ST.<br>SUITE 1045<br>PORTLAND OR 97232 | CA LABOR & WORKFORCE DEV AGENCY<br>PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102 | CA STATE OF BOARD OF EQUALIZATION<br>SALES & USE TAX OR LEGAL DEPT<br>P.O. BOX 942879<br>SACRAMENTO CA 94279 |
| CAL/OSHA<br>LEGAL DEPARTMENT<br>1515 CLAY STREET<br>SUITE 1901<br>OAKLAND CA 94612 | CALIFORNIA BANK AND TRUST<br>CUSTOMER SERVICE<br>1900 MAIN ST<br>IRVINE CA 92614 | CALIFORNIA DEPARTMENT OF EDUCATION<br>LEGAL DEPARTMENT<br>1430 N STREET<br>SACRAMENTO CA 95814-5901 |
| CALIFORNIA FIRST NATIONAL BANK<br>PRESIDENT OR LEGAL DEPT.<br>18201 VON KARMAN AVE., #700<br>IRVINE CA 92612 | CAMPUS STUDENT FUNDING, LLC<br>PRESIDENT OR LEGAL DEPT.<br>5300 MEADOWS RD STE 400<br>LAKE OSWEGO OR 97035 | CAPITAL WEST<br>LIZ ONTIVEROZ<br>CAPITAL WEST BANK – LARAMIE<br>2020 GRAND AVE<br>LARAMIE WY 82070 |
| CENTURYLINK<br>PRESIDENT OR LEGAL DEPT<br>PO BOX 29040<br>PHOENIX AZ 85038-9040 | CENTURYLINK QCC<br>PRESIDENT OR LEGAL DEPT<br>PO BOX 52187<br>PHOENIX AZ 85072-2187 | CIT FINANCE LLC<br>PRESIDENT OR LEGAL DEPT.<br>10201 CENTURION PARKWAY NORTH<br>SUITE 100<br>JACKSONVILLE FL 32256 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>PRESIDENT OR LEGAL DEPT.<br>10201 CENTURION PARKWAY NORTH<br>SUITE 100<br>JACKSONVILLE FL 32256 | CITIBANK, NA<br>RAMRAGHI FULLER<br>153 EAST 53RD STREET<br>NEW YORK NY 10022 | CITY NATIONAL BANK OF WEST VIRGINIA<br>CUSTOMER SERVICE<br>CITY NATIONAL BANK/KANAWHA CITY BRANCH<br>3601 MACCORKLE AVE SE<br>CHARLESTON WV 25304 |
| CITY OF ANAHEIM<br>200 S. ANAHEIM BLVD.<br>ANAHEIM CA 92805 | CITY OF AURORA<br>TAX & LICENSING DIVISION<br>P.O. BOX 33001<br>AURORA CO 80041-3001 | CITY OF COLORADO SPRINGS<br>SALES & USE TAX<br>DEPT 2408<br>DENVER CO 80256-0001 |
| CITY OF CONCORD CALIFORNIA<br>1950 PARKSIDE DR.<br>CONCORD CA 94519 | CITY OF HAYWARD<br>777 B STREET<br>HAYWARD CA 94541 | CITY OF LONG BEACH<br>PRESIDENT OR LEGAL DEPT<br>333 W OCEAN BLVD.<br>FLOOR 13<br>LONG BEACH CA 90802 |

| | | |
|---|---|---|
| CITY OF MESA<br>20 E. MAIN ST<br>MESA AZ 85201 | CITY OF MESA<br>P.O. BOX 1466<br>MESA AZ 85211-1466 | CITY OF MESA<br>SALES & USE TAX OR LEGAL DEPT<br>P.O. BOX 16350<br>MESA AZ 85211-6350 |
| CITY OF MODESTO CALIFORNIA<br>1010 10TH ST<br>MODESTO CA 95354 | CITY OF MODESTO CALIFORNIA<br>P.O. BOX 642<br>MODESTO CA 95353 | CITY OF ONTARIO<br>303 EAST B ST<br>ONTARIO CA 91764 |
| CITY OF PHOENIX<br>PHOENIX CITY HALL<br>200 W. WASHINGTON ST.<br>PHOENIX AZ 85003 | CITY OF PHOENIX ARIZONA<br>PRIVILEGE LICENSE TAX DESK<br>P.O. BOX 29125<br>PHOENIX AZ 85038-9125 | CITY OF RANCHO CORDOVA<br>2729 PROSPECT PARK DRIVE<br>RANCHO CORDOVA CA 95670 |
