## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on May 6, 2015, I caused true and correct copies of the following document to be served (i) via first-class mail, postage pre-paid, to the parties listed in **Exhibit A,** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective Nunc Pro Tunc to the Date that the Debtors Surrendered Possession; (II) Approving the Nunc Pro Tunc Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 46]**

Dated: May 8, 2015

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this _8_ day of _May_, 20_15_, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

**Corinthian Colleges, Inc. - U.S. Mail**                                                                 Served 5/6/2015

2400 DEL PASO ROAD INVESTORS LP
C/O BUZZ OATES MANAGEMENT SERVICES
8615 ELDER CREEK ROAD
SACRAMENTO, CA 95828

8757 GA, LLC
C/O WASHINGTON PROPERTY COMPANY
4719 HAMPDEN LANE, 3RD FLOOR
BETHESDA, MD 20814

ACADEMIXDIRECT, INC.
ATTN: PHILIP CONNOLLY
4400 BOHANNON DRIVE, SUITE 110
MENLO PARK, CA 94025-1005

ACCO AIRPORT CENTER II, LLC
846 WEST FOOTHILL BOULEVARD, SUITE L
UPLAND, CA 91786

AEROTEK, INC.
C/O SHOOK HARDY & BACON LLP
ATTN: COURTNEY A. HASSELBERG
JAMBOREE CENTER
5 PARK PLAZA, SUITE 1600
IRVINE, CA 92614

AMBASSADOR EDUCATION SOLUTIONS
ATTN: VINCENT MIRRIONE
445 BROAD HOLLOW ROAD STE. 206
MELVILLE, NY 11747

ARIZONA DEPARTMENT OF EDUCATION
1535 WEST JEFFERSON STREET
PHOENIX, ARIZONA 85007

BANK OF AMERICA
ATTN: JENNIFER HAGLE
C/O SIDLEY AUSTIN LLP
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

BARCLAYS
ATTN: STEVEN MCCLATCHEY
745 SEVENTH AVE., 30TH FLOOR
NEW YORK, NY 10019

BB&S DEVELOPMENT, LLC
1500 NW 18TH AVE., SUITE 116
PORTLAND, OR 97209

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

C&R REAL ESTATE SERVICES CO.
1440 SW TAYLOR AVE.
PORTLAND, OR 92705

C.W. SWENSON INC.
C/O MCM DIVERSIFIED INC.
777 NORTH FIRST STREET
SAN JOSE, CA 95112

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA DEPARTMENT OF EDUCATION
1430 N STREET
SACRAMENTO, CA 95814-5901

CBRE, INC
1340 TREAT BOULEVARD
WALNUT CREEK, CA 94597

CBRE, INC
C/O CBRE GLOBAL INVESTORS, LLC
515 S FLOWER STREET SUITE 3100
LOS ANGELES, CA 90071

CIM URBAN REIT PROPERTIES I, L.P.
6922 HOLLYWOOD BOULEVARD, SUITE 900
LOS ANGELES, CA 90028

COOLEY LLP
ATTN: MICHAEL GOLDSTEIN
1299 PENNSYLVANIA AVE, NW, SUITE 700
WASHINGTON, DC 20004

COSGRAVE VERGEER KESTER LLP
805 SW BROADWAY, EIGHTH FLOOR
PORTLAND, OR 92705

CWSP-I-J, LLC
3808 N. SULLIVAN ROAD
BLDG N15, SUITE 202
SPOKANE WA 99216

CWSP-I-J, LLC
C/O CROWN WEST REALTY, LLC
2355 E. CAMELBACK RD. SUITE 325
PHOENIX, AZ 85016

D&K METCALF I COMPANY, LLC
2920 ROHRER DRIVE
LAFAYETTE, CA 94549

DECCAN PLATEAU CORPORATION
ATTN: C. MICHAEL CHAPMAN
CHAPMAN DELESK & EMGE LLP
28202 CABOR ROAD, 3RD FLOOR
LAGUNA NIGUEL, CA 92677

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE, 75
VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DYNTEK SERVICES
ATTN: DARLENE PRICHER
4440 VON KARMAN STE#200
NEWPORT BEACH, CA 92660

EJLC ROBERTSON LLC
16456 BERNARDO CENTER DRIVE
SAN DIEGO, CA 92128

ELOYALTY, LLC
ATTN: MICHAEL MCKNIGHT
9197 S. PEORIA ST.
ENGLEWOOD, CO 80112

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

EQUITY ONE, INC.
PROPERTY MANAGEMENT DEPARTMENT
1640 POWERS FERRY ROAD, BUILDING 11, SUITE 2
MARIETTA, GA 30067

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                                    **Served 5/6/2015**

