## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on May 6, 2015, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue their Workers' Compensation Policy and Pay all Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 35]**

Dated: May 8, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this __8__ day of __May__, 20_15_, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

**EXHIBIT A**

| | | |
|---|---|---|
| ACADEMIXDIRECT, INC.<br>PHILIP CONNOLLY<br>4400 BOHANNON DRIVE, SUITE 110<br>MENLO PARK, CA 94025-1005 | ACCREDITATION COMMISSION<br>EDUCATION IN NURSING<br>ATTN: DR. SHARON TANNER<br>3343 PEACHTREE RD. NE., STE 850<br>ATLANTA, GA 30326 | ACCREDITATION REVIEW COUNCIL ON EDUCATION<br>SURGICAL TECHNOLOGY & SURGICAL ASSISTING<br>ATTN: KEITH ORLOFF<br>6 W. DRY CREEK CIRCLE., STE 110<br>LITTLETON, CO 80120 |
| ACCREDITING BUREAU OF HEALTH EDUCATION SCHO<br>ATTN: CAROL MONEYMAKER<br>7777 LEESBURG PIKE<br>STE. 314 NORTH<br>FALLS CHURCH, VA 22043 | ACCREDITING COMMISSION<br>CAREER SCHOOLS AND COLLEGES<br>ATTN: MICHALE MCCOMIS, ED.D.<br>2101 WILSON BOULEVARD., SUITE 302<br>ARLINGTON, VA 22201 | ACCREDITING COUNCIL<br>INDEPENDENT COLLEGES AND SCHOOLS<br>ATTN: DR. ALBERT GRAY<br>750 FIRST STREET, NE., SUITE 980<br>WASHINGTON, DC 20002 |
| AEROTEK, INC.<br>COURTNEY A. HASSELBERG<br>C/O SHOOK HARDY & BACON LLP<br>JAMBOREE CENTER<br>5 PARK PLAZA, SUITE 1600<br>IRVINE, CA 92614 | ALABAMA COMMISSION ON HIGHER EDUCATION<br>ATTN: DR. GREGORY FITCH<br>100 NORTH UNION STREET<br>MONTGOMERY, AL 36104 | ALABAMA DEPT OF POSTSECONDARY EDUCATION<br>ATTN: ANNETTE FUNDERBURK<br>135 SOUTH UNION STREET<br>MONTGOMERY, AL 36104 |
| AMBASSADOR EDUCATION SOLUTIONS<br>VINCENT MIRRIONE<br>445 BROAD HOLLOW ROAD STE. 206<br>MELVILLE, NY 11747 | AMERICAN ACADEMY OF PROFESSIONAL CODERS<br>2480 SOUTH 3850 WEST., STE B<br>STE. B<br>SALT LAKE CITY, UT 84120 | AMERICAN BAR ASSOCIATION<br>321 N. CLARK STREET<br>CHICAGO, IL 60654 |
| AMERICAN SOCIETY<br>HEALTH-SYSTEM PHARMACISTS<br>ATTN: DR. ABRAMOWITZ<br>7272 WISCONSIN AVENUE<br>BETHESDA, MD 20814 | AMERICAN ZURICH INSURANCE COMPANY<br>777 SOUTH FIGUEROA STREET, SUITE 3900<br>LOS ANGELES, CA 90017 | ARIZONA DEPARTMENT OF EDUCATION<br>1535 WEST JEFFERSON STREET<br>PHOENIX, ARIZONA 85007 |
| ARIZONA STATE BOARD<br>PRIVATE POSTSECONDARY EDUCATION<br>ATTN: MS. TERI STANFILL<br>1400 W. WASHINGTON ST. ROOM 260<br>PHOENIX, AZ 85007 | ARKANSAS DEPARTMENT OF HIGHER EDUCATION<br>ATTN: DR. JIM PURCELL<br>423 MAIN STREET<br>SUITE 400<br>LITTLE ROCK, AR 72201 | ASSOCIATED BODYWORK<br>MASSAGE PROFESSIONALS<br>25188 GENESEE TRAIL RD. SUITE 200<br>GOLDEN, CO 80401 |
