**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CORINTHIAN COLLEGES, INC., *et al.* | ) | Case No.15-10952 (KJC) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

**MOTION AND ORDER FOR**
**_PRO HAC VICE_ ADMISSION OF JENNIFER C. HAGLE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission

*pro hac vice* of Jennifer C. Hagle, of Sidley Austin LLP, to represent Bank of America, N.A., in its

capacity as administrative agent for the prepetition first lien secured lenders under that certain

Fourth Amended and Restated Credit Agreement dated May 17, 2012 in this action.

Dated: May 7, 2015          **POTTER ANDERSON & CORROON LLP**
Wilmington, Delaware

/s/ Etta R. Mayers
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Mayers (DE Bar No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

*Counsel to Bank of America N.A.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: May 8th, 2015**          **KEVIN J. CAREY**
**Wilmington, Delaware**          **UNITED STATES BANKRUPTCY JUDGE**