## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | ) ) ) | Case No. 15-10952 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## MOTION AND ORDER FOR
## *PRO HAC VICE* ADMISSION OF ANNA GUMPORT

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Anna Gumport, of Sidley Austin LLP, to represent Bank of America, N.A., in its capacity as administrative agent for the prepetition first lien secured lenders under that certain Fourth Amended and Restated Credit Agreement dated May 17, 2012 in this action.

Dated: May 7, 2015  
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Etta R. Mayers*
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Mayers (DE Bar No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Counsel to Bank of America N.A.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: May 8th, 2015
Wilmington, Delaware

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**