UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter  11

                                          Case No.  15 - 10952   ( KJC )
                                          Adv. Pro. No.  15   50309   (KJC)

Debtor:   Corinthian Colleges, Inc., et al.
Adv. Pro.  Guy Reynolds v. Corinthian Colleges, Inc. et al

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of   Rene S. Roupinian

to represent  the Plaintiff

in this action.

Firm Name: LOIZIDES, P.A.
Address:   1225 King Street, Suite 800
           Wilmington, DE 19801
Phone:     Telephone: (302) 654-0248
Email:     loizides@loizides.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  New York  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name: Outten & Golden LLP
Address:   3 Park Avenue 29th Floor
           New York, NY 10016
Phone:     212-245-1000
Email:     rsr@outtengolden.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: May 8th, 2015            KEVIN J. CAREY
Wilmington, Delaware            UNITED STATES BANKRUPTCY JUDGE

Local Form 105