IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on May 7, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Order Scheduling Omnibus Hearing Dates [Docket No. 49]**

Dated: May 8, 2015

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this _8_ day of _May_, 20 _15_, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

> JENNIFER MARLENE CASTILLO
> Commission # 2085977
> Notary Public - California
> Los Angeles County
> My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## EXHIBIT A

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                                          **Served 5/7/2015**

ACADEMIXDIRECT, INC.
ATTN: PHILIP CONNOLLY
4400 BOHANNON DRIVE, SUITE 110
MENLO PARK, CA 94025-1005

AMBASSADOR EDUCATION SOLUTIONS
ATTN: VINCENT MIRRIONE
445 BROAD HOLLOW ROAD STE. 206
MELVILLE, NY 11747

ARIZONA DEPARTMENT OF EDUCATION
1535 WEST JEFFERSON STREET
PHOENIX, AZ 85007

BARCLAYS
ATTN: STEVEN MCCLATCHEY
745 SEVENTH AVE., 30TH FLOOR
NEW YORK, NY 10019

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA DEPARTMENT OF EDUCATION
1430 N STREET
SACRAMENTO, CA 95814-5901

COOLEY LLP
ATTN: MICHAEL GOLDSTEIN
1299 PENNSYLVANIA AVE, NW, SUITE 700
WASHINGTON, DC 20004

DECCAN PLATEAU CORPORATION
C/O CHAPMAN DELESK & EMGE LLP
ATTN: C. MICHAEL CHAPMAN
28202 CABOR ROAD, 3RD FLOOR
LAGUNA NIGUEL, CA 92677

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DYNTEK SERVICES
ATTN: DARLENE PRICHER
4440 VON KARMAN STE#200
NEWPORT BEACH, CA 92660

ELOYALTY, LLC
ATTN: MICHAEL MCKNIGHT
9197 S. PEORIA ST.
ENGLEWOOD, CO 80112

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

EQUITY ONE, INC.
ATTN: PROPERTY MANAGEMENT DEPARTMENT
1640 POWERS FERRY ROAD
BUILDING 11, SUITE 250
MARIETTA, GA 30067

GRAEBEL RELOCATION SVC WORLDWIDE, INC.
ATTN: WILLIAM NEVER
P.O. BOX 71775
CHICAGO, IL 60694-1775

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JEFFER MANGELS BUTLER & MITCHELL LLP
ATTN: BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

JONES LANG LASALLE INC.
ATTN: RONDA CLARK
4 PARK PLAZA, SUITE 900
IRVINE, CA 92614

JUSTICE DEPARTMENT
1300 I ST., #1142
SACRAMENTO, CA 95814-5901

KATTEN MUCHIN ROSENMAN LLP
ATTN: BRIAN HUBEN/DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES, CA 90067-3012

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

LABOR DEPARTMENT
800 W WASHINGTON ST
PHOENIX, AZ 85007

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

LAMPERT 25500 INDUSTRIAL BLVD., LLC
C/O LAW OFFICES OF THOMAS E. BISHOP
900 VETERANS BLVD, SUITE 410
REDWOOD CITY, CA 94063

MCKINLEY AVENUE, LLC
ATTN: CHIRSTOPHER HALE
839 NORTH JEFFERSON STREET, SUITE 400
MILWAUKEE, WI 53202

MICHELLE LEE REID ZAGORSKI
ADDRESS REDACTED

MICHELLE LEE REID ZAGORSKI
C/O CORINTHIAN COLLEGES, INC.
6 HUTTON CENTRE DR., #400
SANTA ANA, CA 92707

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

OCCUPATIONAL SAFETY &
HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
844 KING STREET, SUITE 2313, LOCKBOX 35
WILMINGTON, DE 19801-3519

OREGON DEPARTMENT OF EDUCATION
255 CAPITOL STREET NE
SALEM, OR 97310-0203

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM, OR 97301-4096

P.R.G. INVESTMENT FUND, L.P.
ATTN: PARIS NOURAFCHAN
9454 WILSHIRE BLVD, SUITE 220
BEVERLY HILLS, CA 90212

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: DIANNA MARRONE
419 W. 48TH STREET, SUITE 300
HIALEAH, FL 33012

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

PAUL DIMEO
ADDRESS REDACTED

PAUL DIMEO
C/O CORINTHIAN COLLEGES, INC.
6 HUTTON CENTRE DR., #400
SANTA ANA, CA 92707

PAYNE & FEARS LLP
ATTN: JEFF BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

RACKSPACE HOSTING
ATTN: ALAN SCHOENBAUM
P.O. BOX 730759
DALLAS, TX 75373-0759

RUDNER LAW OFFICES
JOHN C. JOSEFSBERG
12740 HILLCREST ROAD, SUITE 240
RE: MARRIOTT HOTEL SERVICES, INC.
12740 HILLCREST ROAD, SUITE 240
DALLAS, TX 75230

SECRETARY OF THE TREASURY
P. O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHOOK HARDY & BACON LLP
ATTN: COURTNEY A. HASSELBERG
RE: AEROTEK, INC.X
JAMBOREE CENTER
5 PARK PLAZA, SUITE 1600
IRVINE, CA 92614

SIDLEY AUSTIN LLP
ATTN: JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

SQUAR MILNER PETERSON MIRANDA
& WILLIAMSON LLP
ATTN: ERNEST MIRANDA
4100 NEWPORT PLACE DRIVE, SUITE 600
NEWPORT BEACH, CA 92660

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

STORE MASTER FUNDING I, LLC
ATTN: MICHAEL J. ZIEG
8501 E. PRINCESS DRIVE, SUITE 190
SCOTTSDALE, AZ 85255

STUDENTSCOUT, LLC
ATTN: WILLIAM DOLAN
77 WEST WACKER DRIVE
CHICAGO, IL 60601

SUCCESSFACTORS, INC.
ATTN: RORY CLENDON
1500 FASHION ISLAND BLVD., STE 300
SAN MATEO, CA 94404

TALLAN, INC.
ATTN: MICHELLE HALL
175 CAPITAL BLVD., SUITE 401
ROCKY HILL, CT 06067

TORONTO COLLEGE PARK, LTD
C/O GWL REALTY ADVISORS
33 YOUNGE STREET, SUITE 830
TORONTO, ON M5E 1G4
CANADA

TRI DIMENSIONAL SOLUTIONS INC.
ATTN: MAYANK PRABHAKAR
6321 SAN BONITA AVE.
CLAYTON, MO 63105

**Corinthian Colleges, Inc. - U.S. Mail**                                              Served 5/7/2015

TX COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: COURTNEY J. HULL
ATTN: JOHN MARK STERN, AAG
BANKRUPTCY & COLLECTIONS DIVISION, MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548

U.S. ATTORNEY'S OFFICE
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON, DE 19899-2046

U.S. DEPARTMENT OF EDUCATION
400 MARYLAND AVENUE SW
WASHIGNTON, DC 20202

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

WALGREENS OF HAWAII, LLC
ATTN: PAUL S. LIM
104 WILMOT ROAD, MS1420
DEERFIELD, IL 60015

WATT LONG BEACH, LLC
ATTN: GREGORY W. KOONCE, ESQ.
1517 LINCOLN WAY, COURTHOUSE PLAZA
AUBURN, CA 95603

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

Parties Served: 73