IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on May 7, 2015, I caused true and correct copies of the following document to be served via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit A** attached hereto:

- **Debtors' Motion for Entry of an Order (I) Authorizing Payment of Certain Prepetition Taxes and (II) Granting Related Relief [Docket No. 53]**

Dated: May 8, 2015

/s/ Scott M. Ewing
Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this _8_ day of _May_, 20_15_, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## **EXHIBIT A**

| | | |
|---|---|---|
| ACADEMIXDIRECT, INC.<br>PHILIP CONNOLLY<br>4400 BOHANNON DRIVE, SUITE 110<br>MENLO PARK, CA  94025-1005 | AMBASSADOR EDUCATION SOLUTIONS<br>VINCENT MIRRIONE<br>445 BROAD HOLLOW ROAD<br>SUITE 206<br>MELVILLE, NY  11747 | ARIZONA DEPARTMENT OF EDUCATION<br>1535 WEST JEFFERSON STREET<br>PHOENIX, AZ  85007 |
| ARIZONA DEPARTMENT OF REVENUE<br>P.O. BOX 29010<br>PHOENIZ, AZ 85038-9010 | BANK OF AMERICA, N.A.<br>JANET SLEEPER.,S ORANGE COUNTY REGIONAL<br>COMMERCIAL BANKING OFFICE #1458<br>675 ANTON BLVD., 2ND FL<br>COSTA MESA, CA  92626 | BANK OF AMERICA, N.A., AS DOMESTIC<br>JANET SLEEPER, SVP<br>SAG MIDDLE MARKET SEATTLE<br>800 5TH AVE.<br>SEATTLE, WA  98104-3176 |
| BANK OF THE WEST<br>ATTN: CECILE SEGOVIA<br>NEWPORT BEACH OFFICE #748<br>4400 MACARTHUR BLVD., SUITE 150<br>NEWPORT BEACH, CA  92660 | BARCLAYS<br>STEVEN MCCLATCHEY<br>745 SEVENTH AVE.<br>30TH FLOOR<br>NEW YORK, NY  10019 | BMO HARRIS BANK, N.A.<br>ATTN: BRYAN BARGER<br>111 W. MONROE STREET, 9W<br>CHICAGO, IL  60603 |
| BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR  97232 | CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA  94102 | CA STATE OF BOARD OF EQUALIZATION<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279 |
| CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA  94612 | CALIFORNIA BANK AND TRUST<br>ATTN: CUSTOMER SERVICE<br>1900 MAIN ST<br>IRVINE, CA  92614 | CALIFORNIA DEPARTMENT OF EDUCATION<br>1430 N STREET<br>SACRAMENTO, CA  95814-5901 |
| CAPITAL WEST<br>ATTN: LIZ ONTIVEROZ<br>CAPITAL WEST BANK – LARAMIE<br>2020 GRAND AVE<br>LARAMIE, WY  82070 | CHAPMAN DELESK & EMGE LLP<br>C. MICHAEL CHAPMAN<br>28202 CABOR ROAD, 3RD FLOOR<br>RE: DECCAN PLATEAU CORPORATION<br>LAGUNA NIGUEL, CA  92677 | CITIBANK, NA<br>ATTN: RAMRAGHI FULLER<br>153 EAST 53RD STREET<br>NEW YORK, NY  10022 |
| CITY NATIONAL BANK OF WEST VIRGINIA<br>ATTN: CUSTOMER SERVICE<br>CITY NATIONAL BANK/KANAWHA CITY BRANCH<br>3601 MACCORKLE AVE SE<br>CHARLESTON, WV  25304 | CITY OF AURORA TAX & LICENSING DIVISION<br>P.O. BOX 33001<br>AURORA, CO 80041-3001 | CITY OF COLORADO SPRINGS SALES/USE TAX<br>DEPARTMENT OF 2408<br>DENVER, CO 80256-0001 |
| CITY OF MESA<br>P.O. BOX 16350<br>MESA, AZ 85211-6350 | CITY OF PHOENIX ARIZONA<br>PRIVILEGE LICENSE TAX DESK<br>P.O. BOX 29125<br>PHOENIX, AZ 85038-9125 | CITY OF TEMPE<br>P.O. BOX 29618<br>PHOENIX, AZ 85038-9618 |
| CITY OF THORNTON/SALES TAX DIVISION<br>9500 CIVIC CENTER DRIVE #2050<br>THORNTON, CO 80229 | COMPTROLLER OF MARYLAND<br>SUT REVENUE ADMINISTRATION DIVISION<br>P.O. BOX 17405<br>BALTIMORE, MD 21297-1405 | COOLEY LLP<br>MICHAEL GOLDSTEIN<br>1299 PENNSYLVANIA AVE, NW, SUITE 700<br>WASHINGTON, DC  20004 |
| DELAWARE SECRETARY OF STATE<br>DIV. OF CORP./FRANCHISE TAX DIV.<br>P.O. BOX 898<br>DOVER, DE  19903 | DEPARTMENT OF REVENUE WASHINGTON STATE<br>2101 4TH AVE #1400<br>SEATTLE, WA 98121-2300 | DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI  96813 |
| DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY  10013 | DIVISION OF UNEMPLOYMENT INS.<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | DYNTEK SERVICES<br>DARLENE PRICHER<br>4440 VON KARMAN STE#200<br>NEWPORT BEACH, CA  92660 |

