**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------x
                                              :
In re                                         :
                                              :
CORINTHIAN COLLEGES, INC.                     :      Case No. 15-10952-KJC
                                              :      (Chapter 11)
                      Debtor.                 :
-----------------------------------------------------------------x
```

**NOTICE OF APPEARANCE OF COUNSEL FOR THE UNITED STATES, REQUEST FOR SERVICE OF PAPERS AND CERTIFICATION OF GOOD STANDING**

PLEASE TAKE NOTICE that the United States of America, by and through the U.S. Department of Justice, hereby enters its appearance for the United States Department of Education ("ED"), respectively, a creditor and a party-in-interest in this case. Pursuant to Bankruptcy Rules 2002 and Section 342 of the Bankruptcy Code, the United States requests that its name be added to the mailing list maintained by the Clerk for this case, and that all notices given and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in any of these cases be served upon the United States at the addresses set forth below. The foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local Bankruptcy Rules, and also includes, without limitation, disclosure statements, plans of reorganization, schedules, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and brief in support of any of the foregoing and any other document brought before this Court with respect to this case and any

proceeding therein, whether formal or informal, and whether written or oral.  Please serve all such notices and papers on:

>Lloyd H. Randolph, Esq.
>U.S. Department of Justice
>Civil Division
>(202) 307-0356 (voice)
>(202) 514-9163 (facsimile)
>lloyd.randolph@usdoj.gov (e-mail)

His office addresses are:

>P.O. Box 875
>Ben Franklin Station
>Washington, DC 20044-0875
>(regular mail)

and

>1100 L Street, NW
>Room 10032
>Washington, DC 20005
>(hand delivery/overnight mail)

Because postal service mail to this government attorney presently is substantially delayed for anthrax screening, please transmit all papers addressed to them by electronic mail or if electronic mail is not available, by facsimile.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Rule 9010-1(e)(i) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the Local Rules), I hereby certify that I am admitted to practice and in good standing before the following courts:  United States Supreme Court, United States Courts of Appeals for the 4th, 5th, 10th, 11th and District of Columbia Circuits, the United States Court of Federal Claims, the United States District Court of the District of Columbia, and the District of Columbia Court of Appeals.  I

further certify that I will be bound by the Local Rules of this Court and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

This Notice of Appearance and Certification of Good Standing shall not be deemed or construed to be a waiver of the rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the United States is or may be entitled.

Dated:  May 11, 2015                       Respectfully submitted

                                             BENJAMIN C. MIZER
                                             Principal Deputy Assistant Attorney General

                                             CHARLES M. OBERLY, III
                                             United States Attorney

                                             ELLEN SLIGHTS
                                             Assistant United States Attorney

                                             <u>/s/  Lloyd H. Randolph</u>
                                             RUTH A. HARVEY
                                             TRACY J. WHITAKER
                                             LLOYD H. RANDOLPH
                                             (D. C. Bar No. 376009)
                                             Civil Division
                                             U. S. Department of Justice
                                             P. O. Box 875
                                             Ben Franklin Station
                                             Washington, D.C.  20044-0875
                                             (202) 307-0356

                                             ATTORNEYS FOR THE UNITED
                                             STATES

CERTIFICATE OF SERVICE

I, Lloyd H. Randolph, hereby certify that on the 11th day of May, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR THE UNITED STATES AND REQUEST FOR SERVICE OF PAPERS to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below.

Dated: May 11, 2015                              /s/ Lloyd H. Randolph
                                                 Lloyd H. Randolph

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
collins@rlf.com
merchant@rlf.com
terranova@rlf.com
steele@rlf.com

Richard L. Schepacarter, Esq.
Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
timothy.fox@usdoj.gov
richard.schepacarter@usdoj.gov