**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC., *et al*., | ) | Case No. 15-10952 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Campus Student Funding, LLC (f/k/a ASFG, LLC) ("Campus Student Funding"), hereby appears in the above-captioned cases through its co-counsel, Morrison & Foerster LLP and Ashby & Geddes, P.A., and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), request that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| **MORRISON & FOERSTER LLP** | **ASHBY & GEDDES, P.A.** |
|---|---|
| Lorenzo Marinuzzi, Esq. | William P. Bowden, Esq. |
| Erica J. Richards, Esq. | Ricardo Palacio, Esq. |
| 250 West 55th Street | Leigh-Anne M. Raport |
| New York, NY 10019-9601 | 500 Delaware Avenue, 8th Floor |
| Telephone: (212) 468-8000 | P.O. Box 1150 |
| Facsimile: (212) 468-7900 | Wilmington, DE 19899-1150 |
| Email: lmarinuzzi@mofo.com | Telephone: (302) 654-1888 |
| Email: erichards@mofo.com | Facsimile: (302) 654-2067 |
| | Email: wbowden@ashby-geddes.com |
| | Email: rpalacio@ashby-geddes.com |
| | Email: lraport@ashby-geddes.com |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be

by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Campus Student Funding intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Campus Student Funding is or may be entitled under agreements in law or in equity.

Dated: May 12, 2015                **ASHBY & GEDDES, P.A.**

/s/ Ricardo Palacio
_____
William P. Bowden (#2553)
Ricardo Palacio (#3765)
Leigh-Anne M. Raport (#5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: wbowden@ashby-geddes.com
Email: rpalacio@ashby-geddes.com
Email: lraport@ashby-geddes.com

-and-

**MORRISON & FOERSTER LLP**
Lorenzo Marinuzzi
Erica J. Richards
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: lmarinuzzi@mofo.com
Email: erichards@mofo.com

*Attorneys for Campus Student Funding, LLC*
*(f/k/a ASFG, LLC)*