# EXHIBIT A

Description of Assets

**The assets located at 1819 S Excise Ave, Ontario Metro CA, including, but not limited to,**

- Nursing Lab
  - 8 manikins (syntek equipment and software that comes with the high tech adult male manikin and the infant manikin)
  - Wheelchair
  - Hospital new-born crib
  - 12 microscopes
  - 8 patient beds
  - 6 nightstands next to patient beds
  - 6 guest visitor chairs
  - Incubator
  - Adult scale, infant scale
  - Large storage room (random supplies) – stethoscopes, gloves
  - Crash cart – portable life saver
  - Medication cart – mobile
  - Skeletons – 6 half body
  - Cart with 32" TV and projector
  - 7 patient tables
  - Study room – 3 tables with 16 basic chairs, smartboard with a projector, 4 tables on wheels, 20 leather roller chairs
  - 1 Dell Computer (17" monitor with keyboard)
  - Refrigerator in supply room
  - Vacuum
  - Brain model – for student training
  - 2 gerney beds (for EMT training)
  - 1 accessible porter potty
  - 2 examination lamps
  - A lot of medical supplies (crutches, walker, cane)
  - 6 patient curtains with dividers
- 10 Regular Lecture Rooms
  - Cart with flatscreen TV
  - 10 smartboards with projector (1-2 boards per room)
  - Many folding tables (15 per room) and stackable chairs (6 per table)
- Business Simulation Lab (renovated 2 years ago)
  - 6 spaces (set up like cubicles) with roller chairs, 2 business cabinets, monitor for each
- 4 Computer Labs
  - 40 monitors (underneath each desk) per lab
  - One smartboard per lab
  - Many chairs

- o  Library
    - Computers, shelves, tables, chairs (130 stackable chairs)
    - 3 offices with office furniture
    - Staff lounge – refrigerator, microwave, tables and chairs
- o  One Lecture Room
    - 130 stackable chairs
    - 2 37" inch flat-screen tvs
- o  4 Business Rooms
    - Similar to lecture rooms, but has nicer chairs and tables
- o  Events Room (2 lecture rooms combined)
    - Many stackable chairs, room divider