## **EXHIBIT B**

Copy of Bid by Purchaser



Corinthian Colleges – Supply / Equipment Bid Form

Interested Party Information

| Buyer Party Name: | San Joaquin Valley College, Inc. (SJVC) |
|---|---|
| Contact Name: | Russ Lebo / Michael S. Abril (alternate) |
| Contact Phone Number (Business Hours): | (559) 302-1115 / (559) 302-1108 |
| Contact Phone Number (Non-Business Hours): | (559) 799-0234 / (661) 333-5042 |
| Contact Email: | Russl@sjvc.edu / Mike.Abril@sjvc.edu |
| Have you submitted other bids for CCI/ supplies / equipment? | Yes. Submitted bids for furniture, fixtures, equipment, supplies and training aids with respect to following locations: Modesto and San Bernardino |
| Note any existing relationships with CCI or its personnel (these will not disqualify offers, but need to be disclosed) | SJVC and CCI entered into a Non-Disclosure Agreement dated June 24, 2014 to permit the parties to negotiate a potential purchase of CCI schools. SJVC was given access to CCI's virtual data room. |

Campus Information

| Campus Contact Name: | Diane Villa |
|---|---|
| Campus Contact Phone Number: | (909) 518-0581 |
| Campus Contact Email: | N/A |
| Campus Location: | 1819 S. Excise Avenue, Ontario Metro, CA 91761 |

Bid Information

| Purchase Price Amount: | $200,000 (for all furniture, fixtures, equipment, supplies and training aids located at this site) |
|---|---|
| Time Required to Remove Purchased Items: | Within five (5) days from acceptance of the bid. |

| Program 1: | Nursing |
|---|---|
| Detailed Description of Items Included: | All Nursing Program furniture, fixtures, equipment, supplies, and training aids, including, but not limited to:<br>• High fidelity manikin with computerized accessories, wall unit (oxygen, etc.)<br>• Maternity manikin with bed and side or over bed table<br>• Toddler manikin with bed and side or over bed table<br>• Infant with crib<br>• Suction equipment<br>• Crash cart<br>• Biohazard disposal and cabinet<br>• Medication Cart<br>• Skeleton with Anatomical manikin (half body)<br>• Scale<br>• Gurney<br>• IV Pull<br>• Lamp for examination<br>• Female manikin<br>• Smart Boards<br>• Directors and Presidents Office Furniture<br>• Instructor desks and chairs<br>• Cubicle units with desk and chair<br>• Rolling chairs<br>• Supplies (including graduated cylinders, test tubes, Erlenmeyer flasks, beakers, incubator, autoclave, microscope, dissecting microscope, refrigerator, blankets, bath towels, cane, crutches, eggcrate mattress, bed spreads, BP cuff (adult and child), wall mount BP cuff (aneroid and mercury), Pleuravac chest tube collector & set up, BP arm simulator, birthing model, testicle exam model, wound care model, percussion hammer, fetal heart tone Doppler, practi-meds (oral, inj sets), blood w/d and administration supplies, pulse oximeter, glucometer, oral and nasal airways, ELMO projector, trash cans, office supplies, microwave ovens |
| Program 2: | Business |
| Detailed Description of Items Included: | All Business Program furniture, fixtures, equipment, supplies, and all training aids. |

2

| Program 3: | **Criminal Justice** |
|---|---|
| Detailed Description of Items Included: | All Criminal Justice Program furniture, fixtures, equipment, supplies, and all training aids. |
| Program 4: | **Paralegal** |
| Detailed Description of Items Included: | All Paralegal Program furniture, fixtures, equipment, supplies, and all training aids. |

I have prepared this bid form and I certify the following:

1. I have the authority on behalf of myself or my organization to submit this bid.
2. I understand that this bid is a binding offer to purchase assets which, if selected, will be submitted for approval through CCI's asset sale approval process. If selected and approved, I or my organization will execute this purchase. If not selected or not approved, CCI will notify me

3

as soon as those decisions are made and this bid will no longer be effective. In any event, CCI will notify me of the status of this bid within two weeks of its submission.
3. If selected and approved, I, or another authorized individual employed by the entity that submitted this bid will deliver a cashier's check in the amount of the purchase price by the following day to the individual designated by CCI.
4. If selected and approved, I or my organization will remove all purchased items within the timeframe indicated above with no damage to the facility in which they are located or other items.
5. I understand that all items being purchased are purchased on an as-is where-is basis and without any warranties or representations as to their useability or condition. This bid is submitted based on my own inspection of these items.
6. The information submitted above is true and correct.

Executed: *Michael S. Abril*

Date: 05/08/15

Name: Michael S. Abril

Title: Vice President of Legal and Regulatory Affairs

Organization: San Joaquin Valley College, Inc.

4