IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |
| | § | **Obj. Deadline: May 13, 2015 @ 5:30 p.m. (EDT)** |

------------------------------------------------------

**NOTICE OF SALE PURSUANT TO ORDER AUTHORIZING
DEBTORS TO CONDUCT *DE MINIMIS* ASSET SALES OF
$25,000 OR LESS WITHOUT FURTHER ORDER OF THE COURT**

PLEASE TAKE NOTICE that, on May 5, 2015, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Debtors to Conduct De Minimis Asset Sales of $25,000 or Less Without Further Order of the Court* [Docket No. 23] (the "***De Minimis* Asset Sale Order**").

PLEASE TAKE FURTHER NOTICE that, on May 11, 2015, pursuant to the *De Minimis* Asset Sale Order, Arizona Office Liquidators (the "**Purchaser**") offered to purchase the assets described on the schedule attached hereto as <u>Exhibit A</u> (collectively, the "**Purchased Assets**") from Rhodes Colleges, Inc., one of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"). A copy of the bid submitted by the Purchaser for the Purchased Assets is attached hereto as <u>Exhibit B</u>.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

PLEASE TAKE FURTHER NOTICE that Purchaser's offer was obtained as a result of a process during which the Debtors or their advisors contacted over 275 potential buyers, including liquidators, other educational institutions, medical facilities, and any other interested parties.

PLEASE TAKE FURTHER NOTICE that, the proposed transaction is the product of good faith, arm's-length negotiations between the Debtors and Purchaser; and that Purchaser is not an "insider" of the Debtors, as such term is defined in section 101(31) of the United States Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that, pursuant to the proposed bill of sale, substantially in the form attached hereto as Exhibit C (the "**Bill of Sale**"), the aggregate purchase price for the Purchased Assets is $8,000.

PLEASE TAKE FURTHER NOTICE that, pursuant to the *De Minimis* Asset Sale Order, attached hereto as Exhibit D is a listing identifying the Debtor which owns the Purchased Assets and any parties known to the Debtors to hold liens on or other interests in the Purchased Assets. All such liens or other interests in the Purchased Assets shall attach to the proceeds of such sale in the same validity and priority.

PLEASE TAKE FURTHER NOTICE that, pursuant to the *De Minimis* Asset Sale Order, the Debtors are serving this Sale Notice on:  (i) the Office of the United States Trustee for the District of Delaware; (ii) the holders of the 30 largest unsecured claims against the Debtors on a consolidated basis; (iii) the Department of Education; and (iv) all known parties holding or asserting liens on or other interests in the Purchased Assets and their respective counsel, including, without limitation, counsel to Bank of America, N.A., as administrative agent for the prepetition lenders (the **"Interested Parties"**).

RLF1 11959799v.1

PLEASE TAKE FURTHER NOTICE that any objections or other responses to this Sale Notice must be received by the undersigned proposed counsel to the Debtors so that they are received no later than **May 13, 2015 at 5:30 p.m. (EDT)** (the "**Objection Deadline**")

IF NO OBJECTIONS TO THE SALE NOTICE ARE PROPERLY ASSERTED PRIOR TO THE OBJECTION DEADLINE, THE DEBTORS SHALL BE AUTHORIZED, WITHOUT FURTHER NOTICE AND WITHOUT FURTHER COURT APPROVAL, TO CONSUMMATE THE SALE IN ACCORDANCE WITH THE TERMS AND CONDITIONS SET FORTH IN THE BILL OF SALE.  FURTHER, THE DEBTORS MAY CONSUMMATE THE SALE PRIOR TO THE EXPIRATION OF THE OBJECTION DEADLINE IF EACH INTERESTED PARTY CONSENTS IN WRITING TO THE SALE (OR INDICATES ITS NON-OBJECTION TO THE SALE).  UPON EITHER (I) THE EXPIRATION OF THE OBJECTION DEADLINE WITHOUT THE RECEIPT OF ANY OBJECTIONS OR (II) WRITTEN CONSENT (OR INDICATION OF NON-OBJECTION) OF ALL INTERESTED PARTIES, THE SALE SHALL BE DEEMED FULLY AND FINALLY AUTHORIZED BY THE COURT.

| | |
|---|---|
| Dated: May 11, 2015<br>      Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>       merchant@rlf.com<br>       terranova@rlf.com<br>       steele@rlf.com<br><br>Proposed Counsel for the Debtors and Debtors in Possession |