# **EXHIBIT A**

Description of Assets

All furniture except cubicles.   Approximate quantities and items:

- 20-25 x U-shape desk;
- 20 – 25 x 2 drawer lateral files;
- 20 – 25 x bookcases;
- 30-40 x quest chairs;
- 20-40 x task chairs – black;
- 16 – 20 x training tables;
- 6 – 8 x round tables;
- 200 – 300 x mesh back chairs;
- 18 – 20 x 4 drawer lateral files;
- 3 x storage cabinets; and
- 3 x conference tables