## EXHIBIT B

Copy of Bid by Purchaser


   Corinthian Colleges – Supply / Equipment Bid Form

Interested Party Information

| Buyer Party Name: | ARIZONA OFFICE LIQUIDATORS |
|---|---|
| Contact Name: | ROBERT STRAUSS |
| Contact Phone Number (Business Hours): | 602-437-2224 |
| Contact Phone Number (Non-Business Hours): | 480-390-9922 |
| Contact Email: | rob@azoffice.com |
| Have you submitted other bids for CCI/ supplies / equipment? | NO |
| Note any existing relationships with CCI or its personnel (these will not disqualify offers, but need to be disclosed) | NONE |

Campus Information

| Campus Contact Name: | SAM |
|---|---|
| Campus Contact Phone Number: | 480-235-3488 |
| Campus Contact Email: | |
| Campus Location: | 8160 S. HARDY DR TEMPE, AZ |

Bid Information

| Purchase Price Amount: | $8000.00 |
|---|---|
| Time Required to Remove Purchased Items: | 8-10 hours |

1

| Program 1: | All furniture except cubicles |
|---|---|
| Detailed Description of Items Included: | approx quantities and items: |
| 20-25 | U-shape desks |
| 20-25 | 2 dr lat files |
| 20-25 | bookcases |
| 30-40 | guest chairs |
| 30-40 | task chairs – black |
| 16-20 | training tables |
| 6-8 | round tables |
| 200-300 | mesh back chairs |
| 18-20 | 4 dr lateral files |
| 2 | storage cabinets |
| 3 | conference tables |
| Program 2: | |
| Detailed Description of Items Included: | |

| Program 3: | |
|---|---|
| Detailed Description of Items Included: | |
| Program 4: | |
| Detailed Description of Items Included: | |

I have prepared this bid form and I certify the following:

1. I have the authority on behalf of myself or my organization to submit this bid.
2. I understand that this bid is a binding offer to purchase assets which, if selected, will be submitted for approval through CCI's asset sale approval process. If selected and approved, I or my organization will execute this purchase. If not selected or not approved, CCI will notify me

3

as soon as those decisions are made and this bid will no longer be effective. In any event, CCI will notify me of the status of this bid within two weeks of its submission.

3. If selected and approved, I, or another authorized individual employed by the entity that submitted this bid will deliver a cashier's check in the amount of the purchase price ~~by the following day~~ to the individual designated by CCI. At the time of pickup
4. If selected and approved, I or my organization will remove all purchased items within the timeframe indicated above with no damage to the facility in which they are located or other items.
5. I understand that all items being purchased are purchased on an as-is where-is basis and without any warranties or representations as to their useability or condition. This bid is submitted based on my own inspection of these items.
6. The information submitted above is true and correct.

Executed: _Robert Strauss_

Date: _5/8/15_

Name: _Robert Strauss_

Title: _President_

Organization: _Arizona Office Liquidators_

4