# **EXHIBIT A**

Description of Assets

**The assets located at 1605 East March Lane, Stockton CA, including, but not limited to:**

All Office Furniture
All Medical Assistant Instructional Equipment
All Dental Equipment

Item - STC Main
Desks x 140
Chairs x 787
2 Drawer File Cabinets x 25
4-5 Drawer Lateral File Cabinets x 100
Credenzas x 37
Cubicles x 59
Bookshelves x 6
Classroom Tables x 196
Podiums x 6
Magazine Rack x 1
Projector Stand x 3

Item - STC Annex
Desks x 59
Chairs x 449
2 Drawer File Cabinets x 19
4-5 Drawer Lateral File Cabinets x 26
Credenzas x 3
Cubicles x 10
Bookshelves x 2
Classroom tables x 199
Podiums x 10
Refrigerator x 1
Gorilla Shelves x 2
Pub Tables x 4
Lockers x 16
Computer tables x 20
Coffee Maker x 1
Misc tables x 9

**The assets located at 2910 Prospect Park Dr, Rancho Cordova, CA, including, but not limited to:**

All Office Furniture
All Medical Assistant Instructional Equipment
All Dental Equipment
Cubicles x 25
Offices w/standard furniture x 20
Desk chairs x 50

Seating chairs x 340
Filing cabinets x 115
Storage Cabinets x 4
Classroom tables x 300
Classroom chairs x 600
Desk x 29
Podium x 18
Lounge table (6ft round) x 20
Sitting bench x 20
Storage rack x 25
Work station x 6

**The assets located at 7 Sierra Gate Plaza, Roseville, CA, including, but not limited to:**

All Office Furniture
All Medical Assistant Instructional Equipment
All Dental Equipment

All Steel Chairs 32
All Steel cubes 38
All Steel file cabinets  18
All steel pine reception desk 1
Baldor polishing lathe 1
Bar stool black foam adjustable  35
Black Admiral 2-door fridge 1
Black Fire King 4-door cabinet  1
Black no-arm chair with chrome legs 290
Black no-arm rolling chairs 343
Black rolling arm chair with wire frame 31
Black rolling office chairs - Kimball International 30
Black table with grey legs 3
Blue no-arm chair with grey legs (in teacher's lounge) 16
Blue table with pine legs (in Room 210) 7
Blue top round table with grey legs 5
Building rec area upholstered and pine chairs 10
Chairs to cherry wood round table - Kimball International 7
Cherry classroom table with black legs 12
Cherry L-desks 4
Cherry wood blue upholstered chair 8
Cherry wood bookshelf 10
Cherry wood bookshelves short 4
Cherry wood bookshelves tall 5
Cherry wood cabinet 5
Cherry wood file cabinet 13
Cherry wood L-shaped desk 15
Cherry wood president's desk with extension  1

Cherry wood round table  1
Cherry wood tall cabinets (president's office) 2
DCI brown dental chair 4
DCI no-arm rolling chair 8
Dolly for moving chairs 3
Enmotion paper towel dispenser 2
Epson projector and mount  7
File cabinet 2-door  2
File cabinets 4-drawer  2
Filing cabinet with cherry top 2-drawer  1
Folding tables (fold in half) 2
GE white microwave 2
Gendex expert x-ray machine 4
Glass display cabinet 1
Global adjustable grey tale with dark grey legs 8
Grey and teal non-rolling chair 8
Grey classroom tables 16
Grey classroom tables with black legs 34
Grey round table with tan legs 1
Grey round tables with black legs 19
Grey round tables with chrome legs 5
Grey table with black legs 16
Grey table with folding grey legs 65
Grey tables with chrome legs 13
Grey tables with grey legs 29
Grey tables with tan legs 131
Henry Schein dental light 4
Henry Schein sterilizer 1
HON 5-drawer file cabinets 22
Hospital beds 3
In Focus projector and mount 6
In Focus pull-down screen 20
LG TV mounted on swing arm 1
LG TV with wall mount 1
Microwave - Amana commercial microwave 4
Midmark power air compressor 1
Midmark sterilizer 1
NEC wall mount flat TV with mount 1
Norster phone 19
Oak table veneer with chrome legs 1
Panasonic tube TV with wall mount 4
Pine reception area chairs 14
Pine upholstered 2-person benches 8
Podium 12
Pull-down da lite screen 1
Ray Foster grinding machines 4

7

Rec area pine round tables 3
Reception area round tables 3
Rolling desk chairs 17
Rolling chair for teacher's desk 1
Rolling desk chairs 9
Rolling office chairs 24
Rolling desk chairs reception area 3
Samsung tube TV with wall mount 4
Sanyo mini fridge 1
Scale 1
Sharp VCR 3
Simplex clock 19
Storage shelf 3
Tall blue hallway trash cans 2
Tan & black cubes, matching storage cabinets w/cherry wood L-desks 5
Tan Sandusky 2-door storage cabinet 1
Teacher's desk 18
Testing station 3-person pine  1
Testing station 3-person tan and black  3
Ultramat 2 sterilizer 4
Ultravection quick cooker 1
Upholstered chairs with floral pattern 17
Upholstered no-arm chair 33
Upholstered pine 2-person hallway bench 8
Upholstered pine chairs 7
View Sonic projector and mount 7
White board 23
White board - rolling 1
White Hotpoint fridge 1
White rolling dental cabinet 5
White rolling dental table 4

**The assets located at 341 Great Mall Parkway, San Jose, CA, including, but not limited to:**

All Office Furniture
All Medical Assistant Instructional Equipment
All Dental Equipment

**The assets located at 255 West Bullard Ave, Fresno, CA, including, but not limited to:**

All Office Furniture
All Medical Assistant Instructional Equipment
All Dental Equipment

Pharm Tech lab:
1 pharm tech station

1 refrigerator
classroom desk and padded chairs
10 round rolling chairs

Medical lab:
reception station
2 - 4 drawer later file
classroom tables and rolling chairs
3 examining tables
4 microscopes
1 TV in a cart stand
1 centrifuge machine

Hallways:
10 shadow boxes bulletin board
1 golf cart
2 display cases
20 benches

LLRC:
mounted wall unit shelving
1- 5 drawer lateral file
1 - 2 door lockers
1 l shape desk
1 u shape desk
wall mounted desk
long square tables or round classroom desk with rolling chairs
1 2 door refrigerator

Student Services office:
3 - 4 drawer lateral file cabinet
1 conference table with 8 chairs
5 - L shape stations with overhead cabinets, 2 drawer file cabinets, executive chair, and 2 guest chairs in each station

Faculty lounge:
2 - 2 door lockers
1 massage chair
small square tables with stacking chairs
1 refrigerator
1 dishwasher
1 ice maker
8 individual teacher stations with executive chairs
2 mailbox unit

Academics:

9

16 L shape stations with overhead cabinets, 2 drawer file cabinets, executive chair, and 2 guest chairs in each station
11 - 4 drawer lateral cabinets
2 refrigerators - 3 drawer lateral cabinets
2 u shape stations with overhead cabinets, 2 drawer file cabinets, executive chair, and 2 guest chairs in each station