## **EXHIBIT B**

Copy of Bid by Purchaser



Corinthian Colleges – Supply / Equipment Bid Form

Interested Party Information

| Buyer Party Name: | STORE Master Funding I, LLC and STORE SPE Corinthian, LLC (together, "STORE") |
|---|---|
| Contact Name: | Michael Zieg |
| Contact Phone Number (Business Hours): | 480.256.1199 |
| Contact Phone Number (Non-Business Hours): | |
| Contact Email: | mzieg@storecapital.com |
| Have you submitted other bids for CCI/ supplies / equipment? | No. |
| Note any existing relationships with CCI or its personnel (these will not disqualify offers, but need to be disclosed) | STORE or its affiliates are currently the landlord for these five facilities. STORE has purchased real property from the Debtors prior to the petition date. |

Campus Information

| Campus Contact Name: | |
|---|---|
| Campus Contact Phone Number: | |
| Campus Contact Email: | |
| Campus Location: | Stockton, CA (1555 East March Ln, Stockton, CA); Rancho Cordova, CA (2910 Prospect Park, Drive, Rancho Cordova, CA); and Roseville, CA (7 Sierra Gate Plaza, Roseville,CA) Milpitas, California (341 Great Mall, Parkway, Milpitas, CA); and Fresno, California (255 West Bullard Avenue, Fresno, CA) (collectively, the "Properties") |

1

Bid Information

| | |
|---|---|
| Purchase Price Amount: | STORE hereby bids $120,879 for the identified property at the five campus locations, with the Purchase Price to be allocated to each of the Properties such that the Purchase Price Amount for the property to be purchased by STORE at each Property is $24,175.80; provided, however, that it being understood and acknowledged by the parties that the full Purchase Price shall be satisfied by STORE's credit bid of $120,879 constituting the estimated amount of its claim pursuant to 11 U.S.C. §503(b)(1) with priority as provided in 11 U.S.C. §507(a)(2) in the amount of $120,879, for occupancy charges/rent owing to STORE from Corinthian Colleges, LLC and/or Heald College, LLC (together, the "Debtors") for the period commencing on May 4, 2015 through and including May 15, 2015.  Further, it being the understanding of the parties that the Debtors intend to surrender possession of the Properties to STORE on May 15, 2015 following consummation of the proposed transactions. |
| Time Required to Remove Purchased Items: | None |
| Program 1: | All Programs operated at the Properties |
| Detailed Description of Items Included: | All personal property owned by Corinthian Colleges, Inc. and/or Heald College, LLC and located at the Properties including all furniture, fixtures and equipment including but not limited to all desks, chairs, tables, lighting fixtures, cable and wiring (for telecommunications, internet and cable/satellite television), telecommunications equipment, projectors, whiteboards, computer monitors, computer keyboards, and personal computer hardware.  A non-exclusive listing of the property to be purchased is attached hereto as Exhibit A.<br><br>Notwithstanding the foregoing, the items to be purchased shall not include: (i) Student Records; (ii) any computer equipment upon which Student Records are maintained; and (iii) personal property not owned by Corinthian Colleges, Inc. or Heald College, LLC |
| Program 2: | All Programs operated at the Properties |

| | |
|---|---|
| Detailed Description of Items Included: | As applicable, the same property described above in connection with Program 1. |
| Program 3: | All Programs operated at the Properties |
| Detailed Description of Items Included: | As applicable, the same property described above in connection with Program 1. |
| Program 4: | All Programs operated at the Properties |

| Detailed Description of Items Included: | As applicable, the same property described above in connection with Program 1. |
|---|---|

I have prepared this bid form and I certify the following:

1. I have the authority on behalf of myself or my organization to submit this bid.
2. I understand that this bid is a binding offer to purchase assets which, if selected, will be submitted for approval through CCI's asset sale approval process. If selected and approved, I or my organization will execute this purchase. If not selected or not approved, CCI will notify me as soon as those decisions are made and this bid will no longer be effective. In any event, CCI will notify me of the status of this bid within two weeks of its submission.
3. If selected and approved, I or my organization will remove all purchased items within the timeframe indicated above with no damage to the facility in which they are located or other items.
4. I understand that all items being purchased are purchased on an as-is where-is basis and without any warranties or representations as to their useability or condition. This bid is submitted based on my own inspection of these items.
5. The information submitted above is true and correct.

Executed: _____

Date: _____5/8/2015_____

Name: __Michael J. Zieg_____

Title: __Executive Vice President—Portfolio Management__

Organization: ___STORE Capital___

**EXHIBIT A**

As to all Properties:

| |
|---|
| All Steel Chairs |
| All Steel cubes |
| All Steel file cabinets |
| All steel pine reception desks |
| All Baldor polishing lathes |
| All Bar stools black foam adjustable |
| All Black Admiral 2-door fridges |
| All Black Fire King 4-door cabinets |
| All Black no-arm chair with chrome legs |
| All Black no-arm rolling chairs |
| All Black rolling arm chairs with wire frames |
| All Black rolling office chairs - Kimball International |
| All Black tables with grey legs |
| All Blue no-arm chairs with grey legs (in teacher's lounge) |
| All Blue tables with pine legs (in Room 210) |
| All Blue top round tables with grey legs |
| All Building rec area upholstered and pine chairs |
| All Chairs to cherry wood round tables - Kimball International |
| All Cherry classroom tables with black legs |
| All Cherry L-desks |
| All Cherry wood blue upholstered chairs |
| All Cherry wood bookshelfs |
| All Cherry wood bookshelves short |
| All Cherry wood bookshelves tall |
| All Cherry wood cabinets |
| All Cherry wood file cabinets |
| All Cherry wood L-shaped desks |
| All Cherry wood president's desks with extension |
| All Cherry wood round tables |
| All Cherry wood tall cabinets (president's office) |
| All DCI brown dental chairs |
| All DCI no-arm rolling chairs |
| All Dolly for moving chairs |
| All Enmotion paper towel dispensers |
| All All Epson projector and mount s |
| All File cabinets 2-door |
| All File cabinets 4-drawer |
| All Filing cabinets with cherry top 2-drawer |
| All folding tables (fold in half) |

