## **EXHIBIT C**

Bill of Sale

# BILL OF SALE

This **BILL OF SALE**, dated as of May __, 2015, is executed and delivered by the undersigned Heald College, LLC (the "**Seller**"), in favor of STORE Master Funding I, LLC and STORE SPE Corinthian, LLC (collectively, the "**Purchaser**").

WHEREAS, on May 4, 2015, the Seller filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

WHEREAS, on May 5, 2015, the Court entered the *Order Authorizing Debtors to Conduct De Minimis Asset Sales of $25,000 or Less Without Further Order of the Court* [Docket No. 23] (the "*De Minimis* **Asset Sale Order**").

WHEREAS, on May 11, 2015, pursuant to the *De Minimis* Asset Sale Order, the Seller offered the Purchaser to enter into an agreement for the sale of the assets described on Exhibit A hereto (collectively, the "**Purchased Assets**").

WHEREAS, on May 12, 2015 at 9:00 a.m. (ET), pursuant to the *De Minimis* Asset Sale Order, the Seller served a *Notice of Sale Pursuant to Order Authorizing Debtors to Conduct De Minimis Asset Sales of $25,000 or Less Without Further Order of the Court* (the "*De Minimis* **Asset Sale Notice**") on the Interested Parties (as defined in the *De Minimis* Asset Sale Order).

WHEREAS, pursuant to the *De Minimis* Asset Sale Order, no objections were received on or before May 14, 2015 at __:__ _.m. (ET) (forty-eight (48) hours after service of the *De Minimis* Asset Sale Notice); and therefore, the Seller is authorized to consummate the sale to the Purchaser without the need for a further order of the Court.

WHEREAS, the Seller and Purchaser agree that the proposed transaction is the product of a good faith arm's-length negotiations between the Seller and the Purchaser.

WHEREAS, pursuant to paragraph 3(d) of the *De Minimis* Asset Sale Order, the Purchaser shall take title to the Purchased Assets free and clear of all liens, claims, encumbrances and other interests, pursuant to section 363(f) of the United States Bankruptcy Code.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Seller and the Purchaser hereby agree as follows:

1. Description of Assets.  The assets included in this Bill of Sale consist only of the Purchased Assets.

2. <u>Sale and Assignment of Assets.</u>  In consideration of the sum of $120,879, the receipt of which is hereby acknowledged, the Seller hereby sells, assigns, transfers, conveys and delivers to Purchaser all of Seller's rights, title and interests in and to the Purchased Assets.

3. <u>Terms of Transaction.</u>  Seller makes no representations or warranties whatsoever express or implied, with respect to any matter relating to the Purchased Assets, including income to be derived or expenses to be incurred in connection with the Purchased Assets, the physical condition of any tangible Purchased Assets, the value of the Purchased Assets (or any portion thereof), the transferability of the Purchased Assets (or any portion thereof), the merchantability or fitness of the Purchased Assets (or any portion thereof) for any particular purpose, the location or existences of the Purchased Assets, or any other matter or thing relating to the Purchased Assets.  Without in any way limiting the forgoing **SELLER HEREBY DISCLAIMS ANY WARRANTY (EXPRESS OR IMPLIED) OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE AS TO ANY PORTION OF THE PURCHASED ASSETS**.  On or prior to the date of the transfer of the Purchased Assets, the Purchaser has conducted an independent inspection and investigation of the physical condition of all portions of the Purchased Assets and all such other matters relating to or affecting or comprising the Purchased Assets and all such other matters relating to or affecting or comprising the Purchased Assets as Purchaser deemed necessary or appropriate and that in proceeding with the contemplated sale of the Purchased Assets, Purchaser is doing so based solely upon such independent inspections and investigations.  **Accordingly, Purchaser accepts the Purchased Assets "AS IS," "WHERE IS," and "WITH ALL FAULTS."**

4. IN WITNESS WHEREOF, Seller has caused this Bill of Sale to be executed as of the date first written above.

**SELLER**:
Heald College, LLC
By: _____
William J. Nolan
Chief Restructuring Officer

**PURCHASER:**
STORE Master Funding I, LLC
By: _____

STORE SPE Corinthian, LLC
By: _____