**EXHIBIT A**

Description of Assets

**Campus: Reseda, California**

2 x Cafeteria round tables
6 x Hallway Boards
2 x Hallway Glass Case
6 x Hallway pictures with Everest info
2 x Med exam tables
3 x Sofas
6 x Tall library metal bookshelves
60 x Student chairs (w/ wheels)
2 x projector
2 x rolling carts
4 x horizontal file cabinets (metal)
3 x complete dental operatories
20 x non-rolling chairs
1 x EKG machine
1 x lobby display cabinet
2 x smart boards
4 x office chairs
2 x med cabinets (metal)
5 x classroom tables / desks large