## **EXHIBIT B**

Copy of Bid by Purchaser

   Corinthian Colleges – Supply / Equipment Bid Form

## Interested Party Information

| Buyer Party Name: | National Career College |
|---|---|
| Contact Name: | Sam Ksachikian |
| Contact Phone Number (Business Hours): | 818 988-2300 |
| Contact Phone Number (Non-Business Hours): | 818 358-5888 |
| Contact Email: | samk@nccusa.edu |
| Have you submitted other bids for CCI/ supplies / equipment? | yes |
| Note any existing relationships with CCI or its personnel (these will not disqualify offers, but need to be disclosed) | no |

## Campus Information

| Campus Contact Name: | |
|---|---|
| Campus Contact Phone Number: | |
| Campus Contact Email: | |
| Campus Location: | |

## Bid Information

| Purchase Price Amount: | |
|---|---|
| Time Required to Remove Purchased Items: | T.B.D. |

1

| Program 1: | |
|---|---|
| Detailed Description of Items Included: | |
| (2) Cafeteria Round tables | $30.- Each |
| Hallway Boards (6) | $20.- Each |
| (2) Hallway Glass Case | $50.- Each |
| (6) Hallway Pictures w/o Everest Info | $50 Each |
| Med Exam Tables (2) | $400.- Each |
| (2-3) Sofa's | $100.- Each |
| **Program 2:** | |
| Detailed Description of Items Included: | |
| (6) Tall library metal bookshelves | $50 - Each |
| (60) Student Chairs (w/wheels) | $15- Each |
| (2) Projector | $300- Each |
| (2) Rolling Carts | $40- Each |
| (4) Horizontal File Cabinets (metal) | $50- Each |

| Program 3: | | |
|---|---|---|
| Detailed Description of Items Included: <br> (3) Complete Dental Operatories <br> (20) Non-Rolling Chairs <br> (1) EKG Machine <br> (1) Lobby Display Cabinet <br> (2) Smart Boards | $500 - Each <br><br> $15 - Each <br><br> $200 <br> $80 <br><br> $1500 Each | |
| Program 4: | | |
| Detailed Description of Items Included: <br> (4) Office Chairs <br> (2) Med Cabinets (Metal) <br> (3) Classroom tables/desks Large | $25 - Each <br> $80 - Each <br><br> $75 - Each | |

I have prepared this bid form and I certify the following:

1. I have the authority on behalf of myself or my organization to submit this bid.
2. I understand that this bid is a binding offer to purchase assets which, if selected, will be submitted for approval through CCI's asset sale approval process. If selected and approved, I or my organization will execute this purchase. If not selected or not approved, CCI will notify me

3

as soon as those decisions are made and this bid will no longer be effective. In any event, CCI will notify me of the status of this bid within two weeks of its submission.
3. If selected and approved, I, or another authorized individual employed by the entity that submitted this bid will deliver a cashier's check in the amount of the purchase price by the following day to the individual designated by CCI.
4. If selected and approved, I or my organization will remove all purchased items within the timeframe indicated above with no damage to the facility in which they are located or other items.
5. I understand that all items being purchased are purchased on an as-is where-is basis and without any warranties or representations as to their useability or condition. This bid is submitted based on my own inspection of these items.
6. The information submitted above is true and correct.

Executed: *At NCC*

Date: *05-07-15*

Name: *Sam Ksachixian*

Title: *Campus Director*

Organization: *National Career College*