## EXHIBIT A

Description of Assets

**The assets located at 6035 NE 78th Court, Portland, OR, including, but not limited to:**

Entire inventory of furnishings, fixtures, equipment at the Heald college Portland, Oregon campus, including but not limited to the assets listed below. Entire inventory, inclusive of any and all furnishing, fixtures, and equipment (with the exception of an item that is being shipped out of the facility is the (one) Dexis Platinum cable from the X-Ray machine).

20 Classrooms
Classroom tables
Projectors
Movie screens
Pharmacy Tech Lab
Cash register & printer
Hood
Lab equipment (scales, mock medicine bottles, etc.)

Medical Lab
Medical exam tables
EKG machines

Dental
Patient chairs
X-Ray Machines
Miscellaneous Dental Equipment
Autoclave
Sterilizer
Miscellaneous IT equipment


**The following assets located at 10400 North 25th Avenue, Phoenix, AZ:**


Two High Fidelity Manikins with computerized accessories, wall unit and beds
Toddler manikin with bed and side or over bed table
Infant with crib
Crash cart (with supplies)
Gurney