**EXHIBIT B**

Copy of Bid by Purchaser



# CONCORDIA
UNIVERSITY

To: **Ms. Jessica Liew**

Fr: Denny Stoecklin, CFO

Re: **Corinthian Colleges – Supply/Equipment Bid Form**

Date: May 8, 2015


Please find a Bid Form from Concordia University, Portland, Oregon attached for two different Programs. We greatly appreciate your answering our questions.


Best Regards,

*[signature]*

Denny Stoecklin, CPA

Chief Financial Officer – Concordia University – Portland, Oregon



   Corinthian Colleges – Supply / Equipment Bid Form

Interested Party Information

| | |
|---|---|
| Buyer Party Name: | CONCORDIA UNIVERSITY – PORTLAND, OREGON |
| Contact Name: | DENNY STOECKLIN |
| Contact Phone Number (Business Hours): | 503.493.6501, 503.860.8075 |
| Contact Phone Number (Non-Business Hours): | 503.860.8075 |
| Contact Email: | dstoecklin@cu-portland.edu |
| Have you submitted other bids for CCI/ supplies / equipment? | NO |
| Note any existing relationships with CCI or its personnel (these will not disqualify offers, but need to be disclosed) | NO |

Campus Information

| | |
|---|---|
| Campus Contact Name: | HEALD COLLEGE |
| Campus Contact Phone Number: | |
| Campus Contact Email: | |
| Campus Location: | Program 1:  6035 NE 78TH COURT, PORTLAND, OREGON  97218<br>Program 2: Ontario, CA, Anaheim, CA, or Phoenix, AZ (wherever the items bid upon in Program 2 are located) |

Bid Information

| | |
|---|---|
| Purchase Price Amount: | PROGRAM 1:  $25,000<br>PROGRAM 2:  $ 5,200 |
| Time Required to Remove Purchased Items: | 48 HOURS FROM BID ACCEPTANCE |

1

| Program 1: | ENTIRE INVENTORY OF FURNISHINGS, FIXTURES, EQUIPMENT AT THE HEALD COLLEGE PORTLAND, OREGON CAMPUS |
|---|---|
| Detailed Description of Items Included: | ENTIRE INVENTORY, INCLUSIVE OF ANY AND ALL FURNISHING, FIXTURES, AND EQUIPMENT.  INCLUDING, BUT NOT LIMITED TO, ALL BOOKS, CLOTHING, SCREENS, DATA PROJECTORS, LAB EQUIPMENT, LAB FURNITURE, DENTAL CHAIRS, EXAM TABLES, AUTOCLAVES, HOOD, SUPPLIES, OFFICE FURNITURE, MISCELLANEOUS CHAIRS, TABLES, ETC.. |
| Program 2: | Nursing Program Equipment (Anaheim, Phoenix or Ontario) |
| Detailed Description of Items Included: | Two (2) High Fidelity Manikins with computerized accessories, wall unit and beds<br>Bid amount: $2000 each/$4000 total<br><br>Toddler manikin with bed and side or over bed table<br>Bid amount: $500<br><br>Infant with crib<br>Bid amount: $500<br><br>Crash cart (with supplies)<br>Bid amount: $100<br><br>Gurney<br>Bid amount: $100 |

| | |
|---|---|
| Program 3: | |
| Detailed Description of Items Included: | |
| Program 4: | |
| Detailed Description of Items Included: | |

I have prepared this bid form and I certify the following:

1. I have the authority on behalf of myself or my organization to submit this bid.
2. I understand that this bid is a binding offer to purchase assets which, if selected, will be submitted for approval through CCI's asset sale approval process. If selected and approved, I or my organization will execute this purchase. If not selected or not approved, CCI will notify me

3

as soon as those decisions are made and this bid will no longer be effective. In any event, CCI will notify me of the status of this bid within two weeks of its submission.
3. If selected and approved, I, or another authorized individual employed by the entity that submitted this bid will deliver a cashier's check in the amount of the purchase price by the following day to the individual designated by CCI.
4. If selected and approved, I or my organization will remove all purchased items within the timeframe indicated above with no damage to the facility in which they are located or other items.
5. I understand that all items being purchased are purchased on an as-is where-is basis and without any warranties or representations as to their useability or condition. This bid is submitted based on my own inspection of these items.
6. The information submitted above is true and correct.

Executed: _[signature]_

Date:    May 8, 2015

Name: Denny Stoecklin, C.P.A.

Title:   Chief Financial Officer

Organization:  Concordia University, Portland, Oregon

4