## **EXHIBIT A**

Description of Assets

RLF1 11966749v.1

**The assets located at West Los Angeles - 3000 S Robertson Blvd, including, but not limited to:**

Dental:
- Autoclave midmark M9D
- Ultrasonic unit
- 4 Dental Chairs
- 4 Dental Units
- 4 gendex Expert dc xray unit
- Dental Handpieces

**The assets located at Reseda - 18040 Sherman Way, including, but not limited to:**

Dental:
- Ultrasonic unit
- 4 Belmount Dental Chairs
- 4 Dental Units
- 3 gendex Gx770 xray unit
- 1 gendex Expert dc xray unit
- Dental handpieces