## EXHIBIT B

Copy of Bid by Purchaser



Corinthian Colleges – Supply / Equipment Bid Form

Interested Party Information

| Buyer Party Name: | Abraham Nobel,DDS |
|---|---|
| Contact Name: | Abraham |
| Contact Phone Number (Business Hours): | 2133867173 |
| Contact Phone Number (Non-Business Hours): | 3104331160 |
| Contact Email: | abraham.nobel@gmail.com |
| Have you submitted other bids for CCI/ supplies / equipment? | no |
| Note any existing relationships with CCI or its personnel (these will not disqualify offers, but need to be disclosed) | no |

Campus Information

| Campus Contact Name: | |
|---|---|
| Campus Contact Phone Number: | |
| Campus Contact Email: | |
| Campus Location: | Los Angeles |

Bid Information

| Purchase Price Amount: | 6000 |
|---|---|

| | |
|---|---|
| Time Required to Remove Purchased Items: | Saturday 16 |
| Program 1: | Dental |
| Detailed Description of Items Included: | Autoclave midmark M9D<br>Ultrasonic unit<br>4 Dental Chairs<br>4 Dental Units<br>4 gendex Expert dc xray unit<br>Dental Handpieces |
| Program 2: | |

| Detailed Description of Items Included: | |
|---|---|
| Program 3: | |
| Detailed Description of Items Included: | |
| Program 4: | |

| Detailed Description of Items Included: | |
|---|---|
| | |

I have prepared this bid form and I certify the following:

1. I have the authority on behalf of myself or my organization to submit this bid.
2. I understand that this bid is a binding offer to purchase assets which, if selected, will be submitted for approval through CCI's asset sale approval process.  If selected and approved, I or my organization will execute this purchase.  If not selected or not approved, CCI will notify me as soon as those decisions are made and this bid will no longer be effective.  In any event, CCI will notify me of the status of this bid within two weeks of its submission.
3. If selected and approved, I, or another authorized individual employed by the entity that submitted this bid will deliver a cashier's check in the amount of the purchase price by the following day to the individual designated by CCI.
4. If selected and approved, I or my organization will remove all purchased items within the timeframe indicated above with no damage to the facility in which they are located or other items.
5. I understand that all items being purchased are purchased on an as-is where-is basis and without any warranties or representations as to their useability or condition.  This bid is submitted based on my own inspection of these items.
6. The information submitted above is true and correct.


Executed:  _____


Date: _____5/8/15_____


Name: ___Abraham Nobel, DDS_____

4

Title:    _____

Organization: _____

 Corinthian Colleges – Supply / Equipment Bid Form

Interested Party Information

| | |
|---|---|
| Buyer Party Name: | Abraham Nobel,DDS |
| Contact Name: | Abraham |
| Contact Phone Number (Business Hours): | 2133867173 |
| Contact Phone Number (Non-Business Hours): | 3104331160 |
| Contact Email: | abraham.nobel@gmail.com |
| Have you submitted other bids for CCI/ supplies / equipment? | no |
| Note any existing relationships with CCI or its personnel (these will not disqualify offers, but need to be disclosed) | no |

Campus Information

| | |
|---|---|
| Campus Contact Name: | |
| Campus Contact Phone Number: | |
| Campus Contact Email: | |
| Campus Location: | Reseda |

Bid Information

| | |
|---|---|
| Purchase Price Amount: | 7000 |

1

| | |
|---|---|
| Time Required to Remove Purchased Items: | Saturday 16 |
| Program 1: | Dental |
| Detailed Description of Items Included: | Ultrasonic unit<br>4 Belmount Dental Chairs<br>4 Dental Units<br>3 gendex Gx770 xray unit<br>1 gendex Expert dc xray unit<br> Dental handpieces |
| Program 2: | Medical |

2

| Detailed Description of Items Included: | Autoclave midmark M9D |
|---|---|
| Program 3: | |
| Detailed Description of Items Included: | |
| Program 4: | |

| Detailed Description of Items Included: | |
|---|---|
| | |

I have prepared this bid form and I certify the following:

1. I have the authority on behalf of myself or my organization to submit this bid.
2. I understand that this bid is a binding offer to purchase assets which, if selected, will be submitted for approval through CCI's asset sale approval process.  If selected and approved, I or my organization will execute this purchase.  If not selected or not approved, CCI will notify me as soon as those decisions are made and this bid will no longer be effective.  In any event, CCI will notify me of the status of this bid within two weeks of its submission.
3. If selected and approved, I, or another authorized individual employed by the entity that submitted this bid will deliver a cashier's check in the amount of the purchase price by the following day to the individual designated by CCI.
4. If selected and approved, I or my organization will remove all purchased items within the timeframe indicated above with no damage to the facility in which they are located or other items.
5. I understand that all items being purchased are purchased on an as-is where-is basis and without any warranties or representations as to their useability or condition.  This bid is submitted based on my own inspection of these items.
6. The information submitted above is true and correct.


Executed:  _____


Date: _____5/8/15_____


Name: _____Abraham Nobel, DDS_____

4

Title:    _____

Organization: _____