## EXHIBIT A

Description of Assets

**The assets located at 500 W Santa Ana Blvd, Santa Ana, CA, including, but not limited to:**

- o Medical Assisting Lab
- o Hood
- o Pharmacy Tech lab
- o Cash Register
- o Pill Boxes
- o Cubicles
- o Massage therapy tables and miscellaneous materials
- o White boards
- o Desks
- o Chairs
- o miscellaneous classroom supplies
- o Library – shelves

- Asset list does not include EKG's