## EXHIBIT B

Copy of Bid by Purchaser




*Scanned by Mlopez@intercoast.edu*

Everest  WyoTech  Heald    Corinthian Colleges – Supply / Equipment Bid Form

### Interested Party Information

| | |
|---|---|
| Buyer Party Name: | InterCoast Colleges |
| Contact Name: | Geeta Brown |
| Contact Phone Number (Business Hours): | (818) 402-5207 |
| Contact Phone Number (Non-Business Hours): | same |
| Contact Email: | geeta.brown@intercoast.edu |
| Have you submitted other bids for CCI/ supplies / equipment? | Yes – verbal |
| Note any existing relationships with CCI or its personnel (these will not disqualify offers, but need to be disclosed) | hired some employees from CCI |

### Campus Information

| | |
|---|---|
| Campus Contact Name: | Geeta Brown |
| Campus Contact Phone Number: | (818) 402-5207 |
| Campus Contact Email: | Geeta.brown@intercoast.edu |
| Campus Location: | Orange |

### Bid Information

| | |
|---|---|
| Purchase Price Amount: | $19,500.00 all items in building in Santa Ana |
| Time Required to Remove Purchased Items: | 24-48 hours |

1

| Program 1: | Santa Ana |
|---|---|
| Detailed Description of Items Included: | All items at this location — |
| Program 2: | |
| Detailed Description of Items Included: | / |

| Program 3: | |
|---|---|
| Detailed Description of Items Included: | |
| Program 4: | |
| Detailed Description of Items Included: | |

I have prepared this bid form and I certify the following:

1. I have the authority on behalf of myself or my organization to submit this bid.
2. I understand that this bid is a binding offer to purchase assets which, if selected, will be submitted for approval through CCI's asset sale approval process. If selected and approved, I or my organization will execute this purchase. If not selected or not approved, CCI will notify me

as soon as those decisions are made and this bid will no longer be effective. In any event, CCI will notify me of the status of this bid within two weeks of its submission.
3. If selected and approved, I, or another authorized individual employed by the entity that submitted this bid will deliver a cashier's check in the amount of the purchase price by the following day to the individual designated by CCI.
4. If selected and approved, I or my organization will remove all purchased items within the timeframe indicated above with no damage to the facility in which they are located or other items.
5. I understand that all items being purchased are purchased on an as-is where-is basis and without any warranties or representations as to their useability or condition. This bid is submitted based on my own inspection of these items.
6. The information submitted above is true and correct.

Executed: *Geeta A Brown*

Date: 5/11/2015

Name: Geeta A Brown

Title: President

Organization: InterCoast Colleges

4