## **EXHIBIT A**

Description of Assets

RLF1 11966528v.1

**The assets located at Torrance, California - 1231 Cabrillo Ave, including, but not limited to:**

- Medical assistant instructional equipment;
- Anatomical charts/models;
- Audiometer;
- Autoclave;
- Centrifuge;
- Electrocardiograph machines;
- Examination tables;
- Glucometer;
- Mayo stands;
- Microscopes;
- Nebulizer;
- Otoscope / ophthalmoscope;
- Scales;
- Skeleton;
- Sphygmomanometers;
- Stethoscopes;
- Surgical instruments;
- Thermometers;
- Training mannequins;
- Wheelchair/crutches/walker;
- Safety glide needles;
- Bandages;
- Gloves;
- Cotton balls;
- Sponges;
- Pregnancy test kit;
- Strep a dipstick test kit;
- Blood glucose test strip; and
- Urine test strip.