## EXHIBIT B

Copy of Bid by Purchaser

   

Corinthian Colleges – Supply / Equipment Bid Form

Interested Party Information

| Buyer Party Name: | Hospital Direct Medical Equipment Inc |
| Contact Name: | Sean Callahan |
| Contact Phone Number (Business Hours): | 858 731 7278 / 858 263 4894 |
| Contact Phone Number (Non-Business Hours): | 858 731 7278 |
| Contact Email: | hospital direct Medical @ Gmail.com |
| Have you submitted other bids for CCI/ supplies / equipment? | Yes |
| Note any existing relationships with CCI or its personnel (these will not disqualify offers, but need to be disclosed) | None |

Campus Information

| Campus Contact Name: | Thomas Grigg |
| Campus Contact Phone Number: | |
| Campus Contact Email: | Thomas.gRigg @ fti Consulting.com |
| Campus Location: | Torrance California |

Bid Information

| Purchase Price Amount: | $1000.00 |
| Time Required to Remove Purchased Items: | 2 working days |

1

| Program 1: | |
|---|---|
| Detailed Description of Items Included: | Items including:<br>Medical Assistant Instructional Equipment<br>• Anatomical Charts/Models<br>• Audiometer<br>• Autoclave<br>• Centrifuge<br>• Electrocardiograph Machines<br>• Examination Tables<br>• Glucometer<br>• Mayo Stands<br>• Microscopes<br>• Nebulizer<br>• Otoscope / Opthalmoscope<br><br>• Scales<br>• Skeleton<br>• Sphygmomanometers<br>• Stethoscopes<br>• Surgical Instruments<br><br>• Thermometers<br>• Training Mannequins<br>• Wheelchair/crutches/walker<br>• Safety glide needles<br>• Bandages<br>• Gloves<br>• Cotton Balls<br>• Sponges<br>• Pregnancy test kit<br>• Strep A dipstick test kit<br>• Blood glucose test strip<br>• Urine test strip |
| Program 2: | |
| Detailed Description of Items Included: | |

| Program 3: | |
|---|---|
| Detailed Description of Items Included: | |
| Program 4: | |
| Detailed Description of Items Included: | |

I have prepared this bid form and I certify the following:

1. I have the authority on behalf of myself or my organization to submit this bid.
2. I understand that this bid is a binding offer to purchase assets which, if selected, will be submitted for approval through CCI's asset sale approval process. If selected and approved, I or my organization will execute this purchase. If not selected or not approved, CCI will notify me

as soon as those decisions are made and this bid will no longer be effective. In any event, CCI will notify me of the status of this bid within two weeks of its submission.

3. If selected and approved, I, or another authorized individual employed by the entity that submitted this bid will deliver a cashier's check in the amount of the purchase price by the following day to the individual designated by CCI.

4. If selected and approved, I or my organization will remove all purchased items within the timeframe indicated above with no damage to the facility in which they are located or other items.

5. I understand that all items being purchased are purchased on an as-is where-is basis and without any warranties or representations as to their useability or condition. This bid is submitted based on my own inspection of these items.

6. The information submitted above is true and correct.

Executed: _____

Date: __5/12/15_____

Name: __Sean Callahan_____

Title: __Owner_____

Organization: __Hospital Direct Medical____

4