# **EXHIBIT D**

Debtor Which Owns the Purchased Assets and
Potential Holders of Liens and/or Other Interest

| **Debtor Which Owns the Purchased Assets** | **Known Parties Holding Liens or Other Interest in the Asset** |
|---|---|
| Corinthian Schools, Inc. | Bank of America, N.A. |

RLF1 11966528v.1