## EXHIBIT A

Description of Assets

**The assets located at 5260 Pirrone Court, Salida, CA, including, but not limited to:**

Medical Lab
Microscopes
Sterilizing Machines
Manikins
Blood Pressure Pump
Practice AED's
Consumables

Dental Lab
Patients Chairs
X-Ray Equipment
Grinders
Dexter Heads
Air Compressor
Miscellaneous Tools
Shelving

Classrooms
Chairs
Foldable Tables
Projectors
Whiteboards