## EXHIBIT A

Description of Assets

**The assets located at Concord, CA - 5130 Commercial Circle, including, but not limited to:**

Dental Assisting
All model trimmers (4)
Ultrasonic cleaner (1)
Autoclaves (2)
X-Ray Machines and accessories (4)
Hand pieces and accessories (4)
Compressor/Vacuum (amalgam separator)
X Ray light boxes (5)
Sink stations (4)
All dental lab furniture
All dental lab consumables
Acucam - all posters, wall art, dental instruments and trays
All dental classroom tables, chairs and podeum
Projector/screen/whiteboard

Pharmacy Technician
Crash cart / eyewash station hood
Scales (all)
All pharmacy lab and classroom consumables
All lab shelves and cabinets
All tables / chairs
Projector and screen/whiteboard
All lab and classroom furnishings
All mock med containers
Rx pick up station cart
All posters / wall art
All lab equipment and supplies
Printer

Medical Assisting
All consumables
All lab furniture, exam tables, desks, chairs, cabinets, privacy curtains
All lab equipment scales, ekg machines (3), posters, models, skeletons, scopes, manikins, projector/screen/white board, wheel chair, wall art, printers

Library and misc.
Student ID maket and station
Cafeteria tables (12) chairs (50) microwaves (5)
Conference room table / 9 chairs board in conference room
Administrative office furniture and all wall art (15) chairs (all)
Additional projectors/smartboards, whiteboards x(15)
All library furniture, tables, chairs, shelves & equipment & supplies
120 desk, 240 chairs, office printers, instructor podeums & desks x 15, 3 cubicle set-ups