## **EXHIBIT B**

Copy of Bid by Purchaser




Everest    Corinthian Colleges – Supply / Equipment Bid Form

*Concord Campus*

### Interested Party Information

| | |
|---|---|
| Buyer Party Name: | CONTRA COSTA MEDICAL CAREER COLLEGE |
| Contact Name: | STACEY OROZCO RN |
| Contact Phone Number (Business Hours): | 925 757 2900 |
| Contact Phone Number (Non-Business Hours): | 925 876 1595 |
| Contact Email: | STACE@CCMCC.ORG |
| Have you submitted other bids for CCI/ supplies / equipment? | NO |
| Note any existing relationships with CCI or its personnel (these will not disqualify offers, but need to be disclosed) | NONE |

### Campus Information

| | |
|---|---|
| Campus Contact Name: | STACEY OROZCO RN |
| Campus Contact Phone Number: | 925 757 2900 |
| Campus Contact Email: | STACE@CCMCC.ORG |
| Campus Location: | ANTIOCH, CA 4021 LONE TREE WAY SUITE B |

### Bid Information

| | |
|---|---|
| Purchase Price Amount: | $10,000.00 |
| Time Required to Remove Purchased Items: | By May 15th, 2015 |

1

| | |
|---|---|
| Program 1: | DENTAL ASSISTING |
| Detailed Description of Items Included: | ALL MODEL TRIMMERS (4)<br>ULTRASONIC CLEANER (1)<br>AUTOCLAVES (2)<br>X-RAY MACHINES AND ACCESSORIES (4)<br>HAND PIECES AND ACCESSORIES (4)<br>COMPRESSOR / VACUUM (AMALGAM SEPARATOR)<br>X-ray light boxes (5)<br>SINK STATIONS (4)<br>ALL DENTAL LAB FURNITURE<br>ALL DENTAL LAB CONSUMABLES<br>ACCUCAM, ALL POSTERS, WALL ART<br>DENTAL INSTRUMENTS AND TRAYS<br>ALL DENTAL CLASSROOM TABLES<br>CHAIRS AND PODEUM<br>PROJECTOR / SCREEN / WHITEBOARD |
| Program 2: | PHARMACY TECHNICIAN |
| Detailed Description of Items Included: | CRASH CART / EYEWASH STATION<br>HOOD<br>SCALES (ALL)<br>ALL PHARMACY LAB AND CLASSROOM CONSUMABLES<br>ALL LAB SHELVES AND CABINETS<br>ALL TABLES / CHAIRS<br>PROJECTOR AND SCREEN / WHITEBOARD<br>ALL LAB AND CLASSROOM FURNISHINGS<br>ALL MOCK MED CONTAINERS<br>RX PICK UP STATION CART<br>ALL POSTERS / WALL ART<br>ALL LAB EQUIPMENT AND SUPPLIES<br>PRINTER |

| Program 3: | MEDICAL ASSISTING |
|---|---|
| Detailed Description of Items Included: | ALL CONSUMABLES<br>ALL LAB FURNITURE, EXAM TABLES, DESKS, CHAIRS, CABINETS, PRIVACY CURTAINS<br>ALL LAB EQUIPMENT SCALES, EKG MACHINES (3), POSTERS, MODELS, SKELETONS, ROPES, MANIKINS<br>PROJECTOR/SCREEN/WHITE BOARD<br>WHEEL CHAIR, WALL ART<br>PRINTERS |
| Program 4: | LIBRARY AND MISC. |
| Detailed Description of Items Included: | STUDENT ID MAKER AND STATION<br>CAFETERIA TABLES (10) CHAIRS (50)<br>MICROWAVES (5)<br>CONFERENCE ROOM TABLE / 9 CHAIRS<br>BOARD IN CONFERENCE ROOM<br>ADMINISTRATIVE OFFICE FURNITURE<br>AND ALL WALL ART (15) CHAIRS (ALL)<br>ADDITIONAL PROJECTORS/SMARTBOARDS<br>WHITE BOARDS X (15)<br>ALL LIBRARY FURNITURE TABLES, CHAIRS, SHELVES & EQUIPMENT & SUPPLIES<br>120 DESKS  240 CHAIRS OFFICE PRINTERS |

INSTRUCTOR PODIUMS & DESKS X 15
5 CUBICLE SET UPS

I have prepared this bid form and I certify the following:

1. I have the authority on behalf of myself or my organization to submit this bid.
2. I understand that this bid is a binding offer to purchase assets which, if selected, will be submitted for approval through CCI's asset sale approval process. If selected and approved, I or my organization will execute this purchase. If not selected or not approved, CCI will notify me

3

as soon as those decisions are made and this bid will no longer be effective. In any event, CCI will notify me of the status of this bid within two weeks of its submission.
3. If selected and approved, I, or another authorized individual employed by the entity that submitted this bid will deliver a cashier's check in the amount of the purchase price by the following day to the individual designated by CCI.
4. If selected and approved, I or my organization will remove all purchased items within the timeframe indicated above with no damage to the facility in which they are located or other items.
5. I understand that all items being purchased are purchased on an as-is where-is basis and without any warranties or representations as to their useability or condition. This bid is submitted based on my own inspection of these items.
6. The information submitted above is true and correct.

Executed: S. Orozco RN

Date: 5/7/2015

Name: STACEY OROZCO RN

Title: CEO/PRESIDENT

Organization: CONTRA COSTA MEDICAL CAREER COLLEGE INC

4