**EXHIBIT A**

Description of Assets

**The assets located at 217 E. Club Center Dr, San Bernardino, CA 92408, including, but not limited to:**

All HVAC furniture, fixtures, equipment, supplies, and all training aids.
All Electronics Technology furniture, fixtures, equipment, supplies, and all training aids**.**

**Medical Assistant Instructional Equipment**

| | | |
|---|---|---|
| • | Anatomical Charts/Models | 4 |
| • | Audiometer | unknown |
| • | Centrifuge | 6 |
| • | Electrocardiograph Machines | 8 |
| • | Examination Tables | 8 |
| • | Glucometer | 2 |
| • | Mayo Stands | 18 |
| • | Microscopes | 21 |
| • | Nebulizer | 1 |
| • | Otoscope / Ophthalmoscope | 6 each |
| • | Personal Computers | |
| • | Scales | 4 |
| • | Skeleton | 2 |
| • | Sphygmomanometers | 3 auto |
| • | Stethoscopes | 23 manual |
| • | Surgical Instruments | varied |
| • | Thermometers | 6 auto/7 manual in dental lab |
| • | Training Mannequins | 32 CPR |
| • | Wheelchair/crutches/walker | 4 WC/4 Crutches/5 Walkers/3 Canes |
| • | Safety glide needles | 34 boxes various sizes |
| • | Bandages | 32 boxes |
| • | Gloves | 39 boxes |
| • | Cotton Balls | 11 bags |
| • | Sponges | 70 pkgs 4x4 and 2x2 |
| • | Pregnancy test kit | 9 boxes/HCG Dip only 9 boxes |
| • | Strep A dipstick test kit | 11 boxes |
| • | Blood glucose test strip | 2 machines/11 boxes of strips |
| • | Urine test strip | bottles of strips |
| • | Mono test kit | 15 boxes |
| • | Hemocue | 6 machines   5 boxes of cuvettes |

**Dental Equipment**

| | | |
|---|---|---|
| • | Air Compressor | 1 |
| • | Amalgamators | 4 |
| • | Automatic and Manual Processing Equipment | 2 |
| • | Dental Unit | 4 |
| • | Dental Chairs | 4 |
| • | Handpieces | 20 low speed/high speed/hygienic |
| • | Model Trimmers | 3 |

5

- Vibrators                          6
- Oral Evacuation Equipment          4
- Ultrasonic Units                   1
- X-Ray units                        4
- Water retrieval Manikins           4
- Digital X ray system software      1
- Intra-oral camera equipment        1
- Extraoral Digital Camera           1
- Cavity Detection device            2
- Facebow                            2
- EKG machine                        2
- Capnograph                         2
- Typodonts                          6
- Orthodontic                        **2**