# EXHIBIT A

Description of Assets

- **Ontario campus (Miliken Ave)**

    - 2 Medical Labs
        - 7 tables
        - 4 scales
        - Chairs, tables, supplies (many needles and syringes)
    - Dental Labs
        - X-ray machines
        - Chairs
        - Polishers
        - Many tools
    - Massage Therapy Lab
        - 11 massage tables
    - A lot of IT Equipment
        - Monitors left over
    - Pharma-tech lab
        - Shelves, equipment, supplies
    - Every classroom has a whiteboard with projector
- **City of Industry campus**

    - Medical Lab
        - Examination tables
        - 9 otoscopes
    - Dental Lab
        - 4 dental chairs
        - X-ray machines with lamps equipped
        - 6 Autoclaves
        - Chemo-IV processor (large)
    - Massage Lab
        - 9 Massage tables
        - 2 massage chairs
    - Pharma-Tech Lab
    - Classrooms
        - Many tables and chairs
        - At least 11 smartboards (projectors)
        - 4 rooms with 24 computer tables
        - 4 skeletons
        - 40 monitors

- **Anaheim campus**

    - 2 Medical Labs
        - 8 Blood pressure equipment (banks)
        - 4 autoclaves
        - 2 medical tables
        - 4 teaching aids
        - Multiple skeletons
        - Microscopes
        - Scales (height and weight)
        - Baby scales
        - IV machines
        - Rolling blood pressure monitors
        - Miscellaneous crutches, wheelchairs
        - Practice IV arms
    - Vocational Nursing Program
        - Hospitalized beds
        - Interactive nursing training dummies (6)
    - Dental Program
        - Hand tools (grinders, trimmers, etc.)
        - Chairs (Opotories) with X-ray equipment (don't appear to be nailed down)
    - Classroom
        - Multiple smartboards with projectors
    - 3 Large Computer Labs
        - Keyboards, mouses, monitors still there
    - Many cubicles (fairly new, campus rebuild occurred 7 years ago)

- **Alhambra Campus**

<u>Dental Assistant Instructional Equipment Med Lab 3 Alhambra</u>
- X-Ray viewing machines 3
- Dental tray units 4
- Almalgometers 4
- Dental trays 45
- Printer 1
- Aprons 4
- Medical lamp 1
- Filmduplicator 1
- Dental instrument trays 9
- Dremel 7
- Dental digital camera 1

- Manuel oxygen pumps 5
- Mayo tray 2
- Red lamps 2
- Typondonts 5
- Dentist chair 4
- Dental asst. chair 4
- Developer + fixer 3 boxes 2 gallons developer 2 gallon fixer
- Tray sleeve 3 boxes
- Plastic cups 2 boxes/ 100pcs.
- Dri-gard towels 2 boxes/ 500pcs.
- Dental x-ray film 7 boxes / 150ea.
- Tray covers 2 boxes/ 1000ea.
- Dental bibs 1 box/ 500pcs.
- Cotton rolls M 6 boxes/ 2000pcs.
- LED curing light 5
- Disposable evacuation trapfilters 2 boxes / 144 ea.
- Blue tray material 2 boxes/ 25sheets
- Temp crown + bridge material 4 boxes
- Spray + clean hand piece cleaner 9cans
- Disposable gowns 7 bags
- Disposable fluoride trays 2 bags / 100pc.
- Orange solvent spray 2 boxes
- Chair sleeve 1 boxes/ 225pcs.
- Disposable headrest covers 1 box/ 250ea.
- Disposable prophy angle brushes 2 boxes/ 100 ea.
- Student dental kits 12
- X-ray cover 1 box/ 250 ea.
- Bleaching tray material 3 boxes
- Camera sheaths 12 boxes /100ea.
- Condensation putty 1 box
- Disposable sleeves 2 boxes /500ea.
- Ear loop masks 9 boxes
- Procedure mask 9 boxes
- Sterilization pouches 13 boxes
- Bib holders 5 boxes
- Sponges 17 sleeves
- Paste with fluoride 4 boxes
- X-ray bitewing tabs 4 boxes
- Makikin face shields 1 box
- Gloves medium 8 boxes /100pcs.
- Gloves large 2 boxes / 100pcs.
- Gloves small 3 boxes /pcs.
- Gloves x-small 16 boxes/100pcs.
- Tube aspirator 5 bags/50pcs.

- Fluoride treatment 2 bottles
- Evacuator tips 5 bags/50pcs.
- X-ray sleeve 1 box/ 250pcs.
- Dental chairs 4
- Sterilizer 1
- Autoclave 1
- Sphygmomanometers 4
- Spore check system1
- Model trimmer 3
- Polishing machine 1
- Computers 8
- X-ray processor 2
- X-ray units 4
- Oxygen tank 1

Massage Instructional Equipment Alhambra
- Massage chairs 4
- Massage tables 10
- Massage mats 2
- Massage stools 10
- Pro stene heater 1
- Steam pack 1
- UV sterilizer 1
- Headrest covers 5 boxes/100ct.

