## EXHIBIT B

Copy of Bid by Purchaser

RLF1 11969351v.1



Corinthian Colleges – Supply / Equipment Bid Form

Interested Party Information

| Buyer Party Name: | Reich Brothers, LLC and Tiger Capital Group |
|---|---|
| Contact Name: | Adam Reich & Jeff Tanenbaum |
| Contact Phone Number (Business Hours): | 310 710 0809/805 497 4999 |
| Contact Phone Number (Non-Business Hours): | Wayne Hecht 954 445 5707 |
| Contact Email: | areich@reichbros.com/jtanenbaum@tigergroup.com/whecht@tigergroup.com |
| Have you submitted other bids for CCI/ supplies / equipment? | Yes – Wyotech facility bid out last quarter. Our bid was not the winning bid. |
| Note any existing relationships with CCI or its personnel (these will not disqualify offers, but need to be disclosed) | none |

Campus Information

| Campus Contact Name: | |
|---|---|
| Campus Contact Phone Number: | |
| Campus Contact Email: | |
| Campus Location: | |

Bid Information

| Purchase Price Amount: | $82,121 broken out as follows:<br>Alhambra $10,866<br>City of Industry $11,195<br>Mesa $15,314<br>Ontario $10,866 |
|---|---|

|  | West Los Angeles $7,866<br>Anaheim $17,700<br>Phoenix $8,314 |
|---|---|
| Time Required to Remove Purchased Items: | Removal commences on Thursday 5/14 and out by 5/15 unless extended to 5/18 at designated locations. |
| Program 1: |  |
| Detailed Description of Items Included: | All of the personal property assets located at the above facilities including, without limitation (i) medical instruction equipment; (ii) dental equipment; (iii) RN equipment; (iv) massage therapy equipment (v) automotive, HVAC and electrical repair and instructional equipment, (vi) rolling stock including motorcycles and vehicles, complete and in various states of repair; (vii) furniture, fixtures and related support equipment; (viii) telephone systems, smart boards, security and network equipment and all battery backup and related equipment; (ix) medical, dental, office and other inventory and supplies; and (x) all other miscellaneous items of personal property pickup including inspection tools, gauges, jigs tools, vidmar cabinets with contents, stores, and spare parts.<br><br>Notwithstanding the foregoing the items listed on Exhibit A attached hereto have been removed from the facilities and are not included in the assets to be purchased. |
| Program 2: |  |

| | |
|---|---|
| Detailed Description of Items Included: | |
| Program 3: | |
| Detailed Description of Items Included: | |
| Program 4: | |

| Detailed Description of Items Included: | |
|---|---|
| | |

I have prepared this bid form and I certify the following:

1. I have the authority on behalf of myself or my organization to submit this bid.
2. I understand that this bid is a binding offer to purchase assets which, if selected, will be submitted for approval through CCI's asset sale approval process.  If selected and approved, I or my organization will execute this purchase.  If not selected or not approved, CCI will notify me as soon as those decisions are made and this bid will no longer be effective.  In any event, CCI will notify me of the status of this bid within two weeks of its submission.
3. If selected and approved, I, or another authorized individual employed by the entity that submitted this bid will deliver a cashier's check in the amount of the purchase price by the following day to the individual designated by CCI.
4. If selected and approved, I or my organization will remove all purchased items within the timeframe indicated above with no damage to the facility in which they are located or other items.
5. I understand that all items being purchased are purchased on an as-is where-is basis and without any warranties or representations as to their useability or condition.  This bid is submitted based on my own inspection of these items.
6. The information submitted above is true and correct.

Executed:  __ *[signature]* _____

Date: _____5/12/15_____

Name: _____Adam Reich, Co-CEO Reich Brothers, LLC_____

4

Title:  _____

Organization: _____