# EXHIBIT D

Debtor Which Owns the Purchased Assets and
Potential Holders of Liens and/or Other Interest

| Debtor Which Owns the Purchased Assets | Known Parties Holding Liens or Other Interest in the Asset |
|---|---|
| Corinthian Schools, Inc. | Bank of America, N.A. |
| Everest College Phoenix, Inc. | Bank of America, N.A. |

RLF1 11969351v.1