# EXHIBIT A

Description of Assets

**The assets located at 25500 Industrial Blvd, Hayward, CA, including, but not limited to:**

| LOCATION | ITEM | QUANTITY |
|---|---|---|
| | Trash Receptacles Large BLACK | 6 |
| | Stand Up Fans | 2 |
| | All office partitions in picture # TALL with high back chairs | ALL |
| | All office partitions in picture # SHORT with high back chairs | ALL |
| | Stainless Steel Refrigerators | 2 |
| | Undercounter Refriegrators - 2 black + 1 white | 3 |
| | Purple sectional (seating) in the Staff Lounge | ALL |
| | Barstools Staff Lounge | ALL |
| | Large white cabinet in Staff Lounge | 1 |
| 201 | Cabinet and shelves | ALL |
| 201 | Stand up podiums | ALL |
| 104 | Fume Hood Dispenser | 1 |
| 104 | Refrigerator | 1 |
| 104 | Scales | ALL |
| 104 | Hot plates | ALL |
| 101 | stools | ALL |
| 101 | EKG's | 2 |
| 101 | wall mounted autoscopes | ALL |
| 101 | Box of full blood pressures cuffs | ALL |
| 101 | Standing trays | ALL |
| 101 | Sharps Containers | ALL |
| 113 | standing lamps | ALL |
| 102 | cabinets | ALL |
| | spinning organizers = 1 wire black + 2 plastic ones | 3 |
| | water coolers free standing | 3 |
| | tall filing cabinets | 6 |
| | office furniture-(upstairs & downstairs) includes chairs | ALL |
| | Cubicles inclding receptionist(upstairs) | 28 |
| | Chaairs in the hallway(see attach picture) | 18 |
| | TV Monitors both LG and VIZIO $75 | ALL |
| | Black Sofas | ALL |
| | Uphostered chairs with black frame and arm rest | ALL |
| | Service Tables Round | 3 |
| | Dry Erase Boards in Cabinets | 1 |
| | Paper shredders | ALL |
| | POS system equipment for bookstore | 1 |
| | Skeletons | 3 |
| | Computer Lab Tables | 2 sections, about 40 lineal feet |
| cafeteria | Light pendants black cone shaped | ALL |
| cafeteria | cased bulletin boards | ALL |
| cafeteria | Artwork -(cafeteria) | 12 |
| cafeteria | Wall mounted sconces 1st and 2nd floor | ALL |
| cafeteria | Carts - see picture | 2 |
| cafeteria | Hubbel Server Racks Tall Black Locked $75 | 2 |
| cafeteria | Small table top Server rack $25 | 1 |
| cafeteria | Projectors $25 | 4 |
| cafeteria | plum/purple cafe chairs | 100 |
| cafeteria | blk 48" rd tables | 26 |
| cafeteria | built-in trash receptacle | 1 |
| cafeteria | outdoor stone trash receptacles | 3 |