# EXHIBIT A

Description of Assets

**The assets located at Gardena, CA - 1045 W Redondo Beach Blvd, including, but not limited to:**

Dental assistant – complete dental supplies/equipment including:
- All manikins
- Tooth models
- Autoclaves/sterilizer
- 4 dental chairs
- 4 x-ray units
- Tools / supplies
- Grinding machines

Medical assistant – complete supplies/equipment including:
- Syringes
- Practi-meds
- Gloves
- All consumable supplies (gloves/urine strips etc.)
- 2 x exam tables
- 2 wall-mounted vital sign units

General –
- Posters
- Pictures
- Bulletin boards
- Reference books