IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter: 11 |
| CORINTHIAN COLLEGES, INC., et al. | Case No: 15-10952 (KJC) |
| Debtors. | Jointly Administered |

LIMITED NOTICE OF APPEARANCE
Bankruptcy Rules 2002(g) and 9010(b)

TO: Rachel Layne Biblo
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that Attorney General Brad D. Schimel and Assistant Attorney General F. Mark Bromley, enter this limited appearance on behalf of the State of Wisconsin, specifically for its Department of Justice, a party in interest in the above-entitled case, and request that copies of all future pleadings and notices be served upon the State at the address noted below.

**THIS LIMITED APPEARANCE IS FILED ONLY AS A REQUEST FOR INFORMATION AND SHALL NOT BE CONSTRUED AS A WAIVER OF THE STATE'S IMMUNITY OR ITS CONSENT TO JURISDICTION HEREIN.**

Dated this 13th day of May, 2015.

BRAD D. SCHIMEL
Attorney General

/s/ F. Mark Bromely
F. MARK BROMLEY
Assistant Attorney General
State Bar #1018353
Attorneys for State of Wisconsin

F. Mark Bromley, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI  53707-7857
Telephone:  608-264-6201
Fax:  608-267-8906
bromleyfm@doj.state.wi.