**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Corinthian Colleges, Inc., *et al.* | : | Case No. 15-10952 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Campus Student Funding, LLC,** Attn: Warren Brasch, 5300 Meadows Rd., Ste. 400, Lake Oswego, OR 97035, Phone: 503-419-3500, Fax: 503-419-3530

2. **McKinley Avenue, LLC,** Attn: Therese Burkhart, 2000 S. 14th St., Milwaukee, WI 53204, Phone: 414-630-0252, Fax: 414-383-3353

3. **Lampert at 25500 Industrial Blvd., LLC, a California Limited Liability Company,** Attn: Roland Lampert, 900 Veterans Blvd., #410, Redwood City, CA 94063, Phone: 650-367-0854, Fax: 650-367-0858

4. **Guy Q. Reynolds,** 2322 Amethyst, Santa Clara, CA 95051, Phone: 408-497-4384

5. **Marriott Hotel Services, Inc.,** Attn: Andrew Wright, 10400 Fernwood Rd., Bethesda, MD 20817, Phone: 301-380-1607, Fax: 301-380-6727

ANDREW R. VARA
Acting United States Trustee, Region 3

*/s/Richard L. Schepacarter for*
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: May 13, 2015

UST Attorney assigned: Richard L. Schepacarter, Trial Attorney, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark D. Collins, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701