IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | ) ) ) | Case No. 15-10952 (KJC) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Zenith Education Group, Inc. ("Zenith"), appearing through its counsel Drinker Biddle & Reath LLP ("Drinker Biddle"), requests that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon:

Michael P. Pompeo, Esq.
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Telephone: (212) 248-3184
Facsimile: (212) 248-3141
Michael.Pompeo@dbr.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC(1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

H. John Michel, Jr., Esq.
Drinker Biddle & Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2515
Facsimile: (215) 988-2757
John.Michel@dbr.com

Howard A. Cohen, Esq.
Drinker Biddle & Reath LLP
222 Delaware Ave., Ste.1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4213
Facsimile: (302) 467-4201
Howard.Cohen@dbr.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified Sections of the Bankruptcy Code, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Papers is without prejudice to Zenith's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the court, and shall not be deemed or construed to submit Zenith to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation Zenith's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a change of venue, or (v) any other rights, claims,

actions, setoffs or recoupments to which Zenith is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Zenith expressly reserves.

| | |
|---|---|
| Dated: May 13, 2015 | /s/ Howard A. Cohen |
| | Howard A. Cohen (DE 4082) |
| | Drinker Biddle & Reath LLP |
| | 222 Delaware Ave., Ste.1410 |
| | Wilmington, DE 19801-1621 |
| | Telephone: (302) 467-4213 |
| | Facsimile: (302) 467-4201 |
| | Howard.Cohen@dbr.com |

Attorneys for Zenith Education Group, Inc.

**CERTIFICATE OF SERVICE**

I, Howard A. Cohen, hereby certify that on May 13, 2015, I caused the foregoing Notice of Appearance and Request for Service of Papers to be served via the Court's CM/ECF system.

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)

80900860.2