# EXHIBIT A

## Rejected Lease

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Honolulu (Heald) | Walgreens of Hawaii, LLC | c/o Corporate and Transactional Law Department | 104 Wilmot Rd., MS 1420 | | Deerfield | IL | 60015 | The Amended and Restated Heald College Building Lease by and between Kourin Hawaii Limited, a Hawaii corporation ("Lessor"), and Heald Colleges, a non-profit California corporation ("Lessee"), and any amendments thereto | 7/7/1998 | 5/13/2015 |