IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Catherine Nownes-Whitaker, am employed in the county of Los Angeles, State of California. I hereby certify that on May 11, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Notice of Commencement of Chapter 11 Cases, Meeting of Creditors and Fixing of Certain Dates**[2]

Dated: May 12, 2015

Catherine Nownes-Whitaker
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this _12_ day of _May_, 20_15_, by Catherine Nownes-Whitaker, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] A copy of the Notice is attached hereto as **Exhibit C**.

## **EXHIBIT A**

**EXHIBIT A**

| | | |
|---|---|---|
| AMERIPRISE FINAN<br>TOM.X.EBERHART@AMPF.COM | AMERIPRISE FINAN<br>TRISHA.QUINNELL@AEXP.COM | BANK OF AMERICA<br>SHARON.DENISE.BROWN@BANKOFAMERICA.COM |
| BMO NESBITT BURN<br>JOHN.FINERTY@BMO.COM | BNY MELLON<br>ATTN.: MATT BARTEL<br>MATT.BARTELL@BNYMELLON.COM | BNY MELLON<br>CHRISTOPHER.R.JANOSIK@BNYMELLON.COM |
| BNY MELLON<br>GSSPROXYINQUIRIES@MELLON.COM | BNY MELLON<br>MSOBEL@BANKOFNY.COM | BNY MELLON<br>PROXYSUPPORT@BNYMELLON.COM |
| BOCI SECURITIES<br>ADRIAN.LAM@BOCIGROUP.COM | BOCI SECURITIES<br>OPERATIONS@BOCIGROUP.COM | CETERA INVESTMEN<br>DAWN.MALARD@CETERAFI.COM |
| CITIGROUP GLOBAL<br>PATRICIA.M.HALLER@CITIGROUP.COM | D.A. DAVIDSON &<br>NGARRITY@DADCO.COM | D.A. DAVIDSON &<br>RLINSKEY@DADCO.COM |
| DAVENPORT & COMP<br>KNIEDING@INVESTDAVENPORT.COM | FIRST CLEARING,<br>MATT.BUETTNER@FIRSTCLEARING.COM | GOLDMAN SACHS & SECURITIES OPERATIONS<br>CHRISTIN.HARTWIG@GS.COM |
| GOLDMAN SACHS EX<br>CHRISTIN.HARTWIG@GS.COM | GOLDMAN SACHS IN SECURITIES OPERATIONS<br>HARTWIG, CHRISTIN<br>CHRISTIN.HARTWIG@GS.COM | HSBC GLOBAL CUST<br>ANDREW.SCHNEIDER@US.HSBC.COM |
| HSBC GLOBAL CUST<br>JOHN.X.KARABINAS@US.HSBC.COM | HSBC GLOBAL CUST<br>PETER.G.BURDEN@HSBC.COM | HSBC GLOBAL CUST<br>ROBERT.SCHULTZ@US.HSBC.COM |
| J.P. MORGAN CLEA<br>PAUL.A.MOORE@JPMORGAN.COM | J.P. MORGAN CLEA<br>WIDDOES_HOWARD@JPMORGAN.COM | LEK SECURITIES<br>JON.FOWLER@LEKSECURITIES.COM |
| LEK SECURITIES<br>WEIMENG.ZHANG@LEKSECURITIES.COM | LPL FINANCIAL<br>MARTHA.STRAHAN@LPL.COM | MERRILL LYNCH<br>CORPACTIONSPROXY@WIN.ML.COM |
| MERRILL LYNCH<br>RONNIE_O'NEILL@ML.COM | MORGAN STANLEY<br>COLLEEN CORR<br>COLLEEN.CORR@MORGANSTANLEY.COM | MORGAN STANLEY<br>JOHN.BARRY@MORGANSTANLEY.COM |
| MORGAN STANLEY &<br>JONATHAN.GOLDMAN@MORGANSTANLEY.COM | MORGAN STANLEY &<br>KENNETH.EWING@MORGANSTANLEY.COM | NATIONAL BANK FI<br>PROBINSON@NBTDIRECT.COM |
| NATIONAL FINANCI<br>BURKE@FMR.COM | NATIONAL FINANCI<br>DONNA.LODGE@FMR.COM | NATIONAL FINANCI<br>KAWANA.HUNTER@FMR.COM |
| NATIONAL FINANCI<br>LEWIS.TREZZA@FMR.COM | NATIONAL FINANCI<br>MARIE-CLAUDE.DESROSIERS@FMR.COM | NATIONAL FINANCI<br>OHN.HALAYKO@FMR.COM |
| OPPENHEIMER & CO<br>CATHERINE.WONG@OPCO.COM | OPPENHEIMER & CO<br>JANET.SIGALOS@OPCO.COM | OPPENHEIMER & CO<br>JEFFREY.ARMSTRONG@OPCO.COM |

