**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that The Official Committee of Unsecured Creditors of Corinthian Colleges, Inc. and its affiliated debtors and debtors-in-possession in the above-captioned Chapter 11 cases, by and through its proposed undersigned counsel, hereby submits this Notice of Appearance and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 1103 and 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case, be delivered to and served upon the counsel identified below at the following address and further requests to be added to the Master Service List:

| | |
|---|---|
| H. Jeffrey Schwartz, Esq. | Frederick B. Rosner, Esq. |
| Bennett S. Silverberg, Esq. | Julia B. Klein, Esq. |
| BROWN RUDNICK LLP | THE ROSNER LAW GROUP LLC |
| Seven Times Square | 824 Market Street, Suite 810 |
| New York, NY 10036 | Wilmington, DE 19801 |
| jschwartz@brownrudnick.com | rosner@teamrosner.com |
| bsilverberg@brownrudnick.com | klein@teamrosner.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016026. }

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Dated: May 14, 2015
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

and

H. Jeffrey Schwartz, Esq.
Bennett S. Silverberg, Esq.
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
(212) 209-4800
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*