## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of H. Jeffrey Schwartz, Esquire, of Brown Rudnick LLP, to represent the Official Committee of Unsecured Creditors in this action.

Respectfully submitted,

Dated: May 14, 2015
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner (#3995)
Julia B. Klein (#5198)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

{00016027. }

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 14, 2015

*/s/ H. Jeffrey Schwartz*
H. Jeffrey Schwartz, Esq.
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
(212) 209-4800
jschwartz@brownrudnick.com