## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br><br><br>Debtors. | Chapter 11<br><br><br>Case No. 15-10952 (KJC)<br><br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on May 12, 2015, I caused true and correct copies of the following documents to be served (i) via email to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of Proposed Sale Pursuant to Debtors' Motion for an Order (I) Authorizing the Debtors to Conduct and Consummate Asset Sales Exceeding Thresholds Set Forth in the De Minimis Asset Sale Order; (II) Approving Such Sales; and (III) Granting Related Relief [Docket No. 84]**

Dated: May 14, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this _14_ day of _May_, 20_15_, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

> JENNIFER MARLENE CASTILLO
> Commission # 2085977
> Notary Public - California
> Los Angeles County
> My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## EXHIBIT A

AMBASSADOR EDUCATION SOLUTIONS
ATTN: VINCENT MIRRIONE
VMIRRIONE@AMBASSADORED.COM

BARCLAYS
ATTN: STEVEN MCCLATCHEY
STEVEN.MCCLATCHEY@BARCLAYS.COM

COOLEY LLP
ATTN: MICHAEL GOLDSTEIN
MGOLDSTEIN@COOLEY.COM

DYNTEK SERVICES
ATTN: DARLENE PRICHER
DARLENE.PRICHER@DYNTEK.COM

LAMPERT 25500 INDUSTRIAL BLVD., LLC
LAW OFFICES OF THOMAS E. BISHOP
TBISHOP@PACBELL.NET

MARRIOTT HOTEL SERVICES, INC.
JOHN C. JOSEFSBERG, RUDNER LAW OFFICES
JOSEFSBERG@HOTELLAWYERS.COM

MCKINLEY AVENUE, LLC
ATTN: CHIRSTOPHER HALE
CTH@HALEWAGNER.COM

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
PEISENBERG@PIHC.COM

RACKSPACE HOSTING
ATTN: ALAN SCHOENBAUM
LEGALNOTICE@RACKSPACE.COM

SHOOK HARDY & BACON LLP
COURTNEY A. HASSELBERG
CHASSELBERG@SHB.COM

STORE MASTER FUNDING I, LLC
ATTN: MICHAEL J. ZIEG
MZIEG@STORECAPITAL.COM

STUDENTSCOUT, LLC
ATTN: WILLIAM DOLAN
WDOLAN@JONESDAY.COM

SUCCESSFACTORS, INC.
ATTN: RORY CLENDON
RORY.CLENDON@SAP.COM

TRI DIMENSIONAL SOLUTIONS INC.
ATTN: MAYANK PRABHAKAR
MAYANK@TRIDIMENSIONALSOLUTIONS.COM

U.S. DEPARTMENT OF EDUCATION
ATTN: LEGAL DEPT.
OCTAE@ED.GOV

WALGREENS OF HAWAII, LLC
ATTN: PAUL S. LIM
PAUL.LIM@WALGREENS.COM

Parties Served:  16

## EXHIBIT B

**Corinthian Colleges, Inc. - Overnight Mail**                                                                           **Served 5/12/2015**

ACADEMIXDIRECT, INC.
PHILIP CONNOLLY
4400 BOHANNON DRIVE, SUITE 110
MENLO PARK CA 94025

CA STATE OF BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO CA 94279

COUNTY OF SAN BERNARDINO
172 W. THIRD STREET
FIRST FLOOR
SAN BERNARDINO CA 92415-0360

DECCAN PLATEAU CORPORATION
C/O CHAPMAN DELESK & EMGE LLP
ATTN: C. MICHAEL CHAPMAN
28202 CABOR ROAD, 3RD FLOOR
LAGUNA NIGUEL CA 92677

ELOYALTY, LLC
MICHAEL MCKNIGHT
ATTN: MICHAEL MCKNIGHT
9197 S. PEORIA ST.
ENGLEWOOD, CO 80112

EQUITY ONE, INC.
PROPERTY MANAGEMENT DEPARTMENT
1640 POWERS FERRY ROAD
BUILDING 11, SUITE 250
MARIETTA, GA 30067

FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO CA  94257-0501

GRAEBEL RELOCATION SVC WORLDWIDE, INC.
WILLIAM NEVER
P.O. BOX 71775
CHICAGO, IL 60694

INTERNAL REVENUE SERVICES
IRS
OGDEN UT 84201-0039

JONES LANG LASALLE INC.
RONDA CLARK
ATTN: RONDA CLARK
4 PARK PLAZA, SUITE 900
IRVINE, CA 92614

MICHELLE LEE REID ZAGORSKI
7136 EAST KILLDEE STREET
LONG BEACH CA 90808

OFFICE OF THE UNITED STATES TRUSTEE
844 KING STREET, SUITE 2313
LOCKBOX 35
WILMINGTON DE 19801-3519

P.R.G. INVESTMENT FUND, L.P.
PARIS NOURAFCHAN
ATTN: PARIS NOURAFCHAN
9454 WILSHIRE BLVD, SUITE 220
BEVERLY HILLS CA 90212

PALM SPRINGS MILE ASSOCIATES, LTD
DIANNA MARRONE
ATTN: DIANNA MARRONE
419 W. 48TH STREET, SUITE 300
HIALEAH, FL 33012

PAUL DIMEO
946 QUIVERA STREET
LAGUNA BEACH CA 92651

PAYNE & FEARS LLP
JEFF BROWN
ATTN: JEFF BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

POTTER ANDERSON & CORROON LLP
JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILIMINGTON DE 19899-0951

SQUAR MILNER PETERSON MIRANDA
& WILLIAMSON LLP
ATTN: ERNEST MIRANDA
4100 NEWPORT PLACE DRIVE, SUITE 600
NEWPORT BEACH CA 92660

TALLAN, INC.
MICHELLE HALL
ATTN: MICHELLE HALL
175 CAPITAL BLVD., SUITE 401
ROCKY HILL CT 6067

TORONTO COLLEGE PARK, LTD
GWL REALTY ADVISORS
C/O GWL REALTY ADVISORS
33 YOUNGE STREET, SUITE 830
TORONTO, ON M5E 1G4
CANADA

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION/LLOYD H. RANDOLPH
1100 L STREET, NW
ROOM 10032
WASHINGTON DC 20005

WATT LONG BEACH, LLC
GREGORY W. KOONCE, ESQ.
ATTN: GREGORY W. KOONCE, ESQ.
1517 LINCOLN WAY, COURTHOUSE PLAZA
AUBURN CA 95603

Parties Served: 22