IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § § | Chapter 11 |
| | § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § § | **Re: Docket No. 87** |

---

**CERTIFICATION OF COUNSEL REGARDING NOTICE OF SALE PURSUANT TO ORDER AUTHORIZING DEBTORS TO CONDUCT *DE MINIMIS* ASSET SALES OF $25,000 OR LESS WITHOUT FURTHER ORDER OF THE COURT**

The undersigned hereby certifies as follows:

1. On May 12, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Notice of Sale Pursuant to Order Authorizing Debtors to Conduct De Minimis Asset Sales of $25,000 or Less Without Further Order of the Court* [Docket No. 87] (the "**Sale Notice**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). As set forth in the Sale Notice, National Career College (the "**Purchaser**") offered to purchase the assets described therein (collectively, the "**Purchased Assets**") for the aggregate purchase price of $9,635 (the "**Purchase Price**").

2. The Purchaser's bid, attached as Exhibit B to the Sale Notice, contained an allocation of the Purchase Price amongst the Purchased Assets, including $200 of the Purchase

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 11977385v.2

Price being allocated to one (1) electrocardiogram (the "**EKG Machine**").  While there have been no objections to the proposed transaction, the EKG Machine is no longer being included in the Purchased Assets.  Accordingly, the Purchase Price has been reduced by $200 to $9,435.

3. Pursuant to the Sale Notice, any objection or response to the Sale Notice was to be received by the undersigned proposed counsel to the Debtors no later than 9:00 a.m. (ET) on May 14, 2015 (the "**Objection Deadline**").  The Debtors received no objections or responses to the Sale Notice prior to the Objection Deadline.  Accordingly, pursuant to the *Order Authorizing Debtors to Conduct De Minimis Asset Sales of $25,000 or Less Without Further Order of the Court* [Docket No. 23] the Debtors will consummate the sale to the Purchaser at the Purchase Price of $9,435 in accordance with the terms and conditions set forth in the proposed bill of sale that was attached as Exhibit C to the Sale Notice.

Dated: May 14, 2015  
   Wilmington, Delaware

*/s/ Amanda R. Steele*  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marisa A. Terranova (No. 5396)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone:  302-651-7700  
Facsimile:  302-651-7701  
Email: collins@rlf.com  
   merchant@rlf.com  
   terranova@rlf.com  
   steele@rlf.com

Proposed Counsel for the Debtors and Debtors in Possession

RLF1 11977385v.2