# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |
| § | **Re: D.I. 85** |

-----------------------------------------------------------

## CERTIFICATE OF SERVICE

I, Amanda R. Steele, hereby certify that on May 11, 2015, I caused a copy of the **Notice of Sale Pursuant to Order Authorizing Debtors to Conduct *De Minimis* Asset Sales of $25,000 or Less Without Further Order of the Court** to be served on the attached service list in the manner indicated.

*/s/ Amanda R. Steele*
Amanda R. Steele (No. 5530)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**Via Email**

lloyd.randolph@usdoj.gov
Richard.Schepacarter@usdoj.gov
Timothy.Fox@usdoj.gov
jhagle@sidley.com
agumport@sidley.com
jryan@potteranderson.com
chasselberg@shb.com
cth@halewagner.com
dalfonso@pihc.com
darlene.pricher@dyntek.com
jcrawford@equityone.net
jkp@paynefears.com
josefsberg@hotellawyers.com
legalnotice@rackspace.com
mayank@tridimensionalsolutions.com
mgoldstein@cooley.com
mzieg@storecapital.com
octae@ed.gov
paul.lim@walgreens.com
peisenberg@pihc.com
rory.clendon@sap.com
steven.mcclatchey@barclays.com
tbishop@pacbell.net
vmirrione@ambassadored.com
wdolan@jonesday.com
rkanowitz@cooley.com