## **EXHIBIT A**

**Rejected Lease**

Exhibit A - Rejected Lease

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| San Francisco - Howard St (Heald) | Howard Street Associates | c/o Hudson Pacific Properties, Inc. | 1438 N. Gower Street, Box 2 | | Hollywood | CA | 90028 | Lease 875 Howard Street San Francisco, California between Howard Street Associates LLC ("Landlord") and Heald College, LLC ("Tenant"), and any amendments thereto | 9/2/2009 | 5/14/2015 |