

**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mario J. Musolino, *Acting Commissioner*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE<br>ARRANGMENT# 15-10959 | UNLIQUIDATED CLAIM FOR<br>UNEMPLOYMENT<br>INSURANCE CONTRIBUTIONS DUE –<br>PRIORITY CLAIM |

CLERK OF COURT
U.S. BANKRUPTCY COURT
824 MARKET STREET, 3RD FL
WILMINGTON, DE  19801

---

IN THE MATTER OF:
**RHODES BUSINESS GROUP, INC.**
**ER# 06-51658**

    DEBTOR

1. **Debbie Anziano** is an agent of the New York State Department of Labor, Unemployment Insurance Division, and is authorized to make this claim on behalf of the Commissioner of Labor of the State of New York pursuant to Article 18 of the Labor Law of the State of New York.

2. The debtor is justly and truly liable to the New York State Department of Labor for unpaid unemployment insurance contributions in an amount unknown at the present time.

3. The New York State Department of Labor will file a claim and assessments in these proceedings as soon as the necessary information can be obtained to fix and determine the debt. Such claim is capable of liquidation or of reasonable assessment, and such liquidation or assessment will not unduly delay the proceedings herein.

4. The New York State Department of Labor claims **priority** for the payment of such unemployment insurance contributions as are due.

5. There are no setoffs or counterclaims.

6. Correspondence regarding this claim should be forwarded to the New York State Department of Labor, Insolvency Unit, at the address indicated above.

**Dated: 05/11/15**

                                        **Commissioner of Labor**

                                        */s/ Debbie Anziano*
                                        By:  Debbie Anziano
                                        **UI Employer Compliance Agent 2**
                                        **Unemployment Insurance Division**

IA 38U (6-12)