**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Corinthian Colleges, Inc., *et al.* | : | Case No. 15-10952 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF STUDENT |
| Debtors. | : | CREDITORS |

----------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Student Creditors in connection with the above captioned cases:

1.       **Tasha Courtright,** 32209 Riverside Dr., Apt. K4, Lake Elsinore, CA 92530.

2.       **Jessica King**, 653 Clinton Dr., Newport News, VA 23605.

3.       **Amber Thompson,** 538 Troy Dr., Apt. #3, San Jose, CA 95117.

4.       **Crystal Loeser**, 4928 Valley Terrace Way, Salida, CA 95368.

5.       **Michael Adorno-Miranda**, 6583 Trenton St., Colorado Springs, CO 80923.

6.       **Krystle Powell**, 150 Gardiner Ave., #3, South San Francisco, CA 94080.

7.       **Brittany Ann Smith Jackl**, 3532 Barrel Springs Dr., Orange Park, FL 32073.


ANDREW R. VARA
Acting United States Trustee, Region 3

*/s/Timothy J. Fox for*
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: May 15, 2015

Attorney assigned to this Case: Timothy J. Fox, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark D. Collins, Esquire