## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on May 12, 2015, I caused true and correct copies of the following documents to be served via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit A** attached hereto:

- **Notice of Sale Pursuant to Order Authorizing Debtors to Conduct De Minimis Asset Sales of $25, 000 or Less without Further Order of the Court, with the related Exhibit [Docket No. 95]**

Dated: May 15, 2015

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                                    } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 15 day of May, 20 15, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**EXHIBIT A**

**Corinthian Colleges, Inc. - Overnight Mail**　　　　　　　　　　　　　　　　　　　　　　　　　　**Served 5/12/2015**

ACADEMIXDIRECT, INC.
PHILIP CONNOLLY
4400 BOHANNON DRIVE, SUITE 110
MENLO PARK CA 94025

ARIZONA DEPARTMENT OF REVENUE
P.O. BOX 29079
PHOENIX AZ 85038-9079

ARIZONA DEPARTMENT OF REVENUE
PO BOX 29010
PHOENIZ, AZ 85038-9010

CA STATE OF BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA  94279

CA STATE OF BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA  94279

CITY OF MESA
PO BOX 16350
MESA, AZ 85211-6350

CITY OF PHOENIX ARIZONA/PRIVILEGE LICENSE TAX D
P.O. BOX 29125
PHOENIX, AZ 85038-9125

COUNTY OF SAN BERNARDINO
172 W. THIRD STREET, FIRST FLOOR
SAN BERNARDINO, CA 92415-0360

DECCAN PLATEAU CORPORATION
C/O CHAPMAN DELESK & EMGE LLP
ATTN: C. MICHAEL CHAPMAN
28202 CABOR ROAD, 3RD FLOOR
LAGUNA NIGUEL CA 92677

ELOYALTY, LLC
MICHAEL MCKNIGHT
9197 S. PEORIA ST.
ENGLEWOOD, CO 80112

EQUITY ONE, INC.
PROPERTY MANAGEMENT DEPARTMENT
1640 POWERS FERRY ROAD
BUILDING 11, SUITE 250
MARIETTA, GA 30067

FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257-0501

FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257-0501

GRAEBEL RELOCATION SVC WORLDWIDE, INC.
WILLIAM NEVER
P.O. BOX 71775
CHICAGO, IL 60694

INTERNAL REVENUE SERVICES
OGDEN, UTAH 84201-0039

INTERNAL REVENUE SERVICES
OGDEN, UTAH 84201-0039

JONES LANG LASALLE INC.
RONDA CLARK
4 PARK PLAZA, SUITE 900
IRVINE, CA 92614

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54027
LOS ANGELES, CA  90054-0027

MARICOPA COUNTY TREASURER
PO BOX 52133
PHOENIX, AZ 85072-2133

MARICOPA COUNTY TREASURER
PO BOX 52133
PHOENIX, AZ 85072-2133

MICHELLE LEE REID ZAGORSKI
ADDRESS REDACTED

ORANGE COUNTY TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702

P.R.G. INVESTMENT FUND, L.P.
PARIS NOURAFCHAN
9454 WILSHIRE BLVD, SUITE 220
BEVERLY HILLS CA 90212

PALM SPRINGS MILE ASSOCIATES, LTD
DIANNA MARRONE
419 W. 48TH STREET, SUITE 300
HIALEAH, FL 33012

PAUL DIMEO
ADDRESS REDACTED

PAYNE & FEARS LLP
JEFF BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

SQUAR MILNER PETERSON MIRANDA
& WILLIAMSON LLP
ATTN: ERNEST MIRANDA
4100 NEWPORT PLACE DRIVE, SUITE 600
NEWPORT BEACH CA 92660

TALLAN, INC.
MICHELLE HALL
175 CAPITAL BLVD., SUITE 401
ROCKY HILL CT 6067

TORONTO COLLEGE PARK, LTD
C/O GWL REALTY ADVISORS
33 YOUNGE STREET, SUITE 830
TORONTO, ON M5E 1G4
CANADA

WATT LONG BEACH, LLC
GREGORY W. KOONCE, ESQ.
1517 LINCOLN WAY, COURTHOUSE PLAZA
AUBURN CA 95603

Parties Served: 30