# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on May 14, 2015, I caused true and correct copies of the following documents to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Certification of Counsel Regarding Notice of Sale Pursuant to Order Authorizing Debtors to Conduct De Minimis Asset Sales of $25,000 or Less without Further Order of the Court** [Docket No. 110]

Dated: May 15, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this _15_ day of _May_, 20_15_, by Alejandro Soria proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

**EXHIBIT A**

| | | |
|---|---|---|
| ACADEMIXDIRECT, INC.<br>ATTN: PHILIP CONNOLLY<br>4400 BOHANNON DRIVE, SUITE 110<br>MENLO PARK CA 94025 | AMBASSADOR EDUCATION SOLUTIONS<br>ATTN: VINCENT MIRRIONE<br>445 BROAD HOLLOW ROAD STE. 206<br>MELVILLE, NY 11747 | BARCLAYS<br>ATTN: STEVEN MCCLATCHEY<br>745 SEVENTH AVE., 30TH FLOOR<br>NEW YORK, NY 10019 |
| BROWN RUDNICK LLP<br>ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | CA STATE OF BOARD OF EQUALIZATION<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279 | COOLEY LLP<br>ATTN: MICHAEL GOLDSTEIN<br>1299 PENNSYLVANIA AVE, NW, SUITE 700<br>WASHINGTON, DC 20004 |
| DECCAN PLATEAU CORPORATION<br>C/O CHAPMAN DELESK & EMGE LLP<br>ATTN: C. MICHAEL CHAPMAN<br>28202 CABOR ROAD, 3RD FLOOR<br>LAGUNA NIGUEL CA 92677 | DYNTEK SERVICES<br>ATTN: DARLENE PRICHER<br>4440 VON KARMAN STE#200<br>NEWPORT BEACH, CA 92660 | ELOYALTY, LLC<br>ATTN: MICHAEL MCKNIGHT<br>9197 S. PEORIA ST.<br>ENGLEWOOD, CO 80112 |
| EQUITY ONE, INC.<br>PROPERTY MANAGEMENT DEPARTMENT<br>1640 POWERS FERRY ROAD<br>BUILDING 11, SUITE 250<br>MARIETTA, GA 30067 | FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0501 | GRAEBEL RELOCATION SVC WORLDWIDE, INC.<br>ATTN: WILLIAM NEVER<br>P.O. BOX 71775<br>CHICAGO, IL 60694 |
| INTERNAL REVENUE SERVICES<br>OGDEN, UTAH 84201-0039 | JONES LANG LASALLE INC.<br>ATTN: RONDA CLARK<br>4 PARK PLAZA, SUITE 900<br>IRVINE, CA 92614 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>C/O LAW OFFICES OF THOMAS E. BISHOP<br>900 VETERANS BLVD, SUITE 410<br>REDWOOD CITY, CA 94063 |
| LOS ANGELES COUNTY TAX COLLECTOR<br>P.O. BOX 54027<br>LOS ANGELES, CA 90054-0027 | MARRIOTT HOTEL SERVICES, INC.<br>ATTN: JOHN C. JOSEFSBERG, RUDNER LAW OFFICES<br>GAYLORD NATIONAL CONVENTION CENTER &<br>NEWPORT BEACH MARRIOTT<br>12740 HILLCREST ROAD, SUITE 240<br>DALLAS, TX 75230 | MCKINLEY AVENUE, LLC<br>ATTN: CHRISTOPHER HALE<br>839 NORTH JEFFERSON STREET, SUITE 400<br>MILWAUKEE, WI 53202 |
| MICHELLE LEE REID ZAGORSKI<br>ADDRESS REDACTED | P.R.G. INVESTMENT FUND, L.P.<br>ATTN: PARIS NOURAFCHAN<br>9454 WILSHIRE BLVD, SUITE 220<br>BEVERLY HILLS CA 90212 | PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: DIANNA MARRONE<br>419 W. 48TH STREET, SUITE 300<br>HIALEAH, FL 33012 |
| PAUL DIMEO<br>ADDRESS REDACTED | PAYNE & FEARS LLP<br>ATTN: JEFF BROWN<br>4 PARK PLAZA, SUITE 1100<br>IRVINE, CA 92614 | RACKSPACE HOSTING<br>ATTN: ALAN SCHOENBAUM<br>P.O. BOX 730759<br>DALLAS, TX 75373-0759 |
| SHOOK HARDY & BACON LLP<br>ATTN: COURTNEY A. HASSELBERG<br>RE: AEROTEK, INC.X<br>JAMBOREE CENTER<br>5 PARK PLAZA, SUITE 1600<br>IRVINE, CA 92614 | SQUAR MILNER PETERSON MIRANDA<br>& WILLIAMSON LLP<br>ATTN: ERNEST MIRANDA<br>4100 NEWPORT PLACE DRIVE, SUITE 600<br>NEWPORT BEACH CA 92660 | STORE MASTER FUNDING I, LLC<br>ATTN: MICHAEL J. ZIEG<br>8501 E. PRINCESS DRIVE, SUITE 190<br>SCOTTSDALE, AZ 85255 |
| STUDENTSCOUT, LLC<br>ATTN: WILLIAM DOLAN<br>77 WEST WACKER DRIVE<br>CHICAGO, IL 60601 | SUCCESSFACTORS, INC.<br>ATTN: RORY CLENDON<br>1500 FASHION ISLAND BLVD., STE 300<br>SAN MATEO, CA 94404 | TALLAN, INC.<br>ATTN: MICHELLE HALL<br>175 CAPITAL BLVD., SUITE 401<br>ROCKY HILL CT 6067 |
| THE ROSNER LAW GROUP<br>ATTN: JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 | TORONTO COLLEGE PARK, LTD<br>GWL REALTY ADVISORS<br>C/O GWL REALTY ADVISORS<br>33 YOUNGE STREET, SUITE 830<br>TORONTO, ON M5E 1G4<br>CANADA | TRI DIMENSIONAL SOLUTIONS INC.<br>ATTN: MAYANK PRABHAKAR<br>6321 SAN BONITA AVE.<br>CLAYTON, MO 63105 |

| | | |
|---|---|---|
| U.S. DEPARTMENT OF EDUCATION<br>400 MARYLAND AVENUE SW<br>WASHIGNTON, DC 20202 | WALGREENS OF HAWAII, LLC<br>ATTN: PAUL S. LIM<br>104 WILMOT ROAD, MS1420<br>DEERFIELD, IL 60015 | WATT LONG BEACH, LLC<br>ATTN: GREGORY W. KOONCE, ESQ.<br>1517 LINCOLN WAY, COURTHOUSE PLAZA<br>AUBURN CA 95603 |

Parties Served: 36