## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: Docket No. 46** |

-------------------------------------------------------------

### NOTICE OF EFFECTIVE DATE OF REJECTION FOR UNEXPIRED
### LEASES OF NONRESIDENTIAL REAL PROPERTY

| THIS NOTICE RELATES TO THE LEASES FOR THE FOLLOWING LOCATIONS: | |
|---|---|
| 10400 North 25th Avenue, Phoenix, AZ 85021 | 5416 East Baseline Road, Mesa, AZ 85206 |
| 2920 Prospect Park Dr., Suite 215, Rancho Cordova, CA 95670 | 2910 Prospect Park Drive, Rancho Cordova, CA 95670 |
| 7 Sierra Gate Plaza, Roseville, CA 95678 | 6035 NE 78th Court, Portland, OR 97218 |
| 255 West Bullard Avenue, Fresno, CA 93704 | 1541 East March Lane, Stockton, CA 95210 |
| 2400 Del Paso Road, Sacramento, CA 95834 | |

**PLEASE TAKE NOTICE** that, on May 4, 2015, Corinthian Colleges, Inc. and certain

of its subsidiaries (collectively, the "**Debtors**") each filed a voluntary petition for relief under

chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy**

**Code**").

**PLEASE TAKE FURTHER NOTICE** that, on May 6, 2015, the Debtors filed the

*Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1

*Leases of Nonresidential Real Property Effective* Nunc Pro Tunc *to the Date that the Debtors Surrendered Possession; (II) Approving the* Nunc Pro Tunc *Abandonment of any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief* [Docket No. 46] (the "**Rejection Motion**") seeking to reject certain leases of nonresidential real property, as identified in the Rejection Motion (the "**Leases**"), effective *nunc pro tunc* to the date that the Debtors surrendered possession of the underlying premises to the landlord and/or non-Debtor counterparties to each Lease.

**PLEASE TAKE FURTHER NOTICE** that, with respect to the Leases identified on Exhibit A hereto, the Debtors unequivocally surrendered possession of the premises, including returning or providing all keys, keycards and access codes necessary to access the premises, to the landlord and/or non-Debtor counterparties to the Rejected Leases on May 15, 2015 (the "**Proposed Effective Date**").

**PLEASE TAKE FURTHER NOTICE** that, as indicated in the Rejection Motion, the Debtors abandoned all personal property owned by the Debtors' remaining at the premises as of the Proposed Effective Date pursuant to section 554(a) of the Bankruptcy Code.  For the avoidance of doubt, the Debtors understand that certain equipment leased from HP Financial Services ("**HPFS**") and Ricoh Americas Corporation ("**Ricoh**") remains at the premises.  On May 4, 2015, the Debtors notified HPFS and Ricoh of the need to recover the leased equipment on or before May 8, 2015 and understand that HPFS and Ricoh are or will soon be communicating with the landlords regarding the retrieval of the equipment.

**PLEASE TAKE FURTHER NOTICE** that, a hearing is scheduled for **May 27, 2015 at 2:00 p.m. (Eastern Time)** (the "**Hearing**") before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware at the United States Bankruptcy Court for the

2

District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"), at which the Debtors will seek the entry of an order approving the relief requested in the Rejection Motion.

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections to the Rejection Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed counsel for the Debtors on or before **May 20, 2015 at 4:00 p.m. (Eastern Time)**.

IF NO OBJECTIONS TO THE REJECTION MOTION ARE TIMELY FILED, SERVED AND RECEIVED, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE REJECTION MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 15, 2015
      Wilmington, Delaware

/s/ Marisa A. Terranova
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      terranova@rlf.com
      steele@rlf.com

Proposed Counsel for the Debtors and Debtors in Possession

RLF1 11997418v.1