## **EXHIBIT A**

**Rejected Leases**

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Mesa | Omninet Inverness, LP | | 9420 Wilshire Blvd, Suite #400 | | Beverly Hills | CA | 90212 | Lease between Inverness M-6 Holding LP and Corinthian Colleges Inc. and any amendments thereto | 5/3/2005 | 5/15/2015 |
| Phoenix | CWSP-I-J, LLC | | 3808 N. Sullivan Road, Bldg N15, Suite 202 | | Spokane | WA | 99216 | Corporate Center Office Lease between Property LS OB One Corporation ("Landlord") and Corinthian Colleges, Inc. ("Tenant") and any amendments thereto | 5/1/2003 | 5/15/2015 |
| | CWSP-I-J, LLC | c/o Crown West Realty, LLC | 2355 E. Camelback Rd, Suite 325 | | Phoenix | AZ | 85016 | | | |
| Portland - 78th Ct (Heald) | BB&S Development, LLC | | 1500 NW 18th Ave, Suite 116 | | Portland | OR | 97209 | Lease Agreement By and Between BB&S Development, LLC, an Oregon limited liability company, as Landlord and Heald College, LLC, a California limited liability company, as Tenant and any amendments thereto | 8/6/2008 | 5/15/2015 |
| | Cosgrave Vergeer Kester LLP | | 805 SW Broadway | Eighth Floor | Portland | OR | 92705 | | | |
| | C&R Real Estate Services Co. | | 1440 SW Taylor Ave. | | Portland | OR | 92705 | | | |
| Rancho Cordova - (Heald) / Fresno (Heald) / Roseville (Heald) | Store Master Funding I, LLC | | 8501 E. Princess Drive, Suite 190 | | Scottsdale | AZ | 85255 | Master Lease Agreement by and between Store Master Funding I, LLC as Lessor and Corinthian Colleges, Inc. as Lessee and any amendments thereto | 2/29/2012 | 5/15/2015 |
| | Kutak Rock LLP | | 1801 California Street, Suite 3100 | | Denver | CO | 80202 | | | |
| Rancho Cordova (Heald) - Annex | Metcalf Family Trust | c/o Sierra Asset Management, Inc. | 2920 Prospect Park Drive, Suite 215 | | Rancho Cordova | CA | 95670-6036 | Office Lease by and between Heald College, as Tenant, and D & K Metcalf I Partnership, LP, as Landlord, for Property Located at 22920 Prospect Park Drive, Suite 105, Rancho Cordova, CA 95670, and any amendments thereto | 8/24/2010 | 5/15/2015 |
| | D&K Metcalf I Company, LLC | | 2920 Rohrer Drive | | Lafayette | CA | | | | |
| Sacramento - Del Paso Road | 2400 Del Paso Road Investors LP | c/o Buzz Oates Management Services | 8615 Elder Creek Road | | Sacramento | CA | 95828 | Multi-Tenant Office Lease Agreement (Full-Service Gross, California Form) between 2400 Del Paso Road Investors LP, a California limited partnership as "Landlord" and Heald College, LLC, a California limited liability company as "Tenant" and any amendments thereto | 1/4/2012 | 5/15/2015 |
| Stockton Annex (Heald) | SSM Properties LLC | | 433 Airport Boulevard | Suite 224 | Burlingame | CA | 94010 | Lease agreement between S.S.M. Properties, LLC, a California limited liability company ("Landlord"), and Heald College, LLC, a California limited liability company ("Tenant") and any amendments thereto | 11/14/2007 | 5/15/2015 |