## EXHIBIT A

**Rejected Lease**

**Exhibit A - Rejected Lease**

| Campus | Landlord Name | Contact Name | Address 1 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| Salinas (Heald) | C.W. Swenson Inc. | c/o MCM Diversified Inc. | 777 North First Street | San Jose | CA | 95112 | Office Lease (Gross) between C.W. Swenson ("Landlord") and Heald Colleges of California ("Tenant") and any amendments thereto | 11/20/1995 | 5/16/2015 |