IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                          Chapter: 11
CORINTHIAN COLLEGES, INC., et al.                Case No. 15-10952-KJC
            Debtors.                             Jointly Administered

---

LIMITED NOTICE OF APPEARANCE
Bankruptcy Rules 2002(g) and 9010(b)

---

PLEASE TAKE NOTICE that Attorney General Maura Healey and Assistant Attorneys General Peter Leight and Glenn Kaplan enter this limited appearance on behalf of the Commonwealth of Massachusetts, a party in interest in the above-entitled case, and request that copies of all future pleadings and notices be served upon the Commonwealth at the address noted below.

THIS LIMITED APPEARANCE IS FILED ONLY AS A REQUEST FOR INFORMATION AND SHALL NOT BE CONSTRUED AS A WAIVER OF THE COMMONWEALTH'S IMMUNITY OR ITS CONSENT TO JURISDICTION HEREIN.

Dated this 18th date of May, 2015.

MAURA HEALEY
ATTORNEY GENERAL


/s/ Glenn Kaplan
Glenn Kaplan, BBO #567308
Peter Leight, BBO #631580
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 727-2200
Glenn.Kaplan@state.ma.us
Peter.Leight@state.ma.us

CERTIFICATE OF SERVICE

I, Glenn Kaplan, hereby certify that on the 18th day of May, 2015, I caused a true and correct copy of the foregoing LIMITED NOTICE OF APPEARANCE OF THE COMMONWEALTH OF MASSACHUSETTS to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below.

Dated: May 18, 2015                               /s/ Glenn Kaplan
                                                  Glenn Kaplan


Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
collins@rlf.com
merchant@rlf.com
terranova@rlf.com
steele@rlf.com

Richard L. Schepacarter, Esq.
Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801
timothy.fox@usdoj.gov
richard.schepacarter@usdoj.gov