## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on May 16, 2015, I caused true and correct copies of the following document to be served (i) via email to the party listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Notice of Effective Date of Rejection for Unexpired Lease of Nonresidential Real Property [Docket No. 138]**

Dated: May 18, 2015

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 16 day of MAY, 2015, by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

M. SHOWALTER
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2039364
LOS ANGELES COUNTY
My Comm. Exp. September 23, 2017

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

**Corinthian Colleges, Inc. -  Service List to e-mail Recipients**                                    **Served 5/16/2015**

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

Parties Served:  1

## **EXHIBIT B**

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                                              Served 5/16/2015

AMBER THOMPSON
538 TROY DR., APT. #3
SAN JOSE, CA 95117

ARIZONA DEPARTMENT OF EDUCATION
1535 WEST JEFFERSON STREET
PHOENIX, AZ 85007

ASHBY & GEDDES, P.A.
ATTN: WILLIAM BOWDEN/RICARDO PALACIO
ATTN: LEIGH-ANNE RAPORT
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899-1150

BMC GROUP, INC.
ATTN: T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO, CA 90245

BRITTANY ANN SMITH JACKL
3532 BARREL SPRINGS DR.
ORANGE PARK, FL 32073

BROWN RUDNICK LLP
ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBE
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

C.W. SWENSON INC.
C/O MCM DIVERSIFIED INC.
777 NORTH FIRST STREET
SAN JOSE, CA 95112

CA LABOR & WORKFORCE DEVELOPMENT AGENC
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA DEPARTMENT OF EDUCATION
1430 N STREET
SACRAMENTO, CA 95814-5901

CALIFORNIA DEPARTMENT OF JUSTICE
1300 I ST., #1142
SACRAMENTO, CA 95814-5901

CRYSTAL LOESER
4928 VALLEY TERRACE WAY
SALIDA, CA 95368

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
ONE LOGAN SQUARE, STE. 2000
PHILADELPHIA, PA 19103-6996

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN
222 DELAWARE AVE., STE.1410
WILMINGTON, DE 19801-1621

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JEFFER MANGELS BUTLER & MITCHELL LLP
ATTN: BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

JESSICA KING
653 CLINTON DR.
NEWPORT NEWS, VA 23605

KATTEN MUCHIN ROSENMAN LLP
ATTN: BRIAN HUBEN/DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES, CA 90067-3012

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

KRYSTLE POWELL
150 GARDINER AVE., #3
SOUTH SAN FRANCISCO, CA 94080

LABOR DEPARTMENT
800 W WASHINGTON ST
PHOENIX, AZ 85007

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

MICHAEL ADORNO-MIRANDA
6583 TRENTON ST.
COLORADO SPRINGS, CO 80923

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK, NY 10019-9601

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

**Corinthian Colleges, Inc. - U.S. Mail**                                                                    Served 5/16/2015

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

OCCUPATIONAL SAFETY &
HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX
844 KING STREET, SUITE 2313
LOCKBOX 35
WILMINGTON, DE 19801-3519

OREGON DEPARTMENT OF EDUCATION
255 CAPITOL STREET NE
SALEM, OR 97310-0203

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM, OR 97301-4096

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SIDLEY AUSTIN LLP
ATTN: JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: FELICIA GERBER PERLMAN
155 N. WACKER DRIVE
CHICAGO, IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

TASHA COURTRIGHT
32209 RIVERSIDE DR., APT. K4
LAKE ELSINORE, CA 92530

THE ROSNER LAW GROUP
ATTN: JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801

TX COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: COURTNEY J. HULL
ATTN: JOHN MARK STERN, AAG
BANKRUPTCY & COLLECTIONS DIVISION, MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548

U.S. ATTORNEY'S OFFICE
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON, DE 19899-2046

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN: LLOYD H. RANDOLPH
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
ATTN: F. MARK BROMLEY, AAG
POST OFFICE BOX 7857
MADISON, WI 53707-7857

Parties Served: 61