## EXHIBIT A

## Rejected Lease

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles West | EJLC Robertson LLC | | 16456 Bernardo Center Drive | | San Diego | CA | 92128 | Standard Multi-Tenant Office Lease between Atrium Properties, LLC and Corinthian Colleges Inc. and any amendments thereto | 12/22/2003 | |