*National Union Fire Insurance Company of Pittsburgh, Pa.*
**CLAIM REPORTING INFORMATION SHEET**

Reported Under Policy/Bond Number: _01-691-05-30_    Date: _____

Type of Coverage: _D00200_

Insured's Name, As Given On Policy Declarations (Face Page):

_CORINTHIAN COLLEGES INC_
_____
_____

Contact Person: _____

Title: _____

Phone: (_____) _____-_____ Ext _____

Case Or Claimant Name:
_____
_____
_____

If The Party Involved Is Different From "Insured" Name (As Given On Policy Declarations) State Relationship: _____

Insurance Broker/Agent: _ARTHUR J. GALLAGHER & CO INS BROKERS OF CA, INC._

Address: _505 N BRAND BLVD_
_STE 600_
_GLENDALE, CA 91203-3018_

Contact: _MARK KNEPSHIELD_

Phone: _____

Please Provide The Information Requested Above So That We May Expedite Our Service To You.

Send Notice Of Claims To:    Chartis                          Phone: (888) 602-5246
                             Financial Lines Claims           Fax:   (866) 227-1750
                             P.O. Box 25947                   Email: c-Claim@chartisinsurance.com
                             Shawnee Mission, KS 66225

*centralized Customer Link and Information Management*



# Executive Liability Value Proposition

## Why Choose Chartis for your Executive Liability Coverage needs?

**UNDERWRITING EXPERTISE & MARKET DEDICATION**
- Named the #1 provider of Directors & Officers insurance [1]
- More than 40 years of experience and commitment to the market, offering stable, high-limit capacity with a diverse appetite for risk
- Broad and innovative product offering, including unrivaled international capabilities via our Passport platform
- Ongoing pursuit of outstanding client service through continuous dialogue and client feedback response
- Over 350 dedicated underwriting professionals with an average of 10 years of industry experience
- A dedicated legal staff skilled in developing manuscript solutions tailored to client coverage needs
- Regional offices provide local underwriting presence and authority, delivering expertise and solutions across all lines of business
- Specialized underwriting and claims units focused on key segments, including Errors and Omissions, Financial Institutions, Fidelity and Private and Non-Profit
- Large geographic footprint that benefits companies doing business in multiple international jurisdictions
- Nearly 20,000 unique policyholders [2]

**SUPERIOR CLAIMS MANAGEMENT**
- We have a claims staff of 300 who manage 27,000 new claims per year, averaging 2,250 new claims per month
- Our claims management team has an average of 15 years of industry experience for management
- Total payments made by Executive Liability on behalf of its insureds in 2008 totaled more than $1.9 billion
- Resolved claims exceeding $9 million in value have increased over 850 percent since 1996 [3]
- The top 25 claims paid by Executive Liability in 2008 totaled nearly $300 million

**CHARTIS FINANCIAL SNAP-SHOT**
- Chartis Worldwide Statutory Surplus is $32.1 billion [4]
- In 2008, Chartis companies wrote $52.1 billion in gross written premiums worldwide
- Chartis has ample resources to pay policyholder claims, paying $71 million in claims worldwide every business day in 2008
- Objective sources confirm our company's strong financial standing. From rating agencies to broker assessments, metrics in the insurance industry indicate that Chartis remains one of the most financially secure insurance organizations
- Our financial strength combined with our experience, global reach and broad range of product and service offerings, solve the insurance needs of 40 million clients worldwide

---

**STAYING POWER**
Our consistent market leadership and commitment has lasted for over 40 years, while other carriers shift their focus and support from year-to-year. Our global underwriting capacity, philosophy and expertise-coupled with our local presence-enables Executive Liability to assess the most complex risks and respond rapidly when unforeseen events occur.

---

[1] Towers Perrin 2008 Directors and Officers Liability Survey.
[2] Does not include Programs or Small Business accounts.
[3] NERA Economic Consulting.
[4] Year ended December 31, 2008.

Case 15-10952-JTD    Doc 149-4    Filed 05/18/15    Page 3 of 16

## INNOVATIVE SOLUTIONS

**Passport:** State-of-the-market way for multinationals to secure locally-admitted insurance that is in sync with local requirements and customs, and written in local language worldwide.

**Specialty Risk Protector℠:** A modular package of professional liability and data network security coverages for all types of businesses. Businesses can bundle multiple lines of coverage into one policy.

**Corporate Counsel Premier®:** Provides general counsel and other in-house attorneys employed by public and private companies with coverage for claims alleging professional malpractice.

