# **CERTIFICATE OF SERVICE**

I, Matthew R. Koch, certify that I am not less than 18 years of age, and that service of the **Motion Of Current And Former Directors, Officers, And Employees Of Corinthian Colleges, Inc., For Relief From The Automatic Stay, To The Extent Applicable, To Allow Payment Of Defense Costs And Other Losses Under Directors And Officers Insurance Policies** was caused to be made on May 18, 2015, in the manner indicated, upon the entities identified on the attached service list.

Date:  May 18, 2015                          */s/ Matthew R. Koch*
                                             Matthew R. Koch (No. 6048)