IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RE: EVEREST COLLEGE PHOENIX

Bankruptcy Number: 15-10960-KJC

Chapter: 11

Debtor

## REQUEST FOR NOTICES

## TO THE CLERK OF THE U. S. BANKRUPTCY COURT

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Linda Mitten, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 05/12/2015

By: _____/S/    Linda Mitten_____
Linda Mitten
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 700
Harrisburg, PA 17121
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email: ra-li-ucts-bankrupt@state.pa.us