UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                  Chapter __11__

                      Case No. __15__-__10952__ (_KJC_)

Debtor: CORINTHIAN COLLEGES, INC., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __John M. Craig__

to represent __certain Utility Companies__

in this action.

_/s/ John D. Demmy_

Firm Name: John D. Demmy
Stevens & Lee, P.C.
Address: 1150 N. Market Street, 7th Floor
Wilmington, Delaware 19801
Phone: (302) 425-3308
Email:

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Commonwealth of Virginia__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_/s/ John M. Craig_

Firm Name: Law Firm of Russell R. Johnson III, PLC
Address: 2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Phone: (804) 749-8861
Email: russj4478@aol.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

_/s/ Kevin J. Carey_

Dated: May 19th, 2015
Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Local Form 105