**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10952 |
| CORINTHIAN COLLEGES, INC. | § | |
| DEBTORS(S), | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on <u>19th</u> day of <u>May, 2015</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | |
|---|---|
| MICHAEL JOSEPH MERCHANT | US TRUSTEE (DELAWARE) |
| ONE RODNEY SQUARE | 844 KING STREET, RM 2207 |
| PO BOX 551 | LOCK BOX #35 |
| WILMINGTON, DE 19899 | WILMINGTON, DE 19899-0035 |

                                    LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
                                    2777 N. Stemmons Freeway
                                    Suite 1000
                                    DALLAS, TX 75207
                                    Telephone: (214) 880-0089
                                    Facsimile: (469) 221-5003
                                    Email:   dallas.bankruptcy@publicans.com

                                    By: /s/ Elizabeth Weller
                                    _____
                                    Elizabeth Weller
                                    SBN: 00785514 TX