IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* ) | |
| ) | Case No. 15-10952 (KJC) |
| ) | Jointly Administered |
| ) | |
| ) | [RE: Docket No. 46] |
| ) | |
| Debtors. ) | Obj. Deadline: May 20, 2015 @ 4:00 pm |
| ) | Hearing Date: May 27, 2015 @ 2:00 pm |

## SQUARE 407 LIMITED PARTNERSHIP'S RESPONSE AND LIMITED OBJECTION TO DEBTORS' MOTION FOR AUTHORIZATION TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Square 407 Limited Partnership, a creditor and interested party herein, through counsel, in response to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Unexpired leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date that the Debtors Surrendered Possession; (II) Approving the *Nunc Pro Tunc* Abandonment of any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief (Docket No. 46) (the "Motion to Reject"), respectfully states as follows:

1. Square 407 Limited Partnership ("Landlord") is the lessor under a lease for nonresidential real property with the Debtor that is identified as the "Washington D.C. Lease" in the Motion to Reject. (ECF 46-2, p. 8).

2. In the Motion to Reject, the Debtors seek authority to reject certain leases for nonresidential real property *nunc pro tunc* to the date that the Debtors surrendered possession of the subject property. With respect to the Washington D.C. Lease, the Debtors propose to serve a notice to the Landlord upon surrendering possession of the subject premises (including returning or providing all keys, keycards and access codes necessary to access the premises), and to have

the date upon which such notice is filed and served become the effective date of rejection of the Washington D.C. Lease. (Motion to Reject, ¶¶ 15-16).

3. Landlord does not object to the proposed rejection procedures as set forth in the Motion to Reject, nor does Landlord object to the proposed effective date of rejection. The Landlord submits, however, that any order granting the relief requested in the Motion to Reject should provide for modification of the automatic stay for the limited purpose of permitting the Landlord to send a notice of termination of the Washington D.C. Lease in accordance with the lease. Landlord requests that the following language be incorporated into any order approving the Motion to Reject:

> The automatic stay of section 362 of the Bankruptcy Code is hereby modified to permit the Square 407 Limited Partnership to terminate the Washington D.C. Lease, in accordance with terms of the Washington D.C. Lease, following the Notice Date with respect to such lease.

4. Section 365(g) of the Bankruptcy Code provides that "rejection of ... an unexpired lease of the debtor constitutes a breach of such ... lease." Modification of the automatic stay to permit termination of a lease that has already been rejected under section 365(a) would allow the Landlord to re-let the premises to another tenant without concern about the status of the lease. Such modification of the automatic stay in the lease rejection order will cause no prejudice to the Debtors, as they will have surrendered possession of the premises and rejected the lease in question. Furthermore, requiring a separate motion for relief from stay to seek modification for this purpose would impose unnecessary burden on the Landlord, the Debtors and the Court which can be avoided by this simple modification to the proposed order.

WHEREFORE, Square 407 Limited Partnership objects to the Motion to Reject to the extent that the relief requested does not provide limited relief from the automatic stay to permit

Square 407 Limited Partnership to terminate the Washington, D.C. Lease following the rejection of the lease.

Dated:  May 19, 2015

Respectfully submitted,

/s/ William J. Burnett
William J. Burnett, Esquire (ID No. 4078)
Flaster/Greenberg P.C.
1000 N. West Street, Suite 1200
Wilmington DE 19801
Phone: 302.351.1910
Fax: 302.351.1919
william.burnett@flastergreenberg.com

and

J. David Folds
Baker Donelson Bearman
Caldwell & Berkowitz PC
901 K Street NW, Suite 900
Washington, D.C. 20001
Phone: 202.302.3744
dfolds@bakerdonelson.com