IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | ) | |
| | ) | Case No. 15-10952 (KJC) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

### Certificate of Service

I hereby certify that on the 19th day of May 2015, I served a copy of the foregoing by filing through the electronic case filing system and by sending a copy to the individuals below in the manner indicated:

> Mark D. Collins (by email)
> Michael J. Merchant (by email)
> Marisa A. Terranova (by email)
> Amanda R. Steele (by email)
> RICHARDS, LAYTON & FINGER P.A.
> 920 N. King Street
> Wilmington, Delaware 19801
> collins@rlf.com
> merchant@rlf.com
> terranova@rlf.com
> steele@rlf.com

> /s/ *William J. Burnett*
> William J. Burnett, Esquire
> Flaster/Greenberg P.C.
> 1000 N. West Street, Suite 1200
> Wilmington DE 19801
> Phone: 302.351.1910
> Fax: 302.351.1919
> william.burnett@flastergreenberg.com

4