## EXHIBIT A

## Rejected Leases

RLF1 12018740v.1

| Campus | Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Campus 4 | Concord (Heald) | Moraga Enterprises | | P.O. Box 783 | | Kentfield | CA | 94914 | Amended and Restate Heald College Lease By and Between General Electric Capital Business Asset Funding Corporation, a Delaware corporation, as Landlord and Heald College, a California nonprofit corporation, as Tenant, and any amendments thereto | 3/7/2002 | 5/19/2015 |
| | | Moraga Enterprises | | 130 San Aleso Avenue | | San Francisco | CA | 94127 | | | |
| | | Moraga Enterprises | Solomon Bien | 1100 South Clark Drive | Unit 202 | Los Angeles | CA | 90035 | | | |
| Office Location 1 | Heald Headquarters | CBRE, Inc | c/o CBRE Global Investors, LLC | 515 S Flower Street | Suite 3100 | Los Angeles | CA | 90071 | Standard Form Office Lease Between California State Teacher's Retirement System, a public entity created pursuant to the laws of the State of California, as Landlord, and Heald College, LLC, a California limited liability company, as Tenant and any amendments thereto | 10/7/2013 | 5/19/2015 |
| | | CBRE, Inc | | 1340 Treat Boulevard | | Walnut Creek | CA | 94597 | | | |
| Campus 11 | Ontario (Jurupa) | LBA Realty Fund II - WBP III, LLC | | 3347 Michelson Drive, Suite 200 | | Irvine | CA | 92612 | Business Park Modified Gross Lease between Bedford Property Investors Inc. and Corinthian Colleges Inc. and any amendments thereto | 7/10/2003 | 5/19/2015 |
| Same as Campus 11 | Ontario (Milliken) | LBA Realty Fund II - WBP III, LLC | | 3347 Michelson Drive, Suite 200 | | Irvine | CA | 92612 | Business Park Full Net Lease between Bedford Property Investors Inc. and Corinthian Colleges Inc., and any amendments thereto | 4/19/2004 | |
| Annex (included in 18) | Reseda Annex | Reseda Medical Consortium LLC | | 18107 Sherman Way, Suite 205 | | Reseda | CA | 91335 | Standard Office Lease - Modified Gross between RESEDA MEDICAL CONSORTIUM, LLC and Corinthian Colleges Inc. and any amendments thereto | 7/7/2012 | 5/19/2015 |
| Campus 19 | Rochester | Randall Benderson 1993-1 Trust | | 8441 Cooper Creek Boulevard | | University Park | FL | 34201 | Lease Agreement between Randall Benderson 1193-1 Trust ("Lessor") and Corinthian Colleges, Inc. ("Lessee") d/b/a Rhodes Colleges, Inc. and Rochester Business Institute, and any amendments thereto | 5/28/1998 | |
| Campus 21 | San Bernardino | Shaco, Inc. | | 350 S. Grand Ave. | Suite 2250 | Los Angeles | CA | 90071 | Standard Industrial/Commercial Multi-Tenant Lease between SHACO, INC. and Corinthian Colleges Inc. and any amendments thereto | 11/25/2002 | 5/19/2015 |
| Campus 23 and 24 | San Jose - Milpitas (Heald) / Stockton (Heald) | Kutak Rock LLP | | 1801 California Street, Suite 3100 | | Denver | CO | 80202 | Master Lease Agreement by and between Store SPE Corinthian, LLC as Lessor and Corinthian Colleges, Inc. as Lessee and any amendments thereto | 2/29/2012 | 5/19/2015 |
| | | Store SPE Corinthian, LLC | | 8501 E. Princess Drive, Suite #190 | | Scottsdale | AZ | 85255 | | | |
| Washington D.C. | Washington DC - 9th St | Square 407 Ltd. Partnership | c/o Boston Properties | 2200 Pennsylvania Avenue, NW | Suite 200W | Washington | DC | 20037 | Lease between Square 407 Limited Partnership (as Landlord) and Corinthian Colleges, Inc. (as Tenant), and any amendments thereto | 7/28/2011 | 5/19/2015 |