**CERTIFICATE OF SERVICE**

    I hereby certify that in addition to the notice and service provided through the Court's ECF system, on May 20, 2015, I caused a true and correct copy of the *Joinder of Rochester Gas and Electric Corporation To the Objection of Salt River Project and Southern California Edison Company To the Debtors' Motion For Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment For Utilities; and (III) Establishing Procedures For Resolving Objections To the Debtors' Proposed Form of Adequate Assurance* to be served by email on:

Mark D. Collins  
Michael J. Merchant  
Marisa A. Terranova  
Amanda R. Steele  
Richards, Layton & Finger, P.A.  
920 N. King Street  
Wilmington, Delaware  19801  
Email:    collins@rlf.com  
           merchant@rlf.com  
           terranova@rlf.com  
           steele@rlf.com  
*Debtors' Counsel*

Timothy J. Fox, Jr.  
Richard L. Schepacarter  
Office of the United States Trustee  
844 King Street, Suite 2207  
Lockbox #35  
Wilmington, Delaware  19801  
Email:    timothy.fox@usdoj.gov  
           Richard.schepacarter@usdoj.gov

Julia Bettina Klein  
Frederick Rosner  
The Rosner Law Group LLP  
824 Market Street, Suite 810  
Wilmington, Delaware 19801  
Email:    klein@teamrosner.com  
           rosner@teamrosner.com  
*Creditor Committee Counsel*

H. Jeffrey Schwartz
Bennett S. Silverberg
Brown Rudnick LLP
Seven Times Square
New York, New York  10036
Email:    jschwartz@brownrudnick.com
          bsilverberg@brownrudnick.com
*Creditor Committee Counsel*


                          /s/ John D. Demmy_____
                          John D. Demmy

6