## CERTIFICATE OF SERVICE

I, Kelly M. Conlan, hereby certify that on the 20th day of May 2015, I caused a true and correct copy of the foregoing to be served upon the persons below in the manner indicated.

*/s/ Kelly M. Conlan*
Kelly M. Conlan (#4786)

**VIA EMAIL**
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Marisa A. Terranova, Esquire
Amanda R. Steele, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Email: collins@rlf.com
Email: merchant@rlf.com
Email: terranova@rlf.com
Email: steele@rlf.com

{05168906.DOC.}