# EXHIBIT A

## Rejected Leases

Exhibit A - Rejected Leases

| Campus | Campus | Landlord Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Campus 1 | Alhambra | The Alhambra Corner Community LLC | 1000 South Fremont Avenue | Unit 1, Building A10C, Suite 10150 | Alhambra | CA | 91803 | The Alhambra Office Lease between the Alhambra Urban Community, LLC, a Delaware limited liability company, as Landlord, and Corinthian Colleges, Inc., a Delaware corporation, as Tenant and any amendments thereto | 2/27/2004 | 5/20/2015 |
| Campus 2 | Anaheim | J. Brookhurst, L.L.C. | 10653 Lieter Place | | LONE TREE | CO | 80124 | Office Lease by and between Goldstone Holdings, LLC, a California limited liability company, "Landlord", and Corinthian Colleges, Inc., a Delaware corporation d/b/a Bryman College, "Tenant", and any amendments thereto | 9/3/1999 | 5/20/2015 |
| Campus 3 | City of Industry | R R & C Development Company | 131 Crossroads Parkway North | 6th Floor | City of Industry | CA | 91746 | Office lease between RR&C Development Company and Corinthian Colleges Inc. and any amendments thereto | 12/23/2003 | 5/20/2015 |
| Campus 5 | Gardena | Gardena Professional Medical Plaza, LP | 1045 W. Redondo Beach Blvd. | Suite 400 | Gardena | CA | 90247 | Office Lease Gardena Professional Medical Plaza 1045 West Redondo Beach Boulevard Gardena, California between Gardena Medical Plaza, a California Limited Partnership, Landlord and Corinthian Schools, Inc., a Delaware Corporation, Tenant and any amendments thereto | 8/15/1997 | 5/20/2015 |
| Campus 6 | Hayward (Heald) | Lampert 25500 Industrial Blvd., LLC | 900 Veterans Blvd, Suite 410 | | Redwood City | CA | 94063 | Amended and Restate Heald College Lease By and Between General Electric Capital Business Asset Funding Corporation, a Delaware corporation, as Landlord and Heald College, a California nonprofit corporation, as Tenant, and any amendments thereto | 3/7/2002 | 5/20/2015 |
| Campus 10 | Modesto (Heald) | GRE Management Services | 2150 Douglas Boulevard | Suite 110 | Roseville | CA | 95661 | Innovative Technology Business Park Building Lease between Innovative Technology Business Park, LLC, a California limited liability company ("Landlord") and Heald College, LLC, a California limited liability company ("Tenant") and any amendments thereto | 8/14/2009 | 5/20/2015 |
| Campus 10 | Modesto (Heald) | ITBP INVESTORS, LLC | 26901 Agoura Rd., Suite 180 | | Calabasas | CA | 91301 | | | |
| Campus 18 | Reseda | P.R.G. Investment Fund, L.P. | 9454 Wilshire Blvd, Suite 220 | | Beverly Hills | CA | 90212 | Office Lease between PRG INVESTMENT FUND, L.P. and Corinthian Schools Inc. and any amendments thereto | 9/24/1997 | 5/20/2015 |
| Campus 25 | Santa Ana Civic Center | CIM Urban Reit Properties I, L.P. | 6922 Hollywood Boulevard | Suite 900 | Los Angeles | CA | 90028 | Civic Center Professional Plaza Office Lease and any amendments thereto | 11/4/2009 | 5/20/2015 |