**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § § § | Case No. 15-10952 (KJC) |
| | § § | (Jointly Administered) |
| Debtors. | § § | **Re: Docket No. 56** |

-----------------------------------------------------------

**SUPPLEMENTAL DECLARATION OF PAUL H. DEUTCH IN SUPPORT
OF THE DEBTORS' APPLICATION PURSUANT TO BANKRUPTCY
CODE SECTION 327(a) AND BANKRUPTCY RULE 2014(a) FOR AUTHORITY
TO EMPLOY AND RETAIN RUST CONSULTING/OMNI BANKRUPTCY AS
ADMINISTRATIVE AGENT *NUNC PRO TUNC* TO THE PETITION DATE**

I, Paul H. Deutch, under penalty of perjury, declare as follows:

1. I am the Executive Managing Director of Rust Consulting/Rust/Omni Bankruptcy ("**Rust/Omni**"), which maintains an office at 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367. I am duly authorized to make this declaration on behalf of Rust/Omni. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. On May 7, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Application Pursuant to*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 12019673v.1

*Bankruptcy Code Section 327(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Rust Consulting/Omni Bankruptcy as Administrative Agent* Nunc Pro Tunc *to the Petition Date* [Docket No. 56] (the "**Application**").

3. Attached to the Application as Exhibit B was the *Declaration of Paul H. Deutch in Support of the Debtors' Application Pursuant to Bankruptcy Code Section 327(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Rust Consulting/Omni Bankruptcy as Administrative Agent* Nunc Pro Tunc *to the Petition Date* (the "**Declaration**"). The Declaration was submitted in support of the Application to, among other things, provide disclosure pursuant to the Bankruptcy Code,[2] the Federal Rules of Bankruptcy Procedure and the Local Rules.

4. I am submitting this supplemental declaration (the "**Supplemental Declaration**") in further support of the Application and in response to certain informal comments received from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") regarding the Declaration.

5. In connection with the potential retention, Rust/Omni has searched its client database to ascertain Rust/Omni's relationship with entities listed on Exhibit 1 hereto (collectively, the "**Potential Parties in Interest**"). We have utilized Rust/Omni's conflicts database management system, which is designated to reveal the potential for conflicts of interest and other connections to the Potential Parties in Interest. Members of my team and I have revised the results of this investigation, and the attached Exhibit 2 identifies any Potential Party in Interest with which Rust/Omni has relationships in matters unrelated to these chapter 11 cases.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Specifically, the parties identified in <u>Exhibit 2</u> are professionals with which Rust/Omni has worked (in its capacity as claims agent and administrative advisor) in other bankruptcy proceedings. To the best of my knowledge and after due inquiry, Rust/Omni is not and has not been employed by an entity other than the Debtors in matters related to these chapter 11 cases. To the extent that Rust/Omni discovers additional information that requires disclosure, Rust/Omni will file another supplemental disclosure with the Bankruptcy Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 21, 2015

                                           */s/* Paul H. Deutch
                                           Paul H. Deutch
                                           Executive Management Director
                                           Rust Consulting/Omni Bankruptcy