# **EXHIBIT 1**

## **LIST OF POTENTIAL PARTIES IN INTEREST SEARCHED**

**Debtor Affiliates**
- Ashmead Education, Inc.
- Career Canada C.F.P. Limited
- Career Choices, Inc.
- CDI Education USA, Inc.
- Corinthian Property Group, Inc.
- Corinthian Schools, Inc.
- ECAT Acquisition, Inc.
- ETON Education, Inc.
- Everest College Phoenix, Inc.
- Everest Colleges Canada, Inc.
- Florida Metropolitan University, Inc.
- Grand Rapids Educational Center, Inc.
- Heald Capital, LLC
- Heald College, LLC
- Heald Education, LLC
- Heald Real Estate, LLC
- MJB Acquisition Corporation
- National School of Technology
- Pegasus Education, Inc.
- QIC Acquisition Corporation
- Quickstart Intelligence Corporation
- Rhodes Business Group, Inc.
- Rhodes Colleges, Inc.
- SD III-B Heald Holdings Corp.
- Sequoia Education, Inc.
- Socle Education, Inc.
- SP PE VII-B Heald Holdings Corp.
- Titan Schools, Inc.
- Ward Stone College

**Current and Recent Former Officers and Directors**
- Adler, Hank
- Altschuler, Rupert
- Austin, Gloria
- Bereczky, Andrew
- Black, Kelly
- Bosic, Robert
- Buchanan, William
- Bunje, Robert
- Carnagey, Nikee
- Cassetta, Carmella
- Crow, Steve
- Dean, Kim
- Deshon, Eeva
- Dionisio, John
- Dunlap, Anna Marie
- Ferguson, Mark
- Flores, Melissa
- Gold, Darren
- Guida, Anthony
- Hartshorn, Terry
- Kane, Alice
- Kennedy, Julia
- Lee, Robert
- Luedtke, Luther
- Massimino, Jack
- McCabe, Michael
- Mirr, Jim
- Morial, Marc H.
- Mortensen, Stan
- Ord, Kenneth
- Owen, Robert
- Pelesh, Mark
- Persavich, Jon
- Poldoian, David
- Rajasalu, Eric
- Ramsay, Sandra
- Rawls, Terry
- Robinson, Sharon P.
- Scherer, Diana
- Schnitker, Kelly
- Semaan, Hicham
- Simpson, Richard
- Skladany, Linda Arey
- St. Pierre, Paul
- Stiglich, Michael
- Streets, Fran
- Sullivan, Tim
- Van Duinen, Roger
- Vignone, Andrew
- Wade, Jim
- Wilson, Beth

**Banks**
- Bank of America
- Bank of the West
- BMO Harris Bank, N.A.
- California Bank and Trust
- Capital West
- Citibank, N.A.
- First Hawaiian Bank
- MUFG Union Bank, N.A.
- One West Bank N.A.
- U.S. Bank, N.A.
- Union Bank

**Surety Bondholders**
- Commonwealth of Massachusetts
- Commonwealth of Massachusetts, Division of Professional Licensure
- Fidelity and Deposit Company of Maryland
- State of Alabama
- State of Alabama, Dept. of Postsecondary Education
- State of Colorado
- State of Hawaii
- State of Kansas
- State of Kansas - Board of Regents
- State of Michigan
- State of Nebraska
- State of Nevada
- State of Nevada Commission on Postsecondary Education
- State of Nevada Dept. of Education
- State of Oklahoma
- State of Oregon, Higher Education Coordinating Commission, Private Career Schools Unit
- State of Washington
- State of West Virginia
- State of Wisconsin
- Western Surety Company

