# **EXHIBIT 2**

## **DISCLOSURE OF RUST/OMNI RELATIONSHIPS**

**Professionals**
Abernathy MacGregor Group Inc.
Cooley LLP
Duane Morris LLP
Ernst & Young US LLP
Hilco Real Estate, LLC
Irell & Manella LLP
Jones Day
K&L Gates LLP
Kirkland & Ellis
Latham & Watkins LLP
Munger, Tolles & Olson LLP
O'Melveny & Myers LLP
Proskauer Rose LLP
PricewaterhouseCoopers LLP
Richards Layton & Finger
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP

**Top Creditors**
Cooley, LLP
PricewaterhouseCoopers LLP