**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **In Re:**  )  )  ) **Corinthian Colleges, Inc.**  )  )  )  ) **Debtor.**  )  ) | **CHAPTER 11**  **Case No. 15-10952-KJC** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case.  The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a).  All such notices should be addressed as follows:

                  Simon Property Group, Inc.
                  Attn:  Ronald M. Tucker, Esq.
                  225 West Washington Street
                  Indianapolis, Indiana  46204

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

                Respectfully submitted

                _____/s/Ronald M. Tucker_____
                Ronald M. Tucker, Esq., Attorney for
                Simon Property Group, Inc. and its related entities
                IN 11428-49
                (317) 263-2346
                (317) 263-7901 (FAX)
                E-mail address:  rtucker@simon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 21st day of May, 2015 via ECF Noticing to the following persons:

By:   */s/Ronald M. Tucker*
      Ronald M. Tucker, Esq.


Rachel L. Biblo, Esq.
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Biblo@rlf.com
collins@rlf.com
merchant@rlf.com
terranova@rlf.com
steele@rlf.com

Richard L. Schepacarter, Esq.
Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
timothy.fox@usdoj.gov
richard.schepacarter@usdoj.gov

Julia Bettina Klein
Frederick Rosner
H. Jeffrey Schwartz
Bennett S. Silverberg
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
klein@teamrosner.com
rosner@teamrosner.com
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com