IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                              :    Chapter 11
                                                    :
CORINTHIAN COLLEGES, INC., *et al.*[1],             :    Case No. 15-10952 (KJC)
                                                    :
          Debtors.                                  :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that The Official Committee of Student Creditors (the "**Student Committee**"), by and through its bankruptcy counsel, Polsinelli PC and Robins Kaplan LLP, hereby appears in the above-captioned chapter 11 case pursuant to Section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and hereby requests that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, or email addresses:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

Scott F. Gautier, Esq.
Lorie A. Ball, Esq.
Cynthia C. Hernandez, Esq.
Robins Kaplan LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
sgautier@robinskaplan.com
lball@robinskaplan.com
chernandez@robinskaplan.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any subsequent later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Student Committee (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to have a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, defenses, or recoupments to which the Student Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Student Committee expressly reserves.

| | |
|---|---|
| Dated:  May 21, 2015<br>         Wilmington, Delaware | **POLSINELLI PC**<br><br>  /s/ Christopher A. Ward<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-0920<br>Facsimile:  (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br><br>-and-<br><br>**ROBINS KAPLIN LLP**<br>Scott F. Gautier, Esq.<br>Lorie A. Ball, Esq.<br>Cynthia C. Hernandez, Esq.<br>2049 Century Park East, Suite 3400<br>Los Angeles, California 90067<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800<br>sgautier@robinskaplan.com<br>lball@robinskaplan.com<br>chernandez@robinskaplan.com<br><br>*Attorneys for The Official Committee of Student Creditors* |

50431928.2

# CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq., of Polsinelli PC, hereby certify that on the 21st day of May, 2015, I caused to be served a copy of the **Notice of Appearance and Demand for Service of Papers** upon the party listed below in the manner indicated.

**VIA FIRST CLASS MAIL**

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Frederick Rosner
The Rosner Law Group LLC
824 N. Market St., Suite 810
Wilmington, DE 19801

H. Jeffrey Schwartz
Brown Rudnick LLP
Seven Times Square
New York, New York 10036

　　　　　　　　　　　　　　　　　　　　 */s/ Christopher A. Ward*　　　　　　
　　　　　　　　　　　　　　　　　　　　Christopher A. Ward (Del. Bar No. 3877)