# EXHIBIT A



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

--------------------------------------------------------

**SECOND ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE *NUNC
PRO TUNC* TO THE DATE THAT THE DEBTORS SURRENDER POSSESSION; (II)
APPROVING THE ABANDONMENT OF ANY PERSONAL PROPERTY REMAINING
AT THE LEASE LOCATIONS; AND (III) GRANTING CERTAIN RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of Corinthian Colleges, Inc. and its affiliated debtors

and debtors in possession (collectively, the "**Debtors**"), for the entry of an order (this "**Order**")

(i) authorizing the Debtors to reject certain unexpired leases of nonresidential property effective

*nunc pro tunc* to the dates set forth on Exhibit 1 hereto; (ii) approving the abandonment of any

personal property remaining at such locations; and (iii) granting certain related relief; and upon

due and sufficient notice of the Motion having been provided under the particular circumstances,

and it appearing that no other or further notice need be provided; and the Court finding that the

filing of the rejection notices and service of the same on applicable Lease Counterparties

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

provided such persons with adequate and proper notice of the Notice Date and proposed effective date of rejection for each Lease; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been scheduled and, to the extent necessary, held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing (if any was held), and all the proceedings had before the Court; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing (if any was held) establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Leases listed on <u>Exhibit 1</u> attached hereto are deemed rejected, effective *nunc pro tunc* to the dates identified on <u>Exhibit 1</u>.

3.      Pursuant to section 554 of the Bankruptcy Code and Bankruptcy Rule 6007, all Abandoned Property remaining at the locations associated with the Leases shall be abandoned *nunc pro tunc* to the effective date of rejection for each respective Lease, and unless the lease rejection notice provided to the Lease Counterparties specifies otherwise, the Lease Counterparties are authorized to dispose of any Abandoned Property without liability to any third parties claiming an interest in such Abandoned Property.

- 2 -

5.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      The Debtors are authorized to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion.

7.      This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.


Dated: _____, 2015
      Wilmington, Delaware

                                        _____
                                        THE HONORABLE KEVIN J. CAREY
                                        UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

