## EXHIBIT A

## Rejected Lease

**Exhibit A - Rejected Lease**

| Campus | Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Campus 27 | Torrance | Plaza Del Prado Inc. | | 1261 Cabrillo Avenue # 210b | | Torrance | California | 90501 | Lease agreement between ANA/GML and The Center for Entrepreneurial Studies, Inc. and any amendments thereto | 6/6/1994 | 5/21/2015 |