## EXHIBIT A

## Rejected Lease

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Fremont (51 Whitney) | Aptos Smoke Tree Partners | | PO Box 263 | | Creston | CA | 93432-0263 | Lease Agreement, by and between Corinthian Colleges, Inc., and Aptos Smoke Tree Partners, and any amendments thereto | 10/31/2005 | 5/21/2015 |
| | Aptos Smoke Tree Partners | c/o Cassidy Turley BT Commercial | 1650 Technology Drive | Suite 600 | San Jose | CA | 95110 | | | |
| | Aptos Smoke Tree Partners | | 20380 Stevens Creek Blvd, #233 | | Cupertino | CA | 95014 | | | |
| | Aptos Smoke Tree Partners | | 306 Cliff Dr. | | Aptos | CA | 95003 | | | |