IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| | § | |
| Debtors. | § | **Re: Docket Nos. 41 & 84** |

-----------------------------------------------------------

## NOTICE OF FILING OF PROPOSED SALE ORDER

PLEASE TAKE NOTICE that, on May 6, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for an Order (I) Authorizing the Debtors to Conduct and Consummate Asset Sales Exceeding the Thresholds set forth in the De Minimis Asset Sale Order; (II) Approving Such Sales; and (III) Granting Certain Related Relief* [Docket No. 41] (the "**Motion**")[2] seeking authority to conduct certain asset sales and approval of any such assets sales with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached to the Motion as Exhibit B was a proposed form of order approving the Motion (the "***Original Order***").

PLEASE TAKE FURTHER NOTICE that, on May 12, 2015, the Debtors filed the *Notice of Proposed Sale Pursuant to Debtors' Motion for an Order (I) Authorizing the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

RLF1 12027905v.1

*Debtors to Conduct and Consummate Asset Sales Exceeding Thresholds set forth in the De Minimis Asset Sale Order; (II) Approving Such Sales; and (III) Granting Related Relief* [Docket No. 84] providing notice of an offer to purchase certain of the Debtors' assets (the "**Proposed Sale**") with the Court.

PLEASE TAKE FURTHER NOTICE that, as represented in the Motion, the Debtors are hereby filing a proposed form of order (the "**Proposed Order**"), which is attached hereto as Exhibit A, approving the Proposed Sale in accordance with the relief requested in the Motion. Attached to the Proposed Order as Exhibit 1 is information on the Proposed Sale to which the Debtors seek the Court's approval. For the convenience of the Court and all parties in interest, a blackline of the Proposed Order against the Original Order is attached hereto at Exhibit B.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Proposed Order at the hearing on the Motion scheduled before The Honorable Kevin J. Carey at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **May 27, 2015 at 2:00 p.m. (Eastern Daylight Time)**.

Dated: May 22, 2015
      Wilmington, Delaware

*/s/ Rachel L. Biblo*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
Rachel L. Biblo (No. 6012)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      terranova@rlf.com
      steele@rlf.com
      biblo@rlf.com

Proposed Counsel for the Debtors and Debtors in Possession