**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: Docket Nos. 9, 25 & 40** |

-----------------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING FINAL ORDER (I) AUTHORIZING CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM AND BANK ACCOUNTS; (II) WAIVING CERTAIN UNITED STATES TRUSTEE REQUIREMENTS; (III) AUTHORIZING CONTINUED PERFORMANCE OF INTERCOMPANY TRANSACTIONS; AND (IV) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1.      On May 4, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief* [Docket No. 9] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").   Pursuant to the *Interim Order (I) Authorizing Continued Use of Existing Cash*

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief* [Docket No. 25] (the "**Interim Order**") entered on May 5, 2015, and *Notice of (I) Entry of "Interim Order (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief" and (II) Scheduling of A Final Hearing Thereon* [Docket No. 40] filed on May 6, 2015, any objection or response to the final relief requested in the Motion was to be filed and served no later than 4:00 p.m. (EDT) on May 20, 2015 (the "**Objection Deadline**"). The Objection Deadline was extended for the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") and the Official Committee of Unsecured Creditors (the "**Committee**").

2.      Prior to the Objection Deadline, the Debtors received informal comments (the "**Comments**") to the Motion from the U.S. Trustee  and the Committee.  The Debtors did not receive any other objections or responses to the Motion, and no objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases.

3.      The Debtors have revised the proposed form of final order (the "**Revised Final Order**") to incorporate the Comments.  A copy of the Revised Final Order is attached hereto as Exhibit A.  The Revised Final Order has been circulated to the U.S. Trustee and the Committee and each has consented to its entry.  For the convenience of the Court and parties in interest, a blackline of the Revised Final Order against the proposed form of order attached to the Motion is attached hereto as Exhibit B.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Final

Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: May 22, 2015                                  /s/ Marisa A. Terranova
        Wilmington, Delaware                       Mark D. Collins (No. 2981)
                                           Michael J. Merchant (No. 3854)
                                           Marisa A. Terranova (No. 5396)
                                           Amanda R. Steele (No. 5530)
                                           RICHARDS, LAYTON & FINGER, P.A.
                                           920 N. King Street
                                           Wilmington, Delaware 19801
                                           Telephone:  302-651-7700
                                           Facsimile:  302-651-7701
                                           Email: collins@rlf.com
                                               merchant@rlf.com
                                               terranova@rlf.com
                                                 steele@rlf.com

                                           Proposed Counsel for the Debtors and Debtors
                                           in Possession