IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § | |
| | § | **Re: Docket No. 54** |

-----------------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING
THE DEBTORS TO EMPLOY AND RETAIN RICHARDS, LAYTON &
FINGER, P.A. AS COUNSEL PURSUANT TO SECTION 327(A)
OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014(A) AND
2016 AND LOCAL RULE 2014-1, *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned hereby certifies as follows:

1.   On May 7, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Application to Employ and Retain Richards, Layton & Finger, P.A. as Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1,* Nunc Pro Tunc *to the Petition Date* [Docket No. 54] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Pursuant to the notice filed with the Application, objections, if any, to the Application were to be filed and served by no later than May 20, 2015 at 4:00 p.m. (EDT) (the "**Objection Deadline**"). The Objection Deadline was extended for the Office of the United

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

States Trustee (the "**U.S. Trustee**") and the Official Committee of Unsecured Creditors (the "**Committee**").

2. The Debtors received informal comments (the "**Comments**") to the Application from the U.S. Trustee. The Debtors received no other objections or responses to the Application, and no objection or other responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases.

3. The Debtors have revised the proposed form of final order (the "**Revised Final Order**") to incorporate the Comments. A copy of the Revised Final Order is attached hereto as Exhibit A. The Revised Order has been circulated, and is acceptable, to the Committee and the U.S. Trustee. For the convenience of the Court and all parties in interest, a blackline of the Revised Order against the proposed form of order attached to the Application is attached hereto as Exhibit B.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Final Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: May 22, 2015  
      Wilmington, Delaware

*/s/* Marisa A. Terranova  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marisa A. Terranova (No. 5396)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
       merchant@rlf.com  
       terranova@rlf.com  
       steele@rlf.com

Proposed Counsel for the Debtors and Debtors in Possession