## EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Joint Administration Requested |
| | § | |
| Debtors. | § | **Re: Docket No. 16** |

-------------------------------------------------------

### ORDER AUTHORIZING THE DEBTORS TO REJECT
### CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
### LEASES, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

Upon the motion (the "**Motion**")[2] of Corinthian Colleges, Inc. and its affiliated debtors

and debtors in possession (collectively, the "**Debtors**"), for entry of an order (this "**Order**")

authorizing the Debtors to reject the executory contracts and unexpired leases set forth in

Exhibits 1-4 hereto (the "**Contracts**") *nunc pro tunc* to the Petition Date, as more fully set forth

in the Motion; and upon due and sufficient notice of the Motion having been provided under the

particular circumstances, and it appearing that no other or further notice need be provided; and

the Court having jurisdiction to consider the Motion and the relief requested therein in

accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been scheduled and, to the extent necessary, held to consider the relief requested in the Motion (the "**Hearing**"); and upon the *Declaration of William J. Nolan in Support of the Debtors' First Omnibus Motion for Entry of An Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, Effective* Nunc Pro Tunc *to the Petition Date* submitted in support of the Motion, the record of the Hearing (if any was held), and all the proceedings had before the Court; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing (if any was held) establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Contracts listed on <u>Exhibits 1-4</u> attached hereto are deemed rejected, effective *nunc pro tunc* to May 4, 2015.

3.      Pursuant to section 554 of the Bankruptcy Code and Bankruptcy Rule 6007, all personal property remaining at the Vacant Locations is deemed abandoned *nunc pro tunc* to the Petition Date.

4.      Notice of the Motion as provided therein is deemed to be good and sufficient notice of such Motion, and the requirements of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware are satisfied by the contents of the Motion.

5.    Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.    The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion

7.    This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: May ____, 2015
        Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1 12035227v.1

# __EXHIBIT 1__

## Vacated Locations Leases

Exhibit 1 - Vacated Locations Leases

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date |
|---|---|---|---|---|---|---|---|---|---|
| Toronto Regional | 40 Eglinton Avenue East Investments Inc. | c/o Colliers International | 1 Queen Street East | Suite 2200 | Toronto | ON | M5C 2Z2 | Lease Agreement Between: 40 Eglinton Avenue East Investments Inc. (the "Landlord") and Corinthian Colleges, Inc. (the "Tenant") and any amendments thereto | 1/16/2012 |
| Santa Ana Storage | Industrial Plaza, A California L.P. | | P.O. BOX 15005 | | Santa Ana | CA | 92735-0005 | Standard Industrial/Commercial Multi-Tenant - Gross by and between | 9/2/2007 |
| | | c/o Martin Commercial Group | 1495 East Warner Avenue | | Santa Ana | CA | 92705 | | |
| Toronto College Park | Toronto College Park, Ltd. | c/o GWL Realty Advisors Inc. | 33 Yonge Street | Suite 830 | Toronto | ON | M5E 1G4 | Toronto College Park Office Lease Agreement between Toronto College Park Ltd. And CDI Education Corporation and any amendment thereto | 10/6/2004 |
| Sudbury | Vista Sudbury Hotel Inc. | | 55 King Street West | Suite 801 | Kitchener | ON | N2G 4W1 | Lease Agreement between Vista Sudbury Hotel, Inc. (the"Landlord") and Corinthian | 9/1/2013 |
| | | | 40 Elm Street | Unit M207 | Sudbury | ON | P3C 1S8 | | |
| San Jose North | Winchester Payne LLC | C/O BORELLI INVESTMENT CO. | 2051 JUNCTION AVE., STE 100 | | San Jose | CA | 95131-2100 | Full Service Triple Net Lease dated August 22, 2006 between Winchester Payne LLC, a Limited Liability Company ("Lessor"), and Corinthian Colleges, Inc., a Delaware Corporation ("Lessee"), and any amendments thereto | 8/22/2006 |

# EXHIBIT 2

**Parking Facility Leases**

Exhibit 2 - Parking Facility Leases

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date |
|---|---|---|---|---|---|---|---|---|---|
| Irondequoit Parking | 1301 East Ridge Rd LLC | Todd Zigrossi | 840 Lehigh Station Road | | West Henrietta | NY | 14586 | Lease Agreement between 1301 East Ridge Road, LLC & Corinthian Colleges, Inc. for a portion of property at 1301 Ridge Road East, Irondequoit, New York and any amendments thereto | 4/1/2011 |
| Fremont Parking | John H & Elouise C Sutter | | 33 Linda Ave., #2606 | | Oakland | CA | 94611 | Standard Industrial / Commercial Single-Tenant Lease - Net between BFC Associates I, L.P. and JLS Associates XII, L.P. ("Lessor") and Sequoia Education, Inc. ("Lessee") and any amendements hereto | 9/6/1995 |
| Stockton Parking Ground Lease (Heald) | Meena Chainani 2010 Irrevocable Trust | | 433 Airport Blvd., Suite 224 | 433 California Street | Burlingame | CA | 94010 | Ground Lease Agreement Between The Meena Chainani 2010 Irrevocable Trust, ("Landlord") and Heald College, LLC, a California0limited liability company ("Tenant") | 6/4/2010 |
| Honolulu (Heald) - Parking | Propark Inc. | | 771 Amana St, Floor 3 | | Honolulu | HI | 96814-3238 | Parking Agreement between Corinthian Colleges, Inc. & Propark, Inc. and any amendments hereto | 12/26/2013 |
| Modesto MTM Parking (Heald) | Antique Warehouse and Auction | | 5351 Pirrone Road | | Salida | CA | 95368 | Monthly Parking Agreement and any amendments hereto | 9/17/2010 |
| | SSSH | Cecil Shatswell | P.O. Box 11130 | | Oakdale | CA | 95361 | | |

# EXHIBIT 3

**Equipment Leases**

**Exhibit 3 - Equipment Leases**

| Vendor Name | Address 1 | City | State | ZIP | Name of Lease | Date |
|---|---|---|---|---|---|---|
| RICOH AMERICAS CORPORATION | 5 Dedrick Place | West Caldwell | NJ | 07006 | Ricoh Master Agreement with Corinthian Colleges, Inc. | 1/1/2009 |
| PITNEY BOWES GLOBAL FINANCIAL SVCS LLC | 27 Waterview Drive | Shelton | CT | 06484 | Lease Agreement and Terms by and between Pitney Bowes and Everest Institute, and any amendments thereto | 3/10/2009 |
| | 2225 American Drive | Neenah | WI | 54956-1005 | | |
| HEWLETT-PACKARD FINANCIAL SERVICES CO. | 420 Mountain Ave - P.O. Box 6 | Murray Hill | NJ | 07974-0006 | Master Lease and Financing Agreement by and between Hewlett-Packard Financial Services Company and Parent, and any amendments thereto | 1/31/2011 |

# EXHIBIT 4

**Ambassador Contract**

**Exhibit 4 - Ambassador Contract**

| Vendor Name | Address 1 | City | State | ZIP | Name of Lease | Date |
|---|---|---|---|---|---|---|
| Ambassador College Bookstores, Inc. d/b/a Ambassador Education Solutions | 445 Broad Hollow Road, Suite 206 | Melville | NY | 11747 | Ambassador Education Solutions Master Services Agreement, made by and between Corinthian Colleges, Inc. and Ambassador College Bookstores, Inc. | 1/5/2014 |