IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on May 21, 2015, I caused true and correct copies of the following document to be served (i) via email to the party listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective Nunc Pro Tunc to the Date that the Debtors Surrender Possession; (II) Approving the Abandonment of any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 171]**

Dated: May 22, 2015

/s/ Scott M. Ewing
Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 22 day of May, 20 15, by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Jennifer Castillo
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**EXHIBIT A**

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

Parties Served:  1

# **EXHIBIT B**

| | | |
|---|---|---|
| 70 HARBOUR POINTE, LLC<br>C/O THE SIMBOLI PROPERTIES<br>70 EVERETT AVENUE<br>SUITE 520<br>CHELSEA MA 02150 | APTOS SMOKE TREE PARTNERS<br>20380 STEVENS CREEK BLVD, #233<br>CUPERTINO CA 95014 | APTOS SMOKE TREE PARTNERS<br>306 CLIFF DR.<br>APTOS CA 95003 |
| APTOS SMOKE TREE PARTNERS<br>C/O CASSIDY TURLEY BT COMMERCIAL<br>1650 TECHNOLOGY DRIVE<br>SUITE 600<br>SAN JOSE CA 95110 | APTOS SMOKE TREE PARTNERS<br>PO BOX 263<br>CRESTON CA 93432-0263 | ARIZONA DEPARTMENT OF EDUCATION<br>1535 WEST JEFFERSON STREET<br>PHOENIX, AZ 85007 |
| ARSENAULT INVESTMENTS IV, LLC<br>C/O REAL CAPITAL SOLUTIONS, INC.<br>371 CENTENNIAL PARKWAY<br>SUITE 200<br>LOUISVILLE CO 80027 | ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN/RICARDO PALACIO<br>ATTN: LEIGH-ANNE RAPORT<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150 | ATHENA PARKING, INC.<br>1000 S FREMONT AVENUE<br>UNIT 1, SUITE 109<br>ALHAMBRA CA 91803 |
| BEDFORD PARK PROPERTIES, LLC<br>300 PARK STREET, SUITE 410<br>BIRMINGHAM MI 48009 | BMC GROUP, INC.<br>ATTN: T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO, CA 90245 | BRE/OC GRIFFIN, LLC<br>C/O EQUITY OFFICE MANAGEMENT<br>801 N. BRAND BLVD.<br>SUITE 630<br>GLENDALE CA 91203 |
| BRE/OC GRIFFIN, LLC<br>GRIFFIN TOWERS II<br>BLDG ID: 22572<br>PO BOX 209259<br>AUSTIN TX 78720-9259 | BROWN RUDNICK LLP<br>ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 |
| CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 | CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA DEPARTMENT OF EDUCATION<br>1430 N STREET<br>SACRAMENTO, CA 95814-5901 |
| CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST., #1142<br>SACRAMENTO, CA 95814-5901 | CC EARTH CITY LLC<br>C/O EVERBANK BUSINESS PROPERTY LENDING<br>B OF A LOCKBOX SERVICES #4021363<br>6000 FELDWOOD ROAD<br>COLLEGE PARK GA 30329 | CC EARTH CITY LLC<br>C/O LUSTBADER-RUSKIN INVESTMENTS<br>555 SKOKIE BLVD #260<br>NORTHBROOK IL 60062 |
| COLLEGE PROPERTY LLC<br>C/O WADSWORTH DEVELOPMENT GROUP, LLC<br>166 EAST 1400 SOUTH, SUITE 200<br>DRAPER UT 84020 | COMMONWEALTH OF MASSACHUSETTS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY, AG<br>ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>ATTN: LINDA MITTEN<br>651 BOAS STREET, ROOM 700<br>HARRISBURG, PA 17121 |
| CORINTHIAN KEDZIE LLC<br>11600 S. KEDZIE AVE.<br>MERRIONETTE PARK IL 60803 | CORINTHIAN KEDZIE LLC<br>C/O RIECK AND CROTTY, P.C.<br>55 WEST MONROE STREET, SUITE 3390<br>CHICAGO IL 60603 | CORPORATE RIDGE OFFICE, LLC<br>C/O REAL CAPITAL SOLUTIONS, INC.<br>371 CENTENNIAL PARKWAY, SUITE 200<br>LOUISVILLE CO 80027 |
| DANIEL G. KAMIN MELROSE PARK ENTERPRISES LLC<br>P.O. BOX 10234<br>PITTSBURGH PA 15232 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 898<br>DOVER, DE 19903 | DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI 96813 |
| DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY 10013 | DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE, STE. 2000<br>PHILADELPHIA, PA 19103-6996 |

