## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun am employed in the county of Los Angeles, State of California. I hereby certify that on May 22, 2015, I caused true and correct copies of the following document(s) to be served (i) via facsimile to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of Agenda of Matters Scheduled for Hearing on May 27, 2015 at 2:00 P.M. (EDT) [Docket No. 177]**

Dated: May 22, 2015

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

| | |
|---|---|
| {State of California | } |
| { | } ss. |
| {County of Los Angeles | } |

Subscribed and sworn to (or affirmed) before me on this _22_ day of _May_, 20 _15_, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**EXHIBIT A**

ASHBY & GEDDES, P.A.
ATTN: LEIGH-ANNE RAPORT
302-654-2067

ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO
302-654-2067

ASHBY & GEDDES, P.A.
ATTN: WILLIAM BOWDEN
302-654-2067

COMMONWEALTH OF PENNSYLVANIA
ATTN: LINDA MITTEN
717-787-7671

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
215-988-2757

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN
302-467-4201

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
212-248-3141

JEFFER MANGELS BUTLER & MITCHELL LLP
ATTN: BARRY FREEMAN
310-712-8571

JEFFER MANGELS BUTLER & MITCHELL LLP
ATTN: DAVID M. POITRAS
310-712-8571

KATTEN MUCHIN ROSENMAN LLP
ATTN: BRIAN HUBEN
310-788-4471

KATTEN MUCHIN ROSENMAN LLP
ATTN: DUSTIN BRANCH
310-788-4471

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
212-808-7897

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
469-221-5003

MORRISON & FOERSTER LLP
ATTN: ERICA RICHARDS
212-468-7900

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI
212-468-7900

OFFICE OF THE U.S. ATTORNEY
ATTN: LEGAL DEPT
718-254-7508

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD SCHEPACARTER
302-573-6497

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: TIMOTHY FOX
302-573-6497

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
212-545-1410

POLSINELLI PC
ATTN: CHRISTOPHER WARD
302-252-0921

POLSINELLI PC
ATTN: SHANTI KATONA
302-252-0921

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
302-658-1192

ROBINS KAPLAN LLP
ATTN: CYNTHIA C. HERNANDEZ
310-229-5800

ROBINS KAPLAN LLP
ATTN: LORIE A. BALL
310-229-5800

ROBINS KAPLAN LLP
ATTN: SCOTT GAUTIER/LORIE BALL
310-229-5800

SIDLEY AUSTIN LLP
ATTN: JENNIFER HAGLE/ANNA GUMPORT
213-896-6600

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
317-263-7901

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: FELICIA GERBER PERLMAN
312-407-0411

TX COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: COURTNEY J. HULL
512-936-1409

U.S. DEPARTMENT OF JUSTICE
ATTN: LLOYD H. RANDOLPH
202-514-9163

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
608-267-8906

Parties Served:  31

# **EXHIBIT B**

ARIZONA DEPT OF EDUCATION
1535 WEST JEFFERSON STREET
PHOENIX AZ 85007

BMC GROUP, INC.
T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO CA 90245

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK NY 10036

BUREAU OF LABOR  & INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND OR 97232

CA LABOR&WORKFORCE DVLP  AGENCY
PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FL
SAN FRANCISCO CA 94102

CAL/OSHA
1515 CLAY STREET, STE 1901
OAKLAND CA 94612

CALIFORNIA DEPT OF EDUCATION
1430 N STREET
SACRAMENTO CA 95814-5901

DELAWARE SECRETARY OF STATE
DIV. OF CORP./FRANCHISE TAX DIV.
P.O. BOX 898
DOVER DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK NY 10013

DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON DE 19802

EQUITY ONE, INC.
LEGAL DEPARTMENT
1600 N E MIAMI GARDENS DR
NORTH MIAMI BEACH FL 33179

HAWAII STATE DEPT OF EDUCATION
1390 MILLER ST.
HONOLULU HI 96813

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAILSTOP 5-Q30.133
PHILADELPHIA PA 19101-7346

JUSTICE DEPARTMENT
1300 I ST., #1142
SACRAMENTO CA 95814-5901

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI OH 75271-2711

NEW YORK STATE DEPARTMENT OF LABOR
BLDG. 12, W.A. HARRIMAN CAMPUS
ALBANY NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMIN.
800 W. WASHINGTON STREET
2ND FLOOR
PHOENIX AZ 85007

OFFICE OF THE ATTORNEY GENERAL
MAURA HEALEY/PETER LEIGHT/GLENN KAPLAN
ONE ASHBURTON PLACE 18TH FL
BOSTON MA 2108

OFFICE OF THE U.S. ATTORNEY
300 ALA MOANA BLVD., #6-100
HONOLULU HI 96850

OFFICE OF THE U.S. ATTORNEY
ONE SAINTS ANDREW PLAZA
NEW YORK NY 10007

OFFICE OF THE U.S. ATTORNEY
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVE, STE 1200
PHOENIX AZ 85004-4408

OREGON DEPARTMENT OF EDUCATION
255 CAPITOL STREET NE
SALEM OR 97310-0203

OREGON DEPT OF JUSTICE
1162 COURT STREET NE
SALEM OR 97301-4096

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER DE 19903

SECURITIES&EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC 20549

SECURITIES&EXCHANGE COMMISSION
GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY 10281-1022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
P.O. BOX 636
ONE RODNEY SQUARE
WILMINGTON DE 19899-0636

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON DE 19801-0820

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND OR 97701

THE INDUSTRIAL COMMISSION OF AZ
KAREN AXSOM
800 W. WASHINGTON ST
PHOENIX AZ 85007

**Corinthian Colleges, Inc. - Overnight Mail**                                    **Served 5/22/2015**

THE ROSNER LAW GROUP
JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET
SUITE 810
WILMINGTON DE 19801

U.S. ATTORNEY'S OFFICE
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON DE 19899-2046

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530-0001

UNITED STATES DEPT OF LABOR
THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON DC 20210

WATT LONG BEACH, LLC
JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA CA 90405

Parties Served: 38