## **EXHIBIT A**

**Rejected Lease**

| | Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Campus 26 | Tempe On Line | Gateway Montrose, Inc. | c/o RREEF Management Company | 4050 East Cotton Center Boulevard | Suite 14 | Phoenix | AZ | 85040 | Lease by and between Gateway Montrose, Inc., a California corporation, Landlord, and Corinthian Colleges, Inc., a Delaware corporation, Tenant, and any amendments thereto | 10/19/2005 | 5/22/2015 |
| | | Gateway Montrose, Inc. | | Plumwood Office Port - 8160 | PO Box 6236 | Hicksville | NY | 11802-6236 | | | |
| | | Gateway Montrose, Inc. | c/o Transwestern | 800 West Adams Street | | Phoenix | AZ | 85007 | | | |