## **EXHIBIT A**

## **Rejected Lease**

| Campus | Landlord Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| Fremont (180 Whitney) | K & E Properties Corp | 2090 Warm Springs Ct | #256 | Fremont | CA | 94539 | Lease Agreement, by and between Corinthian Colleges, Inc. and Whitney Place Associates, and any amendments thereto | 12/31/2005 | 5/23/2015 |