IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| | § | |
| Debtors. | § | Re:  Docket No. 145 |

-----------------------------------------------------------

**NOTICE OF FILING OF EXECUTED
SETTLEMENT AGREEMENT IN CONNECTION
WITH "DEBTORS' MOTION TO APPROVE SETTLEMENT
AGREEMENT WITH ECC ACQUISITION INC. AND OWAIS HASHMI"**

PLEASE TAKE NOTICE that, on May 18, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion to Approve Settlement Agreement with ECC Acquisition Inc. and Owais Hashmi* [Docket No. 145] (the "**Motion**") seeking approval of a proposed settlement agreement by and between the Debtors and ECC Acquisitions Inc. and Owais Hashmi (the "**Settlement Agreement**") with the United States Bankruptcy Court for the District of Delaware.[2]

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]   The version of the Settlement Agreement attached as Exhibit A to the Motion was not executed.

RLF1 12028734v.1

PLEASE TAKE FURTHER NOTICE that, attached hereto as <u>Exhibit A</u> is the executed Settlement Agreement. The Debtors hereby incorporate the attached executed Settlement Agreement into the Motion as if set forth therein in full.

Dated: May 26, 2015  
      Wilmington, Delaware

      */s/ Rachel L. Biblo*  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marisa A. Terranova (No. 5396)  
Amanda R. Steele (No. 5530)  
Rachel L. Biblo (No. 6012)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
      merchant@rlf.com  
      terranova@rlf.com  
      steele@rlf.com  
      biblo@rlf.com

Proposed Counsel for the Debtors and Debtors in Possession