# UNITED STATES BANKRUPTCYCOURT
## FOR THE DISTRICT OF DELAWARE

In Re:

Chapter 11

Case No. 15 - 10952  (KJC)

Debtor: Corinthian Colleges, Inc., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of Lorie A. Ball of Robins Kaplan LLP

to represent The Official Committee of Student Creditors

in this action.

/s/ Christopher A. Ward

Firm Name: Polsinelli PC
Address:   222 Delaware Avenue, Suite 1101
           Wilmington, Delaware 19801
Phone:     302-252-0920
           cward@polsinelli.com
Email:

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **California** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Lorie A. Ball

Firm Name: Robins Kaplan LLP
Address:   2049 Century Park East, Ste3400
           Los Angeles, CA 90067
Phone:     310-552-0130
           lball@robinskaplan.com
Email:

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: May 26th, 2015
Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Local Form 105