# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**Reset hearing shall be held on 6/23/2015 at 11:00 AM in US Bankruptcy Court, 824 Market St.15th Fl., Courtroom (HEARING)#035;5, Wilmington, Delaware. Movant is responsible for notice.**

|  |  |  |
|---|---|---|
|  | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | § |  |
|  | § | Case No. 15-10952 (KJC) |
|  | § |  |
|  | § | Jointly Administered |
| Debtors. | § |  |

-----------------------------------------------------------------

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date

in the above-captioned chapter 11 cases:

| <u>Date & Time</u> | <u>Location</u> |
|---|---|
| June 22, 2015 at 10:00 a.m. (EDT) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |

**Dated: May 26th, 2015**
**Wilmington, Delaware**

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 12010...