**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

-----------------------------------------------------------

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 27, 2015 AT 2:00 P.M. (EDT) [3]**

## I. CONTINUED MATTER:

1. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 8 - filed May 4, 2015]

   Objection / Response Deadline: May 20, 2015 at 4:00 p.m. (EDT); extended to June 1, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the May 27, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, May 26, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

A. Informal comments from Student Funding, LLC

Related Documents:

i. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 24 - filed May 5, 2015]

ii. Notice of (I) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief" and (II) Scheduling of a Final Hearing Thereon [Docket No. 37 - filed May 6, 2015]

Status: The hearing on this matter has been continued to June 8, 2015 at 1:00 p.m. (EDT).

## II. UNCONTESTED MATTERS GOING FORWARD:

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue Their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 5 - filed May 4, 2015]

Objection / Response Deadline: May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the Office of the United States Trustee (the "**United States Trustee**") and the Official Committee of Unsecured Creditors (the "**Committee**")

Objections / Responses Received:

A. Informal comments from the Committee

Related Documents:

i. Interim Order (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 21 - filed May 5, 2015]

ii. Notice of (I) Entry of "Interim Order (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief" and (II) Scheduling of A Final Hearing Thereon [Docket No. 35 - filed May 6, 2015]

Status: The hearing on this matter will go forward.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief [Docket No. 9 - filed May 4, 2015]

   Objection / Response Deadline: May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the United States Trustee and the Committee

   Objections / Responses Received:

   A. Informal comments from the United States Trustee

   B. Informal comments from the Committee

   Related Documents:

   i. Interim Order (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief [Docket No. 25 - filed May 5, 2015]

   ii. Notice of (I) Entry of "Interim Order (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief" and (II) Scheduling of A Final Hearing Thereon [Docket No. 40 - filed May 6, 2015]

   iii. **Certification of Counsel Regarding Final Order (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief [Docket No. 178 -filed May 22, 2015]**

   Status: **The Debtors have resolved the informal comments from the United States Trustee and the Committee and have filed a revised proposed form of order under certification of counsel on May 22, 2015. Accordingly, a hearing on this matter is only required to the extent that the Court has any questions or concerns.**

4. Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 16 - filed May 4, 2015]

Objection / Response Deadline: May 18, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the United States Trustee and the Committee

Objections / Responses Received: None.

Related Documents:

i. Declaration of William J. Nolan in Support of the Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 17 - filed May 4, 2015]

ii. **Certificate of No Objection Regarding Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 182 - filed May 22, 2015]**

**Status: In accordance with Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Debtors filed a certification of no objection on May 22, 2015, after 4:00 p.m. (ET) regarding this matter. Accordingly, a hearing on this matter is only required to the extent that the Court has any questions or concerns.**

5. Debtors' Motion for an Order (I) Authorizing the Debtors to Conduct and Consummate Asset Sales Exceeding the Thresholds Set Forth in the *De Minimis* Asset Sale Order; (II) Approving Such Sales; and (III) Granting Certain Related Relief [Docket No. 41 - filed May 6, 2015]

Objection / Response Deadline: May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the United States Trustee and the Committee

Objections / Responses Received:

A. Informal comments from the United States Trustee

Related Documents:

i. Notice of Proposed Sale Pursuant to Debtors' Motion For an Order (I) Authorizing the Debtors to Conduct and Consummate Asset Sales Exceeding the Thresholds Set Forth in the *De Minimis* Asset Sale Order;

        (II) Approving Such Sales; and (III) Granting Certain Related Relief [Docket No. 84 - filed May 12, 2015]

    ii.    Notice of Filing of Proposed Sale Order [Docket No. 174 - filed May 22, 2015]

Status:  The hearing on this matter will go forward.

6.    Debtors' Motion for Entry of an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, *Nunc Pro Tunc* to the Petition Date [Docket No. 43 - filed May 6, 2015]

    Objection / Response Deadline:  May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the United States Trustee and the Committee

    Objections / Responses Received:

    A.    Informal comments from the United States Trustee.

    Related Documents:  None.

    Status:  The hearing on this matter will go forward.

7.    Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 44 - filed May 6, 2015]

    Objection / Response Deadline:  May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the United States Trustee and the Committee

    Objections / Responses Received:

    A.    Informal comments from the Committee.

    Related Documents:

    i.    **Certification of Counsel Regarding Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professional [Docket No. 179 - filed May 22, 2015]**

    Status:  **The Debtors have resolved the informal comments from the Committee and have filed a revised proposed form of order under certification of counsel on May 22, 2015. Accordingly, a hearing on this matter is only required to the extent that the Court has any questions or concerns.**

8.     Debtors' Motion for Entry of an Order Extending Time for Debtors to File Schedules and Statements [Docket No. 45 - filed May 6, 2015]

        Objection / Response Deadline:  May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the Office of the United States Trustee and the Committee

        Objections / Responses Received:

        A.    Informal comments from the Office of the United States Trustee

        Related Documents: None.

        Status: The hearing on this matter will go forward.

9.     Debtors' Motion for Entry of an Order (I) Authorizing Payment of Certain Prepetition Taxes and (II) Granting Related Relief [Docket No. 53 - filed May 7, 2015]

        Objection / Response Deadline:  May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the Office of the United States Trustee and the Committee

        Objections / Responses Received:

        A.    Informal comments from the Committee

        Related Documents: None.

        Status: The hearing on this matter will go forward.

