# EXHIBIT 1

**Vacated Locations Leases**

Exhibit 1 - Vacated Locations Leases

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date |
|---|---|---|---|---|---|---|---|---|---|
| Toronto Regional | 40 Eglinton Avenue East Investments Inc. | c/o Colliers International | 1 Queen Street East | Suite 2200 | Toronto | ON | M5C 222 | Lease Agreement Between: 40 Eglinton Avenue East Investments Inc. (the "Landlord") and Corinthian Colleges, Inc. (the "Tenant") and any amendments thereto | 1/16/2012 |
| Santa Ana Storage | Industrial Plaza, A California L.P. | c/o Martin Commercial Group | P.O. BOX 15905<br>1495 East Warner Avenue | | Santa Ana<br>Santa Ana | CA<br>CA | 92735-0005<br>92705 | Standard Industrial/Commercial Multi-Tenant Lease - Gross by and between | 9/2/2007 |
| Toronto College Park | Toronto College Park, Ltd. | c/o GWL Realty Advisors Inc. | 33 Yonge Street | Suite 830 | Toronto | ON | M5E 1G4 | Toronto College Park Office Lease Agreement between Toronto College Park Ltd. And CDI Education Corporation and any amendment thereto | 10/6/2004 |
| Sudbury | Vista Sudbury Hotel Inc. | | 55 King Street West<br>40 Elm Street | Suite 801<br>Unit M207 | Kitchener<br>Sudbury | ON<br>ON | N2G 4W1<br>P3C 1S8 | Lease Agreement between Vista Sudbury Hotel, Inc. (the "Landlord") and Corinthian | 9/1/2013 |
| San Jose North | Winchester Payne LLC | C/O BORELLI INVESTMENT CO. | 2051 JUNCTION AVE., STE 100 | | San Jose | CA | 95131-2100 | Full Service Triple Net Lease dated August 22, 2006 between Winchester Payne LLC, a Limited Liability Company ("Lessor"), and Corinthian Colleges, Inc., a Delaware Corporation ("Lessee"), and any amendments thereto | 8/22/2006 |

## EXHIBIT 2

**Parking Facility Leases**

Exhibit 2 - P... Facility Leases

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date |
|---|---|---|---|---|---|---|---|---|---|
| Irondequoit Parking | 1301 East Ridge Rd LLC | Todd Zigrossi | 840 Lehigh Station Road | | West Henrietta | NY | 14586 | Lease Agreement between 1301 East Ridge Road, LLC & Corinthian Colleges, Inc. for a portion of property at 1301 Ridge Road East, Irondequoit, New York and any amendments thereto | 4/1/2011 |
| Fremont Parking | John H & Elouise C Sutter | | 33 Linda Ave., #2606 | | Oakland | CA | 94611 | Standard Industrial / Commercial Single-Tenant Lease - Net between BFC Associates I, L.P. and JLS Associates XII, L.P. ("Lessor") and Sequoia Education, Inc. ("Lessee") and any amendments hereto | 9/6/1995 |
| Stockton Parking Ground Lease (Heald) | Meena Chainani 2010 Irrevocable Trust | | 433 Airport Blvd, Suite 224 | 433 California Street | Burlingame | CA | 94010 | Ground Lease Agreement Between The Meena Chainani 2010 Irrevocable Trust, ("Landlord") and Heald College, LLC, a California unlimited liability company ("Tenant") | 6/4/2010 |
| Honolulu (Heald) - Parking | Propark Inc. | | 771 Amana St, Floor 3 | | Honolulu | HI | 96814-3238 | Parking Agreement between Corinthian Colleges, Inc. & Propark, Inc. and any amendments hereto | 12/26/2013 |
| Modesto MTM Parking (Heald) | Antique Warehouse and Auction | | 5351 Pirrone Road | | Salida | CA | 95368 | Monthly Parking Agreement and any amendments hereto | 9/17/2010 |
| | SSSH | Cecil Shatswell | P.O. Box 11130 | | Oakdale | CA | 95361 | | |

## **EXHIBIT 3**

### **Equipment Leases**

RLF1 12035227v.1

Exhibit 3 - Equipment Leases

| Vendor Name | Address 1 | City | State | ZIP | Name of Lease | Date |
|---|---|---|---|---|---|---|
| RICOH AMERICAS CORPORATION | 5 Dedrick Place | West Caldwell | NJ | 07006 | Ricoh Master Agreement with Corinthian Colleges, Inc. | 1/1/2009 |
| PITNEY BOWES GLOBAL FINANCIAL SVCS LLC | 27 Waterview Drive | Shelton | CT | 06484 | Lease Agreement and Terms by and between Pitney Bowes and Everest Institute, and any amendments thereto | |
| | 2225 American Drive | Neenah | WI | 54956-1005 | | 3/10/2009 |
| HEWLETT-PACKARD FINANCIAL SERVICES CO. | 420 Mountain Ave - P.O. Box 6 | Murray Hill | NJ | 07974-0006 | Master Lease and Financing Agreement by and between Hewlett-Packard Financial Services Company and Parent, and any amendments thereto | 1/31/2011 |

## **EXHIBIT 4**

**Ambassador Contract**

**Exhibit 4 - Ambassador Contract**

| Vendor Name | Address 1 | City | State | ZIP | Name of Lease | Date |
|---|---|---|---|---|---|---|
| Ambassador College Bookstores, Inc. d/b/a Ambassador Education Solutions | 445 Broad Hollow Road, Suite 206 | Melville | NY | 11747 | Ambassador Education Solutions Master Services Agreement, made by and between Corinthian Colleges, Inc. and Ambassador College Bookstores, Inc. | 1/5/2014 |