**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CORINTHIAN COLLEGES, INC., | ) Case No. 15-10952-KJC-11 |
| | ) Chapter 11 |
| Debtor(s) | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR PLEADINGS, NOTICES AND DOCUMENTS

  The Missouri Department of Revenue enters its appearance as a creditor of the captioned Debtor(s). This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

  All pleadings, notices and documents should preferably be served by e-mail at deecf@dor.mo.gov or by mail at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: Steven A. Ginther, PO Box 475, Jefferson City, MO 65105-0475.

  **This pleading constitutes a written and specific request for the disclosure statement and plan.**

              Chris Koster, Attorney General
              State of Missouri

              By: /s/ Steven A. Ginther
              Steven A. Ginther, Mo. Bar #43556
              Special Assistant Attorney General
              Missouri Department of Revenue
              General Counsel's Office
              301 W. High Street, Room 670
              PO Box 475
              Jefferson City, MO 65105-0475
              (573) 751-5531  FAX (573) 751-7232
              Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance and Request for Pleadings, Notices, and Documents were electronically filed and served upon all those who receive electronic notification on May 26, 2015.

/s/ Steven A. Ginther