# EXHIBIT A

## List of Parties-in-Interest
## Reviewed for Current Relationships

**Debtor Affiliates**
Ashmead Education, Inc.
Career Canada C.F.P. Limited
Career Choices, Inc.
CDI Education USA, Inc.
Corinthian Colleges, Inc.
Corinthian Property Group, Inc.
Corinthian Schools, Inc.
ECAT Acquisition, Inc.
ETON Education, Inc.
Everest College Phoenix, Inc.
Everest Colleges Canada, Inc.
Florida Metropolitan University, Inc.
Grand Rapids Educational Center, Inc.
Heald Capital, LLC
Heald College, LLC
Heald Education, LLC
Heald Real Estate, LLC
MJB Acquisition Corporation
National School of Technology
Pegasus Education, Inc.
QIC Acquisition Corporation
Quickstart Intelligence Corporation
Rhodes Business Group, Inc.
Rhodes Colleges, Inc.
SD III-B Heald Holdings Corp.
Sequoia Education, Inc.
Socle Education, Inc.
SP PE VII-B Heald Holdings Corp.
Titan Schools, Inc.
Ward Stone College

**Current and Recent Former Officers and Directors**
Adler, Hank
Altschuler, Rupert
Austin, Gloria
Bereczky, Andrew
Black, Kelly
Bosic, Robert
Buchanan, William
Bunje, Robert
Carnagey, Nichole

Cassetta, Carmella
Crow, Steve
Dean, Kim
Deshon, Eeva
Dionisio, John
Dunlap, Anna Marie
Ferguson, Mark
Flores, Melissa
Gold, Darren
Guida, Anthony
Hartshorn, Terry
Kane, Alice
Kennedy, Julia
Lee, Robert
Luedtke, Luther
Massimino, Jack
McCabe, Michael
Mirr, Jim
Morial, Marc H.
Mortensen, Stan
Ord, Kenneth
Owen, Robert
Pelesh, Mark
Persavich, Jon
Poldoian, David
Rajasalu, Eric
Ramsay, Sandra
Rawls, Terry
Robinson, Sharon P.
Scherer, Diana
Schnitker, Kelly
Semaan, Hicham
Simpson, Richard
Skladany, Linda Arey
St. Pierre, Paul
Stiglich, Michael
Streets, Fran
Sullivan, Tim
Van Duinen, Roger
Vignone, Andrew
Wade, Jim
Wilson, Beth

**Banks**
Bank of America
Bank of the West

BMO Harris Bank, N.A.
California Bank and Trust
Capital West
Citibank, N.A.
First Hawaiian Bank
MUFG Union Bank, N.A.
One West Bank N.A.
U.S. Bank, N.A.
Union Bank

**Surety Bondholders**
Commonwealth of Massachusetts
Commonwealth of Massachusetts, Division of Professional Licensure
Fidelity and Deposit Company of Maryland - Zurich
State of Alabama
State of Alabama, Dept. of Postsecondary Education
State of Colorado
State of Hawaii
State of Kansas
State of Kansas - Board of Regents
State of Michigan
State of Nebraska
State of Nevada
State of Nevada Commission on Postsecondary Education
State of Nevada Dept. of Education
State of Oklahoma
State of Oregon, Higher Education Coordinating Commission, Private Career Schools Unit
State of Washington
State of West Virginia
State of Wisconsin
Western Surety Company

**Insurers**
American Zurich Insurance Company
Axis Insurance Company
Empire Indemnity Insurance Company – Zurich
Federal Insurance Company - Chubb
Homeland Insurance Company of New York - One Beacon
Liberty Insurance Underwriters, Inc.
National Union Fire Insurance Company of Pittsburgh, PA (AIG)
Navigators Specialty Insurance Co.
RSUI Indemnity Company
XL Specialty Insurance Company
Zurich American Insurance Company

**Letters of Issuers and Credit Beneficiaries**
Bank of America, N.A.

Bank of America, N.A. Trade Operations
Bank of the West
Elavon, Inc.
MUFG Union Bank, N.A.
One West Bank, N.A.
Plaza West Building, LLC
Square 407 Limited Partnership
U.S. Bank, N.A.
Western Surety Company
Zurich American Insurance Company

