# EXHIBIT B

### PARTIES-IN-INTEREST NOTED FOR COURT DISCLOSURE
### CURRENT AND FORMER CLIENTS OF FTI

See paragraph 8 of the prefixed Supplemental Declaration for disclosures applicable to each of the following:

**Debtor Affiliates- In Capacity of Former Clients**
Corinthian Colleges, Inc.
Heald Capital, LLC
Heald College, LLC
SD III-B Heald Holdings Corp.
SP PE VII-B Heald Holdings Corp.

**Banks – Current Clients**
Bank of America
BMO Harris Bank, N.A.
California Bank and Trust
Citibank, N.A.
MUFG Union Bank, N.A.
One West Bank N.A.
U.S. Bank, N.A.
Union Bank

**Banks – Former Clients**
Bank of the West
First Hawaiian Bank

**Surety Bondholders – Current Clients**
Fidelity and Deposit Company of Maryland
State of Nevada
State of West Virginia

**Surety Bondholders – Former Clients**
Commonwealth of Massachusetts
State of Alabama
State of Colorado
State of Kansas
State of Michigan
State of Nebraska
State of Washington
State of Wisconsin
Western Surety Company

**Insurers – Current Clients**
American Zurich Insurance Company
Empire Indemnity Insurance Company – Zurich
Federal Insurance Company - Chubb
National Union Fire Insurance Company of Pittsburgh, PA (AIG)
Zurich American Insurance Company

**Letters of Credit Issuers and Beneficiaries – Current Clients**
Bank of America, N.A.
Bank of America, N.A. Trade Operations
Elavon, Inc.
MUFG Union Bank, N.A.
One West Bank, N.A.
U.S. Bank, N.A.
Zurich American Insurance Company

**Letters of Credit Issuers and Beneficiaries – Former Clients**
Bank of the West
Western Surety Company

**Lienholders – Current Clients**
Bank of America, N.A.
CIT Finance LLC
CIT Technology Financing Services, Inc.
Hewlett-Packard Financial Services Company
U.S. Bancorp Equipment Finance, Inc.
U.S. Bancorp Oliver-Allen Technology Leasing
Wells Fargo Equipment Finance, Inc.

**Lienholders – Former Clients**
California First National Bank
Employment Development Department
G.E. Capital Corporation
Henry Schein Inc.
MB Financial Bank, N.A.

**Litigants and Litigants' Counsel – Current Clients**
Eric T. Schneiderman, New York AG
Jones Day
Marriott Hotel Services, Inc.
Shook, Hardy & Bacon L.L.P.

**Litigants and Litigants' Counsel – Former Clients**
J.B. Van Hollen, Wisconsin AG
Lara Sutherlin, Asst. Wisconsin AG
Martha Coakley, Massachusetts AG

Thomas J. Miller, Iowa AG

**Professionals – Current Clients**
Barclays Capital Inc.
Cooley LLP
Deloitte Tax LLP
Duane Morris LLP
Ernst & Young US LLP
Faegre Baker Daniels LLP
Hueston Hennigan LLP
Irell & Manella LLP
K&L Gates LLP
Kirkland & Ellis
Latham & Watkins LLP
Munger, Tolles & Olson LLP
O'Melveny & Myers LLP
Payne & Fears LLP
Proskauer Rose LLP
PricewaterhouseCoopers LLP
Richards Layton & Finger
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP

**Top Creditors – Current Clients**
Comcast Spotlight
Cooley LLP
Drinker Biddle & Reath LLP
Hewlett-Packard Co, Inc.
Jones Lang LaSalle Americas, Inc.
Jones Lang LaSalle Brokerage, Inc.
NASDAQ Stock Market, The LLC
NBCU
Payne & Fears LLP
PricewaterhouseCoopers LLP
Walgreens of Hawaii, LLC

**Top Creditors – Former Clients**
Guardsmark, LLC
Securitas Security Services USA, Inc.

**Parties Filing Notices of Appearance – Current Clients**
Bank of America, N.A.
Brown Rudnick LLP
Dallas County
Katten Muchin Rosenman LLP
Kelley Drye & Warren LLP
Kutak Rock LLP

Morrison & Foerster LLP
Polsinelli PC
Potter Anderson & Corroon LLP
Robins Kaplan LP
Simon Property Group
Stevens & Lee, P.C.

**Parties Filing Notices of Appearance – Former Clients**
Ashby & Geddes, P.A.
Commonwealth of Massachusetts
Equity One LLC
Office of the Attorney General – State of Texas
    Office of the Attorney General – State of Wisconsin
    Philips International Corp
The Rosner Law Group LLC

**Other – Current Clients**
HCA - HealthONE LLC
Office of the Attorney General – State of Oregon
U.S. Department of Justice


**Other – Former Clients**
Consumer Financial Protection Bureau
Office of the Attorney General – State of Arkansas
Office of the Attorney General – State of Arizona
Office of the Attorney General – State of Colorado
Office of the Attorney General – State of Connecticut
Office of the Attorney General – State of Idaho
Office of the Attorney General – State of Iowa
Office of the Attorney General – State of Missouri
Office of the Attorney General – State of Nebraska
Office of the Attorney General – State of New Mexico
Office of the Attorney General – State of New York
Office of the Attorney General – State of Pennsylvania
Office of the Attorney General – State of Tennessee
Office of the Attorney General – State of Wisconsin