## EXHIBIT C

## Additional Disclosures

1. FTI provided transaction advisory services on behalf of Aequitas Capital Management, Inc. commencing in June 2011 ("Aequitas") limited to loan performance related reviews for loans associated with one or more of the Debtors. The matter was formally closed in August of 2011. For matters unrelated to the Debtors, Aequitas has not been a client since late 2011. Aequitas is not identified on the matrix of creditors filed in the Debtor's cases, but it may have a relationship, or be affiliated, with Campus Student Funding LLC f/k/a ASFG ("CSF"), which filed a notice of appearance in this case and is a member of the Creditors' Committee. CSF was included in FTI's conflicts review procedures set forth in the Declaration and Supplemental Declaration and FTI has no record of CSF being a current or former client of FTI.