IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* ) | |
| ) | Case No. 15-10952 (KJC) |
| ) | Jointly Administered |
| ) | |
| ) | **[RE: Docket No. 46 and 161]** |
| ) | |
| Debtors. ) | Obj. Deadline: May 20, 2015 @ 4:00 pm |
| ) | Hearing Date: May 27, 2015 @ 2:00 pm |

### SQUARE 407 LIMITED PARTNERSHIP JOINDER TO OBJECTION OF C.W. SWENSON, INC. TO DEBTORS' MOTION FOR AUTHORIZATION TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Square 407 Limited Partnership, a creditor and interested party herein, through counsel, hereby files this Joinder to the Objection of C.W. Swenson to (A) the Debtors' Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Unexpired leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date that the Debtors Surrendered Possession; (II) Approving the *Nunc Pro Tunc* Abandonment of any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief; and (B) Notice of Effective Date of Rejection for Unexpired Lease of Nonresidential Real Property (Docket No. 161) (the "C.W. Objection")[1], and respectfully states as follows:

1. Square 407 Limited Partnership is the lessor under a lease for nonresidential real property with the Debtor that is identified as the "Washington D.C. Lease" in the Motion to Reject. (ECF 46-2, p. 8) (the "DC Lease").

2. On May 19, 2015, the Debtors sent an email Notice of Rejection seeking to reject the DC Lease effective May 19, 2015 (the "Notice"). As identified in the Notice, the Debtors

---

[1] Capitalize terms not otherwise defined herein shall have the respective meanings ascribed thereto in the C.W. Objection.

4911308 v1

acknowledge that they are abandoning certain leased equipment from HP Financial Services and Ricoh Americas Corporation (collectively, the "Equipment") which remains on the premises as of the date hereof.

3. Square 407 Limited Partnership hereby joins the C.W. Objection.

4. For the reasons identified in the C.W. Objection, Square 407 Limited Partnership objects to the proposed rejection date of the DC Lease, as the Debtors have not removed the Equipment and have not unequivocally surrendered possession of the premises to Square 407 Limited Partnership as required by the Motion to Reject.

WHEREFORE, Square 407 Limited Partnership objects to the Motion to Reject for the reasons identified in the C.W. Objection.

Dated: May 26, 2015

Respectfully submitted,

/s/ William J. Burnett
William J. Burnett, Esquire (ID No. 4078)
Flaster/Greenberg P.C.
1000 N. West Street, Suite 1200
Wilmington DE 19801
Phone: 302.351.1910
Fax: 302.351.1919
william.burnett@flastergreenberg.com

and

J. David Folds
Baker Donelson Bearman
Caldwell & Berkowitz PC
901 K Street NW, Suite 900
Washington, D.C. 20001
Phone: 202.302.3744
dfolds@bakerdonelson.com

4911308 v1