## Certificate of Service

I hereby certify that on the 26th day of May 2015 I served a copy of the foregoing by filing through the electronic case filing system and by sending a copy to the individuals below in the manner indicated:

        Mark D. Collins (by email)
        Michael J. Merchant (by email)
        Marisa A. Terranova (by email)
        Amanda R. Steele (by email)
        RICHARDS, LAYTON & FINGER P.A.
        920 N. King Street
        Wilmington, Delaware 19801
        collins@rlf.com
        merchant@rlf.com
        terranova@rlf com
        steele@rlf.com

        /s/ William J. Burnett
        William J. Burnett, Esquire
        Flaster/Greenberg P.C.
        1000 N. West Street, Suite 1200
        Wilmington DE 19801
        Phone: 302.351.1910
        Fax: 302.351.1919
        william.burnett@flastergreenberg.com

4911308 v1