**<u>EXHIBIT A</u>**

**Revised Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: Docket No. 45** |

-------------------------------------------------------------

## ORDER EXTENDING TIME FOR DEBTORS TO
## FILE SCHEDULES AND STATEMENTS

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order, pursuant to

Bankruptcy Code sections 105 and 521, Bankruptcy Rules 1007 and 2015.3(d), and Local Rules

1007-1(b), extending the time by which the Debtors must file their schedules of assets and

liabilities, schedules of current income and current expenditures, schedules of executory

contracts and unexpired leases, statements of financial affairs, and periodic reports required

pursuant to Bankruptcy Rule 2015.3(a) (collectively, the "**Schedules and Statements**") through

and including July 6, 2015, as more fully set forth in the Motion; and due and sufficient notice of

the Motion having been provided under the particular circumstances, and it appearing that no

other or further notice need be provided; and the Court having jurisdiction to consider the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and

consideration of the Motion and the relief requested therein being a core proceeding under 28

U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409;

and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**");

and upon the record of the Hearing and all the proceedings before the Court; and the Court

having found and determined that the relief requested in the Motion is in the best interests of the

Debtors, their estates and creditors and all other parties in interest; and that the legal and factual

bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY

ORDERED THAT:

1.  The Motion is granted to the extent set forth herein.

2.  The Debtors are granted an extension of the deadline to file their

Schedules and Statements through and including June 8, 2015, without prejudice to the Debtors'

rights to seek further extensions or waivers.

3.  The Debtors are authorized to take all actions necessary or appropriate to

implement the relief granted in this Order.

4.  This Court shall retain jurisdiction over all matters arising from or related

to the implementation or interpretation of this Order.


Dated:    May _____, 2015
          Wilmington, Delaware


_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1 12041830v.1