**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § | |
| | § | **Re: Docket Nos. 5, 21 & 35** |

---

**CERTIFICATION OF COUNSEL REGARDING SECOND INTERIM
ORDER (I) AUTHORIZING THE DEBTORS TO (A) PAY CERTAIN
EMPLOYEE-RELATED EXPENSES AND (B) CONTINUE THEIR
WORKERS' COMPENSATION POLICY AND PAY ALL OBLIGATIONS
IN RESPECT THEREOF AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

      1.      On May 4, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue Their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief* [Docket No. 5] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief* [Docket No. 21] (the "**Interim Order**") entered on May 5, 2015, and the *Notice of (I) Entry of "Interim Order (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue Their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief" and (II) Scheduling of A Final Hearing Thereon* [Docket No. 35] filed on May 6, 2015, any objection or response to the final relief requested in the Motion was to be filed and served no later than 4:00 p.m. (EDT) on May 20, 2015 (the "**Objection Deadline**"). The Objection Deadline was extended for the Office of the United States Trustee (the **"U.S. Trustee"**) and the Official Committee of Unsecured Creditors (the "**Committee**").

    2.  The Debtors received informal comments from the Committee to the final relief requested in the Motion. The Debtors and the Committee are continuing to discuss the final relief and the Debtors have agreed to continue the hearing on the final relief requested in the Motion to the hearing scheduled for June 8, 2015 at 1:00 p.m. (EDT) (the "**Hearing**").

    3.  Accordingly, the Debtors have revised the Interim Order to provide for the relief requested in the Motion to continue on an interim basis (the "**Proposed Second Interim Order**"). A copy of the Proposed Second Interim Order is attached hereto as <u>Exhibit A</u>. The Proposed Second Interim Order has been circulated and is acceptable to the Committee and the U.S. Trustee and each has consented to its entry. For the convenience of the Court and all parties in interest, a blackline of the Proposed Second Interim Order against the Interim Order is attached hereto as <u>Exhibit B</u>.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Second Interim Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.

Dated: May 26, 2015  
      Wilmington, Delaware

*/s/ Amanda R. Steele*  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marisa A. Terranova (No. 5396)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
       merchant@rlf.com  
       terranova@rlf.com  
       steele@rlf.com

Counsel for the Debtors and Debtors in Possession