UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>Corinthian Colleges, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of John H. Drucker, Esquire, of Cole Schotz P.C., to represent FTI Consulting, Inc. in the above-captioned matter.

Dated: May 26, 2015

By: **COLE SCHOTZ P.C.**

_____
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
preilley@coleschotz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Courts for the Eastern, Southern and Northern Districts of New York, and the Second, Third, Ninth and Eleventh Circuit Court of Appeals and the U.S. Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
John H. Drucker, Esquire
**COLE SCHOTZ P.C.**
900 Third Ave, 16th Floor
New York, NY 10022
Telephone: (212) 752-8000
jdrucker@coleschotz.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.