IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: Docket No. 53** |

-------------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING ORDER
(I) AUTHORIZING PAYMENT OF CERTAIN PREPETITION
TAXES AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On May 7, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of an Order (I) Authorizing Payment of Certain Prepetition Taxes and (II) Granting Related Relief* [Docket No. 53] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Pursuant to the notice filed with the Motion, objections, if any, to the Motion were to be filed and served by no later than May 20, 2015 at 4:00 p.m. (EDT) (the "**Objection Deadline**"). The Objection Deadline was extended for the Office of the United States Trustee (the "**U.S. Trustee**") and the Official Committee of Unsecured Creditors (the "**Committee**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

2.     The Debtors received informal comments (the "**Comments**") to the Motion from the Committee. The Debtors received no other objections or responses to the Motion, and no objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases.

3.     The Debtors have revised the proposed form of order (the "**Revised Order**") to incorporate the Comments. A copy of the Revised Order is attached hereto as Exhibit A. The Revised Order has been circulated to the U.S. Trustee and counsel to the Committee and each has consented to its entry. For the convenience of the Court and parties in interest, a blackline of the Revised Order against the proposed form of order attached to the Motion is attached hereto as Exhibit B.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

| | |
|---|---|
| Dated: May 27, 2015<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>          merchant@rlf.com<br>          terranova@rlf.com<br>          steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |