IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES,<br>  INC., et al.<br><br>             Debtors. | ) Chapter 11<br>)<br>) Case No. 15-10952 (KJC)<br>)<br>) (Jointly Administered) |

## VERIFIED STATEMENT PURSUANT TO RULE 2019
## OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1.   The names and addresses of the Utilities represented by the Firm are:

   A.   Salt River Project
        Attn: Diana Greer
        Business Analyst
        P.O. Box 52025
        Phoenix, AZ   85072

   B.   Southern California Edison Company
        Attn:  Carla M. Blanc, Esq.
        Southern California Edison Law Department
        2244 Walnut Grove Avenue, 3rd Floor
        Rosemead CA 91770

      C.      Pennsylvania Electric Company
            Attn: Kathy M. Hofacre
            FirstEnergy Corp.
            76 S. Main St., A-GO-15
            Akron, OH  44308

      D.      Rochester Gas and Electric Corporation
            Attn: Patricia Cotton
            89 East Avenue
            Rochester, NY  14649

2. The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

(a) Salt River Project and Rochester Gas and Electric Corporation have unsecured claims against the above-referenced Debtors arising from prepetition utility usage.

(b) Southern California Edison Company and Pennsylvania Electric Company held prepetition debts that secured all prepetition debt.

(c) For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the (i) *Objection of Salt River Project and Southern California Edison Company To the Debtors' Motion For Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment For Utilities; and (III) Establishing Procedures For Resolving Objections To the Debtors' Proposed Form of Adequate Assurance* (the "Objection") (Docket No. 142), (ii) the *Joinder* of Pennsylvania Electric Company (Docket No. 151) to the Objection, and (iii) the *Joinder* of Rochester Gas

and Electric Corporation (Docket No. 160) to the Objection filed in the above-captioned, jointly-administered, bankruptcy cases.

3. The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in May 2015. The circumstances and terms and conditions of employment of the Firm by the Utilities is protected by the attorney-client privilege and attorney work product doctrine.

LAW FIRM OF RUSSELL R. JOHNSON III, PLC

By: /s/ Russell R. Johnson III
    Russell R. Johnson III

Russell R. Johnson III appeared before me this 26th day of May 2015, and acknowledged that the representations in the foregoing statement are true to the best of his knowledge, information and belief.

NOTARY PUBLIC

Elaine G. Smiley

My commission expires: Jan 31, 2016

> ELAINE G. SMILEY
> Notary Public
> Commonwealth of Virginia
> 7516087
> My Commission Expires Jan 31, 2016