IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | (Jointly Administered) |
| Debtors. § | |
| § | **Re: Docket No. 43** |

---

**DECLARATION OF STAN A. MORTENSEN IN SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND COMPENSATION OF CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Stan A. Mortensen, under penalty of perjury, declare as follows:

1. I am the Executive Vice President and General Counsel of Corinthian.[2] I am duly authorized to make this declaration on behalf of the Debtors. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. On May 6, 2015, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business,* Nunc Pro Tunc *to the Petition Date* [Docket No. 43] (the "**Motion**"). I am

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in Motion (defined below).

submitting this declaration (the "**Declaration**") in support of the Motion and in response to certain informal comments received from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") regarding the Motion.

3.      Weworski & Associates ("**Weworski**") has been the Debtors' financial aid auditor for several years prior to the Petition Date.  The Debtors require Weworski's services to provide a close-out audit with respect to its administration of federal student aid programs, as required by the regulations of the United States Department of Education (the "**USED**").  Without these services, the Debtors will be unable to determine the amount of their liability to the USED, a major party in interest in these chapter 11 cases.

4.      The Debtors' outside counsel for Securities and Exchange Commission ("**SEC**") compliance matters and mergers and acquisition is O'Melveny & Meyers LLP ("**O'Melveny**").  During these chapter 11 cases, O'Melveny will provide ongoing advice with regard to SEC compliance.  O'Melveny will also help the Debtors to resolve the working capital and other indemnity claims that Zenith Education Group ("**Zenith**") may hold against the Debtors in connection with a pre-petition transaction between the Debtors and Zenith.  O'Melveny is well-positioned to provide these services as it represented the Debtors in connection with the transaction with Zenith.  An escrow fund of approximately $7.5 million exists to secure the Debtors' indemnity and working capital obligations to Zenith, and with O'Melveny's assistance, the Debtors expect to maintain a significant portion of these funds for ultimate distribution to its creditors.

5.      The Debtors also receive assistance with SEC compliance, corporate governance and contractual matters from Diana Scherer.  Ms. Scherer is the Debtors' former Deputy General Counsel and Corporate Secretary and currently works for Zenith.  Ms. Scherer's rates are

significantly lower than those of O'Melveny, and accordingly, for certain SEC compliance matters, the Debtors employ Ms. Scherer's services to reduce costs.  In addition, Ms. Scherer possesses significant institutional knowledge about the Debtors' landlords, corporate structure and other miscellaneous contractual matters, and is able to provide the Debtors with assistance relating to the Debtors' leases, corporate structure and contracts.  Since leaving the Debtors' employ, Ms. Scherer has not, and Ms. Scherer will not provide the Debtors with legal advice regarding their relationship with Zenith.

6. Cooley LLP ("**Cooley**") and Duane Morris LLP ("**Duane Morris**") provide the Debtors with general education regulatory advice with respect to the USED, accreditation and state licensing matters.  Cooley will advise the Debtors with respect to any claims that the USED may assert against the Debtors' estates, and claims that the Debtors may have against USED.  Duane Morris will assist the Debtors with their ongoing obligations with respect to student information (including the Debtors' obligations with respect to student records and providing disclosures to former students), claims to the California Grant Program for the disbursement of earned funds, and other related miscellaneous matters.

7. The Debtors engage Greenberg Gross LLP ("**Greenberg**") for advice relating to ongoing regulatory investigations by the SEC, the Department of Justice, the California Attorney General and qui tam lawsuits.  Greenberg is currently advising the Debtors on document preservation and is responding to government requests and questions that assert an exception from the automatic stay under Section 362(b)(4) of the Bankruptcy Code.  The Debtors do not believe that Greenberg will provide extensive services during these chapter 11 cases.

8. Prior to the Petition Date, Payne Fears LLP ("**Payne Fears**") was the Debtors' exclusive advisors regarding employment matters and related litigation.  While all pre-petition

employment matters were stayed by the commencement of these chapter 11 cases, the Debtors may require advice and assistance with respect to compliance with California and federal law regarding the Debtors' remaining employees. This representation includes advice with respect to the possible conversion of the Debtors' employees to independent contractors, workers' compensation insurance and other compliance matters.

9. At the request of the U.S. Trustee, the Debtors have removed one of the Ordinary Course Professionals listed on the Exhibit 1 to the Proposed Order (the "**OCP List**"), Abernathy MacGregor Group Inc.

10. In addition to the remaining Ordinary Court Professionals, following the filing of the Motion, the Debtors determined that they required the assistance of an additional professional, Latham and Watkins LLP ("**Latham**"). A revised version of the OCP List reflecting the removal of Abernathy Macgregor Group Inc. and the addition of Latham is attached hereto as Exhibit 1.

11. Latham has provided advice and representation to the Debtors regarding (i) an investigation and lawsuit by the Consumer Financial Protection Bureau (the ""**CFPB**"), and (ii) the Debtors' compliance with USED financial responsibility standards. While the Debtors believe the pre-petition lawsuit by the CFPB was stayed by the commencement of these chapter 11 cases, USED has recently sent a letter to the Debtors regarding its alleged non-compliance with financial responsibility standards prior to the filing. Latham's representation is required to represent the Debtors with respect to any claims that the USED may assert against the Debtors' estates concerning alleged non-compliance with financial responsibility standards prior to the filing of these Chapter 11 cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 27, 2015

>/s/ Stan A. Mortensen
> Name: Stan A. Mortensen
> Title: Executive Vice President and General Counsel of Corinthian Colleges, Inc.

RLF1 12029234v.2

# EXHIBIT 1

## UPDATED ORDINARY COURSE PROFESSIONAL LIST

| Professional | Address | Type of Service |
|---|---|---|
| Weworski & Associates | 4660 La Jolla Village Drive, Suite 825<br>San Diego, CA 92122 | Accounting Services |
| O'Melveny & Myers LLP | 610 Newport Centre Drive, 17th Floor<br>Newport Beach, CA 92660 | Legal Services |
| Cooley LLP | 101 California St. 5th Floor<br>San Francisco, CA 90051 | Legal Services (Regulatory) |
| Greenberg Gross LLP | 650 Town Center Dr., Suite 1750<br>Costa Mesa, CA 92626 | Legal Services (Regulatory Investigations) |
| Payne Fears LLP | 4 Park Plaza, Suite 1100<br>Irvine, CA 92614 | Legal Services (Employment) |
| Duane Morris LLP | 750 B Street, Suite 2900<br>San Diego, CA 92101 | Legal Services (Regulatory) |
| Latham & Watkins LLP |  | Legal Services (Litigation and Regulatory) |
| Diana Scherer | 29501 Pointe Royale<br>Laguna Niguel, CA 92677<br>949-290-0484 | Legal Services |