**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

IN RE:

CORINTHIAN COLLEGES, INC., et al.

          Debtors.

Case No. 15-10952-KJC

Chapter 11

---

**REQUEST FOR SERVICE OF PAPERS**

---

**PLEASE TAKE NOTICE** that the creditor, Graebel Relocation Services Worldwide, Inc., pursuant to Section 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), hereby requests that copies of all notices given or required in this case and copies of all notices, pleadings or papers served or required to be served in this case be given to and served upon the following:

> Jeremy M. Welch, Esq.
> jwelch@ruderware.com
> Ruder Ware, L.L.S.C.
> 500 North First Street, Suite 8000
> P.O. Box 8050
> Wausau, WI 54402-8050
> (715) 845-4336

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail delivery, telegraph, telex, or otherwise that, among other things, (1) affect or seek to affect in any way any

{W1083172.DOC/1}

rights or interest of any creditor or party in interest in this case, with respect to (a) the Debtor,

(b) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an

interest, or (c) property or proceeds thereof in the possession, custody, or control of others that

the Debtor may seek to use; or (2) require or seek to require any act, delivery of any property,

payment or other conduct by the undersigned.

Dated this 26th day of May, 2015.

RUDER WARE, L.L.S.C.
Attorneys for Graebel Relocation Services
Worldwide, Inc.

By:    /s/  Jeremy M. Welch
Jeremy M. Welch
WI State Bar No. 1038110

P.O. ADDRESS:

RUDER WARE, L.L.S.C.
500 North First Street, Suite 8000
P.O. Box 8050
Wausau, WI  54402-8050

Telephone:    715.845.4336
Fax:              715.845.2718

{W1083172.DOC/1}                              -2-