## Exhibit 1

## Utility Services List

## Utility Services List

| Utility Provider | Address | City | State | Postal Code | Utility Type | Average Monthly Payment (July 2014 - March 2015) | Existing Utility Deposit | Proposed Adequate Assurance Utility Deposit |
|---|---|---|---|---|---|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY | PO Box 997300 | SACRAMENTO | CA | 95899-7300 | Electricity | 19,813.30 | | 9,906.65 |
| REPUBLIC SERVICES | PO BOX 9001099 | LOUISVILLE | KY | 40290-1099 | Trash | 2,878.19 | | 1,439.09 |
| ALAMEDA COUNTY WATER DISTRICT | PO BOX 45676 | SAN FRANCISCO | CA | 94145-0676 | Water | 1,444.84 | | 722.42 |
| CITY OF LONG BEACH | PO Box 630 | LONG BEACH | CA | 90842-0001 | Utilities | 756.12 | | 378.06 |
| EDCO WASTE SERVICES | PO BOX 6538 | BUENA PARK | CA | 90622-6538 | Trash | 659.33 | | 329.66 |
| EDCO WASTE SERVICES | PO BOX 6538 | BUENA PARK | CA | 90622-6538 | Trash | 441.70 | | 220.85 |
| CENTURYLINK QCC | PO BOX 52187 | PHOENIX | AZ | 85072-2187 | Telecom | 16,143.37 | | 8,071.68 |
| Level3 | PO Box 910182 | DENVER | CO | 80291-0182 | | 15,154.08 | | 7,577.04 |
| AT&T | PO BOX 5019 | CAROL STREAM | IL | 60197-5019 | Telecom | 13,483.82 | | 6,741.91 |
| CENTURYLINK | PO BOX 29040 | PHOENIX | AZ | 85038-9040 | Telecom | 4,533.38 | | 2,266.69 |

RLF1 12026167v.1