## EXHIBIT 1

### Proposed Sales

| Asset Subject to Proposed Sale and Location of Asset | Buyer and Buyer's Relationship to Debtors | Known Parties Holding Liens or Other Interest in the Asset | Major Economic Terms and Conditions of Proposed Sale |
|---|---|---|---|
| Assets located at 1819 S. Excise Ave, Ontario Metro CA | San Joaquin Valley College, Inc. | Bank of America, N.A. | Aggregate Purchase Price of $200,000 |

RLF1 12021304v.2