## Exhibit 1

## Ordinary Course Professional List

| Professional | Address | Type of Service |
|---|---|---|
| Weworski & Associates | 4660 La Jolla Village Drive, Suite 825 San Diego, CA 92122 | Accounting Services |
| O'Melveny & Myers LLP | 610 Newport Centre Drive, 17th Floor Newport Beach, CA 92660 | Legal Services |
| Cooley LLP | 101 California St. 5th Floor San Francisco, CA 90051 | Legal Services (Regulatory) |
| Greenberg Gross LLP | 650 Town Center Dr., Suite 1750 Costa Mesa, CA 92626 | Legal Services (Regulatory Investigations) |
| Payne Fears LLP | 4 Park Plaza, Suite 1100 Irvine, CA 92614 | Legal Services (Employment) |
| Duane Morris LLP | 750 B Street, Suite 2900 San Diego, CA 92101 | Legal Services (Regulatory) |
| Latham & Watkins LLP | | Legal Services (Litigation and Regulatory) |
| Diana Scherer | 29501 Pointe Royale Laguna Niguel, CA 92677 949-290-0484 | Legal Services |

**Exhibit 2**

**Form of Ordinary Course Professional Affidavit**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

------------------------------------------------------------

## AFFIDAVIT AND DISCLOSURE STATEMENT OF [INSERT INDIVIDUAL'S NAME], ON BEHALF OF [INSERT NAME]

STATE OF _____ )
                     ) s.s.:
COUNTY OF _____ )

_____, being duly sworn, deposes and certifies, under the penalty of perjury:

1.     I am over 18 years of age and a **[JOB TITLE]** of **[COMPANY NAME]**, located at **[COMPANY ADDRESS]** (the "**Company**").

2.     Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession in these cases (collectively, the "**Debtors**"), have requested that the Company provide **[TYPE OF SERVICES]** services to the Debtors, and the Company has consented to provide such services (the "**Services**").

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

3.     The Services include, but are not limited to, the following:

**[DESCRIPTION OF SERVICES TO BE PROVIDED TO DEBTORS]**.

4.     The Company may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtors, or other parties in interest in these chapter 11 cases.  The Company does not perform services for any such person in connection with these chapter 11 cases.  In addition, the Company does not have any relationship with any such person, their attorneys, or their accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Company is to be retained.

5.     Neither I, nor any principal of, or professional employed by, the Company has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Company.

6.     Neither I, nor any principal of, or professional employed by, the Company, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Company is to be retained.

7.     As of the date of the commencement of their chapter 11 cases, the Debtors owed the Company $**[AMOUNT]** for prepetition services.

8.     The Company is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Company should discover any facts bearing on the matters described in this affidavit, the Company will supplement the information contained in this affidavit.

- 2 -

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on **[DATE]**.

_____
Affiant Name

SWORN TO AND SUBSCRIBED before
me this ____ day of _____, 20__.

_____
Notary Public

**Exhibit 3**

**Form of Retention Questionnaire**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

-----------------------------------------------------------

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.

RETURN IT FOR FILING BY THE DEBTORS TO:

> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square,
> 920 North King Street,
> Wilmington, DE 19801
> Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1.    Name and address of company:

      _____

      _____

      _____

2.    Date of retention: _____

3.    Type of services to be provided (accounting, legal, etc.):

      _____

      _____

4.    Brief description of services to be provided:

      _____

      _____

      _____

5.    Arrangements for compensation (hourly, contingent, etc.)

      _____

      (a)    Average hourly rate (if applicable): _____

      (b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

      _____

6.    Prepetition claims against any of the Debtors held by the company:

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

7.    Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the company:

Name: _____

RLF1 12051450v.2

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the company is to be employed.

_____

_____

_____

_____

9.    Name and title of individual completing this form:

_____

Dated:    _____

- 3 -