# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.  
**CASE NO.:** 15-10952-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** May 27, 2015

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy J. Fox, Jr. | U.S. Trustee | |
| Richard L. Schepacarter | " | |
| Matthew B. Koch | Morris Nichols Arsht & Tunnel | current and former directors, officers, and employees of debtors |
| Mark D. Collins | Richards, Layton & Finger | Debtors |
| Marisa Terranova | " | " |
| Amanda R. Steele | " | " |
| Jeremy Ryan | Potter Anderson & Corroon | B of A |
| William J. Burnett | Foster Greenberg | Spruce 407 |
| Patrick Reilley | Cole Schotz | FTI Consulting |
| Chris Ward | Polsinelli | Student Contra Hee |
| Karen B?? | Connolly Gallagher | CW Synergy, Inc. |
| Juliet Klein | Lowenstein Group | GUC Committee |

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 05/27/2015
Calendar Time: 02:00 PM ET

*Amended Calendar 05/27/2015 09:44 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6944564 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6946188 | Barry V. Freeman | (310) 203-8080 ext. 6670 | Jeffer Mangels Butler & Mitchell LLP | Debtor, Corinthian Colleges, Inc., et al / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6946418 | Scott Gautier | (310) 229-5812 | Robins Kaplan LLP | Debtor, Official Committee of Unsecured Creditors / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6944989 | Jennifer C. Hagle  *sub Anna Gumbar* | 213-896-6015 | Sidley Austin LLP | Creditor, Bank of America / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6947729 | Dawn McCarty | (212) 318-2300 | Bloomberg LP | Interested Party, Dawn McCarty / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6946660 | Bennett S. Silverberg | (212) 209-4924 | Brown Rudnick LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |