IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE:<br><br>**CORINTHIAN COLLEGES, INC.,**<br><br>Debtor. | Case No.: 15-10952-KJC<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
|---|---|

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that MARRIOTT HOTEL SERVICES, INC., a creditor and party-in-interest, hereby appears in the above-captioned matter by its counsel Sheppard, Mullin, Richter & Hampton LLP, and requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered and served upon the following:

Sheppard, Mullin, Richter & Hampton LLP
Attn: Carren B. Shulman, Esq.
30 Rockefeller Plaza
New York, New York 10112
Tel: 212-653-8700
Fax: 212-653-8701
E-mail: cshulman@sheppardmullin.com
Ny-docketing@sheppardmullin.com

In addition, pursuant to Bankruptcy Rule 2002(g), MARRIOTT HOTEL SERVICES, INC. requests that the above referenced names and corresponding addresses be added to the mailing matrix for the Debtor in this bankruptcy case.

PLEASE TAKE FURTHER NOTICE, that all parties in interest are hereby put on notice that MARRIOTT HOTEL SERVICES, INC. is represented by the undersigned and it is hereby requested that the undersigned by provided with copies of all notices, pleadings and other filings made in the above-styled case, including, without limitation, notices of any application,

complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance and Request for Service of Papers (the "**Notice**"), nor any other appearances, pleadings, proofs of claim, claims, or suits filed by MARRIOTT HOTEL SERVICES, INC. shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which right, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: May 27, 2015

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: s/ Carren B. Shulman
Carren B. Shulman

30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700

*Attorneys for Marriott Hotel Services, Inc.*