IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

**CORINTHIAN COLLEGES, INC.,**

Debtor.

Case No.: 15-10952-KJC

Chapter 11

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2015, the foregoing document was filed with the Clerk of the

Court and in accordance with the Local Bankruptcy Rules and was served via NEF and hyperlink to

the document upon all those parties and participants who receive electronic notification.

Executed on May 27, 2015, at New York, NY.

*/s/ Carren B. Shulman*
Carren B. Shulman