IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: Docket Nos. 55 & 219** |

-------------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC. AS CRISIS MANAGER AND (II) DESIGNATING WILLIAM J. NOLAN AS CHIEF RESTRUCTURING OFFICER *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned hereby certifies as follows:

1.   On May 7, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of FTI Consulting, Inc. as Crisis Manager and (II) Designating William J. Nolan as Chief Restructuring Officer* Nunc Pro Tunc *to the Petition Date* [Docket No. 55] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.   On May 27, 2015, the Court approved the Application and entered the *Order (I) Authorizing the Retention and Employment of FTI Consulting, Inc. as Crisis Manager and (II)*

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 12058939v.1

*Designating William J. Nolan as Chief Restructuring Officer* Nunc Pro Tunc *to the Petition Date* [Docket No. 219] (the "**Retention Order**").

3. Following submission of the Retention Order to the Court, the Debtors received informal comments to the form of Retention Order from counsel to the Official Committee of Student Creditors (the "**Student Committee**").

4. The Debtors have resolved the comments of the Student Committee and have attached hereto as Exhibit A an amended form of order granting the Application (the "**Amended Order**"). The Amended Order has been circulated, and is acceptable, to counsel to the Student Committee and the Office of the United States Trustee for the District of Delaware. For the convenience of the Court and all parties in interest, a blackline of the Amended Order against the proposed form of order attached to the Retention Order is attached hereto as Exhibit B.

WHEREFORE, the Debtors respectfully request that the Court enter the Amended Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: May 28, 2015  
      Wilmington, Delaware

/s/ Marisa A. Terranova  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marisa A. Terranova (No. 5396)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
      merchant@rlf.com  
      terranova@rlf.com  
      steele@rlf.com

Counsel for the Debtors and Debtors in Possession