# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § | |
| | § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| | § | |
| Debtors. | § | Re: Docket Nos. 46 & ____ |

---

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE *NUNC PRO TUNC* TO THE DATE THAT THE DEBTORS SURRENDERED POSSESSION; (II) APPROVING THE *NUNC PRO TUNC* ABANDONMENT OF ANY PERSONAL PROPERTY REMAINING AT THE LEASE LOCATIONS; AND (III) GRANTING CERTAIN RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), for the entry of an order (this "**Order**") (i) authorizing the Debtors to reject the executory contracts and unexpired leases set forth in Exhibit 1 hereto (the "**Leases**") *nunc pro tunc* to the dates set forth thereon; (ii) approving the *nunc pro tunc* abandonment of any personal property remaining at such locations; and (iii) granting certain related relief; and upon due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court finding that the filing of the rejection notices and service of the same

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

on applicable Lease Counterparties provided such persons with adequate and proper notice of the Notice Date and proposed effective date of rejection for each Lease; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been scheduled and, to the extent necessary, held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing (if any was held), and all the proceedings had before the Court; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing (if any was held) establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.  The Motion is granted as set forth herein.

2.  Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Leases listed on Exhibit 1 attached hereto are deemed rejected, effective *nunc pro tunc* to the dates identified on Exhibit 1. For the avoidance of doubt, the rejection of the Leases shall be effective *nunc pro tunc* to (i) May 6, 2015 for the Decatur Lease and (ii) the applicable Notice Date for each of the Campus Leases and the Washington D.C. Lease.

3.  Pursuant to section 554 of the Bankruptcy Code and Bankruptcy Rule 6007, all Abandoned Property remaining at the locations associated with the Leases shall be abandoned *nunc pro tunc* to the effective date of rejection for each respective Lease. Moreover, the Lease

3

Counterparties are authorized to dispose of any property remaining at the premises, including any Abandoned Property or leased equipment, without liability to any third parties claiming an interest in such property.

4. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion

6. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: May ____, 2015
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

