## EXHIBIT A

## Rejected Lease

| | Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Teachout 2 | Silver Spring | 8757 Georgia Avenue, LLC | c/o Washington Property Company | 4719 Hampden Lane | 3rd Floor | Bethesda, MD 20814 | MD | 20814 | Lease agreement between 8757 GA, L.L.C., a Maryland limited liability company ("Landlord"), and Corinthian Colleges, Inc., a Delaware corporation ("Tenant"), and any amendments thereto | 11/24/2003 | 5/28/2015 |