## EXHIBIT 1

**The Leases**

Exhibit 1 - Leases

| Campus | | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vacant Location Lease** | | | | | | | | | | | |
| Decatur | Decatur | Equity One, Inc. | Attention: Legal Department | 1600 Northeast Miami Gardens | | N. Miami Beach | FL | 33179 | Lease Agreement between: Equity One, Inc. and Corinthian Colleges, Inc. and any amendments thereto | 6/30/2008 | 5/6/2015 |
| | | Equity One Realty & Management SE, Inc. | Attention: Property Management Department | 1640 Powers Ferry Road, SE | Building 11, Suite 250 | Marietta | GA | 30067 | | | |
| **Campus Leases** | | | | | | | | | | | |
| Campus 1 | Alhambra | The Alhambra Corner Community LLC | | 1000 South Fremont Avenue | Unit 1, Building A10C, Suite 10150 | Alhambra | CA | 91803 | The Alhambra Office Lease between the Alhambra Urban Community, LLC, a Delaware limited liability company, as Landlord, and Corinthian Colleges, Inc., a Delaware corporation, as Tenant and any amendments thereto | 2/27/2004 | 5/20/2015 |
| Campus 2 | Anaheim | J. Brookhurst, L.L.C. | | 10653 Lieter Place | | LONE TREE | CO | 80124 | Office Lease by and between Goldstone Holdings, LLC, a California limited liability company, "Landlord", and Corinthian Colleges, Inc., a Delaware corporation d/b/a Bryman College, "Tenant", and any amendments thereto | 9/3/1999 | 5/20/2015 |
| Campus 3 | City of Industry | R R & C Development Company | | 131 Crossroads Parkway North | 6th Floor | City of Industry | CA | 91746 | Office lease between RR&C Development Company and Corinthian Colleges Inc. and any amendments thereto | 12/23/2003 | 5/20/2015 |
| Campus 4 | Concord (Heald) | Moraga Enterprises | | P.O. Box 783 | | Kentfield | CA | 94914 | Amended and Restate Heald College Lease By and Between General Electric Capital Business Asset Funding Corporation, a Delaware corporation, as Landlord and Heald College, a California nonprofit corporation, as Tenant, and any amendments thereto | 3/7/2002 | 5/19/2015 |
| | | Moraga Enterprises | | 130 San Aleso Avenue | | San Francisco | CA | 94127 | | | |
| | | Moraga Enterprises | Solomon Bien | 1100 South Clark Drive | Unit 202 | Los Angeles | CA | 90035 | | | |
| Campus 5 | Gardena | Gardena Professional Medical Plaza, LP | | 1045 W. Redondo Beach Blvd. | Suite 400 | Gardena | CA | 90247 | Office Lease Gardena Professional Medical Plaza 1045 West Redondo Beach Boulevard Gardena, California between Gardena Medical Plaza, a California Limited Partnership, Landlord and Corinthian Schools, Inc., a Delaware Corporation, Tenant and any amendments thereto | 8/15/1997 | 5/20/2015 |
| Campus 6 | Hayward (Heald) | Lampert 25500 Industrial Blvd., LLC | | 900 Veterans Blvd, Suite 410 | | Redwood City | CA | 94063 | Amended and Restate Heald College Lease By and Between General Electric Capital Business Asset Funding Corporation, a Delaware corporation, as Landlord and Heald College, a California nonprofit corporation, as Tenant, and any amendments thereto | 3/7/2002 | 5/20/2015 |
| Office Location 1 | Heald Headquarters | CBRE, Inc | c/o CBRE Global Investors, LLC | 515 S Flower Street | Suite 3100 | Los Angeles | CA | 90071 | Standard Form Office Lease Between California State Teacher's Retirement System, a public entity created pursuant to the laws of the State of California, as Landlord, and Heald College, LLC, a California limited liability company, as Tenant and any amendments thereto | 10/7/2013 | 5/19/2015 |
| | | CBRE, Inc | | 1340 Treat Boulevard | | Walnut Creek | CA | 94597 | | | |
| Campus 7 | Honolulu (Heald) | Walgreens of Hawaii, LLC | c/o Corporate and Transactional Law Department | 104 Wilmot Rd., MS 1420 | | Deerfield | IL | 60015 | The Amended and Restated Heald College Building Lease by and between Kourin Hawaii Limited, a Hawaii corporation ("Lessor"), and Heald Colleges, a non-profit California corporation ("Lessee"), and any amendments thereto | 7/7/1998 | 5/13/2015 |
| Campus 8 | Los Angeles West | EJLC Robertson LLC | | 16456 Bernardo Center Drive | | San Diego | CA | 92128 | Standard Multi-Tenant Office Lease between Atrium Properties, LLC and Corinthian Colleges Inc. and any amendments thereto | 12/22/2003 | 5/18/2015 |
| Campus 9 | Mesa | Omninet Inverness, LP | | 9420 Wilshire Blvd. Suite #400 | | Beverly Hills | CA | 90212 | Lease between Inverness M-6 Holding LP and Corinthian Colleges Inc. and any amendments thereto | 5/3/2005 | 5/15/2015 |
| Campus 10 | Modesto (Heald) | GRE Management Services | | 2150 Douglas Boulevard | Suite 110 | Roseville | CA | 95661 | Innovative Technology Business Park Building Lease between Innovative Technology Business Park, LLC, a California limited liability company ("Landlord") and Heald College, LLC, a California limited liability company ("Tenant") and any amendments thereto | 8/14/2009 | 5/20/2015 |
| | | ITBP INVESTORS, LLC | | 26901 Agoura Rd., Suite 180 | | Calabasas | CA | 91301 | | | |

