## EXHIBIT A

**Rejected Leases**

**Exhibit A - Rejected Leases**

| Campus | | Landlord Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Teachout 1 | Ft. Worth | Mercantile Partners, L.P. | 2650 Meacham Boulevard | | Fort Worth | TX | 76137 | Lease agreement by and between Mercantile Partners, L.P., a Texas limited partnership ("Landlord") and Corinthian Colleges, Inc., a Delaware corporation ("Tenant"), and any amendments thereto | 9/29/2003 | 5/29/2015 |
| Campus 12 | Ontario Metro | Acco Airport Center II, LLC | 846 West Foothill Boulevard, Suite L | | Upland | CA | 91786 | Lease Agreement by and between Acco Airport Center I, LLC as Landlord and Corinthian Colleges, Inc., a Delaware corporation, as Tenant | 11/17/2004 | 5/29/2015 |
| | | Paragon Capital Corporation | 226 South Lake Avenue | Suite 300 | Pasadena | CA | 91101 | | | |