## EXHIBIT A

## Rejected Lease

| Campus | Landlord Name | Address 1 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|
| Eagan | Spectrum Commerce Center | 1000 Blue Gentian Road | Eagan | MN | 55121 | Lease Agreement by and Corinthian Colleges, Inc. and Spectrum Investment Group, L.L.C., and any amendments thereto | 12/23/2003 | 5/29/2015 |