## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun am employed in the county of Los Angeles, State of California. I hereby certify that on May 27, 2015, I caused true and correct copies of the following document(s) to be served via facsimile to the parties listed in **Exhibit A** attached hereto:

- **Notice of Second Amended[2] Agenda of Matters Scheduled for Hearing on May 27, 2015 at 2:00 P.M. (EDT)[3] [Docket No. 214]**

Dated: May 28, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this  28  day of  May ,20 15 , by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**EXHIBIT A**

**Corinthian Colleges, Inc. - Service List to Facsimile Recipients**                                        **Served 5/27/2015**

| | | |
|---|---|---|
| ASHBY & GEDDES, P.A.<br>ATTN: LEIGH-ANNE RAPORT<br>302-654-2067 | ASHBY & GEDDES, P.A.<br>ATTN: RICARDO PALACIO<br>302-654-2067 | ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN<br>302-654-2067 |
| COMMONWEALTH OF PENNSYLVANIA<br>ATTN: LINDA MITTEN<br>717-787-7671 | DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>215-988-2757 | DRINKER BIDDLE & REATH LLP<br>ATTN: HOWARD A. COHEN<br>302-467-4201 |
| DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>212-248-3141 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN<br>310-712-8571 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: DAVID M. POITRAS<br>310-712-8571 |
| KATTEN MUCHIN ROSENMAN LLP<br>ATTN: BRIAN HUBEN<br>310-788-4471 | KATTEN MUCHIN ROSENMAN LLP<br>ATTN: DUSTIN BRANCH<br>310-788-4471 | KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>212-808-7897 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>469-221-5003 | MORRISON & FOERSTER LLP<br>ATTN: ERICA RICHARDS<br>212-468-7900 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI<br>212-468-7900 |
| OFFICE OF THE U.S. ATTORNEY<br>ATTN: LEGAL DEPT<br>718-254-7508 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD SCHEPACARTER<br>302-573-6497 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: TIMOTHY FOX<br>302-573-6497 |
| PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>212-545-1410 | POLSINELLI PC<br>ATTN: CHRISTOPHER WARD<br>302-252-0921 | POLSINELLI PC<br>ATTN: SHANTI KATONA<br>302-252-0921 |
| POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/ETTA MYERS<br>302-658-1192 | ROBINS KAPLAN LLP<br>ATTN: CYNTHIA C. HERNANDEZ<br>310-229-5800 | ROBINS KAPLAN LLP<br>ATTN: LORIE A. BALL<br>310-229-5800 |
| ROBINS KAPLAN LLP<br>ATTN: SCOTT GAUTIER/LORIE BALL<br>310-229-5800 | SIDLEY AUSTIN LLP<br>ATTN: JENNIFER HAGLE/ANNA GUMPORT<br>213-896-6600 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>317-263-7901 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: FELICIA GERBER PERLMAN<br>312-407-0411 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>512-936-1409 | U.S. DEPARTMENT OF JUSTICE<br>ATTN: LLOYD H. RANDOLPH<br>202-514-9163 |
| WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: BRAD D. SCHIMEL, AG<br>608-267-8906 | | |

Parties Served:  31