## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on May 27, 2015, I caused true and correct copies of the following document to be served (i) via email to the party listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of Counsel Regarding Second Interim Order (I) Authorizing The Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 208]**

- **Second Interim Order (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue their Workers' Compensation Policy and Pay all Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 216]**

Dated: May 28, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California            }
{                               } ss.
{County of Los Angeles          }

Subscribed and sworn to (or affirmed) before me on this 28 day of May , 20 15 , by Alejandro Soria proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## EXHIBIT A

Corinthian Colleges, Inc. -  Service List to e-mail Recipients

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

Parties Served:  1

**EXHIBIT B**

ACCREDITATION COMMISSION FOR EDU IN NURSING
ATTN: DR. SHARON TANNER
3343 PEACHTREE RD. NE
STE. 850
ATLANTA, GA 30326

ACCREDITATION REVIEW COUNCIL ON EDU
IN SURGICAL TECH AND SURGICAL ASSISTING
ATTN: KEITH ORLOFF
6 W. DRY CREEK CIRCLE
STE. 110
LITTLETON, CO 80120

ACCREDITING BUREAU OF
HEALTH EDUCATION SCHOOLS
ATTN: CAROL MONEYMAKER
7777 LEESBURG PIKE
STE. 314 NORTH
FALLS CHURCH, VA 22043

ACCREDITING COMMISSION
CAREER SCHOOLS AND COLLEGES
ATTN: MICHALE MCCOMIS, ED.D.
2101 WILSON BOULEVARD., SUITE 302
ARLINGTON, VA 22201

ACCREDITING COUNCIL
INDEPENDENT COLLEGES AND SCHOOLS
ATTN: DR. ALBERT GRAY
750 FIRST STREET, NE., SUITE 980
WASHINGTON, DC 20002

ALABAMA COMMISSION ON HIGHER EDUCATION
ATTN: DR. GREGORY FITCH
100 NORTH UNION STREET
MONTGOMERY, AL 36104

ALABAMA DEPT OF POSTSECONDARY EDUCATION
ATTN: ANNETTE FUNDERBURK
135 SOUTH UNION STREET
MONTGOMERY, AL 36104

AMERICAN ACADEMY OF PROFESSIONAL CODERS
2480 SOUTH 3850 WEST
STE. B
SALT LAKE CITY, UT 84120

AMERICAN BAR ASSOCIATION
321 N. CLARK STREET
CHICAGO, IL 60654

AMERICAN SOCIETY
HEALTH-SYSTEM PHARMACISTS
ATTN: DR. ABRAMOWITZ
7272 WISCONSIN AVENUE
BETHESDA, MD 20814

AMERICAN ZURICH INSURANCE COMPANY
777 SOUTH FIGUEROA STREET,
SUITE 3900
LOS ANGELES, CA 90017

ARIZONA DEPARTMENT OF EDUCATION
1535 WEST JEFFERSON STREET
PHOENIX, AZ 85007

ARIZONA STATE BOARD
PRIVATE POSTSECONDARY EDUCATION
ATTN: MS. TERI STANFILL
1400 W. WASHINGTON ST. ROOM 260
PHOENIX, AZ 85007

ARKANSAS DEPARTMENT OF HIGHER EDUCATION
ATTN: DR. JIM PURCELL
423 MAIN STREET
SUITE 400
LITTLE ROCK, AR 72201

ASHBY & GEDDES, P.A.
WILLIAM BOWDEN/RICARDO PALACIO
ATTN: LEIGH-ANNE RAPORT
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899-1150

ASSOCIATED BODYWORK
MASSAGE PROFESSIONALS
25188 GENESEE TRAIL RD. SUITE 200
GOLDEN, CO 80401

AXIS INSURANCE COMPANY
11680 GREAT OAKS WAY
ALPHARETTA, GA 30022

AXIS INSURANCE COMPANY
303 WEST MADISON # 500
CHICAGO, IL 60606

BANK OF AMERICA, N.A.
ATTN: JANET SLEEPER
SOUTH ORANGE COUNTY REGIONAL
COMMERCIAL BANKING OFFICE #1458
675 ANTON BLVD., 2ND FL
COSTA MESA, CA 92626

