## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on May 27, 2015, I caused true and correct copies of the following document to be served (i) via email to the party listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order (I) Authorizing Payment of Certain Prepetition Taxes and (II) Granting Related Relief [Docket No. 211]**

- **Order (I) Authorizing Payment of Certain Prepetition Taxes and (II) Granting Related Relief [Docket No. 218]**

Dated: May 28, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 28 day of May, 20 15, by Alejandro Soria proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## EXHIBIT A

**Corinthian Colleges, Inc. -  Service List to e-mail Recipients**

Served 5/27/2015

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

Parties Served:  1

# EXHIBIT B

ARIZONA DEPARTMENT OF EDUCATION
1535 WEST JEFFERSON STREET
PHOENIX, AZ 85007

ARIZONA DEPARTMENT OF REVENUE
P.O. BOX 29010
PHOENIZ, AZ 85038-9010

ASHBY & GEDDES, P.A.
WILLIAM BOWDEN/RICARDO PALACIO
ATTN: LEIGH-ANNE RAPORT
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899-1150

BANK OF AMERICA, N.A.
ATTN: JANET SLEEPER
SOUTH ORANGE COUNTY REGIONAL
COMMERCIAL BANKING OFFICE #1458
675 ANTON BLVD., 2ND FL
COSTA MESA, CA 92626

BANK OF AMERICA, N.A., AS DOMESTIC
CANADIAN ADMINISTRATIVE AGENT
ATTN: JANET SLEEPER, SVP
SAG MIDDLE MARKET SEATTLE
800 5TH AVE.
SEATTLE, WA 98104-3176

BANK OF THE WEST
ATTN: CECILE SEGOVIA
NEWPORT BEACH OFFICE #748
4400 MACARTHUR BLVD., SUITE 150
NEWPORT BEACH, CA 92660

BMC GROUP, INC.
ATTN: T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO, CA 90245

BMO HARRIS BANK, N.A.
ATTN: BRYAN BARGER
111 W. MONROE STREET, 9W
CHICAGO, IL 60603

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

CA LABOR & WORKFORCE DEV AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CA STATE OF BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA BANK AND TRUST
ATTN: CUSTOMER SERVICE
1900 MAIN ST
IRVINE, CA

CALIFORNIA DEPARTMENT OF EDUCATION
1430 N STREET
SACRAMENTO, CA 95814-5901

CALIFORNIA DEPARTMENT OF JUSTICE
1300 I ST., #1142
SACRAMENTO, CA 95814-5901

CAPITAL WEST
ATTN: LIZ ONTIVEROZ
CAPITAL WEST BANK – LARAMIE
2020 GRAND AVE
LARAMIE, WY 82070

CITIBANK, NA
ATTN: RAMRAGHI FULLER
153 EAST 53RD STREET
NEW YORK, NY 10022

CITY NATIONAL BANK OF WEST VIRGINIA
ATTN: CUSTOMER SERVICE
CITY NATIONAL BANK
KANAWHA CITY BRANCH
3601 MACCORKLE AVE SE
CHARLESTON, WV 25304

CITY OF ANAHEIM
200 S. ANAHEIM BLVD.
ANAHEIM, CA 92805

CITY OF AURORA TAX & LICENSING DIVISION
P.O. BOX 33001
AURORA, CO 80041-3001

CITY OF COLORADO SPRINGS SALES/USE TAX
DEPARTMENT OF 2408
DENVER , CO 80256-0001

CITY OF CONCORD CALIFORNIA
1950 PARKSIDE DR.
CONCORD, CA 94519

CITY OF HAYWARD
777 B STREET
HAYWARD, CA 94541

CITY OF MESA
20 E. MAIN STREET
MESA, AZ 85201

CITY OF MESA
P.O. BOX 1466
MESA, AZ 85211-1466

CITY OF MESA
P.O. BOX 16350
MESA, AZ 85211-6350

CITY OF MODESTO CALIFORNIA
1010 10TH STREET
MODESTO, CA 95354

CITY OF MODESTO CALIFORNIA
P.O. BOX 642
MODESTO, CA 95353

CITY OF ONTARIO
303 EAST B STREET
ONTARIO, CA 91764

CITY OF PHOENIX
PHOENIX CITY HALL
200 W. WASHINGTON ST.
PHOENIX, AZ 85003

CITY OF PHOENIX ARIZONA
PRIVILEGE LICENSE TAX DESK
P.O. BOX 29125
PHOENIX, AZ 85038-9125

CITY OF RANCHO CORDOVA
2729 PROSPECT PARK DRIVE
RANCHO CORDOVA, CA 95670

Corinthian Colleges, Inc. - U.S. Mail                                                                    Served 5/27/2015

