IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on May 29, 2015, I caused true and correct copies of the following document to be served (i) via email to the party listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Notice of Effective Date of Rejection for Unexpired Lease of Nonresidential Real Property [Docket No. 237]**

Dated: May 29, 2015

*/s/ Scott M. Ewing*
Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 29 day of May, 20 15, by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

*/s/ Jennifer Castillo*
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

Parties Served:  1

## EXHIBIT B

| | | |
|---|---|---|
| ARIZONA DEPARTMENT OF EDUCATION<br>1535 WEST JEFFERSON STREET<br>PHOENIX, AZ 85007 | ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN/RICARDO PALACIO<br>ATTN: LEIGH-ANNE RAPORT<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150 | BMC GROUP, INC.<br>ATTN: T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO, CA 90245 |
| BROWN RUDNICK LLP<br>ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 | CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 |
| CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA DEPARTMENT OF EDUCATION<br>1430 N STREET<br>SACRAMENTO, CA 95814-5901 | CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST., #1142<br>SACRAMENTO, CA 95814-5901 |
| COMMONWEALTH OF MASSACHUSETTS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY, AG<br>ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>ATTN: LINDA MITTEN<br>651 BOAS STREET, ROOM 700<br>HARRISBURG, PA 17121 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 898<br>DOVER, DE 19903 |
| DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI 96813 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY 10013 | DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 |
| DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE, STE. 2000<br>PHILADELPHIA, PA 19103-6996 | DRINKER BIDDLE & REATH LLP<br>ATTN: HOWARD A. COHEN<br>222 DELAWARE AVE., STE.1410<br>WILMINGTON, DE 19801-1621 | DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK, NY 10036-2714 |
| EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 | HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | KATTEN MUCHIN ROSENMAN LLP<br>ATTN: BRIAN HUBEN/DUSTIN BRANCH<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES, CA 90067-3012 | KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ATTN: ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI, OH 75271-2711 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601 | NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 | NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 |
| OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION<br>800 W. WASHINGTON STREET, 2ND FLOOR<br>PHOENIX, AZ 85007 | OFFICE OF PRIVATE POSTSECONDARY EDUCATIO<br>OREGON HIGHER EDUCATION COORDINATING CO<br>775 COURT STREET NE<br>SALEM, OR 97301 |

| | | |
|---|---|---|
| OFFICE OF THE U.S. ATTORNEY<br>ATTN: CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF ARIZONA<br>ATTN: JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF HAWAII<br>ATTN: FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 |
| OFFICE OF THE U.S. ATTORNEY<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: KELLY T. CURRIE<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | OFFICE OF THE U.S. ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX<br>844 KING STREET, SUITE 2313<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 |
| OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 | PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>C/O PHILLIPS INTERNATIONAL<br>295 MADISON AVE., 2ND FLOOR<br>NEW YORK, NY 10017 | POLSINELLI PC<br>ATTN: CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 |
| POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/ETTA MYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>P.O. BOX 951<br>WILMINGTON, DE 19899-0951 | ROBINS KAPLAN LLP<br>ATTN: SCOTT GAUTIER/LORIE BALL<br>ATTN: CYNTHIA HERNANDEZ<br>2049 CENTURY PARK EAST, SUITE 3400<br>LOS ANGELES, CA 90067 | RUDER WARE, L.L.S.C.<br>ATTN: JEREMY M. WELCH<br>500 NORTH FIRST STREET, SUITE 8000<br>P.O. BOX 8050<br>WAUSAU, WI 54402-8050 |
| SECRETARY OF THE TREASURY<br>P.O. BOX 7040<br>DOVER, DE 19903 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REG. DIRECTOR<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ATTN: CARREN B. SHULMAN, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | SIDLEY AUSTIN LLP<br>ATTN: JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES, CA 90013 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: FELICIA GERBER PERLMAN<br>155 N. WACKER DRIVE<br>CHICAGO, IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 | SPECTRUM COMMERCE CENTER<br>1000 BLUE GENTIAN ROAD<br>EAGAN, MN 55121 |
| STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT<br>ATTN: KAREN AXSOM, DIRECTOR<br>800 W. WASHINGTON ST<br>PHOENIX, AZ 85007 |
| THE ROSNER LAW GROUP<br>ATTN: JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>ATTN: JOHN MARK STERN, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION, MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 |
| U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN: LLOYD H. RANDOLPH<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | UNITED STATES DEPARTMENT OF LABOR<br>ATTN: THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20210 | WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 |
| WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: BRAD D. SCHIMEL, AG<br>ATTN: F. MARK BROMLEY, AAG<br>POST OFFICE BOX 7857<br>MADISON, WI 53707-7857 | | |

Parties Served: 64