# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on May 28, 2015, I caused true and correct copies of the following document to be served (i) via email to the party listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of Counsel Regarding Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective Nunc Pro Tunc to the Date that the Debtors Surrendered Possession; (II) Approving the Nunc Pro Tunc Abandonment of any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 232]**

Dated: May 29, 2015

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this _29_ day of _May_, 20 _15_, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## EXHIBIT A

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

Parties Served:  1

# **EXHIBIT B**

2400 DEL PASO ROAD INVESTORS LP
C/O BUZZ OATES MANAGEMENT SERVICES
8615 ELDER CREEK ROAD
SACRAMENTO, CA 95828

8757 GA, LLC
C/O WASHINGTON PROPERTY COMPANY
4719 HAMPDEN LANE, 3RD FLOOR
BETHESDA, MD 20814

ACCO AIRPORT CENTER II, LLC
846 WEST FOOTHILL BOULEVARD, SUITE L
UPLAND, CA 91786

ARIZONA DEPARTMENT OF EDUCATION
1535 WEST JEFFERSON STREET
PHOENIX, AZ 85007

ASHBY & GEDDES, P.A.
WILLIAM BOWDEN/RICARDO PALACIO
ATTN: LEIGH-ANNE RAPORT
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899-1150

BB&S DEVELOPMENT, LLC
1500 NW 18TH AVE., SUITE 116
PORTLAND, OR 97209

BMC GROUP, INC.
ATTN: T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO, CA 90245

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

C&R REAL ESTATE SERVICES CO.
1440 SW TAYLOR AVE.
PORTLAND, OR 92705

C.W. SWENSON INC.
C/O MCM DIVERSIFIED INC.
777 NORTH FIRST STREET
SAN JOSE, CA 95112

CA LABOR & WORKFORCE DEV AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA DEPARTMENT OF EDUCATION
1430 N STREET
SACRAMENTO, CA 95814-5901

CALIFORNIA DEPARTMENT OF JUSTICE
1300 I ST., #1142
SACRAMENTO, CA 95814-5901

CBRE, INC
1340 TREAT BOULEVARD
WALNUT CREEK, CA 94597

CBRE, INC
C/O CBRE GLOBAL INVESTORS, LLC
515 S FLOWER STREET SUITE 3100
LOS ANGELES, CA 90071

CIM URBAN REIT PROPERTIES I, L.P.
6922 HOLLYWOOD BOULEVARD, SUITE 900
LOS ANGELES, CA 90028

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ATTN: MAURA HEALEY, AG
ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG
ONE ASHBURTON PLACE, 18TH FLOOR
BOSTON, MA 02108

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
ATTN: LINDA MITTEN
651 BOAS STREET, ROOM 700
HARRISBURG, PA 17121

COSGRAVE VERGEER KESTER LLP
805 SW BROADWAY, EIGHTH FLOOR
PORTLAND, OR 92705

CWSP-I-J, LLC
3808 N. SULLIVAN ROAD
BLDG N15, SUITE 202
SPOKANE WA 99216

CWSP-I-J, LLC
C/O CROWN WEST REALTY, LLC
2355 E. CAMELBACK RD. SUITE 325
PHOENIX, AZ 85016

D&K METCALF I COMPANY, LLC
2920 ROHRER DRIVE
LAFAYETTE, CA 94549

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
ONE LOGAN SQUARE, STE. 2000
PHILADELPHIA, PA 19103-6996

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN
222 DELAWARE AVE., STE.1410
WILMINGTON, DE 19801-1621

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

EJLC ROBERTSON LLC
16456 BERNARDO CENTER DRIVE
SAN DIEGO, CA 92128

EQUITY ONE REALTY & MANAGEMENT SE, INC.
PROPERTY MANAGEMENT DEPARTMENT
1640 POWERS FERRY ROAD, SE
BUILDING 11, SUITE 250
MARIETTA GA 30067

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS
N. MIAMI BEACH FL 33179

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

GARDENA PROFESSIONAL MEDICAL PLAZA, LP
1045 W. REDONDO BEACH BLVD.
SUITE 400
GARDENA, CA 90247

GATEWAY MONTROSE, INC.
C/O RREEF MANAGEMENT COMPANY
4050 EAST COTTON CENTER BLVD
SUITE 14
PHOENIX, AZ 85040

GATEWAY MONTROSE, INC.
PLUMWOOD OFFICE PORT - 8160
PO BOX 6236
HICKSVILLE, NY 11802-6236

GRE MANAGEMENT SERVICES
2150 DOUGLAS BLVD., SUITE 110
ROSEVILLE, CA 95661

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

HOWARD STREET ASSOCIATES
C/O HUDSON PACIFIC PROPERTIES, INC.
1438 N. GOWER STREET, BOX 2
HOLLYWOOD, CA 90028

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ITBP INVESTORS, LLC
26901 AGOURA RD., SUITE 180
CALABASAS, CA 91301

J. BROOKHURST, L.L.C.
10653 LIETER PLACE
LONE TREE, CO 80124

JEFFER MANGELS BUTLER & MITCHELL LLP
BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

