## EXHIBIT A

**Schwartz Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered<br><br>**Hearing Date: June 22, 2015 at 10:00 a.m.**<br>**(prevailing Eastern Time)**<br><br>**Objection Deadline:  June 15, 2015 at 4:00 p.m.**<br>**(prevailing Eastern Time)]** |

## DECLARATION OF H. JEFFREY SCHWARTZ, ESQ. IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING THE RETENTION OF BROWN RUDNICK LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC., *NUNC PRO TUNC* TO MAY 13, 2015

I, **H. JEFFREY SCHWARTZ**, declare under the penalty of perjury:

1.        I am an attorney at law admitted to practice in the State of New York and am a member of the law firm of Brown Rudnick LLP ("Brown Rudnick" or the "Firm"), resident in the Firm's New York office at Seven Times Square, New York, New York  10036.  I submit this declaration on behalf of Brown Rudnick pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with the application (the "Application") by the Official Committee of Unsecured Creditors appointed in the above-

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505, SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

captioned cases (the "Committee") for the entry of an order authorizing the retention of Brown Rudnick as co-counsel to the Committee.  Unless otherwise stated, I have personal knowledge of the facts hereinafter set forth.

**Brown Rudnick's Experience**

2.      Over the past two decades, Brown Rudnick has successfully represented official committees of creditors and equity security holders in many prominent and complex bankruptcy cases, including, among others:

> A123 Systems, Inc. (D. Del.)
> A.H. Robbins Company, Incorporated (E.D. Va.)
> Adelphia Communications (S.D.N.Y.)
> Aereo, Inc. (S.D.N.Y.)
> Allis-Chalmers Corporation (S.D.N.Y.)
> Ampal-American Israel Corporation (S.D.N.Y.)
> Arizona Charlie's, Inc. (D. Nev.)
> Beacon Power Corporation (D. Del.)
> Budget Rent-A-Car Corporation (D. Del.)
> Calpine Corporation (S.D.NY)
> Cerro Negro Oil Project (Venezuela)
> Comdisco, Inc. (N.D. Ill.)
> Coda Holdings, Inc. (D. Del.)
> Continental Airlines, Inc. (S.D. Tex.)
> Dana Corporation (S.D.N.Y)
> Days Inns of America, Inc. (D. Del.)
> Dewey & LeBoeuf LLP (S.D.N.Y)
> Digital Domain Holdings Corporation (D. Del.)
> Fedders North America, Inc. (D. Del.)
> Fisker Automotive Holdings, Inc. (D. Del.)
> Global Crossing, Ltd. (S.D.N.Y.)
> Global Power Equipment Group (D. Del.)
> Gordon Jewelry Corporation (Zale Corporation) (N.D. Tex.)
> Granite Corporation (Askin Capital Management) (S.D.N.Y.)
> Greate Bay Hotel & Casino, Inc. (The "Sands") (D. Nev.)
> HMP Services Holding Sub III, LLC (D. Del.)
> Integrated Resources, Inc. (S.D.N.Y.)
> LocatePLUS Holdings Corporation (E.D. Mass.)
> Lyondell Chemical Company (S.D.N.Y)
> Marvel Entertainment Group, Inc. (D. Del.)
> MES International, Inc. (D. Del.)
> Mirant Corporation (N.D. Tex.)

