IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered<br><br>**Hearing Date: June 22, 2015 at 10:00 a.m. (prevailing Eastern Time)**<br><br>**Objection Deadline: June 15, 2015 at 4:00 p.m. (prevailing Eastern Time)]** |

## APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 328 AND 1103 AND BANKRUPTCY RULE 2014(a) APPROVING THE EMPLOYMENT AND RETENTION OF GAVIN/SOLMONESE LLC *NUNC PRO TUNC* TO MAY 13, 2015 AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors of Corinthian Colleges, Inc. *et al.* (the "Committee") in these Chapter 11 cases hereby files this application (the "Application") for an Order, pursuant to Sections 328 and 1103 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, authorizing the employment and retention of Gavin/Solmonese LLC ("Gavin/Solmonese") as Financial Advisor to the Committee *nunc pro tunc* to May 13, 2015 (the "Retention Date"). In support of the Application, the Committee relies upon the *Declaration of Wayne P. Weitz* (the "Weitz Declara-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505, SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

tion") attached hereto as Exhibit A and incorporated by reference, and respectfully represents as follows:

## BACKGROUND

1. Corinthian Colleges, Inc. *et al.* (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on May 4, 2015. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtors operate their businesses as Debtors-in-possession. No trustee or examiner has been appointed in these cases.

2. On May 13, 2015, the Office of the United States Trustee, pursuant to Section 1102 of the Bankruptcy Code, appointed the Committee.

3. By this Application, the Committee seeks to employ and retain Gavin/Solmonese as its financial advisor during these Chapter 11 cases effective as of the Retention Date, the date the Committee selected Gavin/Solmonese as its financial advisor and Gavin/Solmonese began to work on behalf of the Committee.

## JURISDICTION

4. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for this Application are 11 U.S.C. §§ 328 and 1103.

## RELIEF REQUESTED

5. The Committee desires to retain and employ Gavin/Solmonese as its financial advisor in these Chapter 11 cases. By this Application, the Committee requests that the Court enter an order authorizing the Committee to retain and employ Gavin/Solmonese, *nunc pro tunc* to the Retention Date. Accordingly, the Committee respectfully requests the entry of an order, pursuant to Sections 328 and 1103 of the Bankruptcy Code, authorizing the employment and retention of Gavin/Solmonese as its financial advisor to perform the advisory services that will be necessary during these Chapter 11 cases.

6. The Committee has selected Gavin/Solmonese based on Gavin/Solmonese's experience in providing financial advisory services in Chapter 11 cases and based on Gavin/Solmonese's familiarity with the Debtors' businesses.

7. The Committee has been advised that: (i) Gavin/Solmonese, formerly NHB Advisors, Inc., is one of the country's premier mid-market turnaround and crisis management firms and is well respected for its role as financial advisors; (ii) Gavin/Solmonese has extensive experience working with financially troubled entities in complex financial reorganizations – both in Chapter 11 cases and in out-of-court restructuring situations and; (iii) in particular, Gavin/Solmonese and its employees have served, or are serving, as financial advisors to numerous official committees and debtors-in-possession in bankruptcy proceedings.

## FINANCIAL ADVISORY SERVICES TO BE PROVIDED

8. The Committee seeks the employment of Gavin/Solmonese to assist it in evaluating the Debtors' businesses during these Chapter 11 cases. The Committee seeks to retain Gavin/Solmonese to provide financial advisory services including, but not limited to, the following:

a) Reviewing and analyzing the businesses, management, operations, properties, financial condition and prospects of the Debtors;

b) Reviewing and analyzing historical financial performance, and transactions between and among the Debtors, their creditors, affiliates and other entities;

c) Reviewing the assumptions underlying the business plans and cash flow projections for the assets involved in any potential asset sale or plan of reorganization;

d) Determining the reasonableness of the projected performance of the Debtors, both historically and future;

e) Monitoring, evaluating and reporting to the Committee with respect to the Debtors' near-term liquidity needs, material operational changes and related financial and operational issues;

f) Reviewing and analyzing all material contracts and/or agreements;

g) Assisting in the procurement of and assembling any necessary validations of asset values;

