IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered)<br><br>Hearing Date: July 22, 2015 at 11:00 a.m. (ET)<br>Obj. Deadline: June 15, 2015 at 4:00 p.m. (ET) |

## NOTICE OF APPLICATION AND HEARING

**PLEASE TAKE NOTICE** that, on June 1, 2015, the Official Committee of Unsecured Creditors (the "Committee") filed an Application (the "Application") for an Order Authorizing and Approving the Employment and Retention of Gavin/Solmonese LLC as Financial Advisor for the Official Committee of Unsecured Creditors of Corinthian Colleges, INC., *Nunc Pro Tunc* to May 13, 2015 with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Application must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed counsel for the Committee on or before **June 15, 2015 at 4:00 p.m.** (Prevailing Eastern Time) (the "Objection Deadline").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016095. }

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Application will be held before the Honorable Kevin J. Carey, United States Bankruptcy Judge, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **June 22, 2015 at 11:00 a.m. (ET)**.  Only those objections that are timely filed and served so as to be received by the Notice Parties on or before the Objection Deadline will be considered by the Court.

**IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 1, 2015
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner (DE 3995)
Julia B. Klein, Esq. (DE #5189)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

and

**BROWN RUDNICK LLP**
H.  Jeffrey Schwartz, Esq.
Bennett S. Silverberg, Esq.
Lauren Curry, Esq.
Jacob T. Beiswenger, Esq.
Seven Times Square
New York, NY  10036
(212) 209-4800
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*