# **<u>Exhibit A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.¹ | (Jointly Administered) |
| | **Re: D.I. _____** |

**ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF THE ROSNER LAW GROUP LLC AS DELAWARE**
**COUNSEL TO THE COMMITTEE *NUNC PRO TUNC* TO MAY 13, 2015**

Upon the application (the "Application")² of the Official Committee of Unsecured Creditors (the "Committee") in the Chapter 11 Cases of the above-captioned debtors and debtors-in-possession (the "Debtors") to authorize the Committee to retain and employ The Rosner Law Group LLC ("RLG") as its Delaware bankruptcy counsel *nunc pro tunc* to May 13, 2015; and the Court having reviewed the Application, and the Court finding that: (a) the Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (c) notice of the Application has been provided to: (i) the U.S. Trustee; (ii) counsel to the Debtors; (iii) counsel to the Debtors' prepetition secured lenders; and (iv) all parties requesting notice pursuant to Bankruptcy Rule 2002; and such notice was due and sufficient under the circumstances and no other or further notice need be provided; and the Court having considered the Application and the Rosner Declaration; and the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

{00016031. }

Court having determined that the legal and factual bases set forth in the Application and the Rosner Declaration establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

    1.    The Application is GRANTED.

    2.    The Committee be, and hereby is, authorized to employ and retain RLG as its Delaware counsel, *nunc pro tunc* to May 13, 2015, in accordance with the terms and conditions set forth in the Application.

    3.    RLG shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules, and any Order entered by this Court with respect to compensation of professionals.

    4.    The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

    5.    The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: July \_\_\_, 2015
      Wilmington, Delaware        _____
                                                        UNITED STATES BANKRUPTCY JUDGE