# Exhibit B

{00016029. }

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF FREDERICK B. ROSNER

I, Frederick B. Rosner, state as follows:

1.   I am an attorney admitted to practice in the State of Delaware and before this Court, and the sole member of The Rosner Law Group LLC ("RLG"). RLG is a Delaware law firm with offices at 824 North Market Street, Suite 810, Wilmington, Delaware 19801.

2.   I submit this declaration in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors") for an order approving the employment and retention of RLG as its Delaware counsel in compliance with and to provide disclosure pursuant to sections 1102 and 504 of the Bankruptcy Code, Rules 2014(a) and 2016(b) of the Bankruptcy Rules, and Rule 2014-1 of the Local Rules. Unless otherwise stated in this declaration, I have personal knowledge of the facts hereinafter set forth. To the extent that any information disclosed herein requires amendment or modification upon RLG's completion of further analysis or as additional creditor information becomes

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

2

{00016029. }

available to it, a supplemental declaration will be submitted to the Court. Subject to approval of this Court and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, RLG intends to apply for compensation for professional services rendered in connection with these Chapter 11 Cases, plus reimbursement of actual, necessary expenses and other charges incurred by RLG. The principal professionals and paraprofessionals designated to represent the Committee and the discounted hourly rates they will charge on this matter are as follows:

| | | |
|---|---|---|
| (a) | Frederick B. Rosner | $275 per hour |
| (b) | Scott Leonhardt | $275 per hour |
| (c) | Julia Klein | $275 per hour |
| (d) | Frederick Sassler (paralegal) | $150 per hour |
| (e) | Law Clerk | $75 per hour |

3. RLG's rates are set at a level designed to compensate RLG fairly for the work of their attorneys and paralegals and to cover fixed and routine overhead expenses. The hourly rates set forth above are steeply discounted as an accommodation to the Committee and the Debtors' estates. The hourly rates set forth above are RLG's discounted hourly rates for work of this nature.

4. Consistent with the United State Trustees' Appendix B - Guidelines for U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "U.S. Trustee Guidelines"), effective November 1, 2013, I state as follows:

  a) Except for discounting its rates, RLG has not agreed to a variation of its standard of customary billing arrangements for the Engagement;

  b) None of RLG's professionals included in the Engagement have varied their rate based on the geographic location of these Chapter 11 Cases;

3

{00016029. }

      c)     The Committee has approved a prospective budget and staffing plan for RLG's Engagement for the post-petition period as appropriate. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments in these Chapter 11 Cases.[3]

5.     It is RLG's policy to charge its clients in all areas of practice for expenses (except overhead expenses) incurred in connection with the client's case. The expenses charged to clients include, among other things, regular postage and express mail charges, special or hand delivery charges, document processing, printing/photocopying/scanning charges, travel expenses, expenses for "working meals," computerized research and transcription costs. RLG will charge the Committee in a manner and at rates consistent with charges made generally to RLG's other clients or as fixed by this Court.

6.     By separate application, the Committee asked the Court to approve the retention of Brown Rudnick LLP ("Brown Rudnick") as primary counsel with respect to the above-captioned chapter 11 cases. RLG will make every effort to work with Brown Rudnick to avoid duplication of efforts in connection with these chapter 11 cases. In order to specifically disclose the division of labor and to avoid unnecessary duplication of services, RLG proposes primarily (but without limitation) to provide the following services for its engagement in these cases as Delaware bankruptcy counsel:

      a. providing legal advice regarding local rules, practices, and procedures and providing substantive and strategic advice on how to accomplish the Committee's goals in connection with the prosecution of these cases, bearing in mind that the Court relies on Delaware counsel such as RLG to be involved in all aspects of these bankruptcy cases;

---

[3] The U.S. Trustee Guidelines themselves acknowledge that "the Guidelines do not supersede local rules, court orders, or other controlling authority." While the Committee and RLG intend to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this Declaration, nor anything contained herein, is intended to or shall be deemed to be an admission by RLG that RLG is required to comply with the U.S. Trustee Guidelines. RLG reserves any and all rights with respect to the application of the U.S. Trustee Guidelines in respect of any application for employment or compensation filed in these Chapter 11 Cases.

4

{00016029. }

b. reviewing, commenting and/or preparing drafts of documents to be filed with the Court as Delaware counsel to the Committee;

c. appearing in Court and at any meeting with the U.S. Trustee and any meeting of creditors at any given time on behalf of the Committee as their Delaware counsel;

d. performing various services in connection with the administration of these cases, including, without limitation, (i) preparing certificates of no objection, certifications of counsel, notices of fee applications and hearings, and hearing binders of documents and pleadings, (ii) monitoring the docket for filings and coordinating with Brown Rudnick on pending matters that need responses, (iii) preparing and maintaining critical dates memoranda to monitor pending applications, motions, hearing dates and other matters and the deadlines associated with the same, and (iv) handling inquiries and calls from creditors and counsel to interested parties regarding pending matters and the general status of these cases and coordinating with Brown Rudnick on any necessary responses;

e. performing a lien search with regard to the Debtor's assets; and

f. performing all other services assigned by the Committee, in consultation with Brown Rudnick, to RLG as Delaware counsel to the Committee or by Brown Rudnick or RLG.

