**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | Case No. 15-10952 (KJC) |
| Debtors.[1] | Jointly Administered |

**DECLARATION OF THERESE BURKHART, AUTHORIZED
REPRESENTATIVE OF MCKINLEY AVENUE, LLC, IN SUPPORT OF
APPLICATION FOR ORDER AUTHORIZING THE RETENTION OF BROWN
RUDNICK LLP AND THE ROSNER LAW GROUP LLC AS CO-COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
CORINTHIAN COLLEGES, INC., *NUNC PRO TUNC* TO MAY 13, 2015**

I, Therese Burkhart, the authorized representative of McKinley Avenue, LLC, declare under penalty of perjury:

1.      McKinley Avenue, LLC ("McKinley") was appointed to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned Chapter 11 cases on May 13, 2015.

2.      The Committee members elected McKinley as the chair of the Committee.

3.      I am the duly authorized representative of McKinley in connection with its membership on the Committee.

4.      I submit this declaration (the "Declaration") in support of the *Application for Order Authorizing the Retention of Brown Rudnick LLP as Co-Counsel for the Official*

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505, SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1

*Committee of Unsecured Creditors of Corinthian Colleges, Inc., Nunc Pro Tunc to May 13, 2015*

and the *Application for Order Authorizing the Retention of The Rosner Law Group LLC as*

*Delaware Counsel for the Official Committee of Unsecured Creditors of Corinthian Colleges,*

*Inc., Nunc Pro Tunc to May 13, 2015* (together, the "Application"). Except as otherwise noted,

all facts in this Declaration are based on my personal knowledge of the matters set forth herein,

information gathered from my review of relevant documents, and information supplied to me by

other members of the Committee.

5.      On May 13, 2015, the Committee interviewed five (5) law firm candidates to

serve as the Committee's primary restructuring counsel. The Committee selected Brown

Rudnick LLP ("Brown Rudnick") as its lead counsel and The Rosner Law Group LLC ("RLG")

as its Delaware counsel in these chapter 11 cases subject to Court approval. In selecting Brown

Rudnick as its counsel, the Committee considered its expertise in the relevant legal issues and

experience in similar proceedings.

6.      I believe that Brown Rudnick has become familiar with the Committee, the

Committee's goals, the Debtors, and many of the potential legal issues that may arise in the

context of these Chapter 11 cases. I believe that for this reason, as well as Brown Rudnick's

extensive experience in corporate reorganizations, both out-of-court and under Chapter 11 of the

Bankruptcy Code, and in particular with regard to Delaware practice and procedures and

Committee representations, Brown Rudnick is well qualified to represent the Committee in these

Chapter 11 cases.

### Rate Structure and Budget

7.      The rates to be charged by Brown Rudnick and RLG for this engagement are set

forth in the Application. Brown Rudnick and RLG have informed the Committee that their

respective rates and material terms of engagement are consistent with the rates and material terms of engagements that it charge for non-bankruptcy litigation and transactional services. Brown Rudnick and RLG have further informed the Committee that their respective rates and materials terms of engagement are comparable to the rates and material terms of engagement of other comparably skilled bankruptcy professionals and that none of their rates vary based on the geographic location of this case

8.      Neither Brown Rudnick nor RLG have represented the Committee in the twelve months preceding the Petition Date.

9.      The Committee has approved Brown Rudnick's and RLG's budgets and staffing plans from the date the firms were retained (i.e., May 13, 2015) through June 30, 2015.

### Cost Supervision

10.      The Committee recognizes that it has the responsibility to closely monitor the billing practices of its counsel to ensure that the fees and expenses paid by the estate remain consistent with the Committee's expectations of the Chapter 11 cases.

11.      Accordingly, Brown Rudnick will provide the Committee with copies of all of its fee applications in advance of filing such fee applications with the Bankruptcy Court. The Committee will review all such applications to determine whether the fees and expenses included therein are reasonable.

12.      The Committee and Brown Rudnick will work together to determine whether any routine matters may be handled more cost-effectively by local Delaware counsel or other outside counsel. Proposed local Delaware co-counsel to the Committee is The Rosner Law Group LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 1, 2015

_Therese Burkhart_

Therese Burkhart
*Authorized Representative of McKinley Avenue, LLC*
*Chair, Official Committee of Unsecured Creditors in the Chapter 11 Cases of Corinthian Colleges, Inc., et al.*

61954829

4