## EXHIBIT A

**Rejected Leases**

Exhibit A - Rejected Leases

| Campus | Landlord Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| Alhambra Parking | Athena Parking, Inc. | 1000 S Fremont Avenue | Unit 1, Suite 109 | Alhambra | CA | 91803 | Parking agreement by and between Athena Parking and Corinthian Colleges Inc., and any amendments thereto | | 6/1/2015 |
| Heald Headquarters Parking | Standard Parking Company | 1055 W. 7th St., Suite 1500 | | Los Angeles | CA | 90017 | Parking Agreement by and between Standard Parking Company and Corinthian Colleges, Inc., and any amendments thereto | | 6/1/2015 |
| | Standard Parking Company | 1719 Franklin Street | | Oakland | CA | 94612 | | | |