## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Julia B. Klein, hereby certify that, on June 1, 2015, I caused a copy of the following

documents to be served via First-Class Mail upon the parties listed on the attached **Exhibit A**:

- *Application for Order Authorizing the Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of Corinthian Colleges, Inc., Nunc Pro Tunc to May 13, 2015.* [D.I. 254; filed June 1, 2015]

- *Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of the Rosner Law Group LLC as Delaware Counsel to Creditors' Committee Nunc Pro Tunc to May 13, 2015.* [D.I. 256; filed June 1, 2015]

- *Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328 and 1103 and Bankruptcy Rule 2014(a) Approving the Employment and Retention of Gavin/Solmonese LLC Nunc Pro Tunc to May 13, 2015 as Financial Advisor to the Official Committee of Unsecured Creditors.* [D.I. 255; filed June 1, 2015].

Dated: June 2, 2015
      Wilmington, Delaware

                **THE ROSNER LAW GROUP LLC**

                */s/ Julia Klein*
                Frederick B. Rosner, Esq. (DE 3995)
                Julia B. Klein, Esq. (DE 5198)
                824 Market Street, Suite 810
                Wilmington, DE 19801
                (302) 777-1111
                rosner@teamrosner.com
                klein@teamrosner.com

                *Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

## EXHIBIT A

Arizona Department of Education
1535 West Jefferson Street
Phoenix, AZ 85007

Ashby & Geddes, P.A.
Attn: William Bowden/Ricardo Palacio
Attn: Leigh-Anne Raport
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150

BMC Group, Inc.
Attn: T. Feil
300 Continental Boulevard #570
El Segundo, CA 90245

Brown Rudnick LLP
Attn: H. Jeffrey Schwartz/Bennett Silverberg
Seven Times Square
New York, NY 10036

Bureau of Labor and Industries
800 NE Oregon St., Suite 1045
Portland, OR 97232

CA Labor & Workforce Development Agency
Attn: PAGA Administrator
455 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Cal/OSHA
1515 Clay Street, Suite 1901
Oakland, CA 94612

California Department of Education
1430 N Street
Sacramento, CA 95814-5901

{00016063. }

California Department of Justice
1300 I St., #1142
Sacramento, CA 95814-5901

Delaware Secretary of State
Division Of Corporations
Franchise Tax Division
P.O. Box 898
Dover, DE 19903

Dept of Labor & Industrial Relations
830 Punchbowl St #321
Honolulu, HI 96813

Division of Safety & Health
One Hudson Square
75 Varick Street (7th Floor)
New York, NY 10013

Division of Unemployment Ins.
Department Of Labor
4425 N. Market Street
Wilmington, DE 19802

Drinker Biddle & Reath LLP
Attn: Michael P. Pompeo
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714

Drinker Biddle & Reath LLP
Attn: H. John Michel, Jr.
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

Drinker Biddle & Reath LLP
Attn: Howard A. Cohen
222 Delaware Ave., Ste.1410
Wilmington, DE 19801-1621

Equity One, Inc.
Attn: Legal Department
1600 Northeast Miami Gardens Drive
North Miami Beach, FL 33179

Hawaii State Department of Education
1390 Miller St.
Honolulu, HI 96813

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeffer Mangels Butler & Mitchell LLP
Attn: Barry Freeman/David Poitras
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Katten Muchin Rosenman LLP
Attn: Brian Huben/Dustin Branch
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Kelley Drye & Warren LLP
Attn: Robert L. LeHane
101 Park Avenue
New York, NY 10178

Labor Department
800 W Washington St
Phoenix, AZ 85007

Lampert 25500 Industrial Blvd., LLC
Attn: Roland Lampert
P.O. Box 712711
Cincinnati, OH 75271-2711

Morrison & Foerster LLP
Attn: Lorenzo Marinuzzi/Erica Richards
250 West 55th Street
New York, NY 10019-9601

New York State Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY 12240

NYC Department of Education
Tweed Courthouse
52 Chambers Street
New York, NY 10007

Occupational Safety & Health Administration
800 W. Washington Street, 2nd floor
Phoenix, AZ 85007

Occupational Safety & Health
830 Punchbowl St # 425
Honolulu, HI 96813

Office of the U.S. Attorney
District of Arizona
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

Office of the U.S. Attorney
District of Hawaii
300 Ala Moana Blvd., #6-100
Honolulu, HI 96850

Office of the U.S. Attorney
Southern District of New York
One Saints Andrew Plaza
New York, NY 10007

{00016063. }

Office of the U.S. Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Office of the United States Trustee
Attn: Richard Schepacarter/Timothy Fox
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

Oregon Department of Education
255 Capitol Street NE
Salem, OR 97310-0203

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

Palm Springs Mile Associates, Ltd
Attn: Phillip J. Eisenberg
c/o Phillips International
295 Madison Ave., 2nd Floor
New York, NY 10017

Potter Anderson & Corroon LLP
Attn: Jeremy Ryan/Etta Myers
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951

Richards, Layton & Finger, PA
Attn: Mark D. Collins/Michael Merchant
Attn: Marisa Terranova/Amanda Steele
One Rodney Square
920 North King Street
Wilmington, DE 19801

Secretary of The Treasury
P.O. Box 7040
Dover, DE 19903

{00016063. }

Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Reg. Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

Sidley Austin LLP
Attn: Jennifer Hagle/Anna Gumport
555 West Fifth Street, #4000
Los Angeles, CA 90013

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Sarah E. Pierce
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Felicia Gerber Perlman
155 N. Wacker Drive
Chicago, IL 60606-1720

State of Delaware
820 N. French Street
Division of Revenue - 8th Floor
Wilmington, DE 19801-0820

State of Oregon Osha Office
1230 NE 3rd St #115
Bend, OR 97701

TX Comptroller of Public Accounts
Attn: Courtney J. Hull
Attn: John Mark Stern, AAG
Bankruptcy & Collections Division, MC 008
P.O. Box 12548
Austin, TX 78711-2548

{00016063. }

U.S. Attorney's Office
P.O. Box 2046
1201 Market St., Ste. 1100
Wilmington, DE 19899-2046

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Department of Justice
Civil Division
Attn: Lloyd H. Randolph
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Watt Long Beach, LLC
Attn: James Maginn
2716 Ocean Park Blvd.
Santa Monica, CA 90405

Wisconsin Department of Justice
Attn: Brad D. Schimel, AG
Attn: F. Mark Bromley, AAG
Post Office Box 7857
Madison, WI 53707-7857

Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
Attn: Linda Mitten
651 Boas Street, Room 700
Harrisburg, PA 17121

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

{00016063. }

Missouri Department of Revenue
Bankruptcy Unit
Attention: Steven A. Ginther
PO Box 475
Jefferson City, MO 65105-0475

Sheppard, Mullin, Richter & Hampton LLP
Attn: Carren B. Shulman, Esq.
30 Rockefeller Plaza
New York, New York 10112

{00016063. }