**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al.,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered |

**CERTIFICATION BY GOVERNMENT ATTORNEY**

Pursuant to Local Rule 9010-1(e)(i), the undersigned hereby certifies as follows:

I am a Deputy Attorney General at the California Department of Justice.  I represent the People

of the State of California.  I am admitted to the State Bar of California, the United States Court

of Appeals for the Ninth Circuit, the United States District Court for the Northern District of

California and the United States District Court for the Central District of California.  I am in

good standing in all jurisdictions in which I am admitted.  I will be bound by the Local Rules and

submit to the jurisdiction of this Court for disciplinary purposes.


Dated:  June 2, 2015

Respectfully submitted,


*/s/ Nicholas G. Campins*
NICHOLAS G. CAMPINS
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5733
  Fax:  (415) 703-5480
  E-mail:  Nicholas.Campins@doj.ca.gov

*Attorney for the*
*People of the State of California*

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
The foregoing document entitled CERTIFICATION BY GOVERNMENT ATTORNEY will be served by the court via NEF and hyperlink to the document.  On June 2, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Lorie Ann Ball    lball@robinskaplan.com, ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com;arichardson@publiccounsel.org
- Rachel Layne Biblo    Biblo@rlf.com, rbgroup@rlf.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- F Mark Bromley    bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us
- William J. Burnett    william.burnett@flastergreenberg.com
- Howard A. Cohen    howard.cohen@dbr.com
- Mark D. Collins    rbgroup@rlf.com
- Kelly M. Conlan, Esquire    kconlan@connollygallagher.com
- John D. Demmy    jdd@stevenslee.com
- Timothy Jay Fox    timothy.fox@usdoj.gov
- Barry V. Freeman    bfreeman@jmbm.com, dmp@jmbm.com
- Scott F. Gautier    sgautier@robinskaplan.com, chernandez@robinskaplan.com
- Steven A. Ginther    deecf@dor.mo.gov
- Cynthia C. Hernandez    chernandez@robinskaplan.com
- Brian David Huben    brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Courtney J Hull    bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- Shanti M. Katona    skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Julia Bettina Klein    klein@teamrosner.com
- Matthew Ryan Koch    mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com
- Robert L. LeHane    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- Michael Joseph Merchant    merchant@rlf.com, rbgroup@rlf.com
- Omni Management Group, LLC    scott@omnimgt.com
- Steven Phillip Ordaz    sordaz@bmcgroup.com, ecfbk@bmcgroup.com
- Ricardo Palacio    rpalacio@ashby-geddes.com
- Sarah E. Pierce    sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com

- Lloyd H. Randolph    lloyd.randolph@usdoj.gov, janice.murray@usdoj.gov
- Leigh-Anne M. Raport    lraport@ashby-geddes.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Erica J. Richards    erichards@mofo.com
- Rene S. Roupinian    rsr@outtengolden.com, jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- Jeremy William Ryan    jryan@potteranderson.com, bankruptcy@potteranderson.com
- Richard L. Schepacarter    richard.schepacarter@usdoj.gov
- Carren Shulman    cshulman@sheppardmullin.com, mcademartori@sheppardmullin.com;ksmith@sheppardmullin.com
- Amanda R. Steele    steele@rlf.com, rbgroup@rlf.com
- William F. Taylor    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Marisa A. Terranova    terranova@rlf.com, rbgroup@rlf.com
- Ronald Mark Tucker    rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Christopher A. Ward    cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jeremy Welch    jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- Etta Ren Wolfe    ewolfe@potteranderson.com, bankruptcy@potteranderson.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 2, 2015 | Nicholas Campins | /s/ Nicholas G. Campins |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |