

March 28, 2015

Clerk's Office
U.S. Bankruptcy Court
District of Delaware
824 N Market Street
Wilmington, DE 19801

Re: **In Re Corinthian Colleges, Inc.**, Case Number 15-10952 (KJC)

Dear Sir/Madam,

Please update the address of creditor **McCann Associates Holdings, LLC** as follows:

**Attn: General Counsel
McCann Associates Holdings, LLC
6805 Route 202
New Hope, PA 18938**

We no longer use the listed 800 Township Line Road address.

Very truly yours,

**McCann Associates Holdings, LLC**

By: _____
Kenneth J. LaFiandra
General Counsel