# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 1:15-10952 (KJC)<br><br>Jointly Administered |

## CONSENT TO SERVICE OF DOCUMENTS BY RECEIPT OF ECF NOTICE

    I, Nicholas G. Campins, on behalf of the California Department of Justice certify that I am a registered ECF-user and that the California Department of Justice represents the People of the State of California. The California Department of Justice consents to service of documents in the above-referenced case by receipt of the ECF Notice only. The consent remains effective until it is withdrawn by submitting a signed written notice to the Clerk of the Bankruptcy Court and served on Debtors' counsel. This consent to ECF service shall not be construed as a waiver of immunity or as consent to jurisdiction herein.

Dated: June 2, 2015

                                        Respectfully submitted,

                                        KAMALA D. HARRIS
                                        Attorney General of California

                                        */s/ Nicholas G. Campins*
                                        NICHOLAS G. CAMPINS
                                        Deputy Attorney General
                                        455 Golden Gate Avenue, Suite 11000
                                        San Francisco, CA 94102-7004
                                          Telephone: (415) 703-5733
                                          Fax: (415) 703-5480
                                          E-mail: Nicholas.Campins@doj.ca.gov

                                        *Attorney for the*
                                        *People of the State of California*

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
The foregoing document entitled CONSENT TO SERVICE OF DOCUMENTS BY RECEIPT OF ECF NOTICE will be served by the court via NEF and hyperlink to the document. On June 2, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Lorie Ann Ball    lball@robinskaplan.com, ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com;arichardson@publiccounsel.org
- Rachel Layne Biblo    Biblo@rlf.com, rbgroup@rlf.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- F Mark Bromley    bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us
- William J. Burnett    william.burnett@flastergreenberg.com
- Howard A. Cohen    howard.cohen@dbr.com
- Mark D. Collins    rbgroup@rlf.com
- Kelly M. Conlan, Esquire    kconlan@connollygallagher.com
- John D. Demmy    jdd@stevenslee.com
- Timothy Jay Fox    timothy.fox@usdoj.gov
- Barry V. Freeman    bfreeman@jmbm.com, dmp@jmbm.com
- Scott F. Gautier    sgautier@robinskaplan.com, chernandez@robinskaplan.com
- Steven A. Ginther    deecf@dor.mo.gov
- Cynthia C. Hernandez    chernandez@robinskaplan.com
- Brian David Huben    brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Courtney J Hull    bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- Shanti M. Katona    skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Julia Bettina Klein    klein@teamrosner.com
- Matthew Ryan Koch    mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com
- Robert L. LeHane    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- Michael Joseph Merchant    merchant@rlf.com, rbgroup@rlf.com
- Omni Management Group, LLC    scott@omnimgt.com
- Steven Phillip Ordaz    sordaz@bmcgroup.com, ecfbk@bmcgroup.com
- Ricardo Palacio    rpalacio@ashby-geddes.com
- Sarah E. Pierce    sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Lloyd H. Randolph    lloyd.randolph@usdoj.gov, janice.murray@usdoj.gov
- Leigh-Anne M. Raport    lraport@ashby-geddes.com

- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Erica J. Richards    erichards@mofo.com
- Rene S. Roupinian    rsr@outtengolden.com, jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- Jeremy William Ryan    jryan@potteranderson.com, bankruptcy@potteranderson.com
- Richard L. Schepacarter    richard.schepacarter@usdoj.gov
- Carren Shulman    cshulman@sheppardmullin.com, mcademartori@sheppardmullin.com;ksmith@sheppardmullin.com
- Amanda R. Steele    steele@rlf.com, rbgroup@rlf.com
- William F. Taylor    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Marisa A. Terranova    terranova@rlf.com, rbgroup@rlf.com
- Ronald Mark Tucker    rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Christopher A. Ward    cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jeremy Welch    jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- Etta Ren Wolfe    ewolfe@potteranderson.com, bankruptcy@potteranderson.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 2, 2015 | Nicholas Campins | /s/ Nicholas G. Campins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |