## EXHIBIT A

**Whitney Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

--------------------------------------------------------------

## DECLARATION OF CHRIS WHITNEY IN SUPPORT OF THE DEBTORS' MOTION FOR AUTHORIZATION TO (A) ASSUME ENGAGEMENT AGREEMENTS WITH PRICEWATERHOUSECOOPERS, LLP AND (B) EMPLOY AND RETAIN PRICEWATERHOUSECOOPERS, LLP AS TAX ADVISOR *NUNC PRO TUNC* TO THE PETITION DATE

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I, Chris Whitney, respectfully state as follows:

1.     I am a Certified Public Accountant and a partner of PricewaterhouseCoopers LLP ("**PwC**"), a professional services firm.  This declaration is being submitted in connection with the proposed retention of PwC as tax advisor to the Debtors to perform services as set forth in the motion seeking to retain PwC (the "**Motion**").[2]

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

**A. PwC's Qualifications**

2.       Pursuant to the Engagement Agreements between the Debtors and PwC, the Debtors hired PwC as its tax advisor.  PwC is well qualified to provide such services to the Debtors due to our prior history with the Debtors and providing services to the Debtors since 2008.  PwC has extensive experience and knowledge in performing the scope of work described below and is widely recognized for its experience and expertise in the provision of such services to large and complex business entities.  PwC has also been retained in numerous nationally prominent chapter 11 proceedings.

3.       PwC is a leading full-service accounting, consulting and financial services firm with over 75 offices and over 30,000 employees in the United States.  It has considerable experience providing accounting, auditing, tax and financial advisory services to businesses in a chapter 11 environment.  PwC acted as a tax consultant in both in-court and out-of-court restructuring of companies of various sizes across a wide array of industries and has been employed in numerous chapter 11 cases including:  *In re Altegrity, Inc.*, Case No. 15-10226 (LSS); *In re USEC Inc.*, Case No. 14-10475 (CSS); *In re Handy Hardware Wholesale, Inc.*, Case No. 13-10060 (MFW); *In re Ritz Camera & Image, L.L.C.*, Case No. 12-11868 (KG); *In re Allied Systems Holdings, Inc.*, Case No. 12-11564 (CSS); *In re Urban Brands, Inc.*, Case No. 10-13005 (KJC); *In re Trico Marine Services, Inc.*, Case No. 10-12653 (BLS); *In re Tribune Co.*, Case No. 08-13141 (KJC).  PwC's services in connection with the Debtors' tax matters, which will mirror those provided in earlier cases, will increase the estates assets.

**B.       Services to Be Provided**

4.       Subject to further order by the Court, PwC may provide additional services related to the Engagement Agreements (as attached to the Motion).

5.      As reflected within the Sales/Use Tax Refund Agreement, PwC performed a reverse sales and use tax audit relating to the Debtors' U.S. operations (the "**Sales/Use Tax Refund Services**").   A copy of the Engagement Letter is attached to the Motion as <u>Exhibit B</u> (the "**Sales/Use Tax Refund Agreement**").   Specifically, the Sales/Use Tax Refund Services involved, among other things, a review of past and current accounts payable and sales and use tax reporting systems within the Debtors' domestic operations to determine an efficient method to quantify, document and obtain refunds (and, where deemed appropriate, to pursue such refunds).

6.      The Sales/Use Tax Refund Agreement included a contingent fee structure, whereby PwC would be paid twenty-five (25) percent of the "project savings" realized by Corinthian. "Project savings" realized include any sales and use tax refunds or credits identified by PwC, which are ultimately approved by vendors and/or taxing authorities, and interests thereon.   The "project savings" also included any overpayments identified within the project, including related interest and penalties, which, as a result of a taxing jurisdiction's review, were applied as offsets against past, current or future liabilities to the taxing jurisdiction and/or vendors.   Following the Petition Date, on May 12, 2015, Corinthian received a refund check from the State of California in the amount of $403,309.06 as a result of the Sales/Use Tax Refund Services, for which PwC has yet to be compensated.

7.      Prior to the Petition Date, the Debtors retained PwC pursuant to the terms of the Engagement Letter, dated March 7, 2014, to perform a state income tax refund review relating to the Debtors' U.S. operations (the "**Income Tax Refund Services**").   A copy of the Engagement Letter is attached to the Motion as <u>Exhibit C</u> (the "**Income Tax Refund Agreement**", collective with the State/Use Tax Refund Agreement, the "**Engagement Agreements**").   Specifically, the

Income Tax Refund Services involved, among other things, a review of past and current state income tax returns to identify refund opportunities and file amended returns to claim these refunds.

8.      The Income Tax Refund Agreement included a contingent fee structure, whereby PwC would be paid twenty-five (25) percent of the "tax savings" realized by Corinthian.  "Tax savings" realized include any income and franchise tax refunds including any related interest or penalties. As of the Petition Date, the CA FTB is finalizing its findings to approve a refund of approximately $800,000 related to the Enterprise Zone credit. In addition, on June 24, 2014, PwC also filed an income tax refund claim with the State of Michigan in the amount of $588,313 plus any applicable interest related to the years ended June 30, 2009 and June 30, 2010. The income tax refund claim is based on ability to make an election under the Multistate Tax Compact to utilize an evenly weighted three factors (property, payroll, and sales) apportionment formula.

9.      On April 27, 2015, PwC presented a Statement of Work (the "**SOW**"), a copy of which is attached to the Motion as Exhibit D, which expanded the scope of services to be provided by PwC.  Pursuant to the SOW, PwC agreed to provide advice and assistance with respect to matters relating to the ongoing CA FTB examination of Corinthian's California corporate income tax returns for fiscal years ending June 30, 2009 through June 30, 2012, which are outside the scope of the services covered under the prior Engagement Agreements referred to in Exhibits B and C (the "**FTB Services**").  Although Corinthian has not yet signed the SOW, PwC has commenced providing the FTB Services. A significant amount of the FTB Services remain outstanding as of the Petition Date.  Pursuant to the SOW, PwC shall be compensated for the FTB Services on an hourly basis.

10.      The terms and conditions of each Engagement Agreement were negotiated between the Debtors and PwC and reflect the parties' mutual agreement as to the substantial efforts that

will be required by both parties.  PwC has indicated a desire and willingness to act in the Debtors'

cases and render the necessary professional services for the Debtors on the terms set forth in the

Engagement Agreements and described herein, and to subject itself to the jurisdiction of the Court.

11.     PwC intends to complement, and not duplicate, the services to be rendered by any

other professional retained in these chapter 11 cases. PwC has and will continue to work closely

with other Debtors' professionals, to the extent necessary, to prevent any duplication of efforts in

the course of advising the Debtors.

**C.  Professional Compensation**

12.     PwC intends to apply for compensation for professional services rendered and

reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases, subject to

the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the

Bankruptcy Rules, the Local Rules, the United States Trustee's Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses (the "**U.S. Trustee Guidelines**"),

any other applicable procedures and orders of the Court, and the terms and conditions of the

Engagement Agreements

13.     Under the terms of the Engagement Agreements, PwC's compensation for the

Sales/Use Tax Refund Services and the Income Tax Refund Services is based on a contingency

fee arrangement.  Indeed, PwC is entitled to 25% of any refund or credit received by the Debtors

(as further detailed in the Engagement Agreements).   This contingency fee arrangement is

beneficial to the estate, in that it does not require the Debtors to pay any fees to PwC (though it

does require the reimbursement of certain reasonable out-of-pocket expenses) absent receipt of an

actual benefit by the Debtors (most likely in the form of refunded sales/use tax amounts and income

tax amounts).

