## EXHIBIT D

**Statement of Work**



# STATEMENT OF WORK

This Statement of Work dated April 27, 2015 is governed by and subject to the provisions of the Engagement Letter dated March 7, 2014 (the "Agreement"), the terms of which are incorporated herein, between Corinthian Colleges, Inc. ("Client" or "you") and PricewaterhouseCoopers LLP ("PwC" or "we" or "us"). The term "Client" in the Agreement shall include the subsidiaries and affiliates of Corinthian Colleges, Inc., signing this Statement of Work. Any terms used in this Statement of Work and not otherwise defined will have the same meaning as in the Agreement. If there is a conflict between the Agreement and the Statement of Work, this Statement of Work shall prevail.

### I. PURPOSE AND SCOPE

This SOW covers the services described below in connection with the state tax return review and sets forth the objectives, deliverables, timing, staffing and fees for this project.

### II. PARTIES' RESPONSIBILITIES

**2.1 Services to be provided by PwC:**

You are engaging us to provide the following services (the "Services"):

We will provide advice and assistance with respect to matters relating to the California Franchise Tax Board's ("FTB") examination of your California corporate income tax returns for fiscal years ending June 30, 2009 through June 30, 2012.

All services unrelated to the incremental increase of the California Enterprise Zone Hiring Credit are not included in the scope as previously defined in the Engagement Letter dated March 7, 2014 and are considered out of scope services to be covered under this agreement.

The following illustrates the nature of the services intended to be covered by this agreement:

- Review of the appropriate income tax return(s) and other support documentation;
- Review of all audit materials and communication issued by the FTB;
- Development of the audit defense strategies;
- Direct communications with the FTB audit as appropriate and needed;

**2.2 Applicable AICPA Standards:** The Services performed under this Statement of Work will be performed in accordance with the AICPA's Statements on Standards for Tax Services. Accordingly, we will not provide an audit or attest opinion or other form of assurance, and we will not verify or audit any information provided to us.

**2.3 Additional provisions applicable to the Services:**

**2.3.1 Codification of Economic Substance:** Federal law (IRC Section 6662(b)) subjects taxpayers to a strict liability penalty equal to 40% (or 20% if adequately disclosed in a tax return) of any underpayment of tax attributable to that portion of a transaction which is determined to lack economic substance under



IRC Section 7701(o) or fails to satisfy any other similar rule of law. The higher penalty will be due if the transaction that is determined to lack economic substance is not "adequately disclosed" in the taxpayer's return; therefore, it is important that you advise your tax return preparers of transactions to which this penalty provision might apply, recognizing that no guidance has yet been issued on the substantive aspects of the codified economic substance doctrine. Penalties can also be imposed by states to the extent that state laws have adopted similar provisions.

To the extent that we provide any advice with respect to the potential impact of the economic substance doctrine included in IRC Section 7701(o) or similar state provisions or any related penalties that might be imposed, such advice rendered as part of our Services will be based on applicable case law, reasonable interpretation of legislation and available guidance. Under IRC Section 6664(c), no exceptions (including the reasonable cause exception) to the imposition of such penalties are available and therefore no advice will protect you from any such penalties. Therefore, PwC shall not be liable for any federal or state penalties imposed on you if any portion of a transaction is determined to lack economic substance or fails to satisfy any similar rule of law or if the disclosure of such transaction is determined to be inadequate.

**2.3.2** **Regulatory Matters.** Notwithstanding anything to the contrary in this engagement letter, you have no obligation of confidentiality with respect to any portion of any materials, advice or deliverables to the extent they concern the tax structure or tax treatment of any transaction. If Client makes a disclosure pursuant to this paragraph, Client will only disclose information directly related to the tax structure or tax treatment of the transaction and Client will (a) provide PwC with the name of the person to whom the disclosure was made and a description of the information and materials disclosed; (b) notify such person that they may not rely upon such information and that PwC has no obligation, duty, liability or responsibility to such person; and (c) use commercially reasonable efforts to obtain an executed third party access letter from such person, as determined by PwC, other than Client's professional advisors. For purposes of this paragraph, professional advisors do not include any advisors that are providing or may provide insurance, financing, capital in any form, a fairness opinion, or selling or underwriting securities, or who may obtain a financial interest in Client in connection with any advice related to the Services.

**2.3.3** **Written Advice.** The content of the written advice to be provided during this engagement is limited to the matters specifically addressed therein, and does not address any other potential tax consequences, including the potential application of tax penalties to any matter. If you request assistance on matters outside the scope of this engagement, we will discuss with you the corresponding scope and fees for such work.

Our advice is not binding upon any taxing authority or the courts and there is no assurance that any relevant taxing authority will not successfully assert a contrary position. You acknowledge that your ability to use our advice for purposes of demonstrating reasonable cause with respect to any tax penalties is based on a variety of factors, and that there can be no guarantee that our advice alone will provide such protection. Furthermore, all advice, including drafts and oral advice, relating to the subject matter of this engagement provided prior to our final written deliverable is preliminary in nature and is not intended to constitute our final advice regarding the matters or transactions to which the written advice relates.



