IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Julia B. Klein, hereby certify that, on June 2, 2015, I caused a copy of the following documents to be served via First-Class Mail upon the parties listed on the attached **Exhibit A**:

- *Amended Notice of Hearing on Application/Motion to Employ/Retain Brown Rudnick LLP as Co-Counsel to the Official Committee of Unsecured Creditors* [D.I. 263; filed June 2, 2015]

- *Amended Notice of Hearing on Application/Motion to Employ/Retain Gavin/Solmonese LLC as Financial Advisor to the Official Committee of Unsecured Creditors* [D.I. 264; filed June 2, 2015]

- *Amended Notice of Hearing on Application/Motion to Employ/Retain The Rosner Law Group LLC as Delaware Counsel for the Official Committee of Unsecured Creditors* [D.I. 266; filed June 2, 2015].

Dated:  June 3, 2015
        Wilmington, Delaware

THE ROSNER LAW GROUP LLC

/s/ Julia Klein
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

{00016108. }

# Exhibit A

| | |
|---|---|
| Arizona Department of Education<br>1535 West Jefferson Street<br>Phoenix, AZ 85007 | Ashby & Geddes, P.A.<br>Attn: William Bowden/Ricardo Palacio<br>Attn: Leigh-Anne Raport<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 |
| BMC Group, Inc.<br>Attn: T. Feil<br>300 Continental Boulevard #570<br>El Segundo, CA 90245 | Brown Rudnick LLP<br>Attn: H. Jeffrey Schwartz/Bennett Silverberg<br>Seven Times Square<br>New York, NY 10036 |
| Bureau of Labor and Industries<br>800 NE Oregon St., Suite 1045<br>Portland, OR 97232 | CA Labor & Workforce Development Agency<br>Attn: PAGA Administrator<br>455 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102 |
| Cal/OSHA<br>1515 Clay Street, Suite 1901<br>Oakland, CA 94612 | California Department of Education<br>1430 N Street<br>Sacramento, CA 95814-5901 |

| | |
|---|---|
| California Department of Justice<br>1300 I St., #1142<br>Sacramento, CA 95814-5901 | Delaware Secretary of State<br>Division Of Corporations<br>Franchise Tax Division<br>P.O. Box 898<br>Dover, DE 19903 |
| Dept of Labor & Industrial Relations<br>830 Punchbowl St #321<br>Honolulu, HI 96813 | Division of Safety & Health<br>One Hudson Square<br>75 Varick Street (7th Floor)<br>New York, NY 10013 |
| Division of Unemployment Ins.<br>Department Of Labor<br>4425 N. Market Street<br>Wilmington, DE 19802 | Drinker Biddle & Reath LLP<br>Attn: Michael P. Pompeo<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714 |
| Drinker Biddle & Reath LLP<br>Attn: H. John Michel, Jr.<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103-6996 | Drinker Biddle & Reath LLP<br>Attn: Howard A. Cohen<br>222 Delaware Ave., Ste.1410<br>Wilmington, DE 19801-1621 |

{00016063. }

| | |
|---|---|
| Equity One, Inc.<br>Attn: Legal Department<br>1600 Northeast Miami Gardens Drive<br>North Miami Beach, FL 33179 | Hawaii State Department of Education<br>1390 Miller St.<br>Honolulu, HI 96813 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeffer Mangels Butler & Mitchell LLP<br>Attn: Barry Freeman/David Poitras<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 |
| Katten Muchin Rosenman LLP<br>Attn: Brian Huben/Dustin Branch<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 | Kelley Drye & Warren LLP<br>Attn: Robert L. LeHane<br>101 Park Avenue<br>New York, NY 10178 |
| Labor Department<br>800 W Washington St<br>Phoenix, AZ 85007 | Lampert 25500 Industrial Blvd., LLC<br>Attn: Roland Lampert<br>P.O. Box 712711<br>Cincinnati, OH 75271-2711 |

