# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., et al.,[1]<br><br>Debtors. | Case No. 15-10952 (KJC)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**RE: D.I. 149** |

## CERTIFICATION OF COUNSEL REGARDING AMENDED PROPOSED ORDER GRANTING MOTION OF CURRENT AND FORMER DIRECTORS AND OFFICERS OF CORINTHIAN COLLEGES, INC., FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT OF DEFENSE COSTS AND OTHER LOSS UNDER DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICIES

I, Matthew R. Koch, counsel to Hank Adler, Robert Bosic, Michael Brase, Linda Buchanan, William Buchanan, Nicole Carnagey, Eeva Deshon, Christian Dieckman, John Dionisio, Anna Marie Dunlap, John Fioretto, Barbara Gordon, Terry Hartshorn, Alice Kane, Robert Kenyon, Don King, Robert Lee, Jack Massimino, David Moore, Marc Morial, Kenneth Ord, Robert Owen, David Poldoian, Terry Rawls, Sharon Robinson, Karen Rose, Sumi Shrishrimal, Linda Skladany, Paul St. Pierre, Tim Sullivan, Peter Waller, Beth Wilson, Michelle Reed Zagorski, current and former directors, officers, and employees of Corinthian Colleges, Inc. (collectively, the "Movants"), hereby certify as follows regarding the amended proposed *Order Granting Motion Of Current And Former Directors And Officers Of Corinthian Colleges,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).

*Inc., For Relief From The Automatic Stay, To The Extent Applicable, To Allow Payment Of Defense Costs And Other Loss Under Directors And Officers Liability Insurance Policies* (the "Proposed Order"),[2] attached hereto as **Exhibit A**.

1. On May 18, 2015, the Movants filed the *Motion Of Current And Former Directors, Officers, And Employees Of Corinthian Colleges, Inc., For Relief From The Automatic Stay, To The Extent Applicable, To Allow Payment Of Defense Costs And Other Losses Under Directors And Officers Insurance Policies* [D.I. 149] (the "Motion"). Attached to the Motion was a proposed form of order granting the relief requested in the Motion (the "Original Proposed Order").

2. Pursuant to the notice of Motion, any objections or other responses to the Motion were required to have been filed on or before June 1, 2015 at 4:00 p.m. (ET) (the "Objection Deadline").

3. Prior to the Objection Deadline, the Movants received informal responses to the Motion from two parties, the Official Committee of Unsecured Creditors (the "Unsecured Creditors' Committee") and Official Committee of Student Creditors (the "Students' Committee"). Following discussions, the Movants, Unsecured Creditors' Committee, and Students' Committee resolved the informal responses through revisions to the Original Proposed Order. The Proposed Order reflects these agreed upon changes and was circulated to counsel for the Unsecured Creditors' Committee and Students' Committee.

4. The Movants understand that there is no objection to the entry of the Proposed Order. A blackline showing the changes from the Original Proposed Order is attached hereto as **Exhibit B**.

---

[2] Capitalized terms used but not defined shall have the meaning ascribed to them in the Proposed Order.

WHEREFORE, the Movants respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** and grant such other relief as may be just and proper.

DATED: June 3, 2015
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Matthew R. Koch*
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
Matthew R. Koch (No. 6048)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsmile: (302) 658-3989
rdehney@mnat.com
cmiller@mnat.com
mkoch@mnat.com

*Attorneys for Hank Adler, Robert Bosic, Michael Brase, Linda Buchanan, William Buchanan, Nicole Carnagey, Eeva Deshon, Christian Dieckman, John Dionisio, Anna Marie Dunlap, John Fioretto, Barbara Gordon, Terry Hartshorn, Alice Kane, Robert Kenyon, Don King, Robert Lee, Jack Massimino, David Moore, Marc Morial, Kenneth Ord, Robert Owen, David Poldoian, Terry Rawls, Sharon Robinson, Karen Rose, Sumi Shrishrimal, Linda Skladany, Paul St. Pierre, Tim Sullivan, Peter Waller, Beth Wilson, and Michelle Reed Zagorski.*

9202270.1