IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |

------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 8, 2015 AT 1:00 P.M. (EDT) [2]**

**I.    UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION:**

1. Debtors' Motion to Approve Settlement Agreement with ECC Acquisition Inc. and Owais Hashmi [Docket No. 145 - filed May 18, 2015]

    Objection / Response Deadline:   June 1, 2015 at 4:00 p.m. (EDT)

    Objections / Responses Received:   None.

    Related Documents:

    i. Notice of Filing of Executed Settlement Agreement in Connection with "Debtors' Motion to Approve Settlement Agreement with ECC Acquisition Inc. and Owais Hashmi" [Docket No. 193 - filed May 26, 2015]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] The hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the June 8, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Friday, June 5, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

      ii.      Certificate of No Objection Regarding Debtors' Motion to Approve Settlement Agreement with ECC Acquisition Inc. and Owais Hashmi [Docket No. 273 - filed June 3, 2015]

      Status: On June 3, 2015, counsel for the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is only necessary to the extent the Court has questions or concerns.

## II. MATTER WITH CERTIFICATION OF COUNSEL:

2. Motion of Current and Former Directors, Officers, and Employees of Corinthian Colleges, Inc., for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment of Defense Costs and Other Losses Under Directors and Officers Insurance Policies [Docket No. 149 - filed May 18, 2015]

    Objection / Response Deadline: June 1, 2015 at 4:00 p.m. (EDT); extended for the Committee of Student Creditors to June 2, 2015 at 4:00 p.m. (EDT)

    Objections / Responses Received:

    A.    Informal comments for the Official Committee of Unsecured Creditors

    B.    Informal comments from the Committee of Student Creditors

    Related Documents:

    i.    Certification of Counsel Regarding Amended Proposed Order Granting Motion of Current and Former Directors and Officers of Corinthian Colleges, Inc., for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment of Defense Costs and Other Loss Under Directors and Officers Liability Insurance Policies [Docket No. 274 - filed June 3, 2015]]

    Status: On June 3, 2015, counsel for the Current and Former Directors, Officers, and Employees of Corinthian Colleges, Inc. submitted a revised proposed form of order under certification of counsel. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

## III. CONTESTED MATTERS GOING FORWARD:

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue Their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 5 - filed May 4, 2015]

        Objection / Response Deadline:    May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the Office of the United States Trustee (the "United States Trustee") and the Official Committee of Unsecured Creditors (the "Committee")

Objections / Responses Received:

A.    Informal comments from the Committee

Related Documents:

i.    Interim Order (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 21 - filed May 5, 2015]

ii.    Notice of (I) Entry of "Interim Order (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief" and (II) Scheduling of A Final Hearing Thereon [Docket No. 35 - filed May 6, 2015]

iii.    Second Interim Order (I) Authorizing the Debtors to (A) Pay Certain Employee-Related Expenses and (B) Continue Their Workers' Compensation Policy and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 216 - filed May 27, 2015]

Status:   The hearing on this matter will go forward.

4.    Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 6 - filed May 4, 2015]

        Objection / Response Deadline:    May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the Office of the United States Trustee and the Committee

Objections / Responses Received:

A.    Objection of Salt River Project and Southern California Edison Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment For Utilities; and (III) Establishing Procedures for Resolving

       Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 142 - filed May 18, 2015]

B.    Joinder of Pennsylvania Electric Company to the Objection of Salt River Project and Southern California Edison Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment For Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 151 - filed May 19, 2015]

C.    Joinder of Rochester Gas and Electric Corporation to the Objection of Salt River Project and Southern California Edison Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 160 - filed May 20, 2015]

D.    Informal comments from the United States Trustee

E.    Informal comments from the Committee

Related Documents:

i.    Interim Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to Debtors' Proposed Form of Adequate Assurance [Docket No. 22 - filed May 5, 2015]

ii.    Notice of (I) Entry of "Interim Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to Debtors' Proposed Form of Adequate Assurance" and (II) Scheduling of Final Hearing Thereon [Docket No. 38 - filed May 6, 2015]

iii.    Final Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to Debtors' Proposed Form of Adequate Assurance [Docket No. 223 - filed May 27, 2015]

Status:   The hearing on this matter is going forward, solely with respect to Salt River Project, Southern California Edison Company, Pennsylvania

Electric Company and Rochester Gas and Electric Corporation. On May 27, 2015, the Court entered an order with respect to the remainder of this matter.

5. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 8 - filed May 4, 2015]

Objection / Response Deadline: May 20, 2015 at 4:00 p.m. (EDT) ; extended to June 2, 2015 at 4:00 p.m. (EDT) for the Committee and the Committee of Student Creditors

Objections / Responses Received:

A. Informal comments from Student Funding, LLC

B. Informal comments from Committee of Student Creditors

C. Informal comments from the Committee

Related Documents:

i. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 24 - filed May 5, 2015]

ii. Notice of (I) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief" and (II) Scheduling of a Final Hearing Thereon [Docket No. 37 - filed May 6, 2015]

Status: The hearing on this matter will go forward.

RLF1 12005905v.1

|  |  |
|---|---|
| Dated: June 4, 2015<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>        merchant@rlf.com<br>        terranova@rlf.com<br>        steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |

RLF1 12005905v.1