# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> **Corinthian Colleges, INC. et al** <br><br> DEBTOR(S) | ) CHAPTER 11 <br> ) <br> ) <br> ) CASE NO.   15-10952 KJC <br> ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned attorneys, hereby enter their appearance as attorneys of record for the Treasurer of Arapahoe County ("Arapahoe County Treasurer").

The Arapahoe County Treasurer requests that all notices, pleadings and other documents filed in this proceeding be mailed to:

ROBERT HILL, Esq.
5334 S. Prince Street
Littleton, CO  80166

and via email to:  rhill@arapahoegov.com and wrossman@arapahoegov.com

Respectfully submitted this 6th day of  June, 2015.

RONALD A. CARL #21673
ARAPAHOE COUNTY ATTORNEY

By:     /s/Robert Hill_____
Robert Hill #32974
Senior Assistant County Attorney
5334 S. Prince Street
Littleton, CO  80166
(303) 795-4639

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of June, 2015 a true and correct copy of Notice of Appearance was served via ECF Electronic filing.

_____/s/Wendy Rossman_____