# UNITED STATES BANKRUPTCY COURT

FILED
2015 JUN -5  AM 8:56
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

FOR THE    **DISTRICT OF**    DELAWARE

In re CORINTHIAN COLLEGES    **Case NO.**    15-10952 (KJC)
INC., et al.,

**Chapter**    11

*******************************************************************

## CERTIFICATE OF SERVICE

I, Vincent E. Rhynes, hereby certify under penalty of perjury that:

I am over the age of Eighteen years of age and reside in Los Angeles, County, CALIF.

On 06-03-2015, I caused to be served a true and correct Copy of the Proof Of Interest of Warehouse Holdings (546)To be Sent by first class mail upon The parties Listed in Exhibit A attach Hereto.

Date: 06-03-2015

*Vincent E. Rhyne*
Vincent Rhynes(323)971-6063
1522 W. Manchester AVE.
Los Angeles, CALIF. 90047

# EXHIBIT A

OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

THE ROSNER LAW GROUP LLC.
824 Market Street, Suite 810
Wilmington, DE 19801