IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
CORINTHIAN COLLEGES INC., et al.

DEBTOR

Chapter 11
Case No.: 15-10952-KJC

REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 (g) and (i), GE Capital Information Technology Solutions, Inc f/d/b/a IKON Financial Services "GECITS" hereby requests that GE Capital Information Technology Solutions Inc be added to the official mailing matrix and service lists in this case. GE Capital Information Technology Solutions, Inc f/d/b/a IKON Financial Services further requests that copies of all pleadings, motions, notices, and other papers, filed and or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

Bankruptcy Administration
GE Information Technology Solutions, Inc. f/d/b/a IKON Financial Services
1738 Bass Road
P. O. Box 13708
Macon, GA  31208-3708

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, applications, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

By: *(signature)*
Christine R. Etheridge
Bankruptcy Administration
GE Capital Information Technology Solutions fdba IKON Financial Services
1738 Bass Road
P. O. Box 13708
Macon, GA  31208-3708
(800) 480-6513

Dated:  June 1, 2015

GECITS Reference #:                            1025780