IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alejandro Soria am employed in the county of Los Angeles, State of California. I hereby certify that on June 4, 2015, I caused true and correct copies of the following document(s) to be served (i) via facsimile to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of Agenda of Matters Scheduled for Hearing on June 8, 2015 at 1:00 P.M. (EDT)**[2] **[Docket No. 275]**

Dated: June 4, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this __4__ day of __June__, 20 _15_, by Alejandro Soria proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**EXHIBIT A**

Case 15-10952-JTD    Doc 282    Filed 06/05/15    Page 2 of 6
**EXHIBIT A**

| | | |
|---|---|---|
| ASHBY & GEDDES, P.A.<br>LEIGH-ANNE RAPORT<br>302-654-2067 | ASHBY & GEDDES, P.A.<br>RICARDO PALACIO<br>302-654-2067 | ASHBY & GEDDES, P.A.<br>WILLIAM BOWDEN<br>302-654-2067 |
| COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>717-787-7671 | DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>215-988-2757 | DRINKER BIDDLE & REATH LLP<br>HOWARD A. COHEN<br>302-467-4201 |
| DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>212-248-3141 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN<br>310-712-8571 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>DAVID M. POITRAS<br>310-712-8571 |
| KATTEN MUCHIN ROSENMAN LLP<br>BRIAN HUBEN<br>310-788-4471 | KATTEN MUCHIN ROSENMAN LLP<br>DUSTIN BRANCH<br>310-788-4471 | KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>212-808-7897 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>469-221-5003 | MISSOURI DEPARTMENT OF REVENUE<br>STEVEN A. GINTHER<br>573-751-7232 | MORRISON & FOERSTER LLP<br>ERICA RICHARDS<br>212-468-7900 |
| MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI<br>212-468-7900 | OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>LEGAL DEPT<br>503-378-8395 | OFFICE OF THE U.S. ATTORNEY<br>LEGAL DEPT<br>718-254-7508 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>302-573-6497 | OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY FOX<br>302-573-6497 | PALM SPRINGS MILE ASSOCIATES, LTD<br>LEGAL DEPT<br>212-545-1410 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ELIZABETH BANDA CALVO<br>817-860-6509 | POLSINELLI PC<br>CHRISTOPHER WARD<br>302-252-0921 | POLSINELLI PC<br>SHANTI KATONA<br>302-252-0921 |
| POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN/ETTA MYERS<br>302-658-1192 | ROBINS KAPLAN LLP<br>CYNTHIA C. HERNANDEZ<br>310-229-5800 | ROBINS KAPLAN LLP<br>LORIE A. BALL<br>310-229-5800 |
| ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>310-229-5800 | RUDER WARE, L.L.S.C.<br>JEREMY M. WELCH<br>715-845-2718 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>CARREN B. SHULMAN<br>212-653-8701 |
| SIDLEY AUSTIN LLP<br>JENNIFER HAGLE/ANNA GUMPORT<br>213-896-6600 | SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>317-263-7901 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>FELICIA GERBER PERLMAN<br>312-407-0411 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>SARAH E. PIERCE<br>302-651-3001 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>COURTNEY J. HULL<br>512-936-1409 | U.S. DEPARTMENT OF JUSTICE<br>LLOYD H. RANDOLPH<br>202-514-9163 |
| WISCONSIN DEPARTMENT OF JUSTICE<br>F. MARK BROMLEY, AAG<br>608-267-8906 | | |

Parties Served: 37

**EXHIBIT B**

**EXHIBIT B**

BMC GROUP, INC.
T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO CA 90245

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK NY 10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND OR 97232

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO CA 94102

CAL/OSHA
1515 CLAY STREET
SUITE 1901
OAKLAND CA 94612

CALIFORNIA DEPARTMENT OF EDUCATION
1430 N STREET
SACRAMENTO CA 95814-5901

CAMPUS STUDENT FUNDING, LLC
5300 MEADOWS ROAD
SUITE 400
LAKE OSWEGO OR 97035

CAMPUS STUDENT FUNDING, LLC
ATTN: WARREN BRASCH
5300 MEADOWS ROAD
SUITE 400
LAKE OSWEGO OR 97035

DELAWARE SECRETARY OF STATE
DIV. OF CORP./FRANCHISE TAX DIV.
P.O. BOX 898
DOVER DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK ST, 7TH FL
NEW YORK NY 10013

DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON DE 19802

EQUITY ONE, INC.
LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU HI 96813

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAILSTOP 5-Q30.133
PHILADELPHIA PA 19101-7346

JUSTICE DEPARTMENT
1300 I ST., #1142
SACRAMENTO CA 95814-5901

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI OH 75271-2711

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
RUSSELL R. JOHNSON III
JOHN M. CRAIG
2258 WHEATLANDS DR
MANAKIN-SABOT VA 23103

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR, JR.
RENAISSANCE CENTRE
405 NORTH KING ST, 8TH FL
WILMINGTON DE 19801

NEW YORK STATE DEPARTMENT OF LABOR
BLDG. 12, W.A. HARRIMAN CAMPUS
ALBANY NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMIN.
800 W. WASHINGTON ST
2ND FLOOR
PHOENIX AZ 85007

OFFICE OF THE ATTORNEY GENERAL
MAURA HEALEY/PETER LEIGHT/GLENN KAPLAN
ONE ASHBURTON PLACE
18TH FLOOR
BOSTON MA 2108

OFFICE OF THE U.S. ATTORNEY
300 ALA MOANA BLVD., #6-100
HONOLULU HI 96850

OFFICE OF THE U.S. ATTORNEY
ONE SAINTS ANDREW PLAZA
NEW YORK NY 10007

OFFICE OF THE U.S. ATTORNEY
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVE, STE 1200
PHOENIX AZ 85004-4408

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM OR 97301-4096

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER DE 19903

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC 20549

SECURITIES & EXCHANGE COMMISSION
GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY 10281-1022

SOUTHERN CALIFORNIA EDISON COMPANY
2244 WALNUT GROVE
RM #199, G0-1
ROSEMEAD CA 91770

SOUTHERN CALIFORNIA EDISON COMPANY
P.O. BOX 300
ROSEMEAD CA  91772-0001

| | | |
|---|---|---|
| STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FL<br>WILMINGTON DE 19801-0820 | STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND OR 97701 | STEVENS & LEE, P.C.<br>JOHN D. DEMMY<br>1105 NORTH MARKET ST<br>7TH FLOOR<br>WILMINGTON DE 19801 |
| THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT/KAREN AXSOM<br>800 W. WASHINGTON ST<br>PHOENIX AZ 85007 | THE ROSNER LAW GROUP<br>JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET<br>SUITE 810<br>WILMINGTON DE 19801 | U.S. ATTORNEY'S OFFICE<br>P.O. BOX 2046<br>1201 MARKET ST., STE. 1100<br>WILMINGTON DE 19899-2046 |
| U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | UNITED STATES DEPARTMENT OF LABOR<br>THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON DC 20210 | WATT LONG BEACH, LLC<br>JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA CA 90405 |

Parties Served: 42