# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter: 11 |
| CORINTHIAN COLLEGES, INC., et al., | Case No. 15-10952-KJC |
| Debtors. | Jointly Administered |

## CERTIFICATION BY GOVERNMENT ATTORNEY

Pursuant to Local Rule 9010-1(e)(i), the undersigned herby certifies as follows: I am an Assistant Attorney General at the Massachusetts Office of the Attorney General. I represent the Commonwealth of Massachusetts. I am admitted to the State Bars of Massachusetts and New York, to the federal courts in New York, and to the Supreme Court, and I am in good standing in each of the jurisdictions in which I am admitted. I agree to be bound by the Local Rules and submit to the jurisdiction of this Court for disciplinary purposes.

Dated this 5th date of June, 2015.

Respectfully submitted,

/s/ Peter Leight
Peter Leight, BBO #631580
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 727-2200
peter.leight@state.ma.us

## **PROOF OF SERVICE OF DOCUMENT**

I do hereby certify that a true and correct copy of the above has been served upon the parties listed below via electronic mail or via the Court's ECF System.

Dated: June 5, 2015 /s/ Jennifer Snow
Jennifer Snow

Rachel Layne Biblo
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
biblo@rlf.com

Timothy Jay Fox, Jr.
Richard L. Schepacarter
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
timothy.fox@usdoj.gov
richard.scheparter@usdoj.gov