# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Corinthian Colleges Inc, Debtor(s).<br>6 Hutton Centre Drive Suite 400<br>Santa Ana, CA 92707<br><br>33-0717312 | Case No. 15-10952 KJC<br>Chapter 11 |

## Notice of Appearance and Request for Notice

    Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

    The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

                                                Respectfully submitted,
                                                Herbert H. Slatery III
                                                Attorney General and Reporter

                                                /s/ Laura L. McCloud
                                                Laura L. McCloud

                                                Senior Counsel
                                                BPR No. 016206
                                                OFFICE OF THE ATTORNEY GENERAL
                                                BANKRUPTCY DIVISION
                                                P O BOX 20207
                                                Nashville, TN 37202-0207
                                                Phone: 615-532-2504     Fax: 615-741-3334
                                                Email: AGBankDelaware@ag.tn.gov

## CERTIFICATE OF SERVICE

I certify that on                June 5, 2015                       a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

                                                /s/ Laura L. McCloud
                                                Laura L. McCloud
                                                Senior Counsel

| | |
|---|---|
| Office of the U.S. Trustee<br>844 King St., Room 2207<br>Lock Box 35<br>Wilmington, Delaware 19899-0035 | Rachel Layne Biblo<br>Attorney for the Debtor(s)<br>Richards Layton & Finger PA<br>1 Rodney Sq, 920 N. King St<br>Wilmington, DE 19801 |