IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*[1]<br><br><br><br>Debtors. | § <br> § Chapter 11 <br> § <br> § Case No. 15-10952 (KJC) <br> § <br> § Jointly Administered <br> § <br> § Re: Docket No. 145, 273 |

## ORDER APPROVING SETTLEMENT
## AGREEMENT WITH ECC ACQUISITION INC. AND OWAIS HASHMI

Upon consideration of the motion of Corinthian Colleges Inc. and its affiliate debtors and debtors in possession (the "**Debtors**") for an order approving the agreement attached to this order as Exhibit 1 (the "**Agreement**") under Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "**Motion**"); and it appearing that the Court has jurisdiction over this matter; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and it further appearing that the Agreement is fair, reasonable, and in the best interests of the Debtors and their estates and stakeholders, and all parties in interest; and after due deliberation and due and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Agreement is approved.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 12079583v.1

3. The Debtors are authorized and directed to execute, deliver, implement, and fully perform any and all obligations, instruments, documents, and papers and to take any and all actions reasonably necessary or appropriate to consummate and fully execute the Agreement and effectuate its terms.

4. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: June 8, 2015
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE