# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 15—10952-KJC |
| CORINTHIAN COLLEGES, INC., *et al.* | Chapter 11 |
| Debtors. | **Jointly Administered** |

## ENTRY OF APPEARANCE

Fairfield and Woods, P.C. hereby enters an appearance for RCS-Corporate Ridge, requests copies of all further documents, proceedings, and other motions or matters before the Court to be provided to the undersigned at the following address:

> Fairfield and Woods, P.C.
> 1801 California Street, Suite 2600
> Denver, CO 80202
> Phone: (303) 830-2400
> E-Mail: cfuller@fwlaw.com

Dated: June 1, 2015

FAIRFIELD AND WOODS, P.C.

_____
Caroline C. Fuller, #14403
1801 California Street, Suite 2600
Denver, CO 80202
Telephone: (303) 830-2400
Facsimile: (303) 830-1033
E-mail: cfuller@fwlaw.com

ATTORNEYS FOR RCS-CORPORATE RIDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2015 a true and correct copy of the foregoing was served by CM/ECF and U.S. Mail, first class postage prepaid on the following:

Lorie Ann Ball
Robins Kaplan LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067

Rachel Layne Biblo
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

William Pierce Bowden
Ashby & Geddes
500 Delaware Avenue
8th Floor, P.O. Box 1150
Wilmington, DE 19899

Dustin P. Branch
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

F Mark Bromley
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857

William J. Burnett
Flaster/Greenberg P.C.
913 N. Market Street
Suite 1002
Wilmington, DE 19801

Howard A. Cohen
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Kelly M. Conlan, Esquire
Connolly Gallagher LLP
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801

John M Craig
Russell R. Johnson III, PLC
2258 Wheatland Drive
Manakin-Sabot, VA 23103

John D. Demmy, Esq
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

John H. Drucker
Cole Schotz P.C.
900 Third Avenue, 16th Floor
New York, NY 10022

Timothy Jay Fox, Jr.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Barry V. Freeman
Jeffer, Mangels, Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Scott F. Gautier
Robins Kaplan LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067

Steven A. Ginther
Missouri Dept. of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Anna Gumport
Sidley Austin LLP
555 West Fifth Street, Suite 400
Los Angeles, CA 90013

Jennifer C. Hagle
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Maura Healey
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

Cynthia C. Hernandez
Robins Kaplan LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067

Brian David Huben
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067

Courtney J Hull
c/o Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548 MC-008
Austin, TX 78711-2548

Glenn Kaplan
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

Shanti M. Katona
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Julia Bettina Klein
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

Matthew Ryan Koch
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Assigned: 05/18/2015*
Robert L. LeHane
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Peter Leight
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

Lorenzo Marinuzzi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Etta R. Mayers
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19801

3

Michael Joseph Merchant
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

H. John Michel
Drinker Biddle and Reath LLP
One Logan Square
Ste. 2000
Philadelphia, PA 19103-6996

Steven Phillip Ordaz
BMC GROUP
444 North Nash St
El Sugundo, CA 90245

Ricardo Palacio, Esq
Ashby & Geddes, P. A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19801

Felicia Gerber Perlman
Skadden,Arps,Slate,Meagher&Floam LLP
155 N. Wacker Dr.
Chicago, IL 60606

Sarah E. Pierce
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

David M. Poitras
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars
Seventh Floor
Los Angeles, CA 90067-4308

Michael P. Pompeo
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

Lloyd H. Randolph
US Dept of Justice
1100 L St., N.W.
Washington, DC 20005

Leigh-Anne M. Raport
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Patrick J. Reilley
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Erica J. Richards
Morrison Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Frederick Rosner
The Rosner Law Group LLC
824 N Market St Ste 810
Ste 810
Wilmington, DE 19801

Jeremy William Ryan
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O Box 951
Wilmington, DE 19801

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Brad D. Schimel
Wisconsin Department of Justice
P O Box 7857
Madison, WI 53707-7857

H. Jeffrey Schwartz
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Carren Shulman
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Center
New York, NY 10112

Bennett S. Silverberg
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Amanda R. Steele
Richards, Layton and Finger
920 N. King Street
Wilmington, DE 19801

William F. Taylor, Jr.
McCarter & English LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801

Marisa A. Terranova
Richards Layton & Finger, P.A.

920 N. King Street
Wilmington, DE 19899

Ronald Mark Tucker
Simon Property Group, LP
225 West Washington Street
Indianapolis, IN 46204

Christopher A. Ward
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Jeremy Welch
Ruder Ware
PO Box 8050
Wausau, WI 54402

Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy, Ste 1000
Dallas, TX 75207

_____
Julie Boling