**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | Case No. 15-10952 (KJC) |
| Debtors.[1] | Jointly Administered |

**SUPPLEMENTAL DECLARATION OF THERESE BURKHART, AUTHORIZED REPRESENTATIVE OF MCKINLEY AVENUE, LLC, IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING THE RETENTION OF THE ROSNER LAW GROUP LLC AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC., *NUNC PRO TUNC* TO MAY 13, 2015**

I, Therese Burkhart, in my capacity as the authorized representative of McKinley Avenue, LLC ("McKinley"), declare under penalty of perjury:

1. McKinley was appointed to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases on May 13, 2015. I am the duly authorized representative of McKinley in connection with its membership on the Committee. The Committee members thereafter elected McKinley to serve as the chair of the Committee

2. I submit this supplemental declaration (the "Declaration") in support of the *Application for Order Authorizing the Retention of The Rosner Law Group LLC as Delaware Counsel for the Official Committee of Unsecured Creditors Nunc Pro Tunc to May 13, 2015* [D.I. 256; filed 6/1/15] (the "Application"). Except as otherwise noted, all facts in this

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505, SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by other members of the Committee.

3. On May 13, 2015, the Committee interviewed five (5) law firm candidates to serve as the Committee's primary restructuring counsel. The Committee selected Brown Rudnick LLP ("Brown Rudnick") as its lead counsel. Following the Committee's selection of Brown Rudnick, the Committee considered several law firm candidates to serve as Delaware counsel. After due deliberation, the Committee selected The Rosner Law Group LLC ("RLG") as its Delaware counsel. In selecting RLG, the Committee considered RLG's expertise with regard to Delaware local bankruptcy practice and procedures, RLG's considerable experience serving as Delaware counsel to official committees and its agreement to reduce its standard hourly rate to $275/hour. Based on the foregoing, the Committee determined that RLG was equally well qualified and economical to represent the Committee as Delaware counsel in these chapter 11 cases.

4. The discounted hourly legal rates to be charged by attorneys RLG for this engagement are set forth in the Rosner Declaration. RLG informed the Committee that it discounted its normal rates, and the material terms of engagement are substantially less than the rates and material terms of engagement of other comparably skilled bankruptcy professionals and the rates RLG charges for non-bankruptcy matters. RLG's rates do not vary based on the geographic location of a case.

5. The Committee has been informed that all fees requested by RLG first will be approved by the Committee before being submitted to the Court on notice. The Committee is

advised that RLG will endeavor to have appropriate tasks handled either by a paralegal at $150/hr. or a law clerk at $75/hr.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 8, 2015

Therese Burkhart

Therese Burkhart
*Authorized Representative of McKinley Avenue, LLC*
*Chair, Official Committee of Unsecured Creditors in the Chapter 11 Cases of Corinthian Colleges, Inc., et al.*