## **EXHIBIT A**

RLF1 11915387v.2
ACTIVE 207960840v.7

Preliminary Draft
Subject to Material Change

EXHIBIT "A"

## Corinthian Colleges, Inc. – Consolidated
### Cash Collateral Budget

($ in Thousands)

| Week Ending: | 1 Projected 6/5/2015 | 2 Projected 6/12/2015 | 3 Projected 6/19/2015 | 4 Projected 6/26/2015 | 5 Projected 7/3/2015 | 6 Projected 7/10/2015 | 7 Projected 7/17/2015 | 8 Projected 7/24/2015 | 9 Projected 7/31/2015 | 10 Projected 8/7/2015 | Projected Post 8/7/15 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | |
| Receivables / Education Receipts | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Proceeds from Sale of Equipment / FF&E | - | - | - | - | - | 1,535 | - | - | - | - | - | 1,535 |
| Zenith Indemnification Escrow | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Cash Receipts | 121 | 10 | 10 | 10 | 5 | 527 | 5 | 5 | 5 | 5 | - | 703 |
| **Total Receipts** | 121 | 10 | 10 | 10 | 5 | 2,062 | 5 | 5 | 5 | 5 | - | 2,238 |
| **ORDINARY COURSE DISBURSEMENTS** | | | | | | | | | | | | |
| Payroll Benefits and Taxes - Campus Staff | $ 400 | $ 7 | $ 200 | $ 7 | $ - | $ 7 | $ - | $ 7 | $ - | $ - | $ - | 628 |
| Payroll Benefits and Taxes - Corp Staff | - | 81 | - | 81 | 7 | 68 | - | 68 | 34 | 0 | - | 338 |
| Return of Student Deposits | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent | - | - | - | - | 108 | - | - | - | 108 | 1,084 | - | 1,300 |
| CSC Rent | - | - | - | - | 35 | - | - | - | 35 | - | - | 70 |
| Transition Services Agreement Pmts/Accounting | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | - | 50 |
| Document Management | 25 | 23 | - | - | 45 | - | - | 750 | 45 | - | - | 888 |
| Moving / Location Expenses | 12 | 106 | - | - | - | 20 | - | - | - | 20 | - | 158 |
| Security | - | - | - | - | - | - | - | - | - | 5 | - | 10 |
| Utilities (including deposits) | 65 | - | - | - | 5 | - | - | - | 5 | 5 | - | 75 |
| PricewaterhouseCoopers | - | 100 | - | - | - | - | - | - | - | - | - | 100 |
| Ordinary Course Professionals | 25 | 25 | 25 | 25 | 25 | 100 | 25 | - | - | - | - | 250 |
| Other Operating Expenses & Consultants | 197 | 112 | 73 | 68 | 57 | 27 | 31 | 26 | 20 | 20 | - | 629 |
| **Total Op Expenses** | 729 | 458 | 303 | 186 | 287 | 227 | 61 | 855 | 257 | 1,134 | - | 4,495 |
| **OPERATING CASH FLOW** | (608) | (448) | (293) | (176) | (282) | 1,835 | (56) | (850) | (252) | (1,129) | - | (2,258) |
| **NON-OPERATING C/F** | | | | | | | | | | | | |
| CCI Financial Advisors Professional Fees | - | (93) | (150) | (150) | (66) | (121) | (46) | (22) | (41) | (116) | (68) | (873) |
| CCI Counsel Professional Fees | - | - | - | - | - | - | (293) | - | - | - | (632) | (925) |
| Student Committee Professional Fees | - | - | - | - | - | - | (55) | - | - | - | (220) | (275) |
| Unsecured Creditors Committee Professional Fees | - | - | - | - | - | - | (75) | - | - | - | (200) | (275) |
| Lender Professional Fees | - | - | - | (275) | - | - | - | - | - | - | - | (450) |
| Noticing Costs / Plan Costs | (103) | - | - | (100) | - | - | - | (100) | (175) | - | - | (353) |
| UST Fees | - | - | - | - | - | - | (13) | - | - | - | (50) | (13) |
| Other Non-Operating Cash Flows | - | - | - | - | - | - | (211) | - | - | - | - | (211) |
| **Sub-Total Non-Operating** | (103) | (93) | (150) | (525) | (66) | (121) | (693) | (122) | (216) | (116) | (1,170) | (3,375) |
| **NET CASH FLOW** | (711) | (541) | (443) | (701) | (348) | 1,714 | (748) | (972) | (468) | (1,245) | (1,170) | (5,633) |
| Beg Book Balance* | $ 6,531 | $ 5,820 | $ 5,279 | $ 4,836 | $ 4,135 | $ 3,788 | $ 5,502 | $ 4,754 | $ 3,781 | $ 3,313 | $ 2,068 | $ 6,531 |
| Net Cash Flow | (711) | (541) | (443) | (701) | (348) | 1,714 | (748) | (972) | (468) | (1,245) | (1,170) | (5,633) |
| **Ending Book Balance** | $ 5,820 | $ 5,279 | $ 4,836 | $ 4,135 | $ 3,788 | $ 5,502 | $ 4,754 | $ 3,781 | $ 3,313 | $ 2,068 | $ 898 | $ 898 |

