# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.  
**CASE NO.:** 15-10952-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** June 8, 2015

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy J. Fox, Jr. | U.S. Trustee | |
| Jennifer Hagle | Sidley Austin | Bank of America |
| Jeremy Ryan | Potter Anderson & Corroon | " " |
| Chris Ward | Polsinelli | Student Committee |
| Mark Collins | Richards Layton | Debtors |
| Marisa Terranova | " | " |
| Leigh-Anne M. Raport | Ashby & Geddes | Cypress Student Funding |
| Jodi Keur | The Rosner Law Group | GUC Committee |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

Calendar Date: 06/08/2015
Calendar Time: 01:00 PM ET

Amended Calendar 06/08/2015 09:04 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6965829 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6970226 | Kent Collier | (212) 585-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6963192 | Scott Gautier | (310) 229-5812 | Robins Kaplan LLP | Debtor, Official Committee of Unsecured Creditors / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6965692 | Anna Gumport | (213) 896-6064 | Sidley Austin LLP | Creditor, Bank of America, N.A. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6968924 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Patrick Holohan / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6968794 | Lorenzo Marinuzzi SUB ELICA RICARDS | (212) 468-8000 | Morrison & Foerster LLP | Creditor, Campus Student Funding LLC / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6970356 | Bennett S. Silverberg | (212) 209-4924 | Brown Rudnick LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 6965110 | John W. Spiegel | (213) 683-9100 | Munger, Tolles & Olson LLP | Interested Party, Jack Massimino / LISTEN ONLY |