IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |
| § | **Re: Docket Nos. 46 & 234** |

-----------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING SECOND ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE *NUNC PRO TUNC* TO THE DATE THAT THE DEBTORS SURRENDERED POSSESSION; (II) APPROVING THE *NUNC PRO TUNC* ABANDONMENT OF ANY PERSONAL PROPERTY REMAINING AT THE LEASE LOCATIONS; AND (III) GRANTING CERTAIN RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On May 6, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective Nunc Pro Tunc to the Date that the Debtors Surrendered Possession; (II) Approving the Nunc Pro Tunc Abandonment of any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief* [Docket No. 46] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

2.     On May 27, 2015, the Court conducted a hearing (the "**Hearing**") on the Motion. At the Hearing, the Debtors notified that Court that the premises covered by three of the leases listed on Exhibit 1 to the proposed form of order filed with the Motion (the "**Leases**") were not surrendered as of the time of the Hearing.  The Debtors indicated that they would submit a separate form of order approving the rejection of these three leases (the "**Remaining Leases**") to the Court under certification of counsel following the surrender of the related premises.

3.     On May 29, 2015, the Court entered an order approving the Motion [D.I. 234] (the "**First Rejection Order**").  Attached as Exhibit 1 to the First Rejection Order was a list of rejected leases.  This list excluded the Remaining Leases.

4.     On May 28, 2015, the Debtors surrendered possession of the premises covered by one of the Remaining Leases.  See D.I. 233.  On May 29, 2015, the Debtors surrendered possession of the premises covered by the other two Remaining Leases.  See D.I. 236.

5.     The Debtors have prepared a second form of order approving the Motion (the "**Second Rejection Order**").  A copy of the Second Rejection Order is attached hereto as Exhibit A.  The Second Rejection Order is in a substantially similar form as the First Rejection Order other than Exhibit 1.  Exhibit 1 to the Second Rejection Order is a list of the Remaining Leases.  For the convenience of the Court, a comparison version showing the changes between the First Rejection Order and the Second Rejection Order as Exhibit B.

WHEREFORE, the Debtors respectfully request that the Court enter the Second Rejection Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.

| | |
|---|---|
| Dated: June 8, 2015<br>    Wilmington, Delaware | */s/* Marisa A. Terranova<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>         merchant@rlf.com<br>         terranova@rlf.com<br>         steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |