## **EXHIBIT A**

**Second Rejection Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| | § | |
| Debtors. | § | **Re: Docket Nos. 46, 234 & ____** |

-------------------------------------------------------

### SECOND ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE *NUNC PRO TUNC* TO THE DATE THAT THE DEBTORS SURRENDERED POSSESSION; (II) APPROVING THE *NUNC PRO TUNC* ABANDONMENT OF ANY PERSONAL PROPERTY REMAINING AT THE LEASE LOCATIONS; AND (III) GRANTING CERTAIN RELATED RELIEF

Upon the motion (the "**Motion**")[2] of Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), for the entry of an order (this "**Order**") (i) authorizing the Debtors to reject the executory contracts and unexpired leases set forth in Exhibit 1 hereto (the "**Leases**") *nunc pro tunc* to the dates set forth thereon; (ii) approving the *nunc pro tunc* abandonment of any personal property remaining at such locations; and (iii) granting certain related relief; and upon due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court finding that the filing of the rejection notices and service of the same

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

on applicable Lease Counterparties provided such persons with adequate and proper notice of the Notice Date and proposed effective date of rejection for each Lease; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held on the Motion on May 27, 2015 (the "**Hearing**"); and the Court having entered an order [Docket No. 234] (the "**First Rejection Order**") granting the relief requested in the Motion with regards to the unexpired leases identified herein (which did not include the Leases); and the Debtors having represented at the Hearing that they would be subsequently submitting this Order granting the relief requested with respect to the Leases; and upon the record of the Hearing, and all the proceedings had before the Court; and the Court having found and determined that the relief requested in the Motion with regards to the Leases is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Leases listed on Exhibit 1 attached hereto are deemed rejected, effective *nunc pro tunc* to the dates identified on Exhibit 1.

3.      Pursuant to section 554 of the Bankruptcy Code and Bankruptcy Rule 6007, all Abandoned Property remaining at the locations associated with the Leases shall be abandoned

RLF1 12092224v.2

*nunc pro tunc* to the effective date of rejection for each respective Lease.  Moreover, the Lease Counterparties are authorized to dispose of any property remaining at the premises, including any Abandoned Property or leased equipment, without liability to any third parties claiming an interest in such property.

4.       Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.       The Debtors are authorized to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion

6.       This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: June _____, 2015
        Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1 12092224v.2

**<u>EXHIBIT 1</u>**

**The Leases**

**Exhibit 1 - Leases**

| Campus | | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Teachout 1 | Ft. Worth | Mercantile Partners, L.P. | | 2650 Meacham Boulevard | | Fort Worth | TX | 76137 | Lease agreement by and between Mercantile Partners, L.P., a Texas limited partnership ("Landlord") and Corinthian Colleges, Inc., a Delaware corporation ("Tenant"), and any amendments thereto | 9/29/2003 | 5/29/2015 |
| Campus 12 | Ontario Metro | Acco Airport Center II, LLC | | 846 West Foothill Boulevard, Suite L | | Upland | CA | 91786 | Lease Agreement by and between Acco Airport Center I, LLC as Landlord and Corinthian Colleges, Inc., a Delaware corporation, as Tenant | 11/17/2004 | 5/29/2015 |
| | | Paragon Capital Corporation | | 226 South Lake Avenue | Suite 300 | Pasadena | CA | 91101 | | | |
| Teachout 2 | Silver Spring | 8757 GA, LLC | c/o Washington Property Company | 4719 Hampden Lane | 3rd Floor | Bethesda, MD 20814 | MD | 20814 | Lease agreement between 8757 GA, L.L.C., a Maryland limited liability company ("Landlord"), and Corinthian Colleges, Inc., a Delaware corporation ("Tenant"), and any amendments thereto | 11/24/2003 | 5/28/2015 |