# EXHIBIT B

**Comparison Version**

RLF1 12090956v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § | |
| | § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| | § | |
| Debtors. | § | Re: Docket Nos. 46, **234** & ____ |

---

**SECOND ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE *NUNC PRO TUNC* TO THE DATE THAT THE DEBTORS SURRENDERED POSSESSION; (II) APPROVING THE *NUNC PRO TUNC* ABANDONMENT OF ANY PERSONAL PROPERTY REMAINING AT THE LEASE LOCATIONS; AND (III) GRANTING CERTAIN RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), for the entry of an order (this "**Order**") (i) authorizing the Debtors to reject the executory contracts and unexpired leases set forth in Exhibit 1 hereto (the "**Leases**") *nunc pro tunc* to the dates set forth thereon; (ii) approving the *nunc pro tunc* abandonment of any personal property remaining at such locations; and (iii) granting certain related relief; and upon due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court finding that the filing of the rejection notices and service of the same

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 12092224v.2

on applicable Lease Counterparties provided such persons with adequate and proper notice of the Notice Date and proposed effective date of rejection for each Lease; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been ~~scheduled and~~ held on the Motion on May 27, ~~to the extent necessary, held to consider~~ 2015 (the "**Hearing**"); and the Court having entered an order [Docket No. 234] (the "**First Rejection Order**") granting the relief requested in the Motion ~~(the "Hearing")~~ with regards to the unexpired leases identified herein (which did not include the Leases); and the Debtors having represented at the Hearing that they would be subsequently submitting this Order granting the relief requested with respect to the Leases; and upon the record of the Hearing ~~(if any was held)~~, and all the proceedings had before the Court; and the Court having found and determined that the relief requested in the Motion with regards to the Leases is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing ~~(if any was held)~~ establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Leases listed on <u>Exhibit 1</u> attached hereto are deemed rejected, effective *nunc pro tunc* to the dates identified on <u>Exhibit 1</u>. ~~For the avoidance of doubt, the rejection of the Leases shall be~~

~~effective *nunc pro tunc* to (i) May 6, 2015 for the Decatur Lease and (ii) the applicable Notice Date for each of the Campus Leases and the Washington D.C. Lease.~~

3. Pursuant to section 554 of the Bankruptcy Code and Bankruptcy Rule 6007, all Abandoned Property remaining at the locations associated with the Leases shall be abandoned *nunc pro tunc* to the effective date of rejection for each respective Lease. Moreover, the Lease Counterparties are authorized to dispose of any property remaining at the premises, including any Abandoned Property or leased equipment, without liability to any third parties claiming an interest in such property.

4. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion

6. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: ~~May~~ June _____, 2015
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

**The Leases**

RLF1 12092224v.2

| Comparison Details | |
|---|---|
| Title | **pdfDocs compareDocs Comparison Results** |
| Date & Time | 6/8/2015 4:33:45 PM |
| Comparison Time | 0.97 seconds |
| compareDocs version | v3.4.15.4 |

| Sources | |
|---|---|
| Original Document | [#12050773] [v1] Corinthian - Order Approving Campus Lease Rejection - final - with landlord language.docxDMS Information |
| Modified Document | [#12092224] [v2] Corinthian - Second Order Approving Campus Lease Rejection - final.docxDMS information |

| Comparison Statistics | |
|---|---|
| Insertions | 6 |
| Deletions | 7 |
| Changes | 5 |
| Moves | 0 |
| TOTAL CHANGES | 18 |

| Word Rendering Set Markup Options | |
|---|---|
| Name | Standard |
| Insertions | |
| Deletions | |
| Moves / Moves | |
| Inserted cells | |
| Deleted cells | |
| Merged cells | |
| Formatting | Color only. |
| Changed lines | Mark left border. |
| Comments color | ByAuthorcolor options] |
| Balloons | False |

| compareDocs Settings Used | Category | Option Selected |
|---|---|---|
| Open Comparison Report after Saving | General | Always |
| Report Type | Word | Track Changes |
| Character Level | Word | False |
| Include Headers / Footers | Word | True |
| Include Footnotes / Endnotes | Word | True |
| Include List Numbers | Word | True |
| Include Tables | Word | True |
| Include Field Codes | Word | True |
| Include Moves | Word | True |
| Show Track Changes Toolbar | Word | True |
| Show Reviewing Pane | Word | False |
| Update Automatic Links at Open | Word | False |
| Summary Report | Word | End |
| Include Change Detail Report | Word | Separate |
| Document View | Word | Print |
| Remove Personal Information | Word | False |