## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Case No. 15-10952 (KJC) |
| CORINTHIAN COLLEGES, INC., et al.,[1] | Chapter 11 |
|  | (Jointly Administered) |
| Debtors. | RE: D.I. 287 |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 8, 2015, a copy of the **Order Granting Motion of Current and Former Directors and Officers of Corinthian Colleges, Inc., for Relief From the Automatic Stay, to the Extent Applicable, to Allow Payment of Defense Costs and Other Loss Under Directors and Officers Liability Insurance Policies** (D.I. 287, Filed 6/8/15) was served, in the manner indicated, upon the parties identified on the attached list.

*[Remainder of Page Intentionally Left Blank]*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).

DATED: June 8, 2015
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Matthew R. Koch*

Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
Matthew R. Koch (No. 6048)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsmile: (302) 658-3989
rdehney@mnat.com
cmiller@mnat.com
mkoch@mnat.com

*Attorneys for Hank Adler, Robert Bosic, Michael Brase,*
*Linda Buchanan, William Buchanan, Nicole Carnagey,*
*Eeva Deshon, Christian Dieckman, John Dionisio, Anna*
*Marie Dunlap, John Fioretto, Barbara Gordon, Terry*
*Hartshorn, Alice Kane, Robert Kenyon, Don King, Robert*
*Lee, Jack Massimino, David Moore, Marc Morial, Kennet*
*Ord, Robert Owen, David Poldoian, Terry Rawls, Sharon*
*Robinson, Karen Rose, Sumi Shrishrimal, Linda Skladany*
*Paul St. Pierre, Tim Sullivan, Peter Waller, Beth Wilson,*
*and Michelle Reed Zagorski.*

9218755.1