# SERVICE LIST

| **VIA HAND DELIVERY** | **VIA FIRST CLASS U.S. MAIL** |
|---|---|
| Julia Bettina Klein<br>Frederick Rosner<br>The Rosner Law Group LLC<br>824 Market Street, Suite 810<br>Wilmington, DE  19801 | Bennett S. Silverberg<br>H. Jeffrey Schwartz<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY  10036 |
| Christopher A. Ward, Esq.<br>Shanti M. Katona, Esq.<br>Polsinelli PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE  19801 | Scott F. Gautier, Esq.<br>Lorie A. Ball, Esq.<br>Cynthia C. Hernandez, Esq.<br>Robins Kaplin LLP<br>2049 Century Park East<br>Suite 3400<br>Los Angeles, CA  90067 |
| Mark D. Collins<br>Rachel Layne Biblo<br>Michael Joseph Merchant<br>Amanda R. Steele<br>Marisa A. Terranova<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | |

9203160.1