IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | Case No. 15-10952-KJC |
| Debtor. | |

**DECLARATION OF AMBER THOMPSON IN SUPPORT OF COMMITTEE OF STUDENT CREDITORS' MOTION FOR AN ORDER SUPPLEMENTING OR EXTENDING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(A) AND 105(A) AND GRANTING RELATED RELIEF**

I, Amber Thompson, declare as follows:

1. My name is Amber Thompson, I am over the age of 18, and I live in San Jose, California. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would testify competently thereto.

2. I attended Heald College in Salinas, CA from April, 2010 through December 2012, when I decided to transfer to the San Jose, CA campus. I enrolled in Heald College San Jose in April 2013 and graduated in October 2013 with an Associate of Applied Science degree in Business Administration with an emphasis on Accounting. Afterwards, I remained at Heald and obtained my Associate of Arts degree in April 2014.

3. At the time of enrolling in the Business Administration with an emphasis in Accounting degree, I was informed by Titus Cooper, Admissions Advisor, that a high

---

[1] The Debtors in these cases, along with the case numbers, are: Corinthian Schools, Inc. 15-10955 (KJC); Rhodes Colleges, Inc. 15-10957 (KJC); Florida Metropolitan University, Inc., 15-10962 (KJC); Corinthian Property Group, Inc. 15-10966 (KJC); Titan Schools, Inc. 15-10970 (KJC); Career Choices, Inc. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., 15-10961 (KJC); Ashmead Education, Inc., 15-10967(KJC) ; MJB Acquisition Corporation, 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975 ; (KJC) Pegasus Education, Inc., 15-10953 (KJC); Grand Rapids Education Center, Inc., 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., 15-10960 (KJC); CDI Education USA, Inc. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); Socle Education, Inc., Case No. 15-10976 (KJC).

61041685.1

percentage of graduates of the Business Administration, emphasis in Accounting program, obtained employment in the accounting field with a starting average salary of approximately $50,000 per year. I cannot recall the exact percentage Mr. Cooper stated, however I do recall that Mr. Cooper utilized that data to provide reassurance that the cost of the private education would be worth it. He also stated that my education via Heald College would provide the opportunity for my own corner office with an assistant, a step above a basic entry-level position.

4. Upon graduation, I was unable to obtain employment in the field related to my Business Administration with an emphasis in Accounting degree and instead found employment at a large family owned bank as a Regional Customer Service Representative II, also known as a Teller. My starting annual salary was approximately $35,000. My duties at the bank had nothing to do with anything I learned while attending Heald College. In addition, my degree was not a pre-requisite to applying for the job as a Teller because my co-workers had unrelated degrees, while others simply had a high school diploma, and I had numerous years of customer service experience prior to my enrollment at Heald College.

5. To the best of my recollection, prior to enrollment at, and while attending, Heald College, I was unaware that funds were being provided to the Debtors that would ultimately result in a total amount of $57,358.92 to cover the costs associated with my enrollment at Heald College.

6. I am currently being asked to pay approximately $55,543 for amounts advanced

61041685.1

to the Debtors under Title IV of the Higher Education Act of 1965 in connection with my enrollment at Heald College (the "Federal College Funding").

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June 2015 in Mountain View, California.

*Amber Thompson*
Amber Thompson