# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
| --- | --- |
| CORINTHIAN COLLEGES, INC., | Case No. 15-10952-KJC |
| Debtor. | |

## DECLARATION OF BRITTANY ANN SMITH JACKL IN SUPPORT OF COMMITTEE OF STUDENT CREDITORS' MOTION FOR AN ORDER SUPPLEMENTING OR EXTENDING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(A) AND <u>105(A) AND GRANTING RELATED RELIEF</u>

I, Brittany Ann Smith Jackl, declare as follows:

1. My name is Brittany Ann Smith Jackl, I am over the age of 18, and I live in Orange Park, Florida. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would testify competently thereto.

2. I attended Everest University from July 2006 through July 2011. I was enrolled in the Associate of Science for Medical Billing and Coding program and the Bachelor of Science for Business Applied Management program.

3. At the time of enrolling, I was informed by the recruitment department that approximately 95% of graduates of the Associates of Science for Medical Billing and Coding program obtained employment in the medical billing field due to

the large medical community located in Jacksonville, Florida. I was informed the average starting salary was approximately $35,000 - $40,000.

4. Upon graduation, I was unable to obtain employment in the field related to my Associate of Science for Medical Billing and Coding degree and instead found employment as a photographer and sales representative with an annual salary of $19,240.

5. To the best of my recollection, I was aware that funds were being provided to the Debtors in the amount of $250 per credit hour when I enrolled. There was also an average of $250 per term for books and lab fees. This totals approximately $49,000.

6. To the best of my recollection, I was unaware that additional funds were being provided to the Debtors in the amount of $37,591 to cover the costs associated with my enrollment at Everest University.

7. I am currently being asked to pay approximately $72,555 for amounts advanced to the Debtors under Title IV of the Higher Education Act of 1965 in connection with my enrollment at Everest University (the "Federal College Funding").

8. I am currently also being asked to pay approximately $11,000 in private loans for amounts advanced to the Debtors in connection with my enrollment (the "Private College Funding," collectively with the Federal College Funding, the "College Funding").

9. Education Credit Management Corp. ("ECMC") is making efforts to collect the College Funding in the approximate amount of $6,674.92. Great Lakes is making efforts to collect the College Funding in the approximate amount of $67,411.47. Navient Solutions, Inc. is making efforts to collect the College Funding in the approximate amount of roughly $11,000.

10. I have been subjected to collection efforts that include daily phone calls to my cell phone and voluminous collection letters. I have had my spouse's tax return garnished.

Additionally, recently I received a notice of wage garnishment from ECMC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June, 2015 in Orange Park, Florida.

*Brittany Ann Smith Jackl*

Brittany Ann Smith Jackl

61041336.1