IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | Case No. 15-10952-KJC |
| Debtor. | |

**DECLARATION OF JESSICA KING IN SUPPORT OF COMMITTEE OF STUDENT CREDITORS' MOTION FOR AN ORDER SUPPLEMENTING OR EXTENDING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(A) AND 105(A) AND GRANTING RELATED RELIEF**

I, Jessica King, declare as follows:

1. My name is Jessica King, I am over the age of 18, and I live in Newport News, Virginia. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would testify competently thereto.

2. I attended Everest College from March 2007 through February 2008. I was enrolled in the Medical Assistance Diploma program and graduated with honors.

3. At the time of enrolling in the Medical Assistance program, I was informed by the Admissions staff that approximately 85% of graduates of the Medical Assistance Diploma

---

[1] The Debtors in these cases, along with the case numbers, are: Corinthian Schools, Inc. 15-10955 (KJC); Rhodes Colleges, Inc. 15-10957 (KJC); Florida Metropolitan University, Inc., 15-10962 (KJC); Corinthian Property Group, Inc. 15-10966 (KJC); Titan Schools, Inc. 15-10970 (KJC); Career Choices, Inc. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., 15-10961 (KJC); Ashmead Education, Inc., 15-10967(KJC) ; MJB Acquisition Corporation, 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975 ; (KJC) Pegasus Education, Inc., 15-10953 (KJC); Grand Rapids Education Center, Inc., 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., 15-10960 (KJC); CDI Education USA, Inc. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); Socle Education, Inc., Case No. 15-10976 (KJC). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

61041291.1

program obtained employment in the medical assistance field with an average annual starting salary of approximately $25,000.

4. Upon graduation, I was unable to obtain employment in the field related to my Medical Assistance Diploma and instead found employment as a waitress with a starting salary of $2.13 an hour, plus tips.

5. To the best of my recollection, I was aware that funds were being provided to the Debtors[2] in the amount of $1,200 to cover the costs associated with my enrollment at Everest College.

6. To the best of my recollection, I was unaware that funds were being provided to the Debtors in the amount of $33,000 to cover the costs associated with my enrollment at Everest College. I was under the impression that I received grants and scholarships because I was low income and a single mother.

7. I am currently being asked to pay approximately $31,600 for amounts advanced to the Debtors under Title IV of the Higher Education Act of 1965 in connection with my enrollment at Everest College (the "Federal College Funding").

---

[2] The Debtors are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

61041291.1

8. I am currently also being asked to pay approximately $1,400 loans for amounts advanced to the Debtors in connection with my enrollment at Everest College (the "Private College Funding," and collectively with the Federal College Funding, the "College Funding").

9. American Education Services, Educational Credit Management Corporation and/or Sallie Mae are making efforts to collect the College Funding in the approximate amount of $33,000.

10. I have been subjected to collection efforts that include telephone calls, emails, wage garnishments, and tax refund withholdings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2 day of June 2015 at Newport News, Virginia.

_____
Jessica King

61041291.1