# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10952-KJC |

## DECLARATION OF CRYSTAL LOESER IN SUPPORT OF COMMITTEE OF STUDENT CREDITORS' MOTION FOR AN ORDER SUPPLEMENTING OR EXTENDING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(A) AND 105(A) AND GRANTING RELATED RELIEF

I, Crystal Loeser, declare as follows:

1. My name is Crystal Loeser, I am over the age of 18, and I live in Salida, California. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would testify competently thereto.

2. I attended Heald College from January 2014 through April 2015. I was enrolled in the Medical Assisting Degree program.

3. At the time of enrolling in the Medical Assisting Degree program, I was informed by Marcos Villagran, an Admissions Advisor, that approximately 75% of graduates of the Medical Assisting Degree program obtained employment in the medical field.

---

[1] The Debtors in these cases, along with the case numbers, are: Corinthian Schools, Inc. 15-10955 (KJC); Rhodes Colleges, Inc. 15-10957 (KJC); Florida Metropolitan University, Inc., 15-10962 (KJC); Corinthian Property Group, Inc. 15-10966 (KJC); Titan Schools, Inc. 15-10970 (KJC); Career Choices, Inc. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., 15-10961 (KJC); Ashmead Education, Inc., 15-10967(KJC); MJB Acquisition Corporation, 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975 ; (KJC) Pegasus Education, Inc., 15-10953 (KJC); Grand Rapids Education Center, Inc., 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., 15-10960 (KJC); CDI Education USA, Inc. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); Socle Education, Inc., Case No. 15-10976 (KJC).

4. I was unable to complete my degree program because the college closed in April 2015.

5. To the best of my recollection, I was aware that funds were being provided to the Debtors in the amount of $6,019.00 to cover the cost of tuition/fees associated with my enrollment at Heald College.

6. To the best of my recollection, I was unaware that funds were being provided to the Debtors in the amount of $17,831.00 to cover the costs of tuition/fees associated with my enrollment at Heald College.

7. I am currently being asked to pay approximately $16,831.59 for amounts advanced to the Debtors under Title IV of the Higher Education Act of 1965 in connection with my enrollment at Heald College (the "Federal College Funding"). I do

8. I am currently also being asked to pay approximately $7,019.00 to Genesis Lending for amounts advanced to the Debtors in connection with my enrollment at Heald College (the "Private College Funding," collectively with the Federal College Funding, the "College Funding").

9. Genesis Lending is making efforts to collect the College Funding in the approximate amount of $7,019.00.

10. I have been subjected to collection efforts that include phone calls and emails.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of June 2015 in Salida, California.

_____
Crystal Loeser