# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| *CORINTHIAN COLLEGES, INC.,*[1] | Case No. 15-10952-KJC |
| Debtor. | |

## DECLARATION OF MICHAEL ADORNO-MIRANDA IN SUPPORT OF COMMITTEE OF STUDENT CREDITORS' MOTION FOR AN ORDER SUPPLEMENTING OR EXTENDING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(A) AND 105(A) AND GRANTING RELATED RELIEF

I, Michael Adorno-Miranda, declare as follows:

1. My name is Michael Adorno-Miranda, I am over the age of 18, and live in Colorado Springs, Colorado. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would testify competently thereto.

1. I attended Everest College Colorado Springs from February 2012 through July 2012. I was enrolled in the Computer Information Science program for an Associate of Applied Science Degree.

---

[1] The Debtors in these cases, along with the case numbers, are: Corinthian Schools, Inc. 15-10955 (KJC); Rhodes Colleges, Inc. 15-10957 (KJC); Florida Metropolitan University, Inc., 15-10962 (KJC); Corinthian Property Group, Inc. 15-10966 (KJC); Titan Schools, Inc. 15-10970 (KJC); Career Choices, Inc. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., 15-10961 (KJC); Ashmead Education, Inc., 15-10967(KJC) ; MJB Acquisition Corporation, 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975 ; (KJC) Pegasus Education, Inc., 15-10953 (KJC); Grand Rapids Education Center, Inc., 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., 15-10960 (KJC); CDI Education USA, Inc. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

2. Upon graduation, I was unable to obtain employment in the field related to my Computer Information Science degree and instead found employment as a Program Leader with a starting salary of $11,000 a year.

3. To the best of my recollection, I was unaware that funds were being provided to the Debtors in the amount of $37,162.00 to cover the cost of tuition/fees associated with my enrollment at Everest College Colorado Springs.

4. I am currently being asked to pay approximately $37,162.00 for amounts advanced to the Debtors under Title IV of the Higher Education Act of 1965 in connection with my enrollment at Everest College Colorado Springs (the "Federal College Funding").

5. Education Credit Management Corporation is making efforts to collect the Federal College Funding in the approximate amount of $37,162.00.

6. I have been subjected to collection efforts that include receiving mailings.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4/ day of June 2015 in Colorado Springs, CO.

Michael Adorno-Miranda