# <u>EXHIBIT A</u>



| 112th Congress 2d Session | COMMITTEE PRINT | S. Prt. 112–37 |
|---|---|---|

# FOR PROFIT HIGHER EDUCATION:
The Failure to Safeguard the Federal
Investment and Ensure Student Success

PREPARED BY THE

## COMMITTEE ON HEALTH, EDUCATION, LABOR, AND PENSIONS
UNITED STATES SENATE



### Volume 1 of 4—Parts I–III

JULY 30, 2012

Available via the World Wide Web: http://www.gpo.gov/fdsys/

Printed for the use of the
Committee on Health, Education, Labor, and Pensions

| 112th Congress 2d Session | COMMITTEE PRINT | S. Prt. 112–37 |
| --- | --- | --- |

# FOR PROFIT HIGHER EDUCATION:
## The Failure to Safeguard the Federal Investment and Ensure Student Success

PREPARED BY THE

## COMMITTEE ON HEALTH, EDUCATION, LABOR, AND PENSIONS
## UNITED STATES SENATE



## Volume 1 of 4—Parts I–III

### JULY 30, 2012

Printed for the use of the
Committee on Health, Education, Labor, and Pensions

U.S. GOVERNMENT PRINTING OFFICE
74–931                    WASHINGTON : 2012

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2104   Mail: Stop IDCC, Washington, DC 20402–0001

COMMITTEE ON HEALTH, EDUCATION, LABOR, AND PENSIONS

TOM HARKIN, Iowa, *Chairman*

| | |
|---|---|
| BARBARA A. MIKULSKI, Maryland | MICHAEL B. ENZI, Wyoming |
| JEFF BINGAMAN, New Mexico | LAMAR ALEXANDER, Tennessee |
| PATTY MURRAY, Washington | RICHARD BURR, North Carolina |
| BERNARD SANDERS (I), Vermont | JOHNNY ISAKSON, Georgia |
| ROBERT P. CASEY, JR., Pennsylvania | RAND PAUL, Kentucky |
| KAY R. HAGAN, North Carolina | ORRIN G. HATCH, Utah |
| JEFF MERKLEY, Oregon | JOHN McCAIN, Arizona |
| AL FRANKEN, Minnesota | PAT ROBERTS, Kansas |
| MICHAEL F. BENNET, Colorado | LISA MURKOWSKI, Alaska |
| SHELDON WHITEHOUSE, Rhode Island | MARK KIRK, Illinois |
| RICHARD BLUMENTHAL, Connecticut | |

PAMELA J. SMITH, *Staff Director, Chief Counsel*
LAUREN MCFERRAN, *Deputy Staff Director*

OFFICE OF OVERSIGHT AND INVESTIGATIONS

(During the 112th Congress at Time of the Report)

ELIZABETH M. STEIN, *Chief Investigative Counsel*
ELIZABETH E. BAYLOR, *Senior Investigator*
RYAN K. MCCORD, *Investigative Counsel*
KIA HAMADANCHY, *Counsel*
BRYAN F. BOROUGHS, *Congressional Fellow,*
*Georgetown Congressional Law Clerk Fellowship*
ANDREA M.K. JARCHO, *Senior Law Clerk*
LUCY V. STEIN, *Law Clerk*
NICHOLAS J. WUNDER, *Law Clerk*
SHAUNA M. AGAN, *Legal Intern*
KEAGAN D. BUCHANAN, *Legal Intern*
DOUGLAS S. DORANDO, *Legal Intern*

(II)

*UNITED STATES SENATE*
*COMMITTEE ON HEALTH, EDUCATION, LABOR, AND PENSIONS*

# FOR PROFIT HIGHER EDUCATION:
## The Failure to Safeguard the Federal Investment and Ensure Student Success

**MAJORITY COMMITTEE STAFF REPORT AND ACCOMPANYING MINORITY COMMITTEE STAFF VIEWS**

**COMMITTEE ON HEALTH, EDUCATION, LABOR, AND PENSIONS**

**UNITED STATES SENATE**



**JULY 30, 2012**

## SENATOR TOM HARKIN
Chairman

## SENATOR MICHAEL B. ENZI
Ranking Minority Member

## OFFICE OF OVERSIGHT AND INVESTIGATIONS

**Elizabeth M. Stein**
Chief Investigative Counsel

**Elizabeth E. Baylor**
Senior Investigator

**Ryan K. McCord**
Investigative Counsel

**Kia Hamadanchy**
Counsel

**Bryan F. Boroughs**
Congressional Fellow
Georgetown Congressional Law Clerk Fellow

---

| | | |
|---|---|---|
| **Andrea M.K. Jarcho** | **Lucy V. Stein** | **Nicholas J. Wunder** |
| Senior Law Clerk | Law Clerk | Law Clerk |
| **Shauna M. Agan** | **Keagan D. Buchanan** | **Douglas S. Dorando** |
| Legal Intern | Legal Intern | Legal Intern |

# Table of Contents—Part I

Page

**Executive Summary** ................................................................................... 1
**Introduction** .............................................................................................. 15
**Institutions Examined** ............................................................................. 25
    Publicly Traded Companies ..................................................................... 25
    Private Equity Owned Companies ........................................................... 27
    Closely Held Corporations ....................................................................... 29
**The Federal Investment and the Changing Sector** ................................. 30
    Increasing Federal Investment ................................................................ 30
    Increasing Reliance on Federal Dollars .................................................. 30
    Pell Grant Funds ...................................................................................... 31
    Military Education Benefits ...................................................................... 33
    Growth and Change in the For-Profit Sector ........................................... 37
**Why Are Companies "That Own For-Profit Colleges Financially Successful"?** .................................................................................................... 40
    High Cost of Attendance .......................................................................... 40
        Higher Tuition at For-Profit Colleges .............................................. 40
        Tuition Decisions Made to Maximize Revenue ................................. 42
        Executives' Recognition That Higher Tuition Leads to More Withdrawals .......................................................................................... 49
        Concealing the Cost of Tuition ......................................................... 51
    Aggressive and Deceptive Recruiting ...................................................... 53
        Recruiters Operate in a Boiler-Room Sales Atmosphere .................. 55
        Misleading and Deceptive Tactics .................................................... 61
        Techniques to Close a Sale ................................................................ 68
        Military Focused Recruiting ............................................................. 78
**How Are Students Performing** ................................................................. 82
    Inadequate Public Data for Meaningful Oversight .................................. 83
    Low Student Retention ............................................................................ 84
    Worst Performing Programs ..................................................................... 85
    Online Student Retention ........................................................................ 87
    Publicly Traded Company Student Retention ......................................... 88
    Heavy "Churn" ........................................................................................ 89
    The Costs of Withdrawal .......................................................................... 91
**Why Do Many Students Fail to Complete For-Profit Programs?** ........... 92
    Spending Choices of For-Profit Education Companies ............................ 92
        Marketing, Recruiting, and Profit ................................................... 92
        Executive Compensation ................................................................... 95
        Instructional Spending ..................................................................... 98
        Student Success is Divorced From Company Success ........................ 100
    Academic Quality .................................................................................... 101
        Part-time Faculty ............................................................................. 108
    Student Services ....................................................................................... 109
    Career Placement Services ....................................................................... 112
        Incentives for Career Services Staff .................................................. 115
    Programmatic Accreditation and Licensure ............................................ 117
        What Is Programmatic Accreditation ............................................... 117
        Students Are Not Informed About Programmatic Accreditation .......... 118

