IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CORINTHIAN COLLEGES, INC., *et al.*[1], | : | Case No. 15-10952 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket Nos. 363 and 364** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DECLARATION OF CYNTHIA C. HERNANDEZ IN SUPPORT OF
MOTION OF THE COMMITTEE OF STUDENT CREDITORS FOR AN ORDER
APPLYING THE AUTOMATIC STAY PURSUANT TO
11 U.S.C. §§ 362(A) AND 105(A) AND GRANTING RELATED RELIEF**

I, Cynthia C. Hernandez declare as follows:

1. I am an attorney at law duly admitted to practice in the state of California and have been admitted Pro Hac Vice to practice before this court. I am an attorney at Robins Kaplan LLC., proposed bankruptcy counsel for the Committee of Student Creditors. I am duly authorized to make this declaration on behalf of the Student Creditors. Except as specifically set forth below, I have personal knowledge of the matters set forth herein and if called as a witness, I could and would testify competently thereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

2. Attached hereto as Exhibit A is a chart detailing some of the myriad of lawsuits against the Debtor. [*See generally*, Request for Judicial Notice filed concurrently with this Declaration and Motion, Exhibits B through F].

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 8th day of June, 2015, at Los Angeles, California.

>   */s/ Cynthia C. Hernandez*
>   Cynthia C. Hernandez