# UNITED STATES BANKRUPTCY COURT

FOR THE **DISTRICT OF** DELAWARE

In re CORINTHIAN COLLEGES   Case NO. 15-10952 (KJC)

Chapter 11

***********************************************************************

## CERTIFICATE OF SERVICE

I, Eugene Vint, hereby certify under penalty of perjury that:

I am over the age of Eighteen years of age and reside in Los Angeles, County, CALIF.

On 06-03-2015, I caused to be served a true and correct Copy of the Proof Of Interest of Vincent Rhynes To be Sent by first class mail upon The parties Listed in Exhibit A attach Hereto.

Date: 06-03-2015

Eugene Vint (323)971-6063
1522 W. Manchester AVE.
Los Angeles, CALIF. 90047

# EXHIBIT A

**OFFICE OF THE UNITED STATES TRUSTEE**
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

**RICHARDS, LAYTON & FINGER, P.A.**
920 N. King Street
One Rodney Square
Wilmington, DE 19801

**THE ROSNER LAW GROUP LLC.**
824 Market Street, Suite 810
Wilmington, DE 19801