

State of Arizona
Department of Education



2015 JUN -9 AM 9: 56



May 28, 2015

Corinthian Colleges, Inc., et al. Claims Processing
c/o Rust Consulting/Omni Bankruptcy
5955 DeSoto Ave., Suite 100
Woodland Hills, CA 91367

To Whom It May Concern:

This letter is a formal request that the Arizona Department of Education be removed from the list of parties to whom pleadings related to the bankruptcy of Corinthian Colleges, Inc. are sent. Corinthian Colleges, Inc. does not owe the Arizona Department of Education any money, according to our records.

Thank you for your attention to this matter.

Sincerely,

*Carrie O'Brien*

Carrie O'Brien, Esq.
Director of Legal Services and Chief Privacy Officer
Arizona Department of Education
(602)542-3378
1535 W. Jefferson
Bin 62
Phoenix, AZ 85007



1535 West Jefferson Street, Phoenix, Arizona 85007 • (602) 542-3378 • www.azed.gov