# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| | § | |
| Debtors. | § | |

-------------------------------------------------------

**ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN
EXECUTORY CONTRACTS, EFFECTIVE *NUNC PRO TUNC* TO JUNE 2, 2015**

Upon the motion (the "**Motion**") of Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order (this "**Order**") authorizing the Debtors to reject the Executory Contracts[2] set forth in Exhibit 1 hereto *nunc pro tunc* to the date hereof, as more fully set forth in the Motion; and upon due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

1408 and 1409; and a hearing having been scheduled and, to the extent necessary, held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing (if any was held), and all the proceedings had before the Court; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing (if any was held) establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Executory Contracts listed on Exhibit 1 attached hereto are deemed rejected, effective *nunc pro tunc* to June 2, 2015.

3. Notice of the Motion as provided therein is deemed to be good and sufficient notice of such Motion, and the requirements of the Local Rules are satisfied by the contents of the Motion.

4. The requirements of Bankruptcy Rule 6006(f)(6) are hereby waived for the purposes of the Motion.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion

2

7. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2015
      Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

**Executory Contracts**

**Corinthian Colleges, Inc.**
**Schedule of Contract Rejections**

| DEBTOR | NAME | CUSTOMER NUMBER | CONTRACT DATE | DEBTOR'S INTEREST | Contract Description | Status |
|---|---|---|---|---|---|---|
| Heald College, LLC | 1 ACCURATE LIVESCAN | | | Party | Student Activities Agreement | General Rejection |
| Heald College, LLC | A AND B FIRE EQUIPMENT CO | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | A AND K JANITORIAL INC | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | A INTERIOR PLANTSCAPE DESIGN MAINT | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | AASONN,LLC | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | ABACUS DATA SYSTMS INC | | | Party | Computer Support Agreement | General Rejection |
| Corinthian Colleges, Inc. | ABM JANITORIAL SERVICE, INC. | | | Party | Janitorial Agreement Campus Services | General Rejection |
| Heald College, LLC | ACCESS INFORMATION MANAGEMENT | | | Party | Vendor Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | ACCO ENGINEERED SYSTMS | | | Party | Facilities Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | ACE PARKING LOT | | | Party | Rents Agreement | General Rejection |
| Corinthian Colleges, Inc. | ACI ENTERPRISES, INC. | | | Party | Vendor Agreement - Marketing Contract | General Rejection |
| Heald College, LLC | ACTION ASAP DELIVERY SERVICE INC | | | Party | Postage Agreement | General Rejection |
| Heald College, LLC | ACUTE CARE MEDICAL SERVICES INC | | | Party | Student Activities Agreement | General Rejection |
| Heald College, LLC | AED INSTITUTE OF AMERICA INC | | | Party | Student Activities Agreement | General Rejection |
| Corinthian Colleges, Inc. | AEROTEK INC | | | Party | Vendor Agreement - Staffing Agency | General Rejection |
| Heald College, LLC | AIRCO COMMERCIAL SERVICES INC | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | AKERMAN SENTERFITT LLP | | 8/1/2012 | Client | Engagement letter for lobbying services | General Rejection |
| Heald College, LLC | ALHAMBRA SIERRA SPRINGS | | | Party | Vendor Agreement - Leased equipment | General Rejection |
| Heald College, LLC | ALII FIRE PROTECTION CO LTD | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | ALL CITY PATROL SERVICES | | | Party | Security Agreement | General Rejection |
| Heald College, LLC | ALL COMMERCIAL LANDSCAPE SERVICE | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | ALL FIRE PROTECTION SERVICE INC | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | ALLIED WASTE SERVICES | | | Party | Utilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | ALPHA CARD SYSTMS LLC | | | Party | Classroom Supplies Agreement -Student consumables | General Rejection |
| Heald College, LLC | ALPHA WINDOW CLEANING | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | ALS AUTOCARE CENTER | | | Party | Vendor Agreement - Student activities | General Rejection |
| Heald College, LLC | ALS THOROUGH CLEANING SERVICE | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | ALSCO | | | Party | Vendor Agreement - Student activities | General Rejection |
| Corinthian Colleges, Inc. | ALTIRIS, INC. | | 5/1/2006 | Party | Vendor Agreement dated 5/1/06 | General Rejection |
| Heald College, LLC | AMADEUS NORTH AMERICA INC | | | Party | IT Expense Agreement - Computer support | General Rejection |
| Heald College, LLC | AMADOR COFFEE AND VENDING | | | Party | Consumables Agreement | General Rejection |
| Corinthian Colleges, Inc. | AMERICAN JEWISH UNIVERSITY | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | AMERICAN LIBRARY ASSOCIATION | | | Party | Bookstore Costs Agreement Memberships | General Rejection |
| Heald College, LLC | AMERICAN LIBRARY ASSOCIATION | | | Party | Bookstore Costs Agreement Memberships | General Rejection |
| Heald College, LLC | AMERICAN SOCIETY OF HEALTH SYSTEM | | | Party | Dues & Subscriptions Agreement Accreditation | General Rejection |
| Heald College, LLC | AMERIPRIDE SERVICES INC | | | Party | Vendor Agreement - Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | Angella Joy Alverson | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Anna Marie Dunlap | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | ARAMARK REFRESHMENT SERVICES | | | Party | Consumables Agreement - Leased equipment | General Rejection |
| Heald College, LLC | ARAMARK REFRESHMENT SERVICES | | | Party | Consumables Agreement - Consumables | General Rejection |
| Heald College, LLC | ARAMARK UNIFORM SERVICES | | | Party | Consumables Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | ARKADIN INC | | | Party | Telecom Agreement | General Rejection |
| Heald College, LLC | ARKADIN INC | | | Party | Telecom Agreement | General Rejection |
| Corinthian Colleges, Inc. | ARNALL GOLDEN GREGORY LLP | | 3/31/2015 | Client | Engagement letter for legal services regarding civil complaint dated 3/31/15 | General Rejection |
| Corinthian Colleges, Inc. | ARNALL GOLDEN GREGORY LLP | | 3/9/2015 | Client | Engagement letter for legal services regarding Everest Institute | General Rejection |
| Heald College, LLC | ARROW FIRE PROTECTION | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | ARTEMIS SEARCH PARTNERS | | | Party | Vendor Agreement | General Rejection |

