# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10953 (KJC)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that the NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND DOCUMENTS was served electronically on June 8, 2015 via the Court's ECF filing system on all parties registered to receive notice thereby at the e-mail addresses registered with the Court, and that I caused a copy to be served by first class mail, postage prepaid upon the following:

## SERVICE LIST

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Timothy Jay Fox, Jr., Esq.
Richard L. Schepacarter, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Brian D. Huben, Esq.
Dustin P. Branch, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Robert L. LeHane, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

William P. Bowden, Esq.
Ricardo Palacio, Esq.
Leigh-Anne M. Raport
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150

Jeremy W. Ryan, Esq.
Etta R. Mayers, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951

2034265_1

Jennifer C. Hagle, Esq.
Anna Gumport, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

BMC Group, Inc.
Attn: T Feil
300 Continental Boulevard #570
El Segundo, CA 90245

Lloyd H. Randolph, Esq.
U.S. Department of Justice Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Lorenzo Marinuzzi, Esq.
Erica J. Richards, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

Courtney J. Hull, Asst. Attorney General
John Mark Stern, Asst. Attorney General
Bankruptcy & Collections Div. MC 008
P.O. Box 12548
Austin, TX 78711-2548

F. Mark Bromley, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857

Felicia Gerber Perlman, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606-1720

Sarah E. Pierce, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Michael P. Pompeo, Esq.
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

H. John Michel, Jr., Esq.
Drinker Biddle & Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

Howard A. Cohen, Esq.
Drinker Biddle & Reath LLP
222 Delaware Ave., Ste.1410
Wilmington, DE 19801-1621

H. Jeffrey Schwartz, Esq.
Bennett S. Silverberg, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Frederick B. Rosner, Esq.
Julia B. Klein, Esq.
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

Glenn Kaplan, Esq.
Peter Leight, Esq.
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| Christopher A. Ward, Esq.<br>Shanti M. Katona, Esq.<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 | Scott F. Gautier, Esq.<br>Lorie A. Ball, Esq.<br>Cynthia C. Hernandez, Esq.<br>Robins Kaplan LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067 |
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City, MO 65105- 0475 | Carren B. Shulman, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Arlington ISD<br>Eagle Mountain-Saginaw ISD<br>c/o Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>500 E. Border Street, Suite 640<br>Arlington, TX 76010 | Christine R. Etheridge<br>Bankruptcy Administration<br>GE Capital Info. Tech. Solutions, Inc.,<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 |
| Laura L. McCloud, Esq., Senior Counsel<br>TN Dept of Revenue<br>c/o TN Atty. General's Office, Bankruptcy Div.<br>PO Box 20207<br>Nashville, TN 37202-0207 | |

Dated:  New York, New York
          June 8, 2015

                                          SATTERLEE STEPHENS BURKE & BURKE LLP
                                          *Attorneys for Cengage Learning, Inc.*

                        By:  /s/ Christopher R. Belmonte
                               Christopher R. Belmonte
                               Abigail Snow
                               230 Park Avenue, Suite 1130
                               New York, New York 10169
                               (212) 818-9200
                               cbelmonte@ssbb.com
                               asnow@ssbb.com