# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Julia B. Klein, hereby certify that, on June 10, 2015, I caused a copy of the following documents to be served via First-Class Mail upon the parties listed on the attached **Exhibit A**:

- *Supplemental Declaration of Therese Burkhart in Support of Application/Motion to Employ/Retain The Rosner Law Group LLC as Delaware Counsel for the Official Committee of Unsecured Creditors.* [D.I. 344; filed June 8, 2015]

- *Supplemental Declaration of Wayne P. Weitz in Support of the Application of The Official Committee of Unsecured Creditors for an Order Approving the Employment and Retention of Gavin/Solmonese LLC.* [D.I. 371; filed June 9, 2015]

Dated: June 10, 2015
      Wilmington, Delaware

                                      **THE ROSNER LAW GROUP LLC**

                                      */s/ Julia Klein*
                                      Frederick B. Rosner, Esq. (DE 3995)
                                      Julia B. Klein, Esq. (DE 5198)
                                      824 Market Street, Suite 810
                                      Wilmington, DE 19801
                                      (302) 777-1111
                                      rosner@teamrosner.com
                                      klein@teamrosner.com

                                      *Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

{00016161. }

# Exhibit A

RCS-Corporate Ridge
c/o Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202

Ashby & Geddes, P.A.
Attn: William Bowden/Ricardo Palacio
Attn: Leigh-Anne Raport
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150

BMC Group, Inc.
Attn: T. Feil
300 Continental Boulevard #570
El Segundo, CA 90245

Brown Rudnick LLP
Attn: H. Jeffrey Schwartz/Bennett Silverberg
Seven Times Square
New York, NY 10036

Bureau of Labor and Industries
800 NE Oregon St., Suite 1045
Portland, OR 97232

CA Labor & Workforce Development Agency
Attn: PAGA Administrator
455 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Cal/OSHA
1515 Clay Street, Suite 1901
Oakland, CA 94612

California Department of Education
1430 N Street
Sacramento, CA 95814-5901

{00016063. }

| | |
|---|---|
| California Department of Justice<br>1300 I St., #1142<br>Sacramento, CA 95814-5901 | Delaware Secretary of State<br>Division Of Corporations<br>Franchise Tax Division<br>P.O. Box 898<br>Dover, DE 19903 |
| Dept of Labor & Industrial Relations<br>830 Punchbowl St #321<br>Honolulu, HI 96813 | Division of Safety & Health<br>One Hudson Square<br>75 Varick Street (7th Floor)<br>New York, NY 10013 |
| Division of Unemployment Ins.<br>Department Of Labor<br>4425 N. Market Street<br>Wilmington, DE 19802 | Drinker Biddle & Reath LLP<br>Attn: Michael P. Pompeo<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714 |
| Drinker Biddle & Reath LLP<br>Attn: H. John Michel, Jr.<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103-6996 | Drinker Biddle & Reath LLP<br>Attn: Howard A. Cohen<br>222 Delaware Ave., Ste.1410<br>Wilmington, DE 19801-1621 |

| | |
|---|---|
| Equity One, Inc.<br>Attn: Legal Department<br>1600 Northeast Miami Gardens Drive<br>North Miami Beach, FL 33179 | Hawaii State Department of Education<br>1390 Miller St.<br>Honolulu, HI 96813 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeffer Mangels Butler & Mitchell LLP<br>Attn: Barry Freeman/David Poitras<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 |
| Katten Muchin Rosenman LLP<br>Attn: Brian Huben/Dustin Branch<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 | Kelley Drye & Warren LLP<br>Attn: Robert L. LeHane<br>101 Park Avenue<br>New York, NY 10178 |
| Labor Department<br>800 W Washington St<br>Phoenix, AZ 85007 | Lampert 25500 Industrial Blvd., LLC<br>Attn: Roland Lampert<br>P.O. Box 712711<br>Cincinnati, OH 75271-2711 |

