IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on June 9, 2015, I caused true and correct copies of the following document to be served (i) via email to the party listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Debtors' Motion Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(A), Fed. R. Bankr. P. 2002 and 3003(C)(3) and Del. Bankr. L.R. 2002-1(E) for Order Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof [Docket No. 374]**

- **Debtors' Motion to (I) Shorten the Objection Period for Debtors' Motion Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(a), Fed. R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) for Order Establishing Bar Dates For Filing Claims and Approving Form and Manner of Notice Thereof and (II) Waive Waiting Period Set Forth in Del. Bankr. L. R. 9013-1(j) [Docket No. 377]**

Dated: June 10, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 10 day of June, 20 15, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## EXHIBIT A

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

Parties Served:  1

# **EXHIBIT B**

| | | |
|---|---|---|
| ARAPAHOE COUNTY TREASURER<br>ROBERT HILL<br>5334 S. PRINCE STREET<br>LITTLETON CO 80166 | ASHBY & GEDDES, P.A.<br>WILLIAM BOWDEN/RICARDO PALACIO<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON DE 19899-1150 | BMC GROUP, INC.<br>T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO CA 90245 |
| BROWN RUDNICK LLP<br>H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND OR 97232 | CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO CA 94102 |
| CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND CA 94612 | CALIFORNIA DEPARTMENT OF EDUCATION<br>1430 N STREET<br>SACRAMENTO CA 95814-5901 | DELAWARE SECRETARY OF STATE<br>DIV. OF CORP./FRANCHISE TAX DIV.<br>P.O. BOX 898<br><br>DOVER DE 19903 |
| DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU HI 96813 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK NY 10013 | DIVISION OF UNEMPLOYMENT INS.<br>4425 N. MARKET STREET<br>WILMINGTON DE 19802 |
| DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE<br>SUITE 2000<br>PHILADELPHIA PA 19103-6996 | DRINKER BIDDLE & REATH LLP<br>HOWARD A. COHEN<br>222 DELAWARE AVE.<br>SUITE 1410<br>WILMINGTON DE 19801-1621 | DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK NY 10036-2714 |
| EQUITY ONE, INC.<br>LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 | FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>1801 CALIFORNIA STREET<br>SUITE 2600<br>DENVER CO 80202 | GE INFORMATION TECHNOLOGY SOLUTIONS<br>F/D/B/A IKON FINANCAIL SERVICES<br>PO BOX 13708<br>1738 BASS ROAD<br>MACON GA 31208-3708 |
| HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU HI 96813 | INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAILSTOP 5-Q30.133<br>PHILADELPHIA PA 19101-7346 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS<br>7TH FLOOR<br>LOS ANGELES CA 90067 |
| JUSTICE DEPARTMENT<br>1300 I ST., #1142<br>SACRAMENTO CA 95814-5901 | KATTEN MUCHIN ROSENMAN LLP<br>BRIAN HUBEN/DUSTIN BRANCH<br>2029 CENTURY PARK EAST<br>SUITE 2600<br>LOS ANGELES CA 90067-3012 | KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI OH 75271-2711 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207 | MISSOURI DEPARTMENT OF REVENUE<br>STEVEN A. GINTHER<br>PO BOX 475<br>BANKRUPTCY UNIT<br>JEFFERSON CITY MO 65105-0475 |
| MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-9601 | NEW YORK STATE DEPARTMENT OF LABOR<br>BLDG. 12, W.A. HARRIMAN CAMPUS<br>ALBANY NY 12240 | NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK NY 10007 |
| OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMIN.<br>800 W. WASHINGTON STREET<br>2ND FLOOR<br>PHOENIX AZ 85007 | OFFICE OF PRIVATE POSTSECONDARY EDUCATIO<br>OR HIGHER ED. COORDINATING COMMISSION<br>775 COURT STREET NE<br>SALEM OR 97301 |

