**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | CASE NO. 15-10952 |
| | § | |
| CORINTHIAN COLLEGES, INC. | § | (JOINTLY ADMINISTERED) |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**TRAVIS COUNTY'S NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS**

Notice is hereby given that Kay D. Brock, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

**Respectfully submitted,**

**DAVID ESCAMILLA**
Travis County Attorney
P.O. Box 1748
Austin, TX  78767
(512) 854-9513 Telephone
(512) 854-4808 Telecopier

By:    */s/ Kay D. Brock*
**KAY D. BROCK**
Assistant County Attorney
Texas Bar No. 11625100
kay.brock@traviscounty.gov

330866-1

## CERTIFICATE OF SERVICE

      I, Kay D. Brock, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this 10th day of **June, 2015** and mailed by United States First Class Mail to any party listed below that is not registered.

                                        */s/ Kay D. Brock*

**DEBTOR**
Corinthian Colleges, Inc.
6 Hutton Centre Drive, Ste. 400
Santa Ana, CA 92707

**DEBTOR'S ATTORNEY**
Rachel Layne Biblo
920 North King Street
Wilmington, DE 19801

**TRUSTEE**
United States Trustee
844 King Street, Rm. 2207
Wilmington, DE 19899

330866-1