IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| **CORINTHIAN COLLEGES, INC.,** *et al.* ) | Case No. 15-10952 (KJC) |
| ) |  |
| Debtors. ) | Jointly Administered |
| ) |  |

## CERTIFICATE OF SERVICE

I, Joseph Corrigan, hereby certify that on June 11, 2015, I served a copy of the Request for Service of Notices, in the manner specified below to the parties on the attached service list.

Dated:  June 11, 2015         /s/ Joseph Corrigan
                              Joseph Corrigan (Massachusetts BBO#656426)
                              Bankruptcy2@ironmountain.com
                              Iron Mountain Information Management, LLC
                              One Federal Street, 7th Floor
                              Boston, MA  02110
                              Tel. (617) 535-4744
                              Fax (617) 451-0409

## BY EMAIL

- Lorie Ann Ball lball@robinskaplan.com, ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com;arichardson@publiccounsel.org
- Elizabeth Banda Calvo rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- Christopher R. Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
- Rachel Layne Biblo Biblo@rlf.com, rbgroup@rlf.com
- William Pierce Bowden wbowden@ashby-geddes.com
- F Mark Bromley bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us
- William J. Burnett william.burnett@flastergreenberg.com

- Nicholas George Campins nicholas.campins@doj.ca.gov, Corinthian.Bankruptcy@doj.ca.gov
- Howard A. Cohen howard.cohen@dbr.com
- Mark D. Collins rbgroup@rlf.com
- Kelly M. Conlan, Esquire kconlan@connollygallagher.com
- John D. Demmy jdd@stevenslee.com
- Bernard A. Eskandari bernard.eskandari@doj.ca.gov
- Timothy Jay Fox timothy.fox@usdoj.gov
- Barry V. Freeman bfreeman@jmbm.com, dmp@jmbm.com
- Scott F. Gautier sgautier@robinskaplan.com, chernandez@robinskaplan.com
- Steven A. Ginther deecf@dor.mo.gov
- Cynthia C. Hernandez chernandez@robinskaplan.com
- Brian David Huben brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Courtney J Hull bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- Shanti M. Katona skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Julia Bettina Klein klein@teamrosner.com
- Matthew Ryan Koch mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com
- Robert L. LeHane KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- Laura L. McCloud agbankdelaware@ag.tn.gov
- Michael Joseph Merchant merchant@rlf.com, rbgroup@rlf.com
- Omni Management Group, LLC scott@omnimgt.com
- Steven Phillip Ordaz sordaz@bmcgroup.com, ecfbk@bmcgroup.com
- Ricardo Palacio rpalacio@ashby-geddes.com
- Sarah E. Pierce sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Lloyd H. Randolph lloyd.randolph@usdoj.gov, janice.murray@usdoj.gov
- Leigh-Anne M. Raport lraport@ashby-geddes.com
- Patrick J. Reilley preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Erica J. Richards erichards@mofo.com
- Rene S. Roupinian rsr@outtengolden.com, jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- Jeremy William Ryan jryan@potteranderson.com, bankruptcy@potteranderson.com
- Richard L. Schepacarter richard.schepacarter@usdoj.gov
- Carren Shulman cshulman@sheppardmullin.com, mcademartori@sheppardmullin.com;ksmith@sheppardmullin.com
- Amanda R. Steele steele@rlf.com, rbgroup@rlf.com
- William F. Taylor bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Marisa A. Terranova terranova@rlf.com, rbgroup@rlf.com

- Ronald Mark Tucker rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
- United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV
- Christopher A. Ward cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jeremy Welch jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
- Helen Elizabeth Weller dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- Etta Ren Wolfe ewolfe@potteranderson.com, bankruptcy@potteranderson.com

**Manual Notice List**
**BY FIRST CLASS MAIL**

McCann Associates Holdings, LLC
General Counsel
6805 Route 202
New Hope, PA 18938

Dustin P. Branch
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

John M Craig
Russell R. Johnson III, PLC
2258 Wheatland Drive
Manakin-Sabot, VA 23103

John H. Drucker
Cole Schotz P.C.
900 Third Avenue, 16th Floor
New York, NY 10022

Caroline C. Fuller
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202

GE Capital Information Technology Solutions, Inc.
f/d/b/a IKON Financial Services
Bankruptcy Administration
P.O. Box 13708
Macon, GA 31208-3708

Anna Gumport
Sidley Austin LLP
555 West Fifth Street, Suite 400
Los Angeles, CA 90013

Jennifer C. Hagle
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Maura Healey
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

Robert Hill
5334 S. Prince Street
Littleton, CO 80120-1136

Glenn Kaplan
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

Peter Leight
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

Lorenzo Marinuzzi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Etta R. Mayers
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19801

Abigail Snow
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

H. John Michel
Drinker Biddle and Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

New York State Department of Labor
Unemployment Insurance Division
Building 12, Room 256
Albany, NY 12240

Office of Unemployment Compensation Tax Services
Commonwealth of Pennsylvania
Dept. of Labor & Industry, Collections Support Unit
651 Boas Street, Room 700
Harrisburg, PA 17121

Felicia Gerber Perlman
Skadden,Arps,Slate,Meagher&Floam LLP
155 N. Wacker Dr.
Chicago, IL 60606

David M. Poitras
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-4308

Michael P. Pompeo
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

Frederick Rosner
The Rosner Law Group LLC
824 N Market St Ste 810
Wilmington, DE 19801

| | |
|---|---|
| Brad D. Schimel<br>Wisconsin Department of Justice<br>P O Box 7857<br>Madison, WI 53707-7857 | H. Jeffrey Schwartz<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 |
| Bennett S. Silverberg<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | ~~Arizona Department of Education~~ |
| ~~Vincent E. Rhynes~~ | ~~Eugene Vint~~ |