## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on June 9, 2015, I caused true and correct copies of the following document to be served (i) via email to the party listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Enter into Consulting/Auction Agreement with Great American Global Partners, LLC and Approving the Terms Thereof, (II) Authorizing Sale of Assets in Accordance with Agreement and (III) Granting Certain Related Relief [Docket No. 375]**

Dated: June 11, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California           }
{                              } ss.
{County of Los Angeles         }

Subscribed and sworn to (or affirmed) before me on this __11__ day of _June_, 20_15_, by Alejandro Soria proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

> JENNIFER MARLENE CASTILLO
> Commission # 2085977
> Notary Public - California
> Los Angeles County
> My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

**Corinthian Colleges, Inc. -  Service List to e-mail Recipients**                    **Served 6/9/2015**

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

                                                            Parties Served:  1

**EXHIBIT B**

**Corinthian Colleges, Inc. - U.S. Mail**                                              **Served 6/9/2015**

ALAMEDA COUNTY TAX COLLECTOR
DONALD R. WHITE
1221 OAK STREET
OAKLAND, CA 94612-4286

ARAPAHOE COUNTY TREASURER
ATTN: ROBERT HILL
5334 S. PRINCE STREET
LITTLETON, CO 80166

ARIZONA DEPARTMENT OF REVENUE
P.O. BOX 29010
PHOENIZ, AZ 85038-9010

ASFG, LLC
5300 MEADOWS ROAD, SUITE 400
LAKE OSWEGO, OR 97035

ASHBY & GEDDES, P.A.
ATTN: WILLIAM BOWDEN/RICARDO PALACIO
ATTN: LEIGH-ANNE RAPORT
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899-1150

BMC GROUP, INC.
ATTN: T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO, CA 90245

BROWN RUDNICK LLP
ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CA STATE OF BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA DEPARTMENT OF EDUCATION
1430 N STREET
SACRAMENTO, CA 95814-5901

CALIFORNIA DEPARTMENT OF JUSTICE
1300 I ST., #1142
SACRAMENTO, CA 95814-5901

CALIFORNIA FIRST NATIONAL BANK
18201 VON KARMAN AVE., #700
IRVINE, CA 92612

CAMPUS STUDENT FUNDING, LLC
5300 MEADOWS ROAD, SUITE 400
LAKE OSWEGO, OR 97035

CIT FINANCE LLC
10201 CENTURION PARKWAY NORTH, SUITE 100
JACKSONVILLE, FL 32256

CIT TECHNOLOGY FINANCING SERVICES, INC.
10201 CENTURION PARKWAY NORTH, SUITE 100
JACKSONVILLE, FL 32256

CITY OF ANAHEIM
200 S. ANAHEIM BLVD.
ANAHEIM, CA 92805

CITY OF AURORA
TAX & LICENSING DIVISION
P.O. BOX 33001
AURORA, CO 80041-3001

CITY OF COLORADO SPRINGS
SALES/USE TAX
DEPARTMENT OF 2408
DENVER , CO 80256-0001

CITY OF CONCORD CALIFORNIA
1950 PARKSIDE DR.
CONCORD, CA 94519

CITY OF HAYWARD
777 B STREET
HAYWARD, CA 94541

CITY OF MESA
20 E. MAIN STREET
MESA, AZ 85201

CITY OF MESA
P.O. BOX 1466
MESA, AZ 85211-1466

CITY OF MESA
P.O. BOX 16350
MESA, AZ 85211-6350

CITY OF MODESTO CALIFORNIA
1010 10TH STREET
MODESTO, CA 95354

CITY OF MODESTO CALIFORNIA
P.O. BOX 642
MODESTO, CA 95353

CITY OF ONTARIO
303 EAST B STREET
ONTARIO, CA 91764

CITY OF PHOENIX
PHOENIX CITY HALL
200 W. WASHINGTON ST.
PHOENIX, AZ 85003

CITY OF PHOENIX ARIZONA
PRIVILEGE LICENSE TAX DESK
P.O. BOX 29125
PHOENIX, AZ 85038-9125

CITY OF RANCHO CORDOVA
2729 PROSPECT PARK DRIVE
RANCHO CORDOVA, CA 95670

CITY OF ROCHESTER
30 CHURCH STREET
ROCHESTER NY, 14614

CITY OF SALINAS
201 LINCOLN AVE.
SALINAS, CA 93901

Corinthian Colleges, Inc. - U.S. Mail                                                                                           Served 6/9/2015

