IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on June 9, 2015, I caused true and correct copies of the following document to be served (i) via email to the party listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts, Effective Nunc Pro Tunc to June 2, 2015 [Docket No. 378]**

Dated: June 11, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this __11__ day of __June__, 20_15_, by Alejandro Soria proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

Parties Served: 1

# EXHIBIT B

| | | |
|---|---|---|
| 1 ACCURATE LIVESCAN<br>1111 W ROBINHOOD DR. STE. H<br>STOCKTON, CA  95207 | A AND B FIRE EQUIPMENT CO<br>514 WORK STREET<br>SALINAS, CA  93901 | A AND K JANITORIAL INC<br>3663 ROLLINGSIDE DRIVE<br>SAN JOSE, CA  95148-2824 |
| A INTERIOR PLANTSCAPE DESIGN MAINT<br>P.O. BOX 145<br>MOSS LANDING, CA  95039 | AASONN,LLC<br>184 SHUMAN BLVD., SUITE 530<br>NAPERVILLE, IL  60563 | ABACUS DATA SYSTMS INC<br>9191 TOWNE CENTRE DRIVE STE#180<br>SAN DIEGO, CA  92122 |
| ABM JANITORIAL SERVICE, INC.<br>P.O. BOX 61000<br>SAN FRANCISCO, CA  94161 | ACCESS INFORMATION MANAGEMENT<br>P.O. BOX 4857<br>HAYWARD, CA  94540-4857 | ACCO ENGINEERED SYSTMS<br>DEPT. 5932<br>6265 SAN FERNANDO RD.<br>GLENDALE, CA  91201 |
| ACE PARKING LOT<br>750 KEARNY STREET<br>SAN FRANCISCO, CA  94108 | ACI ENTERPRISES, INC.<br>ACI FINANCE DEPARTMENT<br>SAN DIEGO, CA  92121 | ACTION ASAP DELIVERY SERVICE INC<br>PO BOX 30296<br>STOCKTON, CA  95213 |
| ACUTE CARE MEDICAL SERVICES INC<br>THE MEDICAL CORNER<br>PO BOX 127<br>KAILUA, HI  96734 | AED INSTITUTE OF AMERICA INC<br>PO BOX 542<br>KAILUA, HI  96734 | AEROTEK INC<br>PO BOX 198531<br>ATLANTA, GA  30384-8531 |
| AIRCO COMMERCIAL SERVICES INC<br>LOCKBOX 073748<br>LOS ANGELES, CA  90084-3748 | AKERMAN SENTERFITT LLP<br>RICHARD L. SPEES<br>750 9TH STREET, N.W.<br>SUITE 750<br>WASHINGTON , D.C.  20001 | ALHAMBRA SIERRA SPRINGS<br>PO BOX 660579<br>DALLAS, TX  75266-0579 |
| ALII FIRE PROTECTION CO LTD<br>950 ROBELLO LANE<br>HONOLULU, HI  96817 | ALL CITY PATROL SERVICES<br>1940 PARKWOOD DR.<br>YUBA CITY, CA  95993 | ALL COMMERCIAL LANDSCAPE SERVICE<br>5213 E. PINE AVE<br>FRESNO, CA  93727 |
| ALL FIRE PROTECTION SERVICE INC<br>2136 E. FREMONT<br>STOCKTON, CA  95205-5059 | ALLIED WASTE SERVICES<br>P O BOX 78829<br>PHOENIX, AZ  85062-8829 | ALPHA CARD SYSTMS LLC<br>PO BOX 231179<br>PORTLAND, OR  97281 |
| ALPHA WINDOW CLEANING<br>2120 SHILOH AVE.<br>MILPITAS, CA  95035 | ALS AUTOCARE CENTER<br>3445 NE 82ND<br>PORTLAND, OR  97220 | ALS THOROUGH CLEANING SERVICE<br>3256 LOPES COURT<br>HAYWARD, CA  94541 |
| ALSCO<br>2011 S TACOMA WAY<br>TACOMA, WA  98409 | ALTIRIS, INC.<br>588 WEST 400 SOUTH<br>LINDON, UT  84042 | AMADEUS NORTH AMERICA INC<br>PO BOX 7247-0364<br>PHILADELPHIA, PA  19170-0364 |
| AMADOR COFFEE AND VENDING<br>6978 SIERRA COURT<br>DUBLIN, CA  94568 | AMERICAN JEWISH UNIVERSITY<br>15600 MULHOLLAND DRIVE<br>LOS ANGELES, CA  90077 | AMERICAN LIBRARY ASSOCIATION<br>568 ATRIUM DRIVE<br>VERNON HILLS, IL  60061 |

| | | |
|---|---|---|
| AMERICAN SOCIETY OF HEALTH SYSTEM<br>PO BOX 75487<br>BALTIMORE, MD 21275-5487 | AMERIPRIDE SERVICES INC<br>PO BOX 1010<br>BEMIDJI, MN 56619-1010 | ANGELLA JOY ALVERSON<br>2510 E IVYGLEN CIRCLE<br>MESA, AZ 85213 |
| ANNA MARIE DUNLAP<br>621 POPPY AVE<br>CORONA DEL MAR, CA 92625 | ARAMARK REFRESHMENT SERVICES<br>17044 MONTANERO AVE., UNIT 4<br>CARSON, CA 90746 | ARAMARK UNIFORM SERVICES<br>AUS ST. LOUIS MC LOCKBOX<br>26792 NETWORK PLACE<br>CHICAGO, IL 60673-1792 |
| ARAPAHOE COUNTY TREASURER<br>ATTN: ROBERT HILL<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | ARKADIN INC<br>ATTN: ACCOUNT RECEIVABLE<br>1 PENN PLAZA SUITE 2200<br>NEW YORK, NY 10119 | ARNALL GOLDEN GREGORY LLP<br>AARON M. DANZIG<br>171 17TH STREET, NW<br>SUITE 2100<br>ATLANTA, GA 30363-1031 |
| ARROW FIRE PROTECTION<br>3330 SELDON COURT, SUITE ONE<br>FREMONT, CA 94539 | ARTEMIS SEARCH PARTNERS<br>26010 ACERO, STE 200<br>MISSION VIEJO, CA 92618 | ASAP EXECUTIVE COURIER<br>2577 S. SARAH ST.<br>FRESNO, CA 93706 |
| ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN/RICARDO PALACIO<br>ATTN: LEIGH-ANNE RAPORT<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150 | ASSOCIATED SERVICES CO<br>600A MCCOMMICK ST<br>SAN LEANDRO, CA 94577-1110 | ASSOCIATION OF GOVERNING BOARDS<br>1133 20TH STREET NW, STE 300<br>WASHINGTON, DC 20036 |
| ASSOCIATION OF PROPRIETARY COLLEGES<br>121 STATE STREET<br>ALBANY, NY 12207 | AT&T<br>PO BOX 277019<br>ATLANTA, GA 30384-7019 | ATLASSIAN<br>32151 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693-0321 |
| AUSTINS ISLAND MAINTENANCE<br>1234 ALA MAHAMOE ST.<br>HONOLULU, HI 96819 | AVENUE100 MEDIA SOLUTIONS INC.<br>10 PRESIDENTIAL WAY<br>WOBURN, MA 01801 | A-VERDI STORAGE CONTAINERS<br>14150 ROUTE 31<br>SAVANNAH, NY 13146 |
| BANK OF AMERICA LEASING<br>LEASE ADMINISTRATION CENTER<br>PO BOX 4431<br>ATLANTA, GA 30384-5874 | BARCLAYS CAPITAL INC.<br>JASON WILLIAMS<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 | BAY ALARM<br>P O BOX 30520<br>LOS ANGELES, CA 90030-0520 |
| BERTOLOTTI DISPOSAL INC<br>PO BOX 127<br>CERES, CA 95307 | BETH A. WILSON<br>26512 BROKEN BIT LN.<br>LAGUNA HILLS, CA 92653 | BMC GROUP, INC.<br>ATTN: T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO, CA 90245 |
| BRIDGET MCGUIRE<br>19112 NATIVE FERN WAY<br>TAMPA, FL 33647 | BROWN RUDNICK LLP<br>ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 |
| BUTCH YOUNG FIRE EQUIPMENT<br>1101 WEST FREMONT STREET<br>STOCKTON, CA 95203 | C R FIRELINE INC<br>108 CENTER AVENUE<br>PACHECO, CA 94553-5610 | CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 |

