## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

------------------------------------------------------------

## AFFIDAVIT AND DISCLOSURE STATEMENT OF ANDOR D. TERNER, ON BEHALF OF O'MELVENY & MYERS LLP

| | |
|---|---|
| STATE OF CALIFORNIA ) | |
| ) | s.s.: |
| COUNTY OF ORANGE ) | |

Andor D. Terner, being duly sworn, deposes and certifies, under the penalty of perjury:

1.　　　I am over 18 years of age and a partner of O'Melveny & Myers LLP, located at 610 Newport Center Drive 17th Floor, Newport Beach, CA (the "**Company**").

2.　　　Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession in these cases (collectively, the "**Debtors**"), have requested that the Company provide general corporate services to the Debtors, and the Company has consented to provide such services (the "**Services**").

---

[1]　　The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

3.    The Services include, but are not limited to, the following:

a.    Providing general corporate advice concerning corporate governance and structure, including but not limited to amending any of the Debtors' charter documents, operating agreements, by-laws, or other internal governance agreements or documents as may be necessary;

b.    Assisting with the preparation and filing of any necessary reports, notices, or other filings related to the Debtors with the U.S. Securities and Exchange Commission;

c.    Advising and representing the Debtors in negotiating, preparing, amending, modifying, or terminating contracts or agreements to which the Debtors are, or anticipate being, parties to; and

d.    Advising the Debtors on ERISA-related matters, including but not limited to assisting with responding to requests from regulatory agencies for information.

4.    The Company may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtors, or other parties in interest in these chapter 11 cases.  The Company does not perform services for any such person in connection with these chapter 11 cases.  In addition, the Company does not have any relationship with any such person, their attorneys, or their accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Company is to be retained.

5.    Specifically, the Company currently performs services or has performed services in the past in matters unrelated to the Debtors' chapter 11 cases for certain of the Debtors'

insurers, including Axis Insurance Company, Federal Insurance Company, Homeland Insurance Company of New York-One Beacon, National Union Fire Insurance Company of Pittsburgh, XL Specialty Insurance Company, and Zurich American Insurance Company. Further the Company currently performs services or has performed services in the past in matters unrelated to the Debtors' chapter 11 cases for certain creditors, lienholders, or other parties that may assert an interest in the Debtors' estates, including Bank of America, Bank of the West, Citibank, N.A., BMO Harris Bank, N.A., California Bank and Trust, Citibank, N.A., MUFG Union Bank, N.A., U.S. Bank, N.A., Union Bank, California First National Bank, CIT Group, Inc., First National Bank of St. Louis, G.E. Capital Corporation, Henry Schein Inc., Hewlett-Packard Financial Services Company, Wells Fargo Bank, N.A. (which may be affiliated with Wells Fargo Equipment Finance, Inc.), Barclays Capital Inc., Deloitte Tax LLP, Irell & Manella LLP, Marriott Hotel Corporation, PricewaterhouseCoopers LLP, Comcast Corp. (which may be affiliated with Comcast Spotlight), Drinker, Biddle & Reath, Intermediate Advertising Group, Jones Lang LaSalle, Walgreen Co. (which may be affiliated with Walgreens of Hawaii, LLC), and Goal Structured Solutions, Inc.

6.      Moreover, the Company currently represents a former employee of the Debtors (the "**Individual Client**") with regard to certain governmental investigations involving the Debtors' business practices. If these investigations result in any criminal, civil, or administrative proceedings against the Individual Client, then the Company intends to represent the Individual Client in such proceedings. The Debtors may have insurance policies that cover any losses or expense costs incurred by the Individual Client, in which case the Individual Client may have a claim against the Debtors or their insurance policies. Further, the Individual Client may have indemnification or other claims against the Debtors arising out of her employment by the

Debtors. I do not believe the Company's representation of the Individual Client, on the one hand, and the Company's representation of the Debtors with respect to the Services contemplated herein, on the other hand, represents a conflict of interest or would otherwise impair the Services to be performed for the Debtors, and the Company has obtained waivers of any conflicts of interests should they arise.

