## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

-------------------------------------------------------------

## AFFIDAVIT AND DISCLOSURE STATEMENT OF EVAN C. BORGES, ON BEHALF OF GREENBERG GROSS, LLP

STATE OF CALIFORNIA)

)   s.s.:

COUNTY OF ORANGE)

Evan C. Borges, being duly sworn, deposes and certifies, under the penalty of perjury:

1.      I am over 18 years of age and a partner of Greenberg Gross LLP, located at 650 Town Center Drive, Suite 1750, Costa Mesa, CA 92626 (the "Company").

2.      Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession in these cases (collectively, the "Debtors"), have requested that the Company provide legal (regulatory and litigation) services to the Debtors, and the Company has consented to provide such services (the "Services").

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre, Suite 400, Santa Ana, California 92707.

3.      The Services include, but are not limited to, the following: responding to subpoenas and requests for documents served on the Debtors from government and regulatory agencies, including, without limitation, the Securities Exchange Commission, Department of Justice and Department of Education;  communicating with state and federal regulatory agencies on behalf of the Debtors; and representing the Debtors in certain pending litigation to the extent not stayed by the automatic stay.

4.      The Company may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtors, or other parties in interest in these chapter 11 cases.  The Company does not perform services for any such person in connection with these chapter 11 cases.  In addition, the Company does not have any relationship with any such person, their attorneys, or their accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Company is to be retained.

5.      Neither I, nor any principal of, or professional employed by, the Company has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Company.

6.      Neither I, nor any principal of, or professional employed by, the Company, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Company is to be retained.

7.      As of the date of the commencement of their chapter 11 cases, the Debtors owed the Company $0.00 for prepetition services.

- 2 -

8.     The Company is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Company should discover any facts bearing on the matters described in this affidavit, the Company will supplement the information contained in this affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on June 11, 2015.

_____
Evan C. Borges

STATE OF CALIFORNIA          )
                             )
COUNTY OF ORANGE             )

Subscribed and sworn to (or affirmed) before me on this 11th day of June, 2015, by Evan C. Borges, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DONNA BUSTOS
Commission # 1985563
Notary Public - California
Orange County
My Comm. Expires Jul 20, 2016

(Seal)

_____
Signature

RLF1 12055214v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

-----------------------------------------------------------------

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.

RETURN IT FOR FILING BY THE DEBTORS TO:

> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square,
> 920 North King Street,
> Wilmington, DE 19801
> Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1.      Name and address of company:

        Greenberg Gross LLP, 650 Town Center Drive, Suite 1750, Costa Mesa, CA 92626

2.      Date of retention:  September 23, 2014

3.      Type of services to be provided (accounting, legal, etc.):

        Legal (regulatory and litigation)

4.      Brief description of services to be provided:

        Responding to subpoenas and requests for documents served on the Debtors from
        government and regulatory agencies, including, without limitation, the Securities
        Exchange Commission, Department of Justice and Department of Education;
        communicating with state and federal regulatory agencies on behalf of the Debtors; and
        representing the Debtors in certain pending litigation to the extent not stayed by the
        automatic stay.

5.      Arrangements for compensation (hourly, contingent, etc.)

        Hourly

        (a)     Average hourly rate (if applicable):  $528.27

        (b)     Estimated average monthly compensation based on prepetition retention (if
                company was employed prepetition):

        $35,000.00

6.      Prepetition claims against any of the Debtors held by the company:

        Amount of claim:  $0.00

        Date claim arose:  N/A

        Nature of claim:  N/A

7.      Prepetition claims against any of the Debtors held individually by any member, associate,
        or professional employee of the company:

        Name:  None

        Status:  N/A

        Amount of claim:  N/A

        Date claim arose:  N/A

- 2 -

Nature of claim:  <u>N/A</u>

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the company is to be employed.

<u>None</u>

_____

_____

_____

9.    Name and title of individual completing this form:

<u>Evan C. Borges, partner of Greenberg Gross LLP</u>

Dated:    <u>June 11, 2015</u>

- 3 -