# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Catherine Nownes-Whitaker, am employed in the county of Los Angeles, State of California. I hereby certify that between May 29, 2015 and June 4, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Commencement of Chapter 11 Cases, Meeting of Creditors and Fixing of Certain Dates [Docket No. 33]**

Dated: June 11, 2015

Catherine Nownes-Whitaker
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this __11__ day of __June__, 20_15_, by Catherine Nownes-Whitaker, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

**Parties Served From Forwarding Mail – <u>May 29, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**

ADRIAN SANTOS
ADDRESS REDACTED

ADRIAN TZONEV
ADDRESS REDACTED

AGUSTINA CASTANON
ADDRESS REDACTED

AHN TATE
ADDRESS REDACTED

AMANDA SCOTT
ADDRESS REDACTED

AMANDA SELF
ADDRESS REDACTED

AMBER CHANNELL
ADDRESS REDACTED

AMEENA J RUTLEDGE-ALI
5522 WINSLOW XING N
LITHONIA, GA 30038-1157

AMERICA MORENO
ADDRESS REDACTED

ANAMARIA PRESTANDRA
ADDRESS REDACTED

ANDREA KOLICH
ADDRESS REDACTED

ANEUDI TORIBIO
ADDRESS REDACTED

ANGELA DENNEY
ADDRESS REDACTED

ANGELA DIGGINS
ADDRESS REDACTED

ANGELA HAMILTON
ADDRESS REDACTED

ANGELA MARTINEZ
ADDRESS REDACTED

ANGELA MEISNER
ADDRESS REDACTED

ANGELA ROBINSON
ADDRESS REDACTED

ANGELA UWAEKE
ADDRESS REDACTED

ANGELA VALENTIN
ADDRESS REDACTED

ANNA HARSHAW
ADDRESS REDACTED

BRIAN GAMBLE
ADDRESS REDACTED

BRIAN JOHNSON
ADDRESS REDACTED

BRIAN NUCKOLS
ADDRESS REDACTED

BRIANNA RODRIGUEZ
ADDRESS REDACTED

BRIEANN HOWARD
ADDRESS REDACTED

BRIGHT ADDAI
ADDRESS REDACTED

BRITTANY MICKENS
ADDRESS REDACTED

BRITTNEY CHISLEY
ADDRESS REDACTED

BURNETT HAASE CONSTRUCTION, LLC
7175 BERMUDA RD
LAS VEGAS, NV 89119-4308

CHERYL NEL
ADDRESS REDACTED

CHRISTINE RENDON
ADDRESS REDACTED

CORIE HAMMOND
ADDRESS REDACTED

**Corinthian Colleges, Inc. - U.S. Mail**                                                                        **Served 5/29/2015**

CRAIG ROGERS
ADDRESS REDACTED

CURTIS WILLIAMS
ADDRESS REDACTED

DALE MONDARY
ADDRESS REDACTED

DAVID MASON
ADDRESS REDACTED

DAVID SHIMKO
ADDRESS REDACTED

DAVID VANG
ADDRESS REDACTED

DEYSHA GROVER
ADDRESS REDACTED

DVL AUTOMATION, INC.
3 CRESCENT DR STE 110
PHILADELPHIA, PA 19112-1018

EBONY WITHERSPOON
ADDRESS REDACTED

EDDY DENIS
ADDRESS REDACTED

EDGAR ELKINS
ADDRESS REDACTED

ERIN JOHNSON
ADDRESS REDACTED

ERIN MARTIN
ADDRESS REDACTED

ERIN SHIPMAN
ADDRESS REDACTED

ERIN TAYLOR
ADDRESS REDACTED

ERINN THOMAS
ADDRESS REDACTED

ESSENTIAL MEDICAL CARE, LLC
5100 OLD BILL COOK RD
COLLEGE PARK, GA 30349-3142

ETHAN ZAPATA
ADDRESS REDACTED

FRAMK RIZZUTI
ADDRESS REDACTED

FRANCINE ROBERTS
ADDRESS REDACTED

FRANCIS BENNETT
ADDRESS REDACTED

FRANCISCA RAMOS
ADDRESS REDACTED

FREDRICO MAESTAS
ADDRESS REDACTED

FRUITION PARTNERS
55 W MONROE ST STE 200
CHICAGO, IL 60603-5062

GAIL BRUENINGSEN
ADDRESS REDACTED

GARY REID
ADDRESS REDACTED

GERARD TEAMER
ADDRESS REDACTED

GERRANDA BROOKS
ADDRESS REDACTED

GRACIELA BALBOA
ADDRESS REDACTED

GREAT EQUALIZER, INC.
4000 W METROPOLITAN DR STE 100
ORANGE, CA 92868-3506

GUARD TRAINING CENTER
6400 E WASHINGTON BLVD #105
COMMERCE, CA 90040-1820

GUINEVERE STARR
ADDRESS REDACTED

HALEY ANDERSON
ADDRESS REDACTED

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                                    Served 5/29/2015

| | | |
|---|---|---|
| HARR-RON LUMPKINS<br>ADDRESS REDACTED | HINA MAHMOOD<br>ADDRESS REDACTED | HOPE BREESE<br>ADDRESS REDACTED |
| HUGH SHOICHI KANESHIRO<br>ADDRESS REDACTED | INSIGHT MEDIA, INC.<br>350 7TH AVE RM 1101<br>NEW YORK, NY 10001-1938 | JALLISSA BUTLER<br>ADDRESS REDACTED |
| JAMES BOWLES<br>ADDRESS REDACTED | JAMES EUBANKS<br>ADDRESS REDACTED | JANE PETERSON<br>ADDRESS REDACTED |
| JANINE COX<br>ADDRESS REDACTED | JASMINE NAIRN<br>ADDRESS REDACTED | JAVINTEE MASSAGE<br>PO BOX 973<br>FORT WORTH, TX 76101-0973 |
| JAZMINE JONES<br>ADDRESS REDACTED | JECIKA WESTON<br>ADDRESS REDACTED | JENNIFER ROSSETTI<br>ADDRESS REDACTED |
| JENNIFER WOOD<br>ADDRESS REDACTED | JENNY CUN<br>ADDRESS REDACTED | JENNY NGOV<br>ADDRESS REDACTED |
| JESSIC TAYLOR<br>ADDRESS REDACTED | JESSICA ARONSON<br>ADDRESS REDACTED | JESSICA TILLMAN<br>ADDRESS REDACTED |
| JESSICA TINDAL<br>ADDRESS REDACTED | JESSICAH BENITEZ<br>ADDRESS REDACTED | JILL ALLANSIN<br>ADDRESS REDACTED |
| JIMETTA COOK<br>ADDRESS REDACTED | JOANN SCOTT<br>ADDRESS REDACTED | JOANNA CASSIDY<br>ADDRESS REDACTED |
| JOHN DAY<br>ADDRESS REDACTED | JOHN SIDOR<br>ADDRESS REDACTED | JOHN VASQUEZ<br>ADDRESS REDACTED |
| JOHWANI WILLIAMS<br>ADDRESS REDACTED | JOSEPH LEYBA<br>ADDRESS REDACTED | JOSHUA LEWIS<br>ADDRESS REDACTED |

