IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on June 11, 2015, I caused true and correct copies of the following document to be served (i) via email to the party listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Order (I) Shortening the Objection Period for Debtors' Motion Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(a), Fed R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) for Order Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice thereof and (II) Waiving Waiting Period Set Forth in Del. Bankr. L.R. 9013-1(j) [Docket No. 389]**

Dated: June 11, 2015

_____
Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this _11_ day of _June_, 20_15_, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

Parties Served:  1

# **EXHIBIT B**

| | | |
|---|---|---|
| ARAPAHOE COUNTY TREASURER<br>ROBERT HILL<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | ASHBY & GEDDES, P.A.<br>W. BOWDEN/R. PALACIO<br>500 DELAWARE AVE., 8TH FL<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150 | BMC GROUP, INC.<br>T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO, CA 90245 |
| BROWN RUDNICK LLP<br>H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 | CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 |
| CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA DEPARTMENT OF EDUCATION<br>1430 N STREET<br>SACRAMENTO, CA 95814-5901 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>P.O. BOX 898<br>FRANCHISE TAX DIVISION<br>DOVER, DE 19903 |
| DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI 96813 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY 10013 | DIVISION OF UNEMPLOYMENT INS.<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 |
| DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE<br>SUITE 2000<br>PHILADELPHIA, PA 19103-6996 | DRINKER BIDDLE & REATH LLP<br>HOWARD A. COHEN<br>222 DELAWARE AVE.<br>SUITE 1410<br>WILMINGTON, DE 19801-1621 | DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK, NY 10036-2714 |
| EQUITY ONE, INC.<br>LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 | FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>1801 CALIFORNIA STREET<br>SUITE 2600<br>DENVER, CO 80202 | GE INFORMATION TECH SOLUTIONS<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON, GA 31208-3708 |
| HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 | INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAILSTOP 5-Q30.133<br>PHILADELPHIA, PA 19101-7346 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON, MA 02110 |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS<br>7TH FLOOR<br>LOS ANGELES, CA 90067 | JUSTICE DEPARTMENT<br>1300 I ST., #1142<br>SACRAMENTO, CA 95814-5901 | KATTEN MUCHIN ROSENMAN LLP<br>BRIAN HUBEN/DUSTIN BRANCH<br>2029 CENTURY PARK EAST<br>SUITE 2600<br>LOS ANGELES, CA 90067-3012 |
| KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI, OH 75271-2711 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 |
| MISSOURI DEPT. OF REVENUE<br>STEVEN A. GINTHER<br>PO BOX 475<br>BANKRUPTCY UNIT<br>JEFFERSON CITY, MO 65105-0475 | MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601 | NEW YORK STATE DEPARTMENT OF LABOR<br>BLDG. 12, W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 |
| NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 | OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMIN.<br>800 W. WASHINGTON STREET<br>2ND FLOOR<br>PHOENIX, AZ 85007 |

