UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | § § § | Case No. 15-10952 (KJC) |
| Debtors. | § § | Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Jones Lang LaSalle Americas, Inc. ("JLL") hereby appears by its counsel, Joseph D. Frank, Reed Heiligman and FrankGecker LLP; such counsel hereby enter their appearances pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone number, facsimile number and email addresses:

Joseph D. Frank
Reed Heiligman
FRANKGECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois  60654
Telephone:  (312) 276-1400
Facsimile:  (312) 276-0035
jfrank@fgllp.com; rheiligman@fgllp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by

{JLL/059/00042509.DOC/}

mail, delivery, telephone, facsimile transmission, electronic mail transmission, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of JLL:  (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over JLL; or (v) of any other rights, claims, actions, setoffs, or recoupments to which JLL may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments JLL reserves.

Dated: June 12, 2015                                           JONES LANG LASALLE AMERICAS, INC.

                                                               By:    /s/ *Joseph D. Frank*
                                                                      One of its attorneys

Joseph D. Frank (IL Bar No. 6216085)
Reed Heiligman (IL Bar No. 6294312)
FRANKGECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois  60654
Telephone:    (312) 276-1400
Facsimile:    (312) 276-0035
jfrank@fgllp.com
rheiligman@fgllp.com

## **CERTIFICATE OF SERVICE**

I, Joseph D. Frank, an attorney, state that on **June 12, 2015**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed electronically.  Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system.  In addition, copies were served via First Class United States Mail, postage prepaid, upon the parties listed below:

| *Counsel for the Debtors* | *United States Trustee* |
|---|---|
| Rachel Layne Biblo<br>Mark D. Collins<br>Michael Joseph Merchant<br>Amanda R. Steele<br>Marisa A. Terranova<br>RICHARDS LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware  19801<br><br>*Telephone:  (302) 651-7700*<br>*Facsimile : (302) 651-7701*<br>biblo@rlf.com; collins@rlf.com;<br>merchant@rlf.com; steele@rlf.com;<br>terranova@rlf.com | Timothy Jay Fox, Jr.<br>Richard L. Schepacarter<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Lock Box No. 35<br>Wilmington, Delaware  19801<br><br>*Phone: (302) 573-6491*<br>*Fax:    (302) 573-6497*<br>timothy.fox@usdoj.gov<br>richard.schepacarter@usdoj.gov |
| *Counsel for the Official Committee of Unsecured Creditors* | *Co-Counsel for the Official Committee of Unsecured Creditors* |
| H. Jeffrey Schwartz<br>Bennett S. Silverberg<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, New York  10036<br><br>*Telephone:  (212) 209-4800*<br>jschwartz@brownrudnick.com<br>bsilverberg@brownrudnick.com | Frederick Rosner<br>Julia Bettina Klein<br>THE ROSNER LAW GROUP LLC<br>824 Market Street, Suite 810<br>Wilmington, Delaware  19801<br><br>*Telephone:  (302) 777-1111*<br>*Facsimile : (302) 651-7701*<br>rosner@teamrosner.com<br>klein@teamrosner.com |

By:    /s/ *Joseph D. Frank*

# Mailing Information for Case 15-10952-KJC

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Lorie Ann Ball     lball@robinskaplan.com, ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com;arichardson@publiccounsel.org
- Elizabeth Banda Calvo     rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- Christopher R. Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
- Rachel Layne Biblo     Biblo@rlf.com, rbgroup@rlf.com
- William Pierce Bowden     wbowden@ashby-geddes.com
- Kay Diebel Brock     bkecf@co.travis.tx.us
- F Mark Bromley     bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us
- William J. Burnett     william.burnett@flastergreenberg.com
- Nicholas George Campins     nicholas.campins@doj.ca.gov, Corinthian.Bankruptcy@doj.ca.gov
- Howard A. Cohen     howard.cohen@dbr.com
- Mark D. Collins     rbgroup@rlf.com
- Kelly M. Conlan, Esquire     kconlan@connollygallagher.com
- Joseph Corrigan     Bankruptcy2@ironmountain.com
- John D. Demmy     jdd@stevenslee.com
- Bernard A. Eskandari     bernard.eskandari@doj.ca.gov
- Timothy Jay Fox     timothy.fox@usdoj.gov
- Barry V. Freeman     bfreeman@jmbm.com, dmp@jmbm.com
- Scott F. Gautier     sgautier@robinskaplan.com, chernandez@robinskaplan.com
- Steven A. Ginther     deecf@dor.mo.gov
- Cynthia C. Hernandez     chernandez@robinskaplan.com
- Brian David Huben     brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Courtney J Hull     bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- Cory D. Kandestin     kandestin@rlf.com, RBGroup@rlf.com
- Shanti M. Katona     skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Julia Bettina Klein     klein@teamrosner.com
- Matthew Ryan Koch     mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com
- Robert L. LeHane     KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- Laura L. McCloud     agbankdelaware@ag.tn.gov
- Michael Joseph Merchant     merchant@rlf.com, rbgroup@rlf.com
- Omni Management Group, LLC     scott@omnimgt.com

- Steven Phillip Ordaz     sordaz@bmcgroup.com, ecfbk@bmcgroup.com
- Ricardo Palacio     rpalacio@ashby-geddes.com
- Sarah E. Pierce     sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Lloyd H. Randolph     lloyd.randolph@usdoj.gov, janice.murray@usdoj.gov
- Leigh-Anne M. Raport     lraport@ashby-geddes.com
- Patrick J. Reilley     preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Erica J. Richards     erichards@mofo.com
- Rene S. Roupinian     rsr@outtengolden.com, jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- Jeremy William Ryan     jryan@potteranderson.com, bankruptcy@potteranderson.com
- Richard L. Schepacarter     richard.schepacarter@usdoj.gov
- Carren Shulman     cshulman@sheppardmullin.com, mcademartori@sheppardmullin.com;ksmith@sheppardmullin.com
- Amanda R. Steele     steele@rlf.com, rbgroup@rlf.com
- William F. Taylor     bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Marisa A. Terranova     terranova@rlf.com, rbgroup@rlf.com
- Marisa A. Terranova     terranova@rlf.com, rbgroup@rlf.com
- Marisa A. Terranova     terranova@rlf.com, rbgroup@rlf.com
- Marisa A. Terranova     terranova@rlf.com, rbgroup@rlf.com
- Ronald Mark Tucker     rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
- United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
- Christopher A. Ward     cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jeremy Welch     jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
- Helen Elizabeth Weller     dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- Etta Ren Wolfe     ewolfe@potteranderson.com, bankruptcy@potteranderson.com