**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   15-10952 |
| CORINTHIAN COLLEGES, INC. | § | |
| DEBTORS(S), | § | CHAPTER   11 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**BEXAR COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on 12th day of June, 2015, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

MICHAEL JOSEPH MERCHANT
ONE RODNEY SQUARE
PO BOX 551
WILMINGTON, DE 19899

US  TRUSTEE (DELAWARE)
844 KING STREET, RM 2207
LOCK BOX #35
WILMINGTON, DE 19899-0035

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

711 Navarro Street, Ste 300
SAN ANTONIO, TX 78205
Telephone:   (210) 225-6763
Facsimile:    (210) 225-6410
Email:        sanantonio.bankruptcy@publicans.com

By: /s/ David G. Aelvoet
_____
David G. Aelvoet
SBN: 00786959 TX