1

2  UNITED STATES BANKRUPTCY COURT

3  DISTRICT OF DELAWARE

4  Case No. 15-10952 (KJC)

5  - - - - - - - - - - - - - - - - - - - -x

6  In the Matter of:

7

8  CORINTHIAN COLLEGES, INC., et al.,

9

10            Debtors.

11

12  - - - - - - - - - - - - - - - - - - - -x

13

14            United States Bankruptcy Court

15            824 North Market Street

16            Wilmington, Delaware

17

18            June 8, 2015

19            1:00 PM

20

21  B E F O R E:

22  HON. KEVIN J. CAREY

23  U.S. BANKRUPTCY JUDGE

24

25  ECR OPERATOR:  AL LUGANO

 1

 2  Omnibus Hearing

 3

 4  Debtors' Motion to Approve Settlement Agreement with ECC

 5  Acquisition Inc. and Owais Hashmi [Docket No. 145 - filed May

 6  18, 2015]

 7

 8  Motion of Current and Former Directors, Officers, and Employees

 9  of Corinthian Colleges, Inc., for Relief from the Automatic

10  Stay, to the Extent Applicable, to Allow Payment of Defense

11  Costs and Other Losses Under Directors and Officers' Insurance

12  Policies [Docket No. 149 - filed May 18, 2015]

13

14  Debtors' Motion for Entry of Interim and Final Orders (I)

15  Authorizing the Debtors to (A) Pay Certain Employee-Related

16  Expenses and (B) Continue Their Workers' Compensation Policy

17  and Pay All Obligations in Respect Thereof and (II) Granting

18  Related Relief [Docket No. 5 - filed May 4, 2015]

19

20  Debtors' Motion for Entry of Interim and Final Orders (I)

21  Prohibiting Utilities from Altering, Refusing, or Discontinuing

22  Service; (II) Approving the Debtors' Proposed Form of Adequate

23  Assurance of Payment for Utilities; and (III) Establishing

24  Procedures for Resolving Objections to the Debtors' Proposed

25  Form of Adequate Assurance [Docket No. 6 - filed May 4, 2015]

1

2    Debtors' Motion for Entry of Interim and Final Orders Pursuant

3    to 11 U.S.C. Sections 105, 361, 362, 363 and 507 (I)

4    Authorizing the Use of Cash Collateral; (II) Granting Adequate

5    Protection to Prepetition Secured Parties; (III) Scheduling a

6    Final Hearing; and (IV) Granting Related Relief [Docket No. 8 -

7    filed May 4, 2015]

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Hana Copperman

1

2 A P P E A R A N C E S :

3 RICHARDS, LAYTON & FINGER, P.A.

4       Attorneys for Debtors

5 BY:  MARK D. COLLINS, ESQ.

6       MARISA A. TERRANOVA, ESQ.

7

8

9 UNITED STATES DEPARTMENT OF JUSTICE

10       Office of the United States Trustee

11 BY:  TIMOTHY J. FOX, JR., ESQ.

12

13

14 SIDLEY AUSTIN LLP

15       Attorneys for Bank of America

16 BY:  JENNIFER C. HAGLE, ESQ.

17       ANNA GUMPORT, ESQ. (TELEPHONICALLY)

18

19

20 POTTER ANDERSON & CORROON, LLP

21       Attorneys for Bank of America

22 BY:  JEREMY RYAN, ESQ.

23

24

25

 1

 2 POLSINELLI PC

 3       Attorneys for Student Committee

 4 BY:   CHRISTOPHER A. WARD, ESQ.

 5

 6

 7 ASHBY & GEDDES, P.A.

 8       Attorneys for Campus Student Funding, LLC

 9 BY:   LEIGH-ANNE M. RAPORT, ESQ.

10

11

12 THE ROSNER LAW GROUP LLC

13       Attorneys for GUC Committee

14 BY:   JULIA KLEIN, ESQ.

15

16

17 ROBINS KAPLAN LLP

18       Attorneys for Office Committee of Unsecured Creditors

19 BY: SCOTT GAUTIER, ESQ. (TELEPHONICALLY)

20

21

22 MORRISON & FOERSTER LLP

23       Attorneys for Campus Student Funding, LLC

24 BY:   ERICA FOSTER, ESQ. (TELEPHONICALLY)

25

1

2   BROWN RUDNICK LLP

3        Attorneys for Official Committee of Unsecured Creditors

4   BY:   BENNETT S. SILVERBERG, ESQ. (TELEPHONICALLY)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2            THE CLERK:  All rise.

3            THE COURT:  Good afternoon, everyone.

4            MR. COLLINS:  Good afternoon, Your Honor.  Your Honor,

5    for the record, Mark Collins on behalf of Corinthian Colleges

6    and its affiliated debtors and debtors-in-possession.

7            Your Honor, before we begin with today's agenda, I'd

8    like to make an introduction to the Court.  For the first time

9    in court with us is Stan Mortensen, who is the executive vice

10   president and general counsel of the company, and has been

11   working very long hours, both before and after the filing of

12   these cases, to move these estates forward.

13           THE COURT:  Welcome.

14           MR. COLLINS:  Your Honor, turning to today's agenda,

15   if I could just walk through the agenda, then I would like to

16   give Your Honor a status report as to where we are in the

17   cases.

18           THE COURT:  All right.

19           MR. COLLINS:  Agenda item number 1 has been entered by

20   Your Honor.  Agenda item number 2 has also been entered by Your

21   Honor.  So thank you for that.

22           And then Agenda item number 3 is our wage, final wage

23   motion.  We do have a consensual form of order that we'll be

24   handing up.  And then we also have a consensual cash collateral

25   stipulation that we will present.  And we did file, Your Honor,

1   prior to the hearing, not very long prior to the hearing, but a

2   blackline of that order, and that is on the docket.

