**CERTIFICATE OF SERVICE**

Leslie C. Heilman, Esquire hereby certifies that on this 16th day of June, 2015, a true and correct copy of the foregoing *Limited Objection of Watt Management Company to The Debtors' Second Motion for Entry of an Order (i) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective Nunc Pro Tunc to the Date that the Debtors Surrender Possession; (ii) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (iii) Granting Certain Related Relief* was served upon the addressees listed on the attached service list in the manner indicated.

Dated: June 16, 2015
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Leslie C. Heilman (DE No. 4716)
BALLARD SPAHR LLP

## SERVICE LIST

| **Via Hand Delivery** | **Via First Class U.S. Mail** |
|---|---|
| Mark D. Collins, Esquire | H. Jeffrey Schwartz |
| Michael J. Merchant, Esquire | Bennett S. Silverberg |
| Marisa A. Terranova, Esquire | BROWN RUDNICK LLP |
| Amanda R. Steele, Esquire | Seven Times Square |
| Richards Layton & Finger | New York, New York 10036 |
| 920 N. King Street | *Counsel for the Official Committee of* |
| Wilmington, DE 19801 | *Unsecured Creditors* |
| *Counsel for Debtor and Debtor in Possession* | |

Frederick Rosner
Julia Bettina Klein
THE ROSNER LAW GROUP LLC
824 Market Street, Suite 810
Wilmington, Delaware 19801
*Counsel for the Official Committee of Unsecured Creditors*

Richard Schepacarter, Esquire
Timothy Fox, Esquire
Office Of The United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801-3519