**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: D.I. 374** |

-----------------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO
11 U.S.C. §§ 501, 502, 503 AND 1111(A), FED. R. BANKR. P. 2002 AND 3003(C)(3)
AND DEL. BANKR. L.R. 2002-1(E) ESTABLISHING BAR DATES FOR FILING
CLAIMS AND APPROVING FORM AND MANNER OF NOTICE THEREOF**

The undersigned hereby certifies as follows:

1. On June 9, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(a), Fed. R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) for Order Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof* [D.I. 374] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Pursuant to the *Order (I) Shortening the Objection Period for Debtors' Motion Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(a), Fed. R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) for Order Establishing Bar Dates for Filing Claims*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*and Approving Form and Manner of Notice Thereof and (II) Waiving Waiting Period Set Forth in Del. Bankr. L.R. 9013-1(i)* [D.I. 389], objections to the Motion were to be filed and served by no later than June 16, 2015 at 4:00 p.m. (EDT) (the "**Objection Deadline**").

2. The Debtors received informal comments to the Motion from the Official Committee of Student Creditors (the "**Student Committee**"), which have been resolved by agreed language to be included in the proposed form of order. The Debtors received no other objections or responses to the Motion, and no objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases.

3. A revised form of order approving the Motion (the "**Revised Order**") is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline of the Revised Order against the proposed form of order attached to the Motion is attached hereto as **Exhibit B**. The Revised Order has been circulated to counsel to the Student Committee, which, as mentioned above, had a number of informal comments, all of which the Debtors have resolved consensually other than the requested deletion of proposed paragraph 15 of the Revised Order. The Debtors oppose this request as doing so would provide no benefit to the Debtors' estates to send out post-card notices of the bar date to approximately 100,000 parties (and at a material expense), if such notice had no legal effect with respect to the bar date.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

| | |
|---|---|
| Dated: June 17, 2015<br>Wilmington, Delaware | */s/* Marisa A. Terranova<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>          merchant@rlf.com<br>          terranova@rlf.com<br>          steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |