# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on June 12, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Affidavit and Disclosure Statement of Evan C. Borges, on Behalf of Greenberg Gross, LLP [Docket No. 395]**

Dated: June 12, 2015

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                                   } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this _15_ day of _June_, 20_15_, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## EXHIBIT A

**Corinthian Colleges, Inc. - U.S. Mail**                                          Served 6/12/2015

COOLEY LLP
101 CALIFORNIA ST
5TH FL
SAN FRANCISCO, CA 90051

DIANA SCHERER
2950 POINTE ROYALE
LAGUNA NIGUEL, CA 92677

DUANE MORRIS LLP
750 B ST STE 2900
SAN DIEGO, CA 92101

GREENBERG GROSS LLP
650 TOWN CENTER DR
STE 1750
COSTA MESA, CA 92626

LATHAM & WATKINS LLP
555 11TH ST., NW, STE. 1000
WASHINGTON, DC 20004

LATHAM & WATKINS LLP
ATTN: PETER L. WINIK
555 ELEVENTH STREET NW
SUITE 1000
WASHINGTON, DC 20004

LATHAM & WATKINS LLP
P.O. BOX 7247-8202
PHILADEPHIA, PA 19170-8202

O'MELVENY & MYERS LLP
610 NEWPORT CENTRE DR
17TH FL
NEWPORT BEACH, CA 92660

PAYNE FEARS LLP
4 PARK PLAZA
SUITE 1100
IRVINE, CA 92614

WEWORSKI & ASSOCIATES
4660 LA JOLLA VILLAGE DR
STE 825
SAN DIEGO, CA 92122

Parties Served: 10