IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § |
| | §  Case No. 15-10952 (KJC) |
| | § |
| | §  (Jointly Administered) |
| Debtors. | § |
| | § |

## AFFIDAVIT AND DISCLOSURE STATEMENT OF KEITH ZAKARIN ON BEHALF OF DUANE MORRIS LLP

STATE OF CALIFORNIA   )
                      )  s.s.:
COUNTY OF ORANGE      )

Keith Zakarin, being duly sworn, deposes and certifies, under the penalty of perjury:

1. I am over 18 years of age and a partner of Duane Morris LLP, located at 750 B Street, Suite 2900, San Diego, CA 92101 (the "**Company**").

2. Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession in these cases (collectively, the "**Debtors**"), have requested that the Company provide legal services to the Debtors, and the Company has consented to provide such services (the "**Services**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

3. The Services include, but are not limited to, the following: regulatory legal counsel related to federal, state and accreditation laws and standards as applied to institutions of higher education.

4. The Company may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtors, or other parties in interest in these chapter 11 cases. The Company does not perform services for any such person in connection with these chapter 11 cases. In addition, the Company does not have any relationship with any such person, their attorneys, or their accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Company is to be retained.

5. Neither I, nor any principal of, or professional employed by, the Company has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Company.

6. Neither I, nor any principal of, or professional employed by, the Company, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Company is to be retained. By way of disclosure, the Company notes that Alice Kane, a partner in its New York office who will not be providing legal work to the Company, sits on the Board of Directors of Corinthian Colleges, Inc.

7. On or about November 14, 2014, Corinthian Colleges, Inc. paid the amount of $50,000 to the Company as a retainer for the fees and costs attendant to the professional services to be provided by the Company (the "**Retainer**"). On or about March 3, 2015, Corinthian

- 2 -

Colleges, Inc. paid an additional $25,000 as a Retainer, bringing the total amount of the Retainer paid to the Company to $75,000.  Immediately prior to the filing of their chapter 11 cases, none of the Debtors owed the Company any amount for prepetition services, other than Corinthian Colleges, Inc., which owed the Company $47,670.00 for prepetition services (the "Balance").  On May 4, 2015, the Company applied the proceeds of the Retainer in satisfaction of the Balance.  As of May 4, 2015, the Company is holding the balance of the Retainer in the amount of $27,330.00.

8. The Company is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Company should discover any facts bearing on the matters described in this affidavit, the Company will supplement the information contained in this affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on June 16, 2015.

_____
Affiant Name

SWORN TO AND SUBSCRIBED before
me this 16 day of June, 2015.

_____
Notary Public

MARGARET E. SCHULTE
Commission # 2050090
Notary Public - California
San Diego County
My Comm. Expires Nov 28, 20__

- 3 -

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § |
| | §  Case No. 15-10952 (KJC) |
| | § |
| | §  (Jointly Administered) |
| Debtors. | § |
| | § |

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.

RETURN IT FOR FILING BY THE DEBTORS TO:

> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square,
> 920 North King Street,
> Wilmington, DE 19801
> Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1. Name and address of company:

   Duane Morris LLP

   750 B Street, Suite 2900

   San Diego, CA 92101

2. Date of retention: May 4, 2015

3. Type of services to be provided (accounting, legal, etc.):

   Legal (regulatory)

4. Brief description of services to be provided:

   Regulatory legal counsel related to federal, state and accreditation laws and standards as applied to institutions of higher education.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable): $715

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

   $15,000 to $20,000

6. Prepetition claims against any of the Debtors held by the company:

   Amount of claim: $ None

   Date claim arose: _____

   Nature of claim: _____

7. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the company:

   Name: None

   Status: _____

- 2 -

DM1\5735499.1

- 3 -

Amount of claim:  $_____

Date claim arose: _____

Nature of claim: _____

_____

_____

_____

8.  Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the company is to be employed.

None_____

_____

_____

_____

9.  Name and title of individual completing this form:

Keith Zakarin, Partner, Duane Morris LLP_____

Dated:    June 16, 2015