## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 256** |

### CERTIFICATION OF COUNSEL SUBMITTING REVISED PROPOSED FORM OF ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE ROSNER LAW GROUP LLC AS DELAWARE COUNSEL TO CREDITORS' COMMITTEE *NUNC PRO TUNC* TO MAY 13, 2015

I, Julia Klein, hereby certify the following:

1.      On June 1, 2015, the Official Committee of Unsecured Creditors (the "Committee") filed the *Application for Entry of an Order Authorizing the Employment and Retention of The Rosner Law Group* ("RLG") *as Delaware Counsel to the Committee of Unsecured Creditors Nunc Pro Tunc to May 13, 2015* [D.I. 256] (the "Application"). The Application attached a proposed form of order approving the Retention Application (the "Retention Order").

2.      RLG received informal responses to the Application from the Office of the United States Trustee (the "UST").   Specifically, the UST requested that the Committee file a supplemental declaration in support of the Retention Application and that certain additions be made to the Retention Order.   RLG did not receive any other or further responses to the Application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016146. }

3.      RLG subsequently amended the Retention Order (the "Revised Retention Order") to address the UST's informal comments.  A copy of the Revised Retention Order is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline of the Revised Retention Order against the Retention Order attached to the Application is attached hereto as **Exhibit B**.

4.      On June 6, 2015, the Committee filed the *Supplemental Declaration of Therese Burkhart, Authorized Representative of McKinley Avenue LLC, in Support of Application for Order Authorizing the Employment and Retention of The Rosner Law Group as Delaware Counsel to the Committee of Unsecured Creditors Nunc Pro Tunc to May 13, 2015* [D.I. 344].

5.      The UST does not object to the entry of the Revised Retention Order.

WHEREFORE, it is respectfully requested that the Court enter the Revised Retention Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: June 17, 2015
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　**THE ROSNER LAW GROUP LLC**

　　　　　　　　　　　　　　　　　　*/s/ Julia B. Klein*
　　　　　　　　　　　　　　　　　　Julia B. Klein (DE #5189)
　　　　　　　　　　　　　　　　　　Frederick B. Rosner (DE #3995)
　　　　　　　　　　　　　　　　　　824 Market Street, Suite 810
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Tel.:  (302) 777-1111
　　　　　　　　　　　　　　　　　　klein@teamrosner.com

　　　　　　　　　　　　　　　　　　*Proposed Delaware Counsel to the Committee*

{00016146. }