**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 254** |

**CERTIFICATION OF COUNSEL SUBMITTING REVISED PROPOSED FORM OF
ORDER AUTHORIZING EMPLOYMENT
AND RETENTION OF BROWN RUDNICK LLP AS CO-COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
CORINTHIAN COLLEGES, INC., *NUNC PRO TUNC* TO MAY 13, 2015**

I, Julia Klein, hereby certify the following:

1.      On June 1, 2015, the Official Committee of Unsecured Creditors (the "Committee") filed the *Application for Entry of an Order Authorizing the Employment and Retention of Brown Rudnick LLP* ("Brown Rudnick") *as Co-Counsel to the Committee of Unsecured Creditors Nunc Pro Tunc to May 13, 2015* [D.I. 254] (the "Application"). The Application attached a proposed form of order approving the Application (the "Retention Order").

2.      Brown Rudnick received informal responses to the Application from the Office of the United States Trustee (the "UST").  Brown Rudnick did not receive any other or further responses to the Application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016181. }

3.      Brown Rudnick subsequently amended the Retention Order (the "Revised Retention Order") to address the UST's informal comments.  A copy of the Revised Retention Order is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline of the Revised Retention Order against the Retention Order attached to the Application is attached hereto as **Exhibit B**.

4.      The UST does not object to the entry of the Revised Retention Order.

WHEREFORE, it is respectfully requested that the Court enter the Revised Retention Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: June 17, 2015
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

_/s/ Julia B. Klein_
Julia B. Klein (DE #5189)
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Tel.:  (302) 777-1111
klein@teamrosner.com

_Proposed Delaware Counsel to the Committee_