IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered)<br><br>Re: D.I. 255 |

**CERTIFICATION OF COUNSEL SUBMITTING REVISED PROPOSED FORM OF ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF GAVIN/SOLMONESE LLC *NUNC PRO TUNC* TO MAY 13, 2015 AS FINANCIAL ADVISOR TO THE <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

I, Julia Klein, hereby certify the following:

1. On June 1, 2015, the Official Committee of Unsecured Creditors (the "<u>Committee</u>") filed the *Application for Entry of an Order Pursuant to Sections 328 and 1103 and Bankruptcy Rule 2014(a) Approving the Employment and Retention of Gavin/Solmonese LLC* ("<u>Gavin/Solmonese</u>") *as Financial Advisor to the Committee of Unsecured Creditors* [D.I. 255] (the "<u>Application</u>"). The Application attached a proposed form of order approving the Application (the "<u>Retention Order</u>").

2. Gavin/Solmonese received informal responses to the Application from the Office of the United States Trustee (the "<u>UST</u>"). Specifically, the UST requested that Gavin/Solmonese file a supplemental declaration in support of the Application and that certain additions be made

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016182. }

to the Retention Order. Gavin/Solmonese did not receive any other or further responses to the Application.

3. Gavin/Solmonese subsequently amended the Retention Order (the "<u>Revised Retention Order</u>") to address the UST's informal comments. A copy of the Revised Retention Order is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline of the Revised Retention Order against the Retention Order attached to the Application is attached hereto as **Exhibit B**.

4. On June 9, 2015, the Committee filed the *Supplemental Declaration of Wayne P. Weitz, in Support of Application of the Official Committee of Unsecured Creditors For an Order Approving the Employment and Retention of Gavin/Solmonese LLC Nunc Pro Tunc to May 13, 2015 as Financial Advisor to The Official Committee Of Unsecured Creditors* [D.I. 371].

5. The UST does not object to the entry of the Revised Retention Order.

WHEREFORE, it is respectfully requested that the Court enter the Revised Retention Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: June 17, 2015
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Julia B. Klein (DE #5189)
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Tel.: (302) 777-1111
klein@teamrosner.com

*Proposed Delaware Counsel to the Committee*

{00016182. }