# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered |

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF GAVIN/SOLMONESE LLC *NUNC PRO TUNC* TO MAY 13, 2015 AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the Application of the Official Committee of Unsecured Creditors (the "Committee") for an Order Pursuant to Bankruptcy Code Sections 328 and 1103 and Bankruptcy Rule 2014(a) Approving the Employment and Retention of Gavin/Solmonese LLC *Nunc Pro Tunc* to May 13, 2015, as Financial Advisor to the Official Committee of Unsecured Creditors (the "Application")[2]; and the Court being satisfied, based upon the representations made in the Application and the Declaration of Wayne P. Weitz, that Gavin/Solmonese LLC ("Gavin/Solmonese") represents or holds no interests adverse to the Debtors, their estates, or the Committee in connection with these cases, and that the employment of Gavin/Solmonese is necessary and is in the best interests of the Debtors' estates; and it appearing that Gavin/Solmonese is a "disinterested person"

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505, SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] All capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Application.

as the term is defined in Section 101(14) of the Bankruptcy Code; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Application in this District is proper pursuant to 29 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Application has been given; and good cause having been shown, it is hereby

ORDERED that the Application is GRANTED as set forth herein; and it is further

ORDERED that the retention of Gavin/Solmonese as financial advisor to the Committee to perform all of the services set forth in the Application on the terms set forth in the Application is approved pursuant to Sections 328 and 1103 of the Bankruptcy Code, *nunc pro tunc* to May 13, 2015; and it is further

ORDERED that Gavin/Solmonese shall be compensated for financial advisory work which will be billed on an hourly basis, in accordance with the procedures set forth in Sections 328, 330 and 331 of the Bankruptcy Code, applicable Federal Rules of Bankruptcy Procedure, Local Rules of the Court, any administrative order governing professional fees in these cases, and any such procedures as may be fixed by order of this Court; and it is further

<u>ORDERED that, notwithstanding anything to the contrary in the Application, Declaration or Engagement Agreement, during the course of the Bankruptcy cases, Gavin/Solmonese shall not be reimbursed for any secretarial or other overtime charges; and it is further</u>

ORDERED, that to the extent this Order is inconsistent with any prior order or pleading with respect to the Application in these cases, the terms of this Order shall govern; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2015    _____
      Wilmington, Delaware          Honorable Kevin J. Carey
                                                  United States Bankruptcy Judge

61966933 v1-WorkSiteUS-032615/000161966931 v1-WorkSiteUS-032615/0001