## Exhibit 1

**Postcard Notice**

**Notice of Deadline for the Filing of Proofs of Claim Against**
**Corinthian Colleges, Inc. and its affiliates (General Bar Date is July 20, 2015)**

On May 4, 2015, Corinthian Colleges, Inc., Corinthian Schools, Inc., Rhodes Colleges, Inc., Florida Metropolitan University, Inc., Corinthian Property Group, Inc., Titan Schools, Inc., Career Choices, Inc., Sequoia Education, Inc., ETON Education, Inc., Ashmead Education, Inc., MJB Acquisition Corporation, ECAT Acquisition, Inc., Pegasus Education, Inc., Grand Rapids Educational Center, Inc., Rhodes Business Group, Inc., Everest College Phoenix, Inc., CDI Education USA, Inc., SP PE VII-B Heald Holdings Corp., SD III-B Heald Holdings Corp., Heald Capital LLC, Heald Real Estate, LLC, Heald Education, LLC, Heald College, LLC, Quickstart Intelligence Corporation and Socle Education, Inc. (the "**Debtors**") filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the District of Delaware. The cases are jointly administered under case number **15-10952 (KJC)**.

If you attended one of the Debtors' colleges and believe you have a claim against any of the Debtors, you may file a claim in the Bankruptcy Court. On June 17, 2015, the Bankruptcy Court entered an order (the "**Bar Date Order**") establishing **July __, 2015 at 5:00 p.m. (ET)** (the "**Bar Date**") as the deadline for general creditors who have a claim or potential claim against any of the Debtors that arose prior to May 4, 2015, no matter how remote or contingent such right to payment or equitable remedy may be.

All proof of claim forms must be submitted by regular mail, overnight mail, courier service, hand delivery, or in person to Corinthian Colleges, Inc. Claims Processing c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367 so that it is <u>actually received</u> on or before the Bar Date. **<u>Proofs of claim sent by facsimile or e-mail will not be accepted</u>**.

**Any person or entity (except a person or entity who is excused by the terms of the Bar Date Order) who fails to file a proof of claim on or before the Bar Date will be forever barred from voting upon, or receiving distributions under, any plan of liquidation in the bankruptcy cases, and the Debtors and their property will be discharged from any and all liability with respect to that claim.**

For more information or to obtain a proof of claim form, you may call 866-205-3148 or access the following website: http://omnimgt.com/corinthiancolleges