## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

-------------------------------------------------------

## NOTICE OF MODIFIED HEARING TIME

PLEASE TAKE NOTICE that the time for the omnibus hearing scheduled for July 22, 2015 at 10:00 a.m. (EDT), has been changed to **July 22, 2015 at 3:00 p.m. (EDT)**.

Dated: June 18, 2015                          */s/* Amanda R. Steele
      Wilmington, Delaware               Mark D. Collins (No. 2981)
                                      Michael J. Merchant (No. 3854)
                                        Marisa A. Terranova (No. 5396)
                                        Amanda R. Steele (No. 5530)
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        920 N. King Street
                                        Wilmington, Delaware 19801
                                        Telephone:  302-651-7700
                                        Facsimile:  302-651-7701
                                        Email: collins@rlf.com
                                            merchant@rlf.com
                                            terranova@rlf.com
                                            steele@rlf.com

                                    Counsel for the Debtors and Debtors in Possession

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.