IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM AGAINST DEBTORS

**TO: ALL ENTITIES WHO MAY HAVE CLAIMS AGAINST ANY DEBTOR(S) LISTED BELOW:**

**PLEASE TAKE NOTICE THAT:**

1.   On May 4, 2015 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Set forth below are the name, federal tax identification number, and the case number for each of the Debtors:

| **Debtor** | Case No. | EID# |
|---|---|---|
| Corinthian Colleges, Inc. | 15-10952 (KJC) | 33-0717312 |
| Corinthian Schools, Inc. | 15-10955 (KJC) | 95-4520525 |
| Rhodes Colleges, Inc. | 15-10957 (KJC) | 33-0717311 |
| Florida Metropolitan University, Inc. | 15-10962 (KJC) | 33-0717605 |
| Corinthian Property Group, Inc. | 15-10966 (KJC) | 33-0752106 |
| Titan Schools, Inc. | 15-10970 (KJC) | 52-2133201 |
| Career Choices, Inc. | 15-10972 (KJC) | 33-0661425 |
| Sequoia Education, Inc. | 15-10974 (KJC) | 94-3135739 |
| ETON Education, Inc. | 15-10961 (KJC) | 94-3343608 |
| Ashmead Education, Inc. | 15-10967 (KJC) | 91-1419120 |
| MJB Acquisition Corporation | 15-10971 (KJC) | 83-0301912 |
| ECAT Acquisition, Inc. | 15-10975 (KJC) | 57-1177789 |
| Pegasus Education, Inc. | 15-10953 (KJC) | 33-0982336 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

| **Debtor** | Case No. | EID# |
|---|---|---|
| Grand Rapids Educational Center, Inc. | 15-10956 (KJC) | 38-2442031 |
| Rhodes Business Group, Inc. | 15-10959 (KJC) | 33-0726709 |
| Everest College Phoenix, Inc. | 15-10960 (KJC) | 45-2216173 |
| CDI Education USA, Inc. | 15-10963 (KJC) | 87-0720505 |
| SP PE VII-B Heald Holdings Corp. | 15-10965 (KJC) | 26-4440115 |
| SD III-B Heald Holdings Corp. | 15-10968 (KJC) | 26-4439707 |
| Heald Capital LLC | 15-10954 (KJC) | 20-8836164 |
| Heald Real Estate, LLC | 15-10958 (KJC) | 20-8964281 |
| Heald Education, LLC | 15-10964 (KJC) | 20-8621465 |
| Heald College, LLC | 15-10969 (KJC) | 20-8699639 |
| QuickStart Intelligence Corporation | 15-10973 (KJC) | 33-0975665 |
| Socle Education, Inc. | 15-10976 (KJC) | 36-4743477 |

### DEADLINE FOR FILING CLAIMS AGAINST THE ABOVE-REFERENCED DEBTORS:

2.      Pursuant to an order of this Court entered on June 18, 2015 [D.I. 429] (the "**Bar Date Order**"), the deadline for general creditors to file proofs of claim against any of the Debtors is **July 20, 2015, at 5:00 p.m. (ET)** (the "**General Bar Date**"), and the deadline for governmental units to file proofs of claim against any of the Debtors is **November 2, 2015 at 5:00 p.m. (ET)** (the "**Governmental Unit Bar Date**," and together with the General Bar Date, the "**Bar Dates**"). The Bar Dates apply to all claims against any of the Debtors that arose before the Petition Date; provided however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph 4 below. The Bar Date Order also sets procedures to be used for filing proofs of claim, which are summarized in this notice for your convenience.

3.      **Unless you fall into one of the categories listed in paragraph 4**, **you MUST file a proof of claim if you have any claim against any of the Debtors that arose before May 4, 2015**. Acts or omissions that occurred before May 4, 2015, may give rise to claims subject to the Bar Dates even if the claims may not have become known or fixed or liquidated until after May 4, 2015. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

4.      The Bar Date Order provides that creditors do **NOT** have to file proofs of claim by the Bar Dates for the types of claims and interests listed below in this paragraph 4 (collectively, the "**Excluded Claims**"). **You should not file a proof of claim at this time for any Excluded Claim.** The Court may enter one or more separate orders at a later time requiring creditors to file proofs of claim for some kinds of Excluded Claims and setting related deadlines. If the Court does enter such an order, you will receive notice of it. The following persons or entities are *not required* to file Proofs of Claim:

2

- the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), on account of claims for fees payable pursuant to 28 U.S.C. § 1930;

- any person or entity that has already properly filed a Proof of Claim against the correct Debtor(s) with either Rust Consulting/Omni Bankruptcy ("**Rust/Omni**") or the Clerk of the Court for the United States Bankruptcy Court for the District of Delaware;

- any person or entity (i) whose claim is listed in the Debtors' Schedules or any amendments thereto, and (ii) whose claim is not described therein as "disputed," "contingent," or "unliquidated," and (iii) who does not dispute the amount or characterization of its claim as set forth in the Schedules (including that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules);

- professionals retained by the Debtors or any statutory committee pursuant to orders of this Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to Bankruptcy Code sections 330, 331, and 503(b);

- current officers and directors of the Debtors who assert claims for indemnification and/or contribution arising as a result of such officers' or directors' prepetition or post-petition services to the Debtors;

- any Debtor asserting a claim against another Debtor;

- any person or entity whose claim against the Debtors has been allowed by an order of the Court, entered on or before the applicable Bar Date; and

- the Administrative Agent and the Prepetition Lenders, as defined in and under the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* [D.I. 24] and any order approving the Debtors' use of cash collateral on a final basis.

