FILED
2015 JUN 16 AM 9:08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al. | Case No. 15-10952 (KJC) |
| | Jointly Administered |
| Debtors. | REQUEST FOR SPECIAL NOTICE |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND ITS COUNSEL OF RECORD HEREIN, AND TO ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Rules 2002, 3017, 4001, and 9010(b) of the Federal Rules of Bankruptcy Procedure, OLD ORCHARD ACQUISITION PARTNERS, LLC, a Delaware limited liability company ("**OLD ORCHARD**"), a party in interest to these jointly administered cases and to the proceedings commenced and prosecuted, or jointly administered, in connection therewith, requests that it be given all notices that are required to be given in this case, including but not limited to notices relating to deadline or "bar" dates, and all papers and pleadings that are required to be served in this case, or in any contested matter or adversary proceeding commenced or pending in connection with this case, that

    1.    Affect or seek to affect in any way any rights or interests of OLD ORCHARD with respect to the real property commonly known and described as Old Orchard Woods, 9811-9977 Woods Drive, Skokie, Illinois, or any portion thereof (the "**PROPERTY**"), including (a) property or proceeds thereof relating to the PROPERTY in which the Debtors, or any of them, or any of their respective estates may claim an interest; (b) property or proceeds thereof in which OLD ORCHARD claims or may claim an interest; or (c) property or proceeds thereof in possession, custody or control of OLD ORCHARD which the Debtors, or any of them, or any of their respective estates may seek to use; or

    2.    Require or seek to require any act, delivery of any property, payment or other conduct by OLD ORCHARD.

All such notices shall be given to and served upon OLD ORCHARD in care of the following persons:

3160795.1

EUGENE J. M. LEONE
PIRCHER, NICHOLS & MEEKS
900 N. Michigan Avenue
Suite 1000
Chicago, IL 60611
Telephone: (312) 915-3112
Facsimile: (312) 915-3348
E-mail: eleone@pircher.com

and

JOHN GIANNOPOULOS
DEVELOPMENT RESOURCES, INC.
333 North Des Plaines Street
Chicago, IL 60661
Telephone: (312) 368-0770
Facsimile: (312) 822-0561
E-mail: johng@devresinc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, copies of any application, complaint, demand, hearing, motion, petition, pleading, schedule, statement, or request, whether formal or informal, whether written or oral, and whether transmitted to, conveyed by mail, telephone, telegraph, telex, facsimile or otherwise, which affects or seeks to affect in any way, any of the rights or interests of OLD ORCHARD or the PROPERTY.

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct shall constitute a waiver of any right, claim, action, defense, recoupment or other matter to which OLD ORCHARD is entitled under agreement or at law or equity.

DATED: June 12, 2015

EUGENE J.M. LEONE
PIRCHER, NICHOLS & MEEKS

By _____
Eugene J. M. Leone
Attorneys for OLD ORCHARD ACQUISITION PARTNERS, LLC, a Delaware limited liability company

3160795.1

## PROOF OF SERVICE

**STATE OF ILLINOIS**        )
                                              )  ss.
**COUNTY OF COOK**        )

FILED
2015 JUN 16 AM 9: 21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

    I am employed in the County of Cook, State of Illinois. I am over the age of 18 and not a party to the within action; my business address is Pircher, Nichols & Meeks, 900 N. Michigan Avenue, Suite 1000, Chicago, IL 60611.

    On June 12, 2015, I served as described below the document described as **REQUEST FOR SPECIAL NOTICE** upon the following persons:

### SEE ATTACHED SERVICE LIST

    I caused a sealed envelope containing a copy of such document and addressed to each such person to be deposited in the mail at Chicago, Illinois. The envelope was mailed with postage thereon fully prepaid.

    I declare under penalty of perjury that the foregoing is true, and that this Proof of Service was executed on June 12, 2015 at Chicago, Illinois

*Patricia Huerta* (signature)