# ROBAINA & KRESIN PLLC

ATTORNEYS AT LAW
ONE EAST CAMELBACK ROAD, SUITE 710
PHOENIX, ARIZONA 85012
TELEPHONE (602) 682·6450  •  FACSIMILE (602) 682·6455
WWW.ROBAINALAW.COM

FILED
2015 JUN 18  AM 10: 21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 11, 2015

Clerk of the Court
U. S. Bankruptcy Court
District of Delaware
824 Market Street, North
Wilmington, Delaware 19801

Re:   *Corinthian Colleges, Inc.*
      Bankruptcy Case No. 15-10952

Dear Clerk:

Our office represents Karen Brown in an action against Corinthian Colleges, Inc. in the U. S. Court of Appeals for the Ninth Circuit entitled *Karen Brown v. Everest College Phoenix, Inc. and Corinthian Colleges, Inc.*; Case No. 14-15896. The purpose of this letter is to request that our office be sent notices, correspondence etc. in connection with the above referenced matter.

Sincerely,

Thomas Griffin

TTG/gc
cc: Karen Brown