**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al. [1] | (Jointly Administered) |
| Debtors. | Case No. 15-10952-KJC |

**DECLARATION OF MARK ROSENBAUM IN SUPPORT OF APPLICATION OF THE COMMITTEE OF STUDENT CREDITORS FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) AND BANKRUPTCY RULES 2014(a) AND 2016(b) APPROVING THE EMPLOYMENT AND RETENTION OF ROBINS KAPLAN LLP AS COUNSEL TO THE COMMITTEE OF STUDENT CREDITORS NUNC PRO TUNC TO MAY 16, 2015**

I, Mark Rosenbaum, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California, and duly admitted to practice before multiple federal district and circuit courts and the United States Supreme Court. I have filed a Pro Hac Vice application to practice before the Delaware Bankruptcy Court and the application is currently pending before the Court. I am the director of Public Counsel Opportunity Under Law. Each of the facts contained in this declaration is based

---

[1] The Debtors in these cases, along with the USBC case numbers, are: Corinthian Schools, Inc. 15-10955 (KJC); Rhodes Colleges, Inc. 15-10957 (KJC); Florida Metropolitan University, Inc., 15-10962 (KJC); Corinthian Property Group, Inc. 15-10966 (KJC); Titan Schools, Inc. 15-10970 (KJC); Career Choices, Inc. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., 15-10961 (KJC); Ashmead Education, Inc., 15-10967(KJC) ; MJB Acquisition Corporation, 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975 ; (KJC) Pegasus Education, Inc., 15-10953 (KJC); Grand Rapids Education Center, Inc., 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., 15-10960 (KJC); CDI Education USA, Inc. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); Socle Education, Inc., Case No. 15-10976 (KJC). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

upon my personal knowledge, and if called as a witness to do so, I could competently testify thereto.

2.    I make this declaration in support of the Application Of The Committee Of Student Creditors For An Order Under Bankruptcy Code Sections 328(a) And 1103(a) And Bankruptcy Rules 2014(a) And 2016(b) Approving The Employment And Retention Of Public Counsel As Counsel To The Committee Of Student Creditors *Nunc Pro Tunc* To May 16, 2015 (the "**Application**").

3.    Public Counsel has been requested to serve as special counsel to the Official Committee of Student Creditors (the "**Student Committee**") in the above-captioned bankruptcy cases, on the terms described in the Application.  Public Counsel anticipates that it will seek payment of the fees, along with any reimbursement of the expenses, incurred in connection with such services pursuant to sections 328, 330, 331 and 503(b) of the Bankruptcy Code, the local rules and UST Guidelines, and the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on May 26, 2015.

4.    Public Counsel is the nation's largest pro bono law firm.  In addition to its staff of over 70 attorneys, it works with thousands of volunteer attorneys from other law firms who assist in representing over 30,000 children, youth, families, and community organizations every year. The Firm provides a wide variety of legal services to low-income individuals, nonprofits and small businesses. The Firm has a Board of Directors that includes over 70 professionals in various fields.  Public Counsel's Board Members all serve on a volunteer basis, and in their capacity as Board Members, they provide financial oversight, set organizational strategy and policies, and assist with fundraising for the organization.  In their capacity as Board Members,

- 2 -

they do not have any attorney-client relationship with Public Counsel's clients, nor do they have any input into the conduct of individual cases.

5.    Public Counsel has numerous areas of specialization. Public Counsel Opportunity Under Law, which I direct, specializes in impact and class action cases that combat economic injustice. In particular, Opportunity Under Law regularly represents classes of students seeking to vindicate their rights to an education under state and federal law. Public Counsel Consumer Law Project specializes in consumer law and regularly represents indigent individuals and classes who have been subjected to consumer fraud or exploitation. Public Counsel Consumer Law Project also has a Debtor Assistance Project that provides legal assistance to low-income debtors confronting various legal bankruptcy issues and concerns. These multiple specializations make Public Counsel well qualified to represent the Student Committee. All members and associates of the Firm that will be working on this matter are duly admitted to practice in the appropriate state or federal courts of California. A summary of the qualifications of the Firm's attorneys that are primarily expected to work on this matter is attached hereto as Exhibit 1 and is incorporated herein by this reference.

