### EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al. [1] | (Jointly Administered) |
| Debtor. | Case No. 15-10952-KJC |

### DECLARATION OF SCOTT F. GAUTIER IN SUPPORT OF APPLICATION OF THE COMMITTEE OF STUDENT CREDITORS FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) AND BANKRUPTCY RULES 2014(a) AND 2016(b) APPROVING THE EMPLOYMENT AND RETENTION OF ROBINS KAPLAN LLP AS COUNSEL TO THE COMMITTEE OF STUDENT CREDITORS *NUNC PRO TUNC* TO MAY 16, 2015

I, Scott F. Gautier, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California, and duly admitted to practice before the United States Bankruptcy Court for the Central District of California. I have filed a Pro Hac Vice application to practice before the Delaware Bankruptcy Court and an order has been entered granting same. I am a partner in the law firm of Robins Kaplan LLP (the "**Firm**"). Each of the facts contained in this declaration is based upon my personal knowledge, and if called as a witness to do so, I could competently testify thereto.

---

[1] The Debtors in these cases, along with the USBC case numbers, are: Corinthian Schools, Inc. 15-10955 (KJC); Rhodes Colleges, Inc. 15-10957 (KJC); Florida Metropolitan University, Inc., 15-10962 (KJC); Corinthian Property Group, Inc. 15-10966 (KJC); Titan Schools, Inc. 15-10970 (KJC); Career Choices, Inc. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., 15-10961 (KJC); Ashmead Education, Inc., 15-10967(KJC) ; MJB Acquisition Corporation, 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975 ; (KJC) Pegasus Education, Inc., 15-10953 (KJC); Grand Rapids Education Center, Inc., 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., 15-10960 (KJC); CDI Education USA, Inc. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); Socle Education, Inc., Case No. 15-10976 (KJC). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

- 15 -

2.      I make this declaration in support of the Application Of The Committee Of Student

Creditors For An Order Under Bankruptcy Code Sections 328(a) And 1103(a) And Bankruptcy

Rules 2014(a) And 2016(b) Approving The Employment And Retention Of Robins Kaplan LLP

As Counsel To The Committee Of Student Creditors *Nunc Pro Tunc* To May 16, 2015 (the

"**Application**").

3.      The Firm has been requested to serve as bankruptcy counsel to the Official

Committee of Student Creditors (the "**Student Committee**") in the above-captioned bankruptcy

cases, on the terms described in the Application. The Firm anticipates that it will seek payment

of the fees, along with any reimbursement of the expenses, incurred in connection with such

services pursuant to sections 328, 330, 331 and 503(b) of the Bankruptcy Code, the local rules

and UST Guidelines, and the Court's Order Establishing Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals, entered on May 26, 2015.

4.      Among other practice groups, the Firm has a group that specializes in business

bankruptcy and restructuring and is well qualified to represent the Student Committee. All

members and associates of the Firm that will be working on this matter are duly admitted to

practice in the appropriate state and/or federal courts of California or Minnesota. A summary of

the qualifications of the Firm's attorneys that are primarily expected to work on this matter is

attached hereto as Exhibit 1 and is incorporated herein by this reference.

5.      A summary of the customary hourly rates for those members of the Firm expected to

render services to the Student Committee is attached hereto as Exhibit 2 and is incorporated

herein by this reference. The customary hourly rates may be adjusted periodically to reflect the

advancing experience, capabilities, and seniority of professionals, as well as general economic

factors. The Firm's customary hourly rates range from $400 to $810 for partners, principals and

- 16 -

of counsel attorneys, $360 to $495 for associates, and $195 to $225 for paralegals. The Firm will not provide services or legal advice for matters or issues outside of insolvency or bankruptcy law matters or issues. Without limiting the generality of the foregoing, the Firm will not provide advice or representation in the areas of healthcare, taxation, labor, securities, ERISA, corporate, real estate, probate/estate planning, criminal, or other non-bankruptcy or non-debtor/creditor specialties of the law.

