UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-10952-KJC |
| Corinthian Colleges, Inc. ) | Chapter 11 |
| ) | Hon. Kevin J. Carey |
| Debtor. ) | |
| ) | |

**REQUEST FOR NOTICES**

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that D. Alexander Darcy of Askounis & Darcy, PC, on behalf of U.S. Bank National Association f/k/a U.S. Bancorp Equipment Finance, Inc. - Technology Finance Group, successor-in-interest to U.S. Bancorp Oliver-Allen Technology Leasing ("U.S. Bank"), who is a party-in-interest in the above-captioned case, hereby requests to be added to the master mailing list. Pursuant to Bankruptcy Rule 2002, 3017, 4001 and 9007, U.S. Bank hereby requests that special notice of all matters which may come before the Court be served upon the following address:

> D. Alexander Darcy, Esq.
> Askounis & Darcy, PC
> 444 North Michigan Avenue, Suite 3270
> Chicago, IL 60611
> (312) 784-2400 Telephone
> (312) 784-2410 Facsimile

The foregoing request includes the notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001 and 9007 and also includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petition, pleadings or requests, plans, disclosure statements and any other documents brought before the Court in this case whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. Additionally, U.S. Bank requests copies of all pleadings and papers of any form

whatsoever, which are filed with the Office of the United States Trustee including, without limitations, copies of all interim statements, operating reports and other documents either requested or required by the Office of the United States Trustee.

Dated: June 19, 2015          By:    /s/D. Alexander Darcy  (IL # 6220515)
Askounis & Darcy, PC
444 N. Michigan Ave., Ste 3270
Chicago, IL 60611
(312) 784-2400 Telephone
(312) 784-2410 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

see attached service list,

and I hereby certify that I cause the document to be served on the following non CM/ECF participants via First Class Mail:

see attached service list.

  /s/D. Alexander Darcy
Attorney

## SERVICE LIST

**Via First Class Mail:**

Dustin P. Branch
Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

John M. Craig
Russell R. Johnson III, PLC
2258 Wheatland Drive
Manakin-Sabot, VA 23103

John H. Drucker
Cole Schotz P.C.
900 Third Avenue, 16th Floor
New York, NY 10022

Caroline C. Fuller
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202

GE Capital Information Technology
Solutions, Inc.
f/d/b/a IKON Financial Services
Attn: Bankruptcy Administration
1738 Bass Road, P.O. Box 13708
Macon, GA 31208-3708

Thomas Griffin
Robaina & Kresin, PLLC
One East Camelback Road, Suite 710
Phoenix, AZ 85012

Anna Gumport
Jennifer C. Hagle
Sidley Austin LLP
555 West Fifth Street, Suite 400
Los Angeles, CA 90013

Maura Healey
Glenn Kaplan
Peter Leight
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

Robert Hill
5334 S. Prince Street
Littleton, CO 80120-1136

Lorenzo Marinuzzi
Morrison & Foerster, LLP
250 West 55th Street
New York, NY 10019
LMarinuzzi@mofo.com

Etta R. Mayers
Potter Anderson & Corroon, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

McCann Associates Holdings, LLC
General Counsel
6805 Route 202
New Hope, PA 18938

H. John Michel
Drinker Biddle and Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

New York State Department of Labor
Unemployment Insurance Division
Building 12, Room 256
Albany, NY 12240

Office of Unemployment Compensation Tax
Services - Department of Labor and Industry
Attn: Collections Support Unit
651 Boas Street, Room 700
Harrisburg, PA 17121

Felicia Gerber Perlman
Skadden, Arps, Slate, Meagher & Floam, LLP
155 N. Wacker Dr.
Chicago, IL 60606

David M. Poitras
Jeffer, Mangels, Butler & Mitchell LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308

Michael P. Pompeo
Drinker, Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

Frederick Rosner
The Rosner Law Group LLC
824 N Market St Ste 810
Wilmington, DE 19801

Brad D. Schimel
Wisconsin Department of Justice
P O Box 7857
Madison, WI 53707-7857

H. Jeffrey Schwartz
Bennett S. Silverberg
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Abigail Snow
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

