**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| CORINTHIAN COLLEGES, INC., *et al.,* | : | Case No. 15-10952 (KJC) |
| | : | |
| Debtor. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Dustin P. Branch to represent Watt Management Company, as agent for Watt Long Beach, LLC.

Dated: June 19, 2015  
Wilmington, Delaware

*/s/ Leslie C. Heilman*  
Leslie C. Heilman (DE 4716)  
BALLARD SPAHR LLP  
919 N. Market Street, 11th Floor  
Wilmington, DE 19801  
Telephone: (302) 252-4465  
Facsimile: (302) 252-4466  
E-mail: heilmanl@ballardspahr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Dustin P. Branch*  
Dustin P. Branch, Esquire  
Katten Muchin Rosenman LLP  
2029 Century Park East, Suite 2600  
Los Angeles, CA 90067-3012  
Telephone: (310) 788-4400  
Facsimile: (310) 788-4471  
E-mail: dustin.branch@kattenlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105