Clerk of the Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, DE  19801

FILED

'15 JUN 23  AM 11: 54

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case# 15-10952 (KJC)
Corinthian Colleges, Inc.

June 22, 2015

Dear Clerk:
I object to the debtor's Motion to reject my claim associated with my Executory Contract on the basis of "General Rejection".

Sincerely,

*[signature]*

Edwin Nelson Wilkins, Jr.
2133 Vista Laredo
Newport Beach, CA  92660
339-309-9440
Claim #2