Clerk of the Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, DE  19801

FILED
2015 JUN 23  AM 11: 54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case# 15-10952 (KJC)
Corinthian Colleges, Inc.


June 22, 2015

Dear Clerk:
I object to the debtor's Motion to reject my claim associated with my Executory Contract on the basis of "General Rejection".


Sincerely,

*[signature]*

Mara Schteinschraber
80 Rosenblum
Irvine, CA  92602
Mara.schtein@gmail.com
714-719-1674
Claim #10