## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                                  :
In re                                             :
                                                  :
CORINTHIAN COLLEGES, INC., et al.                 :     Case No. 15-10952-KJC
                                                  :     (Chapter 11)
                        Debtors.                  :     (Jointly Administered)
-----------------------------------------------------------------x
```

### NOTICE OF APPEARANCE
### AND CERTIFICATION OF GOVERNMENT ATTORNEY

The undersigned attorney, John R. Kresse, appears as counsel for the United States of America in this matter[1] and files this certification of a government attorney in compliance with Local Rule 9010-1(e)(i).

1. Mr. Kresse is admitted to the bars of: the State of New York (Registration No. 2457091); United States Courts of Appeals for the Second and Fifth Circuits; the United States District Courts of the District of Columbia, the Eastern District of Texas, and the Eastern, Northern, and Western Districts of New York.

2. Mr. Kresse is in good standing in all jurisdictions in which he has been admitted.

3. Mr. Kresse will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and he submits to the jurisdiction of this Court for disciplinary purposes.

Dated: June 23, 2015                           Respectfully submitted

                                               BENJAMIN C. MIZER
                                               Principal Deputy Assistant Attorney General

---

[1] In addition to Mr. Kresse, Lloyd H. Randolph – who entered his appearance on May 11, 2015 – is counsel for the United States of America.

CHARLES M. OBERLY, III
United States Attorney

ELLEN SLIGHTS
Assistant United States Attorney

<u>/s/  John R. Kresse</u>
RUTH A. HARVEY
TRACY J. WHITAKER
LLOYD H. RANDOLPH
JOHN R. KRESSE
(New York Bar No. 2457091)
Civil Division
U. S. Department of Justice
1100 L Street NW, Room 10100
P. O. Box 875
Ben Franklin Station
Washington, D.C.  20044-0875
(202) 616-2238

ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF SERVICE

On June 23, 2015, I caused a copy of the foregoing NOTICE OF APPEARANCE AND CERTIFICATION OF GOVERNMENT ATTORNEY to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below.

Dated: June 23, 2015                                /s/ John R. Kresse
                                                     John R. Kresse

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
collins@rlf.com
merchant@rlf.com
terranova@rlf.com
steele@rlf.com

Richard L. Schepacarter, Esq.
Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
timothy.fox@usdoj.gov
richard.schepacarter@usdoj.gov