IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| CORINTHIAN COLLEGES, INC., *et al.,* | : | Case No. 15-10952 (KJC) |
| | : | |
| Debtor. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Brian D. Huben to represent Watt Management Company, as agent for Watt Long Beach, LLC.

Dated: June 18, 2015　　　　　　　　　　　　　*/s/ Leslie C. Heilman*
Wilmington, Delaware　　　　　　　　　　　　Leslie C. Heilman (DE 4716)
　　　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　　　　　　　　　　　919 N. Market Street, 11th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 252-4465
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 252-4466
　　　　　　　　　　　　　　　　　　　　　　E-mail: heilmanl@ballardspahr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Brian D. Huben*
　　　　　　　　　　　　　　　　　　　　　　Brian D. Huben, Esquire
　　　　　　　　　　　　　　　　　　　　　　Katten Muchin Rosenman LLP
　　　　　　　　　　　　　　　　　　　　　　2029 Century Park East, Suite 2600
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067-3012
　　　　　　　　　　　　　　　　　　　　　　Telephone: (310) 788-4400
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (310) 788-4471
　　　　　　　　　　　　　　　　　　　　　　E-mail: brian.huben@kattenlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: June 23rd, 2015
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　KEVIN J. CAREY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

Local Form 105