**UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:  Chapter 11

Case No. 15-10952 (KJC)

Debtor: Corinthian Colleges, Inc., et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Mark Rosenbaum of Public Counsel to represent The Official Committee of Student Creditors in this action.

/s/ Shanti M. Katona

Firm Name: Polsinelli PC
Address: 222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Phone: 302-252-0920
Email: skatona@polsinelli.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Mark Rosenbaum

Firm Name: Public Counsel
Address: 610 South Ardmore Avenue
Los Angeles, California 90005
Phone: 213-385-2977
Email: mrosenbaum@publiccounsel.org

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: June 23rd, 2015
Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Local Form 105