IN THE UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| CORINTHIAN COLLEGES, INC., *et al.,* | : | Case No.  15-10952 (KJC) |
| | : | |
| Debtor. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Dustin P. Branch to represent Watt Management Company, as agent for Watt Long Beach, LLC.

Dated: June 19, 2015
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Leslie C. Heilman (DE 4716)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Dustin P. Branch*
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
E-mail:  dustin.branch@kattenlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: June 23rd, 2015
Wilmington, Delaware**

**KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE**

Local Form 105