# Exhibit 1.F.

# For Corinthian Students Who Believe They Were Victims of Fraud or Other Violations of State Law

Students who attended a Corinthian school (Everest, WyoTech, or Heald)—regardless of whether it closed—who believe they were defrauded or that their school otherwise violated applicable state law may be eligible for loan forgiveness (discharge) based on a borrower defense to repayment. If you attended Heald College, there is additional relevant information at the bottom of this page.

## Background About Borrower Defense to Repayment

Under the law, you may be eligible for loan forgiveness (a discharge) of the federal Direct Loans you took out to attend a school if that school committed fraud by doing something or failing to do something, or otherwise violated applicable state law related to your loans or the educational services you paid for. This can apply to you regardless of whether your school closed. This process is called defense to repayment, and the law requires borrowers to submit a claim in order to receive debt relief. Through defense to repayment, you may be able to have your entire outstanding federal *Direct Loan* forgiven, and be reimbursed for amounts you have already paid.

The Department of Education is creating a process to make it as easy as possible for borrowers who attended schools that violated the law to seek loan forgiveness (discharge) based on borrower defense to repayment. More information on borrower defense to repayment and how to get your loan discharged will be made available on this page soon.

Borrowers may wish to wait for that information to be made available before applying for a Borrower Defense to Repayment Loan Discharge. But if you choose instead to submit your claim before the new process is available, you may submit materials via email to FSAOperations@ed.gov or by mail to: Department of Education, PO Box 194407, San Francisco, CA 94119. Information on what to include in your borrower defense submission is provided below.

If you have already submitted a claim for borrower defense before June 8, 2015, you do not need to resubmit. Your loans will be placed in forbearance, collections will cease on your defaulted loans, and you will be contacted by a Department of Education servicer with further information. Note that *interest* will continue to accrue while your claim is evaluated. More information on forbearance and stopped collections is available below.

In your Borrower Defense to Repayment submission materials, you should include at a minimum:

- A statement that the borrower wishes to assert a borrower defense to repayment based on state law
- First, middle and last name
- Date of birth
- The last 4 digits of the borrower's Social Security number
- Home address
- Telephone number
- Email address
- Name and location of the school
- The program of study

- Degree, certificate, or other credential attained or sought
- Dates of enrollment
- Documentation to confirm the borrower's school, program of study, and dates of enrollment. Suggested items include transcripts and registration documents indicating your specific program of study and dates of enrollment.

- Any details about the conduct of the school that the borrower believes violated state law including, but not limited to:
    - The state and applicable law or cause of action (if available)
    - Specific acts (including failures to act) of alleged misconduct by the school
    - How the alleged misconduct affected the borrower's decision to attend the school and take out a loan to pay to attend the school
    - The injury suffered by the borrower as a result of the school's alleged misconduct
    - Any other supporting information that would help the Department of Education review the borrower's claim

Once we receive this information, your loans will be placed in forbearance, and collections will cease on your defaulted loans while your claim is evaluated. Interest will continue to accrue while your claim is evaluated. More information on forbearance and stopped collections is available below.