# Exhibit 1.E.



# FORBEARANCE/STOPPAGE OF COLLECTION ACTIVITY REQUEST FORM FOR CORINTHIAN COLLEGE BORROWER DEFENSE TO REPAYMENT CLAIMANTS

**Background About Borrower Defense to Repayment.** Under the law, you may be eligible for loan forgiveness (a discharge) of the Direct Loans you took out to attend a school if that school committed fraud by doing something or failing to do something, or otherwise violated applicable state law related to your loans or the educational services you paid for.

**Eligibility for Forbearance/Stoppage of Collections.** If you are a Corinthian College student that submits a claim for loan forgiveness based on borrower defense to repayment, you are eligible to have your loans placed into forbearance or, for loans in default, to stop collections while your claim is reviewed by the Department of Education. If you intend to submit a claim but are not doing so at this point, you can still request to enter forbearance or stoppage of collections prior to making your claim by completing the fields below. If you are filing your defense to repayment claim at this time using the Attestation for certain Heald College Students, you can request forbearance or stoppage of collections using that form. You do not need to submit your request below.

**Note that interest will continue to accrue on your federal loans, including subsidized loans, during the forbearance or stopped collections period.**

If you do not submit your defense to repayment claim within twelve (12) months of making this request, your loans will be taken out of forbearance or stop collections and normal payment and collection activity will resume.

## Request for Stoppage of Collection Activity / Forbearance

*Required fields are marked with an asterisk (*).*

**Name and Social Security Number**

| Field | |
|---|---|
| First Name * | |
| Middle Name | |
| Last Name * | |
| Suffix | |
| SSN * | |

**Contact Information**

| Field | |
|---|---|
| E-mail Address * | |
| Confirm E-mail Address * | |
| Phone Number * | United States ▼ |

**Mailing Address**

| Field | |
|---|---|
| Country * | UNITED STATES |
| Address Line 1 * | |
| Address Line 2 | |
| City * | |
| State * | Select a State |
| Zip * | |

By clicking proceed, I am acknowledging the following:

- If I do not submit my borrower defense claim within twelve (12) months after this submission, my federal loans will be taken out of forbearance and normal payments and collection activity will resume.
- During any period that my loans are in forbearance, I do not have to make payments on those loans, and the loans will not go into default. If my loans are already in default, collections will stop. This will continue until the loan discharge review process is completed. My servicer will notify me when my loan has been placed into forbearance or stopped collections. Until I receive that notice, I should continue to make payments.
- The forbearance or stopped collections will affect all of my federal loans, including loans that may not be related to my borrower defense claim or not eligible for discharge based on borrower defense, such as Federal Family Education Loans (FFEL).
- Interest will continue to accrue on all of my federal loans, including subsidized loans, during the forbearance or stopped collections period.
- If I want the forbearance or stopped collections to apply only to those loans that relate to my borrower defense claim, I must notify my loan servicer.
- At any time during the forbearance or stopped collections period, I may voluntarily make payments on my loans, including payments for accrued interest, or end the forbearance or stopped collections by contacting my servicer.
- I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number I provided using automated dialing equipment or artificial or prerecorded voice or text messages.

[ Proceed ]

FOIA
Privacy Notices
usa.gov
ed.gov
whitehouse.gov

