IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § § | **Re: D.I. 283** |

-------------------------------------------------------------

CERTIFICATION OF COUNSEL REGARDING
ORDER (I) ESTABLISHING PROCEDURES FOR SELLING
MISCELLANEOUS ASSETS AND (II) GRANTING CERTAIN RELATED RELIEF

The undersigned hereby certifies as follows:

1. On June 5, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed *Debtors' Motion for an Order (I) Establishing Procedures for Selling Miscellaneous Assets and (II) Granting Certain Related Relief* [D.I. 283] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Pursuant to the notice filed with the Motion, objections, if any, to the Motion were to be filed and served by no later than June 19, 2015 at 4:00 p.m. (EDT).

2. On June 19, 2015, Bexar County, Dallas County and Tarrant County, Texas (collectively, the "**Local Texas Tax Authorities**") filed the *Local Texas Tax Authorities' Objection to Debtors' Motion for an Order (I) Establishing Procedures for Selling*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*Miscellaneous Assets and (II) Granting Certain Related Relief* [Docket No. 445] (the "**Objection**"). The Debtors received no other objections or responses to the Motion, and no other objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases.

3. After discussions with counsel to the Local Texas Tax Authorities, the Debtors have resolved the Objection and counsel to the Local Texas Tax Authorities confirmed that they have no objection to the relief requested in the Motion. The resolution of the Objection did not result in any changes to the proposed form of order attached as Exhibit A to the Motion (the "**Proposed Order**").

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

| | |
|---|---|
| Dated: June 23, 2015<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email:  collins@rlf.com<br>          merchant@rlf.com<br>          terranova@rlf.com<br>          steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |