**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Corinthian Colleges, Inc., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC) |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on June 23, 2015, the United States Trustee's Objection to Debtors' Motion For Entry Of An Order (I) Authorizing Debtors to Enter Into Consulting/Auction Agreement With Great American Global Partners, LLC and Approving The Terms Thereof; (II) Authorizing Sale of Assets In Accordance With Agreement; And (III) Granting Certain Related Relief (D.I. 375) was served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below:

Via E-MAIL

Christopher A. Ward, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
cward@polsinelli.com

Scott F. Gautier, Esq.
Robins Kaplan LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067
sgautier@robinskaplan.com

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Amanda R. Steele, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, Delaware 19801
collins@rlf.com
merchant@rlf.com
steele@rlf.com

Lloyd H. Randolph
Civil Division
U. S. Department of Justice
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Lloyd.Randolph@usdoj.gov

Bennett S. Silverberg
Brown Rudnick
Seven Times Square
New York, NY 10036
bsilverberg@brownrudnick.com

Julia B. Klein
Rosner Law Group
824 N. Market Street, Suite 810
Wilmington, DE 19801
klein@teamrosner.com

By: */s/Timothy J. Fox*
Timothy J. Fox, Jr.