# EXHIBIT F



### Senators grill accreditor over handling of Corinthian Colleges

By Allie Grasgreen

6/17/15 12:51 PM EDT

Senators sparred with an accrediting official at a Higher Education Act reauthorization hearing Wednesday morning over his agency's handling of Corinthian Colleges.

Despite being grilled for several minutes by Sens. Elizabeth Warren and Chris Murphy (D-Conn.), the president and CEO of the Accrediting Council for Independent Colleges and Schools refused to budge in his position that accreditors bear no responsibility for the consequences of Corinthian's collapse.

The agency accredited 55 Corinthian campuses — about half of the now-defunct for-profit chain's schools — and monitored or sanctioned some of them after internal reviews, Albert Gray said. But the body found no evidence that any schools lied to or defrauded students, he said, despite myriad state and federal investigations suggesting otherwise.

"If accrediting agencies are not willing to stand up to colleges that are breaking the law," Warren said, "then I don't know what good they do, and I sure don't know why we would let them determine which colleges are eligible for federal dollars."

Peter Ewell, vice president of the National Center for Higher Education Management Systems, noted what does happen when accreditors try to take severe action against institutions.

The Accrediting Commission for Community and Junior Colleges was "trying to sanction a very bad institution" when it revoked accreditation from City College of San Francisco, he said. The accreditor found itself embroiled in a high-profile legal battle, and a superior court judge ruled in February that ACCJC must reconsider its decision.

"There needs to be some things that stiffen their backbone a little bit," Ewell said of accreditors.

Warren raised the Corinthian issue, but Murphy also had some strong words for Gray.

"There would be much more faith in the accreditation process if you would just own up to the fact that Corinthian failed their students by every measure," Murphy said. "If you're not willing to pull Corinthian's accreditation, or at least admit you should have … it's not clear whose accreditation you would pull."

Gray shot back and interrupted the senators several times, noting that most of Corinthian's campuses continued operations uninterrupted through their sale to ECMC Group's nonprofit subsidiary Zenith Education.

"Accreditors, like any other organizations, make mistakes. This was not one of those mistakes," Gray said. "Corinthian collapsed because of financial pressure … the accreditation process was not the issue."

But Murphy didn't buy it.

"There's no reason we have this system of accreditation other than to stop a college from getting to that crisis point," he said. "Corinthian should be a bright blinking light as an example of how this went badly wrong."

Following the back-and-forth, Sen. Michael Bennet (D-Colo.) thanked education committee Chairman Lamar Alexander for holding the hearing.

"I came here wondering what the purpose of accreditation was," he said, "and now that question is even more fundamentally at issue, I think."

The committee will hold its next HEA reauthorization hearing after the July 4 recess, Alexander said, adding that a future hearing will focus on the topic of innovation.

The chairman said he's still aiming to propose a bipartisan draft reauthorization bill to the committee in September.