# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| **CORINTHIAN COLLEGES, INC.,** *et al.* § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| **Debtors.** § | |
| § | Re: Docket Nos. 363 and 465 |

-----------------------------------------------------------

## DEBTORS' REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS RELEVANT TO MOTION OF THE COMMITTEE OF STUDENT CREDITORS FOR AN ORDER APPLYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(A) AND 105(A) AND GRANTING RELATED RELIEF

Pursuant to Rules 101, 201, 1101 of the Federal Rules of Evidence and Rule 9017 of the Federal Rules of Bankruptcy Procedure, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") hereby request that the Court take judicial notice of the following documents that were publicly filed in consideration of the *Motion for an Order Supplementing or Extending the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105(a) and Granting Related Relief* [Docket No. 363] and the *Debtors' Response to the Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105(a) and Granting Related Relief* [Docket No. 465]:

1.  Answer of Defendants Corinthian Colleges, Inc. and Corinthian Schools, Inc. in the case styled *Commonwealth of Massachusetts v. Corinthian Colleges, Inc. and Corinthian Schools, Inc.*, Civil Action No. 14-1093, filed on May 8, 2014 in the Superior Court for the Commonwealth of Massachusetts, a copy of which is attached hereto as Exhibit 1;

2.  Corinthian Colleges' Answer to the Government's Complaint in the case styled *State of Wisconsin v. Corinthian Colleges, Inc.*, Case No. 2014 CX 00006, filed on

December 23, 2014 in the Circuit Court Branch 41, Milwaukee County, State of Wisconsin, a copy of which is attached hereto as Exhibit 2;

        3. Amended and Verified Answer in the case styled *People of the State of CA v. Heald College, LLC, et al.*, Case No. CGC-13-534793, filed on October 10, 2013 in the Superior Court for the State of California for the County of San Francisco, a copy of which is attached hereto as Exhibit 3.

Dated: June 24, 2015
       Wilmington, Delaware

*/s/ Mark D. Collins*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      terranova@rlf.com
      steele@rlf.com

Attorneys for the Debtors and Debtors in Possession