# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC. *et al.*,[1] | ) | Case No. 15-10952 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: Only if An Objection is Filed** |
| | ) | **Objection Deadline: July 15, 2015 @ 4 p.m.** |

## FIRST MONTHLY FEE APPLICATION OF GAVIN/SOLMONESE LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 13, 2015 THROUGH MAY 31, 2015

| | |
|---|---|
| Name of Applicant: | **Gavin/Solmonese LLC** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **June 23, 2015 *nunc pro tunc* to May 13, 2015** |
| Period for which Compensation sought as actual, reasonable and necessary: | **May 13, 2015 through May 31, 2015** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$29,732.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$0.00** |
| This is a: | **First Monthly Fee Application** |

The total time expended for fee application is approximately 2 hours, and the corresponding compensation to be requested in the next fee application will be approximately $400.00.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

## GAVIN/SOLMONESE LLC SUMMARY OF PROFESSIONALS RENDERING SERVICES FROM MAY 13, 2015 THROUGH MAY 31, 2015

| Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Wayne Weitz | Managing Director, 2012 | $525.00 (Prof.)<br>$262.50 (Travel) | 25.70<br>0.00 | $13,492.50<br>$0.00 |
| Meg Manning | Senior Director & Counsel, 2015 | $425.00 (Prof.)<br>$212.50 (Travel) | 2.50<br>0.00 | $1,062.50<br>$0.00 |
| Kathryn B. McGlynn | Director, 2014 | $400.00 (Prof.)<br>$200.00 (Travel) | 24.30<br>0.00 | $9,720.00<br>$0.00 |
| Charles Lewis | Senior Consultant, 2008 | $295.00 (Prof.)<br>$147.50 (Travel) | 18.50<br>0.00 | $5,457.50<br>$0.00 |
| | | **Totals** | **71.00** | **$29,732.50** |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 6.10 | $2,702.50 |
| Business Analysis | 44.60 | $18,392.00 |
| Case Administration | 2.50 | $898.50 |
| Claims Administration and Objections | 4.90 | $1,728.50 |
| Court Hearing | 2.40 | $1,145.00 |
| Fee/Employment Application | 3.10 | $1,377.50 |
| Litigation Support | 3.50 | $1,837.50 |
| Meeting of Creditors | 3.90 | $1,651.00 |
| **TOTAL** | **71.00** | **$29,732.50** |

**GAVIN/SOLMONESE LLC EXPENSE SUMMARY FROM
MAY 13, 2015 THROUGH MAY 31, 2015**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| **Total** | | $0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC. *et al.*,[1] | ) | Case No. 15-10952 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: Only if An Objection is Filed** |
| | ) | **Objection Deadline:  July 15, 2015 @ 4 p.m.** |

**FIRST MONTHLY FEE APPLICATION OF GAVIN/SOLMONESE LLC AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
MAY 13, 2015 THROUGH MAY 31, 2015**

Pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules") and the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated May 26, 2015 (The "Administration Order") [D.I. 201], Gavin/Solmonese LLC ("Applicant" or "G/S") hereby files this application for monthly allowance of reasonable compensation with respect to the bankruptcy cases of Corinthian Colleges, Inc. *et al*, (the "Debtors") for services rendered as the Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") in the amount of $29,732.50, together with the reimbursement for actual and necessary expenses incurred in the amount of $0.00 (the "Application") for the period from May 13, 2015 through

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC

and including May 31, 2015 (the "Compensation Period"). In support of the Application, Applicant submits the affidavit of Edward T. Gavin, CTP attached hereto as Exhibit "A". In further support of the Application, Applicant respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for this Application are 11 U.S.C. §§ 328 and 1103.

## FACTUAL BACKGROUND

2. Corinthian Colleges, Inc. *et al* (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on May 4, 2015. Pursuant to Sections 1107 and 118 of the Bankruptcy Code, the debtors operate their businesses as Debtors-in-possession. No trustee or examiner has been appointed in these cases.

3. On May 13, 2015, the Office of the United States Trustee, pursuant to Section 1102 of the Bankruptcy Code, appointed the Committee [D.I. 100].

4. On June 23, 2015, the Court entered that certain Order Authorizing Employment and Retention of Gavin/Solmonese LLC *Nunc Pro Tunc* to May 13, 2015 as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 457], approving the Committee's retention of G/S *nunc pro tunc* to May 13, 2015.

