# EXHIBIT "B"

## GAVIN/SOLMONESE LLC SUMMARY OF PROFESSIONALS RENDERING SERVICES FROM MAY 13, 2015 THROUGH MAY 31, 2015

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 6.10 | $2,702.50 |
| Business Analysis | 44.60 | $18,392.00 |
| Case Administration | 2.50 | $898.50 |
| Claims Administration and Objections | 4.90 | $1,728.50 |
| Court Hearing | 2.40 | $1,145.00 |
| Fee/Employment Application | 3.10 | $1,377.50 |
| Litigation Support | 3.50 | $1,837.50 |
| Meeting of Creditors | 3.90 | $1,651.00 |
| **TOTAL** | **71.00** | **$29,732.50** |