# EXHIBIT "C"

## GAVIN/SOLMONESE LLC EXPENSE SUMMARY FROM MAY 13, 2015 THROUGH MAY 31, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Total | | $0.00 |

Corinthian Colleges, Inc

Gavin/Solmonese, LLC
919 N. Market Street
Suite 600
Wilmington, DE 19801

Invoice submitted to:
Corinthian Colleges, Inc.
C/O Brown Rudnick LLP
Attn: Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY 10036

Invoice# 25209            Services Through 5/31/2015                    *NEW WIRE INSTRUCTIONS BELOW*

|  |  |
|---|---:|
| Total Professional Fees | $29,732.50 |
| Expenses | $0.00 |
| Total This Invoice | $29,732.50 |
| **Balance Due** | **$29,732.50** |

**Please remit to the address shown:**

Corinthian Colleges, Inc

## Consultant Summary

| Name | Hours | Amount |
|---|---|---|
| Chuck Lewis | 18.50 | 5,457.50 |
| Kathryn McGlynn | 24.30 | 9,720.00 |
| Meg Manning | 2.50 | 1,062.50 |
| Wayne Weitz | 25.70 | 13,492.50 |

### Professional Services

| Date | Initials | Category / Description | Hours | Amount |
|---|---|---|---|---|
| 5/13/2015 | - WPW | Business Analysis<br>Mtg. Committee counsel re: case intro and overview | 0.30 | 157.50 |
|  | - WPW | Fee/Employment Application<br>Prepare new client information sheet with information necessary for retention application preparation; forward to JLS and MMM | 0.30 | 157.50 |
| 5/14/2015 | - CL | Case Administration<br>Search for and upload public filings onto G/S Cloud | 1.80 | 531.00 |
|  | - WPW | Litigation Support<br>Read complaints filed by Calif AG and CFPB | 3.50 | 1,837.50 |
| 5/15/2015 | - KBM | Business Analysis<br>Review cash collateral motion and budget | 0.30 | 120.00 |
|  | - CL | Business Analysis<br>Analyze and review documents related to de minimis asset sales | 1.50 | 442.50 |
|  | - KBM | Business Analysis<br>Review case issues | 1.10 | 440.00 |
|  | - KBM | Asset Disposition<br>Review schedule of de minimis asset sales | 0.30 | 120.00 |
| 5/18/2015 | - KBM | Business Analysis<br>Call with WPW and FTI re: cash collateral budget | 1.00 | 400.00 |
|  | - KBM | Business Analysis<br>Analyze cash collateral budget | 1.10 | 440.00 |
|  | - WPW | Business Analysis<br>T/c B. Silverberg re: Debtors' budget and cash collections | 0.60 | 315.00 |
|  | - KBM | Business Analysis<br>Call with WPW and CFL re: case status updates and current analyses | 0.70 | 280.00 |
|  | - MMM | Fee/Employment Application<br>Draft retention documents and forward to WPW | 1.80 | 765.00 |
|  | - KBM | Business Analysis<br>Review and revise initial information request list from counsel for Debtors | 0.60 | 240.00 |

Professional Services

| | | | | Hours | Amount |
|---|---|---|---|---:|---:|
| | - WPW | Business Analysis<br>Review preliminary information request prepared by Committee counsel | | 0.90 | 472.50 |
| | - CL | Business Analysis<br>Conference call with WPW and KBM re: case overview and cash collateral budget | | 0.70 | 206.50 |
| | - WPW | Case Administration<br>Mtg KBM, CFL re: engagement planning and information analysis needs | | 0.70 | 367.50 |
| | - WPW | Business Analysis<br>Conf call KBM, FTI re: budget model and case overview | | 1.00 | 525.00 |
| | - WPW | Business Analysis<br>Prepare analysis of de minimis assets sales; distribute to Committee counsel | | 2.10 | 1,102.50 |
| 5/19/2015 | - KBM | Business Analysis<br>Email correspondence with counsel and FTI re: cash collateral budget and other case issues | | 0.40 | 160.00 |
| | - WPW | Business Analysis<br>Email corr Debtors' FA and Committee counsel re: information and model request | | 0.20 | 105.00 |
| | - CL | Business Analysis<br>Review case information and prepare initial list of locations | | 1.80 | 531.00 |
| | - CL | Business Analysis<br>Review cash collateral motion and prepare for Committee conference call | | 1.30 | 383.50 |
| | - WPW | Business Analysis<br>Email corr Committee counsel re: cash collateral motion and deadlines | | 0.30 | 157.50 |
| 5/20/2015 | - KBM | Business Analysis<br>Analyze current ordinary course professionals | | 0.40 | 160.00 |
| | - CL | Business Analysis<br>Conference call with WPW and KBM re: budget and cash collateral motion | | 0.60 | 177.00 |
| | - WPW | Business Analysis<br>Email corr and t/c OCUC counsel re: budget; review analysis memo and counsel's proposed submission to OCUC re: same | | 1.60 | 840.00 |
| | - KBM | Business Analysis<br>T/c with WPW and CFL re: cash collateral budget | | 0.60 | 240.00 |

| | | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | - KBM | Business Analysis<br>Analyze and review cash collateral budget and interim order | 1.10 | 440.00 |
| | - KBM | Claims Administration and Objections<br>Analyze current claim amounts | 0.80 | 320.00 |
| | - WPW | Business Analysis<br>Mtg KBM, CFL re: case strategy | 0.60 | 315.00 |
| | - KBM | Business Analysis<br>T/c with T. McGrath and CFL re: cash collateral budget | 0.80 | 320.00 |
| | - KBM | Business Analysis<br>Review email correspondence from counsel re: current case issues | 0.60 | 240.00 |
| | - CL | Business Analysis<br>Conference call with T. McGrath and KBM re: budget and cash collateral motion | 0.80 | 236.00 |
| 5/21/2015 | - WPW | Business Analysis<br>Research re: pre-petition retainer payments; prepare summary email to counsel re: same | 0.70 | 367.50 |
| | - KBM | Business Analysis<br>Prepare response to various questions from counsel re: cash collateral budget | 0.70 | 280.00 |
| | - KBM | Business Analysis<br>Analyze cash collateral budget | 1.10 | 440.00 |
| | - KBM | Business Analysis<br>Follow-up call with T. McGrath re: cash collateral budget | 0.50 | 200.00 |
| | - WPW | Business Analysis<br>Mult. corr. counsel re: budget and analysis of underlying model and assumptions | 1.20 | 630.00 |
| | - WPW | Business Analysis<br>Review second day motions and prepare email summary to counsel re: same | 1.10 | 577.50 |
| | - KBM | Business Analysis<br>Email correspondence with team re: call with T. McGrath and cash collateral budget | 0.20 | 80.00 |
| | - CL | Business Analysis<br>Prepare memo re: cash collateral motion and budget | 1.00 | 295.00 |
| | - KBM | Business Analysis<br>Call with B. Silverberg re: cash collateral budget | 0.40 | 160.00 |
| 5/22/2015 | - WPW | Business Analysis<br>Review draft response to counsel regarding second day motions | 0.60 | 315.00 |

