x

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952-KJC<br><br>Hearing Date: June 30, 2015 at 2:00 p.m.<br><br>Related to Docket No. 363 |

**NOTICE OF *PARTIAL* CONTINUANCE OF THE COMMITTEE OF STUDENT CREDITORS' MOTION FOR AN ORDER APPLYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(A) AND 105(A) AND GRANTING RELATED RELIEF**

1. The Committee of Student Creditors (the "Student Committee") hereby provides notice that, following discussions with counsel for the Debtors, the Official Committee of Unsecured Creditors, Bank of America, N.A. and Campus Student Funding, LLC f/k/a ASFC, LLC (collectively, the "Consensual Non-Governmental Parties"), the Student Committee has agreed to a partial continuance of the Motion For an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(A) and 105(a) and Granting Related Relief (the "Motion") as set forth herein.

2. As the Motion relates to any parties other than the Department of Eduction and its agents and assigns (the "Non-Governmental Parties"), the hearing on the Motion shall be

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

continued to August 26, 2015, the date that is currently reserved for the hearing to confirm the Debtors' soon to be filed plan of liquidation.

3. Counsel for the Student Committee has discussed the continuance with counsel for the Consensual Non-Governmental Parties and the Consensual Non-Governmental Parties have agreed to the continuance to provide the parties with additional time to discuss and attempt to negotiate a consensual plan of liquidation. The Student Committee anticipates that, to the extent that a consensual plan of liquidation is proposed and is proceeding towards confirmation, the Motion will be withdrawn as to the Non-Governmental Parties.

4. As the Motion relates to the Department of Education and its agents and assigns (the "Governmental Parties"), the Hearing on the Motion shall proceed as scheduled at 1:00 p.m. on June 30, 2015; provided, however, that the Student Committee will seek the relief requested in the Motion on a temporary basis, through August 26, 2015.

5. The revised proposed Order is attached hereto as Exhibit A and a redline showing changes to the version that was filed with the Motion is attached as Exhibit B.

Dated: June 24, 2015

Wilmington, Delaware

POLSINELLI PC

/s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Ave.,, Suite 1100
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

Proposed Local Counsel for the Official Committee of Students Creditors

Scott F. Gautier, CA Bar No. 211742
Lorie A. Ball, CA Bar No. 210703
Cynthia C. Hernandez, CA Bar No. 285770
**ROBINS KAPLAN LLP**
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
sgautier@robinskaplan.com
lball@robinskaplan.com
chernandez@robinskaplan.com

Proposed Counsel for the Official Committee of Students Creditors

Mark Rosenbaum, CA Bar No. 59940
Anne Richardson, CA Bar No. 151541
Alisa Hartz, CA Bar No. 285141
Dexter Rappleye, CA Bar No. 302182
**Public Counsel LLP**
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089
mrosenbaum@publiccounsel.org
arichardson@publichcounsel.org
ahartz@publiccounsel.org
drappleye@publiccounsel.com

Proposed Special Counsel to the Official Committee of Student Creditors