# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 469 |

## CERTIFICATE OF SERVICE

I, Julia B. Klein, hereby certify that, on June 24, 2015, I caused a copy of the *First Monthly Fee Application of Gavin/Solmonese LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 13, 2015 through May 31, 2015*. [D.I. 469; filed June 24, 2015] to be served via First-Class Mail upon the parties listed on the attached **Exhibit A**:

Dated:  June 25, 2015
        Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

{00016223. }

# Exhibit A

Corinthian Colleges, Inc.
6 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707
Attn: William J. Nolan

Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Attn: Mark D. Collins, Esq.
 Michael J. Merchant, Esq.

Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Attn: Jennifer Hagle, Esq.

Potter Anderson Corroon LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801
Attn: Jeremy Ryan, Esq.

Office of United States Trustee
District of Delaware
844 N. King Street, Suite 2207
Wilmington, DE 19801
Attn: Richard L. Schepacarter, Esq,

Robins Kaplan LLP
2049 Century Park east, Suite 3400
Los Angeles, CA 90067
Attn: Scott F. Guatier, Esq.
 Lorie A. Ball, Esq.
 Cynthia C. Hernandez, Esq.

Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Attn: Christopher A. Ward, Esq.
 Shanti M. Katona, Esq.