# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1]  § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors.   § | |
| § | **Re: Docket No. 393** |

-----------------------------------------------------------

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' SUPPLEMENTAL MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE PAYMENT OF CERTAIN DENTAL BENEFIT EXPENSES**

The undersigned hereby certifies that Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") have received no answer, objection or any other responsive pleading with respect to the *Debtors' Supplemental Motion for Entry of an Order Authorizing the Payment of Certain Dental Benefit Expenses* [Docket No. 393] (the "**Supplemental Motion**") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on June 11, 2015. The undersigned further certifies that no answer, objection or other responsive pleading to the Supplemental Motion has appeared on the Court's docket in the above-captioned chapter 11 case. Pursuant to the *Notice of Supplemental Motion and Hearing*, filed with the Supplemental Motion, any objection or response to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 12281618v.1

Supplemental Motion was to be filed and served no later than 4:00 p.m. (EDT) on June 23, 2015 (the "**Objection Deadline**")[2].

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: June 25, 2015<br>Wilmington, Delaware | /s/ Amanda R. Steele<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>Rachel L. Biblo (No. 6012)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>          merchant@rlf.com<br>          terranova@rlf.com<br>          steele@rlf.com<br>          biblo@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |

---

[2]  Prior to the Objection Deadline, the Debtors received informal comments from the Office of the United States Trustee (the "**UST**").  The Debtors and UST have resolved the comments and the UST has consented to the entry of an order regarding the Supplemental Motion.