# EXHIBIT A

# EXHIBIT A

## CORINTHIAN COLLEGES, INC., et al.

May 13, 2015 through May 31, 2015

| a.  Case Administration | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Bennett S. Silverberg | 11.2 | $885.00 | $9,912.00 |
| Jacob T. Beiswenger | 5.0 | $570.00 | $2,850.00 |
| Carol S. Ennis | 6.5 | $340.00 | $2,210.00 |
| | **22.7** | | **$14,972.00** |

| b.  Meetings and Communications with Creditors | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| H. Jeffrey Schwartz | 5.6 | $1,235.00 | $6,916.00 |
| Bennett S. Silverberg | 9.7 | $885.00 | $8,584.50 |
| Jacob T. Beiswenger | 1.6 | $570.00 | $912.00 |
| Carol S. Ennis | 1.1 | $340.00 | $374.00 |
| | **18.0** | | **$16,786.50** |

| c.  Employment and Fee Applications | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Bennett S. Silverberg | 2.3 | $885.00 | $2,035.50 |
| Jacob T. Beiswenger | 0.2 | $570.00 | $114.00 |
| Carol S. Ennis | 9.1 | $340.00 | $3,094.00 |
| | **11.6** | | **$5,243.50** |

| d.  Asset Disposition | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Bennett S. Silverberg | 0.2 | $885.00 | $177.00 |
| Jacob T. Beiswenger | 1.0 | $570.00 | $570.00 |
| | **1.2** | | **$747.00** |

| e.  Relief from Stay and Adequate Protection | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Bennett S. Silverberg | 0.30 | $885.00 | $265.50 |
| | **0.30** | | **$265.50** |

| f. *Non-Working Travel*[1] | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| Bennett S. Silverberg | 3.8 | $885 | $3,363.00 |
| Less 50% | | | ($1,681.50) |
| | **3.8** | | **$1,681.50** |

| g. *Litigation: Contested Matters and Adversary Proceedings* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| Bennett S. Silverberg | 0.3 | $885.00 | $265.50 |
| | **0.3** | | **$265.50** |

| h. *Lien and Claim Investigation* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| Bennett S. Silverberg | 4.2 | $885.00 | $3,717.00 |
| Lauren E. Curry | 4.7 | $730.00 | $3,431.00 |
| Jacob T. Beiswenger | 3.4 | $570.00 | $1,938.00 |
| | **12.3** | | **$9,086.00** |

| i. *D&O Investigation* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| H. Jeffrey Schwartz | 2.0 | $1,235.00 | $2,470.00 |
| Lauren E. Curry | 0.5 | $730.00 | $365.00 |
| Brian P. Oldham | 2.3 | $605.00 | $1,391.50 |
| Lara N. Burke | 2.6 | $470.00 | $1,222.00 |
| | **7.4** | | **$5,448.50** |

| j. *DOE and Other Regulatory Matters* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| Ronald Rus | 1.5 | $880.00 | $1,320.00 |
| Shoshana B. Kaiser | 0.6 | $720.00 | $432.00 |
| | **2.1** | | **$1,752.00** |

---

[1]     Totals reflect 50% reduction to non-working travel time.

| *k.* *DIP Financing/Cash Collateral* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| H. Jeffrey Schwartz | 28.5 | $1,235.00 | $35,197.50 |
| Bennett S. Silverberg | 13.3 | $885.00 | $11,770.50 |
| Jacob T. Beiswenger | 14.9 | $570.00 | $8,493.00 |
| Joseph A. Spina | 0.9 | $475.00 | $427.50 |
| | **57.6** | | **$55,888.50** |

**TOTAL HOURS:**    137.30
**TOTAL FEES:**    $112,136.50