# EXHIBIT B

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

| | | |
|---|---|---|
| CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE | Invoice | 680573 |
| OF UNSECURED CR | Date | Jun 10, 2015 |
| C/O BROWN RUDNICK LLP | Client | 032615 |
| SEVEN TIMES SQUARE | | |
| NEW YORK NY 10036 | | |
| UNITED STATES | | |

RE:    CASE ADMINISTRATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0002 | CASE ADMINISTRATION | 14,972.00 | 0.00 | 14,972.00 |
| | **Total** | **14,972.00** | **0.00** | **14,972.00** |

| | |
|---|---|
| Total Current Fees | $14,972.00 |
| **Total Invoice** | **$14,972.00** |

BR

| TIME DETAIL |
|---|

| Date | Professional | Description | Hours |
|---|---|---|---|
| 05/13/15 | BEISWENGER | REVIEW FIRST DAY DECLARATION AND RELATED INTERIM FIRST DAY ORDERS ENTERED AT THE FIRST DAY HEARING | 3.2 |
| 05/13/15 | SILVERBERG | FOLLOWUP CONSIDERATIONS REGARDING INITIAL CASE PLANNING | 1.5 |
| 05/14/15 | SILVERBERG | TELEPHONE CONFERENCE WITH M. COLLINS REGARDING CASE PLANNING | 0.3 |
| 05/14/15 | SILVERBERG | TELEPHONE CONFERENCE WITH J. SCHWARTZ RE CASE PLANNING | 0.1 |
| 05/14/15 | ENNIS | DRAFT CONTACT LIST (1.4); SET UP ECF NOTICING (.2) | 1.6 |
| 05/15/15 | BEISWENGER | DRAFT COMMITTEE BYLAWS | 1.2 |
| 05/15/15 | ENNIS | MODIFICATIONS TO CONTACT LIST | 0.5 |
| 05/18/15 | ENNIS | (WORK DONE ON 5/16/15) MODIFICATIONS TO CONTACT LIST | 0.3 |
| 05/18/15 | ENNIS | (WORK DONE ON 5/17/15) FINALIZE AND CIRCULATE CONTACT LIST | 0.3 |
| 05/18/15 | ENNIS | PREPARE COMMITTEE CALENDAR (INCLUDING COMPLETE REVIEW OF DOCKET) (1.2); RESPOND TO INQUIRIES RE: UPCOMING DEADLINES (.4); EMAILS WITH W. WEITZ RE: PACER ACCESS AND COORDINATING RE: SAME (.2) | 1.8 |
| 05/18/15 | SILVERBERG | REVIEW ISSUES REGARDING CASE CALENDAR, CASH COLLATERAL, EXTENSIONS TO RESPOND TO SECOND DAY MOTIONS | 1.4 |
| 05/19/15 | SILVERBERG | REVIEW ISSUES REGARDING SECOND DAY MOTIONS | 2.0 |
| 05/20/15 | ENNIS | UPDATE CALENDAR (.2); EMAIL TO W. WEITZ RE: ECF NOTICES (.1); PREPARE CHART OF MATTERS SCHEDULED FOR HEARING ON 5/27/15 (.3) | 0.6 |
| 05/21/15 | BEISWENGER | CALL WITH UNITED STATES TRUSTEE RE: SECOND DAY MOTIONS | 0.6 |
| 05/21/15 | SILVERBERG | TELEPHONE CONFERENCE WITH R. SCHEPACARTER, T. FOX REGARDING SECOND DAY MOTIONS, CASH COLLATERAL (.4), TELEPHONE CONFERENCE WITH S. GAUTIER REGARDING CASE PLANNING (.6); CORRESPONDENCE AND CONSIDERATIONS REGARDING INFORMAL OBJECTIONS TO SECOND DAY MOTIONS (1.7) | 2.7 |
| 05/22/15 | SILVERBERG | REVIEW ISSUES REGARDING SECOND DAY MOTION RELIEF | 1.0 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: CASE ADMINISTRATION
June 10, 2015

