# EXHIBIT C

## EXHIBIT C

## SUMMARY OF DISBURSEMENTS

The following is a breakdown of disbursements for the period from May 13, 2015 through May 31, 2015:

| Service | Cost |
|---|---|
| 1. Photocopy (In-house)<br>(1,145 pages × 10¢) | $114.50 |
| TOTAL | **$114.50** |

61965389

# BROWNRUDNICK

One Financial Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice        680572
Date     Jun 10, 2015
Client         032615

RE:    COSTS ONLY

# INVOICE

For professional services rendered in connection with the above captioned matter through May 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0001 | COSTS ONLY | 0.00 | 114.50 | 114.50 |
| | Total | 0.00 | 114.50 | 114.50 |

Total Current Costs                 $114.50

**Total Invoice**                       **$114.50**


## COST DETAIL

| Date | Description | Value |
| --- | --- | --- |
| 05/19/15 | COLOR COPIES | 0.10 |
| 05/14/15 | COPIES | 0.60 |
| 05/14/15 | COPIES | 0.20 |
| 05/14/15 | COPIES | 0.10 |
| 05/15/15 | COPIES | 0.40 |
| 05/15/15 | COPIES | 0.20 |
| 05/15/15 | COPIES | 9.80 |
| 05/15/15 | COPIES | 0.40 |
| 05/15/15 | COPIES | 0.20 |
| 05/15/15 | COPIES | 2.50 |
| 05/15/15 | COPIES | 0.40 |
| 05/15/15 | COPIES | 0.30 |
| 05/15/15 | COPIES | 16.80 |
| 05/15/15 | COPIES | 0.10 |
| 05/15/15 | COPIES | 16.80 |
| 05/15/15 | COPIES | 0.10 |
| 05/15/15 | COPIES | 0.10 |
| 05/18/15 | COPIES | 1.80 |
| 05/19/15 | COPIES | 29.00 |
| 05/19/15 | COPIES | 0.10 |
| 05/20/15 | COPIES | 0.50 |
| 05/21/15 | COPIES | 0.40 |
| 05/26/15 | COPIES | 0.10 |
| 05/26/15 | COPIES | 0.70 |
| 05/26/15 | COPIES | 1.40 |
| 05/26/15 | COPIES | 0.20 |
| 05/27/15 | COPIES | 0.10 |
| 05/27/15 | COPIES | 0.20 |
| 05/27/15 | COPIES | 1.20 |
| 05/27/15 | COPIES | 3.70 |


| Date | Description | Amount |
|---|---|---|
| 05/28/15 | COPIES | 0.30 |
| 05/28/15 | COPIES | 0.60 |
| 05/28/15 | COPIES | 0.30 |
| 05/28/15 | COPIES | 0.10 |
| 05/28/15 | COPIES | 0.40 |
| 05/28/15 | COPIES | 1.40 |
| 05/28/15 | COPIES | 0.10 |
| 05/28/15 | COPIES | 1.40 |
| 05/28/15 | COPIES | 0.20 |
| 05/28/15 | COPIES | 2.40 |
| 05/28/15 | COPIES | 0.40 |
| 05/28/15 | COPIES | 1.00 |
| 05/28/15 | COPIES | 1.40 |
| 05/28/15 | COPIES | 7.40 |
| 05/28/15 | COPIES | 1.40 |
| 05/28/15 | COPIES | 2.00 |
| 05/28/15 | COPIES | 2.00 |
| 05/28/15 | COPIES | 0.60 |
| 05/28/15 | COPIES | 0.60 |
| 05/28/15 | COPIES | 0.30 |
| 05/29/15 | COPIES | 0.70 |
| 05/29/15 | COPIES | 1.00 |
| **Total Costs** | | **114.50** |

## COST SUMMARY

| Description | Value |
|---|---|
| COPIES | 114.00 |
| COLOR COPIES | 0.10 |
| COPIES | 0.40 |
| **Total Costs** | **114.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# BROWNRUDNICK

One Financial Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice 680572
Date Jun 10, 2015
Client 032615

RE: COSTS ONLY

## Remittance 

**Balance Due: $114.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996