IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## SECOND SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on June 20, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Notice of Deadlines for Filing Proofs of Claim Against Debtors [Docket No. 431]**
- **Proof of Claim Form**

Dated: June 25, 2015

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 25 day of June, 20 15, by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

| | | |
|---|---|---|
| AMERIPRISE FINANCIAL<br>TOM.X.EBERHART@AMPF.COM | AMERIPRISE FINANCIAL<br>TRISHA.QUINNELL@AEXP.COM | BANK OF AMERICA<br>SHARON.DENISE.BROWN@BANKOFAMERICA.COM |
| BMO NESBITT BURN<br>JOHN.FINERTY@BMO.COM | BNY MELLON<br>CHRISTOPHER.R.JANOSIK@BNYMELLON.COM | BNY MELLON<br>GSSPROXYINQUIRIES@MELLON.COM |
| BNY MELLON<br>MATT.BARTELL@BNYMELLON.COM | BNY MELLON<br>MSOBEL@BANKOFNY.COM | BNY MELLON<br>PROXYSUPPORT@BNYMELLON.COM |
| BOCI SECURITIES<br>ADRIAN.LAM@BOCIGROUP.COM | BOCI SECURITIES<br>OPERATIONS@BOCIGROUP.COM | CETERA INVESTMEN<br>DAWN.MALARD@CETERAFI.COM |
| CITIGROUP GLOBAL<br>PATRICIA.M.HALLER@CITIGROUP.COM | D.A. DAVIDSON<br>NGARRITY@DADCO.COM | D.A. DAVIDSON<br>RLINSKEY@DADCO.COM |
| DAVENPORT & COMP<br>KNIEDING@INVESTDAVENPORT.COM | FIRST CLEARING,<br>MATT.BUETTNER@FIRSTCLEARING.COM | GOLDMAN SACHS & SECURITIES OPERATIONS<br>CHRISTIN.HARTWIG@GS.COM |
| GOLDMAN SACHS EX<br>CHRISTIN.HARTWIG@GS.COM | GOLDMAN SACHS IN SECURITIES OPERATIONS<br>CHRISTIN.HARTWIG@GS.COM | HSBC GLOBAL CUST<br>ANDREW.SCHNEIDER@US.HSBC.COM |
| HSBC GLOBAL CUST<br>JOHN.X.KARABINAS@US.HSBC.COM | HSBC GLOBAL CUST<br>PETER.G.BURDEN@HSBC.COM | HSBC GLOBAL CUST<br>ROBERT.SCHULTZ@US.HSBC.COM |
| J.P. MORGAN CLEA<br>PAUL.A.MOORE@JPMORGAN.COM | J.P. MORGAN CLEA<br>WIDDOES_HOWARD@JPMORGAN.COM | LEK SECURITIES<br>JON.FOWLER@LEKSECURITIES.COM |
| LEK SECURITIES<br>WEIMENG.ZHANG@LEKSECURITIES.COM | LPL FINANCIAL<br>MARTHA.STRAHAN@LPL.COM | MERRILL LYNCH<br>CORPACTIONSPROXY@WIN.ML.COM |
| MERRILL LYNCH<br>RONNIE_O'NEILL@ML.COM | MORGAN STANLEY<br>COLLEEN.CORR@MORGANSTANLEY.COM | MORGAN STANLEY<br>JOHN.BARRY@MORGANSTANLEY.COM |
| MORGAN STANLEY<br>JONATHAN.GOLDMAN@MORGANSTANLEY.COM | MORGAN STANLEY<br>KENNETH.EWING@MORGANSTANLEY.COM | NATIONAL BANK FI<br>PROBINSON@NBTDIRECT.COM |
| NATIONAL FINANCI<br>BURKE@FMR.COM | NATIONAL FINANCI<br>DONNA.LODGE@FMR.COM | NATIONAL FINANCI<br>KAWANA.HUNTER@FMR.COM |
| NATIONAL FINANCI<br>LEWIS.TREZZA@FMR.COM | NATIONAL FINANCI<br>MARIE-CLAUDE.DESROSIERS@FMR.COM | NATIONAL FINANCI<br>OHN.HALAYKO@FMR.COM |
| OPPENHEIMER & CO<br>CATHERINE.WONG@OPCO.COM | OPPENHEIMER & CO<br>JANET.SIGALOS@OPCO.COM | OPPENHEIMER & CO<br>JEFFREY.ARMSTRONG@OPCO.COM |

| | | |
|---|---|---|
| OPPENHEIMER & CO<br>OSCAR.NAZARIO@OPCO.COM | PICTET & CIE<br>SCRAUSAZ@PICTET.COM | ROBERT W. BAIRD<br>ESTRAKA@RWBAIRD.COM |
| ROBERT W. BAIRD<br>JERBE@RWBAIRD.COM | ROBERT W. BAIRD<br>JSUDFELD@RWBAIRD.COM | SCOTIACAPITAL IN<br>TIM.CORSO@SCOTIABANK.COM |
| SCOTTRADE INC<br>REORG@SCOTTRADE.COM | SG AMERICAS SECU<br>CHARLES.HUGHES@SGCIB.COM | SG AMERICAS SECU<br>ED.BYRNE@SGCIB.COM |
| SG AMERICAS SECU<br>PAUL.MITSAKOS@SGCIB.COM | SOUTHWEST SECURI<br>CFINZEN@SWST.COM;PROXY@SWST.COM | STATE STREET<br>NBRUM@STATESTREET.COM |
| STATE STREET<br>PCDESHARNAIS@STATESTREET.COM | STATE STREET<br>PROXY-SERVICES@STATESTREET.COM | STERNE AGEE & LE<br>AMEARS@STERNAGEE.COM |
| STOCKCROSS FINAN<br>DIANE.TOBEY@STOCKROSS.COM | WILLIAM BLAIR<br>MNIEDBALEC@WILLIAMBLAIR.COM | |

