# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date:  Only if an objection is filed**<br>**Obj. Deadline:  July 17, 2015 at 4:00 p.m. (ET)** |

**FIRST MONTHLY FEE APPLICATION OF THE ROSNER LAW GROUP LLC, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 13, 2015 THROUGH MAY 31, 2015**

| | |
|---|---|
| Name of Applicant: | The Rosner Law Group LLC |
| Authorized to Provide Professional Services to: | The Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to May 13, 2015 |
| Periods for which Compensation and Reimbursement is sought: | May 13, 2015 to May 31, 2015 |
| Amount of Compensation sought as Actual, reasonable and necessary: | $6,156.00 (80% of $7,695.00) |
| Amount of Expense Reimbursement Sought as actual, reasonable and Necessary: | $363.57 |

This is a(n):   **X**   monthly   _____   interim   _____   final application

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016177. }

Prior Applications:

|  |  | Requested |  | Approved |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| **Date Filed/ Dkt. No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Order Entered** |
| N/A |  |  |  |  |  |  |

Compensation by Timekeeper:

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Frederick B. Rosner (Tmkr 1) | Partner; practicing 28 years, member of Delaware (2000) and New York (1987) bars | $275 | 7.50 | $2,062.50 |
| Julia B. Klein (Tmkr 3) | Associate; practicing for 6 years; member of the Pennsylvania (2008) and Delaware (2008) bars | $275 | 19.50 | $5,362.50 |
| Fred Sassler (Tmkr 2) | Paralegal | $150 | 1.80 | $270.00 |

**Total Fees:** $7,695.00

**Total Hours:** 28.80

**Blended Rate:** $267.18

**Blended Rate for Associates:** $275.00

Compensation by Category:

| Description | Task Code | Total Hours | Total Fees |
|---|---|---|---|
| Case Administration | BB100 | 3.30 | $745.00 |
| Creditors Committee Meetings | BB102 | 1.70 | $467.50 |
| Executory Contracts/Unexpired Leases | BB103 | 1.40 | $385.00 |
| Automatic Stay/Adequate Protection | BB104 | 1.70 | $467.50 |
| Use, Sale, & Lease of Assets | BB106 | 1.50 | $412.50 |
| Cash Collateral/DIP Financing | BB107 | 5.40 | $1,485.00 |
| Claims Administration | BB108 | 0.30 | $82.50 |
| Court Hearings | BB109 | 3.10 | $790.00 |
| Employee Issues | BB112 | 0.60 | $165.00 |
| RLG Retention | BB116 | 4.40 | $1,210.00 |
| Retention of Others | BB117 | 4.00 | $1,100.00 |
| Utilities | BB122 | 0.90 | $247.50 |
| Insurance | BB123 | 0.40 | $110.00 |
| **TOTAL:** | | **28.80** | **$7,695.00** |

Expense Summary:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplication (E101) | | $111.70 |
| Online Research (E106) | PACER, WESTLAW | $201.87 |
| Registration (E123) | | $50.00 |
| **TOTAL** | | **$363.57** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | Hearing Date: Only if an objection is filed<br>Obj. Deadline: July 17, 2015 at 4:00 p.m. (ET) |

**FIRST MONTHLY FEE APPLICATION OF THE ROSNER LAW GROUP LLC, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 13, 2015 THROUGH MAY 31, 2015**

Pursuant to Section 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Dkt. No. 201; filed 5/26/15] (the "Administrative Order"), The Rosner Law Group LLC ("RLG") hereby files a Monthly Application (the "Application") for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors (the "Committee") of Corinthian Colleges, Inc., *et al.* (the "Debtors"), for the period from May 13, 2015 through May 31, 2015 (the "Compensation Period").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016177. }

By this Application, RLG seeks a monthly interim allowance of compensation for legal services rendered in the amount of $6,156.00 (80% of $7,695.00) and reimbursement of actual and necessary expenses in the amount of $363.57 (100% of the allowed expenses), for a total interim allowance of $6,519.57 for the Compensation Period.  In support of this Application, RLG respectfully represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  The statutory predicates for the relief sought herein are section 331 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and Rule 2016-2 of the Local Rules.

## BACKGROUND

2. On May 4, 2015 (the "Petition Date"), the Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").  The Debtors remain in possession of their assets and continue to manage their affairs as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.  These Chapter 11 Cases are being jointly administered for procedural purposes only. No trustee or examiner has been appointed in these Chapter 11 Cases.

3. The Committee was appointed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") by notice dated May 13, 2015 [Dkt. No. 100].  The Committee selected Brown Rudnick LLP ("Brown Rudnick") as its counsel and RLG as its Delaware counsel in these Chapter 11 Cases.

4. On June 1, 2015, the Committee filed the *Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of The Rosner Law Group LLC as Delaware Counsel to Creditors' Committee Nunc Pro Tunc to May 13, 2015* [Dkt. No. 256]

(the "RLG Retention Application").  On June 23, 2015, the Court entered the *Order Authorizing the Retention and Employment of The Rosner Law Group LLC as Delaware Counsel to the Committee Nunc Pro Tunc to May 13, 2015* [Dkt. No. 458].  On June 23, 2015, the Court entered the *Order Authorizing the Retention and Employment of The Rosner Law Group LLC as Delaware Counsel to the Committee Nunc Pro Tunc to May 13, 2015* [Dkt. No. 458].

