# Exhibit A

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| Client ID 1688.00 Creditors' Committee | | | | | | | | | | |
| 1688.00 | 05/14/2015 | 3 | P | BB100 | A108 | 275.00 | 0.30 | 82.50 | Review ch 11 petition (.1); communicate with Ds counsel to determine if UST's office is treating cases as mega cases subject to new UST guidelines (.1); review docket for claims agent information and call claims agent to obtain 2002 list, leave message (.1). | 4 |
| 1688.00 | 05/14/2015 | 3 | P | BB100 | A108 | 275.00 | 0.30 | 82.50 | Review docket and calendar critical dates (.1); call from Rust/Omni re: 2002 service list (.1); review email from Rust/Omni attaching 2002 service list and special service request of United States due to anthrax screening (.1). | 5 |
| 1688.00 | 05/14/2015 | 3 | P | BB100 | A104 | 275.00 | 0.80 | 220.00 | Review first-day declaration of William Nolan (.8). | 25 |
| 1688.00 | 05/15/2015 | 3 | P | BB100 | A104 | 275.00 | 0.10 | 27.50 | Review notice of appointment of student committee (.1). | 14 |
| 1688.00 | 05/18/2015 | 2 | P | BB100 | A104 | 150.00 | 0.30 | 45.00 | Review case calendar and calendar critical dates (.3). | 16 |
| 1688.00 | 05/18/2015 | 3 | P | BB100 | A107 | 275.00 | 0.30 | 82.50 | Communication from Ben S re: case calendar (.1); review email from Ds counsel re: same (.1); review case calendar and instruct paralegal re: calendaring of critical dates (.1). | 17 |
| 1688.00 | 05/18/2015 | 3 | P | BB100 | A107 | 275.00 | 0.20 | 55.00 | Communicate with Ben re: initial diligence (.1); review letter to Ds requesting documents (.1). | 21 |
| 1688.00 | 05/20/2015 | 2 | P | BB100 | A109 | 150.00 | 0.50 | 75.00 | Calendar critical dates | 32 |
| 1688.00 | 05/20/2015 | 2 | P | BB100 | A103 | 150.00 | 0.10 | 15.00 | Update 2002 service list (.1). | 39 |
| 1688.00 | 05/21/2015 | 2 | P | BB100 | A103 | 150.00 | 0.10 | 15.00 | Update 2002 service list (.1). | 38 |
| 1688.00 | 05/22/2015 | 2 | P | BB100 | A103 | 150.00 | 0.20 | 30.00 | Calendar omni dates | 47 |
| 1688.00 | 05/27/2015 | 2 | P | BB100 | A103 | 150.00 | 0.10 | 15.00 | Update 2002 list (.1). | 57 |
| | Subtotal for Phase ID BB100 | | | | | Billable | 3.30 | 745.00 | Case Administration | |
| 1688.00 | 05/15/2015 | 3 | P | BB102 | A107 | 275.00 | 0.20 | 55.00 | T/c Ben re: Committee matters (.2). | 19 |
| 1688.00 | 05/18/2015 | 3 | P | BB102 | A107 | 275.00 | 0.10 | 27.50 | Attention to communication from creditor on committee and Ben's response (.1). | 18 |
| 1688.00 | 05/28/2015 | 1 | P | BB102 | A104 | 275.00 | 0.40 | 110.00 | Review proposed agenda for committee call and provide limited comments (.4) | 66 |
| 1688.00 | 05/28/2015 | 3 | P | BB102 | A107 | 275.00 | 1.00 | 275.00 | Communicate with Ben S re: today's committee call (.1); review agenda for cttee call (.1); participate in committee call (.8). | 76 |
| | Subtotal for Phase ID BB102 | | | | | Billable | 1.70 | 467.50 | Creditors Committee Meetings | |
| 1688.00 | 05/15/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review notice of effective date of rejection of unexpired non-residential leases (.1). | 13 |
| 1688.00 | 05/19/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review notice of effective date of rejection of certain unexpired leases (.1). | 31 |
| 1688.00 | 05/20/2015 | 1 | P | BB103 | A104 | 275.00 | 0.30 | 82.50 | Review emails from debtors and co-counsel re: lease rejection | 33 |
| 1688.00 | 05/20/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review notice of effective date of rejection of certain unexpired leases (.1). | 35 |
| 1688.00 | 05/20/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review objection of C.W. Swenson to motion to reject unexpired commercial leases (.1). | 36 |
| 1688.00 | 05/22/2015 | 3 | P | BB103 | A104 | 275.00 | 0.30 | 82.50 | Review Ds' 2d motion for authorization to reject non-residential leases (.2); review two notices of effective date of lease rejection (.1). | 43 |
