# Exhibit B

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1688.00 Creditors' Committee** | | | | | | | | | |
| 1688.00 | 05/18/2015 | 1 | P | BB100 | E101 | 0.100 | 24.20 | Duplicating | 3 |
| 1688.00 | 05/19/2015 | 1 | P | BB100 | E101 | 0.100 | 7.60 | Duplicating | 4 |
| 1688.00 | 05/22/2015 | 1 | P | BB100 | E101 | 0.100 | 54.20 | Duplicating | 5 |
| 1688.00 | 05/26/2015 | 1 | P | BB100 | E101 | 0.100 | 7.00 | Duplicating | 6 |
| 1688.00 | 05/27/2015 | 1 | P | BB100 | E101 | 0.100 | 0.20 | Duplicating | 7 |
| 1688.00 | 05/29/2015 | 1 | P | BB100 | E101 | 0.100 | 18.50 | Duplicating | 8 |
| | Subtotal for Activity ID E101 | | | | | Billable | 111.70 | Duplicating | |
| 1688.00 | 05/31/2015 | 1 | P | BB108 | E106 | | 48.87 | WestlawNext Charges for May 2015. | 2 |
| 1688.00 | 05/31/2015 | 1 | P | BB108 | E106 | 153.000 | 153.00 | Pacer Charges for May 2015. | 12 |
| | Subtotal for Activity ID E106 | | | | | Billable | 201.87 | Online research | |
| 1688.00 | 05/13/2015 | 1 | P | BB108 | E123 | 25.000 | 50.00 | Pro Hac Registration for Ben Silverberg (Tracking ID# 0311-1722474; dated : 5/14/15) | 1 |
| | | | | | | | | Pro Hac Registration for Jeffrey Schwartz (Tracking ID# 0311-1722474; dated : 5/14/15) | |
| | Subtotal for Activity ID E123 | | | | | Billable | 50.00 | Other professionals | |
| **Total for Client ID 1688.00** | | | | | | Billable | 363.57 | Creditors' Committee<br>Corinthian Colleges, Inc. | |

**GRAND TOTALS**

| | | | | | | Billable | 363.57 | | |