IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

-------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 30, 2015 AT 1:00 P.M. (EDT)** [2]

I. **CONTINUED / RESOLVED MATTERS:**

1. Application for an Order Authorizing and Approving the Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of Corinthian Colleges, Inc., *Nunc Pro Tunc* to May 13, 2015 [Docket No. 255 - filed June 1, 2015]

   Objection / Response Deadline:   June 16, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received:   None.

   Related Documents:

   i.   Amended Notice of Application and Hearing [Docket No. 263 - filed June 2, 2015]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] The hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the June 30, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Monday, June 29, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

    ii. Certification of Counsel Submitting Revised Proposed form of Order Authorizing Employment and Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of Corinthian Colleges, Inc., *Nunc Pro Tunc* to May 13, 2015 [Docket No. 425 - filed June 17, 2015]

    iii. Order Authorizing Employment and Retention of Brown Rudnick LLP as Co-Counsel for The Official Committee of Unsecured Creditors of Corinthian Colleges, Inc., *Nunc Pro Tunc* to May 13, 2015 [Docket No. 450 - filed June 23, 2015]

  Status: On June 23, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Application for an Order Authorizing and Approving the Employment and Retention of Gavin/Solmonese LLC as Financial Advisor for the Official Committee of Unsecured Creditors of Corinthian Colleges, Inc., *Nunc Pro Tunc* to May 13, 2015 [Docket No. 256 - filed June 1, 2015]

  Objection / Response Deadline:  June 16, 2015 at 4:00 p.m. (EDT)

  Objections / Responses Received:  None.

  Related Documents:

    i. Amended Notice of Application and Hearing [Docket No. 264 - filed June 2, 2015]

    ii. Supplemental Declaration of Wayne P. Weitz in Support of the Application for an Order Authorizing and Approving the Employment and Retention of Gavin/Solmonese LLC as Financial Advisor for the Official Committee of Unsecured Creditors of Corinthian Colleges, Inc., *Nunc Pro Tunc* to May 13, 2015 [Docket No. 371 - filed June 9, 2015]

    iii. Certification of Counsel Submitting Revised Proposed form of Order Authorizing Employment and Retention of Gavin/Somonese LLC *Nunc Pro Tunc* to May 13, 2015 as Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 426 - filed June 17, 2015]

    iv. Order Authorizing Employment and Retention of Gavin/Somonese LLC *Nunc Pro Tunc* to May 13, 2015 as Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 457 - filed June 23, 2015]

  Status: On June 23, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3. Application for an Order Authorizing and Approving the Employment and Retention of The Rosner Law Group LLC as Delaware Counsel to the Committee *Nunc Pro Tunc* to May 13, 2015 [Docket No. 256 - filed June 1, 2015]

   Objection / Response Deadline:   June 16, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received:   None.

   Related Documents:

   i.   Amended Notice of Application and Hearing [Docket No. 266 - filed June 2, 2015]

   ii.  Certification of Counsel Submitting Revised Proposed form of Order Authorizing the Employment and Retention of The Rosner Law Group LLC as Delaware Counsel to Creditors' Committee *Nunc Pro Tunc* to May 13, 2015 [Docket No. 424 - filed June 17, 2015]

   iii. Order Authorizing the Employment and Retention of The Rosner Law Group LLC as Delaware Counsel to Creditors' Committee *Nunc Pro Tunc* to May 13, 2015 [Docket No. 458 - filed June 23, 2015]

   Status: On June 23, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4. Debtors' Motion for an Order Authorizing the Debtors to File Under Seal Certain Schedules and Statements of Financial Affairs [Docket No. 289 - filed June 8, 2015]

   Objection / Response Deadline:   June 22, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received:   None.

   Related Documents:

   i.   Debtors' Amended Motion for Order Authorizing the Debtors to File Under Seal Certain Schedules and Statements of Financial Affairs [Docket No. 417 - filed June 15, 2015]

   Status: On June 15, 2015, the Debtors filed an amended motion regarding this matter (the "Amended Motion"). The hearing on the Amended Motion will go forward at the omnibus hearing scheduled for July 22, 2015 at 10:00 a.m. (EDT).

5. Debtors' Motion Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(a), Fed. R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) for Order

3

Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof [Docket No. 374 - filed June 9, 2015]

Objection / Response Deadline:   June 16, 2015 at 4:00 p.m. (EDT) (Requested)

Objections / Responses Received:   None.

