# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Corinthian Colleges, Inc., *et al.*, | Case No.: 15-10952 (KJC) |
| Debtor. | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Westmain 2000, LLC ("Westmain") hereby enters its appearance in the above-captioned case by and through its counsel, McCarter & English, LLP, and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

| | |
|---|---|
| Katharine L. Mayer, Esq. | Thomas G. King, Esq. |
| McCarter & English, LLP | Kreis, Enderle, Hudgins & Borsos, PC |
| Renaissance Centre | PO Box 4010 |
| 405 N. King Street, 8th Floor | Kalamazoo, MI 49003-4010 |
| Wilmington, DE 19801 | Phone: (269) 324-3000 |
| Phone: (302) 984-6300 | Email: tking@kreisenderle.com |
| Email: kmayer@mccarter.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

ME1 20630365v.1

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Westmain, is or may be entitled.

Date:  June 29, 2015
       Wilmington, DE

**McCARTER & ENGLISH LLP**

 */s/* Katharine L. Mayer
Katharine L. Mayer (DE ID #3758)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone:  (302) 984-6300
Email: kmayer@mccarter.com

-and-

**KREIS, ENDERLE, HUDGINS & BOROS, PC**
Thomas G. King (P34006)
PO Box 4010
Kalamazoo, MI  49003-4010
Telephone:  (269) 324-3000
Email: tking@kreisenderle.com

*Counsel for Westmain 2000, LLC*

2