# CERTIFICATE OF SERVICE

I, Katharine L. Mayer, do hereby certify that on June 29, 2015, I caused a true and correct copy of the *Notice of Appearance* to be served upon the below listed by U.S. Mail, postage pre-paid.

                                                /s/ Katharine L. Mayer
                                                Katharine L. Mayer (DE ID #3758)

| | |
|---|---|
| Mark D. Collins<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Debtors' Counsel* | Frederick Rosner<br>The Rosner Law Group LLC<br>824 N Market St Ste 810<br>Wilmington, DE 19801 |
| Richard L. Schepacarter<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | |