IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun am employed in the county of Los Angeles, State of California. I hereby certify that on June 26, 2015, I caused true and correct copies of the following document(s) to be served (i) via facsimile to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of Agenda of Matters Scheduled for Hearing on June 30, 2015 at 1:00 P.M. (EDT)**[2] **[Docket No. 481]**

Dated: June 26, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 26 day of June, 20 15, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>JOHN KRESSE<br>JOHN.KRESSE@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>LLOYD RANDOLPH<br>LLOYD.RANDOLPH@USDOJ.GOV |

Parties Served:  2

# **EXHIBIT B**

| | | |
|---|---|---|
| ARAPAHOE COUNTY TREASURER<br>ROBERT HILL<br>5334 S. PRINCE STREET<br>LITTLETON CO 80166 | BMC GROUP, INC.<br>T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO CA 90245 | BROWN RUDNICK LLP<br>H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 |
| BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND OR 97232 | CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO CA 94102 | CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND CA 94612 |
| CALIFORNIA DEPARTMENT OF EDUCATION<br>1430 N STREET<br>SACRAMENTO CA 95814-5901 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>P.O. BOX 898<br>FRANCHISE TAX DIVISION<br>DOVER DE 19903 | DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU HI 96813 |
| DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK NY 10013 | DIVISION OF UNEMPLOYMENT INS.<br>4425 N. MARKET STREET<br>WILMINGTON DE 19802 | EQUITY ONE, INC.<br>LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 |
| GE INFORMATION TECH SOLUTIONS<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON GA 31208-3708 | HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU HI 96813 | INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAILSTOP 5-Q30.133<br>PHILADELPHIA PA 19101-7346 |
| JUSTICE DEPARTMENT<br>1300 I ST., #1142<br>SACRAMENTO CA 95814-5901 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI OH 75271-2711 | NEW YORK STATE DEPARTMENT OF LABOR<br>BLDG. 12, W.A. HARRIMAN CAMPUS<br>ALBANY NY 12240 |
| NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK NY 10007 | OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMIN.<br>800 W. WASHINGTON STREET<br>2ND FLOOR<br>PHOENIX AZ 85007 |
| OFFICE OF THE ATTORNEY GENERAL<br>MAURA HEALEY/P. LEIGHT/G. KAPLAN<br>ONE ASHBURTON PLACE<br>18TH FLOOR<br>BOSTON MA 2108 | OFFICE OF THE U.S. ATTORNEY<br>FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU HI 96850 | OFFICE OF THE U.S. ATTORNEY<br>JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX AZ 85004-4408 |
| OFFICE OF THE U.S. ATTORNEY<br>PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK NY 10007 | OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM OR 97301-4096 | SECRETARY OF THE TREASURY<br>P.O. BOX 7040<br>DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON DC 20549 | SECURITIES & EXCHANGE COMMISSION<br>GEORGE S. CANELLOS<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK NY 10281-1022 | STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON DE 19801-0820 |
| STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND OR 97701 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT/KAREN AXSOM<br>800 W. WASHINGTON ST<br>PHOENIX AZ 85007 | THE ROSNER LAW GROUP<br>JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET<br>SUITE 810<br>WILMINGTON DE 19801 |

| | | |
|---|---|---|
| TN DEPT OF REVENUE<br>TN ATTY GENERAL'S OFFICE<br>PO BOX 20207<br>BANKRUPTCY DIVISION<br>NASHVILLE TN 37202-0207 | U.S. ATTORNEY'S OFFICE<br>CHARLES M. OBERLY, III<br>P.O. BOX 2046<br>1201 MARKET ST., STE. 1100<br>WILMINGTON DE 19899-2046 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 |
| UNITED STATES DEPARTMENT OF LABOR<br>THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON DC 20210 | WATT LONG BEACH, LLC<br>JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA CA 90405 | |

Parties Served: 38