**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | ) Case No. 15-10952 (KJC) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: Docket Nos. 6, 142 & 151 |

**NOTICE OF WITHDRAWAL OF JOINDER OF PENNSYLVANIA ELECTRIC COMPANY TO THE OBJECTION OF SALT RIVER PROJECT AND SOUTHERN CALIFORNIA EDISON COMPANY TO THE DEBTORS' MOTIONFOR ENTRY OF INTERIM AND FINAL ORDERS (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) APPROVING THE DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT FOR UTILITIES; AND (III) ESTABLISHING PROCEDURES FOR RESOLVING OBJECTIONS TO THE DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE**

Pennsylvania Electric Company ("Penelec"), by counsel, hereby withdraws its *Joinder* (Docket No. 151) to the *Objection of Salt River Project and Southern California Edison Company* (Docket No. 142) to the *Debtors' Motion For Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment For Utilities; and (III) Establishing Procedures For Resolving Objections To the Debtors' Proposed Form of Adequate Assurance* (Docket No. 6), pursuant to a settlement between Penelec and the Debtors.

Dated:    June 29, 2015          McCARTER & ENGLISH, LLP

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (#2936)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
E-mail: wtaylor@mccarter.com;

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail:  russj4478@aol.com

*Counsel For Pennsylvania Electric Company*