**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| _____ ) | |
| ) | |
| **In re:** ) | **Chapter 11** |
| ) | |
| **CORINTHIAN COLLEGES,** ) | **Case No. 15-10952 (KJC)** |
| **INC.**, *et al.* ) | |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: Docket Nos. 6, 142 |
| _____ ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF SALT RIVER PROJECT AND
SOUTHERN CALIFORNIA EDISON COMPANY TO THE DEBTORS' MOTION
FOR ENTRY OF INTERIM AND FINAL ORDERS (I) PROHIBITING UTILITIES
FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) APPROVING
THE DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT FOR
UTILITIES; AND (III) ESTABLISHING PROCEDURES FOR RESOLVING
OBJECTIONS TO THE DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE**

Salt River Project and Southern California Edison Company (collectively, the "Utilities"), by counsel, hereby withdraw their *Objection* (Docket NO. 142) to the *Debtors' Motion For Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment For Utilities; and (III) Establishing Procedures For Resolving Objections To the Debtors' Proposed Form of Adequate Assurance* (Docket No. 6), pursuant to a settlement between the Debtors and the Utilities.

Dated:   June 29, 2015		STEVENS & LEE, P.C.

/s/ John D. Demmy
John D. Demmy (Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone:  (302) 425-3308
E-mail:   jdd@stevenslee.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail:   russj4478@aol.com

*Counsel for Salt River Project and Southern California Edison Company*

2