**CERTIFICATE OF SERVICE**

     I hereby certify that in addition to the notice and service provided through the Court's ECF system, on June 29, 2015, I caused a true and correct copy of the *Notice of Withdrawal of Objection of Salt River Project and Southern California Edison Company To the Debtors' Motion For Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment For Utilities; and (III) Establishing Procedures For Resolving Objections To the Debtors' Proposed Form of Adequate Assurance* to be served by email on:

Mark D. Collins
Michael J. Merchant
Marisa A. Terranova
Amanda R. Steele
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, Delaware  19801
Email:    collins@rlf.com
           merchant@rlf.com
           terranova@rlf.com
           steele@rlf.com
*Debtors' Counsel*

Timothy J. Fox, Jr.
Richard L. Schepacarter
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware  19801
Email:    timothy.fox@usdoj.gov
           Richard.schepacarter@usdoj.gov

Julia Bettina Klein
Frederick Rosner
The Rosner Law Group LLP
824 Market Street, Suite 810
Wilmington, Delaware 19801
Email:    klein@teamrosner.com
           rosner@teamrosner.com
*Creditor Committee Counsel*

3

SL1 1373551v1 018560.00193

H. Jeffrey Schwartz
Bennett S. Silverberg
Brown Rudnick LLP
Seven Times Square
New York, New York  10036
Email:    jschwartz@brownrudnick.com
          bsilverberg@brownrudnick.com
*Creditor Committee Counsel*



         /s/ John D. Demmy_____
         John D. Demmy

4