# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | ) Case No. 15-10952 (KJC) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: Docket Nos. 6, 142, 160 |

**NOTICE OF WITHDRAWAL OF JOINDER OF ROCHESTER GAS AND ELECTRIC CORPORATION TO THE OBJECTION OF SALT RIVER PROJECT AND SOUTHERN CALIFORNIA EDISON COMPANY TO THE DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) APPROVING THE DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT FOR UTILITIES; AND (III) ESTABLISHING PROCEDURES FOR RESOLVING OBJECTIONS TO THE DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE**

Rochester Gas and Electric Corporation ("RGE"), by counsel, hereby withdraws its *Joinder* (Docket No. 160) to the *Objection of Salt River Project and Southern California Edison* (Docket No. 142) to the *Debtors' Motion For Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment For Utilities; and (III) Establishing Procedures For Resolving Objections To the Debtors' Proposed Form of Adequate Assurance* (Docket No. 6), pursuant to a settlement between RGE and the Debtors.

SL1 1373553v1 018560.00193

Dated:   June 29, 2015          STEVENS & LEE, P.C.

/s/ John D. Demmy
John D. Demmy (Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone:  (302) 425-3308
E-mail:   jdd@stevenslee.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail:   russj4478@aol.com

*Counsel for Rochester Gas and Electric Corporation*

2