## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Corinthian Colleges, Inc., *et al.*, | Case No.: 15-10952 (KJC) |
| Debtor. | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Thomas G. King, Esq. of the law firm of Kreis, Enderle, Hudgins & Borsos, PC to represent Westmain 2000, LLC in the above-captioned case.

Dated: June 29, 2015
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ Katharine L. Mayer*
Katharine L. Mayer (DE # 3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984.6300
kmayer@mccarter.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HACE VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the Bar of Michigan and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

*/s/ Thomas G. King*
Thomas G. King (P34006)
Kreis, Enderle, Hudgins & Borsos, PC
PO Box 4010
Kalamazoo, MI  49003-4010
Phone:  (269) 324-3000
E-Mail:  tking@kreisenderle.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: June 30th, 2015
Wilmington, Delaware

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**

ME1 20629737v.1