IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | § | Chapter 11 |
|---|---|---|
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | Case No. 15-10952 (KJC) |
| | § | Jointly Administered |
| Debtors. | § | Re: Docket No. 375 |

-----------------------------------------------------------

**AFFIDAVIT AND DISCLOSURE OF ADAM ALEXANDER IN
SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING
DEBTORS TO ENTER INTO CONSULTING/AUCTION AGREEMENT WITH GREAT
AMERICAN GLOBAL PARTNERS, LLC AND APPROVING THE TERMS
THEREOF, (II) AUTHORIZING SALE OF ASSETS IN ACCORDANCE
WITH AGREEMENT AND (III) GRANTING CERTAIN RELATED RELIEF**

STATE OF CALIFORNIA      :
                                         :      SS
COUNTY OF LOS ANGELES  :

Adam Alexander, being first duly sworn to oath, deposes and says:

1.      I am the Managing Partner of Great American Global Partners, LLC
("**GAGP**") with offices located 21860 Burbank Blvd, Woodland Hills, CA 91367. I submit this
affidavit in support of the *Debtors' Motion for Entry of an Order (I) Authorizing Debtors to
Enter Into Consulting/Auction Agreement with Great American Global Partners, LLC and
Approving the Terms Thereof, (II) Authorizing Sale of Assets in Accordance with Agreement and*

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*(III) Granting Certain Related Relief* [Docket No. 375] (the "**Motion**"). Unless otherwise stated

in this affidavit, I have personal knowledge of the facts hereinafter set forth. To the extent that

any information disclosed herein requires amendment or modification upon GAGP's completion

of further analysis, or as additional creditor information becomes available, a supplemental

affidavit will be submitted to the Court.

2.      GAGP is one of the country's leading asset disposition and valuation

firms. I believe that GAGP is well qualified to act as the above-captioned debtors' (collectively,

the "**Debtors**") independent consultant in connection with an orderly liquidation sale of the

Assets (as defined in the Motion) to be conducted by GAGP on behalf of the Debtors.

3.      To the best of my knowledge, information, and belief, based on reasonable

inquiry, (i) neither I, GAGP, or other principals and directors of GAGP (collectively, the

"**GAGP Principals**") that are anticipated to provide services to the Debtors in these chapter 11

cases, nor the employees of GAGP who are anticipated to provide such services, hold or

represent any interest adverse to any of the Debtors with respect to the matters on which GAGP

is to be retained in these chapter 11 cases; and (ii) GAGP and the GAGP Principals have no

relationship to the Debtors, any of the Debtors' significant creditors, other parties-in-interest, any

United States Bankruptcy Judge for the District of Delaware, the United States Trustee for

Region 3, the Assistant United States Trustee for the District of Delaware, the attorney for the

United States Trustee assigned to these chapter 11 cases or any other employee of the Office of

the United States Trustee, or to the attorneys or other professionals that are known to be assisting

the Debtors in these chapter 11 cases, expect as is described below.

4.      As described in more detail below, GAGP has undertaken an internal

search to determine whether it is or has been retained by or had other relationships with any

entities that are listed on the schedules provided to GAGP by the Debtors in connection with these chapter 11 cases.

5.    To check upon and disclose possible relationship with parties-in-interest in these cases, GAGP performed reasonable due diligence to determine whether it had any relationships with the entities that were listed on schedules provided to GAGP by the Debtors.  A true and correct copy of the schedule is attached hereto as Exhibit A.  Despite the efforts described above to identify and disclose GAGP's connections with parties-in-interest in these chapter 11 cases, because the Debtors are a large enterprise, GAGP is unable to state with certainty that every client relationship or connection has been disclosed.  In this regard, if GAGP discovers additional material information that it determines requires disclosure, it will promptly file a supplemental disclosure with this Court.

6.    From the internal search, GAGP has determined that the following relationships listed on Exhibit B attached hereto should be disclosed. GAGP has not represented and will not represent any such entities in relation to the Debtors or their Chapter 11 cases, nor does GAGP have any relationship with any such entities that would be adverse to the Debtors or their estates in matters upon which GAGP will be engaged in these cases.

7.    Except as may be disclosed herein, to the best of my knowledge, GAGP and the GAGP Principals do not hold or represent any interest adverse to the Debtors, or their estates, and I believe that GAGP and the GAGP Principals are "disinterested persons" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(f) of the Bankruptcy Code.

3

8.    In light of the nature of its proposed engagement, GAGP will not be billing the Debtors by the hour and will not be keeping records of time spent for services rendered in these chapter 11 cases.

9.    GAGP has received no promises regarding compensation in these cases other than in accordance with the Bankruptcy Code and as set forth in this affidavit. GAGP has no agreement with any non-affiliated entity to share any compensation earned in these cases.

Dated: June 29, 2015
      Wilmington, Delaware

Respectfully submitted,
GREAT AMERICAN GLOBAL PARTNERS, LLC

Name:  Adam Alexander
Title:    Managing Partner


SWORN TO AND SUBSCRIBED
Before me this ___ day of June, 2015

Notary Public
My commission expires: _____

4

## Exhibit A

**Debtor Affiliates**
Ashmead Education, Inc.
Career Canada C.F.P. Limited
Career Choices, Inc.
CDI Education USA, Inc.
Corinthian Colleges, Inc.
Corinthian Property Group, Inc.
Corinthian Schools, Inc.
ECAT Acquisition, Inc.
ETON Education, Inc.
Everest College Phoenix, Inc.
Everest Colleges Canada, Inc.
Florida Metropolitan University, Inc.
Grand Rapids Educational Center, Inc.
Heald Capital, LLC
Heald College, LLC
Heald Education, LLC
Heald Real Estate, LLC
MJB Acquisition Corporation
National School of Technology
Pegasus Education, Inc.
QIC Acquisition Corporation
Quickstart Intelligence Corporation
Rhodes Business Group, Inc.
Rhodes Colleges, Inc.
SD III-B Heald Holdings Corp.
Sequoia Education, Inc.
Socle Education, Inc.
SP PE VII-B Heald Holdings Corp.
Titan Schools, Inc.
Ward Stone College

**Current and Recent Former Officers and Directors**
Adler, Hank
Altschuler, Rupert
Austin, Gloria
Bereczky, Andrew
Black, Kelly
Bosic, Robert
Buchanan, William
Bunje, Robert
Carnagey, Nichole
Cassetta, Carmella
Crow, Steve
Dean, Kim
Deshon, Eeva
Dionisio, John
Dunlap, Anna Marie
Ferguson, Mark

Flores, Melissa
Gold, Darren
Guida, Anthony
Hartshorn, Terry
Kane, Alice
Kennedy, Julia
Lee, Robert
Luedtke, Luther
Massimino, Jack
McCabe, Michael
Mirr, Jim
Morial, Marc H.
Mortensen, Stan
Ord, Kenneth
Owen, Robert
Pelesh, Mark
Persavich, Jon
Poldoian, David
Rajasalu, Eric
Ramsay, Sandra
Rawls, Terry
Robinson, Sharon P.
Scherer, Diana
Schnitker, Kelly
Semaan, Hicham
Simpson, Richard
Skladany, Linda Arey
St. Pierre, Paul
Stiglich, Michael
Streets, Fran
Sullivan, Tim
Van Duinen, Roger
Vignone, Andrew
Wade, Jim
Wilson, Beth

**Banks**
Bank of America
Bank of the West
BMO Harris Bank, N.A.
California Bank and Trust
Capital West
Citibank, N.A.
First Hawaiian Bank
MUFG Union Bank, N.A.
One West Bank N.A.
U.S. Bank, N.A.
Union Bank

2

**Surety Bondholders**
Commonwealth of Massachusetts
Commonwealth of Massachusetts, Division of Professional Licensure
Fidelity and Deposit Company of Maryland
State of Alabama
State of Alabama, Dept. of Postsecondary Education
State of Colorado
State of Hawaii
State of Kansas
State of Kansas - Board of Regents
State of Michigan
State of Nebraska
State of Nevada
State of Nevada Commission on Postsecondary Education
State of Nevada Dept. of Education
State of Oklahoma
State of Oregon, Higher Education Coordinating Commission, Private Career Schools Unit
State of Washington
State of West Virginia
State of Wisconsin
Western Surety Company

**Insurers**
American Zurich Insurance Company
Axis Insurance Company
Empire Indemnity Insurance Company
Federal Insurance Company - Chubb
Homeland Insurance Company of New York - One Beacon
Liberty Insurance Underwriters, Inc.
National Union Fire Insurance Company of Pittsburgh, PA (AIG)
Navigators Specialty Insurance Co.
RSUI Indemnity Company
XL Specialty Insurance Company
Zurich American Insurance Company

**Letters of Issuers and Credit Beneficiaries**
Bank of America, N.A.
Bank of America, N.A. Trade Operations
Bank of the West
Elavon, Inc.
MUFG Union Bank, N.A.
One West Bank, N.A.
Plaza West Building, LLC
Square 407 Limited Partnership
U.S. Bank, N.A.
Western Surety Company
Zurich American Insurance Company

3

**Lienholders**
ASFG, LLC
Bank of American, N.A.
California First National Bank
Campus Student Funding, LLC
CIT Finance LLC
CIT Technology Financing Services, Inc.
CSI Leasing, Inc.
Department of Tax Administration, County of Fairfax, Virginia
Employment Development Department
First Financial Corporate Leasing, LLC
First National Bank of St. Louis
First National Capital, LLC
G.E. Capital Corporation
Henry Schein Inc.
Hewlett-Packard Financial Services Company
LaSalle Systems Leasing, Inc.
MB Financial Bank, N.A.
Prime Alliance Bank, Inc.
U.S. Bancorp Equipment Finance, Inc.
U.S. Bancorp Oliver-Allen Technology Leasing
Variant Leasing Corporation
Wells Fargo Equipment Finance, Inc.
Winthrop Resources Corporation

**Litigants and Litigants' Counsel**
Aerotek, Inc.
Chapin Fitzgerald & Bottini LLP
Charlie Steinberg
Eric T. Schneiderman, New York AG
Frank Erickson
Glancy Binkow & Goldberg LLP
J.B. Van Hollen, Wisconsin AG
Jason Pleggenkuhle, Asst. Minnesota AG
Jimmy Elias Karam
Johnson Bottini, LLP
Jones Day
Kamala Harris, California AG
Lara Sutherlin, Asst. Wisconsin AG
Law Offices of Kevin T. Barnes
Law Offices of Scott D. Levy
Lori Swanson, Minnesota AG
Marriott Hotel Services, Inc.
Martha Coakley, Massachusetts AG
McKinley Avenue, LLC
Melvin L. Goldberg, Asst. New York AG
Michael G. Salemi, CPFB Counsel
Nicholas G. Campins. Cal AG Counsel
Peter Leight, Asst. Massachusetts AG
Pomerantz Grossman Hufford Dahlstrom & Fross LLP
Rene D. Harrod. Asst. Florida AG

4

Robert C. Hannan, Sr.
Rodney Fair, Office of Inspector General
Shook, Hardy & Bacon L.L.P.
StudentScout, LLC.
Theresa Edwards, Asst. Florida AG
Thomas J. Miller
Yessyka Santana

**Professionals**
Abernathy MacGregor Group Inc.
Barclays Capital Inc.
Carl Mark Advisory Group LLC
Cooley LLP
Deloitte Tax LLP
Duane Morris LLP
Eduvize, LLC
Ernst & Young US LLP
Fagre Baker Daniels LLP
First Advantage Litigation Consulting
Globalview Advisors LLC
Hilco Real Estate, LLC
Homer Bonner Jacobs, P.A.
Hueston Hennigan LLP
Irell & Manella LLP
K&L Gates LLP
Kirkland & Ellis
Kutak Rock LLP
Latham & Watkins LLP
Moerson & Forrester LLP
Munger, Tolles & Olson LLP
O'Melveny & Myers LLP
Payne & Fears LLP
Proskauer Rose LLP
PricewaterhouseCoopers LLP
Richards Layton & Finger
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Weworski and Associates

**Top Creditors**
AcademixDirect, Inc.
ACI Specialty Benefits
Aerotek, Inc.
Ambassador Education Solutions
Atrilogy Solutions Group, Inc.
BDA (Bensussen Deutsch & Associates)
Bureau for Private Postsecondary Ed.
Campus Management Corp.
CareerBuilder, LLC
Cebra B. Graves

5

Comcast Spotlight
Cooley LLP
Deccan Plateau Corporation
Drinker Biddle & Reath LLP
Dyntek Services
ECMC Solutions Corporation
eLoyalty, LLC
Gaylord National Resort & Convention Center
Graebel Relocation Svc Worldwide, Inc.
Guardsmark, LLC
Hewlett-Packard Co, Inc.
Inter Media Advertising
Intralinks, Inc
Jones Lang LaSalle Americas, Inc.
Jones Lang LaSalle Brokerage, Inc.
Lampert 25500 Industrial Blvd., LLC
LBA Realty Fund II - WBP III, LLC
Lead Pro Direct LLC
Moraga Enterprises
NASDAQ Stock Market, The LLC
NBCU
OptimalResume.com, Inc.
P.R.G. Investment Fund, L.P.
Payne & Fears LLP
PCM Sales, Inc.
Pocket Nurse Enterprises, Inc.
PricewaterhouseCoopers LLP
Profiles International, Inc.
Qualtrics Labs, Inc.
Rackspace Hosting
Securitas Security Services USA, Inc.
Squar, Milner, Peterson, Miranda & Williamson LLP
Store Master Funding I, LLC
StudentScout, LLC
SuccessFactors, Inc.
Tallan, Inc.
Testout Corporation
Tri Dimensional Solutions Inc.
Walgreens of Hawaii, LLC
Watt Long Beach, LLC

**United States Trustee Professionals and District of Delaware Judges**
Attix, Lauren
Bello, Rachel
Bird, David D.
Buchbinder, David
Capp, Laurie
Carey, Kevin J.
DeAngelis, Roberta A.
Dortch, Shakima L.
Farrell, Catherine

6

Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Grottini, Donna
Hackman, Benjamin
Haney, Laura
Heck, Jeffrey
Hunt, Nancy
Johnson, Lora
Kenney, Mark
Leamy, Jane
Marvel, Ivone
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Szymanski, Cheryl
Tinker, T. Patrick
Vinson, Ramona
Walker, Jill
Walrath, Mary F.
Werkheiser, Rachel
West, Michael
Wynn, Dion

## Other
360training.com
Acquitas Capital Management
Consumer Financial Protection Bureau
Educational Credit Management Corporation
Goal Structured Solutions
HCA - HealthONE LLC
Hillsborough Center, Inc.
James Cole, U.S. ED
James Runcie, U.S. ED
Mushtaq Gunja, U.S. ED
Office of the Attorney General – State of Arkansas
Office of the Attorney General – State of Arizona
Office of the Attorney General – State of California
Office of the Attorney General – State of Colorado
Office of the Attorney General – State of Connecticut
Office of the Attorney General – State of Florida
Office of the Attorney General – State of Hawaii

7

Office of the Attorney General – State of Idaho
Office of the Attorney General – State of Iowa
Office of the Attorney General – State of Kentucky
Office of the Attorney General – State of Minnesota
Office of the Attorney General – State of Missouri
Office of the Attorney General – State of Nebraska
Office of the Attorney General – State of New Mexico
Office of the Attorney General – State of New York
Office of the Attorney General – State of North Carolina
Office of the Attorney General – State of Oregon
Office of the Attorney General – State of Pennsylvania
Office of the Attorney General – State of Tennessee
Office of the Attorney General – State of Washington
Office of the Attorney General – State of Wisconsin
Robin Minor, U.S. ED
Store Capital Acquisitions, LLC
Ted Mitchell, U.S. ED
U.S. Department of Education
Unity Church of Melbourne
Zenith Education Group

8

**Exhibit B**

Bank of the West
BMO Harris Bank, N.A.
Citibank, N.A.
MUFG Union Bank, N.A.
U.S. Bank, N.A.
Union Bank
Bank of America, N.A.
Bank of America, N.A. Trade Operations
CIT Finance LLC
G.E. Capital Corporation
MB Financial Bank, N.A.
Wells Fargo Equipment Finance, Inc.
Carl Mark Advisory Group LLC
Cooley LLP
Deloitte Tax LLP
Ernst & Young US LLP
Hilco Real Estate, LLC
Kirkland & Ellis
Kutak Rock LLP
Moerson & Forrester LLP
PricewaterhouseCoopers LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Aequitas Capital Management

9

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

*Document attached*

___n/a___
Signature of Document Signer No. 1

___n/a___
Signature of Document Signer No. 2 (if any)

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this

_29th_ day of _June_, 20_15_, by
Date          Month          Year

(1) _Adam F. Alexander_
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2) _n/a_,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _J.F. Schw_
Signature of Notary Public

```
S. H. SCHWADERER
Commission # 2026090
Notary Public - California
Los Angeles County
My Comm. Expires Jun 21, 2017
```

Place Notary Seal Above

─────── *OPTIONAL* ───────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _Affidavit_

Document Date: _June 29, 2015_    Number of Pages: _13_

Signer(s) Other Than Named Above: _n/a_

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910   Reorder: Call Toll-Free 1-800-876-6827