UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-10952-KJC |
| Corinthian Colleges, Inc. ) | Chapter 11 |
| ) | Hon. Kevin J. Carey |
| Debtor. ) | |
| ) | |

## REQUEST TO BE REMOVED FROM MAILING LIST

PLEASE TAKE NOTICE that D. Alexander Darcy of Askounis & Darcy, PC, on behalf of U.S. Bank National Association f/k/a U.S. Bancorp Equipment Finance, Inc. - Technology Finance Group, successor-in-interest to U.S. Bancorp Oliver-Allen Technology Leasing, who is a party-in-interest in the above-captioned case, hereby requests to be removed from the master mailing list.

Dated: June 30, 2015          By:     /s/ D. Alexander Darcy  (IL # 6220515)
                                      Askounis & Darcy, PC
                                      444 N. Michigan Ave., Ste 3270
                                      Chicago, IL 60611
                                      (312) 784-2400 Telephone
                                      (312) 784-2410 Facsimile