# EXHIBIT 1

RLF1 12304116v.1

Exhibit 1 - Leases

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Alhambra Parking | Athena Parking, Inc. | | 1000 S Fremont Avenue | Unit 1, Suite 109 | Alhambra | CA | 91803 | Parking agreement by and between Athena Parking and Corinthian Colleges Inc., and any amendments thereto | | 6/1/2015 |
| Eagan | Spectrum Commerce Center | | 1000 Blue Gentian Road | | Eagan | MN | 55121 | Lease Agreement by and Corinthian Colleges, Inc. and Spectrum Investment Group, L.L.C., and any amendments thereto | 12/23/2003 | 5/29/2015 |
| Fremont (180 Whitney) | K & E Properties Corp | | 2090 Warm Springs Ct | #256 | Fremont | CA | 94539 | Lease Agreement, by and between Corinthian Colleges, Inc. and Whitney Place Associates, and any amendments thereto | 12/31/2005 | 5/23/2015 |
| Fremont (51 Whitney) | Aptos Smoke Tree Partners | | PO Box 263 | | Creston | CA | 93432-0263 | Lease Agreement by and between Corinthian Colleges, Inc., and Aptos Smoke Tree Partners, and any amendments thereto | 10/31/2005 | 5/21/2015 |
| | Aptos Smoke Tree Partners | c/o Cassidy Turley BT Commercial | 1650 Technology Drive | Suite 600 | San Jose | CA | 95110 | | | |
| | Aptos Smoke Tree Partners | | 20380 Stevens Creek Blvd, #233 | | Cupertino | CA | 95014 | | | |
| | Aptos Smoke Tree Partners | | 306 Cliff Dr. | | Aptos | CA | 95003 | | | |
| Heald Headquarters Parking | Standard Parking Company | | 1055 W. 7th St., Suite 1500 | | Los Angeles | CA | 90017 | Parking Agreement by and between Standard Parking Company and Corinthian Colleges, Inc., and any amendments thereto | | 6/1/2015 |
| | Standard Parking Company | | 1719 Franklin Street | | Oakland | CA | 94612 | | | |