# EXHIBIT 1

## Executory Contracts

Corinthian Colleges, Inc.
Schedule of Contract Rejections

| DEBTOR | NAME | CUSTOMER NUMBER | CONTRACT DATE | DEBTOR'S INTEREST | Contract Description | Status |
|---|---|---|---|---|---|---|
| Heald College, LLC | 1 ACCURATE LIVESCAN | | | Party | Student Activities Agreement | General Rejection |
| Heald College, LLC | A AND B FIRE EQUIPMENT CO | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | A AND K JANITORIAL INC | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | A INTERIOR PLANTSCAPE DESIGN MAINT | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | AASONN,LLC | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | ABACUS DATA SYSTMS INC | | | Party | Computer Support Agreement | General Rejection |
| Corinthian Colleges, Inc. | ABM JANITORIAL SERVICE, INC. | | | Party | Janitorial Agreement Campus Services | General Rejection |
| Heald College, LLC | ACCESS INFORMATION MANAGEMENT | | | Party | Vendor Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | ACCO ENGINEERED SYSTMS | | | Party | Facilities Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | ACE PARKING LOT | | | Party | Rents Agreement | General Rejection |
| Corinthian Colleges, Inc. | ACI ENTERPRISES, INC. | | | Party | Vendor Agreement - Marketing Contract | General Rejection |
| Heald College, LLC | ACTION ASAP DELIVERY SERVICE INC | | | Party | Postage Agreement | General Rejection |
| Heald College, LLC | ACUTE CARE MEDICAL SERVICES INC | | | Party | Student Activities Agreement | General Rejection |
| Heald College, LLC | AED INSTITUTE OF AMERICA INC | | | Party | Student Activities Agreement | General Rejection |
| Corinthian Colleges, Inc. | AEROTEK INC | | | Party | Vendor Agreement - Staffing Agency | General Rejection |
| Heald College, LLC | AIRCO COMMERCIAL SERVICES INC | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | AKERMAN SENTERFITT LLP | | 8/1/2012 | Client | Engagement letter for lobbying services | General Rejection |
| Heald College, LLC | ALHAMBRA SIERRA SPRINGS | | | Party | Vendor Agreement - Leased equipment | General Rejection |
| Heald College, LLC | ALII FIRE PROTECTION CO LTD | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | ALL CITY PATROL SERVICES | | | Party | Security Agreement | General Rejection |
| Heald College, LLC | ALL COMMERCIAL LANDSCAPE SERVICE | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | ALL FIRE PROTECTION SERVICE INC | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | ALLIED WASTE SERVICES | | | Party | Utilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | ALPHA CARD SYSTMS LLC | | | Party | Classroom Supplies Agreement -Student consumables | General Rejection |
| Heald College, LLC | ALPHA WINDOW CLEANING | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | ALS AUTOCARE CENTER | | | Party | Vendor Agreement - Student activities | General Rejection |
| Heald College, LLC | ALS THOROUGH CLEANING SERVICE | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | ALSCO | | | Party | Vendor Agreement - Student activities | General Rejection |
| Corinthian Colleges, Inc. | ALTIRIS, INC. | | 5/1/2006 | Party | Vendor Agreement dated 5/1/06 | General Rejection |
| Heald College, LLC | AMADEUS NORTH AMERICA INC | | | Party | IT Expense Agreement - Computer support | General Rejection |
| Heald College, LLC | AMADOR COFFEE AND VENDING | | | Party | Consumables Agreement | General Rejection |
| Corinthian Colleges, Inc. | AMERICAN JEWISH UNIVERSITY | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | AMERICAN LIBRARY ASSOCIATION | | | Party | Bookstore Costs Agreement Memberships | General Rejection |
| Heald College, LLC | AMERICAN LIBRARY ASSOCIATION | | | Party | Bookstore Costs Agreement Memberships | General Rejection |
| Heald College, LLC | AMERICAN SOCIETY OF HEALTH SYSTEM | | | Party | Dues & Subscriptions Agreement Accreditation | General Rejection |
| Heald College, LLC | AMERIPRIDE SERVICES INC | | | Party | Vendor Agreement - Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | Angella Joy Alverson | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Anna Marie Dunlap | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | ARAMARK REFRESHMENT SERVICES | | | Party | Consumables Agreement - Leased equipment | General Rejection |
| Heald College, LLC | ARAMARK REFRESHMENT SERVICES | | | Party | Consumables Agreement - Consumables | General Rejection |
| Heald College, LLC | ARAMARK UNIFORM SERVICES | | | Party | Consumables Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | ARKADIN INC | | | Party | Telecom Agreement | General Rejection |
| Heald College, LLC | ARKADIN INC | | | Party | Telecom Agreement | General Rejection |
| Corinthian Colleges, Inc. | ARNALL GOLDEN GREGORY LLP | | 3/31/2015 | Client | Engagement letter for legal services regarding civil complaint dated 3/31/15 | General Rejection |
| Corinthian Colleges, Inc. | ARNALL GOLDEN GREGORY LLP | | 3/9/2015 | Client | Engagement letter for legal services regarding Everest Institute | General Rejection |
| Heald College, LLC | ARROW FIRE PROTECTION | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | ARTEMIS SEARCH PARTNERS | | | Party | Vendor Agreement | General Rejection |

| Debtor | Counterparty | Contract # | Date | Role | Description | Status |
|---|---|---|---|---|---|---|
| Heald College, LLC | ASAP EXECUTIVE COURIER | | | Party | Professional fees Agreement Professional fees | General Rejection |
| Heald College, LLC | ASSOCIATED SERVICES CO | | | Party | Consumables Agreement | General Rejection |
| Heald College, LLC | ASSOCIATION OF GOVERNING BOARDS | | | Party | Membership Agreement | General Rejection |
| Heald College, LLC | ASSOCIATION OF PROPRIETARY COLLEGES | | | Party | Membership Agreement | General Rejection |
| Heald College, LLC | AT&T | | | Party | Vendor Agreement - Long-Distance Telephone | General Rejection |
| Heald College, LLC | AT&T | | | Party | Vendor Agreement - Local telephone | General Rejection |
| Corinthian Colleges, Inc. | ATLASSIAN | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | AUSTINS ISLAND MAINTENANCE | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | AVENUE100 MEDIA SOLUTIONS INC. | | | Party | Vendor Agreement - Marketing Contract | General Rejection |
| Rhodes Business Group, Inc. | A-VERDI STORAGE CONTAINERS | | | Lessee | Vendor Agreement - Storage Lease | General Rejection |
| Heald College, LLC | BANK OF AMERICA LEASING | | | Party | Late fees Agreement Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | BARCLAYS CAPITAL INC. | | 7/24/2014 | Client | Contract between Barclays Capital and Corinthian Colleges Inc. for advisory fees for sale of subsidiaries. Amendment to Engagement Letter | General Rejection |
| Heald College, LLC | BAY ALARM | | | Party | Facilities Agreement Security | General Rejection |
| Heald College, LLC | BERTOLOTTI DISPOSAL INC | | | Party | Facilities Agreement - Utilities | General Rejection |
| Corinthian Colleges, Inc. | BETH A. WILSON | | 3/15/2013 | Party | Employment Agreement dated 3/15/13 | General Rejection |
| Corinthian Colleges, Inc. | Beth A. Wilson | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Bridget McGuire | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | BUTCH YOUNG FIRE EQUIPMENT | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | C R FIRELINE INC | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | CALIFORNIA FIRE LIFE SAFETY SYSTMS INC | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Sequoia Education, Inc. | CALIFORNIA SECURITY | 1509627 | | Party | Facilities Agreement - Security Alarm System | General Rejection |
| Sequoia Education, Inc. | CALIFORNIA SECURITY | 1509364 | | Party | Facilities Agreement - Security Alarm System | General Rejection |
| Heald College, LLC | CANON | | | Party | Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | CAREERBUILDER.COM, LLC | | 4/9/2014 | Party | Recruiting & Relocation Agreement dated 4/9/14 | General Rejection |
| Corinthian Colleges, Inc. | Carmella Ann Cassetta | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Carol Stanford | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | CBE CELL BUSINESS EQUIPMENT | | | Party | Vendor Agreement - Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | CDW GOVERNMENT LLC | | 2/24/2014 | Party | IT Expense Agreement - Purchase Contract dated 2/24/14. | General Rejection |
| Corinthian Colleges, Inc. | CDW GOVERNMENT LLC | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | CENTRAL CHRISTIAN COLLEGE OF KANSAS | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | CENTRAL SANITARY | | | Party | Consumables Agreement | General Rejection |
| Heald College, LLC | CENTRAL SELF STORAGE | | | Party | Vendor Agreement - Storage | General Rejection |
| Heald College, LLC | CENTRAL VALLEY CULLIGAN | | | Party | Consumables Agreement | General Rejection |
| Heald College, LLC | CENTURYLINK | | | Party | Telecom Agreement Local telephone | General Rejection |
| Heald College, LLC | CENTURYLINK | | | Party | Telecom Agreement - Home office telephone | General Rejection |
| Corinthian Colleges, Inc. | Christina Varon | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | CINTAS CORP | | | Party | Classroom Supplies Agreement Consumables | General Rejection |
| Corinthian Colleges, Inc. | CISCO SYSTEMS CAPITAL CORPORATION | | 6/13/2011 | Party | IT Expense Agreement dated 6/13/11 | General Rejection |
| Heald College, LLC | CISCO WEBEX LLC | | 6/4/2014 | Party | Telecom Agreement IT Maintenance Agreement dated 6/4/14 | General Rejection |
| Heald College, LLC | CIT | | | Party | Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | CITRIX SYSTMS INC | | | Party | Computer Support Agreement | General Rejection |
| Heald College, LLC | CITRIX SYSTMS INC | | | Party | Computer Support Agreement | General Rejection |
| Corinthian Colleges, Inc. | CIVIL COURT TECHNOLOGIES | | 5/20/2014 | Client | Engagement letter for trial technology services dated 5/20/14 | General Rejection |
| Heald College, LLC | CLEAN SWEEP SWEEPING | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | CLIFFORD FISCHER & COMPANY | | | Party | Professional Services Agreement | General Rejection |
| Heald College, LLC | COLUMBIA DENTOFORM CORP. | | | Party | Bookstore Agreement | General Rejection |
| Heald College, LLC | COMCAST | | | Party | Vendor Agreement - Utilities | General Rejection |
| Corinthian Colleges, Inc. | COMMVAULT SYSTEMS, INC. | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | COMPLIANCEPOINT INC | | 2/26/2010 | Party | Marketing Research Agreement dated 2/26/10 | General Rejection |
| Corinthian Colleges, Inc. | COMPVIEW, INC. | | 4/9/2013 | Party | Vendor Agreement dated 4/9/13 | General Rejection |
| Heald College, LLC | CONCORD DISPOSAL | | | Party | Utilities Agreement | General Rejection |
| Corinthian Colleges, Inc. | CONCUR TECHNOLOGIES | | | Party | Travel & Entertainment Agreement | General Rejection |
| Heald College, LLC | CONSOL. COMMUNICATIONS | | | Party | Vendor Agreement - Local telephone | General Rejection |

| Debtor | Counterparty | | Date | Role | Description | Treatment |
|---|---|---|---|---|---|---|
| Heald College, LLC | CONTRA COSTA WATER DISTRICT | | | Party | Tax Payments Agreement Utilities | General Rejection |
| Corinthian Colleges, Inc. | CSI LEASING, INC. | | 4/10/2012 | Party | Leased Equipment Agreement Equipment Lease dated 4/10/12 | General Rejection |
| Corinthian Colleges, Inc. | Daniel Waterman | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Danielle Marie Millman | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | DAVE MOORE | | 6/25/2003 | Party | Founder Retirement Benefits Agreement dated 6/25/03 | General Rejection |
| Corinthian Colleges, Inc. | David Beaver | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | David Jenkins | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | David Luce | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | David R Shuma | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Deborah Barker-Garcia | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Deborah Corrie | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | DECORATIVE PLANT SERVICE INC | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | DELOITTE TAX | | 1/9/2015 | Client | Engagement Letter - General tax services | General Rejection |
| Corinthian Colleges, Inc. | DENNIS DEVEREUX | | 6/25/2003 | Party | Founder Retirement Benefits Agreement dated 6/25/03 | General Rejection |
| Corinthian Colleges, Inc. | Diana A. Scherer | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | DILLINGHAM SELF STORAGE | | | Party | Storage Agreement - Storage | General Rejection |
| Heald College, LLC | DIRECTV INC | | | Party | Vendor Agreement - Utilities | General Rejection |
| Corinthian Colleges, Inc. | Dolores Koulias | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Donald King Jr | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | DONALD KING JR. | | 3/15/2013 | Party | Employment Agreement | General Rejection |
| Corinthian Colleges, Inc. | Donald Tilley | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | DONOR ADVISING, RESEARCH & EDUCATIONAL SERVICES, LLC | | 5/1/2014 | Client | Amended and restated consulting agreement dated 5/1/14 | General Rejection |
| Corinthian Colleges, Inc. | Douglas Lockwood | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Drinker Biddle & Reath LLP | | | Client | Engagement Letter | General Rejection |
| Corinthian Colleges, Inc. | Drusilla Yokum | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | DWYER PEMBERTON & COULSON, P.C. | | | Client | Engagement letter for litigation services | General Rejection |
| Corinthian Colleges, Inc. | EAST-WEST UNIVERSITY | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | EBSCO | | | Party | Dues & Subscriptions Agreement Reference materials | General Rejection |
| Heald College, LLC | EBSCO | | | Party | Dues & Subscriptions Agreement Reference materials | General Rejection |
| Heald College, LLC | ECHARTER BUS LLC | | | Party | Student Activities Agreement Student activities | General Rejection |
| Corinthian Colleges, Inc. | ECP | | 4/25/2011 | Party | Vendor Agreement dated 4/25/11 | General Rejection |
| Corinthian Colleges, Inc. | Edwin Nelson Wilkins Jr | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | ECMC SOLUTIONS CORPORATION | | | Party | IT Expense Agreement Software Licensing Agreement | General Rejection |
| Corinthian Colleges, Inc. | ELAVON | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | EN POINTE TECHNOLOGIES SALES INC | | | Party | IT Agreement | General Rejection |
| Heald College, LLC | EN POINTE TECHNOLOGIES SALES INC | | | Party | IT Agreement | General Rejection |
| Corinthian Colleges, Inc. | ENCYCLOPEDIA BRITANNICA INC | | | Party | Dues & Subscriptions Agreement | General Rejection |
| Heald College, LLC | ENCYCLOPEDIA BRITANNICA INC | | | Party | Dues & Subscriptions Agreement | General Rejection |
| Corinthian Colleges, Inc. | EQUIFAX | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | ERNST AND YOUNG LLP | | 10/15/2012 | Client | Engagement letter for audit services | General Rejection |
| Corinthian Colleges, Inc. | FAEGRE BAKER DANIELS LLC | | 7/23/2013 | Client | Engagement letter for litigation services dated 7/23/13 | General Rejection |
| Heald College, LLC | FIREMASTER INC | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | FIRST CHOICE SERVICES | | | Party | Consumables Agreement | General Rejection |
| Corinthian Colleges, Inc. | FIRST FINANCIAL CORPORATE LEASING, LLC (FORMERLY VARIANT) | | 4/5/2012 | Party | Leased Equipment Agreement dated 4/5/12 | General Rejection |
| Corinthian Colleges, Inc. | FIRST NATIONAL CAPITAL LLC | | 9/10/2013 | Party | Leased Equipment Agreement dated 9/10/13 | General Rejection |
| Corinthian Colleges, Inc. | FISCHER SOLUTIONS, INC. D/B/A MANAGEPATH AND CRE DASHBOARDS (AKA CLIFFORD FISCHER & COMPANY) | | 9/30/2014 | Party | Professional fees Agreement dated 9/30/14 | General Rejection |
| Corinthian Colleges, Inc. | FISHER & PHILLIPS LLP | | 3/10/2015 | Client | Engagement letter for litigation services dated 3/10/15 | General Rejection |
| Corinthian Colleges, Inc. | FISHER & PHILLIPS LLP | | 9/13/2011 | Client | Engagement letter for litigation services dated 9/13/11 | General Rejection |
| Corinthian Colleges, Inc. | Florence De La Garza | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | FORTIS BUSINESS MEDIA, LLC I BLR - BUSINESS & LEGAL REPORTS, INC. | | 1/1/2012 | Party | Vendor Agreement dated 1/1/12 | General Rejection |
| Corinthian Colleges, Inc. | FRANK MCCORD | | 6/25/2003 | Party | Founder Retirement Benefits Agreement | General Rejection |
| Heald College, LLC | FUENTES SECURITY SERVICE | | | Party | Security Agreement Security | General Rejection |
| Corinthian Colleges, Inc. | FUSIONSTORM | | | Party | IT Expense Agreement | General Rejection |
| Corinthian Colleges, Inc. | GARRETT DEFRENZA STIEPEL RYDER LLP | | 7/17/2014 | Client | Engagement letter for lease contract services dated 7/17/14 | General Rejection |
| Corinthian Colleges, Inc. | Gary Gaetano | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | GEIL ENTERPRISES INC | | | Party | Janitorial Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | GENERAL VENDING RETAILERS INC | | | Party | Consumables Agreement | General Rejection |
| Corinthian Colleges, Inc. | Georgina Millington | | | Party | Long-Term Incentive Contract | General Rejection |

| Debtor | Counterparty | Date | | Role | Contract Description | Status |
|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Georjia Fantazia | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | GOLDEN STATE WATER CO | | | Party | Vendor Agreement - Utilities | General Rejection |
| Corinthian Colleges, Inc. | GRACE COLLEGE OF DIVINITY | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | GRAEBEL RELOCATION SERVICES WORLDWIDE, INC. | 9/16/2009 | | Party | Professional Services Agreement dated 9/16/2009 | General Rejection |
| Heald College, LLC | GRANITE TELECOMMUNICATIONS | | | Party | Vendor Agreement - Local telephone | General Rejection |
| Heald College, LLC | GREENSCENES | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | Gregory Lancaster Waite | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | GRM | | | Party | Storage Agreement | General Rejection |
| Corinthian Colleges, Inc. | GUARDSMARK, LLC | 6/1/2010 | | Party | Security Agreement dated 6/1/10 | General Rejection |
| Heald College, LLC | HAWAII BIO WASTE SYSTMS INC | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | HAWAII SOUND SYSTMS INC | | | Party | Facilities Agreement - IT Maintenance | General Rejection |
| Heald College, LLC | HAWAIIAN TELCOM | | | Party | Telecom Agreement - Local telephone | General Rejection |
| Heald College, LLC | HAYWARD SELF STORAGE | | | Party | Vendor Agreement - Storage Lease | General Rejection |
| Heald College, LLC | HAYWARD WATER SYSTEM | | | Party | Utilities Agreement | General Rejection |
| Corinthian Colleges, Inc. | HEALD COLLEGE, LLC | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | Heather M Mc Breen | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Hicham Semaan | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | HUCK BOUMA PC | 3/9/2015 | | Client | Engagement Letter dated 3/9/15 | General Rejection |
| Corinthian Colleges, Inc. | HUDSON COOK LLP | 1/30/2008 | | Client | Engagement letter for legal advice on student loans | General Rejection |
| Corinthian Colleges, Inc. | HUESTON HENNIGAN LLP | 1/6/2015 | | Client | Engagement Letter | General Rejection |
| Heald College, LLC | I PARADIGMS LLC | | | Party | Vendor Agreement - Memberships | General Rejection |
| Corinthian Colleges, Inc. | IGRAD INC. | 6/1/2013 | | Party | Vendor Agreement - Software Licensing Agreement dated 6/1/13 | General Rejection |
| Corinthian Colleges, Inc. | INDEED | 2/28/2014 | | Party | Vendor Agreement dated 2/28/14 | General Rejection |
| Heald College, LLC | INTEGRITY SOLUTION SERVICES INC | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | IRELL & MANELLA LLP | 1/10/2013 | | Client | Engagement letter for legal advice | General Rejection |
| Corinthian Colleges, Inc. | Jack D Massimino | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | JACKSONVILLE STATE UNIVERSITY | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | JAFFEE RAITT HEUER WEISS | 12/19/2013 | | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | James Askins | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | JAMES DONALD WADE JR | 3/15/2013 | | Party | Employment Agreement | General Rejection |
| Corinthian Colleges, Inc. | James Donald Wade Jr. | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | James R. Mirr | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Jeff Fung | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Jeffrey Sherman | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | JENSEN LANDSCAPE SERVICES INC | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | Jill Cochran | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Jody Cohen | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Joe Davila | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | John Andrews | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | John Fioretto Jr | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | John Mathias | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | John Smith | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Jon J. Persavich | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | JONES LANG LASALLE AMERICAS INC. | 12/20/2013 | | Party | Facilities Agreement dated 12/20/13 | General Rejection |
| Corinthian Colleges, Inc. | Julia Kennedy | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | K&L GATES LLP | 11/22/2010 | | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | KACVINSKY DAISAK PLLC | 4/23/2015 | | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | Kamran Ahmad | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Karen Kalil | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Karen Lona | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | KAUFMAN & CANOLES, PC. | 7/6/2010 | | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | Keith Burkhalter | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | KELLER MACALUSO LLC | 1/22/2014 | | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | Kelly Black | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Kelly Wingate | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Kenneth Fowlie | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | KENNETH STEPHEN ORD | 3/15/2013 | | Party | Employment Agreement | General Rejection |
| Corinthian Colleges, Inc. | Kenneth Stephen Ord | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Kimberly Sue Pugh Dean | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | KIRKLAND ELLIS LLP | 6/16/2011 | | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | KRUEGER INTERNATIONAL, INC. | 4/22/2014 | | Party | Leased Equipment Agreement - Purchase Contract dated 4/22/14 | General Rejection |
| Corinthian Colleges, Inc. | LAKE-SUMTER STATE COLLEGE | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | LARRABEE MEHLMAN ALBI COKER LLP | 3/29/2010 | | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | LARSON * KING, LLP | 10/23/2014 | | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | LASALLE SYSTEMS LEASING, INC. | | | Party | Leased Equipment Agreement - Equipment Lease | General Rejection |
| Corinthian Colleges, Inc. | Laurence J Brueck | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Leah Cope | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | LESNICK PRINCE & PAPPAS LLP | 3/12/2015 | | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | LESNICK PRINCE & PAPPAS LLP | 9/25/2014 | | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | LEXISNEXIS | | | Party | Dues & Subscriptions Agreement | General Rejection |
| Corinthian Colleges, Inc. | Lillian Gonzalez | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Linda Buchanan | | | Party | Long-Term Incentive Contract | General Rejection |

| Debtor | Counterparty | | Date | Role | Contract Description | Status |
|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Lisa Holmes | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | LIVEVOX, INC. | | 4/1/2014 | Party | Marketing - Prof Service Non-Media Agreement IT Contract dated 4/1/14 | General Rejection |
| Corinthian Colleges, Inc. | LLOYD HOLLAND | | 6/25/2003 | Party | Founder Retirement Benefits Agreement | General Rejection |
| Corinthian Colleges, Inc. | LOGICALIS, INC. | | 2/5/2009 | Party | Vendor Agreement dated 2/5/09 | General Rejection |
| Heald College, LLC | MAILFINANCE INC | | | Party | Leased Equipment Agreement -Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | MANGO LANGUAGES | | | Party | Bookstore Costs Agreement - On-line services | General Rejection |
| Heald College, LLC | MANGO LANGUAGES | | | Party | Bookstore Costs Agreement - On-line services | General Rejection |
| Corinthian Colleges, Inc. | Mara Schteinschraber | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Marc Anthony Parrino | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Mary Truslow | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | MCI BUSINESS GOLD INTERNATIONAL | | | Party | Facilities Agreement - Local telephone | General Rejection |
| Corinthian Colleges, Inc. | MEANS, BICHIMER, BURKHOLDER & BAKER CO., LPA | | 4/16/2014 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | MEANS, BICHIMER, BURKHOLDER & BAKER CO., LPA | | 3/10/2015 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | Meredyth Given | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Michael Albertson | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Michael Brase | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Michael Eugene Stiglich | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Michael Jenkins | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Michelle Zagorski | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | MICROSOFT LICENSING, GP | | 6/6/2014 | Party | IT Expense Agreement dated 6/6/14 | General Rejection |
| Heald College, LLC | MID STATE FIRE EXTINGUISHERS | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | MOBILE MODULAR | | | Party | Leased Equipment Agreement -Storage | General Rejection |
| Heald College, LLC | MODESTO IRRIGATION DISTRICT | | | Party | Utilities Agreement | General Rejection |
| Heald College, LLC | MODULAR SPACE CORP | | | Party | Leased Equipment Agreement -Storage | General Rejection |
| Corinthian Colleges, Inc. | NASDAQ OMX CORPORATE SOLUTIONS, INC. | | 12/17/2013 | Party | Vendor Agreement dated 12/17/13 | General Rejection |
| Corinthian Colleges, Inc. | NATIONAL CAR RENTAL AND ENTERPRISE RENT-A-CAR | | 9/17/2009 | Party | Vendor Agreement dated 9/17/09 | General Rejection |
| Corinthian Colleges, Inc. | NATIONAL OFFICE FURNITURE | | 3/4/2014 | Party | Vendor Agreement dated 3/4/14 | General Rejection |
| Heald College, LLC | NATIONAL VOCATIONAL INTERPRETING LLC | | | Party | Interpreters Agreement Professional fees | General Rejection |
| Heald College, LLC | NATURE CARE LANDSCAPE INDUSTRIES | | | Party | Facilities Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | NEIGHBORLY PEST MANAGEMENT INC | | | Party | Facilities Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | NELOUS GREENERY | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | NESTLE PURE LIFE DIRECT | | | Party | Consumables Agreement | General Rejection |
| Heald College, LLC | NETPROS TECHNOLOGIES INC | | | Party | IT Agreement - Computer support | General Rejection |
| Heald College, LLC | NETSUPPORT INC | | | Party | IT Maintenance Agreement | General Rejection |
| Corinthian Colleges, Inc. | NEUDESIC, LLC | | 7/26/2012 | Party | Vendor Agreement dated 7/26/12 | General Rejection |
| Corinthian Colleges, Inc. | NEW YORK FILM ACADEMY | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | Nichole Marie Smith | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Nicole Renee Carnagey | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | NIGHTINGALE COLLEGE | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | NORTH CENTRAL TEXAS COLLEGE | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | NURSERY ASSOCIATES LTD | | | Party | Leased Equipment Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | OCEANIC TIME WARNER CABLE | | | Party | Marketing - TV Agreement Utilities | General Rejection |
| Corinthian Colleges, Inc. | OFF DUTY SERVICES, INC. | | 7/22/2011 | Party | Facilities Agreement - Campus Services dated 7/22/11 | General Rejection |
| Heald College, LLC | OLD VILLAGE LANDSCAPING | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | OPENSKY CORPORATION | | 6/12/2013 | Party | IT Expense Agreement dated 6/12/13 | General Rejection |
| Corinthian Colleges, Inc. | ORAL ROBERTS UNIVERSITY | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | OREGON HEALTH AUTHORITY | | | Party | Vendor Agreement - Student activities | General Rejection |
| Heald College, LLC | OTIS ELEVATOR CO | | | Party | Facilities Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | PACIFIC GAS ELECTRIC CO | | | Party | Utilities Agreement | General Rejection |
| Heald College, LLC | PACIFIC POWER | | | Party | Utilities Agreement | General Rejection |
| Heald College, LLC | PACIFIC WEST SECURITY INC | | | Party | Security Agreement | General Rejection |
| Heald College, LLC | PACIFIC WEST WATER PURIFICATION | | | Party | Security Agreement - Leased equipment | General Rejection |
| Heald College, LLC | PAETEC | | | Party | Facilities Agreement - Long-Distance Telephone | General Rejection |
| Corinthian Colleges, Inc. | PAETEC | | 12/3/2012 | Party | Facilities Agreement - Long-Distance Telephone dated 12/3/12 | General Rejection |
| Heald College, LLC | PARCHMENT INC | | | Party | Vendor Agreement - Student activities | General Rejection |
| Corinthian Colleges, Inc. | Paul De Giusti | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Paul Dimeo | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | PAUL ST. PIERRE | | 6/25/2003 | Party | Founder Retirement Benefits Agreement | General Rejection |

| Debtor | Counterparty | Date | Role | Contract Type | Action |
|---|---|---|---|---|---|
| Heald College, LLC | PHONETREE | | Party | IT Maintenance Agreement | General Rejection |
| Heald College, LLC | PLANT MOBILE | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | POWERS PYLES SUTTER & VERVILLE PC | 6/19/2013 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | PRIMUS TELECOMMUNICATIONS INC | | Party | Telecom Agreement | General Rejection |
| Corinthian Colleges, Inc. | PROFILES INTERNATIONAL, INC. | | Party | Marketing research Recruiting & Relocation Agreement Recruiting & Relocation | General Rejection |
| Corinthian Colleges, Inc. | PROQUEST INFORMATION AND LEARNING CO | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | PROQUEST INFORMATION AND LEARNING CO | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | PUBLIC STORAGE MANAGEMENT INC | | Party | Vendor Agreement - Storage | General Rejection |
| Heald College, LLC | QS | | Party | Vendor Agreement - Computer support | General Rejection |
| Heald College, LLC | QS | | Party | Vendor Agreement - IT Maintenance | General Rejection |
| Heald College, LLC | QUALITY FLOOR CARE | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | QUALITY INVESTMENT PROPERTIES SACRAMENTO, LLC | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | Quality Technology Services (QTS) | | Party | Vendor Agreement - Data Support | General Rejection |
| Corinthian Colleges, Inc. | QUARLES & BRADY LLP | 5/6/2009 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | R T S SYSTEM DESIGN | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | RALPH C. POND, PLLC | 3/12/2015 | Client | Engagement letter | General Rejection |
| Corinthian Colleges, Inc. | Randy Rogers | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | RAVE WIRELESS INC | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | RED HAWK FIRE AND SECURITY LLC | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | Renee Scott | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | REPUBLIC SERVICES INC | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | RESOURCES GLOBAL PROFESSIONALS | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | Revina Lee Miller | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Richard Bradley Simpson | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Richard Jackson | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Robert Burnfield | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Robert C. Owen | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | ROBERT DONALD BOSIC III | 3/15/2013 | Party | Employment Agreement | General Rejection |
| Corinthian Colleges, Inc. | Robert Donald Bosic III | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Robert Kenyon | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | ROGER JAMES VANDUINEN | 3/15/2013 | Party | Employment Agreement | General Rejection |
| Corinthian Colleges, Inc. | Roger James VanDuinen | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Romeo Semaan | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | RTM PRODUCTIONS INC. | | Party | Marketing Agreement | General Rejection |
| Corinthian Colleges, Inc. | Rupert Altschuler | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Ruth Duncan Abbott | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | RYAN LAW FARM, LLP | 2/28/2014 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | SACRAMENTO COUNTY UTILITIES | | Party | Utility Agreement | General Rejection |
| Heald College, LLC | SALIDA SELF STORAGE INVES | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | SAME DAY SHRED | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | SAN JOAQUIN REGIONAL TRANSIT DIST | | Party | Vendor Agreement - Student activities | General Rejection |
| Corinthian Colleges, Inc. | SARCOM, INC. | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | SCHIEFER MEDIA, INC. | | Party | Marketing - Other Agreement Marketing Contract | General Rejection |
| Heald College, LLC | SCHINDLER ELEVATOR CORP | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | SCIAC | | Party | Vendor Agreement - Professional Development | General Rejection |
| Corinthian Colleges, Inc. | Scott Tempel | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | SECURED SELF STORAGE | | Party | Vendor Agreement - Storage | General Rejection |
| Heald College, LLC | SECURITAS SECURITY SERVICES USA INC | | Party | Security Agreement | General Rejection |
| Heald College, LLC | SECURITY PUBLIC STORAGE S | | Party | Vendor Agreement - Storage | General Rejection |
| Corinthian Colleges, Inc. | SECURITYCO, INC. (SUCCESSOR TO HONEYWELL SECURITY MONITORING) | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | SENTRY ALARM SYSTMS | | Party | Facilities Agreement - Security | General Rejection |
| Heald College, LLC | SERPICO LANDSCAPING INC | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | SERVICE VENDING SYSTMS INC | | Party | Classroom Supplies Agreement | General Rejection |
| Corinthian Colleges, Inc. | Sharlee Brittingham | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | SHARP BUSINESS SYSTMS | | Party | Leased Equipment Agreement | General Rejection |
| Corinthian Colleges, Inc. | SHOREGROUP, INC. | | Party | Vendor Agreement - IT Contract | General Rejection |
| Heald College, LLC | SHRED IT | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | SHRED THIS LLC | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | SIERRA SPRINGS | | Party | Consumables Agreement | General Rejection |
| Corinthian Colleges, Inc. | SIMMONDS & NARITA LLP | 3/11/2015 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | SIMMONDS & NARITA LLP | 7/25/2011 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | SIMPLEXGRINNELL LP | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | SMUD | | Party | Utilities Agreement | General Rejection |

| Debtor | Counterparty | | Date | Type | Description | Status |
|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | SNELL & WILMER LLP | | 12/10/2014 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | SNELL & WILMER LLP | | 9/5/2014 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | SOCLE EDUCATION, INC. | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | SOFTCHOICE CORPORATION | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | SONITROL | | | Party | Facilities Agreement Security | General Rejection |
| Corinthian Colleges, Inc. | SOUTHWEST UNIVERSITY | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | SOUTHWEST UNIVERSITY AT EL PASO | | | Party | Student Activities Agreement Campus Services | General Rejection |
| Corinthian Colleges, Inc. | SPECIAL COUNSEL, INC | | 4/12/2013 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | SPRINGSHARE LLC | | | Party | Dues & Subscriptions Agreement On-line services | General Rejection |
| Heald College, LLC | SPRINGSHARE LLC | | | Party | Dues & Subscriptions Agreement On-line services | General Rejection |
| Corinthian Colleges, Inc. | SPRINT COMMUNICATIONS | | | Party | Vendor Agreement - Campus data - WAN | General Rejection |
| Heald College, LLC | SPRINT COMMUNICATIONS | | | Party | Vendor Agreement - Campus data - WAN | General Rejection |
| Corinthian Colleges, Inc. | SQUAR, MILNER, PETERSON, MIRANDA & WILLIAMSON, LLP | | 1/26/2015 | Client | Engagement Letter | General Rejection |
| Corinthian Colleges, Inc. | SSL LAW FIRM LLP | | 5/7/2012 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | Stacy Handley | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Stan A. Mortensen | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | STANLEY CONVERGENT SECURITY SOLUTIONS | | | Party | Security Agreement | General Rejection |
| Heald College, LLC | STANLEY CONVERGENT SECURITY SOLUTIONS | | | Party | Security Agreement | General Rejection |
| Corinthian Colleges, Inc. | STANTON | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | Stephen Nodal | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Stephen Shipley | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | Steven Paul Lindauer | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | STUDENTSCOUT, LLC | | | Party | Marketing - Prof Service Non-Media Agreement Marketing Contract | General Rejection |
| Corinthian Colleges, Inc. | Sumi Shrishrimal | | | Party | Long-Term Incentive Contract | General Rejection |
| Heald College, LLC | SUREWEST | | | Party | Vendor Agreement - Local telephone | General Rejection |
| Heald College, LLC | SWEEPALOT INC | | | Party | Computer Support Agreement Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | TA IP LAW, P.C. | | 9/12/2014 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | TAILOR VENDING LLC | | | Party | Consumables Agreement Consumables | General Rejection |
| Corinthian Colleges, Inc. | TALLIENCE, LLC | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | TELUS | | | Party | Vendor Agreement | General Rejection |
| Heald College, LLC | TERMINIX INTERNATIONAL | | | Party | Facilities Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | TESTOUT CORP | | | Party | Classroom Supplies Agreement | General Rejection |
| Corinthian Colleges, Inc. | TEXAS A&M UNIVERSITY CORPUS CHRISTI | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | THE MAXIM LAW FIRM, P.C. | | 10/15/2013 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | THE MAXIM LAW FIRM, P.C. | | 10/14/2014 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | THE PINNACLE GROUP MAINTENANCE SERVICES INC. | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | THINKBOX TECHNOLOGY GROUP LLC | | | Party | IT Expense Agreement Either IT Contract / Professional Services | General Rejection |
| Corinthian Colleges, Inc. | THOMPSON COBURN LLP | | 10/8/2014 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | THOMSON PROPERTY TAX SERVICES & EPROPERTYTAX, INC. | | | Party | Vendor Agreement | General Rejection |
| Corinthian Colleges, Inc. | THOMSON REUTERS | | | Party | Dues & Subscriptions Agreement On-line services | General Rejection |
| Heald College, LLC | THOMSON REUTERS | | | Party | Dues & Subscriptions Agreement On-line services | General Rejection |
| Heald College, LLC | THYSSENKRUPP ELEVATOR INC | | | Party | Facilities Agreement Repairs and maintenance | General Rejection |
| Heald College, LLC | TORRES CLEANING SERVICE | | | Party | Janitorial Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | TOSHIBA AMERICA BUSINESS SOLUTIONS | | | Party | Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | Tracy D Pierce | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | TRAININGTODAY | | | Party | Vendor Agreement - Software Licensing Agreement | General Rejection |
| Corinthian Colleges, Inc. | TRANS UNION LLC | | | Party | Professional fees Agreement | General Rejection |
| Heald College, LLC | TRANSCENDER | | | Party | Student Activities Agreement Bookstore cost of sales | General Rejection |
| Heald College, LLC | TRANSCENDER | | | Party | Student Activities Agreement Computer support | General Rejection |
| Heald College, LLC | TRANSCENDER | | | Party | Student Activities Agreement Employee Training | General Rejection |
| Corinthian Colleges, Inc. | TROMBLEY & HANES | | 9/9/2012 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | TW TELECOM | | | Party | Telecom Agreement - Local telephone | General Rejection |

| | | | | | | |
|---|---|---|---|---|---|---|
| Heald College, LLC | TWISTER CLEANING | | | Party | Janitorial Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | UNIVERSAL PROTECTION SERVICE | | | Party | Vendor Agreement - Security | General Rejection |
| Heald College, LLC | UNIVERSAL SITE SERVICES | | | Party | Vendor Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | UNIVERSITY OF LOUISVILLE | | | Party | Vendor Agreement - Vendor | General Rejection |
| Heald College, LLC | USA MOBILITY WIRELESS INC | | | Party | Vendor Agreement - Cell | General Rejection |
| Heald College, LLC | VALLEY COURIERS INC | | | Party | Vendor Agreement - Shipping & Delivery | General Rejection |
| Corinthian Colleges, Inc. | VCOM SOLUTIONS | | | Party | Facilities Agreement - Long-Distance Telephone | General Rejection |
| Corinthian Colleges, Inc. | VCOM SOLUTIONS | | | Party | Facilities Agreement - Local telephone | General Rejection |
| Heald College, LLC | VCOM SOLUTIONS | | | Party | Facilities Agreement - Long-Distance Telephone | General Rejection |
| Heald College, LLC | VCOM SOLUTIONS | | | Party | Facilities Agreement - Local telephone | General Rejection |
| Heald College, LLC | VCOM SOLUTIONS | | | Party | Facilities Agreement - Campus data - WAN | General Rejection |
| Corinthian Colleges, Inc. | VERIZON | | | Party | Telecom Agreement - Cell | General Rejection |
| Heald College, LLC | VERIZON | | | Party | Telecom Agreement - Cell | General Rejection |
| Heald College, LLC | VERIZON | | | Party | Telecom Agreement - Local telephone | General Rejection |
| Heald College, LLC | VUE COMPTIA | | | Party | Vendor Agreement - Student consumables | General Rejection |
| Heald College, LLC | WARDS NATURAL SCIENCE | | | Party | Vendor Agreement - Student consumables | General Rejection |
| Heald College, LLC | WASTE MANAGEMENT | | | Party | Utilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | WATERLOGIC WEST INC | | | Party | Consumables Agreement - Leased equipment | General Rejection |
| Heald College, LLC | WATERS MOVING STORAGE INC | | | Party | Storage Agreement | General Rejection |
| Heald College, LLC | WATERWORKS AQUATIC MANAGEMENT | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Heald College, LLC | WELLS FARGO BANK | | | Party | Vendor Agreement - Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | Wendy Cullen | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | WEST COAST CONSULTING | | | Party | Consumables Agreement | General Rejection |
| Heald College, LLC | WEST COAST VENDING | | | Party | Consumables Agreement - Leased equipment | General Rejection |
| Corinthian Colleges, Inc. | WEST IP COMMUNICATIONS, INC. | | | Party | IT Expense Agreement | General Rejection |
| Corinthian Colleges, Inc. | WESTEL COMMUNICATION SERVICES | | | Party | Vendor Agreement - Purchase Contract | General Rejection |
| Corinthian Colleges, Inc. | WILLIAM BRADLEY BUCHANAN | | 3/15/2013 | Party | Employment Agreement | General Rejection |
| Corinthian Colleges, Inc. | William Bradley Buchanan | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | William Calhoun | | | Party | Long-Term Incentive Contract | General Rejection |
| Corinthian Colleges, Inc. | WINTHROP RESOURCES CORPORATION | | | Party | Leased Equipment Agreement - Equipment Lease | General Rejection |
| Corinthian Colleges, Inc. | WOMBLE CARLYLE SANDRIDGE & RICE | | 5/21/2013 | Client | Engagement letter for legal services | General Rejection |
| Corinthian Colleges, Inc. | WOOD SMITH HENNING & BERMAN LLC | | 12/12/2013 | Client | Engagement letter for legal services | General Rejection |
| Heald College, LLC | X5 SOLUTIONS | | | Party | Telecom Agreement - Long-Distance Telephone | General Rejection |
| Heald College, LLC | XO COMMUNICATIONS SERVICES INC | | | Party | Facilities Agreement - Local telephone | General Rejection |
| Heald College, LLC | XTERMCO INC | | | Party | Facilities Agreement - Repairs and maintenance | General Rejection |
| Corinthian Colleges, Inc. | YPM, INC. | | | Party | Vendor Agreement - Marketing Contract | General Rejection |
| Heald College, LLC | ZEE MEDICAL CO | | | Party | Consumables Agreement Consumables | General Rejection |
| Corinthian Colleges, Inc. | ZYCUS INC. | | | Party | IT Expense Agreement - Software Licensing Agreement | General Rejection |