## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | §    Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § |
| | §    Case No. 15-10952 (KJC) |
| | § |
| | §    Jointly Administered |
| | § |
| Debtors. | § |

-------------------------------------------------------

## ORDER AUTHORIZING THE DEBTORS TO REJECT
## CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
## LEASES, EFFECTIVE *NUNC PRO TUNC* TO JUNE 30, 2015

Upon the motion (the "**Motion**") of Corinthian Colleges, Inc. and its affiliated debtors

and debtors in possession (collectively, the "**Debtors**"), for entry of an order (this "**Order**")

authorizing the Debtors to reject the Executory Contracts[2] set forth in <u>Exhibit 1</u> hereto *nunc pro*

*tunc* to the date hereof, as more fully set forth in the Motion; and upon due and sufficient notice

of the Motion having been provided under the particular circumstances, and it appearing that no

other or further notice need be provided; and the Court having jurisdiction to consider the

Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and

consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been scheduled and, to the extent necessary, held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing (if any was held), and all the proceedings had before the Court; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing (if any was held) establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Executory Contracts listed on Exhibit 1 attached hereto are deemed rejected, effective *nunc pro tunc* to June 30, 2015.

3.      Notice of the Motion as provided therein is deemed to be good and sufficient notice of such Motion, and the requirements of the Local Rules are satisfied by the contents of the Motion.

4.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion

6.      This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2015
        Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1 12315003v.1

## EXHIBIT 1

**Executory Contracts**

**Corinthian Colleges, Inc.**
**Executory Contracts**

| DEBTOR | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Heald College, LLC | Ace Parking Management | 555 Montgomery Street | Suite 1150 | San Francisco | CA | 94111 | USA | Parking Agreement |
| Sequoia Education, Inc. | Allied Propane Services, Inc | 5000 Seaport Ave | | Richmond | CA | 94804 | USA | Leased equipment |
| Corinthian Colleges, Inc. | Harland Technology Services | Box 93038 | | Chicago | IL | 60673-3038 | USA | Leased equipment |
| Corinthian Colleges, Inc. | Hermosa Storage Center | 8949 Hermosa Avenue | | Rancho Cucamonga | CA | 91730 | USA | Storage agreement |
| Corinthian Colleges, Inc. | Intralinks | 150 East 42nd Street | 8th Floor | New York | NY | 10017 | USA | Vendor Agreement |
| Corinthian Colleges, Inc. | Landauer | P.O. Box 809051 | | Chicago | IL | 60680-9051 | USA | Leased equipment |
| Heald College, LLC | Milpitas Mills Limited Partnership | 225 West Washington Street | | Indianapolis | IN | 46204 | USA | Parking Lease Agreement |
| Everest College Phoenix, Inc. | Mobile Mini | 4646 East Van Buren Street | Suite 400 | Phoenix | AZ | 85008 | USA | Leased equipment |
| Corinthian Schools, Inc. | Public Storage (City of Industry) | 2050 Workman Mill Road | | Whittier | CA | 90601 | USA | Storage agreement |
| Heald College, LLC | Public Storage (Stockton) | 1011 E March Lane | | Stockton | CA | 95210-3544 | USA | Storage agreement |

Confidential
Attorney Work Product