| CITY OF ROCHESTER<br>30 CHURCH STREET<br>ROCHESTER NY 14614 | CITY OF SALINAS<br>201 LINCOLN AVE.<br>SALINAS CA 93901 | CITY OF SAN BERNARDINO<br>172 WEST THIRD STREET<br>FIRST FLOOR<br>SAN BERNARDINO CA 92415-0360 |
| CITY OF SAN JOSE<br>200 E. SANTA CLARA ST.<br>SAN JOSÉ CA 95113 | CITY OF SANTA ANA<br>20 CIVIC CENTER PLAZA<br>CITY HALL LOBBY, 1ST FLOOR<br>SANTA ANA CA 92701 | CITY OF STOCKTON<br>425 N. EL DORADO ST.<br>STOCKTON CA 95202 |
| CITY OF TEMPE<br>SALES & USE TAX OR LEGAL DEPT<br>P.O. BOX 29618<br>PHOENIX AZ 85038-9618 | CITY OF TEMPE ARIZONA<br>20 E 6TH ST<br>3RD FLOOR<br>TEMPE AZ 85281 | CITY OF TEMPE ARIZONA<br>P.O. BOX 5002<br>TEMPE AZ 85280 |
| CITY OF THORNTON<br>SALES TAX DIVISION<br>9500 CIVIC CENTER DR<br>#2050<br>THORNTON CO 80229 | CITY OF WALNUT CREEK<br>CITY HALL<br>1666 NORTH MAIN ST<br>WALNUT CREEK CA 94596 | COMPTROLLER OF MARYLAND<br>SUT REVENUE ADMIN DIVISION<br>P.O. BOX 17405<br>BALTIMORE MD 21297-1405 |
| COOLEY LLP<br>MICHAEL GOLDSTEIN<br>1299 PENNSYLVANIA AVE, NW<br>SUITE 700<br>WASHINGTON DC 20004 | CSI LEASING, INC.<br>PRESIDENT OR LEGAL DEPT.<br>9990 OLD OLIVE ST RD<br>SUITE 101<br>ST. LOUIS MO 63141 | DELAWARE SECRETARY OF STATE<br>DIV. OF CORP./FRANCHISTE TAX DIV.<br>P.O. BOX 898<br>DOVER DE 19903 |
| DEPT OF BUDGET AND FISCAL SERV<br>REAL PROPERTY ASSESSMENT DIVISION<br>530 SOUTH KING ST<br>RM 115<br>HONOLULU HI 96813 | DEPT. OF LABOR & INDUSTRIAL RELATIONS<br>LEGAL DEPARTMENT<br>830 PUNCHBOWL ST #321<br>HONOLULU HI 96813 | DIMEO, PAUL<br>ADDRESS REDACTED |
| DIVISION OF SAFETY & HEALTH<br>LEGAL DEPARTMENT<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK NY 10013 | DIVISION OF UNEMPLOYMENT INS.<br>LEGAL DEPARTMENT<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON DE 19802 | DYNTEK SERVICES<br>DARLENE PRICHER<br>4440 VON KARMAN<br>SUITE 200<br>NEWPORT BEACH CA 92660 |
| EDCO WASTE SERVICES<br>PRESIDENT OR LEGAL DEPT<br>P.O. BOX 6538<br>BUENA PARK CA 90622-6538 | ELAVON, INC.<br>CREDIT OPS, LMG<br>7300 CHAPMAN HIGHWAY<br>KNOXVILLE TN 37920 | ELOYALTY, LLC<br>MICHAEL MCKNIGHT<br>9197 S. PEORIA ST.<br>ENGLEWOOD CO 80112 |

| | | |
|---|---|---|
| EMPLOYMENT DEVELOPMENT DEPT<br>PRESIDENT OR LEGAL DEPT.<br>722 CAPITOL MALL<br>SACRAMENTO CA 95814 | EMPLOYMENT DEVELOPMENT DEPT<br>PRESIDENT OR LEGAL DEPT.<br>P.O. BOX 826880<br>SACRAMENTO CA 94280 | EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DR<br>NORTH MIAMI BEACH FL 33179 |
| EQUITY ONE, INC.<br>PROPERTY MANAGEMENT DEPT<br>1640 POWERS FERRY ROAD,<br>BUILDING 11, SUITE 250<br>MARIETTA GA 30067 | FIRST FINANCIAL CORP LEASING, LLC<br>PRESIDENT OR LEGAL DEPT.<br>711 KIMBERLY AVE, STE 160<br>PLACENTIA CA 92870 | FIRST HAWAIIAN BANK<br>NADINE SAKI<br>1580 KAPIOLANI BLVD.<br>HONOLULU HI 96814 |
| FIRST NATIONAL BANK OF ST. LOUIS<br>PRESIDENT OR LEGAL DEPT.<br>7707 FORSYTH BLVD<br>ST. LOUIS MO 63131 | FIRST NATIONAL CAPITAL, LLC<br>PRESIDENT OR LEGAL DEPT.<br>1029 HIGHWAY 6 N, STE 650-283<br>HOUSTON TX 77079 | FLORDIA DEPARTMENT OF REVENUE<br>SALES & USE TAX<br>5050 W TENNESSEE ST.<br>TALLAHASSEE FL 32399-0120 |
| FRESNO COUNTY<br>FRESNO COUNTY AUDITOR CONTROLLER<br>TREASURER-TAX COLLECTOR<br>P. O. BOX 1247<br>FRESNO CA 93715 | G.E. CAPITAL CORPORATION<br>PRESIDENT OR LEGAL DEPT.<br>4 NORTH PARK DR STE 500<br>HUNT VALLEY MD 21030 | GENERAL ELECTRIC CAPITAL CORPORATION<br>PRESIDENT OR LEGAL DEPT.<br>3333 HESPER RD.<br>BILLINGS MT 59102-6744 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>PRESIDENT OR LEGAL DEPT.<br>PO BOX 35701<br>BILLINGS MT 59107 | GEORGIA DEPARTMENT OF REVENUE<br>SALES & USE TAX<br>P.O. BOX 105408<br>ATLANTA GA 30348-5408 | HAWAII DEPARTMENT OF TAXATION<br>SALES & USE TAX OR LEGAL DEPT<br>P.O. BOX 1425<br>HONOLULU HI 96806-1425 |
| HAWAII STATE DEPT OF EDUCATION<br>LEGAL DEPARTMENT<br>1390 MILLER ST.<br>HONOLULU HI 96813 | HENRY SCHEIN INC.<br>PRESIDENT OR LEGAL DEPT.<br>10920 W. LINCOLN AVE.<br>WEST ALLIS WI 53227 | HEWLETT-PACKARD FINANCIAL SERV COMP<br>PRESIDENT OR LEGAL DEPT.<br>420 MOUNTAIN AVE.<br>MURRAY HILL NJ 7974 |
| ILLINOIS DEPARTMENT OF REVENUE<br>SALES & USE TAX OR LEGAL DEPT<br>P. O. BOX 19028<br>SPRINGFIELD IL 62794-9028 | ILLINOIS DEPARTMENT OF REVENUE<br>SALES & USE TAX OR LEGAL DEPT<br>RETAILER'S OCCUPATION TAX<br>SPRINGFIELD IL 62796-0001 | INDIANA DEPARTMENT OF REVENUE<br>SALES & USE TAX<br>P.O. BOX 7218<br>INDIANAPOLIS IN 46207-7218 |
| INTERNAL REVENUE SERVICE<br>LEGAL DEPARTMENT<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | JONES LANG LASALLE INC.<br>RONDA CLARK<br>4 PARK PLAZA<br>SUITE 900<br>IRVINE CA 92614 | JUSTICE DEPARTMENT<br>LEGAL DEPARTMENT<br>1300 I ST., #1142<br>SACRAMENTO CA 95814-5901 |
| LABOR DEPARTMENT<br>LEGAL DEPARTMENT<br>800 W WASHINGTON ST<br>PHOENIX AZ 85007 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI OH 75271-2711 | LASALLE SYSTEMS LEASING, INC.<br>PRESIDENT OR LEGAL DEPT.<br>6111 NORTH RIVER ROAD<br>ROSEMONT IL 60018 |
| LEVEL 3 COMMUNICATIONS LLC<br>PRESIDENT OR LEGAL DEPT<br>PO BOX 910182<br>DENVER CO 80291-0182 | LOS ANGELES COUNTY TREASURER<br>AND TAX COLLECTOR<br>225 N. HILL STREET<br>LOS ANGELES CA 90012-2798 | MASSACHUSETTS DEPT. OF REVENUE<br>SALES & USE TAX OR LEGAL DEPT<br>P.O. BOX 7043<br>BOSTON MA 2204 |
| MB FINANCIAL BANK, N.A.<br>PRESIDENT OR LEGAL DEPT.<br>6111 NORTH RIVER ROAD<br>ROSEMONT IL 60018 | MCKINLEY AVENUE, LLC<br>CHIRSTOPHER HALE<br>839 NORTH JEFFERSON STREET<br>SUITE 400<br>MILWAUKEE WI 53202 | MICHIGAN DEPARTMENT OF TREASURY<br>DEPARTMENT 78172<br>P.O. BOX 78000<br>DETROIT MI 48278-0172 |

| | | |
|---|---|---|
| MINISTRY OF TRAINING, COLLEGES AND UNIV.<br>PRESIDENT OR LEGAL DEPARTMENT<br>14TH FLOOR, MOWAT BLOCK<br>900 BAY STREET<br>TORONTO, ON M7A1L2<br>CANADA | MINNESOTA DEPT. OF REVENUE<br>SALES & USE TAX<br>600 NORTH ROBERT STREET<br>ST. PAUL MN 55146-6330 | MISSISSIPPI DEPARTMENT OF REVENUE<br>SALES & USE TAX OR LEGAL DEPT<br>P.O. BOX 1033<br>JACKSON MS 39215-1033 |
| MISSOURI DEPARTMENT OF REVENUE<br>SALES & USE TAX<br>P.O. BOX 840<br>JEFFERSON CITY MO 65105-0840 | MISSOURI DEPARTMENT OF REVENUE<br>SALES & USE TAX OR LEGAL DEPT<br>P. O. BOX 3365<br>JEFFERSON CITY MO 65105-3365 | MUFG UNION BANK, N.A.<br>GABRIEL SUNIGA<br>18300 VON KARMAN AVE<br>SUITE 250<br>IRVINE CA 92612 |
| MULTNOMAH COUNTY<br>501 SE HAWTHORNE BLVD<br>SUITE 250<br>PORTLAND OR 97214 | N.J. DIVISION OF TAXATION<br>SALES & USE TAX OR LEGAL DEPT<br>P.O. BOX 999<br>TRENTON NJ 08646-0999 | NEW YORK STATE DEPARTMENT OF LABOR<br>LEGAL DEPARTMENT<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY NY 12240 |
| NEW YORK STATE TAX DEPT<br>SALES & USE TAX OR LEGAL DEPT<br>W A HARRIMAN CAMPUS<br>ALBANY NY 12227 | NYC DEPARTMENT OF EDUCATION<br>LEGAL DEPARTMENT<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK NY 10007 | OCCUPATIONAL SAFETY & HEALTH<br>LEGAL DEPARTMENT<br>830 PUNCHBOWL ST # 425<br>HONOLULU HI 96813 |
| OCCUPATIONAL SAFETY & HEALTH ADMIN.<br>LEGAL DEPARTMENT<br>800 W. WASHINGTON STREET<br>2ND FLOOR<br>PHOENIX AZ 85007 | OFFICE OF THE TREASURER & TAX COLLECTOR<br>CITY HALL<br>1 DR. CARLTON B. GOODLETT PL<br>ROOM 140<br>SAN FRANCISCO CA 94102 | OFFICE OF THE UNITED STATES TRUSTEE<br>LEGAL DEPARTMENT<br>844 KING STREET, SUITE 2313<br>LOCKBOX 35<br>WILMINGTON DE 19801-3519 |
| OHIO DEPARTMENT OF TAXATION<br>SALES & USE TAX OR LEGAL DEPT<br>P.O. BOX 530<br>COLUMBUS OH 43216-0530 | ONE WEST BANK, N.A.<br>JEAN-PIERRE KNIGHT<br>2450 BROADWAY AVE.<br>SUITE 400<br>SANTA MONICA CA 90404 | OREGON DEPARTMENT OF EDUCATION<br>LEGAL DEPARTMENT<br>255 CAPITOL STREET NE<br>SALEM OR 97310-0203 |
| OREGON DEPARTMENT OF JUSTICE<br>LEGAL DEPARTMENT<br>1162 COURT STREET NE<br>SALEM OR 97301-4096 | PACIFIC GAS & ELECTRIC COMP<br>PRESIDENT OR LEGAL DEPT<br>BOX 997300<br>SACRAMENTO CA 95899-7300 | PAYNE & FEARS LLP<br>JEFF BROWN<br>4 PARK PLAZA<br>SUITE 1100<br>IRVINE CA 92614 |
| PENNSYLVANIA DEPT OF REVENUE<br>SALES & USE TAX OR LEGAL DEPT<br>P.O. BOX 280406<br>HARRISBURG PA 17128 | PLAZA WEST BUILDING, LLC<br>WILLIAM FELTON<br>166 KINGS HIGHWAY NORTH<br>WESTPORT CT 06880-2423 | PRIME ALLIANCE BANK, INC.<br>PRESIDENT OR LEGAL DEPT.<br>1868 SOUTH 500 WEST<br>WOODS CROSS UT 84087 |
| REPUBLIC SERVICES, INC.<br>PRESIDENT OR LEGAL DEPT<br>P.O. BOX 9001099<br>LOUISVILLE KY 40290-1099 | RUDNER LAW OFFICES<br>JOHN C. JOSEFSBERG<br>RE: MARRIOTT HOTEL SERVICES, INC.<br>12740 HILLCREST RD, STE 240<br>DALLAS TX 75230 | SACRAMENTO COUNTY<br>700 H STREET<br>ROOM 1710<br>SACRAMENTO CA 95814 |
| SACRAMENTO COUNTY<br>P.O. BOX 508<br>SACRAMENTO CA 95812-0508 | SECRETARY OF THE TREASURY<br>LEGAL DEPARTMENT<br>P.O. BOX 7040<br>DOVER DE 19903 | SECURITIES & EXCHANGE COMMISSION<br>GEORGE S. CANELLOS, REGIONAL DIR<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON DC 20549 | SHOOK HARDY & BACON LLP<br>COURTNEY A. HASSELBERG<br>RE: AEROTEK, INC.<br>5 PARK PLAZA, SUITE 1600<br>IRVINE CA 92614 | SIDLEY AUSTIN LLP<br>JENNIFER HAGLE<br>RE: BANK OF AMERICA<br>555 WEST FIFTH ST, #4000<br>LOS ANGELES CA 90013 |

| | | |
|---|---|---|
| SOUTHERN CALIFORNIA EDISON COMP<br>PRESIDENT OR LEGAL DEPT<br>P.O. BOX 300<br>ROSEMEAD CA 91772-0001 | SQUAR, MILNER, PETERSON, MIRANDA & WILLIAMSON<br>ERNEST MIRANDA<br>4100 NEWPORT PLACE DR, STE 600<br>NEWPORT BEACH CA 92660 | SQUARE 407 LIMITED PARTNERSHIP<br>BOSTON PROPERTIES<br>2200 PENNSYLVANIA AVE. NW<br>SUITE 200W<br>WASHINGTON DC 20037 |
| STATE OF DELAWARE<br>LEGAL DEPARTMENT<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE, 8TH FLOOR<br>WILMINGTON DE 19801-0820 | STATE OF NEVADA AR PAYMENTS<br>SALES & USE TAX OR LEGAL DEPT<br>P.O. BOX 52685<br>PHOENIX AZ 85072 | STATE OF OREGON OSHA OFFICE<br>LEGAL DEPARTMENT<br>1230 NE 3RD ST #115<br>BEND OR 97701 |
| STORE MASTER FUNDING I, LLC<br>MICHAEL J. ZIEG<br>8501 E. PRINCESS DRIVE<br>SUITE 190<br>SCOTTSDALE AZ 85255 | STUDENTSCOUT, LLC<br>WILLIAM DOLAN<br>77 WEST WACKER DRIVE<br>CHICAGO IL 60601 | SUCCESSFACTORS, INC.<br>RORY CLENDON<br>1500 FASHION ISLAND BLVD.<br>SUITE 300<br>SAN MATEO CA 94404 |
| THE UNITED STATES ATTORNEY'S OFFICE<br>LEGAL DEPARTMENT<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU HI 96850 | THE UNITED STATES ATTORNEY'S OFFICE<br>LEGAL DEPARTMENT<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK NY 10007 | THE UNITED STATES ATTORNEY'S OFFICE<br>LEGAL DEPARTMENT<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVE, STE 1200<br>PHOENIX AZ 85004-4408 |
| TRI DIMENSIONAL SOLUTIONS INC.<br>MAYANK PRABHAKAR<br>6321 SAN BONITA AVE.<br>CLAYTON MO 63105 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>SALES & USE TAX OR LEGAL DEPT<br>P.O. BOX 149355<br>AUSTIN TX 78714-9355 | U.S. ATTORNEY'S OFFICE<br>LEGAL DEPARTMENT<br>P.O. BOX 2046<br>1201 MARKET ST., STE. 1100<br>WILMINGTON DE 19899-2046 |
| U.S. BANCORP EQUIPMENT FINANCE, INC.<br>PRESIDENT OR LEGAL DEPT.<br>801 LARKSPUR LANDING<br>LARKSPUR CA 94939 | U.S. BANCORP OLIVER-ALLEN TECH LEASING<br>PRESIDENT OR LEGAL DEPT.<br>601 LARKSPUR LANDING<br>LARKSPUR CA 94939 | U.S. BANK EQUIPMENT FINANCE<br>PRESIDENT OR LEGAL DEPT.<br>A DIVISION OF U.S. BANK NATIONAL ASSN<br>13010 SW 68TH PKWY #100<br>PORTLAND OR 97223 |
| U.S. BANK EQUIPMENT FINANCE<br>PRESIDENT OR LEGAL DEPT.<br>A DIVISION OF U.S. BANK NATIONAL ASSN<br>PO BOX 230789<br>PORTLAND OR 97281 | U.S. BANK, NA<br>SAQIB KHAWAJA<br>SPECIAL ASSETS GROUP BC-MN-H22A<br>800 NICOLLET MALL<br>MINNEAPOLIS MN 55402 | U.S. DEPARTMENT OF EDUCATION<br>LEGAL DEPARTMENT<br>400 MARYLAND AVENUE SW<br>WASHIGNTON DC 20202 |
| U.S. DEPARTMENT OF JUSTICE<br>LEGAL DEPARTMENT<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON DC 20530-0001 | UNION BANK<br>GABRIEL ZUNIGA<br>MUFG UNION BANK, N.A.<br>18300 VON KARMAN AVE<br>STE 250<br>IRVINE CA 92612 | UTAH STATE TAX COMMISSION<br>SALES & USE TAX OR LEGAL DEPT<br>210 NORTH 1950 WEST<br>SALT LAKE CITY UT 84134 |
| VARIANT LEASING CORPORATION<br>PRESIDENT OR LEGAL DEPT.<br>32332 CAMINO CAPISTRANO, SUITE 103<br>SAN JUAN CAPISTRANO CA 92693 | VIRGINIA DEPT OF TAXATION<br>OFFICE OF SALES/USE TAX<br>P.O. BOX 1115<br>RICHMOND VA 23218-1115 | WASHINGTON DEPARTMENT OF REVENUE<br>SALES & USE TAX OR LEGAL DEPT<br>2101 4TH AVE<br>#1400<br>SEATTLE WA 98121-2300 |
| WATT LONG BEACH, LLC<br>JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA CA 90405 | WELLS FARGO EQUIPMENT FINANCE, INC.<br>PRESIDENT OR LEGAL DEPT.<br>733 MARQUETTE AVE., #300<br>MINNEAPOLIS MN 55479 | WEST VIRGINIA STATE TAX DEPARTMENT<br>SALES & USE TAX DIVISION<br>P.O. BOX 3784<br>CHARLESTON WV 25337-3784 |
| WESTERN SURETY COMPANY<br>CNA SURETY CORPORATION<br>333 S. WABASH AVENUE<br>CHICAGO IL 60604 | WINTHROP RESOURCES CORPORATION<br>PRESIDENT OR LEGAL DEPT.<br>11100 WAYZATA BOULEVARD, SUITE 800<br>MINNETONKA MN 55305 | WYOMING DEPARTMENT OF REVENUE<br>SALES & USE TAX<br>122 WEST 25TH ST<br>2ND FL WEST<br>CHEYENNE WY 82002-0110 |

| | |
|---|---|
| ZAGORSKI, MICHELLE<br>ADDRESS REDACTED | ZURICH AMERICAN INSURANCE CO.<br>PRESIDENT OR LEGAL DEPT<br>1400 AMERICAN LANE<br>TOWER 1 - 14TH FL<br>SCHAUMBURG IL 60196-1056 |

Parties Served: 167