GARDENA PROFESSIONAL MEDICAL PLAZA, LP
1045 W. REDONDO BEACH BLVD.
SUITE 400
GARDENA, CA 90247

GATEWAY MONTROSE, INC.
C/O RREEF MANAGEMENT COMPANY
4050 EAST COTTON CENTER BOULEVARD
SUITE 14
PHOENIX, AZ 85040

GATEWAY MONTROSE, INC.
PLUMWOOD OFFICE PORT - 8160
PO BOX 6236
HICKSVILLE, NY 11802-6236

GRAEBEL RELOCATION SVC WORLDWIDE, INC.
ATTN: WILLIAM NEVER
P.O. BOX 71775
CHICAGO, IL 60694-1775

GRE MANAGEMENT SERVICES
2150 DOUGLAS BLVD., SUITE 110
ROSEVILLE, CA 95661

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

HOWARD STREET ASSOCIATES
C/O HUDSON PACIFIC PROPERTIES, INC.
1438 N. GOWER STREET, BOX 2
HOLLYWOOD, CA 90028

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ITBP INVESTORS, LLC
26901 AGOURA RD., SUITE 180
CALABASAS, CA 91301

J. BROOKHURST, L.L.C.
10653 LIETER PLACE
LONE TREE, CO 80124

JEFFER MANGELS BUTLER & MITCHELL LLP
ATTN: BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

JONES LANG LASALLE INC.
ATTN: RONDA CLARK
4 PARK PLAZA, SUITE 900
IRVINE, CA 92614

JUSTICE DEPARTMENT
1300 I ST., #1142
SACRAMENTO, CA 95814-5901

KATTEN MUCHIN ROSENMAN LLP
ATTN: BRIAN HUBEN/DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES, CA 90067-3012

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

KUTAK ROCK LLP
1801 CALIFORNIA STREET, SUITE 3100
DENVER, CO 80202

LABOR DEPARTMENT
800 W WASHINGTON ST
PHOENIX AZ 85007

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

LAMPERT 25500 INDUSTRIAL BLVD., LLC
LAW OFFICES OF THOMAS E. BISHOP
900 VETERANS BLVD, SUITE 410
REDWOOD CITY, CA 94063

LBA REALTY FUND II - WBP III, LLC
3347 MICHELSON DRIVE, SUITE 200
IRVINE, CA 92612

MARRIOTT HOTEL SERVICES, INC.
JOHN C. JOSEFSBERG, RUDNER LAW OFFICES
(GAYLORD NATIONAL CONVENTION CENTER
NEWPORT BEACH MARRIOTT
12740 HILLCREST ROAD, SUITE 240
DALLAS, TX 75230

MCKINLEY AVENUE, LLC
ATTN: CHRISTOPHER HALE
839 NORTH JEFFERSON STREET, SUITE 400
MILWAUKEE, WI 53202

MERCANTILE PARTNERS, L.P.
2650 MEACHAM BOULEVARD
FORT WORTH, TX 76137

METCALF FAMILY TRUST
C/O SIERRA ASSET MANAGEMENT, INC.
2920 PROSPECT PARK DRIVE, SUITE 215
RANCHO CORDOVA, CA 95670-6036

MICHELLE LEE REID ZAGORSKI
ADDRESS REDACTED

MORAGA ENTERPRISES
130 SAN ALESO AVENUE
SAN FRANCISCO, CA 94127

MORAGA ENTERPRISES
P.O. BOX 783
KENTFIELD, CA 94914

MORAGA ENTERPRISES
SOLOMON BIEN
1100 SOUTH CLARK DRIVE, UNIT 202
LOS ANGELES, CA 90035

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OFFICE OF THE UNITED STATES TRUSTEE
844 KING STREET, SUITE 2313, LOCKBOX 35
WILMINGTON, DE 19801-3519

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                                                      **Served 5/6/2015**

OMNINET INVERNESS, LP
9420 WILSHIRE BLVD., SUITE 400
BEVERLY HILLS, CA 90212

OREGON DEPARTMENT OF EDUCATION
255 CAPITOL STREET NE
SALEM, OR 97310-0203

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM, OR 97301-4096

P.R.G. INVESTMENT FUND, L.P.
ATTN: PARIS NOURAFCHAN
9454 WILSHIRE BLVD, SUITE 220
BEVERLY HILLS, CA 90212

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: DIANNA MARRONE
419 W. 48TH STREET, SUITE 300
HIALEAH, FL 33012

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

PARAGON CAPITAL CORPORATION
226 SOUTH LAKE AVENUE, SUITE 300
PASADENA, CA 91101

PAUL DIMEO
ADDRESS REDACTED

PAYNE & FEARS LLP
ATTN: JEFF BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

PLAZA DEL PRADO INC.
1261 CABRILLO AVENUE #210B
TORRANCE, CA 90501

R R & C DEVELOPMENT COMPANY
131 CROSSROADS PARKWAY NORTH
6TH FLOOR
CITY OF INDUSTRY, CA 91746

RACKSPACE HOSTING
ATTN: ALAN SCHOENBAUM
P.O. BOX 730759
DALLAS, TX 75373-0759

RANDALL BENDERSON 1993-1 TRUST
8441 COOPER CREEK BOULEVARD
UNIVERSITY PARK, FL 34201

RESECA MEDICAL CONSORTRIUM LLC
18107 SHERMAN WAY, SUITE 205
RESEDA, CA 91335

SECRETARY OF THE TREASURY
P. O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHACO, INC.
350 S. GRAND AVE., SUITE 2250
LOS ANGELES, CA 90071

SQUAR, MILNER, PETERSON, MIRANDA & WILLIAMSON
ATTN: ERNEST MIRANDA
4100 NEWPORT PLACE DRIVE, SUITE 600
NEWPORT BEACH, CA 92660

SQUARE 407 LTD. PARTNERSHIP
C/O BOSTON PROPERTIES
2200 PENNSYLVANIA AVENUE, NW
SUITE 200W
WASHINGTON, DC 20037

SSM PROPERTIES LLC
433 AIRPORT BOULEVARD, SUITE 224
BURLINGAME, CA 94010

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE, 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

STORE MASTER FUNDING I, LLC
ATTN: MICHAEL J. ZIEG
8501 E. PRINCESS DRIVE, SUITE 190
SCOTTSDALE, AZ 85255

STORE SPE CORINTHIAN, LLC
8501 E. PRINCESS DRIVE, SUITE 190
SCOTTSDALE, AZ 85255

STUDENTSCOUT, LLC
ATTN: WILLIAM DOLAN
77 WEST WACKER DRIVE
CHICAGO, IL 60601

SUCCESSFACTORS, INC.
ATTN: RORY CLENDON
1500 FASHION ISLAND BLVD., STE 300
SAN MATEO, CA 94404

TALLAN, INC.
ATTN: MICHELLE HALL
175 CAPITAL BLVD., SUITE 401
ROCKY HILL, CT 06067

THE ALHAMBRA CORNER COMMUNITY LLC
1000 SOUTH FREMONT AVENUE
UNIT 1, BUILDING A10C, SUITE 10150
ALHAMBRA, CA 91803

THE STATE OF CALIFORNIA LABOR &
WORKFORCE DEVELOPMENT AGENCY
ATTN. PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

THE UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF ARIZONA
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

THE UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF HAWAII
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

THE UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF NEW YORK
271 CADMAN PLAZA EAST
BROOKLYN NY 11201

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                    Served 5/6/2015

THE UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

THE UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

TORONTO COLLEGE PARK, LTD
C/O GWL REALTY ADVISORS
33 YOUNGE STREET, SUITE 830
TORONTO, ON M5E 1G4
CANADA

TRI DIMENSIONAL SOLUTIONS INC.
ATTN: MAYANK PRABHAKAR
6321 SAN BONITA AVE.
CLAYTON, MO 63105

U.S. ATTORNEY'S OFFICE
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON, DE 19899-2046

U.S. DEPARTMENT OF EDUCATION
400 MARYLAND AVENUE SW
WASHIGNTON, DC 20202

WALGREENS OF HAWAII, LLC
ATTN: PAUL S. LIM
104 WILMOT ROAD, MS1420
DEERFIELD, IL 60015

WALGREENS OF HAWAII, LLC
C/O CORPORATE AND TRANSACTIONAL LAW DEPART
104 WILMOT RD., MS 1420
DEERFIELD, IL 60015

WATT LONG BEACH, LLC
ATTN: GREGORY W. KOONCE, ESQ.
1517 LINCOLN WAY, COURTHOUSE PLAZA
AUBURN, CA 95603

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

Parties Served: 109

## EXHIBIT B

**Corinthian Colleges, Inc. - Overnight Mail**

EQUITY ONE REALTY & MANAGEMENT SE, INC.
ATTN: PROPERTY MANAGEMENT DEPARTMENT
1640 POWERS FERRY ROAD, SE
BUILDING 11, SUITE 250
MARIETTA GA 30067

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS
N. MIAMI BEACH FL 33179

Parties Served: 2