| AXIS INSURANCE COMPANY<br>11680 GREAT OAKS WAY<br>ALPHARETTA, GA 30022 | AXIS INSURANCE COMPANY<br>303 WEST MADISON # 500<br>CHICAGO, IL 60606 | BANK OF AMERICA<br>ATTN: JENNIFER HAGLE<br>C/O SIDLEY AUSTIN LLP<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES, CA 90013 |
| BARCLAYS<br>STEVEN MCCLATCHEY<br>745 SEVENTH AVE., 30TH FLOOR<br>NEW YORK, NY 10019 | BOARD OF CAREER COLLEGES<br>SCHOOLS OF THE STATE OF OHIO<br>ATTN: JOHN WARE, EXEC. DIRECTOR<br>35 GAY STREET., SUITE 403<br>COLUMBUS, OH 43215 | BOARD OF NURSING - ARIZONA<br>ATTN: JOEY RIDENOUR, RN, MN, FAAN<br>4747 N. 7TH ST.<br>STE. 200<br>PHOENIX, AZ 85014 |
| BOARD OF NURSING - FLORIDA<br>ATTN: LAVIGNE KIRKPATRICK, BS, RN<br>4052 BALD CYPRESS WAY<br>BIN C-02<br>TALLAHASSEE, FL 32399 | BOARD OF NURSING - INDIANA<br>ATTN: ELIZABETH KIEFNER CRAWFORD<br>402 W. WASHINGTON ST.<br>ROOM W072<br>INDIANAPOLIS, IN 46204 | BOARD OF NURSING - MICHIGAN<br>ATTN: MARGARET JONES<br>OTTAWA TOWERS NORTH<br>611 W. OTTAWA<br>LANSING, MI 48933 |
| BOARD OF NURSING - NEVADA<br>ATTN: ROSEANN COLOSIMO, PHD, MSN, RN<br>4220 S. MARYLAND PKWY<br>BLDG. B<br>STE. 300<br>LAS VEGAS, NV 89119 | BOARD OF NURSING - TEXAS<br>ATTN: DR. VARNELL<br>333 GUADALUPE<br>STE. 3-460<br>AUSTIN, TX 78701 | BOARD OF NURSING - VIRGINIA<br>ATTN: JANE INGALLS, RN, PHD<br>9960 MAYLAND DR.<br>STE. 300<br>HENRICO, VA 23233 |
| BOARD OF REGISTERED NURSING - CALIFORNIA<br>1747 N. MARKET BLVD.<br>STE. 150<br>SACRAMENTO, CA 95834 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 | BUREAU OF POSTSECONDARY SERVICES<br>OF THE COMMONWEALTH<br>OF PENNSYLVANIA DEPARTMENT OF ED.<br>ATTN: PATRICIA LANDIS<br>333 MARKET STREET., 12TH FLOOR<br>HARRISBURG, PA 17126 |

| | | |
|---|---|---|
| CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA BUREAU<br>PRIVATE POSTSECONDARY EDUCATION<br>ATTN: JOANN WENZEL<br>2535 CAPITOL OAKS DR.STE 400<br>SACRAMENTO, CA 95833 | CALIFORNIA DEPARTMENT OF EDUCATION<br>1430 N STREET<br>SACRAMENTO, CA 95814-5901 |
| COLORADO DEPARTMENT OF HIGHER EDUCATION<br>DIVISION OF PRIVATE OCCUPATIONAL SCHOOLS<br>ATTN: JIM PARKER<br>1560 BROADWAY<br>SUITE 1600<br>DENVER, CO 80202 | COMMIION ON DENTAL ACCREDITATION<br>ATTN: DR. SHERIN TOOKS<br>211 EAST CHICAGO AVE.<br>STE. 1900<br>CHICAGO, IL 60611 | COMMISSION FOR INDEPENDENT EDUCATION<br>FLORIDA DEPARTMENT OF EDUCATION<br>ATTN: SAMUEL L. FERGUSON<br>325 W. GAINES ST. SUITE 1414<br>TALLAHASSEE, FL 32399 |
| COMMISSION ON ACCREDITATION<br>HEALTH INFORMATICS<br>INFORMATION MANAGEMENT EDUCATION<br>AMERICAN HEALTH INFORMATION MGT ASSOCIATION<br>233 N. MICHIGAN AVE. 21ST FLR<br>CHICAGO, IL 60601 | COMMISSION ON COLLEGIATE<br>NURSING EDUCATION<br>ATTN: JENNIFER BUTLIN, ED.D<br>ONE DUPONT CIRCLE, NW.,STE 530<br>WASHINGTON, DC 20036 | COMMISSION ON POSTSECONDARY<br>EDUCATION - NEVADA<br>ATTN: DAVID PERLMAN<br>8778 SOUTH MARYLAND PARKWAY., STE 115<br>LAS VEGAS, NV 89123 |
| COOLEY LLP<br>MICHAEL GOLDSTEIN<br>1299 PENNSYLVANIA AVE, NW, STE 700<br>WASHINGTON, DC 20004 | DECCAN PLATEAU CORPORATION<br>C. MICHAEL CHAPMAN<br>CHAPMAN DELESK & EMGE LLP<br>28202 CABOR ROAD, 3RD FLOOR<br>LAGUNA NIGUEL, CA 92677 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 898<br>DOVER, DE 19903 |
| DENTAL BOARD OF CALIFORNIA<br>ATTN: KAREN M. FISCHER, MPA<br>2005 EVERGREEN ST.<br>STE. 1550<br>SACRAMENTO, CA 95815 | DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI 96813 | DIMEO, PAUL<br>CORINTHIAN COLLEGES, INC.<br>6 HUTTON CENTRE DR., #400<br>SANTA ANA, CA 92707 |
| DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE, 75<br>VARICK STREET (7TH FLOOR)<br>NEW YORK, NY 10013 | DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | DYNTEK SERVICES<br>DARLENE PRICHER<br>4440 VON KARMAN STE#200<br>NEWPORT BEACH, CA 92660 |
| ELOYALTY, LLC<br>MICHAEL MCKNIGHT<br>9197 S. PEORIA ST.<br>ENGLEWOOD, CO 80112 | EMPIRE INSURANCE COMPANIES<br>13810 FNB PARKWAY<br>OMAHA, NE 68154-5202 | EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 |
| EQUITY ONE, INC.<br>PROPERTY MANAGEMENT DEPARTMENT<br>1640 POWERS FERRY ROAD, BUILDING 11, SUITE 250<br>MARIETTA, GA 30067 | FEDERAL INSURANCE COMPANY<br>555 S. FLOWER STREET, 3RD. FLOOR<br>LOS ANGELES, CA 90071 | FLORIDA BOARD OF MASSAGE THERAPY<br>ATTN: BRIDGET BURKE-WAMMACK<br>4052 BALD CYPRESS WAY<br>BIN C-06<br>TALLAHASSEE, FL 32399 |
| GEORGIA NONPUBLIC POSTSECONDARY<br>EDUCATION COMMISSION<br>ATTN: WILLIAM C. CREWS<br>2082 EAST EXCHANGE PLACE., SUITE 220<br>TUCKER, GA 30084 | GRAEBEL RELOCATION SVC WORLDWIDE, INC.<br>WILLIAM NEVER<br>P.O. BOX 71775<br>CHICAGO, IL 60694-1775 | HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 |
| HOMELAND INSURANCE COMPANY OF NEW YORK<br>150 ROYALI STREET<br>CANTON, MA 02021 | ILLINOIS BOARD OF HIGHER EDUCATION<br>ATTN: NINA TANGMAN<br>431 EAST ADAMS<br>SECOND FLOOR<br>SPRINGFIELD, IL 62701 | INDIANA BOARD FOR PROPRIETARY EDUCATION<br>COMMISSION FOR HIGHER EDUCATION<br>ATTN: ROSS MILLER<br>101 WEST OHIO STREET<br>STE. 670<br>INDIANAPOLIS, IN 46204 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | JOINT REVIEW COMMITTEE<br>EDUCATION IN RADIOLOGIC TECHNOLOGY<br>ATTN: MS. LESLIE F. WINTER, M.S., R.T.(R)<br>20 N. WACKER DRIVE., SUITE 2850<br>CHICAGO, IL 60606 |

| | | |
|---|---|---|
| JONES LANG LASALLE INC.<br>RONDA CLARK<br>4 PARK PLAZA, SUITE 900<br>IRVINE, CA 92614 | JUSTICE DEPARTMENT<br>1300 I ST., #1142<br>SACRAMENTO, CA 95814-5901 | KAISER PERMANENTE NATIONAL ACCOUNTS<br>ATTN: KIT TURK<br>SENIOR ASSOCIATE ACCOUNT MANAGER<br>1800 HARRISON STREET 9TH FLOOR<br>OAKLAND, CALIFORNIA 94612 |
| KANSAS BOARD OF REGENTS<br>ATTN: JACQUELINE JOHNSON<br>1000 SW JACKSON STREET<br>SUITE 520<br>TOPEKA, KS 66612 | KATTEN MUCHIN ROSENMAN LLP<br>ATTN: BRIAN HUBEN/DUSTIN BRANCH<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES, CA 90067-3012 | KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| LABOR DEPARTMENT<br>800 W WASHINGTON ST<br>PHOENIX AZ 85007 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ATTN: ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI, OH 75271-2711 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>LAW OFFICES OF THOMAS E. BISHOP<br>900 VETERANS BLVD, SUITE 410<br>REDWOOD CITY, CA 94063 |
| LIBERTY INSURANCE UNDERWRITERS INC.<br>55 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10041 | LOUISIANA BOARD OF REGENTS<br>ATTN: CAROL MARABELLA<br>1201 NORTH THIRD STREET<br>SUITE 6-200<br>BATON ROUGE, LA 70802 | MARRIOTT HOTEL SERVICES, INC.<br>JOHN C. JOSEFSBERG, RUDNER LAW OFFICES<br>(GAYLORD NATIONAL CONVENTION CENTER<br>NEWPORT BEACH MARRIOTT<br>12740 HILLCREST ROAD, SUITE 240<br>DALLAS, TX 75230 |
| MARYLAND HIGHER EDUCATION COMMISSION<br>ATTN: DEAN KENDALL<br>6 N. LIBERTY STREET<br>10TH FLOOR<br>BALTIMORE, MD 21201 | MCKINLEY AVENUE, LLC<br>CHIRSTOPHER HALE<br>839 NORTH JEFFERSON STREET, SUITE 400<br>MILWAUKEE, WI 53202 | MEDICAL ASSISTING EDUCATION REVIEW BOARD<br>ATTN: SARAH MARINO, PHD<br>20 N. WACKER DRIVE<br>STE. 1575<br>CHICAGO, IL 60606 |
| MICHELLE ZAGORSKI<br>ADDRESS REDACTED | MICHIGAN DEPARTMENT OF LICENSING<br>REGULATORY AFFAIRS<br>ATTN: JAMES FARHAT<br>2501 WOODLAKE CIRCLE<br>OKEMOS, MI 48864 | MINNESOTA OFFICE OF HIGHER EDUCATION<br>ATTN: GEORGE R. ROEDLER, JR.<br>1450 ENERGY PARK DRIVE<br>SUITE 350<br>ST. PAUL, MN 55108 |
| MISSISSIPPI COMMISSION ON PROPRIETARY<br>SCHOOL AND COLLEGE REGISTRATION<br>ATTN: KIM VERNEUILLE<br>3825 RIDGEWOOD ROAD<br>JACKSON, MS 39211 | MISSOURI COORDINATING BOARD<br>HIGHER EDUCATION<br>ATTN: LEROY WADE<br>205 JEFFERSON STREET<br>JEFFERSON CITY, MO 65102 | NATIONAL CERTIFICATION BOARD<br>THERAPEUTIC MASSAGE & BODYWORK<br>ATTN: LEENA GUPTHA, D.O., BCTMB<br>1333 BURR RIDGE PARKWAY<br>STE. 200<br>BURR RIDGE, IL 60527 |
| NATIONAL UNION FIRE INSURANCE CO OF PITT, PA. (AI<br>175 WATER STREET<br>NEW YORK, NY 10038-4969 | NAVIGATORS SPECIALTY INSURANCE COMPANY<br>1 PENN PLAZA<br>NEW YORK, NY 10119 | NEW JERSEY STATE DEPARTMENTS OF EDUCATIC<br>LABOR AND WORKFORCE DEVELOPMENT<br>ATTN: ERICA SLAUGHTER<br>JOHN FITCH PLAZA<br>LABOR BUILDING<br>6TH FLOOR |
| NEW YORK STATE BOARD OF REGENTS<br>ATTN: BARBARA MEINERT<br>5 NORTH MEZZANINE<br>ALBANY, NY 12234 | NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 | NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 |
| OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMIN.<br>800 W. WASHINGTON STREET, 2ND FLOOR<br>PHOENIX, AZ 85007 | OFFICE OF THE ATTORNEY GENERAL<br>BILL SCHUETTE<br>525 W. OTTAWA ST.<br>P.O. BOX 30212<br>LANSING, MI 48909-0212 |
| OFFICE OF THE ATTORNEY GENERAL<br>BOB FERGUSON<br>1125 WASHINGTON ST., SE<br>PO BOX 40100<br>OLYMPIA, WA 98504-0100 | OFFICE OF THE ATTORNEY GENERAL<br>CATHERINE CORTEZ<br>OLD SUPREME CT. BLDG.<br>100 N. CARSON ST.<br>CARSON CITY, NV 89701 | OFFICE OF THE ATTORNEY GENERAL<br>CHRIS KOSTER<br>SUPREME CT. BLDG.<br>207 W. HIGH ST.<br>JEFFERSON CITY, MO 65101 |

| | | |
|---|---|---|
| OFFICE OF THE ATTORNEY GENERAL<br>DAVID LOUIE<br>425 QUEEN ST.<br>HONOLULU, HI 96813 | OFFICE OF THE ATTORNEY GENERAL<br>DOUGLAS F. GANSLER<br>200 ST. PAUL PLACE<br>BALTIMORE, MD 21202-2202 | OFFICE OF THE ATTORNEY GENERAL<br>ELLEN F. ROSENBLUM<br>JUSTICE BLDG.<br>1162 COURT ST., NE<br>SALEM, OR 97301 |
| OFFICE OF THE ATTORNEY GENERAL<br>ERIC SCHNEIDERMAN<br>DEPT. OF LAW - THE CAPITOL<br>2ND FLOOR<br>ALBANY, NY 12224 | OFFICE OF THE ATTORNEY GENERAL<br>GREG ABBOTT<br>CAPITOL STATION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | OFFICE OF THE ATTORNEY GENERAL<br>GREG ZOELLER<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 WEST WASHINGTON STREET<br>5TH FLOOR<br>INDIANAPOLIS, IN 46204 |
| OFFICE OF THE ATTORNEY GENERAL<br>IRVIN NATHAN<br>441 4TH STREET, NW<br>SUITE 1100S<br>WASHINGTON, DC 20001 | OFFICE OF THE ATTORNEY GENERAL<br>JIM HOOD<br>DEPARTMENT OF JUSTICE<br>P.O. BOX 220<br>JACKSON, MS 39205 | OFFICE OF THE ATTORNEY GENERAL<br>JOHN JAY HOFFMAN<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET STREET<br>P.O. BOX 080<br>TRENTON, NJ 08625 |
| OFFICE OF THE ATTORNEY GENERAL<br>JOHN SUTHERS<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY<br>10TH FLOOR<br>DENVER, CO 80203 | OFFICE OF THE ATTORNEY GENERAL<br>KAMALA HARRIS<br>1300 I ST., SUITE 1740<br>SACRAMENTO, CA 95814 | OFFICE OF THE ATTORNEY GENERAL<br>KATHLEEN KANE<br>1600 STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 |
| OFFICE OF THE ATTORNEY GENERAL<br>LISA MADIGAN<br>JAMES R. THOMPSON CTR.<br>100 W. RANDOLPH ST.<br>CHICAGO, IL 60601 | OFFICE OF THE ATTORNEY GENERAL<br>LORI SWANSON<br>STATE CAPITOL<br>STE. 102<br>ST. PAUL, MN 55155 | OFFICE OF THE ATTORNEY GENERAL<br>MARK HERRING<br>900 EAST MAIN STREET<br>RICHMOND, VA 23219 |
| OFFICE OF THE ATTORNEY GENERAL<br>MARTHA COAKLEY<br>1 ASHBURTON PLACE<br>BOSTON, MA 02108-1698 | OFFICE OF THE ATTORNEY GENERAL<br>MATTHEW DENN<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON, DE 19801 | OFFICE OF THE ATTORNEY GENERAL<br>MIKE DEWINE<br>STATE OFFICE TOWER<br>30 E BROAD ST.<br>COLUMBUS, OH 43266-0410 |
| OFFICE OF THE ATTORNEY GENERAL<br>PAM BONDI<br>THE CAPITOL<br>PL 01<br>TALLAHASSEE, FL 32399-1050 | OFFICE OF THE ATTORNEY GENERAL<br>PATRICK MORRISEY<br>STATE CAPITOL<br>1900 KANAWHA BLVD., E.<br>CHARLESTON, WV 25305 | OFFICE OF THE ATTORNEY GENERAL<br>PETER K. MICHAEL<br>STATE CAPITOL BLDG.<br>CHEYENNE, WY 82002 |
| OFFICE OF THE ATTORNEY GENERAL<br>SAM OLENS<br>40 CAPITOL SQUARE, SW<br>ATLANTA, GA 30334-1300 | OFFICE OF THE ATTORNEY GENERAL<br>SEAN REYES<br>STATE CAPITOL<br>RM. 236<br>SALT LAKE CITY, UT 84114-0810 | OFFICE OF THE ATTORNEY GENERAL<br>TOM HORNE<br>1275 W. WASHINGTON ST.<br>PHOENIX, AZ 85007 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>844 KING STREET, SUITE 2313, LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | OHIO STATE BOARD OF CAREER COLLEGES AND SCH<br>ATTN: RUTH MYERS<br>30 EAST BROAD STREET<br>SUITE 2481<br>MONTGOMERY, OH 43215 | OKLAHOMA BOARD OF PRIVATE SCHOOLS<br>ATTN: NORA HOUSE<br>3700 NORTH CLASSEN BOULEVARD<br>SUITE 250<br>OKLAHOMA CITY, OK 73118 |
| OREGON BOARD OF MASSAGE THERAPISTS<br>ATTN: DAVID FREDRICKSON, LMT<br>748 HAWTRHORNE AVENUE NE<br>SALEN, OR 97301 | OREGON DEPARTMENT OF EDUCATION<br>255 CAPITOL STREET NE<br>SALEM, OR 97310-0203 | OREGON DEPARTMENT OF EDUCATION<br>ATTN: JUAN BAEZ-AREVALO<br>775 COURT ST. NE<br>SALEM, OR 97301 |
| OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 | P.R.G. INVESTMENT FUND, L.P.<br>PARIS NOURAFCHAN<br>9454 WILSHIRE BLVD, SUITE 220<br>BEVERLY HILLS, CA 90212 | PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>C/O PHILLIPS INTERNATIONAL<br>295 MADISON AVE., 2ND FLOOR<br>NEW YORK, NY 10017 |

| | | |
|---|---|---|
| PALM SPRINGS MILE ASSOCIATES, LTD<br>DIANNA MARRONE<br>419 W. 48TH STREET, SUITE 300<br>HIALEAH, FL 33012 | PAUL DIMEO<br>ADDRESS REDACTED | PAYNE & FEARS LLP<br>JEFF BROWN<br>4 PARK PLAZA, SUITE 1100<br>IRVINE, CA 92614 |
| PENNSYLVANIA STATE BOARD<br>PRIVATE LICENSED SCHOOLS<br>PENNSYLVANIA DEPARTMENT OF EDUCATION<br>ATTN: PATRICIA A. LANDIS<br>333 MARKET STREET., 12TH FLR<br>HARRISBURG, PA 17126 | PRIVATE BUSINESS AND VOCATIONAL SCHOOLS<br>OF THE ILLINOIS BOARD OF HIGHER EDUCATION<br>ATTN: NINA TANGMAN<br>431 EAST ADAMS<br>SECOND FLOOR<br>SPRINGFIELD, IL 62701 | RACKSPACE HOSTING<br>ALAN SCHOENBAUM<br>P.O. BOX 730759<br>DALLAS, TX 75373-0759 |
| REGISTERED BY THE STATE OF WYOMING<br>ATTN: ELAINE MARCES<br>2300 CAPITOL AVE<br>2ND FL.<br>CHEYENNE, WY 82002 | RSUI INDEMNITY COMPANY<br>945 E. PACES FERRY ROAD, SUITE 1800<br>ATLANTA, GA 30326 | SECRETARY OF THE TREASURY<br>P. O. BOX 7040<br>DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SOUTH CAROLINA COMMISSION<br>HIGHER EDUCATION<br>ATTN: LANE GOODWIN<br>1122 LADY STREET., STE 300<br>COLUMBIA, SC 29201 |
| SQUAR, MILNER, PETERSON,<br>MIRANDA & WILLIAMSON, LLP<br>ERNEST MIRANDA<br>4100 NEWPORT PLACE DRIVE, SUITE 600<br>NEWPORT BEACH, CA 92660 | STATE COUNCIL<br>HIGHER EDUCATION FOR VIRGINIA<br>ATTN: TOSHA ROBINSON<br>101 NORTH 14TH STREET., 10TH FLR<br>RICHMOND, VA 23219 | STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE 8TH FLOOR<br>WILMINGTON, DE 19801-0820 |
| STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 | STORE MASTER FUNDING I, LLC<br>MICHAEL J. ZIEG<br>8501 E. PRINCESS DRIVE, SUITE 190<br>SCOTTSDALE, AZ 85255 | STUDENTSCOUT, LLC<br>WILLIAM DOLAN<br>77 WEST WACKER DRIVE<br>CHICAGO, IL 60601 |
| SUCCESSFACTORS, INC.<br>RORY CLENDON<br>1500 FASHION ISLAND BLVD., STE 300<br>SAN MATEO, CA 94404 | TALLAN, INC.<br>MICHELLE HALL<br>175 CAPITAL BLVD., SUITE 401<br>ROCKY HILL, CT 06067 | TENNESSEE HIGHER EDUCATION COMMISSION<br>ATTN: DR. STEPHANIE BELLARD-CHASE<br>404 JAMES ROBERSTON PARKWAY<br>SUITE 1900<br>NASHVILLE, TN 37243 |
| TEXAS HIGHER EDUCATION COORDINATING BOARD<br>ATTN: DR. RAYMUND PAREDES<br>1200 E. ANDERSON LANE<br>AUSTIN, TX 78752 | TEXAS WORKFORCE COMMISSION<br>CAREER SCHOOLS AND COLLEGES<br>ATTN: MICHAEL DELONG<br>101 EAST 15TH STREET<br>AUSTIN, TX 78778 | THE HIGHER LEARNING COMMISSION<br>ATTN: DR. BARBARA GELLMAN-DANLEY<br>230 S. LASALLE ST.<br>STE. 7-500<br>CHICAGO, IL 60604 |
| THE STATE OF CALIFORNIA LABOR &<br>WORKFORCE DEVELOPMENT AGENCY<br>ATTN. PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 | THE UNITED STATES ATTORNEY'S OFFICE<br>DISTRICT OF ARIZONA<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 | THE UNITED STATES ATTORNEY'S OFFICE<br>DISTRICT OF HAWAII<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 |
| THE UNITED STATES ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF NEW YORK<br>271 CADMAN PLAZA EAST<br>BROOKLYN NY 11201 | THE UNITED STATES ATTORNEY'S OFFICE<br>SOUTHERN DISTRICT OF NEW YORK<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 | THE UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 |
| TORONTO COLLEGE PARK, LTD<br>GWL REALTY ADVISORS<br>33 YOUNGE STREET, SUITE 830<br>TORONTO, ON M5E 1G4<br>CANADA | TRI DIMENSIONAL SOLUTIONS INC.<br>MAYANK PRABHAKAR<br>6321 SAN BONITA AVE.<br>CLAYTON, MO 63105 | U.S. ATTORNEY'S OFFICE<br>P.O. BOX 2046<br>1201 MARKET ST., STE. 1100<br>WILMINGTON, DE 19899-2046 |

| | | |
|---|---|---|
| U.S. DEPARTMENT OF EDUCATION<br>400 MARYLAND AVENUE SW<br>WASHIGNTON, DC 20202 | U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: APRIL MONTHIE, ED. TRAINING SPEC.<br>3839 N. 3RD ST.<br>STE. 209<br>PHOENIX, AZ 85012 | U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: BETSY WICKHAM, BUREAU CHIEF<br>9500 BAY PINES BLVD.<br>ROOM 214<br>BAY PINES, FL 33744 |
| U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: CHRISTINE HAWK, MANAGER<br>333 MARKET ST.<br>12TH FLOOR<br>HARRIGBURG, PA 17126 | U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: COLLEEN THAYER, ED. SPECIALIST<br>1227 O STREET<br>STE. 625<br>SACRAMENTO, CA 95814 | U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: DANIEL WEBSTER, DIRECTOR<br>9101 EAST LOWRY BLVD<br>DENVER, CO 80230 |
| U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: DEBORAH O'NEILL, PROG. SPECIALIST<br>917 LAKERIDGE WAY<br>PO BOX 43450<br>OLYMPIA, WA 98504 | U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: DIANNE DUTHIE, PROG. SPECIALIST<br>VICTOR OFFICE CTR.<br>5TH FL.<br>201 N. WASHINGTON SQ.<br>LANSING, MI 48913 | UTAH DIVISION OF CONSUMER PROTECTION<br>ATTN: MARLA WINEGAR<br>160 EAST 300 SOUTH<br>SALT LAKE CITY, UT 84111 |
| WALGREENS OF HAWAII, LLC<br>PAUL S. LIM<br>104 WILMOT ROAD, MS1420<br>DEERFIELD, IL 60015 | WASC SENIOR COLLEGE AND UNIVERSITY COMMISSIO<br>ATTN: MARY ELLEN PETRISKO, PRESIDENT<br>985 ATLANTIC AVENUE<br>STE. 100<br>ALAMEDA, CA 94501 | WASHINGTON HIGHER EDUCATION COORDINATING<br>ATTN: KAREN OELSCHLAGER<br>917 LAKERIDGE WAY SW<br>OLYMPIA, WA 98502 |
| WASHINGTON STATE ACHIEVEMENT COUNCIL<br>ATTN: KAREN OELSCHLAGER<br>917 LAKERIDGE WAY SW<br>OLYMPIA, WA 98502 | WASHINGTON STATE BOARD OF MASSAGE<br>PO BOX 47877<br>OLYMPIA, WA 98504 | WASHINGTON STATE BOARD OF PHARMACY<br>TOWN CENTER 2<br>111 ISRAEL RD. SE<br>TUMWATER, WA 98501 |
| WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 | WATT LONG BEACH, LLC<br>GREGORY W. KOONCE, ESQ.<br>1517 LINCOLN WAY, COURTHOUSE PLAZA<br>AUBURN, CA 95603 | WEST VIRGINIA COUNCIL FOR COMMUNITY<br>TECHNICAL EDUCATION<br>ATTN: JAMES SKIDMORE<br>1018 KANAWHA BLVD. EAST., SUITE 700<br>CHARLESTON, WV 25301 |
| WISCONSIN EDUCATIONAL APPROVAL BOARD<br>ATTN: DAVID DIES, EXEC. SECRETARY<br>201 WEST WASHINGTON AVE.<br>3RD FLOOR<br>MADISON, WI 53703 | WORKFORCE TRAINING AND EDUCATION COORDINATI<br>BOARD'S STATE APPROVING AGENCY<br>ATTN: PATRICIA SPENCER<br>128 10TH AVENUE SW<br>OLYMPIA, WA 98504 | WYOMING DEPARTMENT OF EDUCATION<br>ATTN: ELAINE MARCES<br>2300 CAPITOL AVENUE<br>CHEYENNE, WY 82002 |
| XL SPECIALTY INSURANCE COMPANY<br>70 SEAVIEW AVENUE<br>STAMFORD, CT 06902-6040 | ZAGORSKI, MICHELLE LEE REID<br>CORINTHIAN COLLEGES, INC.<br>6 HUTTON CENTRE DR., #400<br>SANTA ANA, CA 92707 | ZURICH AMERICAN INSURANCE COMPANY<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 |

Parties Served: 189