| | | |
|---|---|---|
| ELAVON, INC.<br>ATTN: CREDIT OPS, LMG<br>7300 CHAPMAN HIGHWAY<br>KNOXVILLE, TN 37920 | ELOYALTY, LLC<br>MICHAEL MCKNIGHT<br>9197 S. PEORIA ST.<br>ENGLEWOOD, CO 80112 | EQUITY ONE, INC.<br>LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 |
| EQUITY ONE, INC.<br>PROPERTY MANAGEMENT DEPARTMENT<br>1640 POWERS FERRY ROAD<br>BUILDING 11, SUITE 250<br>MARIETTA, GA 30067 | FIRST HAWAIIAN BANK<br>ATTN: NADINE SAKI<br>1580 KAPIOLANI BLVD.<br>HONOLULU, HI 96814 | FLORDIA DEPARTMENT OF REVENUE SUT<br>5050 W TENNESSEE ST.<br>TALLAHASSEE, FL 32399-0120 |
| GEORGIA DEPARTMENT OF REVENUE SALE& USE TAX<br>P.O. BOX 105408<br>ATLANTA, GA 30348-5408 | GRAEBEL RELOCATION SVC WORLDWIDE, INC.<br>WILLIAM NEVER<br>P.O. BOX 71775<br>CHICAGO, IL 60694-1775 | GWL REALTY ADVISORS<br>RE: TORONTO COLLEGE PARK, LTD<br>33 YOUNGE STREET, SUITE 830<br>TORONTO, ON M5E1G4<br>CANADA |
| HAWAII DEPARTMENT OF TAXATION<br>P.O. BOX 1425<br>HONOLULU, HI 96806-1425 | HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 | ILLINOIS DEPARTMENT OF REVENUE<br>P. O. BOX 19028<br>SPRINGFIELD, IL 62794-9028 |
| ILLINOS DEPARTMENT OF REVENUE<br>RETAILER'S OCCUPATION TAX<br>SPRINGFIELD, IL 62796-0001 | INDIANA DEPARTMENT OF REVENUE<br>SALES/USE TAX<br>P.O. BOX 7218<br>INDIANAPOLIS, IN 46207-7218 | INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAILSTOP 5-Q30.133<br>PHILADELPHIA, PA 19101-7346 |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS<br>7TH FLOOR<br>LOS ANGELES, CA 90067 | JONES LANG LASALLE INC.<br>RONDA CLARK<br>4 PARK PLAZA<br>SUITE 900<br>IRVINE, CA 92614 | JUSTICE DEPARTMENT<br>1300 I ST., #1142<br>SACRAMENTO, CA 95814-5901 |
| KATTEN MUCHIN ROSENMAN LLP<br>BRIAN HUBEN/DUSTIN BRANCH<br>2029 CENTURY PARK EAST<br>SUITE 2600<br>LOS ANGELES, CA 90067-3012 | KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | LABOR DEPARTMENT<br>800 W WASHINGTON ST<br>PHOENIX, AZ 85007 |
| LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI, OH 75271-2711 | LAW OFFICES OF THOMAS E. BISHOP<br>RE: LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>900 VETERANS BLVD, SUITE 410<br>REDWOOD CITY, CA 94063 | MARRIOTT HOTEL SERVICES, INC.<br>JOHN C. JOSEFSBERG, RUDNER LAW OFFICES<br>GAYLORD NATIONAL CONVENTION CENTER &<br>NEWPORT BEACH MARRIOTT<br>DALLAS, TX 75230 |
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>P.O. BOX 7043<br>BOSTON, MA 2204 | MCKINLEY AVENUE, LLC<br>CHIRSTOPHER HALE<br>839 NORTH JEFFERSON STREET, SUITE 400<br>MILWAUKEE, WI 53202 | MICHELLE LEE REID ZAGORSKI<br>ADDRESS REDACTED |
| MICHIGAN DEPARTMENT OF TREASURY<br>DEPARTMENT 78172<br>P.O. BOX 78000<br>DETROIT, MI 48278-0172 | MINISTRY OF TRAINING, COLLEGES AND UNIVERSITIE<br>14TH FLOOR, MOWAT BLOCK<br>900 BAY STREET<br>TORONTO, ON M7A 1L2<br>CANADA | MINNESOTA REVENUE SALES/USE TAX<br>600 NORTH ROBERT STREET<br>ST. PAUL, MN 55146-6330 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>P.O. BOX 1033<br>JACKSON, MS 39215-1033 | MISSOURI DEPARTMENT OF REVENUE SALES/USE TA<br>P.O. BOX 840<br>JEFFERSON CITY, MO 65105-0840 | MUFG UNION BANK, N.A.<br>ATTN: GABRIEL SUNIGA<br>18300 VON KARMAN AVE.STE 250<br>IRVINE, CA 92612 |

| | | |
|---|---|---|
| N.J. DIVISION OF TAXATION<br>P.O. BOX 999<br>TRENTON , NJ 08646-0999 | NEW YORK STATE DEPARTMENT OF LABOR<br>BLDG. 12, W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 | NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 |
| NYS TAX DEPARTMENT<br>W A HARRIMAN CAMPUS<br>ALBANY, NY 12227 | OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMIN.<br>800 W. WASHINGTON STREET<br>2ND FLOOR<br>PHOENIX, AZ 85007 |
| OFFICE OF THE U.S. ATTORNEY<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | OFFICE OF THE U.S. ATTORNEY<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 | OFFICE OF THE U.S. ATTORNEY<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 |
| OFFICE OF THE U.S. ATTORNEY<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 | OFFICE OF THE UNITED STATES TRUSTEE<br>844 KING STREET, SUITE 2313<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | OHIO DEPARTMENT OF TAXATION<br>P.O. BOX 530<br>COLUMBUS, OH 43216-0530 |
| ONE WEST BANK, N.A.<br>ATTN: JEAN-PIERRE KNIGHT<br>2450 BROADWAY AVE.STE 400<br>SANTA MONICA, CA 90404 | OREGON DEPARTMENT OF EDUCATION<br>255 CAPITOL STREET NE<br>SALEM, OR 97310-0203 | OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 |
| P.R.G. INVESTMENT FUND, L.P.<br>PARIS NOURAFCHAN<br>9454 WILSHIRE BLVD, SUITE 220<br>BEVERLY HILLS, CA 90212 | PALM SPRINGS MILE ASSOCIATES, LTD<br>DIANNA MARRONE<br>419 W. 48TH STREET, SUITE 300<br>HIALEAH, FL 33012 | PAUL DIMEO<br>ADDRESS REDACTED |
| PAYNE & FEARS LLP<br>JEFF BROWN<br>4 PARK PLAZA, SUITE 1100<br>IRVINE, CA 92614 | PENNSYLVANIA DEPT OF REVENUE<br>P.O. BOX 280406<br>HARRISBURG, PA 17128 | PHILLIPS INTERNATIONAL<br>PHILLIP J. EISENBERG<br>295 MADISON AVE., 2ND FLOOR<br>RE: PALM SPRINGS MILE ASSOCIATES, LTD<br>NEW YORK, NY 10017 |
| PLAZA WEST BUILDING, LLC<br>ATTN: WILLIAM FELTON<br>166 KINGS HIGHWAY NORTH<br>WESTPORT, CT 06880-2423 | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN/ETTA MYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>P.O. BOX 951<br>WILMINGTON, DE 19899-0951 | RACKSPACE HOSTING<br>ALAN SCHOENBAUM<br>P.O. BOX 730759<br>DALLAS, TX 75373-0759 |
| SECRETARY OF THE TREASURY<br>P.O. BOX 7040<br>DOVER, DE 19903 | SECURITIES & EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SECURITIES & EXCHANGE COMMISSION<br>GEORGE S. CANELLOS<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK, NY 10281-1022 |
| SHOOK HARDY & BACON LLP<br>COURTNEY A. HASSELBERG<br>JAMBOREE CENTER<br>5 PARK PLAZA, SUITE 1600<br>IRVINE, CA 92614 | SIDLEY AUSTIN LLP<br>JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES, CA 90013 | SQUAR MILNER PETERSON MIRANDA &<br>ERNEST MIRANDA<br>4100 NEWPORT PLACE DRIVE<br>SUITE 600<br>NEWPORT BEACH, CA 92660 |
| SQUARE 407 LIMITED PARTNERSHIP<br>ATTN: BOSTON PROPERTIES<br>2200 PENNSYLVANIA AVE. NW STE 200W<br>WASHINTON, DC 20037 | STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STATE OF NEVADA AR PAYMENTS<br>P.O. BOX 52685<br>PHOENIX, AZ 85072 |

| | | |
|---|---|---|
| STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 | STORE MASTER FUNDING I, LLC<br>MICHAEL J. ZIEG<br>8501 E. PRINCESS DRIVE, SUITE 190<br>SCOTTSDALE, AZ 85255 | STUDENTSCOUT, LLC<br>WILLIAM DOLAN<br>77 WEST WACKER DRIVE<br>CHICAGO, IL 60601 |
| SUCCESSFACTORS, INC.<br>RORY CLENDON<br>1500 FASHION ISLAND BLVD.<br>SUITE 300<br>SAN MATEO, CA 94404 | TALLAN, INC.<br>MICHELLE HALL<br>175 CAPITAL BLVD., SUITE 401<br>ROCKY HILL, CT 6067 | TRI DIMENSIONAL SOLUTIONS INC.<br>MAYANK PRABHAKAR<br>6321 SAN BONITA AVE.<br>CLAYTON, MO 63105 |
| TX COMPTROLLER OF PUBLIC ACCOUNTS<br>COURTNEYHULL/JOHN MARK STERN<br>P.O. BOX 12548<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>AUSTIN, TX 78711-2548 | U.S. ATTORNEY'S OFFICE<br>P.O. BOX 2046<br>1201 MARKET ST., STE. 1100<br>WILMINGTON, DE 19899-2046 | U.S. BANK, NA<br>ATTN: SAQIB KHAWAJA<br>SPECIAL ASSETS GROUP BC-MN-H22A<br>U.S. BANCORP CENTER 800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 |
| U.S. DEPARTMENT OF EDUCATION<br>400 MARYLAND AVENUE SW<br>WASHIGNTON, DC 20202 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | UNION BANK<br>ATTN: GABRIEL ZUNIGA<br>MUFG UNION BANK, N.A.<br>18300 VON KARMAN AVE., SUITE 250<br>IRVINE, CA 92612 |
| UTAH STATE TAX COMMISSION<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84134 | VIRGINIA DEPT OF TAXATION OFFICE OF<br>SALES/USE TAX<br>P.O. BOX 1115<br>RICHMOND, VA 23218-1115 | WALGREENS OF HAWAII, LLC<br>PAUL S. LIM<br>104 WILMOT ROAD, MS1420<br>DEERFIELD, IL 60015 |
| WATT LONG BEACH, LLC<br>GREGORY W. KOONCE, ESQ.<br>1517 LINCOLN WAY, COURTHOUSE PLAZA<br>AUBURN, CA 95603 | WATT LONG BEACH, LLC<br>JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 | WEST VIRGINIA STATE TAX DEPARTMENT<br>SALES & USE TAX DIVISION<br>P.O. BOX 3784<br>CHARLESTON, WV 25337-3784 |
| WESTERN SURETY COMPANY<br>ATTN: CNA SURETY CORPORATION<br>333 S. WABASH AVENUE<br>CHICAGO, IL 60604 | WYOMING DEPARTMENT OF SALES/USE TAX<br>122 WEST 25TH ST<br>2ND FL WEST<br>CHEYENNE, WY 82002-0110 | ZURICH AMERICAN INSURANCE COMPANY<br>1400 AMERICAN LANE<br>TOWER 1 - 14TH FLOOR<br>SCHAUMBURG, IL 60196-1056 |

Parties Served: 120