| |
|---|
| All microwaves |
| All Gendex expert x-ray machines |
| All Glass display cabinets |
| All Global adjustable grey tables with dark grey legs |
| All Grey and teal non-rolling chairs |
| All Grey classroom tables |
| All Grey classroom tables with black legs |
| All Grey round tables with tan legs |
| All Grey round tables with black legs |
| All Grey round tables with chrome legs |
| All Grey tableswith black legs |
| All Grey tables with folding grey legs |
| All Grey tables with chrome legs |
| All Grey tables with grey legs |
| All Grey tables with tan legs |
| All Henry Schein dental lights |
| All Henry Schein sterilizers |
| All HON 5-drawer file cabinets |
| All Hospital beds |
| All In Focus projectors and mounts |
| All In Focus pull-down screens |
| All LG TVs mounted on swing arm |
| All LG TVs with wall mounts |
| All Midmark power air compressors |
| All Midmark sterilizer |
| All NEC wall mount flat TVs with mounts |
| All Norster phones |
| All Oak tables with chrome legs |
| All Panasonic tube TVs with wall mounts |
| All Pine reception area chairs |
| All Pine upholstered 2-person benches |
| All Podiums |
| All Pull-down da lite screens |
| All Ray Foster grinding machines |
| All Rec area pine round tables |
| All Reception area round tables |
| All Rollilng desk chairs |
| Ll Rolling chairs for teacher's desk |
| All Rolling office chairs |
| All Samsung tube TVs with wall mounts |
| All Sanyo mini fridges |
| All Scales |
| All Sharp VCRs |

| |
|---|
| All Simplex clocks |
| All Storage shelfs |
| All Tall blue hallway trash cans |
| All Tan & black cubes, matching storage cabinets w/cherry wood L-desks |
| All Tan Sandusky 2-door storage cabinets |
| All Teacher's desks |
| All Testing stations |
| All Ultramat 2 sterilizers |
| All Ultravection quick cookers |
| All Upholstered chairs with floral pattern |
| All Upholstered no-arm chairs |
| All Upholstered pine 2-person hallway benches |
| All Upholstered pine chairs |
| All View Sonic projectors and mounts |
| All White boards |
| All White boards - rolling |
| All Hotpoint fridges |
| All rolling dental cabinets |
| All rolling dental tables |

All Medical Assistant Instructional Equipment, including:

- Anatomical Charts/Models
- Audiometer
- Autoclave
- Centrifuge
- Electrocardiograph Machines
- Examination Tables
- Glucometer
- Mayo Stands
- Microscopes
- Nebulizer
- Otoscope / Opthalmoscope
- Personal Computers
- Scales
- Skeleton
- Sphygmomanometers
- Stethoscopes
- Surgical Instruments
- Thermometers
- Training Mannequins

8

- Wheelchair/crutches/walker
- Safety glide needles
- Bandages
- Gloves
- Cotton Balls
- Sponges
- Pregnancy test kit
- Strep A dipstick test kit
- Blood glucose test strip

Additionally, as to the Stockton and Roseville Properties:

All Dental Equipment, including:

- Air Compressor
- Amalgamators
- Autoclave
- Automatic and Manual Processing Equipment
- Dental Unit
- Dental Chairs
- DXXTR radiographic Manikins
- Handpieces
- Model Trimmers
- Vibrators
- Oral Evacuation Equipment
- Ultrasonic Units
- X-Ray units
- Water retrieval Manikins
- Digital X ray system software
- Intra-oral camera equipment
- Extraoral Digital Camera
- Cavity Detection device
- Automated Blood pressure unit
- Facebow
- EKG machine
- Pulse oximeter
- Capnograph
- Typodonts
- Orthodontic

Additionally, as to the Milpitas Property

The full Cisco phone system, all handsets and conferencing equipment
The server room equipment as is including racks (less Heald's servers)

9

All tables, chairs, desks in all areas
Electronic equipment – all projectors, monitors, printers, copiers (not under lease). We won't need the computers and I had understood they are under lease anyway
All lab equipment (not chemicals or pharmaceuticals)
All office furniture & fixtures except cubicles/workstations
All computer test lab equipment
All science lab equipment including the human anatomy equipment
All fire extinguishers
All AED's & First Aid kits
Restroom equipment & fixtures
Mounted hand sanitizer, paper, and soap dispensers
All exterior tables, etc.
All internet, audio, wifi, video cabling and equipment
All reusable whiteboards, bulletin boards, wall cases, etc.
Of course, Heald will want to keep all the Heald memorabilia – graduation pictures, historical wall hangings, etc.