Medical Assistant Instructional Equipment Medical Labs 1 & 2 Alhambra
- Anatomical Charts/Models 4
- Autoclave 3
- Centrifuge 6
- Electrocardiograph Machines 5
- Examination Tables 5
- Glucometer 2
- Mayo Stands 6
- Microscopes 9
- Otoscope / Opthalmoscope 4 each
- Scales 4
- Skeleton 2
- Sphygmomanometers 10
- Stethoscopes 2
- Surgical Instruments 1 tubby
- Thermometers 2
- Wheelchairs 2 /crutches 3 sets /walker 5
- Safety glide needles 40 boxes
- Bandages 3boxes / 100ea.

- Gloves 25 boxes
- Cotton Balls 7 bags
- Strep A dipstick test kit 11
- Blood glucose test strip 1
- Urine test strip 8
- Mono test 2
- Probe covers 6 boxes / 25ea.
- Disposable prove covers 8 boxes/ 100ea.
- Oto disposable prove covers 5 boxes/ 96ea.
- Tempa dot 1 box
- Towelettes 2 boxes / 100ea.
- Eyewash 2 boxes
- Alcohol prep pads 3 boxes
- Microscope slides 3 boxes
- 1 box safety lock syringe
- Babies 8
- Hemocue 4
- Sodium 5
- Vacuette 2
- Venichairs 4
- Traction machine 1
- Tray vacutainers 170/ 100ea.
- Tray hubs 1
- Peak flow 1 box
- Surgical gloves 1 box
- Pap lamps 6
- Mountings 4
- Hemoglobe machines 2
- Blood test 2 boxes
- Iodine swap sticks 1 box

Medical Assistant Instructional Equipment Med Lab 3 Alhambra
- Ear thermometer covers 4 boxes /40ea.
- Vacutainer adapter 7 boxes/100ea.
- Hand sanitizer w/aloe 2 boxes
- Iodiadeprep solution 1 bottle
- Syringe w/hinged safety needle 1m/1w/27gx1/2 1 box
- 1 plastic handy box
- Microscope coverglass 1 box
- Capillary tube sealant wax plate 1 box/10ea.
- Micro-hematocrit capillary tubes 3 boxes/100 tubes ea.
- Benzalkoniumchloride towelettes 4 boxes/100ea.
- Sheer bandages 1inx3in 10 boxes/100ea.

- Thermometer probe covers 3 boxes/ 250ea.
- Disposable probe covers thermometer 26 boxes/ 100ea.
- 10 gallon bio bags 1 box/ 500ea.
- Examination gloves 10 boxes/ xs, s, m, l 200 pieces each size. Xl 180 pieces
- Examination gloves large 100 pieces
- Alcohol prep pads 20 boxes/ 200 pieces
- Examination gloves small 10 boxes/ 100 pieces each box
- Examination gloves medium 10 boxes/ 100 pieces each box
- Cold compress 1 case/ 24ea.
- Sharps containers 4 boxes/ 10ea.
- Cotton balls 1 bag
- 6 limb stabilizer bags
- 1 microscope
- 1 computer
- 1 smart board with clickers
- 2 mannequins
- 2 medical lamps
- 1 rolling IV stand
- 1medical scale
- 3 exam tables
- 3 mayo stands
- 2 electric vital monitors
- 2 otoscopes
- 2 ophthalmoscopes
- 2 sphygmomanometers
- 2 bloodwork chairs
- 1 centrifuge
- 1 sterilizer
- 1 refrigerator
- 3 hand sanitizers
- 2 table paper boxes/ 12ea.
- Needle 1ml27g1/2 9 boxes/ 100ea. + 5 units 100 tubes ea.  Red top 1pkg, gray top 14pkg purple top 12pkg, green top 12pks
- Alcohol dispensers 5
- Alcohol prep pads 20 boxes/ 200 per box
- Hypodermic needles 25g5/8 20 boxes/ 100ea.
- Ultrathin wall 25g x 5/8 2 boxes/ 100ea.
- Hypodermic disposable needles 25gx5/8 3 boxes/ 100pcs.
- Hypodermic needles 23gx1 27 boxes/ 100pcs.
- Hypodermic disposable needles 25x1 3 boxes/ 110pcs.
- Safety tube holder 28 bags/ 50ea.
- Gloves 20 boxes medium 100pcs.
- Gloves 16 boxes small 100pcs.
- Gloves 13 boxes large 100pcs.

- Gloves 10 boxes xsmall 100pcs.
- Urine test strips 200pcs.
- 2GP protein glucose 5 boxes/ 100ea.
- Single use clinical thermometer 6 boxes/100ea.
- Limb holder 3in. x13.25 in. 3 total
- Roll belt universal 2 total
- BD vacutainer adapter 1 box/100ea.
- Thermometer probe covers 13 boxes /96ea.
- BD E-Z scrub 205 1 box/ 30ea.
- Exam sheets 40in.x48in. 2ply disposable 1 box / 100ea.
- Plastic sheets 2 bags small
- Multi-channel ECG recording paper 3 boxes/ 4 rolls ea.
- Instant cold pack 1 box
- Resting ECG tab electrodes 1 box / 1,000ea.
- Medical thermal printer paper 216mmx280mm 4 pks. / 200 pages each
- Urine cups 1 box/ 205ea.
- 20GX1" needle 2 boxes / 100ea.
- 22GX1" multiple use drawing needle 41boxes/ 100ea.
- Cleansing enema 2 sets
- Surgical gloves size 6 50 pcs.
- Surgical gloves size 61/2 50 pcs.
- Surgical gloves size 7 50 pcs.
- Surgical gloves size 71/2 50 pcs.
- Sterilization wrap 15x15in. 1 box/ 100ea.
- Disinfecting towelettes 5 containers/ 160ea.
- Cotton tipped applicators 6" 900pc.
- Tracheostomy trays 20 total
- BD safety lok 3ml syringe 19 boxes/ 100 ea.
- Dressing change tray 1 box/ 20ea.
- Adult tongue blade non-sterile 1 box / 500pc.
- Disposable otoscope tips 4mm 1 box/ 4mm
- Surgical lubricants 7
- Ultrasound transmission gel 5 liters
- Anuscopes 1 box/ 25pc.

Pharmacy Instructional Equipment Alhambra
- Pharmacy cart 1
- Laminar flow moods 1
- Medication chart 1
- Med station Rx station 1
- Gown standing hanger
- Ovals and caps 2 boxes/ 100ea.
- Shoe covers 1 box/ 50ea.

- Paraffin refill 4 boxes/6ea.
- Hydro peroxide 3 bottles
- Electronic balance 1
- Cooking plate (hot plate) 3
- Alcohol prep pads 7
- Needles 4 boxes
- Capsule machine 4 boxes
- Syringes 15 boxes/ 100ea.
- Pharm pump 1
- Booffant caps 2 boxes / 100ea.
- Digital compact scales 4
- Gloves 6 boxes/ 100ea.
- Face masks 2 boxes
- Demi dose 4 bags
- Aseptic technique validation system
- Chemo spill kit 1
- Epinephrn injection 1 bag
- Amber blusters 1 package
- Amber Tray 3
- Pharm ex labeling systems 3
- Cash register 1
- Computer 12
- Printers 2
- Label machine 1
- Pencil sharpener 1
- Wall charts 3

- **West LA campus**

Medical Assistant Instructional Equipment
- Anatomical Charts/Models
- Audiometer
- Autoclave
- Centrifuge
- Electrocardiograph Machines
- Examination Tables
- Glucometer
- Mayo Stands
- Microscopes
- Nebulizer
- Otoscope / Opthalmoscope
- Personal Computers
- Scales

- Skeleton
- Sphygmomanometers
- Stethoscopes
- Surgical Instruments
- Thermometers
- Training Mannequins
- Wheelchair/crutches/walker
- Safety glide needles
- Bandages
- Gloves
- Cotton Balls
- Sponges
- Pregnancy test kit
- Strep A dipstick test kit
- Blood glucose test strip
- Urine test strip

| Pharmacy Technician Instructional Equipment | Qty |
|---|---|
| Laminar Flow Hood | 1 |
| Pill Separater | 5 |
| Hot Plates | 2 |
| Vials, Assorted | Many |
| Syringes, Assorted | Many |
| Sodium Chloride Bottles | 20 cases |
| Sodium Chloride Bags, Assorted Sizes | 80 |
| Reconstitute Tube | 1 |
| Measuring Flasks, Assorted Sizes | Many |
| Mortar & Pestle | 5 |
| Caps and Gowns, Assorted Sizes | Many |
| Personal Computers | Many |
| Gloves | 12 boxes |
| Prescription Bottles, Assorted | 1 thousand + |
| Torsion Balance | 1 |
| Triple Beam Balance | 1 |
| Flasks and Beakers, Assorted | Many |

| Massage Therapy Instructional Equipment | Qty |
|---|---|
| Massage Tables | 6 |
| Massage Chairs | 3 |
| Massage Stools | 8 |

- Hydorculator 1
- Paraffin Bath 1
- Partition 4
- Privacy Curtains & Tracks 5
- Skeleton 1
- Stereo System 1
- Side Tables 6
- Radio 1
- Wall Mirrors 3
- Lamps 2
- Wall Sconces 5

- **Phoenix Campus**

    **Still at campus**
    - Medical Lab
        - 10 Hospital beds
        - 2 manikins
        - 2 EKG machines
        - 14 examining tables
    - Other/Classroom
        - 54 cubicles
        - 20 classroom projectors
        - 10 classroom smartboards
        - 30 offices (with office furniture)

- **Mesa Campus**
    - Medical Lab
        - 5 hospital beds
        - 1 manikin
        - 1 EKG machine
        - 6 examining tables
    - Other/Classroom
        - 27 cubicles
        - 10 classroom projectors
        - 5 classroom smartboards
        - 15 offices (with office furniture)