| | | |
|---|---|---|
| OPPENHEIMER & CO<br>OSCAR.NAZARIO@OPCO.COM | PICTET & CIE<br>SCRAUSAZ@PICTET.COM | ROBERT W. BAIRD<br>ESTRAKA@RWBAIRD.COM |
| ROBERT W. BAIRD<br>JERBE@RWBAIRD.COM | ROBERT W. BAIRD<br>JSUDFELD@RWBAIRD.COM | SCOTIACAPITAL IN<br>TIM.CORSO@SCOTIABANK.COM |
| SCOTTRADE INC<br>REORG@SCOTTRADE.COM | SG AMERICAS SECU<br>CHARLES.HUGHES@SGCIB.COM | SG AMERICAS SECU<br>ED.BYRNE@SGCIB.COM |
| SG AMERICAS SECU<br>PAUL.MITSAKOS@SGCIB.COM | SOUTHWEST SECURI<br>CFINZEN@SWST.COM;PROXY@SWST.COM | STATE STREET<br>NBRUM@STATESTREET.COM |
| STATE STREET<br>PCDESHARNAIS@STATESTREET.COM | STATE STREET<br>PROXY-SERVICES@STATESTREET.COM | STERNE AGEE & LE<br>AMEARS@STERNAGEE.COM |
| STOCKCROSS FINAN<br>DIANE.TOBEY@STOCKROSS.COM | WILLIAM BLAIR &<br>MNIEDBALEC@WILLIAMBLAIR.COM | |

Parties Served: 62

# **EXHIBIT B**

| | | |
|---|---|---|
| AMERIPRISE FINAN<br>751 GRISWOLD STREET<br>DETROIT, MI 48226 | BMO NESBITT BURN<br>1 FIRST CANADIAN PLACE 13TH FL<br>TORONTO, ON M5X 1H3<br>CANADA | BNY MELLON<br>ATTN.: MATT BARTEL<br>TWO BNY MELLON CENTER<br>525 WILLIAM PENN PLACE<br>AIM # 153-0300<br>PITTSBURGH, PA 15259 |
| BOCI SECURITIES<br>18/F, LOW BLOCK, GRAND MILLENNIUM PLAZA<br>181 QUEEN'S ROAD<br>CENTRAL HONG KONG 99999 | CETERA INVESTMEN<br>MARK SCHOUVILLER, MANAGER<br>400 1ST ST S<br>SAINT CLOUD, MN 56301 | CITIGROUP GLOBAL<br>ATTN: JOHN BARRY<br>700 REDBROOK BLVD.<br>WINGS MILLS, MD 21117 |
| D.A. DAVIDSON &<br>8 THIRD ST. N<br>PO BOX 5015 (59403)<br>GREAT FALLS, MT 59401 | DAVENPORT & COMP<br>ONE JAMES CENTER<br>SUITE 1100<br>901 EAST CARY STREET<br>RICHMOND, VA 23219 | DESJARDINS SECUR<br>1170 PEEL STREET<br>SUITE 300<br>MONTREAL, QC H3B 0A9<br>CANADA |
| FIRST CLEARING,<br>10700 WHEAT FIRST DRIVE<br>GLEN ALLEN, VA 23060 | GMP SECURITIES L<br>145 KING STREET WEST SUITE 300<br>TORONTO, ON M5H 1J8<br>CANADA | GOLDMAN SACHS &<br>SECURITIES OPS - ASSET SERVICES<br>30 HUDSON ST. 4TH FL<br>JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS EX<br>30 HUDSON STREET<br>JERSEY CITY, NJ 07302-4699 | GOLDMAN SACHS IN<br>SECURITIES OPS - ASSET SERVICES<br>30 HUDSON ST. 4TH FL<br>JERSEY CITY, NJ 07302 | HSBC GLOBAL CUST<br>P.O. BOX 1257<br>BUFFALO, NY 14240 |
| J.P. MORGAN CLEA<br>PROXY SERVICES<br>14201 DALLAS PKWY STE 121<br>DALLAS TX 75254 | LEK SECURITIES<br>ONE LIBERTY PLAZA - 52ND FLOOR<br>NEW YORK, NY 10006 | LPL FINANCIAL<br>ATTN: LEGAL<br>1 BEACON STREET, 22ND FLOOR<br>BOSTON, MA 02108 |
| LT TRUST COMPANY<br>1675 BROADWAY #500<br>DENVER, CO 80202 | MERRILL LYNCH<br>ATTN: CORPORATE ACTION LITIGATION<br>101 HUTTON STREET, 8TH FLOOR<br>JERSEY CITY, NJ 07302-3997 | MORGAN STANLEY<br>COLLEEN CORR<br>201 PLAZA TWO 7TH FLOOR<br>JERSEY CITY, NJ 07311 |
| MORGAN STANLEY &<br>DAVID LAI<br>MORGAN STANLEY | ISG OPERATIONS<br>1 NEW YORK PLAZA, 7TH FLOOR<br>NEW YORK, NY 10004 | NATIONAL FINANCI<br>200 LIBERTY STREET<br>NEW YORK CITY, NY 10281 | OPPENHEIMER & CO<br>125 BROAD STREET<br>15TH FLOOR<br>NEW YORK, NY 10004 |
| PICTET & CIE<br>BANQUE PICTET & CIE SA<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | QUESTRADE INC.<br>NORTH AMERICAN CENTRE<br>5650 YONGE STREET, SUITE 1700<br>TORONTO, ON M2M 4G3<br>CANADA | ROBERT W. BAIRD<br>313 SAN YSIDRO RD<br>SANTA BARBARA, CA 93108 |
| SCOTIACAPITAL IN<br>1 LIBERTY PLAZA<br>NEW YORK, NY 10006 | SCOTTRADE INC<br>12855 FLUSHING MEADOWS DR<br>ST LOUIS, MO 63131 | SG AMERICAS SECU<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| SOUTHWEST SECURI<br>1201 ELM STREET, SUITE 3500<br>DALLAS, TX 75270 | STERNE AGEE & LE<br>ATTN: DAVID DADA<br>2 PERIMETER PARK SOUTH<br>SUITE 100 WEST<br>BIRMINGHAM, AL 35243 | STOCKCROSS FINAN<br>ONE WASHINGTON MALL<br>BOSTON, MA 02108 |

WILLIAM BLAIR &
ATTN: DEBBIE SACKETT
222 WEST ADAMS STREET
CHICAGO, IL 60606

Parties Served: 34

**EXHIBIT C**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## NOTICE OF COMMENCEMENT OF CHAPTER 11 CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On May 4, 2015, the below-listed debtors and debtors in possession (the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors, and their respective addresses, case numbers and federal tax identification numbers, are as follows:

| **Debtor** | Address | Case No. | EID# |
|---|---|---|---|
| Corinthian Colleges, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10952 (KJC) | 33-0717312 |
| Corinthian Schools, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10955 (KJC) | 95-4520525 |
| Rhodes Colleges, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10957 (KJC) | 33-0717311 |
| Florida Metropolitan University, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10962 (KJC) | 33-0717605 |
| Corinthian Property Group, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10966 (KJC) | 33-0752106 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

| **Debtor** | Address | Case No. | EID# |
|---|---|---|---|
| Titan Schools, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10970 (KJC) | 52-2133201 |
| Career Choices, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10972 (KJC) | 33-0661425 |
| Sequoia Education, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10974 (KJC) | 94-3135739 |
| ETON Education, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10961 (KJC) | 94-3343608 |
| Ashmead Education, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10967 (KJC) | 91-1419120 |
| MJB Acquisition Corporation | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10971 (KJC) | 83-0301912 |
| ECAT Acquisition, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10975 (KJC) | 57-1177789 |
| Pegasus Education, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10953 (KJC) | 33-0982336 |
| Grand Rapids Educational Center, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10956 (KJC) | 38-2442031 |
| Rhodes Business Group, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10959 (KJC) | 33-0726709 |
| Everest College Phoenix, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10960 (KJC) | 45-2216173 |
| CDI Education USA, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10963 (KJC) | 87-0720505 |
| SP PE VII-B Heald Holdings Corp. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10965 (KJC) | 26-4440115 |
| SD III-B Heald Holdings Corp. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10968 (KJC) | 26-4439707 |
| Heald Capital LLC | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10954 (KJC) | 20-8836164 |
| Heald Real Estate, LLC | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10958 (KJC) | 20-8964281 |

| **Debtor** | Address | Case No. | EID# |
|---|---|---|---|
| Heald Education, LLC | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10964 (KJC) | 20-8621465 |
| Heald College, LLC | 1340 Treat Blvd. Suite 325 Walnut Creek, California 94597 | 15-10969 (KJC) | 20-8699639 |
| QuickStart Intelligence Corporation | 16815 Von Karman Avenue Irvine, California 92606 | 15-10973 (KJC) | 33-0975665 |
| Socle Education, Inc. | 6 Hutton Centre Drive Suite 400 Santa Ana, California 92707 | 15-10976 (KJC) | 36-4743477 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS: In accordance with section 341 of the Bankruptcy Code, a meeting of the Debtors' creditors will be conducted on **June 12, 2015 at 10:00 a.m. (prevailing Eastern Time) at the at the J. Caleb Boggs Federal Building, 844 King Street, Room 5209, Wilmington, Delaware 19801.** The Debtors' representative, as specified in rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed but not required. At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

**DEADLINE TO FILE A PROOF OF CLAIM**: Notice of a deadline will be sent to known creditors at a later date.

**NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE**: None appointed at this time.

**PROPOSED COUNSEL FOR THE DEBTOR**:

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801

**COMMENCEMENT OF CASE**: Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors and orders for relief have been entered. You will not receive notice of all documents filed in this case. All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Court. In addition, such documents may be available at www.deb.uscourts.gov. Certain documents are also available on the website of the Debtors' claims agent, Rust Consulting/Omni Bankruptcy ("**Rust/Omni**"), at: www.omnimgt.com/CorinthianColleges.

**PURPOSE OF CHAPTER 11 FILING**:  Chapter 11 of the Bankruptcy Code enables a debtor to reorganize and/or liquidate pursuant to a chapter 11 plan.  A plan is not effective unless approved by the Court at a confirmation hearing.  Creditors and other parties in interest will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code.  The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS**:  A creditor is anyone to whom a debtor owes money or property.  Under the Bankruptcy Code, a debtor is granted certain protection against creditors.  Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions.  If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor.  A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and may wish to seek legal advice.  **The staff of the Clerk of the Court are not permitted to give legal advice**.

**CLAIMS**:  Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007.  Any creditor holding a scheduled claim which is not listed as disputed, contingent or unliquidated as to amount may, but is not required to, file a proof of claim in this case.  Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim.  A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately.  **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided by mail to the Debtors' known creditors and by publication.**  Proof of claim forms also are available in the clerk's office of any bankruptcy court.   Proof of claim forms are also available from the Court's website at www.deb.uscourts.gov.  Rust/Omni is the claims agent in this case and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court.  Rust/Omni can be reached through their website specifically for this case at www.omnimgt.com/CorinthianColleges, by telephone at (866) 205-3148 or by first class, hand delivery or overnight mail as follows:

Corinthian Colleges, Inc., et al. Claims Processing
c/o Rust Consulting/Omni Bankruptcy
5955 DeSoto Ave., Suite 100
Woodland Hills, CA 91367


**DISCHARGE OF DEBTS**:  Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  *See* 11 U.S.C. § 1141(d).  A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.


For the Court:   */s/ David Bird*                                                     Dated:  May 6, 2015

RLF1 11931350v.1