**Lawyers Professional Liability Program:** This admitted program provides broad coverage for attorneys and includes crisis management coverage to help mitigate damage to a law firm's reputation.

**Personal Identity Coverage:** Enables organizations to extend expert assistance and financial relief to employees, customers or members who are victims of identity theft. This innovative program combines extensive recovery support as well as reimbursement of costs related to a theft incident.

**Public Entity Plan and Trustee Protector:** A policy that protects individuals who manage governmental entity employee benefit plans from fiduciary liability exposures.

**Financial Institutions Risk Protector®:** A modular package of directors and officers and professional liability coverages for private and public financial institutions. Coverages can be bundled into one policy to provide flexible protection tailored for a financial institution's full spectrum of management and professional liability risks.

**EPL Pak® Premier:** The Employment Practices Liability Loss Prevention Pack offered through Jackson Lewis, LLP, helps insureds proactively mitigate employment practices exposures. The program includes both training programs that help instill proper employment practices within an organization and resources to keep employers informed of changing statutes, regulations and court decisions shaping the employment landscape.

**CrisisFund®:** Built-in crisis management enhancement provides policyholders with professional support, including a 24-hour hotline with access to claims specialists, and immediate funds in the event of a serious crisis. Up to $250,000 of additional policy limits available to cover immediate expenses and an additional $50,000 limit to retain the services of a public relations or crisis management firm.

**Fidelity Research and Investigative Settlement Clause (FRISC):** A unique provision in Fidelity policies that allows the insured to select an investigative specialist or forensic accountant to determine the facts of the case and quantify the loss. This sets the stage for an efficient, cooperative loss investigation and settlement process that can save the insured time and money. Even if the loss is ultimately determined to not be covered under the policy, the insurer still pays half of the investigation expenses.

**PrivateEdge Plus:** A flexible modular package that offers market-leading management and professional liability coverage for private companies of any size. Choose one or combine multiple coverage options to customize a comprehensive program that meets specific business needs.

**eDiscovery Solutions:** A litigation-management tool devised to create a strategy to handle the collection of electronically stored information throughout litigation.

**Panel Counsel:** Comprised of some of the nation's premier litigators who specialize in defending securities, employment practices, fiduciary liability and technology litigation. Participating law firms have a proven record of achieving litigation success while maximizing litigation efficiency. Consistent superior performance is required to maintain a position on the panel.

**Policy Issuance:** Centralized Service Center facilitates standardization and efficiencies that result in greater policy accuracy and faster turnaround time.

**eDelivery:** A leading web-based system that enables the electronic delivery of policies and midterm endorsements in PDF format.

For more information about Executive Liability, please contact us at executiveliability@chartisinsurance.com or visit www.chartisinsurance.com.



**CHARTIS**
Your world, insured

Chartis is a world leading property-casualty and general insurance organization serving more than 40 million clients in over 160 countries and jurisdictions. With a 90-year history, one of the industry's most extensive ranges of products and services, deep claims expertise and excellent financial strength, Chartis enables its commercial and Personal Insurance clients alike to manage virtually any risk with confidence.

Chartis is the marketing name for the worldwide property-casualty and general insurance operations of Chartis Inc. For additional information, please visit our website at www.chartisinsurance.com.

All products are written by insurance company subsidiaries or affiliates of Chartis Inc. Coverage may not be available in all jurisdictions and is subject to actual policy language. Non-insurance products and services may be provided by independent third parties. Certain coverages may be provided by a surplus lines insurer. Surplus lines insurers do not generally participate in state guaranty funds and insureds are therefore not protected by such funds.

EX A - 83

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from the Chartis companies. Chartis insurance companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by Chartis insurance companies to brokers and independent agents in the United States by visiting our website at www.chartisinsurance.com/producercompensation or by calling 1-800-706-3102.

June 1, 2010

Emily Erickson
ARTHUR J GALLAGHER & COMPANY
505 N. BRAND BLVD. #600
GLENDALE, CA 91203-3944

RE:   Corinthian Colleges, Inc.

Insuring Company: Federal Insurance Company

Dear Emily:

Enclosed is our Directors and Officers Liability Excess Chubb Policy for the above referenced Insured.

I want to thank you for the opportunity to underwrite this account.

Please let me know if I can be of further assistance.

Sincerely,

*[signature]*

Luke Figora

CHUBB SPECIALTY INSURANCE

lxc

PREMIUM BILL

Insured:    Corinthian Colleges, Inc.                                      Date:   06/01/2010

Producer:   ARTHUR J GALLAGHER & COMPANY
            505 N. BRAND BLVD. #600
            GLENDALE, CA 91203-3944

Company:    Federal Insurance Company

THIS BILLING IS TO BE ATTACHED TO AND FORM A PART OF THE POLICY REFERENCED BELOW.

Policy Number:   8221-8929

Policy Period:   March 31, 2010 to March 31, 2011

NOTE: PLEASE RETURN THIS BILL WITH REMITTANCE AND NOTE HEREON ANY CHANGES. BILL WILL BE RECEIPTED AND RETURNED TO YOU PROMPTLY UPON REQUEST.

PLEASE REMIT TO PRODUCER INDICATED ABOVE. PLEASE REFER TO 8221-8929

| Product | Effective Date | Premium |
| --- | --- | --- |
| D&OEXCB | 03/31/10 | $245,000.00 |
|  |  |  |

* For Kentucky policies, amount displayed includes tax and collection fees.

| | |
| --- | --- |
| **TOTAL POLICY PREMIUM** | $245,000.00 |
| **TOTAL INSTALLMENT PREMIUM DUE** | $245,000.00 |

Form 26-10-0426 (Ed. 2/98)          EX A - 86

PREMIUM BILL

Date:   06/01/2010

Insured:   Corinthian Colleges, Inc.

Producer:   ARTHUR J GALLAGHER & COMPANY
505 N. BRAND BLVD. #600
GLENDALE, CA 91203-3944

Company:   Federal Insurance Company

THIS BILLING IS TO BE ATTACHED TO AND FORM A PART OF THE POLICY REFERENCED BELOW.

Policy Number:   8221-8929

Policy Period:   March 31, 2010 to March 31, 2011

NOTE: PLEASE RETURN THIS BILL WITH REMITTANCE AND NOTE HEREON ANY CHANGES. BILL WILL BE RECEIPTED AND RETURNED TO YOU PROMPTLY UPON REQUEST.

| Product | Effective Date | Commission Rate | Premium |
|---|---|---|---|
| D&OEXCB | 03/31/10 | 15.00 % | $245,000.00 |
|  |  |  |  |

* For Kentucky policies, amount displayed includes tax and collection fees.

| TOTAL POLICY PREMIUM | $245,000.00 |
|---|---|
| TOTAL INSTALLMENT PREMIUM DUE | $245,000.00 |

WHEN REMITTING PLEASE INDICATE POLICY OR CERTIFICATE NUMBER

Form 26-10-0426 (Ed. 2/98)           EX A - 87

# POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE
(for policies with no terrorism exclusion or sublimit)
Insuring Company: Federal Insurance Company

You are hereby notified that, under the Terrorism Risk Insurance Act (the "Act"), effective December 26, 2007, this policy makes available to you insurance for losses arising out of certain acts of terrorism. Terrorism is defined as any act certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

You should know that the insurance provided by your policy for losses caused by acts of terrorism is partially reimbursed by the United States under the formula set forth in the Act. Under this formula, the United States pays 85% of covered terrorism losses that exceed the statutorily established deductible to be paid by the insurance company providing the coverage.

However, if aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

10-02-1281 (Ed. 1/2003)

If aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

The portion of your policy's annual premium that is attributable to insurance for such acts of terrorism is: $ **-0-.**

If you have any questions about this notice, please contact your agent or broker.

10-02-1281 (Ed. 1/2003)

EX A - 90

## IMPORTANT NOTICE TO POLICYHOLDERS

Insuring Company: Federal Insurance Company

All of the members of the Chubb Group of Insurance companies doing business in the United States (hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers").  Detailed information regarding the types of compensation paid by Chubb to producers on US insurance transactions is available under the Producer Compensation link located at the bottom of the page at www.chubb.com, or by calling 1-866-588-9478.  Additional information may be available from your producer.

Thank you for choosing Chubb.

10-02-1295 (ed. 6/2007)

EX A - 90

June 1, 2010

Corinthian Colleges, Inc.
6 Hutton Centre Drive
Suite 400
Santa Ana , CA 927075764

Re:   Financial Strength
      Insuring Company: Federal Insurance Company

Dear Corinthian Colleges, Inc.,

Chubb continues to deliver strong financial performance.  Our financial strength, as reflected in our published reports and our ratings, should give you peace of mind that Chubb will be there for you when you need us most.

- Chubb's financial results during calendar year 2008 stand out in the industry.
- Chubb's balance sheet is backed with investments that we believe emphasize quality, safety, and liquidity, with total invested assets of $38.7 billion as of December 31, 2008.
- With 127 years in the business, Chubb is here for the long term, which is why we vigorously guard our financial strength and take what we believe is a prudent approach to assuming risk - on both the asset and liability sides of our balance sheet.
- Chubb is one of the most highly rated property and casualty companies in the industry, which is a reflection of our overall quality, strong financial condition, and strong capital position.
    - Chubb's financial strength rating is "A++" from A.M. Best Company, "AA" from Fitch, "Aa2" from Moody's, and "AA" from Standard & Poor's – the leading independent evaluators of the insurance industry.
    - Chubb's senior unsecured corporate debt rating from Standard & Poor's was upgraded from "A" to "A+" on December 15, 2008.  Standard & Poor's also reaffirmed all of Chubb's ratings with a "stable" outlook.
    - A.M. Best, Fitch, and Moody's recently affirmed all of Chubb's ratings with a "stable" outlook. (For reference, A.M. Best reaffirmed us on 12/23/08, Fitch on 2/13/09, and Moody's on 2/4/09.)
    - For more than 50 years, Chubb has remained part of an elite group of insurers that have maintained A.M. Best's highest ratings.
- Chubb was named to Standard & Poor's list of S&P 500 Dividend Aristocrats, one of 52 companies in the S&P 500 index that have increased dividends every year for at least 25 consecutive years.

- Chubb's investment portfolio has held up extremely well. Chubb takes what we believe is a conservative approach to selecting and managing our assets. Furthermore, Chubb does not have any direct exposure to the subprime mortgage-backed securities market, and we stopped doing new credit derivative business in 2003 and put existing business in runoff.

Rarely has Chubb's business philosophy – to underwrite conservatively and invest judiciously – been more important than it is today. By adhering to this philosophy, we now have the capacity and flexibility to respond to opportunities, especially when you engage us in fully understanding your business risks.

We want you to know that Chubb is well-positioned to continue serving your needs with our underwriting expertise; broad underwriting appetite across all property, casualty, and specialty lines; and claim services. If you have any questions, feel free to call your agent or broker or your local Chubb underwriter. As always, we appreciate the trust you place in us as your insurance partner.

# *EXCESS POLICY*

DECLARATIONS

Policy Number   8221-8929

**Federal Insurance Company**,
a stock insurance company, incorporated under the laws of Indiana, herein called the Company.

| | | |
|---|---|---|
| Item 1. | **Parent Organization**: | Corinthian Colleges, Inc. |
| Item 2. | Principal Address: | 6 Hutton Centre Drive<br>Suite 400<br>Santa Ana, CA  927075764 |

Item 3   Limit of Liability:

Each **Policy Period**                    $10,000,000

Item 4.   **Underlying Insurance**:

(A)   **Primary Policy**

| Insurer | Policy Number | Limits | Policy Period |
|---|---|---|---|
| National Union Fire Insurance Co. of Pittsburgh, Pa. | 01-691-05-30 | $10,000,000.00 | March 31, 2010 To March 31, 2011 |

(B)   Other Policies

| Insurer | Policy Number | Limits | Policy Period |
|---|---|---|---|
| N/A | | | |

Item 5.   **Policy Period**:       From:   12:01 a.m. on March 31, 2010
                                   To:     12:01 a.m. on March 31, 2011

Item 6.   Endorsements Effective at Inception:   See Schedule of Forms Attached

Item 7.   Termination of Prior Policies:   New Business

Item 8.   Pending or Prior Date:   February 4, 1999

The Company issuing this policy has caused this policy to be signed by its authorized officers, but it shall not be valid unless also signed by a duly authorized representative of the Company.

**FEDERAL INSURANCE COMPANY**

*W. Andrew Macan*
_____
Secretary

*John J. Degnan*
_____
President

06/01/2010
_____
Date

_____
Authorized Representative

# *Excess Policy*

In consideration of the payment of the premium and subject to the Declarations, limitations, conditions, provisions and other terms of this policy, the Company agrees as follows:

| | | |
|---|---|---|
| ***Insuring Clause*** | 1. | The Company shall provide the **Insureds** with insurance during the **Policy Period** excess of the **Underlying Limit**. Coverage hereunder shall attach only after the insurers of the **Underlying Insurance** shall have paid in legal currency the full amount of the **Underlying Limit** for such **Policy Period**. Coverage hereunder shall then apply in conformance with the terms and conditions of the **Primary Policy** as amended by any more restrictive terms and conditions of any other policy designated in Item 4(B) of the Declarations, except as otherwise provided herein. |
| ***Maintenance of Underlying Insurance*** | 2. | All **Underlying Insurance** shall be maintained in full effect during the **Policy Period** and shall afford the same coverage provided by all **Underlying Insurance** in effect upon inception of this **Policy Period**, except for any depletion or exhaustion of the **Underlying Limit** solely by reason of payment of losses thereunder. |
| ***Depletion of Underlying Limit*** | 3. | Only in the event of exhaustion of the **Underlying Limit** by reason of the insurers of the **Underlying Insurance,** or the **Insureds** in the event of financial impairment or insolvency of an insurer of the **Underlying Insurance**, paying in legal currency loss which, except for the amount thereof, would have been covered hereunder, this policy shall continue in force as primary insurance, subject to its terms and conditions and any retention applicable to the **Primary Policy**, which retention shall be applied to any subsequent loss in the same manner as specified in the **Primary Policy**. |
| | | The risk of uncollectability of any **Underlying Insurance**, whether because of financial impairment or insolvency of an underlying insurer or any other reason, is expressly retained by the **Insureds** and is not in any way insured or assumed by the Company. |
| ***Underlying Sublimits*** | 4. | If any **Underlying Limit** is subject to a **Sublimit**: |
| | a. | coverage hereunder shall not apply to any claim which is subject to such **Sublimit**, however, |
| | b. | the **Underlying Limit** shall be recognized hereunder as depleted to the extent of any payment of such claim subject to such **Sublimit**. |
| ***Limit of Liability*** | 5. | The Company's maximum liability for loss shall be the amount set forth in Item 3 of the Declarations. |
| ***Claim Participation*** | 6. | The Company may, at its sole discretion, elect to participate in the investigation, settlement or defense of any claim covered by this policy even if the **Underlying Insurance** has not been exhausted. |

| | | |
|---|---|---|
| **Pending or Prior Matters** | 7. | The Company shall not be liable under this policy for any loss which is based upon, arises from or is in consequence of any demand, suit or other proceeding pending, or order, decree or judgment entered against any **Insured** on or prior to the Pending or Prior Date set forth in Item 8 of the Declarations, or the same or any substantially similar fact, circumstance or situation underlying or alleged therein. |
| **Subrogation - Recoveries** | 8. | In the event of any payment under this policy, the Company shall be subrogated to the extent of such payment to all the **Insureds'** rights of recovery and the **Insureds** shall execute all papers required and shall do everything necessary to secure and preserve such rights, including the execution of such documents necessary to enable the Company effectively to bring suit in the name of the **Insured**. |
| | | Any amounts recovered after payment of loss hereunder shall be apportioned in the inverse order of payment to the extent of actual payment. The expenses of all recovery proceedings shall be apportioned among the recipients of the recovery in the ratio of their respective recoveries. |
| **Notice** | 9. | The **Insureds** shall, as a conditions precedent to exercising their rights under this policy, give to the Company written notice as soon as practicable of the cancellation of any **Underlying Insurance**, any notice given under any **Underlying Insurance** and additional or return premiums charged or paid in connection with any **Underlying Insurance**. |
| | | Notice to the Company under this policy shall be given in writing addressed to: |
| | | Notice of claim:   Home Office Claims Department<br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, New Jersey 07059 |
| | | All other notices:  Executive Protection Practice<br>Chubb Group of Insurance Companies<br>15 Moutain View Road<br>Warren, New Jersey 07059 |
| | | Such notice shall be effective on the date of receipt by the Company at such address. |
| **Company Authorization Clause** | 10. | By acceptance of this policy, the **Parent Organization** named in Item 1 of the Declarations agrees to act on behalf of all the **Insureds** with respect to the giving and receiving of notice of claim or termination, the payment of premiums and the receiving of any return premiums that may become due under this policy, the negotiation, agreement to and acceptance of endorsements, and the giving or receiving of any notice provided for under this policy (except the giving of notice to apply for any extended reporting period), and the **Insureds** agree that the **Parent Organization** shall act on their behalf. |
| **Alteration** | 11. | No change in, modification of, or assignment of interest under this policy shall be effective except when made by written endorsement to this policy which is signed by an authorized representative of the Company. |