**Litigants and Litigants' Counsel**
- Aerotek, Inc.
- Chapin Fitzgerald & Bottini LLP
- Charlie Steinberg
- Eric T. Schneiderman, New York AG
- Frank Erickson
- Glancy Binkow & Goldberg LLP
- J.B. Van Hollen, Wisconsin AG
- Jason Pleggenkuhle, Asst. Minnesota AG
- Jimmy Elias Karam
- Johnson Bottini, LLP
- Jones Day
- Kamala Harris, California AG
- Lara Sutherlin, Asst. Wisconsin AG
- Law Offices of Kevin T. Barnes
- Law Offices of Scott D. Levy
- Lori Swanson, Minnesota AG
- Marriott Hotel Services, Inc.
- Martha Coakley, Massachusetts AG
- McKinley Avenue, LLC
- Melvin L. Goldberg, Asst. New York AG
- Michael G. Salemi, CPFB Counsel
- Nicholas G. Campins, Cal AG Counsel
- Peter Leight, Asst. Massachusetts AG
- Pomerantz Grossman Hufford Dahlstrom & Fross LLP
- Rene D. Harrod, Asst. Florida AG
- Robert C. Hannan, Sr.
- Rodney Fair, Office of Inspector General
- Shook, Hardy & Bacon L.L.P.
- StudentScout, LLC.
- Theresa Edwards, Asst. Florida AG
- Thomas J. Miller
- Yessyka Santana

**Insurers**
- American Zurich Insurance Company
- Axis Insurance Company
- Empire Indemnity Insurance Company
- Federal Insurance Company - Chubb

- Homeland Insurance Company of New York - One Beacon
- Liberty Insurance Underwriters, Inc.
- National Union Fire Insurance Company of Pittsburgh, PA (AIG)
- Navigators Specialty Insurance Co.
- RSUI Indemnity Company
- XL Specialty Insurance Company
- Zurich American Insurance Company

**Letters of Issuers and Credit Beneficiaries**
- Bank of America, N.A.
- Bank of America, N.A. Trade Operations
- Bank of the West
- Elavon, Inc.
- MUFG Union Bank, N.A.
- One West Bank, N.A.
- Plaza West Building, LLC
- Square 407 Limited Partnership
- U.S. Bank, N.A.
- Western Surety Company
- Zurich American Insurance Company
-

**Lienholders**
- ASFG, LLC
- Bank of American, N.A.
- California First National Bank
- Campus Student Funding, LLC
- CIT Finance LLC
- CIT Technology Financing Services, Inc.
- CSI Leasing, Inc.
- Department of Tax Administration, County of Fairfax, Virginia
- Employment Development Department
- First Financial Corporate Leasing, LLC
- First National Bank of St. Louis
- First National Capital, LLC

- G.E. Capital Corporation
- Henry Schein Inc.
- Hewlett-Packard Financial Services Company
- LaSalle Systems Leasing, Inc.
- MB Financial Bank, N.A.
- Prime Alliance Bank, Inc.
- U.S. Bancorp Equipment Finance, Inc.
- U.S. Bancorp Oliver-Allen Technology Leasing
- Variant Leasing Corporation
- Wells Fargo Equipment Finance, Inc.
- Winthrop Resources Corporation
-

**Professionals**
- Abernathy MacGregor Group Inc.
- Barclays Capital Inc.
- Carl Mark Advisory Group LLC
- Cooley LLP
- Deloitte Tax LLP
- Duane Morris LLP
- Eduvize, LLC
- Ernst & Young US LLP
- Fagre Baker Daniels LLP
- First Advantage Litigation Consulting
- Globalview Advisors LLC
- Hilco Real Estate, LLC
- Homer Bonner Jacobs, P.A.
- Hueston Hennigan LLP
- Irell & Manella LLP
- K&L Gates LLP
- Kirkland & Ellis
- Latham & Watkins LLP
- Munger, Tolles & Olson LLP
- O'Melveny & Myers LLP
- Payne & Fears LLP
- Proskauer Rose LLP
- PricewaterhouseCoopers LLP
- Richards Layton & Finger
- Sidley Austin LLP
- Skadden, Arps, Slate, Meagher & Flom LLP

- Weworski and Associates
- 

**Top Creditors**
- AcademixDirect, Inc.
- ACI Specialty Benefits
- Aerotek, Inc.
- Ambassador Education Solutions
- Atrilogy Solutions Group, Inc.
- BDA (Bensussen Deutsch & Associates)
- Bureau for Private Postsecondary Ed.
- Campus Management Corp.
- CareerBuilder, LLC
- Cebra B. Graves
- Comcast Spotlight
- Cooley LLP
- Deccan Plateau Corporation
- Drinker Biddle & Reath LLP
- Dyntek Services
- ECMC Solutions Corporation
- eLoyalty, LLC
- Gaylord National Resort & Convention Center
- Graebel Relocation Svc Worldwide, Inc.
- Guardsmark, LLC
- Hewlett-Packard Co, Inc.
- Inter Media Advertising
- Intralinks, Inc
- Jones Lang LaSalle Americas, Inc.
- Jones Lang LaSalle Brokerage, Inc.
- Lampert 25500 Industrial Blvd., LLC
- LBA Realty Fund II - WBP III, LLC
- Lead Pro Direct LLC
- Moraga Enterprises
- NASDAQ Stock Market, The LLC
- NBCU
- OptimalResume.com, Inc.
- P.R.G. Investment Fund, L.P.
- Payne & Fears LLP
- PCM Sales, Inc.
- Pocket Nurse Enterprises, Inc.
- PricewaterhouseCoopers LLP
- Profiles International, Inc.
- Qualtrics Labs, Inc.
- Rackspace Hosting
- Securitas Security Services USA, Inc.
- Squar, Milner, Peterson, Miranda & Williamson LLP
- Store Master Funding I, LLC
- StudentScout, LLC
- SuccessFactors, Inc.
- Tallan, Inc.
- Testout Corporation
- Tri Dimensional Solutions Inc.
- Walgreens of Hawaii, LLC
- Watt Long Beach, LLC

**United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members)**
- Attix, Lauren
- Bello, Rachel
- Bird, David D.
- Buchbinder, David
- Capp, Laurie
- Carey, Kevin J.
- DeAngelis, Roberta A.
- Dortch, Shakima L.
- Farrell, Catherine
- Fox, Timothy J., Jr.
- Gadson, Danielle
- Giordano, Diane
- Green, Christine
- Gross, Kevin
- Grottini, Donna
- Hackman, Benjamin
- Haney, Laura
- Heck, Jeffrey
- Hunt, Nancy
- Johnson, Lora
- Kenney, Mark
- Leamy, Jane
- Marvel, Ivone
- Murray, Tony

- O'Malley, James R.
- Panacio, Michael
- Patton, Tiiara
- Sarkessian, Juliet
- Scaruzzi, Sherry
- Schepacarter, Richard
- Silverstein, Laurie S.
- Shannon, Brendan L.
- Sontchi, Christopher S.
- Szymanski, Cheryl
- Tinker, T. Patrick
- Vinson, Ramona
- Walker, Jill
- Walrath, Mary F.
- Werkheiser, Rachel
- West, Michael
- Wynn, Dion

**Other (Asset Buyers)**
- 360training.com
- Consumer Financial Protection Bureau
- Educational Credit Management Corporation
- Goal Structured Solutions
- HCA - HealthONE LLC
- Hillsborough Center, Inc.
- James Cole, U.S. ED
- James Runcie, U.S. ED
- Mushtaq Gunja, U.S. ED
- Office of the Attorney General – State of Arkansas
- Office of the Attorney General – State of Arizona
- Office of the Attorney General – State of California
- Office of the Attorney General – State of Colorado
- Office of the Attorney General – State of Connecticut
- Office of the Attorney General – State of Florida
- Office of the Attorney General – State of Hawaii
- Office of the Attorney General – State of Idaho
- Office of the Attorney General – State of Iowa
- Office of the Attorney General – State of Kentucky
- Office of the Attorney General – State of Minnesota
- Office of the Attorney General – State of Missouri
- Office of the Attorney General – State of Nebraska
- Office of the Attorney General – State of New Mexico
- Office of the Attorney General – State of New York
- Office of the Attorney General – State of North Carolina
- Office of the Attorney General – State of Oregon
- Office of the Attorney General – State of Pennsylvania
- Office of the Attorney General – State of Tennessee
- Office of the Attorney General – State of Washington
- Office of the Attorney General – State of Wisconsin
- Robin Minor, U.S. ED
- Store Capital Acquisitions, LLC
- Ted Mitchell, U.S. ED
- U.S. Department of Education
- Unity Church of Melbourne
- ZENITH EDUCATION GROUP