Exhibit 1 - Leases

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Alhambra Parking | Athena Parking, Inc. | | 1000 S Fremont Avenue | Unit 1, Suite 109 | Alhambra | CA | 91803 | Parking agreement by and between Athena Parking and Corinthian Colleges Inc., and any amendments thereto | | |
| Bedford Park | Bedford Park Properties, LLC | | 300 Park Street, Suite 410 | | Birmingham | MI | 48009 | Lease Agreement, by and between Corinthian Colleges, Inc. and Bedford Park Properties, LLC, and any amendments thereto | 2/26/2010 | |
| Bensalem | Glenview Corporate Center Associates, L.P. | c/o Maguire Partners Property Group, LLC | One Belmont Avenue, Suite 300 | | Bala Cynwyd | PA | 19004 | Lease Agreement, by and between Corinthian Colleges, Inc. and Glenview Corporate Center Associates, L.P. and any amendments thereto | 8/12/2010 | |
| | Glenview Equities LLC | c/o Time Equities, Inc. | 55 Fifth Avenue, 15th Floor | | New York | NY | 10003 | | | |
| | Kaplin | Stewart | Union Meeting Corporate Center | 910 Harvest Drive | P.O. Box 3037 | Blue Bell | PA | 19422 | | | |
| Bensalem (Parking) | ESA P Portfolio PA Properties LLC | | 100 Dunbar Street | | Spartanburg | SC | 29304 | Parking Stall License Agreement, by and between Corinthian Colleges, Inc. and ESA P Portfolio PA Properties LLC, and any amendments thereto | 9/8/2010 | |
| Burr Ridge | Sheboygan Holdings, LLC | c/o Warren Blumenthal | 408 East Ravine Baye Road | | Bayside | WI | 53217 | Lease, by and between Corinthian Colleges, Inc. and High Ridge, LLC, and any amendments thereto | 7/10/2001 | |
| | LCM Funds 7-Burridge, LLC | c/o Warren Blumenthal | 408 East Ravine Baye Road | | Bayside | WI | 53217 | | | |
| | Steven H Blumenthal | Much Shelist | 191 N. Wacker, Suite 1800 | | Chicago | IL | 60606 | | | |
| | RFP Commercial Inc. | Plaza East Office Center | 330 East Kilbourn, Suite 838 | | Milwaukee | WI | 53202 | | | |
| Burr Ridge (Annex) | Sheboygan Holdings, LLC | c/o Warren Blumenthal | 408 East Ravine Baye Road | | Bayside | WI | 53217 | Lease, by and between Corinthian Colleges, Inc. and High Ridge, LLC, and any amendments thereto | 12/19/2003 | |
| | LCM Funds 7-Burridge, LLC | c/o Warren Blumenthal | 408 East Ravine Baye Road | | Bayside | WI | 53217 | | | |
| | Steven H Blumenthal | Much Shelist | 191 N. Wacker, Suite 1800 | | Chicago | IL | 60606 | | | |
| | RFP Commercial Inc. | Plaza East Office Center | 330 East Kilbourn, Suite 838 | | Milwaukee | WI | 53202 | | | |
| Chelsea | 70 Harbour Pointe, LLC | c/o The Simboli Properties | 70 Everett Avenue | Suite 520 | Chelsea | MA | 02150 | Lease by and between Corinthian Colleges, Inc. and 70 Harbour Pointe, LLC, and any amendments thereto | 10/20/2003 | |
| Colorado Springs - Garden of the Gods | Arsenault Investments IV, LLC | c/o Real Capital Solutions, Inc. | 371 Centennial Parkway, Suite 200 | | Louisville | CO | 80027 | Amended and Restate Lease Agreement, by and between Corinthian Colleges, Inc. and Springs Garden of the Gods, LLC, and any amendments thereto | 3/31/2010 | |
| | Corporate Ridge Office, LLC | c/o Real Capital Solutions, Inc. | 371 Centennial Parkway, Suite 200 | | Louisville | CO | 80027 | | | |
| Cross Lanes | RMS Properties LP | | 1108 Skytop Circle | | Charleston | WV | 25314 | Lease Agreement, by and between Burdette Realty Improvement, Inc. ("Landlord") and National Education Centers, Inc. ("Tenant"), and any amendments thereto | 11/21/1991 | |
| Eagan | Spectrum Commerce Center | | 1000 Blue Gentian Road | | Eagan | MN | 55121 | Lease Agreement by and Corinthian Colleges, Inc. and Spectrum Investment Group, L.L.C., and any amendments thereto | 12/23/2003 | |
| Earth City (St. Louis) | CC Earth City LLC | c/o Lustbader-Ruskin Investments | 555 Skokie Blvd #260 | | Northbrook | IL | 60062 | Lease, by and between Corinthian Colleges, Inc. and CC Earth City, LLC, and any amendments thereto | 12/22/2005 | |
| | CC Earth City LLC | c/o EverBank Business Property Lending | B of A Lockbox Services #4021363 | 6000 Feldwood Road | College Park | GA | 30329 | | | |
| Fremont (180 Whitney) | K & E Properties Corp | | 2090 Warm Springs Ct | #256 | Fremont | CA | 94539 | Lease Agreement, by and between Corinthian Colleges, Inc. and Whitney Place Associates, and any amendments thereto | 12/31/2005 | |
| Fremont (420 Whitney) | Kirch-Metro Company, LLC | | 129 Waterglen Circle | | Sacramento | CA | 95826 | Standard Industrial/Commercial Single-Tenant Lease-Net Lease, by and between Sequoia Education, Inc. and Burlingame Financial Corp, and any amendments thereto | 11/11/1994 | |
| Fremont (51 Whitney) | Aptos Smoke Tree Partners | | PO Box 263 | | Creston | CA | 93432-0263 | Lease Agreement, by and between Corinthian Colleges, Inc., and Aptos Smoke Tree Partners, and any amendments thereto | 10/31/2005 | |
| | Aptos Smoke Tree Partners | c/o Cassidy Turley BT Commercial | 1650 Technology Drive | Suite 600 | San Jose | CA | 95110 | | | |
| | Aptos Smoke Tree Partners | | 20380 Stevens Creek Blvd, #233 | | Cupertino | CA | 95014 | | | |
| | Aptos Smoke Tree Partners | | 306 Cliff Dr. | | Aptos | CA | 95003 | | | |
| Grand Rapids | Northview Properties LLC | | 2721 Darby, S.E. | | East Grand Rapids | MI | 49506 | Lease by and among Corinthian Colleges, Inc. and Northview Properties, LLC, and any amendments thereto | 3/17/2004 | |
| Heald Headquarters Parking | Standard Parking Company | | 1055 W. 7th St., Suite 1500 | | Los Angeles | CA | 90017 | Parking Agreement by and between Standard Parking Company and Corinthian Colleges, Inc., and any amendments thereto | | |
| | Standard Parking Company | | 1719 Franklin Street | | Oakland | CA | 94612 | | | |
| Kalamazoo | Westmain 2000, L.L.C. | c/o Meyer C. Weiner Company | 700 Mall Drive | | Portage | MI | 49024 | Shopping Center Lease Agreement, by and between Corinthian Colleges, Inc. and Westmain 2000, L.L.C., and any amendments thereto | 4/14/2005 | |
| Long Beach - Phase I | Watt Long Beach, LLC | | 2716 Ocean Park Blvd. #3040 | | Santa Monica | CA | 90405 | Standard Industrial / Commercial Single-Tenant Lease - Net, by and between Watt Long Beach, LLC and Corinthian Colleges, Inc., and any amendments thereto | 5/9/2003 | |

Exhibit 1 - Leases

| Long Beach - Phase II | Watt Long Beach II, LLC | | 2716 Ocean Park Blvd. #3040 | | Santa Monica | CA | 90405 | Standard Industrial / Commercial Single-Tenant Lease - Net, by and between Watt Long Beach, LLC and Corinthian Colleges, Inc., and any amendments thereto | 12/5/2003 | |
| Melrose Park | Daniel G. Kamin Melrose Park Enterprises LLC | | P.O. Box 10234 | | Pittsburgh | PA | 15232 | Lease Agreement, by and between Corinthian Colleges, Inc. and Daniel G. Kamin Melrose Park Enterprises LLC, and any amendments thereto | 3/3/2010 | |
| | Kamin Realty Co. | | 490 S. Highland Avenue | | Pittsburgh | PA | 15206 | | | |
| Merrillville (1st Floor) | EFN Merrillville Property LLC | | 8585 Broadway, Suite 140 | | Merrillville | IN | 46410 | Merrillville Office Lease (First Floor), by and between Corinthian Colleges, Inc. and EFN Merrillville Property LLC, and any amendments thereto | 10/1/2010 | |
| | North American Real Estate Management | | One E. Oak Hill Drive | Suite 100 | Westmont | IL | 60559 | | | |
| | The Napelton Group | | One E. Oak Hill Drive | Suite 100 | Westmont | IL | 60559 | | | |
| Merrillville (2nd Floor) | EFN Merrillville Property LLC | | 8585 Broadway, Suite 140 | | Merrillville | IN | 46410 | Merrillville Office Lease (First Floor), by and between Corinthian Colleges, Inc. and EFN Merrillville Property LLC, and any amendments thereto | 10/1/2010 | |
| | North American Real Estate Management | | One E. Oak Hill Drive | Suite 100 | Westmont | IL | 60559 | | | |
| | The Napelton Group | | One E. Oak Hill Drive | Suite 100 | Westmont | IL | 60559 | | | |
| Merrillville (5th Floor) | EFN Merrillville Property LLC | | 8585 Broadway, Suite 140 | | Merrillville | IN | 46410 | Merrillville Office Lease, by and between Corinthian Colleges, Inc. a.k.a Olympia College and Tower Crossing Associates, LLC, and any amendments thereto | 4/8/2004 | |
| | North American Real Estate Management | | One E. Oak Hill Drive | Suite 100 | Westmont | IL | 60559 | | | |
| | The Napelton Group | | One E. Oak Hill Drive | Suite 100 | Westmont | IL | 60559 | | | |
| Merrionette Park | Corinthian Kedzie LLC | | 11600 S. Kedzie Ave. | | Merrionette Park | IL | 60803 | Commercial Building Lease, by and between Corinthian Colleges, Inc. and Corinthian Kedzie, LLC, and any amendments thereto | 6/25/2004 | |
| | Corinthian Kedzie LLC | c/o Rieck and Crotty, P.C. | 55 West Monroe Street, Suite 3390 | | Chicago | IL | 60603 | | | |
| Salt Lake City | College Property LLC | c/o Wadsworth Development Group, LLC | 166 East 1400 South, Suite 200 | | Draper | UT | 84020 | Lease Agreement, by and between Parent and College Property Partnership, and any amendments thereto | 2/16/2000 | |
| Salt Lake City (Annex) | Green Gables Foor, LLC | | P.O. Box 599 | 5455 North Franson Lane | Oakley | UT | 84055 | Lease, by and between Corinthian Colleges, Inc. and 3466 South 3200 West, LLC, and any amendments thereto | 5/6/2005 | |
| | Green Gables Foor, LLC | c/o NAI Utah Property Management | 748 W. Heritage Park Blvd., Suite 204 | | Layton | UT | 84041 | | | |
| Santa Ana CSC | BRE/OC Griffin, LLC | | GRIFFIN TOWERS II, BLDG ID: 22572 | PO BOX 209259 | Austin | TX | 78720-9259 | Office lease, between GT Partners, and Corinthian Schools, Inc., and any amendments thereto | 10/7/1996 | |
| | BRE/OC Griffin, LLC | c/o Equity Office Management | 801 N. Brand Blvd. | Suite 630 | Glendale | CA | 91203 | | | |
| Skokie | Long Drive Investors I, L.L.C. | c/o Walton Street Capital L.L.C. | 900 North Michigan Avenue, Suite 1900 | | Chicago | IL | 60611 | Office Lease, by and between Corinthian Colleges, Inc. and Long Drive Investors I, L.L.C., and any amendments thereto | 11/29/2000 | |
| Skokie Annex | Long Drive Investors I, L.L.C. | c/o Walton Street Capital L.L.C. | 900 North Michigan Avenue, Suite 1900 | | Chicago | IL | 60611 | Office Lease, by and between Corinthian Colleges, Inc. and Long Drive Investors I, L.L.C., and any amendments thereto | 5/5/2004 | |
| Tyson's Corner (Vienna) | JD/LD Virginia, LLC | | P.O. Box 7555 | | Redlands | CA | 92375-0555 | Deed of Lease by and between Corinthian Colleges, Inc. and JD/LD Virginia, LLC, and any amendments thereto | 10/5/2011 | |
| | JD/LD Virginia, LLC | c/o Contracts and Legal Services Department | 380 New York Street | | Redlands | CA | 92375-0555 | | | |
| | Washington Property Company | | 4719 Hampden Lane | 3rd Floor | Bethesda | MD | 20814 | | | |
| West Sacramento | Harsch Investment Properties, LLC | | 1121 SW Salmon St. | | Portland | OR | 97205 | Standard Industrial/Commercial Multi-Tenant Lease - Net by and between Harsch Investment Properties, LLC, an Oregon limited liability company, and Corinthian Colleges, Inc., a Delaware Corporation, and any amendments thereto | 8/19/2005 | |
| | Harsch Investment Properties, LLC | | 830 Riverside Parkway | Suite 10 | Sacramento | CA | 95605 | | | |