| | | |
|---|---|---|
| DRINKER BIDDLE & REATH LLP<br>ATTN: HOWARD A. COHEN<br>222 DELAWARE AVE., STE.1410<br>WILMINGTON, DE 19801-1621 | DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK, NY 10036-2714 | EFN MERRILLVILLE PROPERTY LLC<br>8585 BROADWAY, SUITE 140<br>MERRILLVILLE IN 46410 |
| EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 | ESA P PORTFOLIO PA PROPERTIES LLC<br>100 DUNBAR STREET<br>SPARTANBURG SC 29304 | GLENVIEW CORPORATE CENTER ASSOCIATES, L.P.<br>C/O MAGUIRE PARTNERS PROPERTY GROUP, LLC<br>ONE BELMONT AVENUE<br>STE 300<br>BALA CYNWYD PA 19004 |
| GLENVIEW EQUITIES LLC<br>C/O TIME EQUITIES, INC.<br>55 FIFTH AVENUE, 15TH FLOOR<br>NEW YORK NY 10003 | GREEN GABLES FOOR, LLC<br>C/O NAI UTAH PROPERTY MANAGEMENT<br>748 W. HERITAGE PARK BLVD., SUITE 204<br>LAYTON UT 84041 | GREEN GABLES FOOR, LLC<br>P.O. BOX 599<br>5455 NORTH FRANSON LANE<br>OAKLEY UT 84055 |
| HARSCH INVESTMENT PROPERTIES, LLC<br>1121 SW SALMON ST.<br>PORTLAND OR 97205 | HARSCH INVESTMENT PROPERTIES, LLC<br>830 RIVERSIDE PARKWAY<br>SUITE 10<br>SACRAMENTO CA 95605 | HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JD/LD VIRGINIA, LLC<br>C/O CONTRACTS AND LEGAL SERVICES DEPARTMENT<br>380 NEW YORK STREET<br>REDLANDS CA 92375-0555 | JD/LD VIRGINIA, LLC<br>P.O. BOX 7555<br>REDLANDS CA 92375-0555 |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | K & E PROPERTIES CORP<br>2090 WARM SPRINGS CT #256<br>FREMONT CA 94539 | KAMIN REALTY CO.<br>490 S. HIGHLAND AVENUE<br>PITTSBURGH PA 15206 |
| KAPLIN \| STEWART<br>UNION MEETING CORPORATE CENTER<br>910 HARVEST DRIVE<br>P.O. BOX 3037<br>BLUE BELL PA 19422 | KATTEN MUCHIN ROSENMAN LLP<br>ATTN: BRIAN HUBEN/DUSTIN BRANCH<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES, CA 90067-3012 | KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| KIRCH-METRO COMPANY, LLC<br>129 WATERGLEN CIRCLE<br>SACRAMENTO CA 95826 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ATTN: ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI, OH 75271-2711 | LCM FUNDS 7-BURRIDGE, LLC<br>C/O WARREN BLUMENTHAL<br>408 EAST RAVINE BAYE ROAD<br>BAYSIDE WI 53217 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | LONG DRIVE INVESTORS I, L.L.C.<br>C/O WALTON STREET CAPITAL L.L.C.<br>900 NORTH MICHIGAN AVENUE, SUITE 1900<br>CHICAGO IL 60611 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601 |
| NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 | NORTH AMERICAN REAL ESTATE MANAGEMENT<br>ONE E. OAK HILL DRIVE<br>SUITE 100<br>WESTMONT IL 60559 | NORTHVIEW PROPERTIES LLC<br>2721 DARBY, S.E.<br>EAST GRAND RAPIDS MI 49506 |
| NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 | OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION<br>800 W. WASHINGTON STREET, 2ND FLOOR<br>PHOENIX, AZ 85007 |

| | | |
|---|---|---|
| OFFICE OF THE U.S. ATTORNEY<br>ATTN: CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF ARIZONA<br>ATTN: JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF HAWAII<br>ATTN: FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 |
| OFFICE OF THE U.S. ATTORNEY<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: KELLY T. CURRIE<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | OFFICE OF THE U.S. ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX<br>844 KING STREET, SUITE 2313<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 |
| OREGON DEPARTMENT OF EDUCATION<br>255 CAPITOL STREET NE<br>SALEM, OR 97310-0203 | OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 | PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>C/O PHILLIPS INTERNATIONAL<br>295 MADISON AVE., 2ND FLOOR<br>NEW YORK, NY 10017 |
| POLSINELLI PC<br>ATTN: CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/ETTA MYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>P.O. BOX 951<br>WILMINGTON, DE 19899-0951 | RFP COMMERCIAL INC.<br>PLAZA EAST OFFICE CENTER<br>330 EAST KILBOURN, SUITE 838<br>MILWAUKEE WI 53202 |
| RMS PROPERTIES LP<br>1108 SKYTOP CIRCLE<br>CHARLESTON WV 25314 | ROBINS KAPLAN LLP<br>ATTN: SCOTT GAUTIER/LORIE BALL<br>ATTN: CYNTHIA HERNANDEZ<br>2049 CENTURY PARK EAST, SUITE 3400<br>LOS ANGELES, CA 90067 | SECRETARY OF THE TREASURY<br>P.O. BOX 7040<br>DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REG. DIRECTOR<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SHEBOYGAN HOLDINGS, LLC<br>C/O WARREN BLUMENTHAL<br>408 EAST RAVINE BAYE ROAD<br>BAYSIDE WI 53217 |
| SIDLEY AUSTIN LLP<br>ATTN: JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES, CA 90013 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: FELICIA GERBER PERLMAN<br>155 N. WACKER DRIVE<br>CHICAGO, IL 60606-1720 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 | SPECTRUM COMMERCE CENTER<br>1000 BLUE GENTIAN ROAD<br>EAGAN MN 55121 | STANDARD PARKING COMPANY<br>1055 W. 7TH ST., SUITE 1500<br>LOS ANGELES CA 90017 |
| STANDARD PARKING COMPANY<br>1719 FRANKLIN STREET<br>OAKLAND CA 94612 | STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 |
| STEVEN H BLUMENTHAL<br>MUCH SHELIST<br>191 N. WACKER, SUITE 1800<br>CHICAGO IL 60606 | THE ALHAMBRA CORNER COMMUNITY LLC<br>1000 SOUTH FREMONT AVENUE<br>UNIT 1, BLDG A10C, STE 10150<br>ALHAMBRA CA 91803 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT<br>ATTN: KAREN AXSOM, DIRECTOR<br>800 W. WASHINGTON ST<br>PHOENIX, AZ 85007 |
| THE NAPELTON GROUP<br>ONE E. OAK HILL DRIVE<br>SUITE 100<br>WESTMONT IL 60559 | THE ROSNER LAW GROUP<br>ATTN: JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>ATTN: JOHN MARK STERN, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION, MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 |

| U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN: LLOYD H. RANDOLPH<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | UNITED STATES DEPARTMENT OF LABOR<br>ATTN: THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20210 |
|---|---|---|
| WASHINGTON PROPERTY COMPANY<br>4719 HAMPDEN LANE<br>3RD FLOOR<br>BETHESDA MD 20814 | WATT LONG BEACH II, LLC<br>2716 OCEAN PARK BLVD. #3040<br>SANTA MONICA CA 90405 | WATT LONG BEACH, LLC<br>2716 OCEAN PARK BLVD. #3040<br>SANTA MONICA CA 90405 |
| WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 | WESTMAIN 2000, L.L.C.<br>C/O MEYER C. WEINER COMPANY<br>700 MALL DRIVE<br>PORTAGE MI 49024 | WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: BRAD D. SCHIMEL, AG<br>ATTN: F. MARK BROMLEY, AAG<br>POST OFFICE BOX 7857<br>MADISON, WI 53707-7857 |

Parties Served: 108