10.     Debtors' Application to Employ and Retain Richards, Layton & Finger, P.A. as Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, *Nunc Pro Tunc* to the Petition Date [Docket No. 54 - filed May 7, 2015]

        Objection / Response Deadline:  May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the United States Trustee and the Committee

        Objections / Responses Received:

        A.    Informal comments from the United States Trustee

        Related Documents:

        i.    **Certification of Counsel Regarding Order Authorizing the Debtors to Employ and Retain Richards, Layton & Finger, P.A. as Counsel**

**Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, *Nunc Pro Tunc* to the Petition Date [Docket No. 180 - filed May 22, 2015]**

Status: **The Debtors have resolved the informal comments from the United States Trustee and have filed a revised proposed form of order under certification of counsel on May 22, 2015. Accordingly, a hearing on this matter is only required to the extent that the Court has any questions or concerns.**

11. Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of FTI Consulting, Inc. as Crisis Manager and (II) Designating William J. Nolan as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date [Docket No. 55 - filed May 7, 2015]

Objection / Response Deadline: May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the Office of the United States Trustee and the Committee

Objections / Responses Received:

A. Informal comments from the Office of the United States Trustee

Related Documents: None.

Status: The hearing on this matter will go forward.

12. Debtors' Application Pursuant to Bankruptcy Code Section 327(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Rust Consulting/Omni Bankruptcy as Administrative Agent *Nunc Pro Tunc* to the Petition Date [Docket No. 56 - filed May 7, 2015]

Objection / Response Deadline: May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the Office of the United States Trustee and the Committee

Objections / Responses Received: Informal comments from the United States Trustee

Related Documents:

i. Supplemental Declaration of Paul H. Deutch in Support of the Debtors' Application Pursuant to Bankruptcy Rule 2014(a) to Employ and Retain Rust Consulting/Omni Bankruptcy As Administrative Agent *Nunc Pro Tunc* to the Petition Date [Docket No. 164 - filed May 21, 2015]

ii. **Certification of Counsel Regarding Order Pursuant to Bankruptcy Code Section 327(a) and Bankruptcy Rule 2014(a) Approving the**

**Employment and Retention of Rust Consulting/Omni Bankruptcy as Administrative Agent to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 181 - filed May 22, 2015]**

Status: **The Debtors have resolved the informal comments from the United States Trustee and have filed a revised proposed form of order under certification of counsel on May 22, 2015. Accordingly, a hearing on this matter is only required to the extent that the Court has any questions or concerns.**

## III. CONTESTED MATTERS:

13. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 6 - filed May 4, 2015]

Objection / Response Deadline: May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the Office of the United States Trustee and the Committee

Objections / Responses Received:

A. Objection of Salt River Project and Southern California Edison Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment For Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 142 - filed May 18, 2015]

B. Joinder of Pennsylvania Electric Company to the Objection of Salt River Project and Southern California Edison Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment For Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 151 - filed May 19, 2015]

C. Joinder of Rochester Gas and Electric Corporation to the Objection of Salt River Project and Southern California Edison Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors'

        Proposed Form of Adequate Assurance [Docket No. 369 - filed May 20, 2015]

    D.    Informal comments from the United States Trustee

    E.    Informal comments from the Committee

Related Documents:

    i.    Interim Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to Debtors' Proposed Form of Adequate Assurance [Docket No. 22 - filed May 5, 2015]

    ii.    Notice of (I) Entry of "Interim Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to Debtors' Proposed Form of Adequate Assurance" and (II) Scheduling of Final Hearing Thereon [Docket No. 38 - filed May 6, 2015]

Status:  The hearing on this matter will go forward.

14. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date that the Debtors Surrendered Possession; (II) Approving the *Nunc Pro Tunc* Abandonment of any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 46 - filed May 6, 2015]

    Objection / Response Deadline:  May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the Office of the United States Trustee and Committee

    Objections / Responses Received:

    A.    Square 407 Limited Partnership's Response and Limited Objection to Debtors' Motion for Authorization to Reject Certain Unexpired Leases of Nonresidential Real Property [Docket No. 155 - filed May 19, 2015]

    B.    Objection of C.W. Swenson, Inc. to (A) Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date that the Debtors Surrendered Possession; (II) Approving the *Nunc Pro Tunc* Abandonment of any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief and (B) Notice of Effective Date

of Rejection for Unexpired Lease of Nonresidential Real Property [Docket No. 161 - filed May 20, 2015]

Related Documents:

i. Notice of Effective Date of Rejection for Unexpired Lease of Nonresidential Real Property [Docket No. 102 - filed May 13, 2015]

ii. Notice of Effective Date of Rejection for Unexpired Lease of Nonresidential Real Property [Docket No. 113 - filed May 14, 2015]

iii. Notice of Effective Date of Rejection for Unexpired Lease of Nonresidential Real Property [Docket No. 137 - filed May 15, 2015]

iv. Notice of Effective Date of Rejection for Unexpired Lease of Nonresidential Real Property [Docket No. 138 - filed May 16, 2015]

v. Notice of Effective Date of Rejection for Unexpired Lease of Nonresidential Real Property [Docket No. 148 - filed May 18, 2015]

vi. Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 158 - filed May 19, 2015]

vii. Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 163 - filed May 20, 2015]

viii. Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 172 - filed May 21, 2015]

ix. **Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 189 - filed May 22, 2015]**

Status:  The hearing on this matter will go forward.

Dated: May 26, 2015
Wilmington, Delaware

*/s/* Marisa A. Terranova
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
merchant@rlf.com
terranova@rlf.com
steele@rlf.com

Proposed Counsel for the Debtors and Debtors in Possession