**Lienholders**
ASFG, LLC
Bank of America, N.A.
California First National Bank
Campus Student Funding, LLC
CIT Finance LLC
CIT Technology Financing Services, Inc.
CSI Leasing, Inc.
Department of Tax Administration, County of Fairfax, Virginia
Employment Development Department
First Financial Corporate Leasing, LLC
First National Bank of St. Louis
First National Capital, LLC
G.E. Capital Corporation
Henry Schein Inc.
Hewlett-Packard Financial Services Company
LaSalle Systems Leasing, Inc.
MB Financial Bank, N.A.
Prime Alliance Bank, Inc.
U.S. Bancorp Equipment Finance, Inc.
U.S. Bancorp Oliver-Allen Technology Leasing
Variant Leasing Corporation
Wells Fargo Equipment Finance, Inc.
Winthrop Resources Corporation

**Litigants and Litigants' Counsel**
Aerotek, Inc.
Chapin Fitzgerald & Bottini LLP
Charlie Steinberg
Eric T. Schneiderman, New York AG
Frank Erickson
Glancy Binkow & Goldberg LLP
J.B. Van Hollen, Wisconsin AG
Jason Pleggenkuhle, Asst. Minnesota AG
Jimmy Elias Karam

Johnson Bottini, LLP
Jones Day
Kamala Harris, California AG
Lara Sutherlin, Asst. Wisconsin AG
Law Offices of Kevin T. Barnes
Law Offices of Scott D. Levy
Lori Swanson, Minnesota AG
Marriott Hotel Services, Inc.
Martha Coakley, Massachusetts AG
McKinley Avenue, LLC
Melvin L. Goldberg, Asst. New York AG
Michael G. Salemi, CPFB Counsel
Nicholas G. Campins, Cal AG Counsel
Peter Leight, Asst. Massachusetts AG
Pomerantz Grossman Hufford Dahlstrom & Fross LLP
Rene D. Harrod, Asst. Florida AG
Robert C. Hannan, Sr.
Rodney Fair, Office of Inspector General
Shook, Hardy & Bacon L.L.P.
StudentScout, LLC.
Theresa Edwards, Asst. Florida AG
Thomas J. Miller
Yessyka Santana

**Professionals**
Abernathy MacGregor Group Inc.
Barclays Capital Inc.
Carl Mark Advisory Group LLC
Cooley LLP
Deloitte Tax LLP
Duane Morris LLP
Eduvize, LLC
Ernst & Young US LLP
Faegre Baker Daniels LLP
First Advantage Litigation Consulting
Globalview Advisors LLC
Hilco Real Estate, LLC
Homer Bonner Jacobs, P.A.
Hueston Hennigan LLP
Irell & Manella LLP
K&L Gates LLP
Kirkland & Ellis
Latham & Watkins LLP
Munger, Tolles & Olson LLP
O'Melveny & Myers LLP
Payne & Fears LLP

Proskauer Rose LLP
PricewaterhouseCoopers LLP
Richards Layton & Finger
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Weworski and Associates

**Top Creditors**
AcademixDirect, Inc.
ACI Specialty Benefits
Aerotek, Inc.
Ambassador Education Solutions
Atrilogy Solutions Group, Inc.
BDA (Bensussen Deutsch & Associates)
Bureau for Private Postsecondary Ed.
Campus Management Corp.
CareerBuilder, LLC
Cebra B. Graves
Comcast Spotlight
Cooley LLP
Deccan Plateau Corporation
Drinker Biddle & Reath LLP
Dyntek Services
ECMC Solutions Corporation
eLoyalty, LLC
Gaylord National Resort & Convention Center
Graebel Relocation Svc Worldwide, Inc.
Guardsmark, LLC
Hewlett-Packard Co, Inc.
Inter Media Advertising
Intralinks, Inc
Jones Lang LaSalle Americas, Inc.
Jones Lang LaSalle Brokerage, Inc.
Lampert 25500 Industrial Blvd., LLC
LBA Realty Fund II - WBP III, LLC
Lead Pro Direct LLC
Moraga Enterprises
NASDAQ Stock Market, The LLC
NBCU
OptimalResume.com, Inc.
P.R.G. Investment Fund, L.P.
Payne & Fears LLP
PCM Sales, Inc.
Pocket Nurse Enterprises, Inc.
PricewaterhouseCoopers LLP
Profiles International, Inc.

6

Qualtrics Labs, Inc.
Rackspace Hosting
Securitas Security Services USA, Inc.
Squar, Milner, Peterson, Miranda & Williamson LLP
Store Master Funding I, LLC
StudentScout, LLC
SuccessFactors, Inc.
Tallan, Inc.
Testout Corporation
Tri Dimensional Solutions Inc.
Walgreens of Hawaii, LLC
Watt Long Beach, LLC

**United States Trustee Professionals and District of Delaware Judges**
Judge Kevin J. Carey
Judge Kevin Gross
Chief Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Judge Christopher S. Sontchi
Judge Mary F. Walrath
Attix, Lauren
Buchbinder, David
Dortch, Shakima L.
Fox, Timothy J.
Giordana, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffery
Kenney, Mark
Leamy, Jane
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiara
Sarkessian, Juliet
Schepacarter, Richard
Tinker, T. Patrick
Vara, Andy
Vinson, Ramona
West, Michael
Wynn, Dion

**Parties Filing Notices of Appearance**
Morrison & Foerster LLP
Kutak Rock LLP
Katten Muchin Rosenman LLP
Jeffer Mangel Butler & Mitchell LLP
Loizides, P.A.
Outten & Golden LLP

7

40000/0527-11867880v3

Kelley Drye & Warren LLP
Potter Anderson & Corroon LLP
Lloyd H Randolph, Esq.
Benjamin C. Mizer
Charles M. Oberly, III
Ellen Slights
Ruth A. Harvey
Tracy J. Whitaker
Ashby & Geddes, P.A.
Brad D. Schimel
F. Mark Bromley
Patrick Fitzgerald
Felicia Gerber Perlman, Esq.
Sarah E. Pierce, Esq.
Michael P. Pompeo, Esq.
H. John Michel, Jr., Esq.
Howard A. Cohen, Esq.
Brown Rudnick LLP
H. Jeffrey Schwartz, Esq.
Bennett S. Silverberg, Esq.
The Rosner Law Group LLC
Frederick B. Rosner, Esq.
Maura Healey
Peter Leight
Glenn Kaplan
Stevens & Lee, P.C.
John D. Demmy
Law Firm of Russell R. Johnson III, PLC
John M. Craig
Office of Unemployed Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania
Linda Mitten
Dallas County
Linebarger Goggan Blair & Sampson, LLP
Elizabeth Weller
Watt Long Beach, LLC
ASFG, LLC
Bank of America, N.A.
Campus Student Funding, LLC
Office of the Attorney General – State of Wisconsin
Zenith Education Group
Equity One LLC
Philips International Corp
Comptroller of Public Accounts of the State of Texas
Courtney J. Hull
John Mark Stern
Office of the Attorney General – State of Texas
Commonwealth of Massachusetts
Simon Property Group

Polsinelli PC
Robins Kaplan LP

**Other**
360training.com
Consumer Financial Protection Bureau
Educational Credit Management Corporation
Goal Structured Solutions
HCA - HealthONE LLC
Hillsborough Center, Inc.
James Cole, U.S. ED
James Runcie, U.S. ED
Mushtaq Gunja, U.S. ED
Office of the Attorney General – State of Arkansas
Office of the Attorney General – State of Arizona
Office of the Attorney General – State of California
Office of the Attorney General – State of Colorado
Office of the Attorney General – State of Connecticut
Office of the Attorney General – State of Florida
Office of the Attorney General – State of Hawaii
Office of the Attorney General – State of Idaho
Office of the Attorney General – State of Iowa
Office of the Attorney General – State of Kentucky
Office of the Attorney General – State of Minnesota
Office of the Attorney General – State of Missouri
Office of the Attorney General – State of Nebraska
Office of the Attorney General – State of New Mexico
Office of the Attorney General – State of New York
Office of the Attorney General – State of North Carolina
Office of the Attorney General – State of Oregon
Office of the Attorney General – State of Pennsylvania
Office of the Attorney General – State of Tennessee
Office of the Attorney General – State of Washington
Office of the Attorney General – State of Wisconsin
Robin Minor, U.S. ED
Store Capital Acquisitions, LLC
Ted Mitchell, U.S. ED
U.S. Department of Education
Unity Church of Melbourne
Zenith Education Group