**The Leases**

| | Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Vacant Location Lease** | | | | | | |
| Decatur | Decatur | Equity One, Inc. | Attention: Legal Department | 1600 Northeast Miami Gardens | | N. Miami Beach | FL | 33179 | Lease Agreement between: Equity One, Inc. and Corinthian Colleges, Inc. and any amendments thereto | 6/30/2008 | 5/6/2015 |
| | | Equity One Realty & Management SE, Inc. | Attention: Property Management Department | 1640 Powers Ferry Road, SE | Building 11, Suite 250 | Marietta | GA | 30067 | | | |
| | | | | | **Campus Leases** | | | | | | |
| Campus 1 | Alhambra | The Alhambra Corner Community LLC | | 1000 South Fremont Avenue | Unit 1, Building A10C, Suite 10150 | Alhambra | CA | 91803 | The Alhambra Office Lease between the Alhambra Urban Community, LLC, a Delaware limited liability company, as Landlord, and Corinthian Colleges, Inc., a Delaware corporation, as Tenant and any amendments thereto | 2/27/2004 | 5/20/2015 |
| Campus 2 | Anaheim | J. Brookhurst, L.L.C. | | 10653 Lieter Place | | LONE TREE | CO | 80124 | Office Lease by and between Goldstone Holdings, LLC, a California limited liability company, "Landlord", and Corinthian Colleges, Inc., a Delaware corporation d/b/a Bryman College, "Tenant", and any amendments thereto | 9/3/1999 | 5/20/2015 |
| Campus 3 | City of Industry | R R & C Development Company | | 131 Crossroads Parkway North | 6th Floor | City of Industry | CA | 91746 | Office lease between RR&C Development Company and Corinthian Colleges Inc. and any amendments thereto | 12/23/2003 | 5/20/2015 |
| Campus 4 | Concord (Heald) | Moraga Enterprises | | P.O. Box 783 | | Kentfield | CA | 94914 | Amended and Restate Heald College Lease By and Between General Electric Capital Business Asset Funding Corporation, a Delaware corporation, as Landlord and Heald College, a California nonprofit corporation, as Tenant, and any amendments thereto | 3/7/2002 | 5/19/2015 |
| | | Moraga Enterprises | | 130 San Aleso Avenue | | San Francisco | CA | 94127 | | | |
| | | Moraga Enterprises | Solomon Bien | 1100 South Clark Drive | Unit 202 | Los Angeles | CA | 90035 | | | |
| Campus 5 | Gardena | Gardena Professional Medical Plaza, LP | | 1045 W. Redondo Beach Blvd. | Suite 400 | Gardena | CA | 90247 | Office Lease Gardena Professional Medical Plaza 1045 West Redondo Beach Boulevard Gardena, California between Gardena Medical Plaza, a California Limited Partnership, Landlord and Corinthian Schools, Inc., a Delaware Corporation, Tenant and any amendments thereto | 8/15/1997 | 5/20/2015 |
| Campus 6 | Hayward (Heald) | Lampert 25500 Industrial Blvd., LLC | | 900 Veterans Blvd, Suite 410 | | Redwood City | CA | 94063 | Amended and Restate Heald College Lease By and Between General Electric Capital Business Asset Funding Corporation, a Delaware corporation, as Landlord and Heald College, a California nonprofit corporation, as Tenant, and any amendments thereto | 3/7/2002 | 5/20/2015 |
| Office Location 1 | Heald Headquarters | CBRE, Inc | c/o CBRE Global Investors, LLC | 515 S Flower Street | Suite 3100 | Los Angeles | CA | 90071 | Standard Form Office Lease Between California State Teacher's Retirement System, a public entity created pursuant to the laws of the State of California, as Landlord, and Heald College, LLC, a California limited liability company, as Tenant and any amendments thereto | 10/7/2013 | 5/19/2015 |
| | | CBRE, Inc | | 1340 Treat Boulevard | | Walnut Creek | CA | 94597 | | | |
| Campus 7 | Honolulu (Heald) | Walgreens of Hawaii, LLC | c/o Corporate and Transactional Law Department | 104 Wilmot Rd., MS 1420 | | Deerfield | IL | 60015 | The Amended and Restated Heald College Building Lease by and between Kourin Hawaii Limited, a Hawaii corporation ("Lessor"), and Heald Colleges, a non-profit California corporation ("Lessee"), and any amendments thereto | 7/7/1998 | 5/13/2015 |
| Campus 8 | Los Angeles West | EJLC Robertson LLC | | 16456 Bernardo Center Drive | | San Diego | CA | 92128 | Standard Multi-Tenant Office Lease between Atrium Properties, LLC and Corinthian Colleges Inc. and any amendments thereto | 12/22/2003 | 5/18/2015 |
| Campus 9 | Mesa | Omninet Inverness, LP | | 9420 Wilshire Blvd, Suite #400 | | Beverly Hills | CA | 90212 | Lease between Inverness M-6 Holding LP and Corinthian Colleges Inc. and any amendments thereto | 5/3/2005 | 5/15/2015 |
| Campus 10 | Modesto (Heald) | GRE Management Services | | 2150 Douglas Boulevard | Suite 110 | Roseville | CA | 95661 | Innovative Technology Business Park Building Lease between Innovative Technology Business Park, LLC, a California limited liability company ("Landlord") and Heald College, LLC, a California limited liability company ("Tenant") and any amendments thereto | 8/14/2009 | 5/20/2015 |
| | | ITBP INVESTORS, LLC | | 26901 Agoura Rd., Suite 180 | | Calabasas | CA | 91301 | | | |

| Campus | Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Campus 11 | Ontario (Jurupa) | LBA Realty Fund II - WBP III, LLC | | 3347 Michelson Drive, Suite 200 | | Irvine | CA | 92612 | Business Park Modified Gross Lease between Bedford Property Investors Inc. and Corinthian Colleges Inc. and any amendments thereto | 7/10/2003 | 5/19/2015 |
| Same as Campus 11 | Ontario (Milliken) | LBA Realty Fund II - WBP III, LLC | | 3347 Michelson Drive, Suite 200 | | Irvine | CA | 92612 | Business Park Full Net Lease between Bedford Property Investors Inc. and Corinthian Colleges Inc., and any amendments thereto | 4/19/2004 | 5/19/2015 |
| Campus 13 | Phoenix | CWSP-I-J, LLC | | 3808 N. Sullivan Road, Bldg N15, Suite 202 | | Spokane | WA | 99216 | Corporate Center Office Lease between Property LS OB One Corporation ("Landlord") and Corinthian Colleges, Inc. ("Tenant") and any amendments thereto | 5/1/2003 | 5/15/2015 |
| | | CWSP-I-J, LLC | c/o Crown West Realty, LLC | 2355 E. Camelback Rd, Suite 325 | | Phoenix | AZ | 85016 | | | |
| Campus 14 | Portland - 78th Ct (Heald) | BB&S Development, LLC | | 1500 NW 18th Ave, Suite 116 | | Portland | OR | 97209 | Lease Agreement By and Between BB&S Development, LLC, an Oregon limited liability company, as Landlord and Heald College, LLC, a California limited liability company, as Tenant and any amendments thereto | 8/6/2008 | 5/15/2015 |
| | | Cosgrave Vergeer Kester LLP | | 805 SW Broadway | Eighth Floor | Portland | OR | 92705 | | | |
| | | C&R Real Estate Services Co. | | 1440 SW Taylor Ave. | | Portland | OR | 92705 | | | |
| Campus 15, 16, 17 | Rancho Cordova - (Heald) / Fresno (Heald) / Roseville (Heald) | Store Master Funding I, LLC | | 8501 E. Princess Drive, Suite 190 | | Scottsdale | AZ | 85255 | Master Lease Agreement by and between Store Master Funding I, LLC as Lessor and Corinthian Colleges, Inc. as Lessee and any amendments thereto | 2/29/2012 | 5/15/2015 |
| | | Kutak Rock LLP | | 1801 California Street, Suite 3100 | | Denver | CO | 80202 | | | |
| Annex (included in 15) | Rancho Cordova (Heald) - Annex | Metcalf Family Trust | c/o Sierra Asset Management, Inc. | 2920 Prospect Park Drive, Suite 215 | | Rancho Cordova | CA | 95670-6036 | Office Lease by and between Heald College, as Tenant, and D & K Metcalf I Partnership, LP, as Landlord, for Property Located at 22920 Prospect Park Drive, Suite 105, Rancho Cordova, CA 95670, and any amendments thereto | 8/24/2010 | 5/15/2015 |
| | | D&K Metcalf I Company, LLC | | 2920 Rohrer Drive | | Lafayette | CA | | | | |
| Campus 18 | Reseda | P.R.G. Investment Fund, L.P. | | 9454 Wilshire Blvd, Suite 220 | | Beverly Hills | CA | 90212 | Office Lease between PRG INVESTMENT FUND, L.P. and Corinthian Schools Inc. and any amendments thereto | 9/24/1997 | 5/20/2015 |
| Annex (included in 18) | Reseda Annex | Reseca Medical Consortrium LLC | | 18107 Sherman Way, Suite 205 | | Reseda | CA | 91335 | Standard Office Lease - Modified Gross between RESEDA MEDICAL CONSORTIUM, LLC and Corinthian Colleges Inc. and any amendments thereto | 7/7/2012 | 5/19/2015 |
| Campus 19 | Rochester | Randall Benderson 1993-1 Trust | | 8441 Cooper Creek Boulevard | | University Park | FL | 34201 | Lease Agreement between Randall Benderson 1193-1 Trust ("Lessor") and Corinthian Colleges, Inc. ("Lessee") d/b/a Rhodes Colleges, Inc. and Rochester Business Institute, and any amendments thereto | 5/28/1998 | 5/19/2015 |
| Office Location 2 | Sacramento - Del Paso Road | 2400 Del Paso Road Investors LP | c/o Buzz Oates Management Services | 8615 Elder Creek Road | | Sacramento | CA | 95828 | Multi-Tenant Office Lease Agreement (Full-Service Gross, California Form) between 2400 Del Paso Road Investors LP, a California limited partnership as "Landlord" and Heald College, LLC, a California limited liability company as "Tenant" and any amendments thereto | 1/4/2012 | 5/15/2015 |
| Campus 20 | Salinas (Heald) | C.W. Swenson Inc. | c/o MCM Diversified Inc. | 777 North First Street | | San Jose | CA | 95112 | Office Lease (Gross) between C.W. Swenson ("Landlord") and Heald Colleges of California ("Tenant") and any amendments thereto | 11/20/1995 | 5/16/2015 |
| Campus 21 | San Bernardino | Shaco, Inc. | | 350 S. Grand Ave. | Suite 2250 | Los Angeles | CA | 90071 | Standard Industrial/Commercial Multi-Tenant Lease between SHACO, INC. and Corinthian Colleges Inc. and any amendments thereto | 11/25/2002 | 5/19/2015 |
| Campus 22 | San Francisco - Howard St (Heald) | Howard Street Associates | c/o Hudson Pacific Properties, Inc. | 1438 N. Gower Street, Box 2 | | Hollywood | CA | 90028 | Lease 875 Howard Street San Francisco, California between Howard Street Associates LLC ("Landlord") and Heald College, LLC ("Tenant"), and any amendments thereto | 9/2/2009 | 5/14/2015 |
| Campus 23 and 24 | San Jose - Milpitas (Heald) / Stockton (Heald) | Kutak Rock LLP | | 1801 California Street, Suite 3100 | | Denver | CO | 80202 | Master Lease Agreement by and between Store SPE Corinthian, LLC as Lessor and Corinthian Colleges, Inc. as Lessee and any amendments thereto | 2/29/2012 | 5/19/2015 |
| | | Store SPE Corinthian, LLC | | 8501 E. Princess Drive, Suite #190 | | Scottsdale | AZ | 85255 | | | |
| Campus 25 | Santa Ana Civic Center | CIM Urban Reit Properties I, L.P. | | 6922 Hollywood Boulevard | Suite 900 | Los Angeles | CA | 90028 | Civic Center Professional Plaza Office Lease and any amendments thereto | 11/4/2009 | 5/20/2015 |

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Annex (Included in Campus 24) | Stockton Annex (Heald) | SSM Properties LLC | | 433 Airport Boulevard | Suite 224 | Burlingame | CA | 94010 | Lease agreement between S.S.M. Properties, LLC, a California limited liability company ("Landlord"), and Heald College, LLC, a California limited liability company ("Tenant") and any amendments thereto | 11/14/2007 | 5/15/2015 |
| Campus 26 | Tempe On Line | Gateway Montrose, Inc. | c/o RREEF Management Company | 4050 East Cotton Center Boulevard | Suite 14 | Phoenix | AZ | 85040 | Lease by and between Gateway Montrose, Inc., a California corporation, Landlord, and Corinthian Colleges, Inc., a Delaware corporation, Tenant, and any amendments thereto | 10/19/2005 | 5/22/2015 |
| | | Gateway Montrose, Inc. | | Plumwood Office Port - 8160 | PO Box 6236 | Hicksville | NY | 11802-6236 | | | |
| | | Gateway Montrose, Inc. | c/o Transwestern | 800 West Adams Street | | Phoenix | AZ | 85007 | | | |
| Campus 27 | Torrance | Plaza Del Prado Inc. | | 1261 Cabrillo Avenue # 210b | | Torrance | California | 90501 | Lease agreement between ANA/GML and The Center for Entrepreneurial Studies, Inc. and any amendments thereto | 6/6/1994 | 5/21/2015 |
| **Washington D.C. Lease** | | | | | | | | | | | |
| Washington D.C. | Washington DC - 9th St | Square 407 Ltd. Partnership | C/O Boston Properties | 2200 Pennsylvania Avenue, NW | Suite 200W | Washington | DC | 20037 | Lease between Square 407 Limited Partnership (as Landlord) and Corinthian Colleges, Inc. (as Tenant), and any amendments thereto | 7/28/2011 | 5/19/2015 |