| Campus | | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Campus 11 | Ontario (Jurupa) | LBA Realty Fund II - WBP III, LLC | | 3347 Michelson Drive, Suite 200 | | Irvine | CA | 92612 | Business Park Modified Gross Lease between Bedford Property Investors Inc. and Corinthian Colleges Inc. and any amendments thereto | 7/10/2003 | 5/19/2015 |
| Same as Campus 11 | Ontario (Milliken) | LBA Realty Fund II - WBP III, LLC | | 3347 Michelson Drive, Suite 200 | | Irvine | CA | 92612 | Business Park Full Net Lease between Bedford Property Investors Inc. and Corinthian Colleges Inc., and any amendments thereto | 4/19/2004 | 5/19/2015 |
| Campus 13 | Phoenix | CWSP-I-J, LLC | | 3808 N. Sullivan Road, Bldg N15, Suite 202 | | Spokane | WA | 99216 | Corporate Center Office Lease between Property LS OB One Corporation ("Landlord") and Corinthian Colleges, Inc. ("Tenant") and any amendments thereto | 5/1/2003 | 5/15/2015 |
| | | CWSP-I-J, LLC | c/o Crown West Realty, LLC | 2355 E. Camelback Rd, Suite 325 | | Phoenix | AZ | 85016 | | | |
| Campus 14 | Portland - 78th Ct (Heald) | BB&S Development, LLC | | 1500 NW 18th Ave, Suite 116 | | Portland | OR | 97209 | Lease Agreement By and Between BB&S Development, LLC, an Oregon limited liability company, as Landlord and Heald College, LLC, a California limited liability company, as Tenant and any amendments thereto | 8/6/2008 | 5/15/2015 |
| | | Cosgrave Vergeer Kester LLP | | 805 SW Broadway | Eighth Floor | Portland | OR | 92705 | | | |
| | | C&R Real Estate Services Co. | | 1440 SW Taylor Ave. | | Portland | OR | 92705 | | | |
| Campus 15, 16, 17 | Rancho Cordova - (Heald) / Fresno (Heald) / Roseville (Heald) | Store Master Funding I, LLC | | 8501 E. Princess Drive, Suite 190 | | Scottsdale | AZ | 85255 | Master Lease Agreement by and between Store Master Funding I, LLC as Lessor and Corinthian Colleges, Inc. as Lessee and any amendments thereto | 2/29/2012 | 5/15/2015 |
| | | Kutak Rock LLP | | 1801 California Street, Suite 3100 | | Denver | CO | 80202 | | | |
| Annex (included in 15) | Rancho Cordova (Heald) - Annex | Metcalf Family Trust | c/o Sierra Asset Management, Inc. | 2920 Prospect Park Drive, Suite 215 | | Rancho Cordova | CA | 95670-6036 | Office Lease by and between Heald College, as Tenant, and D & K Metcalf I Partnership, LP, as Landlord, for Property Located at 22920 Prospect Park Drive, Suite 105, Rancho Cordova, CA 95670, and any amendments thereto | 8/24/2010 | 5/15/2015 |
| | | D&K Metcalf I Company, LLC | | 2920 Rohrer Drive | | Lafayette | CA | | | | |
| Campus 18 | Reseda | P.R.G. Investment Fund, L.P. | | 9454 Wilshire Blvd, Suite 220 | | Beverly Hills | CA | 90212 | Office Lease between PRG INVESTMENT FUND, L.P. and Corinthian Schools Inc. and any amendments thereto | 9/24/1997 | 5/20/2015 |
| Annex (included in 18) | Reseda Annex | Reseca Medical Consortrium LLC | | 18107 Sherman Way, Suite 205 | | Reseda | CA | 91335 | Standard Office Lease - Modified Gross between RESEDA MEDICAL CONSORTIUM, LLC and Corinthian Colleges Inc. and any amendments thereto | 7/7/2012 | 5/19/2015 |
| Campus 19 | Rochester | Randall Benderson 1993-1 Trust | | 8441 Cooper Creek Boulevard | | University Park | FL | 34201 | Lease Agreement between Randall Benderson 1193-1 Trust ("Lessor") and Corinthian Colleges, Inc. ("Lessee") d/b/a Rhodes Colleges, Inc. and Rochester Business Institute, and any amendments thereto | 5/28/1998 | 5/19/2015 |
| Office Location 2 | Sacramento - Del Paso Road | 2400 Del Paso Road Investors LP | c/o Buzz Oates Management Services | 8615 Elder Creek Road | | Sacramento | CA | 95828 | Multi-Tenant Office Lease Agreement (Full-Service Gross, California Form) between 2400 Del Paso Road Investors LP, a California limited partnership as "Landlord" and Heald College, LLC, a California limited liability company as "Tenant" and any amendments thereto | 1/4/2012 | 5/15/2015 |
| Campus 20 | Salinas (Heald) | C.W. Swenson Inc. | c/o MCM Diversified Inc. | 777 North First Street | | San Jose | CA | 95112 | Office Lease (Gross) between C.W. Swenson ("Landlord") and Heald Colleges of California ("Tenant") and any amendments thereto | 11/20/1995 | 5/16/2015 |
| Campus 21 | San Bernardino | Shaco, Inc. | | 350 S. Grand Ave. | Suite 2250 | Los Angeles | CA | 90071 | Standard Industrial/Commercial Multi-Tenant Lease between SHACO, INC. and Corinthian Colleges Inc. and any amendments thereto | 11/25/2002 | 5/19/2015 |
| Campus 22 | San Francisco - Howard St (Heald) | Howard Street Associates | c/o Hudson Pacific Properties, Inc. | 1438 N. Gower Street, Box 2 | | Hollywood | CA | 90028 | Lease 875 Howard Street San Francisco, California between Howard Street Associates LLC ("Landlord") and Heald College, LLC ("Tenant"), and any amendments thereto | 9/2/2009 | 5/14/2015 |
| Campus 23 and 24 | San Jose - Milpitas (Heald) / Stockton (Heald) | Kutak Rock LLP | | 1801 California Street, Suite 3100 | | Denver | CO | 80202 | Master Lease Agreement by and between Store SPE Corinthian, LLC as Lessor and Corinthian Colleges, Inc. as Lessee and any amendments thereto | 2/29/2012 | 5/19/2015 |
| | | Store SPE Corinthian, LLC | | 8501 E. Princess Drive, Suite #190 | | Scottsdale | AZ | 85255 | | | |
| Campus 25 | Santa Ana Civic Center | CIM Urban Reit Properties I, L.P. | | 6922 Hollywood Boulevard | Suite 900 | Los Angeles | CA | 90028 | Civic Center Professional Plaza Office Lease and any amendments thereto | 11/4/2009 | 5/20/2015 |

| Campus | Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Annex (Included in Campus 24) | Stockton Annex (Heald) | SSM Properties LLC | | 433 Airport Boulevard | Suite 224 | Burlingame | CA | 94010 | Lease agreement between S.S.M. Properties, LLC, a California limited liability company ("Landlord"), and Heald College, LLC, a California limited liability company ("Tenant") and any amendments thereto | 11/14/2007 | 5/15/2015 |
| Campus 26 | Tempe On Line | Gateway Montrose, Inc. | c/o RREEF Management Company | 4050 East Cotton Center Boulevard | Suite 14 | Phoenix | AZ | 85040 | Lease by and between Gateway Montrose, Inc., a California corporation, Landlord, and Corinthian Colleges, Inc., a Delaware corporation, Tenant, and any amendments thereto | 10/19/2005 | 5/22/2015 |
| Campus 26 | Tempe On Line | Gateway Montrose, Inc. | | Plumwood Office Port - 8160 | PO Box 6236 | Hicksville | NY | 11802-6236 | | | |
| Campus 26 | Tempe On Line | Gateway Montrose, Inc. | c/o Transwestern | 800 West Adams Street | | Phoenix | AZ | 85007 | | | |
| Campus 27 | Torrance | Plaza Del Prado Inc. | | 1261 Cabrillo Avenue # 210b | | Torrance | California | 90501 | Lease agreement between ANA/GML and The Center for Entrepreneurial Studies, Inc. and any amendments thereto | 6/6/1994 | 5/21/2015 |
| Washington D.C. Lease | | | | | | | | | | | |
| Washington D.C. | Washington DC - 9th St | Square 407 Ltd. Partnership | C/O Boston Properties | 2200 Pennsylvania Avenue, NW | Suite 200W | Washington | DC | 20037 | Lease between Square 407 Limited Partnership (as Landlord) and Corinthian Colleges, Inc. (as Tenant), and any amendments thereto | 7/28/2011 | 5/19/2015 |