BANK OF AMERICA, N.A., AS DOMESTIC
CANADIAN ADMINISTRATIVE AGENT
ATTN: JANET SLEEPER, SVP
SAG MIDDLE MARKET SEATTLE
800 5TH AVE.
SEATTLE, WA 98104-3176

BANK OF THE WEST
ATTN: CECILE SEGOVIA
NEWPORT BEACH OFFICE #748
4400 MACARTHUR BLVD., SUITE 150
NEWPORT BEACH, CA 92660

BMC GROUP, INC.
ATTN: T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO, CA 90245

BMO HARRIS BANK, N.A.
ATTN: BRYAN BARGER
111 W. MONROE STREET, 9W
CHICAGO, IL 60603

BOARD OF CAREER COLLEGES
SCHOOLS OF THE STATE OF OHIO
ATTN: JOHN WARE, EXEC. DIRECTOR
35 GAY STREET., SUITE 403
COLUMBUS, OH 43215

BOARD OF NURSING - ARIZONA
ATTN: JOEY RIDENOUR, RN, MN, FAAN
4747 N. 7TH ST.
STE. 200
PHOENIX, AZ 85014

BOARD OF NURSING - FLORIDA
ATTN: LAVIGNE KIRKPATRICK, BS, RN
4052 BALD CYPRESS WAY
BIN C-02
TALLAHASSEE, FL 32399

BOARD OF NURSING - INDIANA
ATTN: ELIZABETH KIEFNER CRAWFORD
402 W. WASHINGTON ST.
ROOM W072
INDIANAPOLIS, IN 46204

BOARD OF NURSING - MICHIGAN
ATTN: MARGARET JONES
OTTAWA TOWERS NORTH
611 W. OTTAWA
LANSING, MI 48933

BOARD OF NURSING - NEVADA
ATTN: ROSEANN COLOSIMO, PHD, MSN, RN
4220 S. MARYLAND PKWY
BLDG. B
STE. 300
LAS VEGAS, NV 89119

BOARD OF NURSING - TEXAS
ATTN: DR. VARNELL
333 GUADALUPE
STE. 3-460
AUSTIN, TX 78701

BOARD OF NURSING - VIRGINIA
ATTN: JANE INGALLS, RN, PHD
9960 MAYLAND DR.
STE. 300
HENRICO, VA 23233

BOARD OF REGISTERED NURSING - CALIFORNIA
1747 N. MARKET BLVD.
STE. 150
SACRAMENTO, CA 95834

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK, NY 10036

Corinthian Colleges, Inc. - U.S. Mail

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

BUREAU OF POSTSECONDARY SERVICES
OF THE COMMONWEALTH
OF PENNSYLVANIA DEPARTMENT OF ED.
ATTN: PATRICIA LANDIS
333 MARKET STREET., 12TH FLOOR
HARRISBURG, PA 17126

CA BUREAU OF PRIVATE POSTSECONDARY EDU
ATTN: JOANN WENZEL
2535 CAPITOL OAKS DR.
STE. 400
SACRAMENTO, CA 95833

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA BANK AND TRUST
ATTN: CUSTOMER SERVICE
1900 MAIN ST
IRVINE, CA

CALIFORNIA DEPARTMENT OF EDUCATION
1430 N STREET
SACRAMENTO, CA 95814-5901

CALIFORNIA DEPARTMENT OF JUSTICE
1300 I ST., #1142
SACRAMENTO, CA 95814-5901

CAPITAL WEST
ATTN: LIZ ONTIVEROZ
CAPITAL WEST BANK – LARAMIE
2020 GRAND AVE
LARAMIE, WY 82070

CITIBANK, NA
ATTN: RAMRAGHI FULLER
153 EAST 53RD STREET
NEW YORK, NY 10022

CITY NATIONAL BANK OF WEST VIRGINIA
ATTN: CUSTOMER SERVICE
CITY NATIONAL BANK
KANAWHA CITY BRANCH
3601 MACCORKLE AVE SE
CHARLESTON, WV 25304

COLORADO DEPARTMENT OF HIGHER EDUCATION
DIVISION OF PRIVATE OCCUPATIONAL SCHOOLS
ATTN: JIM PARKER
1560 BROADWAY
SUITE 1600
DENVER, CO 80202

COMM ACCREDITATION FOR HEALTH INFORMATICS
INFORMATION MANAGEMENT EDUCATION
AMERICAN HEALTH INFO MGT ASSOCIATION
233 N. MICHIGAN AVE.
21ST FLOOR
CHICAGO, IL 60601

COMM ON COLLEGIATE NURSING EDUCATION
ATTN: JENNIFER BUTLIN, ED.D
ONE DUPONT CIRCLE, NW
STE. 530
WASHINGTON, DC 20036

COMM ON POSTSECONDARY EDUCATION - NV
ATTN: DAVID PERLMAN
8778 SOUTH MARYLAND PARKWAY
STE. 115
LAS VEGAS, NV 89123

COMMISION ON DENTAL ACCREDITATION
ATTN: DR. SHERIN TOOKS
211 EAST CHICAGO AVE.
STE. 1900
CHICAGO, IL 60611

COMMISSION FOR INDEPENDENT EDUCATION,
FLORIDA DEPARTMENT OF EDUCATION
ATTN: SAMUEL L. FERGUSON
325 W. GAINES ST. SUITE 1414
TALLAHASSEE, FL 32399

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ATTN: MAURA HEALEY, AG
PETER LEIGHT AAG/GLENN KAPLAN AAG
ONE ASHBURTON PLACE, 18TH FLOOR
BOSTON, MA 02108

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
ATTN: LINDA MITTEN
651 BOAS STREET, ROOM 700
HARRISBURG, PA 17121

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DENTAL BOARD OF CALIFORNIA
ATTN: KAREN M. FISCHER, MPA
2005 EVERGREEN ST.
STE. 1550
SACRAMENTO, CA 95815

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
ONE LOGAN SQUARE, STE. 2000
PHILADELPHIA, PA 19103-6996

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN
222 DELAWARE AVE., STE.1410
WILMINGTON, DE 19801-1621

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

ELAVON, INC.
ATTN: CREDIT OPS, LMG
7300 CHAPMAN HIGHWAY
KNOXVILLE, TN 37920

EMPIRE INSURANCE COMPANIES
13810 FNB PARKWAY
OMAHA, NE 68154-5202

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

FEDERAL INSURANCE COMPANY
555 S. FLOWER STREET, 3RD. FLOOR
LOS ANGELES, CA 90071

FIRST HAWAIIAN BANK
ATTN: NADINE SAKI
1580 KAPIOLANI BLVD.
HONOLULU, HI 96814

FLORIDA BOARD OF MASSAGE THERAPY
ATTN: BRIDGET BURKE-WAMMACK
4052 BALD CYPRESS WAY
BIN C-06
TALLAHASSEE, FL 32399

Corinthian Colleges, Inc. - U.S. Mail                                                                                                Served 5/27/2015

GEORGIA NONPUBLIC POSTSECONDARY
EDUCATION COMMISSION
ATTN: WILLIAM C. CREWS
2082 EAST EXCHANGE PLACE., SUITE 220
TUCKER, GA 30084

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

HOMELAND INSURANCE COMPANY
OF NEW YORK
150 ROYALI STREET
CANTON, MA 02021

ILLINOIS BOARD OF HIGHER EDUCATION
ATTN: NINA TANGMAN
431 EAST ADAMS
SECOND FLOOR
SPRINGFIELD, IL 62701

INDIANA BOARD FOR PROPRIETARY EDUCATION
COMMISSION FOR HIGHER EDUCATION
ATTN: ROSS MILLER
101 WEST OHIO STREET
STE. 670
INDIANAPOLIS, IN 46204

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JEFFER MANGELS BUTLER & MITCHELL LLP
BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

JOINT REVIEW COMMITTEE
EDUCATION IN RADIOLOGIC TECHNOLOGY
ATTN: MS. LESLIE F. WINTER, M.S., R.T.(R)
20 N. WACKER DRIVE., SUITE 2850
CHICAGO, IL 60606

KAISER PERMANENTE NATIONAL ACCOUNTS
ATTN: KIT TURK
SENIOR ASSOCIATE ACCOUNT MANAGER
1800 HARRISON STREET 9TH FLOOR
OAKLAND, CALIFORNIA 94612

KANSAS BOARD OF REGENTS
ATTN: JACQUELINE JOHNSON
1000 SW JACKSON STREET
SUITE 520
TOPEKA, KS 66612

KATTEN MUCHIN ROSENMAN LLP
BRIAN HUBEN/DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES, CA 90067-3012

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

LIBERTY INSURANCE UNDERWRITERS INC.
55 WATER STREET, 18TH FLOOR
NEW YORK, NY 10041

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

LOUISIANA BOARD OF REGENTS
ATTN: CAROL MARABELLA
1201 NORTH THIRD STREET
SUITE 6-200
BATON ROUGE, LA 70802

MARYLAND HIGHER EDUCATION COMMISSION
ATTN: DEAN KENDALL
6 N. LIBERTY STREET
10TH FLOOR
BALTIMORE, MD 21201

MEDICAL ASSISTING EDUCATION REVIEW BOARD
ATTN: SARAH MARINO, PHD
20 N. WACKER DRIVE
STE. 1575
CHICAGO, IL 60606

MICHIGAN DEPARTMENT OF LICENSING
REGULATORY AFFAIRS
ATTN: JAMES FARHAT
2501 WOODLAKE CIRCLE
OKEMOS, MI 48864

MINISTRY OF TRAINING, COLLEGES
AND UNIVERSITIES
14TH FLOOR, MOWAT BLOCK
900 BAY STREET
TORONTO ON M7A 1L2
CANADA

MINNESOTA OFFICE OF HIGHER EDUCATION
ATTN: GEORGE R. ROEDLER, JR.
1450 ENERGY PARK DRIVE
SUITE 350
ST. PAUL, MN 55108

MISSISSIPPI COMMISSION ON PROPRIETARY
SCHOOL AND COLLEGE REGISTRATION
ATTN: KIM VERNEUILLE
3825 RIDGEWOOD ROAD
JACKSON, MS 39211

MISSOURI COORDINATING BOARD
FOR HIGHER EDUCATION
ATTN: LEROY WADE
205 JEFFERSON STREET
JEFFERSON CITY, MO 65102

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MORRISON & FOERSTER LLP
LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK, NY 10019-9601

MUFG UNION BANK, N.A.
ATTN: GABRIEL SUNIGA
18300 VON KARMAN AVE
SUITE 250
IRVINE, CA 92612

NATIONAL CERTIFICATION BOARD
THERAPEUTIC MASSAGE & BODYWORK
ATTN: LEENA GUPTHA, D.O., BCTMB
1333 BURR RIDGE PARKWAY
STE. 200
BURR RIDGE, IL 60527

NATIONAL UNION FIRE INSURANCE
CO OF PITT, PA. (AIG)
175 WATER STREET
NEW YORK, NY 10038-4969

NAVIGATORS SPECIALTY INSURANCE COMP
1 PENN PLAZA
NEW YORK, NY 10119

NEW JERSEY STATE DEPT OF EDUCATION
LABOR AND WORKFORCE DEVELOPMENT
ATTN: ERICA SLAUGHTER
JOHN FITCH PLAZA
LABOR BUILDING
6TH FLOOR

NEW YORK STATE BOARD OF REGENTS
ATTN: BARBARA MEINERT
5 NORTH MEZZANINE
ALBANY, NY 12234

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

Corinthian Colleges, Inc. - U.S. Mail

OCCUPATIONAL SAFETY &
HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OFFICE OF PRIVATE POSTSECONDARY EDU
OREGON HIGHER EDUCATION
COORDINATING COMMISSION
775 COURT STREET NE
SALEM, OR 97301

OFFICE OF THE ATTORNEY GENERAL
BILL SCHUETTE
525 W. OTTAWA ST.
P.O. BOX 30212
LANSING, MI 48909-0212

OFFICE OF THE ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST., SE
PO BOX 40100
OLYMPIA, WA 98504-0100

OFFICE OF THE ATTORNEY GENERAL
CATHERINE CORTEZ
OLD SUPREME CT. BLDG.
100 N. CARSON ST.
CARSON CITY, NV 89701

OFFICE OF THE ATTORNEY GENERAL
CHRIS KOSTER
SUPREME CT. BLDG.
207 W. HIGH ST.
JEFFERSON CITY, MO 65101

OFFICE OF THE ATTORNEY GENERAL
DAVID LOUIE
425 QUEEN ST.
HONOLULU, HI 96813

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS F. GANSLER
200 ST. PAUL PLACE
BALTIMORE, MD 21202-2202

OFFICE OF THE ATTORNEY GENERAL
ELLEN F. ROSENBLUM
JUSTICE BLDG.
1162 COURT ST., NE
SALEM, OR 97301

OFFICE OF THE ATTORNEY GENERAL
ERIC SCHNEIDERMAN
DEPT. OF LAW - THE CAPITOL
2ND FLOOR
ALBANY, NY 12224

OFFICE OF THE ATTORNEY GENERAL
GREG ABBOTT
CAPITOL STATION
P.O. BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE ATTORNEY GENERAL
GREG ZOELLER
INDIANA GOVERNMENT CENTER SOUTH
302 WEST WASHINGTON STREET
5TH FLOOR
INDIANAPOLIS, IN 46204

OFFICE OF THE ATTORNEY GENERAL
IRVIN NATHAN
441 4TH STREET, NW
SUITE 1100S
WASHINGTON, DC 20001

OFFICE OF THE ATTORNEY GENERAL
JIM HOOD
DEPARTMENT OF JUSTICE
P.O. BOX 220
JACKSON, MS 39205

OFFICE OF THE ATTORNEY GENERAL
JOHN JAY HOFFMAN
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET STREET
P.O. BOX 080
TRENTON, NJ 08625

OFFICE OF THE ATTORNEY GENERAL
JOHN SUTHERS
RALPH L. CARR COLORADO JUDICIAL CENTER
1300 BROADWAY
10TH FLOOR
DENVER, CO 80203

OFFICE OF THE ATTORNEY GENERAL
KAMALA HARRIS
1300 I ST., SUITE 1740
SACRAMENTO, CA 95814

OFFICE OF THE ATTORNEY GENERAL
KATHLEEN KANE
1600 STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE ATTORNEY GENERAL
LISA MADIGAN
JAMES R. THOMPSON CTR.
100 W. RANDOLPH ST.
CHICAGO, IL 60601

OFFICE OF THE ATTORNEY GENERAL
LORI SWANSON
STATE CAPITOL
STE. 102
ST. PAUL, MN 55155

OFFICE OF THE ATTORNEY GENERAL
MARK HERRING
900 EAST MAIN STREET
RICHMOND, VA 23219

OFFICE OF THE ATTORNEY GENERAL
MARTHA COAKLEY
1 ASHBURTON PLACE
BOSTON, MA 02108-1698

OFFICE OF THE ATTORNEY GENERAL
MATTHEW DENN
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON, DE 19801

OFFICE OF THE ATTORNEY GENERAL
MIKE DEWINE
STATE OFFICE TOWER
30 E BROAD ST.
COLUMBUS, OH 43266-0410

OFFICE OF THE ATTORNEY GENERAL
PAM BONDI
THE CAPITOL
PL 01
TALLAHASSEE, FL 32399-1050

OFFICE OF THE ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL
1900 KANAWHA BLVD., E.
CHARLESTON, WV 25305

OFFICE OF THE ATTORNEY GENERAL
PETER K. MICHAEL
STATE CAPITOL BLDG.
CHEYENNE, WY 82002

OFFICE OF THE ATTORNEY GENERAL
SAM OLENS
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334-1300

OFFICE OF THE ATTORNEY GENERAL
SEAN REYES
STATE CAPITOL
RM. 236
SALT LAKE CITY, UT 84114-0810

OFFICE OF THE ATTORNEY GENERAL
TOM HORNE
1275 W. WASHINGTON ST.
PHOENIX, AZ 85007

OFFICE OF THE U.S. ATTORNEY
ATTN: CHARLES M. OBERLY, III
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE 19801

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
ATTN: JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

Corinthian Colleges, Inc. - U.S. Mail

Served 5/27/2015

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
ATTN: FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
ATTN: KELLY T. CURRIE
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ATTN: PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX
844 KING STREET, SUITE 2313
LOCKBOX 35
WILMINGTON, DE 19801-3519

OHIO STATE BOARD OF CAREER
COLLEGES AND SCHOOLS
ATTN: RUTH MYERS
30 EAST BROAD STREET
SUITE 2481
MONTGOMERY, OH 43215

OKLAHOMA BOARD OF PRIVATE SCHOOLS
ATTN: NORA HOUSE
3700 NORTH CLASSEN BOULEVARD
SUITE 250
OKLAHOMA CITY, OK 73118

ONE WEST BANK, N.A.
ATTN: JEAN-PIERRE KNIGHT
2450 BROADWAY AVE.
SUITE 400
SANTA MONICA, CA 90404

OREGON BOARD OF MASSAGE THERAPISTS
DAVID FREDRICKSON, LMT
748 HAWTRHORNE AVENUE NE
SALEN, OR 97301

OREGON DEPARTMENT OF EDUCATION
ATTN: JUAN BAEZ-AREVALO
775 COURT ST. NE
SALEM, OR 97301

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM, OR 97301-4096

PA STATE BOARD OF PRIVATE LICENSED SCHOOLS
PENNSYLVANIA DEPT OF EDUCATION
ATTN: PATRICIA A. LANDIS
333 MARKET STREET
12TH FLOOR
HARRISBURG, PA 17126

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

PLAZA WEST BUILDING, LLC
ATTN: WILLIAM FELTON
166 KINGS HIGHWAY NORTH
WESTPORT, CT 06880-2423

POLSINELLI PC
CHRISTOPHER WARD/SHANTI KATONA
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

PRIVATE BUSINESS AND VOCATIONAL SCHOOLS
OF THE ILLINOIS BOARD OF HIGHER EDUCATION
ATTN: NINA TANGMAN
431 EAST ADAMS
SECOND FLOOR
SPRINGFIELD, IL 62701

REGISTERED BY THE STATE OF WYOMING
ATTN: ELAINE MARCES
2300 CAPITOL AVE
2ND FL.
CHEYENNE, WY 82002

ROBINS KAPLAN LLP
SCOTT GAUTIER/LORIE BALL
ATTN: CYNTHIA HERNANDEZ
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067

RSUI INDEMNITY COMPANY
945 E. PACES FERRY ROAD, SUITE 1800
ATLANTA, GA 30326

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU, WI 54402-8050

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: CARREN B. SHULMAN, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

SIDLEY AUSTIN LLP
JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: FELICIA GERBER PERLMAN
155 N. WACKER DRIVE
CHICAGO, IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

SOUTH CAROLINA COMMISSION
ON HIGHER EDUCATION
ATTN: LANE GOODWIN
1122 LADY STREET
STE. 300
COLUMBIA, SC 29201

SQUARE 407 LIMITED PARTNERSHIP
ATTN: BOSTON PROPERTIES
2200 PENNSYLVANIA AVE. NW
SUITE 200W
WASHINTON, DC 20037

STATE COUNCIL OF HIGHER
EDUCATION FOR VIRGINIA
ATTN: TOSHA ROBINSON
101 NORTH 14TH STREET
10TH FLOOR
RICHMOND, VA 23219

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

Corinthian Colleges, Inc. - U.S. Mail                                                                                    Served 5/27/2015

TENNESSEE HIGHER EDUCATION COMMISSION
ATTN: DR. STEPHANIE BELLARD-CHASE
404 JAMES ROBERSTON PARKWAY
SUITE 1900
NASHVILLE, TN 37243

TEXAS HIGHER EDUCATION COORDINATING BOARD
ATTN: DR. RAYMUND PAREDES
1200 E. ANDERSON LANE
AUSTIN, TX 78752

TEXAS WORKFORCE COMMISSION
CAREER SCHOOLS AND COLLEGES
ATTN: MICHAEL DELONG
101 EAST 15TH STREET
AUSTIN, TX 78778

THE HIGHER LEARNING COMMISSION
ATTN: DR. BARBARA GELLMAN-DANLEY
230 S. LASALLE ST.
STE. 7-500
CHICAGO, IL 60604

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT
ATTN: KAREN AXSOM, DIRECTOR
800 W. WASHINGTON ST
PHOENIX, AZ 85007

THE ROSNER LAW GROUP
JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEY J. HULL
JOHN MARK STERN, AAG
BANKRUPTCY & COLLECTIONS DIVISION, MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548

U.S. BANK, NA
ATTN: SAQIB KHAWAJA
SPECIAL ASSETS GROUP BC-MN-H22A
U.S. BANCORP CENTER
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN: LLOYD H. RANDOLPH
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

U.S. DEPARTMENT OF VETERANS AFFAIRS
ATTN: APRIL MONTHIE, ED. TRAINING SPEC.
3839 N. 3RD ST.
STE. 209
PHOENIX, AZ 85012

U.S. DEPARTMENT OF VETERANS AFFAIRS
ATTN: BETSY WICKHAM, BUREAU CHIEF
9500 BAY PINES BLVD.
ROOM 214
BAY PINES, FL 33744

U.S. DEPARTMENT OF VETERANS AFFAIRS
ATTN: CHRISTINE HAWK, MANAGER
333 MARKET ST.
12TH FLOOR
HARRIGBURG, PA 17126

U.S. DEPARTMENT OF VETERANS AFFAIRS
ATTN: COLLEEN THAYER, ED. SPECIALIST
1227 O STREET
STE. 625
SACRAMENTO, CA 95814

U.S. DEPARTMENT OF VETERANS AFFAIRS
ATTN: DANIEL WEBSTER, DIRECTOR
9101 EAST LOWRY BLVD
DENVER, CO 80230

U.S. DEPARTMENT OF VETERANS AFFAIRS
ATTN: DEBORAH O'NEILL, PROG. SPECIALIST
917 LAKERIDGE WAY
PO BOX 43450
OLYMPIA, WA 98504

U.S. DEPARTMENT OF VETERANS AFFAIRS
ATTN: DIANNE DUTHIE, PROG. SPECIALIST
VICTOR OFFICE CTR.
5TH FL.
201 N. WASHINGTON SQ.
LANSING, MI 48913

UNION BANK
ATTN: GABRIEL ZUNIGA
MUFG UNION BANK, N.A.
18300 VON KARMAN AVE., SUITE 250
IRVINE, CA 92612

UNITED STATES DEPARTMENT OF LABOR
THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON, DC 20210

UTAH DIVISION OF CONSUMER PROTECTION
ATTN: MARLA WINEGAR
160 EAST 300 SOUTH
SALT LAKE CITY, UT 84111

VOYA FINANCIAL
3702 PAYSPHERE CIRCLE
CHICAGO, IL 60674

WA HIGHER EDUCATION COORDINATING BOARD
ATTN: KAREN OELSCHLAGER
917 LAKERIDGE WAY SW
OLYMPIA, WA 98502

WASC SENIOR COLLEGE
AND UNIVERSITY COMMISSION
ATTN: MARY ELLEN PETRISKO, PRESIDENT
985 ATLANTIC AVENUE
STE. 100
ALAMEDA, CA 94501

WASHINGTON STATE ACHIEVEMENT COUNCIL
ATTN: KAREN OELSCHLAGER
917 LAKERIDGE WAY SW
OLYMPIA, WA 98502

WASHINGTON STATE BOARD OF MASSAGE
PO BOX 47877
OLYMPIA, WA 98504

WASHINGTON STATE BOARD OF PHARMACY
TOWN CENTER 2
111 ISRAEL RD. SE
TUMWATER, WA 98501

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

WEST VIRGINIA COUNCIL FOR COMMUNITY
TECHNICAL EDUCATION
ATTN: JAMES SKIDMORE
1018 KANAWHA BLVD. EAST., SUITE 700
CHARLESTON, WV 25301

WESTERN SURETY COMPANY
ATTN: CNA SURETY CORPORATION
333 S. WABASH AVENUE
CHICAGO, IL 60604

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
ATTN: F. MARK BROMLEY, AAG
POST OFFICE BOX 7857
MADISON, WI 53707-7857

WISCONSIN EDUCATIONAL APPROVAL BOARD
ATTN: DAVID DIES, EXEC. SECRETARY
201 WEST WASHINGTON AVE.
3RD FLOOR
MADISON, WI 53703

WORKFORCE TRAINING AND
EDUCATION COORDINATING
BOARD'S STATE APPROVING AGENCY
ATTN: PATRICIA SPENCER
128 10TH AVENUE SW
OLYMPIA, WA 98504

WYOMING DEPARTMENT OF EDUCATION
ATTN: ELAINE MARCES
2300 CAPITOL AVENUE
CHEYENNE, WY 82002

**Corinthian Colleges, Inc. - U.S. Mail**                                                    **Served 5/27/2015**

XL SPECIALTY INSURANCE COMPANY
70 SEAVIEW AVENUE
STAMFORD, CT 06902-6040

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LANE
TOWER 1 - 14TH FLOOR
SCHAUMBURG, IL 60196-1056

Parties Served: 201