CITY OF ROCHESTER
30 CHURCH STREET
ROCHESTER NY, 14614

CITY OF SALINAS
201 LINCOLN AVE.
SALINAS, CA 93901

CITY OF SAN BERNARDINO
172 WEST THIRD STREET, FIRST FLOOR
SAN BERNARDINO, CA 92415-0360

CITY OF SAN JOSE
200 E. SANTA CLARA ST.
SAN JOSÉ, CA 95113

CITY OF SANTA ANA
20 CIVIC CENTER PLAZA
CITY HALL LOBBY, 1ST FLOOR
SANTA ANA, CA 92701

CITY OF STOCKTON
425 N. EL DORADO ST.
STOCKTON, CA 95202

CITY OF TEMPE
P.O. BOX 29618
PHOENIX, AZ 85038-9618

CITY OF TEMPE ARIZONA
20 E 6TH STREET, 3RD FLOOR
TEMPE, AZ 85281

CITY OF TEMPE ARIZONA
P.O. BOX 5002
TEMPE, AZ 85280

CITY OF THORNTON/SALES TAX DIVISION
9500 CIVIC CENTER DR #2050
THORNTON, CO 80229

CITY OF WALNUT CREEK
CITY HALL - 1666 NORTH MAIN STREET
WALNUT CREEK, CA 94596

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ATTN: MAURA HEALEY, AG
ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG
ONE ASHBURTON PLACE, 18TH FLOOR
BOSTON, MA 02108

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
ATTN: LINDA MITTEN
651 BOAS STREET, ROOM 700
HARRISBURG, PA 17121

COMPTROLLER OF MARYLAND
SUT REVENUE ADMIN DIVISION
P.O. BOX 17405
BALTIMORE, MD 21297-1405

COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 149355
AUSTIN, TX 78714-9355

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DEPT OF BUDGET AND FISCAL SERVICES
REAL PROPERTY ASSESSMENT DIV
530 SOUTH KING ST, RM 115
HONOLULU, HAWAII 96813

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DEPT OF REVENUE WASHINGTON STATE
2101 4TH AVE #1400
SEATTLE, WA 98121-2300

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
ONE LOGAN SQUARE, STE. 2000
PHILADELPHIA, PA 19103-6996

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN
222 DELAWARE AVE., STE.1410
WILMINGTON, DE 19801-1621

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

ELAVON, INC.
ATTN: CREDIT OPS, LMG
7300 CHAPMAN HIGHWAY
KNOXVILLE, TN 37920

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

FIRST HAWAIIAN BANK
ATTN: NADINE SAKI
1580 KAPIOLANI BLVD.
HONOLULU, HI 96814

FLORDIA DEPARTMENT OF REVENUE SUT
5050 W TENNESSEE ST.
TALLAHASSEE, FL 32399-0120

FRESNO COUNTY
FRESNO COUNTY AUDITOR CONTROLLER
TREASURER-TAX COLLECTOR
P. O. BOX 1247
FRESNO, CA 93715

GEORGIA DEPT OF REVENUE SALE& USE TAX
P.O. BOX 105408
ATLANTA, GA 30348-5408

HAWAII DEPARTMENT OF TAXATION
P.O. BOX 1425
HONOLULU, HI 96806-1425

HAWAII STATE DEPT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

ILLINOIS DEPARTMENT OF REVENUE
P. O. BOX 19028
SPRINGFIELD, IL 62794-9028

Corinthian Colleges, Inc. - U.S. Mail

ILLINOS DEPARTMENT OF REVENUE
RETAILER'S OCCUPATION TAX
SPRINGFIELD, IL 62796-0001

INDIANA DEPARTMENT OF REVENUE
SALES/USE TAX
P.O. BOX 7218
INDIANAPOLIS, IN 46207-7218

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JEFFER MANGELS BUTLER & MITCHELL LLP
BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

KATTEN MUCHIN ROSENMAN LLP
BRIAN HUBEN/DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES, CA 90067-3012

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

LOS ANGELES COUNTY TREASURER
TAX COLLECTOR
225 N. HILL STREET
LOS ANGELES, CA 90012-2798

MASSACHUSETTS DEPT OF REVENUE
P.O. BOX 7043
BOSTON, MA 2204

MICHIGAN DEPARTMENT OF TREASURY
DEPARTMENT 78172
P.O. BOX 78000
DETROIT, MI 48278-0172

MINISTRY OF TRAINING,
COLLEGES & UNIVERSITIES
14TH FLOOR, MOWAT BLOCK
900 BAY STREET
TORONTO ON M7A 1L2
CANADA

MINNESOTA REVENUE SALES/USE TAX
600 NORTH ROBERT STREET
ST. PAUL, MN 55146-6330

MISSISSIPPI DEPT OF REVENUE
P.O. BOX 1033
JACKSON, MS 39215-1033

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MISSOURI DEPARTMENT OF REVENUE
P. O. BOX 3365
JEFFERSON CITY, MO 65105-3365

MISSOURI DEPT OF REVENUE SALES/USE TAX
P.O. BOX 840
JEFFERSON CITY, MO 65105-0840

MORRISON & FOERSTER LLP
LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK, NY 10019-9601

MUFG UNION BANK, N.A.
ATTN: GABRIEL SUNIGA
18300 VON KARMAN AVE
SUITE 250
IRVINE, CA 92612

MULTNOMAH COUNTY
501 SE HAWTHORNE BLVD., SUITE 250
PORTLAND, OR 97214

N.J. DIVISION OF TAXATION
P.O. BOX 999
TRENTON , NJ 08646-0999

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

NYS TAX DEPARTMENT
W A HARRIMAN CAMPUS
ALBANY, NY 12227

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMIN
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OFFICE OF PRIVATE POSTSECONDARY EDU
OREGON HIGHER EDU COORDINATING COMM
775 COURT STREET NE
SALEM, OR 97301

OFFICE OF THE TREASURER & TAX COLLECTOR
CITY HALL - ROOM 140
1 DR. CARLTON B. GOODLETT PL
SAN FRANCISCO, CA 94102

OFFICE OF THE U.S. ATTORNEY
ATTN: CHARLES M. OBERLY, III
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE 19801

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
ATTN: JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
ATTN: FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
ATTN: KELLY T. CURRIE
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ATTN: PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

Corinthian Colleges, Inc. - U.S. Mail                                                                    Served 5/27/2015

OFFICE OF THE UNITED STATES TRUSTEE
RICHARD SCHEPACARTER/TIMOTHY FOX
844 KING STREET, SUITE 2313
LOCKBOX 35
WILMINGTON, DE 19801-3519

OHIO DEPARTMENT OF TAXATION
P.O. BOX 530
COLUMBUS, OH 43216-0530

ONE WEST BANK, N.A.
ATTN: JEAN-PIERRE KNIGHT
2450 BROADWAY AVE.
SUITE 400
SANTA MONICA, CA 90404

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM, OR 97301-4096

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

PENNSYLVANIA DEPT OF REVENUE
P.O. BOX 280406
HARRISBURG, PA 17128

PLAZA WEST BUILDING, LLC
ATTN: WILLIAM FELTON
166 KINGS HIGHWAY NORTH
WESTPORT, CT 06880-2423

POLSINELLI PC
CHRISTOPHER WARD/SHANTI KATONA
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

ROBINS KAPLAN LLP
ATTN: SCOTT GAUTIER/LORIE BALL
ATTN: CYNTHIA HERNANDEZ
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU, WI 54402-8050

SACRAMENTO COUNTY
700 H STREET, ROOM 1710
SACRAMENTO, CA 95814

SACRAMENTO COUNTY
P.O. BOX 508
SACRAMENTO, CA 95812-0508

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: CARREN B. SHULMAN, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

SIDLEY AUSTIN LLP
JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

SIMON PROPERTY GROUP, INC.
RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: FELICIA GERBER PERLMAN
155 N. WACKER DRIVE
CHICAGO, IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

SQUARE 407 LIMITED PARTNERSHIP
ATTN: BOSTON PROPERTIES
2200 PENNSYLVANIA AVE. NW
SUITE 200W
WASHINTON, DC 20037

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF NEVADA AR PAYMENTS
P.O. BOX 52685
PHOENIX, AZ 85072

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT
ATTN: KAREN AXSOM, DIRECTOR
800 W. WASHINGTON ST
PHOENIX, AZ 85007

THE ROSNER LAW GROUP
JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801

TX COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: COURTNEY J. HULL
ATTN: JOHN MARK STERN, AAG
BANKRUPTCY & COLLECTIONS DIVISION, MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548

U.S. BANK, NA
ATTN: SAQIB KHAWAJA
SPECIAL ASSETS GROUP BC-MN-H22A
U.S. BANCORP CENTER
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN: LLOYD H. RANDOLPH
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

UNION BANK
ATTN: GABRIEL ZUNIGA
MUFG UNION BANK, N.A.
18300 VON KARMAN AVE., SUITE 250
IRVINE, CA 92612

UNITED STATES DEPARTMENT OF LABOR
ATTN: THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON, DC 20210

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT 84134

VIRGINIA DEPT OF TAXATION OFFICE OF
SALES/USE TAX
P.O. BOX 1115
RICHMOND, VA 23218-1115

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

WEST VIRGINIA STATE TAX DEPT
SALES & USE TAX DIVISION
P.O. BOX 3784
CHARLESTON, WV 25337-3784

WESTERN SURETY COMPANY
ATTN: CNA SURETY CORPORATION
333 S. WABASH AVENUE
CHICAGO, IL 60604

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
ATTN: F. MARK BROMLEY, AAG
POST OFFICE BOX 7857
MADISON, WI 53707-7857

WYOMING DEPT OF SALES/USE TAX
122 WEST 25TH ST
2ND FL WEST
CHEYENNE, WY 82002-0110

ZURICH AMERICAN INSURANCE COMP
1400 AMERICAN LANE
TOWER 1 - 14TH FLOOR
SCHAUMBURG, IL 60196-1056

Parties Served: 140