KATTEN MUCHIN ROSENMAN LLP
BRIAN HUBEN/DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES, CA 90067-3012

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

KUTAK ROCK LLP
1801 CALIFORNIA STREET, SUITE 3100
DENVER, CO 80202

LAMPERT 25500 INDUSTRIAL BLVD., LLC
900 VETERANS BLVD, SUITE 410
REDWOOD CITY, CA 94063

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

LBA REALTY FUND II - WBP III, LLC
3347 MICHELSON DRIVE, SUITE 200
IRVINE, CA 92612

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

MERCANTILE PARTNERS, L.P.
2650 MEACHAM BOULEVARD
FORT WORTH, TX 76137

METCALF FAMILY TRUST
C/O SIERRA ASSET MANAGEMENT, INC.
2920 PROSPECT PARK DR
SUITE 215
RANCHO CORDOVA, CA 95670-6036

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MORAGA ENTERPRISES
130 SAN ALESO AVENUE
SAN FRANCISCO, CA 94127

MORAGA ENTERPRISES
P.O. BOX 783
KENTFIELD, CA 94914

MORAGA ENTERPRISES
SOLOMON BIEN
1100 SOUTH CLARK DRIVE, UNIT 202
LOS ANGELES, CA 90035

MORRISON & FOERSTER LLP
LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK, NY 10019-9601

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

OCCUPATIONAL SAFETY &
HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OFFICE OF PRIVATE POSTSECONDARY EDU
OREGON HIGHER EDUCATION
COORDINATING COMMISSION
775 COURT STREET NE
SALEM, OR 97301

OFFICE OF THE U.S. ATTORNEY
ATTN: CHARLES M. OBERLY, III
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE 19801

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
ATTN: JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                              Served 5/28/2015

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
ATTN: FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
ATTN: KELLY T. CURRIE
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ATTN: PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
RICHARD SCHEPACARTER/TIMOTHY FOX
844 KING STREET, SUITE 2313
LOCKBOX 35
WILMINGTON, DE 19801-3519

OMNINET INVERNESS, LP
9420 WILSHIRE BLVD., SUITE 400
BEVERLY HILLS, CA 90212

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM, OR 97301-4096

P.R.G. INVESTMENT FUND, L.P.
9454 WILSHIRE BLVD., SUITE 220
BEVERLY HILLS, CA 90212

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

PARAGON CAPITAL CORPORATION
226 SOUTH LAKE AVENUE, SUITE 300
PASADENA, CA 91101

PLAZA DEL PRADO INC.
1261 CABRILLO AVENUE #210B
TORRANCE, CA 90501

POLSINELLI PC
CHRISTOPHER WARD/SHANTI KATONA
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

R R & C DEVELOPMENT COMPANY
131 CROSSROADS PARKWAY NORTH
6TH FLOOR
CITY OF INDUSTRY, CA 91746

RANDALL BENDERSON 1993-1 TRUST
8441 COOPER CREEK BOULEVARD
UNIVERSITY PARK, FL 34201

RESECA MEDICAL CONSORTRIUM LLC
18107 SHERMAN WAY, SUITE 205
RESEDA, CA 91335

ROBINS KAPLAN LLP
ATTN: SCOTT GAUTIER/LORIE BALL
ATTN: CYNTHIA HERNANDEZ
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU, WI 54402-8050

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHACO, INC.
350 S. GRAND AVE., SUITE 2250
LOS ANGELES, CA 90071

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: CARREN B. SHULMAN, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

SIDLEY AUSTIN LLP
JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: FELICIA GERBER PERLMAN
155 N. WACKER DRIVE
CHICAGO, IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

SQUARE 407 LTD. PARTNERSHIP
C/O BOSTON PROPERTIES
2200 PENNSYLVANIA AVENUE, NW
SUITE 200W
WASHINGTON, DC 20037

SSM PROPERTIES LLC
433 AIRPORT BOULEVARD, SUITE 224
BURLINGAME, CA 94010

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

STORE MASTER FUNDING I, LLC
8501 E. PRINCESS DRIVE, SUITE 190
SCOTTSDALE, AZ 85255

STORE SPE CORINTHIAN, LLC
8501 E. PRINCESS DRIVE, SUITE 190
SCOTTSDALE, AZ 85255

THE ALHAMBRA CORNER COMMUNITY LLC
1000 SOUTH FREMONT AVENUE
UNIT 1, BUILDING A10C, SUITE 10150
ALHAMBRA, CA 91803

**Corinthian Colleges, Inc. - U.S. Mail**

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT
ATTN: KAREN AXSOM, DIRECTOR
800 W. WASHINGTON ST
PHOENIX, AZ 85007

THE ROSNER LAW GROUP
JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801

TX COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: COURTNEY J. HULL
ATTN: JOHN MARK STERN, AAG
BANKRUPTCY & COLLECTIONS DIVISION, MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN: LLOYD H. RANDOLPH
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

UNITED STATES DEPARTMENT OF LABOR
THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON, DC 20210

WALGREENS OF HAWAII, LLC
CORPORATE AND TRANSACTIONAL LAW DEPT
104 WILMOT RD., MS 1420
DEERFIELD, IL 60015

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
ATTN: F. MARK BROMLEY, AAG
POST OFFICE BOX 7857
MADISON, WI 53707-7857

Parties Served: 108