Mobile Media Communications, Inc. (D. Del.)
Motor Coach Industries International, Inc. (D. Del.)
Muzak Holdings LLC (D. Del.)
New England Compounding Pharmacy, Inc. (E.D. Mass.)
New York Racing Association, Inc. (S.D.N.Y.)
Oneida Ltd. (S.D.N.Y.)
Overseas Shipholding Group, Inc. (D. Del.)
Owens Corning (D. Del.)
Partsearch Technologies, Inc. (S.D.N.Y.)
Quigley Company (S.D.N.Y)
Refco, Inc.     (S.D.N.Y.)
Riverstone Networks (D. Del.)
R.H. Macy & Co., Inc. (S.D.N.Y.)
Service America Corporation (D. Conn.)
Solutia Inc. (S.D.N.Y)
The Stratosphere Corporation and
Stratosphere Gaming Corp. (D. Nev.)
Telemundo Group, Inc. (S.D.N.Y.)
Texscan Corporation (D. Ariz.)
Todd Shipyards Corporation (D. N.J.)
Tracor Holdings, Inc. (W.D. Tex.)
Tower Automotive (S.D.N.Y)
Trans World Airlines (D. Del.)
Tropicana Entertainment (D. Del.)
Wang Laboratories, Inc. (E.D. Mass.)
WorldCom, Inc. (S.D.N.Y.)
XO Communications (S.D.N.Y.)

## **Brown Rudnick's Compensation**

1.     Brown Rudnick has been asked to serve as counsel to the Committee appointed

by the United States Trustee for the District of Delaware (the "U.S. Trustee") in the above-

captioned Chapter 11 cases filed by Corinthian Colleges, Inc. and its affiliated debtors and

debtors-in-possession (collectively, the "Debtors"). Brown Rudnick proposes to render services

for the Committee on an hourly fee basis according to its customary hourly rates in effect when

the services are rendered. My current hourly rate is $1,235. It is anticipated that the primary

attorneys who will assist me in representing the Committee are Bennett S. Silverberg (a member

of the firm whose current hourly rate is $885), Lauren Curry (a member of the firm whose

current hourly rate is $730) and Jacob T. Beiswenger (an associate of the firm whose current hourly rate is $570).  Other Brown Rudnick attorneys or paraprofessionals will from time to time provide additional supporting legal services on behalf of and as directed by the Committee.  The following hourly rates for Brown Rudnick attorneys and paraprofessionals are currently in effect, but are subject to periodic adjustments: attorney rates are $415 to $1,240 per hour and paraprofessional rates are $285 to $345 per hour[2]

2.      Brown Rudnick intends to apply for compensation for professional services rendered and for reimbursement of expenses incurred in accordance with applicable provisions of title 11 of the United States Code (the "Bankruptcy Code"), the Bankruptcy Rules, the Local Rules, orders of this Court, and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter II Cases.

3.      On account of its services to the Committee, Brown Rudnick will seek compensation and reimbursement of expenses consistent with the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated as of May 26, 2015 [Docket No. 201] (the "Interim Compensation Order"); *provided, however,* that Brown Rudnick will only seek allowance, and not payment, of fees in excess of the Maximum Monthly Payment (as such term is defined in the Interim Compensation Order, the "Holdback Amount") in any Interim Fee Application Request (as such term is defined in the Interim Compensation Order).  Brown Rudnick will only seek payment of the Holdback Amount from the Debtors with the consent of the Committee.

---

[2]      Periodically, and no less frequently than once each calendar year, Brown Rudnick reviews its hourly rates and revises them consistent with market conditions.

4.     Except as described below, neither Brown Rudnick, any member of Brown Rudnick, nor any professional or attorney associated with or employed by Brown Rudnick has received a promise as to payment or compensation in connection with the Debtors' Chapter 11 cases.  Brown Rudnick does not have any agreement with any other entity to share with any such entity any compensation received by Brown Rudnick.

### Brown Rudnick's Connections in these Cases

5.     In connection with the Committee's proposed retention of Brown Rudnick, an extensive review (the "Connections Check") of the Firm's connections (as such term is used in Bankruptcy Rule 2014(a)) with the Debtors herein, their creditors, any other party-in-interest herein, or their respective attorneys or accountants (collectively, the "Case Parties") was conducted.  For the purpose of compiling the list of Case Parties, Brown Rudnick utilized the interested party listing utilized by the most recently engaged Debtors' professional in connection with its retention in these Chapter 11 cases against which to perform Brown Rudnick's check.

6.     Attached hereto as **Schedule 1** is a list of the Case Parties that were checked against a database containing the Firm's connections.  For the purposes of these Chapter 11 cases, only potential connections that existed as of April 1, 2013 through the date hereof were checked.  These connections were then reviewed to identify any relationship that would need to be disclosed in accordance with Bankruptcy Rule 2014.

7.     The Connections Check performed by the Firm included an email circulated to all Brown Rudnick attorneys (and posted on Brown Rudnick's intranet site for further review) alerting all professionals at the Firm to identify any connections with the Case Parties.  As part of this circulation, the recipients were also requested to identify:  (i) any connections to the U.S.

Trustee or any person employed in that office, and (ii) their direct holding of any claims against or interests in the Debtors.

8.     A copy of the results of Brown Rudnick's Connections Check is annexed hereto as **Schedule 2**.

9.     To the best of my knowledge after diligent inquiry, neither Brown Rudnick, any member of Brown Rudnick, nor any attorney associated with or employed by Brown Rudnick, has any "connection" (as such term is used in Bankruptcy Rule 2014(a)) with the Debtors herein, their creditors, any other party-in-interest herein, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the United States Trustee, except to the extent set forth on **Schedule 2**.  Notwithstanding any "connection" set forth on **Schedule 2** and except as set forth herein, to the best of my knowledge, any "connection" of Brown Rudnick to the identified entities are limited to matters unrelated to the Debtors.

10.     Brown Rudnick has been involved in a number of unrelated cases with various professionals involved in this case, both in adverse and non-adverse roles.

11.     Moreover, Brown Rudnick has a well-known reorganization and restructuring practice which encompasses the representation of many investors, financial institutions and other persons or entities, some of which may become creditors or parties-in-interest, including, without limitation, potential acquirers of the Debtors' assets in these Chapter 11 cases.  Furthermore, as part of its practice, Brown Rudnick appears in cases, proceedings, and transactions involving numerous attorneys, accountants, and financial advisors, some of which may represent the Debtors, creditors, or parties-in-interest, or themselves be creditors or parties-in-interest in these Chapter 11 cases.  Brown Rudnick has not and will not represent any of these creditors,

investors, potential acquirers, parties-in-interest, attorneys, financial advisors, accountants, or any other entity in connection with these Chapter 11 cases.

12.    Brown Rudnick has represented, currently represents, and may represent in the future the entities as described in **Schedule 2** (the "Connections List") as clients (or their affiliates), in matters unrelated to the Debtors. Also, Brown Rudnick represents, in unrelated matters, numerous entities, including as may be noted in **Schedule 2**, which buy and sell distressed debt of Chapter 11 debtors. Brown Rudnick has not, does not, and will not represent any of the entities listed above (or their affiliates) in matters related to the Chapter 11 cases. None of the Brown Rudnick clients noted in **Schedule 2** accounted for more than 1% of Brown Rudnick's gross revenues for the past twelve (12) months.

13. To the extent that issues arise that would cause the Committee to be adverse to any of Brown Rudnick's clients such that it would not be appropriate for Brown Rudnick to represent the Committee with respect to any matters, the Committee will request that its local bankruptcy co-counsel, The Rosner Law Group LLC, represent the Committee with respect to those matters.

14.    Brown Rudnick will file appropriate supplemental disclosure(s) with the Court to the extent that additional information concerning any connections is developed.

15.    Notwithstanding the above, I believe that Brown Rudnick is a disinterested person, and does not hold or represent an interest adverse to the Debtors' estates with respect to the matters for which Brown Rudnick is to be employed, as required by Bankruptcy Code Section 328(c).

16.     Based upon the foregoing, I declare under the penalty of perjury that the foregoing is true and correct.

June 1, 2015                                    /s/ H. Jeffrey Schwartz
                                               H. Jeffrey Schwartz

**SCHEDULE 1** to Schwartz Declaration

**Case Parties List**

**Case Parties List**

**Debtor Affiliates**
Ashmead Education, Inc.
Career Canada C.F.P. Limited
Career Choices, Inc.
CDI Education USA, Inc.
Corinthian Colleges, Inc.
Corinthian Property Group, Inc.
Corinthian Schools, Inc.
ECAT Acquisition, Inc.
ETON Education, Inc.
Everest College Phoenix, Inc.
Everest Colleges Canada, Inc.
Florida Metropolitan University, Inc.
Grand Rapids Educational Center, Inc.
Heald Capital, LLC
Heald College, LLC
Heald Education, LLC
Heald Real Estate, LLC
MJB Acquisition Corporation
National School of Technology
Pegasus Education, Inc.
QIC Acquisition Corporation
Quickstart Intelligence Corporation
Rhodes Business Group, Inc.
Rhodes Colleges, Inc.
SD III-B Heald Holdings Corp.
Sequoia Education, Inc.
Socle Education, Inc.
SP PE VII-B Heald Holdings Corp.
Titan Schools, Inc.
Ward Stone College

**Current and Recent Former Officers and Directors**
Adler, Hank
Altschuler, Rupert
Austin, Gloria
Bereczky, Andrew
Black, Kelly
Bosic, Robert
Buchanan, William
Bunje, Robert
Carnagey, Nichole
Cassetta, Carmella
Crow, Steve
Dean, Kim
Deshon, Eeva
Dionisio, John

Dunlap, Anna Marie
Ferguson, Mark
Flores, Melissa
Gold, Darren
Guida, Anthony
Hartshorn, Terry
Kane, Alice
Kennedy, Julia
Lee, Robert
Luedtke, Luther
Massimino, Jack
McCabe, Michael
Mirr, Jim
Morial, Marc H.
Mortensen, Stan
Ord, Kenneth
Owen, Robert
Pelesh, Mark
Persavich, Jon
Poldoian, David
Rajasalu, Eric
Ramsay, Sandra
Rawls, Terry
Robinson, Sharon P.
Scherer, Diana
Schnitker, Kelly
Semaan, Hicham
Simpson, Richard
Skladany, Linda Arey
St. Pierre, Paul
Stiglich, Michael
Streets, Fran
Sullivan, Tim
Van Duinen, Roger
Vignone, Andrew
Wade, Jim
Wilson, Beth

**<u>Banks</u>**
Bank of America
Bank of the West
BMO Harris Bank, N.A.
California Bank and Trust
Capital West
Citibank, N.A.
First Hawaiian Bank
MUFG Union Bank, N.A.
One West Bank N.A.
U.S. Bank, N.A.
Union Bank

**Surety Bondholders**
Commonwealth of Massachusetts
Commonwealth of Massachusetts, Division of Professional Licensure
Fidelity and Deposit Company of Maryland
State of Alabama
State of Alabama, Dept. of Postsecondary Education
State of Colorado
State of Hawaii
State of Kansas
State of Kansas - Board of Regents
State of Michigan
State of Nebraska
State of Nevada
State of Nevada Commission on Postsecondary Education
State of Nevada Dept. of Education
State of Oklahoma
State of Oregon, Higher Education Coordinating Commission, Private Career Schools Unit
State of Washington
State of West Virginia
State of Wisconsin
Western Surety Company

**Insurers**
American Zurich Insurance Company
Axis Insurance Company
Empire Indemnity Insurance Company
Federal Insurance Company - Chubb
Homeland Insurance Company of New York - One Beacon
Liberty Insurance Underwriters, Inc.
National Union Fire Insurance Company of Pittsburgh, PA (AIG)
Navigators Specialty Insurance Co.
RSUI Indemnity Company
XL Specialty Insurance Company
Zurich American Insurance Company

**Letters of Issuers and Credit Beneficiaries**
Bank of America, N.A.
Bank of America, N.A. Trade Operations
Bank of the West
Elavon, Inc.
MUFG Union Bank, N.A.
One West Bank, N.A.
Plaza West Building, LLC
Square 407 Limited Partnership
U.S. Bank, N.A.
Western Surety Company
Zurich American Insurance Company

**Lienholders**
ASFG, LLC
Bank of American, N.A.
California First National Bank
Campus Student Funding, LLC
CIT Finance LLC
CIT Technology Financing Services, Inc.
CSI Leasing, Inc.
Department of Tax Administration, County of Fairfax, Virginia
Employment Development Department
First Financial Corporate Leasing, LLC
First National Bank of St. Louis
First National Capital, LLC
G.E. Capital Corporation
Henry Schein Inc.
Hewlett-Packard Financial Services Company
LaSalle Systems Leasing, Inc.
MB Financial Bank, N.A.
Prime Alliance Bank, Inc.
U.S. Bancorp Equipment Finance, Inc.
U.S. Bancorp Oliver-Allen Technology Leasing
Variant Leasing Corporation
Wells Fargo Equipment Finance, Inc.
Winthrop Resources Corporation

**Litigants and Litigants' Counsel**
Aerotek, Inc.
Chapin Fitzgerald & Bottini LLP
Charlie Steinberg
Eric T. Schneiderman, New York AG
Frank Erickson
Glancy Binkow & Goldberg LLP
J.B. Van Hollen, Wisconsin AG
Jason Pleggenkuhle, Asst. Minnesota AG
Jimmy Elias Karam
Johnson Bottini, LLP
Jones Day
Kamala Harris, California AG
Lara Sutherlin, Asst. Wisconsin AG
Law Offices of Kevin T. Barnes
Law Offices of Scott D. Levy
Lori Swanson, Minnesota AG
Marriott Hotel Services, Inc.
Martha Coakley, Massachusetts AG
McKinley Avenue, LLC
Melvin L. Goldberg, Asst. New York AG
Michael G. Salemi, CPFB Counsel
Nicholas G. Campins, Cal AG Counsel
Peter Leight, Asst. Massachusetts AG
Pomerantz Grossman Hufford Dahlstrom & Fross LLP
Rene D. Harrod, Asst. Florida AG

Robert C. Hannan, Sr.
Rodney Fair, Office of Inspector General
Shook, Hardy & Bacon L.L.P.
StudentScout, LLC.
Theresa Edwards, Asst. Florida AG
Thomas J. Miller
Yessyka Santana

**Professionals**
Abernathy MacGregor Group Inc.
Barclays Capital Inc.
Carl Mark Advisory Group LLC
Cooley LLP
Deloitte Tax LLP
Duane Morris LLP
Eduvize, LLC
Ernst & Young US LLP
Fagre Baker Daniels LLP
First Advantage Litigation Consulting
Gavin/Solmonese
Globalview Advisors LLC
Hilco Real Estate, LLC
Homer Bonner Jacobs, P.A.
Hueston Hennigan LLP
Irell & Manella LLP
K&L Gates LLP
Kirkland & Ellis
Kutak Rock LLP
Latham & Watkins LLP
Moerson & Forrester LLP
Munger, Tolles & Olson LLP
O'Melveny & Myers LLP
Payne & Fears LLP
Proskauer Rose LLP
PricewaterhouseCoopers LLP
Richards Layton & Finger
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Weworski and Associates

**Top Creditors**
AcademixDirect, Inc.
ACI Specialty Benefits
Aerotek, Inc.
Ambassador Education Solutions
Atrilogy Solutions Group, Inc.
BDA (Bensussen Deutsch & Associates)
Bureau for Private Postsecondary Ed.
Campus Management Corp.
CareerBuilder, LLC
Cebra B. Graves

Comcast Spotlight
Cooley LLP
Deccan Plateau Corporation
Drinker Biddle & Reath LLP
Dyntek Services
ECMC Solutions Corporation
eLoyalty, LLC
Gaylord National Resort & Convention Center
Graebel Relocation Svc Worldwide, Inc.
Guardsmark, LLC
Hewlett-Packard Co, Inc.
Inter Media Advertising
Intralinks, Inc
Jones Lang LaSalle Americas, Inc.
Jones Lang LaSalle Brokerage, Inc.
Lampert 25500 Industrial Blvd., LLC
LBA Realty Fund II - WBP III, LLC
Lead Pro Direct LLC
Moraga Enterprises
NASDAQ Stock Market, The LLC
NBCU
OptimalResume.com, Inc.
P.R.G. Investment Fund, L.P.
Payne & Fears LLP
PCM Sales, Inc.
Pocket Nurse Enterprises, Inc.
PricewaterhouseCoopers LLP
Profiles International, Inc.
Qualtrics Labs, Inc.
Rackspace Hosting
Securitas Security Services USA, Inc.
Squar, Milner, Peterson, Miranda & Williamson LLP
Store Master Funding I, LLC
StudentScout, LLC
SuccessFactors, Inc.
Tallan, Inc.
Testout Corporation
Tri Dimensional Solutions Inc.
Walgreens of Hawaii, LLC
Watt Long Beach, LLC

**United States Trustee Professionals and District of Delaware Judges**
Attix, Lauren
Bello, Rachel
Bird, David D.
Buchbinder, David
Capp, Laurie
Carey, Kevin J.
DeAngelis, Roberta A.
Dortch, Shakima L.
Farrell, Catherine

Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Grottini, Donna
Hackman, Benjamin
Haney, Laura
Heck, Jeffrey
Hunt, Nancy
Johnson, Lora
Kenney, Mark
Leamy, Jane
Marvel, Ivone
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Szymanski, Cheryl
Tinker, T. Patrick
Vinson, Ramona
Walker, Jill
Walrath, Mary F.
Werkheiser, Rachel
West, Michael
Wynn, Dion

**Other**
360training.com
Aequitas Capital Management
Consumer Financial Protection Bureau
Educational Credit Management Corporation
Goal Structured Solutions
HCA - HealthONE LLC
Hillsborough Center, Inc.
James Cole, U.S. ED
James Runcie, U.S. ED
Mushtaq Gunja, U.S. ED
Office of the Attorney General – State of Arkansas
Office of the Attorney General – State of Arizona
Office of the Attorney General – State of California
Office of the Attorney General – State of Colorado
Office of the Attorney General – State of Connecticut
Office of the Attorney General – State of Florida
Office of the Attorney General – State of Hawaii

Office of the Attorney General – State of Idaho
Office of the Attorney General – State of Iowa
Office of the Attorney General – State of Kentucky
Office of the Attorney General – State of Minnesota
Office of the Attorney General – State of Missouri
Office of the Attorney General – State of Nebraska
Office of the Attorney General – State of New Mexico
Office of the Attorney General – State of New York
Office of the Attorney General – State of North Carolina
Office of the Attorney General – State of Oregon
Office of the Attorney General – State of Pennsylvania
Office of the Attorney General – State of Tennessee
Office of the Attorney General – State of Washington
Office of the Attorney General – State of Wisconsin
Robin Minor, U.S. ED
Store Capital Acquisitions, LLC
Ted Mitchell, U.S. ED
U.S. Department of Education
Unity Church of Melbourne
Zenith Education Group

**SCHEDULE 2** to Schwartz Declaration

**Connections Check**

### Connections Check[1]

**Current Representations** – Brown Rudnick currently represents the following creditors

and/or parties-in-interest, or their affiliates, in matters wholly unrelated to the Debtors:

| Entity | Relationship to Debtors |
|---|---|
| Liberty Insurance Underwriters, Inc. | Insurer |
| Henry Schein Inc. | Lienholder |
| ECMC Solutions Corporation | Top Creditor |
| Intralinks, Inc. | |
| Jones Lang LaSalle Americas, Inc. | |
| Jones Lang LaSalle Brokerage, Inc. | |
| NBC Universal | |

---

[1]     In certain instances, based on, among other things, a similarity of names, it was unclear whether a "match" exists.  Brown Rudnick attempted, in its reasonable judgment, to resolve these but has determined to disclose certain of these as "matches," out of an abundance of caution.

**Prior Representations** – Brown Rudnick previously represented certain parties or their affiliates who are creditors and/or parties-in-interest in matters wholly unrelated to the Debtors, including:

| Entity | Relationship to Debtors |
|---|---|
| Bank of America | Bank |
| Citibank, N.A. | |
| MUFG Union Bank, N.A. | |
| Union Bank | |
| Federal Insurance Company - Chubb | Insurer |
| CIT Finance LLC | Lienholder |
| G.E. Capital Corporation | |
| Hewlett-Packard Financial Services Company | |
| MB Financial Bank, N.A. | |
| Jones Day | Litigants and Litigants' Counsel |
| Marriott Hotel Services, Inc. | Members of the Official Committee of Unsecured Creditors |
| Educational Credit Management Corporation | Other |
| Barclays Capital | Professional |
| Deloitte Tax LLP | |
| PricewaterhouseCoopers LLP | |
| Sidley Austin LLP | |
| Commonwealth of Massachusetts | Surety Bondholder |
| Fidelity and Deposit Company of Maryland | |
| Hewlett-Packard Co., Inc. | Top Creditor |
| NASDAQ Stock Market, The LLC | |
| Tallan, Inc. | |

**Other Connections** – Brown Rudnick previously represented or currently represents parties who may be adverse to certain parties or their affiliates who are creditors and/or parties-in-interest in matters wholly unrelated to the Debtors, including:

| Relationship to Debtors | Entity | Connection |
|---|---|---|
| Bank | Bank of the West | May be adverse to other clients in unrelated bankruptcy matters. |
| | BMO Harris Bank, N.A. | May be adverse to other clients in unrelated bankruptcy, corporate and litigation matters. |
| Insurer | Axis Insurance Company | May be adverse to other clients in unrelated bankruptcy matters. |
| | National Union Fire Insurance Company of Pittsburgh, PA (AIG) | May be adverse to other clients in unrelated bankruptcy matters. |
| | Zurich American Insurance Company | May be adverse to other clients in unrelated bankruptcy matters. |
| | XL Specialty Insurance Company | May be adverse to other clients in unrelated bankruptcy matters. |
| Lienholder | Department of Tax Administration, County of Fairfax, Virginia | May be adverse to other clients in unrelated bankruptcy matters. |
| | Employment Development Department | May be adverse to other clients in unrelated bankruptcy matters. |
| | First National Capital, LLC | May be adverse to other clients in unrelated bankruptcy matters. |
| | U.S. Bancorp Equipment Finance, Inc. | May be adverse to other clients in unrelated bankruptcy matters. |
| | U.S. Bancorp Oliver-Allen Technology Leasing | May be adverse to other clients in unrelated bankruptcy matters. |
| | Variant Leasing Corporation | May be adverse to other clients in unrelated litigation matters. |
| Litigants and Litigants' Counsel | Aerotek, Inc. | May be adverse to other clients in unrelated |

| Relationship to Debtors | Entity | Connection |
|---|---|---|
| | | bankruptcy and litigation matters. |
| | Shook, Hardy & Bacon L.L.P. | Shook, Hardy & Bacon L.L.P. is engaged in an unrelated matter in which clients of Brown Rudnick are also involved. |
| Other | Office of the Attorney General - State of Connecticut | May be adverse to other clients in unrelated corporate and litigation matters. |
| | Office of the Attorney General - State of Minnesota | May be adverse to other clients in unrelated litigation matter. |
| | Office of the Attorney General - State of Nebraska | May be adverse to other clients in unrelated bankruptcy matters. |
| | Office of the Attorney General - State of New Mexico | May be adverse to other clients in unrelated bankruptcy, government relations and litigation matters. |
| | Office of the Attorney General - State of North Carolina | May be adverse to other clients in unrelated bankruptcy and litigation matters. |
| | Office of the Attorney General - State of Tennessee | May be adverse to other clients in unrelated bankruptcy and government relations matters. |
| | Office of the Attorney General - State of Wisconsin | May be adverse to other clients in unrelated government relations and litigation matters. |
| | U.S. Department of Education | May be adverse to other clients in unrelated bankruptcy, government relations and litigation matters. |
| Professional | Abernathy MacGregor Group Inc. | These professionals are engaged in matters unrelated to the Debtors in which clients of Brown Rudnick are also involved, and so at any one time Brown Rudnick and the named professionals may |
| | Carl Marks Advisory Group LLC | |
| | Cooley LLP | |
| | Duane Morris LLP | |
| | Ernst & Young US LLP | |

| Relationship to Debtors | Entity | Connection |
|---|---|---|
| | Gavin/Salmonese | be representing clients with adverse interests, or aligned interests, in several pending matters. |
| | Hilco Real Estate, LLC | |
| | Irell & Manella LLP | |
| | K&L Gates LLP | |
| | Kirkland & Ellis | |
| | Latham & Watkins LLP | |
| | Munger, Tolles & Olson LLP | |
| | Payne & Fears | |
| | Proskauer Rose LLP | |
| | Richards Layton & Finger | |
| | Skadden, Arps, Slate, Meagher & Flom LLP | |
| Surety Bondholder | State of Alabama | May be adverse to other clients in unrelated bankruptcy, corporate and government relations matters. |
| | State of Alabama, Dept. of Postsecondary Education | May be adverse to other clients in unrelated bankruptcy, corporate and government relations matters. |
| | State of Hawaii | May be adverse to other clients in unrelated corporate matter. |
| | State of Kansas | May be adverse to other clients in unrelated bankruptcy matters. |
| | State of Kansas - Board of Regents | May be adverse to other clients in unrelated bankruptcy matters. |
| | State of Michigan | May be adverse to other clients in unrelated bankruptcy matters. |
| | State of Nebraska | May be adverse to other clients in unrelated bankruptcy matters. |
| | State of Nevada | May be adverse to other clients in unrelated bankruptcy, corporate and government relations matters. |
| | State of Nevada Commission | May be adverse to other |

| Relationship to Debtors | Entity | Connection |
|---|---|---|
| | on Postsecondary Education | clients in unrelated bankruptcy, corporate and government relations matters. |
| | State of Nevada Department of Education | May be adverse to other clients in unrelated bankruptcy, corporate and government relations matters. |
| | State of Oklahoma | May be adverse to other clients in unrelated bankruptcy matters. |
| | State of Oregon, Higher Education Coordinating Commission, Private Career Schools Unit | May be adverse to other clients in unrelated bankruptcy matters. |
| | State of Washington | May be adverse to other clients in unrelated bankruptcy matters. |
| | State of West Virginia | May be adverse to other clients in unrelated bankruptcy matters. |
| | State of Wisconsin | May be adverse to other clients in unrelated government relations and litigation matters. |
| Top Creditor | Campus Management Corp. | May be adverse to other clients in unrelated litigation matters. |
| | Drinker Biddle & Reath LLP | Drinker Biddle is engaged in an unrelated matter in which a client of Brown Rudnick is also involved. |
| | LBA Realty Fund II -WBP III, LLC | May be adverse to other clients in unrelated litigation matters. |
| | Rackspace Hosting | May be adverse to other clients in unrelated corporate matters. |
| | Securitas Security Services USA, Inc. | May be adverse to other clients in unrelated bankruptcy matters. |
| U.S. Trustee Professionals and District DE Judges | All parties listed under this category | These parties may also be involved in other cases |

| Relationship to Debtors | Entity | Connection |
|---|---|---|
| | | pending in Delaware in which clients of Brown Rudnick are also involved. None of such matters are connected in any way to the Debtors. |