h) Providing ongoing assistance to the Committee and the Committee's legal counsel;

i) Evaluating the Debtors' capital structure and making recommendations to the Committee with respect to the Debtors' efforts to reorganize their business operations and/or confirm a restructuring or liquidating plan;

j) Assisting the Committee in preparing documentation required in connection with creating, supporting or opposing a plan and participating in negotiations on behalf of the Committee with the Debtors or any groups affected by a plan;

k) Assisting the Committee in marketing the Debtors' assets with the intent of maximizing the value received for any such assets from any such sale;

l) Providing ongoing analysis of the Debtors' financial condition, business plans, capital spending budgets, operating forecasts, management and the prospects for their future performance, and;

m) Such other tasks as the Committee or its counsel may reasonably request in the course of exercise of the Committee's duties in these cases.

9. To the best of the Committee's knowledge, information and belief, except as set forth in the Weitz Declaration and except as set forth herein, Gavin/Solmonese has no connection with, and holds no interest adverse to, the Debtors, their estates, their creditors, or any party in interest in these cases, nor to the best of the Committee's knowledge does Gavin/Solmonese hold any interest adverse to the interests of the Committee or Debtors' creditors, except as set forth in the Weitz Declaration.

10. Subject to the approval of this Court, Gavin/Solmonese will charge the Committee for its advisory services on an hourly basis in accordance with its ordinary and customary rates, which are in effect on the date the services are rendered, subject to periodic adjustments. The Committee has been advised by Gavin/Solmonese that the current

hourly rates, which will be charged in respect of the primary members of the Gavin/Solmonese engagement team for the Committee, are as follows:

| | |
|---|---|
| Edward T. Gavin, CTP | $625.00 /hour |
| Wayne P. Weitz | $525.00 /hour |
| Kathryn McGlynn | $400.00 /hour |
| Charles F. Lewis | $295.00/hour |

11.  From time to time, other Gavin/Solmonese professionals may be involved in these cases as needed. Hourly rates for these professionals range from $250.00 to $650.00 per hour. Reasonable non-working travel time will be charged at one-half of the applicable hourly rate unless actual work is performed during such travel time, in which case the full hourly rate will be charged.

## OUT OF POCKET EXPENSES INCURRED

12.  In addition to hourly rates previously referred to and subject to the approval of this Court, Gavin/Solmonese will also request reimbursement from the Debtors' estates for its travel and other reasonable out-of-pocket expenses, including but not limited to messenger, delivery charges, telephone, facsimile, photocopy and other similar charges, in connection with, or arising out of Gavin/Solmonese's activities under this engagement, including but not limited to its due diligence investigation and review. Gavin/Solmonese will charge the cost of these expenses in a manner and at rates consistent with charges generally made to the firm's other clients. All such charges for which Gavin/Solmonese seeks payment are subject to Court approval and/or pursuant to any administrative procedures established by Order of the Court. Gavin/Solmonese understands that all such charges for

which it seeks payment are subject to Court approval and/or pursuant to any administrative procedures established by Order of the Court.

13. Based on the foregoing, the Committee believes that the employment of Gavin/Solmonese is necessary, appropriate and in the best interests of the estates, enabling the Committee to carry out its fiduciary duties owed to creditors under the Bankruptcy Code.

WHEREFORE, the Committee respectfully requests that this Court enter an Order, substantially in the form annexed hereto as Exhibit B, (i) authorizing employment and retention of Gavin/Solmonese *nunc pro tunc* to May 13, 2015 as financial advisor to the Committee, pursuant to sections 328 and 1103 of the Bankruptcy Code, as well as Rule 2014 of the Federal Rules of Bankruptcy Procedure, and (ii) for such other and further relief as the Court deems proper and just.

Dated: June 1, 2015
New York, New York

          Respectfully submitted,

          THE OFFICIAL COMMITTEE OF
          UNSECURED CREDITORS FOR
          CORINTHIAN COLLEGES, INC., *et al.*

          By: /s/ Therese Burkhart
          Name: Therese Burkhart
                Chairperson of the Committee
          For:   McKinley Avenue, LLC

61959237