7. In preparing this Declaration, RLG reviewed the lists of persons and entities disclosed by the Debtors who may be parties in interest in these Chapter 11 Cases (the "Parties in Interest"), a copy which is annexed hereto. RLG has in the past represented, currently represents and/or may in the future represent, in matters wholly unrelated to the Debtors or these Chapter 11 Cases, certain Parties in Interest (the "Unrelated Matters"). For any such Unrelated Matter, however, it does involve either the billing of fees in excess of one half of one percent (.5%) of RLG's annual fees billed, or that, in the aggregate for any affiliated group of entities, exceeds one percent (1%) of RLG's annual fees billed. In any event, RLG will not represent any of the Parties in Interest in any aspect of these Chapter 11 Cases.

8. RLG has not received a retainer in these Chapter 11 Cases.

9. I do not believe there is any connection or interest (as such terms are used in section 101(14) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) between RLG and (i) the

5

{00016029.}

U.S. Trustee or any person employed by the Office of the U.S. Trustee or (ii) any counsel, accountants, financial consultants and investment bankers who represent or may represent claimants or other parties in interest in these Chapter 11 Cases, except that Scott J. Leonhardt of RLG previously was an associate attorney at Richards, Layton & Finger, RLG has served as local counsel to Cooley LLP in unrelated matters and Frederick B. Rosner formerly was a partner at Duane Morris LLP. In addition, as part of its practice, RLG appears in cases, proceedings and transactions involving many different attorneys, counsel, accountants, financial consultants and investment bankers, some of which now or may in the future represent claimants and parties in interest in these cases. RLG has not and will not represent any such entities in relation to these Chapter 11 Cases nor have any relationship with any such entities that would be adverse to the Committee or its interests in the matters upon which RLG is to be employed.

10. RLG does not hold any interest adverse to the Committee or the Debtor, and will not, while employed to represent the Committee in these Chapter 11 Cases, represent any entity having an adverse interest in connection with the case.

11. Except as set forth herein, and based upon the information available to me, neither I, RLG nor any associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Committee in the matters upon which RLG is to be employed. Based upon the information available to me, I believe that RLG is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

12. The proposed engagement of RLG is not prohibited by or improper under Bankruptcy Rule 5002(a).

13. No promises have been received by RLG, or me, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code,

{00016029. }

the Bankruptcy Rules and the Local Rules. RLG has no agreement with any other entity to share with such entity any compensation received by RLG.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2015
      Wilmington, Delaware

                                      */s/ Frederick B. Rosner*
                                      Frederick B. Rosner (DE #3995)

List of Parties-in-Interest
Reviewed for Current Relationships

**Debtor Affiliates**
Ashmead Education, Inc.
Career Canada C.F.P. Limited
Career Choices, Inc.
CDI Education USA, Inc.
Corinthian Colleges, Inc.
Corinthian Property Group, Inc.
Corinthian Schools, Inc.
ECAT Acquisition, Inc.
ETON Education, Inc.
Everest College Phoenix, Inc.
Everest Colleges Canada, Inc.
Florida Metropolitan University, Inc.
Grand Rapids Educational Center, Inc.
Heald Capital, LLC
Heald College, LLC
Heald Education, LLC
Heald Real Estate, LLC
MJB Acquisition Corporation
National School of Technology
Pegasus Education, Inc.
QIC Acquisition Corporation
Quickstart Intelligence Corporation
Rhodes Business Group, Inc.
Rhodes Colleges, Inc.
SD III-B Heald Holdings Corp.
Sequoia Education, Inc.
Socle Education, Inc.
SP PE VII-B Heald Holdings Corp.
Titan Schools, Inc.
Ward Stone College

**Current and Recent Former Officers and Directors**
Adler, Hank
Altschuler, Rupert
Austin, Gloria
Bereczky, Andrew
Black, Kelly
Bosic, Robert
Buchanan, William
Bunje, Robert
Carnagey, Nichole
Cassetta, Carmella
Crow, Steve
Dean, Kim
Deshon, Eeva
Dionisio, John
Dunlap, Anna Marie

Ferguson, Mark
Flores, Melissa
Gold, Darren
Guida, Anthony
Hartshorn, Terry
Kane, Alice
Kennedy, Julia
Lee, Robert
Luedtke, Luther
Massimino, Jack
McCabe, Michael
Mirr, Jim
Morial, Marc H.
Mortensen, Stan
Ord, Kenneth
Owen, Robert
Pelesh, Mark
Persavich, Jon
Poldoian, David
Rajasalu, Eric
Ramsay, Sandra
Rawls, Terry
Robinson, Sharon P.
Scherer, Diana
Schnitker, Kelly
Semaan, Hicham
Simpson, Richard
Skladany, Linda Arey
St. Pierre, Paul
Stiglich, Michael
Streets, Fran
Sullivan, Tim
Van Duinen, Roger
Vignone, Andrew
Wade, Jim
Wilson, Beth

**Banks**
Bank of America
Bank of the West
BMO Harris Bank, N.A.
California Bank and Trust
Capital West
Citibank, N.A.
First Hawaiian Bank
MUFG Union Bank, N.A.
One West Bank N.A.
U.S. Bank, N.A.
Union Bank

**Surety Bondholders**
Commonwealth of Massachusetts
Commonwealth of Massachusetts, Division of Professional Licensure
Fidelity and Deposit Company of Maryland
State of Alabama
State of Alabama, Dept. of Postsecondary Education
State of Colorado
State of Hawaii
State of Kansas
State of Kansas - Board of Regents
State of Michigan
State of Nebraska
State of Nevada
State of Nevada Commission on Postsecondary Education
State of Nevada Dept. of Education
State of Oklahoma
State of Oregon, Higher Education Coordinating Commission, Private Career Schools Unit
State of Washington
State of West Virginia
State of Wisconsin
Western Surety Company

**Insurers**
American Zurich Insurance Company
Axis Insurance Company
Empire Indemnity Insurance Company
Federal Insurance Company - Chubb
Homeland Insurance Company of New York - One Beacon
Liberty Insurance Underwriters, Inc.
National Union Fire Insurance Company of Pittsburgh, PA (AIG)
Navigators Specialty Insurance Co.
RSUI Indemnity Company
XL Specialty Insurance Company
Zurich American Insurance Company

**Letters of Issuers and Credit Beneficiaries**
Bank of America, N.A.
Bank of America, N.A. Trade Operations
Bank of the West
Elavon, Inc.
MUFG Union Bank, N.A.
One West Bank, N.A.
Plaza West Building, LLC
Square 407 Limited Partnership
U.S. Bank, N.A.
Western Surety Company
Zurich American Insurance Company

**Lienholders**
ASFG, LLC
Bank of American, N.A.
California First National Bank
Campus Student Funding, LLC
CIT Finance LLC
CIT Technology Financing Services, Inc.
CSI Leasing, Inc.
Department of Tax Administration, County of Fairfax, Virginia
Employment Development Department
First Financial Corporate Leasing, LLC
First National Bank of St. Louis
First National Capital, LLC
G.E. Capital Corporation
Henry Schein Inc.
Hewlett-Packard Financial Services Company
LaSalle Systems Leasing, Inc.
MB Financial Bank, N.A.
Prime Alliance Bank, Inc.
U.S. Bancorp Equipment Finance, Inc.
U.S. Bancorp Oliver-Allen Technology Leasing
Variant Leasing Corporation
Wells Fargo Equipment Finance, Inc.
Winthrop Resources Corporation

**Litigants and Litigants' Counsel**
Aerotek, Inc.
Chapin Fitzgerald & Bottini LLP
Charlie Steinberg
Eric T. Schneiderman, New York AG
Frank Erickson
Glancy Binkow & Goldberg LLP
J.B. Van Hollen, Wisconsin AG
Jason Pleggenkuhle, Asst. Minnesota AG
Jimmy Elias Karam
Johnson Bottini, LLP
Jones Day
Kamala Harris, California AG
Lara Sutherlin, Asst. Wisconsin AG
Law Offices of Kevin T. Barnes
Law Offices of Scott D. Levy
Lori Swanson, Minnesota AG
Marriott Hotel Services, Inc.
Martha Coakley, Massachusetts AG
McKinley Avenue, LLC
Melvin L. Goldberg, Asst. New York AG
Michael G. Salemi, CPFB Counsel
Nicholas G. Campins, Cal AG Counsel
Peter Leight, Asst. Massachusetts AG
Pomerantz Grossman Hufford Dahlstrom & Fross LLP
Rene D. Harrod, Asst. Florida AG

Robert C. Hannan, Sr.
Rodney Fair, Office of Inspector General
Shook, Hardy & Bacon L.L.P.
StudentScout, LLC.
Theresa Edwards, Asst. Florida AG
Thomas J. Miller
Yessyka Santana

**Professionals**
Abernathy MacGregor Group Inc.
Barclays Capital Inc.
Carl Mark Advisory Group LLC
Cooley LLP
Deloitte Tax LLP
Duane Morris LLP
Eduvize, LLC
Ernst & Young US LLP
Fagre Baker Daniels LLP
First Advantage Litigation Consulting
Globalview Advisors LLC
Hilco Real Estate, LLC
Homer Bonner Jacobs, P.A.
Hueston Hennigan LLP
Irell & Manella LLP
K&L Gates LLP
Kirkland & Ellis
Kutak Rock LLP
Latham & Watkins LLP
Moerson & Forrester LLP
Munger, Tolles & Olson LLP
O'Melveny & Myers LLP
Payne & Fears LLP
Proskauer Rose LLP
PricewaterhouseCoopers LLP
Richards Layton & Finger
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Weworski and Associates


**Top Creditors**
AcademixDirect, Inc.
ACI Specialty Benefits
Aerotek, Inc.
Ambassador Education Solutions
Atrilogy Solutions Group, Inc.
BDA (Bensussen Deutsch & Associates)
Bureau for Private Postsecondary Ed.
Campus Management Corp.
CareerBuilder, LLC
Cebra B. Graves

Comcast Spotlight
Cooley LLP
Deccan Plateau Corporation
Drinker Biddle & Reath LLP
Dyntek Services
ECMC Solutions Corporation
eLoyalty, LLC
Gaylord National Resort & Convention Center
Graebel Relocation Svc Worldwide, Inc.
Guardsmark, LLC
Hewlett-Packard Co, Inc.
Inter Media Advertising
Intralinks, Inc
Jones Lang LaSalle Americas, Inc.
Jones Lang LaSalle Brokerage, Inc.
Lampert 25500 Industrial Blvd., LLC
LBA Realty Fund II - WBP III, LLC
Lead Pro Direct LLC
Moraga Enterprises
NASDAQ Stock Market, The LLC
NBCU
OptimalResume.com, Inc.
P.R.G. Investment Fund, L.P.
Payne & Fears LLP
PCM Sales, Inc.
Pocket Nurse Enterprises, Inc.
PricewaterhouseCoopers LLP
Profiles International, Inc.
Qualtrics Labs, Inc.
Rackspace Hosting
Securitas Security Services USA, Inc.
Squar, Milner, Peterson, Miranda & Williamson LLP
Store Master Funding I, LLC
StudentScout, LLC
SuccessFactors, Inc.
Tallan, Inc.
Testout Corporation
Tri Dimensional Solutions Inc.
Walgreens of Hawaii, LLC
Watt Long Beach, LLC

**United States Trustee Professionals and District of Delaware Judges**
Attix, Lauren
Bello, Rachel
Bird, David D.
Buchbinder, David
Capp, Laurie
Carey, Kevin J.
DeAngelis, Roberta A.
Dortch, Shakima L.
Farrell, Catherine

Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Grottini, Donna
Hackman, Benjamin
Haney, Laura
Heck, Jeffrey
Hunt, Nancy
Johnson, Lora
Kenney, Mark
Leamy, Jane
Marvel, Ivone
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Szymanski, Cheryl
Tinker, T. Patrick
Vinson, Ramona
Walker, Jill
Walrath, Mary F.
Werkheiser, Rachel
West, Michael
Wynn, Dion

**Other**
360training.com
Aequitas Capital Management
Consumer Financial Protection Bureau
Educational Credit Management Corporation
Goal Structured Solutions
HCA - HealthONE LLC
Hillsborough Center, Inc.
James Cole, U.S. ED
James Runcie, U.S. ED
Mushtaq Gunja, U.S. ED
Office of the Attorney General – State of Arkansas
Office of the Attorney General – State of Arizona
Office of the Attorney General – State of California
Office of the Attorney General – State of Colorado
Office of the Attorney General – State of Connecticut
Office of the Attorney General – State of Florida
Office of the Attorney General – State of Hawaii

Office of the Attorney General – State of Idaho
Office of the Attorney General – State of Iowa
Office of the Attorney General – State of Kentucky
Office of the Attorney General – State of Minnesota
Office of the Attorney General – State of Missouri
Office of the Attorney General – State of Nebraska
Office of the Attorney General – State of New Mexico
Office of the Attorney General – State of New York
Office of the Attorney General – State of North Carolina
Office of the Attorney General – State of Oregon
Office of the Attorney General – State of Pennsylvania
Office of the Attorney General – State of Tennessee
Office of the Attorney General – State of Washington
Office of the Attorney General – State of Wisconsin
Robin Minor, U.S. ED
Store Capital Acquisitions, LLC
Ted Mitchell, U.S. ED
U.S. Department of Education
Unity Church of Melbourne
Zenith Education Group