14.     In addition to the contingency fee arrangement for Sales/Use Tax Refund Services and Income Tax Refund Services, PwC will charge its standard hourly rates for any CA FTB Audit Support Services provided pursuant to the SOW.  PwC intends to apply to the Court for allowance of compensation for any fees and expenses relating to the CA FTB Audit Support Services in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any applicable orders of this Court.  Subject to those provisions, the Debtors propose to pay PwC its customary hourly rates for CA FTB Audit Support Services as set forth in the Whitney Declaration.  The Debtors submit that these rates are reasonable.

15.     PwC's current hourly rates for matters related to these chapter 11 cases are expected to be within the following ranges:

| Position | Range of Hourly Rates |
| --- | --- |
| Partners | $719 an hour |
| Director | $488 an hour |
| Manager | $389 an hour |
| Senior Associates | $289 an hour |
| Associates and other staff | $158-$215 an hour |

16.     The principal professionals designated to assist the Debtors and their current positions within the organization are as follows:

| | |
| --- | --- |
| Chris Whitney | Partner |
| George Yashou | Director |
| Nicole Rayhan | Senior Associate |

17.     PwC's hourly rates are set at a level designed to compensate PwC fairly for the work of its professionals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions (which adjustments will be reflected in the

first PwC fee application following such adjustments) and are consistent with the rates charged elsewhere.

18.     Other than the periodic adjustments described above, PwC's hourly rates and financial terms for the services performed prior to the Petition Date are identical to the hourly rates and financial terms of the postpetition engagement proposed herein.  These hourly rates are consistent with the rates that PwC charges other entities seeking equivalent tax and accounting assistance and advice.  Notwithstanding the consistent hourly rates, PwC as a practice reviews all time charges and makes adjustments as necessary to correct any inefficiency that may appear before billing.

19.     Pursuant to Local Rule 2016-2(d), in a motion for compensation and reimbursement of expenses, activities must be billed in tenths of an hour.  It is not the general practice of PwC employees to keep records in such increments.  PwC's customary practice is to provide a detailed description of the services rendered and the amount of time spent on each date in half-hour increments.  PwC believes that PwC's customary practice with respect to time descriptions will still provide this Court with the ability to appropriately review and evaluate the services provided by PwC.  PwC will also provide a narrative summary of the contingency fee calculation pursuant to the fee and payment terms in the Engagement Agreements. Furthermore, because of both the contingent fee agreement, which will constitute a vast majority of PwC's compensation from the Debtors, and the substantial cost in altering PwC's time-keeping practices, the Debtors respectfully seek a waiver of Local Rule 2016-2(d) to permit PwC to submit its time records in half-hour increments.

20.     The PwC professionals providing services to the Debtors will consult with internal PwC bankruptcy retention and billing advisors to ensure compliance with the applicable provisions

of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, guidelines established by the United States Trustee and any other applicable procedures and orders of the Court, as well as to decrease the overall fees associated with the administrative aspects of PwC's engagement. The services provided by these bankruptcy retention and billing advisors shall include, but are not limited to: (a) assistance with preparation of the bankruptcy retention documents; (b) assistance with the disinterestedness disclosures; and (c) preparation of monthly fee statements and interim and final fee applications. Given the specialized nature of these services, specific billing rates exist for these PwC bankruptcy retention and billing advisors.[3]

21.  Other than as set forth herein, no other arrangement is proposed between the Debtors and PwC for compensation to be paid in these chapter 11 cases. PwC has informed the Debtors that it has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

22.  PwC will also bill the Debtors for reasonable out-of-pocket expenses, use or value added tax, as applicable, and internal per-ticket charges for booking travel. PwC will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to PwC's other clients or as previously fixed by this Court. PwC believes that it is fair to charge these expenses to the clients incurring them instead of increasing hourly rates and spreading these expenses among all clients.

### D.    Disinterestedness

23.  In connection with its proposed retention by the Debtors in these cases, PwC undertook to determine whether PwC has any conflicts or other relationships that might cause it

---

[3]  The rate per hour for these PwC bankruptcy retention and billing advisors by level of experience will be as follows: Director: $550; Manager: $400; Senior Associate: $290; Associate: $225 and Paraprofessional: $150. These rates also are subject to periodic adjustments.

not to be disinterested or to hold or represent an interest adverse to the Debtors or their estates. Specifically, PwC obtained from the Debtors the names of individuals and entities that may be parties in interest in the chapter 11 cases (the "**Potential Parties in Interest**"), attached hereto as **Schedule 1**.

24.    PwC's conflict analysis consisted of queries of an internal computer database containing names of individuals and entities that are present or recent former clients of PwC in order to identify relationships with Potential Parties in Interest in these chapter 11 cases.  A summary of the relationships and representations that PwC was able to identify using its reasonable efforts is set forth on **Schedule 2** to this Declaration.  PwC's representation of each entity listed on **Schedule 2** (or its apparent affiliate, as the case may be), however, was or is only on matters that are unrelated to the Debtors and these chapter 11 cases.

25.    Except as set forth on **Schedule 2** hereto: (i) PwC has no connection with the Debtors, the Debtors' creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants; (ii) PwC is not a creditor, equity security holder or insider of the Debtors; (iii) neither PwC (nor any of its principals) is or was, within two years of the Petition Date, a director, officer or employee of the Debtors; and (iv) PwC does not have an interest materially adverse to the Debtors, its estate or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.  Accordingly, PwC is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

26.    PwC is not providing, and will not provide, services to any of the clients that are listed on **Schedule 2** that are adverse to the Debtors or their estates or related to issues connected

to the Debtors' chapter 11 cases.  Further, PwC is not providing, and will not provide, services to the Debtors that would be adverse to any of the entities listed on **Schedule 2**.

27.     PwC has provided, and likely will continue to provide, services unrelated to the chapter 11 cases for the various Potential Parties in Interest listed on **Schedule 2**.  PwC's provision of services to these Potential Parties in Interest primarily has involved the provision of auditing, tax and/or other consulting services.  To the best of my knowledge, information and belief: (i) PwC's services to these parties were and are wholly unrelated to the Debtors, their estates and these chapter 11 cases; (ii) PwC has not provided services to these parties that could impact their rights in the chapter 11 cases; and (iii) PwC's involvement in the chapter 11 cases does not compromise its ability to continue providing such auditing, tax and/or consulting services to these Potential Parties in Interest.

28.     Moreover, as part of its diverse practice, PwC appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and Potential Parties in Interest in these chapter 11 cases.  Additionally, PwC has performed in the past, and may perform in the future, audit, tax and consulting services for various attorneys and law firms in the legal community and has been represented by several attorneys and law firms in the legal community, some of whom may be involved in these chapter 11 cases.  Moreover, PwC has in the past, may currently and will likely in the future be working with or against other professionals involved in these chapter 11 cases on matters unrelated to the Debtors or these chapter 11 cases.  Based on my current knowledge of the professionals involved, and to the best of my knowledge, none of these business relationships create interests materially adverse to the Debtors with respect to the matters for which PwC is to be employed, and none are in connection with these chapter 11 cases.

29.     Although PwC has researched the Potential Parties in Interest list, the Debtors may have customers, creditors, competitors and other parties with whom they maintain business relationships that are not included as Potential Parties in Interest and with whom we may maintain business relationships.  Other than as disclosed herein, PwC has no relationship with the Debtors of which I am aware after due inquiry.

30.     Despite the efforts described above to identify and disclose PwC's connections with Interested Parties, PwC is unable to state with certainty that every client relationship or other connection has been disclosed.  In this regard, if PwC discovers additional information that requires disclosure, PwC will file a supplemental disclosure with the Court as promptly as possible.

31.     To the best of my knowledge, no professional of PwC who will work on this engagement is related or connected to any United States Bankruptcy Judge for the District of Delaware, any District Judge for the District of Delaware or any employee of the Office of the U.S. Trustee.

32.     To the extent that any new relevant facts or relationships bearing on the matters described herein during the period of PwC's retention are discovered or arise, PwC will use reasonable efforts to file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

33.     According to PwC's books and records, during the 90-day period prior to the Petition Date, PwC received no payments from the Debtors for professional services performed and expenses incurred.  To the extent the Motion is granted, PwC has agreed to waive approximately $40,000 in hourly tax advisory services provided to the Debtors rendered prior to the Petition Date.

34.    In addition, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, PwC neither holds nor represents any interest adverse to the Debtor within the meaning of § 327(a) of the Bankruptcy Code.

35.    It is PwC's intention to seek compensation for its services as described in the Motion and the Engagement Agreements in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any and all rules and orders of this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2015
       Santa Ana, California

Respectfully Submitted,

**PricewaterhouseCoopers LLP**

By:    _Christopher A. Whitney, CPA_
       Chris Whitley, Partner

<u>**Schedule 1**</u>

**Parties in Interest**

| Schedule | Category |
| --- | --- |
| 1(a) | Debtor Affiliates |
| 1(b) | Current and Recent Former Officers and Directors |
| 1(c) | Banks |
| 1(d) | Contractual Counterparties |
| 1(e) | Surety Bondholders |
| 1(f) | Insurers |
| 1(g) | Landlords |
| 1(h) | Letters of Credit |
| 1(i) | Lienholders |
| 1(j) | Litigants |
| 1(k) | Professionals |
| 1(l) | Shareholders |
| 1(m) | Significant Vendors |
| 1(n) | Taxing Authorities |
| 1(o) | Top 50 Unsecured Creditors |
| 1(p) | United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members) |
| 1(q) | Utilities |
| 1(r) | Other (Asset Buyers) |

**SCHEDULE 1(a)**

**Debtor Affiliates 1**

Ashmead Education, Inc.
Career Canada C.F.P. Limited
Career Choices, Inc.
CDI Education USA, Inc.
Corinthian Property Group, Inc.
Corinthian Schools, Inc.
ECAT Acquisition, Inc.
ETON Education, Inc.
Everest College Phoenix, Inc.
Everest Colleges Canada, Inc.
Florida Metropolitan University, Inc.
Grand Rapids Educational Center, Inc.
Heald Capital, LLC
Heald College, LLC
Heald Education, LLC
Heald Real Estate, LLC
MJB Acquisition Corporation
National School of Technology
Pegasus Education, Inc.
QIC Acquisition Corporation
Quickstart Intelligence Corporation
Rhodes Business Group, Inc.
Rhodes Colleges, Inc.
SD III-B Heald Holdings Corp.
Sequoia Education, Inc.
Socle Education, Inc.
SP PE VII-B Heald Holdings Corp.
Titan Schools, Inc.
Ward Stone College

---

1       Certain of these entries are predecessor names of the Debtors or have other historical affiliation and have been searched out of an abundance of caution.

**SCHEDULE 1(b)**

**Current and Recent Former Officers and Directors**

| | |
|---|---|
| Adler, Hank | Mirr, Jim |
| Altschuler, Rupert | Morial, Marc H. |
| Austin, Gloria | Mortensen, Stan |
| Bereczky, Andrew | Ord, Kenneth |
| Black, Kelly | Owen, Robert |
| Bosic, Robert | Pelesh, Mark |
| Buchanan, William | Persavich, Jon |
| Bunje, Robert | Poldoian, David |
| Carnagey, Nikee | Rajasalu, Eric |
| Cassetta, Carmella | Ramsay, Sandra |
| Crow, Steve | Rawls, Terry |
| Dean, Kim | Robinson, Sharon P. |
| Deshon, Eeva | Scherer, Diana |
| Dionisio, John | Schnitker, Kelly |
| Dunlap, Anna Marie | Semaan, Hicham |
| Ferguson, Mark | Simpson, Richard |
| Flores, Melissa | Skladany, Linda Arey |
| Gold, Darren | St. Pierre, Paul |
| Guida, Anthony | Stiglich, Michael |
| Hartshorn, Terry | Streets, Fran |
| Kane, Alice | Sullivan, Tim |
| Kennedy, Julia | Van Duinen, Roger |
| Lee, Robert | Vignone, Andrew |
| Luedtke, Luther | Wade, Jim |
| Massimino, Jack | Wilson, Beth |
| McCabe, Michael | |

**SCHEDULE 1(c)**

**Banks**

1st National Bank of Wyoming
Bank of America
Bank of Montreal
Bank of the West
BMO Harris Bank, N.A.
California Bank and Trust
Capital West
City National Bank
City National Bank of West Virginia
Commerce National Bank
First Hawaiian Bank
MUFG Union Bank, N.A.
Northern Trust
One West Bank
OneWest Bank N.A.
PNC Bank
S&T Bank
Sun Trust
U.S. Bank Special Assets Group
U.S. Bank, N.A.
Union Bank
Union Bank of California

**SCHEDULE 1(d)**

**Contractual Counterparties**

1301 East Ridge Road, LLC
1505 Commonwealth Ave Business Center LLC
1740 Partners
2017410 Ontario Limited - Bayfield Mall
225 North Federal Highway, LLC
2400 Del Paso Road, Investors, L.P.
255 Greenspoint Associates LLP
40 Eglinton Avenue East Investments Inc.
6000 S Corporation
70 Harbour Pointe, LLC
8757 Georgia Avenue, L.L.C. Washington
Property Company
ABM Janitorial Service, Inc.
AcademixDirect, Inc.
Acco Airport Center I, LLC
ACI Enterprises, Inc.
ACS Application Management Services, Inc.
ACS Systech Integrators, Inc.
Aerotek Inc
Alliant International University
Altiris
Ambassador College Bookstores, Inc.
American River College
Anchor Computer Inc.
Ansafone Communications
AP Commercial Inc.
AP- Prescott 6080,  LP
Aponte Cleaning Services, Inc.
Aptos Smoke Tree Partners
Aramark Refreshment Services, Inc.
Archcom Technology, Inc
Arey Jones Educational Solutions
Argosy University
Ariba, Inc.
Arizona State University

Arrowhead Center SPE, LLC
Arsenault Investments IV, LLC
Ashford University
Autonomy, Inc.
Avenue100 Media Solutions Inc.
BB &  S Development, LLC
Bedford Park Properties, LLC
Benderson Development, Inc
Berkeley City College
Best Vendors, LLC
BGS Training Inc (CompuCollege-Canada)
Blackboard, Inc.
Blake Bros., LLC
Borelli Investment Company
Boston Properties
Brandman University
California State Teachers' Retirement System
California State University - Chico
California State University - East Bay
California State University - Fresno
California State University - Monterey Bay
California State University - Sacramento
California State University - San Jose
California State University - Stanislaus
California State University Chancellor's Office
Cambridge Property Management LLC
Campus Explorer, Inc.
Campus Management Corp.
Capella University City University
Capital Partners Inc
Career Education Corporation
CareerBuilder.com, LLC
Cassidy Turley BT Commercial
CDI College - Canada
CDW Government LLC

Cecil Shatswell

Cederstrand Rentals

Cellco Partnership

Cengage Learning, Inc.

Central Business Park

Central Business Park II, LLC

CenturyLink

Charminade University

Cherry, Petersen & Landry, LLP

C-III Asset Management LLC

CIM Urban REIT Properties I, LP

Cintas Corporation

Cisco Systems Capital Corporation

City of Kitchener

City University

Clayton Realty Management Group

Clifford Fischer & Company

COCO (WY) QRS 16-51, Inc

COCO-DORM (PA), LP

College of Alameda

College Property Partnership

CollegeBound Network, LLC

Colliers International

Collins College

Comartis AG

CompView, Inc.

Contracts and Legal Services Dept

CoreMedia

Corinthian Kedzie LLC

CRP-2 West Dallas, LP

CSI Leasing, Inc.

CWSP-I-J, LLC, c/o Crown West Realty, LLC

D and K Metcalf I Company, LLC

Daniel G. Kamin Melrose Park Enterprises, LLC

Deccan Plateau

Dechert

Despark Auto Academy - Malaysia

Development Resources, Inc.

DeVry University

Dexia Real Estate Capital Markets

Dickstein Shapiro, LLP

Divine Square LW, LLC

DMI Partners, Inc.

DocuSign, Inc.

DynTek Services, Inc.

Eastern College

eBureau, LLC

ECMC Solutions Corporation

eCollege.com

EducationDynamics, LLC

Elmira Business

eLoyalty, LLC

Elsevier Health Sciences

Enterprise FM Trust

ePlus Technology, Inc.

Equity Office

Equity One, Inc.

ESA P Portfolio LLC

Fair Isaac Corporation

Fall Creek Properties, LLC

FBG Service Corporation

First Park Ten COCO San Antonio, L.P.

First Potomac Management, LLC

FLA Owner, LLC

FP Management, L.L.C

Franklin University - Online

Fresno Pacific University

Fusionstorm

Gardena Medical Plaza, a Calif. Limited part.

Gateway  Montrose, Inc.

GE Capital Business Asset Funding Corp.

George and Antonietta Cotroneo

Gladstone Investment Company

Glenview Equities LLC

Golden Gate University

Gordon and Glenda Elliott

Gould & Ratner

Graebel Relocation Services Worldwide, Inc.

Green Gables Foor, LLC

Green Valley Corporation

Greenspoint 255 Associates, LLP

Guardsmark, LLC

Hamaker Excavation, Inc.

Harsch Investment Properties, LLC

Hartman Simons  Wood, LLP

Hawaii Pacific University

Helios Property Management

Henderson Beltway, LLC

Hendon Properties

Henry Schein Inc.

Hewlett-Packard Financial Services Company

Hillsborough Center, Inc

Horizon Partners Northwest

Hudson Pacific Properties

Hugh and Joan Garver

Hunt Mottet Partners, LLC

iGrad Inc.

Industrial Plaza

Influent/PCCW Teleservices (US)

InterCall, Inc.

Investment Properties and Management, Inc.

Iron Mountain Information Management, Inc.

Irvine Technology Corporation

ITBP Investors, LLC

J. Brookhurst, LLC

JD/LD Virginia, LLC

John C. Radovich LLC (JCR LLC)

John F. Kennedy University

Jones Lang LaSalle Americas Inc.

Jostens, Inc.

K & E Properties

Kaplan University

Kaplan University - Online

Kaufman & Canoles

Kendall Center Management, LLC

Kessler Financial Services, L.P.

Kirch-Metro Company, LLC

Kirch-Metro, LLC

Kitsap Credit Union

Krueger International, Inc.

Kutak Rock LLP

Laney College

LaSalle Systems Leasing, Inc.

LBA Realty Fund II-WBP III, LLC

Lead5 Media, LLC

Level 3 Communications, LLC

Lewis, Rice and Fingersh, LC

LexisNexis

Live Oak Properties, LLC

LivePerson Inc.

LiveVox, Inc.

LSAC Orlando LP (Berkadia)

Lustbader-Ruskin  Investments

Manatt, Phelps and Phillips, LLP

Mark A. Schmidt, Esq.

Mark Ostoich Irrevocable Trust

Masters & Masters

McGraw Hill Education

Meadows Associates LLC,

Medici Companies LLC

Menlo College

Mercantile Partners, L.P.

Mercer Health & Benefits LLC

Merritt College

Mesirow Realty Sale-Leaseback

Michael Ritter and Peter Ritter c/o Today
Management (Windsor), Inc.

Milpitas Mills Limited Partnership

MNA Properties, LLC

Monet Software, Inc.

Montgomery Building, Inc.

Mountain State University

Nathan Benderson, Ronald Benderson & David
H. Baldauf as Trustees

National Office Furniture

National Properties Trust

National University

Nelnet Enrollment Solutions, LLC

Neutron Interactive

Nickanna Corporation

Nicolas T. Zacharidis

NNN Netpark, LLC

North American Real Estate Management

North Valley Property, LLC

Northgate Meridian c/o Stephen C Grey &
Associates

Northgate Ventures, LLC

Northview Properties, LLC

Notre Dame de Namur University
Nova Southeastern University
Oak Ridge Properties
Off Duty Services, Inc.
Office Depot, Inc.
Omniangle Technologies, LLC
Omninet Inverness, LP
One on One Marketing, LLC
Oracle USA, Inc.
Orange Park Commerce Center LLP
Oregon State University
Orlando Executive Park, LLC
Ottawa University
Paetec Communications
Palm Springs Mile Associates
Palo Alto University
Paragon Capital Corporation
Pearson Education, inc.
Penn Foster Career School
Pennsylvania College of Technology
Peralta Community College District
PerformLine, Inc.
Philips International Holding, Corp.
Phoenix Jr. Inc.
Pitney Bowes
Platinum Resource Group
PlattForm Advertising, Inc.
Plaza Del Prado, Inc.
PNC Real Estate
PNW Tax Advisors LLC
Portland State University
PossibleNOW, Inc.
Potomac Festival Limited Partnership
Precision Services Group
Premier Cleaning Services
Prescott Realty Group
PRG Investment Fund, LP
Profiles International, Inc.
ProPark, Inc.
Property Management Associates
PSS World Medical, Inc.
QuinStreet, Inc.

Rackspace US, Inc.
Reseda Medical Consortium, LLC
Ricoh Americas Corporation
Rieck and Crotty, P.C.
River Park Properties III
RMS Properties Limited Partnership
RRC Development Company, c/o Majestic
Management Co.
RTM Productions Inc.
S&W Maintenance Co.
San Jose State University
Schiefer Media, Inc.
Schwartz, Cooper, Greenberger, Kruss, CHTD,
Seaway Development Company, LLC
Second Real Properties LTD
Second Real Properties, LTD
SecureAuth Corporation
Service-now.com
Shaco, Inc.
Sheboygan Holdings, LLC
ShoreGroup, Inc.
Skotdal Properties c/o Colliers International
Skotdal Properties, LLC
SMCG, LLC
Snap-On Industrial
Socle Education, Inc.
Sonoma State University
South Trend Realty, Inc.
Southwest University at El Paso
Spectrum Investment Group, L.L.C.
Sperry Van Ness
Springshare, LLC
Sprint Solutions, Inc.
SSM Properties, LLC
Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A
Stericycle, Inc.
Sterling Karamar Property Management
Stonemill Center, LLC
STORE Master Funding I, LLC
STORE SPE Corinthian, LLC
Strayer University

StudentScout, LLC
SuccessFactors, Inc.
Sungard Availability Services LP
TalentWise Solutions LLC
Tallan
Terrell Mill, LLC
The Alhambra Urban Community LLC
The Corner Company, LLC
The Corporation of the City of Kitchener
The Dot Printer, Inc.
The Gladstone Companies

The John Bremer and Edward Bremer
Consolidated Trust dba Bremer Trust
The Meena Chainani Irrevocable 2010 Trust
The Napleton Group
The Pinnacle Group Maintenance Services Inc.
The Printery, Inc.
The Stroh Companies, Inc.
The Torkon Group
Thinkbox Technology Group LLC
Thornton and Associates, LLC
Tibco Software Inc.
Town Center Mall, LP
Town Development, Inc./ Kossman
TrainingToday
Trans Union LLC
United Parcel Service Inc.
University of Hawaii
University of Phoenix
University of San Francisco
University of the Pacific
Vista Sudbury Hotel, Inc.
Walgreen of Hawaii, LLC
Warner Pacific College
Watt Long Beach, LLC.
Wayland Baptist University
WebMetro
Wells Fargo Bank, N. A.
Westel Communication Services
Western International University
Westmain 2000, L.L.C.
William Jessup University
Winthrop Resources Corporation
Witwer, Oldenburg, Barry and Bedingfield, LLP
Wonderlic, Inc.
YPM, Inc.
Zycus Inc.

**SCHEDULE 1(e)**

**Debtholders**

Arkansas Department of Higher Education

Colorado Dept. of Higher Education Division of Private Occupied Schools

Commonwealth of Kentucky

Commonwealth of Massachusetts

Commonwealth of Massachusetts, Division of Professional Licensure

Commonwealth of Pennsylvania

Commonwealth of Pennsylvania Dept. of Education

Commonweath of Massachusetts

County of Middlesex

District of Columbia

Illinois Board of Higher Education

Kentucky Commission on Proprietary Education

Nebraska Department of Education

Ohio Board of Career Colleges & Schools

State of Alabama

State of Alabama, Dept. of Postsecondary Education

State of Arkansas

State of Colorado

State of Delaware

State of Georgia

State of Hawaii

State of Illinois

State of Iowa

State of Kansas

State of Kansas - Board of Regents

State of Louisiana

State of Louisiana Board of Regents Proprietary School

State of Maine

State of Maine- Department of Education

State of Maryland

State of Michigan

State of Minnesota

State of Mississippi

State of Missouri

State of Nebraska

State of Nevada

State of Nevada Commission on Postsecondary Education

State of Nevada Dept. of Eduation

State of New Jersey

State of New Mexico

State of Oklahoma

State of Oregon, Higher Education Coordinating Commission, Private Career Schools Unit

State of South Carolina

State of Tennessee

State of Virginia

State of Washington

State of West Virginia

State of Wisconsin

Wisconsin Educational Approval Board

**SCHEDULE 1(f)**

**Insurers**

Federal Insurance Company - Chubb
Homeland Insurance Company of New York - One Beacon
Empire Indemnity Insurance Company
Axis Insurance Company
Zurich American Insurance Company
Great Northern Insurance Company - Chubb
XL Insurance America, Inc.
Fireman's Fund Insurance Company
American Zurich Insurance Company
Corinthian Colleges, Inc.
Liberty Insurance Underwriters, Inc.
AIG Specialty Insurance Company
Navigators Specialty Insurance Co.
General Star Indemnity Company
National Union Fire Insurance Company of Pittsburgh, PA (AIG)
RSUI Indemnity Company

## SCHEDULE 1(g)

### Landlords

1253315 Ontario Limited
1301 East Ridge Road, LLC
1303035 Ontario, Inc
1505 Commonwealth Ave Business Center LLC
1740 Partners
2017410 Ontario Limited - Bayfield Mall
225 North Federal Highway, LLC
2400 Del Paso Road, Investors, L.P.
255 Greenspoint Associates LLP
337078 Ontario Ltd.
40 Eglinton Avenue East Investments Inc.
6000 S Corporation
70 Harbour Pointe, LLC
713949 Ontario Limited
713949 Ontario Ltd,
8757 Georgia Avenue, L.L.C. Washington
Property Company
Acco Airport Center I, LLC
AP Commercial Inc.
AP- Prescott 6080,  LP
Aptos Smoke Tree Partners
Archcom Technology, Inc
Arden Realty LP Partnership
Arrowhead Center SPE, LLC
Arsenault Investments IV, LLC
BB &  S Development, LLC
Bedford Park Properties, LLC
Benderson Development, Inc
Blake Bros., LLC
Borelli Investment Company
Boston Properties
Brea Corporate Park LLC
Britphil & Co. LTD
California State Teachers' Retirement System
Cambridge Property Management LLC

Canada Mortgage and Housing Corp.
Capital Partners Inc
Career Education Corporation
Cassidy Turley BT Commercial
Cecil Shatswell
Cederstrand Rentals
Central Business Park
Central Business Park II, LLC
Cherry, Petersen & Landry, LLP
C-III Asset Management LLC
CIM Urban REIT Properties I, LP
City of Kitchener
Clayton Realty Management Group
COCO (WY) QRS 16-51, Inc
COCO-DORM (PA), LP
College Property Partnership
Colliers International
Continental Development LP II
Contracts and Legal Services Dept
Corinthian Kedzie LLC
CRP-2 West Dallas, LP
CWSP-I-J, LLC, c/o Crown West Realty, LLC
D and K Metcalf I Company, LLC
Daniel G. Kamin Melrose Park Enterprises, LLC
Dechert
Development Resources, Inc.
Dexia Real Estate Capital Markets
Dickstein Shapiro, LLP
Divine Square LW, LLC
Equity Office
Equity One, Inc.
ESA P Portfolio LLC
Fall Creek Properties, LLC
First Park Ten COCO San Antonio, L.P.
First Potomac Management, LLC

FLA Owner, LLC

FP Management, L.L.C

Gardena Medical Plaza

Gateway  Montrose, Inc.

GE Capital Business Asset Funding Corp.

General Growth Properties, Inc.

George and Antonietta Cotroneo

Gerald and Gail Roberts

Gladstone Investment Company

Glenview Equities LLC

Gordon and Glenda Elliott

Gould & Ratner

Green Gables Foor, LLC

Green Valley Corporation

Greenspoint 255 Associates, LLP

Hamaker Excavation, Inc.

Harsch Investment Properties, LLC

Hartman Simons  Wood, LLP

Helios Property Management

Henderson Beltway, LLC

Hendon Properties

Hillsborough Center, Inc

Horizon Partners Northwest

Howard Street Associates, LLC

Hudson Pacific Properties

Hugh and Joan Garver

Hunt Mottet Partners, LLC

Industrial Plaza

Investment Properties and Management, Inc.

ITBP Investors, LLC

J. Brookhurst, LLC

JD/LD Virginia, LLC

John C. Radovich LLC (JCR LLC)

K & E Properties

Kaufman & Canoles

Kendall Center Management, LLC

Kilroy Realty LP

Kirch-Metro Company, LLC

Kitsap Credit Union

Kutak Rock LLP

LBA Realty Fund II-WBP III, LLC

Lewis, Rice and Fingersh, LC

Live Oak Properties, LLC

LSAC Orlando LP (Berkadia)

Lustbader-Ruskin  Investments

Manatt, Phelps and Phillips, LLP

Mark A. Schmidt, Esq.

Mark Ostoich Irrevocable Trust

Masters & Masters

Meadows Associates LLC,

Medici Companies LLC

Mercantile Partners, L.P.

Merkburn Holdings Limited

Mesirow Realty Sale-Leaseback

Milpitas Mills Limited Partnership

MNA Properties, LLC

Montgomery Building, Inc.

National Properties Trust

Nickanna Corporation

Nicolas T. Zacharidis

NNN Netpark, LLC

North American Real Estate Management

North Valley Property, LLC

Northgate Meridian

Northgate Ventures, LLC

Northview Properties, LLC

Oak Ridge Properties

OIRE Oregon C, LLC

Omninet Inverness, LP

Orange Park Commerce Center LLP

Orlando Executive Park, LLC

Palm Springs Mile Associates, Ltd

Paragon Capital Corporation

Philips International Holding, Corp.

Phoenix Jr. Inc.

Plaza Del Prado, Inc.

PNC Real Estate

PNW Tax Advisors LLC

Potomac Festival Limited Partnership

Prescott Realty Group

PRG Investment Fund, LP

ProPark, Inc.

Property Management Associates

Redbourne Erindale Properties Co-Ownership

Reseda Medical Consortium, LLC

Rieck and Crotty, P.C.

River Park Properties III

RMS Properties Limited Partnership

RRC Development Company

Schwartz, Cooper, Greenberger, Kruss, CHTD,

Seaway Development Company, LLC

Second Real Properties LTD

Second Real Properties, LTD

Shaco, Inc.

Sheboygan Holdings, LLC

Skotdal Properties, LLC

SMCG, LLC

South Trend Realty, Inc.

Spectrum Investment Group, L.L.C.

Sperry Van Ness

SSM Properties, LLC

Stearns Weaver Miller Weissler Alhadeff &

Sitterson, P.A

Stephen C Grey & Associates

Sterling Karamar Property Management

Stonemill Center, LLC

STORE Master Funding I, LLC

STORE SPE Corinthian, LLC

Terrell Mill, LLC

The Alhambra Urban Community LLC

The Corner Company, LLC

The Corporation of the City of Kitchener

The Elia Corporation

The Gladstone Companies

The John Bremer and Edward Bremer

Consolidated Trust dba Bremer Trust

The Meena Chainani Irrevocable 2010 Trust

The Napleton Group

The Stroh Companies, Inc.

The Torkon Group

Thornton and Associates, LLC

Today Management (Windsor), Inc.

Toronto College Park Ltd

Town Center Mall, LP

Town Development, Inc.

Vista Sudbury Hotel, Inc.

Walgreen of Hawaii, LLC

Watt Long Beach, LLC.

Wells Fargo Bank, N. A.
Westmain 2000, L.L.C.
WGI 2665 North First, LLC
Witwer, Oldenburg, Barry and Bedingfield, LLP

**SCHEDULE 1(h)**

**Letters of Credit**

Plaza West Building, LLC
Bank of America, N.A. Trade Operations
Zurich American Insurance Company
Bank of America, N.A.
Square 407 Limited Partnership
Western Surety Company
U.S. Department of Education
Elavon, Inc.

**SCHEDULE 1(i)**

**Lienholders**

Bank of American, N.A.
HEWLETT-PACKARD FINANCIAL SERVICES CO.
[__]

**SCHEDULE 1(j)**

**Litigants**

[__]

**SCHEDULE 1(k)**

**Professionals**

Cooley LLP
Ernst & Young US LLP
First Advantage Litigation Consulting
FTI Consulting, Inc.
Hilco
Homer Bonner Jacobs, P.A.
Irell & Manella LLP
Kirkland & Ellis
Latham & Watkins LLP
Munger, Tolles & Olson LLP
Payne & Fears LLP
Richards Layton & Finger
Weworski and Associates

**SCHEDULE 1(l)**

**Shareholders**

TBD

**SCHEDULE 1(m)**

**Significant Vendors**

| | |
|---|---|
| Action Lead Solutions, Inc. | KICU-TV |
| Affiliated Computer Services | KOFY - TV |
| Albany County Treasurer | KTLA |
| All Star Directories, Inc. | KTVU-TV |
| Anthem Blue Cross | Lim Holdings, Inc, Dba ClassesUSA.com |
| Bet Networks | McAfee, Inc. |
| BirdDog Media, LLC | MSP-Mailing Services Of Pittsburgh |
| Bright House Media Strategies | MTV Networks |
| Cebra B. Graves | NBCU |
| Comcast Spotlight | NCS Pearson, Inc |
| County Of Volusia | PCCW Teleservices (US), Inc. |
| DGS EDU LLC | PCM Sales, Inc. |
| ExactTarget, Inc. | PMA Media Group, Inc. |
| First Financial Corporate Leasing, LLC | PS Promotions, Inc. |
| First National Capital, LLC | Thomson Reuters - West Payment Center |
| Google Inc. | Time Warner Cable Media Sales |
| Hewlett-Packard Co, Inc. | U.S. Bank Equipment Finance Inc. |
| Higher Ed Growth | Weworski & Associates, Inc. |
| Inter Media Advertising | WMOR |
| Intralinks, Inc. | World Web Partners, Inc.. |
| Irell & Manella LLP | Yahoo Search Marketing |
| KDAF-TV | |

**SCHEDULE 1(n)**

**Taxing Authorities**

Adams County Treasurer
Alabama Department of Revenue
Alameda County Tax Collector
Albany County Treasurer
Arapahoe County Treasurer
Arizona Department of Revenue
Arlington County Treasurer
Bexar County Tax Assesor Collector
Burrell Township Tax Collector
CA State of Board of Equalization
City of Aurora Tax & Licensing Division
City of Chelsea
City of Chesapeake
City of Colorado Springs
City of Dearborn
City of Detroit
City of Kansas City, Missouri
City of Mesa
City of Newport News
City of Phoenix, Arizona
City of Portland
City of Southfield
City of Tempe
City of Thornton
Clark County Assessor
Clark County Treasurer
Clayton County
Claytons Realty Management Group
Cobb County
Colorado Department of Revenue
Comptroller of Maryland
Comptroller of Maryland - SUT Revenue
Administration Division
Comptroller of Public Accounts
Contra Costa County Tax Collector
Corporate Tax Return Processing, Iowa
Department of Revenue
County of Fairfax, Virginia
County of San Bernardino
County of Volusia
Dekalb County
Department of Revenue Washington State

El Paso County
Flordia Department of Revenue SUT
Florida Department of Revenue
Franchise Tax Board
Fulton County Tax Commissioner
Georgia Department of Revenue
Greene County Collector of Revenue
Gwinnett County Tax Commissioner
Hawaii Department of Taxation
Illinois Department of Revenue
Indiana Department of Revenue
Internal Revenue Services
Jackson County Collector
John R. Ames, CTA
Kansas Corporate Tax
Kentucky Department of Taxation
King County Treasury
Kitsap County Treasurer
Lake County Treasurer
Los Angeles County Tax Collector
Louisiana Department of Revenue
Maricopa County Treasurer
Massachusetts Department of Revenue
Michigan Department of Treasury
Michigan Department of Treasury  Department
78172
Mike Sullivan - Harris County
Minnesota Revenue
Minnesota Revenue Sales/Use Tax
Mississippi Department of Revenue
Missouri Department of Revenue
Monterey County Tax Collector
Montgomery County, Maryland
Multnomah County
N.J. Division of Taxation
New Hampshire Department of Revenue
NYS Corporation Tax
NYS Tax Department
Office of Revenue
Ohio Department of Taxation
Oklahoma Tax Commission
Orange County Tax Collector

Oregon Department of Revenue
PA Department of Revenue
Pierce County Budget & Finance
Placer County Tax Collector
Plainfield Charter Township
Prince William County
R.I.T.A.
Ron Wright, Tax Assessor-Collector
Sacramento County
Salt Lake County
San Francisco Tax Collector
San Joaquin County Tax Collector
Santa Clara County Tax Collector
SC Department of Revenue
Snohomish County Treasurer
St. Louis County Department of Revenue

Stanislaus County
State of Nevada AR Payments
State of New Jersey
Tennessee Department of Revenue
Texas Comptroller Of Public Accounts
Travis County Tax Office
U.S. Bank Equipment Finance Inc.
Utah State Tax Commission
Vicki Crow, C.P.A., Tax Collector
Virginia Department of Taxation
Washington County
West Virginia State Tax Department
Wisconsin Department of Revenue
Wyoming Department of Sales/Use Tax
Yolo County

## SCHEDULE 1(o)

### Top 50 Unsecured Creditors

AMBASSADOR EDUCATION SOLUTIONS
STUDENTSCOUT, LLC
ELOYALTY, LLC
COOLEY LLP
PAYNE & FEARS LLP
Lampert 25500 Industrial Blvd., LLC
Store Master Funding I, LLC
SUCCESSFACTORS, INC.
ACADEMIXDIRECT, INC.
AEROTEK, INC.
Walgreens of Hawaii, LLC
SQUAR, MILNER, PETERSON, MIRANDA &
GRAEBEL RELOCATION SVC WORLDWIDE, INC.
GAYLORD NATIONAL RESORT & CONVENTION
CTR
RACKSPACE HOSTING
TALLAN, INC.
DECCAN PLATEAU CORPORATION
Watt Long Beach, LLC
DYNTEK SERVICES
P.R.G. Investment Fund, L.P.
TRI DIMENSIONAL SOLUTIONS INC.
SECURITAS SECURITY SERVICES USA, INC.
INTER MEDIA ADVERTISING
LBA Realty Fund II - WBP III, LLC
GUARDSMARK, LLC
WEWORSKI & ASSOCIATES, INC.
Moraga Enterprises

LIVEVOX, INC.
HEWLETT-PACKARD CO, INC.
PRINTERY, INC. THE
CAMPUS MANAGEMENT CORP.
PROFILES INTERNATIONAL, INC.
PRICEWATERHOUSECOOPERS LLP
TESTOUT CORPORATION
ECMC SOLUTIONS CORPORATION
DRINKER BIDDLE & REATH LLP
ATRILOGY SOLUTIONS GROUP, INC.
NBCU
PCM SALES, INC.
LEAD PRO DIRECT LLC
COMCAST SPOTLIGHT
JONES LANG LASALLE BROKERAGE, INC.
BUREAU FOR PRIVATE POSTSECONDARY ED.
JONES LANG LASALLE AMERICAS, INC.
NASDAQ STOCK MARKET, THE LLC
ACI SPECIALTY BENEFITS
POCKET NURSE ENTERPRISES, INC.
INTRALINKS, INC.
BDA (BENSUSSEN DEUTSCH & ASSOCIATES)
CAREERBUILDER, LLC
CEBRA B. GRAVES
OPTIMALRESUME.COM, INC.
QUALTRICS LABS, INC.
PLATTFORM ADVERTISING, INC.

**SCHEDULE 1(p)**

**United States Trustee, Judges, and Court Contacts for the District of Delaware
(and Key Staff Members)**

Attix, Lauren
Bello, Rachel
Bird, David D.
Buchbinder, David
Capp, Laurie
Carey, Kevin J.
DeAngelis, Roberta A.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Grottini, Donna
Hackman, Benjamin
Haney, Laura
Heck, Jeffrey
Hunt, Nancy
Johnson, Lora
Kenney, Mark
Leamy, Jane
Marvel, Ivone
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Shannon, Brendan L.
Sontchi, Christopher S.
Szymanski, Cheryl
Tinker, T. Patrick
Vinson, Ramona
Walker, Jill
Walrath, Mary F.
Walsh, Peter J.
Werkheiser, Rachel
West, Michael
Wynn, Dion

**SCHEDULE 1(q)**

**Utilities**

**SCHEDULE 1(r)**

**Other (asset buyers)**

Zenith Education Group
Educational Credit Management Corporation
QuickStart Buyer
Loan Purchasers
STORE CAPITAL ACQUISITIONS, LLC
HCA - HealthONE LLC

## Schedule 2

### Relationships Identified Unrelated to the Debtors' Cases

PwC or its affiliates currently perform, or have previously performed, services in matters unrelated to these chapter 11 bankruptcy cases for the following individuals or entities or have other relationships with such entities, such as banking relationships. Out of an abundance of caution, where it is unclear whether a party in interest is the same entity or affiliated with an entity that is or was represented by PwC, such parties in interest are listed below.

RELATIONSHIPS KNOWN AS OF JUNE 1, 2015:

**Debtor Affiliates**
Ashmead Education, Inc.
Career Canada C.F.P. Limited
Career Choices, Inc.
CDI Education USA, Inc.
Corinthian Property Group, Inc.
Corinthian Schools, Inc.
ECAT Acquisition, Inc.
ETON Education, Inc.
Everest College Phoenix, Inc.
Everest Colleges Canada, Inc.
Florida Metropolitan University, Inc.
Grand Rapids Educational Center, Inc.
Heald Capital, LLC
Heald College, LLC
Heald Education, LLC
Heald Real Estate, LLC
MJB Acquisition Corporation
National School of Technology
Pegasus Education, Inc.
QIC Acquisition Corporation
Quickstart Intelligence Corporation
Rhodes Business Group, Inc.
Rhodes Colleges, Inc.
SD III-B Heald Holdings Corp.
Sequoia Education, Inc.
Socle Education, Inc.
SP PE VII-B Heald Holdings Corp.

Titan Schools, Inc.
Ward Stone College

**Banks**
Bank of America
Bank of Montreal
Bank of the West
BMO Harris Bank, N.A.
California Bank and Trust
City National Bank
City National Bank of West Virginia
Commerce National Bank
First Hawaiian Bank
MUFG Union Bank, N.A.
Northern Trust
One West Bank
OneWest Bank N.A.
PNC Bank
S&T Bank
U.S. Bank, N.A.
Union Bank

**Contractual Counterparties**
ABM Janitorial Service, Inc.
AcademixDirect, Inc.
ACS Application Management Services, Inc.
ACS Systech Integrators, Inc.

Aerotek Inc
Alliant International University
Altiris
Aramark Refreshment Services, Inc.
Archcom Technology, Inc
Ariba, Inc.
Arizona State University
Ashford University
Autonomy, Inc.
Avenue100 Media Solutions Inc.
Best Vendors, LLC
Blackboard, Inc.
Boston Properties
California State Teachers' Retirement System
California State University - Chico
California State University - East Bay
California State University - Fresno
California State University - Monterey Bay
California State University - Sacramento
California State University - San Jose
California State University - Stanislaus
Campus Explorer, Inc.
Career Education Corporation
CDW Government LLC
Cellco Partnership
Cengage Learning, Inc.
CenturyLink
C-III Asset Management LLC
Cintas Corporation
Cisco Systems Capital Corporation
City University
COCO (WY) QRS 16-51, Inc
COCO-DORM (PA), LP
Comartis AG
CompView, Inc.
CSI Leasing, Inc.
Dechert
DeVry University
Dexia Real Estate Capital Markets
Dickstein Shapiro, LLP
DMI Partners, Inc.
DocuSign, Inc.
DynTek Services, Inc.

eCollege.com
EducationDynamics, LLC
eLoyalty, LLC
ePlus Technology, Inc.
Equity Office
Equity One, Inc.
ESA P Portfolio LLC
Fair Isaac Corporation
Fall Creek Properties, LLC
First Park Ten COCO San Antonio, L.P.
First Potomac Management, LLC
Fusionstorm
Golden Gate University
Gould & Ratner
Graebel Relocation Services Worldwide, Inc.
Guardsmark, LLC
Harsch Investment Properties, LLC
Hendon Properties
Henry Schein Inc.
Hewlett-Packard Financial Services Company
Hudson Pacific Properties
iGrad Inc.
InterCall, Inc.
Iron Mountain Information Management, Inc.
Irvine Technology Corporation
Jones Lang LaSalle Americas Inc.
Jostens, Inc.
Kessler Financial Services, L.P.
Kitsap Credit Union
LaSalle Systems Leasing, Inc.
LBA Realty Fund II-WBP III, LLC
LexisNexis
LivePerson Inc.
LiveVox, Inc.
Manatt, Phelps and Phillips, LLP
McGraw Hill Education
Menlo College
Merritt College
National Office Furniture
Nelnet Enrollment Solutions, LLC
Nova Southeastern University
Office Depot, Inc.
Oracle USA, Inc.

Oregon State University
Ottawa University
Paetec Communications
Pearson Education, inc.
Peralta Community College District
PlattForm Advertising, Inc.
PNC Real Estate
Prescott Realty Group
Profiles International, Inc.
ProPark, Inc.
PSS World Medical, Inc.
QuinStreet, Inc.
Rackspace US, Inc.
Ricoh Americas Corporation
San Jose State University
Second Real Properties LTD
Second Real Properties, LTD
Service-now.com
Socle Education, Inc.
Sonoma State University
Sprint Solutions, Inc.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.AN
Stericycle, Inc.
Strayer University
SuccessFactors, Inc.
Sungard Availability Services LP
Tallan
The Alhambra Urban Community LLC
The Printery, Inc.
Tibco Software Inc.
Trans Union LLC
United Parcel Service Inc.
University of Hawaii
University of San Francisco
University of the Pacific
Walgreen of Hawaii, LLC
WebMetro
Wells Fargo Bank, N. A.
Winthrop Resources Corporation
Wonderlic, Inc.

**Debtholders**
Commonwealth of Kentucky
Commonwealth of Massachusetts
Commonwealth of Pennsylvania
Commonweath of Massachusetts
County of Middlesex
District of Columbia
State of Alabama
State of Colorado
State of Delaware
State of Georgia
State of Hawaii
State of Illinois
State of Iowa
State of Kansas
State of Louisiana
State of Maine
State of Maryland
State of Michigan
State of Minnesota
State of Mississippi
State of Missouri
State of NebraskaY
State of Nevada
State of New Jersey
State of New Mexico
State of Oklahoma
State of South Carolina
State of Tennessee
State of Virginia
State of Washington
State of Wisconsin

**Insurers**
Federal Insurance Company - Chubb
Homeland Insurance Company of New York - One Beacon
Empire Indemnity Insurance Company
Axis Insurance Company
Zurich American Insurance Company
Great Northern Insurance Company - Chubb
XL Insurance America, Inc.
Fireman's Fund Insurance Company

American Zurich Insurance Company
Corinthian Colleges, Inc.
Liberty Insurance Underwriters, Inc.
AIG Specialty Insurance Company
Navigators Specialty Insurance Co.
General Star Indemnity CompanyY
National Union Fire Insurance Company of
Pittsburgh, PA (AIG)
YRSUI Indemnity Company

**Landlords**
1303035 Ontario, Inc
Archcom Technology, Inc
Arden Realty LP Partnership
Boston Properties
California State Teachers' Retirement System
Canada Mortgage and Housing Corp.
Career Education Corporation
C-III Asset Management LLC
COCO (WY) QRS 16-51, Inc
COCO-DORM (PA), LP
Dechert
Dexia Real Estate Capital Markets
Dickstein Shapiro, LLP
Equity Office
Equity One, Inc.
ESA P Portfolio LLC
Fall Creek Properties, LLC
First Park Ten COCO San Antonio, L.P.
First Potomac Management, LLC
General Growth Properties, Inc.
Gould & Ratner
Harsch Investment Properties, LLC
Hendon Properties
Hudson Pacific Properties
Kitsap Credit Union
LBA Realty Fund II-WBP III, LLC
Manatt, Phelps and Phillips, LLP
PNC Real Estate
Prescott Realty Group
ProPark, Inc.
Second Real Properties LTD
Second Real Properties, LTD

The Alhambra Urban Community LLC
Toronto College Park Ltd
Walgreen of Hawaii, LLC
Wells Fargo Bank, N. A.

**Letters of Credit**
Zurich American Insurance Company
Bank of America, N.A.
Square 407 Limited Partnership
Western Surety Company
U.S. Department of Education
Elavon, Inc.

**Lienholders**
Bank of American, N.A.

**Professionals**
Cooley LLP
First Advantage Litigation Consulting
FTI Consulting, Inc.
Hilco
Irell & Manella LLP
Kirkland & Ellis
Latham & Watkins LLP
Munger, Tolles & Olson LLP
Richards Layton & Finger
Weworski and Associates

**Significant Vendors**
Affiliated Computer Services
All Star Directories, Inc.
Anthem Blue Cross
Bet Networks
Comcast Spotlight
ExactTarget, Inc.
First National Capital, LLC
Google Inc.
Hewlett-Packard Co, Inc.
Intralinks, Inc.
Irell & Manella LLP
KDAF-TV
KTLA
McAfee, Inc.
MTV Networks

NCS Pearson, Inc
PCCW Teleservices (US), Inc.
PCM Sales, Inc.
PMA Media Group, Inc.
Time Warner Cable Media Sales

**Taxing Authorities**
Alabama Department of Revenue
Arizona Department of Revenue
CA State of Board of Equalization
City of Chesapeake
City of Dearborn
City of Detroit
City of Kansas City, Missouri
City of Mesa
City of Newport News
City of Portland
City of Southfield
Clayton County
Cobb County
Colorado Department of Revenue
Comptroller of Maryland
Comptroller of Maryland - SUT Revenue
Administration Division
Comptroller of Public Accounts
County of Fairfax, Virginia
County of San Bernardino
Department of Revenue Washington State
El Paso County
Franchise Tax Board
Georgia Department of Revenue
Illinois Department of Revenue
Indiana Department of Revenue
Internal Revenue Services
Louisiana Department of Revenue
Massachusetts Department of Revenue
Michigan Department of Treasury
Michigan Department of Treasury  Department
78172
N.J. Division of Taxation
Oklahoma Tax Commission
Oregon Department of Revenue
PA Department of Revenue
Prince William County

Sacramento County
Salt Lake County
SC Department of Revenue
St. Louis County Department of Revenue
Stanislaus County
State of New Jersey
Texas Comptroller Of Public Accounts
Travis County Tax Office
Virginia Department of Taxation
West Virginia State Tax Department

**Top 50 Unsecured Creditors**
ELOYALTY, LLC
COOLEY LLP
SUCCESSFACTORS, INC.
ACADEMIXDIRECT, INC.
AEROTEK, INC.
Walgreens of Hawaii, LLC
GAYLORD NATIONAL RESORT &
CONVENTION CTR
RACKSPACE HOSTING
TALLAN, INC.
DYNTEK SERVICES
P.R.G. Investment Fund, L.P.
SECURITAS SECURITY SERVICES USA, INC.
LBA Realty Fund II - WBP III, LLC
GUARDSMARK, LLC
LIVEVOX, INC.
HEWLETT-PACKARD CO, INC.
PRINTERY, INC. THE
PROFILES INTERNATIONAL, INC.
DRINKER BIDDLE & REATH LLP
PCM SALES, INC.
COMCAST SPOTLIGHT
JONES LANG LASALLE BROKERAGE, INC.
BUREAU FOR PRIVATE POSTSECONDARY
ED.
JONES LANG LASALLE AMERICAS, INC.
NASDAQ STOCK MARKET, THE LLC
INTRALINKS, INC.
BDA (BENSUSSEN DEUTSCH &
ASSOCIATES)
CAREERBUILDER, LLC
QUALTRICS LABS, INC.

PLATTFORM ADVERTISING, INC.

**Other (asset buyers)**
HCA - HealthONE LLC