**2.3.4** **Indemnification.** You agree to indemnify and hold PwC and the Beneficiaries (defined below) harmless from and against any and all third party claims, losses, liabilities and damages arising from or relating to the Services or deliverables under this engagement letter, except to the extent finally determined to have resulted from PwC's gross negligence or intentional misconduct relating to such Services and/or deliverables.

**2.3.5** **Other PricewaterhouseCoopers Firms and Subcontractors.** PwC is the U.S. firm of the global network of separate and independent PricewaterhouseCoopers firms (exclusive of PwC, the "Other PwC Firms").  PwC may draw on the resources of and/or subcontract to its subsidiaries, the Other PwC Firms and/or third party contractors and subcontractors, in each case within or outside of the United States (each, a "PwC Subcontractor") in connection with the provision of Services and/or for internal, administrative and/or regulatory compliance purposes.  Client agrees that PwC may provide information PwC receives in connection with this engagement letter to the PwC Subcontractors for such purposes.  PwC will be solely responsible for the provision of the Services (including those performed by the PwC Subcontractors) and for the protection of the information provided to the PwC Subcontractors.  The PwC Subcontractors and theirs and PwC's respective partners, principals or employees (collectively, the "Beneficiaries") shall have no liability or obligations arising out of this engagement letter.  Client agrees to: (a) bring any claim or other legal proceeding of any nature arising from the Services against PwC and not against the Beneficiaries; and (b) ensure or procure that the Subsidiaries do not assert any such claim or other legal proceeding against PwC or the Beneficiaries.  If any of the Subsidiaries receive Services under this engagement letter, Client agrees to provide a copy of this engagement letter to such Subsidiaries, and Client will notify them that although the Beneficiaries may interact with them, the delivery of the Services is governed by the terms of this engagement letter (including the liability limitations herein), and Client's Subsidiaries should notify Client of any disputes or potential claims arising from the Services.  PwC disclaims any contractual or other responsibility or duty of care to any other subsidiaries or affiliates.  While PwC is entering into this engagement letter on its own behalf, this section also is intended for the benefit of the Beneficiaries.

**2.3.5** **Consents to Disclose Client Information.** Notwithstanding anything to the contrary in this engagement letter, Client agrees that PwC may disclose Client's current and/or prior years' tax return information to PwC Subcontractors within or outside the United States for the purposes described above.  Client authorizes PwC to participate in discussions with and to disclose your information, including your tax return information, to your agents, representatives, administrators or professional advisors (including accountants, attorneys, financial and other professional advisors), their respective officers, directors or employees, and other parties as you may direct. The foregoing consents are valid until further notice by Client. Client may request in writing a more limited disclosure than the foregoing.

**2.4** **Deliverables:** PwC will provide the following deliverables:

PwC will perform the work outlined in the Scope of Services section above.

The term "deliverables" also includes any oral advice we provide to you.



**2.5**   **Client's Responsibilities:** To facilitate our work, you will need to provide the following assistance:

You are responsible for providing audit support information as requested by the FTB.

You are responsible for all management functions and decisions relating to this engagement, including evaluating and accepting the adequacy of the scope of the Services in addressing your needs. You are also responsible for the results achieved from using any Services or deliverables, and it is your responsibility to establish and maintain your internal controls. You will designate a competent member of your management to oversee the Services.

**2.6**   **Timing**

The timing of the Services is as follows:

| Project Start Date: | March 2015 |
|---|---|
| Estimated Project Completion Date: | December 2015 |

**III.   RESOURCES ASSIGNED**

The PwC personnel assigned to provide Services and Deliverables under this Statement of Work are as follows:

Chris Whitney, Partner
George Yashou, Director
Nicole Rayhan, Senior Associate

Additional PwC resources may assist in providing Services and PwC deems necessary.

**IV.   FEES, EXPENSES AND PAYMENT**

**4.1   Professional Fees and Expenses**

Our fee is based on the time required by our professionals to complete the engagement. Amounts billed for services performed by PwC or the PwC Subcontractors (defined above) shall be considered fees and not expenses and will be billed at rates determined by PwC based upon experience, skill and other factors at the rates set forth below. Hourly rates may be revised from time to time, and the adjusted rates will be reflected in billings.



| Partner | $719 |
|---|---|
| Director | $488 |
| Manager | $389 |
| Senior Associate | $289 |
| Associate and other staff | $158-215 |

We also will bill Client for our reasonable out-of-pocket expenses, any applicable sales, use or value added tax, and PwC's internal per ticket charges for booking travel.

The amount of our fee is based on the assumption that we will receive the information and assistance as detailed throughout this Statement of Work.  In the event we believe an additional fee is required as the result of the failure of Client to meet any of these requests or for any other reason, we will inform you promptly.  This paragraph shall not apply to any fee arrangement entered into under this Statement of Work that is determined by the discretion of Client.

### 4.2     Payment terms

Our invoice is due upon presentation and payment of the invoice is expected to be received within 30 days of the invoice date.



**PricewaterhouseCoopers LLP**

By: _____*Christopher A. Whitney, CPA*_____

Name/Title: Chris Whitney, Partner

Date: _____04/27/2015_____

**Corinthian Colleges, Inc. on behalf of itself the Subsidiaries**

By: _____

Name/Title: _____

Date: _____