| | |
|---|---|
| Morrison & Foerster LLP<br>Attn: Lorenzo Marinuzzi/Erica Richards<br>250 West 55th Street<br>New York, NY 10019-9601 | New York State Department of Labor<br>Building 12<br>W.A. Harriman Campus<br>Albany, NY 12240 |
| NYC Department of Education<br>Tweed Courthouse<br>52 Chambers Street<br>New York, NY 10007 | Occupational Safety & Health Administration<br>800 W. Washington Street, 2nd floor<br>Phoenix, AZ 85007 |
| Occupational Safety & Health<br>830 Punchbowl St # 425<br>Honolulu, HI 96813 | Office of the U.S. Attorney<br>District of Arizona<br>Two Renaissance Square<br>40 N. Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4408 |
| Office of the U.S. Attorney<br>District of Hawaii<br>300 Ala Moana Blvd., #6-100<br>Honolulu, HI 96850 | Office of the U.S. Attorney<br>Southern District of New York<br>One Saints Andrew Plaza<br>New York, NY 10007 |

{00016063. }

| | |
|---|---|
| Office of the U.S. Attorney<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 | Office of the United States Trustee<br>Attn: Richard Schepacarter/Timothy Fox<br>844 King Street, Suite 2313<br>Lockbox 35<br>Wilmington, DE 19801-3519 |
| Oregon Department of Education<br>255 Capitol Street NE<br>Salem, OR 97310-0203 | Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |
| Palm Springs Mile Associates, Ltd<br>Attn: Phillip J. Eisenberg<br>c/o Phillips International<br>295 Madison Ave., 2nd Floor<br>New York, NY 10017 | Potter Anderson & Corroon LLP<br>Attn: Jeremy Ryan/Etta Myers<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| Richards, Layton & Finger, PA<br>Attn: Mark D. Collins/Michael Merchant<br>Attn: Marisa Terranova/Amanda Steele<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Secretary of The Treasury<br>P.O. Box 7040<br>Dover, DE 19903 |

{00016063. }

| | |
|---|---|
| Securities & Exchange Commission<br>New York Regional Office<br>Attn: George S. Canellos, Reg. Director<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street, NE<br>Washington, DC 20549 |
| Sidley Austin LLP<br>Attn: Jennifer Hagle/Anna Gumport<br>555 West Fifth Street, #4000<br>Los Angeles, CA 90013 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Sarah E. Pierce<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Felicia Gerber Perlman<br>155 N. Wacker Drive<br>Chicago, IL 60606-1720 | State of Delaware<br>820 N. French Street<br>Division of Revenue - 8th Floor<br>Wilmington, DE 19801-0820 |
| State of Oregon Osha Office<br>1230 NE 3rd St #115<br>Bend, OR 97701 | TX Comptroller of Public Accounts<br>Attn: Courtney J. Hull<br>Attn: John Mark Stern, AAG<br>Bankruptcy & Collections Division, MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

| | |
|---|---|
| U.S. Attorney's Office<br>P.O. Box 2046<br>1201 Market St., Ste. 1100<br>Wilmington, DE 19899-2046 | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| U.S. Department of Justice<br>Civil Division<br>Attn: Lloyd H. Randolph<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | Watt Long Beach, LLC<br>Attn: James Maginn<br>2716 Ocean Park Blvd.<br>Santa Monica, CA 90405 |
| Wisconsin Department of Justice<br>Attn: Brad D. Schimel, AG<br>Attn: F. Mark Bromley, AAG<br>Post Office Box 7857<br>Madison, WI 53707-7857 | Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>Attn: Linda Mitten<br>651 Boas Street, Room 700<br>Harrisburg, PA 17121 |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, Indiana 46204 |

| Missouri Department of Revenue | Sheppard, Mullin, Richter & Hampton LLP |
|---|---|
| Bankruptcy Unit | Attn: Carren B. Shulman, Esq. |
| Attention: Steven A. Ginther | 30 Rockefeller Plaza |
| PO Box 475 | New York, New York 10112 |
| Jefferson City, MO 65105-0475 | |

McCann Associates Holdings, LLC
Attn: General Counsel
6805 Route 202
New Hope, PA 18938

{00016063.}