*Beginning Book Balance is estimated based on estimated actuals through 5/29/15, but are subject to further adjustment.

**Payroll Headcount After Terminations By Week**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Campus Staff Remaining at End of Week | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | - | - | | |
| Corp Staff Remaining at End of Week | 8 | 8 | 6 | 6 | 6 | 6 | 6 | 6 | 1 | 1 | | |

Preliminary Draft
Subject to Material Change

Corinthian Colleges, Inc.
Professional Fees Accrued

| Week Ending: | 5/4 - 5/22/15 | 5/29/15 | 6/5/15 | 6/12/15 | 6/19/15 | Statement Paid 6/26/15 | 7/3/15 | 7/10/15 | 7/17/15 | 7/24/15 | Statement Paid 7/31/15 | 8/7/15 | Statement Paid Final | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FTI Consulting, Including CRO** | | | | | | | | | | | | | | |
| Accrued | $ 585 | $ 150 | $ 150 | $ 66 | $ 121 | $ 46 | $ 22 | $ 41 | $ 116 | $ 36 | $ 32 | $ | $ | 1,365 |
| Paid | | | | (93) | (150) | (150) | (66) | (121) | (46) | (22) | (41) | (116) | (68) | (873) |
| Retainer Applied | | | | (492) | | | | | | | | | | (492) |
| Retainer Outstanding | 492 | 492 | 492 | | | | | | | | | | | |
| Accrued and Unpaid Fees | 585 | 735 | 885 | 366 | 337 | 233 | 189 | 109 | 179 | 193 | 184 | 68 | | |
| **Richards Layton** | | | | | | | | | | | | | | |
| Accrued | $ - | $ 366 | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 9 | | 1,050 |
| Paid | | | | | | | | | (293) | | | | (632) | (925) |
| Retainer Applied | | | | | | | | | | | | | (125) | (125) |
| Retainer Outstanding | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | | |
| Accrued and Unpaid Fees | - | 366 | 441 | 516 | 591 | 666 | 741 | 816 | 598 | 673 | 748 | 757 | | |
| **Robins Kaplan and Public Counsel** | | | | | | | | | | | | | | |
| Accrued | $ 15 | $ 15 | $ 15 | $ 15 | $ 15 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | | | 225 |
| Paid | | | | | | | | | (45) | | | (180) | | (225) |
| Retainer Applied | | | | | | | | | | | | | | |
| Retainer Outstanding | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Accrued and Unpaid Fees | 15 | 30 | 45 | 60 | 75 | 100 | 125 | 150 | 130 | 155 | 180 | 180 | | |
| **Polsinielli** | | | | | | | | | | | | | | |
| Accrued | $ 5 | $ 5 | $ - | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | | | 50 |
| Paid | | | | | | | | | (10) | | | (40) | | (50) |
| Retainer Applied | | | | | | | | | | | | | | |
| Retainer Outstanding | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Accrued and Unpaid Fees | 5 | 10 | 10 | 15 | 20 | 25 | 30 | 35 | 30 | 35 | 40 | 40 | | |
| **UCC Professionals** | | | | | | | | | | | | | | |
| Accrued | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | | | 275 |
| Paid | | | | | | | | | (75) | | | (200) | | (275) |
| Retainer Applied | | | | | | | | | | | | | | |
| Retainer Outstanding | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Accrued and Unpaid Fees | 25 | 50 | 75 | 100 | 125 | 150 | 175 | 200 | 150 | 175 | 200 | 200 | | |
| **Total Payments** | | | | (93) | (150) | (150) | (66) | (121) | (469) | (22) | (41) | (116) | (1,120) | (2,348) |