# Table of Contents—Part I—Continued

A Case Study of Sanford-Brown's Disclosures for Popular Program
Areas ................................................................................................ 122
A Comparison of Multiple Schools' Disclosure for Two Smaller Degree
Programs ......................................................................................... 125
Lower Licensing Exam Pass Rates .................................................. 127
Conclusion ........................................................................................ 128
**What Are the Consequences for Students?** ................................... 128
High Debt ......................................................................................... 128
What Default Means for Students and Society ............................... 136
Higher Unemployment .................................................................... 138
Credentials in Lower Demand Careers ........................................... 139
**Why is This Happening?** ................................................................ 140
Accreditation ................................................................................... 141
Structural Defects in the Accrediting Process ........................ 142
Accreditors Are Not Equipped to Properly Regulate Large For-Profit
Institutions ............................................................................... 144
Higher Learning Commission of the North Central Association of
Colleges and Schools ............................................................... 146
Federal Law and Regulation .......................................................... 153
Evasion of Regulatory Requirements ............................................. 159
90/10 Strategies ......................................................................... 159
Student Loan Default Rate Management and Manipulation ..... 174
Return of Title IV Funds ........................................................... 185
Job Placement Rate Manipulation ............................................. 187
**The Consequences of Inaction** ....................................................... 194
**What Needs to Be Done?** ................................................................ 196
Enhanced Transparency .................................................................. 197
Stronger Oversight ......................................................................... 199
Meaningful Protections ................................................................... 200

# Table of Contents—Part II

———————

Page

**Alta Colleges, Inc.** (19,190 students, based in Denver, CO .............................. 206
**American Career Colleges, Inc.** (4,761 students, based in Irvine, CA ........ 235
**American Public Education** (77,000 students, based in Charlestown, WV) .. 249
**Anthem Education Group, Inc.** (12,792 students, based in Phoenix, AZ) .... 265
**Apollo Group, Inc.** (470,800 students, based in Phoenix, AZ) ........................... 284
**Bridgepoint Education, Inc.** (77,179 students, based in San Diego, CA) ...... 308
**Capella Education Company** (38,634 students, based in Minneapolis, MN) 334
**Career Education Corporation** (118,205 students, based in Schaumburg,
IL) ................................................................................................. 351
**Chancellor University LLC** (739 students, based in Seven Hills, OH) .......... 380
**Concorde Career Colleges, Inc.** (7,952 students, based in Kansas City,
MO) ............................................................................................... 391
**Corinthian Colleges, Inc.** (113,818 students, based in Santa Ana, CA) ........ 408
**DeVry, Inc.** (130,375 students, based in Downers Grove, IL) ............................. 435
**ECPI Colleges, Inc.** (13,119 students, based in Virginia Beach, VA) ............... 454
**Education America, Inc.** (10,018 students, based in Heathrow, FL) ............... 469
**Education Management Corporation** (158,300 students, based in Pitts-
burgh, PA) ..................................................................................... 485
**Grand Canyon Education, Inc.** (42,300 students, based in Phoenix, AZ) ..... 513
**Henley Putnam University** (515 students, based in San Jose, CA) ............... 531
**Herzing, Inc.** (8,253 students, based in Milwaukee, WI) ................................. 540
**ITT Educational Services, Inc.** (88,004 students, based in Carmel, IN) ...... 558
**Kaplan Higher Education Corporation** (112,141 students, based in New
York City, NY) ............................................................................. 592
**The Keiser School, Inc.** (18,956 students, based in Fort Lauderdale, FL) ...... 623
**Lincoln Education Services Company** (33,175 students, based in West
Orange, NJ) .................................................................................. 639

V

| | Page |
|---|---|
| **Med-Com Career Training/Drake College** (2,692 students, based in Elizabeth, NJ) | 658 |
| **National American University Holdings, Inc.** (8,255 students, based in Rapid City, SD) | 671 |
| **Rasmussen Colleges, Inc.** (17,090 students, based in Minnetonka, MN) | 693 |
| **Strayer Education, Inc.** (60,711 students, based in Arlington, VA) | 713 |
| **TUI Learning LLC** (7,307 students, based in Cypress, CA) | 728 |
| **Universal Technical Institute, Inc.** (21,000 students, based in Scottsdale, AZ) | 738 |
| **Vatterott Education Holdings, Inc.** (11,163 students, based in St. Louis, MO) | 756 |
| **Walden, LLC** (47,456 students, based in Minneapolis, MN) | 777 |

# Table of Contents—Part III

_____

| | Page |
|---|---|
| **Minority Committee Staff Views** | 793 |

# Table of Appendixes

_____

| | Page |
|---|---|
| **Appendix 01:** Definitions | 799 |
| **Appendix 02:** The Committee Investigation | 804 |
| **Appendix 03:** Methodology | 816 |
| **Appendix 04:** The Committee Document Request and Compliance | 828 |
| **Appendix 05:** The Undercover General Accountability Office Recruiting Investigation, Report and Corrections | 851 |
| **Appendix 06:** Responses of Companies to Documents Being Made Public | 854 |
| **Appendix 07:** Fall Enrollment, 2001–2010 | 1024 |
| **Appendix 08:** OPEID Numbers Controlled by Each of 30 Companies Examined, Fiscal Year 2010 | 1027 |
| **Appendix 09:** Funds Reported Pursuant to 90/10 Rule by Company, Fiscal Years 2006–10 | 1033 |
| **Appendix 10:** Estimated Federal Revenues, Fiscal Year 2010 | 1038 |
| **Appendix 11:** Post 9-11 GI Bill Disbursements to 30 Companies Examined and Cumulative Data | 1039 |
| **Appendix 12:** Tuition Assistance and MyCAA Disbursements to 30 Companies and Cumulative Data Fiscal Years 2009 and 2010 | 1041 |
| **Appendix 13:** Pell Grant Disbursements, Award Year 2007–10 | 1043 |
| **Appendix 14:** Tuition and Fee Comparison | 1044 |
| **Appendix 15:** Retention and Withdrawal | 1055 |
| **Appendix 16:** Trial 3-Cohort Default Rates by Company, Fiscal Years 2005–8 | 1062 |
| **Appendix 17:** Executive Compensation | 1066 |
| **Appendix 18:** Revenue, Expenses, and Profit (Operating Income), Fiscal Years 2006–10 | 1071 |
| **Appendix 19:** Revenue, Profit, (Operating Income), Marketing, Fiscal Year 2009 | 1076 |
| **Appendix 20:** Per Student Spending on Profit, Fiscal Year 2009 | 1077 |
| **Appendix 21:** Integrated Postsecondary Education Data System Per Student Spending on Instruction, Fiscal Year 2009 | 1078 |
| **Appendix 22:** Per Student Spending on Marketing, Recruiting, and Admissions, Fiscal Year 2009 | 1079 |
| **Appendix 23:** Per Student Spending on Instruction at Comparison Institutions in Other Sectors | 1080 |
| **Appendix 24:** Employment Distribution by Company, Fiscal Years 2006–10 | 1083 |
| **Appendix 25:** Documents Produced to the Committee | 1087 |

## VI

In accordance with Rule XXV of the Standing Rules of the Senate, the U.S. Senate Committee on Health, Education, Labor, and Pensions (the committee) holds legislative jurisdiction over all proposed legislation, messages, petitions, memorials, and other matters relating to education and student loans and grants. Proprietary schools and institutions of higher education, henceforth referred to as for-profit colleges, fall under this jurisdiction both as academic institutions and as eligible recipients of Federal loans and grants provided through Title IV of the Higher Education Act. Senate rules also provide that the committee shall study and review, on a comprehensive basis, matters relating to education. In April 2010, under the leadership of Chairman Tom Harkin, the committee initiated an oversight into the proprietary sector of higher education. The majority staff offers this report to the committee with accompanying minority staff views.

# FOR-PROFIT HIGHER EDUCATION:

## The Failure to Safeguard the Federal Investment and Ensure Student Success

Between June 2010 and July 2012, Senate HELP Committee Chairman Tom Harkin conducted an in-depth oversight investigation focusing exclusively on the for-profit sector of higher education. The investigation was undertaken to better understand the enormous growth in both the number of students attending for-profit colleges and the Federal student aid investment that taxpayers are making in the colleges. This growth has occurred as for-profit colleges have increasingly been acquired or created by publicly traded companies and private equity firms that are closely tracked by analysts and by investors seeking quick returns. Unlike traditional non-profit and public colleges, virtually all of the revenues of for-profit colleges come directly from taxpayers, and significant portions of their expenses are dedicated to marketing and recruiting and to profit. The key findings of the investigation are summarized below.

## Executive Summary

- A 2-year investigation by the Senate Committee on Health, Education, Labor, and Pensions demonstrated that Federal taxpayers are investing billions of dollars a year, $32 billion in the most recent year, in companies that operate for-profit colleges. Yet, more than half of the students who enrolled in in those colleges in 2008-9 left without a degree or diploma within a median of 4 months.

- For-profit colleges are owned and operated by businesses. Like any business, they are ultimately accountable by law for the returns they produce for shareholders. While small independent for-profit colleges have a long history, by 2009, at least 76 percent of students attending for-profit colleges were enrolled in a college owned by either a company traded on a major stock exchange or a college owned by a private equity firm. The financial performance of these companies is closely tracked by analysts and by investors.

- Congress has failed to counterbalance investor demands for increased financial returns with requirements that hold companies accountable to taxpayers for providing quality education, support, and outcomes. Federal law and regulations currently do not align the incentives of for-

2

profit colleges so that the colleges succeed financially when students succeed.

- For-profit colleges have an important role to play in higher education. The existing capacity of non-profit and public higher education is insufficient to satisfy the growing demand for higher education, particularly in an era of drastic cutbacks in State funding for higher education. Meanwhile, there has been an enormous growth in non-traditional students—those who either delayed college, attend part-time or work full-time while enrolled, are independent of their parents, or have dependents other than a spouse. This trend has created a "new American majority" of non-traditional students.

- In theory, for-profit colleges should be well-equipped to meet the needs of non-traditional students. They offer the convenience of nearby campus and online locations, a structured approach to coursework and the flexibility to stop and start classes quickly and easily. These innovations have made attending college a viable option for many working adults, and have proven successful for hundreds of thousands of people who might not otherwise have obtained degrees.

- But for-profit colleges also ask students with modest financial resources to take a big risk by enrolling in high-tuition schools. As a result of high tuition, students must take on significant student loan debt to attend school. When students withdraw, as hundreds of thousands do each year, they are left with high monthly payments but without a commensurate increase in earning power from new training and skills.

- Many for-profit colleges fail to make the necessary investments in student support services that have been shown to help students succeed in school and afterwards, a deficiency that undoubtedly contributes to high withdrawal rates. In 2010, the for-profit colleges examined employed 35,202 recruiters compared with 3,512 career services staff and 12,452 support services staff, more than two and a half recruiters for each support services employee.

- This may help to explain why more than half a million students who enrolled in 2008-9 left without a degree or Certificate by mid-2010. Among 2-year Associate degree-seekers, 63 percent of students departed without a degree.

- The vast majority of the students left with student loan debt that may follow them throughout their lives, and can create a financial burden that is extremely difficult, and sometimes impossible, to escape.

3

- During the same period, the companies examined spent $4.2 billion on marketing and recruiting, or 22.7 percent of all revenue. Publicly traded companies operating for-profit colleges had an average profit margin of 19.7 percent, generated a total of $3.2 billion in pre-tax profit and paid an average of $7.3 million to their chief executive officers in 2009.

- In the absence of significant reforms that align the incentives of for-profit colleges to ensure colleges succeed financially only when students also succeed, and ensure that taxpayer dollars are used to further the educational mission of the colleges, the sector will continue to turn out hundreds of thousands of students with debt but no degree, and taxpayers will see little return on their investment.

*The Federal Investment and the Changing Sector*

- In the 1990s, two-thirds of for-profit colleges enrolled students in training programs lasting less than 1 year. The sector was primarily composed of small trade schools that awarded Certificates and diplomas in fields like air-conditioning repair, cosmetology, and truck driving. While Certificate and diploma offerings have continued to grow, growth in degree programs has been more significant. Between 2004 and 2010, the number of Associate degrees awarded by for-profit colleges increased 77 percent and the number of Bachelor's degrees awarded increased 136 percent.

- For profit colleges are rapidly increasing their reliance on taxpayer dollars. In 2009-10, the sector received $32 billion, 25 percent of the total Department of Education student aid program funds.

- Pell grants flowing to for-profit colleges increased at twice the rate of the program as a whole, increasing from $1.1 billion in the 2000-1 school year to $7.5 billion in the 2009-10 school year.

- Among the companies examined by the committee, the share of revenues received from Department of Education Federal student aid programs increased more than 10 percent, from 68.7 in 2006 to 81.9 percent in 2010.

- Committee staff estimates that in 2009 when all sources of Federal taxpayer funds, including military and veterans' benefits, are included, the 15 publicly traded for-profit education companies received 86 percent of revenues from taxpayers.

4

- For-profit colleges also receive the largest share of military educational benefit programs: 37 percent of post-9/11 GI bill benefits and 50 percent of Department of Defense Tuition Assistance benefits flowed to for-profit colleges in the most recent period. Because of the cost of the programs however, they trained far fewer students than public colleges. Eight of the top 10 recipients of Department of Veterans Affairs post-9/11 GI bill funds are for-profit education companies.

## *Why Are Companies that Own For-Profit Colleges Financially Successful*

### *High Cost of Programs:*

- Most for-profit colleges charge higher tuition than comparable programs at community colleges and flagship State public universities.

    o   Bachelor's degree programs averaged 20 percent more than the cost of analogous programs at flagship public universities.

    o   Associate degree programs averaged four times the cost of degree programs at comparable community colleges.

    o   Certificate programs similarly averaged four and a half times the cost of such programs at comparable community colleges.

- The for-profit education companies examined rarely set tuition below available Federal student aid.

- Internal company documents provide examples of tuition increases being implemented to satisfy company profit goals, that have little connection to increases in academic and instruction expenses, and demonstrate that for-profit education companies sometimes train employees to evade directly answering student questions about the cost of tuition and fees.

### *Aggressive and Sometimes Misleading and Deceptive Recruiting Practices:*

- Documents indicate that the recruiting process at for-profit education companies is essentially a sales process. Investors' demand for revenue growth is satisfied by enrolling a steady stream of new student enrollees or "starts." During the period examined, at many companies the performance of each person in the admissions chain, from CEO to newly-hired junior recruiters, was rated at least in part based on the number of students enrolled.

5

- The committee found that the 30 for-profit education companies examined employed 35,202 recruiters, or about one recruiter for every 53 students attending a for-profit college in 2010.

- Documents demonstrate that in order to achieve company enrollment goals, recruiting managers at some companies created a boiler-room atmosphere, in which hitting an enrollment quota was the recruiters' highest priority. Recruiters who failed to bring in enough students were put through disciplinary processes and sometimes terminated. Before a ban on incentive compensation was re-instituted in mid-2011, recruiters' salaries at many for-profit colleges were tightly tied to enrolling a certain number of new students.

- Internal documents, interviews with former employees, and Government Accountability Office (GAO) undercover recordings demonstrate that many companies used tactics that misled prospective students with regard to the cost of the program, the availability and obligations of Federal aid, the time to complete the program, the completion rates of other students, the job placement rate of other students, the transferability of the credit, or the reputation and accreditation of the school.

- For-profit colleges seek to enroll a population of non-traditional prospective students who are often not familiar with traditional higher education and may be facing difficult circumstances in their lives. Recruiting materials indicate that at some for-profit colleges, admission representatives were trained to locate and push on the pain in students' lives. They were also trained to "overcome objections" of prospective students in order to secure enrollments. Additionally, companies trained recruiters to create a false sense of urgency to enroll and inflate the prestige of the college.

- For-profit colleges gather contact information of prospective students, or "leads," by paying third-party companies known as "lead generators" that specialize in gathering and selling the information. Among the 62 lead generators used by companies analyzed, the cost per lead ranged between $10 and $150. Lead generators advertise themselves as a free, safe, and reliable way to get information about college, but lead generator Web sites generally direct students only to schools and programs that pay them, and have a history of engaging in online marketing using aggressive and misleading methods.

- Servicemembers, veterans, spouses, and family members have become highly attractive prospects to for-profit colleges, and many schools

6

have put significant resources into recruiting and enrolling students eligible for these benefits.

o   Lead generation Web sites, specifically designed to attract members of the military and veterans, use layouts and logos similar to official military websites, but do not inform users that the purpose of the site is to collect contact information on behalf of the site's for-profit college clients.

o   Internal documents show that some schools' pursuit of military benefits led them to recruit from the most vulnerable military populations, sometimes recruiting at wounded warrior centers and veterans hospitals.

o   In addition to aggressively seeking military personnel, the investigation showed that some recruiters misled or lied to service members as to whether their tuition would be fully covered by military benefits.

*How Are Students Performing*

Because a large proportion of students attending for-profit colleges are not first time, full-time students, and therefore fall outside the Department of Education's tracking of student outcomes, it is difficult to understand how many students are succeeding at for-profit colleges and in what types of degree programs.  To fill the information gap, committee staff analyzed retention and withdrawal information for a cohort of students enrolling between 2008-9 and found that:

• 596,556 students who enrolled in 2008-9, or 54 percent, left without a degree or Certificate by mid-2010.

• 298,476 students who enrolled in 2-year Associate degree programs in 2008-9, or 63 percent, departed without a degree.  Nine companies had Associate degree programs with withdrawal rates over 60 percent.

• Online:  Among companies that provided data that enabled committee staff to compare students attending online and on-campus, students attending online withdrew at much higher rates.  Sixty-four percent of students attending online programs left without a degree compared to 46 percent of students attending campus-based programs offered by the same companies.

• Publicly Traded:  Colleges owned by a company that is traded on a major stock exchange had 2008-9 student withdrawal rates 9 percent

higher than the privately held companies examined.  Among the 15
publicly traded companies, 55 percent of students departed without a
degree.  Among the 15 privately held companies examined, 46 percent
of students departed without a degree.

## *Why Do Many Students Fail to Complete For-Profit Programs*

*Spending Choices of For-Profit Education Companies:*

- For-profit colleges devote tremendous amounts of resources to non-
education related spending including marketing, recruiting, profit and
executive compensation, while spending relatively small amounts on
instruction.  In fiscal year 2009, the education companies examined by
the committee spent:

  o $4.2 billion or 22.7 percent of all revenue on marketing,
  advertising, recruiting, and admissions staffing.

  o $3.6 billion or 19.4 percent of all revenue on pre-tax profit.

  o $3.2 billion, or 17.2 percent of all revenue on instruction.

  o This means that the companies together devoted less to actual
  instruction costs (faculty and curriculum) than to either marketing
  and recruiting or profit.

  o Additionally, the CEOs of the publicly traded, for-profit education
  companies took home, on average, $7.3 million in 2009.  In
  contrast, the five highest paid leaders of large public universities
  averaged compensation of $1 million, while the five highest paid
  leaders at non-profit colleges and universities averaged $3 million.

*Academic Quality:*

- Undercover observation by the GAO and student complaints reveal that
some for-profit schools have curricula that do not challenge students
and academic integrity policies that are sometimes not enforced.

- The use of part-time faculty is a key component of the efficiencies the
for-profit model can deliver, but it must be balanced with ensuring that
the faculty is able to exercise genuine academic independence and has a
vested stake in the quality of the institution.  The investigation found
that in 2010, 80 percent of the faculty employed at the schools
examined was part-time.  Ten companies had more than 80 percent

part-time faculty and five companies had more than 90 percent part-time faculty.

*Student Services:*

- The investigation found that while for-profit colleges make large investments in staff to recruit new students, once a student is enrolled that same level of service is often not available. This is true even though the companies seek to enroll the students that research demonstrates are most critically in need of those services. As Dr. Arnold Mitchem, president of the Council for Opportunity in Education told the committee: "First of all, we all need to understand there's a radical difference in educating and graduating a low-income first-generation student than there is a middle-income student … [In] the for-profit sector they address the financial barriers, but they have not adequately addressed the supportive services barriers."

- While the investigation demonstrated a wide variety among for-profit colleges in the commitment to student services staffing and to the student services provided, overall the companies examined employed almost three times as many recruiters as student service representatives.

*Career Placement Services:*

- The disparity in staffing is more acute when it comes to career services staff. The committee staff analysis indicates that for-profit colleges employ about 10 recruiters for every career services staff member. Despite advertising that attending the school is a pathway to a better job or career, two of the largest for-profit colleges have no career services staff to help students.

- Testimony and internal documents indicate that at some for-profit colleges career services staff are often more focused on meeting placement quotas required by some accreditors than actually helping students achieve quality jobs in the field of their degree or Certificate.

*Programmatic Accreditation and Licensure:*

- Some for-profit colleges train students in fields that require programmatic accreditation, in addition to institutional accreditation, in order for graduates to obtain employment in the field. Institutions that offer programs that lack programmatic accreditation are inconsistent in how they disclose this lack of programmatic accreditation. While some programs are upfront about this issue, others post the disclosure deep in their Web sites or in the fine print in their enrollment agreements, while

9

framing the disclosure in terms that makes it difficult for students to recognize the gravity of this issue.

*What Are the Consequences for Students*

- Ninety-six percent of for-profit students take out student loans, according to the most recent U.S. Department of Education data.  In comparison, 13 percent of students at community colleges, 48 percent at 4-year public, and 57 percent at 4-year private non-profit colleges borrow money to pay for school.

- For-profit schools enroll far more high-dollar borrowers.  Fifty-seven percent of Bachelor's students who graduate from a for-profit college owe $30,000 or more.  In contrast, 25 percent of those who earned degrees in the private, non-profit sector and 12 percent from the public sector borrowed at this level.

- Because many students who attend for-profit colleges are unable to get financing through private lending companies, many participate in institutional loan programs operated by for-profit education companies.  The committee staff found that institutional loans operated by for-profit education companies often carry high interest rates, and do not provide students with the same safeguards as Federal loans.

- In 2009 seven large for-profit education companies offered institutional loans with interest rates ranging from 11.2 to 18 percent.  During this period the Stafford loan rate was 5.6 percent.  These same companies listed expected default rates of 42 to 80 percent.

- Students who attended a for-profit college accounted for 47 percent of all Federal student loan defaults.  More than 1 in 5 students enrolling in a for-profit college—22  percent—default within 3 years of entering repayment on their student loans.

- Default rates are driven by students who drop out, those who are left with debt but little means to repay it given the incomplete education and lack of a degree.  Students' ability to repay their loans is tightly tied to whether the student stayed in school and achieved a degree.

- Students who attend for-profit schools are more likely to experience unemployment after leaving school.  According to a National Center for Education Statistics study, 23 percent of students who attended for-profit schools in 2008-9 were unemployed and seeking work.

10

*Why is This Happening*

- Accreditation:  The self-reporting and peer-review nature of the accreditation process exposes it to manipulation by companies that are more concerned with their bottom line than with academic quality and improvement.  Accrediting agencies seek to help colleges improve.  Because of this institutional focus on continuous improvement, they sometimes appear to have difficulty drawing and enforcing bright lines and minimum standards.

- State Oversight:  State oversight of for-profit education companies has eroded over time due to a variety of factors, including State budget cuts and the influence of the for-profit college industry with State policymakers.  The U.S. Department of Education had never defined minimum requirements for State authorization, and many States have taken a passive or minimal role in approving institutions, reviewing and addressing complaints from students and the public, and ensuring that colleges are in compliance with State consumer protection laws.

- Federal Law and Regulation:  Federal regulations impose two key checks on for-profit colleges:  the proportion of Federal money that the colleges collect, known as the 90/10 rule, and the percentage of students who may default on Federal student loans before the college loses eligibility for Federal financial aid.  In addition, some accreditors also require colleges to meet standards regarding the percentage of graduates who obtain employment in their field of study.  Some for-profit colleges employ questionable tactics to meet these requirements.

- The investigation documented the use of multiple strategies to comply with the letter of the 90/10 rule with policies that defy the goal and spirit of the regulation.

    o Since for-profit colleges report 90/10 figures by Office of Postsecondary Education ID (OPEID) numbers, instead of by campus, and one OPEID may contain multiple campuses, some companies consolidate and switch campuses between OPEIDs to lower their reported 90/10 number regardless of the proximity of the campus.

    o Some for-profit colleges have stopped the flow of student aid funds to certain OPEIDs at the end of the fiscal year.  This tactic may hurt students because campuses that do not receive student aid funds may not disburse, in a timely manner, living-

11

expense checks to students who depend on those funds to pay for books, housing, food, transportation, and childcare.

o   Some schools have raised their initial enrollment fee—which must be paid in cash—or insisted on cash payments from students in order to lower their reported 90/10 ratio.  While asking students to make up-front payments on their education can be a good idea because it is interest-free and also helps them to understand what it will be like to make payments on their loans later, it seems that some for-profit schools are primarily seeking to drive down their 90/10 ratios with these cash payments.

o   Department of Education regulations dictate that scholarships awarded to a student do not count as Federal financial aid and instead count on the "10" side of the 90/10 calculation, but only if the scholarships are awarded by an organization independent of the school.  Several companies that operate for-profit colleges have designed scholarship programs that should be more closely scrutinized.

o   Some schools increase tuition in order to create a gap between the total amount of Federal aid a student can receive and the cost of attending.  This illustrates the fundamental problem with the cost of for-profit schools—that the tuition fees and other academic charges bear no relationship to the cost of providing the education.  This gap means that students attending these schools must find even more financing by taking out private loans, taking on more debt through a private or institutional loan, or making monthly cash payments, often by credit card, directly to the school to pay for the artificially high cost of the school.  The student is left with more debt, likely at a higher rate of interest, so the school can generate sufficient non-Federal income.

o   Because neither Department of Defense (DOD) nor Veterans Affairs (VA) educational benefits originate in Title IV of the Higher Education Act, money received through these programs is not counted as Federal financial aid for the purposes of 90/10.  This loophole creates an incentive to see servicemembers as nothing more than "dollar signs in uniform."

• Many for-profit education companies also commit significant resources to default management efforts that keep students out of default for the

12

duration of the 2-year (soon 3-year) monitoring window. Default management may involve a multitude of strategies premised on sound goals, such as enrolling students who are likely to graduate and succeed, giving those students the support and tools they need to learn and secure a degree that is valued in the job marketplace, helping them secure a well-paying job, and offering financial literacy classes and quality debt counseling. However, internal documents show that at some schools the emphasis is on signing students up for forbearance and deferment with the sole goal of protecting the colleges so that they do not lose access to Federal taxpayer-funded student aid dollars.

- o   Evidence suggests that some for-profit colleges use forbearance and deferment as tools to move the school's default rate, without concern for a students' particular situation or whether it is in the best financial interest of the individual. Many students will end up paying more over the life of their loan after a forbearance or deferment.

- o   As default rates have increasingly become a problem for for-profit colleges, many have turned for help to third party vendors that operate call centers with hundreds of employees trained to "cure" student defaults. While the vendor used by at least 12 of the 30 companies examined counsels delinquent students on all repayment options, including income-based repayment options, internal documents demonstrate that the majority of students approached by the vendor end up in forbearance, leading to increased debt. Documents obtained from four large for-profit education companies demonstrate that, on average, over 75 percent of the students "cured" were forbearances or deferments, while only 24 percent were the result of a student making payments on their loans.

- •   For-profit colleges market themselves as career focused, and encourage students to enroll by offering the prospect of better jobs and better wages. Accordingly, for-profit colleges use job placement data to promote their programs, and to satisfy national accrediting agencies and State regulators that the students who complete the programs are finding jobs in their field. However, when job placement rates are audited by outside agencies, problems have repeatedly been found, and a number of law enforcement investigations over the past 5 years have revealed falsified information in the placement rates of some colleges.

- •   Rapid enrollment growth and lack of adequate policies and procedures have also led to situations in which for-profit colleges have improperly retained unearned title IV student aid funds that should have been

13

returned to the Department of Education, or are not returning the funds in a timely matter.

*What Needs to Be Done*

- Enhance transparency by collecting relevant and accurate information about student outcomes.

    - Require that the Department of Education collect comprehensive student outcome information and enable data retrieval by corporate ownership;

    - Establish a uniform and accurate methodology for calculating job placement rates;

    - Increase the regulation of private lending.

- Strengthen the oversight of Federal financial aid.

    - Tie access to Federal financial aid to meeting minimum student outcome thresholds;

    - Prohibit institutions from funding marketing, advertising and recruiting activities with Federal financial aid dollars;

    - Improve cohort default rate tracking by expanding the default reporting rate period beyond 3 years;

    - Require that for-profit colleges receive at least 15 percent of revenues from sources other than Federal funds;

    - Use criteria beyond accreditation and State authorization for determining institutions' access to Federal financial aid.

- Create meaningful protections for students.

    - Create an online student complaint clearinghouse, managed by the Department of Education, for the collection and referral of student complaints to appropriate overseeing agencies, organizations and divisions;

    - Prohibit institutions that accept Federal financial aid from including mandatory binding arbitration clauses in enrollment agreements;

14

o   Enforce minimum standards for student services that include
    tutoring, remediation, financial aid, and career counseling and
    job placement;

o   Extend the ban on incentive compensation to include all
    employees of institutions of higher education, and clarify that
    this ban extends to numeric threshold or quota-based
    termination policies.

408

## Corinthian Colleges

### Introduction

Corinthian Colleges, Inc. ("Corinthian") offers Certificate and Associate programs in many areas as well as a small Bachelor's program both online and at on-ground campus locations. Like many for-profit education companies, Corinthian has experienced significant growth in student enrollment, Federal funds collected, and profit realized. Although Corinthian College Inc. offers primarily Certificates and 2-year degrees, the company's tuition prices are among the highest the committee examined. This forces many students to both borrow the maximum available Federal financial aid and to take on additional private debt. The student withdrawal rates for the Associate programs are among the highest analyzed by the committee staff and the withdrawal rates for the Certificate programs are above the sector average. The company also had unusually high rates of students defaulting on student loans during the period examined. It is unclear that Corinthian delivers an educational product worth the rapidly growing Federal investment taxpayers and students are making in the company.

### Company Profile

Corinthian is a publicly traded, for-profit education company headquartered in Santa Ana, CA. Corinthian operates a total of 105 campuses in 25 States, along with an online division, and offers diploma and degree programs in health care, business, criminal justice, transportation technology and maintenance, construction trades, and information technology.[1521] Committee staff estimates that approximately 34 percent of Corinthian students are enrolled online, and 64 percent are enrolled in diploma (non-degree) programs.

| Brands |
|---|
| Everest |
| Heald College |
| Wyotech |

Individual Corinthian-branded campuses are primarily accredited through two national accreditors: the Accrediting Commission of Career Schools and Colleges (ACCSC) and the Accrediting Council for Independent

---

[1521] Corinthian Colleges, Inc., *Company History*, http://www.cci.edu/about/history (accessed June 18, 2012).

409

Colleges and Schools (ACICS). The current chair of the board of ACCSC also serves as the executive vice president of operations for Corinthian. Some of the Everest College campuses are also regionally accredited by the Higher Learning Commission (HLC), a division of the North Central Association of Colleges and Schools. Heald College campuses are regionally accredited by the Western Association of Schools and Colleges (WASC).

Corinthian was founded in 1995 and went public in 1999. The current CEO and chairman of the board is Jack D. Massimino. Before joining Corinthian, Mr. Massimino was an executive in the health care industry.



In the fall of 2010, 113,818 students were enrolled at Corinthian.[1522] Enrollment quadrupled in 10 years, growing from 28,372 in 2001. Enrollment fell to 94,000 in 2011.[1523]

Corinthian's growth strategy focuses on expanding short-term Diploma program offerings across its campuses in healthcare and trades.[1524] It is also piloting three new Diploma programs in personal care, IT, and business, and is

---

[1522] Enrollment is calculated using fall enrollment for all unit identifications controlled by the company for each year from the Department of Education 's Integrated Postsecondary Data System (hereinafter IPEDS). See Appendix 7.
[1523] The most current enrollment data from the Department of Education measures enrollment in fall 2010. In 2011 and 2012, news accounts and SEC filings indicated that many for-profit education companies experienced a drop in new student enrollment. This also led to a decrease in revenue and profit at some companies.
[1524] Corinthian Colleges, Inc., August 23, 2012, Q4 Investor Call; See also Corinthian Colleges, Inc., August 25, 2009, Q4 Investor Call.

410

continuing to increase the number of Associate degree offerings.[1525]  The growth in enrollment led to growth in revenue.  In 4 years, revenue nearly doubled, from $909 million in 2006 to $1.76 billion in 2010.[1526]

## Federal Revenue

Nearly all for-profit education companies derive the majority of revenues from Federal financial aid programs.  Between 2001 and 2010, the share of title IV Federal financial aid funds flowing to for-profit colleges increased from 12.2 to 24.8 percent and from $5.4 to $32.2 billion.[1527]  Together, the 30 companies the committee examined derived 79 percent of revenues from title IV Federal financial aid programs in 2010, up from 69 percent in 2006.[1528]

In 2010, Corinthian reported 81.9 percent of revenue from title IV Federal financial aid programs.[1529]  However, this amount does not include revenue received from the Departments of Defense and Veterans Affairs education programs or revenue the company was allowed to temporarily discount pursuant to the Ensuring Continued Access to Student Loans Act (ECASLA).[1530]  Department of Defense Tuition Assistance and post-9/11 GI bill funds accounted for approximately 1.2 percent of Corinthian's revenue, or $21.2 million.[1531]  With these funds from the Departments of Defense and Veterans Affairs included, 83.1 percent of Corinthian's total revenue was

---

[1525] Id.

[1526] Revenue increased in 2011 from $1.8 billion to $1.9 billion.  Profit fell to a net loss of $83 million in the same year.  Revenue figures for publicly traded companies are from Securities and Exchange Commission annual 10-K filings.  Revenue figures for privately held companies are taken from the company financial statements produced to the committee.  See Appendix 18.

[1527] Senate HELP Committee staff analysis of U.S. Department of Education, Federal Student Aid Data Center, *Title IV Program Volume Reports by School*, http://federalstudentaid.ed.gov/datacenter/programmatic.html, 2000-1 and 2009-10.  Figures for 2000-1 calculated using data provided to the committee by the U.S. Department of Education.  "Federal financial aid funds" as used in this report means funds made available through title IV of the Higher Education Act, including subsidized and unsubsidized Stafford loans, Pell grants, PLUS loans and multiple other small loan and grant programs.  See 20 U.S.C. §1070 et seq.

[1528] Senate HELP Committee staff analysis of Proprietary School 90/10 numerator and denominator figures for each OPEID provided to the U.S. Department of Education pursuant to section 487(d)(4) of the Higher Education Act of 1965.  Data for fiscal year 2006 provided to the committee by each company; data for fiscal year 2010 provided by the Department of Education on October 15, 2011.  See Appendix 9.

[1529] Senate HELP Committee staff analysis of fiscal 2010 Proprietary School 90/10 numerator and denominator figures for each OPEID provided to the U.S. Department of Education pursuant to section 487(d)(4) of the Higher Education Act of 1965.  Data provided by the Department of Education on October 15, 2011.  See Appendix 9.

[1530] Pursuant to the Ensuring Continued Access to Student Loan Act (ECASLA), for-profit education companies were allowed to exclude $2,000 in increased Stafford loan eligibility for each student during fiscal years 2009 and 2010.

[1531] Post-9/11 GI bill disbursements for August 1, 2009-July 31, 2010 provided to the Committee from the Department of Veterans Affairs on November 5, 2010; post-9/11 GI bill disbursements for August 1, 2009-June 15, 2011 provided to the Committee from the Senate Committee on Veterans' Affairs via the Department of Veterans Affairs on July 18, 2011; Department of Defense Tuition Assistance Disbursements and MyCAA disbursements for fiscal years 2009-11 (provided by branch) by the Department of Defense on December 19, 2011.  Committee staff calculated the average monthly amount of benefits collected from VA and DOD for each company, and estimated the amount of benefits received during the company's 2010 fiscal year.  See Appendix 11 and 12.

415

success.[1541]  In fact, 75 percent of Mr. Massimino's compensation is based on "operating profit performance."

| Executive | Title | 2009 Compensation | 2010 Compensation |
|---|---|---|---|
| Jack Massimino | Executive Chairman; also CEO after Nov. 2010 | $3,343,434.00 | $3,032,703.00 |
| Peter Waller | Chief Executive Officer | $1,984,619.00 | $4,463,882.00 |
| Kenneth S. Ord | Executive Vice President and Chief Financial Officer | $1,472,628.00 | $1,605,529.00 |
| Beth Wilson | Executive Vice President | $1,409,213.00 | $1,516,676.00 |
| Matt Ouimet | President and Chief Operating Officer | $1,406,812.00 | $2,021,538.00 |
| Total[1542] | | $9,616,706.00 | $12,640,328.00 |

**Tuition and Other Academic Charges**

Compared to public colleges offering the same programs, the price of tuition is higher at Corinthian. The Medical Assistant diploma program at Corinthian's Heald College in Fresno, CA, costs $22,275.[1543]  A comparable program at Fresno City College costs $1,650.[1544]  An Associate degree in paralegal studies at Corinthian-Owned Everest College in Ontario, CA, costs $41,149[1545], compared to $2,392 for the same degree at Santa Ana College.[1546] Everest College charges $82,280 for a Bachelor's Degree in Business.[1547] The same degree is available at the University of California – Irvine for $55,880.[1548] Corinthian's cost for a diploma was among the highest surveyed by the committee, and the cost of an Associate degree at Corinthian was the highest surveyed, surpassing the next highest-cost school (ITT) by 17 percent.

---

[1541] Corinthian Colleges, Inc., Form DEF 14A, October 6, 2011.
[1542] Senate HELP Committee staff analysis of fiscal year 2009 and 2010 Securities and Exchange Commission annual proxy filings. Information analyzed includes figures for named executive officers.  See Appendix 17a.
[1543] See Appendix 14; see also, Corinthian Colleges, Inc., *Program Disclosures: Heald College, Fresno*, http://disclosures.heald.edu/disclosures/heald-college-fresno.pdf (accessed June 18, 2012).
[1544] See Appendix 14; See also, Fresno City College, *Fresno City College*, http://www.fresnocitycollege.edu/ (accessed June 18, 2012).
[1545] See Appendix 14; See also, Corinthian Colleges, Inc., *Program Disclosures: Everest College, Ontario Metro*, http://disclosures.everest.edu/disclosures/everest-college-ontario-metro.pdf (accessed June 18, 2012).
[1546] See Appendix 14; See also, Santa Ana College, *Santa Ana College*, http://www.sac.edu/Pages/default.aspx (accessed July 12, 2012).
[1547] See Appendix 14; See also, Everest University, *Program Disclosures*, http://disclosures.everest.edu/disclosures/everest-university-tampa.pdf?cache1342188115 (accessed July 13, 2012).
[1548] See Appendix 14; See also, University of California – Irvine, *University of California – Irvine*, http://www.uci.edu/ (accessed July 13, 2012).

416

Moreover, Corinthian was extremely lacking in transparency regarding these costs. Prior to new regulations requiring tuition disclosures, committee staff struggled to accurately determine the cost of most Corinthian programs.[1549]



Cost of an Associate Degree Paralegal Studies at Everest College and Santa Ana College

[1549] Committee staff examined internal documents produced by the company, Corinthian's schools' Web sites, and academic and course catalogues in an attempt to determine the cost of the programs. However, committee staff was unable to reliably determine the cost of completing a degree at the Corinthian's schools prior to new regulations requiring tuition disclosures.

417



The sharply higher tuition that Corinthian charges is reflected in the amount of money that Corinthian collects for each veteran that it enrolls. From 2009-11, Corinthian trained 4,676 veterans and received $60 million in post-9/11 GI bill benefits, the eighth-largest dollar amount collected by any company. Corinthian collected an average of $12,885 per veteran, compared to an average of $4,642 per veteran trained at a public college in the same period.[1550]

Corinthian implemented a 12 percent tuition increase in February 2011, and like much of the industry, increases its tuition regularly.[1551] However, recruiters are trained to discourage and deflect questions about cost from students. In an admissions representative training document, in the section on "Common Objections and Responses," recruiters are trained to deflect the question "How much does it cost" using the following script:

---

[1550] See Appendix 11. Post-9/11 GI bill disbursements for August 1, 2009-June 15, 2011 provided to the Committee from the Senate Committee on Veterans' Affairs via the Department of Veterans Affairs on July 18, 2011.
[1551] Corinthian Colleges, Inc., February 1, 2011, Q2 Investor Call; See Department of Education, *College Affordability and Transparency Center*, http://collegecost.ed.gov/catc/Default.aspx# (accessed June 18, 2012).

418

> John, the cost of the program will vary depending on several
> factors. Is your question really how much is it going to cost
> you in out-of-pocket dollars? (Response). In order for me to
> answer the question, first we would have to determine the
> right program for you. Second, we would have to determine
> what time-frame you expect to complete the program  (only
> true if credit hour charging is used); and finally, the Student
> Finance office would determine the types of financial
> assistance you may be eligible for. Could you tell me why you
> are asking about the cost?" (Proceed with phone script).[1552]

## Recruiting

Enrollment growth is critical to the business success of for-profit
education companies, particularly for publicly traded companies that are closely
watched by Wall Street analysts.  In order to meet revenue and profit
expectations, for-profit colleges recruit as many students as possible to sign up
for their programs.

Internal company documents from the 2005-10 period make clear that
recruiters employed by Corinthian were trained that selling the program, not
advising students, is the primary responsibility of the position.  One 2005 hiring
manual states: "remember that this is a sales position and the new hire must
understand that from the very beginning." [1553]  Once a recruiter is hired,
managers check the numbers of "appointments being set, interviews
conduct[ed], applications taken and daily enrollment" twice a day.[1554] Moreover,
Corinthian also recommended that managers not "distribute an equal amount of
[leads] to a new Ad Rep nor an Ad Rep that in underperforming versus a top
producing Ad Rep [sic]." [1555]

It is possible that these aggressive recruiting tactics result in a student
body that is underprepared for college.  On June 26, 2012, the first set of data
from the Department of Education, regarding the gainful employment
regulations, indicated that 5 percent of programs (193 programs at 93
institutions) all operated by for-profit colleges failed to meet all three gainful
employment criteria.[1556]  These three standards include: (1) at least 35 percent of

---

[1552] Corinthian Colleges, Inc., October 2005, *Admissions Representative Training Manual* (CCi-00046774, at CCi-00046777); See also Corinthian Colleges, Inc., *Phone Script* (CCI-00047154), Corinthian Colleges, Inc., *Overcoming Phone Obstacles* (CCi-00046688).
[1553] Corinthian Colleges, Inc., *Admissions Representative Training Manual* (CCi-00045716) describing the job as "a sales position"; See also Corinthian Colleges, Inc., *CCI Director of Admissions Operations* (CCi-00045638).
[1554] Id.
[1555] Id.
[1556] U.S. Department of Education, "Five Percent of Career Training Programs Risk Losing Access to Federal Funds; 35 Percent Meet All Three Standards Under Gainful Employment Regulation," Press Release, June 26,