| | | | | | | |
|---|---|---|---|---|---|---|
| Heald College, LLC | ASAP EXECUTIVE COURIER | | | Party | Professional fees Agreement Professional fees | General Rejection |
| Heald College, LLC | ASSOCIATED SERVICES CO | | | Party | Consumables Agreement | General Rejection |
| Heald College, LLC | ASSOCIATION OF GOVERNING BOARDS | | | Party | Membership Agreement | General Rejection |
| Heald College, LLC | ASSOCIATION OF PROPRIETARY COLLEGES | | | Party | Membership Agreement | General Rejection |
| Heald College, LLC | AT&T | | | Party | Vendor Agreement - Long-Distance Telephone | General Rejection |
| Heald College, LLC | AT&T | | | Party | Vendor Agreement - Local telephone | General Rejection |
| Corinthian Colleges, Inc. | ATLASSIAN | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | AUSTINS ISLAND MAINTENANCE | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | AVENUE100 MEDIA SOLUTIONS INC. | | | Party | Vendor Agreement - Marketing Contract | General Rejection |
| Rhodes Business Group, Inc. | A-VERDI STORAGE CONTAINERS | | | Lessee | Vendor Agreement - Storage Lease | General Rejection |
| Heald College, LLC | BANK OF AMERICA LEASING | | | Party | Late fees Agreement Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | BARCLAYS CAPITAL INC. | | 7/24/2014 | Client | Contract between Barclays Capital and Corinthian Colleges Inc. for advisory fees for sale of subsidiaries. Amendment to Engagement Letter | General Rejection |
| Heald College, LLC | BAY ALARM | | | Party | Facilities Agreement Security | General Rejection |
| Heald College, LLC | BERTOLOTTI DISPOSAL INC | | | Party | Facilities Agreement - Utilities | General Rejection |
| Corinthian Colleges, Inc. | BETH A. WILSON | | 3/15/2013 | Party | Employment Agreement dated 3/15/13 | General Rejection |
| Corinthian Colleges, Inc. | Beth A. Wilson | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Bridget McGuire | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | BUTCH YOUNG FIRE EQUIPMENT | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | C R FIRELINE INC | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | CALIFORNIA FIRE LIFE SAFETY SYSTMS INC | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Sequoia Education, Inc. | CALIFORNIA SECURITY | 1509627 | | Party | Facilities Agreement - Security Alarm System | General Rejection |
| Sequoia Education, Inc. | CALIFORNIA SECURITY | 1509364 | | Party | Facilities Agreement - Security Alarm System | General Rejection |
| Heald College, LLC | CANON | | | Party | Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | CAREERBUILDER.COM, LLC | | 4/9/2014 | Party | Recruiting & Relocation Agreement dated 4/9/14 | General Rejection |
| Corinthian Colleges, Inc. | Carmella Ann Cassetta | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Carol Stanford | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | CBE CELL BUSINESS EQUIPMENT | | | Party | Vendor Agreement - Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | CDW GOVERNMENT LLC | | 2/24/2014 | Party | IT Expense Agreement - Purchase Contract dated 2/24/14. | General Rejection |
| Corinthian Colleges, Inc. | CDW GOVERNMENT LLC | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | CENTRAL CHRISTIAN COLLEGE OF KANSAS | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | CENTRAL SANITARY | | | Party | Consumables Agreement | General Rejection |
| Heald College, LLC | CENTRAL SELF STORAGE | | | Party | Vendor Agreement - Storage | General Rejection |
| Heald College, LLC | CENTRAL VALLEY CULLIGAN | | | Party | Consumables Agreement | General Rejection |
| Heald College, LLC | CENTURYLINK | | | Party | Telecom Agreement Local telephone | General Rejection |
| Heald College, LLC | CENTURYLINK | | | Party | Telecom Agreement - Home office telephone | General Rejection |
| Corinthian Colleges, Inc. | Christina Varon | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | CINTAS CORP | | | Party | Classroom Supplies Agreement Consumables | General Rejection |
| Corinthian Colleges, Inc. | CISCO SYSTEMS CAPITAL CORPORATION | | 6/13/2011 | Party | IT Expense Agreement dated 6/13/11 | General Rejection |
| Heald College, LLC | CISCO WEBEX LLC | | 6/4/2014 | Party | Telecom Agreement IT Maintenance Agreement dated 6/4/14 | General Rejection |
| Heald College, LLC | CIT | | | Party | Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | CITRIX SYSTMS INC | | | Party | Computer Support Agreement | General Rejection |
| Heald College, LLC | CITRIX SYSTMS INC | | | Party | Computer Support Agreement | General Rejection |
| Corinthian Colleges, Inc. | CIVIL COURT TECHNOLOGIES | | 5/20/2014 | Client | Engagement letter for trial technology services dated 5/20/14 | General Rejection |
| Heald College, LLC | CLEAN SWEEP SWEEPING | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | CLIFFORD FISCHER & COMPANY | | | Party | Professional Services Agreement | General Rejection |
| Heald College, LLC | COLUMBIA DENTOFORM CORP. | | | Party | Bookstore Agreement | General Rejection |
| Heald College, LLC | COMCAST | | | Party | Vendor Agreement - Utilities | General Rejection |
| Corinthian Colleges, Inc. | COMMVAULT SYSTEMS, INC. | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | COMPLIANCEPOINT INC | | 2/26/2010 | Party | Marketing Research Agreement dated 2/26/10 | General Rejection |
| Corinthian Colleges, Inc. | COMPVIEW, INC. | | 4/9/2013 | Party | Vendor Agreement dated 4/9/13 | General Rejection |
| Heald College, LLC | CONCORD DISPOSAL | | | Party | Utilities Agreement | General Rejection |
| Corinthian Colleges, Inc. | CONCUR TECHNOLOGIES | | | Party | Travel & Entertainment Agreement | General Rejection |
| Heald College, LLC | CONSOL. COMMUNICATIONS | | | Party | Vendor Agreement - Local telephone | General Rejection |

| Debtor | Counterparty | Date | Role | Description | Status |
|---|---|---|---|---|---|
| Heald College, LLC | CONTRA COSTA WATER DISTRICT | | Party | Tax Payments Agreement Utilities | General Rejection |
| Corinthian Colleges, Inc. | CSI LEASING, INC. | 4/10/2012 | Party | Leased Equipment Agreement Equipment Lease dated 4/10/12 | General Rejection |
| Corinthian Colleges, Inc. | Daniel Waterman | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Danielle Marie Millman | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | DAVE MOORE | 6/25/2003 | Party | Founder Retirement Benefits Agreement dated 6/25/03 | General Rejection |
| Corinthian Colleges, Inc. | David Beaver | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | David Jenkins | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | David Luce | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | David R Shuma | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Deborah Barker-Garcia | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Deborah Corrie | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | DECORATIVE PLANT SERVICE INC | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | DELOITTE TAX | 1/9/2015 | Client | Engagement Letter - General tax services | General Rejection |
| Corinthian Colleges, Inc. | DENNIS DEVEREUX | 6/25/2003 | Party | Founder Retirement Benefits Agreement dated 6/25/03 | General Rejection |
| Corinthian Colleges, Inc. | Diana A. Scherer | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | DILLINGHAM SELF STORAGE | | Party | Storage Agreement - Storage | General Rejection |
| Heald College, LLC | DIRECTV INC | | Party | Vendor Agreement - Utilities | General Rejection |
| Corinthian Colleges, Inc. | Dolores Koulias | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Donald King Jr | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | DONALD KING JR. | 3/15/2013 | Party | Employment Agreement | General Rejection |
| Corinthian Colleges, Inc. | Donald Tilley | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | DONOR ADVISING, RESEARCH & EDUCATIONAL SERVICES, LLC | 5/1/2014 | Client | Amended and restated consulting agreement dated 5/1/14 | General Rejection |
| Corinthian Colleges, Inc. | Douglas Lockwood | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Drinker Biddle & Reath LLP | | Client | Engagement Letter | General Rejection |
| Corinthian Colleges, Inc. | Drusilla Yokum | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | DWYER PEMBERTON & COULSON, P.C. | | Client | Engagement letter for litigation services | General Rejection |
| Corinthian Colleges, Inc. | EAST-WEST UNIVERSITY | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | EBSCO | | Party | Dues & Subscriptions Agreement Reference materials | General Rejection |
| Heald College, LLC | EBSCO | | Party | Dues & Subscriptions Agreement Reference materials | General Rejection |
| Heald College, LLC | ECHARTER BUS LLC | | Party | Student Activities Agreement Student activities | General Rejection |
| Corinthian Colleges, Inc. | ECP | 4/25/2011 | Party | Vendor Agreement dated 4/25/11 | General Rejection |
| Corinthian Colleges, Inc. | Edwin Nelson Wilkins Jr | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | ECMC SOLUTIONS CORPORATION | | Party | IT Expense Agreement Software Licensing Agreement | General Rejection |
| Corinthian Colleges, Inc. | ELAVON | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | EN POINTE TECHNOLOGIES SALES INC | | Party | IT Agreement | General Rejection |
| Heald College, LLC | EN POINTE TECHNOLOGIES SALES INC | | Party | IT Agreement | General Rejection |
| Corinthian Colleges, Inc. | ENCYCLOPEDIA BRITANNICA INC | | Party | Dues & Subscriptions Agreement | General Rejection |
| Heald College, LLC | ENCYCLOPEDIA BRITANNICA INC | | Party | Dues & Subscriptions Agreement | General Rejection |
| Corinthian Colleges, Inc. | EQUIFAX | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | ERNST AND YOUNG LLP | 10/15/2012 | Client | Engagement letter for audit services | General Rejection |
| Corinthian Colleges, Inc. | FAEGRE BAKER DANIELS LLC | 7/23/2013 | Client | Engagement letter for litigation services dated 7/23/13 | General Rejection |
| Heald College, LLC | FIREMASTER INC | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | FIRST CHOICE SERVICES | | Party | Consumables Agreement | General Rejection |
| Corinthian Colleges, Inc. | FIRST FINANCIAL CORPORATE LEASING, LLC (FORMERLY VARIANT) | 4/5/2012 | Party | Leased Equipment Agreement dated 4/5/12 | General Rejection |
| Corinthian Colleges, Inc. | FIRST NATIONAL CAPITAL LLC | 9/10/2013 | Party | Leased Equipment Agreement dated 9/10/13 | General Rejection |
| Corinthian Colleges, Inc. | FISCHER SOLUTIONS, INC. D/B/A MANAGEPATH AND CRE DASHBOARDS (AKA CLIFFORD FISCHER & COMPANY) | 9/30/2014 | Party | Professional fees Agreement dated 9/30/14 | General Rejection |
| Corinthian Colleges, Inc. | FISHER & PHILLIPS LLP | 3/10/2015 | Client | Engagement letter for litigation services dated 3/10/15 | General Rejection |
| Corinthian Colleges, Inc. | FISHER & PHILLIPS LLP | 9/13/2011 | Client | Engagement letter for litigation services dated 9/13/11 | General Rejection |
| Corinthian Colleges, Inc. | Florence De La Garza | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | FORTIS BUSINESS MEDIA, LLC I BLR - BUSINESS & LEGAL REPORTS, INC. | 1/1/2012 | Party | Vendor Agreement dated 1/1/12 | General Rejection |
| Corinthian Colleges, Inc. | FRANK MCCORD | 6/25/2003 | Party | Founder Retirement Benefits Agreement | General Rejection |
| Heald College, LLC | FUENTES SECURITY SERVICE | | Party | Security Agreement Security | General Rejection |
| Corinthian Colleges, Inc. | FUSIONSTORM | | Party | IT Expense Agreement | General Rejection |
| Corinthian Colleges, Inc. | GARRETT DEFRENZA STIEPEL RYDER LLP | 7/17/2014 | Client | Engagement letter for lease contract services dated 7/17/14 | General Rejection |
| Corinthian Colleges, Inc. | Gary Gaetano | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | GEIL ENTERPRISES INC | | Party | Janitorial Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | GENERAL VENDING RETAILERS INC | | Party | Consumables Agreement | General Rejection |
| Corinthian Colleges, Inc. | Georgina Millington | | Party | Long-Term Incentive Contract | General Rejection |

| Debtor | Counterparty | Date | Role | Description | Status |
|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Georjia Fantazia | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | GOLDEN STATE WATER CO | | Party | Vendor Agreement - Utilities | General Rejection |
| Corinthian Colleges, Inc. | GRACE COLLEGE OF DIVINITY | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | GRAEBEL RELOCATION SERVICES WORLDWIDE, INC. | 9/16/2009 | Party | Professional Services Agreement dated 9/16/2009 | General Rejection |
| Heald College, LLC | GRANITE TELECOMMUNICATIONS | | Party | Vendor Agreement - Local telephone | General Rejection |
| Heald College, LLC | GREENSCENES | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | Gregory Lancaster Waite | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | GRM | | Party | Storage Agreement | General Rejection |
| Corinthian Colleges, Inc. | GUARDSMARK, LLC | 6/1/2010 | Party | Security Agreement dated 6/1/10 | General Rejection |
| Heald College, LLC | HAWAII BIO WASTE SYSTMS INC | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | HAWAII SOUND SYSTMS INC | | Party | Facilities Agreement - IT Maintenance | General Rejection |
| Heald College, LLC | HAWAIIAN TELCOM | | Party | Telecom Agreement - Local telephone | General Rejection |
| Heald College, LLC | HAYWARD SELF STORAGE | | Party | Vendor Agreement - Storage Lease | General Rejection |
| Heald College, LLC | HAYWARD WATER SYSTEM | | Party | Utilities Agreement | General Rejection |
| Corinthian Colleges, Inc. | HEALD COLLEGE, LLC | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | Heather M Mc Breen | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Hicham Semaan | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | HUCK BOUMA PC | 3/9/2015 | Client | Engagement Letter dated 3/9/15 | General Rejection |
| Corinthian Colleges, Inc. | HUDSON COOK LLP | 1/30/2008 | Client | Engagement letter for legal advice on student loans | General Rejection |
| Corinthian Colleges, Inc. | HUESTON HENNIGAN LLP | 1/6/2015 | Client | Engagement Letter | General Rejection |
| Heald College, LLC | I PARADIGMS LLC | | Party | Vendor Agreement - Memberships | General Rejection |
| Corinthian Colleges, Inc. | IGRAD INC. | 6/1/2013 | Party | Vendor Agreement - Software Licensing Agreement dated 6/1/13 | General Rejection |
| Corinthian Colleges, Inc. | INDEED | 2/28/2014 | Party | Vendor Agreement dated 2/28/14 | General Rejection |
| Heald College, LLC | INTEGRITY SOLUTION SERVICES INC | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | IRELL & MANELLA LLP | 1/10/2013 | Client | Engagement letter for legal advice | General Rejection |
| Corinthian Colleges, Inc. | Jack D Massimino | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | JACKSONVILLE STATE UNIVERSITY | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | JAFFEE RAITT HEUER WEISS | 12/19/2013 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | James Askins | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | JAMES DONALD WADE JR | 3/15/2013 | Party | Employment Agreement | General Rejection |
| Corinthian Colleges, Inc. | James Donald Wade Jr. | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | James R. Mirr | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Jeff Fung | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Jeffrey Sherman | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | JENSEN LANDSCAPE SERVICES INC | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | Jill Cochran | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Jody Cohen | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Joe Davila | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | John Andrews | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | John Fioretto Jr | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | John Mathias | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | John Smith | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Jon J. Persavich | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | JONES LANG LASALLE AMERICAS INC. | 12/20/2013 | Party | Facilities Agreement dated 12/20/13 | General Rejection |
| Corinthian Colleges, Inc. | Julia Kennedy | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | K&L GATES LLP | 11/22/2010 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | KACVINSKY DAISAK PLLC | 4/23/2015 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | Kamran Ahmad | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Karen Kalil | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Karen Lona | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | KAUFMAN & CANOLES, PC. | 7/6/2010 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | Keith Burkhalter | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | KELLER MACALUSO LLC | 1/22/2014 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | Kelly Black | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Kelly Wingate | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Kenneth Fowlie | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | KENNETH STEPHEN ORD | 3/15/2013 | Party | Employment Agreement | General Rejection |
| Corinthian Colleges, Inc. | Kenneth Stephen Ord | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Kimberly Sue Pugh Dean | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | KIRKLAND ELLIS LLP | 6/16/2011 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | KRUEGER INTERNATIONAL, INC. | 4/22/2014 | Party | Leased Equipment Agreement - Purchase Contract dated 4/22/14 | General Rejection |
| Corinthian Colleges, Inc. | LAKE-SUMTER STATE COLLEGE | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | LARRABEE MEHLMAN ALBI COKER LLP | 3/29/2010 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | LARSON * KING, LLP | 10/23/2014 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | LASALLE SYSTEMS LEASING, INC. | | Party | Leased Equipment Agreement - Equipment Lease | General Rejection |
| Corinthian Colleges, Inc. | Laurence J Brueck | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Leah Cope | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | LESNICK PRINCE & PAPPAS LLP | 3/12/2015 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | LESNICK PRINCE & PAPPAS LLP | 9/25/2014 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | LEXISNEXIS | | Party | Dues & Subscriptions Agreement | General Rejection |
| Corinthian Colleges, Inc. | Lillian Gonzalez | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Linda Buchanan | | Party | Long-Term Incentive Contract | General Rejection |

| Debtor | Counterparty | | Date | Role | Description | Status |
|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Lisa Holmes | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | LIVEVOX, INC. | | 4/1/2014 | Party | Marketing - Prof Service Non-Media Agreement IT Contract dated 4/1/14 | General Rejection |
| Corinthian Colleges, Inc. | LLOYD HOLLAND | | 6/25/2003 | Party | Founder Retirement Benefits Agreement | General Rejection |
| Corinthian Colleges, Inc. | LOGICALIS, INC. | | 2/5/2009 | Party | Vendor Agreement dated 2/5/09 | General Rejection |
| Heald College, LLC | MAILFINANCE INC | | | Party | Leased Equipment Agreement -Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | MANGO LANGUAGES | | | Party | Bookstore Costs Agreement - On-line services | General Rejection |
| Heald College, LLC | MANGO LANGUAGES | | | Party | Bookstore Costs Agreement - On-line services | General Rejection |
| Corinthian Colleges, Inc. | Mara Schteinschraber | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Marc Anthony Parrino | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Mary Truslow | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | MCI BUSINESS GOLD INTERNATIONAL | | | Party | Facilities Agreement - Local telephone | General Rejection |
| Corinthian Colleges, Inc. | MEANS, BICHIMER, BURKHOLDER & BAKER CO., LPA | | 4/16/2014 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | MEANS, BICHIMER, BURKHOLDER & BAKER CO., LPA | | 3/10/2015 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | Meredyth Given | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Michael Albertson | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Michael Brase | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Michael Eugene Stiglich | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Michael Jenkins | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Michelle Zagorski | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | MICROSOFT LICENSING, GP | | 6/6/2014 | Party | IT Expense Agreement dated 6/6/14 | General Rejection |
| Heald College, LLC | MID STATE FIRE EXTINGUISHERS | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | MOBILE MODULAR | | | Party | Leased Equipment Agreement -Storage | General Rejection |
| Heald College, LLC | MODESTO IRRIGATION DISTRICT | | | Party | Utilities Agreement | General Rejection |
| Heald College, LLC | MODULAR SPACE CORP | | | Party | Leased Equipment Agreement -Storage | General Rejection |
| Corinthian Colleges, Inc. | NASDAQ OMX CORPORATE SOLUTIONS, INC. | | 12/17/2013 | Party | Vendor Agreement dated 12/17/13 | General Rejection |
| Corinthian Colleges, Inc. | NATIONAL CAR RENTAL AND ENTERPRISE RENT-A-CAR | | 9/17/2009 | Party | Vendor Agreement dated 9/17/09 | General Rejection |
| Corinthian Colleges, Inc. | NATIONAL OFFICE FURNITURE | | 3/4/2014 | Party | Vendor Agreement dated 3/4/14 | General Rejection |
| Heald College, LLC | NATIONAL VOCATIONAL INTERPRETING LLC | | | Party | Interpreters Agreement Professional fees | General Rejection |
| Heald College, LLC | NATURE CARE LANDSCAPE INDUSTRIES | | | Party | Facilities Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | NEIGHBORLY PEST MANAGEMENT INC | | | Party | Facilities Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | NELOUS GREENERY | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | NESTLE PURE LIFE DIRECT | | | Party | Consumables Agreement | General Rejection |
| Heald College, LLC | NETPROS TECHNOLOGIES INC | | | Party | IT Agreement - Computer support | General Rejection |
| Heald College, LLC | NETSUPPORT INC | | | Party | IT Maintenance Agreement | General Rejection |
| Corinthian Colleges, Inc. | NEUDESIC, LLC | | 7/26/2012 | Party | Vendor Agreement dated 7/26/12 | General Rejection |
| Corinthian Colleges, Inc. | NEW YORK FILM ACADEMY | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | Nichole Marie Smith | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Nicole Renee Carnagey | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | NIGHTINGALE COLLEGE | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | NORTH CENTRAL TEXAS COLLEGE | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | NURSERY ASSOCIATES LTD | | | Party | Leased Equipment Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | OCEANIC TIME WARNER CABLE | | | Party | Marketing - TV Agreement Utilities | General Rejection |
| Corinthian Colleges, Inc. | OFF DUTY SERVICES, INC. | | 7/22/2011 | Party | Facilities Agreement - Campus Services dated 7/22/11 | General Rejection |
| Heald College, LLC | OLD VILLAGE LANDSCAPING | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | OPENSKY CORPORATION | | 6/12/2013 | Party | IT Expense Agreement dated 6/12/13 | General Rejection |
| Corinthian Colleges, Inc. | ORAL ROBERTS UNIVERSITY | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | OREGON HEALTH AUTHORITY | | | Party | Vendor Agreement - Student activities | General Rejection |
| Heald College, LLC | OTIS ELEVATOR CO | | | Party | Facilities Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | PACIFIC GAS ELECTRIC CO | | | Party | Utilities Agreement | General Rejection |
| Heald College, LLC | PACIFIC POWER | | | Party | Utilities Agreement | General Rejection |
| Heald College, LLC | PACIFIC WEST SECURITY INC | | | Party | Security Agreement | General Rejection |
| Heald College, LLC | PACIFIC WEST WATER PURIFICATION | | | Party | Security Agreement - Leased equipment | General Rejection |
| Heald College, LLC | PAETEC | | | Party | Facilities Agreement - Long-Distance Telephone | General Rejection |
| Corinthian Colleges, Inc. | PAETEC | | 12/3/2012 | Party | Facilities Agreement - Long-Distance Telephone dated 12/3/12 | General Rejection |
| Heald College, LLC | PARCHMENT INC | | | Party | Vendor Agreement - Student activities | General Rejection |
| Corinthian Colleges, Inc. | Paul De Giusti | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Paul Dimeo | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | PAUL ST. PIERRE | | 6/25/2003 | Party | Founder Retirement Benefits Agreement | General Rejection |

| Debtor | Counterparty | Date | Role | Description | Status |
|---|---|---|---|---|---|
| Heald College, LLC | PHONETREE | | Party | IT Maintenance Agreement | General Rejection |
| Heald College, LLC | PLANT MOBILE | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | POWERS PYLES SUTTER & VERVILLE PC | 6/19/2013 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | PRIMUS TELECOMMUNICATIONS INC | | Party | Telecom Agreement Marketing research | General Rejection |
| Corinthian Colleges, Inc. | PROFILES INTERNATIONAL, INC. | | Party | Recruiting & Relocation Agreement Recruiting & Relocation | General Rejection |
| Corinthian Colleges, Inc. | PROQUEST INFORMATION AND LEARNING CO | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | PROQUEST INFORMATION AND LEARNING CO | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | PUBLIC STORAGE MANAGEMENT INC | | Party | Vendor Agreement - Storage | General Rejection |
| Heald College, LLC | QS | | Party | Vendor Agreement - Computer support | General Rejection |
| Heald College, LLC | QS | | Party | Vendor Agreement - IT Maintenance | General Rejection |
| Heald College, LLC | QUALITY FLOOR CARE | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | QUALITY INVESTMENT PROPERTIES SACRAMENTO, LLC | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | Quality Technology Services (QTS) | | Party | Vendor Agreement - Data Support | General Rejection |
| Corinthian Colleges, Inc. | QUARLES & BRADY LLP | 5/6/2009 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | R T S SYSTEM DESIGN | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | RALPH C. POND, PLLC | 3/12/2015 | Client | Engagement letter | General Rejection |
| Corinthian Colleges, Inc. | Randy Rogers | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | RAVE WIRELESS INC | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | RED HAWK FIRE AND SECURITY LLC | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | Renee Scott | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | REPUBLIC SERVICES INC | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | RESOURCES GLOBAL PROFESSIONALS | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | Revina Lee Miller | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Richard Bradley Simpson | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Richard Jackson | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Robert Burnfield | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Robert C. Owen | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | ROBERT DONALD BOSIC III | 3/15/2013 | Party | Employment Agreement | General Rejection |
| Corinthian Colleges, Inc. | Robert Donald Bosic III | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Robert Kenyon | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | ROGER JAMES VANDUINEN | 3/15/2013 | Party | Employment Agreement | General Rejection |
| Corinthian Colleges, Inc. | Roger James VanDuinen | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Romeo Semaan | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | RTM PRODUCTIONS INC. | | Party | Marketing Agreement | General Rejection |
| Corinthian Colleges, Inc. | Rupert Altschuler | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Ruth Duncan Abbott | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | RYAN LAW FARM, LLP | 2/28/2014 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | SACRAMENTO COUNTY UTILITIES | | Party | Utility Agreement | General Rejection |
| Heald College, LLC | SALIDA SELF STORAGE INVES | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | SAME DAY SHRED | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | SAN JOAQUIN REGIONAL TRANSIT DIST | | Party | Vendor Agreement - Student activities | General Rejection |
| Corinthian Colleges, Inc. | SARCOM, INC. | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | SCHIEFER MEDIA, INC. | | Party | Marketing - Other Agreement Marketing Contract | General Rejection |
| Heald College, LLC | SCHINDLER ELEVATOR CORP | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | SCIAC | | Party | Vendor Agreement - Professional Development | General Rejection |
| Corinthian Colleges, Inc. | Scott Tempel | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | SECURED SELF STORAGE | | Party | Vendor Agreement - Storage | General Rejection |
| Heald College, LLC | SECURITAS SECURITY SERVICES USA INC | | Party | Security Agreement | General Rejection |
| Heald College, LLC | SECURITY PUBLIC STORAGE S | | Party | Vendor Agreement - Storage | General Rejection |
| Corinthian Colleges, Inc. | SECURITYCO, INC. (SUCCESSOR TO HONEYWELL SECURITY MONITORING) | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | SENTRY ALARM SYSTMS | | Party | Facilities Agreement - Security | General Rejection |
| Heald College, LLC | SERPICO LANDSCAPING INC | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | SERVICE VENDING SYSTMS INC | | Party | Classroom Supplies Agreement | General Rejection |
| Corinthian Colleges, Inc. | Sharlee Brittingham | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | SHARP BUSINESS SYSTMS | | Party | Leased Equipment Agreement | General Rejection |
| Corinthian Colleges, Inc. | SHOREGROUP, INC. | | Party | Vendor Agreement - IT Contract | General Rejection |
| Heald College, LLC | SHRED IT | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | SHRED THIS LLC | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | SIERRA SPRINGS | | Party | Consumables Agreement | General Rejection |
| Corinthian Colleges, Inc. | SIMMONDS & NARITA LLP | 3/11/2015 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | SIMMONDS & NARITA LLP | 7/25/2011 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | SIMPLEXGRINNELL LP | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | SMUD | | Party | Utilities Agreement | General Rejection |

| Debtor | Counterparty | | Date | Type | Description | Status |
|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | SNELL & WILMER LLP | | 12/10/2014 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | SNELL & WILMER LLP | | 9/5/2014 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | SOCLE EDUCATION, INC. | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | SOFTCHOICE CORPORATION | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | SONITROL | | | Party | Facilities Agreement Security | General Rejection |
| Corinthian Colleges, Inc. | SOUTHWEST UNIVERSITY | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | SOUTHWEST UNIVERSITY AT EL PASO | | | Party | Student Activities Agreement Campus Services | General Rejection |
| Corinthian Colleges, Inc. | SPECIAL COUNSEL, INC | | 4/12/2013 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | SPRINGSHARE LLC | | | Party | Dues & Subscriptions Agreement On-line services | General Rejection |
| Heald College, LLC | SPRINGSHARE LLC | | | Party | Dues & Subscriptions Agreement On-line services | General Rejection |
| Corinthian Colleges, Inc. | SPRINT COMMUNICATIONS | | | Party | Vendor Agreement - Campus data - WAN | General Rejection |
| Heald College, LLC | SPRINT COMMUNICATIONS | | | Party | Vendor Agreement - Campus data - WAN | General Rejection |
| Corinthian Colleges, Inc. | SQUAR, MILNER, PETERSON, MIRANDA & WILLIAMSON, LLP | | 1/26/2015 | Client | Engagement Letter | General Rejection |
| Corinthian Colleges, Inc. | SSL LAW FIRM LLP | | 5/7/2012 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | Stacy Handley | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Stan A. Mortensen | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | STANLEY CONVERGENT SECURITY SOLUTIONS | | | Party | Security Agreement | General Rejection |
| Heald College, LLC | STANLEY CONVERGENT SECURITY SOLUTIONS | | | Party | Security Agreement | General Rejection |
| Corinthian Colleges, Inc. | STANTON | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | Stephen Nodal | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Stephen Shipley | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Steven Paul Lindauer | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | STUDENTSCOUT, LLC | | | Party | Marketing - Prof Service Non-Media Agreement Marketing Contract | General Rejection |
| Corinthian Colleges, Inc. | Sumi Shrishrimal | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | SUREWEST | | | Party | Vendor Agreement - Local telephone | General Rejection |
| Heald College, LLC | SWEEPALOT INC | | | Party | Computer Support Agreement Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | TA IP LAW, P.C. | | 9/12/2014 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | TAILOR VENDING LLC | | | Party | Consumables Agreement Consumables | General Rejection |
| Corinthian Colleges, Inc. | TALLIENCE, LLC | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | TELUS | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | TERMINIX INTERNATIONAL | | | Party | Facilities Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | TESTOUT CORP | | | Party | Classroom Supplies Agreement | General Rejection |
| Corinthian Colleges, Inc. | TEXAS A&M UNIVERSITY CORPUS CHRISTI | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | THE MAXIM LAW FIRM, P.C. | | 10/15/2013 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | THE MAXIM LAW FIRM, P.C. | | 10/14/2014 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | THE PINNACLE GROUP MAINTENANCE SERVICES INC. | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | THINKBOX TECHNOLOGY GROUP LLC | | | Party | IT Expense Agreement Either IT Contract / Professional Services | General Rejection |
| Corinthian Colleges, Inc. | THOMPSON COBURN LLP | | 10/8/2014 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | THOMSON PROPERTY TAX SERVICES & EPROPERTYTAX, INC. | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | THOMSON REUTERS | | | Party | Dues & Subscriptions Agreement On-line services | General Rejection |
| Heald College, LLC | THOMSON REUTERS | | | Party | Dues & Subscriptions Agreement On-line services | General Rejection |
| Heald College, LLC | THYSSENKRUPP ELEVATOR INC | | | Party | Facilities Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | TORRES CLEANING SERVICE | | | Party | Janitorial Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | TOSHIBA AMERICA BUSINESS SOLUTIONS | | | Party | Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | Tracy D Pierce | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | TRAININGTODAY | | | Party | Vendor Agreement - Software Licensing Agreement | General Rejection |
| Corinthian Colleges, Inc. | TRANS UNION LLC | | | Party | Professional fees Agreement | General Rejection |
| Heald College, LLC | TRANSCENDER | | | Party | Student Activities Agreement Bookstore cost of sales | General Rejection |
| Heald College, LLC | TRANSCENDER | | | Party | Student Activities Agreement Computer support | General Rejection |
| Heald College, LLC | TRANSCENDER | | | Party | Student Activities Agreement Employee Training | General Rejection |
| Corinthian Colleges, Inc. | TROMBLEY & HANES | | 9/9/2012 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | TW TELECOM | | | Party | Telecom Agreement - Local telephone | General Rejection |

| | | | | | | |
|---|---|---|---|---|---|---|
| Heald College, LLC | TWISTER CLEANING | | | Party | Janitorial Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | UNIVERSAL PROTECTION SERVICE | | | Party | Vendor Agreement - Security | General Rejection |
| Heald College, LLC | UNIVERSAL SITE SERVICES | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | UNIVERSITY OF LOUISVILLE | | | Party | Vendor Agreement - Vendor | General Rejection |
| Heald College, LLC | USA MOBILITY WIRELESS INC | | | Party | Vendor Agreement - Cell | General Rejection |
| Heald College, LLC | VALLEY COURIERS INC | | | Party | Vendor Agreement - Shipping & Delivery | General Rejection |
| Corinthian Colleges, Inc. | VCOM SOLUTIONS | | | Party | Facilities Agreement - Long-Distance Telephone | General Rejection |
| Corinthian Colleges, Inc. | VCOM SOLUTIONS | | | Party | Facilities Agreement - Local telephone | General Rejection |
| Heald College, LLC | VCOM SOLUTIONS | | | Party | Facilities Agreement - Long-Distance Telephone | General Rejection |
| Heald College, LLC | VCOM SOLUTIONS | | | Party | Facilities Agreement - Local telephone | General Rejection |
| Heald College, LLC | VCOM SOLUTIONS | | | Party | Facilities Agreement - Campus data - WAN | General Rejection |
| Corinthian Colleges, Inc. | VERIZON | | | Party | Telecom Agreement - Cell | General Rejection |
| Heald College, LLC | VERIZON | | | Party | Telecom Agreement - Cell | General Rejection |
| Heald College, LLC | VERIZON | | | Party | Telecom Agreement - Local telephone | General Rejection |
| Heald College, LLC | VUE COMPTIA | | | Party | Vendor Agreement - Student consumables | General Rejection |
| Heald College, LLC | WARDS NATURAL SCIENCE | | | Party | Vendor Agreement - Student consumables | General Rejection |
| Heald College, LLC | WASTE MANAGEMENT | | | Party | Utilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | WATERLOGIC WEST INC | | | Party | Consumables Agreement - Leased equipment | General Rejection |
| Heald College, LLC | WATERS MOVING STORAGE INC | | | Party | Storage Agreement | General Rejection |
| Heald College, LLC | WATERWORKS AQUATIC MANAGEMENT | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | WELLS FARGO BANK | | | Party | Vendor Agreement - Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | Wendy Cullen | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | WEST COAST CONSULTING | | | Party | Consumables Agreement | General Rejection |
| Heald College, LLC | WEST COAST VENDING | | | Party | Consumables Agreement - Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | WEST IP COMMUNICATIONS, INC. | | | Party | IT Expense Agreement | General Rejection |
| Corinthian Colleges, Inc. | WESTEL COMMUNICATION SERVICES | | | Party | Vendor Agreement - Purchase Contract | General Rejection |
| Corinthian Colleges, Inc. | WILLIAM BRADLEY BUCHANAN | | 3/15/2013 | Party | Employment Agreement | General Rejection |
| Corinthian Colleges, Inc. | William Bradley Buchanan | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | William Calhoun | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | WINTHROP RESOURCES CORPORATION | | | Party | Leased Equipment Agreement - Equipment Lease | General Rejection |
| Corinthian Colleges, Inc. | WOMBLE CARLYLE SANDRIDGE & RICE | | 5/21/2013 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | WOOD SMITH HENNING & BERMAN LLC | | 12/12/2013 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | X5 SOLUTIONS | | | Party | Telecom Agreement - Long-Distance Telephone | General Rejection |
| Heald College, LLC | XO COMMUNICATIONS  SERVICES INC | | | Party | Facilities Agreement - Local telephone | General Rejection |
| Heald College, LLC | XTERMCO INC | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | YPM, INC. | | | Party | Vendor Agreement - Marketing Contract | General Rejection |
| Heald College, LLC | ZEE MEDICAL CO | | | Party | Consumables Agreement Consumables | General Rejection |
| Corinthian Colleges, Inc. | ZYCUS INC. | | | Party | IT Expense Agreement - Software Licensing Agreement | General Rejection |