| | |
|---|---|
| Morrison & Foerster LLP<br>Attn: Lorenzo Marinuzzi/Erica Richards<br>250 West 55th Street<br>New York, NY 10019-9601 | New York State Department of Labor<br>Building 12<br>W.A. Harriman Campus<br>Albany, NY 12240 |
| NYC Department of Education<br>Tweed Courthouse<br>52 Chambers Street<br>New York, NY 10007 | Occupational Safety & Health Administration<br>800 W. Washington Street, 2nd floor<br>Phoenix, AZ 85007 |
| Occupational Safety & Health<br>830 Punchbowl St # 425<br>Honolulu, HI 96813 | Office of the U.S. Attorney<br>District of Arizona<br>Two Renaissance Square<br>40 N. Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4408 |
| Office of the U.S. Attorney<br>District of Hawaii<br>300 Ala Moana Blvd., #6-100<br>Honolulu, HI 96850 | Office of the U.S. Attorney<br>Southern District of New York<br>One Saints Andrew Plaza<br>New York, NY 10007 |

{00016063. }

| | |
|---|---|
| Office of the U.S. Attorney<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 | Office of the United States Trustee<br>Attn: Richard Schepacarter/Timothy Fox<br>844 King Street, Suite 2313<br>Lockbox 35<br>Wilmington, DE 19801-3519 |
| Oregon Department of Education<br>255 Capitol Street NE<br>Salem, OR 97310-0203 | Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |
| Palm Springs Mile Associates, Ltd<br>Attn: Phillip J. Eisenberg<br>c/o Phillips International<br>295 Madison Ave., 2nd Floor<br>New York, NY 10017 | Potter Anderson & Corroon LLP<br>Attn: Jeremy Ryan/Etta Myers<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| Richards, Layton & Finger, PA<br>Attn: Mark D. Collins/Michael Merchant<br>Attn: Marisa Terranova/Amanda Steele<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Secretary of The Treasury<br>P.O. Box 7040<br>Dover, DE 19903 |

{00016063. }

Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Reg. Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

Sidley Austin LLP
Attn: Jennifer Hagle/Anna Gumport
555 West Fifth Street, #4000
Los Angeles, CA 90013

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Sarah E. Pierce
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Felicia Gerber Perlman
155 N. Wacker Drive
Chicago, IL 60606-1720

State of Delaware
820 N. French Street
Division of Revenue - 8th Floor
Wilmington, DE 19801-0820

State of Oregon Osha Office
1230 NE 3rd St #115
Bend, OR 97701

TX Comptroller of Public Accounts
Attn: Courtney J. Hull
Attn: John Mark Stern, AAG
Bankruptcy & Collections Division, MC 008
P.O. Box 12548
Austin, TX 78711-2548

{00016063. }

U.S. Attorney's Office
P.O. Box 2046
1201 Market St., Ste. 1100
Wilmington, DE 19899-2046

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Department of Justice
Civil Division
Attn: Lloyd H. Randolph
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Watt Long Beach, LLC
Attn: James Maginn
2716 Ocean Park Blvd.
Santa Monica, CA 90405

Wisconsin Department of Justice
Attn: Brad D. Schimel, AG
Attn: F. Mark Bromley, AAG
Post Office Box 7857
Madison, WI 53707-7857

Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
Office of Unemployment Compensation
Tax Services (UCTS)
c/o Linda Mitten
651 Boas Street, Room 700
Harrisburg, PA 17121

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

{00016063. }

| | |
|---|---|
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Attention: Steven A. Ginther<br>PO Box 475<br>Jefferson City, MO 65105-0475<br>Email: deecf@dor.mo.gov | Sheppard, Mullin, Richter & Hampton LLP<br>Attn: Carren B. Shulman, Esq.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Email: cshulman@sheppardmullin.com<br>         Ny-docketing@sheppardmullin.com |
| McCann Associates Holdings, LLC<br>Attn: General Counsel<br>6805 Route 202<br>New Hope, PA 18938 | Arlington ISD, Eagle Mountain-Saginaw ISD<br>c/o Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>500 E. Border Street, Suite 640<br>Arlington, Texas 76010 |
| Bankruptcy Administration<br>GE Information Technology Solutions, Inc.<br>f/d/b/a IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Treasure of Arapahoe County Treasurer<br>c/o Robert Hill, Esq.<br>5334 S. Prince Street<br>Littleton, CO 80166<br>Email: rhill@arapahoegov.com<br>         wrossman@arapahoegov.com |

{00016063. }