| | | |
|---|---|---|
| OFFICE OF THE ATTORNEY GENERAL<br>MAURA HEALEY/PETER LEIGHT/GLENN KAPLAN<br>ONE ASHBURTON PLACE<br>18TH FLOOR<br>BOSTON MA 2108 | OFFICE OF THE U.S. ATTORNEY<br>271 CADMAN PLAZA EAST<br>BROOKLYN NY 11201 | OFFICE OF THE U.S. ATTORNEY<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU HI 96850 |
| OFFICE OF THE U.S. ATTORNEY<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK NY 10007 | OFFICE OF THE U.S. ATTORNEY<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX AZ 85004-4408 | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER/TIMOTHY FOX<br>844 KING STREET, SUITE 2313<br>LOCKBOX 35<br>WILMINGTON DE 19801-3519 |
| OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM OR 97301-4096 | PA - DEPT. OF LABOR & INDUSTRY<br>LINDA MITTEN, COLLECTIONS SUPPORT UNIT<br>651 BOAS STREET, ROOM 700<br>HARRISBURG PA 17121 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.<br>ELIZABETH BANDA CALVO<br>500 E. BORDER STREET<br>SUITE 640<br>ARLINGTON TX 76010 |
| PHILLIPS INTERNATIONAL<br>PHILLIP J. EISENBERG<br>295 MADISON AVE., 2ND FLOOR<br>RE: PALM SPRINGS MILE ASSOCIATES, LTD<br>NEW YORK NY 10017 | POLSINELLI PC<br>CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>SUITE 1101<br>WILMINGTON DE 19801 | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN/ETTA MYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>P.O. BOX 951<br>WILMINGTON DE 19899-0951 |
| ROBINS KAPLAN LLP<br>SCOTT GAUTIER/LORIE BALL<br>2049 CENTURY PARK EAST<br>SUITE 3400<br>LOS ANGELES CA 90067 | RUDER WARE, L.L.S.C.<br>JEREMY M. WELCH<br>500 NORTH FIRST STREET, SUITE 8000<br>P.O. BOX 8050<br>WAUSAU WI 54402-8050 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE/ABIGAIL SNOW<br>230 PARK AVENUE<br>SUITE 1130<br>NEW YORK NY 10169 |
| SECRETARY OF THE TREASURY<br>P.O. BOX 7040<br>DOVER DE 19903 | SECURITIES & EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON DC 20549 | SECURITIES & EXCHANGE COMMISSION<br>GEORGE S. CANELLOS<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK NY 10281-1022 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>CARREN B. SHULMAN<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | SIDLEY AUSTIN LLP<br>JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES CA 90013 | SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>FELICIA GERBER PERLMAN<br>155 N. WACKER DRIVE<br>CHICAGO IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON DE 19899-0636 | STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON DE 19801-0820 |
| STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND OR 97701 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT/KAREN AXSOM<br>800 W. WASHINGTON ST<br>PHOENIX AZ 85007 | THE ROSNER LAW GROUP<br>JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET<br>SUITE 810<br>WILMINGTON DE 19801 |
| TN DEPT OF REVENUE<br>TN ATTORNEY GENERAL'S OFFICE<br>PO BOX 20207<br>BANKRUPTCY DIVISION<br>NASHVILLE TN 37202-0207 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>COURTNEYHULL/JOHN MARK STERN<br>P.O. BOX 12548<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>AUSTIN TX 78711-2548 | U.S. ATTORNEY'S OFFICE<br>P.O. BOX 2046<br>1201 MARKET ST., STE. 1100<br>WILMINGTON DE 19899-2046 |
| U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION/LLOYD H. RANDOLPH<br>1100 L STREET, NW<br>ROOM 10032<br>WASHINGTON DC 20005 | UNITED STATES DEPARTMENT OF LABOR<br>THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON DC 20210 |

| | |
|---|---|
| WATT LONG BEACH, LLC<br>JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA CA 90405 | WISCONSIN DEPARTMENT OF JUSTICE<br>BRAD SCHIMEL/F. MARK BROMLEY<br>POST OFFICE BOX 7857<br>MADISON WI 53707-7857 |

Parties Served: 68