CITY OF SAN BERNARDINO
172 WEST THIRD STREET, FIRST FLOOR
SAN BERNARDINO, CA 92415-0360

CITY OF SAN JOSE
200 E. SANTA CLARA ST.
SAN JOSÉ, CA 95113

CITY OF SANTA ANA
20 CIVIC CENTER PLAZA
CITY HALL LOBBY, 1ST FLOOR
SANTA ANA, CA 92701

CITY OF STOCKTON
425 N. EL DORADO ST.
STOCKTON, CA 95202

CITY OF TEMPE
P.O. BOX 29618
PHOENIX, AZ 85038-9618

CITY OF TEMPE ARIZONA
20 E 6TH STREET, 3RD FLOOR
TEMPE, AZ 85281

CITY OF TEMPE ARIZONA
P.O. BOX 5002
TEMPE, AZ 85280

CITY OF THORNTON
SALES TAX DIVISION
9500 CIVIC CENTER DRIVE #2050
THORNTON, CO 80229

CITY OF WALNUT CREEK
CITY HALL - 1666 NORTH MAIN STREET
WALNUT CREEK, CA 94596

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ATTN: MAURA HEALEY, AG
ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG
ONE ASHBURTON PLACE, 18TH FLOOR
BOSTON, MA 02108

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
ATTN: LINDA MITTEN
651 BOAS STREET, ROOM 700
HARRISBURG, PA 17121

COMPTROLLER OF MARYLAND
SUT REVENUE ADMINISTRATION DIVISION
P.O. BOX 17405
BALTIMORE, MD 21297-1405

COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 149355
AUSTIN, TX 78714-9355

CSI LEASING, INC.
9990 OLD OLIVE STREET ROAD, SUITE 101
ST. LOUIS, MO 63141

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DELL FINANCIAL SERVICES L.L.C.
MAILSTOP-PS2DF
23 ONE DELL WAY
ROUND ROCK, TX 78682

DEPARTMENT OF BUDGET AND FISCAL SERVICES
REAL PROPERTY ASSESSMENT DIVISION
530 SOUTH KING ST, RM 115
HONOLULU, HAWAII 96813

DEPARTMENT OF REVENUE WASHINGTON STATE
2101 4TH AVE #1400
SEATTLE, WA 98121-2300

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
ONE LOGAN SQUARE, STE. 2000
PHILADELPHIA, PA 19103-6996

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN
222 DELAWARE AVE., STE.1410
WILMINGTON, DE 19801-1621

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

EMPLOYMENT DEVELOPMENT DEPARTMENT
P.O. BOX 826880
SACRAMENTO, CA 94280

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

FAIRFIELD AND WOODS, P.C.
ATTN: CAROLINE C. FULLER
1801 CALIFORNIA STREET, SUITE 2600
DENVER, CO 80202

FIRST FINANCIAL CORPORATION LEASING, LLC
711 KIMBERLY AVENUE, SUITE 160
PLACENTIA, CA 98270

FIRST NATIONAL BANK OF ST. LOUIS
7707 FORSYTH BLVD
ST. LOUIS, MO 63131

FIRST NATIONAL CAPITAL, LLC
1029 HIGHWAY 6 NORTH, SUITE 650-283
HOUSTON, TX 77079

FLORIDA DEPARTMENT OF REVENUE SUT
5050 W TENNESSEE ST.
TALLAHASSEE, FL 32399-0120

FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257-0501

FRESNO COUNTY
FRESNO COUNTY AUDITOR CONTROLLER
TREASURER-TAX COLLECTOR
P. O. BOX 1247
FRESNO, CA 93715

**Corinthian Colleges, Inc. - U.S. Mail**

G.E. CAPITAL CORPORATION
4 NORTH PARK DRIVE, SUITE 500
HUNT VALLEY, MD 21030

GE INFORMATION  TECHNOLOGY SOLUTIONS
F/D/B/A IKON FINANCAIL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON, GA 31208-3708

GENERAL ELECTRIC CAPITAL CORPORATION
PO BOX 35701
BILLINGS, MT 59107

GEORGIA DEPARTMENT OF REVENUE
SALES/USE TAX
P.O. BOX 105408
ATLANTA, GA 30348-5408

HAWAII DEPARTMENT OF TAXATION
P.O. BOX 1425
HONOLULU, HI 96806-1425

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
420 MOUNTAIN AVE.
MURRAY HILL, NJ 07974

ILLINOIS DEPARTMENT OF REVENUE
P. O. BOX 19028
SPRINGFIELD, IL 62794-9028

ILLINOS DEPARTMENT OF REVENUE
RETAILER'S OCCUPATION TAX
SPRINGFIELD, IL 62796-0001

INDIANA DEPARTMENT OF REVENUE
SALES/USE TAX
P.O. BOX 7218
INDIANAPOLIS, IN 46207-7218

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICES
OGDEN, UT 84201-0039

JEFFER MANGELS BUTLER & MITCHELL LLP
ATTN: BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

KATTEN MUCHIN ROSENMAN LLP
ATTN: BRIAN HUBEN/DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES, CA 90067-3012

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

KIRCH-METRO COMPANY, LLC
129 WATERGLEN CIRCLE
SACRAMENTO, CA 95826

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

LASALLE SYSTEMS LEASING, INC.
6111 NORTH RIVER ROAD
ROSEMONT, IL 60018

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54027
LOS ANGELES, CA  90054-0027

LOS ANGELES COUNTY TREASURER
TAX COLLECTOR
225 N. HILL STREET
LOS ANGELES, CA 90012-2798

MASSACHUSETTS DEPARTMENT OF REVENUE
P.O. BOX 7043
BOSTON, MA 2204

MB FINANCIAL BANK, N.A.
6111 NORTH RIVER ROAD
ROSEMONT, IL 60018

MICHIGAN DEPARTMENT OF TREASURY
DEPARTMENT 78172
P.O. BOX 78000
DETROIT, MI 48278-0172

MINNESOTA DEPT. OF REVENUE
SALES/USE TAX
600 NORTH ROBERT STREET
ST. PAUL, MN 55146-6330

MISSISSIPPI DEPARTMENT OF REVENUE
P.O. BOX 1033
JACKSON, MS 39215-1033

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MISSOURI DEPARTMENT OF REVENUE
P. O. BOX 3365
JEFFERSON CITY, MO 65105-3365

MISSOURI DEPARTMENT OF REVENUE
SALES/USE TAX
P.O. BOX 840
JEFFERSON CITY, MO 65105-0840

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK, NY 10019-9601

MULTNOMAH COUNTY
501 SE HAWTHORNE BLVD., SUITE 250
PORTLAND, OR 97214

N.J. DIVISION OF TAXATION
P.O. BOX 999
TRENTON , NJ 08646-0999

NEC FINANCIAL SERVICES, LLC
1 PARK 80 PLAZA WEST
SADDLE BROOK, NJ 07663

Corinthian Colleges, Inc. - U.S. Mail                                                        **Served 6/9/2015**

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

NYS TAX DEPARTMENT
W A HARRIMAN CAMPUS
ALBANY, NY 12227

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OFFICE OF PRIVATE POSTSECONDARY EDUCATIO
OREGON HIGHER EDUCATION COORDINATING CO
775 COURT STREET NE
SALEM, OR 97301

OFFICE OF THE TREASURER & TAX COLLECTOR
CITY HALL - ROOM 140
1 DR. CARLTON B. GOODLETT PLACE
SAN FRANCISCO, CA 94102

OFFICE OF THE U.S. ATTORNEY
ATTN: CHARLES M. OBERLY, III
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE 19801

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
ATTN: JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
ATTN: FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
ATTN: KELLY T. CURRIE
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ATTN: PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX
844 KING STREET, SUITE 2313
LOCKBOX 35
WILMINGTON, DE 19801-3519

OHIO DEPARTMENT OF TAXATION
P.O. BOX 530
COLUMBUS, OH 43216-0530

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM, OR 97301-4096

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

PENNSYLVANIA DEPT OF REVENUE
P.O. BOX 280406
HARRISBURG, PA 17128

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LI
ATTN: ELIZABETH BANDA CALVO
500 E. BORDER STREET, SUITE 640
ARLINGTON, TX 76010

POLSINELLI PC
ATTN: CHRISTOPHER WARD/SHANTI KATONA
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

PRIME ALLIANCE BANK, INC.
1868 SOUTH 500 WEST
WOODS CROSS, UT 84087

ROBINS KAPLAN LLP
ATTN: SCOTT GAUTIER/LORIE BALL
ATTN: CYNTHIA HERNANDEZ
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU, WI 54402-8050

SACRAMENTO COUNTY
700 H STREET, ROOM 1710
SACRAMENTO, CA 95814

SACRAMENTO COUNTY
P.O. BOX 508
SACRAMENTO, CA 95812-0508

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW
230 PARK AVENUE, SUITE 1130
NEW YORK, NY 10169

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: CARREN B. SHULMAN, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

SIDLEY AUSTIN LLP
ATTN: JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: FELICIA GERBER PERLMAN
155 N. WACKER DRIVE
CHICAGO, IL 60606-1720

Corinthian Colleges, Inc. - U.S. Mail                                                                                         Served 6/9/2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF NEVADA AR PAYMENTS
P.O. BOX 52685
PHOENIX, AZ 85072

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT
ATTN: KAREN AXSOM, DIRECTOR
800 W. WASHINGTON ST
PHOENIX, AZ 85007

THE ROSNER LAW GROUP
ATTN: JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207

TX COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: COURTNEY J. HULL
ATTN: JOHN MARK STERN, AAG
BANKRUPTCY & COLLECTIONS DIVISION, MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548

U.S. BANCORP
OLIVER-ALLEN TECHNOLOGY LEASING
601 LARKSPUR LANDING
LARKSPUR, CA 94939

U.S. BANCORP EQUIPMENT FINANCE, INC.
801 LARKSPUR LANDING
LARKSPUR, CA 94939-1704

U.S. BANK EQUIPMENT FINANCE
A DIVISION OF U.S. BANK NATIONAL ASSOCIATION
PO BOX 230789
PORTLAND, OR 97281

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN: LLOYD H. RANDOLPH
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

UNITED STATES DEPARTMENT OF LABOR
ATTN: THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON, DC 20210

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT 84134

VARIANT LEASING CORPORATION
32332 CAMINO CAPISTRANO, SUITE 103
SAN JUAN CAPISTRANO, CA 92707

VIRGINIA DEPT OF TAXATION
OFFICE OF SALES/USE TAX
P.O. BOX 1115
RICHMOND, VA 23218-1115

WATT LONG BEACH II, LLC
2716 OCEAN PARK BLVD. #3040
SANTA MONICA, CA 90405

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVE. #300
MINNEAPOLIS, MN 55479

WEST VIRGINIA STATE TAX DEPARTMENT
SALES & USE TAX DIVISION
P.O. BOX 3784
CHARLESTON, WV 25337-3784

WINTHROP RESOURCES CORPORATION
11100 WAYZATA BOULEVARD, SUITE 800
MINNETONKA, MN 55305

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
ATTN: F. MARK BROMLEY, AAG
POST OFFICE BOX 7857
MADISON, WI 53707-7857

WYOMING DEPARTMENT OF SALES/USE TAX
122 WEST 25TH ST
2ND FL WEST
CHEYENNE, WY 82002-0110

Parties Served: 156