| | | |
|---|---|---|
| CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA DEPARTMENT OF EDUCATION<br>1430 N STREET<br>SACRAMENTO, CA 95814-5901 | CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST., #1142<br>SACRAMENTO, CA 95814-5901 |
| CALIFORNIA FIRE LIFE SAFETY SYSTMS INC<br>RADIOLOGIC HEALTH BRANCH, M/S 7610<br>PO BOX 997414<br>SACRAMENTO, CA 95899-7414 | CALIFORNIA SECURITY<br>PO BOX 742273<br>LOS ANGELES, CA 90074-2273 | CANON<br>2110 WASHINGTON BLVD.<br>ARLINGTON, VA 22204 |
| CAREERBUILDER.COM, LLC<br>200 NORTH LASALLE ST., STE 1100<br>CHICAGO, IL 60601 | CARMELLA ANN CASSETTA<br>11 WHITESANDS DR<br>NEWPORT COAST, CA 92657 | CAROL STANFORD<br>1979 SWAN STREET<br>INNISFIL, ON L9S 0B2<br>CANADA |
| CBE CELL BUSINESS EQUIPMENT<br>4 MASON # A<br>IRVINE, CA 92618 | CDW GOVERNMENT LLC<br>50 LASALLE STREET<br>CHICAGO, IL 60675 | CDW GOVERNMENT LLC<br>75 REMITTANCE DR, STE 1515<br>CHICAGO, IL 60675-1515 |
| CENTRAL CHRISTIAN COLLEGE OF KANSAS<br>1200 S MAIN ST<br>MCPHERSON, KS 67460 | CENTRAL SANITARY<br>416 N 9TH ST<br>MODESTO, CA 95350 | CENTRAL SELF STORAGE<br>700 MONTAGUE EXPRESSWAY<br>MILPITAS, CA 95035 |
| CENTRAL VALLEY CULLIGAN<br>2479 S. ORANGE AVE.<br>FRESNO, CA 93725 | CENTURYLINK<br>5454 WEST 110TH STREET<br>OVERLAND PARK, KS 66211 | CHRISTINA VARON<br>19681 TOPEKA LN<br>HUNTINGTON BEACH, CA 92646 |
| CINTAS CORP<br>PO BOX 630910<br>CINCINNATI, OH 45263-0910 | CISCO SYSTEMS CAPITAL CORPORATION<br>PO BOX 41602<br>PHILADELPHIA, PA 19101-1602 | CISCO WEBEX LLC<br>170 W. TASMAN DR.<br>SAN JOSE, CA 95134 |
| CIT<br>P.O. BOX 100706<br>PASADENA, CA 91189-0706 | CITRIX SYSTMS INC<br>851 WEST CYPRESS CREEK RD<br>FORT LAUDERDALE, FL 33309 | CIVIL COURT TECHNOLOGIES<br>JASON LISICA<br>165 SHELL ST<br>PACIFICA, CA 94044 |
| CLEAN SWEEP SWEEPING<br>1152 N. CHAPEL HILL AVE.<br>CLOVIS, CA 93611-6756 | CLIFFORD FISCHER & COMPANY<br>TWO GALLERIA TOWER<br>DALLAS, TX 75240 | COLUMBIA DENTOFORM CORP.<br>2 WEST LIBERTY BLVD., STE 160<br>MALVERN, PA 19355 |
| COMCAST<br>JACKSONVILLE SUPER ZON<br>ATLANTA, GA 30384 | COMMONWEALTH OF MASSACHUSETTS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY, AG<br>ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>ATTN: LINDA MITTEN<br>651 BOAS STREET, ROOM 700<br>HARRISBURG, PA 17121 |
| COMMVAULT SYSTEMS, INC.<br>1 COMMVAULT WAY<br>TINTON FALLS, NJ 07724 | COMPLIANCEPOINT INC<br>1776 I ST. NW 9TH FLOOR<br>WASHINGTON, DC 20006 | COMPVIEW, INC.<br>PO BOX 742678<br>LOS ANGELES, CA 90074-2678 |

| | | |
|---|---|---|
| CONCORD DISPOSAL<br>PO BOX 5397<br>CONCORD, CA  94524-0397 | CONCUR TECHNOLOGIES<br>62157 COLLECTIONS CENTER DR.<br>CHICAGO, IL  60693 | CONSOL. COMMUNICATIONS<br>PO BOX 30697<br>LOS ANGELES, CA  90030-0697 |
| CONTRA COSTA WATER DISTRICT<br>1331 CONCORD AVENUE<br>CONCORD, CA  94524-2099 | CSI LEASING, INC.<br>PO BOX 204267<br>ATTN: ACCOUNTS RECEIVABLE<br>DALLAS, TX  75320-4267 | DANIEL WATERMAN<br>320 CALDECOTT LANE<br>UNIT #229<br>OAKLAND, CA  94618 |
| DANIELLE MARIE MILLMAN<br>1040 WESTWELL RUN<br>ALPHARETTA, GA  30022 | DAVE MOORE<br>6 HUTTON CENTRE DRIVE<br>SUITE 400<br>SANTA ANA, CA  92707 | DAVID BEAVER<br>7181 E. CORALITE STREET<br>LONG BEACH, CA  90808 |
| DAVID JENKINS<br>2610 MCCREA RD<br>BRYANS ROAD, MD  20616 | DAVID LUCE<br>3318 PRAIRIE GLADE ROAD<br>MIDDLETON, WI  53562 | DAVID R SHUMA<br>17902 ARBOR GREENE DR<br>TAMPA, FL  33647 |
| DEBORAH BARKER-GARCIA<br>10123 SNOWBIRD DRIVE<br>RANCHO CUCAMONGA, CA  91747 | DEBORAH CORRIE<br>8613 BAY SHORE COVE<br>ORLANDO, FL  32836 | DECORATIVE PLANT SERVICE INC<br>P.O. BOX 880368<br>SAN FRANCISCO, CA  94188-0368 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 898<br>DOVER, DE  19903 | DELOITTE TAX<br>GREGORY R. DUNLAP<br>SUITE 1200<br>695 TOWN CENTER DRIVE<br>COSTA MESA, CA  92626-7188 | DENNIS DEVEREUX<br>6 HUTTON CENTRE DRIVE<br>SUITE 400<br>SANTA ANA, CA  92707 |
| DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI  96813 | DIANA A. SCHERER<br>29501 POINTE ROYALE<br>LAGUNA NIGUEL, CA  92677 | DILLINGHAM SELF STORAGE<br>935 DILLINGHAM BLVD.<br>HONOLULU, HI  96817 |
| DIRECTV INC<br>PO BOX 60036<br>LOS ANGELES, CA  90060-0036 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY  10013 | DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE  19802 |
| DOLORES KOULIAS<br>704 RIVERSIDE DR<br>TARPON SPRINGS, FL  34689 | DONALD KING JR<br>37 SAN GABRIEL<br>RANCHO SANTA MARGARITA, CA  92688 | DONALD KING JR.<br>37 SAN GABRIEL<br>RANCHO SANTA MARGARITA, CA  92688 |
| DONALD TILLEY<br>144 LA MESA DR<br>ST. AUGUSTINE, FL  32095 | DONOR ADVISING, RESEARCH &<br>EDUCATIONAL SERVICES, LLC<br>FREDERIC J. FRANSEN<br>8520 ALLISON POINTE BLVD. SUITE 220<br>INDIANAPOLIS, IN  46250 | DOUGLAS LOCKWOOD<br>930 KINGS ROW DR.<br>WALKER, MI  49534 |
| DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE, STE. 2000<br>PHILADELPHIA, PA  19103-6996 | DRINKER BIDDLE & REATH LLP<br>ATTN: HOWARD A. COHEN<br>222 DELAWARE AVE., STE.1410<br>WILMINGTON, DE  19801-1621 | DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK, NY  10036-2714 |

| | | |
|---|---|---|
| DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE<br>SUITE 2000<br>PHILADELPHIA, PA  19103 | DRUSILLA YOKUM<br>4308 GREENLEAF PL.<br>BOWIE, MD  20716 | DWYER PEMBERTON & COULSON, P.C.<br>W. CARY DEATON<br>1940 EAST D STREET, SUITE 200<br>TACOMA , WA  98421 |
| EAST-WEST UNIVERSITY<br>816 S MICHIGAN AVE<br>CHICAGO, IL  60605 | EBSCO<br>PO BOX  2543<br>BIRMINGHAM, AL  35202 | EBSCO<br>PO BOX  2543<br>BIRMINGHAM, AL  35202 |
| ECHARTER BUS LLC<br>3040 SCOTT BLVD.<br>SANTA CLARA, CA  95054 | ECMC SOLUTIONS CORP.<br>PO BOX 16366<br>ST. PAUL, MN  55116-0366 | ECP<br>5416 E BASELINE RD, 200<br>MESA, AZ  85206 |
| EDWIN NELSON WILKINS JR<br>2133 VISTA LAREDO<br>NEWPORT BEACH, CA  92660 | ELAVON<br>7300 CHAPMAN HIGHWAY<br>KNOXVILLE, TN  37920 | EN POINTE TECHNOLOGIES SALES INC<br>18701 S. FIGUEROA ST.<br>GARDENA, CA  90248-4506 |
| ENCYCLOPEDIA BRITANNICA INC<br>555 S. FLOWER STREET, 3RD FLOOR<br>PHILADELPHIA, PA  19101-3832 | ENCYCLOPEDIA BRITANNICA INC<br>P.O. BOX 13832<br>PHILADELPHIA, PA  19101-3832 | EQUIFAX<br>PO BOX 105835<br>ATLANTA, GA  30348 |
| EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 | ERNST AND YOUNG LLP<br>18111 VON KARMAN AVENUE<br>SUITE 1000<br>IRVINE, CA  92612 | FAEGRE BAKER DANIELS LLC<br>DANIEL J. CONNOLLY<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS, MN  55402-3901 |
| FAIRFIELD AND WOODS, P.C.<br>ATTN: CAROLINE C. FULLER<br>1801 CALIFORNIA STREET, SUITE 2600<br>DENVER, CO 80202 | FIREMASTER INC<br>P.O. BOX 121019<br>DALLAS, TX  75312-1019 | FIRST CHOICE SERVICES<br>10907 PAINTER AVENUE<br>SANTA FE SPRINGS, CA  90670 |
| FIRST FINANCIAL CORPORATE LEASING, LLC<br>(FORMERLY VARIANT)<br>DEPT # 2067<br>PO BOX 87618<br>CHICAGO, IL  60680 | FIRST NATIONAL CAPITAL LLC<br>1029 HIGHWAY 6 NORTH, STE 650-283<br>HOUSTON, TX  77079 | FISCHER SOLUTIONS, INC.<br>D/B/A MANAGEPATH AND CRE DASHBOARDS<br>(AKA CLIFFORD FISCHER & COMPANY)<br>TWO GALLERIA TOWER<br>13727 NOEL ROAD, STE 900<br>DALLAS, TX  75240 |
| FISHER & PHILLIPS LLP<br>ANDREW AINSWORTH<br>2050 MAIN STREET<br>SUITE 1000<br>IRVINE, CA  92614 | FISHER & PHILLIPS LLP<br>JOHN E. LATTIN<br>2050 MAIN STREET<br>SUITE 1000<br>IRVINE, CA  92614 | FLORENCE DE LA GARZA<br>9007 QUAIL CREEK DR<br>TAMPA, FL  33647 |
| FORTIS BUSINESS MEDIA, LLC I BLR -<br>BUSINESS & LEGAL REPORTS, INC.<br>1407 WIND CHIME CT.<br>LAWRENCEVILLE, GA  30045 | FRANK MCCORD<br>6 HUTTON CENTRE DRIVE<br>SUITE 400<br>SANTA ANA, CA  92707 | FUENTES SECURITY SERVICE<br>444 W. STUART AVE. # 8<br>CLOVIS, CA  93612 |
| FUSIONSTORM<br>PO BOX  31001-830<br>PASADENA, CA  91110-0830 | GARRETT DEFRENZA STIEPEL RYDER LLP<br>MARCELLO F. DE FRENZA<br>3200 BRISTOL STREET, STE. 850<br>COSTA MESA, CA  92626-1810 | GARY GAETANO<br>2047 LARKSPUR CT.<br>NEW PORT RICHEY, FL  34655 |

| | | |
|---|---|---|
| GE INFORMATION TECHNOLOGY SOLUTIONS<br>F/D/B/A IKON FINANCAIL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON, GA 31208-3708 | GEIL ENTERPRISES INC<br>1945 N. HELM AVE. #102<br>FRESNO, CA 93727 | GENERAL VENDING RETAILERS INC<br>169 OTTO CIRCLE<br>SACRAMENTO, CA 95822 |
| GEORGINA MILLINGTON<br>1249 BALDWIN DRIVE<br>OAKVILLE, ON L6J 2W4<br>CANADA | GEORJIA FANTAZIA<br>2111 MARTIN RD<br>DOVER, FL 33527 | GOLDEN STATE WATER CO<br>2631 PACIFIC PARK DRIVE<br>WHITTIER, CA 90601 |
| GRACE COLLEGE OF DIVINITY<br>5117 CLIFFDALE ROAD<br>FAYETTEVILLE, NC 28314 | GRAEBEL RELOCATION SERVICES WORLDWIDE, INC.<br>PO BOX 71775<br>CHICAGO, IL 60694-1775 | GRANITE TELECOMMUNICATIONS<br>PO BOX 983119<br>BOSTON, MA 02298-3119 |
| GREENSCENES<br>PO BOX 3134<br>CARMICHAEL, CA 95609-3134 | GREGORY LANCASTER WAITE<br>1028 SKYLINE PLACE<br>SAN MARCOS, CA 92078 | GRM<br>P.O. BOX 601035<br>PASADENA, CA 91189-1035 |
| GUARDSMARK, LLC<br>FILE 6498<br>LOS ANGELES, CA 90074-6498 | HAWAII BIO WASTE SYSTMS INC<br>1084 PUUWAI STREET<br>HONOLULU, HI 96819 | HAWAII SOUND SYSTMS INC<br>94-426 MAIKOIKO, SUITE 101<br>WAIPAHU, HI 96797 |
| HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 | HAWAIIAN TELCOM<br>P.O. BOX 30770<br>HONOLULU, HI 96820-0770 | HAYWARD SELF STORAGE<br>24801 INDUSTRIAL BOULEVARD<br>HAYWARD, CA 94545 |
| HAYWARD WATER SYSTEM<br>P.O. BOX 7181<br>PASADENA, CA 91109-7181 | HEALD COLLEGE, LLC<br>ATTN: MR JAMES SPARKMAN<br>SAN FRANCISCO, CA 94111 | HEATHER M MC BREEN<br>3021 NO. SOUTHPORT AVENUE #3A<br>CHICAGO, IL 60657 |
| HICHAM SEMAAN<br>1582 QUAIL RUN<br>SANTA ANA, CA 92705 | HUCK BOUMA PC<br>BRIAN K. LAFRATTA<br>1755 S. NAPERVILLE ROAD<br>SUITE 200<br>WHEATON, IL 60189 | HUDSON COOK LLP<br>ELIZABETH A. HUBER<br>2301 ROSEERANS AVENUE, SUITE 2175<br>EL SEGUNDO, CA 90245 |
| HUESTON HENNIGAN LLP<br>620 NEWPORT CENTER DRIVE, SUITE 1300<br>NEWPORT BEACH, CA 92660 | I PARADIGMS LLC<br>1111 BROADWAY 3RD FL.<br>OAKLAND, CA 94607 | IGRAD INC.<br>2163 NEWCASTLE AVE., STE 100<br>CARDIFF BY THE SEA, CA 92007 |
| INDEED<br>PO BOX 122652<br>DALLAS, TX 75312-2652 | INTEGRITY SOLUTION SERVICES INC<br>PO BOX 16954<br>IRVINE, CA 92623-6954 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| IRELL & MANELLA LLP<br>JOHN C. HUESTON<br>1800 AVENUE OF THE STARS # 900<br>LOS ANGELES, CA 90067 | JACK D MASSIMINO<br>389 E. BOULDERVILLE ROAD<br>KAMAS, UT 84036 | JACKSONVILLE STATE UNIVERSITY<br>700 PELHAM RD N<br>JACKSONVILLE, AL 36265 |

| | | |
|---|---|---|
| JAFFEE RAITT HEUER WEISS<br>ETHAN R. HOLTZ<br>27777 FRANKLIN ROAD, SUITE 2500<br>SOUTHFIELD, MI 48034-8214 | JAMES ASKINS<br>755 MONACO PKWY<br>DENVER, CO 80220 | JAMES DONALD WADE JR<br>20792 SKIMMER LANE<br>HUNTINGTON BEACH, CA 92646 |
| JAMES DONALD WADE JR.<br>20792 SKIMMER LANE<br>HUNTINGTON BEACH, CA 92646 | JAMES R. MIRR<br>900 SUNSET CREEK LN<br>PLEASANTON, CA 94566 | JEFF FUNG<br>19331 BETHEL CIRCLE<br>HUNTINGTON BEACH, CA 92646 |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | JEFFREY SHERMAN<br>1727 COUNTRY WALK<br>FLEMING ISLAND, FL 32003 | JENSEN LANDSCAPE SERVICES INC<br>10950 N. BLANEY AVE<br>CUPERTINO, CA 95014 |
| JILL COCHRAN<br>1316 OAK HILL DRIVE<br>MURRAY, KY 42071 | JODY COHEN<br>16931 WOODSTREAM CIRCLE #86<br>HUNTINGTON BEACH, CA 92647 | JOE DAVILA<br>113 CHOKE CANYON LN.<br>GEORGETOWN, TX 78628 |
| JOHN ANDREWS<br>6881 DEFIANCE DR.<br>HUNTINGTON BEACH, CA 92647 | JOHN FIORETTO JR<br>21 WINDFLOWER<br>LAKE FOREST, CA 92630 | JOHN MATHIAS<br>7773 E. BAKER DR.<br>SCOTTSDALE, AZ 85266 |
| JOHN SMITH<br>23712 ARJAY WAY<br>LAGUNA NIGUEL, CA 92677 | JON J. PERSAVICH<br>1038 EAST CHALYNN AVENUE<br>ORANGE, CA 92866 | JONES LANG LASALLE AMERICAS INC.<br>PROJECT & DEVELOPMENT MANAGEMENT<br>33832 TREASURY CENTER<br>CHICAGO, IL 60694-3800 |
| JULIA KENNEDY<br>2166 HILLFIELD COURT<br>MISSISSAUGA, ON L5B 1Y3<br>CANADA | K&L GATES LLP<br>PAUL F. HANCOCK<br>WACHOVIA FINANCIAL CENTER<br>200 SOUTH BISCAYNE BOULEVARD, SUITE 3900<br>MIAMI, FL 33131-2399 | KACVINSKY DAISAK PLLC<br>ELISE TENEN-AOKI<br>14271 JEFFREY ROAD, SUITE 313<br>IRVINE, CA 92620 |
| KAMRAN AHMAD<br>8 COLORADO<br>IRVINE, CA 92606 | KAREN KALIL<br>8032 COWAN AVE.<br>WESTCHESTER, CA 90045 | KAREN LONA<br>2607 WINTERTHUR MAIN<br>KENNESAW, GA 30144 |
| KATTEN MUCHIN ROSENMAN LLP<br>ATTN: BRIAN HUBEN/DUSTIN BRANCH<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES, CA 90067-3012 | KAUFMAN & CANOLES, PC.<br>BURT H. WHITT<br>150 WEST MAIN STREET<br>SUITE 2100<br>NORFOLK, VA 23510 | KEITH BURKHALTER<br>603 S BAYSHORE DRIVE<br>MADEIRA BEACH, FL 33708 |
| KELLER MACALUSO LLC<br>TOO KELLER<br>770 3RD AVENUE SW<br>CARMEL, IN 46032 | KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KELLY BLACK<br>22511 PEARTREE<br>MISSION VIEJO, CA 92692 |
| KELLY WINGATE<br>4629 WITHERS DR<br>FORT COLLINS, CO 80524 | KENNETH FOWLIE<br>30557 EARLY ROUND DR<br>CANYON LAKE, CA 92587 | KENNETH STEPHEN ORD<br>217 E. EL PORTAL<br>UNIT B<br>SAN CLEMENTE, CA 92672 |

| | | |
|---|---|---|
| KIMBERLY SUE PUGH DEAN<br>5106 TILDENS GROVE BLVD.<br>WINDEMERE, FL  34786 | KIRKLAND ELLIS LLP<br>CHRISTOPHER W. KIRKHAM<br>555 CALIFORNIA STREET<br>SAN FRANCISCO, CA  94104 | KRUEGER INTERNATIONAL, INC.<br>PO BOX 204576<br>DALLAS, TX  75320-4576 |
| LAKE-SUMTER  STATE COLLEGE<br>9501 US-441<br>LEESBURG, FL  34788 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ATTN: ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI, OH  75271-2711 | LARRABEE MEHLMAN ALBI COKER LLP<br>DIANA VELLOS COKER<br>10145 PACIFIC HEIGHTS BOULEVARD, SUITE 910<br>SAN DIEGO, CA  92121 |
| LARSON * KING, LLP<br>SHAWN M. RAITER<br>30 EAST SEVENTH STREET, SUITE 2800<br>SAINT PAU, MN  55101 | LASALLE SYSTEMS LEASING, INC.<br>DBA LASALLE SOLUTIONS<br>ROSEMONT, IL  60018 | LAURENCE J BRUECK<br>5000 W WILSON<br>CHICAGO, IL  60630 |
| LEAH COPE<br>14 BERENS DRIVE<br>KENTFIELD, CA  94904 | LESNICK PRINCE & PAPPAS LLP<br>ANDREW R. CAHILL<br>315 W. NINTH STREET, SUITE 705<br>LOS ANGELES, CA  90015 | LEXISNEXIS<br>PO BOX 7247-7090<br>PHILADELPHIA, PA  19170-7090 |
| LILLIAN GONZALEZ<br>9607 SAINT  ANDREWS COURT<br>PICO RIVERA, CA  90660 | LINDA BUCHANAN<br>10415 RIVERROAD DR<br>GULFPORT, MS  39503 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 |
| LISA HOLMES<br>1901 W. NASSAU STREET<br>TAMPA, FL  33607 | LIVEVOX, INC.<br>PO BOX 398139<br>SAN FRANCISCO, CA  94139-8139 | LLOYD HOLLAND<br>6 HUTTON CENTRE DRIVE<br>SUITE 400<br>SANTA ANA, CA  92707 |
| LOGICALIS, INC.<br>DEPT. 172301<br>PO BOX 67000<br>DETROIT, MI  48267-1723 | MAILFINANCE INC<br>25881 NETWORK PLACE<br>CHICAGO, IL  60673-1258 | MANGO LANGUAGES<br>6689 ORCHARD LAKE RD., #301<br>WEST BLOOMFIELD, MI  48322-3404 |
| MARA SCHTEINSCHRABER<br>80 ROSENBLUM<br>IRVINE, CA  92602 | MARC ANTHONY PARRINO<br>83 MONSERRAT PL<br>FOOTHILL RANCH, CA  92610 | MARY TRUSLOW<br>7 PEPPERTREE<br>ALISO VIEJO, CA  92656 |
| MCI BUSINESS GOLD INTERNATIONAL<br>P O BOX 660206<br>DALLAS, TX  75266-0206 | MEANS, BICHIMER, BURKHOLDER & BAKER CO., LPA<br>JEFFREY J. MADISON, ESQ.<br>1650 LAKE SHORE DRIVE, SUITE 285<br>COLUMBUS, OH  43204 | MEREDYTH GIVEN<br>12522 182ND AVE SE<br>SNOHOMISH, WA  98290 |
| MICHAEL ALBERTSON<br>1018 LAS POSAS<br>SAN CLEMENTE, CA  92673 | MICHAEL BRASE<br>5 TIZMIN<br>FOOTHILL RANCH, CA  92610 | MICHAEL EUGENE STIGLICH<br>2931 HILLSIDE RAMBLE DRIVE<br>BRANDON, FL  33511 |
| MICHAEL JENKINS<br>5525 POSSUM CORNER ROAD<br>EARLY BRANCH, SC  29916 | MICHELLE ZAGORSKI<br>7136 EAST KILLDEE STREET<br>LONG BEACH, CA  90808 | MICROSOFT LICENSING, GP<br>PO BOX 842103<br>DALLAS, TX  75282-2103 |

| | | |
|---|---|---|
| MID STATE FIRE EXTINGUISHERS<br>3241 N. MARKS AVE. #105<br>FRESNO, CA 93722 | MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MOBILE MODULAR<br>PO BOX 45043<br>SAN FRANCISCO, CA 94145-5043 |
| MODESTO IRRIGATION DISTRICT<br>1231 ELEVENTH STREET<br>MODESTO, CA 95352 | MODULAR SPACE CORP<br>12603 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693-0126 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601 |
| NASDAQ OMX CORPORATE SOLUTIONS, INC.<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | NATIONAL CAR RENTAL AND<br>ENTERPRISE RENT-A-CAR<br>P.O. BOX 79077<br>BALTIMORE, MD 21279-0077 | NATIONAL OFFICE FURNITURE<br>15171 DEL AMO AVENUE<br>TUSTIN, CA 92780 |
| NATIONAL VOCATIONAL INTERPRETING LLC<br>5411 E. MILL PLAIN BLVD. #7<br>VANCOUVER, WA 98661 | NATURE CARE LANDSCAPE INDUSTRIES<br>9373 ELDER CREEK ROAD<br>SACRAMENTO, CA 95829 | NEIGHBORLY PEST MANAGEMENT INC<br>324 RIVERSIDE AVENUE<br>ROSEVILLE, CA 95678-3198 |
| NELOUS GREENERY<br>6405 ELVAS AVE.<br>SACRAMENTO, CA 95819 | NESTLE PURE LIFE DIRECT<br>PO BOX 856158<br>LOUISVILLE, KY 40285-6158 | NETPROS TECHNOLOGIES INC<br>3843 S. BRISTOL ST. # 210<br>SANTA ANA, CA 92704 |
| NETSUPPORT INC<br>6815 SHILOH ROAD EAST<br>ALPHARETTA, GA 30005 | NEUDESIC, LLC<br>8105 IRVINE CENTER DR.<br>IRVINE, CA 92618 | NEW YORK FILM ACADEMY<br>17 BATTERY PLACE<br>NEW YORK, NY 10004 |
| NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 | NICHOLE MARIE SMITH<br>2106 INVERNESS DR.<br>ARLINGTON, TX 76012 | NICOLE RENEE CARNAGEY<br>46 PARKCREST<br>NEWPORT COAST, CA 92657 |
| NIGHTINGALE COLLEGE<br>4155 HARRISON BOULEVARD<br>OGDEN, UT 84403 | NORTH CENTRAL TEXAS COLLEGE<br>1525 WEST CALIFORNIA STREET<br>GAINESVILLE, TX 76240 | NURSERY ASSOCIATES LTD<br>PO BOX 1276<br>KANEOHE, HI 96744 |
| NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 | OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION<br>800 W. WASHINGTON STREET, 2ND FLOOR<br>PHOENIX, AZ 85007 |
| OCEANIC TIME WARNER CABLE<br>P.O. BOX 30050<br>HONOLULU, HI 96820-0050 | OFF DUTY SERVICES, INC.<br>1908 AVENUE D, A100<br>KATY, TX 77493 | OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>OREGON HIGHER EDUCATION COORDINATING CO<br>775 COURT STREET NE<br>SALEM, OR 97301 |
| OFFICE OF THE U.S. ATTORNEY<br>ATTN: CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF ARIZONA<br>ATTN: JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF HAWAII<br>ATTN: FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 |

| | | |
|---|---|---|
| OFFICE OF THE U.S. ATTORNEY<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: KELLY T. CURRIE<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | OFFICE OF THE U.S. ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX<br>844 KING STREET, SUITE 2313<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 |
| OLD VILLAGE LANDSCAPING<br>P. O. BOX 1833<br>FAIR OAKS, CA 95628-1833 | OPENSKY CORPORATION<br>PO BOX 251<br>VERNON, CT 06066 | ORAL ROBERTS UNIVERSITY<br>7777 S LEWIS AVE<br>TULSA, OK 74171 |
| OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 | OREGON HEALTH AUTHORITY<br>FISCAL SERVICES<br>PORTLAND, OR 97293-0260 | OTIS ELEVATOR CO<br>PO BOX 73579<br>CHICAGO, IL 60673-7579 |
| PACIFIC GAS ELECTRIC CO<br>BOX 997300<br>SACRAMENTO, CA 95899-7300 | PACIFIC POWER<br>PO BOX 26000<br>PORTLAND, OR 97256-0001 | PACIFIC WEST SECURITY INC<br>1587 SCHALLENBERGER ROAD<br>SAN JOSE, CA 95131 |
| PACIFIC WEST WATER PURIFICATION<br>P.O. BOX GH<br>PACIFIC GROVE, CA 93950 | PAETEC<br>PO BOX 3243<br>MILWAUKEE, WI 53201-3243 | PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>C/O PHILLIPS INTERNATIONAL<br>295 MADISON AVE., 2ND FLOOR<br>NEW YORK, NY 10017 |
| PARCHMENT INC<br>DEPT. 3397, PO BOX 123397<br>DALLAS, TX 75312-3397 | PAUL DE GIUSTI<br>2250 CLARENDON BLVD., #1425<br>ARLINGTON, VA 22201 | PAUL DIMEO<br>946 QUIVERA STRET<br>LAGUNA BEACH, CA 92651 |
| PAUL ST. PIERRE<br>31982 PASEO SAGRADO<br>SAN JUAN CAPISTRANO, CA 92675 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ATTN: ELIZABETH BANDA CALVO<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010 | PHONETREE<br>301 NORTH MAIN ST. STE#1800<br>WINSTON SALEM, NC 27101 |
| PLANT MOBILE<br>6507 N. PLEASANT<br>FRESNO, CA 93711 | POLSINELLI PC<br>ATTN: CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/ETTA MYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>P.O. BOX 951<br>WILMINGTON, DE 19899-0951 |
| POWERS PYLES SUTTER & VERVILLE PC<br>THOMAS HYLDEN<br>1501 M STREET, NW<br>7TH FLOOR<br>WASHINGTON, DC 20005 | PRIMUS TELECOMMUNICATIONS INC<br>P. O. BOX 3246<br>MILWAUKEE, WI 53201-3246 | PROFILES INTERNATIONAL, INC.<br>4515 LAKESHORE DRIVE<br>WACO, TX 76710 |
| PROQUEST INFORMATION AND LEARNING CO<br>300 NORTH ZEEB RD<br>ANN ARBOR, MI 48106-1346 | PUBLIC STORAGE MANAGEMENT INC<br>1710 S. ABILENE STREET<br>AURORA, CO 80012-5620 | QS<br>PO BOX 890898<br>CHARLOTTE, NC 28289-0898 |
| QUALITY FLOOR CARE<br>3513 W. ASHLAN, STE. 103<br>FRESNO, CA 93722 | QUALITY INVESTMENT PROPERTIES SACRAMENTO, LL<br>5900 ROCHE DR. STE#325<br>COLUMBUS, OH 43229 | QUALITY TECHNOLOGY SERVICES (QTS)<br>12851 FOSTER STREET<br>OVERLAND PARK, KS 66213 |

| | | |
|---|---|---|
| QUARLES & BRADY LLP<br>CHARLES W. HERF<br>ONE RENAISSANCE SQUARE<br>TWO NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-2391 | R T S SYSTEM DESIGN<br>7026 KOLL CENTER PARKWAY # 230<br>PLEASANTON, CA 94566 | RALPH C. POND, PLLC<br>BELINDA POND<br>777 108TH AVE. NE, STE. 2240<br>BELLEVUE, WA 98004 |
| RANDY ROGERS<br>13911 SE 126TH AVE.<br>CLACKAMAS, OR 97015 | RAVE WIRELESS INC<br>50 SPEEN STREET SUITE 301<br>FRAMINGHAM, MA 01701 | RED HAWK FIRE AND SECURITY LLC<br>PO BOX 31001-1918<br>PASADENA, CA 91110-1305 |
| RENEE SCOTT<br>2223 GATEWAY DRIVE<br>SUDBURY, ON P3E 6E9<br>CANADA | REPUBLIC SERVICES INC<br>PO BOX 78040<br>PHOENIX, AZ 85062-8040 | RESOURCES GLOBAL PROFESSIONALS<br>FILE # 55221<br>LOS ANGELES, CA 90074-5221 |
| REVINA LEE MILLER<br>1509 WEEPING WILLOW<br>ARLINGTON, TX 76002 | RICHARD BRADLEY SIMPSON<br>10 ASHBURTON PLACE<br>LAGUNA NIGUEL, CA 92677 | RICHARD JACKSON<br>27 ARBOR DR<br>SHREWSBURY, MA 01545 |
| ROBERT BURNFIELD<br>177 COOPER RUN COURT<br>PITTSBURGH, PA 15237 | ROBERT C. OWEN<br>17 SUMMERSIDE<br>COTO DE CAZA, CA 92679 | ROBERT DONALD BOSIC III<br>477 DROST DR.<br>CUDJOE KEY, FL 33042 |
| ROBERT DONALD BOSIC III<br>477 DROST DR.<br>CUDJOE KEY, FL 33042 | ROBERT KENYON<br>27475 YNEZ ROAD<br>SUITE 283<br>TEMECULA, CA 92591 | ROBINS KAPLAN LLP<br>ATTN: SCOTT GAUTIER/LORIE BALL<br>ATTN: CYNTHIA HERNANDEZ<br>2049 CENTURY PARK EAST, SUITE 3400<br>LOS ANGELES, CA 90067 |
| ROGER JAMES VANDUINEN<br>7 MADISON<br>NEWPORT BEACH, CA 92660 | ROGER JAMES VANDUINEN<br>7 MADISON<br>NEWPORT BEACH, CA 92660 | ROMEO SEMAAN<br>5389 PASEO TORTUGA<br>YORBA LINDA, CA 92887 |
| RTM PRODUCTIONS INC.<br>130 SOUTHEAST PARKWAY COURT<br>FRANKLIN, TN 37064 | RUDER WARE, L.L.S.C.<br>ATTN: JEREMY M. WELCH<br>500 NORTH FIRST STREET, SUITE 8000<br>P.O. BOX 8050<br>WAUSAU, WI 54402-8050 | RUPERT ALTSCHULER<br>82 CHAPLIN CRESCENT<br>TORONTO, ON M5P 1A5<br>CANADA |
| RUTH DUNCAN ABBOTT<br>25942 HINCKLEY STREET<br>LOMA LINDA, CA 92354 | RYAN LAW FARM, LLP<br>MICHAEL J. HAYES<br>22 W WASHINGTON, SUITE 1500<br>CHICAGO, IL 60602 | SACRAMENTO COUNTY UTILITIES<br>P. O. BOX 1804<br>SACRAMENTO, CA 95812 |
| SALIDA SELF STORAGE INVES<br>11211 GOLD COUNTRY BLVD. #100<br>GOLD RIVER, CA 95670 | SAME DAY SHRED<br>PO BOX 670<br>CASTROVILLE, CA 95012 | SAN JOAQUIN REGIONAL TRANSIT DIST<br>7500 WEST LANE<br>STOCKTON, CA 95210 |
| SARCOM, INC.<br>19 MORGAN<br>IRVINE, CA 92618 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW<br>230 PARK AVENUE, SUITE 1130<br>NEW YORK, NY 10169 | SCHIEFER MEDIA, INC.<br>20361 IRVINE AVE #B-1<br>NEWPORT BEACH, CA 92660-0279 |

| | | |
|---|---|---|
| SCHINDLER ELEVATOR CORP<br>P.O. BOX 93050<br>CHICAGO, IL 60673-3050 | SCIAC<br>PATTI GARNET, ARTICULATION OFFICER<br>SAN MARCOS, CA 92096-0001 | SCOTT TEMPEL<br>57 FANLIGHT<br>IRVINE, CA 92620 |
| SECRETARY OF THE TREASURY<br>P.O. BOX 7040<br>DOVER, DE 19903 | SECURED SELF STORAGE<br>11211 GOLD COUNTRY BLVD. #100<br>GOLD RIVER, CA 95670 | SECURITAS SECURITY SERVICES USA INC<br>FILE # 57220<br>LOS ANGELES, CA 90074-7220 |
| SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REG. DIRECTOR<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SECURITY PUBLIC STORAGE S<br>P.O. BOX 78313<br>SAN FRANCISCO, CA 94107 |
| SECURITYCO, INC.<br>(SUCCESSOR TO HONEYWELL SECURITY MONITORIN<br>2 CORPORATE CENTER DRIVE, SUITE 100<br>MELVILLE, NY 11747 | SENTRY ALARM SYSTMS<br>8 THOMAS OWENS WAY<br>MONTEREY, CA 93940-5754 | SERPICO LANDSCAPING INC<br>1764 NATIONAL AVE.<br>HAYWARD, CA 94545-1722 |
| SERVICE VENDING SYSTMS INC<br>1830 STONE AVE.<br>SAN JOSE, CA 95125 | SHARLEE BRITTINGHAM<br>2330 N RIVERSIDE DRIVE<br>INDIALANTIC, FL 32903 | SHARP BUSINESS SYSTMS<br>DEPT. LA 21510<br>PASADENA, CA 91185-1510 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ATTN: CARREN B. SHULMAN, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | SHOREGROUP, INC.<br>460 WEST 35TH STREET<br>NEW YORK, NY 10001 | SHRED IT<br>5116 S. ROYAL ATLANTA DRIVE<br>TUCKER, GA 30084 |
| SHRED THIS LLC<br>2420 SAND CREEK RD. C1 #266<br>BRENTWOOD, CA 94513 | SIDLEY AUSTIN LLP<br>ATTN: JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES, CA 90013 | SIERRA SPRINGS<br>PO BOX 660579<br>DALLAS, TX 75266-0579 |
| SIMMONDS & NARITA LLP<br>TOMIO B. NARITA<br>44 MONTGOMERY STREET, SUITE 3010<br>SAN FRANCISCO, CA 94104-4811 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | SIMPLEXGRINNELL LP<br>DEPT. CH 10320<br>PALATINE, IL 60055-0320 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: FELICIA GERBER PERLMAN<br>155 N. WACKER DRIVE<br>CHICAGO, IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 | SMUD<br>P.O. BOX 15555<br>SACRAMENTO, CA 95852 |
| SNELL & WILMER LLP<br>SEAN M. SHERLOCK<br>PLAZA TOWER<br>600 ANTON BOULEVARD, SUITE 1400<br>COSTA MESA, CA 92626-7689 | SOCLE EDUCATION, INC.<br>6 HUTTON CENTRE DRIVE #400<br>SANTA ANA, CA 92707 | SOFTCHOICE CORPORATION<br>173 DUFFERIN ST., STE 200<br>TORONTO, ON M6K 3H7<br>CANADA |
| SONITROL<br>P.O. BOX 9189<br>FRESNO, CA 93791 | SOUTHWEST UNIVERSITY<br>3050 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90010 | SOUTHWEST UNIVERSITY AT EL PASO<br>2117 TEMPLETON GAP RD<br>COLORADO SPRINGS, CO 80907 |

| | | |
|---|---|---|
| SPECIAL COUNSEL, INC<br>10201 CENTURION PKWY N #400<br>JACKSONVILLE,, FL 32256-4100 | SPRINGSHARE LLC<br>801 BRICKELL AVE., SUITE 900<br>MIAMI, FL 33131 | SPRINT COMMUNICATIONS<br>P.O. BOX 219100<br>KANSAS CITY, MO 64121-9100 |
| SPRINT COMMUNICATIONS<br>P.O. BOX 219100<br>KANSAS CITY, MO 64121-9100 | SQUAR, MILNER, PETERSON, MIRANDA & WILLIAMSON<br>ERNEST D MIRANDA<br>4100 NEWPORT PLACE DRIVE, THIRD FLOOR<br>NEWPORT BEACH, CA 92660 | SSL LAW FIRM LLP<br>ZACHARY WALTON<br>575 MARKET STREET, SUITE 2700<br>SAN FRANCISCO, CA 94105 |
| STACY HANDLEY<br>20065 BERKELEY WAY<br>YORBA LINDA, CA 92886 | STAN A. MORTENSEN<br>1518 GALAXY<br>NEWPORT BEACH, CA 92660 | STANLEY CONVERGENT SECURITY SOLUTIONS<br>DEPT CH 10651<br>PALATINE, IL 60055 |
| STANTON<br>1150 CONNECTICUT AVE. NW. SUITE 810<br>WASHINGTON, DC 20036 | STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 |
| STEPHEN NODAL<br>29 SLEEPY HOLLOW LANE<br>LADERA RANCH, CA 92694 | STEPHEN SHIPLEY<br>67 BLACK BEAR DRIVE #1512<br>WALTHAM, MA 02451 | STEVEN PAUL LINDAUER<br>5030 BALLARAT LANE<br>CASTLE ROCK, CO 80108 |
| STUDENTSCOUT, LLC<br>32487 COLLECTION CENTER DR.<br>CHICAGO, IL 60693-0487 | SUMI SHRISHRIMAL<br>16976 ABUNDANTE ST<br>SAN DIEGO, CA 92127 | SUREWEST<br>P.O. BOX 1110<br>ROSEVILLE, CA 95678-8110 |
| SWEEPALOT INC<br>867 SECOND AVENUE, SUITE C<br>REDWOOD CITY, CA 94063 | TA IP LAW, P.C.<br>ELISE TENEN-AOKI<br>14271 JEFFREY ROAD, SUITE 313<br>IRVINE, CA 92620 | TAILOR VENDING LLC<br>1615 SE 4TH AVE.<br>BATTLE GROUND, WA 98604 |
| TALLIENCE, LLC<br>2400 E COMMERCIAL BLVD #815<br>FORT LAUDERDALE, FL 33308 | TELUS<br>PO BOX 80700<br>BURNABY, BC V5H4P7<br>CANADA | TERMINIX INTERNATIONAL<br>4665 PARIS ST., UNIT B-212<br>DENVER, CO 80239-3126 |
| TESTOUT CORP<br>50 S. MAIN STREET<br>PLEASANT GROVE, UT 84062 | TEXAS A&M UNIVERSITY CORPUS CHRISTI<br>6300 OCEAN DRIVE<br>CORPUS CHRISTI, TX 78412 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT<br>ATTN: KAREN AXSOM, DIRECTOR<br>800 W. WASHINGTON ST<br>PHOENIX, AZ 85007 |
| THE MAXIM LAW FIRM, P.C.<br>KEVIN A. MAXIM<br>PEACHTREE 25TH, SUITE 599<br>1718 PEACHTREE ST, N.W.<br>ATLANTA, GA 30309 | THE PINNACLE GROUP MAINTENANCE SERVICES INC.<br>15305 DALLAS PARKWAY, SUITE 300<br>ADDISON, TX 75001 | THE ROSNER LAW GROUP<br>ATTN: JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 |
| THINKBOX TECHNOLOGY GROUP LLC<br>49 DISCOVERY, SUITE 140<br>IRVINE, CA 92618-3150 | THOMPSON COBURN LLP<br>AARON D. LACEY<br>ONE US BANK PLAZA<br>ST LOUIS, MO 63101 | THOMSON PROPERTY TAX<br>SERVICES & EPROPERTYTAX, INC.<br>39669 TREASURY CENTER BLVD.<br>CHICAGO, IL 60694-3300 |

| | | |
|---|---|---|
| THOMSON REUTERS<br>PO BOX 6292<br>CAROL STREAM, IL  60197-6292 | THYSSENKRUPP ELEVATOR INC<br>PO BOX 933004<br>ATLANTA, GA  31193-3004 | TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN  37202-0207 |
| TORRES CLEANING SERVICE<br>PO BOX 2415<br>SAN JOSE, CA  95109 | TOSHIBA AMERICA BUSINESS SOLUTIONS<br>P. O. BOX 31001-0271<br>PASADENA, CA  91110-0271 | TRACY D PIERCE<br>8616 SNOWDROP CT<br>FORT WORTH, TX  76123 |
| TRAININGTODAY<br>100 WINNERS CIRCLE, SUITE 300<br>BRENTWOOD, TN  37027 | TRANS UNION LLC<br>PO BOX 99506<br>CHICAGO, IL  60693-9506 | TRANSCENDER<br>1015 WINDWARD RIDGE PARKWAY<br>ALPHARETTA, GA  30005 |
| TROMBLEY & HANES<br>RONALD P. HANES<br>TAMPA THEATRE BUILDING, 10TH FLOOR<br>707 NORTH FRANKLIN STREET<br>TAMPA, FL  33601 | TW TELECOM<br>TIME WARNER TELECOM<br>2669 KILIHAU ST.<br>HONOLULU, HI  96819 | TWISTER CLEANING<br>MARIA ELENA OSORIO<br>SALINAS, CA  93912 |
| TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>ATTN: JOHN MARK STERN, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION, MC 008<br>P.O. BOX 12548<br>AUSTIN, TX  78711-2548 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC  20530-0001 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN: LLOYD H. RANDOLPH<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC  20044-0875 |
| UNITED STATES DEPARTMENT OF LABOR<br>ATTN: THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC  20210 | UNIVERSAL PROTECTION SERVICE<br>PO BOX 101034<br>PASADENA, CA  91189-1034 | UNIVERSAL SITE SERVICES<br>P.O. BOX 28010<br>SAN JOSE, CA  95159 |
| USA MOBILITY WIRELESS INC<br>PO BOX 660324<br>DALLAS, TX  75266-0324 | VALLEY COURIERS INC<br>P.O. BOX 8036<br>CALABASAS, CA  91302 | VCOM SOLUTIONS<br>PO BOX 849491<br>LOS ANGELES, CA  90084-9491 |
| VERIZON<br>P.O. BOX 920041<br>DALLAS, TX  75392-0041 | VUE COMPTIA<br>5601 GREEN VALLEY DRIVE<br>BLOOMINGTON, MN  55437 | WARDS NATURAL SCIENCE<br>5100 WEST HENRIETTA ROAD<br>WEST HENRIETTA , NY  14586 |
| WASTE MANAGEMENT<br>PO BOX 13648<br>PHILADELPHIA, PA  19101-3648 | WATERLOGIC WEST INC<br>185 MASON CIRCLE, SUITE B<br>CONCORD, CA  94520 | WATERS MOVING STORAGE INC<br>37 BRIDGEHEAD ROAD<br>MARTINEZ, CA  94553 |
| WATERWORKS AQUATIC MANAGEMENT<br>4120 DOUGLAS BLVD #306-353<br>GRANITE BAY, CA  95746-5936 | WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA  90405 | WELLS FARGO BANK<br>733 MARQUETTE AVE.<br>INVESTORS BUILDING: STE 700<br>MINNEAPOLIS, MN  55402 |
| WENDY CULLEN<br>28371 CALLE PINON<br>SAN JUAN CAPISTRANO, CA  92675 | WEST COAST CONSULTING<br>9233 RESEARCH DR.<br>IRVINE, CA  92618 | WEST COAST VENDING<br>2124 LIVINGSTON STREET<br>OAKLAND, CA  94606 |

| | | |
|---|---|---|
| WEST IP COMMUNICATIONS, INC.<br>DEPT. 1413<br>DENVER, CO  80256 | WESTEL COMMUNICATION SERVICES<br>2047 CECILIA CIRCLE<br>CORONA, CA  92881 | WILLIAM BRADLEY BUCHANAN<br>39 WATERBURY LANE<br>NOVATO, CA  94949 |
| WILLIAM BRADLEY BUCHANAN<br>39 WATERBURY LANE<br>NOVATO, CA  94949 | WILLIAM CALHOUN<br>205 WINDFALL CREEK DR<br>CHAPEL HILL, NC  27517 | WINTHROP RESOURCES CORPORATION<br>PO BOX 650<br>HOPKINS, MN  55343-0650 |
| WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: BRAD D. SCHIMEL, AG<br>ATTN: F. MARK BROMLEY, AAG<br>POST OFFICE BOX 7857<br>MADISON, WI 53707-7857 | WOMBLE CARLYLE SANDRIDGE & RICE<br>250 W. PRATT STREET<br>SUITE 1300<br>BALTIMORE, MD  21201 | WOOD SMITH HENNING & BERMAN LLC<br>5000 BIRCH STREET<br>SUITE 8500<br>NEWPORT BEACH, CA  92660-8136 |
| X5 SOLUTIONS<br>1301 5TH AVE. # 2301<br>SEATTLE, WA  98101-2603 | XO COMMUNICATIONS  SERVICES INC<br>FILE 50543<br>LOS ANGELES, CA  90074-0543 | XTERMCO INC<br>94-435 AKOKI STREET<br>WAIPAHU, HI  96797-2704 |
| YPM, INC.<br>18400 VON KARMAN SUITE 200<br>IRVINE, CA  92612-1005 | ZEE MEDICAL CO<br>2748 CAVANAGH CT<br>HAYWARD, CA  94545 | ZYCUS INC.<br>103 CARNEGIE CENTER, SUITE 117<br>PRINCETON, NJ  08540 |

Parties Served: 477