7.    The Company previously represented the Debtors in several past derivative lawsuits filed by shareholders of the Debtors against the Debtor's officers and board of directors. Further, the Company, as of the date of this Affidavit, is representing the Debtors in connection with a derivative lawsuit filed by shareholders of the Debtors against officers and the board of directors of Corinthian Colleges, Inc., currently pending before the United States District Court for the Central District of California under Case Number 12-01797 (the "**Derivative Action**"). The Company is in the process of withdrawing as counsel for the Debtors in the Derivative Action. I do not believe the Company's representation of the Debtors in connection with the Derivative Action, on the one hand, and the Company's representation of the Debtors with respect to the Services contemplated herein, on the other hand, represents a conflict of interest or would otherwise impair the Services to be performed for the Debtors, and the Company has obtained waivers of any conflicts of interests should they arise.

8.    Neither I, nor any principal of, or professional employed by, the Company has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Company.

9.    Neither I, nor any principal of, or professional employed by, the Company, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Company is to be retained.

10.    As of the date of the commencement of their chapter 11 cases, the Debtors owed the Company no money for prepetition services. The Company currently holds $48,554.61 that was prepaid to the Company prepetition, and which the Company intends to draw down on consistent with the terms of the Court's *Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, Nunc Pro Tunc to the Petition Date* on May 27, 2015.

11.    The Company is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Company should discover any facts bearing on the matters described in this affidavit, the Company will supplement the information contained in this affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on June 10, 2015.

_____
Andor D. Terner

SWORN TO AND SUBSCRIBED before
me this 10th day of June , 2015.

_____
Notary Public

J. MARIE SILVA
Commission # 2093095
Notary Public - California
Orange County
My Comm. Expires Dec 20, 2018

- 5 -

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

-------------------------------------------------------------

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.

RETURN IT FOR FILING BY THE DEBTORS TO:

> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square,
> 920 North King Street,
> Wilmington, DE 19801
> Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.  If more space is needed, please complete on a separate page and attach.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1.    Name and address of company:

O'Melveny & Myers LLP
Attn: Andor D. Terner
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660

2.    Date of retention:  July 14, 1995

3.    Type of services to be provided (accounting, legal, etc.):

Legal.

4.    Brief description of services to be provided:

(a)    Providing general corporate advice concerning corporate governance and structure, including but not limited to amending any of the Debtors' charter documents, operating agreements, by-laws, or other internal governance agreements or documents as may be necessary;
(b)    Assisting with the preparation and filing of any necessary reports, notices, or other filings related to the Debtors with the U.S. Securities and Exchange Commission;
(c)    Advising and representing the Debtors in negotiating, preparing, amending, modifying, or terminating contracts or agreements to which the Debtors are, or anticipate being, parties to; and
(d)    Advising the Debtors on ERISA-related matters, including but not limited to assisting with responding to requests from regulatory agencies for information.

5.    Arrangements for compensation (hourly, contingent, etc.)

The Company has agreed to be paid fees based on its then-applicable hourly rates, and to be reimbursed for expenses incurred in connection with its representation.

(a)    Average hourly rate (if applicable):  $591.00

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $30,000.00

6.    Prepetition claims against any of the Debtors held by the company:

Amount of claim:  $0.00

Date claim arose:  N/A

Nature of claim:  N/A

RLF1 12055214v.1

7.    Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the company:

Name:  N/A

Status: _____

Amount of claim:  $_____

Date claim arose: _____

Nature of claim: _____

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the company is to be employed.

(a)    The Company currently represents a former employee of the Debtors (the "Individual Client") with regard to certain governmental investigations involving the Debtors' business practices.  If these investigations result in any criminal, civil, or administrative proceedings against the Individual Client, then the Company intends to represent the Individual Client in such proceedings.  The Debtors may have insurance policies that cover any losses or expense costs incurred by the Individual Client, in which case the Individual Client may have a claim against the Debtors or their insurance policies.  Further, the Individual Client may have indemnification or other claims against the Debtors arising out of her employment by the Debtors.

(b)    The Company, as of the date of this Affidavit, is representing the Debtors in connection with a derivative lawsuit filed by shareholders of the Debtors against the board of directors of Corinthian Colleges, Inc., currently pending before the United States District Court for the Central District of California under Case Number 12-01797 (the "Derivative Action"). The Company is in the process of withdrawing as counsel for the Debtors in the Derivative Action.

9.    Name and title of individual completing this form:

Andor D. Terner

Dated:    June 10, 2015

RLF1 12055214v.1