**Corinthian Colleges, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JUDY KITNER<br>ADDRESS REDACTED | JULIE BARKLEY<br>ADDRESS REDACTED | JUNIOR PEREZ<br>ADDRESS REDACTED |
| KATHERINE BRENNAN<br>ADDRESS REDACTED | KATHERINE GREENSTONE<br>ADDRESS REDACTED | KATHERINE NIECE<br>ADDRESS REDACTED |
| KATHLEEN BAKER<br>ADDRESS REDACTED | KATIE CALDWELL<br>ADDRESS REDACTED | KATOYA MOYE<br>ADDRESS REDACTED |
| KATRIN EBRAHAMIAN LIVASKAN<br>ADDRESS REDACTED | KAYLA MAY MARSH<br>ADDRESS REDACTED | KAYLA ZIEGLER<br>ADDRESS REDACTED |
| KELLY FRANCIS<br>ADDRESS REDACTED | KENIA GARCIA<br>ADDRESS REDACTED | KERBY FOSTER<br>ADDRESS REDACTED |
| KERN RICHARDS<br>ADDRESS REDACTED | KIMBERLY VALBUENA<br>ADDRESS REDACTED | KIRO-TV, INC.<br>PO BOX 809148<br>CHICAGO, IL 60680-9148 |
| KISSA YARBOUGH<br>ADDRESS REDACTED | KOUROSH MIR<br>ADDRESS REDACTED | KRISTEN MORGAN<br>ADDRESS REDACTED |
| KRISTEN SWISHER<br>ADDRESS REDACTED | KRISTIN MUDD<br>ADDRESS REDACTED | KRYSTAL MIKKELSON<br>ADDRESS REDACTED |
| L-1 IDENTITY SOLUTIONS<br>6840 CAROTHERS PKWY 601<br>FRANKLIN, TN 37067-6666 | L-1 IDENTITY SOLUTIONS<br>6840 CAROTHERS PKWY STE 650<br>FRANKLIN, TN 37067-6666 | LACEY BURDICK<br>ADDRESS REDACTED |
| LACEY LYDELL<br>ADDRESS REDACTED | LADARIUS BROWN<br>ADDRESS REDACTED | LADONNA GREGORY<br>ADDRESS REDACTED |
| LAKEISHA BROWN<br>ADDRESS REDACTED | LARAMIE FORD<br>PO BOX 2464<br>LARAMIE, WY 82073-2464 | LASHAUN BAKER<br>ADDRESS REDACTED |

**Corinthian Colleges, Inc. - U.S. Mail**                                                              Served 5/29/2015

LASHAY ROBERTS
ADDRESS REDACTED

LATASHA LONG
ADDRESS REDACTED

LAUNA SORENSEN
ADDRESS REDACTED

LAURA FREITAS
ADDRESS REDACTED

LAURA KING RUSE
ADDRESS REDACTED

LAURA MILLER
ADDRESS REDACTED

LAURA MODICK
ADDRESS REDACTED

LAUREN BERGEY
ADDRESS REDACTED

LAUREN E. KLINKHAMER
5026 E ROSEWOOD ST
TUCSON, AZ 85711-1238

LAVENDER LANE FOREVER
1520 PLEASANT VALLEY RD
MERLIN, OR 97532-9760

LEONTINE HOLSBERRY
ADDRESS REDACTED

LINDA HUGHES
ADDRESS REDACTED

LOUANA GRAHAM
ADDRESS REDACTED

LOUIE BERNARDO
ADDRESS REDACTED

LOUIS LOLLI
ADDRESS REDACTED

LOUIS QUILES
ADDRESS REDACTED

LOURDES SERRATO
ADDRESS REDACTED

LUIS ROSADO
ADDRESS REDACTED

LYNETTE CAMARILLO
ADDRESS REDACTED

LYNN GILDERSTONE
ADDRESS REDACTED

LYNNEA BARTON
ADDRESS REDACTED

MARCO CARDOZO-GONZALEZ
ADDRESS REDACTED

MARCUS JENKINS
ADDRESS REDACTED

MARCY FAVAZZO
ADDRESS REDACTED

MARGARET MILAM
ADDRESS REDACTED

MARICELA HERNANDEZ CABRAL
ADDRESS REDACTED

MARIO RODRIGUEZ
ADDRESS REDACTED

MARK DIXON
ADDRESS REDACTED

MARK MCKINNEY
ADDRESS REDACTED

MARK REAGAN
ADDRESS REDACTED

MARKET TOOLS, INC.
201 MISSION ST STE 1320
SAN FRANCISCO, CA 94105-1869

MARQUICE ROBINSON
ADDRESS REDACTED

MATTHEW WILEY
ADDRESS REDACTED

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                          **Served 5/29/2015**

| | | |
|---|---|---|
| MAUREEN GIPPLE<br>ADDRESS REDACTED | MEGAN TATE<br>ADDRESS REDACTED | MEGAN THORBURN<br>ADDRESS REDACTED |
| MEGAN YAMAMOTO<br>ADDRESS REDACTED | MELISSA BARIRING<br>ADDRESS REDACTED | MELISSA BRONER<br>ADDRESS REDACTED |
| MICHAEL FARGNOLI<br>ADDRESS REDACTED | MICHAEL MURPHY<br>ADDRESS REDACTED | MICHAEL OBENSHAIN<br>ADDRESS REDACTED |
| MICHAEL REIER<br>ADDRESS REDACTED | MICHAELA REA<br>ADDRESS REDACTED | MICHAELLA MAIRE<br>ADDRESS REDACTED |
| MICHELE COOL<br>ADDRESS REDACTED | MICHELLE DAVIS<br>ADDRESS REDACTED | MISTY ABERCOMBIE<br>ADDRESS REDACTED |
| NAVPREET PANDHER<br>ADDRESS REDACTED | NAWAZ SHAH<br>ADDRESS REDACTED | NEIL CHAPMAN<br>ADDRESS REDACTED |
| NICOLE WILSON<br>ADDRESS REDACTED | NICOLLE JACINTO<br>ADDRESS REDACTED | NIKIESHA ALLISON<br>ADDRESS REDACTED |
| NIKISIA WILLIAMS<br>ADDRESS REDACTED | NO LIMIT LIMOUSINE<br>3164 N MARKS AVE STE 125<br>FRESNO, CA 93722-4937 | NOEL SEITER<br>ADDRESS REDACTED |
| NORTH STAR LASER, INC.<br>1301 S MAIN ST STE 212<br>LOS ANGELES, CA 90015-2459 | OCE IMAGISTICS<br>1000 W TEMPLE ST<br>LOS ANGELES, CA 90012-1514 | OFFICE ZONE<br>1142 FLINT MEADOW DR<br>KAYSVILLE, UT 84037-9564 |
| OLIVIA FLETCHER<br>ADDRESS REDACTED | OLIVIA NECOLE LEAKS<br>ADDRESS REDACTED | OLIVIA UITTO<br>ADDRESS REDACTED |
| ON TARGET VOICE AND DELTA, INC.<br>17691 MITCHELL N<br>IRVINE, CA 92614-6005 | OPENSKY CORPORATION<br>PO BOX 223<br>TOLLAND, CT 06084-0223 | PAMELA JOHNSON<br>ADDRESS REDACTED |

**Corinthian Colleges, Inc. - U.S. Mail**                                                     Served 5/29/2015

| | | |
|---|---|---|
| PATRICIA CLANCY<br>ADDRESS REDACTED | PHILIP ANDERSON<br>ADDRESS REDACTED | RAQUEL CASTLE<br>ADDRESS REDACTED |
| RAQUEL O'BRIEN<br>ADDRESS REDACTED | RAQUEL SUSANA PARIENTE<br>ADDRESS REDACTED | REBECCA SALAZAR<br>ADDRESS REDACTED |
| REBECCA VANEVERA<br>ADDRESS REDACTED | RENEE YANCY<br>ADDRESS REDACTED | REX BUCHANAN<br>ADDRESS REDACTED |
| REY CAMACHO<br>ADDRESS REDACTED | RHONDA EMERSON<br>ADDRESS REDACTED | RHONDA JOHNSON<br>ADDRESS REDACTED |
| RICHARD DANIEL<br>ADDRESS REDACTED | RICHARD JUNKERMEIER<br>ADDRESS REDACTED | ROBERT BECKETT<br>ADDRESS REDACTED |
| ROLANDO GUERRA<br>ADDRESS REDACTED | ROSA MORENO<br>ADDRESS REDACTED | ROSA TRUITT<br>ADDRESS REDACTED |
| ROSALYN TWOMEY<br>ADDRESS REDACTED | ROSALYNN ANDERSON<br>ADDRESS REDACTED | ROSSEMERY DURAN<br>ADDRESS REDACTED |
| ROXANNE KUTCH<br>ADDRESS REDACTED | RUTH DRUMMOND<br>ADDRESS REDACTED | RYAN ANSHUTZ<br>ADDRESS REDACTED |
| RYAN JOHNSON<br>ADDRESS REDACTED | RYAN KELLY<br>ADDRESS REDACTED | SABRINA RIVERA<br>ADDRESS REDACTED |
| SALVADOR SORIANO<br>ADDRESS REDACTED | SAMANTHA GRAVES<br>ADDRESS REDACTED | SAMANTHA MAGGARD<br>ADDRESS REDACTED |
| SANDRA ABRAMS<br>ADDRESS REDACTED | SANDRA ARMSTRONG<br>ADDRESS REDACTED | SANDRA KURNIADI<br>ADDRESS REDACTED |

**Corinthian Colleges, Inc. - U.S. Mail**                                                                 **Served 5/29/2015**

| | | |
|---|---|---|
| SANDRA LITTLE<br>ADDRESS REDACTED | SANYQUA MARSHALL<br>ADDRESS REDACTED | SARA BARTHOLOMEW<br>ADDRESS REDACTED |
| SARAH BLAKE<br>ADDRESS REDACTED | SARAH CARBONE<br>ADDRESS REDACTED | SARAH DEMPSEY<br>ADDRESS REDACTED |
| SARAH JIMENEZ<br>ADDRESS REDACTED | SARAH RODRIGUEZ<br>ADDRESS REDACTED | SARAH TOOLEY<br>ADDRESS REDACTED |
| SARAH WALTER<br>ADDRESS REDACTED | SAVANNAH WESTLUND<br>ADDRESS REDACTED | SHANE EMORY<br>ADDRESS REDACTED |
| SHANE WHITE<br>ADDRESS REDACTED | SHANELLE GREEN<br>ADDRESS REDACTED | SHAUN LOY<br>ADDRESS REDACTED |
| SHAYNI LANE RAQUEDAN<br>ADDRESS REDACTED | SHEILA CHANDLER<br>ADDRESS REDACTED | SHERRI MOSES<br>ADDRESS REDACTED |
| SHERRIE KANETTE STATEN<br>ADDRESS REDACTED | SHIA COTTON<br>ADDRESS REDACTED | SHRED-IT<br>5159 COMMERCIAL CIR STE A<br>CONCORD, CA 94520-8582 |
| SKYE DAVIS<br>ADDRESS REDACTED | SNACK TIME VENDING, INC.<br>306 BRANTLEY HARBOR DR<br>LONGWOOD, FL 32779-4826 | SOIBHAN HOWARD<br>ADDRESS REDACTED |
| SONIA SAWKAR<br>ADDRESS REDACTED | SONYA BAKER<br>ADDRESS REDACTED | SOUTHERN CALIFORNIA DOOR MASTERS<br>12632 ARLETTA CIR<br>GARDEN GROVE, CA 92840-6012 |
| SP TELEVISION, LLC- KUKC<br>700 SAINT JOHN ST STE 300<br>LAFAYETTE, LA 70501-6761 | STEFFANIE TOMLIN<br>ADDRESS REDACTED | STEPHANIE CHRISTINE BARAHONA<br>ADDRESS REDACTED |
| SUE BUTLER<br>ADDRESS REDACTED | SUILLIVAN TAYLOR<br>ADDRESS REDACTED | SUMMIT CONFERENCE CENTER<br>1000 EDGEWOOD DR<br>CHARLESTOWN, WV 25302-3006 |

**Corinthian Colleges, Inc. - U.S. Mail**                                                          **Served 5/29/2015**

| | | |
|---|---|---|
| SUSAN WILLIAMS<br>ADDRESS REDACTED | SUSAN WITTER<br>ADDRESS REDACTED | SUSANA BARRIOS<br>ADDRESS REDACTED |
| SUSIE UNTALON<br>ADDRESS REDACTED | SVETLANA PETROVIC<br>12629 CASWELL AVE APT D2<br>LOS ANGELES, CA 90055-4831 | TAQUAISHA NELSON<br>ADDRESS REDACTED |
| TEAH ADAMS<br>ADDRESS REDACTED | THANIA CHAVEZ<br>ADDRESS REDACTED | THE BROOKS LAW FIRM, P.C.<br>275 FOREST RD #100<br>HUEYTOWN, AL 35023-1615 |
| THERESA STARK<br>ADDRESS REDACTED | THOA NGUYEN<br>ADDRESS REDACTED | THOMAS PARSONS<br>ADDRESS REDACTED |
| TIARA KEELS<br>ADDRESS REDACTED | TIMOTHY SUTHERLAND<br>ADDRESS REDACTED | TODD FOX<br>ADDRESS REDACTED |

Parties Served: 279

**Parties Served From Forwarding Mail - <u>June 1, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**

AARON WOMACK
ADDRESS REDACTED

ABELARDO SOTO
ADDRESS REDACTED

ABIGAIL SCHEG
ADDRESS REDACTED

ABNER RUIZ
ADDRESS REDACTED

ABRAN MORA
ADDRESS REDACTED

ADAM ELLIS
ADDRESS REDACTED

AISHA JOHNSON
ADDRESS REDACTED

ALECIA SCOTT
ADDRESS REDACTED

ALENA JOYNER
ADDRESS REDACTED

ALEXANDER TAM
ADDRESS REDACTED

ALEXANDRIA LOWELL
ADDRESS REDACTED

ALEXIS SELDIN
15342 SW 117TH LN
MIAMI, FL 33196-6854

ALICIA BAKER
ADDRESS REDACTED

ALLISON CLAWSON
ADDRESS REDACTED

ALLSTATE TRAINING ACADEMY, INC.
5207 NW 74TH AVE
MIAMI, FL 33166-4824

ALTAMESE ROGERS
ADDRESS REDACTED

ALVINO CORREA
ADDRESS REDACTED

AMANDA COPELAND
ADDRESS REDACTED

AMANDA GALLOGLY
ADDRESS REDACTED

AMANDA JOHNSON
ADDRESS REDACTED

AMANDA LOZANO
ADDRESS REDACTED

AMBER KRANSY
ADDRESS REDACTED

AMY JONES
3282 DRIFTWOOD CT
SUWANEE, GA 30024-2081

ANDREA GRANT
ADDRESS REDACTED

ANDREA MILLER
ADDRESS REDACTED

ANDREW BIRD
ADDRESS REDACTED

ANDREW S BRUSS
N81W15977 ROBINHOOD DR
MENOMONEE FLS, WI 53051-3736

ANDREW SCHULTE
ADDRESS REDACTED

ANDREW SHAWKEY
ADDRESS REDACTED

ANGELIA JOHNSON
ADDRESS REDACTED

ANNETTE CASTANEDA
ADDRESS REDACTED

ANTHONY DYSON
ADDRESS REDACTED

ANTHONY LACIVITA
ADDRESS REDACTED

**Corinthian Colleges, Inc. - U.S. Mail**                                                                    Served 6/1/2015

ANTHONY MIMS
ADDRESS REDACTED

ANTOINE TRAPPS
ADDRESS REDACTED

ANUJ BHARDWAJ
ADDRESS REDACTED

ANULIKA WHITE
ADDRESS REDACTED

ANYAH BORN
ADDRESS REDACTED

ARROW ENVIRONMENTAL SERVICES, LLC
6306 BENJAMIN RD STE 612
TAMPA, FL 33634-5168

ART BY ART PHOTO
3015 W 64TH ST
LOS ANGELES, CA 90043-4266

ARTCRAFT PRINTERS
PO BOX 284
LATROBE, PA 15650-0284

ASHLEE MORGAN
ADDRESS REDACTED

ASHLEY DEWITT
ADDRESS REDACTED

ASHLEY LASKY
ADDRESS REDACTED

ASHLEY REYNOLDS
ADDRESS REDACTED

ASHLEY WARNER
ADDRESS REDACTED

BASIL BASHQAWI
ADDRESS REDACTED

BECKY LYNN SCOGGIN
ADDRESS REDACTED

BENJAMIN BRIGGS
ADDRESS REDACTED

BENJAMIN HUYNH
ADDRESS REDACTED

BENJAMIN WABNICK
ADDRESS REDACTED

BENNETT IZEH
ADDRESS REDACTED

BERTRELL HOLLINQUEST
ADDRESS REDACTED

BETTINA STAVREDES
ADDRESS REDACTED

BRANDON AHMAD
ADDRESS REDACTED

BRANDON CHAMBERLAND
ADDRESS REDACTED

BRANDON DENARD REMBERT
ADDRESS REDACTED

BRANDON FRANKS
ADDRESS REDACTED

BRANDY WILLIAMS
ADDRESS REDACTED

BRANDY WINDOM
ADDRESS REDACTED

BRENDAN DAVIS
ADDRESS REDACTED

CANDICE BRADFORD
ADDRESS REDACTED

CARLA DORZWEILER
ADDRESS REDACTED

CARLI HAMILTON
ADDRESS REDACTED

CARLOS ROSA
ADDRESS REDACTED

CARMELLA WASHINGTON
ADDRESS REDACTED

CARMN COLEMAN
ADDRESS REDACTED

CASSANDRA SMITH
ADDRESS REDACTED

CASSIE WILLIAMS
ADDRESS REDACTED

CATERINA SANCHEZ-GOMEZ
ADDRESS REDACTED

CECELIA GREENE
ADDRESS REDACTED

CECELIA GUERRERO
ADDRESS REDACTED

CENTRAL SELF STORAGE
1148 ALPINE RD STE 100
WALNUT CREEK, CA 94596-4444

CHAMBER OF COMMERCE GLENDALE CHAMBER OF C
5800 W GLENN DR STE 275
GLENDALE, AZ 85301-2499

CHAMBER OF COMMERCE RANCHO CUCAMONGA
9047 ARROW RTE STE 180
RCH CUCAMONGA, CA 91730-4434

CHAO XIONG
ADDRESS REDACTED

CHARLEE FAULK
ADDRESS REDACTED

CHARLES RAYNER
ADDRESS REDACTED

CHARLES THOMPSON
ADDRESS REDACTED

CHIMERE PARKER
ADDRESS REDACTED

CHRISTIAN ALMEDA
ADDRESS REDACTED

CHRISTIAN RICHARD
ADDRESS REDACTED

CHRISTINA BATES
ADDRESS REDACTED

CHRISTINE CANON
ADDRESS REDACTED

CHRISTOPHER HOWE
ADDRESS REDACTED

CLEOPATRA MCCARTY
ADDRESS REDACTED

COBY RODGERS
ADDRESS REDACTED

CODY HEVNER
ADDRESS REDACTED

COMCAST SPOTLIGHT, INC.
10751 DEERWOOD PARK BLVD STE 301
JACKSONVILLE, FL 32256-4850

CONTEMPORARY FORUMS
3478 BUSKIRK AVE STE 242
PLEASANT HILL, CA 94523-4384

COOPER HENDERSON
ADDRESS REDACTED

COREINE DOUGHERTY
ADDRESS REDACTED

CRYSTLE FLOWERS
ADDRESS REDACTED

CYNTHIA GENTNER
ADDRESS REDACTED

CYNTHIA HASTINGS
ADDRESS REDACTED

CYNTHIA MERZKE
ADDRESS REDACTED

CYNTHIA MUSHETT
ADDRESS REDACTED

CYNTHIA SUTKO
ADDRESS REDACTED

D AND K METCALF I COMPANY, LLC
1030 SUNRISE RIDGE DR
LAFAYETTE, CA 94549-1751

**Corinthian Colleges, Inc. - U.S. Mail**                                                                          Served 6/1/2015

D&K METCALF I COMPANY, LLC
1030 SUNRISE RIDGE DR
LAFAYETTE, CA 94549-17513

DALE SANTOS
ADDRESS REDACTED

DANA CALLOWAY
ADDRESS REDACTED

DANELLE GRIEP
ADDRESS REDACTED

DANETTE MORGAN
ADDRESS REDACTED

DANIEL DIGIACOMO
ADDRESS REDACTED

DARRELL MANAHAN
ADDRESS REDACTED

DATRA SKYES
ADDRESS REDACTED

DAVE SKAER
ADDRESS REDACTED

DAVID SANKEY
ADDRESS REDACTED

DAZELLA LAURISTEN
ADDRESS REDACTED

DE TAVIA HUNTER
ADDRESS REDACTED

DEAN SANNA
ADDRESS REDACTED

DEBORAH SILVA BARROS
ADDRESS REDACTED

DEBRA MATTHEWS
ADDRESS REDACTED

DESMOND RUTHERFORD
ADDRESS REDACTED

DEVELOPMENT RESOURCES, INC. ATTN: STEPHANIE
333 N DESPLAINES ST # 305C
CHICAGO, IL 60661-1151

DEVRON LONG
ADDRESS REDACTED

DIANA DOBO
ADDRESS REDACTED

DIEDRE PHILLIPS
ADDRESS REDACTED

DINA FRANCISCO
ADDRESS REDACTED

DONNA VAN RENSELAAR
ADDRESS REDACTED

DOREEN NEWBERRY
ADDRESS REDACTED

DOUGLAS WHITE
ADDRESS REDACTED

DUB PUBLISHING INC
11803 SMITH AVE
SANTA FE SPGS, CA 90670-3226

DUWAYNE SEEGER
ADDRESS REDACTED

EDWIN CRUZ
ADDRESS REDACTED

EDWIN VERDUZCO
ADDRESS REDACTED

ELECTRICAL MECHANICAL DRIVES
9965 CHELSEA LAKE RD
JACKSONVILLE, FL 32256-3482

EMILY FOSTER
ADDRESS REDACTED

EMILY KRABBENHOFT
ADDRESS REDACTED

EMILY TOTH
ADDRESS REDACTED

ERIKA RIVERA
ADDRESS REDACTED

EVA MCGILL
ADDRESS REDACTED

FASTSIGNS
12942 SW 120TH ST
MIAMI. FL 33186-4514

FATMAKHANOO GULAM
ADDRESS REDACTED

FELICIAN MENDOZA
ADDRESS REDACTED

FELIPE MALDONADO
ADDRESS REDACTED

FILISHIA N JACKSON
ADDRESS REDACTED

FUYME JOA
ADDRESS REDACTED

GENEVIEVE COLSTON
ADDRESS REDACTED

GEORGE HOLZHAUSEN
ADDRESS REDACTED

GEORGE JEAN-NOEL
ADDRESS REDACTED

GLASSDOOR INC.
100 SHORELINE HWY # A
MILL VALLEY, CA 94941-3645

GLENNIE SHEEHY
ADDRESS REDACTED

GORDON WALTON
ADDRESS REDACTED

GOSAVEDEAL.COM
407 NE 106TH ST
VANCOUVER, WA 98685-5329

GREGORY GELDBACH
ADDRESS REDACTED

HANEEN HAMMAUDA
ADDRESS REDACTED

HANIKKAH DARIAH ROBERTS
ADDRESS REDACTED

HEATHER LOZANO
ADDRESS REDACTED

HEIDI SIMOS
ADDRESS REDACTED

HEYRICH KALISH MCGUIGAN PLLC
600 STEWART ST STE 901
SEATTLE, WA 98101-1225

HOLLY MARTZ
ADDRESS REDACTED

HOLLY MOHR
ADDRESS REDACTED

INEZ JOHNSON
ADDRESS REDACTED

ISSIS RODRIGUEZ FIGUEROA
ADDRESS REDACTED

JACK NIGRO
ADDRESS REDACTED

JAIME BAUCOM
ADDRESS REDACTED

JAMES CASTLEBERRY
ADDRESS REDACTED

JAMES WESTBURY
ADDRESS REDACTED

JAN FUNA
ADDRESS REDACTED

JARED HETRICK
ADDRESS REDACTED

JARED MARCHAND
ADDRESS REDACTED

JAROD SMITH
ADDRESS REDACTED

JARVIS HILL
ADDRESS REDACTED

| | | |
|---|---|---|
| JASMINE ROCKETT<br>ADDRESS REDACTED | JASON TUCKER<br>ADDRESS REDACTED | JAZMIN FERNANDEZ<br>ADDRESS REDACTED |
| JEANETTA ANDERSON<br>ADDRESS REDACTED | JEFFREY BATISTE<br>ADDRESS REDACTED | JEFFREY WOOTERS<br>ADDRESS REDACTED |
| JENNIFER BOLLINGER<br>ADDRESS REDACTED | JENNIFER COOKSEY<br>ADDRESS REDACTED | JENNIFER KAMP<br>ADDRESS REDACTED |
| JENNIFER KELLEY<br>ADDRESS REDACTED | JENNIFER MCKINLEY<br>ADDRESS REDACTED | JEREMY HALL<br>ADDRESS REDACTED |
| JESSICA MARTINEZ<br>ADDRESS REDACTED | JESSICA REMIEN- GODINEZ<br>ADDRESS REDACTED | JESUS ROBINSON<br>ADDRESS REDACTED |
| JILL MCMILLIN<br>ADDRESS REDACTED | JOSPEH CAPPELLETTI<br>ADDRESS REDACTED | JULIE MILLS<br>ADDRESS REDACTED |
| JUSTIN PICKERING<br>ADDRESS REDACTED | KAELEE DOTSON<br>ADDRESS REDACTED | KANHA SO<br>ADDRESS REDACTED |
| KAREN HELMECY<br>ADDRESS REDACTED | KAREN SESSIONS<br>ADDRESS REDACTED | KAREN SPRINGER<br>ADDRESS REDACTED |
| KAREN TAYLOR<br>ADDRESS REDACTED | KAREN VINDELOV<br>ADDRESS REDACTED | KARI BARTNICKI<br>ADDRESS REDACTED |
| KARLA SANTANA-BRUNO<br>ADDRESS REDACTED | KARLA VALDIVIA<br>ADDRESS REDACTED | KEITH DOUGLAS<br>ADDRESS REDACTED |
| KELLY VEST<br>ADDRESS REDACTED | KENDRA JONES<br>ADDRESS REDACTED | KENYATA HEARD<br>ADDRESS REDACTED |

**Corinthian Colleges, Inc. - U.S. Mail**

KIDS AGAINST HUNGER, INC.
6490 WESTCHESTER CIR
MINNEAPOLIS, MN 55427-4956

KIM DAUGHERTY
ADDRESS REDACTED

KIM WALDEN
ADDRESS REDACTED

KIMBERLEE FLORES
ADDRESS REDACTED

KIMBERLY FUNK
ADDRESS REDACTED

KIMBERLY N DAVIS-MAYERS
ADDRESS REDACTED

KINYUMBA MUTAKABBIR
ADDRESS REDACTED

KRISTIN CREWS
ADDRESS REDACTED

LARRY WHARTON
ADDRESS REDACTED

LAUREN MECUCCI
ADDRESS REDACTED

LAUREN SUPAK
ADDRESS REDACTED

LAUREN WRIGHT
ADDRESS REDACTED

LAW OFFICE OF G. SCOTT FIDDLER, P.C.
1004 CONGRESS ST STE 200
HOUSTON, TX 77002-1762

LAWRENCE GARMON
ADDRESS REDACTED

LBA REALITY FUND II - WBP III, LLC
3347 MICHELSON DR STE 200
IRVINE, CA 92612-0687

LENIA GELIN
ADDRESS REDACTED

LEROY ROBINSON
ADDRESS REDACTED

LEUKEMIA & LYMPHOMA SOCIETY
1311 MAMARONECK AVE
WHITE PLAINS, NY 10605-5228

LEWIS ALSTON
ADDRESS REDACTED

LINDSEY REESE
ADDRESS REDACTED

LINDSEY SCHUHMACHER
ADDRESS REDACTED

LISA CARTER
ADDRESS REDACTED

LISA DALECKE
ADDRESS REDACTED

LISA HARPER
ADDRESS REDACTED

LIZA LORENZO
ADDRESS REDACTED

LONE STAR EXPOSURES
ADDRESS REDACTED

LONNIE DRAKE
ADDRESS REDACTED

LORAINE WRAY
ADDRESS REDACTED

MARISSA CARO
ADDRESS REDACTED

MARK YOUNG
ADDRESS REDACTED

MARKEITH WALKER OSBAND
ADDRESS REDACTED

MARLO WATERS
ADDRESS REDACTED

MARY ADAMS
ADDRESS REDACTED

**Corinthian Colleges, Inc. - U.S. Mail**                                                                 Served 6/1/2015

| | | |
|---|---|---|
| MARY ANDERSON<br>ADDRESS REDACTED | MARY ENCINAS<br>ADDRESS REDACTED | MARY JAMES<br>ADDRESS REDACTED |
| MARYLIN AVILA<br>ADDRESS REDACTED | MAR-ZEE VENDING INC.<br>8124 SUMMERBREEZE LN<br>BOCA RATON, FL 33496-5114 | MATTHEW AYOTTE<br>ADDRESS REDACTED |
| MATTHEW DOCKERY<br>ADDRESS REDACTED | MATTHEW FORTESCUE<br>ADDRESS REDACTED | MATTHEW NAUTA<br>ADDRESS REDACTED |
| MEGAN MEISTAD<br>ADDRESS REDACTED | MELVIN WOFFORD<br>ADDRESS REDACTED | MENA KARIMZADA<br>ADDRESS REDACTED |
| METCALF FAMILY TRUST<br>1030 SUNRISE RIDGE DR<br>LAFAYETTE, CA 94549-1751 | MEYLIN DE LA ROSA<br>ADDRESS REDACTED | MICHAEL AYALA<br>ADDRESS REDACTED |
| MICHAEL DITTMAN<br>ADDRESS REDACTED | MICHAEL ENGLAND<br>ADDRESS REDACTED | MILETTE WATKINS<br>ADDRESS REDACTED |
| MIRIAM MARI CRUZ OROZCO<br>ADDRESS REDACTED | MOUNTAIN BENEFITS MANAGEMENT COMPANY<br>PO BOX 98<br>WORLAND, WY 82401-0098 | NAZIH MOUKADDAM<br>ADDRESS REDACTED |
| NECIA MATTHIAS<br>ADDRESS REDACTED | NICHOLAS WORL<br>ADDRESS REDACTED | NICOLA WILLIAMS<br>ADDRESS REDACTED |
| NICOLE BRAY<br>ADDRESS REDACTED | NICOLE WISE<br>ADDRESS REDACTED | NOR-CAL MOVING SERVICES<br>3129 CORPORATE PL<br>HAYWARD, CA 94545-3915 |
| NORMA ARREDONDO<br>ADDRESS REDACTED | NW SCRUBS INC.<br>8900 SW BURNHAM ST STE F8<br>TIGARD, OR 97223-6134 | PRINT TIME<br>11717 W 112TH ST<br>OVERLAND PARK, KS 66210-2761 |
| RACHEL KIM<br>ADDRESS REDACTED | RAE ANDERSON<br>ADDRESS REDACTED | RANDELL ORNER<br>ADDRESS REDACTED |

RANJIT SANDHU
ADDRESS REDACTED

RICHARD STEPHENS
ADDRESS REDACTED

RITESH BHAN
ADDRESS REDACTED

ROBERT DELOACH
ADDRESS REDACTED

ROBERT J. TIDWELL
1405 MILLEDGE LN
CHAMPIONS GT, FL 33896-8803

ROBERT JOHNSON
ADDRESS REDACTED

ROBERT KOHLER
ADDRESS REDACTED

ROBERT TIDWELL
ADDRESS REDACTED

ROBERTO RIOS
ADDRESS REDACTED

ROBYN MARTIN
ADDRESS REDACTED

RODRIC BARRIENTOS
ADDRESS REDACTED

ROLL RITE CORPORATION
3480 INVESTMENT BLVD
HAYWARD, CA 94545-3811

SANEYA MONIQUE CAIL
ADDRESS REDACTED

SARA PEREZ
ADDRESS REDACTED

SCIENTIFIC INDUSTRIAL SUPPLY CO.
60 E MONROE ST UNIT 6502
CHICAGO, IL 60603-2755

SCOTT PLAKON CAMPAIGN
537 DELTONA BLVD
DELTONA, FL 32725-8017

SCOTT REMY
ADDRESS REDACTED

SEAN ALFORD
ADDRESS REDACTED

SHANNON DUNNUCK
ADDRESS REDACTED

SHANNON GOO
ADDRESS REDACTED

SHARON TRICE
ADDRESS REDACTED

SHAWN DAY
ADDRESS REDACTED

SHAWN WENNER
ADDRESS REDACTED

SHEENA SANCHEZ
ADDRESS REDACTED

SHELDON MCGUIRE
ADDRESS REDACTED

SHELISHA WALKER
ADDRESS REDACTED

STACEY MORRISON
ADDRESS REDACTED

STEPHEN KING
ADDRESS REDACTED

STEPHEN TAYLOR
ADDRESS REDACTED

STERICYCLE SPECIALTY WASTE SOLUTIONS INC.
189 STAUFFER BLVD
SAN JOSE, CA 95125-1042

STERLING SECURITY SERVICE
2496 W ROBERTS AVE
FRESNO, CA 93711-2533

STEVEN ADLER
ADDRESS REDACTED

STEVEN ERICKSON
ADDRESS REDACTED

**Corinthian Colleges, Inc. - U.S. Mail**

| | | |
|---|---|---|
| STEVEN R. ALLEN<br>9925 CHARLES GLEN LN<br>WHITEHOUSE, OH 43571-9076 | STEVEN THIEM<br>ADDRESS REDACTED | SUSAN WHITE<br>ADDRESS REDACTED |
| TABITHA ADKINS<br>ADDRESS REDACTED | TABITHA ASTACIO<br>ADDRESS REDACTED | TALAYA JONES<br>ADDRESS REDACTED |
| TALI KENTOF<br>ADDRESS REDACTED | TAMARA BRANCH<br>ADDRESS REDACTED | TAMARA GRANT<br>ADDRESS REDACTED |
| TAMMY STOCKDALE<br>ADDRESS REDACTED | TANISEA COLEMAN<br>ADDRESS REDACTED | TANYA MELTER<br>ADDRESS REDACTED |
| TARA GASSETT<br>ADDRESS REDACTED | TAWANDA STORY<br>ADDRESS REDACTED | TAYLOR SMITH<br>ADDRESS REDACTED |
| TERA-ANN SMART<br>ADDRESS REDACTED | TERESA KEOPPEL<br>ADDRESS REDACTED | TERRANCE HINES<br>ADDRESS REDACTED |
| TERRENCE J. NESBITT<br>3613 FAIRMOUNT BLVD<br>CLEVELAND HTS, OH 44118-4340 | TERRI LINCOLN<br>ADDRESS REDACTED | TIFFANY NICOLE TURMAN<br>ADDRESS REDACTED |
| TORY KING<br>ADDRESS REDACTED | TOSHIBA JACKSON<br>ADDRESS REDACTED | TRADA, INC.<br>1215 SPRUCE ST STE 201<br>BOULDER,CO 80302-4839 |
| TRANICIA SPENCE<br>ADDRESS REDACTED | VALAREE CARNEY<br>ADDRESS REDACTED | VANESSA GARCIA<br>ADDRESS REDACTED |
| VANESSA SILVERIO<br>ADDRESS REDACTED | VANIA GARCIA<br>ADDRESS REDACTED | VAUNA BAETZ<br>ADDRESS REDACTED |
| VERONICA KNIGHTEN-SUTTON<br>ADDRESS REDACTED | VIOLET FRENCH<br>ADDRESS REDACTED | VIRGINIA PLESSINGER<br>ADDRESS REDACTED |

**Corinthian Colleges, Inc. - U.S. Mail**                                                                    Served 6/1/2015

WENDY WOJTANOWICZ
ADDRESS REDACTED

WILLIAM DONERSON
ADDRESS REDACTED

WILLIAM HULL
ADDRESS REDACTED

WILLIAM MARTIN
ADDRESS REDACTED

WILLIAM STALEY
ADDRESS REDACTED

WILLIAM WHITLEY
ADDRESS REDACTED

YVERT ALTOVIL
ADDRESS REDACTED

ZEIA SYED
ADDRESS REDACTED

ZELDA VINSON
ADDRESS REDACTED

ZION JACKSON
ADDRESS REDACTED

Parties Served: 340

**Parties Served From Forwarding Mail - <u>June 4, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**

| | | |
|---|---|---|
| ADEBISI WILLIAMS<br>27750 COWDREY ST APT 108<br>WESLEY CHAPEL, FL 33544-8831 | ADRIAN LIMON<br>ADDRESS REDACTED | ALLISON REEVE<br>ADDRESS REDACTED |
| AMANDA STILES<br>ADDRESS REDACTED | AMBERLY DURFIELD<br>ADDRESS REDACTED | APRIL ANDERSON<br>ADDRESS REDACTED |
| APRIL DOMINGUEZ<br>ADDRESS REDACTED | AURIBEL RIO-SOLERO<br>ADDRESS REDACTED | AUSTIN KAPOOR<br>ADDRESS REDACTED |
| AUSTINA FREDERICK<br>ADDRESS REDACTED | AYLIA BURNETT<br>ADDRESS REDACTED | AZIA ANDREWS<br>ADDRESS REDACTED |
| AZLYNNE HASTINGS SHELLMAN<br>ADDRESS REDACTED | BARBARA LOEFFLER ORR<br>ADDRESS REDACTED | BARBARA WHIPPLE<br>ADDRESS REDACTED |
| BEYONDTRUST SOFTWARE, INC.<br>5090 N 40TH ST STE 400<br>PHOENIX, AZ 85018-2199 | BIOHEALTH COLLEGE INC.<br>1631 N 1ST STE 100<br>SAN JOSE, CA 95112-4516 | BLUE RIDGE MECHANICAL INC.<br>9116 W MARIPOSA GRANDE<br>PEORIA, AZ 85383-1145 |
| BRETHA JEAN MARSHALL<br>ADDRESS REDACTED | BRIAN ABERNATHY<br>ADDRESS REDACTED | BRIAN BANKS<br>ADDRESS REDACTED |
| BRIAN FARRELL<br>ADDRESS REDACTED | BRYAN JONES<br>ADDRESS REDACTED | CANDACE CHISM<br>ADDRESS REDACTED |
| CANDACE PLASKETT<br>ADDRESS REDACTED | CHERELLY YOUNG<br>ADDRESS REDACTED | CHRISTINA GREGOIRE<br>ADDRESS REDACTED |
| CHRISTINA PORTER<br>ADDRESS REDACTED | CHRISTOPHER BARNA<br>ADDRESS REDACTED | CHRISTOPHER KEYES<br>ADDRESS REDACTED |
| CHRISTY HAMMRICH<br>ADDRESS REDACTED | CINDI CARTER<br>ADDRESS REDACTED | CINDY CONNOLLY<br>ADDRESS REDACTED |

**Corinthian Colleges, Inc. - U.S. Mail**

CINDY NICHOLE IRVINE
649 E MUTTON HOLLOW RD
KAYSVILLE, UT 84037-1232

CINEWORKS DIGITAL STUDIOS, INC.
12054 MIRAMAR PKWY
MIRAMAR, FL 33025-7002

CINNITA SANCHEZ
ADDRESS REDACTED

CINTAS CORPORATION #640
14792 FRANKLIN AVE
TUSTIN, CA 92780-7216

CLARENCE MCWOODSON JR
ADDRESS REDACTED

COLLEEN QUINN
ADDRESS REDACTED

CRYSTAL AIRES
ADDRESS REDACTED

DANIEL LONERGAN
ADDRESS REDACTED

DANIEL ZINK
ADDRESS REDACTED

DANIELLE HICKS
ADDRESS REDACTED

DANIELLE SCHEWE
ADDRESS REDACTED

DARIUS SHIVERS
ADDRESS REDACTED

DAVID MICHAEL ALEXANDER
1759 W DIVISION ST APT 3
CHICAGO, IL 60622-7585

DEMETRIC GALLEGOS
ADDRESS REDACTED

DENISE RAYNOR
ADDRESS REDACTED

DENISE W. HOLLOWAY
1921 ROBERT HALL BLVD APT 1101
CHESAPEAKE, VA 23324-2962

DENNIS BROWN
ADDRESS REDACTED

DENNIS QUESENBERRY
ADDRESS REDACTED

DENVER FOTOS
8264 W EASTMAN PL
LAKEWOOD, CO 80227-6239

DEVONA PIERRE
ADDRESS REDACTED

DIAMOND JOHNSON
ADDRESS REDACTED

DIANA BARRON
ADDRESS REDACTED

DIANA JAIMES
ADDRESS REDACTED

DINESHIA LEWIS
ADDRESS REDACTED

DOMINIQUE FAJARDO
ADDRESS REDACTED

ELISA YEUNG
ADDRESS REDACTED

ELIZABETH ALOJIPAN
ADDRESS REDACTED

ELIZABETH ARMSTRONG
ADDRESS REDACTED

ELIZABETH JONES
ADDRESS REDACTED

EMILY BOURESSA
ADDRESS REDACTED

ENRIQUE PASOS
ADDRESS REDACTED

ERIC HARVEY
ADDRESS REDACTED

ERIC ROMERO
ADDRESS REDACTED

**Corinthian Colleges, Inc. - U.S. Mail**                                                                 Served 6/4/2015

| | | |
|---|---|---|
| ERICA CLIPPS<br>ADDRESS REDACTED | ERICA PRESSICK<br>ADDRESS REDACTED | ERICA WYNN<br>ADDRESS REDACTED |
| ERICA ZAFRA<br>ADDRESS REDACTED | ERIKA CORNEJO<br>ADDRESS REDACTED | FISHER PRINTING<br>PO BOX 75160<br>HONOLULU, HI 96836-0160 |
| FLORENCE GAMBLE<br>ADDRESS REDACTED | GABRIEL CALIXTO<br>ADDRESS REDACTED | HEATHER CLARK<br>ADDRESS REDACTED |
| HEATHER HAWKINS<br>ADDRESS REDACTED | HEATHER RAMIREZ<br>ADDRESS REDACTED | HEATHER SZALA<br>ADDRESS REDACTED |
| HELENA CUNNINGHAM<br>ADDRESS REDACTED | HENRIETTA GOODSON<br>ADDRESS REDACTED | IMA WALLACE<br>ADDRESS REDACTED |
| IMPACT PROMOTIONS<br>3282 LANCE DR<br>STOCKTON, CA 95205-2440 | JAMES LOBRUTTO<br>902 JORPARK CIR<br>SPENCERPORT, NY 14559-2613 | JAMES NELSON<br>ADDRESS REDACTED |
| JAMIE CAMAL<br>ADDRESS REDACTED | JESSICA FAIR<br>ADDRESS REDACTED | JESSICA KRITNER<br>ADDRESS REDACTED |
| JOSEFINA TORRES-ALDAMA<br>ADDRESS REDACTED | JOSEPH MARTINEZ<br>ADDRESS REDACTED | JOSH FUJII<br>ADDRESS REDACTED |
| JOSHLAN BEARD<br>ADDRESS REDACTED | JOSHUA NEWTON<br>ADDRESS REDACTED | JOSHUA SPIGNER<br>ADDRESS REDACTED |
| JOSUE DUVERT<br>ADDRESS REDACTED | JUSTIN TOOLES<br>ADDRESS REDACTED | KAPITAN LAW OFFICE, LTD.<br>PO BOX 6779<br>CHICAGO, IL 60680-6779 |
| KEVIN NOBLE<br>ADDRESS REDACTED | KHASHAYAR ALAEE<br>ADDRESS REDACTED | LATOYA DARIEN<br>ADDRESS REDACTED |

**Corinthian Colleges, Inc. - U.S. Mail**                                                                 Served 6/4/2015

LISA ROYBAL
ADDRESS REDACTED

MADELYN ROMAN
ADDRESS REDACTED

MADISON MOUNT
ADDRESS REDACTED

MAGDALIZ FIGUEROA CRUZ
ADDRESS REDACTED

MAHARAM
74 HORSEBLOCK RD
YAPHANK, NY 11980-9757

MAIRA DURAN
ADDRESS REDACTED

MANDY WARREN
ADDRESS REDACTED

MANOUCHEKA BELFOND
ADDRESS REDACTED

MARC MARTINEZ
ADDRESS REDACTED

MARCUS JORDAN
ADDRESS REDACTED

MARI GALLOWAY
ADDRESS REDACTED

MARIA FABIOLA JUAREZ
ADDRESS REDACTED

MARIA KENNEY
ADDRESS REDACTED

MARIA PAYAN
ADDRESS REDACTED

MARIA ROSALIE BONDOC
ADDRESS REDACTED

MARIAELISA PELAYO
ADDRESS REDACTED

MARIAH LAW
ADDRESS REDACTED

MARIBEL GARCIA
ADDRESS REDACTED

MARIE CARMEN MULGADO
ADDRESS REDACTED

MARILYN LONG
ADDRESS REDACTED

MAY AVERY
ADDRESS REDACTED

MELINDA SAKAI
ADDRESS REDACTED

MELISSA MORGAN
ADDRESS REDACTED

MICHAEL GIBSON
ADDRESS REDACTED

MICHAEL HOWK
28802 CHAFFIN LGT
SAN ANTONIO, TX 78260-2170

MICHAEL LERON WEBB
ADDRESS REDACTED

MICHAEL ROBINS
ADDRESS REDACTED

MICHAEL ROSENBERG
ADDRESS REDACTED

MICHAEL SALAZAR
ADDRESS REDACTED

MICHELLE MARTINEZ
ADDRESS REDACTED

MIESSHIA JOHNSON
ADDRESS REDACTED

MIHO MURAI
ADDRESS REDACTED

MIMI VERDUGO
ADDRESS REDACTED

**Corinthian Colleges, Inc. - U.S. Mail**

MONICA BARNARD
ADDRESS REDACTED

MORAKOT MCDANIEL
ADDRESS REDACTED

MSPROJECTEXPERTS
124 VIA TUSCANY
RANCHO MIRAGE, CA 92270-5626

NAANA ASHAKI GOODMAN
ADDRESS REDACTED

NANCY PEREZ
ADDRESS REDACTED

NANCY VOKINS
ADDRESS REDACTED

NAOMI CLARK
ADDRESS REDACTED

NATASHA MARTIN
ADDRESS REDACTED

NATASHA THORNTON
ADDRESS REDACTED

NATHAN BARKER
ADDRESS REDACTED

NATHANIAL STEFFEN
ADDRESS REDACTED

NATHANIEL LUMPKIN
ADDRESS REDACTED

NHAT-GIANG NGO
ADDRESS REDACTED

OWETA TURNQUIST
ADDRESS REDACTED

PAMELA O'CONNER-PEDRO
ADDRESS REDACTED

PATRICK TRUJILO
ADDRESS REDACTED

PAUL JOSPEH WARNER
ADDRESS REDACTED

PAUL RENEAU
ADDRESS REDACTED

PETER HASSEY
ADDRESS REDACTED

RAJ RATTU
ADDRESS REDACTED

RALEIGH BOYD
ADDRESS REDACTED

ROBERT CRAVENS
ADDRESS REDACTED

SPEED FACTORY
PO BOX 3053
ROCKLIN, CA 95677-8475

SPROUT SOCIAL, INC.
131 S DEARBORN ST STE 1000
CHICAGO, IL 60603-5566

SQL SENTRY, INC.
8936 N PT EXEC PK DR STE 200
HUNTERSVILLE. NC 28078-4806

STACY WESTERMAN
ADDRESS REDACTED

THOMAS ERICKSON
ADDRESS REDACTED

THY NGHIEM
ADDRESS REDACTED

TIFFANY BIEBER
ADDRESS REDACTED

TIFFANY BUTTERIS
ADDRESS REDACTED

TIFFANY KRAHN
ADDRESS REDACTED

TOINETTE PERRIEN
ADDRESS REDACTED

TUITION OPTIONS LLC
1400 HORIZON WAY STE 400
MOUNT LAUREN, NJ 08054-4342

**Corinthian Colleges, Inc. - U.S. Mail**                                                          **Served 6/4/2015**

TYESHA PITTS
ADDRESS REDACTED

TYLER CHRISTENSEN
ADDRESS REDACTED

U.S. DEPARTMENT OF EDUCATION DEPT OF ED/TP
PO BOX 87130
LINCOLN, NE 68501-7130

URI MECHANICAL, INC.
1177 BRANHAM LN # 379
SAN JOSE, CA 95118-3766

VIAMEDIA NATIONAL SALES, LLC
220 LEXINGTON GREEN CIR STE 300
LEXINGTON, KY 40503-3338

WENDY O'CONNELL
ADDRESS REDACTED

WESLEY KIMBALL
ADDRESS REDACTED

YELLOW PAGES CO.
PO BOX 60006
ANAHEIM, CA 92812-6006

YOLANDA RICHARDSON
ADDRESS REDACTED

Parties Served: 174