| | | |
|---|---|---|
| OFFICE OF PRIVATE POSTSECONDARY EDUCATION OR HIGHER ED. COORDINATING COMMISSION 775 COURT STREET NE SALEM, OR 97301 | OFFICE OF THE ATTORNEY GENERAL MAURA HEALEY/PETER LEIGHT/GLENN KAPLAN ONE ASHBURTON PLACE 18TH FLOOR BOSTON, MA 2108 | OFFICE OF THE U.S. ATTORNEY FLORENCE T. NAKAKUNI 300 ALA MOANA BLVD., #6-100 HONOLULU, HI 96850 |
| OFFICE OF THE U.S. ATTORNEY JOHN S. LEONARDO TWO RENAISSANCE SQUARE 40 N. CENTRAL AVENUE, SUITE 1200 PHOENIX, AZ 85004-4408 | OFFICE OF THE U.S. ATTORNEY KELLY T. CURRIE 271 CADMAN PLAZA EAST BROOKLYN, NY 11201 | OFFICE OF THE U.S. ATTORNEY PREET BHARARA ONE SAINTS ANDREW PLAZA NEW YORK, NY 10007 |
| OFFICE OF THE U.S. TRUSTEE R. SCHEPACARTER/T. FOX 844 KING STREET, SUITE 2313 LOCKBOX 35 WILMINGTON, DE 19801-3519 | OREGON DEPARTMENT OF JUSTICE 1162 COURT STREET NE SALEM, OR 97301-4096 | PA - DEPT. OF LABOR & INDUSTRY LINDA MITTEN, COLLECTIONS SUPPORT UNIT 651 BOAS STREET, ROOM 700 HARRISBURG, PA 17121 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. ELIZABETH BANDA CALVO 500 E. BORDER STREET SUITE 640 ARLINGTON, TX 76010 | PHILLIPS INTERNATIONAL PHILLIP J. EISENBERG 295 MADISON AVE., 2ND FLOOR RE: PALM SPRINGS MILE ASSOCIATES, LTD NEW YORK, NY 10017 | POLSINELLI PC CHRISTOPHER WARD/SHANTI KATONA 222 DELAWARE AVENUE, SUITE 1101 SUITE 1101 WILMINGTON, DE 19801 |
| POTTER ANDERSON & CORROON LLP JEREMY RYAN/ETTA MYERS 1313 NORTH MARKET ST., 6TH FL. P.O. BOX 951 WILIMINGTON, DE 19899-0951 | ROBINS KAPLAN LLP SCOTT GAUTIER/LORIE BALL 2049 CENTURY PARK EAST SUITE 3400 LOS ANGELES, CA 90067 | RUDER WARE, L.L.S.C. JEREMY M. WELCH 500 NORTH FIRST STREET, SUITE 8000 P.O. BOX 8050 WAUSAU, WI 54402-8050 |
| SATTERLEE STEPHENS BURKE & BURKE LLP CHRISTOPHER BELMONTE/ABIGAIL SNOW 230 PARK AVENUE SUITE 1130 NEW YORK, NY 10169 | SECRETARY OF THE TREASURY P.O. BOX 7040 DOVER, DE 19903 | SECURITIES & EXCHANGE COMMISSION GEORGE S. CANELLOS 3 WORLD FINANCIAL CENTER SUITE 400 NEW YORK, NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON, DC 20549 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP CARREN B. SHULMAN 30 ROCKEFELLER PLAZA NEW YORK, NY 10112 | SIDLEY AUSTIN LLP JENNIFER HAGLE/ANNA GUMPORT 555 WEST FIFTH STREET, #4000 LOS ANGELES, CA 90013 |
| SIMON PROPERTY GROUP, INC. RONALD M. TUCKER 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FELICIA GERBER PERLMAN 155 N. WACKER DRIVE CHICAGO, IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP SARAH E. PIERCE ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON, DE 19899-0636 |
| STATE OF DELAWARE 820 N. FRENCH STREET DIVISION OF REVENUE - 8TH FLOOR WILMINGTON, DE 19801-0820 | STATE OF OREGON OSHA OFFICE 1230 NE 3RD ST #115 BEND, OR 97701 | THE INDUSTRIAL COMMISSION OF ARIZONA LABOR DEPARTMENT/KAREN AXSOM 800 W. WASHINGTON ST PHOENIX, AZ 85007 |
| THE ROSNER LAW GROUP JULIA KLEIN/FREDERICK ROSNER 824 MARKET STREET SUITE 810 WILMINGTON, DE 19801 | TN DEPT OF REVENUE TN ATTY GENERAL'S OFFICE PO BOX 20207 BANKRUPTCY DIVISION NASHVILLE, TN 37202-0207 | TRAVIS COUNTY KAY D. BROCK P.O. BOX 1748 AUSTIN, TX 78767 |
| TX COMPTROLLER OF PUBLIC ACCOUNTS COURTNEYHULL/JOHN MARK STERN P.O. BOX 12548 BANKRUPTCY & COLLECTIONS DIVISION MC 008 AUSTIN, TX 78711-2548 | U.S. ATTORNEY'S OFFICE P.O. BOX 2046 1201 MARKET ST., STE. 1100 WILMINGTON, DE 19899-2046 | U.S. DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20530-0001 |

| | | |
|---|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION/LLOYD H. RANDOLPH<br>1100 L STREET, NW<br>ROOM 10032<br>WASHINGTON, DC  20005 | UNITED STATES DEPARTMENT OF LABOR<br>THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC  20210 | WATT LONG BEACH, LLC<br>JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA  90405 |
| WISCONSIN DEPARTMENT OF JUSTICE<br>BRAD SCHIMEL/F. MARK BROMLEY<br>POST OFFICE BOX 7857<br>MADISON, WI  53707-7857 | | |

**Parties Served: 70**