3          But, Your Honor, if I could, just to provide Your

4   Honor with what we've accomplished in the first thirty-four

5   days of these cases.  And it has been, as I noted, a very busy

6   time for the company employees and the professionals.

7          Since the filing of these cases on May 4th we have

8   reduced the debtors' employee numbers from approximately 200

9   down to 8 remaining employees.  We have exited thirty-three

10  campuses and have rejected approximately forty nonresidential

11  real property leases, thereby minimizing ongoing administrative

12  obligations, as well as five additional locations that we were

13  not operating at the time of the bankruptcy filing.

14         We currently remain in three locations, which includes

15  our corporate headquarters and two single buildings at the

16  former WyoTech sites.  In addition, there are approximately

17  fourteen remaining teach-out locations that are scheduled to be

18  vacated by August 31, at the latest, and we would also be

19  rejecting approximately nineteen leases associated with those

20  locations.

21         Before the campuses were closed and we exited, student

22  files and other business records of the debtors were

23  transferred to a 40,000 square foot warehouse located in

24  Sacramento, California.  There are additional files and records

25  stored at the Zenith facility in Sacramento, which I understand

1  is across the street from the warehouse, and the transition of

2  the student records housed at the Zenith facility is still in

3  process, subject to ongoing segregation of student records.

4        The California Bureau for Private Postsecondary

5  Education has been given access to the CCI's Sacramento

6  facility.  I mean, the warehouse.  And they are in the process

7  of going through the files to determine what information they

8  will retain.

9        Similar, student paper files, including transcripts

10  and financial aid files, have been delivered to appropriate

11  authorities for the States of Hawaii, Oregon, and Arizona.

12  Student paper files for the State of New York will be turned

13  over this week, the week ending June 12th.

14        THE COURT:  Are these records only in paper form, or

15  are they also in electronic form?

16        MR. COLLINS:  They are both in electric form, Your

17  Honor, and in paper form.

18        Electronic student files, including transcripts, have

19  been turned over to the States of California, Hawaii, Oregon,

20  Arizona, and New York.

21        With respect to the sale efforts, the de minimis sale

22  motions Your Honor has approved, the debtors contacted over 275

23  potential buyers to obtain offers for the miscellaneous assets,

24  which were present at their various campus locations.  The

25  debtors closed approximately twenty-six separate sale

1    transactions of miscellaneous assets, generating approximately
2    450,000 dollars of proceeds and another 121,000 for
3    miscellaneous assets that were transferred in lieu of remaining
4    administrative rents.

5            The debtor, Your Honor, is in the process of engaging
6    Great American Global Partners to undertake an auction of its
7    remaining higher-value equipment.  Great American has agreed to
8    undertake an auction with a guaranteed minimum price of 1.535
9    million.  They were chosen after an auction process, a
10   competitive bidding process, from among four other potential
11   firms.

12           The auction sale is expected to be undertaken before
13   the end of August.  We will be filing a motion, Your Honor,
14   tomorrow with respect to this transaction.  That would be heard
15   on the June 30th omnibus hearing date.

16           The debtors continue to occupy two former WyoTech
17   campuses, where the equipment to be auctioned currently
18   resides.  The debtors also occupy approximately 12,000 square
19   feet at our corporate headquarters.

20           Your Honor, the debtors will be filing our schedules
21   and statement of financial affairs today.  In fact, I believe
22   they are starting to hit the docket today.  We are pleased with
23   that timeline.  We've been in Chapter 11 for approximately
24   thirty-four days.  We did file schedules and statements for
25   twenty-five entities, and last year, for example, the debtors

1    had in excess of 1.4 billion dollars of revenue, so it was

2    quite a lot of work that needed to be done in a short period of

3    time.

4         Your Honor, as we go forward, this is what we propose.

5    And just to give Your Honor an understanding of where we are

6    today and where we need to be, really, by the end of August, in

7    order to confirm a liquidating plan in these cases.

8         As I noted, we're filing schedules today.  We will be

9    filing tomorrow a bar date motion.  That motion will seek a bar

10   date for thirty days after service of the bar date notice.  We

11   will be seeking expedited consideration of that bar date

12   motion, Your Honor.  We will be proposing an objection deadline

13   of June 16th, approximately seven days, to the bar date motion,

14   and the waiver of the forty-eight-hour CNO time period, all

15   with the hope of having the bar date order be entered by June

16   17th.  We will be sending drafts of the bar date motion today

17   to the two committees, and we'll obviously take any reasonable

18   comments they may have, and they certainly will have additional

19   time to review it during the objection time period.

20        THE COURT:  What hearing date will that be associated

21   with?

22        MR. COLLINS:  It will be associated with the June 30th

23   hearing date, such that if we do receive any objections we will

24   put in on for that hearing date.

25        THE COURT:  All right.  And what is proposed for the

1   government bar date?

2        MR. COLLINS:  Your Honor, as I understand it the

3   government bar date may not be shortened, and we will -- given

4   the waterfall that we'll have in our plan of liquidation,

5   unless there are extreme priority claims that could cause an

6   issue with feasibility, which we can always deal with in the

7   interim, that is the one, kind of, open item.

8        Your Honor, if things come together and the bar date

9   order is entered on June 17th, then the bar date would be

10  approximately June 19th or 20th, as we'll need about two days

11  or so to serve the bar date order out after its approval,

12  hopeful approval on June 17th.

13       Your Honor, on June 30th, which is our next omnibus

14  hearing date, we also expect and hope to file our combined plan

15  and disclosure statement.  That's approximately three weeks

16  from now.  Plan negotiations have really not yet begun with the

17  two committees and with the Bank of America as our senior

18  lender, so we think we'll need much of that three-week time

19  period to get documents on file.

20       Assuming we're able to do that, Your Honor, we would

21  be looking for our disclosure statement hearing on July 22nd,

22  which is our July omnibus hearing date.  So we'll also,

23  obviously, be shortening the notice period or seeking to

24  shorten the notice period with respect to that.

25       We will be seeking to have the objections set for July

1  17, so that's approximately seventeen days from filing for the
2  objection deadline, with the hearing then on July 22nd.

3         Your Honor, we understand that we do have the option
4  of doing a single disclosure statement hearing and plan
5  confirmation hearing.  We do think, however, it would be
6  appropriate, if possible, to hold a separate disclosure
7  statement hearing.  As Your Honor, I'm sure, knows well from
8  the ABI taskforce, if we can hold a disclosure statement
9  hearing so that we can get comments and objections in, that
10 would certainly reduce our backend exposure at plan
11 confirmation.

12        Your Honor, if the disclosure statement is approved on
13 July 22nd we would have a target mailing date of July 25th for
14 ballots and our solicitation materials.  We are proposing
15 August 21 as the objection and voting deadline, with plan
16 confirmation on August 26th, which is our August omnibus
17 hearing date.

18        Your Honor, the total time period, as I've laid out,
19 assuming, again, this comes together, which is, obviously,
20 subject to some unknown variables and the like, but this is
21 approximately a fifty-seven-day time period from the filing of
22 our plan and disclosure statement on June 30th to plan
23 confirmation on -- hopeful plan confirmation on August 26th.

24        Your Honor, those dates are what we have laid out, the
25 debtors have laid out, to get these cases to a resolution.  As

1   you'll see when we get into cash collateral, our current cash

2   collateral budget runs through August 7th.  We project at that

3   time approximately 800,000 dollars of remaining cash.  So the

4   hope is, Your Honor, that through additional receipts that we

5   have not yet projected when they will be received, but if they

6   do come in within this time period that would give us greater

7   liquidity to get from the end of August 7 to plan confirmation.

8          THE COURT:  So if all goes on that timetable as the

9   debtor wishes, is this the type of -- well, in this case, do

10  you anticipate that that will be the end of the case from

11  bankruptcy court participation, or is it anticipated that

12  there'll be some fair degree of post-confirmation activity

13  here?

14         MR. COLLINS:  I assume there will be some post-

15  confirmation activity, Your Honor.  We'll be setting up, as we

16  discussed very preliminarily with the two committees, a

17  liquidating trust.  To the extent they want to pursue the

18  claims objection process that would happen through that entity,

19  along with any litigation that they determine to bring in a

20  bankruptcy court as compared to alternative venues that might

21  have more appropriate jurisdiction over whatever adversary

22  proceedings they may seek to commence.

23         THE COURT:  Okay.  So as far as you can tell, maybe

24  the first question will be easier to answer than the next

25  questions I'll ask, but how much time should I reserve for June

1  30th?

2          MR. COLLINS:  For June 30th, Your Honor, I don't

3  expect us to have a lot on the calendar for June 30th.  That

4  will be -- if there are objections, that would be the bar date

5  motion, the sale of the WyoTech assets, and some additional

6  lease and executory contract rejections.  So I expect one hour,

7  Your Honor, would be sufficient for June 30th.

8          THE COURT:  How about July 22nd?

9          MR. COLLINS:  July 22nd, Your Honor, is our hopeful

10  disclosure statement hearing.  I'd probably reserve two hours

11  for that.  We, of course, will try to accommodate all

12  reasonable objections to include language.

13          Then plan confirmation on August 26th, which I would

14  assume would be a half a day, if at all possible.

15          THE COURT:  I will take a look and see what we have.

16          MR. COLLINS:  Your Honor, if I -- when you have a

17  moment.

18          THE COURT:  Okay.  Well, you're presently scheduled

19  for 11 on August 26th.  I suppose what I could do is -- bear

20  with me for a second.  Push that to 1 o'clock in the afternoon

21  and simply reserve the afternoon.

22          MR. COLLINS:  Thank you, Your Honor.  Your Honor, Mr.

23  Ward just advised me -- Mr. Ward is Delaware counsel to the

24  student committee.  I understand that they will be filing a

25  motion by tomorrow for hearing on June 30th that might take

1   some time.  I don't know much more than that about the motion,

2   but I understand that it is a substantive motion and may draw

3   some responses.

4        THE COURT:  Will it be an evidentiary hearing?

5        MR. COLLINS:  Correct.

6        THE COURT:  It will be evidentiary.

7        MR. COLLINS:  Well, I think it depends, Your Honor, on

8   the nature of the relief requested.

9        THE COURT:  I'll reserve the afternoon.

10        MR. COLLINS:  Okay.  Thank you, Your Honor.

11        Your Honor, with that, unless you have any further

12   questions about the status of the case, I'll turn to the

13   agenda.

14        THE COURT:  I do not.

15        MR. COLLINS:  Your Honor, the final wage motion is --

16   we're prepared to go forward with that.  We do have a

17   consensual form of order along with a blackline that reflects

18   the changes to the second interim order.

19        The primary change, Your Honor, is really to increase

20   the cap on our ability to pay pre-petition insurance

21   obligations from 350,000 dollars to 402,000 dollars.

22        May I present this order, Your Honor?

23        THE COURT:  You may.  Give me a moment to take a look

24   at the blackline.

25        MR. COLLINS:  Yes.

1           THE COURT:  All right.  I have no questions.

2           Does anyone else wish to be heard in connection with

3    this motion?  I hear no response.  That order has been signed.

4           MR. COLLINS:  Thank you, Your Honor.  Your Honor, the

5    final item on our agenda is our motion for final approval of

6    our cash collateral motion.  I am pleased to report, Your

7    Honor, that we have worked through the comments that we

8    received informally from the Office of the United States

9    Trustee and our two official committees, the student committee

10   as well as the creditors' committee.

11          Your Honor, if I could hand up a blackline of that

12   form of order?

13          THE COURT:  Certainly.

14          MR. COLLINS:  Your Honor, I could inform the Court

15   that the bulk of the changes, the overwhelming majority of the

16   changes, really turn the interim order into a final order.

17          THE COURT:  Yes.  You just need to focus me in on

18   material changes.

19          MR. COLLINS:  Yes, Your Honor.  And if I could just

20   generally from, kind of, a very high level perspective, we have

21   modified our budgets, so we have a revised budget that now goes

22   to August 7th.  We've included line items for the professionals

23   of both the student committee and the official committee in the

24   amount of 275,000 dollars for each committee.  That resolved

25   their issues and concerns regarding their ability to fund their

1    constituency's representation during this time period.

2          Given those negotiations, there is agreement on a

3    506(c) waiver as well as the granting of liens on proceeds of

4    avoidance actions.

5          There is a reservation of rights for student campus

6    funding.  They did also provide informal comments to us, so

7    there is a reservation of rights paragraph in that for them.

8          Your Honor, those are the, I think, material changes.

9    I'll give Your Honor a moment if you wanted to flip through it,

10   but I think those were the ones that I wanted to highlight to

11   Your Honor.

12         THE COURT:  If you would.  Just give me a moment.

13      (Pause)

14         THE COURT:  All right.  I've reviewed the blackline.

15   I don't have any questions.

16         Does anyone else wish to be heard in connection with

17   the cash collateral motion?  I hear no response.

18         MR. COLLINS:  May I present a form of final order,

19   Your Honor?

20         THE COURT:  Yes, you may.

21         MR. COLLINS:  I would note that the revised budget is

22   attached as an exhibit to this order.

23         THE COURT:  All right.  Thank you.  Let me just take a

24   quick look at the budget.

25      (Pause)

1          THE COURT:  All right.  Thank you.  That order has

2     been signed.

3          The July 22nd hearing is scheduled for 11 o'clock in

4     the morning, so if the need is for two hours, would anybody

5     have an objection if we rescheduled that for 10 o'clock in the

6     morning?

7          MR. COLLINS:  No, Your Honor.

8          THE COURT:  All right.  Is there anything else we need

9     to talk about today?

10          MR. COLLINS:  No, Your Honor.  That's today's agenda.

11     Thank you.

12          THE COURT:  Thank you all very much.  That concludes

13     this hearing.  Court will stand in recess.

14          (Whereupon these proceedings were concluded at 1:22 PM)

15

16

17

18

19

20

21

22

23

24

25

1

2                              **I N D E X**

3

4                              RULINGS

5                                                PAGE      LINE

6   Final wage motion granted              17        3

7   Cash collateral motion granted         19        2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                        C E R T I F I C A T I O N

3

4    I, Hana Copperman, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6

7

8    *Hana Copperman*

                                          June 14, 2015

9

10   _____        _____

     HANA COPPERMAN                          DATE

11
     AAERT Certified Electronic Transcriber CET**D 487
12

13
     eScribers, LLC
14
     700 West 192nd Street, Suite #607
15
     New York, NY 10040
16
     (973)406-2250
17
     operations@escribers.net
18

19

20

21

22

23

24

25

**CORINTHIAN COLLEGES, INC., et al.**
Case No. 15-10952 (KJC)

June 8, 2015

**1**

**1 (2)**
 7:19;15:20
**1.4 (1)**
 11:1
**1.535 (1)**
 10:8
**1:22 (1)**
 19:14
**10 (1)**
 19:5
**11 (3)**
 10:23;15:19;19:3
**12,000 (1)**
 10:18
**121,000 (1)**
 10:2
**12th (1)**
 9:13
**16th (1)**
 11:13
**17 (1)**
 13:1
**17th (3)**
 11:16;12:9,12
**19th (1)**
 12:10

**2**

**2 (1)**
 7:20
**200 (1)**
 8:8
**20th (1)**
 12:10
**21 (1)**
 13:15
**22nd (6)**
 12:21;13:2,13;15:8,9;
 19:3
**25th (1)**
 13:13
**26th (4)**
 13:16,23;15:13,19
**275 (1)**
 9:22
**275,000 (1)**
 17:24

**3**

**3 (1)**
 7:22
**30th (9)**
 10:15;11:22;12:13;
 13:22;15:1,2,3,7,25
**31 (1)**
 8:18
**350,000 (1)**
 16:21

**4**

**40,000 (1)**
 8:23
**402,000 (1)**
 16:21
**450,000 (1)**
 10:2
**4th (1)**
 8:7

**5**

**506c (1)**
 18:3

**7**

**7 (1)**
 14:7
**7th (2)**
 14:2;17:22

**8**

**8 (1)**
 8:9
**800,000 (1)**
 14:3

**A**

**ABI (1)**
 13:8
**ability (2)**
 16:20;17:25
**able (1)**
 12:20
**access (1)**
 9:5
**accommodate (1)**
 15:11
**accomplished (1)**
 8:4
**across (1)**
 9:1
**actions (1)**
 18:4
**activity (2)**
 14:12,15
**addition (1)**
 8:16
**additional (5)**
 8:12,24;11:18;14:4;
 15:5
**administrative (2)**
 8:11;10:4
**adversary (1)**
 14:21
**advised (1)**
 15:23
**affairs (1)**

**10:21**
**affiliated (1)**
 7:6
**afternoon (5)**
 7:3,4;15:20,21;16:9
**again (1)**
 13:19
**agenda (9)**
 7:7,14,15,19,20,22;
 16:13;17:5;19:10
**agreed (1)**
 10:7
**agreement (1)**
 18:2
**aid (1)**
 9:10
**along (2)**
 14:19;16:17
**alternative (1)**
 14:20
**always (1)**
 12:6
**America (1)**
 12:17
**American (2)**
 10:6,7
**among (1)**
 10:10
**amount (1)**
 17:24
**anticipate (1)**
 14:10
**anticipated (1)**
 14:11
**appropriate (3)**
 9:10;13:6;14:21
**approval (3)**
 12:11,12;17:5
**approved (2)**
 9:22;13:12
**approximately (14)**
 8:8,10,16,19;9:25;
 10:1,18,23;11:13;12:10,
 15;13:1,21;14:3
**Arizona (2)**
 9:11,20
**ASHBY (1)**
 5:7
**assets (4)**
 9:23;10:1,3;15:5
**associated (3)**
 8:19;11:20,22
**assume (2)**
 14:14;15:14
**Assuming (2)**
 12:20;13:19
**attached (1)**
 18:22
**Attorneys (6)**
 5:3,8,13,18,23;6:3
**auction (4)**
 10:6,8,9,12
**auctioned (1)**

**10:17**
**August (12)**
 8:18;10:13;11:6;
 13:15,16,23;14:2,7;
 15:13,19;17:22
**authorities (1)**
 9:11
**avoidance (1)**
 18:4

**B**

**backend (1)**
 13:10
**ballots (1)**
 13:14
**Bank (1)**
 12:17
**bankruptcy (3)**
 8:13;14:11,20
**bar (13)**
 11:9,9,10,11,13,15,16;
 12:1,3,8,9,11;15:4
**bear (1)**
 15:19
**begin (1)**
 7:7
**begun (1)**
 12:16
**behalf (1)**
 7:5
**BENNETT (1)**
 6:4
**bidding (1)**
 10:10
**billion (1)**
 11:1
**blackline (5)**
 8:2;16:17,24;17:11;
 18:14
**both (3)**
 7:11;9:16;17:23
**bring (1)**
 14:19
**BROWN (1)**
 6:2
**budget (4)**
 14:2;17:21;18:21,24
**budgets (1)**
 17:21
**buildings (1)**
 8:15
**bulk (1)**
 17:15
**Bureau (1)**
 9:4
**business (1)**
 8:22
**busy (1)**
 8:5
**buyers (1)**
 9:23

**C**

**calendar (1)**
 15:3
**California (3)**
 8:24;9:4,19
**Campus (4)**
 5:8,23;9:24;18:5
**campuses (3)**
 8:10,21;10:17
**can (4)**
 12:6;13:8,9;14:23
**cap (1)**
 16:20
**case (3)**
 14:9,10;16:12
**cases (6)**
 7:12,17;8:5,7;11:7;
 13:25
**cash (6)**
 7:24;14:1,1,3;17:6;
 18:17
**cause (1)**
 12:5
**CCI's (1)**
 9:5
**certainly (3)**
 11:18;13:10;17:13
**change (1)**
 16:19
**changes (5)**
 16:18;17:15,16,18;
 18:8
**Chapter (1)**
 10:23
**chosen (1)**
 10:9
**CHRISTOPHER (1)**
 5:4
**claims (2)**
 12:5;14:18
**CLERK (1)**
 7:2
**closed (2)**
 8:21;9:25
**CNO (1)**
 11:14
**collateral (5)**
 7:24;14:1,2;17:6;
 18:17
**Colleges (1)**
 7:5
**COLLINS (24)**
 7:4,5,14,19;9:9,16;
 11:22;12:2;14:14;15:2,
 9,16,22;16:5,7,10,15,25;
 17:4,14,19;18:18,21;
 19:7,10
**combined (1)**
 12:14
**commence (1)**
 14:22

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

Case 15-10952-JTD    Doc 410    Filed 06/15/15    Page 23 of 26

CORINTHIAN COLLEGES, INC., et al.
Case No. 15-10952 (KJC)

June 8, 2015

comments (4)
11:18;13:9;17:7;18:6
Committee (10)
5:3,13,18;6:3;15:24;
17:9,10,23,24
committees (4)
11:17;12:17;14:16;
17:9
company (2)
7:10;8:6
compared (1)
14:20
competitive (1)
10:10
concerns (1)
17:25
concluded (1)
19:14
concludes (1)
19:12
confirm (1)
11:7
confirmation (8)
13:5,11,16,23,23;14:7,
15;15:13
connection (2)
17:2;18:16
consensual (3)
7:23,24;16:17
consideration (1)
11:11
constituency's (1)
18:1
contacted (1)
9:22
continue (1)
10:16
contract (1)
15:6
Corinthian (1)
7:5
corporate (2)
8:15;10:19
counsel (2)
7:10;15:23
course (1)
15:11
COURT (32)
7:3,8,9,13,18;9:14;
11:20,25;14:8,11,20,23;
15:8,15,18;16:4,6,9,14,
23;17:1,13,14,17;18:12,
14,20,23;19:1,8,12,13
Creditors (2)
5:18;6:3
creditors' (1)
17:10
current (1)
14:1
currently (2)
8:14;10:17

**D**

date (21)
10:15;11:9,10,10,11,
13,15,16,20,23,24;12:1,
3,8,9,11,14,22;13:13,17;
15:4
dates (1)
13:24
day (1)
15:14
days (6)
8:5;10:24;11:10,13;
12:10;13:1
de (1)
9:21
deadline (3)
11:12;13:2,15
deal (1)
12:6
debtor (2)
10:5;14:9
debtors (9)
7:6;8:22;9:22,25;
10:16,18,20,25;13:25
debtors' (1)
8:8
debtors-in-possession (1)
7:6
degree (1)
14:12
Delaware (1)
15:23
delivered (1)
9:10
depends (1)
16:7
determine (2)
9:7;14:19
disclosure (8)
12:15,21;13:4,6,8,12,
22;15:10
discussed (1)
14:16
docket (2)
8:2;10:22
documents (1)
12:19
dollars (6)
10:2;11:1;14:3;16:21,
21;17:24
done (1)
11:2
down (1)
8:9
drafts (1)
11:16
draw (1)
16:2
during (2)
11:19;18:1

**E**

easier (1)
14:24
Education (1)
9:5
efforts (1)
9:21
electric (1)
9:16
electronic (2)
9:15,18
else (3)
17:2;18:16;19:8
employee (1)
8:8
employees (2)
8:6,9
end (4)
10:13;11:6;14:7,10
ending (1)
9:13
engaging (1)
10:5
entered (2)
7:19,20;11:15;12:9
entities (1)
10:25
entity (1)
14:18
equipment (2)
10:7,17
ERICA (1)
5:24
ESQ (6)
5:4,9,14,19,24;6:4
estates (1)
7:12
everyone (1)
10:25
evidentiary (2)
16:4,6
example (1)
10:25
excess (1)
11:1
executive (1)
7:9
executory (1)
15:6
exhibit (1)
18:22
exited (2)
8:9,21
expect (3)
12:14;15:3,6
expected (1)
10:12
expedited (1)
11:11
exposure (1)
13:10

extent (1)
14:17
extreme (1)
12:5

**F**

facility (1)
8:25;9:2,6
fact (1)
10:21
fair (1)
14:12
far (1)
14:23
feasibility (1)
12:6
feet (1)
10:19
fifty-seven-day (1)
13:21
file (4)
7:25;10:24;12:14,19
files (7)
8:22,24;9:7,9,10,12,18
filing (10)
7:11;8:7,13;10:13,20;
11:8;9;13:1,21;15:24
final (6)
7:22;16:15;17:5,5,16;
18:18
financial (2)
9:10;10:21
firms (1)
10:11
first (3)
7:8;8:4;14:24
five (1)
8:12
flip (1)
18:9
focus (1)
17:17
FOERSTER (1)
5:22
foot (1)
8:23
form (8)
7:23;9:14,15,16,17;
16:17;17:12;18:18
former (2)
8:16;10:16
forty (1)
8:10
forty-eight-hour (1)
11:14
forward (3)
7:12;11:4;16:16
FOSTER (1)
5:24
four (1)
10:10
fourteen (1)

8:17
fund (1)
17:25
Funding (3)
5:8,23;18:6
further (1)
16:11

**G**

GAUTIER (1)
5:19
GEDDES (1)
5:7
general (1)
7:10
generally (1)
17:20
generating (1)
10:1
given (3)
9:5;12:3;18:2
Global (1)
10:6
goes (2)
14:8;17:21
Good (2)
7:3,4
government (2)
12:1,3
granting (1)
18:3
Great (2)
10:6,7
greater (1)
14:6
GROUP (1)
5:12
guaranteed (1)
10:8
GUC (1)
5:13

**H**

half (1)
15:14
hand (1)
17:11
handing (1)
7:24
happen (1)
14:18
Hawaii (2)
9:11,19
headquarters (2)
8:15;10:19
hear (2)
17:3;18:17
heard (3)
10:14;17:2;18:16
hearing (20)
8:1,1;10:15;11:20,23,

Case 15-10952-JTD    Doc 410    Filed 06/15/15    Page 24 of 26

CORINTHIAN COLLEGES, INC., et al.
Case No. 15-10952 (KJC)

June 8, 2015

24;12:14,21,22;13:2,4,5,
7,9,17;15:10,25;16:4;
19:3,13
**high (1)**
17:20
**higher-value (1)**
10:7
**highlight (1)**
18:10
**hit (1)**
10:22
**hold (2)**
13:6,8
**Honor (53)**
7:4,4,7,14,16,20,21,
25;8:3,4;9:17,22;10:5,
13,20;11:4,5,12;12:2,8,
13,20;13:3,7,12,18,24;
14:4,15;15:2,7,9,16,22,
22;16:7,10,11,15,19,22;
17:4,4,7,11,14,19;18:8,9,
11,19;19:7,10
**hope (3)**
11:15;12:14;14:4
**hopeful (3)**
12:12;13:23;15:9
**hour (1)**
15:6
**hours (3)**
7:11;15:10;19:4
**housed (1)**
9:2

**I**

**include (1)**
15:12
**included (1)**
17:22
**includes (1)**
8:14
**including (2)**
9:9,18
**increase (1)**
16:19
**inform (1)**
17:14
**informal (1)**
18:6
**informally (1)**
17:8
**information (1)**
9:7
**insurance (1)**
16:20
**interim (1)**
12:7;16:18;17:16
**into (2)**
14:1;17:16
**introduction (1)**
7:8
**issue (1)**
12:6

**issues (1)**
17:25
**item (5)**
7:19,20,22;12:7;17:5
**items (1)**
17:22

**J**

**JULIA (1)**
5:14
**July (9)**
12:21,22,25;13:2,13,
13;15:8,9;19:3
**June (15)**
9:13;10:15;11:13,15,
22;12:9,10,12,13;13:22;
14:25;15:2,3,7,25
**jurisdiction (1)**
14:21

**K**

**KAPLAN (1)**
5:17
**kind (2)**
12:7;17:20
**KLEIN (1)**
5:14
**knows (1)**
13:7

**L**

**laid (3)**
13:18,24,25
**language (1)**
15:12
**last (1)**
10:25
**latest (1)**
8:18
**LAW (1)**
5:12
**lease (1)**
15:6
**leases (1)**
8:11,19
**LEIGH-ANNE (1)**
5:9
**lender (1)**
12:18
**level (1)**
17:20
**liens (1)**
18:3
**lieu (1)**
10:3
**line (1)**
17:22
**liquidating (2)**
11:7;14:17
**liquidation (1)**

12:4
**liquidity (1)**
14:7
**litigation (1)**
14:19
**LLC (2)**
5:8,12,23
**LLP (3)**
5:17,22;6:2
**located (1)**
8:23
**locations (5)**
8:12,14,17,20;9:24
**long (2)**
7:11;8:1
**look (3)**
15:15;16:23;18:24
**looking (1)**
12:21
**lot (2)**
11:2;15:3

**M**

**mailing (1)**
13:13
**majority (1)**
17:15
**Mark (1)**
7:5
**material (2)**
17:18;18:8
**materials (1)**
13:14
**May (9)**
8:7;11:18;12:3;14:22;
16:2,22,23;18:18,20
**maybe (1)**
14:23
**mean (1)**
9:6
**might (2)**
14:20;15:25
**million (1)**
10:9
**minimis (1)**
9:21
**minimizing (1)**
8:11
**minimum (1)**
10:8
**miscellaneous (3)**
9:23;10:1,3
**modified (1)**
17:21
**moment (4)**
15:17;16:23;18:9,12
**more (2)**
14:21;16:1
**morning (1)**
19:4,6
**MORRISON (1)**
5:22

**Mortensen (1)**
7:9
**motion (16)**
7:23;10:13;11:9,9,12,
13,16;15:5,25;16:1,2,15;
17:3,5,6;18:17
**motions (1)**
9:22
**move (1)**
7:12
**much (4)**
12:18;14:25;16:1;
19:12

**N**

**nature (1)**
16:8
**need (6)**
11:6;12:10,18;17:17;
19:4,8
**needed (1)**
11:2
**negotiations (2)**
12:16;18:2
**New (2)**
9:12,20
**next (2)**
12:13;14:24
**nineteen (1)**
8:19
**nonresidential (1)**
8:10
**note (1)**
18:21
**noted (2)**
8:5;11:8
**notice (3)**
11:10;12:23,24
**number (3)**
7:19,20,22
**numbers (1)**
8:8

**O**

**objection (6)**
11:12,19;13:2,15;
14:18;19:5
**objections (5)**
11:23;12:25;13:9;
15:4,12
**obligations (2)**
8:12;16:21
**obtain (1)**
9:23
**obviously (3)**
11:17;12:23;13:19
**occupy (2)**
10:16,18
**o'clock (3)**
15:20;19:3,5
**offers (1)**

9:23
**Office (2)**
5:18;17:8
**Official (3)**
6:3;17:9,23
**omnibus (4)**
10:15;12:13,22;13:16
**one (2)**
12:7;15:6
**ones (1)**
18:10
**ongoing (2)**
8:11;9:3
**only (1)**
9:14
**open (1)**
12:7
**operating (1)**
8:13
**option (1)**
13:3
**order (16)**
7:23;8:2;11:7,15;12:9,
11;16:17,18,22;17:3,12,
16,16;18:18,22;19:1
**Oregon (2)**
9:11,19
**out (4)**
12:11;13:18,24,25
**over (4)**
9:13,19,22;14:21
**overwhelming (1)**
17:15

**P**

**PA (1)**
5:7
**paper (4)**
9:9,12,14,17
**paragraph (1)**
18:7
**participation (1)**
14:11
**Partners (1)**
10:6
**Pause (2)**
18:13,25
**pay (1)**
16:20
**PC (1)**
5:2
**period (10)**
11:2,14,19;12:19,23,
24;13:18,21;14:6;18:1
**perspective (1)**
17:20
**plan (12)**
11:7;12:4,14,16;13:4,
10,15,22,22,23;14:7;
15:13
**pleased (2)**
10:22;17:6

Case 15-10952-JTD   Doc 410   Filed 06/15/15   Page 25 of 26

CORINTHIAN COLLEGES, INC., et al.
Case No. 15-10952 (KJC)

June 8, 2015

**PM (1)**
 19:14
**POLSINELLI (1)**
 5:2
**possible (2)**
 13:6;15:14
**post- (1)**
 14:14
**post-confirmation (1)**
 14:12
**Postsecondary (1)**
 9:4
**potential (2)**
 9:23;10:10
**preliminarily (1)**
 14:16
**prepared (1)**
 16:16
**pre-petition (1)**
 16:20
**present (4)**
 7:25;9:24;16:22;18:18
**presently (1)**
 15:18
**president (1)**
 7:10
**price (1)**
 10:8
**primary (1)**
 16:19
**prior (2)**
 8:1,1
**priority (1)**
 12:5
**Private (1)**
 9:4
**probably (1)**
 15:10
**proceedings (2)**
 14:22;19:14
**proceeds (2)**
 10:2;18:3
**process (6)**
 9:3,6;10:5,9,10;14:18
**professionals (2)**
 8:6;17:22
**project (1)**
 14:2
**projected (1)**
 14:5
**property (1)**
 8:11
**propose (1)**
 11:4
**proposed (1)**
 11:25
**proposing (2)**
 11:12;13:14
**provide (2)**
 8:3;18:6
**pursue (1)**
 14:17
**Push (1)**

 15:20
**put (1)**
 11:24

---

**Q**

**quick (1)**
 18:24
**quite (1)**
 11:2

---

**R**

**RAPORT (1)**
 5:9
**real (1)**
 8:11
**really (4)**
 11:6;12:16;16:19;
 17:16
**reasonable (2)**
 11:17;15:12
**receipts (1)**
 14:4
**receive (1)**
 11:23
**received (2)**
 14:5;17:8
**recess (1)**
 19:13
**record (1)**
 7:5
**records (5)**
 8:22,24;9:2,3,14
**reduce (1)**
 13:10
**reduced (1)**
 8:8
**reflects (1)**
 16:17
**regarding (1)**
 17:25
**rejected (1)**
 8:10
**rejecting (1)**
 8:19
**rejections (1)**
 15:6
**relief (1)**
 16:8
**remain (1)**
 8:14
**remaining (5)**
 8:9,17;10:3,7;14:3
**rents (1)**
 10:4
**report (2)**
 7:16;17:6
**representation (1)**
 18:1
**requested (1)**
 16:8
**rescheduled (1)**

 19:5
**reservation (2)**
 18:5,7
**reserve (4)**
 14:25;15:10,21;16:9
**resides (1)**
 10:18
**resolution (1)**
 13:25
**resolved (1)**
 17:24
**respect (3)**
 9:21;10:14;12:24
**response (2)**
 17:3;18:17
**responses (1)**
 16:3
**retain (1)**
 9:8
**revenue (1)**
 11:1
**review (1)**
 11:19
**reviewed (1)**
 18:14
**revised (2)**
 17:21;18:21
**right (7)**
 7:18;11:25;17:1;
 18:14,23;19:1,8
**rights (2)**
 18:5,7
**rise (1)**
 7:2
**ROBINS (1)**
 5:17
**ROSNER (1)**
 5:12
**RUDNICK (1)**
 6:2
**runs (1)**
 14:2

---

**S**

**Sacramento (3)**
 8:24,25;9:5
**sale (5)**
 9:21,21,25;10:12;15:5
**scheduled (3)**
 8:17;15:18;19:3
**schedules (3)**
 10:20,24;11:8
**SCOTT (1)**
 5:19
**second (2)**
 15:20;16:18
**seek (2)**
 11:9;14:22
**seeking (3)**
 11:11;12:23,25
**segregation (1)**
 9:3

 **sending (1)**
 11:16
**senior (1)**
 12:17
**separate (2)**
 9:25;13:6
**serve (1)**
 12:11
**service (1)**
 11:10
**set (1)**
 12:25
**setting (1)**
 14:15
**seven (1)**
 11:13
**seventeen (1)**
 13:1
**short (1)**
 11:2
**shorten (1)**
 12:24
**shortened (1)**
 12:3
**shortening (1)**
 12:23
**signed (2)**
 17:3;19:2
**SILVERBERG (1)**
 6:4
**Similar (1)**
 9:9
**simply (1)**
 15:21
**single (2)**
 8:15;13:4
**sites (1)**
 8:16
**solicitation (1)**
 13:14
**square (2)**
 8:23;10:18
**Stan (1)**
 7:9
**stand (1)**
 19:13
**starting (1)**
 10:22
**State (1)**
 9:12
**statement (9)**
 10:21;12:15,21;13:4,
 7,8,12,22;15:10
**statements (1)**
 10:24
**States (3)**
 9:11,19;17:8
**status (2)**
 7:16;16:12
**still (1)**
 9:2
**stipulation (1)**
 7:25

 **stored (1)**
 8:25
**street (1)**
 9:1
**Student (13)**
 5:3,8,23;8:21;9:2,3,9,
 12,18;15:24;17:9,23;
 18:5
**subject (2)**
 9:3;13:20
**substantive (1)**
 16:2
**sufficient (1)**
 15:7
**suppose (1)**
 15:19
**sure (1)**
 13:7

---

**T**

**talk (1)**
 19:9
**target (1)**
 13:13
**taskforce (1)**
 13:8
**teach-out (1)**
 8:17
**TELEPHONICALLY (3)**
 5:19,24;6:4
**thereby (1)**
 8:11
**there'll (1)**
 14:12
**thirty (1)**
 11:10
**thirty-four (2)**
 8:4;10:24
**thirty-three (1)**
 8:9
**three (2)**
 8:14;12:15
**three-week (1)**
 12:18
**timeline (1)**
 10:23
**timetable (1)**
 14:8
**today (6)**
 10:21,22;11:6,8,16;
 19:9
**today's (3)**
 7:7,14;19:10
**together (2)**
 12:8;13:19
**tomorrow (3)**
 10:14;11:9;15:25
**total (1)**
 13:18
**transaction (1)**
 10:14
**transactions (1)**

CORINTHIAN COLLEGES, INC., et al.
Case No. 15-10952 (KJC)

June 8, 2015

10:1
**transcripts (2)**
9:9,18
**transferred (2)**
8:23;10:3
**transition (1)**
9:1
**trust (1)**
14:17
**Trustee (1)**
17:9
**try (1)**
15:11
**turn (2)**
16:12;17:16
**turned (2)**
9:12,19
**turning (1)**
7:14
**twenty-five (1)**
10:25
**twenty-six (1)**
9:25
**two (9)**
8:15;10:16;11:17;
12:10,17;14:16;15:10;
17:9;19:4
**type (1)**
14:9

## U

**undertake (2)**
10:6,8
**undertaken (1)**
10:12
**United (1)**
17:8
**unknown (1)**
13:20
**unless (2)**
12:5;16:11
**Unsecured (2)**
5:18;6:3
**up (3)**
7:24;14:15;17:11

## V

**vacated (1)**
8:18
**variables (1)**
13:20
**various (1)**
9:24
**venues (1)**
14:20
**vice (1)**
7:9
**voting (1)**
13:15

## W

**wage (3)**
7:22,22;16:15
**waiver (2)**
11:14;18:3
**walk (1)**
7:15
**WARD (3)**
5:4;15:23,23
**warehouse (3)**
8:23;9:1,6
**waterfall (1)**
12:4
**week (2)**
9:13,13
**weeks (1)**
12:15
**Welcome (1)**
7:13
**Whereupon (1)**
19:14
**wish (2)**
17:2;18:16
**wishes (1)**
14:9
**within (1)**
14:6
**work (1)**
11:2
**worked (1)**
17:7
**working (1)**
7:11
**WyoTech (3)**
8:16;10:16;15:5

## Y

**year (1)**
10:25
**York (2)**
9:12,20

## Z

**Zenith (2)**
8:25;9:2