5. **THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS BELIEVE YOU HAVE A CLAIM.**

6. If the Debtors amend the Schedules after you receive this notice, the Debtors will give notice of that amendment to the holders of the claims that are affected by it, and those holders will be given an opportunity to file proofs of claim before a new deadline that will be specified in that future notice.

7. The Bankruptcy Code provides that Debtors may, at any time before a plan of reorganization or liquidation is confirmed by the Court, choose to reject certain executory contracts or unexpired leases. If your contract or lease is rejected, you may have a claim resulting from that rejection. The deadline to file a proof of claim for damages relating to the rejection of the contract or lease is the later of (a) the General Bar Date or (b) twenty-one (21) days after entry of any order authorizing the rejection of the contract or lease.

**INSTRUCTIONS FOR FILING PROOFS OF CLAIM:**

8. If you file a proof of claim, your filed proof of claim must (i) be signed by the Claimant or if the Claimant is not an individual, by an authorized agent of the Claimant, (ii) be written in English, (iii) include a claim amount denominated in United States dollars, (iv) conform substantially with the proof of claim form provided by the Debtors or Official Bankruptcy Form No. 10, and (v) state a claim against one or more of the Debtors. The Debtors are enclosing a proof of claim form for use in these chapter 11 cases. If your claim is scheduled by the Debtors, the form also sets forth the amount of your claim as scheduled by the Debtors, the specific Debtor against which the claim is scheduled and whether the claim is scheduled as contingent, unliquidated or disputed. You will receive a different proof of claim form for each claim scheduled in your name by the Debtors. If you require additional proof of claim forms, you may obtain a proof of claim form from any bankruptcy court clerk's office, your lawyer, certain business supply stores, by accessing the Debtors' bankruptcy administration website, at http://omnimgt.com/corinthiancolleges, or by writing to Corinthian Colleges, Inc. Claims Processing c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367.

9. **Your proof of claim form must be filed so as to be RECEIVED prior to 5:00 p.m. (ET) on July 20, 2015.** You can file your proof of claim by sending the original proof of claim to Rust/Omni by regular mail, overnight mail, or hand delivery to Corinthian Colleges, Inc. Claims Processing c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. **Rust/Omni will not accept a proof of claim sent by facsimile or email, and any Proof of Claim submitted via facsimile or email will be disregarded**.

**CONSEQUENCES OF MISSING THE DEADLINE FOR FILING CLAIMS:**

10. **EXCEPT WITH RESPECT TO EXCLUDED CLAIMS (AS DESCRIBED IN PARAGRAPH 4 HEREOF), IF YOU FAIL TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. (PREVAILING EASTERN TIME) ON THE APPLICABLE BAR DATE ON ACCOUNT OF ANY CLAIM YOU WISH TO ASSERT AGAINST THE DEBTORS (OR IF YOU DO NOT SUBMIT YOUR CLAIM VIA U.S. MAIL, HAND DELIVERY OR OVERNIGHT MAIL SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE 5:00 P.M. (PREVAILING EASTERN TIME) ON THE APPLICABLE BAR DATE), THEN:**

   ➢ **YOU WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF THE CHAPTER 11 CASES;**

> **YOU WILL NOT RECEIVE ANY DISTRIBUTION IN THE CHAPTER 11 CASES ON ACCOUNT OF THAT CLAIM; AND**

> **YOU WILL NOT BE PERMITTED TO VOTE ON ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION FOR THE DEBTORS ON ACCOUNT OF THESE BARRED CLAIMS.**

**EXAMINATION OF BAR DATE ORDER AND SCHEDULES:**

11. Copies of the Bar Date Order, the Schedules and other information regarding the Debtors' chapter 11 cases are available for inspection free of charge on Rust/Omni's website at http://omnimgt.com/corinthiancolleges. Copies of the Schedules and other documents filed in these chapter 11 cases also may be examined between the hours of 8:00 a.m. and 4:00 p.m., prevailing Eastern Time, Monday through Friday, at the Office of the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**QUESTIONS:**

12. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting Rust/Omni's website at http://omnimgt.com/corinthiancolleges or by contacting Rust/Omni by regular mail, overnight mail or hand delivery to Corinthian Colleges, Inc. Claims Processing c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. Rust/Omni cannot advise you how to file, or whether you should file, a proof of claim.

Dated: June 18, 2015  
Wilmington, Delaware

/s/ Marisa A. Terranova  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marisa A. Terranova (No. 5396)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801

Counsel for the Debtors and Debtors in Possession