6.    Public Counsel is a pro bono law firm and does not bill its clients for services. It does, however, regularly make applications for attorney's fees in state and federal court. The attorney's fees awards that Public Counsel receives constitute a critical portion of the budget that permits Public Counsel to continue to do its work. A summary of the customary hourly rates for those members of the Firm expected to render services to the Student Committee is attached hereto as Exhibit 2 and is incorporated herein by this reference. The customary hourly rates may be adjusted periodically to reflect the advancing experience, capabilities, and seniority of professionals. The Firm's customary hourly rates range from $750 to $925 for senior attorneys

61046493.1

with 20 to 40 years of experience, $690 to $740 for attorneys with 15 to 20 years of experience, $275 to $400 for attorneys with 1 to 3 years of experience, and $225 for paralegals. The fees that Public Counsel charges are consistent with the market rate of fees for attorneys with comparable areas of skill, expertise, and experience. Public Counsel regularly reviews the fees of attorneys practicing in both the private sector and other public interest law firms to confirm that its fees are in line with the fees of other similarly situated counsel

7. The Firm will not provide services or legal advice for matters or issues outside of student loan debt or bankruptcy law matters or issues. Without limiting the generality of the foregoing, the Firm will not provide advice or representation in the areas of healthcare, taxation, labor, securities, ERISA, corporate, real estate, probate/estate planning, criminal, or other specialties of the law.

8. The Student Committee requires special counsel to render the following types of professional services:

(a) to advise the Student Committee of students' rights under the Higher Education Act, federal regulations and other laws affecting student loan debt;

(b) to attend meetings and negotiate with the representatives of the Debtors and other parties in interest including those governmental entities that are also investigating and/or pursuing litigation against Corinthian;

(c) to provide assistance to Robins Kaplan as Bankruptcy Counsel regarding the consumer protection, student loan, and higher education laws affecting the Student Committee;

(d) to assist advise, and represent the Student Committee in investigating and analyzing potential lawsuits, where appropriate; and

61046493.1

(e)    to assist and advise the Student Committee in its examination, investigation, and analysis of the conduct of the Debtors' affairs, assets, and liabilities, and bring lawsuits, where appropriate.

9.    Public Counsel has examined its client database to determine whether it had or has any connections with the list of parties-in-interest as set forth on Exhibit 3. To the best of my knowledge, after conducting an investigation of potential conflicts of interest arising from the Firm's representation of the Student Committee, the Firm and the attorneys comprising or employed by it do not hold or represent an interest adverse to the Student Committee or the estates and do not have any connection with the Student Committee, the Debtors, the creditors, or any other party in interest in these cases, or their respective attorneys or accountants, except as stated herein.

10.    Insofar as I have been able to ascertain, neither I, nor Public Counsel, nor any attorney employed by Public Counsel, represents any other party-in-interest in these cases, or their attorneys or accountants, except as hereinafter set forth on Exhibit 4.

11.    As disclosed on Exhibit 4, the Firm or members of the Firm may (in the past, currently or in the future): (i) represent three of the students who are on the Committee and other students who hold student loan debt with Corinthian, (ii) serve as co-counsel or otherwise work on matters unrelated to the Debtors' bankruptcy cases with one or more of the professionals employed by Creditors, the estates, or other parties in interest or (iii) in the case of some of the Firm's Board members, serve on the Board of Directors of one or more of the Debtors' creditors, or have previously represented one or more of the Debtor entities.

12.    The Firm does not believe its relationships, as described above, constitute actual or potential conflicts. The Firm will supplement this disclosure and advise the Bankruptcy Court

- 5 -

and the United States Trustee if it becomes aware that any potential conflict has become actual or is likely to become actual.

13.     The Firm is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code in that the Firm, its shareholders, counsel, and associates:

(a)     are not creditors, equity security holders, or insiders;

(b)     are not and were not, within two (2) years before the date of the filing of the petitions, directors, officers, or employees of the Debtors; and

(c)     do not have interests materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

11 U.S.C. § 101(14).

14.     Except as specifically disclosed, to the best of my knowledge, the Firm has no connections with the Debtors, creditors or any party in interest, or their respective attorneys and accountants, or with the Office of the United States Trustee for the District of Delaware, or any person employed in the Office of the United States Trustee. In the event that in the performance of its duties, the Firm discovers any additional parties in these cases with whom it has connections, the Firm will file a supplemental declaration disclosing such connections.

15.     The Firm has agreed to accept appointment as counsel for the Student Committee with any compensation to be paid as described in the Application and approved by the Bankruptcy Court. There is no agreement or understanding between the Firm and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with the cases, except among attorneys at the Firm.

61046493.1

16.     Notice of the Application has been provided to: (i) Office of the United States Trustee for the District of Delaware; (ii) counsel to Debtors; (iii) counsel to Bank of America, N.A. in its capacity as Administrative Agent for the Lenders; (iv) counsel to the Official Committee of unsecured Creditors; and (v) all parties that have requested or that are required to receive notice pursuant to Bankruptcy Rule 2002.

17.     A proposed order granting the Application is attached as Exhibit C.

18.     The Firm has not agreed to any variations from, or alternatives to, the standard or customary billing arrangements for this engagement,

19.     The professionals included in this engagement have not varied their rate based on the geographic location of the bankruptcy cases.

20.     The Firm did not represent the Student Committee in the 12 months prepetition. The Firm did represent three members of the Student Committee and other Student Creditors as putative intervenors in *People v. Heald*, the California Attorney General's action against the Debtors. The Motion to Intervene was never filed with the court due to the filing of these Chapter 11 proceedings.

21.     The Student Committee has reviewed and approved this Application and the proposed budget for work to be completed through July 31, 2015.

22.     By reason of the foregoing, I believe Public Counsel is eligible for employment and retention by the Student Committee pursuant to sections 328 and 1103 of the Bankruptcy Code and the applicable Bankruptcy Rules.

61046493.1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of June, 2015.

/s/ Mark Rosenbaum
Mark Rosenbaum

# EXHIBIT 1



(http://www.site.org/home)

Search    **SEARCH**



# Mark Rosenbaum

Mark Rosenbaum is director of Public Counsel Opportunity Under Law, which aims to eliminate economic injustice.

He has argued four times before the United States Supreme Court, more than 25 before the Ninth and Sixth Circuit federal Courts of Appeal, three before the California Supreme Court and before the United States Court of Military Appeals.

Rosenbaum has been principal counsel in landmark cases in the areas of K-12 public and higher education, voting rights, poverty law and homelessness, racial, gender, class and sexual orientation discrimination, health care, immigrants' rights, foster care and criminal defendants' rights.

Among his many high profile cases, Rosenbaum was successful in securing over $1 billion for underserved schools in textbooks, qualified teachers and safe and sanitary school facilities (*Williams v. California*); redistricting Los Angeles County Board of Supervisor district lines to end over 118 years of discrimination against Latinos (*Garza v. Board of Supervisors*); invalidating Proposition 187 (*Gregorio T. v. Wilson*); overturning the conviction of Black Panther Geronimo Pratt and obtaining relief on behalf of severely disabled homeless veterans (*Valentini v. Shinseki*).

He currently teaches law at the University of California Irvine Law School and has also taught at UCLA, USC and Loyola law schools and currently teaches courses in liberty and equality and free speech to Chinese law students at Peking University of Transnational Law in Shenzhen, China. Rosenbaum graduated Phi Beta Kappa from the University of Michigan and from Harvard Law School. He is the recipient of numerous awards for his advocacy and has twice been named California Lawyer of the Year in civil rights.

He joined Public Counsel from his roles for over four decades with the American Civil Liberties Union (ACLU) of Southern California, most recently as Chief Counsel, and for over two decades as a professor of law at the University of Michigan, most recently as the Harvey Gunderson Professor from Practice, specializing in constitutional and civil rights law courses.



*(http://www.site.org/home)*

| Search | **SEARCH** |



# Anne Richardson

Anne Richardson is associate director of Public Counsel Opportunity Under Law, which aims to eliminate economic injustice.

Richardson joins Public Counsel from Hadsell Stormer Richardson & Renick based in Pasadena, California, where she specialized in complex employment and civil rights cases including discrimination, harassment, and retaliation, whistleblowers, privacy and other constitutional rights, consumer class actions, and international human rights law.  A seasoned trial and appellate attorney, she has represented plaintiffs in race, gender, and sexual orientation discrimination and harassment cases for over twenty years.

Richardson has earned a reputation as a preeminent civil rights practitioner over her 24 years as an attorney. Richardson has received national attention for cases involving wage and hour class actions (*United Steel v. ConocoPhillips*), whistleblower claims under Section 1983 (*Blair v. City of Pomona*) and international human rights law (*Doe v. Unocal*), for which she was named a California Lawyer Attorney of the Year in 2006. Since 2008 she has represented Obaidullah, a detainee at Guantanamo Bay who is seeking a fair hearing (*Obaydullah v. Obama*).

Over her career Richardson has been recognized numerous times as a leading attorney. She was named one of the Top 100 Lawyers in Southern California by Super Lawyers in 2014, and is regularly named one of the Top 50 Women Litigators in Southern California, has been recognized by Super Lawyers every year since 2004, has been listed in The Best Lawyers in America since 2003, is AV rated by Martindale Hubbell, and is a Charter Fellow of the Litigation Counsel of America.

In addition to her work inside the courtroom, Richardson has taught as an Adjunct Professor at Loyola and Whittier Law Schools. She received her B.A. from Swarthmore College, and her J.D. from Stanford Law School, where she graduated with distinction.  She clerked for the Honorable Mariana R. Pfaelzer of the United States District Court for the Central District of California.



(http://www.site.org/home)

| Search | **SEARCH** |

# Patrick Dunlevy

Patrick Dunlevy is the Directing Attorney of Public Counsel's Consumer Law Project (CLP). The CLP represents low-income clients who have been defrauded or taken advantage of in a consumer transaction. The CLP also assists low-income debtors faced with the prospect of having to file for bankruptcy.

Patrick began his legal career in 1992 as a Staff Attorney at the Inner City Law Center (ICLC) in Los Angeles. While there, he worked primarily on lawsuits affecting the homeless or tenants living in slum apartment buildings. In 1998, he became Director of Litigation at ICLC and continued in that capacity until 2003, when he left to join the Hadsell & Stormer law firm in Pasadena. At Hadsell & Stormer, he worked on numerous high profile and/or impact cases. These included a case against the California Highway Patrol (CHP) for discrimination in promotions, a case against Chevron for human rights abuses in Nigeria, a case against Unocal for human rights abuses in Burma, a case against the three major supermarket chains in California for wage and hour violations, and the South Central Farmers case, which involved destruction of the largest community garden in the United States. In 2007, he left Hadsell & Stormer to become a Staff Attorney at the Western Center on Law and Poverty (WCLP). Later that year, he became Deputy Director of Litigation at WCLP. While there, he worked on a lawsuit involving discrimination against the elderly and disabled at the Alexandria Hotel in downtown Los Angeles and on a major slum housing lawsuit that he began working on in 2006 when he was at Hadsell & Stormer. The slum housing lawsuit settled in 2009 and was among the largest per person settlements ever in a habitability lawsuit in Southern California.

Patrick received his JD degree from the UCLA School of Law and his bachelor's degree from Carleton College in Northfield, Minnesota.

# Magdalena Reyes Bordeaux



**Public Counsel
Supervising Attorney
Debtor Assistance Project**

Magdalena Reyes Bordeaux is the Supervising Attorney of Public Counsel's Debtor Assistance Project, the largest bankruptcy *pro se* program in the country. Ms. Bordeaux has been practicing consumer bankruptcy law for 17 years and has worked extensively with the Bankruptcy Courts for the Central District of California, Office of the United States Trustee, and private bankruptcy attorneys in developing and implementing ways to make the courts more accessible to *pro se* litigants.

Ms. Bordeaux has written numerous articles on consumer bankruptcy issues and is a frequent speaker at bankruptcy educational panels. In 2004, Ms. Bordeaux published an article in the California Bankruptcy Journal titled "Pro Se Debtors: Problems and Proposed Recommendations for Addressing the Needs of Unrepresented Debtors." In 2004, she was on the cover of Los Angeles Lawyer Magazine for her article on expunging a fraudulent bankruptcy from the public record. In 2013, Ms. Bordeaux published an article in the Central District Consumer Bankruptcy Attorney Association Newsletter titled "Are Lease Agreements Assumed by a Debtor in a Chapter 7 Enforceable Without a Validly Executed Reaffirmation Agreement?" Ms. Bordeaux has also been featured in the Los Angeles Daily Journal, Los Angeles Times, and La Opinion. In 2012, KPCC featured Ms. Bordeaux and her successful representation of one of her clients, who was both a victim of identity theft and a "bankruptcy hijacking" in a bankruptcy proceeding, and who was able to have this fraudulent bankruptcy expunged from the public record.

Ms. Bordeaux was the recipient of the National Association of Consumer Bankruptcy Attorneys President Henry J. Sommer Scholarship Award, a national award recognizing the outstanding contributions of a public interest attorney in the area of consumer bankruptcy law. Ms. Bordeaux was also the recipient of the National Conference of Bankruptcy Judges Hon. Cornelius Blackshear Fellowship Award.

Ms. Bordeaux is a 9th Circuit Judicial Conference Lawyer Representative and is an Executive Board Member of the Central District Consumer Bankruptcy Bar Association ("CDCBAA"). Ms Bordeaux is an active member of the Los Angeles Country Bar Association Commercial Law & Bankruptcy Debtor Assistance Project Committee and is also a member of the Latina Lawyers Bar Association and California Women Lead.

## MAGDALENA REYES BORDEAUX
Phone: (323) 819-0914 | Email: bordeauxmaggie@yahoo.com

## Professional Experience

### PUBLIC COUNSEL
*Supervising Attorney (5/09-Present)*
- Manage Public Counsel's Debtor Assistance Project ("DAP"). The DAP is the nation's largest and most successful bankruptcy *pro bono* bankruptcy program that provides bankruptcy legal services to over 4,000 unrepresented litigants every year.
- Represent and assist consumer debtors in motions to reopen, Chapter 7 bankruptcy cases, motions to expunge a fraudulent bankruptcy, motions to set aside dismissal, and reaffirmation proceedings.
- Supervise staff and volunteers of Public Counsel's Debtor Assistance Project.
- Collaborate and work extensively with the United States Bankruptcy Court, United States Bankruptcy Judges and United States District Court Judges on ways to handle the largest and most diverse unrepresented population in the country.

### WINTERBOTHAM PARHAM TEEPLE
*Staff Attorney (5/08-5/09)*
- Manage, organize and handle large volume of consumer bankruptcy cases from inception to discharge.
- Conduct client intakes and analyze available bankruptcy and non-bankruptcy legal options.
- Communicate effectively with clients, bankruptcy trustees and bankruptcy judges.

### LEGAL AID FOUNDATION OF LOS ANGELES
*Staff Attorney (8/04-5/08)*
- Represented debtors in Chapter 7 bankruptcy cases and negotiated settlements in adversary proceedings.
- Represented clients in consumer fraud, collection, tax and breach of contract matters.
- Drafted BAPCPA compliance materials for panel presentations to the California State Bar, Los Angeles County Bar and Office of the United States Trustee.

### PUBLIC COUNSEL
*Staff Attorney (4/00-8/04)*
- Represented debtors in bankruptcy adversary proceedings arising out of fraud, breach of contract and willful and malicious conversion claims.
- Successfully obtained expungement orders for identity theft victims.
- Successfully litigated consumer fraud and auto fraud cases, which included conducting depositions, preparing lay and expert witnesses for depositions and trial and drafting discovery requests and responses.

### FERNS GARWACKI & ADAMS
*Associate (3/99-4/00)*
- Represented creditors in state actions and bankruptcy adversary proceedings arising out of breach of contract, fraud and willful and malicious conversion claims.
- Drafted complaints, trial briefs, motion for summary judgment, stipulations and discovery.

## Education

**UCLA SCHOOL OF LAW**
Juris Doctor
Member, UCLA Moot Court Honors
Managing Editor, Bulletin of Law & Technology

**U.C. IRVINE**
Bachelor of Arts
Honors in Political Science
Dean's List

## Appointments

2012-present **NINTH CIRCUIT JUDICIAL CONFERENCE**
Lawyer Representative

2012-present **CENTRAL DISTRICT CONSUMER BANKRUPTCY ATTORNEY ASSOCIATION**
Board Member

2002-2005 **THE STATE BAR OF CALIFORNIA: STANDING COMMITTEE ON THE DELIVERY OF LEGAL SERVICES**
Appointed Member

## Professional Recognitions

2013 **NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEY**
President Emeritus Henry J. Sommer Scholarship Award Recipient

2009 **NATIONAL CONFERENCE OF BANKRUPTCY JUDGES**
Hon. Cornelius Blackshear Fellowship Award Recipient

## Published Opinion Pieces, Articles & Representative Media

"Are Public Benefits Overpayments Dischargeable," Central District Consumer Bankruptcy Attorney Association Newsletter, Volume 5, Issue 10 (June 2013)
"Immigrants, minorities especially vulnerable to bankruptcy scams," KPCC: Take Two with Ruxandra Guidi, (December 4, 2012)
"La bancarrota es cosa de todos: Los jovenes tambien resultan perjudicados por la crisis economica," La Opinion (April 10, 2012)
"Reaffirmation Agreements in Chapter 7 Bankruptcy Proceedings," Los Angeles Lawyer Magazine (2012)
"Working to avert bankruptcy crisis: Self-help clinics are lifeline for a court deluged with debtors who are unrepresented," Los Angeles Daily Journal (October 25, 2011)
"Access to Justice in Crisis: Self-Represented Parties and the Court," United States Bankruptcy Court Central District of California (2011)
"New Bankruptcy Law Increases Burden on Financially Strapped," Los Angeles Daily Journal (June 2, 2006)
"Debtors in Pretension," Los Angeles Lawyer Magazine Cover Story (September, 2004)
"*Pro Se* Debtors: Problems and Proposed Recommendations for Addressing the Needs of Unrepresented

Debtors," 27 Cal. Bankr. J. 169 (Spring 2004)

"Credit Aid Agency's Strategy Draws Fire," Los Angeles Times (December 24, 2001)

"A Little Time Goes a Long Way to Assist Low-Income Debtors," Los Angeles Daily Journal (July 5, 2001)

"Young, Free and in Debt," Asianweek.com (May 3, 2001)

"Oficina del migrante en Los Angeles", La Opinion (March 10, 2001)

"State Creates Office to Aid Immigrants," Los Angeles Times (March 10, 2001)

"Lawyers of the Year: featuring Public Counsel and featuring success of Debtor Assistance Project," California Lawyer (December 2000)

## Memberships & Professional Affiliations

Committee Member, Los Angeles County Bar Association Commercial Law & Bankruptcy Section Debtor Assistance Project Subcommittee

Committee Member, United States District Court Central District Pro Bono/Pro Se Committee

Member, American Bankruptcy Institute

Member, Latina Lawyers Bar Association

Member, California Women Lead

Past Member, Los Angeles County Bar Association Commercial Law & Bankruptcy Section Executive Committee

## Languages

Fluent in Spanish

## Computer Skills

Microsoft Word, WordPerfect, LexisNexis, BestCase, ProLaw & Microsoft Publisher

## Bar Membership

State Bar of California    SBN 195671

**Alisa Hartz**
Staff Attorney, Public Counsel Opportunity Under Law

Alisa Hartz has been a staff attorney at Public Counsel Opportunity Under Law since September 2014. She graduated in 2012 from the University of California, Irvine School of Law, where she was on the editorial board of the UC Irvine Law Review. Alisa served as a law clerk to the Honorable Dean D. Pregerson of the U.S. District Court for the Central District of California from 2012 to 2013, and to the Honorable Stephen Reinhardt of the Ninth Circuit Court of Appeals from 2013 to 2014. Alisa received a B.A. from Swarthmore College, an M.A. from the British Institute in Paris, and a Ph.D. in comparative literature from Brown University.

**Natalie Klasky**
Loyola Law School Fellow
Public Counsel, Consumer Law Project

In September of 2014, Natalie Klasky started her two year Loyola Law School Fellowship in the Consumer Law Project at Public Counsel.   The Fellowship focuses on the predatory practices and illegal acts of for-profit schools.  Natalie Klasky graduated from Loyola Law School in May of 2014.  During her summer as a rising second year, Natalie Klasky interned for Greenberg Traurig to develop a civil legal resources manual for Veterans in California.  As a second and third year law student, Natalie interned for Public Counsel's former Vice President Paul Freese, Levitt and Quinn Family Law Center, and New Directions for Veterans.  Natalie also participated in legal clinics and know your rights workshops at Covenant House, a transitional living facility for homeless youth.  Natalie received her B.A. in Political Science from California State University Northridge.

**Dexter Rappleye**
UC Irvine Public Service Fellow
Public Counsel Opportunity Under Law

Dexter Rappleye is a UC Irvine Public Service Fellow working with Public Counsel's Opportunity Under Law project. He is a 2014 graduate of UC Irvine School of Law. While in law school, Dexter served as a Senior Research Editor and as a Lead Article Editor for the UC Irvine Law Review. He also was a quarterfinalist in the 2014 Experian/Jones Day Moot Court competition, and organized a team of students to give pro bono assistance to low-income workers in Orange County.  In 2014, he worked for the Federal Public Defender for the Central District of California, doing trial prep work and assisting clients in pretrial negotiations. In 2013, he worked for labor union UNITE HERE Local 11, helping workers in Southern California's hotel and food service industries to organize and assert their rights in the workplace. In 2013, he assisted civil right attorney Paul Hoffman with a U.S. Supreme Court merits brief, *Kiobel v. Royal Dutch Petroleum*, and other federal civil rights lawsuits.

# EXHIBIT 2

EXHIBIT 2
Customary Hourly Rates for Attorneys and Staff at Public Counsel
Expected to Provide Services in This Matter

| Professional | 2015 Rates |
|---|---|
| Mark Rosenbaum, Director, Opportunity Under Law | $925.00 |
| Anne Richardson, Associate Director, Opportunity Under Law | $775.00 |
| Patrick Dunlevy, Director, Consumer Law Project | $750.00 |
| Magdalena Bordeaux, Supervising Senior Staff Attorney | $690.00 |
| Alisa Hartz, Staff Attorney | $350.00 |
| Dexter Rappleye, UC Irvine Public Service Fellow | $275.00 |
| Natalie Klasky, Loyola Law School Fellow | $275.00 |
| Paralegal | $225.00 |

# EXHIBIT 3

EXHIBIT 3
Schedule of Searched Parties

## Debtor and Affiliates
- Corinthian Schools, Inc.
- Rhodes Colleges, Inc.
- Florida Metropolitan University, Inc.
- Corinthian Property Group, Inc.
- Titan Schools, Inc.
- Career Choices, Inc.
- Sequoia Education
- Eton Education, Inc.
- Ashmead Education, Inc.
- MJB Acquisition Corporation
- ECAT Acquisition, Inc.
- Pegasus Education, Inc.
- Grand Rapids Education Center, Inc.
- Rhodes Business Group, Inc.
- Everest College  Phoenix, Inc.
- CDI Education USA, Inc.
- SP PE VII-B Heald Holdings Corp.
- SD III-B Heald Holdings Corp.
- Heald Capital LLC
- Heald Real Estate, LLC
- Heald Education, LLC
- Heald College, LLC
- Quickstart Intelligence Corporation
- Socle Education, Inc.

## 30 Largest Creditors
- Barclays
- Ambassador Education Solutions
- Eloyalty LLC
- Studentscout
- McKinley Avenue LLC
- Cooley LLP
- Equity One, Inc.
- Aerotek
- Payne & Fears LLP
- Toronto College Park
- Lampert 25500 Industrial Blvd., LLC
- Store Master Fund
- Academixdirect, Inc.
- Marriott Hotel Services, Inc.
- Walgreens of Hawaii
- Successfactors, Inc.

- Palm Springs Mile Associates
- Squar, Milner, Peterson, Miranda & Williamson
- Graebel Relocation Svc Worldwide
- Rackspace Hosting
- Tallan, Inc.
- Deccan Plateau Corporation
- Watt Long Beach LLC
- Paul Dimeo
- Michelle Lee Reed Zagorski
- Tri Dimensional Solutions, Inc.
- Dyntek Services
- R.R.G. Investment Fund
- Jones Lang Lasalle Inc.
- U.S. Department of Education

## Student Creditors

- Aeyla Admire
- Nadia Akins
- Isaac Barragan
- Isabel Carranza
- Tiffany Contreras
- Tasha Courtright
- Sarah Dieffenbacher
- Jaclyn Dingess
- Nathan Hornes
- Amber Thompson
- Krystle Powell
- Drystal Valenciano
- Brittany Ann Smith Jackl
- Michael Adorno-Miranda
- Crystal Loeser
- Jessica King
- Student Committee of Corinthian's Bankruptcy Estate

## Current and Recent Former Officers and Directors

- Adler, Hank
- Altschuler, Rupert
- Austin, Gloria
- Bereczky, Andrew
- Black, Kelly
- Bosic, Robert
- Buchanan, William
- Bunje, Robert
- Carnagey, Nikee
- Cassetta, Carmella
- Crow, Steve

- Dean, Kim
- Deshon, Eeva
- Dionisio, John
- Dunlap, Anna Marie
- Ferguson, Mark
- Flores, Melissa
- Gold, Darren
- Guida, Anthony
- Hartshorn, Terry
- Kane, Alice
- Kennedy, Julia
- Lee, Robert
- Luedtke, Luther
- Massimino, Jack
- McCabe, Michael
- Mirr, Jim
- Morial, Marc H.
- Mortensen, Stan
- Ord, Kenneth
- Owen, Robert
- Pelesh, Mark
- Persavich, Jon
- Poldoian, David
- Rajasalu, Eric
- Ramsay, Sandra
- Rawls, Terry
- Robinson, Sharon P.
- Scherer, Diana
- Schnitker, Kelly
- Semaan, Hicham
- Simpson, Richard
- Skladany, Linda Arey
- St. Pierre, Paul
- Stiglich, Michael
- Streets, Fran
- Sullivan, Tim
- Van Duinen, Roger
- Vignone, Andrew
- Wade, Jim
- Wilson, Beth

**Banks**

- 1st National Bank of Wyoming
- Bank of America
- Bank of Montreal
- Bank of the West
- BMO Harris Bank, N.A.
- California Bank and Trust

- Capital West
- City National Bank
- City National Bank of West Virginia
- Commerce National Bank
- First Hawaiian Bank
- MUFG Union Bank, N.A.
- Northern Trust
- One West Bank
- OneWest Bank N.A.
- PNC Bank
- S&T Bank
- Sun Trust
- U.S. Bank Special Assets Group
- U.S. Bank, N.A.
- Union Bank
- Union Bank of California

**United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members)**
- Attix, Lauren
- Bello, Rachel
- Bird, David D.
- Buchbinder, David
- Capp, Laurie
- Carey, Kevin J.
- DeAngelis, Roberta A.
- Dortch, Shakima L.
- Farrell, Catherine
- Fox, Timothy J., Jr.
- Gadson, Danielle

- Giordano, Diane
- Green, Christine
- Gross, Kevin
- Grottini, Donna
- Hackman, Benjamin
- Haney, Laura
- Heck, Jeffrey
- Hunt, Nancy
- Johnson, Lora
- Kenney, Mark
- Leamy, Jane
- Marvel, Ivone
- Murray, Tony
- O'Malley, James R.
- Panacio, Michael
- Patton, Tiiara
- Sarkessian, Juliet
- Scaruzzi, Sherry
- Schepacarter, Richard
- Silverstein, Laurie S.
- Shannon, Brendan L.
- Sontchi, Christopher S.
- Szymanski, Cheryl
- Tinker, T. Patrick
- Vinson, Ramona
- Walker, Jill
- Walrath, Mary F.
- Werkheiser, Rachel
- West, Michael
- Wynn, Dion

EXHIBIT 4

**EXHIBIT 4**
ROSENBAUM DECLARATION
PUBLIC COUNSEL DISCLOSURES

| Name Searched/ Name Provided by Debtors | Category of Party in Interest to Debtor | Comments and Status |
|---|---|---|
| Admire, Aeyla | Student Creditor | PC was representing this student as a putative intervenor in the California Attorney General's lawsuit against Debtors until that action was stayed by the filing of these Chapter 11 proceedings |
| Akins, Nadia | Student Creditor | PC was representing this student as a putative intervenor in the California Attorney General's lawsuit against Debtors until that action was stayed by the filing of these Chapter 11 proceedings |
| Bank of America | Bank | An attorney from the bank volunteered to represent a client referred by PC for pro bono services in a matter wholly unrelated to Debtors' Chapter 11 Cases. |
| Barragan, Isaac | Student Creditor | PC was representing this student as a putative intervenor in the California Attorney General's lawsuit against Debtors until that action was stayed by the filing of these Chapter 11 proceedings |
| Carranza, Isabel | Student Creditor | PC was representing this student as a putative intervenor in the California Attorney General's lawsuit against Debtors until that action was stayed by the filing of these Chapter 11 proceedings |
| City National Bank | Bank | PC Board Member Salvador Mendoza is senior vice president and manager of City National Bank's Community Reinvestment |

| | | |
|---|---|---|
| | | Department. PC Board Member Kenneth Ziffren was a former director and member of the entity's audit committee. In their capacity as Board Members, they do not have any attorney-client relationship with PC's clients, nor do they have any input into the conduct of individual cases. |
| Contreras, Tiffany | Student Creditor | PC was representing this student as a putative intervenor in the California Attorney General's lawsuit against Debtors until that action was stayed by the filing of these Chapter 11 proceedings |
| Cooley LLP | Debtor's Professional | Four attorneys from the firm volunteered to represent a client referred by Public Counsel for pro bono services in matters wholly unrelated to Debtors' Chapter 11 Cases. |
| Courtright, Tasha | Student Creditor | PC was representing this student as a putative intervenor in the California Attorney General's lawsuit against Debtors until that action was stayed by the filing of these Chapter 11 proceedings |
| Dieffenbacher, Sarah | Student Creditor | PC was representing this student as a putative intervenor in the California Attorney General's lawsuit against Debtors until that action was stayed by the filing of these Chapter 11 proceedings |
| Dingess, Jaclyn | Student Creditor | PC was representing this student as a putative intervenor in the California Attorney General's lawsuit against Debtors until that action was stayed by the filing of these Chapter 11 proceedings |

2

| | | |
|---|---|---|
| Flores, Melissa | Current and Recent Former Officers and Directors | In the past PC provided pro bono representation to a client with this name. PC provides legal services to low income individuals and does not believe that this current or recent former officer or director was PC's client. However, without additional identifying information, we cannot be certain. |
| Hornes, Nathan | Student Creditor | PC was representing this student as a putative intervenor in the California Attorney General's lawsuit against Debtors until that action was stayed by the filing of these Chapter 11 proceedings |
| Lee, Robert | Current and Recent Former Officers and Directors | In the past PC provided pro bono representation to two clients with this name. PC provides legal services to low income individuals and does not believe that this current or recent former officer or director was PC's client. However, without additional identifying information, we cannot be certain. |
| Payne & Fears LLP | Debtor's Professional | An attorney from the firm volunteered to represent a client referred by Public Counsel for pro bono services in a matter wholly unrelated to Debtors' Chapter 11 Cases. |
| Powell, Krystle | Student Creditor | PC was representing this student as a putative intervenor in the California Attorney General's lawsuit against Debtors until that action was stayed by the filing of these Chapter 11 proceedings |

3

| | | |
|---|---|---|
| Robinson, Sharon P. | Current and Recent Former Officers and Directors | In the past PC provided pro bono representation to a client with this name. PC provides legal services to low income individuals and does not believe that this current or recent former officer or director was PC's client. However, without additional identifying information, we cannot be certain. |
| Sullivan, Tim | Current and Recent Former Officers and Directors | In the past PC provided pro bono representation to one or more clients with this name. PC provides legal services to low income individuals and does not believe that this current or recent former officer or director was PC's client. However, without additional identifying information, we cannot be certain. |
| Thompson, Amber | Student Creditor | PC was representing this student as a putative intervenor in the California Attorney General's lawsuit against Debtors until that action was stayed by the filing of these Chapter 11 proceedings |
| Valenciano, Crystal | Student Creditor | PC was representing this student as a putative intervenor in the California Attorney General's lawsuit against Debtors until that action was stayed by the filing of these Chapter 11 proceedings |
| Wade, Jim | Current and Recent Former Officers and Directors | In the past PC provided pro bono representation to a client with this name. PC provides legal services to low income individuals and does not believe that this current or recent former officer or director was PC's client. However, without additional identifying information, we |

4

cannot be certain.

5