      6.    The Student Committee requires bankruptcy counsel to render the following types of professional services:

      (a)    to advise the Student Committee of its rights, duties, and powers in these chapter 11 cases;

      (b)    to assist, advise, and represent the Student Committee in its consultation with the Debtors relative to the administration of these chapter 11 cases;

      (c)    to assist, advise, and represent the Student Committee in investigating and analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales or dispositions, and bring lawsuits, where appropriate;

      (d)    to attend meetings and negotiate with the representatives of the Debtors and secured creditors and other parties in interest;

      (e)    as related to the interests of the thousands of students of the Debtors, to assist and advise the Student Committee in its examination, investigation of the conduct of the Debtors, the financial condition of the Debtors, and the operation of the Debtors' businesses and bring lawsuits, where appropriate;

- 17 -

(f)     to assist the Student Committee in the review, analysis, and negotiation of any

plan of reorganization or liquidation that may be filed and to assist the Student

Committee in the review, analysis, and negotiation of the disclosure statement

accompanying any plan of reorganization or liquidation;  and

(g)     to assist the Student Committee in the review, analysis, and negotiation of any

financing or funding agreements.

7.      Robins Kaplan has examined its client database to determine whether it had or has

any connections with the list of parties-in-interest as set forth on Exhibit 3.  To the best of my

knowledge, after conducting an investigation of potential conflicts of interest arising from the

Firm's representation of the Student Committee, the Firm and the attorneys comprising or

employed by it do not hold or represent an interest adverse to the Student Committee or the

estates and do not have any connection with the Student Committee, the Debtors, the creditors,

or any other party in interest in these cases, or their respective attorneys or accountants, except as

stated on Exhibit 4.

8.      Insofar as I have been able to ascertain, neither I, nor Robins Kaplan, nor any

partner, counsel, of counsel, or associate of Robins Kaplan, represents any other party-in-interest

in these cases, or their attorneys or accountants, except as hereinafter set forth on Exhibit 4.

9.      In matters unrelated to the Debtors' bankruptcy cases, the Firm or members of the

Firm may (in the past, currently or in the future): (i) represent one or more creditors of the

Debtors or other parties in interest in the Debtors' bankruptcy cases, (ii) serve as co-counsel or

otherwise work with one or more of the professionals employed by the estates or other parties in

interest, or (iii) socialize with one or more of the parties in interest and/or their professionals.

- 18 -

10.    The Firm does not believe its relationships, as described above, constitute actual or potential conflicts. The Firm will supplement this disclosure and advise the Bankruptcy Court and the United States Trustee if it becomes aware that any potential conflict has become actual or is likely to become actual.

11.    The Firm is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code in that the Firm, its shareholders, counsel, and associates:

    (a)    are not creditors, equity security holders, or insiders;

    (b)    are not and were not, within two (2) years before the date of the filing of the petitions, directors, officers, or employees of the Debtors; and

    (c)    do not have interests materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

11 U.S.C. § 101(14).

12.    Except as specifically disclosed, to the best of my knowledge, the Firm has no connections with the Debtors, creditors or any party in interest, or their respective attorneys and accountants, or with the Office of the United States Trustee for the District of Delaware, or any person employed in the Office of the United States Trustee. In the event that in the performance of its duties, the Firm discovers any additional parties in these cases with whom it has connections, the Firm will file a supplemental declaration disclosing such connections.

13.    The Firm has agreed to accept appointment as counsel for the Student Committee with any compensation to be paid as described in the Application and approved by the Bankruptcy Court. There is no agreement or understanding between the Firm and any other

entity for the sharing of compensation received or to be received for services rendered in or in connection with the cases, except among attorneys at the Firm.[1]

14.    Notice of the Application has been provided to: (i) Office of the United States Trustee for the District of Delaware; (ii) counsel to Debtors; (iii) counsel to Bank of America, N.A. in its capacity as Administrative Agent for the Lenders; (iv) counsel to the Official Committee of unsecured Creditors; and (v) all parties that have requested or that are required to receive notice pursuant to Bankruptcy Rule 2002.

15.    A proposed order granting the Application is attached as Exhibit C.

16.    The Firm has not agreed to any variations from, or alternatives to, the standard or customary billing arrangements for this engagement,

17.    The professionals included in this engagement have not varied their rate based on the geographic location of the bankruptcy cases.

18.    The Firm did not represent the Student Committee in the 12 months prepetition.

19.    The Student Committee has reviewed and approved this Application and the proposed budget for work to be completed through July 31, 2015.

20.    By reason of the foregoing, I believe Robins Kaplan is eligible for employment and retention by the Student Committee pursuant to sections 328 and 1103 of the Bankruptcy Code and the applicable Bankruptcy Rules.

---

[1] While the Firm does not share any fees with Public Counsel, LLC, the Firm makes periodic charitable contributions to Public Counsel, LLC. In addition to paid engagements, Public Counsel, LLC is the largest pro bono law firm in the nation that relies, in part, on charitable contributions from donors to fund a wide spectrum of services for people who live at or below the poverty level.

61043156.1
50606781.1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of June, 2015.

/s/ Scott F. Gautier
Scott F. Gautier

61043156.1
50606781.1

# EXHIBIT 1

# ROMAN SILBERFELD

- **Experience**

Trial lawyer Roman Silberfeld has an impressive record of courtroom success across many of complex civil litigation's challenging disciplines. Mr. Silberfeld's trial and appellate experience includes business and high technology matters, product liability, professional negligence and mass tort litigation, with particular emphasis on multi-state, multi-party, and class action litigation. Along with a meticulous dedication to the demands of the courtroom, Mr. Silberfeld brings an always-courteous and easy going demeanor to his practice.

Mr. Silberfeld gained national recognition for his role as lead trial counsel in litigation brought on behalf of client Celador International, creator of the "Who Wants to be a Millionaire?" game show. The case's $269.4 million jury verdict—plus $50 million in prejudgment interest—is the largest verdict, at the time, ever obtained in a "Hollywood accounting" lawsuit. In addition, Mr. Silberfeld has repeatedly served as the court-appointed Lead Counsel or Chair of court appointed litigation committees in multi-party, complex litigation including the *In Re Chocolate Antitrust Litigation* currently pending in the Middle District of Pennsylvania. A member of the Robins Kaplan LLP Executive Board, Mr. Silberfeld also serves as the firm's National Trial Chair. In this role, Mr. Silberfeld marshals those proven and effective trial strategies, tactics and techniques to benefit the firm's clients both in California and across the country.

**Related Experience**

Mr. Silberfeld's court-appointed roles included:

- Lead Counsel in nationwide Gammagard blood products litigation (1996 - 2001). Litigation involved claims against a health care company for contaminated blood products resulting in the contraction of Hepatitis C.
- Chair, Plaintiff's Steering Committee, California coordinated breast-implant litigation (1992-1997)
- Chair, Diethylstilbestrol Litigation Group (1980-1996)
- Lead Counsel, New York State Diethylstilbestrol Trials (1996)
- Lead Counsel in Los Angeles County Asbestos Litigation (1982 - 1992)

- **Education**

Loyola Law School, Los Angeles, J.D. (1974), Associate Editor of the Law Review; UCLA, with honors

## HOWARD J. WEG

- **Experience**

In his representation of all constituents in business workouts and chapter 11 cases, Howard Weg leads clients in the value-driven resolution of the collective issues that arise in restructuring financially distressed businesses.

Mr. Weg's experience includes prominent restructurings and chapter 11 cases, such as for the owners of "The Terminator" and other motion picture franchises and movie rights, restaurant franchises, the Los Angeles Bonaventure Hotel, hotels and casinos, office buildings, industrial properties, hospitals and power companies. He represents parties involved in workouts and chapter 11 cases including:

- o  Debtors and creditors
- o  Committees
- o  Licensees and licensors
- o  Buyers and sellers
- o  Investors
- o  Counter parties to financial contracts

His industry experience spans from middle-market companies to major corporations in such sectors as power and energy, entertainment, film and TV, real estate, hospitality and quick service franchised restaurant operations.

An active leader in the bankruptcy bar, Mr. Weg currently serves on the Board of Directors of the American College of Bankruptcy and regularly leads programs at the Practising Law Institute in San Francisco and New York.

Mr. Weg's professional leadership in the bankruptcy community includes serving as Regent for the Ninth Circuit for the American College of Bankruptcy prior to his election to its Board of Directors. He also served on the Executive Committee and chaired the Education Committee of the Business Law Section of the State Bar of California, as well as serving on several committees of the American Bar Association. In addition, Mr. Weg is a past president and member of the board of governors of the Financial Lawyers Conference.

His numerous articles on bankruptcy, workouts and restructuring have appeared in the *Commercial Law Journal, California Bankruptcy Court Reporter, Real Estate Law Journal, and Business Law News.* He has been the featured speaker and panelist on programs hosted by the American Bar Association, American Bankruptcy Institute, Practicing Law Institute, State Bar of California and Financial Lawyers Conference.

61044233.1

A graduate of Yale Law School, from which he earned his LL.M., Mr. Weg was named "Bankruptcy Lawyer of the Year" by the Century City Bar Association. His additional professional recognitions include being named a Southern California "Super Lawyer," listed in *The Best Lawyers in America, and Chambers USA: America's Leading Lawyers for Business.*

## SCOTT F. GAUTIER

- **Experience**

Scott Gautier represents corporate debtors, creditors, committees, equity holders and acquirers in distressed financial situations. He has had significant roles in bankruptcy cases of national prominence. He also represents and reorganizes mid-market companies, including recent chapter 11 representations for Wagstaff, Inc. (KFC franchise); Sexy Hair, LLC; Ritz Interactive, Inc.; The Halcyon Group ("The Terminator" film franchise); Skyguard (a JD Powers company); Industrial Parts Depot, Inc.; and Applause, LLC.

His most recent engagements have been in the health care, real estate, entertainment, hazardous waste, and restaurant franchise industries. Regardless of the industry, Mr. Gautier's most rewarding cases are those in which he can help entrepreneurs realize value from their life's work when faced with financial crisis. Among other major cases, in 2011-2013, he counseled the owner of 77 KFC restaurants in its chapter 11 proceedings, which included a major challenge to the rights of franchisees to assume beneficial contracts and reject problematic ones in bankruptcy. Mr. Gautier also led Closet World LLC and affiliates through its reorganization and emergence from bankruptcy protection.

In addition to traditional bankruptcy roles, Mr. Gautier has served in various roles in a number of out-of-court financial restructuring matters and advises clients on debtor-creditor issues in non-bankruptcy matters. His recent out-of-court restructuring assignments have included, among others, several significant real estate concerns, one of the nation's largest produce-processing and packaging concerns, and a specialty manufacturer of art sculpture for one of the world's top-selling contemporary artists.

Mr. Gautier is a director of the American Bankruptcy Institute and a former director for the Southern California Turnaround Managers Association. He regularly writes and speaks on financial restructuring and insolvency issues for local and national conferences.

- Education

Chicago-Kent College of Law, J.D., *with honors,* Order of the Coif (1997); The Ohio State University, B.S. (1993)

61044233.1

## LORIE A. BALL

- **Experience**

Lorie Ball focuses her practice on bankruptcy and corporate reorganization law with experience representing debtors, creditors' and bondholders' committees, secured and unsecured financial institutions, and lender syndicates. Ms. Ball also has experience practicing general corporate law, real estate, and bankruptcy with an emphasis on large complex matters.

- **Education**

Loyola Law School, Los Angeles, J.D., cum laude (2000); Loyola Law School Entertainment Law Review, Staff Writer (1999); Loyola Law School Byrne Trial Advocacy Team (1999) California State University Fullerton, B.A. in Political Science, Minor in Criminal Justice, with honors (1996)

## CYNTHIA C. HERNANDEZ

- **Experience**

Judicial Intern to the Honorable Shelley Gaylord, Dane County Circuit Court. Prior to law school, worked at a Texas accounting firm auditing and consulting on internal controls for financial institutions, manufacturers, distributors, and retailers. Also focused in Sarbanes-Oxley consulting and remediation evaluation of internal controls in Mexico and the United States. During undergraduate studies, completed an internship with Ford Motor Company where she gained valuable experience in dealership operations.

- **Education**

University of Wisconsin Law School, J.D., Wisconsin Journal of Law, Gender & Society, Articles Editor and Business Editor; University of Texas at El Paso, B.B.A. in Accounting, *magna cum laude* and University Honors Degree, Beta Gamma Sigma

## Denise R. Wymore

Ms. Wymore has more than 20 years of experience in the legal field. Prior to being employed at Robins Kaplan LLP, Ms. Wymore was employed by Peitzman Weg LLP as a bankruptcy paralegal, Ms. Wymore was also employed as a bankruptcy paralegal with the firms of Kirkland & Ellis, LLP, Irell & Manella, LLP and Levene & Eisenberg, P.C. Ms. Wymore attended Cerritos College and majored in Paralegal Studies.

61044233.1

### Diana Tehranfar

Ms. Tehranfar has more than eight years of experience in the legal field. Prior to her employment at Robins Kaplan, Ms. Tehranfar was employed at Peitzman Weg LLP, as a bankruptcy paralegal; Ms. Tehranfar was employed as a litigation paralegal with the firm Beverly Hills Law Associates. Ms. Tehranfar earned her bachelor's degree in Paralegal Studies, Legal Assistant Specialist Certificate, Corporation Specialist Certificate, and Litigation Specialist Certificate from the University of West Los Angeles, School Of Paralegal Studies. Ms. Tehranfar is also a 2009 graduate of the University of West Los Angeles, School of Law.

# EXHIBIT 2

EXHIBIT B
### Customary Hourly Rates for Members of Robins Kaplan Expected to Provide Services In this Matter

| Professional | 2015 Rates |
|---|---|
| Roman Silberfeld, Partner | $810.00 |
| Howard Weg, Partner | $795.00 |
| Scott F. Gautier, Partner | $675.00 |
| Lorie Ball, Associate | $450.00 |
| Cynthia C. Hernandez | $470.00 |
| Paralegals | $225.00 |

61042960.1

# EXHIBIT 3

EXHIBIT 3
Schedule of Searched Parties

## Debtor and Affilliates

- Corinthian Schools, Inc.
- Rhodes Colleges, Inc.
- Florida Metropolitan University, Inc.
- Corinthian Property Group, Inc.
- Titan Schools, Inc.
- Career Choices, Inc.
- Sequoia Education
- Eton Education, Inc.
- Ashmead Education, Inc.
- MJB Acquisition Corporation
- ECAT Acquisition, Inc.
- Pegasus Education, Inc.
- Grand Rapids Education Center, Inc.
- Rhodes Business Group, Inc.
- Everest College  Phoenix, Inc.
- CDI Education USA, Inc.
- SP PE VII-B Heald Holdings Corp.
- SD III-B Heald Holdings Corp.
- Heald Capital LLC
- Heald Real Estate, LLC
- Heald Education, LLC
- Heald College, LLC
- Quickstart Intelligence Corporation
- Socle Education, Inc.

## 30 Largest Creditors

- Barclays
- Ambassador Education Solutions
- Eloyalty LLC
- Studentscout
- McKinley Avenue LLC
- Cooley LLP
- Equity One, Inc.
- Aerotek
- Payne & Fears LLP
- Toronto College Park
- Lampert 25500 Industrial Blvd., LLC
- Store Master Fund
- Academixdirect, Inc.
- Marriott Hotel Services, Inc.
- Walgreens of Hawaii
- Successfactors, Inc.

- Palm Springs Mile Associates
- Squar, Milner, Peterson, Miranda & Williamson
- Graebel Relocation Svc Worldwide
- Rackspace Hosting
- Tallan, Inc.
- Deccan Plateau Corporation
- Watt Long Beach LLC
- Paul Dimeo
- Michelle Lee Reed Zagorski
- Tri Dimensional Solutions, Inc.
- Dyntek Services
- R.R.G. Investment Fund
- Jones Lang Lasalle Inc.
- U.S. Department of Education

**<u>Student Creditors</u>**

- Aeyla Admire
- Nadia Akins
- Isaac Barragan
- Isabel Carranza
- Tiffany Contreras
- Tasha Courtright
- Sarah Dieffenbacher
- Jaclyn Dingess
- Nathan Hornes
- Amber Thompson
- Krystle Powell
- Drystal Valenciano
- Brittany Ann Smith Jackl
- Michael Adorno-Miranda
- Crystal Loeser
- Jessica King
- Student Committee of Corinthian's Bankruptcy Estate

**<u>Current and Recent Former Officers and Directors</u>**

- Adler, Hank
- Altschuler, Rupert
- Austin, Gloria
- Bereczky, Andrew
- Black, Kelly
- Bosic, Robert
- Buchanan, William
- Bunje, Robert
- Carnagey, Nikee
- Cassetta, Carmella
- Crow, Steve

- Dean, Kim
- Deshon, Eeva
- Dionisio, John
- Dunlap, Anna Marie
- Ferguson, Mark
- Flores, Melissa
- Gold, Darren
- Guida, Anthony
- Hartshorn, Terry
- Kane, Alice
- Kennedy, Julia
- Lee, Robert
- Luedtke, Luther
- Massimino, Jack
- McCabe, Michael
- Mirr, Jim
- Morial, Marc H.
- Mortensen, Stan
- Ord, Kenneth
- Owen, Robert
- Pelesh, Mark
- Persavich, Jon
- Poldoian, David
- Rajasalu, Eric
- Ramsay, Sandra
- Rawls, Terry
- Robinson, Sharon P.
- Scherer, Diana
- Schnitker, Kelly
- Semaan, Hicham
- Simpson, Richard
- Skladany, Linda Arey
- St. Pierre, Paul
- Stiglich, Michael
- Streets, Fran
- Sullivan, Tim
- Van Duinen, Roger
- Vignone, Andrew
- Wade, Jim
- Wilson, Beth

**Banks**

- 1st National Bank of Wyoming
- Bank of America
- Bank of Montreal
- Bank of the West
- BMO Harris Bank, N.A.
- California Bank and Trust

- Capital West
- City National Bank
- City National Bank of West Virginia
- Commerce National Bank
- First Hawaiian Bank
- MUFG Union Bank, N.A.
- Northern Trust
- One West Bank
- OneWest Bank N.A.
- PNC Bank
- S&T Bank
- Sun Trust
- U.S. Bank Special Assets Group
- U.S. Bank, N.A.
- Union Bank
- Union Bank of California

**United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members)**

- Attix, Lauren
- Bello, Rachel
- Bird, David D.
- Buchbinder, David
- Capp, Laurie
- Carey, Kevin J.
- DeAngelis, Roberta A.
- Dortch, Shakima L.
- Farrell, Catherine
- Fox, Timothy J., Jr.
- Gadson, Danielle

- Giordano, Diane
- Green, Christine
- Gross, Kevin
- Grottini, Donna
- Hackman, Benjamin
- Haney, Laura
- Heck, Jeffrey
- Hunt, Nancy
- Johnson, Lora
- Kenney, Mark
- Leamy, Jane
- Marvel, Ivone
- Murray, Tony
- O'Malley, James R.
- Panacio, Michael
- Patton, Tiiara
- Sarkessian, Juliet
- Scaruzzi, Sherry
- Schepacarter, Richard
- Silverstein, Laurie S.
- Shannon, Brendan L.
- Sontchi, Christopher S.
- Szymanski, Cheryl
- Tinker, T. Patrick
- Vinson, Ramona
- Walker, Jill
- Walrath, Mary F.
- Werkheiser, Rachel
- West, Michael
- Wynn, Dion

# EXHIBIT 4

## EXHIBIT 4 - GAUTIER DECLARATION
### ROBINS KAPLAN LLP DISCLOSURES

| Name Searched/<br>Name Provided by Debtor(s) | Category of Party in Interest to Debtor | Comments and Status |
|---|---|---|
| BMO Harris Bank, N.A | Bank | RK currently represents BMO Harris Bank, N.A. as the successor co-trustee of the Alisa Hansen Trust. The engagement is limited to this matter and RK does not represent BMO Harris Bank, N.A. in any other matters. RK does not anticipate taking a position that is adverse to the Trust. |
| Corinthian Colleges, Inc. | Debtor | From approximately 10/21/2005 through 5/24/2006, Corinthian College, Inc. was a prospective client in a wholly unrelated civil matter and RK did not represent Corinthian College, Inc. in that matter. |
| First National Bank | Secured Creditor | RK has in the past represented this entity, and certain affiliates of this entity in matters wholly unrelated to the Debtors' Chapter 11 cases. |
| Liner LP | Other – Counsel for Landlord | Scott Gautier's wife is Of Counsel at Liner LP. The firm represents a landlord of one of the Debtors. We have no further information regarding the representation. It is not expected that the Student Committee will have any reason to take a position adverse to any landlord. |
| Northern Trust | Bank | RK has in the past represented this entity in matters wholly unrelated to the Debtors' Chapter 11 cases. |
| Union Bank of California | Bank | RK has in the past represented this entity in matters wholly unrelated to the Debtors' Chapter 11 cases. |
| U.S. Bank, N.A. and U.S. Bank Special Assets Group | Bank | RK regularly and currently represents this entity, and certain affiliates of this entity in matters wholly unrelated to the Debtors' Chapter 11 cases. The Student Committee is not expected to take any positions that would be adverse to this entity. Should any adversarial matters arise, the Student Committee will utilize the services of local bankruptcy counsel Polsinelli LLP and, if necessary Public Counsel LLP or such other conflicts counsel as may be required. |

1