**Via CM/ECF:**

| | |
|---|---|
| David G. Aelvoet | davida@publicans.com |
| Lorie Ann Ball | lball@robinskaplan.com, ahartz@publiccounsel.org, drappleye@publiccounsel.org, dwymore@robinskaplan.com, arichardson@publiccounsel.org |
| Elizabeth Banda Calvo | rgleason@pbfcm.com, ebcalvo@pbfcm.com, ebcalvo@ecf.inforuptcy.com |
| Christopher R. Belmonte | cbelmonte@ssbb.com, pbosswick@ssbb.com, managingclerk@ssbb.com, asnow@ssbb.com |
| Rachel Layne Biblo | Biblo@rlf.com, rbgroup@rlf.com |
| William Pierce Bowden | wbowden@ashby-geddes.com |
| Kay Diebel Brock | bkecf@co.travis.tx.us |
| F Mark Bromley | bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us |
| William J. Burnett | william.burnett@flastergreenberg.com |
| Nicholas George Campins | nicholas.campins@doj.ca.gov, Corinthian.Bankruptcy@doj.ca.gov |
| Howard A. Cohen | howard.cohen@dbr.com |
| Mark D. Collins | rbgroup@rlf.com |
| Kelly M. Conlan | kconlan@connollygallagher.com |
| Joseph Corrigan | Bankruptcy2@ironmountain.com |
| John D. Demmy | jdd@stevenslee.com |
| Bernard A. Eskandari | bernard.eskandari@doj.ca.gov |

| | |
|---|---|
| Timothy Jay Fox | timothy.fox@usdoj.gov |
| Joseph D. Frank | jfrank@fgllp.com, ccarpenter@fgllp.com, Larry.Thomas@westernunion.com |
| Barry V. Freeman | bfreeman@jmbm.com, dmp@jmbm.com |
| Scott F. Gautier | sgautier@robinskaplan.com, chernandez@robinskaplan.com |
| Steven A. Ginther | deecf@dor.mo.gov |
| Reed A. Heiligman | rheiligman@fgllp.com, ccarpenter@fgllp.com |
| Leslie C. Heilman | heilmanl@ballardspahr.com |
| Cynthia C. Hernandez | chernandez@robinskaplan.com |
| Brian David Huben | brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com, dustin.branch@kattenlaw.com, ecf.lax.docket@kattenlaw.com |
| Courtney J Hull | bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov |
| Cory D. Kandestin | kandestin@rlf.com, RBGroup@rlf.com |
| Shanti M. Katona | skatona@polsinelli.com, LSuprum@Polsinelli.com, delawaredocketing@polsinelli.com |
| Julia Bettina Klein | klein@teamrosner.com |
| Matthew Ryan Koch | mkoch@mnat.com, aconway@mnat.com, mmaddox@mnat.com, rfusco@mnat.com |
| Robert L. LeHane | KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Scott J. Leonhardt | leonhardt@teamrosner.com |
| Robert Charles Maddox | maddox@rlf.com, rbgroup@rlf.com |
| Laura L. McCloud | agbankdelaware@ag.tn.gov |
| Michael Joseph Merchant | merchant@rlf.com, rbgroup@rlf.com |
| Omni Management Group, LLC | scott@omnimgt.com |
| Steven Phillip Ordaz | sordaz@bmcgroup.com, ecfbk@bmcgroup.com |
| Ricardo Palacio | rpalacio@ashby-geddes.com |
| Sarah E. Pierce | sarah.pierce@skadden.com, debank@skadden.com, christopher.heaney@skadden.com, wendy.lamanna@skadden.com |
| Lloyd H. Randolph | lloyd.randolph@usdoj.gov, janice.murray@usdoj.gov |
| Leigh-Anne M. Raport | lraport@ashby-geddes.com |
| Patrick J. Reilley | preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com |
| Erica J. Richards | erichards@mofo.com |
| Rene S. Roupinian | rsr@outtengolden.com, jxh@outtengolden.com, rmasubuchi@outtengolden.com, kdeleon@outtengolden.com |
| Jeremy William Ryan | jryan@potteranderson.com, bankruptcy@potteranderson.com |

| | |
|---|---|
| Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| Carren Shulman | cshulman@sheppardmullin.com, mcademartori@sheppardmullin.com, ksmith@sheppardmullin.com |
| Amanda R. Steele | steele@rlf.com, rbgroup@rlf.com |
| William F. Taylor | bankruptcydel@mccarter.com, bankruptcydel@mccarter.com |
| Marisa A. Terranova | terranova@rlf.com, rbgroup@rlf.com |
| Ronald Mark Tucker | rtucker@simon.com, bankruptcy@simon.com, cmartin@simon.com, antimm@simon.com |
| United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| Christopher A. Ward | cward@polsinelli.com, LSuprum@Polsinelli.com, delawaredocketing@polsinelli.com |
| Jeremy Welch | jwelch@ruderware.com, nmcdonald@ruderware.com, alange@ruderware.com |
| Helen Elizabeth Weller | dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com |
| Etta Ren Wolfe | ewolfe@potteranderson.com, bankruptcy@potteranderson.com |