## COMPENSATION AND REIMBURSEMENT OF EXPENSES

5. Applicant submits this Application to the Bankruptcy Court for an allowance of reasonable compensation for actual and necessary professional services provided to the

---

(1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

Committee as its Financial Advisor in this case during the Compensation Period and for reimbursement of actual and necessary out-of-pocket expenses incurred in advising the Committee during the Compensation Period. All included services and costs for which Applicant seeks compensation were performed for, or on behalf of, the Committee during the Compensation Period.

6. By this Application, Applicant thus seeks (a) allowance of compensation in the amount of $29,732.50 for services rendered as Financial Advisor during the Compensation period, (b) authority for immediate payment to Applicant of 80% of such compensation ($23,786.00), pursuant to paragraph 2(d) of the Administration Order, and (c) allowance of reimbursement and immediate payment in the amount of $0.00 for expenses incurred and disbursed during the Compensation Period.

7. Exhibit "B" is a summary covering all the services performed by Applicant with respect to this matter during the Compensation Period. This detailed itemization complies with Local Bankruptcy Rules in that each time entry contains a separate time allotment and a description of the type of activity and the subject matter of the activity; all time is billed in increments of one-tenth of an hour; the time entries are presented chronologically in categories, and; all meetings or hearings are individually identified. Following is the detailed itemization, by task category, of all services performed by Applicant with respect to this matter during the Compensation Period. Non-working travel time (to the extent applicable) is billed at 50% of normal rates.

8. The Applicant has divided its time into the following categories:

a)   **Asset Disposition (6.10 Hours - $2,702.50)**  This category includes sales, leases (§365 matters), abandonment and transaction work related to asset disposition, including §363 sales and other dispositions of assets.

b)   **Business Analysis (44.60 Hours - $18,392.00)**  This category includes time spent in the review of debtors' business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies and general review of business matters as they pertain to the bankruptcy case.

c)   **Case Administration (2.50 Hours - $898.50)**  This category includes time spent in coordination and compliance matters including case management tasks; schedules; contacts with the Office of the United States Trustee; general record keeping and documentation requirements.

d)   **Claims Administration and Objections (4.90 Hours - $1,728.50**  This category includes general and specific claim inquiries; bar date motions; analyses, objections and allowance of claims.

e)   **Court Hearing (2.40 Hours - $1,145.00)**  Time billed to this category includes time related to attending and preparing for hearings held before the United States Bankruptcy Court for the District of Delaware. During the Compensation Period, the Applicant, among other things, attended hearings before the Bankruptcy Court.

f)   **Fee/Employment Application (3.10 Hours - $1,377.50)**  This category includes the preparation and/or review of employment and fee applications for self or others; motions to establish interim procedures.

g) **Litigation Support (3.50 Hours - $1,837.50)** Time billed to this category represents the Financial Advisor's efforts in preparing and reviewing motions, objections and supporting data related to bring or defending adversarial proceedings or objections to pending or future motions.

h) **Meetings of Creditors (3.90 Hours - $1,651.00)** Time billed to this category represents the Applicant's interactions with members of and counsel for the Official Committee of Unsecured Creditors.

9. Attached hereto as Exhibit "C" is a summary of the costs actually expended by the Applicant in the performance of services rendered on behalf of the Committee. The costs for which reimbursement is requested total $0.00. The breakdown of the costs includes the rate of copying charges ($.10/page) and the basis for each rate, telephone charges, facsimile charges ($1.00/page – outgoing transmission only), messenger service, travel expenses, court reporter services, overnight delivery fees, outside reproduction, legal research and PACER charges. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

WHEREFORE, Gavin/Solmonese LLC respectfully requests (i) allowance of compensation in the amount of $29,732.50 for professional services rendered and $0.00 for reimbursement for actual and necessary costs; (ii) immediate payment of $23,786.00 which is 80% of the allowed compensation of $29,732.50; (iii) immediate payment of 100% of the allowed actual and necessary costs of $0.00; and (iv) such other and further relief as this Court deems necessary and just.

Dated: June 24, 2015

Edward T. Gavin, CTP
Gavin/Solmonese LLC
919 N. Market Street, Suite 600
Wilmington, DE 19801
(302) 655-8997 ext. 151