Corinthian Colleges, Inc

Professional Services

| Date | Initials | Category / Description | Hours | Amount |
|---|---|---|---|---|
| | - WPW | Business Analysis<br>Review memo summarizing second day motions; email corr counsel re: same | 1.40 | 735.00 |
| | - WPW | Fee/Employment Application<br>Review/edit draft G/S retention docs | 0.30 | 157.50 |
| | - KBM | Business Analysis<br>Prepare memo to counsel re: cash collateral budget | 2.30 | 920.00 |
| | - KBM | Business Analysis<br>Prepare response to counsel re: second day motions | 1.10 | 440.00 |
| | - MMM | Fee/Employment Application<br>Make revisions to retention documents and forward to ETG | 0.70 | 297.50 |
| 5/26/2015 | - CL | Business Analysis<br>Conference call with WPW and KBM re: updates to budget analysis | 0.50 | 147.50 |
| | - KBM | Claims Administration and Objections<br>Analyze current claim amounts | 0.30 | 120.00 |
| | - CL | Claims Administration and Objections<br>Review and analyze claim information to date | 1.00 | 295.00 |
| | - CL | Claims Administration and Objections<br>Review priority claims and update analysis | 1.80 | 531.00 |
| | - WPW | Business Analysis<br>Email corr re: and analysis of utilities and wage motions | 1.30 | 682.50 |
| | - CL | Business Analysis<br>Research and review information on Genesis student loan program | 1.80 | 531.00 |
| | - CL | Business Analysis<br>Research and review information regarding the sale of student loans and the current balance of loans receivable | 1.30 | 383.50 |
| | - WPW | Claims Administration and Objections<br>Mtg. KBM, CL re: claims pool | 0.50 | 262.50 |
| | - KBM | Business Analysis<br>Call with B. Silverberg and WPW re: various case issues | 0.50 | 200.00 |
| | - WPW | Business Analysis<br>T/c KBM, B. Silverberg re: budget analysis | 0.50 | 262.50 |
| | - KBM | Claims Administration and Objections<br>Call with WPW and CL re: cash collateral budget and claims | 0.50 | 200.00 |
| 5/27/2015 | - CL | Business Analysis<br>Revise cash collateral budget memo per counsel's changes | 1.30 | 383.50 |

5

Professional Services

| Date | Initials | Category / Description | Hours | Amount |
|---|---|---|---|---|
| | - KBM | Business Analysis<br>Review and revise cash collateral budget analysis for Committee; email correspondence with counsel and Debtors' financial advisor re: cash collateral budget | 0.90 | 360.00 |
| | - CL | Court Hearing<br>Review docket items to be heard at upcoming hearing | 0.50 | 147.50 |
| | - WPW | Court Hearing<br>Prepare for hearing - document review | 1.10 | 577.50 |
| | - WPW | Court Hearing<br>Attend second day hearing | 0.80 | 420.00 |
| 5/28/2015 | - KBM | Asset Disposition<br>Correspondence with counsel and FTI re: asset sales | 0.60 | 240.00 |
| | - WPW | Meetings of Creditors<br>T/c KBM and B. Silverberg to prepare for OCUC conference call | 0.60 | 315.00 |
| | - CL | Meetings of Creditors<br>OCUC conference call | 0.80 | 236.00 |
| | - KBM | Meetings of Creditors<br>Call with B. Silverberg, WPW, and CFL re: Committee call | 0.60 | 240.00 |
| | - KBM | Meetings of Creditors<br>Participate in Committee call | 0.80 | 320.00 |
| | - KBM | Meetings of Creditors<br>Prepare for Committee call with WPW | 0.30 | 120.00 |
| | - WPW | Meetings of Creditors<br>OCUC conference call | 0.80 | 420.00 |
| | - WPW | Business Analysis<br>T/c KBM re: budget and preparation for OCUC conference call | 0.30 | 157.50 |
| | - KBM | Business Analysis<br>Prepare to discuss cash collateral budget on Committee call | 0.60 | 240.00 |
| | - WPW | Business Analysis<br>Email corr. W. Nolan re: revised budget | 0.30 | 157.50 |
| 5/29/2015 | - WPW | Asset Disposition<br>Conf call KBM, FTI re: WyoTech asset sale | 0.90 | 472.50 |
| | - KBM | Asset Disposition<br>Analyze and review WyoTech asset sale process and bids | 1.40 | 560.00 |
| | - WPW | Asset Disposition<br>Email corr counsel re: WyoTech sale proposals | 0.30 | 157.50 |

| | | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | - KBM | Asset Disposition<br>Call with FTI re: WyoTech asset sale | 0.90 | 360.00 |
| | - KBM | Asset Disposition<br>Prepare memo to counsel re: WyoTech asset sale | 0.80 | 320.00 |
| | - WPW | Asset Disposition<br>Review WyoTech sale proposal decks; email comments to KBM | 0.60 | 315.00 |
| 5/30/2015 | - WPW | Asset Disposition<br>Email corr OCUC counsel and FTI re: WyoTech sale | 0.30 | 157.50 |
| | | For professional services rendered | 71.00 | $29,732.50 |

| Expenses | Amount |
|---|---|
| Total expenses | $0.00 |
| Total amount of this bill | $29,732.50 |