Invoice 680573
Page 3

| 05/22/15 | ENNIS | UPDATE CONTACT LIST (.1); CALENDAR COMMITTEE MEETING (.1); CIRCULATE 5/27/15 HEARING AGENDA (.1) | 0.3 |
|---|---|---|---|
| 05/26/15 | ENNIS | UPDATE CONTACT LIST AND BYLAWS | 0.3 |
| 05/26/15 | SILVERBERG | TELEPHONE CONFERENCE WITH B. NOLAN, T. MCGRATH, M. COLLINS, A. STEELE REGARDING REVISIONS TO EMPLOYEE WAGE, INSURANCE ORDER (.4); TELEPHONE CONFERENCE WITH W. WEITZ, K. MCGLYNN REGARDING EMPLOYEE WAGE ORDER, SCHEDULES, AND CASH COLLATERAL ISSUES (.4); TELEPHONE CONFERENCE WITH J. SCHWARTZ REGARDING SECOND DAY HEARING (.6); TELEPHONE CONFERENCE WITH S. LEONHARDT, F. ROSNER REGARDING SECOND DAY HEARING (.3). | 1.7 |
| 05/27/15 | SILVERBERG | CORRESPONDENCE REGARDING REVISIONS TO UTILITIES ORDER, CASH COLLATERAL CONSIDERATIONS (.3); TELEPHONE CONFERENCE WITH J. KLEIN REGARDING SECOND DAY HEARING, RETENTION APPLICATION, FOLLOWUP REGARDING SAME (.2). | 0.5 |
| 05/27/15 | ENNIS | UPDATE CONTACT LIST (.2); CIRCULATE SECOND AMENDED HEARING AGENDA (.1) | 0.3 |
| 05/28/15 | ENNIS | UPDATE COMMITTEE CALENDAR (.2); UPDATE COMMITTEE CONTACT LIST (.2) | 0.4 |
| 05/29/15 | ENNIS | CIRCULATE ORDER AUTHORIZING REJECTION OF CERTAIN REAL PROPERTY LEASES | 0.1 |
| **Total Hours** | | | **22.7** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| BENNETT S. SILVERBERG | 11.2 | hours at | 885.00 | 9,912.00 |
| JACOB T. BEISWENGER | 5.0 | hours at | 570.00 | 2,850.00 |
| CAROL S. ENNIS | 6.5 | hours at | 340.00 | 2,210.00 |
| **Total Fees** | | | | **14,972.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP   Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWN RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680573 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:   CASE ADMINISTRATION



Remittance

**Balance Due: $14,972.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE      Invoice        680574
OF UNSECURED CR                                                  Date      Jun 10, 2015
C/O BROWN RUDNICK LLP                                            Client        032615
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

RE:     MEETINGS AND COMMUNICATIONS WITH CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 16,786.50 | 0.00 | 16,786.50 |
| | **Total** | **16,786.50** | **0.00** | **16,786.50** |

Total Current Fees                    $16,786.50

**Total Invoice**                        **$16,786.50**



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR

RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS
June 10, 2015

## TIME DETAIL

| Date | Professional | Description | Hours |
|---|---|---|---|
| 05/13/15 | SILVERBERG | INITIAL MEETING WITH COMMITTEE MEMBERS | 0.7 |
| 05/20/15 | SILVERBERG | REVIEW SECOND DAY MOTIONS AND PREPARE MEMORANDUM SUMMARIZING SAME | 5.5 |
| 05/21/15 | SILVERBERG | REVISIONS TO MEMORANDUM REGARDING SECOND DAY MOTIONS (.3); CORRESPONDENCE TO COMMITTEE REGARDINING INITIAL CONFERENCE CALL, SECOND DAY MOTIONS (.4). | 0.7 |
| 05/26/15 | SILVERBERG | CORRESPONDENCE REGARDING RESOLUTION OF COMMITTEE'S COMMENTS TO SECOND DAY RELIEF | 0.8 |
| 05/26/15 | ENNIS | CALENDAR RE-SCHEDULING OF COMMITTEE MEETING | 0.1 |
| 05/27/15 | SCHWARTZ | PREP FOR COMMITTEE MEETING RE RESOLVED AND OPEN MATTERS | 3.0 |
| 05/28/15 | ENNIS | PREPARE FOR AND ATTEND INITIAL COMMITTEE MEETING | 1.0 |
| 05/28/15 | BEISWENGER | PREPARE DOCUMENTS FOR COMMITTEE CALL (.5); ATTEND COMMITTEE MEETING (.7); DRAFT AND EDIT MINUTES MEMORIALIZING COMMITTEE MEETING (.4) | 1.6 |
| 05/28/15 | SILVERBERG | PREPARATION FOR COMMITTEE CALL (.8); PARTICIPATE AND ATTEND TELEPHONIC COMMITTEE CALL (.8), FOLLOWUP WITH J. SCHWARTZ REGARDING SAME (.2); TELEPHONE CONFERENCE WITH C. SHULMAN REGARDING COMMITTEE MEETING (.2) | 2.0 |
| 05/28/15 | SCHWARTZ | PREP FOR AND CONDUCTING OF COMMITTEE MEETING | 2.6 |
| | **Total Hours** | | **18.0** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| H. JEFFREY SCHWARTZ | 5.6 | hours at | 1,235.00 | 6,916.00 |
| BENNETT S. SILVERBERG | 9.7 | hours at | 885.00 | 8,584.50 |
| JACOB T. BEISWENGER | 1.6 | hours at | 570.00 | 912.00 |
| CAROL S. ENNIS | 1.1 | hours at | 340.00 | 374.00 |
| **Total Fees** | | | | **16,786.50** |



**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| Invoice | 680574 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:    MEETINGS AND COMMUNICATIONS WITH CREDITORS

Remittance

**Balance Due: $16,786.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680575 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:    EMPLOYMENT AND FEE APPLICATIONS

## INVOICE

For professional services rendered in connection with the above captioned matter
through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0004 | EMPLOYMENT AND FEE APPLICATIONS | 5,243.50 | 0.00 | 5,243.50 |
| | Total | **5,243.50** | **0.00** | **5,243.50** |

| | |
|---|---|
| Total Current Fees | $5,243.50 |
| **Total Invoice** | **$5,243.50** |

| TIME DETAIL | | |
| --- | --- | --- |
| **Date** | **Professional** | **Description** | **Hours** |

| Date | Professional | Description | Hours |
| --- | --- | --- | --- |
| 05/13/15 | ENNIS | INITIATE DRAFT OF BROWN RUDNICK RETENTION APPLICATION | 0.5 |
| 05/13/15 | SILVERBERG | PARTICIPATE IN INTERVIEW OF COMMITTEE FINANCIAL ADVISOR | 0.3 |
| 05/14/15 | SILVERBERG | REVIEW ISSUES REGARDING RETENTION APPLICATION | 0.5 |
| 05/20/15 | ENNIS | DRAFT BROWN RUDNICK RETENTION APPLICATION | 1.0 |
| 05/21/15 | SILVERBERG | STRATEGIZE REGARDING RETENTION ISSUES | 0.4 |
| 05/21/15 | BEISWENGER | REVIEW CORRESPONDENCE RE: DEBTORS' PROFESSIONAL FEE APPLICATIONS (.2). | 0.2 |
| 05/21/15 | ENNIS | DRAFT BROWN RUDNICK RETENTION APPLICATION | 1.5 |
| 05/22/15 | ENNIS | MODIFICATIONS TO BROWN RUDNICK RETENTION APPLICATION | 0.3 |
| 05/26/15 | ENNIS | DRAFT SCHWARTZ DECLARATION FOR BROWN RUDNICK RETENTION APPLICATION | 0.5 |
| 05/27/15 | SILVERBERG | REVIEW AND REVISE RETENTION PLEADINGS | 1.0 |
| 05/27/15 | ENNIS | MODIFICATIONS TO BROWN RUDNICK RETENTION APPLICATION AND ANCILLARY DOCUMENTS (3.4) COMMUNICATIONS WITH GAVIN/SOLMONESE RE: RETENTION APPLICATION ISSUES (.2) | 3.6 |
| 05/28/15 | ENNIS | REVIEW US TRUSTEE GUIDELINES RE: BUDGET AND OTHER REQUIREMENTS IN CONNECTION WITH RETENTION APPLICATION (.2); MODIFY RETENTION APPLICATION ACCORDINGLY (.3); COMMUNICATE WITH LOCAL COUNSEL RE: FILING OF RETENTION APPLICATIONS (.1); EMAIL TO COMMITTEE CHAIR RE: SAME (.1) | 0.7 |
| 05/29/15 | ENNIS | MODIFICATIONS TO GAVIN/SOLMONESE RETENTION PAPERS TO PREPARE FOR COMMITTEE CHAIR'S EXECUTION (.6); FINALIZE BROWN RUDNICK RETENTION PAPERS (.3); EMAIL TO T. BURKHART RE: EXECUTION OF RETENTION PLEADINGS (.1) | 1.0 |
| 05/31/15 | SILVERBERG | CORRESPONDENCE REGARDING SUBMISSION OF RETENTION APPLICATIONS | 0.1 |
| | **Total Hours** | | **11.6** |

BR

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: EMPLOYMENT AND FEE APPLICATIONS
June 10, 2015

Invoice 680575
Page 3

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| BENNETT S. SILVERBERG | 2.3 | hours at | 885.00 | 2,035.50 |
| JACOB T. BEISWENGER | 0.2 | hours at | 570.00 | 114.00 |
| CAROL S. ENNIS | 9.1 | hours at | 340.00 | 3,094.00 |
| **Total Fees** | | | | **5,243.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWN RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680575 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:    EMPLOYMENT AND FEE APPLICATIONS



**Remittance**

**Balance Due: $5,243.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680576 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:    ASSET DISPOSITION

## INVOICE

For professional services rendered in connection with the above captioned matter
through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0011 | ASSET DISPOSITION | 747.00 | 0.00 | 747.00 |
| | **Total** | **747.00** | **0.00** | **747.00** |

| | |
|---|---|
| Total Current Fees | $747.00 |
| **Total Invoice** | **$747.00** |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: ASSET DISPOSITION
June 10, 2015

## TIME DETAIL

| Date | Professional | Description | Hours |
|---|---|---|---|
| 05/15/15 | BEISWENGER | REVIEW AND ANALYZE DE MINIMIS SALE NOTICES AND MOTION RELATED THERETO | 1.0 |
| 05/30/15 | SILVERBERG | CORRESPONDENCE REGARDING WYOTECH ASSET SALE | 0.2 |
| | **Total Hours** | | **1.2** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| BENNETT S. SILVERBERG | 0.2 | hours at | 885.00 | 177.00 |
| JACOB T. BEISWENGER | 1.0 | hours at | 570.00 | 570.00 |
| **Total Fees** | | | | **747.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWN RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice       680576
Date       Jun 10, 2015
Client       032615

RE:     ASSET DISPOSITION



**Remittance**

**Balance Due: $747.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680577 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:    RELIEF FROM STAY AND ADEQUATE PROTECTION

## INVOICE

For professional services rendered in connection with the above captioned matter
through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0012 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 265.50 | 0.00 | 265.50 |
| | **Total** | **265.50** | **0.00** | **265.50** |

| | | |
|---|---|---|
| Total Current Fees | | $265.50 |
| **Total Invoice** | | **$265.50** |

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: RELIEF FROM STAY AND ADEQUATE PROTECTION
June 10, 2015

| | | TIME DETAIL | |
|---|---|---|---|
| Date | Professional | Description | Hours |
| 05/28/15 | SILVERBERG | TELEPHONE CONFERENCE WITH R. SCHEPACARTER REGARDING D&O STAY RELIEF MOTION | 0.1 |
| 05/29/15 | SILVERBERG | TELEPHONE CONFERENCE WITH B. DEHNEY REGARDING D&O INSURANCE ACCESS MOTION | 0.2 |
| | Total Hours | | 0.3 |

| | TIME SUMMARY | | |
|---|---|---|---|
| Professional | Hours | Rate | Value |
| BENNETT S. SILVERBERG | 0.3   hours at | 885.00 | 265.50 |
| Total Fees | | | 265.50 |

INCLUDES ONLY TIME AND COSTS TO DATE
KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT
PAYABLE WITHIN 30 DAYS

TAX IDENTIFICATION # 04-3108175

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680577 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:    RELIEF FROM STAY AND ADEQUATE PROTECTION



Remittance

**Balance Due: $265.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680578 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:    NON-WORKING TRAVEL

## INVOICE

For professional services rendered in connection with the above captioned matter
through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 032615.0013 | NON-WORKING TRAVEL | 3,363.00 | 0.00 | 3,363.00 |
| | **Total** | **3,363.00** | **0.00** | **3,363.00** |

| | |
|---|---:|
| CURRENT FEES | $3,363.00 |
| REDUCTION TO FEES | (1,681.50) |
| Total Current Fees | $1,681.50 |
| **Total Invoice** | **$1,681.50** |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: NON-WORKING TRAVEL
June 10, 2015

| TIME DETAIL | | | |
|---|---|---|---|
| Date | Professional | Description | Hours |
| 05/13/15 | SILVERBERG | TRAVEL TO NEW YORK FROM WILMINGTON COMMITTEE FORMATION MEETING | 3.8 |
| | **Total Hours** | | **3.8** |

| TIME SUMMARY | | | |
|---|---|---|---|
| Professional | Hours | Rate | Value |
| BENNETT S. SILVERBERG | 3.8   hours at | 885.00 | 3,363.00 |
| **Total Fees** | | | **3,363.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680578 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:    NON-WORKING TRAVEL



Remittance

**Balance Due: $1,681.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE          Invoice        680579
OF UNSECURED CR                                       Date      Jun 10, 2015
C/O BROWN RUDNICK LLP                                 Client         032615
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

RE:    LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS

| I N V O I C E |
| --- |

For professional services rendered in connection with the above captioned matter
through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
| --- | --- | --- | --- | --- |
| 032615.0015 | LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS | 265.50 | 0.00 | 265.50 |
| | **Total** | **265.50** | **0.00** | **265.50** |

| | |
| --- | --- |
| Total Current Fees | $265.50 |
| **Total Invoice** | **$265.50** |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: LITIGATION: CONTESTED MATTERS AND ADVERSARY
PROCEEDINGS
June 10, 2015

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|--------------|-------------|-------|
| 05/28/15 | SILVERBERG | TELEPHONE CONFERENCE WITH G. MADUX REGARDING MCKINLEY GARNSIHMENT PROCEEDING | 0.3 |
| | **Total Hours** | | **0.3** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| BENNETT S. SILVERBERG | 0.3 | hours at | 885.00 | 265.50 |
| **Total Fees** | | | | **265.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680579 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:    LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS



Remittance

**Balance Due: $265.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE         Invoice        680579
OF UNSECURED CR                                      Date      Jun 10, 2015
C/O BROWN RUDNICK LLP                                Client         032615
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

RE:    LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0015 | LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS | 265.50 | 0.00 | 265.50 |
| | **Total** | **265.50** | **0.00** | **265.50** |

Total Current Fees                              $265.50

**Total Invoice**                              **$265.50**

**BR**

CORINTHIAN COLLEGES, INC: OFFICIAL COMMITTEE OF UNSECURED CR
RE: LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS
June 10, 2015

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 05/28/15 | SILVERBERG | TELEPHONE CONFERENCE WITH G. MADUX REGARDING MCKINLEY GARNSIHMENT PROCEEDING | 0.3 |
| | **Total Hours** | | **0.3** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|--|------|-------|
| BENNETT S. SILVERBERG | 0.3 | hours at | 885.00 | 265.50 |
| **Total Fees** | | | | **265.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE          Invoice        680579
OF UNSECURED CR                                      Date     Jun 10, 2015
C/O BROWN RUDNICK LLP                                Client         032615
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

RE:    LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS



Remittance

**Balance Due: $265.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680580 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:   LIEN AND CLAIM INVESTIGATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0019 | LIEN AND CLAIM INVESTIGATION | 9,086.00 | 0.00 | 9,086.00 |
| | **Total** | **9,086.00** | **0.00** | **9,086.00** |

|  |  |
|---|---|
| Total Current Fees | $9,086.00 |
| **Total Invoice** | **$9,086.00** |

BR

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 05/14/15 | SILVERBERG | CORRESPONDENCE REGARDING PENDING INVESTIGATIONS, DOCUMENT REQUEST | 0.2 |
| 05/14/15 | CURRY | DRAFT INITIAL DOCUMENT REQUEST | 4.7 |
| 05/15/15 | SILVERBERG | CONSIDER ISSUES REGARDING DOCUMENT REQUEST | 2.2 |
| 05/15/15 | SILVERBERG | REVIEW DILIGENCE REQUESTS | 0.4 |
| 05/15/15 | BEISWENGER | DRAFT FIRST DILIGENCE REQUESTS RE: LIEN AND CLAIM INVESTIGATION | 3.4 |
| 05/18/15 | SILVERBERG | REVIEW AND REVISE INITIAL DOCUMENT PRODUCTION REQUEST | 1.4 |
| | **Total Hours** | | **12.3** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| LAUREN E. CURRY | 4.7 | hours at | 730.00 | 3,431.00 |
| BENNETT S. SILVERBERG | 4.2 | hours at | 885.00 | 3,717.00 |
| JACOB T. BEISWENGER | 3.4 | hours at | 570.00 | 1,938.00 |
| **Total Fees** | | | | **9,086.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice      680580
Date      Jun 10, 2015
Client      032615

RE:    LIEN AND CLAIM INVESTIGATION



**Remittance**

**Balance Due: $9,086.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680581 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:    D&O INVESTIGATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0020 | D&O INVESTIGATION | 5,448.50 | 0.00 | 5,448.50 |
| | **Total** | **5,448.50** | **0.00** | **5,448.50** |

| | |
|---|---|
| Total Current Fees | $5,448.50 |
| **Total Invoice** | **$5,448.50** |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: D&O INVESTIGATION
June 10, 2015

Invoice 680581
Page 2

| TIME DETAIL | | | |
|---|---|---|---|
| Date | Professional | Description | Hours |
| 05/13/15 | SCHWARTZ | INVESTIGATION OF D&O CLAIMS | 2.0 |
| 05/15/15 | OLDHAM | REVIEW D&O INSURANCE POLICIES | 0.5 |
| 05/16/15 | OLDHAM | REVIEW D&O INSURANCE POLICIES | 1.8 |
| 05/16/15 | CURRY | REVIEW OF D&O INSURANCE POLICIES | 0.5 |
| 05/17/15 | BURKE | ANALYZED DIRECTORS AND OFFICERS' INSURANCE POLICIES | 2.5 |
| 05/22/15 | BURKE | CORRESPONDENCE WITH B. SILVERBERG REGARDING DIRECTORS AND OFFICERS' INSURANCE | 0.1 |
| | **Total Hours** | | **7.4** |

| TIME SUMMARY | | | | |
|---|---|---|---|---|
| Professional | Hours | | Rate | Value |
| LAUREN E. CURRY | 0.5 | hours at | 730.00 | 365.00 |
| H. JEFFREY SCHWARTZ | 2.0 | hours at | 1,235.00 | 2,470.00 |
| LARA N. BURKE | 2.6 | hours at | 470.00 | 1,222.00 |
| BRIAN P. OLDHAM | 2.3 | hours at | 605.00 | 1,391.50 |
| **Total Fees** | | | | **5,448.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# **BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE     Invoice     680581
OF UNSECURED CR     Date     Jun 10, 2015
C/O BROWN RUDNICK LLP     Client     032615
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

RE:    D&O INVESTIGATION



**Remittance**

**Balance Due: $5,448.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680582 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:    DOE AND OTHER REGULATORY MATTERS

## INVOICE

For professional services rendered in connection with the above captioned matter
through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0021 | DOE AND OTHER REGULATORY MATTERS | 1,752.00 | 0.00 | 1,752.00 |
| | **Total** | **1,752.00** | **0.00** | **1,752.00** |

| | | |
|---|---|---|
| Total Current Fees | | $1,752.00 |
| **Total Invoice** | | **$1,752.00** |

**BR**

CORINTHIAN COLLEGES, INC: OFFICIAL COMMITTEE OF UNSECURED CR
RE: DOE AND OTHER REGULATORY MATTERS
June 10, 2015

Invoice 680582
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 05/13/15 | KAISER | REVIEW STATUTES AND REGULATIONS AND LETTER FROM DOE TO CORINTHIAN COLLEGES | 0.6 |
| 05/14/15 | RUS | REVIEW DEPARTMENT OF EDUCATION ISSUES | 1.5 |
| | **Total Hours** | | **2.1** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| RONALD RUS | 1.5 | hours at | 880.00 | 1,320.00 |
| SHOSHANA B. KAISER | 0.6 | hours at | 720.00 | 432.00 |
| **Total Fees** | | | | **1,752.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP     Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice     680582
Date     Jun 10, 2015
Client     032615

RE:    DOE AND OTHER REGULATORY MATTERS



Remittance

**Balance Due: $1,752.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680583 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:    DIP FINANCING/CASH COLLATERAL

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0022 | DIP FINANCING/CASH COLLATERAL | 55,888.50 | 0.00 | 55,888.50 |
| | **Total** | **55,888.50** | **0.00** | **55,888.50** |

| | |
|---|---|
| Total Current Fees | $55,888.50 |
| **Total Invoice** | **$55,888.50** |

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: DIP FINANCING/CASH COLLATERAL
June 10, 2015

Invoice 680583
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 05/13/15 | SCHWARTZ | ANALYSIS OF CASE ISSUES RE CASH COLLATERAL, ASSETS AVAILABLE TO UNSECURED CREDITORS | 2.8 |
| 05/14/15 | BEISWENGER | REVIEW CASH COLLATERAL MOTION AND OTHER MOTIONS TO BE HEARD AT NEXT OMNIBUS HEARING | 2.1 |
| 05/14/15 | SCHWARTZ | ANALYSIS OF CASH COLLATERAL OBJECTION ISSUES INCLUDING PRESERVATION OF ESTATE ASSETS FOR ESTATE | 3.8 |
| 05/14/15 | SILVERBERG | REVIEW ISSUES REGARDING CASH COLLATERAL ORDER AND BUDGET | 1.0 |
| 05/15/15 | SILVERBERG | TELEPHONE CONFERENCE WITH F. ROSNER, J. KLEIN REGARDING CASH COLLATERAL OBJECTION | 0.2 |
| 05/15/15 | BEISWENGER | REVIEW CASH COLLATERAL MOTION AND DRAFT OBJECTION THERETO | 3.7 |
| 05/18/15 | BEISWENGER | DRAFT OBJECTION TO DEBTORS' MOTION FOR USE OF CASH COLLATERAL | 9.1 |
| 05/18/15 | SCHWARTZ | ANALYSIS OF NEGOTIATION OF CASH COLLATERAL AND OTHER ISSUES | 4.7 |
| 05/18/15 | SILVERBERG | TELEPHONE CONFERENCE WITH F. ROSNER REGARDING CASH COLLATERAL ORDER (.2); TELEPHONE CONFERENCE WITH W. WEITZ REGARDING CASH COLLATERAL BUDGET (.4) | 0.6 |
| 05/19/15 | SILVERBERG | TELEPHONE CONFERENCE WITH J. SCHWARTZ REGARDING CASH COLLATERAL ORDER (.3), FOLLOWUP WITH M. COLLINS, M. MERCHANT REGARDING SAME (.2); CORRESPONDENCE REGARDING SAME (.1); CONSIDER ISSUES REGARDING CASH COLLATERAL OBJEECTION/MOTION (1.4) | 2.0 |
| 05/20/15 | SILVERBERG | REVIEW ISSUES REGARDING CASH COLLATERAL MOTION | 1.0 |
| 05/25/15 | SCHWARTZ | ANALYSIS OF CASH COLLATERAL NEGOTIATION ISSUES | 4.8 |
| 05/26/15 | SCHWARTZ | ANALYSIS OF PLAN FEASIBILITY AND FUNDING ISSUES | 4.7 |
| 05/27/15 | SCHWARTZ | ANALYSIS OF CASH COLLATERAL NEGOTIATION ISSUES | 1.8 |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: DIP FINANCING/CASH COLLATERAL
June 10, 2015

| 05/27/15 | SILVERBERG | TELEPHONIC ATTENDANCE OF SECOND DAY HEARING (.8), FOLLOWUP TELEPHONE CONFERENCE WITH J. SCHWARTZ (.2); REVIEW G/S MEMORANDUM REGARDING CASH COLLATERAL CONSIDERATIONS, CORRESPONDENCE REGARDING SAME (.2); PREPARE MEMORANDUM REGARDING CASH COLLATERAL ISSUES (1.0); TELEPHONE CONFERENCE WITH A. GUMPORT REGARDING CASH COLLATERAL ORDER (.4) | 2.6 |
|---|---|---|---|
| 05/28/15 | SCHWARTZ | ANALYSIS OF CASH COLLATERAL NEGOTIATION ISSUES AND POTENTIAL OBJECTION | 2.0 |
| 05/28/15 | SILVERBERG | TELEPHONE CONFERENCE WITH W. WEITZ REGARDING CASH COLLATERAL BUDGET (.3); PREPARATION OF TERM SHEET RE RESOLUTION OF CASH COLLATERAL, CASE ISSUES (3.0), FOLLOWUP TELEPHONE CONFERENCE WITH J. SCHWARTZ (.7); TELEPHONE CONFERENCE WITH J. HAGEL REGARDING CASH COLLATERAL ORDER, CASE ISSUES (.6) | 4.6 |
| 05/28/15 | SPINA | PARTICIPATED IN NEGOTIATION CALL WITH BANK OF AMERICA AND B. SILVERBERG | 0.9 |
| 05/29/15 | SILVERBERG | TELEPHONE CONFERENCE WITH J. SCHWARTZ REGARDING CASH COLLATERAL ORDER (.4); TELEPHONE CONFERENCE WITH M. COLLINS, J. SCHWARTZ REGARDING CASH COLLATERAL BUDGET (.4); FOLLOWUP REGARDING SAME WITH J. SCHWARTZ (.2); TELEPHONE CONFERENCE WITH W. WEITZ REGARDING CASH COLLATERAL BUDGET (.3) | 1.3 |
| 05/29/15 | SCHWARTZ | ANALYSIS OF CASH COLLATERAL OBJECTION ISSUES AND NEGOTIATION OF RESOLUTION OF CASH COLLATERAL DISPUTES | 3.9 |
| **Total Hours** | | | **57.6** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| H. JEFFREY SCHWARTZ | 28.5 | hours at | 1,235.00 | 35,197.50 |
| BENNETT S. SILVERBERG | 13.3 | hours at | 885.00 | 11,770.50 |
| JACOB T. BEISWENGER | 14.9 | hours at | 570.00 | 8,493.00 |
| JOSEPH A. SPINA | 0.9 | hours at | 475.00 | 427.50 |
| **Total Fees** | | | | **55,888.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 680583 |
| Date | Jun 10, 2015 |
| Client | 032615 |

RE:   DIP FINANCING/CASH COLLATERAL



Remittance

**Balance Due: $55,888.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.