Parties Served: 62

## **EXHIBIT B**

Corinthian Colleges, Inc. - U.S. Mail                                                                                                    Served 6/20/2015

| | | |
|---|---|---|
| AMERIPRISE FINAN<br>751 GRISWOLD STREET<br>DETROIT, MI 48226 | BMO NESBITT BURN<br>1 FIRST CANADIAN PLACE 13TH FL<br>TORONTO, ON  M5X 1H3<br>CANADA | BNY MELLON<br>ATTN.: MATT BARTEL<br>TWO BNY MELLON CENTER<br>525 WILLIAM PENN PLACE<br>AIM # 153-0300<br>PITTSBURGH, PA 15259 |
| BOCI SECURITIES<br>18/F, LOW BLOCK, GRAND MILLENNIUM PLAZA<br>181 QUEEN'S ROAD<br>CENTRAL HONG KONG 99999 | BROADRIDGE<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | CETERA INVESTMEN<br>MARK SCHOUVILLER, MANAGER<br>400 1ST ST S<br>SAINT CLOUD, MN 56301 |
| CITIGROUP GLOBAL<br>ATTN: JOHN BARRY<br>700 REDBROOK BLVD.<br>WINGS MILLS, MD 21117 | D.A. DAVIDSON &<br>8 THIRD ST. N<br>PO BOX 5015 (59403)<br>GREAT FALLS, MT 59401 | DAVENPORT & COMP<br>ONE JAMES CENTER<br>SUITE 1100<br>901 EAST CARY STREET<br>RICHMOND, VA 23219 |
| DESJARDINS SECUR<br>1170 PEEL STREET<br>SUITE 300<br>MONTREAL, QC H3B 0A9<br>CANADA | FIRST CLEARING,<br>10700 WHEAT FIRST DRIVE<br>GLEN ALLEN, VA 23060 | GMP SECURITIES L<br>145 KING STREET WEST SUITE 300<br>TORONTO, ON M5H 1J8<br>CANADA |
| GOLDMAN SACHS &<br>SECURITIES OPS - ASSET SERVICES<br>30 HUDSON ST. 4TH FL<br>JERSEY CITY, NJ 07302 | GOLDMAN SACHS EX<br>30 HUDSON STREET<br>JERSEY CITY, NJ  07302-4699 | GOLDMAN SACHS IN<br>SECURITIES OPS - ASSET SERVICES<br>30 HUDSON ST. 4TH FL<br>JERSEY CITY, NJ 07302 |
| HSBC GLOBAL CUST<br>P.O. BOX 1257<br>BUFFALO, NY 14240 | J.P. MORGAN CLEA<br>PROXY SERVICES<br>14201 DALLAS PKWY STE 121<br>DALLAS TX 75254 | LEK SECURITIES<br>ONE LIBERTY PLAZA - 52ND FLOOR<br>NEW YORK, NY 10006 |
| LPL FINANCIAL<br>ATTN: LEGAL<br>1 BEACON STREET, 22ND FLOOR<br>BOSTON, MA 02108 | LT TRUST COMPANY<br>1675 BROADWAY #500<br>DENVER, CO 80202 | MEDIANT COMMUNICATIONS LLC<br>ATTN: STEPHANIE FITZHENRY<br>100 DEMAREST DRIVE<br>WAYNE, NJ 07470 |
| MERRILL LYNCH<br>ATTN: CORPORATE ACTION LITIGATION<br>101 HUTTON STREET, 8TH FLOOR<br>JERSEY CITY, NJ 07302-3997 | MORGAN STANLEY<br>COLLEEN CORR<br>201 PLAZA TWO 7TH FLOOR<br>JERSEY CITY, NJ 07311 | MORGAN STANLEY &<br>DAVID LAI<br>MORGAN STANLEY \| ISG OPERATIONS<br>1 NEW YORK PLAZA, 7TH FLOOR<br>NEW YORK, NY 10004 |
| NATIONAL FINANCI<br>200 LIBERTY STREET<br>NEW YORK CITY, NY  10281 | OPPENHEIMER & CO<br>125 BROAD STREET<br>15TH FLOOR<br>NEW YORK, NY 10004 | PICTET & CIE<br>BANQUE PICTET & CIE SA<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND |
| QUESTRADE INC.<br>NORTH AMERICAN CENTRE<br>5650 YONGE STREET, SUITE 1700<br>TORONTO, ON M2M 4G3<br>CANADA | ROBERT W. BAIRD<br>313 SAN YSIDRO RD<br>SANTA BARBARA, CA 93108 | SCOTIACAPITAL IN<br>1 LIBERTY PLAZA<br>NEW YORK, NY 10006 |
| SCOTTRADE INC<br>12855 FLUSHING MEADOWS DR<br>ST LOUIS, MO 63131 | SG AMERICAS SECU<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | SOUTHWEST SECURI<br>1201 ELM STREET, SUITE 3500<br>DALLAS, TX 75270 |

| | | |
|---|---|---|
| STERNE AGEE & LE<br>ATTN: DAVID DADA<br>2 PERIMETER PARK SOUTH<br>SUITE 100 WEST<br>BIRMINGHAM, AL 35243 | STOCKCROSS FINAN<br>ONE WASHINGTON MALL<br>BOSTON, MA 02108 | WILLIAM BLAIR &<br>ATTN: DEBBIE SACKETT<br>222 WEST ADAMS STREET<br>CHICAGO, IL 60606 |

Parties Served: 36