5. During the pendency of these cases, RLG provided local counsel services to the Committee and/or Brown Rudnick.

6. By the Administrative Order, the Court authorized certain professionals (each a "Professional" and, collectively, the "Professionals") to submit monthly fee applications for monthly compensation and reimbursement for expenses (each a "Monthly Fee Application"), pursuant to the procedures specified therein.  The Administrative Order provides, among other things, that if no objections are made within twenty-one (21) days after service of the Monthly Fee Application, the Debtors are authorized to pay the Professionals eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application.

**RLG'S APPLICATION FOR COMPENSATION
AND FOR REIMBURSEMENT OF EXPENSES**

A. **Compensation Paid and Its Source**

7. All services for which RLG requests compensation were performed for or on behalf of the Committee and/or Brown Rudnick.

8. RLG has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between RLG and any other person for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

9. RLG has received no retainer in connection with the legal services to be rendered on behalf of the Committee and/or Brown Rudnick.

B. **Time Records**

10. The time records for the Compensation Period are attached hereto as **Exhibit A**. The time records contain daily time logs describing the time spent by each attorney and paraprofessional during the Compensation Period. To the best of RLG's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Administrative Order. RLG charges an hourly rate for its professional services based upon the time, nature, extent, and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

C. **Actual and Necessary Expenses**

11. A summary of actual and necessary expenses incurred by RLG for the Compensation Period associated with this Application is attached hereto as **Exhibit B**. RLG charges $0.10 per page for photocopying expenses. RLG records the number of copies made when a person makes copies for its clients.

12. With respect to providers of on-line legal research services (e.g., Pacer, Westlaw), RLG charges the standard usage rates these providers charge for computerized legal research. RLG bills its clients the actual amount charged for such services, with no premium. Any volume discount received by RLG is passed on to the client.

13. RLG bills the actual amounts charged for postage and court filing fees.

14. RLG believes the foregoing rates are the market rates that the majority of law firms charge clients for such expenses. In addition, RLG believes that such charges are in accordance with the guidelines of the American Bar Association ("ABA"), as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and

other charges and the United States Trustees' Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330 by Attorneys in Larger Chapter 11 Cases, effective October 1, 2013.

**D.     Summary of Services Rendered**

15.    The names of the partners and associates of RLG who have rendered professional services in these Chapter 11 Cases during the Compensation Period associated with this Application, and the paraprofessional of RLG who provided services to these attorneys during this period, are set forth in the attached Exhibit A.

16.    RLG, by and through such persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration and has performed all necessary professional services which are described and narrated in detail below.

**E.     Summary of Services by Project**

17.    The services rendered by RLG during the Compensation Period associated with this Application can be grouped into the categories set forth below. RLG attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.

    **(a) Executory Contracts/Unexpired Leases (BB103)**

Fees: $385.00     Total Hours:  1.40

This category includes the review of the Debtors' second motion for authorization to reject unexpired non-residential leases and C.W. Swenson's objection thereto.

**(b) Cash Collateral/DIP Financing (BB107)**

Fees: $1,485.00    Total Hours:   5.4

This category includes the review and analysis of the Debtors' DIP motion and communication with Brown Rudnick in concerning the DIP motion.

**(c) Court Hearings (BB109)**

Fees:   $790.00    Total Hours:   3.1

This category includes the attendance at court hearings and a review of hearing agendas and orders scheduling omnibus hearing dates.

**(d) RLG Retention (BB116)**

Fees: $1,210.00    Total Hours:   4.40

This category includes the drafting, filing and service of the Committee's application to retain RLG as its Delaware counsel and communication with the U.S. Trustee concerning the RLG Retention Application.

**(e) Retention of Others (BB117)**

Fees: $1,100.00     Total Hours:   4.00

This category includes services related to drafting, filing, and serving the Retention Application for Brown Rudnick and the Committee's financial advisor and related communication with Brown Rudnick, Gavin/Solmonese LLC and the Committee. This category also includes preparing and filing *pro hac vice* motions for Committee professionals and reviewing other Professionals' retention applications.

**F.     Compensation by Timekeeper**

18.     During the Compensation Period, Attorneys and paraprofessionals of RLG expended a total of 28.80 hours representing the Committee in connection with this Application, as follows:

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Frederick B. Rosner (Tmkr 1) | Partner; practicing 28 years, member of Delaware (2000) and New York (1987) bars | $275 | 7.50 | $2,062.50 |
| Julia B. Klein (Tmkr 3) | Associate; practicing for 6 years; member of the Pennsylvania (2008) and Delaware (2008) bars | $275 | 19.50 | $5,362.50 |
| Fred Sassler (Tmkr 2) | Paralegal | $150 | 1.80 | $270.00 |

19.     The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are RLG's reduced hourly rates for work of this character. The reasonable value of the services rendered by RLG for the Committee associated with this Application for the Compensation Period is $7,695.00.

{00016177. }                                              7

20. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RLG is fair and reasonable given: (a) the time expended, (b) the nature and extent of the services rendered, (c) the value of such services, and (d) the costs of comparable services in a case under this title. Moreover, RLG has reviewed the requirements of Local Rule 2016-2 and the Administrative Order and believes that this Application complies with the Local Rule and the Administrative Order.

**WHEREFORE**, RLG respectfully requests that the Court authorize for the period May 13, 2015 through May 31, 2015, an interim allowance be made to RLG pursuant to the terms of the Administrative Order, in the amount of $6,156.00 (80% of $7,695.00) and reimbursement of actual and necessary expenses in the amount of $363.57 (100% of the allowed expenses), for a total interim allowance of $6,519.57 for the Compensation Period, and that such sums be authorized for payment, and for such other and further relief as this Court may deem just and proper.

Dated: June 26, 2015
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Frederick B. Rosner (DE 3995)
Julia B. Klein, Esq. (DE #5189)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*