| 1688.00 | 05/26/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review Square 407 Limited Partnership's joinder to CW Swenson's objection to motion to reject (1). | 55 |
| 1688.00 | 05/28/2015 | 3 | P | BB103 | A107 | 275.00 | 0.10 | 27.50 | Communication with counsel regarding revised lease rejection order (.1). | 84 |
| 1688.00 | 05/29/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review COC submitting order authorizing rejection of nonresidential leases (.1). | 82 |
| 1688.00 | 05/29/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review Notice of Effective Date of Rejection for Unexpired Lease of Nonresidential Real Property (.1). | 95 |
| | Subtotal for Phase ID BB103 | | | | | Billable | 1.40 | 385.00 | Executory Contracts/Unexpired Leases | |
| 1688.00 | 05/18/2015 | 3 | P | BB104 | A104 | 275.00 | 0.30 | 82.50 | Review motion for relief from automatic stay filed by former D&O's (w/o exhibits) (.3). | 24 |
| 1688.00 | 05/19/2015 | 1 | P | BB104 | A104 | 275.00 | 0.90 | 247.50 | Review/analyze motion re: D&O policies (.5); limited legal research re: same (.4) | 30 |
| 1688.00 | 05/28/2015 | 3 | P | BB104 | A107 | 275.00 | 0.20 | 55.00 | Review communication with BR & D&O counsel re: stay relief motion, D&O insurance proceeds (.2). | 80 |
| 1688.00 | 05/29/2015 | 3 | P | BB104 | A107 | 275.00 | 0.30 | 82.50 | Review email communication among counsel regarding D&O insurance proceeds (.1); participate in telephone conference re: same (.2). | 81 |
| | Subtotal for Phase ID BB104 | | | | | Billable | 1.70 | 467.50 | Automatic Stay/Adequate Protection | |
| 1688.00 | 05/22/2015 | 3 | P | BB106 | A104 | 275.00 | 0.90 | 247.50 | Review notice of proposed sale order and proposed forms of order (.1); review sale motion (.8). | 44 |
| 1688.00 | 05/22/2015 | 3 | P | BB106 | A104 | 275.00 | 0.20 | 55.00 | Review email from FA re: second-day hearing issues (.2). | 46 |
| 1688.00 | 05/27/2015 | 3 | P | BB106 | A104 | 275.00 | 0.30 | 82.50 | Review order authorizing sale of assets exceeding de | 68 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| Client ID 1688.00 Creditors' Committee | | | | | | | | | | |
| | | | | | | | | | minimis sale order (.3). | |
| 1688.00 | 05/28/2015 | 3 | P | BB106 | A104 | 275.00 | 0.10 | 27.50 | Review order authorizing payment of prepetition taxes (.1). | 73 |
| | Subtotal for Phase ID BB106 | | | | | Billable | 1.50 | 412.50 | Use, Sale, Lease of Assets | |
| 1688.00 | 05/14/2015 | 3 | P | BB107 | A104 | 275.00 | 1.60 | 440.00 | Review cash collateral motion (1.6). | 29 |
| 1688.00 | 05/15/2015 | 1 | P | BB107 | A104 | 275.00 | 2.10 | 577.50 | Review and analyze DIP motion, interim order and first day aff. as it relates to financing (2.1) | 10 |
| 1688.00 | 05/18/2015 | 3 | P | BB107 | A107 | 275.00 | 0.10 | 27.50 | Communication among Ds counsel and Ben S re: cash collateral motion (.1). | 23 |
| 1688.00 | 05/18/2015 | 3 | P | BB107 | A107 | 275.00 | 0.10 | 27.50 | Various communication by and among Cttee professionals re cash collateral motion (.1). | 27 |
| 1688.00 | 05/26/2015 | 1 | P | BB107 | A103 | 275.00 | 0.80 | 220.00 | Review emails btw co-counsel and debtors' counsel re: budget issues and disclosure (.8) | 51 |
| 1688.00 | 05/26/2015 | 1 | P | BB107 | A104 | 275.00 | 0.30 | 82.50 | Review emails re: status of cash collateral (.3) | 63 |
| 1688.00 | 05/27/2015 | 1 | P | BB107 | A104 | 275.00 | 0.30 | 82.50 | Review/analyze budget of Brown Rudnick and email to Klein re: RLG budget (.3) | 64 |
| 1688.00 | 05/27/2015 | 3 | P | BB107 | A107 | 275.00 | 0.10 | 27.50 | Various communication with Ds' counsel re: call collateral motion (.1). | 77 |
| | Subtotal for Phase ID BB107 | | | | | Billable | 5.40 | 1,485.00 | Cash Collateral/DIP Financing | |
| 1688.00 | 05/26/2015 | 3 | P | BB108 | A104 | 275.00 | 0.30 | 82.50 | Review settlement agreement among Ds and ECC Acquisition Inc. and Owais Hashmi (.3). | 49 |
| | Subtotal for Phase ID BB108 | | | | | Billable | 0.30 | 82.50 | Claims Administration | |
| 1688.00 | 05/20/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review COC re omnibus hearing dates and proposed order (.1). | 41 |
| 1688.00 | 05/22/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review agenda for 5/27 hearing (.1). | 45 |
| 1688.00 | 05/26/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review order scheduling omnibus hearing dates (.1). | 48 |
| 1688.00 | 05/26/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review amended agenda for 5/27 hearing (.1). | 50 |
| 1688.00 | 05/26/2015 | 1 | P | BB109 | A101 | 275.00 | 0.80 | 220.00 | Review emails re: status of hearing tomorrow (.6); t/c B.Silverberg re: status of hearing tomorrow (.2) | 52 |
| 1688.00 | 05/26/2015 | 2 | P | BB109 | A101 | 150.00 | 0.40 | 60.00 | Prepare hearing binder for counsel (.4) | 53 |
| 1688.00 | 05/27/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review second amended agenda for 5/27 hearing (.1). | 61 |
| 1688.00 | 05/27/2015 | 3 | P | BB109 | A107 | 275.00 | 1.30 | 357.50 | Communicate with Ben S re: today's hearing (.1); prepare for hearing reviewing contested pleadings (.7); appear for and attend hearing (.5). | 65 |
| 1688.00 | 05/29/2015 | 2 | P | BB109 | A103 | 150.00 | 0.10 | 15.00 | Review docket and calendar 341 meeting (.1). | 87 |
| | Subtotal for Phase ID BB109 | | | | | Billable | 3.10 | 790.00 | Court Hearings | |
| 1688.00 | 05/28/2015 | 3 | P | BB111 | A104 | 275.00 | 0.10 | 27.50 | Review order extending time for filing schedules, SOFA (.1). | 74 |
| | Subtotal for Phase ID BB111 | | | | | Billable | 0.10 | 27.50 | Schedules/SOFA/US Trustee Reports | |
| 1688.00 | 05/22/2015 | 1 | P | BB112 | A104 | 275.00 | 0.40 | 110.00 | Review exchange of emails re: retaining caps on 1st day motions and email to co-counsel re: same (.4) | 42 |
| 1688.00 | 05/26/2015 | 3 | P | BB112 | A104 | 275.00 | 0.10 | 27.50 | Review COC submitting revised form of order authorizing payment of employee-related expenses (.1). | 54 |
| 1688.00 | 05/28/2015 | 3 | P | BB112 | A104 | 275.00 | 0.10 | 27.50 | Review order authorizing payment of certain employee-related expenses (.1). | 75 |
| | Subtotal for Phase ID BB112 | | | | | Billable | 0.60 | 165.00 | Employee Issues | |
| 1688.00 | 05/14/2015 | 3 | P | BB116 | A108 | 275.00 | 0.60 | 165.00 | Review email from UST's office regarding Large Ch 11 Cases guidelines (.1); review sections of UST guidelines relevant to retention applications (.4); t/c Richard S (UST) re: same, leave voice mail (.1). | 6 |
| 1688.00 | 05/15/2015 | 3 | P | BB116 | A103 | 275.00 | 1.50 | 412.50 | Draft RLG retention application (.7); prepare Rosner Declaration in support of retention application (.5); draft proposed form of order granting RLG retention (.3). | 3 |
| 1688.00 | 05/15/2015 | 1 | P | BB116 | A104 | 275.00 | 0.70 | 192.50 | Review and revise RLG retention app., declaration and order (.7) | 9 |
| 1688.00 | 05/18/2015 | 3 | P | BB116 | A103 | 275.00 | 0.40 | 110.00 | Revise RLG retention application, proposed form of order and Rosner declaration as per FBR's comments (.4). | 22 |
| 1688.00 | 05/29/2015 | 3 | P | BB116 | A107 | 275.00 | 1.20 | 330.00 | Communicate with Ben S re: budget, UST fee guidelines (.2); prepare RLG budget and staffing plan for May & June (.9); review communication with Committee re: same (.1). | 93 |
| | Subtotal for Phase ID BB116 | | | | | Billable | 4.40 | 1,210.00 | RLG Retention | |
| 1688.00 | 05/14/2015 | 3 | P | BB117 | A107 | 275.00 | 1.00 | 275.00 | Communicate with co-counsel regarding pro hac motions, Notice of Appearance (.1); draft pro hac motion | 1 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1688.00 Creditors' Committee** | | | | | | | | | | |
| | | | | | | | | | and proposed order for Ben S (.2); draft pro hac motion and proposed order for Jeff S (.2); draft *Notice of Appearance* and send all documents to co-counsel for review (.2); coordinate payment of annual fees (.1); further communication re: *Notice of Appearance* and pro hac motions with Ben S (.1); electronically file all documents (.1). | |
| 1688.00 | 05/14/2015 | 3 | P | BB117 | A107 | 275.00 | 0.10 | 27.50 | Telephone call to Ds counsel to obtain interested parties conflict list (.1). | 2 |
| 1688.00 | 05/15/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review orders granting pro hac motions of JS and BS (.1). | 12 |
| 1688.00 | 05/21/2015 | 1 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Exchange emails with co-counsel BS re: retainers | 34 |
| 1688.00 | 05/21/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review supplemental declaration of Paul Deutsch in support of retention application of Rust Consulting/Omni (.1). | 37 |
| 1688.00 | 05/26/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review supplemental declaration of Wm Nolan in support of FTI retention (.1). | 56 |
| 1688.00 | 05/27/2015 | 3 | P | BB117 | A107 | 275.00 | 0.10 | 27.50 | Communicate with Carol E. re: last day to file retention applications under local rules to have them heard at 6/22 omnibus hearing (.1). | 58 |
| 1688.00 | 05/27/2015 | 3 | P | BB117 | A107 | 275.00 | 0.20 | 55.00 | T/c Ben S re: budget, Brown Rudnick retention application (.1); t/c UST re: same (.1). | 59 |
| 1688.00 | 05/27/2015 | 3 | P | BB117 | A107 | 275.00 | 0.20 | 55.00 | Telephone call with UST re: retention issues (.1); c/t Ben S to advise of same (.1). | 60 |
| 1688.00 | 05/27/2015 | 3 | P | BB117 | A104 | 275.00 | 0.20 | 55.00 | Review Mortensen declaration in support of Ds' retention of ordinary course professionals (.2). | 62 |
| 1688.00 | 05/27/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review order authorizing the retention of ordinary course professionals (.1). | 67 |
| 1688.00 | 05/27/2015 | 3 | P | BB117 | A107 | 275.00 | 0.10 | 27.50 | Review email from Ben re: tentative budget (.1). | 71 |
| 1688.00 | 05/28/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review order authorizing the retention of FTI (.1) | 70 |
| 1688.00 | 05/28/2015 | 3 | P | BB117 | A107 | 275.00 | 0.10 | 27.50 | Review and respond to inquiry from Carol E re: objection deadline to BR retention application (.1). | 78 |
| 1688.00 | 05/28/2015 | 3 | P | BB117 | A107 | 275.00 | 0.40 | 110.00 | Review BR proposed retention budget (.1); pull UST guidelines & send email to Ben S regarding same, budget (.3). | 85 |
| 1688.00 | 05/29/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review COC submitting revised order authorizing FTI retention (.1). | 83 |
| 1688.00 | 05/29/2015 | 3 | P | BB117 | A107 | 275.00 | 0.80 | 220.00 | Review Brown Rudnick budget & staffing plan for May & June (.1); review UST guidelines applicable to retention application disclosures and communicate with Ben re: same (.7). | 94 |
| 1688.00 | 05/29/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review order authorizing retention of FTI (.1). | 97 |
| | Subtotal for Phase ID BB117 | | | | | Billable | 4.00 | 1,100.00 | Retention of Others | |
| 1688.00 | 05/18/2015 | 3 | P | BB122 | A104 | 275.00 | 0.20 | 55.00 | Review Objection of Salt River Project and Southern California Edison Co to Utilities Motion (.2). | 26 |
| 1688.00 | 05/19/2015 | 3 | P | BB122 | A104 | 275.00 | 0.10 | 27.50 | Review joinder of Pa Electric Co to Salt River Project and Southern California Edison Co's objection to Utilities Motion (.1). | 28 |
| 1688.00 | 05/20/2015 | 3 | P | BB122 | A104 | 275.00 | 0.10 | 27.50 | Review Rochester Gas and Electric's joinder in Salt River Project's objection to Utilities Motion (.1). | 40 |
| 1688.00 | 05/27/2015 | 3 | P | BB122 | A104 | 275.00 | 0.20 | 55.00 | Review utilities order (.2). | 69 |
| 1688.00 | 05/27/2015 | 3 | P | BB122 | A107 | 275.00 | 0.30 | 82.50 | Review various communication by and among estate professionals re: utilities order (.3). | 72 |
| | Subtotal for Phase ID BB122 | | | | | Billable | 0.90 | 247.50 | Utilities | |
| 1688.00 | 05/26/2015 | 1 | P | BB123 | A104 | 275.00 | 0.40 | 110.00 | Review D&O issues (.4) | 79 |
| | Subtotal for Phase ID BB123 | | | | | Billable | 0.40 | 110.00 | Insurance | |
| **Total for Client ID 1688.00** | | | | | | Billable | 28.80 | 7,695.00 | Creditors' Committee Corinthian Colleges, Inc. | |

**GRAND TOTALS**

| | | | | | | | Billable | 28.80 | 7,695.00 | |

Date: 06/26/2015      Case 15-10952-JTD   Detail Fee Task Code Billing Report   Page: 1
                               Doc 479-1   Filed 06/26/15   Page 5 of 7
                                      The Rosner Law Group LLC

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1688.00 Creditors' Committee** | | | | | | | | | | |
| 1688.00 | 05/15/2015 | 1 | P | BB116 | A104 | 275.00 | 0.70 | 192.50 | Review and revise RLG retention app., declaration and order (.7) | 9 |
| 1688.00 | 05/15/2015 | 1 | P | BB107 | A104 | 275.00 | 2.10 | 577.50 | Review and analyze DIP motion, interim order and first day aff. as it relates to financing (2.1) | 10 |
| 1688.00 | 05/19/2015 | 1 | P | BB104 | A104 | 275.00 | 0.90 | 247.50 | Review/analyze motion re: D&O policies (.5); limited legal research re: same (.4) | 30 |
| 1688.00 | 05/20/2015 | 1 | P | BB103 | A104 | 275.00 | 0.30 | 82.50 | Review emails from debtors and co-counsel re: lease rejection | 33 |
| 1688.00 | 05/21/2015 | 1 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Exchange emails with co-counsel BS re: retainers | 34 |
| 1688.00 | 05/22/2015 | 1 | P | BB112 | A104 | 275.00 | 0.40 | 110.00 | Review exchange of emails re: retaining caps on 1st day motions and email to co-counsel re: same (.4) | 42 |
| 1688.00 | 05/26/2015 | 1 | P | BB107 | A103 | 275.00 | 0.80 | 220.00 | Review emails btw co-counsel and debtors' counsel re: budget issues and disclosure (.8) | 51 |
| 1688.00 | 05/26/2015 | 1 | P | BB109 | A101 | 275.00 | 0.80 | 220.00 | Review emails re: status of hearing tomorrow (.6); t/c B.Silverberg re: status of hearing tomorrow (.2) | 52 |
| 1688.00 | 05/26/2015 | 1 | P | BB107 | A104 | 275.00 | 0.30 | 82.50 | Review emails re: status of cash collateral (.3) | 63 |
| 1688.00 | 05/26/2015 | 1 | P | BB123 | A104 | 275.00 | 0.40 | 110.00 | Review D&O issues (.4) | 79 |
| 1688.00 | 05/27/2015 | 1 | P | BB107 | A104 | 275.00 | 0.30 | 82.50 | Review/analyze budget of Brown Rudnick and email to Klein re: RLG budget (.3) | 64 |
| 1688.00 | 05/28/2015 | 1 | P | BB102 | A104 | 275.00 | 0.40 | 110.00 | Review proposed agenda for committee call and provide limited comments (.4) | 66 |
| | Subtotal for Timekeeper 1 | | | | | Billable | 7.50 | 2,062.50 | Frederick B. Rosner | |
| 1688.00 | 05/18/2015 | 2 | P | BB100 | A104 | 150.00 | 0.30 | 45.00 | Review case calendar and calendar critical dates (.3). | 16 |
| 1688.00 | 05/20/2015 | 2 | P | BB100 | A109 | 150.00 | 0.50 | 75.00 | Calendar critical dates | 32 |
| 1688.00 | 05/20/2015 | 2 | P | BB100 | A103 | 150.00 | 0.10 | 15.00 | Update 2002 service list (.1). | 39 |
| 1688.00 | 05/21/2015 | 2 | P | BB100 | A103 | 150.00 | 0.10 | 15.00 | Update 2002 service list (.1). | 38 |
| 1688.00 | 05/22/2015 | 2 | P | BB100 | A103 | 150.00 | 0.20 | 30.00 | Calendar omni dates | 47 |
| 1688.00 | 05/26/2015 | 2 | P | BB109 | A101 | 150.00 | 0.40 | 60.00 | Prepare hearing binder for counsel (.4) | 53 |
| 1688.00 | 05/27/2015 | 2 | P | BB100 | A103 | 150.00 | 0.10 | 15.00 | Update 2002 list (.1). | 57 |
| 1688.00 | 05/29/2015 | 2 | P | BB109 | A103 | 150.00 | 0.10 | 15.00 | Review docket and calendar 341 meeting (.1). | 87 |
| | Subtotal for Timekeeper 2 | | | | | Billable | 1.80 | 270.00 | Fred Sassler | |
| 1688.00 | 05/14/2015 | 3 | P | BB117 | A107 | 275.00 | 1.00 | 275.00 | Communicate with co-counsel regarding pro hac motions, *Notice of Appearance* (.1); draft pro hac motion and proposed order for Ben S (.2); draft pro hac motion and proposed order for Jeff S (.2); draft *Notice of Appearance* and send all documents to co-counsel for review (.2); coordinate payment of annual fees (.1); further communication re: *Notice of Appearance* and pro hac motions with Ben S (.1); electronically file all documents (.1). | 1 |
| 1688.00 | 05/14/2015 | 3 | P | BB117 | A107 | 275.00 | 0.10 | 27.50 | Telephone call to Ds counsel to obtain interested parties conflict list (.1). | 2 |
| 1688.00 | 05/14/2015 | 3 | P | BB100 | A108 | 275.00 | 0.30 | 82.50 | Review ch 11 petition (.1); communicate with Ds counsel to determine if UST's office is treating cases as mega cases subject to new UST guidelines (.1); review docket for claims agent information and call claims agent to obtain 2002 list, leave message (.1). | 4 |
| 1688.00 | 05/14/2015 | 3 | P | BB100 | A108 | 275.00 | 0.30 | 82.50 | Review docket and calendar critical dates (.1); call from Rust/Omni re: 2002 service list (.1); review email from Rust/Omni attaching 2002 service list and special service request of United States due to anthrax screening (.1). | 5 |
| 1688.00 | 05/14/2015 | 3 | P | BB116 | A108 | 275.00 | 0.60 | 165.00 | Review email from UST's office regarding Large Ch 11 Cases guidelines (.1); review sections of UST guidelines relevant to retention applications (.4); t/c Richard S (UST) re: same, leave voice mail (.1). | 6 |
| 1688.00 | 05/14/2015 | 3 | P | BB100 | A104 | 275.00 | 0.80 | 220.00 | Review first-day declaration of William Nolan (.8). | 25 |
| 1688.00 | 05/14/2015 | 3 | P | BB107 | A104 | 275.00 | 1.60 | 440.00 | Review cash collateral motion (1.6). | 29 |
| 1688.00 | 05/15/2015 | 3 | P | BB116 | A103 | 275.00 | 1.50 | 412.50 | Draft RLG retention application (.7); prepare Rosner Declaration in support of retention application (.5); draft proposed form of order granting RLG retention (.3). | 3 |
| 1688.00 | 05/15/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review orders granting pro hac motions of JS and BS (.1). | 12 |
| 1688.00 | 05/15/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review notice of effective date of rejection of unexpired non-residential leases (.1). | 13 |
| 1688.00 | 05/15/2015 | 3 | P | BB100 | A104 | 275.00 | 0.10 | 27.50 | Review notice of appointment of student committee (.1). | 14 |
| 1688.00 | 05/15/2015 | 3 | P | BB102 | A107 | 275.00 | 0.20 | 55.00 | T/c Ben re: Committee matters (.2). | 19 |
| 1688.00 | 05/18/2015 | 3 | P | BB100 | A107 | 275.00 | 0.30 | 82.50 | Communication from Ben S re: case calendar (.1); review email from Ds counsel re: same (.1); review case calendar and instruct paralegal re: calendaring of critical dates (.1). | 17 |
| 1688.00 | 05/18/2015 | 3 | P | BB102 | A107 | 275.00 | 0.10 | 27.50 | Attention to communication from creditor on committee and Ben's response (.1). | 18 |
| 1688.00 | 05/18/2015 | 3 | P | BB100 | A107 | 275.00 | 0.20 | 55.00 | Communicate with Ben re: initial diligence (.1); review letter to Ds requesting documents (.1). | 21 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| Client ID 1688.00 Creditors' Committee | | | | | | | | | | |
| 1688.00 | 05/18/2015 | 3 | P | BB116 | A103 | 275.00 | 0.40 | 110.00 | Revise RLG retention application, proposed form of order and Rosner declaration as per FBR's comments (.4). | 22 |
| 1688.00 | 05/18/2015 | 3 | P | BB107 | A107 | 275.00 | 0.10 | 27.50 | Communication among Ds counsel and Ben S re: cash collateral motion (.1). | 23 |
| 1688.00 | 05/18/2015 | 3 | P | BB104 | A104 | 275.00 | 0.30 | 82.50 | Review motion for relief from automatic stay filed by former D&O's (w/o exhibits) (.3). | 24 |
| 1688.00 | 05/18/2015 | 3 | P | BB122 | A104 | 275.00 | 0.20 | 55.00 | Review Objection of Salt River Project and Southern California Edison Co to Utilities Motion (.2). | 26 |
| 1688.00 | 05/18/2015 | 3 | P | BB107 | A107 | 275.00 | 0.10 | 27.50 | Various communication by and among Cttee professionals re cash collateral motion (.1). | 27 |
| 1688.00 | 05/19/2015 | 3 | P | BB122 | A104 | 275.00 | 0.10 | 27.50 | Review joinder of Pa Electric Co to Salt River Project and Southern California Edison Co's objection to Utilities Motion (.1). | 28 |
| 1688.00 | 05/19/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review notice of effective date of rejection of certain unexpired leases (.1). | 31 |
| 1688.00 | 05/20/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review notice of effective date of rejection of certain unexpired leases (.1). | 35 |
| 1688.00 | 05/20/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review objection of C.W. Swenson to motion to reject unexpired commercial leases (.1). | 36 |
| 1688.00 | 05/20/2015 | 3 | P | BB122 | A104 | 275.00 | 0.10 | 27.50 | Review Rochester Gas and Electric's joinder in Salt River Project's objection to Utilities Motion (.1). | 40 |
| 1688.00 | 05/20/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review COC re omnibus hearing dates and proposed order (.1). | 41 |
| 1688.00 | 05/21/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review supplemental declaration of Paul Deutsch in support of retention application of Rust Consulting/Omni (.1). | 37 |
| 1688.00 | 05/22/2015 | 3 | P | BB103 | A104 | 275.00 | 0.30 | 82.50 | Review Ds' 2d motion for authorization to reject non-residential leases (.2); review two notices of effective date of lease rejection (.1). | 43 |
| 1688.00 | 05/22/2015 | 3 | P | BB106 | A104 | 275.00 | 0.90 | 247.50 | Review notice of proposed sale order and proposed forms of order (.1); review sale motion (.8). | 44 |
| 1688.00 | 05/22/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review agenda for 5/27 hearing (.1). | 45 |
| 1688.00 | 05/22/2015 | 3 | P | BB106 | A104 | 275.00 | 0.20 | 55.00 | Review email from FA re: second-day hearing issues (.2). | 46 |
| 1688.00 | 05/26/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review order scheduling omnibus hearing dates (.1). | 48 |
| 1688.00 | 05/26/2015 | 3 | P | BB108 | A104 | 275.00 | 0.30 | 82.50 | Review settlement agreement among Ds and ECC Acquisition Inc. and Owais Hashmi (.3). | 49 |
| 1688.00 | 05/26/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review amended agenda for 5/27 hearing (.1). | 50 |
| 1688.00 | 05/26/2015 | 3 | P | BB112 | A104 | 275.00 | 0.10 | 27.50 | Review COC submitting revised form of order authorizing payment of employee-related expenses (.1). | 54 |
| 1688.00 | 05/26/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review Square 407 Limited Partnership's joinder to CW Swenson's objection to motion to reject (1). | 55 |
| 1688.00 | 05/26/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review supplemental declaration of Wm Nolan in support of FTI retention (.1). | 56 |
| 1688.00 | 05/27/2015 | 3 | P | BB117 | A107 | 275.00 | 0.10 | 27.50 | Communicate with Carol E. re: last day to file retention applications under local rules to have them heard at 6/22 omnibus hearing (.1). | 58 |
| 1688.00 | 05/27/2015 | 3 | P | BB117 | A107 | 275.00 | 0.20 | 55.00 | T/c Ben S re: budget, Brown Rudnick retention application (.1); t/c UST re: same (.1). | 59 |
| 1688.00 | 05/27/2015 | 3 | P | BB117 | A107 | 275.00 | 0.20 | 55.00 | Telephone call with UST re: retention issues (.1); c/t Ben S to advise of same (.1). | 60 |
| 1688.00 | 05/27/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review second amended agenda for 5/27 hearing (.1). | 61 |
| 1688.00 | 05/27/2015 | 3 | P | BB117 | A104 | 275.00 | 0.20 | 55.00 | Review Mortensen declaration in support of Ds' retention of ordinary course professionals (.2). | 62 |
| 1688.00 | 05/27/2015 | 3 | P | BB109 | A107 | 275.00 | 1.30 | 357.50 | Communicate with Ben S re: today's hearing (.1); prepare for hearing reviewing contested pleadings (.7); appear for and attend hearing (.5). | 65 |
| 1688.00 | 05/27/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review order authorizing the retention of ordinary course professionals (.1). | 67 |
| 1688.00 | 05/27/2015 | 3 | P | BB106 | A104 | 275.00 | 0.30 | 82.50 | Review order authorizing sale of assets exceeding de minimis sale order (.3). | 68 |
| 1688.00 | 05/27/2015 | 3 | P | BB122 | A104 | 275.00 | 0.20 | 55.00 | Review utilities order (.2). | 69 |
| 1688.00 | 05/27/2015 | 3 | P | BB117 | A107 | 275.00 | 0.10 | 27.50 | Review email from Ben re: tentative budget (.1). | 71 |
| 1688.00 | 05/27/2015 | 3 | P | BB122 | A107 | 275.00 | 0.30 | 82.50 | Review various communication by and among estate professionals re: utilities order (.3). | 72 |
| 1688.00 | 05/27/2015 | 3 | P | BB107 | A107 | 275.00 | 0.10 | 27.50 | Various communication with Ds' counsel re: call collateral motion (.1). | 77 |
| 1688.00 | 05/28/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review order authorizing the retention of FTI (.1) | 70 |
| 1688.00 | 05/28/2015 | 3 | P | BB106 | A104 | 275.00 | 0.10 | 27.50 | Review order authorizing payment of prepetition taxes (.1). | 73 |
| 1688.00 | 05/28/2015 | 3 | P | BB111 | A104 | 275.00 | 0.10 | 27.50 | Review order extending time for filing schedules, SOFA (.1). | 74 |
| 1688.00 | 05/28/2015 | 3 | P | BB112 | A104 | 275.00 | 0.10 | 27.50 | Review order authorizing payment of certain employee-related expenses (.1). | 75 |
| 1688.00 | 05/28/2015 | 3 | P | BB102 | A107 | 275.00 | 1.00 | 275.00 | Communicate with Ben S re: today's committee call (.1); review agenda for cttee call (.1); participate in committee call (.8). | 76 |
| 1688.00 | 05/28/2015 | 3 | P | BB117 | A107 | 275.00 | 0.10 | 27.50 | Review and respond to inquiry from Carol E re: objection | 78 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| Client ID 1688.00 Creditors' Committee | | | | | | | | | deadline to BR retention application (.1). | |
| 1688.00 | 05/28/2015 | 3 | P | BB104 | A107 | 275.00 | 0.20 | 55.00 | Review communication with BR & D&O counsel re: stay relief motion, D&O insurance proceeds (.2). | 80 |
| 1688.00 | 05/28/2015 | 3 | P | BB103 | A107 | 275.00 | 0.10 | 27.50 | Communication with counsel regarding revised lease rejection order (.1). | 84 |
| 1688.00 | 05/28/2015 | 3 | P | BB117 | A107 | 275.00 | 0.40 | 110.00 | Review BR proposed retention budget (.1); pull UST guidelines & send email to Ben S regarding same, budget (.3). | 85 |
| 1688.00 | 05/29/2015 | 3 | P | BB104 | A107 | 275.00 | 0.30 | 82.50 | Review email communication among counsel regarding D&O insurance proceeds (.1); participate in telephone conference re: same (.2). | 81 |
| 1688.00 | 05/29/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review COC submitting order authorizing rejection of nonresidential leases (.1). | 82 |
| 1688.00 | 05/29/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review COC submitting revised order authorizing FTI retention (.1). | 83 |
| 1688.00 | 05/29/2015 | 3 | P | BB116 | A107 | 275.00 | 1.20 | 330.00 | Communicate with Ben S re: budget, UST fee guidelines (.2); prepare RLG budget and staffing plan for May & June (.9); review communication with Committee re: same (.1). | 93 |
| 1688.00 | 05/29/2015 | 3 | P | BB117 | A107 | 275.00 | 0.80 | 220.00 | Review Brown Rudnick budget & staffing plan for May & June (.1); review UST guidelines applicable to retention application disclosures and communicate with Ben re: same (.7). | 94 |
| 1688.00 | 05/29/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review Notice of Effective Date of Rejection for Unexpired Lease of Nonresidential Real Property (.1). | 95 |
| 1688.00 | 05/29/2015 | 3 | P | BB117 | A104 | 275.00 | 0.10 | 27.50 | Review order authorizing retention of FTI (.1). | 97 |
| | Subtotal for Timekeeper 3 | | | | | Billable | 19.50 | 5,362.50 | Julia Klein | |
| Total for Client ID 1688.00 | | | | | | Billable | 28.80 | 7,695.00 | Creditors' Committee Corinthian Colleges, Inc. | |

**GRAND TOTALS**

| | | | | | | Billable | 28.80 | 7,695.00 | | |