Related Documents:

i. Debtors' Motion to (I) Shorten the Objection Period for Debtors' Motion Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(a), Fed. R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) for Order Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof and (II) Waive Waiting period Set Forth in Del. L.R. 9013-1(j) [Docket No. 377 - filed June 9, 2015]

ii. Order (I) Shortening the Objection Period for Debtors' Motion Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(a), Fed. R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) for Order Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof and (II) Waive Waiting period Set Forth in Del. L.R. 9013-1(j) [Docket No. 389 - filed June 11, 2015]

iii. Certification of Counsel Regarding Order Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(a), Fed. R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) Establishing Bar Dates for Filing Claims and Approving Form an Manner of Notice Thereof [Docket No. 420 - filed June 17, 2015]

iv. Order Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(a), Fed. R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) Establishing Bar Dates for Filing Claims and Approving Form an Manner of Notice Thereof [Docket No. 429 - filed June 18, 2015]

Status:   On June 18, 2015, the Court entered an order regarding with matter. Accordingly, a hearing on this matter is no longer necessary.

## II.   UNCONTESTED MATTERS WITH CERTIFICATIONS:

6. Debtors' Motion for an Order (I) Establishing Procedures for Selling Miscellaneous Assets and (II) Granting Certain Related Relief [Docket No. 283 - filed June 5, 2015]

Objection / Response Deadline:   June 19, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received:

RLF1 12038904v.1

    A.    Local Texas Tax Authorities' Objection to Debtors' Motion for an Order (I) Establishing Procedures for Selling Miscellaneous Assets and (II) Granting Certain Related Relief [Docket No. 445 - filed June 19, 2015]

Related Documents:

    i.    Certification of Counsel Regarding Order (I) Establishing Procedures for Selling Miscellaneous Assets and (II) Granting Certain Related Relief [Docket No. 462 - filed June 23, 2015]

Status: On June 23, 2015, the Debtors filed a certification of counsel with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

7. Debtors' Supplemental Motion for Entry of an Order Authorizing the Payment of Certain Dental Benefit Expenses [Docket No. 393 - filed June 11, 2015]

Objection / Response Deadline: June 23, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received:

    A.    Informal comments from the Office of the United States Trustee

Related Documents:

    i.    Certificate of No Objection Regarding Debtors' Supplemental Motion for Entry of an Order Authorizing the Payment of Certain Dental Benefit Expenses [Docket No. 472 - filed June 25, 2015]

Status: On June 25, 2015, the Debtors filed a certification of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

### III. UNCONTESTED MATTERS:

8. Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 171- filed May 21, 2015]

Objection / Response Deadline: June 16, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received:

    A.    Limited Objection of Watt Management Company to the Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain

      Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 419 - filed June 16, 2015] (the "Watt Objection")

  B.    Informal comments from Long Beach property Landlord

Related Documents:

  i.    Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 173 - filed May 21, 2015]

  ii.    Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 186 - filed May 22, 2015]

  iii.    Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 192 - filed May 23, 2015]

  iv.    Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 237 - filed May 29, 2015]

  v.    Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 257 - filed June 1, 2015]

Status: The Watt Objection has been resolved by agreement between the parties. The hearing on this matter will go forward on an uncontested basis.

9.    Debtors' Motion for Authorization to (A) Assume Employment Agreements with PricewaterhouseCoopers, LLP and (B) Employ and Retain PricewaterhouseCoopers, LLP as Tax Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 268 - filed June 2, 2015]

Objection / Response Deadline:   June 16, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received:

  A.    Informal comments from the Office of the United States Trustee

Related Documents:   None.

Status: The hearing on this matter will go forward. The Debtors will be presenting a revised form of order at the hearing that addresses the comments received from the Office of the United States Trustee.

IV.  **CONTESTED MATTERS GOING FORWARD:**

10. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 6 - filed May 4, 2015]

    Objection / Response Deadline:  May 20, 2015 at 4:00 p.m. (EDT), extended to May 22, 2015 at 4:00 p.m. (EDT) for the Office of the United States Trustee and the Committee

    Objections / Responses Received:

    A.  Objection of Salt River Project and Southern California Edison Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment For Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 142 - filed May 18, 2015]

    B.  Joinder of Pennsylvania Electric Company to the Objection of Salt River Project and Southern California Edison Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment For Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 151 - filed May 19, 2015]

    C.  Joinder of Rochester Gas and Electric Corporation to the Objection of Salt River Project and Southern California Edison Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 160 - filed May 20, 2015]

    D.  Informal comments from the United States Trustee

    E.  Informal comments from the Committee

    Related Documents:

    i.  Interim Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving Debtors' Proposed Form of

        Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to Debtors' Proposed Form of Adequate Assurance [Docket No. 22 - filed May 5, 2015]

    ii.    Notice of (I) Entry of "Interim Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to Debtors' Proposed Form of Adequate Assurance" and (II) Scheduling of Final Hearing Thereon [Docket No. 38 - filed May 6, 2015]

    iii.    Final Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Utilities; and (III) Establishing Procedures for Resolving Objections to Debtors' Proposed Form of Adequate Assurance [Docket No. 223 - filed May 27, 2015]

Status: The hearing on this matter, solely with respect to Salt River Project, Southern California Edison Company, Pennsylvania Electric Company and Rochester Gas and Electric Corporation (collectively, the "**Objecting Utilities**") will go forward. On May 27, 2015, the Court entered an order with respect to the remainder of this matter. The Debtors and the Objecting Utilities are working to resolve the outstanding objections prior to the hearing.

11.    Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 363 - filed June 8, 2015]

    Objection / Response Deadline:    June 23, 2015 at 4:00 p.m. (EDT); extended through June 24, 2014 at 12:00 p.m. (noon) (EDT) for the Debtors, the Unsecured Creditors Committee and Campus Student Funding; the Student Creditors Committee's deadline to file a reply in support of its motion was extended to June 26, 2015 at 12:00 p.m. (noon) (EDT)

    Objections / Responses Received:

    A.    United States' Objection to Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 460 - filed June 23, 2015]

    B.    United States' Objection to Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a)

        and 105(a) and Granting Related Relief (Corrected) [Docket No. 461 - filed June 23, 2015]

    C.    Debtors' Response to the Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105 (a) and Granting Related Relief [Docket No. 465 - filed June 24, 2015]

    D.    Committee of Student Creditors' Omnibus Reply to Objection and Response to Motion for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 477 - filed June 26, 2015]

Related Documents:

    i.    Request for Judicial Notice in Support of Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 364 - filed June 8, 2015]

    ii.    Declaration of Cynthia C. Hernandez in Support of Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 365 - filed June 8, 2015]

    iii.    Debtors' Request for Judicial Notice of Documents Relevant to Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105(a) and Granting Related Relief [Docket No. 466 - filed June 24, 2015]

    iv.    Notice of Partial Continuance of the Committee of Student Creditors' to Motion for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105(a) and Granting Related Relief [Docket No. 470 - filed June 24, 2015]

    v.    Supplemental Request for Judicial Notice in Support of Committee of Student Creditors' Omnibus Reply to Objection and Response to Motion for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105(a) and Granting Related Relief [Docket No. 478 - filed June 26, 2015]

Status:  The hearing on this matter will go forward.

12.    Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Enter Into Consulting/Auction Agreement with Great American Global Partners, LLC and Approving the Terms Thereof, (II) Authorizing Sale of Assets in Accordance with Agreement and (III) Granting Certain Related Relief [Docket No. 375 - filed June 9, 2015]

    Objection / Response Deadline:   June 23, 2015 at 4:00 p.m. (EDT)

    Objections / Responses Received:

    A.    United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Enter Into Consulting/Auction Agreement with Great American Global Partners, LLC and Approving the Terms Thereof, (II) Authorizing Sale of Assets in Accordance with Agreement and (III) Granting Certain Related Relief [Docket No. 459 - filed June 23, 2015]

    B.    Informal comments from Walt Long Beach II LLC and RiverRock Real Estate Group Inc.

    Related Documents:   None.

    Status: The hearing on this matter will go forward. The Debtor will be presenting a revised form of order that addresses the comments received from Walt Long Beach II LLC and RiverRock Real Estate Group Inc.

13.    Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts, Effective *Nunc Pro Tunc* to June 2, 2015 [Docket No. 378 - filed June 9, 2015]

    Objection / Response Deadline:   June 23, 2015 at 4:00 p.m. (EDT)

    Objections / Responses Received:

    A.    Objection to Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts, Effective *Nunc Pro Tunc* to June 2, 2015 (Filed by Edwin Nelson Wilkins Jr.) [Docket No. 451 - filed June 23, 2015]

    B.    Objection to Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts, Effective *Nunc Pro Tunc* to June 2, 2015 (Filed by Mara Schteinschraber) [Docket No. 452 - filed June 23, 2015]

    Related Documents:   None.

<u>Status</u>:    The hearing on this matter will go forward.

| | |
|---|---|
| Dated: June 26, 2015<br>Wilmington, Delaware | */s/* Marisa A. Terranova<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>            merchant@rlf.com<br>            terranova@rlf.com<br>            steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |