# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re <u>CORINTHIAN COLLEGES, INC., et al</u>[1]

Case No. <u>15-10952</u>
Reporting Period: <u>May 4 – May 31, 2015</u>

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/ Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | Note 1 | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | Note 1 | |
| Schedule of Professional Fees Paid | MOR-1b | N/A | Note 1 | |
| Copies of bank statements | | Yes | Note 1 | |
| Cash disbursements journals | | Yes | Note 1 | |
| Statement of Operations | MOR-2 | Yes | Note 1 | |
| Balance Sheet | MOR-3 | Yes | Note 1 | |
| Status of Post-petition Taxes | MOR-4 | Yes | Note 1 | |
| Copies of IRS Form 6123 or payment receipt | | N/A | Note 1 | |
| Copies of tax returns filed during reporting period | | Yes | Note 1 | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | Note 1 | |
| Listing of aged accounts payable | MOR-4 | Yes | Note 1 | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | Note 1 | |
| Debtor Questionnaire | MOR-5 | Yes | Note 1 | |

Note:
(1) Cash Receipts and Disbursements have been reported on a Consolidated Basis.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| _____ | _____ |
| Signature of Debtor | Date |
| | |
| _____ | _____ |
| Signature of Joint Debtor | Date |
| *signature* | 6/30/15 |
| Signature of Authorized Individual* | Date |
| ROBERT C. OWEN | EVP + CHIEF FINANCIAL OFFICER |
| Printed Name of Authorized Individual | Title of Authorized Individual |

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

# MOR – 1
# Schedule of Cash Receipts and Disbursements

## **Corinthian Colleges, Inc. - Consolidated**

*5/4/15 - 5/31/15*

*($ in Thousands)*

**Week Ending:**

**RECEIPTS**

| | | |
|---|---|---:|
| Receivables / Education Receipts | $ | - |
| Proceeds from Sale of Equipment / FF&E | | 409 |
| Tax Refund | | 2,090 |
| Zenith Indemnification Escrow | | - |
| Other Cash Receipts | | 172 |
| **Total Receipts** | | **2,670** |

**ORDINARY COURSE DISBURSEMENTS**

| | |
|---|---:|
| Payroll Benefits and Taxes | 2,014 |
| Rent | 214 |
| CSC Rent | 65 |
| Transition Services Agreement Pmts/Accounting | - |
| Document Management | - |
| Moving / Location Expenses | 285 |
| Security | - |
| Utilities (including deposits) | 0 |
| Ordinary Course Professionals | 11 |
| Other Operating Expenses & Consultants | 17 |
| **Total Op Expenses** | **2,607** |
| | |
| **OPERATING CASH FLOW** | **63** |

**NON-OPERATING C/F**

| | |
|---|---:|
| CCI Professional Fees | - |
| Committee Professional Fees | - |
| Lender Professional Fees | - |
| Noticing Costs / Plan Costs | - |
| UST Fees | - |
| **Sub-Total Non-Operating** | **-** |
| | |
| **NET CASH FLOW** | **63** |

| | | |
|---|---|---:|
| **Beg Book Balance** | $ | 6,467 |
| *Net Cash Flow* | | 63 |
| **Ending Book Balance [1]** | $ | 6,531 |

[1] Ending book balance does not include $33,962.04 for the Perkins
activity which created a corresponding liability

MOR – 1a
Bank Reconciliation

**Corinthian Colleges, Inc. - Book to Bank Reconciliation**

| Account Name | DBA/Title | | Bank Name | Account # | Bank Statement Balance 5/31 | Qk Bks Bal Sheet May Summary | Variance | Explanation |
|---|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Concentration Account | | B of Am | 1458926737 | 1,767,085 | 1,767,085 | - | |
| Corinthian Colleges, Inc. | Electronic Receipts Account | | B of Am | 1459033977 | 3,474,054 | 3,474,054 | - | |
| Heald College LLC. | Concentration Account | | B of Am | 1453019250 | 51,835 | 51,835 | - | |
| Everest College Phoenix, Inc. | ECP Payroll | [1] | B of Am | 1453009997 | 32,726 | 32,726 | - | |
| Heald College LLC. | HLD Payroll | | B of Am | 1459077570 | 900,454 | 900,454 | - | |
| Sequoia Education Inc | SEQ Payroll | [1] | B of Am | 1459513443 | 15,663 | 15,663 | - | |
| Corinthian Colleges, Inc. | Concentration Account | | Union Bank | 4500154999 | 75,648 | 75,648 | 0 | |
| Corinthian Colleges, Inc. | Petty Cash | | Union Bank | 4500181082 | 286,222 | 6,628 | (279,594) | Outstanding Checks, See list attached. |
| Rhodes Business Group Inc. | RBGi Payroll  Account | [1] | Union Bank | 4500155049 | - | - | - | |
| Eton Education Inc | Eton Payroll Account | [1] | Union Bank | 4500166563 | - | - | - | |
| Corinthian Colleges, Inc. | CCi Payroll Account | [1] | Union Bank | 4500181139 | - | - | - | |
| Corinthian Schools Inc | CSi Payroll Account | [1] | Union Bank | 4500181147 | - | - | - | |
| Florida Metropolitan Univ | FMU Payroll Account | [1] | Union Bank | 4500181155 | - | - | - | |
| Rhodes College, Inc. | RCi Payroll Account | [1] | Union Bank | 4500181163 | - | - | - | |
| Corinthian Colleges, Inc. | CADS Funds | | Union Bank | 301488 | 160,246 | 174,055 | 13,808 | FX ADJ |
| Heald College LLC. | 11136 Depository | | 1stHawaiian | 65032236 | 40,622 | 40,622 | (0) | |
| Heald Colleges of California | Federal Account | | 1stHawaiian | 65168391 | 1,596 | - | (1,596) | Immaterial |
| Corinthian Colleges, Inc. | Concentration Account | | BMO Harris | 2209278 | - | - | - | |
| Corinthian Colleges, Inc. | AP disbursements | | BMO Harris | 2209286 | (299) | - | 299 | Bank credited in June |
| Corinthian Colleges, Inc. | Consolidation Account | | U.S. Bank | 153910132585 | 35,246 | 35,246 | - | |
| MJB Acquisiton Corp | dba WyoTech/Student Insurance | | Capital West | 189056 | 34,625 | 34,625 | - | |
| Corinthian Colleges, Inc. | FARE Concentration | | Bk of West | 010560672 | 6,149 | 6,149 | - | |
| Sequoia Education, Inc. | Wyotech -FREMONT Perkins | | Bk of West-Perk | 027-928598 | 11,570 | 11,570 | - | |
| Corinthian Schools, Inc. | Everest College -Alhambra  Perkins | | Bk of West-Perk | 027-931154 | 10,427 | 10,427 | - | |
| Corinthian Schools, Inc. | Everest College -Reseda Perkins | | Bk of West-Perk | 027-931378 | 1 | 1 | - | |
| Corinthian Schools, Inc. | Everest College-Anaheim Perkins | | Bk of West-Perk | 027-932574 | 26,438 | 26,438 | - | |
| Corinthian Schools, Inc. | Everest College-LA Perkins | | Bk of West-Perk | 027-933036 | - | - | | |
| Corinthian Schools, Inc. | Everest College -SAN BERN Perkins | | Bk of West-Perk | 027-933333 | 495 | 495 | | |
| Corinthian Schools, Inc. | Everest College-SanJoseN Perkins | | Bk of West-Perk | 027-933341 | 3,987 | 3,987 | | |
| Corinthian Schools, Inc. | Everest College -HAYWARD Perkins | | Bk of West-Perk | 027-933580 | 1 | 1 | | |
| Corinthian Schools, Inc. | Everest College -GARDENA Perkins | | Bk of West-Perk | 027-933648 | 7,580 | 7,580 | | |
| Sequoia Education, Inc. | Wyotech -FREMONT | | Bk of West | 027-928432 | - | - | | |
| Sequoia Education, Inc. | Wyotech -FREMONT | | Bk of West | 027-928473 | - | - | | |
| Corinthian Schools, Inc. | Everest College -ALHAMBRA | | Bk of West | 027-930974 | - | - | | |
| Corinthian Schools, Inc. | Everest College -ALHAMBRA | | Bk of West | 027-931089 | - | - | | |
| Corinthian Schools, Inc. | Everest College -RESEDA | | Bk of West | 027-931204 | - | - | | |
| Corinthian Schools, Inc. | Everest College -RESEDA | | Bk of West | 027-931253 | - | - | | |
| Corinthian Schools, Inc. | Everest College-Torrance Federal Grants | | Bk of West | 027-931469 | - | - | | |
| Corinthian Schools, Inc. | Everest College-Torrance DL | | Bk of West | 027-931741 | - | - | | |
| Corinthian Schools, Inc. | Everest College-Anaheim DL | | Bk of West | 027-932715 | - | - | | |
| Corinthian Schools, Inc. | Everest College-Anaheim Federal Grants | | Bk of West | 027-932897 | - | - | | |
| Corinthian Schools, Inc. | Wyotech -LONG BEACH | | Bk of West | 027-933150 | - | - | | |
| Corinthian Schools, Inc. | Wyotech -LONG BEACH | | Bk of West | 027-933200 | - | - | | |
| Corinthian Schools, Inc. | Everest College -SAN BERNARDINO | | Bk of West | 027-933473 | - | - | | |
| Corinthian Schools, Inc. | Everest College -SAN BERNARDINO | | Bk of West | 027-933481 | - | - | | |
| Corinthian Schools, Inc. | Everest College -GARDENA | | Bk of West | 027-933598 | - | - | | |
| Corinthian Schools, Inc. | Everest College -GARDENA | | Bk of West | 027-933622 | - | - | | |
| Corinthian Schools, Inc. | Everest College -ONTARIO | | Bk of West | 027-933739 | - | - | | |
| Corinthian Schools, Inc. | Everest College -ONTARIO | | Bk of West | 027-933861 | - | - | | |
| Corinthian Schools, Inc. | Everest College -SAN FRANCISCO | | Bk of West | 027-933978 | - | - | | |
| Rhodes Business Group, Inc. | Everest Institute -ROCHESTER | | Bk of West | 027-935155 | - | - | | |
| Rhodes Business Group, Inc. | Everest Institute -ROCHESTER | | Bk of West | 027-935171 | - | - | | |
| Heald College, LLC | Heald College - San Fran/Honolulu/Portland | | Bk of West | 028-210823 | - | - | | |
| Heald College, LLC | Heald College - San Fran/Honolulu/Portland | | Bk of West | 028-210971 | - | - | | |
| Everest College Phoenix, Inc. | Everest College Phoenix, Inc. | | Bk of West | 028-271437 | - | - | | |
| Everest College Phoenix, Inc. | Everest College Phoenix, Inc. | | Bk of West | 028-271494 | - | - | | |
| | | | | | 6,942,370 | 6,675,288 | (267,082) | |

Note:
[1] The reconciliation of the payroll accounts is still in progress. The book balance indicated here does not include outstanding post-petition checks. The Debtors believe that the outstanding payroll checks are less than $300,000 and will provide an updated bank reconciliation for each of the payroll accounts as soon as it is available.

Corinthian Colleges
May 2015 Outstanding Checks

| Category | Date | Amount | Vendor | Description |
|---|---|---|---|---|
| CSC Rent | 5/29/2015 | $ 29,928 | BRE/OC Griffin | CSC - Post-Petition May Rent |
| CSC Rent | 5/29/2015 | 35,273 | BRE/OC Griffin | CSC - June Rent |
| Rent | 5/29/2015 | 48,051 | Watt Long Beach II, LLC | Long Beach - Post-Petition May Rent |
| Rent | 5/29/2015 | 61,532 | Watt Long Beach II, LLC | Long Beach - June Rent |
| Rent | 5/29/2015 | 49,740 | Kirch-Metro Company LLC | Fremont - Post-Petition May Rent |
| Rent | 5/29/2015 | 55,070 | Kirch-Metro Company LLC | Fremont - June Rent |
| Total | | $ 279,594 | | |

# MOR – 1b
# Schedule of Professional Fees Paid

*None paid in May 2015*

MOR – 1 Supplement
Copies of Bank Statements



H

```
                    BANK OF AMERICA, N.A.              Account Number    1459930092
                    2000 CLAYTON RD - 5TH FLOOR        01 01 140 05 M0000 E#       0
                    CONCORD, CA  94520                 Last Statement:   04/30/2015
                                                       This Statement:   05/29/2015

                                                                  IMG

                                                       Customer Service
                                                       1-888-400-9009


           CORINTHIAN COLLEGES INC
           NY STATE GRANT ACCOUNT
           DEBTOR IN POSSESSION CASE  15-10952      Page      1 of    2
           6 HUTTON CENTRE DR STE 400
           SANTA ANA CA  92707                   Bankruptcy Case Number:1510952
```

## FULL ANALYSIS CHECKING

### Account Summary Information

```
Statement Period 05/01/2015 - 05/29/2015   Statement Beginning Balance    1,028,262.23
Number of Deposits/Credits            0    Amount of Deposits/Credits            .00
Number of Checks                      0    Amount of Checks                      .00
Number of Other Debits                0    Amount of Other Debits                .00
                                           Statement Ending Balance       1,028,262.23
Number of Enclosures                  0
                                           Service Charge                        .00
```

### Daily Balances

| Date  | Ledger Balance | Collected Balance | Date  | Ledger Balance | Collected Balance |
|-------|----------------|-------------------|-------|----------------|-------------------|
| 04/30 | 1,028,262.23   | 1,028,262.23      | 05/29 | 1,028,262.23   | 1,028,262.23      |

H

```
                                                      Account Number    1459930092
       BANK OF AMERICA, N.A.                          01 01 140 05 M0000 E#        0
       2000 CLAYTON RD - 5TH FLOOR                    Last Statement:   04/30/2015
       CONCORD, CA  94520                             This Statement:   05/29/2015

                                                               IMG

                                                      Customer Service
                                                      1-888-400-9009

       CORINTHIAN COLLEGES INC

                                                      Page      2 of     2

                                                      Bankruptcy Case Number:1510952
```

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**   If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



Corinthian Colleges Inc
Bank of the West

| **DEPSTMT** |
| As Of Dates: 2015-05-31 |
| Printed On: Jun 2, 2015 2:40:35 PM |

| BOW | Bank of the West | USD |
| 010560672 | FARE Concentration | |

| As of 2015-05-31 |

| Feed Name: DEPR REPORT |

**BANK** OF THE **WEST**
BNP PARIBAS GROUP

```
                                    Statement of Account
                                    May 1, 2015 - May 31, 2015
                                    Account Number: 010-560672
                                    Page     1


CORINTHIAN COLLEGES INC
DACA (CONTINGENT) FBO BANK OF AMERICA
FARE CONCENTRATION ACCOUNT
ATTN TREASURY DEPT
6 HUTTON CENTRE DR, SUITE 400
SANTA ANA CA  92707 8762


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
------------------------------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING              010-560672

CORINTHIAN COLLEGES INC
DACA (CONTINGENT) FBO BANK OF AMERICA
FARE CONCENTRATION ACCOUNT

ACCOUNT SUMMARY                            EARNINGS SUMMARY
Beginning Balance          $6,148.86      Interest this statement period              $.00
       0 Credits               0.00       Interest credited year-to-date              $.00
       0 Deposits              0.00       Annual percentage yield earned              .00%
       0 Withdrawals          -.00        Average monthly balance                $6,148.86
       0 Checks               -.00
Ending Balance             $6,148.86
------------------------------------------------------------------------------------------------------
-------
                              End of Statement
```

**BMO** ● **Harris Bank**

A part of BMO Financial Group

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL  60690
Toll Free: 1-877-895-3278

```
                                            ACCOUNT NUMBER:            220-927-8

                                                     STATEMENT PERIOD
                                                  05/01/15 TO 05/31/15

                                                 PAGE:      1 OF    2

        CORINTHIAN COLLEGES INC
        CONCENTRATION ACCOUNT
        ASSIGNED ACCOUNT FSI BANK OF AMERICA
        C/O TREASURY DEPT-DEBRA MCLAUGHLIN
        6 HUTTON CENTER DR SUITE 400
        SANTA ANA CA  92707

                                                 ITEMS ENCLOSED            0
```

---

CORPORATE CHECKING                                    ACCOUNT NUMBER      220-927-8

---

ACCOUNT SUMMARY

```
YOUR PREVIOUS BALANCE WAS            35,502.30-

YOUR TRANSACTIONS THIS PERIOD INCLUDED:
    5 DEPOSITS                       67,552.47
    4 WITHDRAWALS                    32,050.17

YOUR ENDING BALANCE WAS                    .00
YTD INTEREST PAID IS                       .00
YTD INTEREST WITHHELD IS                   .00
```

---

TRANSACTIONS LISTED BY DATE POSTED

| DATE POSTED | TRANSACTION DESCRIPTION | WITHDRAWALS OTHER DEBITS | DEPOSITS OTHER CREDITS |
|---|---|---|---|
| MAY 01 | FED WIRE TRANSFER CREDIT 150501000969 | | 35,502.30 |
| MAY 01 | ZERO BALANCE TXFR TO   DDA ACCT 0002209286 | 10,869.47 | |
| MAY 04 | FED WIRE TRANSFER CREDIT 150504000972 | | 10,869.47 |
| MAY 05 | ZBA | 8,110.56 | |
| MAY 06 | ZBA | | 8,110.56 |
| MAY 06 | ZERO BALANCE TXFR FROM DDA ACCT 0002209286 | | 8,110.56 |
| MAY 07 | ZBA | 8,110.56 | |
| MAY 22 | FED WIRE TRANSFER CREDIT 150522011918 | | 4,959.58 |
| MAY 22 | ACCT ANALYSIS SERV CHG | 4,959.58 | |

---

CLOSING DAILY BALANCES AND DEBIT TOTALS

| DATE | BALANCE | DEBITS | DATE | BALANCE | DEBITS |
|---|---|---|---|---|---|
| MAY 01 | 35,502.30- | 1 | MAY 06 | 8,110.56 | 0 |
| MAY 01 | 10,869.47- | 1 | MAY 07 | .00 | 1 |
| MAY 04 | .00 | 0 | MAY 22 | .00 | 1 |
| MAY 05 | 8,110.56- | 1 | | | |

MEMBER FDIC

**BMO** **Harris Bank**

**A part of BMO Financial Group**

**BMO Harris Bank N.A.**
**P.O. Box 755**
**Chicago, IL  60690**
**Toll Free: 1-877-895-3278**

ACCOUNT NUMBER:          220-927-8

STATEMENT PERIOD
05/01/15 TO 05/31/15

PAGE:     2 OF     2

CORINTHIAN COLLEGES INC
CONCENTRATION ACCOUNT
ASSIGNED ACCOUNT FSI BANK OF AMERICA
C/O TREASURY DEPT-DEBRA MCLAUGHLIN
6 HUTTON CENTER DR SUITE 400
SANTA ANA CA  92707

TRANSACTION SUMMARY INFORMATION

| DESCRIPTION | NUMBER | AMOUNT | DESCRIPTION | NUMBER | AMOUNT |
|---|---|---|---|---|---|
| INCOMING WIRE | 3 | 51,331.35 | FORCE POST CREDIT | 1 | 8,110.56 |
| ZBA DEBIT | 1 | 10,869.47 | ZBA DEPOSIT | 1 | 8,110.56 |
| FORCED CHECK | 2 | 16,221.12 | ACCT ANALYSIS SERV C | 1 | 4,959.58 |

MEMBER FDIC

**BMO** 🔴 **Harris Bank**

**A part of BMO Financial Group**

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL  60690
Toll Free: 1-877-895-3278

```
                                        ACCOUNT NUMBER:          220-928-6

                                                        STATEMENT PERIOD
                                                       05/01/15 TO 05/31/15

                                                       PAGE:      1 OF    2

          CORINTHIAN COLLEGES INC
          A/P ACCOUNT
          ASSIGNED ACCOUNT FSI BANK OF AMERICA
          C/O TREASURY DEPT-DEBRA MCLAUGHLIN
          6 HUTTON CENTER DR SUITE 400
          SANTA ANA CA  92707

                                                       ITEMS ENCLOSED        0
```

| CORPORATE CHECKING | ACCOUNT NUMBER | 220-928-6 |
|---|---|---|

```
                         ACCOUNT SUMMARY

YOUR PREVIOUS BALANCE WAS               .00

YOUR TRANSACTIONS THIS PERIOD INCLUDED:
    3 DEPOSITS                      27,090.59
    8 WITHDRAWALS                   27,389.58

YOUR ENDING BALANCE WAS               298.99-
YTD INTEREST PAID IS                     .00
YTD INTEREST WITHHELD IS                 .00
```

TRANSACTIONS LISTED BY DATE POSTED

| DATE POSTED | TRANSACTION DESCRIPTION | WITHDRAWALS OTHER DEBITS | DEPOSITS OTHER CREDITS |
|---|---|---|---|
| MAY 01 | ZERO BALANCE TXFR FROM DDA ACCT 0002209278 | | 10,869.47 |
| MAY 04 | ZERO BALANCE TXFR FROM DDA ACCT 0002209278 | | 8,110.56 |
| MAY 06 | ZBA | 8,110.56 | |
| MAY 07 | ZBA | | 8,110.56 |
| MAY 07 | ZBA | 8,110.56 | |
| MAY 15 | CCD    PPL8MKTNG      8662744518 00083176470 | 298.99 | |

```
     THE LEADING DIGITS OF THE CHECK NUMBER                     4
```

| NUMBER | AMOUNT | DATE | NUMBER | AMOUNT | DATE | NUMBER | AMOUNT | DATE |
|---|---|---|---|---|---|---|---|---|
| 12854 | 3,546.12 | 05/01 | 12879* | 101.10 | 05/01 | 12909* | 891.41 | 05/01 |
| 12866* | 5,228.82 | 05/01 | 12906* | 1,102.02 | 05/01 | | | |
| SUBTOTAL | 10,869.47 | | | | | | | |

**BMO** 🔺 **Harris Bank**

A part of BMO Financial Group

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL  60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER:          220-928-6

STATEMENT PERIOD
05/01/15 TO 05/31/15

PAGE:      2 OF     2

CORINTHIAN COLLEGES INC
A/P ACCOUNT
ASSIGNED ACCOUNT FSI BANK OF AMERICA
C/O TREASURY DEPT-DEBRA MCLAUGHLIN
6 HUTTON CENTER DR SUITE 400
SANTA ANA CA  92707

### CLOSING DAILY BALANCES AND DEBIT TOTALS

| DATE | BALANCE | DEBITS | DATE | BALANCE | DEBITS |
|------|---------|--------|------|---------|--------|
| MAY 01 | .00 | 5 | MAY 06 | .00 | 1 |
| MAY 01 | .00 | 5 | MAY 07 | .00 | 1 |
| MAY 04 | 8,110.56 | 0 | MAY 15 | 298.99- | 1 |

### TRANSACTION SUMMARY INFORMATION

| DESCRIPTION | NUMBER | AMOUNT | DESCRIPTION | NUMBER | AMOUNT |
|-------------|--------|--------|-------------|--------|--------|
| ZBA DEPOSIT | 2 | 18,980.03 | FORCE POST CREDIT | 1 | 8,110.56 |
| REGULAR CHECK | 5 | 10,869.47 | ACH DEBIT | 1 | 298.99 |
| FORCED CHECK | 2 | 16,221.12 | | | |



## STATEMENT
## OF ACCOUNTS

CORINTHIAN COLLEGES INC
**Statement Number: 4500181082**
05/01/15 - 05/29/15

Customer Inquiries
800-298-6466

UNION BANK
ORANGE COUNTY MID-CORP TS 0450
P.O. BOX 513840
LOS ANGELES            CA  90051-3840

Thank you for banking with us
since 1997

**CORINTHIAN COLLEGES INC**
**PETTY CASH**
**CHAPTER 11 DEBTOR IN POSSESSION (DIP)**
**CASE #15-10952**
**6 HUTTON CENTRE DRIVE STE 400**
**SANTA ANA CA 92707-5764**

■ *Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

## Analyzed Business Checking Summary

Account Number: 4500181082

Days in statement period: Days in statement period: 29

| | | |
|---|---:|---:|
| **Balance on 5/ 1**          $ | | **6,283.16** |
| **Total Credits** | | **280,036.00** |
| Electronic credits (1) | 280,000.00 | |
| Account recon cr (3) | 25.00 | |
| Other credits (2) | 11.00 | |
| **Total Debits** | | **-97.00** |
| Account recon dr (13) | -97.00 | |
| **Balance on 5/29**          $ | | **286,222.16** |

## C R E D I T S

### Electronic credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/29 | CASH MANAGEMENT BKTRANSFER | 93091126 | $ | 280,000.00 |

### Account reconciliation credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/18 | *ACCOUNT RECON CHECK ADJUSTMENT # 3590011434 | 99900078 | $ | 2.00 |
| 5/27 | *ACCOUNT RECON CHECK ADJUSTMENT # 1110510252 | 99900148 | | 2.00 |
| 5/29 | *ACCOUNT RECON CHECK ADJUSTMENT # 1111510266 | 99900079 | | 21.00 |
| | **3  Account reconciliation credits** | **Total** | **$** | **25.00** |

* This transaction has been Value Dated to the prior business day.

### Other credits and adjustments

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/5 | *V050415 | 99553339 | $ | 5.00 |
| 5/5 | *V050415 | 99553340 | | 6.00 |
| | **2  Other credits and adjustments** | **Total** | **$** | **11.00** |

* This transaction has been Value Dated to the prior business day.

Page 2 of 2
CORINTHIAN COLLEGES INC
**Statement Number: 4500181082**
05/01/15 - 05/29/15

**D E B I T S**

**Account reconciliation debits**

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 5/1 | ACCOUNT RECONCILIATION LIST POST | 99973664 | $ | 11.00 |
| 5/4 | ACCOUNT RECONCILIATION LIST POST | 99973847 | | 9.00 |
| 5/5 | ACCOUNT RECONCILIATION LIST POST | 99973599 | | 12.00 |
| 5/6 | ACCOUNT RECONCILIATION LIST POST | 99973565 | | 3.00 |
| 5/7 | ACCOUNT RECONCILIATION LIST POST | 99973572 | | 10.00 |
| 5/8 | ACCOUNT RECONCILIATION LIST POST | 99973562 | | 5.00 |
| 5/12 | ACCOUNT RECONCILIATION LIST POST | 99973407 | | 7.00 |
| 5/13 | ACCOUNT RECONCILIATION LIST POST | 99973376 | | 5.00 |
| 5/14 | ACCOUNT RECONCILIATION LIST POST | 99973491 | | 2.00 |
| 5/15 | ACCOUNT RECONCILIATION LIST POST | 99973650 | | 2.00 |
| 5/19 | ACCOUNT RECONCILIATION LIST POST | 99973512 | | 8.00 |
| 5/26 | ACCOUNT RECONCILIATION LIST POST | 99973885 | | 2.00 |
| 5/28 | ACCOUNT RECONCILIATION LIST POST | 99973678 | | 21.00 |
| | **13  Account reconciliation debits** | **Total** | $ | **97.00** |

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|---------------|------|---|---------------|
| 5/1-5/3 | $ | 6,272.16 | 5/14 | $ | 6,230.16 |
| 5/4 | | 6,263.16 | 5/15-5/17 | | 6,228.16 |
| 5/5 | | 6,262.16 | 5/18 | | 6,230.16 |
| 5/6 | | 6,259.16 | 5/19-5/25 | | 6,222.16 |
| 5/7 | | 6,249.16 | 5/26 | | 6,220.16 |
| 5/8-5/11 | | 6,244.16 | 5/27 | | 6,222.16 |
| 5/12 | | 6,237.16 | 5/28 | | 6,201.16 |
| 5/13 | | 6,232.16 | 5/29 | | 286,222.16 |



# STATEMENT OF ACCOUNTS

UNION BANK
ORANGE COUNTY MID-CORP TS 0450
P.O. BOX 513840
LOS ANGELES          CA  90051-3840

Page 1 of 2
CORINTHIAN COLLEGES INC
**Statement Number: 4500181139**
05/01/15 - 05/29/15

Customer Inquiries
800-298-6466

Thank you for banking with us
since 1997

**CORINTHIAN COLLEGES INC**
**PAYROLL**
**CHAPTER 11 DEBTOR IN POSSESSION (DIP)**
**CASE #15-10952**
**6 HUTTON CENTRE DRIVE STE 400**
**SANTA ANA CA 92707-5764**

■ *Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

## Analyzed Business Checking Summary

Account Number: 4500181139

Days in statement period: Days in statement period: 29

| | | |
|---|---:|---:|
| **Balance on 5/ 1** | $ | 0.00 |
| **Total Credits** | | 196,393.80 |
| Account recon cr (1) | 1,000.00 | |
| ZBA credits (11) | 193,160.81 | |
| Other credits (2) | 2,232.99 | |
| **Total Debits** | | -196,393.80 |
| Electronic debits (2) | -124,966.20 | |
| Account recon dr (6) | -63,161.62 | |
| ZBA debits (4) | -8,265.98 | |
| **Balance on 5/29** | $ | 0.00 |

## C R E D I T S

### Account reconciliation credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/7 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000045002 | 99900063 | $ | 1,000.00 |

### Zero Balance Accounting credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/4 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963848 | $ | 2,232.99 |
| 5/5 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963600 | | 1,800.00 |
| 5/6 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963566 | | 1,000.00 |
| 5/8 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963563 | | 3,811.94 |
| 5/11 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963792 | | 2,209.50 |
| 5/13 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963377 | | 78,348.22 |
| 5/19 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963513 | | 10,767.25 |
| 5/20 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963446 | | 29,326.43 |
| 5/21 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963584 | | 15,895.75 |
| 5/26 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963886 | | 1,150.75 |
| 5/27 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963596 | | 46,617.98 |
| | **11  Zero Balance Accounting credits** | **Total** | $ | **193,160.81** |

**Other credits and adjustments**

| Date | Description/Location | Reference | | Amount |
|------|---------------------|-----------|---|--------|
| 5/6 | *V050515 | 99553297 | $ | 23.49 |
| 5/6 | *V050515 | 99553298 | | 2,209.50 |
| | **2  Other credits and adjustments** | **Total** | **$** | **2,232.99** |

* This transaction has been Value Dated to the prior business day.

## D E B I T S

**Electronic debits**

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 5/13 | CORINTHIAN COLLE DIR DEP PPD COR COLLE-56813932 CORIN | | $ | 78,348.22 |
| 5/27 | CORINTHIAN COLLE DIR DEP PPD COR COLLE-55865311 CORIN | | | 46,617.98 |
| | **2  Electronic debits** | **Total** | **$** | **124,966.20** |

**Account reconciliation debits**

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 5/8 | ACCOUNT RECONCILIATION LIST POST | 99973564 | $ | 3,811.94 |
| 5/11 | ACCOUNT RECONCILIATION LIST POST | 99973793 | | 2,209.50 |
| 5/19 | ACCOUNT RECONCILIATION LIST POST | 99973514 | | 10,767.25 |
| 5/20 | ACCOUNT RECONCILIATION LIST POST | 99973447 | | 29,326.43 |
| 5/21 | ACCOUNT RECONCILIATION LIST POST | 99973585 | | 15,895.75 |
| 5/26 | ACCOUNT RECONCILIATION LIST POST | 99973887 | | 1,150.75 |
| | **6  Account reconciliation debits** | **Total** | **$** | **63,161.62** |

**Zero Balance Accounting debits**

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 5/5 | ZERO BALANCE ACCOUNTING DEBIT 4500154999 | 99963601 | $ | 2,232.99 |
| 5/6 | ZERO BALANCE ACCOUNTING DEBIT 4500154999 | 99963567 | | 1,800.00 |
| 5/7 | ZERO BALANCE ACCOUNTING DEBIT 4500154999 | 99963573 | | 1,000.00 |
| 5/7 | ZERO BALANCE ACCOUNTING DEBIT 4500154999 | 99963574 | | 3,232.99 |
| | **4  Zero Balance Accounting debits** | **Total** | **$** | **8,265.98** |

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|----------------|------|---|----------------|
| 5/1-5/3 | $ | 0.00 | 5/6 | $ | 3,232.99 |
| 5/4 | | 2,232.99 | 5/7-5/29 | | 0.00 |
| 5/5 | | 1,800.00 | | | |



### STATEMENT OF ACCOUNTS

Page 1 of 4
CORINTHIAN SCHOOLS INC
**Statement Number: 4500181147**
05/01/15 - 05/29/15

Customer Inquiries
800-298-6466

Thank you for banking with us
since 1997

UNION BANK
ORANGE COUNTY MID-CORP TS 0450
P.O. BOX 513840
LOS ANGELES          CA  90051-3840

**CORINTHIAN SCHOOLS INC**
**PAYROLL**
**CHAPTER 11 DEBTOR IN POSSESSION (DIP)**
**CASE #15-105952**
**6 HUTTON CENTRE DR STE 400**
**SANTA ANA CA 92707-5764**

■ *Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

---

**Analyzed Business Checking Summary**                               Account Number: 4500181147

Days in statement period: Days in statement period: 29

| | | |
|---|---:|---:|
| **Balance on 5/ 1** | $ | 0.00 |
| **Total Credits** | | 377,807.25 |
| Electronic credits (2) | 1,058.49 | |
| Account recon cr (9) | 8,105.59 | |
| ZBA credits (17) | 317,323.11 | |
| Other credits (41) | 51,320.06 | |
| **Total Debits** | | -377,807.25 |
| Electronic debits (2) | -149,736.40 | |
| Account recon dr (16) | -157,112.97 | |
| ZBA debits (6) | -70,957.88 | |
| **Balance on 5/29** | $ | 0.00 |

---

## C R E D I T S

### Electronic credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/29 | CORINTHIAN SCHOO DIR DEP PPD ***********LETE | 55865314 | $ | 482.45 |
| 5/29 | CORINTHIAN SCHOO DIR DEP PPD ***********LETE | 55865313 | | 576.04 |
| | **2  Electronic credits** | **Total** | **$** | **1,058.49** |

### Account reconciliation credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/7 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000275529 | 99900064 | $ | 68.41 |
| 5/7 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000275557 | 99900065 | | 40.63 |
| 5/7 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000275779 | 99900066 | | 883.10 |
| 5/7 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000275785 | 99900067 | | 1,797.73 |
| 5/7 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000275808 | 99900068 | | 2,284.26 |
| 5/7 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000275856 | 99900069 | | 2,513.76 |
| 5/7 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000276006 | 99900070 | | 272.14 |
| 5/7 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000276049 | 99900071 | | 43.90 |
| 5/29 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000276112 | 99900080 | | 201.66 |

### Account reconciliation credits

| Date | Description/Location | Reference | Amount |
|------|---------------------|-----------|--------|
| | **9  Account reconciliation credits** | **Total** | $    **8,105.59** |

\* This transaction has been Value Dated to the prior business day.

### Zero Balance Accounting credits

| Date | Description/Location | Reference | Amount |
|------|---------------------|-----------|--------|
| 5/1 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963665 | $    27,092.21 |
| 5/5 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963603 | 2,864.36 |
| 5/6 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963569 | 7,903.93 |
| 5/8 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963565 | 19,715.67 |
| 5/11 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963794 | 20,221.13 |
| 5/12 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963408 | 19,767.40 |
| 5/13 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963378 | 147,602.46 |
| 5/14 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963492 | 3,916.47 |
| 5/15 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963651 | 6,469.00 |
| 5/18 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963704 | 9,281.24 |
| 5/19 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963515 | 316.44 |
| 5/20 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963448 | 4,638.77 |
| 5/21 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963586 | 9,278.68 |
| 5/22 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963568 | 9,813.41 |
| 5/26 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963888 | 14,146.57 |
| 5/27 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963597 | 13,990.06 |
| 5/28 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963679 | 305.31 |
| | **17  Zero Balance Accounting credits** | **Total** | $    **317,323.11** |

### Other credits and adjustments

| Date | Description/Location | Reference | Amount |
|------|---------------------|-----------|--------|
| 5/5 | *V050415 | 99553342 | $    69.14 |
| 5/5 | *V050415 | 99553343 | 158.66 |
| 5/5 | *V050415 | 99553344 | 336.08 |
| 5/5 | *V050415 | 99553345 | 448.61 |
| 5/5 | *V050415 | 99553346 | 810.41 |
| 5/5 | *V050415 | 99553347 | 1,109.16 |
| 5/5 | *V050415 | 99553348 | 1,213.76 |
| 5/5 | *V050415 | 99553349 | 1,256.29 |
| 5/5 | *V050415 | 99553350 | 1,260.58 |
| 5/5 | *V050415 | 99553351 | 1,682.25 |
| 5/5 | *V050415 | 99553352 | 1,751.55 |
| 5/5 | *V050415 | 99553353 | 1,786.29 |
| 5/5 | *V050415 | 99553354 | 1,882.32 |
| 5/5 | *V050415 | 99553355 | 1,967.58 |
| 5/5 | *V050415 | 99553356 | 3,171.30 |
| 5/5 | *V050415 | 99553357 | 3,872.11 |
| 5/5 | *V050415 | 99553358 | 4,316.12 |
| 5/6 | *V050515 | 99553301 | 31.62 |
| 5/6 | *V050515 | 99553302 | 35.76 |
| 5/6 | *V050515 | 99553303 | 40.48 |
| 5/6 | *V050515 | 99553304 | 40.68 |
| 5/6 | *V050515 | 99553305 | 41.55 |
| 5/6 | *V050515 | 99553306 | 46.64 |
| 5/6 | *V050515 | 99553307 | 96.45 |
| 5/6 | *V050515 | 99553308 | 104.47 |
| 5/6 | *V050515 | 99553309 | 112.76 |
| 5/6 | *V050515 | 99553310 | 230.93 |
| 5/6 | *V050515 | 99553311 | 290.27 |

## Other credits and adjustments

| Date | Description/Location | Reference | Amount |
|------|---------------------|-----------|--------|
| 5/6 | *V050515 | 99553312 | 377.80 |
| 5/6 | *V050515 | 99553313 | 480.31 |
| 5/6 | *V050515 | 99553314 | 502.70 |
| 5/6 | *V050515 | 99553315 | 803.93 |
| 5/6 | *V050515 | 99553316 | 848.78 |
| 5/6 | *V050515 | 99553317 | 1,334.96 |
| 5/6 | *V050515 | 99553318 | 1,528.06 |
| 5/6 | *V050515 | 99553319 | 1,634.53 |
| 5/6 | *V050515 | 99553320 | 1,905.09 |
| 5/6 | *V050515 | 99553321 | 2,148.46 |
| 5/6 | *V050515 | 99553322 | 2,409.32 |
| 5/6 | *V050515 | 99553323 | 2,423.65 |
| 5/6 | *V050515 | 99553324 | 6,758.65 |
| | **41  Other credits and adjustments** | **Total**  $ | **51,320.06** |

* This transaction has been Value Dated to the prior business day.

# D E B I T S

## Electronic debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 5/13 | CORINTHIAN SCHOO DIR DEP PPD COR SCHOO-56814064 CORIN | | $ 139,826.12 |
| 5/27 | CORINTHIAN SCHOO DIR DEP PPD COR SCHOO-55865322 CORIN | | 9,910.28 |
| | **2  Electronic debits** | **Total** | **$ 149,736.40** |

## Account reconciliation debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 5/1 | ACCOUNT RECONCILIATION LIST POST | 99973666 | $ 27,092.21 |
| 5/7 | ACCOUNT RECONCILIATION LIST POST | 99973577 | 294.55 |
| 5/8 | ACCOUNT RECONCILIATION LIST POST | 99973566 | 19,715.67 |
| 5/11 | ACCOUNT RECONCILIATION LIST POST | 99973795 | 20,221.13 |
| 5/12 | ACCOUNT RECONCILIATION LIST POST | 99973409 | 19,767.40 |
| 5/13 | ACCOUNT RECONCILIATION LIST POST | 99973379 | 7,776.34 |
| 5/14 | ACCOUNT RECONCILIATION LIST POST | 99973493 | 3,916.47 |
| 5/15 | ACCOUNT RECONCILIATION LIST POST | 99973652 | 6,469.00 |
| 5/18 | ACCOUNT RECONCILIATION LIST POST | 99973705 | 9,281.24 |
| 5/19 | ACCOUNT RECONCILIATION LIST POST | 99973516 | 316.44 |
| 5/20 | ACCOUNT RECONCILIATION LIST POST | 99973449 | 4,638.77 |
| 5/21 | ACCOUNT RECONCILIATION LIST POST | 99973587 | 9,278.68 |
| 5/22 | ACCOUNT RECONCILIATION LIST POST | 99973569 | 9,813.41 |
| 5/26 | ACCOUNT RECONCILIATION LIST POST | 99973889 | 14,146.57 |
| 5/27 | ACCOUNT RECONCILIATION LIST POST | 99973598 | 4,079.78 |
| 5/28 | ACCOUNT RECONCILIATION LIST POST | 99973680 | 305.31 |
| | **16  Account reconciliation debits** | **Total** | **$ 157,112.97** |

## Zero Balance Accounting debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 5/4 | ZERO  BALANCE  ACCOUNTING  DEBIT 4500154999 | 99963850 | $ 2,864.36 |

**Zero Balance Accounting debits**

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|-------:|
| 5/5 | ZERO BALANCE ACCOUNTING 4500154999 | DEBIT99963604 | | 24,141.14 |
| 5/6 | ZERO BALANCE ACCOUNTING 4500154999 | DEBIT99963570 | | 2,951.07 |
| 5/7 | ZERO BALANCE ACCOUNTING 4500154999 | DEBIT99963575 | | 7,609.38 |
| 5/7 | ZERO BALANCE ACCOUNTING 4500154999 | DEBIT99963576 | | 32,131.78 |
| 5/29 | ZERO BALANCE ACCOUNTING 4500154999 | DEBIT99963846 | | 1,260.15 |
| | **6  Zero Balance Accounting debits** | **Total** | **$** | **70,957.88** |

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|---------------:|------|---|---------------:|
| 5/1-5/3 | $ | 0.00 | 5/6 | $ | 32,131.78 |
| 5/4 | | -2,864.36 | 5/7-5/29 | | 0.00 |
| 5/5 | | 2,951.07 | | | |



# STATEMENT
# OF ACCOUNTS

UNION BANK
ORANGE COUNTY MID-CORP TS 0450
P.O. BOX 513840
LOS ANGELES          CA  90051-3840

Page 1 of 4
FLORIDA METROPOLITAN UNIVERSITY
INC
**Statement Number: 4500181155**
05/01/15 - 05/29/15

Customer Inquiries
800-298-6466

Thank you for banking with us
since 1997

**FLORIDA METROPOLITAN UNIVERSITY INC
PAYROLL
CHAPTER 11 DEBTOR IN POSSESSION (DIP)
CASE #15-105952
6 HUTTON CENTRE DRIVE STE 400
SANTA ANA CA 92707-5764**

■ *Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

---

**Analyzed Business Checking Summary**                                    Account Number: 4500181155

Days in statement period: Days in statement period: 29

| | | |
|---|---|---:|
| **Balance on 5/ 1** | $ | 0.00 |
| **Total Credits** | | 54,618.80 |
| Account recon cr (1) | 291.41 | |
| ZBA credits (17) | 36,001.49 | |
| Other credits (46) | 18,325.90 | |
| **Total Debits** | | **-54,618.80** |
| Electronic debits (2) | -2,411.42 | |
| Account recon dr (14) | -30,630.61 | |
| ZBA debits (5) | -21,576.77 | |
| **Balance on 5/29** | $ | 0.00 |

## C R E D I T S

### Account reconciliation credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/29 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000173264 | 99900081 | $ | 291.41 |

### Zero Balance Accounting credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/1 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963667 | $ | 8,665.80 |
| 5/4 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963852 | | 994.30 |
| 5/6 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963572 | | 1,965.16 |
| 5/7 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963578 | | 361.07 |
| 5/8 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963567 | | 333.72 |
| 5/11 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963796 | | 2,562.06 |
| 5/12 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963410 | | 4,310.55 |
| 5/13 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963380 | | 3,819.86 |
| 5/14 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963494 | | 1,239.78 |
| 5/15 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963653 | | 2,099.67 |
| 5/18 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963706 | | 1,304.75 |
| 5/19 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963517 | | 454.92 |

## Zero Balance Accounting credits

| Date | Description/Location | Reference | Amount |
|------|----------------------|-----------|--------|
| 5/21 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963588 | 2,112.94 |
| 5/22 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963570 | 1,726.46 |
| 5/26 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963890 | 1,112.83 |
| 5/27 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963599 | 2,346.02 |
| 5/28 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963681 | 591.60 |
| | **17  Zero Balance Accounting credits** | **Total** | $ **36,001.49** |

## Other credits and adjustments

| Date | Description/Location | Reference | Amount |
|------|----------------------|-----------|--------|
| 5/5 | *V050415 | 99553360 | $ 193.60 |
| 5/5 | *V050415 | 99553361 | 231.55 |
| 5/5 | *V050415 | 99553362 | 258.41 |
| 5/5 | *V050415 | 99553363 | 275.13 |
| 5/5 | *V050415 | 99553364 | 277.14 |
| 5/5 | *V050415 | 99553365 | 293.56 |
| 5/5 | *V050415 | 99553366 | 296.21 |
| 5/5 | *V050415 | 99553367 | 296.21 |
| 5/5 | *V050415 | 99553368 | 297.72 |
| 5/5 | *V050415 | 99553369 | 298.19 |
| 5/5 | *V050415 | 99553370 | 300.19 |
| 5/5 | *V050415 | 99553371 | 310.46 |
| 5/5 | *V050415 | 99553372 | 328.05 |
| 5/5 | *V050415 | 99553373 | 479.82 |
| 5/5 | *V050415 | 99553374 | 489.33 |
| 5/5 | *V050415 | 99553375 | 529.54 |
| 5/5 | *V050415 | 99553376 | 536.73 |
| 5/5 | *V050415 | 99553377 | 568.41 |
| 5/5 | *V050415 | 99553378 | 580.60 |
| 5/5 | *V050415 | 99553379 | 590.01 |
| 5/5 | *V050415 | 99553380 | 613.14 |
| 5/5 | *V050415 | 99553381 | 621.80 |
| 5/6 | *V050515 | 99553327 | 211.85 |
| 5/6 | *V050515 | 99553328 | 264.72 |
| 5/6 | *V050515 | 99553329 | 271.05 |
| 5/6 | *V050515 | 99553330 | 276.53 |
| 5/6 | *V050515 | 99553331 | 293.17 |
| 5/6 | *V050515 | 99553332 | 300.19 |
| 5/6 | *V050515 | 99553333 | 301.18 |
| 5/6 | *V050515 | 99553334 | 305.74 |
| 5/6 | *V050515 | 99553335 | 306.66 |
| 5/6 | *V050515 | 99553336 | 306.75 |
| 5/6 | *V050515 | 99553337 | 309.36 |
| 5/6 | *V050515 | 99553338 | 324.73 |
| 5/6 | *V050515 | 99553339 | 333.72 |
| 5/6 | *V050515 | 99553340 | 360.19 |
| 5/6 | *V050515 | 99553341 | 454.16 |
| 5/6 | *V050515 | 99553342 | 504.61 |
| 5/6 | *V050515 | 99553343 | 540.91 |
| 5/6 | *V050515 | 99553344 | 545.45 |
| 5/6 | *V050515 | 99553345 | 546.48 |
| 5/6 | *V050515 | 99553346 | 553.20 |
| 5/6 | *V050515 | 99553347 | 557.34 |
| 5/6 | *V050515 | 99553348 | 574.33 |
| 5/6 | *V050515 | 99553349 | 595.49 |
| 5/6 | *V050515 | 99553350 | 622.29 |

### Other credits and adjustments

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| | **46  Other credits and adjustments** | **Total** | **$ 18,325.90** |

\* This transaction has been Value Dated to the prior business day.

## D E B I T S

### Electronic debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 5/13 | FLORIDA METROPOL DIR DEP PPD FLORIDA M-56814075 CORIN | | $ 65.40 |
| 5/27 | FLORIDA METROPOL DIR DEP PPD FLORIDA M-55865338 CORIN | | 2,346.02 |
| | **2  Electronic debits** | **Total** | **$ 2,411.42** |

### Account reconciliation debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 5/1 | ACCOUNT RECONCILIATION LIST POST | 99973668 | $ 8,665.80 |
| 5/7 | ACCOUNT RECONCILIATION LIST POST | 99973580 | 361.07 |
| 5/8 | ACCOUNT RECONCILIATION LIST POST | 99973568 | 333.72 |
| 5/11 | ACCOUNT RECONCILIATION LIST POST | 99973797 | 2,562.06 |
| 5/12 | ACCOUNT RECONCILIATION LIST POST | 99973411 | 4,310.55 |
| 5/13 | ACCOUNT RECONCILIATION LIST POST | 99973381 | 3,754.46 |
| 5/14 | ACCOUNT RECONCILIATION LIST POST | 99973495 | 1,239.78 |
| 5/15 | ACCOUNT RECONCILIATION LIST POST | 99973654 | 2,099.67 |
| 5/18 | ACCOUNT RECONCILIATION LIST POST | 99973707 | 1,304.75 |
| 5/19 | ACCOUNT RECONCILIATION LIST POST | 99973518 | 454.92 |
| 5/21 | ACCOUNT RECONCILIATION LIST POST | 99973589 | 2,112.94 |
| 5/22 | ACCOUNT RECONCILIATION LIST POST | 99973571 | 1,726.46 |
| 5/26 | ACCOUNT RECONCILIATION LIST POST | 99973891 | 1,112.83 |
| 5/28 | ACCOUNT RECONCILIATION LIST POST | 99973682 | 591.60 |
| | **14  Account reconciliation debits** | **Total** | **$ 30,630.61** |

### Zero Balance Accounting debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 5/5 | ZERO  BALANCE  ACCOUNTING 4500154999 | DEBIT99963606 | $ 994.30 |
| 5/5 | ZERO  BALANCE  ACCOUNTING 4500154999 | DEBIT99963607 | 3,965.59 |
| 5/6 | ZERO  BALANCE  ACCOUNTING 4500154999 | DEBIT99963573 | 4,700.21 |
| 5/7 | ZERO  BALANCE  ACCOUNTING 4500154999 | DEBIT99963579 | 11,625.26 |
| 5/29 | ZERO  BALANCE  ACCOUNTING 4500154999 | DEBIT99963847 | 291.41 |
| | **5  Zero Balance Accounting debits** | **Total** | **$ 21,576.77** |

### Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 5/1-5/3 | $ 0.00 | 5/6 | $ 11,625.26 |
| 5/4 | 994.30 | 5/7-5/29 | 0.00 |

Page 4 of 4
FLORIDA  METROPOLITAN  UNIVERSITY
INC
**Statement Number: 4500181155**
05/01/15 - 05/29/15

**Daily Ledger Balance**

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------|------|---------------|
| 5/5  | 4,700.21      |      |               |



# STATEMENT
# OF ACCOUNTS

UNION BANK
ORANGE COUNTY MID-CORP TS 0450
P.O. BOX 513840
LOS ANGELES          CA  90051-3840

Customer Inquiries
800-298-6466

Thank you for banking with us
since 1997

**RHODES COLLEGES INC**
**PAYROLL**
**CHAPTER 11 DEBTOR IN POSSESSION (DIP)**
**CASE #15-105952**
**6 HUTTON CENTRE DRIVE STE 400**
**SANTA ANA CA 92707-5764**

■  *Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

## Analyzed Business Checking Summary

Account Number: 4500181163

Days in statement period: Days in statement period: 29

| | | |
|---|---:|---:|
| **Balance on 5/ 1** | $ | **0.00** |
| **Total Credits** | | **95,009.11** |
| ZBA credits (17) | 78,803.24 | |
| Other credits (18) | 16,205.87 | |
| **Total Debits** | | **-95,009.11** |
| Electronic debits (2) | -30,928.54 | |
| Account recon dr (16) | -47,217.63 | |
| ZBA debits (4) | -16,862.94 | |
| **Balance on 5/29** | $ | **0.00** |

# C R E D I T S

## Zero Balance Accounting credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/1 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963669 | $ | 7,774.40 |
| 5/4 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963854 | | 657.07 |
| 5/7 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963581 | | 334.61 |
| 5/8 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963569 | | 5,941.49 |
| 5/11 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963798 | | 8,561.15 |
| 5/12 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963412 | | 4,478.45 |
| 5/13 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963382 | | 26,366.80 |
| 5/14 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963496 | | 1,666.14 |
| 5/15 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963655 | | 2,293.32 |
| 5/18 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963708 | | 1,545.25 |
| 5/20 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963450 | | 1,545.13 |
| 5/21 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963590 | | 4,495.86 |
| 5/22 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963572 | | 382.71 |
| 5/26 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963892 | | 5,543.53 |
| 5/27 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963600 | | 5,803.37 |
| 5/28 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963683 | | 625.07 |
| 5/29 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963848 | | 788.89 |
| | **17  Zero Balance Accounting credits** | **Total** | $ | **78,803.24** |

Page 2 of 3
RHODES COLLEGES INC
**Statement Number: 4500181163**
05/01/15 - 05/29/15

**Other credits and adjustments**

| Date | Description/Location | Reference | | Amount |
|------|---------------------|-----------|---|--------|
| 5/5 | *V050415 | 99553383 | $ | 305.94 |
| 5/5 | *V050415 | 99553384 | | 678.28 |
| 5/5 | *V050415 | 99553385 | | 742.58 |
| 5/5 | *V050415 | 99553386 | | 758.96 |
| 5/5 | *V050415 | 99553387 | | 876.68 |
| 5/5 | *V050415 | 99553388 | | 1,073.67 |
| 5/5 | *V050415 | 99553389 | | 1,192.05 |
| 5/5 | *V050415 | 99553390 | | 2,146.24 |
| 5/6 | *V050515 | 99553353 | | 258.88 |
| 5/6 | *V050515 | 99553354 | | 382.70 |
| 5/6 | *V050515 | 99553355 | | 398.93 |
| 5/6 | *V050515 | 99553356 | | 420.71 |
| 5/6 | *V050515 | 99553357 | | 782.54 |
| 5/6 | *V050515 | 99553358 | | 796.67 |
| 5/6 | *V050515 | 99553359 | | 944.46 |
| 5/6 | *V050515 | 99553360 | | 1,136.29 |
| 5/6 | *V050515 | 99553361 | | 1,437.68 |
| 5/6 | *V050515 | 99553362 | | 1,872.61 |
| | **18  Other credits and adjustments** | **Total** | **$** | **16,205.87** |

\* This transaction has been Value Dated to the prior business day.

**D E B I T S**

**Electronic debits**

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 5/13 | RHODES COLLEGES, DIR DEP PPD RHODES CO-56814117 CORIN | | $ | 25,688.52 |
| 5/27 | RHODES COLLEGES, DIR DEP PPD RHODES CO-55865350 CORIN | | | 5,240.02 |
| | **2  Electronic debits** | **Total** | **$** | **30,928.54** |

**Account reconciliation debits**

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 5/1 | ACCOUNT RECONCILIATION LIST POST | 99973670 | $ | 7,774.40 |
| 5/7 | ACCOUNT RECONCILIATION LIST POST | 99973583 | | 334.61 |
| 5/8 | ACCOUNT RECONCILIATION LIST POST | 99973570 | | 5,941.49 |
| 5/11 | ACCOUNT RECONCILIATION LIST POST | 99973799 | | 8,561.15 |
| 5/12 | ACCOUNT RECONCILIATION LIST POST | 99973413 | | 4,478.45 |
| 5/13 | ACCOUNT RECONCILIATION LIST POST | 99973383 | | 678.28 |
| 5/14 | ACCOUNT RECONCILIATION LIST POST | 99973497 | | 1,666.14 |
| 5/15 | ACCOUNT RECONCILIATION LIST POST | 99973656 | | 2,293.32 |
| 5/18 | ACCOUNT RECONCILIATION LIST POST | 99973709 | | 1,545.25 |
| 5/20 | ACCOUNT RECONCILIATION LIST POST | 99973451 | | 1,545.13 |
| 5/21 | ACCOUNT RECONCILIATION LIST POST | 99973591 | | 4,495.86 |
| 5/22 | ACCOUNT RECONCILIATION LIST POST | 99973573 | | 382.71 |
| 5/26 | ACCOUNT RECONCILIATION LIST POST | 99973893 | | 5,543.53 |
| 5/27 | ACCOUNT RECONCILIATION LIST POST | 99973601 | | 563.35 |
| 5/28 | ACCOUNT RECONCILIATION LIST POST | 99973684 | | 625.07 |
| 5/29 | ACCOUNT RECONCILIATION LIST POST | 99973849 | | 788.89 |
| | **16  Account reconciliation debits** | **Total** | **$** | **47,217.63** |

Page 3 of 3
RHODES COLLEGES INC
**Statement Number: 4500181163**
05/01/15 - 05/29/15

**Zero Balance Accounting debits**

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 5/5 | ZERO BALANCE ACCOUNTING 4500154999 | DEBIT99963609 | $ | 158.16 |
| 5/5 | ZERO BALANCE ACCOUNTING 4500154999 | DEBIT99963610 | | 657.07 |
| 5/6 | ZERO BALANCE ACCOUNTING 4500154999 | DEBIT99963575 | | 7,616.24 |
| 5/7 | ZERO BALANCE ACCOUNTING 4500154999 | DEBIT99963582 | | 8,431.47 |
| | **4  Zero Balance Accounting debits** | **Total** | **$** | **16,862.94** |

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|----------------|------|---|----------------|
| 5/1-5/3 | $ | 0.00 | 5/6 | $ | 8,431.47 |
| 5/4 | | 657.07 | 5/7-5/29 | | 0.00 |
| 5/5 | | 7,616.24 | | | |



H

Account Number  1459411331
01 01 164 05 M0000 E#      0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

CLOSED DNP

**Customer Service**
**1-888-400-9009**

**TITAN SCHOOLS, INC.**
**DEBTOR IN POSSESSION CASE  15-10952**
**PAYROLL ACCOUNT**                    Page      1 of     2
**6 HUTTON CENTRE DR., SUITE 400**
**SANTA ANA CA  92707**            Bankruptcy Case Number:      1510952

# FULL ANALYSIS CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | 76,719.15 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 1 | Amount of Checks | 26,963.06 |
| Number of Other Debits | 1 | Amount of Other Debits | 49,756.09 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 7448 | 26,963.06 | 05/01 | 8892041408 | | | | |

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 05/21 | | 49,756.09 | Force Pay | RSTR ACCT | 09830200004 |
| | | | Effective Date is 05/21/2015 | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 76,719.15 | 76,719.15 | 05/21 | .00 | .00 |
| 05/01 | 49,756.09 | 49,756.09 | 05/29 | .00 | .00 |

H

```
BANK OF AMERICA, N.A.                    Account Number  1459411331
2000 CLAYTON RD - 5TH FLOOR              01 01 164 05 M0000 E#        0
CONCORD, CA  94520                       Last Statement: 04/30/2015
                                         This Statement: 05/29/2015


                                                   CLOSED DNP


                                         Customer Service
                                         1-888-400-9009

TITAN SCHOOLS, INC.

                                         Page      2 of     2

                                         Bankruptcy Case Number:     1510952
```

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**   All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**   If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



H

```
                    BANK OF AMERICA, N.A.            Account Number   1459571844
                    2000 CLAYTON RD - 5TH FLOOR      01 01 140 01 M0000 E#      0
                    CONCORD, CA  94520               Last Statement:   04/30/2015
                                                     This Statement:   05/29/2015

                                                           IMG        SUP

                                                     Customer Service
                                                     1-888-400-9009
        CORINTHIAN COLLEGES, INC
        CA STATE GRANT ACCOUNT
        6 HUTTON CENTRE DR SUITE 400                 Page     1 of     2
        DEBTOR IN POSSESSION CASE  15-10952
        TREASURY                                     Bankruptcy Case Number:1510952
        SANTA ANA CA  92707
```

## ANALYZED INVESTMENT

### Account Summary Information

```
Statement Period 05/01/2015 - 05/29/2015    Statement Beginning Balance      18,473.42
Number of Deposits/Credits            1     Amount of Deposits/Credits             .78
Number of Checks                      0     Amount of Checks                       .00
Number of Other Debits                0     Amount of Other Debits                 .00
                                            Statement Ending Balance         18,474.20

Number of Enclosures                  0
                                            Service Charge                         .00
```

### Interest Information

```
Amount of Interest Paid             .78     Interest Paid Year-to-Date            3.82
Annual Percentage Yield Earned      .05%
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/29 | | .78 | INTEREST PAID ON 31 DAYS<br>AVERAGE COLLECTED BALANCE OF    $18,473.42 | 09840001926 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 04/30 | 18,473.42 | 18,473.42 | .050 | 05/29 | 18,474.20 | 18,474.20 | .050 |

H

```
BANK OF AMERICA, N.A.            Account Number    1459571844
2000 CLAYTON RD - 5TH FLOOR     01 01 140 01 M0000 E#        0
CONCORD, CA  94520              Last Statement:   04/30/2015
                               This Statement:   05/29/2015

                                       IMG          SUP

                               Customer Service
                               1-888-400-9009

CORINTHIAN COLLEGES, INC

                               Page      2 of      2

                               Bankruptcy Case Number:1510952
```

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.**

**TERMS AND CONDITIONS.   All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.   If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.**
**\* Tell us your name and account number**
**\* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information**
**\* Tell us the dollar amount of the suspected error.**

**For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.**

**For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.**

**DIRECT DEPOSITS.**
**If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.**

**REPORTING OTHER PROBLEMS.**
**You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.**

H



**Bank of America** 🇺🇸

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number      1459203059
01 01 140 05 M0000 E#       0
Last Statement:     04/30/2015
This Statement:     05/29/2015

IMG  CLOSED

Customer Service
1-888-400-9009

NX 0000    000 320 025177 #@01 FP 0.471
MJB ACQUISITION CORPORATION
DEBTOR IN POSSESSION CASE 15-10952
DBA WYOMING TECHNICAL INSTITUTE
PAYROLL ACCOUNT
6 HUTTON CENTRE DR., SUITE 400
SANTA ANA CA  92707

Page      1 of    2

Bankruptcy Case Number:1510952

## FULL ANALYSIS CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | 46,381.45 |
| Number of Deposits/Credits            0 | Amount of Deposits/Credits | .00 |
| Number of Checks                      0 | Amount of Checks | .00 |
| Number of Other Debits                1 | Amount of Other Debits | 46,381.45 |
| | Statement Ending Balance | .00 |
| Number of Enclosures                  0 | | |
| | Service Charge | .00 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/21 | | 46,381.45 | Force Pay             RSTR ACCT | 09830200002 |
| | | | Effective Date is 05/20/2015 | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 46,381.45 | 46,381.45 | 05/29 | .00 | .00 |
| 05/20 | .00 | .00 | | | |



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number     1459303341
01 01 140 05 M0000 E#      0
Last Statement:    04/30/2015
This Statement:    05/29/2015

IMG

Customer Service
1-888-400-9009

PEGASUS EDUCATION, INC.
DBA LEARNING TREE UNIVERSITY
PAYROLL ACCOUNT
DEBTOR IN POSSESSION CASE  15-10952
6 HUTTON CENTRE DRIVE SUITE 400
SANTA ANA CA  92707-5764

Page      1 of    2

Bankruptcy Case Number:1510952

# FULL ANALYSIS CHECKING

## Account Summary Information

| | | |
|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | 15,649.89 |
| Number of Deposits/Credits          0 | Amount of Deposits/Credits | .00 |
| Number of Checks                    0 | Amount of Checks | .00 |
| Number of Other Debits              1 | Amount of Other Debits | 15,649.89 |
| | Statement Ending Balance | .00 |
| Number of Enclosures                0 | | |
| | Service Charge | .00 |

## Withdrawals and Debits

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 05/21 | | 15,649.89 | Force Pay | RSTR ACCT | 09830200003 |
| | | | Effective Date is 05/20/2015 | | |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 15,649.89 | 15,649.89 | 05/29 | .00 | .00 |
| 05/20 | .00 | .00 | | | |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1459303341
01 01 140 05 M0000 E#       0
Last Statement:   04/30/2015
This Statement:   05/29/2015

IMG

Customer Service
1-888-400-9009

PEGASUS EDUCATION, INC.

Page     2 of      2

Bankruptcy Case Number:1510952

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.   If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account.  If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA 94520

**Account Number  1459513443**
01 01 164 05 M0000 E#      0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

DNP

**Customer Service**
**1-888-400-9009**

**SEQUOIA EDUCATION, INC.**
**DEBTOR IN POSSESSION CASE  15-10952**
**PAYROLL ACCOUNT**
**6 HUTTON CENTRE DRIVE, SUITE 400**
**SANTA ANA CA  92707**

Page      1 of    3

Bankruptcy Case Number:      1510952

# FULL ANALYSIS CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | | Statement Beginning Balance | 17,421.55 |
| Number of Deposits/Credits | 2 | Amount of Deposits/Credits | 29,700.00 |
| Number of Checks | 13 | Amount of Checks | 8,152.33 |
| Number of Other Debits | 2 | Amount of Other Debits | 23,306.23 |
| | | Statement Ending Balance | 15,662.99 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/13 | 1552338403 | 19,500.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 001458926737 | 123300680002519 |
| 05/27 | 1555326261 | 10,200.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 001458926737 | 123300680002700 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 18020 | 69.38 | 05/18 | 8192041327 | 18107 | 1,595.06 | 05/22 | 9292048732 |
| 18021 | 397.37 | 05/08 | 6382450299 | 18108 | 877.71 | 05/21 | 6442107784 |
| 18023* | 50.92 | 05/13 | 4192169692 | 18109 | 369.13 | 05/22 | 9292048731 |
| 18084* | 1,355.40 | 05/01 | 4142883761 | 18110 | 236.30 | 05/21 | 6442107785 |
| 18102* | 2.49 | 05/21 | 6442107786 | 18112* | 1,618.34 | 05/26 | 5782634776 |
| 18104* | 11.73 | 05/22 | 9292048733 | 18113 | 1,561.09 | 05/28 | 8192832067 |
| 18106* | 7.41 | 05/18 | 8192063317 | | | | |

#### Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/13 | | 19,442.57 | SEQUOIA EDUCATIO  DES:DIR DEP    FL# 15133004591 INDN:SETT-BATCH 1943135739  CO ID:1943135739 CCD BATCH DESC:05/09/2015          P | 33019805651 |
| 05/27 | | 3,863.66 | SEQUOIA EDUCATIO  DES:DIR DEP    FL# 15147005091 INDN:SETT-BATCH 1943135739  CO ID:1943135739 CCD BATCH DESC:05/23/2015          P | 47021605494 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 17,421.55 | 17,421.55 | 05/13 | 15,675.29 | 15,675.29 |
| 05/01 | 16,066.15 | 16,066.15 | 05/18 | 15,598.50 | 15,598.50 |
| 05/08 | 15,668.78 | 15,668.78 | 05/21 | 14,482.00 | 14,482.00 |

* The preceding check(s) is still outstanding or has been included in a previous
  statement or is included in the 'Other Debits' section as an ACH paperless transaction.

H

```
BANK OF AMERICA, N.A.                    Account Number  1459513443
2000 CLAYTON RD - 5TH FLOOR              01 01 164 05 M0000 E#        0
CONCORD, CA  94520                       Last Statement: 04/30/2015
                                         This Statement: 05/29/2015

                                                    DNP

                                         Customer Service
                                         1-888-400-9009
SEQUOIA EDUCATION, INC.

                                         Page      2 of     3

                                         Bankruptcy Case Number:    1510952
```

## FULL ANALYSIS CHECKING

Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|------|----------------|-------------------|------|----------------|-------------------|
| 05/22 | 12,506.08 | 12,506.08 | 05/28 | 15,662.99 | 15,662.99 |
| 05/26 | 10,887.74 | 10,887.74 | 05/29 | 15,662.99 | 15,662.99 |
| 05/27 | 17,224.08 | 17,224.08 | | | |

H

```
BANK OF AMERICA, N.A.                    Account Number  1459513443
2000 CLAYTON RD - 5TH FLOOR              01 01 164 05 M0000 E#        0
CONCORD, CA  94520                        Last Statement: 04/30/2015
                                          This Statement: 05/29/2015
```

DNP

```
                                         Customer Service
                                         1-888-400-9009
SEQUOIA EDUCATION, INC.
                                         Page     3 of    3

                                         Bankruptcy Case Number:      1510952
```

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**   If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

INTENTIONALLY BLANK PAGE

H



**Bank of America** ≫≫

BANK OF AMERICA, N.A.
P O BOX 105713
ATLANTA, GEORGIA  30348-5713

Account Number    3359163634
01 01 140 05 M0000 E#      0
Last Statement:   04/30/2015
This Statement:   05/29/2015

IMG  CLOSED

Customer Service
1-888-400-9009

NX 0000    000 320 021289 #@01 FP 0.471
CORINTHIAN COLLEGES INC.
BLOCK PENDING-ATTN: LAURA DEESE
STUDENT REFUNDS-C VUE TEXAS
DEBTOR IN POSSESSION CASE# 15-10952
14231 SEAWAY ROAD, SUITE 5001
GULFPORT MS  39503

Page    1 of    2

Bankruptcy Case Number:1510952

# CONTROLLED DISBURSEMENT CHECKING

## Account Summary Information

| | | |
|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | 49,093.90 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 1 | Amount of Other Debits | 49,093.90 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

## Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/21 | | 49,093.90 | Summarized Debits    1 | |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 49,093.90 | 49,093.90 | 05/29 | .00 | .00 |
| 05/21 | .00 | .00 | | | |



H

```
                    BANK OF AMERICA, N.A.              Account Number   1453723664
                    2000 CLAYTON RD - 5TH FLOOR        01 01 140 01 M0000 E#      0
                    CONCORD, CA  94520                 Last Statement:  04/30/2015
                                                       This Statement:  05/29/2015

                                                                  IMG

                                                       Customer Service
                                                       1-888-400-9009

           HEALD COLLEGE LLC
           CAL GRANTS HAYWARD/MODESTO
           DEBTOR IN POSSESSION CASE 15-10952           Page      1 of    2
           6 HUTTON CENTRE DR STE 400-TREASURY
           SANTA ANA CA  92707                          Bankruptcy Case Number:1510952
```

# ANALYZED INVESTMENT

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | | 46,661.60 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 1.97 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 46,663.57 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | 1.97 | Interest Paid Year-to-Date | 18.92 |
| Annual Percentage Yield Earned | .05% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/29 | | 1.97 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF  $46,661.60 | 09840001334 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 04/30 | 46,661.60 | 46,661.60 | .050 | 05/29 | 46,663.57 | 46,663.57 | .050 |

H

```
BANK OF AMERICA, N.A.              Account Number    1453723664
2000 CLAYTON RD - 5TH FLOOR       01 01 140 01 M0000 E#       0
CONCORD, CA  94520                Last Statement:   04/30/2015
                                  This Statement:   05/29/2015

                                             IMG

                                  Customer Service
                                  1-888-400-9009

HEALD COLLEGE LLC
                                  Page      2 of    2

                                  Bankruptcy Case Number:1510952
```

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.**

**TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.**
**\* Tell us your name and account number**
**\* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information**
**\* Tell us the dollar amount of the suspected error.**

**For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.**

**For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.**

**DIRECT DEPOSITS.**
**If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.**

**REPORTING OTHER PROBLEMS.**
**You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.**



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

| Account Number | 1459033977 |
|---|---|
| 01 01 140 05 M0000 E# | 0 |
| Last Statement: | 04/30/2015 |
| This Statement: | 05/29/2015 |

IMG

Customer Service
1-888-400-9009

CORINTHIAN COLLEGES INC
BLOCK PENDING
ELECTRONIC RECEIPTS ACCOUNT
DEBTOR IN POSSESSION CASE 15-10952
6 HUTTON CENTRE DR, SUITE 400
SANTA ANA CA  92707

Page       1 of     9

Bankruptcy Case Number:1510952

# FULL ANALYSIS CHECKING

## Account Summary Information

| Statement Period 05/01/2015 - 05/29/2015 | | |
|---|---|---|
| Number of Deposits/Credits | 93 | |
| Number of Checks | 0 | |
| Number of Other Debits | 4 | |
| | | |
| Number of Enclosures | 0 | |

| Statement Beginning Balance | 752,061.24 |
|---|---|
| Amount of Deposits/Credits | 2,722,218.17 |
| Amount of Checks | .00 |
| Amount of Other Debits | 225.67 |
| Statement Ending Balance | 3,474,053.74 |
| | |
| Service Charge | .00 |

## Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/01 | | 40.60 | NATIONAL LOAN SE DES:CLIENT PAY ID:33314404<br>INDN:HEALD COLLEGE - OR COR  CO ID:1953308763 PPD | 21007006087 |
| 05/01 | | 148.71 | BANK OF AMERICA  DES:DEPOSIT    ID:430132212726897<br>INDN:CORINTHIAN COLLEGE 897  CO ID:941687665B CCD | 21002534468 |
| 05/01 | | 260.50 | VAED TREAS 310   DES:XXVA CH33  ID:527971497003600<br>INDN:HEALD COLLEGE-ROSEVILL  CO ID:9101036151 CCD<br>PMT INFO:REF*48*CH33 TF VA FILE NO 527971497  *TE<br>RM 012312-040912 MICHELLE E BRIGHT    \ | 19012661570 |
| 05/01 | | 396.50 | VAED TREAS 310   DES:XXVA CH33  ID:527971497003600<br>INDN:HEALD COLLEGE-ROSEVILL  CO ID:9101036151 CCD<br>PMT INFO:REF*48*CH33 TF VA FILE NO 527971497  *TE<br>RM 042312-070912 MICHELLE E BRIGHT    \ | 19012661558 |
| 05/01 | | 409.00 | VAED TREAS 310   DES:XXVA CH33  ID:527971497003600<br>INDN:HEALD COLLEGE-ROSEVILL  CO ID:9101036151 CCD<br>PMT INFO:REF*48*CH33 TF VA FILE NO 527971497  *TE<br>RM 101711-011612 MICHELLE E BRIGHT    \ | 19012661568 |
| 05/01 | | 437.50 | VAED TREAS 310   DES:XXVA CH33  ID:527971497003600<br>INDN:HEALD COLLEGE-ROSEVILL  CO ID:9101036151 CCD<br>PMT INFO:REF*48*CH33 TF VA FILE NO 527971497  *TE<br>RM 072312-100812 MICHELLE E BRIGHT    \ | 19012661564 |
| 05/01 | | 441.50 | VAED TREAS 310   DES:XXVA CH33  ID:527971497003600<br>INDN:HEALD COLLEGE-ROSEVILL  CO ID:9101036151 CCD<br>PMT INFO:REF*48*CH33 TF VA FILE NO 527971497  *TE<br>RM 101512-011413 MICHELLE E BRIGHT    \ | 19012661572 |
| 05/01 | | 469.00 | VAED TREAS 310   DES:XXVA CH33  ID:527971497003600<br>INDN:HEALD COLLEGE-ROSEVILL  CO ID:9101036151 CCD<br>PMT INFO:REF*48*CH33 TF VA FILE NO 527971497  *TE<br>RM 012213-040813 MICHELLE E BRIGHT    \ | 19012661560 |
| 05/01 | | 479.00 | VAED TREAS 310   DES:XXVA CH33  ID:527971497003600<br>INDN:HEALD COLLEGE-ROSEVILL  CO ID:9101036151 CCD<br>PMT INFO:REF*48*CH33 TF VA FILE NO 527971497  *TE<br>RM 072213-100713 MICHELLE E BRIGHT    \ | 19012661566 |
| 05/01 | | 579.00 | VAED TREAS 310   DES:XXVA CH33  ID:527971497003600<br>INDN:HEALD COLLEGE-ROSEVILL  CO ID:9101036151 CCD<br>PMT INFO:REF*48*CH33 TF VA FILE NO 527971497  *TE<br>RM 102113-011314 MICHELLE E BRIGHT    \ | 19012661562 |
| 05/01 | | 1,457.44 | NATIONAL LOAN SE DES:CLIENT PAY ID:33314400<br>INDN:HEALD COLLEGE - CA COR  CO ID:1953308763 PPD | 21007006086 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1459033977
01 01 140 05 M0000 E#      0
Last Statement:   04/30/2015
This Statement:   05/29/2015

IMG

Customer Service
1-888-400-9009

CORINTHIAN COLLEGES INC

Page     2 of    9

Bankruptcy Case Number:1510952

# FULL ANALYSIS CHECKING

## Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/01 | | 4,200.00 | VAED TREAS 310    DES:XXVA CH33  ID:639248582003600 INDN:EVEREST COLLEGE-PHOENI  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 639248582   *TE RM 041315-052515 MICHAEL A CHLAMON | 19012661527 |
| 05/01 | | 29.58- | BANK OF AMERICA  DES:FEE      ID:430132313851915 INDN:CCI BENEFITS 2810          CO ID:941687665B CCD | 21002536461 |
| 05/01 | | 68.50- | WIRE TYPE:BOOK OUT DATE:150501 TIME:1516 ET TRN:2015050100260287 RELATED REF:1551F11018OW1Q08 BNF:ZENITH EDUCATION GROUP INC ID:008670606350 | 644800370260287 |
| 05/01 | 1 | 155.00 | Pre-encoded Deposit | 818101242203884 |
| 05/04 | | 2,710.49 | BANK OF AMERICA  DES:DEPOSIT    ID:430132212726897 INDN:CORINTHIAN COLLEGE 897   CO ID:941687665B CCD | 24005467392 |
| 05/04 | | 5,143.19 | 36    TREAS 310    DES:  MISC PAY ID:330717605360012 INDN:RHODES COLGS INC        CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 24003898242 |
| 05/04 | | 120.67- | Return Item Chargeback RETURN ITEM CHARGEBACK | 01972048809 |
| 05/05 | | 375.00 | BANK OF AMERICA  DES:DEPOSIT    ID:430132212726897 INDN:CORINTHIAN COLLEGE 897   CO ID:941687665B CCD | 25011164001 |
| 05/05 | 1 | 15,229.84 | Pre-encoded Deposit | 818101142701350 |
| 05/06 | | 215.38 | VAED TREAS 310    DES:XXVA CH33  ID:144907733003600 INDN:EVEREST INSTITUTE-SOUT  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 144907733   *TE RM 072814-082314 JULIANNA I TAMBA | 24013249806 |
| 05/06 | | 331.51 | VAED TREAS 310    DES:XXVA CH33  ID:049047227003600 INDN:EVEREST COLLEGE-BURR R  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 049047227   *TE RM 033015-050115 TONATIUH A MYOUJIN    \ | 24013245209 |
| 05/06 | | 371.34 | VAED TREAS 310    DES:XXVA CH33  ID:144907733003600 INDN:EVEREST INSTITUTE-SOUT  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 144907733   *TE RM 012914-022714 JULIANNA I TAMBA    \ | 24013249794 |
| 05/06 | | 371.34 | VAED TREAS 310    DES:XXVA CH33  ID:144907733003600 INDN:EVEREST INSTITUTE-SOUT  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 144907733   *TE RM 082514-092314 JULIANNA I TAMBA    \ | 24013249796 |
| 05/06 | | 371.34 | VAED TREAS 310    DES:XXVA CH33  ID:144907733003600 INDN:EVEREST INSTITUTE-SOUT  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 144907733   *TE RM 112113-122113 JULIANNA I TAMBA    \ | 24013249798 |
| 05/06 | | 371.34 | VAED TREAS 310    DES:XXVA CH33  ID:144907733003600 INDN:EVEREST INSTITUTE-SOUT  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 144907733   *TE RM 032714-042414 JULIANNA I TAMBA    \ | 24013249802 |
| 05/06 | | 371.34 | VAED TREAS 310    DES:XXVA CH33  ID:144907733003600 INDN:EVEREST INSTITUTE-SOUT  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 144907733   *TE RM 122313-012914 JULIANNA I TAMBA    \ | 24013249804 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number   1459033977
01 01 140 05 M0000 E#    0
Last Statement:   04/30/2015
This Statement:   05/29/2015

IMG

Customer Service
1-888-400-9009

CORINTHIAN COLLEGES INC

Page    3 of    9

Bankruptcy Case Number:1510952

# FULL ANALYSIS CHECKING

## Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/06 | | 371.34 | VAED TREAS 310   DES:XXVA CH33  ID:144907733003600 INDN:EVEREST INSTITUTE-SOUT  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 144907733  *TE RM 022714-032714 JULIANNA I TAMBA        \ | 24013249808 |
| 05/06 | | 1,375.30 | VAED TREAS 310   DES:XXVA CH33  ID:148828498003600 INDN:EVEREST INSTITUTE-SOUT  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 148828498  *TE RM 042715-052315 DAVID R ZALESKI          \ | 24013249790 |
| 05/06 | | 1,375.30 | VAED TREAS 310   DES:XXVA CH33  ID:148905344003600 INDN:EVEREST INSTITUTE-SOUT  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 148905344  *TE RM 042715-052315 CHRISTIAN R ENRIQUEZ    \ | 24013249800 |
| 05/06 | | 1,375.30 | VAED TREAS 310   DES:XXVA CH33  ID:143862462003600 INDN:EVEREST INSTITUTE-SOUT  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 143862462  *TE RM 042715-052315 DARRALL D MOODY          \ | 24013249810 |
| 05/06 | | 1,499.74 | VAED TREAS 310   DES:XXVA CH33  ID:156155186003600 INDN:EVEREST INSTITUTE-SOUT  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 156155186  *TE RM 042715-052315 LUIS A BETANCOURTH      \ | 24013249792 |
| 05/06 | | 2,520.00 | VAED TREAS 310   DES:XXVA CH33  ID:274909627003600 INDN:EVEREST COLLEGE-PHOENI  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 274909627  *TE RM 041315-052515 MICHAEL E HUFF         \ | 24013249788 |
| 05/06 | | 4,591.02 | 36    TREAS 310   DES:  MISC PAY ID:330717605360012 INDN:RHODES COLGS INC        CO ID:9101036151 ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 25018381455 |
| 05/06 | 1 | 226.00 | Pre-encoded Deposit | 818101142977184 |
| 05/06 | 1 | 1,070.00 | Pre-encoded Deposit | 818101142978503 |
| 05/07 | | 1,031.46 | VAED TREAS 310   DES:XXVA CH33  ID:133702350003600 INDN:EVEREST INSTITUTE-SOUT  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 133702350  *TE RM 042715-052315 MIGUEL H MENDEZ         \ | 25019214910 |
| 05/08 | | 1,656.26 | 36    TREAS 310   DES:  MISC PAY ID:330717311360012 INDN:RHODES COLGS INC        CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 28004352492 |
| 05/08 | | 4,500.00 | 36    TREAS 310   DES:  MISC PAY ID:330717605360012 INDN:FL METROPOLITAN        CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 28004352502 |
| 05/08 | | 17,427.49 | 36    TREAS 310   DES:  MISC PAY ID:954520525360012 INDN:TITAN SCHOOLS IN        CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 28004352512 |
| 05/11 | | 245.61 | NATIONAL LOAN SE DES:CLIENT PAY ID:33144404 INDN:HEALD COLLEGE - OR COR  CO ID:1953308763 PPD | 31012036062 |
| 05/11 | | 499.10 | NATIONAL LOAN SE DES:CLIENT PAY ID:33314402 INDN:HEALD COLLEGE - HI COR  CO ID:1953308763 PPD | 31012036061 |

H

```
BANK OF AMERICA, N.A.                Account Number    1459033977
2000 CLAYTON RD - 5TH FLOOR          01 01 140 05 M0000 E#        0
CONCORD, CA  94520                   Last Statement:   04/30/2015
                                     This Statement:   05/29/2015

                                                IMG


                                     Customer Service
                                     1-888-400-9009

CORINTHIAN COLLEGES INC

                                     Page      4 of      9

                                     Bankruptcy Case Number:1510952
```

# FULL ANALYSIS CHECKING

## Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/11 | | 3,295.34 | NATIONAL LOAN SE DES:CLIENT PAY ID:33314400<br>INDN:HEALD COLLEGE - CA COR  CO ID:1953308763 PPD | 31012036060 |
| 05/11 | | 3,788.00 | PHEAA              DES:SGSP EAP    ID:017027<br>INDN:WYOMING TECHNICAL INST  CO ID:9231693362 CCD | 27005996591 |
| 05/12 | | 67.06 | 36    TREAS 310    DES:  MISC PAY ID:330717312360012<br>INDN:CORINTHIAN COLGS       CO ID:9101036151 CCD<br>PMT INFO:RMT*IV*DORCUS,NEALY121914\REF*VV*WV31651<br>280016*(404)929-3200 ATLANTA 316\ | 32006882216 |
| 05/12 | | 77.83 | 36    TREAS 310    DES:  MISC PAY ID:330717312360012<br>INDN:CORINTHIAN COLGS       CO ID:9101036151 CCD<br>PMT INFO:RMT*IV*DORCUS,NEALY012315\REF*VV*WV31651<br>280018*(404)929-3200 ATLANTA 316\ | 32006882220 |
| 05/12 | | 279.10 | 36    TREAS 310    DES:  MISC PAY ID:330717312360012<br>INDN:CORINTHIAN COLGS       CO ID:9101036151 CCD<br>PMT INFO:RMT*IV*DORCUS,NEALY111414\REF*VV*WV31651<br>280014*(404)929-3200 ATLANTA 316\ | 32006882212 |
| 05/12 | | 448.71 | 36    TREAS 310    DES:  MISC PAY ID:330717312360012<br>INDN:CORINTHIAN COLGS       CO ID:9101036151 CCD<br>PMT INFO:RMT*IV*NEALY,DORCUS10/14\REF*VV*WV316512<br>80012*(404)929-3200 ATLANTA 316\ | 32006882208 |
| 05/12 | | 2,099.63 | 36    TREAS 310    DES:  MISC PAY ID:330717312360012<br>INDN:CORINTHIAN COLGS       CO ID:9101036151 CCD<br>PMT INFO:RMT*IV*NEALY,DORCUS10/14\REF*VV*WV316512<br>80011*(404)929-3200 ATLANTA 316\ | 32006882206 |
| 05/12 | | 2,099.63 | 36    TREAS 310    DES:  MISC PAY ID:330717312360012<br>INDN:CORINTHIAN COLGS       CO ID:9101036151 CCD<br>PMT INFO:RMT*IV*DORCUS,NEALY111414\REF*VV*WV31651<br>280013*(404)929-3200 ATLANTA 316\ | 32006882210 |
| 05/12 | | 2,099.63 | 36    TREAS 310    DES:  MISC PAY ID:330717312360012<br>INDN:CORINTHIAN COLGS       CO ID:9101036151 CCD<br>PMT INFO:RMT*IV*DORCUS,NEALY121914\REF*VV*WV31651<br>280015*(404)929-3200 ATLANTA 316\ | 32006882214 |
| 05/12 | | 2,099.63 | 36    TREAS 310    DES:  MISC PAY ID:330717312360012<br>INDN:CORINTHIAN COLGS       CO ID:9101036151 CCD<br>PMT INFO:RMT*IV*DORCUS,NEALY012315\REF*VV*WV31651<br>280017*(404)929-3200 ATLANTA 316\ | 32006882218 |
| 05/13 | | 30,200.00 | WIRE TYPE:WIRE IN DATE: 150513 TIME:1701 ET<br>TRN:2015051300332988 SEQ:2015051300010045/000475<br>ORIG:CONCORDIA UNIVERSITY ID:379681003172 SND BK:K<br>EYBANK NATIONAL ASSOCIATION ID:123002011 PMT DET:9<br>6431550319816 ASSET PURCHASE HEALD COLLEGE LLC $25 | 644800370332988 |
| 05/13 | | 6.92- | BANK OF AMERICA  DES:FEE      ID:430132313851915<br>INDN:CCI BENEFITS 2810     CO ID:941687665B CCD | 33008443284 |
| 05/13 | 1 | 201.30 | Pre-encoded Deposit | 818101242679038 |
| 05/13 | 1 | 802.84 | Pre-encoded Deposit | 818101242683651 |
| 05/13 | 1 | 11,095.24 | Pre-encoded Deposit | 818101242696836 |
| 05/13 | 1 | 17,332.07 | Pre-encoded Deposit | 818101242924960 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1459033977
01 01 140 05 M0000 E#        0
**Last Statement:**   04/30/2015
**This Statement:**   05/29/2015

IMG

Customer Service
1-888-400-9009

CORINTHIAN COLLEGES INC

Page     5 of    9

Bankruptcy Case Number:1510952

# FULL ANALYSIS CHECKING

## Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/14 | | 1,000.00 | WIRE TYPE:WIRE IN DATE: 150514 TIME:1534 ET TRN:2015051400282745 SEQ:2015051400005713/002287 ORIG:SEAN CALLAHAN ID:621018825 SND BK:CITY NATION AL BANK ID:122016066 | 644800370282745 |
| 05/14 | | 3,276.50 | WA ST DSB      DES:VENDOR PAY ID:050607! INDN:ETON EDUCATION INC      CO ID:1916001089 CCD | 33016313053 |
| 05/14 | | 3,400.00 | 36    TREAS 310    DES:  MISC PAY ID:330717605360012 INDN:FL METROPOLITAN      CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 34010684877 |
| 05/14 | | 4,500.00 | 36    TREAS 310    DES:  MISC PAY ID:330717605360012 INDN:CORINTHIAN COLLE      CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 34010684887 |
| 05/14 | | 23,628.00 | WIRE TYPE:WIRE IN DATE: 150514 TIME:1254 ET TRN:2015051400228237 SEQ:2015051400079589/025767 ORIG:TIGER REMARKETING SERVICE ID:000004122070121 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:0 00005830 150101-A-PROSPECT EVEREST COLLEGE PHOENIX | 644800370228237 |
| 05/14 | | 58,493.00 | WIRE TYPE:WIRE IN DATE: 150514 TIME:1258 ET TRN:2015051400229628 SEQ:2015051400080689/026112 ORIG:TIGER REMARKETING SERVICE ID:000004122070121 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:0 00005831 150101-A-PROSPECT CORINTHIAN SCHOOLS, INC | 644800370229628 |
| 05/15 | | 240.00 | VAED TREAS 310    DES:XXVA CH33   ID:274909627003600 INDN:EVEREST COLLEGE-PHOENI   CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 274909627  *TE RM 052615-070615 MICHAEL E HUFF          \ | 33013004376 |
| 05/15 | | 500.00 | VAED TREAS 310    DES:XXVA CH33   ID:006664896003600 INDN:EVEREST COLLEGE-PHOENI   CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 006664896  *TE RM 052615-070615 LONNIE A BOULETTE        \ | 33013004378 |
| 05/15 | | 3,312.00 | VAED TREAS 310    DES:XXVA CH33   ID:601127086003600 INDN:EVEREST COLLEGE-MESA    CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 601127086  *TE RM 052615-070615 SHAWN M SMIDT          \ | 33013004374 |
| 05/15 | | 3,400.00 | 36    TREAS 310    DES:  MISC PAY ID:330717605360012 INDN:CORINTHIAN COLLE      CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 35001516819 |
| 05/15 | | 21,000.00 | WIRE TYPE:WIRE IN DATE: 150515 TIME:1305 ET TRN:2015051500267244 SEQ:150515092308SB00/001307 ORIG:EK ONKAR LLC MANZINDER KA ID:721026784 SND BK:TRI COUNTIES BANK ID:121135045 PMT DET:PURC HASING EQUIPMENT | 644800370267244 |
| 05/15 | 1 | 34,000.00 | Pre-encoded Deposit | 818101142768156 |
| 05/15 | 1 | 1,687,341.72 | Pre-encoded Deposit | 818101142601802 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1459033977
01 01 140 05 M0000 E#     0
Last Statement:  04/30/2015
This Statement:  05/29/2015

IMG

Customer Service
1-888-400-9009

CORINTHIAN COLLEGES INC

Page    6 of    9

Bankruptcy Case Number:1510952

# FULL ANALYSIS CHECKING

## Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/18 | | 4,500.00 | 36   TREAS 310   DES:  MISC PAY ID:330717605360012<br>INDN:CORINTHIAN COLLE    CO ID:9101036151 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 38003980789 |
| 05/18 | 1 | 403,309.06 | Pre-encoded Deposit | 818101242502896 |
| 05/19 | | 1,017.41 | VAED TREAS 310   DES:XXVA CH33  ID:342784050003600<br>INDN:EVEREST COLLEGE-BEDFOR   CO ID:9101036151 CCD<br>PMT INFO:REF*48*CH33 TF VA FILE NO 342784050  *TE<br>RM 052615-063015 DURAND P POWELL             \ | 35006869940 |
| 05/19 | 1 | 40,435.00 | Pre-encoded Deposit | 818101242750601 |
| 05/20 | | 4,109.31 | 36   TREAS 310   DES:  MISC PAY ID:954520525360012<br>INDN:CORINTHIAN SCHS    CO ID:9101036151 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 40006432435 |
| 05/20 | 1 | 148.00 | Pre-encoded Deposit | 818101142312998 |
| 05/20 | 1 | 835.63 | Pre-encoded Deposit | 818101142236279 |
| 05/20 | 1 | 1,723.71 | Pre-encoded Deposit | 818101142312063 |
| 05/21 | | 205.09 | NATIONAL LOAN SE DES:CLIENT PAY ID:33314404<br>INDN:HEALD COLLEGE - OR COR  CO ID:1953308763 PPD | 41014311550 |
| 05/21 | | 3,825.00 | 36   TREAS 310   DES:  MISC PAY ID:330717605360012<br>INDN:CORINTHIAN COLLE    CO ID:9101036151 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 41009074668 |
| 05/21 | | 4,500.00 | 36   TREAS 310   DES:  MISC PAY ID:330717312360012<br>INDN:EVEREST UNIV ONL    CO ID:9101036151 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 41009074648 |
| 05/21 | | 4,500.00 | 36   TREAS 310   DES:  MISC PAY ID:330717605360012<br>INDN:FL METROPOLITAN    CO ID:9101036151 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 41009074658 |
| 05/21 | | 4,591.51 | NATIONAL LOAN SE DES:CLIENT PAY ID:33314400<br>INDN:HEALD COLLEGE - CA COR  CO ID:1953308763 PPD | 41014311549 |
| 05/22 | | 8,500.00 | 36   TREAS 310   DES:  MISC PAY ID:330717605360012<br>INDN:CORINTHIAN COLLE    CO ID:9101036151 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 42008608209 |
| 05/22 | | 12,937.19 | 36   TREAS 310   DES:  MISC PAY ID:330726709360012<br>INDN:RHODES COLGS INC    CO ID:9101036151 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 42008608220 |
| 05/26 | | 8,285.00 | 36   TREAS 310   DES:  MISC PAY ID:943135739360012<br>INDN:CORINTHIAN COLGS    CO ID:9101036151 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 46011634437 |
| 05/26 | | 16,650.00 | 36   TREAS 310   DES:  MISC PAY ID:330717605360012<br>INDN:CORINTHIAN COLLE    CO ID:9101036151 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 46011634424 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

| | |
|---|---|
| Account Number | 1459033977 |
| 01 01 140 05 M0000 E# | 0 |
| Last Statement: | 04/30/2015 |
| This Statement: | 05/29/2015 |

IMG

Customer Service
1-888-400-9009

CORINTHIAN COLLEGES INC

Page      7 of     9

Bankruptcy Case Number:1510952

# FULL ANALYSIS CHECKING

## Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/27 | | 200,000.00 | WIRE TYPE:WIRE IN DATE: 150527 TIME:1712 ET TRN:2015052700373421 SEQ:150527104898/002701 ORIG:SAN JOAQUIN VALLEY COLLEG ID:189263316 SND BK:COMERICA BANK ID:121137522 PMT DET:9744566 | 644800370373421 |
| 05/28 | | 352.75 | VAED TREAS 310   DES:XXVA CH33  ID:359780368003600 INDN:EVEREST COLLEGE-MELROS  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 359780368  *TE RM 012914-022714 JENNIFER M ABELL          \ | 46024438319 |
| 05/28 | | 352.75 | VAED TREAS 310   DES:XXVA CH33  ID:359780368003600 INDN:EVEREST COLLEGE-MELROS  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 359780368  *TE RM 052714-062414 JENNIFER M ABELL          \ | 46024438321 |
| 05/28 | | 352.75 | VAED TREAS 310   DES:XXVA CH33  ID:359780368003600 INDN:EVEREST COLLEGE-MELROS  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 359780368  *TE RM 032714-042414 JENNIFER M ABELL          \ | 46024438323 |
| 05/28 | | 352.75 | VAED TREAS 310   DES:XXVA CH33  ID:359780368003600 INDN:EVEREST COLLEGE-MELROS  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 359780368  *TE RM 111813-121813 JENNIFER M ABELL          \ | 46024438325 |
| 05/28 | | 352.75 | VAED TREAS 310   DES:XXVA CH33  ID:359780368003600 INDN:EVEREST COLLEGE-MELROS  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 359780368  *TE RM 022714-032714 JENNIFER M ABELL          \ | 46024438327 |
| 05/28 | | 352.75 | VAED TREAS 310   DES:XXVA CH33  ID:359780368003600 INDN:EVEREST COLLEGE-MELROS  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 359780368  *TE RM 042514-052314 JENNIFER M ABELL          \ | 46024438329 |
| 05/28 | | 352.75 | VAED TREAS 310   DES:XXVA CH33  ID:359780368003600 INDN:EVEREST COLLEGE-MELROS  CO ID:9101036151 CCD PMT INFO:REF*48*CH33 TF VA FILE NO 359780368  *TE RM 121813-012814 JENNIFER M ABELL          \ | 46024438331 |
| 05/28 | | 4,500.00 | 36    TREAS 310   DES:  MISC PAY ID:330717605360012 INDN:RHODES COLGS INC     CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 48002429857 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 752,061.24 | 737,580.07 | 05/13 | 902,921.36 | 873,614.91 |
| 05/01 | 761,436.91 | 746,800.74 | 05/14 | 997,218.86 | 967,912.41 |
| 05/04 | 769,169.92 | 769,014.92 | 05/15 | 2,747,012.58 | 1,045,670.86 |
| 05/05 | 784,774.76 | 769,544.92 | 05/18 | 3,154,821.64 | 1,050,370.86 |
| 05/06 | 801,582.35 | 785,056.51 | 05/19 | 3,196,274.05 | 2,752,529.99 |
| 05/07 | 802,613.81 | 801,393.81 | 05/20 | 3,203,090.70 | 3,159,948.36 |
| 05/08 | 826,197.56 | 826,197.56 | 05/21 | 3,220,712.30 | 3,218,004.96 |
| 05/11 | 834,025.61 | 834,025.61 | 05/22 | 3,242,149.49 | 3,242,149.49 |
| 05/12 | 843,296.83 | 843,296.83 | 05/26 | 3,267,084.49 | 3,267,084.49 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

**Account Number   1459033977**
01 01 140 05 M0000 E#       0
**Last Statement:   04/30/2015**
**This Statement:   05/29/2015**

IMG

**Customer Service**
**1-888-400-9009**

**CORINTHIAN COLLEGES INC**

Page     8 of     9

**Bankruptcy Case Number:1510952**

## FULL ANALYSIS CHECKING

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|------|----------------|-------------------|------|----------------|-------------------|
| 05/27 | 3,467,084.49 | 3,467,084.49 | 05/29 | 3,474,053.74 | 3,474,053.74 |
| 05/28 | 3,474,053.74 | 3,474,053.74 | | | |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1459033977
01 01 140 05 M0000 E#       0
Last Statement:   04/30/2015
This Statement:   05/29/2015

IMG

Customer Service
1-888-400-9009

**CORINTHIAN COLLEGES INC**

Page     9 of     9

Bankruptcy Case Number:1510952

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.   If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account.  If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.

INTENTIONALLY BLANK PAGE

H

**Bank of America**
**Merrill Lynch**

H

BANK OF AMERICA, N.A.
P O BOX 105713
ATLANTA, GEORGIA   30348-5713

Account Number   3359484774
01 01 190 05 M0000 E#        0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

DNP

**Customer Service**
**1-888-400-9009**

HEALD COLLEGE LLC
BLOCK PENDING
ATTN  DEBRA MCLAUGHLIN
DEBTOR IN POSSESSION CASE  15-10952
601 MONTGOMERY ST. 14TH FLOOR
SAN FRANCISCO CA  94111

Page      1 of     4

Bankruptcy Case Number:        1510952

# CONTROLLED DISBURSEMENT CHECKING

### Account Summary Information

Statement Period 05/01/2015 - 05/29/2015
Number of Deposits/Credits                5
Number of Checks                        134
Number of Other Debits                    2

Number of Enclosures                      0

Statement Beginning Balance        30,792.98
Amount of Deposits/Credits        54,416.54
Amount of Checks                  42,170.87
Amount of Other Debits            28,257.31
Statement Ending Balance          14,781.34

Service Charge                          .00

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/01 | 1551061070 | 50,000.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 001458926737 | 00680003076 |
| 05/04 | 3000069811 | 236.22 | Return Check                   ARP RETURNED CHECK REFER TO MAKER CHECK # 3000069811 PAID DATE 04/30/15 | 00090001992 |
| 05/29 | 3000073900 | 1,424.36 | FORCE POST CREDIT FOR RETURN OF POSTED CHECK NUMBER 3000073900 ON POSTING DATE OF 05/26/15 WITH SEQUENCE #9392552395 FDES NTX 0006417 107567 | 04504170265 |
| 05/29 | 3000074744 | 490.28 | FORCE POST CREDIT FOR RETURN OF POSTED CHECK NUMBER 3000074744 ON POSTING DATE OF 05/26/15 WITH SEQUENCE #5492358419 FDES NTX 0006417 107567 | 04504170264 |
| 05/29 | 5592051595 | 2,265.68 | FORCE POST CREDIT FOR RETURN OF POSTED CHECK NUMBER 3000074570 ON POSTING DATE OF 05/26/15 WITH SEQUENCE #5592051595 FDES NTX 0006417 107567 | 04504170266 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 3000071774 | 25.00 | 05/01 | 6092860395 | 3000073862* | 189.93 | 05/01 | 4044500007 |
| 3000073088* | 1,663.98 | 05/01 | 6092341332 | 3000073886* | 1,251.11 | 05/01 | 4192253464 |
| 3000073248* | 500.00 | 05/01 | 7444158539 | 3000073890* | 256.49 | 05/01 | 4044460944 |
| 3000073278* | 3,099.00 | 05/01 | 7344967518 | 3000074020* | 1,630.66 | 05/01 | 4044413379 |
| 3000073358* | 290.01 | 05/01 | 4192135938 | 3000074073* | 2,254.07 | 05/01 | 8692503240 |
| 3000073379* | 182.00 | 05/01 | 2994528356 | 3000074152* | 153.15 | 05/01 | 8692399958 |
| 3000073528* | 703.26 | 05/01 | 8792128858 | 3000074227* | 1,612.00 | 05/01 | 7444132730 |
| 3000073556* | 516.00 | 05/01 | 6384714939 | 3000074489* | 575.45 | 05/01 | 8692508809 |
| 3000073653* | 1,098.00 | 05/01 | 8692232339 | 3000074491* | 955.00 | 05/01 | 4192256134 |
| 3000073793* | 200.00 | 05/01 | 8792222780 | 3000074500* | 833.00 | 05/01 | 6384702344 |

* The preceding check(s) is still outstanding or has been included in a previous
statement or is included in the 'Other Debits' section as an ACH paperless transaction.

H

BANK OF AMERICA, N.A.
P O BOX 105713
ATLANTA, GEORGIA  30348-5713

**Account Number**  3359484774
01 01 190 05 M0000 E#      0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

DNP

**Customer Service**
**1-888-400-9009**

HEALD COLLEGE LLC

Page     2 of     4

**Bankruptcy Case Number:**       1510952

# CONTROLLED DISBURSEMENT CHECKING

### Withdrawals and Debits

**Checks - Continued**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 3000074549* | 24.00 | 05/01 | 4444948818 | 3000074918 | 119.00 | 05/01 | 7792384660 |
| 3000074589* | 336.00 | 05/01 | 8792103511 | 3000074919 | 119.00 | 05/01 | 7792384661 |
| 3000074592* | 172.85 | 05/01 | 8692939252 | 3000074920 | 119.00 | 05/01 | 7792384662 |
| 3000074619* | 840.44 | 05/01 | 8792151707 | 3000074921 | 119.00 | 05/01 | 7792384663 |
| 3000074624* | 955.00 | 05/01 | 8792181545 | 3000074922 | 119.00 | 05/01 | 7792384664 |
| 3000074687* | 125.00 | 05/01 | 6484377748 | 3000074923 | 119.00 | 05/01 | 7792384665 |
| 3000074703* | 364.00 | 05/01 | 4044477940 | 3000074924 | 119.00 | 05/01 | 7792384666 |
| 3000074710* | 99.55 | 05/01 | 7444151571 | 3000074925 | 119.00 | 05/01 | 7792384667 |
| 3000074716* | 990.00 | 05/01 | 4044499983 | 3000074926 | 119.00 | 05/01 | 7792384668 |
| 3000074722* | 879.52 | 05/01 | 4544014677 | 3000074927 | 119.00 | 05/01 | 7792384669 |
| 3000074766* | 1,450.83 | 05/01 | 8692509459 | 3000074928 | 119.00 | 05/01 | 7792384670 |
| 3000074769* | 2,057.38 | 05/01 | 4544011750 | 3000074929 | 119.00 | 05/01 | 7792384671 |
| 3000074773* | 828.15 | 05/01 | 6384917948 | 3000074930 | 119.00 | 05/01 | 7792384672 |
| 3000074774 | 381.50 | 05/01 | 8692261994 | 3000074931 | 119.00 | 05/01 | 7792384673 |
| 3000074779* | 915.25 | 05/01 | 8792151623 | 3000074932 | 119.00 | 05/01 | 7792384674 |
| 3000074784* | 626.32 | 05/01 | 6092615178 | 3000074933 | 119.00 | 05/01 | 7792384675 |
| 3000074786* | 1,593.97 | 05/01 | 4544001766 | 3000074934 | 119.00 | 05/01 | 7792384676 |
| 3000074887* | 119.00 | 05/01 | 7792380234 | 3000074935 | 119.00 | 05/01 | 7792384677 |
| 3000074888 | 119.00 | 05/01 | 7792384639 | 3000074936 | 119.00 | 05/01 | 7792384678 |
| 3000074889 | 119.00 | 05/01 | 7792384640 | 3000074937 | 119.00 | 05/01 | 7792384679 |
| 3000074890 | 119.00 | 05/01 | 7792380225 | 3000074938 | 119.00 | 05/01 | 7792384680 |
| 3000074891 | 119.00 | 05/01 | 7792384641 | 3000074939 | 119.00 | 05/01 | 7792384681 |
| 3000074892 | 119.00 | 05/01 | 7792380226 | 3000074940 | 119.00 | 05/01 | 7792384682 |
| 3000074893 | 119.00 | 05/01 | 7792384647 | 3000074941 | 119.00 | 05/01 | 7792384683 |
| 3000074894 | 119.00 | 05/01 | 7792380227 | 3000074942 | 119.00 | 05/01 | 7792384684 |
| 3000074895 | 119.00 | 05/01 | 7792384648 | 3000074943 | 119.00 | 05/01 | 7792384685 |
| 3000074896 | 119.00 | 05/01 | 7792380228 | 3000074955* | 119.00 | 05/01 | 7792380224 |
| 3000074897 | 119.00 | 05/01 | 7792380229 | 3000075004* | 119.00 | 05/01 | 7792380185 |
| 3000074898 | 119.00 | 05/01 | 7792384649 | 3000075005 | 119.00 | 05/01 | 7792380186 |
| 3000074899 | 119.00 | 05/01 | 7792384650 | 3000075006 | 119.00 | 05/01 | 7792380187 |
| 3000074900 | 119.00 | 05/01 | 7792380230 | 3000075007 | 119.00 | 05/01 | 7792380188 |
| 3000074901 | 119.00 | 05/01 | 7792384651 | 3000075008 | 119.00 | 05/01 | 7792380189 |
| 3000074902 | 119.00 | 05/01 | 7792384652 | 3000075009 | 119.00 | 05/01 | 7792380190 |
| 3000074903 | 119.00 | 05/01 | 7792384642 | 3000075010 | 119.00 | 05/01 | 7792380191 |
| 3000074904 | 119.00 | 05/01 | 7792380231 | 3000075011 | 119.00 | 05/01 | 7792380192 |
| 3000074905 | 119.00 | 05/01 | 7792384653 | 3000075012 | 119.00 | 05/01 | 7792380193 |
| 3000074906 | 119.00 | 05/01 | 7792384643 | 3000075013 | 119.00 | 05/01 | 7792380194 |
| 3000074907 | 119.00 | 05/01 | 7792384654 | 3000075014 | 119.00 | 05/01 | 7792380195 |
| 3000074908 | 119.00 | 05/01 | 7792384644 | 3000075015 | 119.00 | 05/01 | 7792380196 |
| 3000074909 | 119.00 | 05/01 | 7792380232 | 3000075016 | 119.00 | 05/01 | 7792380197 |
| 3000074910 | 119.00 | 05/01 | 7792384655 | 3000075017 | 119.00 | 05/01 | 7792380198 |
| 3000074911 | 119.00 | 05/01 | 7792384645 | 3000075018 | 119.00 | 05/01 | 7792380199 |
| 3000074912 | 119.00 | 05/01 | 7792380233 | 3000075019 | 119.00 | 05/01 | 7792380200 |
| 3000074913 | 119.00 | 05/01 | 7792384656 | 3000075020 | 119.00 | 05/01 | 7792380201 |
| 3000074914 | 119.00 | 05/01 | 7792384646 | 3000075021 | 119.00 | 05/01 | 7792380202 |
| 3000074915 | 119.00 | 05/01 | 7792384657 | 3000075022 | 119.00 | 05/01 | 7792380203 |
| 3000074916 | 119.00 | 05/01 | 7792384658 | 3000075023 | 119.00 | 05/01 | 7792380204 |
| 3000074917 | 119.00 | 05/01 | 7792384659 | 3000075024 | 119.00 | 05/01 | 7792380205 |

* The preceding check(s) is still outstanding or has been included in a previous
statement or is included in the 'Other Debits' section as an ACH paperless transaction.

H

BANK OF AMERICA, N.A.
P O BOX 105713
ATLANTA, GEORGIA   30348-5713

Account Number  3359484774
01 01 190 05 M0000 E#      0
Last Statement: 04/30/2015
This Statement: 05/29/2015

DNP

Customer Service
1-888-400-9009

**HEALD COLLEGE LLC**

Page    3 of    4

Bankruptcy Case Number:    1510952

# CONTROLLED DISBURSEMENT CHECKING

## Withdrawals and Debits

**Checks - Continued**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 3000075025 | 119.00 | 05/01 | 7792380206 | 3000075034 | 119.00 | 05/01 | 7792380215 |
| 3000075026 | 119.00 | 05/01 | 7792380207 | 3000075035 | 119.00 | 05/01 | 7792380216 |
| 3000075027 | 119.00 | 05/01 | 7792380208 | 3000075036 | 119.00 | 05/01 | 7792380217 |
| 3000075028 | 119.00 | 05/01 | 7792380209 | 3000075037 | 119.00 | 05/01 | 7792380218 |
| 3000075029 | 119.00 | 05/01 | 7792380210 | 3000075038 | 119.00 | 05/01 | 7792380219 |
| 3000075030 | 119.00 | 05/01 | 7792380211 | 3000075039 | 119.00 | 05/01 | 7792380220 |
| 3000075031 | 119.00 | 05/01 | 7792380212 | 3000075040 | 119.00 | 05/01 | 7792380221 |
| 3000075032 | 119.00 | 05/01 | 7792380213 | 3000075041 | 119.00 | 05/01 | 7792380222 |
| 3000075033 | 119.00 | 05/01 | 7792380214 | 3000075042 | 119.00 | 05/01 | 7792380223 |

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/29 | | 1,464.00 | Force Pay                 F/P RPT 277 | 09830100002 |
| | | | Effective Date is 05/29/2015 | |
| 05/29 | | 26,793.31 | Miscellaneous Debit Adjustment | 02460001346 |
| | | | 1-3965118906 : Funds Transfer | |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 30,792.98 | 30,792.98 | 05/04 | 38,858.33 | 38,858.33 |
| 05/01 | 38,622.11 | 38,622.11 | 05/29 | 14,781.34 | 14,781.34 |

H

BANK OF AMERICA, N.A.
P O BOX 105713
ATLANTA, GEORGIA  30348-5713

Account Number  3359484774
01 01 190 05 M0000 E#      0
Last Statement: 04/30/2015
This Statement: 05/29/2015

DNP

Customer Service
1-888-400-9009

HEALD COLLEGE LLC

Page    4 of    4

Bankruptcy Case Number:      1510952

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.   If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



# STATEMENT OF ACCOUNTS

UNION BANK
ORANGE COUNTY MID-CORP TS 0450
P.O. BOX 513840
LOS ANGELES          CA   90051-3840

Page 1 of 7
CORINTHIAN COLLEGES INC
**Statement Number: 4500154999**
05/01/15 - 05/29/15

Customer Inquiries
800-298-6466

Thank you for banking with us
since 1997

**CORINTHIAN COLLEGES INC**
**CONCENTRATION ACCT**
**CHAPTER 11 DEBTOR IN POSSESSION (DIP)**
**CASE #15-10952**
**6 HUTTON CENTRE DRIVE STE 400**
**SANTA ANA CA 92707-5764**

■ *Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

## Analyzed Business Checking Summary

Account Number: 4500154999

Days in statement period: Days in statement period: 29

| | | |
|---|---|---:|
| **Balance on 5/ 1** | $ | 2,035,846.67 |
| **Total Credits** | | 1,618,180.81 |
| Electronic credits (7) | 1,475,350.18 | |
| ZBA credits (23) | 125,294.15 | |
| Other credits (26) | 17,536.48 | |
| **Total Debits** | | -3,578,379.08 |
| Electronic debits (27) | -2,835,902.19 | |
| ZBA debits (75) | -659,453.90 | |
| Other debits (14) | -83,022.99 | |
| **Balance on 5/29** | $ | 75,648.40 |

## C R E D I T S

### Electronic credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 5/1 | WIRE TRANS TRN 0501031938 050115 201505010003187 | 93059121 | $ 65,350.18 |
| 5/13 | WIRE TRANS TRN 0513019108 051315 201505130027615 | 93054258 | 500,000.00 |
| 5/14 | WIRE TRANS TRN 0514021284 051415 201505140028457 | 93055556 | 300,000.00 |
| 5/20 | WIRE TRANS TRN 0520002607 052015 201505190032333 | 93052026 | 50,000.00 |
| 5/20 | WIRE TRANS TRN 0520019961 052015 201505200028116 | 93056046 | 80,000.00 |
| 5/27 | WIRE TRANS TRN 0527025490 052715 201505270037177 | 93058000 | 200,000.00 |
| 5/29 | WIRE TRANS TRN 0529029301 052915 201505290040414 | 93050043 | 280,000.00 |
| | **7  Electronic credits** | **Total** | **$ 1,475,350.18** |

### Zero Balance Accounting credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 5/4 | ZERO BALANCE ACCOUNTING CREDIT 4500181147 | 99963824 | $ 2,864.36 |
| 5/5 | ZERO BALANCE ACCOUNTING CREDIT 4500181163 | 99963571 | 158.16 |
| 5/5 | ZERO BALANCE ACCOUNTING CREDIT 4500181163 | 99963572 | 657.07 |
| 5/5 | ZERO BALANCE ACCOUNTING CREDIT 4500155049 | 99963573 | 796.56 |
| 5/5 | ZERO BALANCE ACCOUNTING CREDIT 4500181155 | 99963574 | 994.30 |

Page 2 of 7
CORINTHIAN COLLEGES INC
**Statement Number: 4500154999**
05/01/15 - 05/29/15

## Zero Balance Accounting credits

| Date | Description/Location | Reference | Amount |
|------|----------------------|-----------|--------|
| 5/5 | ZERO BALANCE ACCOUNTING CREDIT 4500181139 | 99963575 | 2,232.99 |
| 5/5 | ZERO BALANCE ACCOUNTING CREDIT 4500155049 | 99963576 | 2,549.74 |
| 5/5 | ZERO BALANCE ACCOUNTING CREDIT 4500181155 | 99963577 | 3,965.59 |
| 5/5 | ZERO BALANCE ACCOUNTING CREDIT 4500181147 | 99963578 | 24,141.14 |
| 5/6 | ZERO BALANCE ACCOUNTING CREDIT 4500155049 | 99963538 | 468.96 |
| 5/6 | ZERO BALANCE ACCOUNTING CREDIT 4500181139 | 99963539 | 1,800.00 |
| 5/6 | ZERO BALANCE ACCOUNTING CREDIT 4500181147 | 99963540 | 2,951.07 |
| 5/6 | ZERO BALANCE ACCOUNTING CREDIT 4500181155 | 99963541 | 4,700.21 |
| 5/6 | ZERO BALANCE ACCOUNTING CREDIT 4500181163 | 99963542 | 7,616.24 |
| 5/7 | ZERO BALANCE ACCOUNTING CREDIT 4500181139 | 99963543 | 1,000.00 |
| 5/7 | ZERO BALANCE ACCOUNTING CREDIT 4500181139 | 99963544 | 3,232.99 |
| 5/7 | ZERO BALANCE ACCOUNTING CREDIT 4500155049 | 99963545 | 3,815.29 |
| 5/7 | ZERO BALANCE ACCOUNTING CREDIT 4500181147 | 99963546 | 7,609.38 |
| 5/7 | ZERO BALANCE ACCOUNTING CREDIT 4500181163 | 99963547 | 8,431.47 |
| 5/7 | ZERO BALANCE ACCOUNTING CREDIT 4500181155 | 99963548 | 11,625.26 |
| 5/7 | ZERO BALANCE ACCOUNTING CREDIT 4500181147 | 99963549 | 32,131.78 |
| 5/29 | ZERO BALANCE ACCOUNTING CREDIT 4500181155 | 99963826 | 291.41 |
| 5/29 | ZERO BALANCE ACCOUNTING CREDIT 4500181147 | 99963827 | 1,260.15 |
| | **23  Zero Balance Accounting credits** | **Total** | **$      125,294.15** |

## Other credits and adjustments

| Date | Description/Location | Reference | Amount |
|------|----------------------|-----------|--------|
| 5/7 | *V050615 | 99553197 | $      19.97 |
| 5/7 | *V050615 | 99553198 | 54.87 |
| 5/7 | *V050615 | 99553199 | 171.26 |
| 5/7 | *V050615 | 99553200 | 274.34 |
| 5/7 | *V050615 | 99553208 | 276.53 |
| 5/7 | *V050615 | 99553209 | 291.41 |
| 5/7 | *V050615 | 99553210 | 298.36 |
| 5/7 | *V050615 | 99553201 | 362.14 |
| 5/7 | *V050615 | 99553220 | 367.29 |
| 5/7 | *V050615 | 99553221 | 382.71 |
| 5/7 | *V050615 | 99553222 | 397.98 |
| 5/7 | *V050615 | 99553190 | 468.96 |
| 5/7 | *V050615 | 99553223 | 493.29 |
| 5/7 | *V050615 | 99553211 | 520.90 |
| 5/7 | *V050615 | 99553212 | 522.82 |
| 5/7 | *V050615 | 99553213 | 530.07 |
| 5/7 | *V050615 | 99553202 | 535.61 |
| 5/7 | *V050615 | 99553214 | 583.98 |
| 5/7 | *V050615 | 99553203 | 731.60 |
| 5/7 | *V050615 | 99553215 | 739.83 |
| 5/7 | *V050615 | 99553224 | 788.89 |
| 5/7 | *V050615 | 99553204 | 801.28 |
| 5/7 | *V050615 | 99553225 | 806.92 |
| 5/7 | *V050615 | 99553216 | 936.31 |
| 5/7 | *V050615 | 99553193 | 1,800.00 |
| 5/7 | *V050615 | 99553226 | 4,379.16 |
| | **26  Other credits and adjustments** | **Total** | **$      17,536.48** |

* This transaction has been Value Dated to the prior business day.

**D E B I T S**

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 5/1 | WIRE TRANS TRN 0501026330 050115 UBOC93056083 UB243164N | | $ 6,532.18 |
| 5/1 | WIRE TRANS TRN 0501031878 050115 UBOC93059071 UB244486N | | 65,370.18 |
| 5/1 | WIRE TRANS TRN 0501024258 050115 UBOC93054660 UB242511N | | 85,147.77 |
| 5/1 | WIRE TRANS TRN 0501031879 050115 UBOC93059072 UB244487N | | 100,000.00 |
| 5/1 | WIRE TRANS TRN 0501031618 050115 UBOC93058884 UB244369N | | 307,383.00 |
| 5/1 | WIRE TRANS TRN 0501026267 050115 UBOC93056040 UB243151N | | 825,699.13 |
| 5/8 | WIRE TRANS TRN 0508021473 050815 UBOC93054731 UB257223N | | 6,448.34 |
| 5/8 | WIRE TRANS TRN 0508026243 050815 UBOC93058203 UB258740N | | 81,657.90 |
| 5/8 | CORINTHIAN COLL HEALTH EQU PPD54152276 CORINTHIA-PC CL | | 310.00 |
| 5/12 | WIRE TRANS TRN 0512023360 051215 UBOC93056871 UB264282N | | 144,611.13 |
| 5/13 | WIRE TRANS TRN 0513019455 051315 UBOC93054498 UB265998N | | 385.00 |
| 5/13 | WIRE TRANS TRN 0513022097 051315 UBOC93056043 UB266585N | | 10,710.00 |
| 5/13 | WIRE TRANS TRN 0513023072 051315 UBOC93056729 UB266965N | | 44,247.60 |
| 5/13 | WIRE TRANS TRN 0513020205 051315 UBOC93055031 UB266209N | | 488,417.30 |
| 5/14 | WIRE TRANS TRN 0514021070 051415 UBOC93055402 UB269368N | | 2,563.91 |
| 5/14 | WIRE TRANS TRN 0514021059 051415 UBOC93055395 UB269365N | | 209,194.07 |
| 5/15 | WIRE TRANS TRN 0515027470 051515 UBOC93059169 UB273605N | | 417.00 |
| 5/20 | WIRE TRANS TRN 0520021714 052015 UBOC93057409 UB281905N | | 19,561.38 |
| 5/21 | WIRE TRANS TRN 0521017954 052115 UBOC93054953 UB284235N | | 4,350.00 |
| 5/21 | WIRE TRANS TRN 0521017955 052115 UBOC93054954 UB284236N | | 5,416.77 |
| 5/22 | WIRE TRANS TRN 0522022042 052215 UBOC93056819 UB288332N | | 10,200.00 |
| 5/22 | WIRE TRANS TRN 0522020788 052215 UBOC93055851 UB287891N | | 15,538.90 |
| 5/28 | WIRE TRANS TRN 0528021732 052815 UBOC93056425 UB298328N | | 4,192.88 |
| 5/28 | WIRE TRANS TRN 0528022164 052815 UBOC93056748 UB298460N | | 19,138.36 |
| 5/28 | WIRE TRANS TRN 0528021721 052815 UBOC93056416 UB298326N | | 88,209.39 |
| 5/29 | CASH MANAGEMENT BKTRANSFER 93090369 | | 280,000.00 |
| 5/29 | WIRE TRANS TRN 0529028614 052915 UBOC93059890 UB303484N | | 10,200.00 |
| **27 Electronic debits** | | **Total** | **$ 2,835,902.19** |

**Zero Balance Accounting debits**

| Date | Description | | | Reference | | Amount |
|------|-------------|---|---|-----------|---|-------:|
| 5/1 | ZERO BALANCE ACCOUNTING 4500155049 | | | DEBIT99963641 | $ | 1,265.55 |
| 5/1 | ZERO BALANCE ACCOUNTING 4500181163 | | | DEBIT99963642 | | 7,774.40 |
| 5/1 | ZERO BALANCE ACCOUNTING 4500181155 | | | DEBIT99963643 | | 8,665.80 |
| 5/1 | ZERO BALANCE ACCOUNTING 4500181147 | | | DEBIT99963644 | | 27,092.21 |
| 5/4 | ZERO BALANCE ACCOUNTING 4500181163 | | | DEBIT99963825 | | 657.07 |
| 5/4 | ZERO BALANCE ACCOUNTING 4500181155 | | | DEBIT99963826 | | 994.30 |
| 5/4 | ZERO BALANCE ACCOUNTING 4500181139 | | | DEBIT99963827 | | 2,232.99 |
| 5/4 | ZERO BALANCE ACCOUNTING 4500155049 | | | DEBIT99963828 | | 2,549.74 |
| 5/5 | ZERO BALANCE ACCOUNTING 4500181139 | | | DEBIT99963579 | | 1,800.00 |
| 5/5 | ZERO BALANCE ACCOUNTING 4500181147 | | | DEBIT99963580 | | 2,864.36 |
| 5/6 | ZERO BALANCE ACCOUNTING 4500181139 | | | DEBIT99963543 | | 1,000.00 |
| 5/6 | ZERO BALANCE ACCOUNTING 4500181155 | | | DEBIT99963544 | | 1,965.16 |
| 5/6 | ZERO BALANCE ACCOUNTING 4500181147 | | | DEBIT99963545 | | 7,903.93 |
| 5/7 | ZERO BALANCE ACCOUNTING 4500155049 | | | DEBIT99963550 | | 242.00 |
| 5/7 | ZERO BALANCE ACCOUNTING 4500181163 | | | DEBIT99963551 | | 334.61 |
| 5/7 | ZERO BALANCE ACCOUNTING 4500181155 | | | DEBIT99963552 | | 361.07 |
| 5/8 | ZERO BALANCE ACCOUNTING 4500155049 | | | DEBIT99963539 | | 244.59 |
| 5/8 | ZERO BALANCE ACCOUNTING 4500181155 | | | DEBIT99963540 | | 333.72 |
| 5/8 | ZERO BALANCE ACCOUNTING 4500181139 | | | DEBIT99963541 | | 3,811.94 |
| 5/8 | ZERO BALANCE ACCOUNTING 4500181163 | | | DEBIT99963542 | | 5,941.49 |
| 5/8 | ZERO BALANCE ACCOUNTING 4500181147 | | | DEBIT99963543 | | 19,715.67 |
| 5/11 | ZERO BALANCE ACCOUNTING 4500181139 | | | DEBIT99963768 | | 2,209.50 |
| 5/11 | ZERO BALANCE ACCOUNTING 4500181155 | | | DEBIT99963769 | | 2,562.06 |
| 5/11 | ZERO BALANCE ACCOUNTING 4500155049 | | | DEBIT99963770 | | 5,553.45 |
| 5/11 | ZERO BALANCE ACCOUNTING 4500181163 | | | DEBIT99963771 | | 8,561.15 |
| 5/11 | ZERO BALANCE ACCOUNTING 4500181147 | | | DEBIT99963772 | | 20,221.13 |
| 5/12 | ZERO BALANCE ACCOUNTING 4500155049 | | | DEBIT99963386 | | 1,352.67 |
| 5/12 | ZERO BALANCE ACCOUNTING 4500181155 | | | DEBIT99963387 | | 4,310.55 |

**Zero Balance Accounting debits**

| Date | Description | | | Reference | Amount |
|------|-------------|---|---|-----------|--------|
| 5/12 | ZERO BALANCE | ACCOUNTING | | DEBIT99963388 | 4,478.45 |
|      | 4500181163 | | | | |
| 5/12 | ZERO BALANCE | ACCOUNTING | | DEBIT99963389 | 19,767.40 |
|      | 4500181147 | | | | |
| 5/13 | ZERO BALANCE | ACCOUNTING | | DEBIT99963357 | 3,819.86 |
|      | 4500181155 | | | | |
| 5/13 | ZERO BALANCE | ACCOUNTING | | DEBIT99963358 | 15,689.49 |
|      | 4500155049 | | | | |
| 5/13 | ZERO BALANCE | ACCOUNTING | | DEBIT99963359 | 26,366.80 |
|      | 4500181163 | | | | |
| 5/13 | ZERO BALANCE | ACCOUNTING | | DEBIT99963360 | 78,348.22 |
|      | 4500181139 | | | | |
| 5/13 | ZERO BALANCE | ACCOUNTING | | DEBIT99963361 | 147,602.46 |
|      | 4500181147 | | | | |
| 5/14 | ZERO BALANCE | ACCOUNTING | | DEBIT99963469 | 1,239.78 |
|      | 4500181155 | | | | |
| 5/14 | ZERO BALANCE | ACCOUNTING | | DEBIT99963470 | 1,666.14 |
|      | 4500181163 | | | | |
| 5/14 | ZERO BALANCE | ACCOUNTING | | DEBIT99963471 | 2,229.15 |
|      | 4500155049 | | | | |
| 5/14 | ZERO BALANCE | ACCOUNTING | | DEBIT99963472 | 3,916.47 |
|      | 4500181147 | | | | |
| 5/15 | ZERO BALANCE | ACCOUNTING | | DEBIT99963631 | 2,099.67 |
|      | 4500181155 | | | | |
| 5/15 | ZERO BALANCE | ACCOUNTING | | DEBIT99963632 | 2,293.32 |
|      | 4500181163 | | | | |
| 5/15 | ZERO BALANCE | ACCOUNTING | | DEBIT99963633 | 6,469.00 |
|      | 4500181147 | | | | |
| 5/18 | ZERO BALANCE | ACCOUNTING | | DEBIT99963682 | 1,132.23 |
|      | 4500155049 | | | | |
| 5/18 | ZERO BALANCE | ACCOUNTING | | DEBIT99963683 | 1,304.75 |
|      | 4500181155 | | | | |
| 5/18 | ZERO BALANCE | ACCOUNTING | | DEBIT99963684 | 1,545.25 |
|      | 4500181163 | | | | |
| 5/18 | ZERO BALANCE | ACCOUNTING | | DEBIT99963685 | 9,281.24 |
|      | 4500181147 | | | | |
| 5/19 | ZERO BALANCE | ACCOUNTING | | DEBIT99963490 | 243.53 |
|      | 4500155049 | | | | |
| 5/19 | ZERO BALANCE | ACCOUNTING | | DEBIT99963491 | 316.44 |
|      | 4500181147 | | | | |
| 5/19 | ZERO BALANCE | ACCOUNTING | | DEBIT99963492 | 454.92 |
|      | 4500181155 | | | | |
| 5/19 | ZERO BALANCE | ACCOUNTING | | DEBIT99963493 | 10,767.25 |
|      | 4500181139 | | | | |
| 5/20 | ZERO BALANCE | ACCOUNTING | | DEBIT99963425 | 92.35 |
|      | 4500166563 | | | | |
| 5/20 | ZERO BALANCE | ACCOUNTING | | DEBIT99963426 | 1,545.13 |
|      | 4500181163 | | | | |
| 5/20 | ZERO BALANCE | ACCOUNTING | | DEBIT99963427 | 4,638.77 |
|      | 4500181147 | | | | |
| 5/20 | ZERO BALANCE | ACCOUNTING | | DEBIT99963428 | 29,326.43 |
|      | 4500181139 | | | | |
| 5/21 | ZERO BALANCE | ACCOUNTING | | DEBIT99963564 | 2,112.94 |
|      | 4500181155 | | | | |
| 5/21 | ZERO BALANCE | ACCOUNTING | | DEBIT99963565 | 4,495.86 |
|      | 4500181163 | | | | |

**Zero Balance Accounting debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 5/21 | ZERO BALANCE ACCOUNTING 4500181147 | DEBIT99963566 | 9,278.68 |
| 5/21 | ZERO BALANCE ACCOUNTING 4500181139 | DEBIT99963567 | 15,895.75 |
| 5/22 | ZERO BALANCE ACCOUNTING 4500181163 | DEBIT99963549 | 382.71 |
| 5/22 | ZERO BALANCE ACCOUNTING 4500181155 | DEBIT99963550 | 1,726.46 |
| 5/22 | ZERO BALANCE ACCOUNTING 4500181147 | DEBIT99963551 | 9,813.41 |
| 5/26 | ZERO BALANCE ACCOUNTING 4500181155 | DEBIT99963861 | 1,112.83 |
| 5/26 | ZERO BALANCE ACCOUNTING 4500181139 | DEBIT99963862 | 1,150.75 |
| 5/26 | ZERO BALANCE ACCOUNTING 4500155049 | DEBIT99963863 | 2,577.00 |
| 5/26 | ZERO BALANCE ACCOUNTING 4500181163 | DEBIT99963864 | 5,543.53 |
| 5/26 | ZERO BALANCE ACCOUNTING 4500181147 | DEBIT99963865 | 14,146.57 |
| 5/27 | ZERO BALANCE ACCOUNTING 4500155049 | DEBIT99963575 | 993.50 |
| 5/27 | ZERO BALANCE ACCOUNTING 4500181155 | DEBIT99963576 | 2,346.02 |
| 5/27 | ZERO BALANCE ACCOUNTING 4500181163 | DEBIT99963577 | 5,803.37 |
| 5/27 | ZERO BALANCE ACCOUNTING 4500181147 | DEBIT99963578 | 13,990.06 |
| 5/27 | ZERO BALANCE ACCOUNTING 4500181139 | DEBIT99963579 | 46,617.98 |
| 5/28 | ZERO BALANCE ACCOUNTING 4500181147 | DEBIT99963660 | 305.31 |
| 5/28 | ZERO BALANCE ACCOUNTING 4500181155 | DEBIT99963661 | 591.60 |
| 5/28 | ZERO BALANCE ACCOUNTING 4500181163 | DEBIT99963662 | 625.07 |
| 5/29 | ZERO BALANCE ACCOUNTING 4500181163 | DEBIT99963828 | 788.89 |
| | **75  Zero Balance Accounting debits** | **Total** | **$  659,453.90** |

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 5/7 | V050615 | 99553191 | $  468.96 |
| 5/7 | V050615 | 99553196 | 1,000.00 |
| 5/7 | V050615 | 99553194 | 1,800.00 |
| 5/7 | V050615 | 99553219 | 1,965.16 |
| 5/7 | V050615 | 99553195 | 2,232.99 |
| 5/7 | V050615 | 99553205 | 2,951.07 |
| 5/7 | V050615 | 99553192 | 3,815.29 |
| 5/7 | V050615 | 99553217 | 4,700.21 |
| 5/7 | V050615 | 99553227 | 7,616.24 |
| 5/7 | V050615 | 99553207 | 7,903.93 |
| 5/7 | V050615 | 99553228 | 8,431.47 |
| 5/7 | V050615 | 99553218 | 9,660.10 |
| 5/7 | V050615 | 99553206 | 24,227.85 |

## Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 5/26 | ANALYSIS DEFICIT APR 2 015 | 90267815 | 6,249.72 |
| | **14  Other debits, fees and adjustments** | **Total** | **$ 83,022.99** |

* This transaction has been Value Dated to the prior business day.

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|----------------|------|---|----------------|
| 5/1-5/3 | $ | 666,266.63 | 5/15-5/17 | $ | 128,100.82 |
| 5/4 | | 662,696.89 | 5/18 | | 114,837.35 |
| 5/5 | | 693,528.11 | 5/19 | | 103,055.21 |
| 5/6 | | 700,195.50 | 5/20 | | 177,891.15 |
| 5/7 | | 707,867.20 | 5/21 | | 136,341.15 |
| 5/8-5/10 | | 589,403.55 | 5/22-5/25 | | 98,679.67 |
| 5/11 | | 550,296.26 | 5/26 | | 67,899.27 |
| 5/12 | | 375,776.06 | 5/27 | | 198,148.34 |
| 5/13 | | 60,189.33 | 5/28 | | 85,085.73 |
| 5/14 | | 139,379.81 | 5/29 | | 75,648.40 |

## Zero Balance Subsidiary Accounts

| 4500155049 | 4500181139 | 4500181155 |
|------------|------------|------------|
| 4500166563 | 4500181147 | 4500181163 |



# STATEMENT OF ACCOUNTS

UNION BANK
ORANGE COUNTY MID-CORP TS 0450
P.O. BOX 513840
LOS ANGELES          CA  90051-3840

Customer Inquiries
800-298-6466

Thank you for banking with us
since 1997

**RHODES BUSINESS GROUP INC**
**PAYROLL**
**CHAPTER 11 DEBTOR IN POSSESSION (DIP)**
**CASE #15-105952**
**6 HUTTON CENTRE DRIVE STE 400**
**SANTA ANA CA 92707-5764**

■ *Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

## Analyzed Business Checking Summary

Account Number: 4500155049

Days in statement period: Days in statement period: 29

| | | |
|---|---|---:|
| **Balance on 5/ 1** | $ | 0.00 |
| **Total Credits** | | 39,153.74 |
| ZBA credits (12) | 34,072.90 | |
| Other credits (7) | 5,080.84 | |
| **Total Debits** | | -39,153.74 |
| Electronic debits (2) | -16,682.99 | |
| Account recon dr (9) | -14,840.17 | |
| ZBA debits (4) | -7,630.58 | |
| **Balance on 5/29** | $ | 0.00 |

# C R E D I T S

## Zero Balance Accounting credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/1 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963645 | $ | 1,265.55 |
| 5/4 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963829 | | 2,549.74 |
| 5/7 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963553 | | 242.00 |
| 5/8 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963544 | | 244.59 |
| 5/11 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963773 | | 5,553.45 |
| 5/12 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963390 | | 1,352.67 |
| 5/13 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963362 | | 15,689.49 |
| 5/14 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963473 | | 2,229.15 |
| 5/18 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963686 | | 1,132.23 |
| 5/19 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963494 | | 243.53 |
| 5/26 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963866 | | 2,577.00 |
| 5/27 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963580 | | 993.50 |
| | **12  Zero Balance Accounting credits** | **Total** | $ | **34,072.90** |

## Other credits and adjustments

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/5 | *V050415 | 99553335 | $ | 301.14 |

Page 2 of 3
RHODES BUSINESS GROUP INC
**Statement Number: 4500155049**
05/01/15 - 05/29/15

## Other credits and adjustments

| Date | Description/Location | Reference | Amount |
|------|---------------------|-----------|--------|
| 5/5 | *V050415 | 99553336 | 301.14 |
| 5/5 | *V050415 | 99553337 | 663.27 |
| 5/6 | *V050515 | 99553291 | 474.54 |
| 5/6 | *V050515 | 99553292 | 518.96 |
| 5/6 | *V050515 | 99553293 | 1,352.67 |
| 5/6 | *V050515 | 99553294 | 1,469.12 |
| | **7  Other credits and adjustments** | **Total** | **$        5,080.84** |

* This transaction has been Value Dated to the prior business day.

# D E B I T S

## Electronic debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 5/13 | RHODES BUSINESS DIR DEP PPD RHODES BU-56814090 CORIN | | $    15,689.49 |
| 5/27 | RHODES BUSINESS DIR DEP PPD RHODES BU-55865343 CORIN | | 993.50 |
| | **2  Electronic debits** | **Total** | **$    16,682.99** |

## Account reconciliation debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 5/1 | ACCOUNT RECONCILIATION LIST POST | 99973646 | $    1,265.55 |
| 5/7 | ACCOUNT RECONCILIATION LIST POST | 99973555 | 242.00 |
| 5/8 | ACCOUNT RECONCILIATION LIST POST | 99973545 | 244.59 |
| 5/11 | ACCOUNT RECONCILIATION LIST POST | 99973774 | 5,553.45 |
| 5/12 | ACCOUNT RECONCILIATION LIST POST | 99973391 | 1,352.67 |
| 5/14 | ACCOUNT RECONCILIATION LIST POST | 99973474 | 2,229.15 |
| 5/18 | ACCOUNT RECONCILIATION LIST POST | 99973687 | 1,132.23 |
| 5/19 | ACCOUNT RECONCILIATION LIST POST | 99973495 | 243.53 |
| 5/26 | ACCOUNT RECONCILIATION LIST POST | 99973867 | 2,577.00 |
| | **9  Account reconciliation debits** | **Total** | **$    14,840.17** |

## Zero Balance Accounting debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 5/5 | ZERO  BALANCE  ACCOUNTING 4500154999 | DEBIT99963581 | $    796.59 |
| 5/5 | ZERO  BALANCE  ACCOUNTING 4500154999 | DEBIT99963582 | 2,549.74 |
| 5/6 | ZERO  BALANCE  ACCOUNTING 4500154999 | DEBIT99963546 | 468.96 |
| 5/7 | ZERO  BALANCE  ACCOUNTING 4500154999 | DEBIT99963554 | 3,815.29 |
| | **4  Zero Balance Accounting debits** | **Total** | **$    7,630.58** |

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|----------------|------|---|----------------|
| 5/1-5/3 | $ | 0.00 | 5/6 | $ | 3,815.29 |
| 5/4 | | 2,549.74 | 5/7-5/29 | | 0.00 |
| 5/5 | | 468.96 | | | |

Page 3 of 3
RHODES BUSINESS GROUP INC
**Statement Number: 4500155049**
05/01/15 - 05/29/15



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA 94520

Account Number      1499625632
01 01 140 05 M0000 E#      0
Last Statement:    04/30/2015
This Statement:    05/29/2015

IMG

Customer Service
1-888-400-9009

HEALD COLLEGE LLC
CAL GRANTS CONCORD 003
ATTN ACCOUNTING DEPT
DEBTOR IN POSSESSION CASE  15-10952
601 MONTGOMERY STREET 14TH FLOOR
SAN FRANCISCO CA  94111

Page      1 of    2

Bankruptcy Case Number:1510952

# ANALYZED INVESTMENT

## Account Summary Information

| | | |
|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | 423.78 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | .02 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 423.80 |

| | | |
|---|---|---|
| Number of Enclosures | 0 | |
| | Service Charge | .00 |

### Interest Information

| | | |
|---|---|---|
| Amount of Interest Paid | .02 | Interest Paid Year-to-Date | 1.56 |
| Annual Percentage Yield Earned | .06% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 05/29 | | .02 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF | $423.78 | 09840001134 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 04/30 | 423.78 | 423.78 | .050 | 05/29 | 423.80 | 423.80 | .050 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1499625632
01 01 140 05 M0000 E#       0
Last Statement:   04/30/2015
This Statement:   05/29/2015

IMG

Customer Service
1-888-400-9009

HEALD COLLEGE LLC

Page      2 of    2

Bankruptcy Case Number:1510952

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.   If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account.  If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

**Account Number    1499625637**
01 01 140 05 M0000 E#        0
**Last Statement:    04/30/2015**
**This Statement:    05/29/2015**

IMG

**Customer Service**
**1-888-400-9009**

HEALD COLLEGE LLC
CAL GRANTS FRESNO  012
ATTN ACCOUNTING DEPT
DEBTOR IN POSSESSION CASE  **15-10952**
601 MONTGOMERY STREET 14TH FLOOR
SAN FRANCISCO CA  94111

Page      1 of      2

Bankruptcy Case Number:1510952

# ANALYZED INVESTMENT

## Account Summary Information

| | |
|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | |
| Number of Deposits/Credits              0 | Statement Beginning Balance       31.76 |
| Number of Checks                        0 | Amount of Deposits/Credits          .00 |
| Number of Other Debits                  0 | Amount of Checks                    .00 |
| | Amount of Other Debits              .00 |
| | Statement Ending Balance         31.76 |
| Number of Enclosures                    0 | |
| | Service Charge                      .00 |

### Interest Information

| | | |
|---|---|---|
| Amount of Interest Paid            .00 | Interest Paid Year-to-Date            .84 |
| Annual Percentage Yield Earned    .00% | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 04/30 | 31.76 | 31.76 | .050 | 05/29 | 31.76 | 31.76 | .050 |

H

```
BANK OF AMERICA, N.A.                Account Number    1499625637
2000 CLAYTON RD - 5TH FLOOR          01 01 140 05 M0000 E#        0
CONCORD, CA  94520                   Last Statement:   04/30/2015
                                     This Statement:   05/29/2015

                                             IMG

                                     Customer Service
                                     1-888-400-9009

HEALD COLLEGE LLC

                                     Page      2 of   2

                                     Bankruptcy Case Number:1510952
```

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.   If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

**Account Number    1499625656**
01 01 140 05 M0000 E#      0
**Last Statement:    04/30/2015**
**This Statement:    05/29/2015**

IMG

**Customer Service**
**1-888-400-9009**

**HEALD COLLEGE LLC**
**CAL GRANTS RANCHO CORDOVA  011**
**ATTN ACCOUNTING DEPT**
**DEBTOR IN POSSESSION CASE  15-10952**
**601 MONTGOMERY STREET 14TH FLOOR**
**SAN FRANCISCO CA  94111**

Page      1 of      2

Bankruptcy Case Number:1510952

# ANALYZED INVESTMENT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | 30,982.87 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 1.31 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | 30,984.18 |
| Number of Enclosures | 0 | | |
| | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | 1.31 | Interest Paid Year-to-Date | 7.19 |
| Annual Percentage Yield Earned | .05% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/29 | | 1.31 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF        $30,982.87 | 09840001135 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 04/30 | 30,982.87 | 30,982.87 | .050 | 05/29 | 30,984.18 | 30,984.18 | .050 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number     1499625656
01 01 140 05 M0000 E#       0
Last Statement:  04/30/2015
This Statement:  05/29/2015

              IMG

Customer Service
1-888-400-9009

HEALD COLLEGE LLC

Page     2 of     2

Bankruptcy Case Number:1510952

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.   If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account.  If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

| | |
|---|---|
| **Account Number** | **1499625670** |
| 01 01 140 05 M0000 E# | 0 |
| **Last Statement:** | **04/30/2015** |
| **This Statement:** | **05/29/2015** |

IMG

**Customer Service**
**1-888-400-9009**

HEALD COLLEGE LLC
CAL GRANTS ROSEVILLE  056
ATTN ACCOUNTING DEPT
DEBTOR IN POSSESSION CASE  **15-10952**
601 MONTGOMERY STREET 14TH FLOOR
SAN FRANCISCO CA  94111

Page      1 of    2

Bankruptcy Case Number:1510952

# ANALYZED INVESTMENT

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | | 22,657.47 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | .96 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 22,658.43 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

## Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | .96 | Interest Paid Year-to-Date | 5.71 |
| Annual Percentage Yield Earned | .05% | | |

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 05/29 | | .96 | INTEREST PAID ON 31 DAYS | | 09840001136 |
| | | | AVERAGE COLLECTED BALANCE OF | $22,657.47 | |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 04/30 | 22,657.47 | 22,657.47 | .050 | 05/29 | 22,658.43 | 22,658.43 | .050 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1499625670
01 01 140 05 M0000 E#        0
Last Statement:   04/30/2015
This Statement:   05/29/2015

IMG

Customer Service
1-888-400-9009

HEALD COLLEGE LLC

Page     2 of    2

Bankruptcy Case Number:1510952

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.   If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account.  If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA 94520

| | |
|---|---|
| Account Number | 1499625675 |
| 01 01 140 05 M0000 E# | 0 |
| Last Statement: | 04/30/2015 |
| This Statement: | 05/29/2015 |

IMG

Customer Service
1-888-400-9009

HEALD COLLEGE LLC
CAL GRANTS SALINAS  009
ATTN ACCOUNTING DEPT
DEBTOR IN POSSESSION CASE  15-10952
601 MONTGOMERY STREET 14TH FLOOR
SAN FRANCISCO CA  94111

Page      1 of      2

Bankruptcy Case Number:1510952

# ANALYZED INVESTMENT

## Account Summary Information

| | | |
|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | 24,584.16 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 1.04 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 24,585.20 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

## Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | 1.04 | Interest Paid Year-to-Date | 7.28 |
| Annual Percentage Yield Earned | .05% | | |

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/29 | | 1.04 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF        $24,584.16 | 09840001137 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 04/30 | 24,584.16 | 24,584.16 | .050 | 05/29 | 24,585.20 | 24,585.20 | .050 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

| | |
|---|---|
| Account Number | 1499625675 |
| 01 01 140 05 M0000 E# | 0 |
| Last Statement: | 04/30/2015 |
| This Statement: | 05/29/2015 |

IMG

Customer Service
1-888-400-9009

HEALD COLLEGE LLC

Page     2 of    2

Bankruptcy Case Number:1510952


IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.   All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.   If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account.  If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1499625694
01 01 140 05 M0000 E#      0
Last Statement:    04/30/2015
This Statement:    05/29/2015

IMG

Customer Service
1-888-400-9009

HEALD COLLEGE LLC
CAL GRANTS SAN FRANCISCO  001
ATTN ACCOUNTING DEPT
DEBTOR IN POSSESSION CASE  15-10952
601 MONTGOMERY STREET 14TH FLOOR
SAN FRANCISCO CA  94111

Page      1 of    2

Bankruptcy Case Number:1510952

# ANALYZED INVESTMENT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | 7,095.73 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | .29 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 7,096.02 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | .29 | Interest Paid Year-to-Date | 1.63 |
| Annual Percentage Yield Earned | .05% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 05/29 | | .29 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF | $7,095.73 | 09840001138 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 04/30 | 7,095.73 | 7,095.73 | .050 | 05/29 | 7,096.02 | 7,096.02 | .050 |

H

```
                BANK OF AMERICA, N.A.              Account Number    1499625694
                2000 CLAYTON RD - 5TH FLOOR        01 01 140 05 M0000 E#        0
                CONCORD, CA  94520                 Last Statement:   04/30/2015
                                                   This Statement:   05/29/2015

                                                            IMG

                                                   Customer Service
                                                   1-888-400-9009

                HEALD COLLEGE LLC

                                                   Page     2 of    2

                                                   Bankruptcy Case Number:1510952
```

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



H

```
                   BANK OF AMERICA, N.A.              Account Number    1499625699
                   2000 CLAYTON RD - 5TH FLOOR        01 01 140 05 M0000 E#      0
                   CONCORD, CA  94520                 Last Statement:   04/30/2015
                                                      This Statement:   05/29/2015

                                                          IMG

                                                      Customer Service
                                                      1-888-400-9009

              HEALD COLLEGE LLC
              CAL GRANTS SAN JOSE  005
              ATTN ACCOUNTING DEPT
              DEBTOR IN POSSESSION CASE  15-10952        Page    1 of   2
              601 MONTGOMERY STREET 14TH FLOOR
              SAN FRANCISCO CA  94111                 Bankruptcy Case Number:1510952
```

# ANALYZED INVESTMENT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | 14,399.62 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | .60 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 14,400.22 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Interest Information

| | | |
|---|---|---|
| Amount of Interest Paid | .60 | Interest Paid Year-to-Date | 3.22 |
| Annual Percentage Yield Earned | .05% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/29 | | .60 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF          $14,399.62 | 09840001139 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 04/30 | 14,399.62 | 14,399.62 | .050 | 05/29 | 14,400.22 | 14,400.22 | .050 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1499625699
01 01 140 05 M0000 E#        0
Last Statement:   04/30/2015
This Statement:   05/29/2015

IMG

Customer Service
1-888-400-9009

HEALD COLLEGE LLC

Page      2 of     2

Bankruptcy Case Number:1510952


IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.   If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account.  If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1499625712
01 01 140 05 M0000 E#      0
**Last Statement:    04/30/2015**
**This Statement:    05/29/2015**

IMG

**Customer Service**
**1-888-400-9009**

HEALD COLLEGE LLC
CAL GRANTS STOCKTON  O14
ATTN ACCOUNT DEPT
DEBTOR IN POSSESSION CASE  15-10952
601 MONTGOMERY STREET 14TH FLOOR
SAN FRANCISCO CA  94111

Page      1 of    2

Bankruptcy Case Number:1510952

# ANALYZED INVESTMENT

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | 11,377.00 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | .48 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 11,377.48 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

## Interest Information

| | | |
|---|---|---|
| Amount of Interest Paid | .48 | Interest Paid Year-to-Date | 3.91 |
| Annual Percentage Yield Earned | .05% | |

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/29 | | .48 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF        $11,377.00 | 09840001140 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 04/30 | 11,377.00 | 11,377.00 | .050 | 05/29 | 11,377.48 | 11,377.48 | .050 |

H

```
BANK OF AMERICA, N.A.                    Account Number    1499625712
2000 CLAYTON RD - 5TH FLOOR              01 01 140 05 M0000 E#        0
CONCORD, CA  94520                       Last Statement:   04/30/2015
                                         This Statement:   05/29/2015

                                                  IMG

                                         Customer Service
                                         1-888-400-9009

HEALD COLLEGE LLC

                                         Page      2 of    2

                                         Bankruptcy Case Number:1510952
```

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

# First Hawaiian Bank
# BUSINESS CHECKING

HEALD COLLEGE LLC                              065
ATTN DEBRA MCLAUGHLIN
6 HUTTON CENTRY DR STE 400 TREASURY
SANTA ANA CA 92707

Page    1 of    2
Statement Period:    May 01, 2015 thru May 31, 2015

CHECKSTORAGE              Account#  65-032236

Direct Inquiries or Report Errors to:
First Hawaiian Bank
KAPIOLANI BANKING CENTER
1580 KAPIOLANI BLVD
HONOLULU HI 96814
Phone: (808) 943-4437

It is important to examine your statement and report any discrepancies promptly.
You must report any error involving electronic fund transfers for personal
accounts within 60 days.  For any other item, you will lose any claim against us
for unauthorized signatures or alterations (and any claims for subsequent
unauthorized signatures or alterations by the same wrongdoer) that you do not
report within 30 days after the first statement showing that item is made
available.

## SUMMARY - BUSINESS CHECKING          Account # 65-032236

Balance at Beginning of this Statement Period on 05/01/2015      $      40,732.72
Plus:  Deposits and Other Credits Totaling                       +         110.76
Less:  Checks and Other Debits/Withdrawals Totaling              -         221.52

Balance at End of this Statement Period on 05/31/2015            $      40,621.96

For this Statement Period:

    Average Balance          $      40,711.28
    Minimum Balance          $      40,621.96

## ACCOUNT ACTIVITY - OTHER DEBITS

| Posting Date | Transaction Description | Debit |
|---|---|---|
| 05/19/15 | Funds Transfer | 110.76 |
|  | FIRST HWN BANK   ANALYSIS   051915 |  |
|  | HEALD COLLEGE LLC    65032236    ACCOUNT ANALYSIS |  |
|  | SERVICE CHARGE |  |
| 05/27/15 | Bank Debit | 110.76 |



Member FDIC

# First Hawaiian Bank
# BUSINESS CHECKING

HEALD COLLEGE LLC
ATTN DEBRA MCLAUGHLIN
6 HUTTON CENTRY DR STE 400 TREASURY
SANTA ANA CA 92707

Acct. #  65-032236

Page    2 of    2
Statement Period:  May 01, 2015 thru May 31, 2015

## ACCOUNT ACTIVITY - CREDITS

| Posting Date | Transaction Description | Credit |
|---|---|---|
| 05/20/15 | Return Item Non Enclos | 110.76 |

## DAILY ACCOUNT BALANCE

| Posting Date | Account Balance | Posting Date | Account Balance |
|---|---|---|---|
| 04/30/15 | 40,732.72 | 05/20/15 | 40,732.72 |
| 05/19/15 | 40,621.96 | 05/27/15 | 40,621.96 |

Member FDIC

## HOW TO READ YOUR STATEMENT

Definition of Terms:

Combined Account Information: summarizes all of the accounts covered by this statement.

Combined Balance: is the sum of all accounts covered.

Account Summary: summarizes all activity during this statement period.

Account Activity: lists each debit and credit for that day in chronological order.

Note: Each account included on a combined statement is not necessarily owned by all of the account holder(s) listed on page 1 of this statement.

## RECONCILIATION OF YOUR ACCOUNT

| DEPOSITS NOT CREDITED | |
|---|---|
| Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | **$** |

| CHECKS OUTSTANDING | | | | | |
|---|---|---|---|---|---|
| Check No. | Amount | Check No. | Amount | Check No. | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL** | **$** |

| RECONCILIATION OF YOUR ACCOUNT | |
|---|---|
| ENTER ENDING BALANCE SHOWN ON THIS STATEMENT | |
| ADD TOTAL DEPOSITS NOT CREDITED | + |
| SUBTOTAL | = |
| SUBTRACT TOTAL CHECKS OUTSTANDING | − |
| **TOTAL** | = |
| YOUR BALANCE | |
| ADD INTEREST (IF ANY) | + |
| SUBTOTAL | = |
| SUBTRACT SERVICE CHARGE (IF ANY) | − |
| **TOTAL** (SHOULD AGREE WITH TOTAL ABOVE) | = |

## FOR AN UP-TO-DATE CHECKING ACCOUNT STATEMENT

Get an AskAnyDay[SM] statement at any First Hawaiian Bank Otto[SM] automated teller machine. It reports all activity in your account since your most recent monthly statement, up to the previous business day. A nominal fee for the statement will be charged to your checking account. FOR TODAY'S ACCOUNT BALANCE or other inquiries (such as whether a pre-authorized credit has been made), you may call the number listed on page 1 of your statement. Reconcile your checking account online. Go to www.fhb.com to enroll.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
### (Applicable to Personal Accounts Only)

Call us or write to us at the telephone number and address shown on the first page of this statement as soon you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When reporting an error or requesting more information: 1) Tell us your name and account number. 2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information. 3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

# First Hawaiian Bank
# BUSINESS CHECKING

HEALD COLLEGE LLC                                    065
FEDERAL ACCOUNT
601 MONTGOMERY ST 14TH FL
SAN FRANCISCO CA 94111

Page    1 of    1
Statement Period:  May 01, 2015 thru May 31, 2015

CHECKSTORAGE                    Account#  65-168391

Direct Inquiries or Report Errors to:
First Hawaiian Bank
KAPIOLANI BANKING CENTER
1580 KAPIOLANI BLVD
HONOLULU HI 96814
Phone: (808) 943-4437

It is important to examine your statement and report any discrepancies promptly.
You must report any error involving electronic fund transfers for personal
accounts within 60 days.  For any other item, you will lose any claim against us
for unauthorized signatures or alterations (and any claims for subsequent
unauthorized signatures or alterations by the same wrongdoer) that you do not
report within 30 days after the first statement showing that item is made
available.

## SUMMARY - BUSINESS CHECKING          Account # 65-168391

| | | |
|---|---|---|
| Balance at Beginning of this Statement Period on 05/01/2015 | $ | 1,595.82 |
| Plus:  Deposits and Other Credits Totaling | + | .00 |
| Less:  Checks and Other Debits/Withdrawals Totaling | - | .00 |
| Balance at End of this Statement Period on 05/31/2015 | $ | 1,595.82 |

For this Statement Period:

| | | |
|---|---|---|
| Average Balance | $ | 1,595.82 |
| Minimum Balance | $ | 1,595.82 |

## ACCOUNT ACTIVITY - BUSINESS CHECKING

There was no activity during this Statement Period

Member FDIC

## HOW TO READ YOUR STATEMENT

Definition of Terms:

Combined Account Information: summarizes all of the accounts covered by this statement.

Combined Balance: is the sum of all accounts covered.

Account Summary: summarizes all activity during this statement period.

Account Activity: lists each debit and credit for that day in chronological order.

Note: Each account included on a combined statement is not necessarily owned by all of the account holder(s) listed on page 1 of this statement.

## RECONCILIATION OF YOUR ACCOUNT

| DEPOSITS NOT CREDITED | |
|---|---|
| Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

| CHECKS OUTSTANDING | | | | | |
|---|---|---|---|---|---|
| Check No. | Amount | Check No. | Amount | Check No. | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | TOTAL | $ |

| RECONCILIATION OF YOUR ACCOUNT | |
|---|---|
| ENTER ENDING BALANCE SHOWN ON THIS STATEMENT | |
| ADD TOTAL DEPOSITS NOT CREDITED | + |
| SUBTOTAL | = |
| SUBTRACT TOTAL CHECKS OUTSTANDING | - |
| **TOTAL** | = |
| YOUR BALANCE | |
| ADD INTEREST (IF ANY) | + |
| SUBTOTAL | = |
| SUBTRACT SERVICE CHARGE (IF ANY) | - |
| **TOTAL** (SHOULD AGREE WITH TOTAL ABOVE) | = |

## FOR AN UP-TO-DATE CHECKING ACCOUNT STATEMENT

Get an AskAnyDay[SM]statement at any First Hawaiian Bank Otto[SM]automated teller machine. It reports all activity in your account since your most recent monthly statement, up to the previous business day. A nominal fee for the statement will be charged to your checking account. FOR TODAY'S ACCOUNT BALANCE or other inquiries (such as whether a pre-authorized credit has been made), you may call the number listed on page 1 of your statement. Reconcile your checking account online. Go to www.fhb.com to enroll.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
### (Applicable to Personal Accounts Only)

Call us or write to us at the telephone number and address shown on the first page of this statement as soon you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When reporting an error or requesting more information: 1) Tell us your name and account number. 2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information. 3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

 **UnionBank**

## STATEMENT OF ACCOUNTS

Page 1 of 1
ETON EDUCATION, INC.
**Statement Number: 4500166563**
05/01/15 - 05/29/15

Customer Inquiries
800-298-6466

UNION BANK
ORANGE COUNTY MID-CORP TS 0450
P.O. BOX 513840
LOS ANGELES         CA  90051-3840

Thank you for banking with us
since 2003

**ETON EDUCATION, INC.**
**CHAPTER 11 DEBTOR IN POSSESSION (DIP)**
**CASE #15-105952**
**6 HUTTON CENTRE DRIVE, STE 400**
**SANTA ANA CA 92707**

■ *Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

---

### Analyzed Business Checking Summary

Account Number: 4500166563

Days in statement period: Days in statement period: 29

| | | |
|---|---|---|
| **Balance on 5/ 1** | $ | **0.00** |
| **Total Credits** | | **92.35** |
| ZBA credits (1) | 92.35 | |
| **Total Debits** | | **-92.35** |
| Account recon dr (1) | -92.35 | |
| **Balance on 5/29** | $ | **0.00** |

## C R E D I T S

### Zero Balance Accounting credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 5/20 | ZERO BALANCE ACCOUNTING CREDIT 4500154999 | 99963438 | $ | 92.35 |

## D E B I T S

### Account reconciliation debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 5/20 | ACCOUNT RECONCILIATION LIST POST | 99973439 | $ | 92.35 |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 5/1-5/29 | $ | 0.00 | | |



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA 94520

**Account Number**   1458926737
01 01 149 05 M0000 E#      0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

DNP

**Customer Service**
**1-888-400-9009**

CORINTHIAN COLLEGES, INC
BLOCK PENDING
DEBTOR IN POSSESSION CASE  15-10952    Page    1 of    4
6 HUTTON CENTRE DR SUITE 400
SANTA ANA CA  92707              Bankruptcy Case Number:      1510952

# FULL ANALYSIS CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | | Statement Beginning Balance | 5,360,573.69 |
| Number of Deposits/Credits | 10 | Amount of Deposits/Credits | 291,277.45 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 29 | Amount of Other Debits | 3,884,766.10 |
| | | Statement Ending Balance | 1,767,085.04 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/04 | 412 | 126.98 | CA BANKING CENTER DEPOSIT | 16620474265923B |
| 05/04 | 412 | 127.85 | CA BANKING CENTER DEPOSIT | 166204742659241 |
| 05/07 | 245 | 2,984.76 | CA BANKING CENTER DEPOSIT | 75005042595901 |
| 05/20 | | 15,649.89 | 1-3932868184 : Funds Transfer | 123302460000925 |
| 05/20 | | 27,080.36 | 1-3937052006 : | 123302460000926 |
| 05/20 | | 46,381.45 | 1-3937335344 : | 123302460000927 |
| 05/20 | | 49,093.90 | 1-3937335655 : | 123302460000928 |
| 05/20 | | 49,756.09 | 1-3937335561 : | 123302460000929 |
| 05/20 | | 73,282.86 | 1-3937335608 : | 123302460000930 |
| 05/29 | | 26,793.31 | 1-3965118906 : Funds Transfer | 123302460001108 |

### Withdrawals and Debits

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/01 | | 251.49 | Loan Payment FEE-DEBIT    LOAN: 00404143 009276717  0001983113 | 04740024113 |
| 05/01 | | 729.17 | Loan Payment FEE-DEBIT    LOAN: 00404143 011108408  0001983113 | 04740024128 |
| 05/01 | | 3,277.61 | Loan Payment FEE-DEBIT    LOAN: 00404143 011191066  0001983113 | 04740024134 |
| 05/01 | | 6,412.92 | Loan Payment FEE-DEBIT    LOAN: 00404143 013901434  0001983113 | 04740024149 |
| 05/01 | | 6,562.50 | Loan Payment FEE-DEBIT    LOAN: 00404143 013182542  0001983113 | 04740024143 |
| 05/01 | | 7,888.06 | Loan Payment INT-DEBIT    LOAN: 00404143 013594231  0001983113 | 04740024159 |
| 05/01 | | 35,502.30 | WIRE TYPE:WIRE OUT DATE:150501 TIME:0522 ET TRN:2015043000272371 SERVICE REF:001778 BNF:CORINTHIAN COLLEGES, INC. ID:2209278 BNF BK:BM O HARRIS BANK N.A. ID:071000288 PMT DET:Interco Xf er BoA 7637 to Harris 9278 | 00370272371 |
| 05/01 | | 47,760.41 | Loan Payment FEE-DEBIT    LOAN: 00404143 009276723  0001983113 | 04740024119 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

**Account Number  1458926737**
01 01 149 05 M0000 E#      0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

DNP

**Customer Service**
**1-888-400-9009**

CORINTHIAN COLLEGES, INC

Page     2 of     4

**Bankruptcy Case Number:      1510952**

# FULL ANALYSIS CHECKING

### Withdrawals and Debits

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/01 | | 61,770.50 | Bank Adjustment<br>CORPORATE CREDIT SERVICE - DEBIT<br>  CORINTHIAN COLLEGES INC<br>FDES NTX 0005440 961550 | 04504400010 |
| 05/01 | | 853,781.09 | Loan Payment<br>INT-DEBIT    LOAN: 00404143 013435735   0001983113 | 04740024190 |
| 05/01 | 1551061070 | 50,000.00 | ACCOUNT TRANSFER TRSF TO 003359484774 | 00680001985 |
| 05/04 | | 10,869.47 | WIRE TYPE:WIRE OUT DATE:150504 TIME:0305 ET<br>TRN:2015050100177809 SERVICE REF:001507<br>BNF:CORINTHIAN COLLEGES, INC. ID:2209278 BNF BK:BM<br>O HARRIS BANK N.A. ID:071000288 PMT DET:Interco Xf<br>er BoA 7637 to Harris 9278 | 00370177809 |
| 05/11 | 1550923814 | 1,000,000.00 | ACCOUNT TRANSFER TRSF TO 001459077570 | 00680001965 |
| 05/12 | 1551746241 | 30,000.00 | ACCOUNT TRANSFER TRSF TO 001453009997 | 00680001955 |
| 05/13 | | 500,000.00 | WIRE TYPE:WIRE OUT DATE:150513 TIME:1425 ET<br>TRN:2015051300276150 SERVICE REF:009023<br>BNF:CORINTHIAN COLLEGES, INC. ID:4500154999<br>BNF BK:MUFG UNION BANK, NA ID:122000496 PMT DET:In<br>terco Xfer BoA 6737 to Union 4999 | 00370276150 |
| 05/13 | 1552313511 | 89,300.00 | ACCOUNT TRANSFER TRSF TO 001453009997 | 00680002315 |
| 05/13 | 1552338403 | 19,500.00 | ACCOUNT TRANSFER TRSF TO 001459513443 | 00680002314 |
| 05/13 | 1552711271 | 113,000.00 | ACCOUNT TRANSFER TRSF TO 001459077570 | 00680002316 |
| 05/14 | | 300,000.00 | WIRE TYPE:WIRE OUT DATE:150514 TIME:1539 ET<br>TRN:2015051400284578 SERVICE REF:010333<br>BNF:CORINTHIAN COLLEGES, INC. ID:4500154999<br>BNF BK:MUFG UNION BANK, NA ID:122000496 PMT DET:In<br>terco Xfer BoA 6737 to Union 4999 | 00370284578 |
| 05/15 | | 6,251.00 | Account Analysis Fee<br>ANALYSIS CHARGE APRIL BILLING FOR<br>  PARENT 04011-99999 | 08790022375 |
| 05/18 | 1553350931 | 50.00 | ACCOUNT TRANSFER TRSF TO 001453019250 | 00680001461 |
| 05/20 | | 50,000.00 | WIRE TYPE:WIRE OUT DATE:150520 TIME:0523 ET<br>TRN:2015051900323331 SERVICE REF:002133<br>BNF:CORINTHIAN COLLEGES, INC. ID:4500154999<br>BNF BK:MUFG UNION BANK, NA ID:122000496 PMT DET:In<br>terco Xfer BoA 6737 to Union 4999 | 00370323331 |
| 05/20 | | 80,000.00 | WIRE TYPE:WIRE OUT DATE:150520 TIME:1447 ET<br>TRN:2015052000281164 SERVICE REF:009456<br>BNF:CORINTHIAN COLLEGES, INC. ID:4500154999<br>BNF BK:MUFG UNION BANK, NA ID:122000496 PMT DET:In<br>terco Xfer BoA 6737 to Union 4999 | 00370281164 |
| 05/22 | | 4,959.58 | WIRE TYPE:WIRE OUT DATE:150522 TIME:1434 ET<br>TRN:2015052200293723 SERVICE REF:010534<br>BNF:CORINTHIAN COLLEGES, INC. ID:2209278 BNF BK:BM<br>O HARRIS BANK N.A. ID:071000288 PMT DET:Interco Xf<br>er BoA 7637 to Harris 9278 Analysis Fees Only | 00370293723 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

**Account Number  1458926737**
01 01 149 05 M0000 E#      0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

DNP

**Customer Service**
**1-888-400-9009**

CORINTHIAN COLLEGES, INC

Page      3 of      4

**Bankruptcy Case Number:      1510952**

# FULL ANALYSIS CHECKING

### Withdrawals and Debits

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/27 | | 200,000.00 | WIRE TYPE:WIRE OUT DATE:150527 TIME:1708 ET TRN:2015052700371772 SERVICE REF:013332 BNF:CORINTHIAN COLLEGES, INC. ID:4500154999 BNF BK:MUFG UNION BANK, NA ID:122000496 PMT DET:In terco Xfer BoA 6737 to Union 4999 | 00370371772 |
| 05/27 | 1555250676 | 14,000.00 | ACCOUNT TRANSFER TRSF TO 001453009997 | 00680002503 |
| 05/27 | 1555326261 | 10,200.00 | ACCOUNT TRANSFER TRSF TO 001459513443 | 00680002502 |
| 05/27 | 1555416315 | 102,700.00 | ACCOUNT TRANSFER TRSF TO 001459077570 | 00680002504 |
| 05/29 | | 280,000.00 | WIRE TYPE:WIRE OUT DATE:150529 TIME:1625 ET TRN:2015052900404141 SERVICE REF:019081 BNF:CORINTHIAN COLLEGES, INC. ID:4500154999 BNF BK:MUFG UNION BANK, NA ID:122000496 PMT DET:In terco Xfer BoA 6737 to Union 4999 | 00370404141 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 5,360,573.69 | 5,360,533.69 | 05/13 | 2,527,207.76 | 2,527,207.76 |
| 05/01 | 4,286,637.64 | 4,286,597.64 | 05/14 | 2,227,207.76 | 2,227,207.76 |
| 05/04 | 4,276,023.00 | 4,276,003.00 | 05/15 | 2,220,956.76 | 2,220,956.76 |
| 05/05 | 4,276,023.00 | 4,276,021.40 | 05/18 | 2,220,906.76 | 2,220,906.76 |
| 05/06 | 4,276,023.00 | 4,276,023.00 | 05/20 | 2,352,151.31 | 2,352,151.31 |
| 05/07 | 4,279,007.76 | 4,276,023.00 | 05/22 | 2,347,191.73 | 2,347,191.73 |
| 05/11 | 3,279,007.76 | 3,278,982.98 | 05/27 | 2,020,291.73 | 2,020,291.73 |
| 05/12 | 3,249,007.76 | 3,249,007.76 | 05/29 | 1,767,085.04 | 1,767,085.04 |

H

BANK OF AMERICA, N.A.                          Account Number  1458926737
2000 CLAYTON RD - 5TH FLOOR                    01 01 149 05 M0000 E#      0
CONCORD, CA  94520                             Last Statement: 04/30/2015
                                               This Statement: 05/29/2015

                                                         DNP

                                               Customer Service
                                               1-888-400-9009

CORINTHIAN COLLEGES, INC

                                               Page      4 of      4

                                               Bankruptcy Case Number:      1510952

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD – 5TH FLOOR
CONCORD, CA  94520

Account Number  1459077570
01 01 149 05 M0000 E#      0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

DNP

**Customer Service**
**1-888-400-9009**

HEALD COLLEGE LLC
HEALD PAYROLL
DEBTOR IN POSSESSION CASE  **15-10952**    Page    1 of    8
6 HUTTON DRIVE SUITE 400
SANTA ANA CA  92707

Bankruptcy Case Number:      **1510952**

# FULL ANALYSIS CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | Statement Beginning Balance | 152,467.00 |
| Number of Deposits/Credits | 5 | Amount of Deposits/Credits | 1,335,708.98 |
| Number of Checks | 446 | Amount of Checks | 341,020.21 |
| Number of Other Debits | 12 | Amount of Other Debits | 246,702.12 |
| | | Statement Ending Balance | 900,453.65 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/11 | 1550923814 | 1,000,000.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 001458926737 | 123300680001974 |
| 05/13 | 1552551146 | 120,000.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 001453019250 | 123300680002336 |
| 05/13 | 1552711271 | 113,000.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 001458926737 | 123300680002335 |
| 05/19 | | 8.98 | HEALD COLLEGE    DES:RETURN    ID:00074657 INDN:SETT-ACH DETAIL RETURN CO ID:2208699639 CCD BATCH DESC:05/09/2015          P | 39015993945 |
| 05/27 | 1555416315 | 102,700.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 001458926737 | 123300680002551 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 4922 | 1,444.00 | 05/12 | 5842857437 | 43756 | 59.65 | 05/14 | 4292704172 |
| 39348* | 132.01 | 05/08 | 8592236197 | 43757 | 59.65 | 05/14 | 4292675157 |
| 43322* | 295.67 | 05/01 | 8892067458 | 43759* | 60.49 | 05/18 | 4492950182 |
| 43520* | 122.10 | 05/11 | 5592483779 | 43760 | 60.26 | 05/18 | 4792511708 |
| 43527* | 91.45 | 05/13 | 9392791694 | 43761 | 75.17 | 05/19 | 4892298630 |
| 43545* | 227.83 | 05/01 | 8892067460 | 43762 | 74.00 | 05/22 | 9292355231 |
| 43566* | 1,185.84 | 05/12 | 5342856395 | 43777* | 2,192.76 | 05/19 | 8492239206 |
| 43714* | 945.11 | 05/22 | 3242406976 | 43780* | 1,951.21 | 05/01 | 8992295934 |
| 43727* | 77.94 | 05/14 | 5542249585 | 43800* | 3,260.46 | 05/12 | 3742568069 |
| 43731* | 122.58 | 05/11 | 6582557049 | 43810* | 2,506.50 | 05/12 | 5342769447 |
| 43736* | 85.14 | 05/08 | 5492342716 | 43823* | 1,797.52 | 05/11 | 5792163266 |
| 43741* | 79.28 | 05/01 | 4142074272 | 43851* | 1,166.19 | 05/15 | 4042219908 |
| 43744* | 17.83 | 05/11 | 8892867515 | 43873* | 2,435.20 | 05/12 | 5992540991 |
| 43745 | 71.35 | 05/01 | 8992368710 | 43886* | 1,342.15 | 05/01 | 8992368559 |
| 43746 | 36.67 | 05/01 | 8992363613 | 43905* | 2,421.87 | 05/12 | 5992622205 |
| 43749* | 71.35 | 05/14 | 5542250214 | 43914* | 1,303.86 | 05/26 | 5492843819 |
| 43752* | 37.28 | 05/18 | 4792425116 | 43926* | 1,818.01 | 05/15 | 8092032635 |
| 43753 | 59.64 | 05/18 | 8392845377 | 43930* | 3,690.98 | 05/18 | 8392851233 |
| 43754 | 59.65 | 05/01 | 4192368549 | 43932* | 1,723.57 | 05/01 | 4142573677 |
| 43755 | 60.25 | 05/19 | 4992567483 | 43939* | 1,912.12 | 05/01 | 4292803324 |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD – 5TH FLOOR
CONCORD, CA  94520

**Account Number  1459077570**
01 01 149 05 M0000 E#      0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

DNP

**Customer Service**
**1-888-400-9009**

**HEALD COLLEGE LLC**

Page      2 of      8

**Bankruptcy Case Number:        1510952**

# FULL ANALYSIS CHECKING

## Withdrawals and Debits

### Checks - Continued

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 43963* | 1,139.16 | 05/01 | 6582467845 | 44768* | 310.94 | 05/28 | 7442768883 |
| 43974* | 1,730.18 | 05/18 | 8292288434 | 44770* | 142.52 | 05/29 | 8392166669 |
| 43991* | 1,774.62 | 05/01 | 8992854128 | 44771 | 384.64 | 05/01 | 8992290709 |
| 44051* | 988.27 | 05/18 | 8392220789 | 44773* | 164.96 | 05/01 | 2112983589 |
| 44065* | 1,739.93 | 05/01 | 8992118191 | 44774 | 167.85 | 05/15 | 2212391359 |
| 44069* | 2,257.45 | 05/13 | 4192209240 | 44775 | 277.57 | 05/12 | 9092108453 |
| 44110* | 2,766.02 | 05/01 | 8792342470 | 44778* | 171.49 | 05/01 | 8892341072 |
| 44149* | 1,009.36 | 05/19 | 4992567521 | 44780* | 480.23 | 05/11 | 3642576558 |
| 44190* | 1,890.03 | 05/01 | 8992791004 | 44781 | 137.17 | 05/01 | 8992512506 |
| 44228* | 2,003.08 | 05/11 | 7942915788 | 44783* | 130.81 | 05/01 | 8892153478 |
| 44309* | 1,068.53 | 05/01 | 3592010951 | 44785* | 308.58 | 05/15 | 4492543537 |
| 44453* | 734.79 | 05/01 | 8892736975 | 44786 | 149.28 | 05/01 | 8792507589 |
| 44474* | 1,129.13 | 05/11 | 5792315323 | 44788* | 144.60 | 05/08 | 5492357610 |
| 44522* | 126.27 | 05/26 | 5792269062 | 44795* | 451.37 | 05/01 | 4292383732 |
| 44525* | 2,277.04 | 05/01 | 4142249975 | 44797* | 153.92 | 05/27 | 3442653324 |
| 44561* | 324.83 | 05/15 | 4392107491 | 44799* | 147.05 | 05/12 | 3642960066 |
| 44565* | 127.44 | 05/01 | 3592038056 | 44800 | 1,035.17 | 05/01 | 8792525126 |
| 44595* | 481.88 | 05/01 | 4292422336 | 44801 | 1,450.36 | 05/01 | 8892010471 |
| 44597* | 426.53 | 05/01 | 8892259847 | 44803* | 922.50 | 05/01 | 8892438501 |
| 44609* | 386.48 | 05/01 | 3592050260 | 44804 | 708.78 | 05/18 | 7042551369 |
| 44616* | 469.21 | 05/18 | 6182644472 | 44805 | 1,723.94 | 05/13 | 5942516297 |
| 44621* | 272.99 | 05/01 | 6482768070 | 44807* | 674.96 | 05/19 | 4992578135 |
| 44626* | 83.59 | 05/19 | 8592424376 | 44808 | 352.00 | 05/26 | 5792275841 |
| 44691* | 395.45 | 05/11 | 3642612435 | 44809 | 260.16 | 05/18 | 8292407833 |
| 44698* | 387.27 | 05/01 | 8892942884 | 44810 | 721.02 | 05/18 | 4592512624 |
| 44708* | 92.25 | 05/11 | 8892347622 | 44811 | 1,252.45 | 05/01 | 8792786153 |
| 44727* | 131.02 | 05/18 | 7042471779 | 44812 | 1,306.85 | 05/12 | 5342856396 |
| 44731* | 137.17 | 05/14 | 8142596052 | 44814* | 905.90 | 05/01 | 8992137506 |
| 44732 | 80.02 | 05/12 | 9292228252 | 44815 | 562.40 | 05/01 | 8992513901 |
| 44734* | 232.03 | 05/01 | 8992791745 | 44816 | 809.74 | 05/13 | 3842440424 |
| 44736* | 152.39 | 05/18 | 4492918555 | 44817 | 897.01 | 05/01 | 6582051022 |
| 44737 | 161.21 | 05/08 | 5392296625 | 44818 | 606.02 | 05/12 | 9292223003 |
| 44740* | 304.77 | 05/01 | 8892157573 | 44819 | 522.90 | 05/01 | 8792543493 |
| 44741 | 118.50 | 05/14 | 9692048474 | 44820 | 1,844.66 | 05/01 | 7442981132 |
| 44744* | 302.85 | 05/15 | 6942394712 | 44821 | 518.21 | 05/01 | 8892007609 |
| 44745 | 128.28 | 05/19 | 8592756308 | 44822 | 313.42 | 05/12 | 5342886151 |
| 44747* | 1,175.75 | 05/13 | 8142021547 | 44823 | 819.54 | 05/01 | 8992354801 |
| 44748 | 524.07 | 05/08 | 5142496150 | 44824 | 787.13 | 05/01 | 8892050307 |
| 44752* | 144.57 | 05/01 | 8992240100 | 44826* | 1,495.57 | 05/01 | 4142766267 |
| 44758* | 754.75 | 05/15 | 1512334892 | 44827 | 549.44 | 05/20 | 4642032735 |
| 44759 | 363.59 | 05/01 | 8892068849 | 44828 | 854.57 | 05/13 | 3842373983 |
| 44760 | 304.78 | 05/11 | 2312137712 | 44829 | 582.11 | 05/01 | 4292414700 |
| 44761 | 310.93 | 05/13 | 8142103907 | 44830 | 303.77 | 05/13 | 5942498019 |
| 44762 | 706.64 | 05/14 | 3942009835 | 44831 | 907.38 | 05/14 | 3942154321 |
| 44763 | 168.35 | 05/13 | 4192221559 | 44832 | 490.96 | 05/01 | 2212307298 |
| 44764 | 98.59 | 05/01 | 8992126150 | 44833 | 986.84 | 05/01 | 8892940069 |
| 44765 | 20.07 | 05/13 | 4192219937 | 44834 | 398.98 | 05/18 | 4792440780 |
| 44766 | 647.35 | 05/13 | 4192157474 | 44835 | 1,007.99 | 05/12 | 5842744521 |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.

H

BANK OF AMERICA, N.A.  
2000 CLAYTON RD – 5TH FLOOR  
CONCORD, CA  94520

Account Number  1459077570  
01 01 149 05 M0000 E#      0  
**Last Statement: 04/30/2015**  
**This Statement: 05/29/2015**

DNP

**Customer Service**  
**1-888-400-9009**

**HEALD COLLEGE LLC**

Page    3 of    8

Bankruptcy Case Number:      1510952

## FULL ANALYSIS CHECKING

### Withdrawals and Debits

Checks - Continued

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 44836 | 1,035.16 | 05/01 | 8792512418 | 44904* | 715.83 | 05/14 | 8142607700 |
| 44837 | 725.76 | 05/13 | 3842269346 | 44906* | 348.75 | 05/14 | 3942218430 |
| 44838 | 1,534.87 | 05/08 | 3592696196 | 44908* | 807.66 | 05/11 | 8992934651 |
| 44839 | 464.01 | 05/01 | 4542887623 | 44909 | 1,410.02 | 05/01 | 4542379612 |
| 44843* | 597.10 | 05/26 | 6082225604 | 44910 | 227.91 | 05/01 | 4142579680 |
| 44844 | 1,689.51 | 05/01 | 4142267251 | 44911 | 728.13 | 05/14 | 5882889143 |
| 44846* | 431.59 | 05/01 | 8992274774 | 44915* | 316.96 | 05/01 | 4642121535 |
| 44847 | 884.22 | 05/12 | 3742551509 | 44916 | 327.00 | 05/12 | 5992483712 |
| 44849* | 617.18 | 05/11 | 5692922038 | 44917 | 1,112.20 | 05/01 | 6542300278 |
| 44850 | 182.79 | 05/01 | 8992849758 | 44918 | 179.25 | 05/01 | 4292605135 |
| 44852* | 346.07 | 05/01 | 3492464374 | 44919 | 1,483.83 | 05/14 | 5542102797 |
| 44853 | 331.45 | 05/01 | 8892924471 | 44920 | 852.05 | 05/13 | 9392168961 |
| 44854 | 421.44 | 05/18 | 8292635557 | 44921 | 816.74 | 05/01 | 8892002744 |
| 44857* | 694.15 | 05/01 | 4642245468 | 44923* | 1,446.86 | 05/01 | 6582323415 |
| 44858 | 961.95 | 05/01 | 8992695265 | 44925* | 855.78 | 05/18 | 4792440732 |
| 44859 | 897.69 | 05/01 | 8892946268 | 44926 | 1,089.78 | 05/01 | 8992859131 |
| 44860 | 783.91 | 05/01 | 8892955628 | 44927 | 1,119.03 | 05/12 | 8042534401 |
| 44861 | 642.08 | 05/18 | 4492868760 | 44928 | 653.68 | 05/19 | 2892567865 |
| 44862 | 698.46 | 05/12 | 5992487231 | 44929 | 333.44 | 05/26 | 5492810622 |
| 44863 | 396.42 | 05/11 | 8992006534 | 44930 | 927.04 | 05/13 | 4192220006 |
| 44865* | 549.99 | 05/18 | 2312122467 | 44931 | 623.49 | 05/01 | 4412200459 |
| 44866 | 381.34 | 05/12 | 3742522715 | 44932 | 529.05 | 05/01 | 4292647513 |
| 44867 | 1,074.80 | 05/01 | 4292753419 | 44934* | 374.88 | 05/01 | 8892002411 |
| 44869* | 539.62 | 05/01 | 8992859274 | 44935 | 738.31 | 05/11 | 3642629803 |
| 44870 | 583.92 | 05/13 | 9392790873 | 44936 | 1,430.13 | 05/12 | 5842857961 |
| 44871 | 361.91 | 05/01 | 8992121798 | 44937 | 464.96 | 05/13 | 6092063490 |
| 44872 | 897.46 | 05/01 | 6582239616 | 44939* | 348.30 | 05/12 | 5342871675 |
| 44873 | 1,029.87 | 05/01 | 4142791671 | 44941* | 594.76 | 05/01 | 8892727318 |
| 44874 | 760.96 | 05/12 | 3742086845 | 44943* | 1,267.92 | 05/08 | 6282998646 |
| 44875 | 1,849.14 | 05/01 | 8892259557 | 44944 | 695.68 | 05/14 | 4292482929 |
| 44876 | 435.40 | 05/18 | 8192820025 | 44945 | 638.52 | 05/01 | 2212307200 |
| 44877 | 1,369.11 | 05/01 | 3392539828 | 44946 | 1,254.82 | 05/01 | 8892450774 |
| 44878 | 819.25 | 05/01 | 8892069054 | 44947 | 909.43 | 05/01 | 8892748259 |
| 44879 | 453.96 | 05/14 | 6042070534 | 44948 | 1,072.98 | 05/14 | 4292704107 |
| 44880 | 1,080.48 | 05/20 | 5192189668 | 44951* | 199.21 | 05/26 | 4842952012 |
| 44881 | 685.13 | 05/08 | 8592229618 | 44952 | 854.39 | 05/01 | 4142696221 |
| 44882 | 1,230.10 | 05/12 | 3742253331 | 44953 | 322.96 | 05/01 | 4542878727 |
| 44884* | 790.95 | 05/01 | 2212308107 | 44954 | 570.72 | 05/01 | 8892258989 |
| 44886* | 660.29 | 05/01 | 4982794304 | 44956* | 435.01 | 05/14 | 5442830311 |
| 44889* | 590.34 | 05/01 | 6582060824 | 44958* | 1,511.91 | 05/01 | 4292409143 |
| 44891* | 923.01 | 05/01 | 4042915138 | 44959 | 693.08 | 05/01 | 4142899043 |
| 44894* | 543.38 | 05/01 | 8892922547 | 44961* | 431.74 | 05/01 | 5792310308 |
| 44895 | 756.70 | 05/01 | 8892438843 | 44962 | 837.97 | 05/01 | 8892003864 |
| 44896 | 1,399.39 | 05/01 | 6582869864 | 44963 | 845.31 | 05/13 | 4192159079 |
| 44898* | 769.31 | 05/12 | 9092210743 | 44965* | 203.45 | 05/12 | 5992506710 |
| 44899 | 751.42 | 05/01 | 4142791672 | 44966 | 813.01 | 05/12 | 5342835323 |
| 44900 | 1,094.76 | 05/01 | 4542820219 | 44967 | 1,070.52 | 05/01 | 6542440303 |
| 44902* | 736.98 | 05/12 | 9292031611 | 44968 | 982.78 | 05/01 | 8892918967 |

* The preceding check(s) is still outstanding or has been included in a previous  
statement or is included in the 'Other Debits' section as an ACH paperless transaction.

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number  1459077570
01 01 149 05 M0000 E#       0
Last Statement: 04/30/2015
This Statement: 05/29/2015

DNP

Customer Service
1-888-400-9009

HEALD COLLEGE LLC

Page    4 of    8

Bankruptcy Case Number:       1510952

# FULL ANALYSIS CHECKING

## Withdrawals and Debits

### Checks - Continued

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 44969 | 653.59 | 05/01 | 8892068153 | 45032 | 1,345.86 | 05/15 | 4042255613 |
| 44970 | 1,043.32 | 05/01 | 8992856471 | 45033 | 718.33 | 05/12 | 9292176956 |
| 44971 | 569.26 | 05/01 | 8992500882 | 45034 | 1,440.50 | 05/01 | 6582088204 |
| 44972 | 479.94 | 05/15 | 6042981593 | 45036* | 544.03 | 05/01 | 8992264765 |
| 44974* | 1,528.01 | 05/01 | 4292417888 | 45037 | 521.98 | 05/26 | 6542980368 |
| 44977* | 845.17 | 05/12 | 3742260385 | 45038 | 1,161.68 | 05/13 | 3842293291 |
| 44980* | 1,239.35 | 05/11 | 5492653930 | 45040* | 194.31 | 05/01 | 6582545575 |
| 44981 | 892.80 | 05/12 | 5842869708 | 45041 | 1,486.00 | 05/01 | 8992934053 |
| 44982 | 945.34 | 05/15 | 6942267830 | 45042 | 627.44 | 05/18 | 4792503739 |
| 44983 | 564.22 | 05/15 | 9892190915 | 45043 | 929.11 | 05/12 | 5992461855 |
| 44984 | 282.20 | 05/01 | 8992518980 | 45045* | 535.41 | 05/13 | 4192177416 |
| 44986* | 425.01 | 05/11 | 3642554305 | 45046 | 719.71 | 05/01 | 2212009692 |
| 44987 | 891.01 | 05/01 | 4292582134 | 45047 | 626.01 | 05/01 | 8992690139 |
| 44988 | 891.99 | 05/01 | 6582498446 | 45048 | 1,103.41 | 05/18 | 4142646946 |
| 44989 | 570.92 | 05/14 | 8142400529 | 45049 | 1,608.97 | 05/01 | 8892439473 |
| 44990 | 1,167.27 | 05/01 | 8892487787 | 45052* | 986.11 | 05/12 | 9092817139 |
| 44991 | 492.49 | 05/20 | 6342506065 | 45053 | 888.31 | 05/08 | 8592389643 |
| 44993* | 1,087.45 | 05/11 | 8992358989 | 45054 | 671.14 | 05/12 | 5342849360 |
| 44996* | 1,009.37 | 05/01 | 8892005084 | 45055 | 1,191.41 | 05/15 | 4342166822 |
| 44998* | 686.22 | 05/13 | 9392515337 | 45056 | 731.49 | 05/01 | 8992863926 |
| 44999 | 260.01 | 05/12 | 5992262816 | 45058* | 749.47 | 05/01 | 8992274409 |
| 45000 | 764.17 | 05/01 | 4292422365 | 45059 | 1,454.48 | 05/12 | 8042449600 |
| 45001 | 460.72 | 05/01 | 8892923354 | 45060 | 388.20 | 05/13 | 9292560538 |
| 45002 | 438.96 | 05/01 | 8992133038 | 45061 | 1,128.36 | 05/01 | 4142476418 |
| 45004* | 360.45 | 05/12 | 9192349845 | 45062 | 1,310.67 | 05/11 | 7942898855 |
| 45006* | 578.43 | 05/01 | 2212217652 | 45064* | 715.13 | 05/14 | 9692183642 |
| 45007 | 1,661.71 | 05/01 | 8892956682 | 45065 | 257.49 | 05/12 | 8042564094 |
| 45009* | 517.85 | 05/01 | 8892727349 | 45066 | 418.68 | 05/15 | 9892136809 |
| 45010 | 1,382.88 | 05/01 | 2112946759 | 45067 | 898.34 | 05/01 | 8792521689 |
| 45011 | 350.06 | 05/13 | 3742832232 | 45068 | 183.02 | 05/01 | 8992335980 |
| 45012 | 1,571.05 | 05/01 | 8892017583 | 45070* | 630.88 | 05/28 | 3542345624 |
| 45013 | 798.15 | 05/11 | 5242895327 | 45071 | 360.44 | 05/01 | 8892341972 |
| 45014 | 995.37 | 05/01 | 8892955748 | 45072 | 1,270.42 | 05/01 | 6542448612 |
| 45015 | 442.59 | 05/12 | 3742585929 | 45073 | 1,503.86 | 05/01 | 4542881143 |
| 45016 | 616.45 | 05/12 | 5992450512 | 45074 | 1,592.95 | 05/01 | 8792507080 |
| 45017 | 529.76 | 05/01 | 8892712708 | 45077* | 1,148.27 | 05/01 | 8992364917 |
| 45018 | 1,150.04 | 05/12 | 5342849276 | 45078 | 645.75 | 05/01 | 2112935226 |
| 45019 | 1,273.84 | 05/01 | 8892462307 | 45079 | 350.33 | 05/01 | 8992506067 |
| 45020 | 396.42 | 05/19 | 7142102508 | 45080 | 1,096.09 | 05/01 | 8892727833 |
| 45021 | 409.83 | 05/01 | 8892687693 | 45081 | 1,659.58 | 05/12 | 5342697422 |
| 45022 | 637.74 | 05/01 | 8792515434 | 45083* | 422.94 | 05/19 | 4542346679 |
| 45023 | 624.10 | 05/12 | 5892227304 | 45084 | 931.28 | 05/13 | 3742672835 |
| 45024 | 577.40 | 05/13 | 4192221303 | 45085 | 762.87 | 05/01 | 8992289676 |
| 45025 | 427.75 | 05/12 | 2112373346 | 45086 | 1,272.38 | 05/15 | 4342064436 |
| 45026 | 700.99 | 05/01 | 8892955495 | 45087 | 725.66 | 05/01 | 6542547100 |
| 45028* | 376.68 | 05/12 | 9192696424 | 45088 | 1,423.34 | 05/12 | 3742505999 |
| 45029 | 648.63 | 05/15 | 9892125390 | 45089 | 1,173.54 | 05/12 | 8042496666 |
| 45031* | 775.82 | 05/13 | 5442588533 | 45091* | 1,647.43 | 05/11 | 8892225508 |

\* The preceding check(s) is still outstanding or has been included in a previous
statement or is included in the 'Other Debits' section as an ACH paperless transaction.

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number  1459077570
01 01 149 05 M0000 E#      0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

DNP

**Customer Service**
**1-888-400-9009**

HEALD COLLEGE LLC

Page    5 of    8

Bankruptcy Case Number:      1510952

# FULL ANALYSIS CHECKING

### Withdrawals and Debits

**Checks - Continued**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 45092 | 975.05 | 05/12 | 5342648339 | 45176 | 86.92 | 05/12 | 9092425947 |
| 45093 | 394.08 | 05/01 | 4292422087 | 45177 | 72.75 | 05/12 | 9292008700 |
| 45095* | 1,130.86 | 05/11 | 5792331529 | 45178 | 108.19 | 05/12 | 9192379072 |
| 45097* | 1,845.62 | 05/01 | 4292418015 | 45179 | 948.56 | 05/18 | 8092344949 |
| 45098 | 409.30 | 05/01 | 8892923036 | 45180 | 1,471.11 | 05/19 | 8492919878 |
| 45100* | 354.80 | 05/13 | 5942509853 | 45182* | 1,076.47 | 05/26 | 5792393173 |
| 45101 | 423.75 | 05/14 | 3942157912 | 45183 | 860.53 | 05/13 | 3842389705 |
| 45102 | 551.39 | 05/12 | 8042552994 | 45184 | 50.57 | 05/11 | 5682033378 |
| 45104* | 1,508.79 | 05/11 | 3642582267 | 45191* | 2.97 | 05/21 | 8992103666 |
| 45105 | 557.26 | 05/01 | 6542533854 | 45194* | 23.89 | 05/22 | 4742727015 |
| 45106 | 1,498.48 | 05/01 | 8892259071 | 45199* | 958.44 | 05/28 | 3542605297 |
| 45107 | 1,255.77 | 05/01 | 8992345764 | 45200 | 365.33 | 05/19 | 4542308096 |
| 45108 | 575.40 | 05/20 | 5192162014 | 45201 | 648.44 | 05/19 | 4992523329 |
| 45109 | 963.13 | 05/18 | 4442423088 | 45203* | 952.19 | 05/19 | 4992616700 |
| 45110 | 1,199.36 | 05/01 | 8992292548 | 45204 | 75.46 | 05/20 | 3292922455 |
| 45111 | 1,321.92 | 05/12 | 5842819168 | 45205 | 1,183.13 | 05/19 | 4992478784 |
| 45112 | 893.79 | 05/01 | 8892069892 | 45207* | 166.67 | 05/19 | 4542360869 |
| 45113 | 1,075.22 | 05/01 | 8892152060 | 45208 | 385.05 | 05/18 | 4442584852 |
| 45114 | 394.01 | 05/01 | 8892052538 | 45210* | 994.59 | 05/20 | 5192181713 |
| 45115 | 1,312.80 | 05/01 | 4292489559 | 45211 | 1,297.30 | 05/26 | 5492777539 |
| 45117* | 258.19 | 05/08 | 6282189973 | 45212 | 566.56 | 05/19 | 4992959329 |
| 45119* | 1,004.60 | 05/01 | 8992506133 | 45213 | 74.11 | 05/29 | 8392548860 |
| 45120 | 921.51 | 05/15 | 4342393919 | 45216* | 1,427.95 | 05/18 | 8102882660 |
| 45122* | 906.00 | 05/01 | 6542485448 | 45217 | 1,333.70 | 05/19 | 7142077121 |
| 45123 | 950.22 | 05/01 | 8992358593 | 45219* | 182.90 | 05/26 | 5882222891 |
| 45124 | 235.98 | 05/01 | 8892426985 | 45220 | 548.70 | 05/19 | 6242970546 |
| 45125 | 574.52 | 05/13 | 5442577456 | 45221 | 318.27 | 05/18 | 6242247339 |
| 45126 | 161.33 | 05/01 | 8892437894 | 45225* | 1,192.15 | 05/22 | 9292048650 |
| 45127 | 1,092.02 | 05/01 | 6582715937 | 45228* | 462.22 | 05/26 | 3342983765 |
| 45129* | 612.21 | 05/01 | 8792497542 | 45229 | 426.19 | 05/19 | 8592420977 |
| 45131* | 350.06 | 05/13 | 4192194341 | 45231* | 477.14 | 05/29 | 5142099374 |
| 45132 | 508.42 | 05/13 | 6092701962 | 45235* | 211.06 | 05/26 | 5792289587 |
| 45134* | 273.34 | 05/01 | 8792535008 | 45236 | 693.91 | 05/20 | 5192150204 |
| 45136* | 632.57 | 05/12 | 5842715408 | 45238* | 593.08 | 05/19 | 6242780044 |
| 45138* | 356.45 | 05/14 | 9692469776 | 45239 | 911.09 | 05/18 | 7042290533 |
| 45139 | 740.79 | 05/01 | 5682037619 | 45241* | 608.82 | 05/18 | 4792108552 |
| 45140 | 1,121.41 | 05/01 | 8892273681 | 45244* | 1,840.23 | 05/22 | 9092750998 |
| 45141 | 224.67 | 05/11 | 5792327382 | 45246* | 118.94 | 05/20 | 5092107572 |
| 45143* | 413.94 | 05/14 | 4292624820 | 45251* | 614.48 | 05/27 | 5992507583 |
| 45165* | 142.50 | 05/12 | 5842856637 | 45253* | 882.74 | 05/22 | 5682798427 |
| 45166 | 778.31 | 05/01 | 8992260117 | 45254 | 536.90 | 05/21 | 4642557842 |
| 45169* | 75.81 | 05/01 | 3942368709 | 45255 | 194.83 | 05/27 | 3442727215 |
| 45170 | 926.09 | 05/12 | 9292008699 | 45256 | 259.30 | 05/21 | 5292688833 |
| 45171 | 2,722.99 | 05/08 | 3442907967 | 45259* | 1,114.85 | 05/21 | 5292636976 |
| 45172 | 1,849.25 | 05/11 | 8592847752 | 45260 | 409.32 | 05/26 | 4942064179 |
| 45173 | 308.15 | 05/12 | 3742649486 | 45261 | 884.82 | 05/28 | 4192057734 |
| 45174 | 222.13 | 05/12 | 9192689792 | 45262 | 345.53 | 05/22 | 5392676955 |
| 45175 | 505.44 | 05/12 | 5992508026 | 45263 | 1,058.62 | 05/22 | 3242343811 |

* The preceding check(s) is still outstanding or has been included in a previous
statement or is included in the 'Other Debits' section as an ACH paperless transaction.

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number  1459077570
01 01 149 05 M0000 E#      0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

DNP

**Customer Service**
**1-888-400-9009**

**HEALD COLLEGE LLC**

Page    6 of    8

Bankruptcy Case Number:      1510952

# FULL ANALYSIS CHECKING

### Withdrawals and Debits

**Checks - Continued**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 45264 | 325.17 | 05/22 | 9292290084 | 45276 | 249.64 | 05/26 | 9492075746 |
| 45265 | 1,004.56 | 05/21 | 5292697527 | 45277 | 636.63 | 05/26 | 5492838399 |
| 45267* | 2,105.12 | 05/26 | 9692114029 | 45279* | 1,199.94 | 05/26 | 5492842493 |
| 45268 | 89.36 | 05/22 | 9292925326 | 45280 | 445.12 | 05/26 | 5492848130 |
| 45269 | 534.75 | 05/21 | 3042800155 | 45281 | 785.60 | 05/27 | 9892065608 |
| 45270 | 1,047.46 | 05/29 | 4392015221 | 45282 | 474.67 | 05/22 | 9292925330 |
| 45271 | 1,719.52 | 05/21 | 9092097530 | 45283 | 2,051.78 | 05/22 | 9292367578 |
| 45272 | 1,220.90 | 05/21 | 6582231802 | 45284 | 1,432.09 | 05/22 | 9292059265 |
| 45273 | 221.14 | 05/26 | 9392250551 | 45285 | 602.95 | 05/21 | 6442144533 |
| 45274 | 909.76 | 05/21 | 6582102810 | 45286 | 1,999.56 | 05/22 | 9292334881 |
| 45275 | 50.00 | 05/21 | 8992284736 | 442074* | 1,840.23 | 05/13 | 9292762176 |

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/05 | | .01 | Force Pay                        RSTR ACCT<br>Effective Date is 05/04/2015 | 09830100002 |
| 05/05 | | 1,000.00 | Force Pay                        RSTR ACCT<br>Effective Date is 05/04/2015 | 09830100003 |
| 05/11 | | 190.50 | Miscellaneous Debit AdjustmentDEBIT MEMO<br>N<br>FDES NNF 0022137 903302 | 04501370008 |
| 05/11 | | 354.76 | Miscellaneous Debit AdjustmentDEBIT MEMO<br>N<br>FDES NNF 0022137 903302 | 04501370007 |
| 05/11 | | 392.45 | Miscellaneous Debit AdjustmentDEBIT MEMO<br>N<br>FDES NNF 0022137 903302 | 04501370006 |
| 05/11 | | 467.32 | Miscellaneous Debit AdjustmentDEBIT MEMO<br>N<br>FDES NNF 0022137 903302 | 04501370003 |
| 05/11 | | 468.83 | Miscellaneous Debit AdjustmentDEBIT MEMO<br>N<br>FDES NNF 0022137 903302 | 04501370005 |
| 05/11 | | 774.65 | Miscellaneous Debit AdjustmentDEBIT MEMO<br>N<br>FDES NNF 0022137 903302 | 04501370004 |
| 05/13 | | 225,851.95 | HEALD COLLEGE     DES:DIR DEP     FL# 15133004591<br>INDN:SETT-BATCH 2208699639   CO ID:2208699639 CCD<br>BATCH DESC:05/09/2015            P | 33019805650 |
| 05/26 | | 253.96 | Miscellaneous Debit AdjustmentDEBIT MEMO<br>N<br>FDES NNF 0022137 903302 | 04501370002 |
| 05/26 | | 318.27 | Miscellaneous Debit AdjustmentDEBIT MEMO<br>N<br>FDES NNF 0022137 903302 | 04501370020 |

* The preceding check(s) is still outstanding or has been included in a previous
statement or is included in the 'Other Debits' section as an ACH paperless transaction.

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

**Account Number  1459077570**
01 01 149 05 M0000 E#      0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

DNP

**Customer Service**
**1-888-400-9009**

**HEALD COLLEGE LLC**

Page     7 of     8

**Bankruptcy Case Number:      1510952**

# FULL ANALYSIS CHECKING

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/27 | | 16,629.42 | HEALD COLLEGE     DES:DIR DEP     FL# 15147005091 | 47021605493 |
| | | | INDN:SETT-BATCH 2208699639  CO ID:2208699639 CCD | |
| | | | BATCH DESC:05/23/2015          P | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 152,467.00 | 152,467.00 | 05/18 | 873,471.52 | 873,471.52 |
| 05/01 | 12,430.01 | 12,430.01 | 05/19 | 859,527.99 | 859,527.99 |
| 05/04 | 11,430.00 | 11,430.00 | 05/20 | 853,852.52 | 853,852.52 |
| 05/07 | 11,171.81 | 11,171.81 | 05/21 | 845,896.06 | 845,896.06 |
| 05/08 | 3,025.56 | 3,025.56 | 05/22 | 833,161.16 | 833,161.16 |
| 05/11 | 979,648.59 | 979,648.59 | 05/26 | 820,658.21 | 820,658.21 |
| 05/12 | 931,831.25 | 931,831.25 | 05/27 | 904,979.96 | 904,979.96 |
| 05/13 | 916,322.26 | 916,322.26 | 05/28 | 902,194.88 | 902,194.88 |
| 05/14 | 905,769.62 | 905,769.62 | 05/29 | 900,453.65 | 900,453.65 |
| 05/15 | 893,138.59 | 893,138.59 | | | |

H

BANK OF AMERICA, N.A.                          Account Number  1459077570
2000 CLAYTON RD - 5TH FLOOR                    01 01 149 05 M0000 E#       0
CONCORD, CA  94520                             **Last Statement: 04/30/2015**
                                               **This Statement: 05/29/2015**

                                                         DNP

                                               **Customer Service**
                                               **1-888-400-9009**

**HEALD COLLEGE LLC**

                                               Page      8 of      8

                                               Bankruptcy Case Number:      1510952


## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**  If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account. If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.



H

BANK OF AMERICA, N.A.
P O BOX 105713
ATLANTA, GEORGIA  30348-5713

**Account Number**   3299127623
01 01 185 05 M0000 E#      0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

CLOSED DNP

**Customer Service**
**1-888-400-9009**

CORINTHIAN COLLEGES, INC.
BLOCK PENDING-ATTN  LAURA DEESE
C VUE STUDENT REFUNDS US
DEBTOR IN POSSESSION CASE  15-10952
14231 SEAWAY ROAD, SUITE 5001
GULFPORT MS  39503

Page      1 of      2

Bankruptcy Case Number:      1510952

# CONTROLLED DISBURSEMENT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | | Statement Beginning Balance | 78,852.86 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 686.00 |
| Number of Checks | 17 | Amount of Checks | 6,256.00 |
| Number of Other Debits | 1 | Amount of Other Debits | 73,282.86 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 05/05 | 1614490 | 686.00 | Return Check REFER TO MAKER CHECK # 0001614490 PAID DATE 05/01/15 | ARP RETURNED CHECK | 00090002392 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1614490 | 686.00 | 05/01 | 2114203194 | 1961788* | 195.00 | 05/01 | 4192071960 |
| 1937179* | 62.50 | 05/01 | 8592547877 | 1961792* | 195.00 | 05/01 | 4192071961 |
| 1958900* | 62.50 | 05/01 | 8592548933 | 1961800* | 195.00 | 05/01 | 4192071966 |
| 1959013* | 195.00 | 05/01 | 4192071973 | 1961807* | 195.00 | 05/01 | 4192071965 |
| 1961235* | 195.00 | 05/01 | 4192071970 | 1961814* | 195.00 | 05/01 | 4192071964 |
| 1961236 | 195.00 | 05/01 | 4192071969 | 1961822* | 195.00 | 05/01 | 4192071963 |
| 1961237 | 195.00 | 05/01 | 4192071967 | 1961823 | 195.00 | 05/01 | 4192071962 |
| 1961238 | 195.00 | 05/01 | 4192071968 | 1962330* | 3,000.00 | 05/01 | 7444209891 |
| 1961353* | 105.00 | 05/01 | 3194123278 | | | | |

#### Other Debits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 05/21 | | 73,282.86 | Force Pay Effective Date is 05/21/2015 | F/P RPT 274 | 09830000002 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 78,852.86 | 78,852.86 | 05/21 | .00 | .00 |
| 05/01 | 72,596.86 | 72,596.86 | 05/29 | .00 | .00 |
| 05/05 | 73,282.86 | 73,282.86 | | | |

\* The preceding check(s) is still outstanding or has been included in a previous
statement or is included in the 'Other Debits' section as an ACH paperless transaction.

H

BANK OF AMERICA, N.A.
P O BOX 105713
ATLANTA, GEORGIA  30348-5713

**Account Number   3299127623**
01 01 185 05 M0000 E#        0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

CLOSED DNP

**Customer Service**
**1-888-400-9009**

**CORINTHIAN COLLEGES, INC.**

Page      2 of      2

**Bankruptcy Case Number:       1510952**

## IMPORTANT INFORMATION

CHANGE OF ADDRESS.  **Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.**

TERMS AND CONDITIONS.   **All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.   **If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.**
**\* Tell us your name and account number**
**\* Describe the error or the transfer you are unsure about, and explain as clearly as**
  **you can why you believe there is an error or why you need more information**
**\* Tell us the dollar amount of the suspected error.**

**For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.**

**For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.**

DIRECT DEPOSITS.
**If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.**

REPORTING OTHER PROBLEMS.
**You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.**



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1459838904
01 01 140 05 M0000 E#       0
Last Statement:    04/30/2015
This Statement:    05/29/2015

IMG

Customer Service
1-888-400-9009

CORINTHIAN COLLEGES INC
ARIZONA GRANT ACCOUNT
DEBTOR IN POSSESSION CASE 15-10952     Page     1 of    2
6 HUTTON CENTRE DR SUITE 400
SANTA ANA CA  92707                    Bankruptcy Case Number:1510952

# FULL ANALYSIS CHECKING

## Account Summary Information

Statement Period 05/01/2015 - 05/29/2015    Statement Beginning Balance    3,798.00
Number of Deposits/Credits            0    Amount of Deposits/Credits           .00
Number of Checks                      0    Amount of Checks                     .00
Number of Other Debits                0    Amount of Other Debits               .00
                                           Statement Ending Balance       3,798.00

Number of Enclosures                  0
                                           Service Charge                       .00

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|------|----------------|-------------------|------|----------------|-------------------|
| 04/30 | 3,798.00 | 3,798.00 | 05/29 | 3,798.00 | 3,798.00 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1459838904
01 01 140 05 M0000 E#      0
Last Statement:   04/30/2015
This Statement:   05/29/2015

IMG

Customer Service
1-888-400-9009

**CORINTHIAN COLLEGES INC**

Page     2 of    2

Bankruptcy Case Number:1510952

## IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

| | |
|---|---|
| Account Number | 1453019250 |
| 01 01 140 05 M0000 E# | 0 |
| Last Statement: | 04/30/2015 |
| This Statement: | 05/29/2015 |

IMG

**Customer Service**
**1-888-400-9009**

HEALD COLLEGE LLC
BLOCK PENDING CONCENTRATION ACCOUNT
ATTN  TREASURY DEPARTMENT
DEBTOR IN POSSESSION CASE  15-10952
6 HUTTON CENTRE DR. STE 400
SANTA ANA CA  92707

Page     1 of     3

Bankruptcy Case Number:1510952

# FULL ANALYSIS CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | | |
| Number of Deposits/Credits | 10 | |
| Number of Checks | 0 | |
| Number of Other Debits | 2 | |
| | | |
| Number of Enclosures | 0 | |

| | |
|---|---|
| Statement Beginning Balance | 83,873.28 |
| Amount of Deposits/Credits | 93,391.43 |
| Amount of Checks | .00 |
| Amount of Other Debits | 125,429.36 |
| Statement Ending Balance | 51,835.35 |
| Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/01 | 11109 | 232.97 | CA QUICK BUSINESS DEPOSIT | 52604542379711 |
| 05/08 | | 6,941.80 | 36  TREAS 310   DES:  MISC PAY ID:208699639360012 INDN:HEALD COLG SAN F     CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 28004352480 |
| 05/12 | | 34,365.08 | 36  TREAS 310   DES:  MISC PAY ID:208699639360012 INDN:HEALD COLG LLC      CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 32006888940 |
| 05/18 | | 16,903.54 | 36  TREAS 310   DES:  MISC PAY ID:208699639360012 INDN:HEALD COLG LLC      CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 38003980771 |
| 05/18 | 1553350931 | 50.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 001458926737 | 123300680001293 |
| 05/19 | | 10,116.12 | 36  TREAS 310   DES:  MISC PAY ID:208699639360012 INDN:HEALD COLG LLC      CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 39005795415 |
| 05/20 | | 4,907.81 | 36  TREAS 310   DES:  MISC PAY ID:208699639360012 INDN:HEALD COLG LLC      CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 40006432424 |
| 05/22 | | 5,291.69 | 36  TREAS 310   DES:  MISC PAY ID:208699639360012 INDN:HEALD COLG LLC      CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 42008608197 |
| 05/26 | | 9,726.49 | 36  TREAS 310   DES:  MISC PAY ID:208699639360012 INDN:HEALD COLG LLC      CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 46011634413 |
| 05/28 | | 4,855.93 | 36  TREAS 310   DES:  MISC PAY ID:208699639360012 INDN:HEALD COLG LLC      CO ID:9101036151 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 48002429846 |

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

**Account Number    1453019250**
01 01 140 05 M0000 E#      0
**Last Statement:    04/30/2015**
**This Statement:    05/29/2015**

                IMG

**Customer Service**
**1-888-400-9009**

HEALD COLLEGE LLC

Page    2 of    3

**Bankruptcy Case Number:1510952**

# FULL ANALYSIS CHECKING

## Withdrawals and Debits

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/13 | 1552551146 | 120,000.00 | ACCOUNT TRANSFER TRSF TO 001459077570 | 00680002116 |
| 05/15 | | 5,429.36 | Account Analysis Fee ANALYSIS CHARGE APRIL BILLING FOR PARENT 07707-99999 | 08790013271 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 83,873.28 | 83,849.18 | 05/19 | 27,053.43 | 27,053.43 |
| 05/01 | 84,106.25 | 84,106.25 | 05/20 | 31,961.24 | 31,961.24 |
| 05/08 | 91,048.05 | 91,048.05 | 05/22 | 37,252.93 | 37,252.93 |
| 05/12 | 125,413.13 | 125,413.13 | 05/26 | 46,979.42 | 46,979.42 |
| 05/13 | 5,413.13 | 5,413.13 | 05/28 | 51,835.35 | 51,835.35 |
| 05/15 | 16.23- | 16.23- | 05/29 | 51,835.35 | 51,835.35 |
| 05/18 | 16,937.31 | 16,937.31 | | | |

H

```
BANK OF AMERICA, N.A.              Account Number   1453019250
2000 CLAYTON RD - 5TH FLOOR       01 01 140 05 M0000 E#        0
CONCORD, CA  94520                Last Statement:   04/30/2015
                                  This Statement:   05/29/2015

                                          IMG

                                  Customer Service
                                  1-888-400-9009

HEALD COLLEGE LLC

                                  Page      3 of    3

                                  Bankruptcy Case Number:1510952
```

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**   If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

INTENTIONALLY BLANK PAGE

H



H

## Bank of America

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number    1453419555
01 01 140 05 M0000 E#        0
Last Statement:   04/30/2015
This Statement:   05/29/2015

IMG  CLOSED

Customer Service
1-888-400-9009

NX 0000     000 320 009899 #@01 AT 0.416
SOCLE EDUCATION INC
DEBTOR IN POSSESSION CASE #15-10952
SOCLE
6 HUTTON CENTRE DR STE 400 TREASURY
SANTA ANA CA  92707

Page     1 of   2

Bankruptcy Case Number:1510952

## FULL ANALYSIS CHECKING

### Account Summary Information

Statement Period 05/01/2015 - 05/29/2015       Statement Beginning Balance        27,080.36
Number of Deposits/Credits            0         Amount of Deposits/Credits               .00
Number of Checks                      0         Amount of Checks                         .00
Number of Other Debits                1         Amount of Other Debits             27,080.36
                                                Statement Ending Balance                 .00

Number of Enclosures                  0
                                                Service Charge                           .00

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 05/21 | | 27,080.36 | Force Pay Effective Date is 05/21/2015 | RSTR ACCT | 09830200005 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 27,080.36 | 27,080.36 | 05/29 | .00 | .00 |
| 05/21 | .00 | .00 | | | |



H

BANK OF AMERICA, N.A.                          Account Number   1453009997
2000 CLAYTON RD - 5TH FLOOR                    01 01 149 05 M0000 E#      0
CONCORD, CA  94520                             **Last Statement: 04/30/2015**
                                               **This Statement: 05/29/2015**

                                                                    DNP

                                               **Customer Service**
                                               **1-888-400-9009**

**EVEREST COLLEGE PHOENIX INC**
**DEBTOR IN POSSESSION CASE 15-10952**
**EVE PHOENIX OL PAYROLL**                     Page     1 of    4
**TREASURY DEPARTMENT**
**6 HUTTON CENTER DR STE 400**                 Bankruptcy Case Number:      1510952
**SANTA ANA CA  92707**

# ANALYZED CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 05/01/2015 - 05/29/2015 | | Statement Beginning Balance | 41,289.72 |
| Number of Deposits/Credits | 7 | Amount of Deposits/Credits | 134,868.43 |
| Number of Checks | 55 | Amount of Checks | 59,518.57 |
| Number of Other Debits | 7 | Amount of Other Debits | 83,913.79 |
| | | Statement Ending Balance | 32,725.79 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/12 | 1551746241 | 30,000.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 001458926737 | 123300680001769 |
| 05/13 | 4061 | 724.43 | ARP CHECK ADJUSTMENT CHECK CHARGED IN ERROR CHECK # 0000004061 PAID DATE 05/12/15 | 644800090001248 |
| 05/13 | 4065 | 699.32 | ARP CHECK ADJUSTMENT CHECK CHARGED IN ERROR CHECK # 0000004065 PAID DATE 05/12/15 | 644800090001249 |
| 05/13 | 1552313511 | 89,300.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 001458926737 | 123300680002103 |
| 05/15 | | 2.89 | EVEREST COLLEGE  DES:RETURN    ID:00087673 INDN:SETT-ACH DETAIL RETURN CO ID:1452216173 CCD BATCH DESC:05/09/2015      P | 35010111021 |
| 05/15 | | 141.79 | EVEREST COLLEGE  DES:RETURN    ID:00087673 INDN:SETT-ACH DETAIL RETURN CO ID:1452216173 CCD BATCH DESC:05/09/2015      P | 35010111020 |
| 05/27 | 1555250676 | 14,000.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 001458926737 | 123300680002218 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 3617 | 291.48 | 05/14 | 3942134939 | 4016* | 145.13 | 05/01 | 4142669603 |
| 3846* | 1,213.89 | 05/01 | 6582920688 | 4018* | 393.05 | 05/11 | 5682382941 |
| 3858* | 2,228.64 | 05/01 | 2112832970 | 4019 | 410.47 | 05/15 | 6942224527 |
| 3870* | 1,386.61 | 05/12 | 9938100004 | 4020 | 739.05 | 05/14 | 3842978402 |
| 3903* | 1,226.96 | 05/01 | 8892254764 | 4021 | 341.38 | 05/14 | 3942089259 |
| 3953* | 3,813.52 | 05/01 | 8792494398 | 4022 | 580.46 | 05/01 | 8892510982 |
| 3966* | 1,493.42 | 05/26 | 5492614853 | 4025* | 430.69 | 05/01 | 2212290207 |
| 3967 | 1,554.54 | 05/08 | 8392869480 | 4027* | 1,402.58 | 05/01 | 4642187495 |
| 3974* | 1,473.70 | 05/12 | 9938100005 | 4028 | 419.27 | 05/12 | 3742547053 |
| 3995* | 2,448.93 | 05/11 | 8792727966 | 4030* | 350.22 | 05/14 | 3942134940 |
| 4014* | 1,335.72 | 05/12 | 9938100003 | 4032* | 654.90 | 05/13 | 5882278871 |

* The preceding check(s) is still outstanding or has been included in a previous
  statement or is included in the 'Other Debits' section as an ACH paperless transaction.

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

Account Number  1453009997
01 01 149 05 M0000 E#      0
Last Statement: 04/30/2015
This Statement: 05/29/2015

DNP

EVEREST COLLEGE PHOENIX INC

Customer Service
1-888-400-9009

Page    2 of    4

Bankruptcy Case Number:       1510952

## ANALYZED CHECKING

### Withdrawals and Debits

**Checks - Continued**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 4033 | 1,084.77 | 05/01 | 8992281486 | 4060 | 5,056.86 | 05/11 | 5242990130 |
| 4034 | 318.73 | 05/19 | 8492766730 | 4061 | 724.43 | 05/12 | 9938100002 |
| 4036* | 633.48 | 05/08 | 8592044723 | 4061* | 724.43 | 05/22 | 4501370002 |
| 4037 | 484.79 | 05/01 | 8992690137 | 4062 | 704.01 | 05/12 | 3742545766 |
| 4038 | 364.36 | 05/01 | 8992493044 | 4063 | 75.23 | 05/11 | 3642475435 |
| 4040* | 877.66 | 05/01 | 8892256559 | 4065* | 699.32 | 05/12 | 9938100001 |
| 4042* | 368.06 | 05/01 | 8892951670 | 4066 | 432.98 | 05/15 | 2212796920 |
| 4043 | 1,216.21 | 05/01 | 8992234070 | 4067 | 49.92 | 05/26 | 9492681968 |
| 4044 | 335.84 | 05/01 | 8892278523 | 4068 | 5.81 | 05/19 | 8592779194 |
| 4045 | 389.15 | 05/12 | 5342690758 | 4069 | 5.17 | 05/18 | 8292370578 |
| 4048* | 335.85 | 05/01 | 4142822953 | 4070 | 1,526.74 | 05/20 | 5192147169 |
| 4049 | 354.59 | 05/14 | 4292625196 | 4071 | 373.79 | 05/18 | 8292292107 |
| 4051* | 608.85 | 05/01 | 2112941349 | 4072 | 1,273.17 | 05/19 | 8492935745 |
| 4056* | 1,546.43 | 05/01 | 7442613682 | 4073 | 408.48 | 05/18 | 7042488269 |
| 4057 | 1,477.59 | 05/01 | 8892955673 | 4075* | 1,295.79 | 05/20 | 8792365399 |
| 4058 | 5,826.14 | 05/11 | 6582975761 | 4077* | 2,327.13 | 05/28 | 7442937542 |
| 4059 | 3,278.20 | 05/11 | 7942912094 | | | | |

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/11 | | 598.72 | Miscellaneous Debit AdjustmentDEBIT MEMO N FDES NNF 0022137 903302 | 04501370002 |
| 05/11 | | 1,546.43 | Miscellaneous Debit AdjustmentDEBIT MEMO N FDES NNF 0022137 903302 | 04501370001 |
| 05/13 | | 354.59 | Miscellaneous Debit AdjustmentDEBIT MEMO N FDES NNF 0022137 903302 | 04501370005 |
| 05/13 | | 631.12 | Miscellaneous Debit AdjustmentDEBIT MEMO N FDES NNF 0022137 903302 | 04501370006 |
| 05/13 | | 77,655.90 | EVEREST COLLEGE   DES:DIR DEP    FL# 15133004591 INDN:SETT-BATCH 1452216173   CO ID:1452216173 CCD BATCH DESC:05/09/2015      P | 33019805649 |
| 05/27 | | 2,427.71 | EVEREST COLLEGE   DES:DIR DEP    FL# 15147005091 INDN:SETT-BATCH 1452216173   CO ID:1452216173 CCD BATCH DESC:05/23/2015      P | 47021605492 |
| 05/29 | 4065 | 699.32 | Bank Adjustment              DEBIT MEMO FDES NNF 0022137 938772 | 04501370003 |

* The preceding check(s) is still outstanding or has been included in a previous
statement or is included in the 'Other Debits' section as an ACH paperless transaction.

H

BANK OF AMERICA, N.A.
2000 CLAYTON RD - 5TH FLOOR
CONCORD, CA  94520

**Account Number  1453009997**
01 01 149 05 M0000 E#     0
**Last Statement: 04/30/2015**
**This Statement: 05/29/2015**

DNP

**Customer Service**
**1-888-400-9009**

EVEREST COLLEGE PHOENIX INC

Page     3 of     4

**Bankruptcy Case Number:     1510952**

# ANALYZED CHECKING

Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|------|----------------|-------------------|------|----------------|-------------------|
| 04/30 | 41,289.72 | 41,289.72 | 05/18 | 30,867.96 | 30,867.96 |
| 05/01 | 21,547.44 | 21,547.44 | 05/19 | 29,270.25 | 29,270.25 |
| 05/08 | 19,359.42 | 19,359.42 | 05/20 | 26,447.72 | 26,447.72 |
| 05/11 | 5,483.92- | 5,483.92- | 05/22 | 25,723.29 | 25,723.29 |
| 05/12 | 23,003.65 | 23,003.65 | 05/26 | 24,179.95 | 24,179.95 |
| 05/13 | 34,430.89 | 34,430.89 | 05/27 | 35,752.24 | 35,752.24 |
| 05/14 | 32,354.17 | 32,354.17 | 05/28 | 33,425.11 | 33,425.11 |
| 05/15 | 31,655.40 | 31,655.40 | 05/29 | 32,725.79 | 32,725.79 |

H

```
BANK OF AMERICA, N.A.                    Account Number  1453009997
2000 CLAYTON RD - 5TH FLOOR              01 01 149 05 M0000 E#        0
CONCORD, CA  94520                       Last Statement: 04/30/2015
                                         This Statement: 05/29/2015


                                         DNP


                                         Customer Service
                                         1-888-400-9009

EVEREST COLLEGE PHOENIX INC

                                         Page      4 of     4

                                         Bankruptcy Case Number:     1510952
```

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**   If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



Corinthian Colleges Inc
Bank of the West

**DEPSTMT**
**As Of Dates: 2015-05-31**
**Printed On: Jun 2, 2015 2:41:50 PM**



| BOW | Bank of the West | USD |
|---|---|---|
| 027930974 | EP-Eve College Alhambra | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

```
                                    Statement of Account
                                    May 1, 2015 - May 31, 2015
                                    Account Number: 027-930974
                                    Page    1

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ALHAMBRA
FEDERAL FUNDS- ED PAY
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
-----------------------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING          027-930974

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ALHAMBRA
FEDERAL FUNDS- ED PAY

ACCOUNT SUMMARY                              EARNINGS SUMMARY
Beginning Balance                   $.00    Interest this statement period      $.00
        0 Credits                   0.00    Interest credited year-to-date      $.00
        0 Deposits                  0.00    Annual percentage yield earned      .00%
        0 Withdrawals               -.00    Average monthly balance             $.00
        0 Checks                    -.00
Ending Balance                      $.00
-----------------------------------------------------------------------------------------------
-------
                              End of Statement
```



| BOW | Bank of the West | USD |
|---|---|---|
| 027931089 | DL-Ev College Alhambra | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

```
                                    Statement of Account
                                    May 1, 2015 - May 31, 2015
                                    Account Number: 027-931089
                                    Page    1

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ALHAMBRA
FEDERAL FUNDS - DIR LOAN
14231 SEAWAY RD., SUITE 5001
```

GULFPORT MS  39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
--------------------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING              027-931089

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ALHAMBRA
FEDERAL FUNDS - DIR LOAN

ACCOUNT SUMMARY                                      EARNINGS SUMMARY
Beginning Balance                        $.00       Interest this statement period             $.00
         0 Credits                        0.00      Interest credited year-to-date             $.00
         0 Deposits                       0.00      Annual percentage yield earned             .00%
         0 Withdrawals                    -.00      Average monthly balance                    $.00
         0 Checks                         -.00
Ending Balance                           $.00
--------------------------------------------------------------------------------------------
-------

                               End of Statement



BOW                          Bank of the West                          USD
027931154                 Perk-Eve College Alhambra

                          As of 2015-05-31

                       Feed Name: DEPR REPORT

                      **BANK** OF THE **WEST**
                      BNP PARIBAS GROUP

                                          Statement of Account
                                          May 1, 2015 - May 31, 2015
                                          Account Number: 027-931154
                                          Page     1

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ALHAMBRA PERKINS
FEDERAL FUNDS - PERKINS
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
--------------------------------------------------------------------------------------------
-------
CLASSIC BUSINESS CHECKING              027-931154

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ALHAMBRA PERKINS
FEDERAL FUNDS - PERKINS

ACCOUNT SUMMARY                                      EARNINGS SUMMARY
Beginning Balance                   $10,426.56       Interest this statement period             $.00
         0 Credits                        0.00      Interest credited year-to-date            $1.04
         0 Deposits                       0.00      Annual percentage yield earned             .00%
         0 Withdrawals                    -.00      Average monthly balance              $10,426.56
         0 Checks                         -.00
Ending Balance                      $10,426.56
--------------------------------------------------------------------------------------------
-------

                               End of Statement

BOW                          Bank of the West                          USD
027931204                  DL-Eve College Reseda

                          As of 2015-05-31

                       Feed Name: DEPR REPORT



```
                                                    Statement of Account
                                                    May 1, 2015 - May 31, 2015
                                                    Account Number: 027-931204
                                                    Page     1


CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - RESEDA
FEDERAL FUNDS - DIR LOAN
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
------------------------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING            027-931204

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - RESEDA
FEDERAL FUNDS - DIR LOAN

ACCOUNT SUMMARY                               EARNINGS SUMMARY
Beginning Balance                    $.00     Interest this statement period           $.00
        0 Credits                    0.00     Interest credited year-to-date           $.00
        0 Deposits                   0.00     Annual percentage yield earned           .00%
        0 Withdrawals                -.00     Average monthly balance                  $.00
        0 Checks                     -.00
Ending Balance                       $.00
------------------------------------------------------------------------------------------------
-------

                               End of Statement
```

| BOW        | Bank of the West      | USD |
|------------|-----------------------|-----|
| 027931253  | EP-Eve College Reseda |     |

### As of 2015-05-31

### Feed Name: DEPR REPORT



```
                                                    Statement of Account
                                                    May 1, 2015 - May 31, 2015
                                                    Account Number: 027-931253
                                                    Page     1


CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - RESEDA
FEDERAL FUNDS - ED PAY
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
------------------------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING            027-931253

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - RESEDA
FEDERAL FUNDS - ED PAY

ACCOUNT SUMMARY                               EARNINGS SUMMARY
Beginning Balance                    $.00     Interest this statement period           $.00
        0 Credits                    0.00     Interest credited year-to-date           $.00
        0 Deposits                   0.00     Annual percentage yield earned           .00%
        0 Withdrawals                -.00     Average monthly balance                  $.00
        0 Checks                     -.00
Ending Balance                       $.00
------------------------------------------------------------------------------------------------
-------
```

End of Statement



| BOW | Bank of the West | USD |
|-----|------------------|-----|
| 027931378 | PERK-Eve College Reseda | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

Statement of Account
May 1, 2015 - May 31, 2015
Account Number: 027-931378
Page     1

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - RESEDA PERKINS
FEDERAL FUNDS - PERKINS
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

---

CLASSIC BUSINESS CHECKING          027-931378

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - RESEDA PERKINS
FEDERAL FUNDS - PERKINS

ACCOUNT SUMMARY                                 EARNINGS SUMMARY
Beginning Balance              $.91            Interest this statement period      $.00
          0 Credits            0.00            Interest credited year-to-date      $.00
          0 Deposits           0.00            Annual percentage yield earned      .00%
          0 Withdrawals        -.00            Average monthly balance             $.91
          0 Checks             -.00
Ending Balance                 $.91

---

End of Statement



| BOW | Bank of the West | USD |
|-----|------------------|-----|
| 027931469 | EP-Eve CollegeTorrance | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

Statement of Account
May 1, 2015 - May 31, 2015
Account Number: 027-931469
Page     1

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - TORRANCE FED GRANTS
FEDERAL FUNDS - ED PAY
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

```
REGULAR BUSINESS CHECKING                        027-931469

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - TORRANCE FED GRANTS
FEDERAL FUNDS - ED PAY

ACCOUNT SUMMARY                                  EARNINGS SUMMARY
Beginning Balance                 $.00           Interest this statement period        $.00
        0 Credits                 0.00           Interest credited year-to-date        $.00
        0 Deposits                0.00           Annual percentage yield earned       .00%
        0 Withdrawals            -.00            Average monthly balance               $.00
        0 Checks                 -.00
Ending Balance                    $.00
-----------------------------------------------------------------------------------------
------
```

End of Statement



| BOW | Bank of the West | USD |
|---|---|---|
| 027931741 | DL-Eve College Torrance | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

```
                                          Statement of Account
                                          May 1, 2015 - May 31, 2015
                                          Account Number: 027-931741
                                          Page      1

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - TORRANCE DL
FEDERAL FUNDS - DIR LOAN
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
-------------------------------------------------------------------------------------------
------
REGULAR BUSINESS CHECKING                        027-931741

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - TORRANCE DL
FEDERAL FUNDS - DIR LOAN

ACCOUNT SUMMARY                                  EARNINGS SUMMARY
Beginning Balance                 $.00           Interest this statement period        $.00
        0 Credits                 0.00           Interest credited year-to-date        $.00
        0 Deposits                0.00           Annual percentage yield earned       .00%
        0 Withdrawals            -.00            Average monthly balance               $.00
        0 Checks                 -.00
Ending Balance                    $.00
-----------------------------------------------------------------------------------------
------
```

End of Statement



| BOW | Bank of the West | USD |
|---|---|---|
| 027932574 | PERK-Eve College Anaheim | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

```
                                          Statement of Account
                                          May 1, 2015 - May 31, 2015
                                          Account Number: 027-932574
```

Page    1

```
CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ANAHEIM PERKINS
FED FUNDS - PERKINS
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - -
CLASSIC BUSINESS CHECKING                    027-932574

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ANAHEIM PERKINS
FED FUNDS - PERKINS

ACCOUNT SUMMARY                                              EARNINGS SUMMARY
Beginning Balance                     $26,437.86             Interest this statement period                 $.00
        0 Credits                          0.00             Interest credited year-to-date               $2.60
        0 Deposits                         0.00             Annual percentage yield earned                .00%
        0 Withdrawals                      -.00             Average monthly balance                 $26,437.86
        0 Checks                           -.00
Ending Balance                        $26,437.86
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - -
                                End of Statement
```



```
BOW          Bank of the West                              USD
027932715    DL-Eve College Anaheim
```

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

**BANK OF THE WEST**
**BNP PARIBAS GROUP**

```
                                        Statement of Account
                                        May 1, 2015 - May 31, 2015
                                        Account Number: 027-932715
                                        Page     1


CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ANAHEIM DL
FEDERAL FUNDS - DIR LOAN
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - -
REGULAR BUSINESS CHECKING                    027-932715

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ANAHEIM DL
FEDERAL FUNDS - DIR LOAN

ACCOUNT SUMMARY                                              EARNINGS SUMMARY
Beginning Balance                          $.00             Interest this statement period                 $.00
        0 Credits                          0.00             Interest credited year-to-date                $.00
        0 Deposits                         0.00             Annual percentage yield earned                .00%
        0 Withdrawals                      -.00             Average monthly balance                        $.00
        0 Checks                           -.00
Ending Balance                             $.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - -
                                End of Statement
```

```
BOW          Bank of the West                              USD
027932897    EP-Eve College Anaheim
```

| As of 2015-05-31 |
| --- |
| **Feed Name: DEPR REPORT** |

**BANK** OF THE **WEST**

**BNP PARIBAS GROUP**

Statement of Account
May 1, 2015 - May 31, 2015
Account Number: 027-932897
Page     1

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ANAHEIM FED GRANTS
FEDERAL FUNDS - ED PAY
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

--------------------------------------------------------------------------------------
REGULAR BUSINESS CHECKING              027-932897

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ANAHEIM FED GRANTS
FEDERAL FUNDS - ED PAY

| ACCOUNT SUMMARY | | EARNINGS SUMMARY | |
| --- | --- | --- | --- |
| Beginning Balance | $.00 | Interest this statement period | $.00 |
| 0 Credits | 0.00 | Interest credited year-to-date | $.00 |
| 0 Deposits | 0.00 | Annual percentage yield earned | .00% |
| 0 Withdrawals | -.00 | Average monthly balance | $.00 |
| 0 Checks | -.00 | | |
| Ending Balance | $.00 | | |

--------------------------------------------------------------------------------------

End of Statement

| BOW | Bank of the West | USD |
| --- | --- | --- |
| 027933036 | PERK-Eve College Los Angeles | |

| As of 2015-05-31 |
| --- |
| **Feed Name: DEPR REPORT** |

**BANK** OF THE **WEST**

**BNP PARIBAS GROUP**

Statement of Account
May 1, 2015 - May 31, 2015
Account Number: 027-933036
Page     1

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - LA PERKINS
FEDERAL FUNDS - PERKINS
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

--------------------------------------------------------------------------------------
CLASSIC BUSINESS CHECKING              027-933036

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - LA PERKINS
FEDERAL FUNDS - PERKINS

| ACCOUNT SUMMARY | | EARNINGS SUMMARY | |
| --- | --- | --- | --- |
| Beginning Balance | $32,033.94 | Interest this statement period | $.00 |
| 0 Credits | 0.00 | Interest credited year-to-date | $2.22 |
| 0 Deposits | 0.00 | Annual percentage yield earned | .00% |
| 0 Withdrawals | -.00 | Average monthly balance | $32,033.94 |

```
            0 Checks                    -.00
      Ending Balance                $32,033.94
```

End of Statement



| BOW | Bank of the West | USD |
|---|---|---|
| 027933333 | PERK-Eve College San Bernardino | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

BANK OF THE WEST
BNP PARIBAS GROUP

```
                                      Statement of Account
                                      May 1, 2015 - May 31, 2015
                                      Account Number: 027-933333
                                      Page      1

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - SAN BERNARDINO
FEDERAL FUNDS - PERKINS
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
```
```
CLASSIC BUSINESS CHECKING           027-933333

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - SAN BERNARDINO
FEDERAL FUNDS - PERKINS

ACCOUNT SUMMARY                              EARNINGS SUMMARY
Beginning Balance           $494.85          Interest this statement period            $.00
         0 Credits             0.00          Interest credited year-to-date            $.04
         0 Deposits            0.00          Annual percentage yield earned           .00%
         0 Withdrawals         -.00          Average monthly balance               $494.85
         0 Checks              -.00
Ending Balance              $494.85
```

End of Statement



| BOW | Bank of the West | USD |
|---|---|---|
| 027933341 | PERK-Eve College San JoseN | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

BANK OF THE WEST
BNP PARIBAS GROUP

```
                                      Statement of Account
                                      May 1, 2015 - May 31, 2015
                                      Account Number: 027-933341
                                      Page      1

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - SANJOSEN PERKINS
FEDERAL FUNDS - PERKINS
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660
```

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

---

CLASSIC BUSINESS CHECKING                027-933341

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - SANJOSEN PERKINS
FEDERAL FUNDS - PERKINS

ACCOUNT SUMMARY                                    EARNINGS SUMMARY
Beginning Balance              $3,987.28           Interest this statement period            $.00
        0 Credits                   0.00           Interest credited year-to-date            $.39
        0 Deposits                  0.00           Annual percentage yield earned            .00%
        0 Withdrawals              -.00            Average monthly balance              $3,987.28
        0 Checks                   -.00
Ending Balance                 $3,987.28

---

                        End of Statement



| BOW | Bank of the West | USD |
| 027933473 | EP-Eve College San Bernardino | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

                                        Statement of Account
                                        May 1, 2015 - May 31, 2015
                                        Account Number: 027-933473
                                        Page     1

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - SAN BERNARDINO
FEDERAL FUNDS - ED PAY
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

---

REGULAR BUSINESS CHECKING                027-933473

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - SAN BERNARDINO
FEDERAL FUNDS - ED PAY

ACCOUNT SUMMARY                                    EARNINGS SUMMARY
Beginning Balance                 $.00            Interest this statement period            $.00
        0 Credits                  0.00           Interest credited year-to-date            $.00
        0 Deposits                 0.00           Annual percentage yield earned            .00%
        0 Withdrawals             -.00            Average monthly balance                   $.00
        0 Checks                  -.00
Ending Balance                    $.00

---

                        End of Statement



| BOW | Bank of the West | USD |
| 027933481 | DL-Eve College San Bernardino | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

```
                                                      Statement of Account
                                                      May 1, 2015 - May 31, 2015
                                                      Account Number: 027-933481
                                                      Page      1


CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - SAN BERNARDINO
FEDERAL FUNDS - DIR LOAN
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

-------------------------------------------------------------------------------------
------
REGULAR BUSINESS CHECKING                027-933481

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - SAN BERNARDINO
FEDERAL FUNDS - DIR LOAN

ACCOUNT SUMMARY                                    EARNINGS SUMMARY
Beginning Balance                       $.00       Interest this statement period            $.00
        0 Credits                       0.00       Interest credited year-to-date            $.00
        0 Deposits                      0.00       Annual percentage yield earned            .00%
        0 Withdrawals                   -.00       Average monthly balance                   $.00
        0 Checks                        -.00
Ending Balance                          $.00
-------------------------------------------------------------------------------------
------
                                     End of Statement
```



```
BOW                              Bank of the West                                 USD
027933580                      PERK-Eve College Hayward

                             As of 2015-05-31

                           Feed Name: DEPR REPORT


                                                      Statement of Account
                                                      May 1, 2015 - May 31, 2015
                                                      Account Number: 027-933580
                                                      Page      1


CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - HAYWARD
FEDERAL FUNDS - PERKINS
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

-------------------------------------------------------------------------------------
------
CLASSIC BUSINESS CHECKING                027-933580

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - HAYWARD
FEDERAL FUNDS - PERKINS

ACCOUNT SUMMARY                                    EARNINGS SUMMARY
Beginning Balance                      $1.16       Interest this statement period            $.00
        0 Credits                       0.00       Interest credited year-to-date            $.00
        0 Deposits                      0.00       Annual percentage yield earned            .00%
        0 Withdrawals                   -.00       Average monthly balance                  $1.16
        0 Checks                        -.00
Ending Balance                         $1.16
-------------------------------------------------------------------------------------
------
                                     End of Statement
```

| BOW | Bank of the West | USD |
|---|---|---|
| 027933598 | DL-Ev College Gardena | |

As of 2015-05-31

Feed Name: DEPR REPORT



```
                                              Statement of Account
                                              May 1, 2015 - May 31, 2015
                                              Account Number: 027-933598
                                              Page      1


CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - GARDENA
FEDERAL FUNDS - DIR LOAN
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
```
------------------------------------------------------------------------------------------
```
REGULAR BUSINESS CHECKING              027-933598

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - GARDENA
FEDERAL FUNDS - DIR LOAN

ACCOUNT SUMMARY                               EARNINGS SUMMARY
Beginning Balance                  $.00       Interest this statement period        $.00
        0 Credits                   0.00      Interest credited year-to-date        $.00
        0 Deposits                  0.00      Annual percentage yield earned        .00%
        0 Withdrawals              -.00       Average monthly balance               $.00
        0 Checks                   -.00
Ending Balance                     $.00
```
------------------------------------------------------------------------------------------

End of Statement

| BOW | Bank of the West | USD |
|---|---|---|
| 027933622 | EP-Ev College Gardena | |

As of 2015-05-31

Feed Name: DEPR REPORT



```
                                              Statement of Account
                                              May 1, 2015 - May 31, 2015
                                              Account Number: 027-933622
                                              Page      1


CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - GARDENA
FEDERAL FUNDS - ED PAY
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
```
------------------------------------------------------------------------------------------
```
REGULAR BUSINESS CHECKING              027-933622

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - GARDENA
FEDERAL FUNDS - ED PAY
```

```
ACCOUNT SUMMARY                              EARNINGS SUMMARY
Beginning Balance              $.00          Interest this statement period        $.00
        0 Credits               0.00         Interest credited year-to-date        $.00
        0 Deposits              0.00         Annual percentage yield earned        .00%
        0 Withdrawals          -.00          Average monthly balance               $.00
        0 Checks               -.00
Ending Balance                 $.00
-------------------------------------------------------------------------------------
-------
                              End of Statement
```



| BOW | Bank of the West | USD |
| 027933648 | Perk-Ev College Gardena | |

### As of 2015-05-31

### Feed Name: DEPR REPORT

**BANK OF THE WEST**

**BNP PARIBAS GROUP**

```
                                        Statement of Account
                                        May 1, 2015 - May 31, 2015
                                        Account Number: 027-933648
                                        Page     1


CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - GARDENA
FEDERAL FUNDS - PERKINS
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

-------------------------------------------------------------------------------------
CLASSIC BUSINESS CHECKING            027-933648

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - GARDENA
FEDERAL FUNDS - PERKINS

ACCOUNT SUMMARY                              EARNINGS SUMMARY
Beginning Balance          $7,580.08         Interest this statement period        $.00
        0 Credits               0.00         Interest credited year-to-date        $.74
        0 Deposits              0.00         Annual percentage yield earned        .00%
        0 Withdrawals          -.00          Average monthly balance          $7,580.08
        0 Checks               -.00
Ending Balance             $7,580.08
-------------------------------------------------------------------------------------
-------
                              End of Statement
```



| BOW | Bank of the West | USD |
| 027933739 | DL-Eve College Ontario | |

### As of 2015-05-31

### Feed Name: DEPR REPORT

**BANK OF THE WEST**

**BNP PARIBAS GROUP**

```
                                        Statement of Account
                                        May 1, 2015 - May 31, 2015
                                        Account Number: 027-933739
                                        Page     1


CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ONTARIO
```

```
FEDERAL FUNDS - DIR LOAN
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
-----------------------------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING                   027-933739

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ONTARIO
FEDERAL FUNDS - DIR LOAN

ACCOUNT SUMMARY                                  EARNINGS SUMMARY
Beginning Balance                    $.00        Interest this statement period          $.00
        0 Credits                    0.00        Interest credited year-to-date          $.00
        0 Deposits                   0.00        Annual percentage yield earned          .00%
        0 Withdrawals               -.00         Average monthly balance                 $.00
        0 Checks                    -.00
Ending Balance                       $.00
-----------------------------------------------------------------------------------------------------
-------

                                   End of Statement
```



```
BOW          Bank of the West                                    USD
027933861    EP-Eve College Ontario
```

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

**BANK OF THE WEST**
**BNP PARIBAS GROUP**

```
                                          Statement of Account
                                          May 1, 2015 - May 31, 2015
                                          Account Number: 027-933861
                                          Page     1


CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ONTARIO
FEDERAL FUNDS - ED PAY
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
-----------------------------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING                   027-933861

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - ONTARIO
FEDERAL FUNDS - ED PAY

ACCOUNT SUMMARY                                  EARNINGS SUMMARY
Beginning Balance                    $.00        Interest this statement period          $.00
        0 Credits                    0.00        Interest credited year-to-date          $.00
        0 Deposits                   0.00        Annual percentage yield earned          .00%
        0 Withdrawals               -.00         Average monthly balance                 $.00
        0 Checks                    -.00
Ending Balance                       $.00
-----------------------------------------------------------------------------------------------------
-------

                                   End of Statement
```

```
BOW          Bank of the West                                    USD
027933978    Perk-Ev College San Francisco
```

**As of 2015-05-31**

**Feed Name: DEPR REPORT**



```
                                              Statement of Account
                                              May 1, 2015 - May 31, 2015
                                              Account Number: 027-933978
                                              Page     1


CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - SAN FRANCISCO
FEDERAL FUNDS - PERKINS
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
----------------------------------------------------------------------------------------------------
-------
CLASSIC BUSINESS CHECKING             027-933978

CORINTHIAN SCHOOLS INC
EVEREST COLLEGE - SAN FRANCISCO
FEDERAL FUNDS - PERKINS

ACCOUNT SUMMARY                               EARNINGS SUMMARY
Beginning Balance          $30,520.69         Interest this statement period            $.00
         0 Credits              0.00          Interest credited year-to-date           $3.01
         0 Deposits             0.00          Annual percentage yield earned            .00%
         0 Withdrawals         -.00           Average monthly balance             $30,520.69
         0 Checks              -.00
Ending Balance             $30,520.69
----------------------------------------------------------------------------------------------------
-------

                                    End of Statement
```

| BOW | Bank of the West | USD |
|---|---|---|
| 027935155 | EP-Eve Institute Rochester | |

| As of 2015-05-31 |
|---|

| Feed Name: DEPR REPORT |
|---|

```
                                              Statement of Account
                                              May 1, 2015 - May 31, 2015
                                              Account Number: 027-935155
                                              Page     1


RHODES BUSINESS GROUP INC
EVEREST INSTITUTE - ROCHESTER
FEDERAL FUNDS - ED PAY
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
----------------------------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING             027-935155

RHODES BUSINESS GROUP INC
EVEREST INSTITUTE - ROCHESTER
FEDERAL FUNDS - ED PAY

ACCOUNT SUMMARY                               EARNINGS SUMMARY
Beginning Balance              $.00           Interest this statement period            $.00
         0 Credits             0.00           Interest credited year-to-date            $.00
         0 Deposits            0.00           Annual percentage yield earned            .00%
         0 Withdrawals        -.00            Average monthly balance                   $.00
         0 Checks             -.00
Ending Balance                 $.00
----------------------------------------------------------------------------------------------------
-------
```

End of Statement



| BOW | Bank of the West | USD |
|---|---|---|
| 027935171 | DL-Eve Institute Rochester | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

Statement of Account
May 1, 2015 - May 31, 2015
Account Number: 027-935171
Page     1

RHODES BUSINESS GROUP INC
EVEREST INSTITUTE - ROCHESTER
FEDERAL FUNDS - DIR LOAN
14231 SEAWAY RD., SUITE 5001
GULFPORT MS   39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

-------
REGULAR BUSINESS CHECKING           027-935171

RHODES BUSINESS GROUP INC
EVEREST INSTITUTE - ROCHESTER
FEDERAL FUNDS - DIR LOAN

ACCOUNT SUMMARY                              EARNINGS SUMMARY
Beginning Balance               $.00         Interest this statement period        $.00
       0 Credits                0.00         Interest credited year-to-date        $.00
       0 Deposits               0.00         Annual percentage yield earned        .00%
       0 Withdrawals           -.00          Average monthly balance               $.00
       0 Checks                -.00
Ending Balance                  $.00
-------

End of Statement



| BOW | Bank of the West | USD |
|---|---|---|
| 028271437 | DL-Everest College Phoenix Inc | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

Statement of Account
May 1, 2015 - May 31, 2015
Account Number: 028-271437
Page     1

EVEREST COLLEGE PHOENIX INC
FEDERAL FUNDS - DIR LOAN
14231 SEAWAY RD., SUITE 5001
GULFPORT MS   39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

-------
REGULAR BUSINESS CHECKING           028-271437

```
EVEREST COLLEGE PHOENIX INC
FEDERAL FUNDS - DIR LOAN

ACCOUNT SUMMARY                                    EARNINGS SUMMARY
Beginning Balance                     $.00         Interest this statement period          $.00
        0 Credits                     0.00         Interest credited year-to-date          $.00
        0 Deposits                    0.00         Annual percentage yield earned          .00%
        0 Withdrawals                 -.00         Average monthly balance                 $.00
        0 Checks                      -.00
Ending Balance                        $.00
----------------------------------------------------------------------------------------------
-------

                                   End of Statement
```



```
┌─────────────────────────────────────────────────────────────────────────────────┐
│ BOW                          Bank of the West                                USD  │
│ 028271494                   EP-Eve College Phoenix                                │
└─────────────────────────────────────────────────────────────────────────────────┘
```

**As of 2015-05-31**

**Feed Name: DEPR REPORT**

BANK OF THE WEST

BNP PARIBAS GROUP

```
                                        Statement of Account
                                        May 1, 2015 - May 31, 2015
                                        Account Number: 028-271494
                                        Page     1


EVEREST COLLEGE PHOENIX INC
FEDERAL FUNDS - ED PAY
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
----------------------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING              028-271494

EVEREST COLLEGE PHOENIX INC
FEDERAL FUNDS - ED PAY

ACCOUNT SUMMARY                                    EARNINGS SUMMARY
Beginning Balance                     $.00         Interest this statement period          $.00
        0 Credits                     0.00         Interest credited year-to-date          $.00
        0 Deposits                    0.00         Annual percentage yield earned          .00%
        0 Withdrawals                 -.00         Average monthly balance                 $.00
        0 Checks                      -.00
Ending Balance                        $.00
----------------------------------------------------------------------------------------------
-------
                                   End of Statement
```




Corinthian Colleges Inc
Bank of the West

**DEPSTMT**
**As Of Dates: 2015-05-31**
**Printed On: Jun 2, 2015 2:43:05 PM**



| BOW | Bank of the West | USD |
|---|---|---|
| 028210823 | DL-Heald SanFran 007234 | |

### As of 2015-05-31

### Feed Name: DEPR REPORT

```
                              Statement of Account
                              May 1, 2015 - May 31, 2015
                              Account Number: 028-210823
                              Page     1


HEALD COLLEGE LLC
HEALD COLLEGE - SAN FRAN/HONOLULU
PORTLAND FEDERAL FUNDS - DIR LOAN
14231 SEAWAY RD, SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
    ----------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING           028-210823

HEALD COLLEGE LLC
HEALD COLLEGE - SAN FRAN/HONOLULU
PORTLAND FEDERAL FUNDS - DIR LOAN

ACCOUNT SUMMARY                                EARNINGS SUMMARY
Beginning Balance                  $.00        Interest this statement period          $.00
        0 Credits                  0.00        Interest credited year-to-date          $.00
        0 Deposits                 0.00        Annual percentage yield earned          .00%
        0 Withdrawals              -.00        Average monthly balance                 $.00
        0 Checks                   -.00
Ending Balance                     $.00
    ----------------------------------------------------------------------------------
-------
                              End of Statement
```



| BOW | Bank of the West | USD |
|---|---|---|
| 028210971 | EP-Heald SanFran 007234 | |

### As of 2015-05-31

### Feed Name: DEPR REPORT

```
                              Statement of Account
                              May 1, 2015 - May 31, 2015
                              Account Number: 028-210971
                              Page     1


HEALD COLLEGE LLC
HEALD COLLEGE - SAN FRAN/HONOLULU
PORTLAND FEDERAL FUNDS - ED PAY
14231 SEAWAY RD., SUITE 5001
```

GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
--------------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING                    028-210971

HEALD COLLEGE LLC
HEALD COLLEGE - SAN FRAN/HONOLULU
PORTLAND FEDERAL FUNDS - ED PAY

ACCOUNT SUMMARY                                EARNINGS SUMMARY
Beginning Balance                    $.00      Interest this statement period              $.00
          0 Credits                   0.00     Interest credited year-to-date             $.00
          0 Deposits                  0.00     Annual percentage yield earned             .00%
          0 Withdrawals              -.00      Average monthly balance                    $.00
          0 Checks                   -.00
Ending Balance                       $.00
--------------------------------------------------------------------------------------
-------

                              End of Statement



Corinthian Colleges Inc
Bank of the West

| DEPSTMT |
| :---: |
| As Of Dates: 2015-05-31 |
| Printed On: Jun 2, 2015 2:42:41 PM |

| BOW | Bank of the West | USD |
| :--- | :---: | ---: |
| 027928432 | DL-Wyotech Fremont | |



| As of 2015-05-31 |
| :---: |

| Feed Name: DEPR REPORT |
| :---: |

Statement of Account
May 1, 2015 - May 31, 2015
Account Number: 027-928432
Page     1

SEQUOIA EDUCATION INC
WYOTECH-FREMONT
FEDERAL FUNDS-DIR LOAN
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
----------------------------------------------------------------------------------
REGULAR BUSINESS CHECKING           027-928432

SEQUOIA EDUCATION INC
WYOTECH-FREMONT
FEDERAL FUNDS-DIR LOAN

ACCOUNT SUMMARY                                EARNINGS SUMMARY
Beginning Balance                     $.00     Interest this statement period      $.00
          0 Credits                   0.00     Interest credited year-to-date      $.00
          0 Deposits                  0.00     Annual percentage yield earned      .00%
          0 Withdrawals               -.00     Average monthly balance             $.00
          0 Checks                    -.00
Ending Balance                        $.00
----------------------------------------------------------------------------------

                              End of Statement

| BOW | Bank of the West | USD |
| :--- | :---: | ---: |
| 027928473 | EP-Wyotech Fremont | |



| As of 2015-05-31 |
| :---: |

| Feed Name: DEPR REPORT |
| :---: |

Statement of Account
May 1, 2015 - May 31, 2015
Account Number: 027-928473
Page     1

SEQUOIA EDUCATION INC
WYOTECH-FREMONT
FEDERAL FUNDS-ED PAY
14231 SEAWAY RD., SUITE 5001

GULFPORT MS  39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

```
------
REGULAR BUSINESS CHECKING              027-928473

SEQUOIA EDUCATION INC
WYOTECH-FREMONT
FEDERAL FUNDS-ED PAY

ACCOUNT SUMMARY                                    EARNINGS SUMMARY
Beginning Balance                   $.00           Interest this statement period        $.00
         0 Credits                  0.00           Interest credited year-to-date        $.00
         0 Deposits                 0.00           Annual percentage yield earned        .00%
         0 Withdrawals              -.00           Average monthly balance               $.00
         0 Checks                   -.00
Ending Balance                      $.00
------
```

End of Statement



| BOW | Bank of the West | USD |
| 027928598 | PERK-Wyotech Fremont | |

### As of 2015-05-31

### Feed Name: DEPR REPORT

**BANK OF THE WEST**
**BNP PARIBAS GROUP**

```
                                       Statement of Account
                                       May 1, 2015 - May 31, 2015
                                       Account Number: 027-928598
                                       Page      1
```

SEQUOIA EDUCATION INC
WYOTECH-FREMONT
FEDERAL FUNDS-PERKINS
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660

For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

```
------
CLASSIC BUSINESS CHECKING              027-928598

SEQUOIA EDUCATION INC
WYOTECH-FREMONT
FEDERAL FUNDS-PERKINS

ACCOUNT SUMMARY                                    EARNINGS SUMMARY
Beginning Balance              $11,569.67          Interest this statement period        $.00
         0 Credits                  0.00           Interest credited year-to-date       $1.14
         0 Deposits                 0.00           Annual percentage yield earned        .00%
         0 Withdrawals              -.00           Average monthly balance         $11,569.67
         0 Checks                   -.00
Ending Balance                 $11,569.67
------
```

End of Statement



| BOW | Bank of the West | USD |
| 027933150 | EP-Wyotech Long Beach | |

### As of 2015-05-31

### Feed Name: DEPR REPORT



```
                                                    Statement of Account
                                                    May 1, 2015 - May 31, 2015
                                                    Account Number: 027-933150
                                                    Page     1


CORINTHIAN SCHOOLS INC
WYOTECH -LONG BEACH
FEDERAL FUNDS - ED PAY
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
------------------------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING              027-933150

CORINTHIAN SCHOOLS INC
WYOTECH -LONG BEACH
FEDERAL FUNDS - ED PAY

ACCOUNT  SUMMARY                                 EARNINGS SUMMARY
Beginning Balance                     $.00       Interest this statement period          $.00
          0 Credits                    0.00      Interest credited year-to-date          $.00
          0 Deposits                   0.00      Annual percentage yield earned           .00%
          0 Withdrawals               -.00       Average monthly balance                 $.00
          0 Checks                    -.00
Ending Balance                        $.00
------------------------------------------------------------------------------------------------
-------

                                      End of Statement
```

| BOW | Bank of the West | USD |
|---|---|---|
| 027933200 | DL-Wyotech Long Beach | |

**As of 2015-05-31**

**Feed Name: DEPR REPORT**



```
                                                    Statement of Account
                                                    May 1, 2015 - May 31, 2015
                                                    Account Number: 027-933200
                                                    Page     1


CORINTHIAN SCHOOLS INC
WYOTECH -LONG BEACH
FEDERAL FUNDS - DIR LOAN
14231 SEAWAY RD., SUITE 5001
GULFPORT MS  39503 4660


For your protection:
Examine this statement promptly.  Any discrepancy must be reported within 30 days.  Consumer customers:
A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.
------------------------------------------------------------------------------------------------
-------
REGULAR BUSINESS CHECKING              027-933200

CORINTHIAN SCHOOLS INC
WYOTECH -LONG BEACH
FEDERAL FUNDS - DIR LOAN

ACCOUNT  SUMMARY                                 EARNINGS SUMMARY
Beginning Balance                     $.00       Interest this statement period          $.00
          0 Credits                    0.00      Interest credited year-to-date          $.00
          0 Deposits                   0.00      Annual percentage yield earned           .00%
          0 Withdrawals               -.00       Average monthly balance                 $.00
          0 Checks                    -.00
Ending Balance                        $.00
------------------------------------------------------------------------------------------------
-------
```

End of Statement

```
**********AUTO**SCH 5-DIGIT 82072
10697 0.6525 AV 0.381    37 1 229


MJB ACQUISITION CORP
WYOMING TECHNICAL INSTITUTE                                    30-2
STUDENT INSURANCE                                             0
4373 N 3RD ST                                                 3
LARAMIE WY  82072-9519
```

================================================================
     ANB offers experienced lenders with market knowledge, whether you need a
     business loan or line of credit, or a commercial real estate, SBA or a
     food/agricultural loan.  Speak with your banker today about the right
     loan to build your business.    Member FDIC   Equal Housing Lender

================================================================
                 BUSINESSFREE CKG ACCOUNT 189056
================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 04/30/15 | 35,430.75 |
| CHECK # 11995 | 95.60 | | 05/01/15 | 35,335.15 |
| CHECK # 11997 | 532.99 | | 05/04/15 | 34,802.16 |
| CHECK # 11998 | 176.91 | | 05/26/15 | 34,625.25 |
| BALANCE THIS STATEMENT ............................... | | | 05/29/15 | 34,625.25 |

| TOTAL CREDITS | (0) | .00 | MINIMUM BALANCE | 34,625.25 |
|---|---|---|---|---|
| TOTAL DEBITS | (3) | 805.50 | AVG AVAILABLE BALANCE | 34,832.89 |
| | | | AVERAGE BALANCE | 34,832.89 |

================================================================
                    YOUR CHECKS SEQUENCED
================================================================

DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

05/01   11995*     95.60 05/04    11997     532.99 05/26    11998     176.91

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
            * * * C O N T I N U E D * * *

MJB ACQUISITION CORP

===============================================================================
BUSINESSFREE CKG ACCOUNT 189056
===============================================================================

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
****************************************************************
*                         |    TOTAL FOR    |      TOTAL       *
*                         |   THIS PERIOD   |   YEAR TO DATE   *
*------------------------------------------------------------- *
* TOTAL OVERDRAFT FEES:   |      $.00       |       $.00       *
*------------------------------------------------------------- *
* TOTAL RETURNED ITEM FEES:|     $.00       |       $.00       *
****************************************************************
```



11995     05/01/15     $95.60



11997     05/04/15     $532.99



11998     05/26/15     $176.91



# usbank

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3242      TRN                              Y      ST01

**Business Statement**

Account Number:
1 539 1013 2585
Statement Period:
May 1, 2015
through
May 31, 2015

Page 1 of 3



ırlı|ılı|ılı|ı|ı|ılırı|ı|ı|ı|ılı|ı|ı|ı|ılırı|ı|ı|ı|ırılı|ı|ı|ılı|
000055486 1 SP      106481058980611 S
CORINTHIAN COLLEGES INC
CONSOLIDATION ACCOUNT
6 HUTTON CENTRE DR STE 400
SANTA ANA CA  92707-8762

☎                                    *To Contact U.S. Bank*

**Commercial Customer
Service:**                                   1-877-383-0633

**Telecommunications Device
for the Deaf:**                              1-800-685-5065
**Internet:**                                  usbank.com

## NEWS FOR YOU

**Have you tried External Transfers yet?**
Quickly and easily move funds between your U.S. Bank account and your accounts at other financial institutions. Use it to set up recurring transfers into your U.S. Bank Savings account, or schedule transfers in advance to boost your savings goals. Get started today: In Online Banking, choose "Payments & Transfers", then "Transfers" then "External Transfers." Follow the instructions to link your U.S. Bank account to your external account. Fees may apply.

**Go paperless with Online Statements**
Get your financial documents the fastest and most secure way by having them delivered directly to your Online Banking account. Reduce paper clutter and stay organized with access to up to seven years of statements online for easy reference.  Know that your information is secure within Online Banking and get automatic alerts when your latest statement is available.  In addition to account statements, you can take full advantage of our paperless services by having other letters, notices and even 1099s electronically delivered to your secure Online Banking account.
It's easy to sign up, visit usbank.com/onlinestatements to learn more!

## CORPORATE CHECKING

*Member FDIC*

U.S. Bank National Association

Account Number 1-539-1013-2585

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on May 1 | | $ | 47,959.49 |
| Other Deposits | 25 | | 18,881.56 |
| Other Withdrawals | 21 | | 31,595.40 - |
| **Ending Balance on  May 31, 2015** | | **$** | **35,245.65** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May  1 | Electronic Settlement | From Corinthian Colle | | $ | 68.41 |
| | REF=15121003082094 Y | SETTLMT PSTuitionPMT | | | |
| May  1 | Electronic Settlement | From Corinthian Colle | | | 90.00 |
| | REF=15121003082114 Y | SETTLMT PSTuitionPMT | | | |
| May  1 | MERCH 8022861150 | SANTA AN DEPOSIT | | | 476.56 |
| May  4 | Electronic Settlement | From Corinthian Colle | | | 30.00 |
| | REF=15124014676365 Y | SETTLMT PSTuitionPMT | | | |
| May  4 | Electronic Settlement | From Corinthian Colle | | | 40.00 |
| | REF=15124009189041 Y | SETTLMT PSTuitionPMT | | | |
| May  4 | Electronic Settlement | From Corinthian Colle | | | 1,881.81 |
| | REF=15124009188878 Y | SETTLMT PSTuitionPMT | | | |
| May  4 | Electronic Settlement | From Corinthian Colle | | | 2,861.75 |
| | REF=15124009188905 Y | SETTLMT PSTuitionPMT | | | |
| May  4 | Electronic Settlement | From Corinthian Colle | | | 2,915.19 |
| | REF=15124009188886 Y | SETTLMT PSTuitionPMT | | | |
| May  4 | MERCH 8022861150 | SANTA AN DEPOSIT | | | 8,392.62 |
| May  5 | Electronic Settlement | From Corinthian Colle | | | 87.58 |
| | REF=15125002840074 Y | SETTLMT PSTuitionPMT | | | |
| May  5 | Electronic Settlement | From Corinthian Colle | | | 309.08 |
| | REF=15125002840056 Y | SETTLMT PSTuitionPMT | | | |
| May  5 | MERCH 8022861150 | SANTA AN DEPOSIT | | | 734.10 |

# US bank

### BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.             $_____

5. Total lines 3 and 4.                                                                 $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.       $_____

7. Subtract line 6 from line 5. This is your balance.                                   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

  *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## CONSUMER BILLING RIGHTS SUMMARY

### What To Do If You Think You Find a Mistake on Your Statement

If you think there is an error on your statement, write to us at: U.S. Bank, P.O. Box 64991, St. Paul, MN 55164-9505. In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## SPECIAL RULE FOR CREDIT CARD PURCHASES

If you have a problem with the quality of the goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

## RESERVE LINE

Reserve Line Balance Computation Method: To calculate the **Balance Subject to Interest Rate** (sometimes referred to as the "average daily balance"), we take the beginning balance of your account (minus unpaid finance charges and unpaid fees from the previous billing cycles), add any new advances, and subtract any payments and credits. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your **Balance Subject to Interest Rate.** The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.



EQUAL HOUSING
LENDER

Member FDIC



CORINTHIAN COLLEGES INC
6 HUTTON CENTRE DR STE 400
SANTA ANA CA 92707-8762

Account Number:
1 539 1013 2585

Statement Period:
May 1, 2015
through
May 31, 2015

Page 2 of 3



## CORPORATE CHECKING (CONTINUED)

U.S. Bank National Association

**Account Number 1-539-1013-2585**

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 6 | Electronic Settlement | From Corinthian Colle | | 43.35 |
| | REF=15126010588982 Y | SETTLMT PSTuitionPMT | | |
| May 6 | Electronic Settlement | From Corinthian Colle | | 89.64 |
| | REF=15126010588965 Y | SETTLMT PSTuitionPMT | | |
| May 6 | Electronic Settlement | From Corinthian Colle | | 100.00 |
| | REF=15126010589062 Y | SETTLMT PSTuitionPMT | | |
| May 6 | MERCH 8022861150 | SANTA AN DEPOSIT | | 208.50 |
| May 7 | Electronic Settlement | From Corinthian Colle | | 50.00 |
| | REF=15127009251636 Y | SETTLMT PSTuitionPMT | | |
| May 7 | MERCH 8022861150 | SANTA AN DEPOSIT | | 61.67 |
| May 8 | Electronic Settlement | From Corinthian Colle | | 30.00 |
| | REF=15128005289948 Y | SETTLMT PSTuitionPMT | | |
| May 8 | Electronic Settlement | From Corinthian Colle | | 30.00 |
| | REF=15128005290040 Y | SETTLMT PSTuitionPMT | | |
| May 11 | Electronic Settlement | From Corinthian Colle | | 50.00 |
| | REF=15131009982436 Y | SETTLMT PSTuitionPMT | | |
| May 14 | Electronic Settlement | From Corinthian Colle | | 50.00 |
| | REF=15134005210287 Y | SETTLMT PSTuitionPMT | | |
| May 15 | Electronic Settlement | From Corinthian Colle | | 20.80 |
| | REF=15135001895456 Y | SETTLMT PSTuitionPMT | | |
| May 15 | MERCH 8022861150 | SANTA AN DEPOSIT | | 230.50 |
| May 18 | Electronic Settlement | From Corinthian Colle | | 30.00 |
| | REF=15138007128709 Y | SETTLMT PSTuitionPMT | | |
| | | **Total Other Deposits** | **$** | **18,881.56** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 1 | Forced Post ACH Withdrawl | From Corinthian Colle | $ | 53.93- |
| | REF=15121005343657 Y | SETTLEMENTRETURN | | |
| May 1 | MERCH 8022861150 | SANTA AN ARCS CH A | | 440.00- |
| May 1 | MERCH 8022861150 | SANTA AN BILLING | | 2,558.84- |
| May 4 | Forced Post ACH Withdrawl | From Corinthian Colle | | 98.54- |
| | REF=15124015251160 Y | SETTLEMENTRETURN | | |
| May 5 | Forced Post ACH Withdrawl | From Corinthian Colle | | 80.47- |
| | REF=15125009603234 Y | SETTLEMENTRETURN | | |
| May 6 | Forced Post ACH Withdrawl | From Corinthian Colle | | 885.09- |
| | REF=15126011742725 Y | SETTLEMENTRETURN | | |
| May 7 | Forced Post ACH Withdrawl | From Corinthian Colle | | 50.28- |
| | REF=15127014181862 Y | SETTLEMENTRETURN | | |
| May 7 | Electronic Settlement | From Corinthian Colle | | 160.00- |
| | REF=15127014182214 Y | SETTLMT PFTuitionPMT | | |
| May 7 | Electronic Settlement | From Corinthian Colle | | 240.00- |
| | REF=15127014182213 Y | SETTLMT PFHEALD | | |
| May 7 | Forced Post ACH Withdrawl | From Corinthian Colle | | 509.64- |
| | REF=15127009594226 Y | SETTLEMENTRETURN | | |
| May 12 | Forced Post ACH Withdrawl | From Corinthian Colle | | 58.08- |
| | REF=15132011970398 Y | SETTLEMENTRETURN | | |
| May 14 | Analysis Service Charge | | 1400000000 | 3,437.74- |
| May 15 | MERCH 8022861150 | SANTA AN ARCS CH A | | 2,540.25- |
| May 18 | MERCH 8022861150 | SANTA AN ARCS CH A | | 1,768.76- |
| May 20 | MERCH 8022861150 | SANTA AN ARCS CH A | | 16,399.42- |
| May 21 | MERCH 8022861150 | SANTA AN ARCS CH A | | 40.00- |
| May 21 | Forced Post ACH Withdrawl | From Corinthian Colle | | 200.99- |
| | REF=15141009625365 Y | SETTLEMENTRETURN | | |
| May 22 | MERCH 8022861150 | SANTA AN ARCS CH A | | 351.61- |



**US bank** CORINTHIAN COLLEGES INC
6 HUTTON CENTRE DR STE 400
SANTA ANA CA 92707-8762

# Business Statement

Account Number:
1 539 1013 2585

Statement Period:
May 1, 2015
through
May 31, 2015

Page 3 of 3

# CORPORATE CHECKING (CONTINUED)
U.S. Bank National Association

**Account Number 1-539-1013-2585**

## Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 26 | Forced Post ACH Withdrawl | From Corinthian Colle | | 62.59- |
| | REF=15146011458353 Y | SETTLEMENTRETURN | | |
| May 27 | MERCH 8022861150 | SANTA AN ARCS CH A | | 693.73- |
| May 28 | MERCH 8022861150 | SANTA AN ARCS CH A | | 965.44- |
| | | **Total Other Withdrawals** | $ | 31,595.40- |

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May 1 | 45,541.69 | May 11 | 61,432.96 | May 21 | 37,319.02 |
| May 4 | 61,564.52 | May 12 | 61,374.88 | May 22 | 36,967.41 |
| May 5 | 62,614.81 | May 14 | 57,987.14 | May 26 | 36,904.82 |
| May 6 | 62,171.21 | May 15 | 55,698.19 | May 27 | 36,211.09 |
| May 7 | 61,322.96 | May 18 | 53,959.43 | May 28 | 35,245.65 |
| May 8 | 61,382.96 | May 20 | 37,560.01 | | |

Balances only appear for days reflecting change.

# MOR – 1 Supplemental
# Cash Disbursement Journal

Corinthian Colleges

ACH and Check Disbursements

| Category | Date | Payment Amount | Vendor |
|---|---|---:|---|
| Payroll Benefits and Taxes | 5/15/15 | $ 824,672 | Week 2 Payroll |
| Payroll Benefits and Taxes | 5/22/15 | 39,766 | Week 3 Payroll |
| Payroll Benefits and Taxes | 5/29/15 | 351,733 | Week 4 Payroll |
| Moving / Location Expenses | 5/8/15 | 81,658 | JK Moving Services |
| Other Operating Expenses & Consultants | 5/8/15 | 6,448 | Broadridge |
| Payroll Benefits and Taxes | 5/8/15 | 310 | HealthEquity |
| Moving / Location Expenses | 5/12/15 | 144,611 | JK Moving Services |
| Moving / Location Expenses | 5/13/15 | 385 | ALG Locksmith |
| Payroll Benefits and Taxes | 5/13/15 | 488,417 | Kaiser Foundation Health Plan, Inc. |
| Ordinary Course Professionals | 5/13/15 | 10,710 | Ken Ord |
| Payroll Taxes - ADP | 5/14/15 | 209,194 | ADP Payroll Deposit Custodial Account |
| Payroll Taxes - ADP | 5/14/15 | 2,564 | ADP Payroll Deposit Custodial Account |
| Moving / Location Expenses | 5/15/15 | 417 | Move Expert Inc. |
| Moving / Location Expenses | 5/20/15 | 19,561 | GRM Information Management Services of SF |
| Moving / Location Expenses | 5/21/15 | 4,350 | Inland Moving & Storage Co. Inc |
| Payroll Benefits and Taxes | 5/21/15 | 5,417 | Mercer Health and Benefit Admin LLC |
| Moving / Location Expenses | 5/22/15 | 15,539 | JK Moving Services - Operating |
| Payroll Taxes - ADP | 5/28/15 | 88,209 | ADP Payroll Deposit Custodial Account |
| Payroll Taxes - ADP | 5/28/15 | 4,193 | ADP Payroll Deposit Custodial Account |
| Moving / Location Expenses | 5/28/15 | 19,138 | Mesa Ridge Business Park I, LLC |
| CSC Rent | 5/29/15 | 29,928 | BRE/OC Griffin - Post-Petition May Rent |
| CSC Rent | 5/29/15 | 35,273 | BRE/OC Griffin - June Rent |
| Rent | 5/29/15 | 48,051 | Watt Long Beach II, LLC - Post-Petition May Rent |
| Rent | 5/29/15 | 61,532 | Watt Long Beach II, LLC - June Rent |
| Rent | 5/29/15 | 49,740 | Kirch-Metro Company LLC - Post-Petition May Rent |
| Rent | 5/29/15 | 55,070 | Kirch-Metro Company LLC - June Rent |
| Utilities (including deposits) | 5/29/15 | 13 | Southern California Edison |
| Other Operating Expenses & Consultants | Various | 97 | Petty Cash |
| Other Operating Expenses & Consultants | 5/29/15 | 10,200 | Ken Ord |
| Total | | $ 2,607,197 | |

# MOR – 2
# Statement of Operations

"MOR - 2"

# Corinthian Colleges
## Profit and Loss
### April - May, 2015

|  | Total |
|---|---|
| **Income** | |
| **Total Income** | $ - |
| **Expenses** | |
| Salaries | 895,479 |
| Benefits | 63,650 |
| Other Wages | 3,432 |
| Lease Facilities and Equipment | 1,695,803 |
| Provision For Bad Debt - AR | 11,184,737 |
| Legal General Outside | 457,219 |
| Professional Fees | 462,045 |
| Utilites and Postage | 57,072 |
| Insurance | 29,141 |
| Miscellaneous | 456,286 |
| **Total Expenses** | $ 15,304,865 |
| **Net Operating Loss** | $ (15,304,865) |
| **Other Income** | |
| **Total Other Income** | $ - |
| **Other Expenses** | |
| Net (Gain)/Loss from Sales of FA | 22,479,662 |
| **Total Other Expenses** | $ 22,479,662 |
| **Net Other Loss** | $ (22,479,662) |
| **Net Loss** | $ (37,784,527) |

# MOR – 3
# Balance Sheet

# Corinthian Colleges
## Balance Sheet
### As of May 31, 2015

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Cash | 6,675,288 |
| Restricted Cash | 5,376,992 |
| **Total Cash** | $ 12,052,280 |
| **Accounts Receivable** | |
| Earned A/R - inactive | 42,152,888 |
| A/R - other earned | 713,766 |
| Reserve | (41,610,491) |
| **Total Accounts Receivable** | $ 1,256,163 |
| **Other current assets** | |
| Tax Refund Receivable | 422,335 |
| Prepaid Rent | 151,875 |
| Other Receivable | 815,281 |
| **Total Other current assets** | $ 1,389,491 |
| **Total Current Assets** | $ 14,697,934 |
| **Fixed Assets** | |
| **Total Fixed Assets** | $ 1,270,921 |
| **Other Assets** | |
| Deposits | 1,984,412 |
| Other Non-Current Assets | 84,416,024 |
| **Total Other Assets** | $ 86,400,436 |
| **TOTAL ASSETS** | $ 102,369,291 |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable & Accrued Expenses | 29,875,892 |
| AP-Post Petition | 1,510,501 |
| **Total Accounts Payable** | $ 31,386,393 |
| **Other Current Liabilities** | |
| 401K Exec Deferred Comp Plan | 523,355 |
| Self Ins Healthcare Accrual | 300,000 |
| Self Ins Work Comp Accrual | 5,492,301 |
| Other Accrual ST | 57,061,360 |
| Refunds Payable | 46,915,068 |
| Current portion LTD | 96,220,397 |
| Other | 537,199 |
| **Total Other Current Liabilities** | $ 207,049,680 |
| **Total Current Liabilities** | $ 238,436,073 |
| **Long-Term Liabilities** | |
| Long term debt | 1,000,673 |
| Accum post retirement benefits | 1,793,204 |
| **Total Long-Term Liabilities** | $ 2,793,877 |
| **Total Liabilities** | $ 241,229,950 |
| **Equity** | |
| Shareholders Equity | 194,378,870 |
| Retained Earnings | (295,455,003) |
| Net Income | (37,784,527) |
| **Total Equity** | $ (138,860,659) |
| **TOTAL LIABILITIES AND EQUITY** | $ 102,369,291 |

MOR – 4
Status of Post-Petition Taxes

"MOR – 4"

In re <u>CORINTHIAN COLLEGES, INC., et al</u>[1]
    Debtor

Case No. <u>15-10952</u>
Reporting Period: <u>May 4 – May 31, 2015</u>

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $        - | $    128,927 | $    (128,927) | 5/14 & 5/28/15 | EFT | $        - |
| FICA Employee | - | 57,853 | (57,853) | 5/14 & 5/28/15 | EFT | - |
| FICA Employer | - | 57,789 | (57,789) | 5/14 & 5/28/15 | EFT | - |
| Unemployment | - | 16 | (16) | 5/14 & 5/28/15 | EFT | - |
| Income | - | - | - | | EFT | - |
| Other | - | - | - | | EFT | - |
| **Total Federal Taxes** | $        - | $    244,585 | $    (244,585) | $        - | $        - | $        - |
| **State and Local** | | | | | | |
| Withholding | $        - | $    46,951 | $    (46,951) | 5/14 & 5/28/15 | EFT | $        - |
| Sales | 5,000 | - | | | EFT | 5,000 |
| Excise | - | - | | | EFT | - |
| Unemployment | - | 570 | (570) | 5/14 & 5/28/15 | EFT | - |
| Real Property | - | - | | | EFT | - |
| Personal Property | - | - | | | EFT | - |
| Other | - | 5,276 | (5,276) | | EFT | - |
| **Total State and Local** | $    5,000 | $    52,797 | $    (52,797) | $        - | $        - | $    5,000 |
| **Total Taxes** | $    5,000 | $    297,382 | $    (297,382) | $        - | $        - | $    5,000 |

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

MOR – 4
Summary of Unpaid Post-Petition Debts
And Listing of Aged Accounts Payable

"MOR – 4"

**SUMMARY OF UNPAID POSTPETITION DEBTS**

Attach aged listing of accounts payable.

| | **Number of Days Past Due** | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $63,214 | - | - | - | - | - |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | $1,447,287 | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| **Total Postpetition Debts** | $63,214 | $1,447,287 | - | - | - | - |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**


\* "Insider" is defined in 11 U.S.C. Section 101(31).

Form MOR-4 (4/07)

MOR – 4 Supplement
Copies of IRS Form 6123 or Payment Receipt

*None for May 2015*

**Corinthian Colleges, Inc. and Subsidiaries**
**Accounts Payable Aging as of May 31, 2015**

| Vendor | Current | 0-30 Days | Grand Total |
|---|---|---|---|
| **Document Management** | | | |
| Units Moving and Portable Storage of East Bay | $ 381 | $ - | $ 381 |
| **Facility** | - | - | - |
| Bertolotti Disposal, Inc. | 147 | - | 147 |
| Acco Airport Center II, LLC | - | 84,918 | 84,918 |
| Spectrum  Commerce Center, LLC | - | 34,826 | 34,826 |
| Mercantile Partners LP | - | 57,693 | 57,693 |
| 8757 Georgia Avenue, L.L.C. | - | 49,369 | 49,369 |
| Aptos Smoke Tree Partners | - | 19,861 | 19,861 |
| K & E Properties Corp | - | 18,086 | 18,086 |
| Benderson Development Co., Inc. | - | 36,011 | 36,011 |
| Square 407 Limited Partnership | - | 10,798 | 10,798 |
| Gateway Montrose, Inc. | - | 66,158 | 66,158 |
| Moraga Enterprises, LLC | - | 77,530 | 77,530 |
| Lampert At 25500 Industrial Blvd., LLC | - | 70,074 | 70,074 |
| Winchester Payne, LLC | - | 27,446 | 27,446 |
| C.W. Swenson Inc. | - | 38,072 | 38,072 |
| Store Spe Corinthian, LLC | - | 27,589 | 27,589 |
| Itbp Investors, LLC | - | 16,548 | 16,548 |
| CBRE Global Investors Itf Calsters- | - | 12,288 | 12,288 |
| Watt Long Beach, LLC | - | 41,033 | 41,033 |
| Plaza Del Prado Inc. | - | 13,188 | 13,188 |
| J. Brookhurst, L.L.C. | - | 52,226 | 52,226 |
| CIM Group LP | - | 39,751 | 39,751 |
| P.R.G. Investment Fund, L.P. | - | 52,681 | 52,681 |
| Reseda Medical Consortrium LLC | - | 4,065 | 4,065 |
| Corner Company LLC | - | 60,629 | 60,629 |
| Shaco, Inc. | - | 47,439 | 47,439 |
| Gardena Professional Medical Plaza, LP | - | 58,354 | 58,354 |
| Ejlc Robertson, LLC | - | 46,795 | 46,795 |
| R R & C Development Company | - | 50,845 | 50,845 |
| LBA Realty Fund II - Wbp III, LLC | - | 14,390 | 14,390 |
| LBA Realty Fund II - Wbp III, LLC | - | 42,795 | 42,795 |
| CWSP-I-J, LLC | - | 38,601 | 38,601 |
| Omninet Inverness, LP | - | 18,098 | 18,098 |
| Store Master Funding I, LLC | - | 4,736 | 4,736 |
| Metcalf Family Trust | - | 5,425 | 5,425 |
| Howard Street Associates | - | 71,362 | 71,362 |
| Walgreens Of Hawaii, LLC | - | 55,824 | 55,824 |
| OTT Property | - | 27,583 | 27,583 |
| Store Master Funding I, LLC | - | 1,471 | 1,471 |
| 2400 Del Paso Road Investors LP | - | 21,401 | 21,401 |

| Vendor | Current | 0-30 Days | Grand Total |
|---|---|---|---|
| SSM Properties LLC | - | 16,156 | 16,156 |
| Winchester Payne, LLC | - | 5,292 | 5,292 |
| Equity One, Inc. | - | 6,507 | 6,507 |
| John H & Elouise C Sutter | - | 2,037 | 2,037 |
| 1301 East Ridge Rd LLC | - | 207 | 207 |
| Industrial Plaza, A California L.P. | - | 136 | 136 |
| Meena Chainani 2010 Irrevocable Trust | - | 601 | 601 |
| SSS&H Enterprises, LLC | - | 157 | 157 |
| Propark Inc. | - | 231 | 231 |
| **Legal** | - | - | - |
| Harrison, Eichenberg & Murphy | 213 | - | 213 |
| Huck Bouma | 221 | - | 221 |
| K&L Gates | 328 | - | 328 |
| Latham & Watkins | 2,588 | - | 2,588 |
| RDG Filings | 130 | - | 130 |
| Simmonds & Narita LLP | 378 | - | 378 |
| **Miscellaneous** | - | - | - |
| FedEx | 5,860 | - | 5,860 |
| Roseville False Alarm | 60 | - | 60 |
| UPS | 384 | - | 384 |
| **Utilities** | - | - | - |
| City of Alhambra | 129 | - | 129 |
| City of Long Beach | 88 | - | 88 |
| City of Stockton | 310 | - | 310 |
| Contra Costa Water District | 442 | - | 442 |
| Direct TV | 32 | - | 32 |
| Golden State Water Company | 267 | - | 267 |
| Hawaiian Telcom | 32 | - | 32 |
| Hayward Water System | 212 | - | 212 |
| Pacific Power | 756 | - | 756 |
| PG&E | 20,209 | - | 20,209 |
| RG&E | 1,368 | - | 1,368 |
| SMUD | 4,160 | - | 4,160 |
| SoCalGas | 4,368 | - | 4,368 |
| Southern California Edison | 14,667 | - | 14,667 |
| SRP | 4,029 | - | 4,029 |
| Waste Management | 1,457 | - | 1,457 |
| **Grand Total** | **$ 63,214** | **$ 1,447,287** | **$ 1,510,501** |

MOR – 4 Supplement
Copies of Tax Returns Filed during Reporting
Period

**e file** Electronic Filing – Washington State

E-file Time: 12:53 PM    help ?

My Account Home    Account Activity    List Server    Suggestions    Logout

HEALD COLLEGE LLC 602-909-771

## Confirmation

| | |
|---|---|
| Confirmation Number | 15535434 |
| Tax Registration Number | 602909771 |
| Reporting Period | 04/2015 |
| Payment Type | EFT Credit |
| Date and Time Submitted | 5/11/2015 12:53:50 PM |
| Payment Amount | 2,100.00 |
| Person Completing Return | Kristen Nguyen |

**The email address on this return is different from the one in your profile.**
The Department is using email more frequently to communicate with taxpayers. Please verify that the email address in your profile is the correct address. Update my email address

To initiate your payment, you must contact your financial institution. Each bank has its own guidelines for ACH transactions. ACH Credit taxpayers are responsible for contacting their own bank to ensure funds are deposited in the State's bank no later than 5:00 PM Pacific Time on May 27 2015.

For easy reference, print this Confirmation Information page and keep it with your tax records.

[ Return to Account List ]    [ Print Confirmation ]
[ View Printable Return ]

## Confirmation

## For Assistance Call:
## 1-877-345-3353

**e file** Electronic Filing — Washington State     **E-file Time: 12:53 PM**   help 

My Account Home    Account Activity    List Server    Suggestions    Hide Menu    Logout

**April 2015**                                  **HEALD COLLEGE LLC 602-909-771**

◄Previous                **Summary & Payment**



| Tax Classification Summary | Amount |
|---|---|
| State Business & Occupation Tax | 2,100.00 |
| State Sales & Use | 0.00 |
| Local and Regional Tax | 0.00 |
| Lodging Tax | 0.00 |
| Public Utility | 0.00 |
| E - 911 | 0.00 |
| Other Tax | 0.00 |
| **SubTotal** | **2,100.00** |
| Less Total Credits | 0.00 |
| **Total Amount Owed** | **2,100.00** |

**\* Person Completing Return**    Kristen Nguyen

**\* Phone Number**    ( 714 )   825   -   7727   ext.

**\* E-Mail Address**    kristen.nguyen@zenith.o|

**\* Required Item**

If your account is selected for audit, the information reported on this tax return is subject to verification.

Check for Errors

◄Previous                **Summary & Payment**

**For Assistance Call:**
**1-877-345-3353**

# Franchise and Excise Tax Online

## Confirmation

Thank you for filing your Franchise and Excise Tax return online at Tennessee.gov. Your confirmation details are below. Please print this page for your records. You will not be able to print this page at a later time. If you have entered your e-mail address, you will receive an e-mail confirmation shortly. Please be aware that information you have submitted will be verified. If discrepancies are found you will be notified by the Tennessee Department of Revenue.

**DO NOT mail a paper return in addition to this online filing, and DO NOT send a duplicate payment if you have authorized a payment online.**

## Confirmation Details

| | |
|---|---|
| Confirmation Number | 162818753 |
| Date | Thursday, May 28, 2015 04:32:28 PM |

### Minimum Pay Inactive Annual Return - Payment Summary

| | |
|---|---|
| Franchise Tax | $100.00 |
| Deduct | $200.00 |
| Penalty | $0.00 |
| Interest | $0.00 |
| Total Tax Due | $0.00 |
| Total Overpayment | $100.00 |
| Total Amount Due | **$100.00** |
| Amount Paid | $0.00 |
| Filing Period | From 07/01/2013 to 06/30/2014 |
| Final Return | No |
| Amended Return | No |
| Payment Amount | $0.00 |
| Refund/Credit Amount | Credit: $100.00<br>Refund: $0.00 |
| Account Number | 6072 |
| Business Name | SEQUOIA EDUCATION, INC. |
| Primary Legal Address | 6 HUTTON CENTRE DR STE 400, SANTA ANA, CA, 92707-8762, (714)427-5138 |

# Franchise and Excise Tax Online

## Account Information

### Account Information

Enter your Franchise & Excise Tax account number and a valid entity ID, then click "Continue" to verify your account information.

Notice to taxpayers using a corporate bank account to transmit payments through this internet application:

Payments initiated through this on-line application are sent to the receiving bank via the Automated Clearing House (ACH) as a 'CCD' transaction type. Some customers have filters or debit blocks on their bank account that would prohibit this type of payment from being processed without the receiving bank's prior knowledge of Tennessee Department of Revenue's intent to debit the bank account designated in the payment transmission. This can be resolved by providing the bank with the following 10-digit Company I. D. number (or identifier) to store on file prior to initiating payments through this F&E on-line application. C626001445

| | | |
|---|---|---|
| **Account Number** | 319436072 | Lookup Account Number |
| **Valid Entity ID** | FEIN | ▼ |
| **Entity ID** | 943135739 | |
| **Filing/Payment Type** | Minimum Pay Inactive Annual Return ▼ | |

Continue

# Franchise and Excise Tax Online

## Verify Account Information

Please enter the beginning and ending taxable year under your account information. Verify your primary and mailing addresses and make changes if necessary. Then click "Continue" to provide additional taxpayer information.

### Account Information

| | |
|---:|:---|
| **Business Name** | SEQUOIA EDUCATION, INC. |
| **Account Number** | *****6072 |
| **FEIN** | *****5739 |
| **What is your taxable year?** | 07/01/2013   🗓   to   06/30/2014   🗓 |

### Primary Legal Address

| | |
|---:|:---|
| **Address Line 1** | 6 HUTTON CENTRE DR S |
| **Address Line 2** | |
| **City** | SANTA ANA |
| **State** | California          ▼ |
| **Zip** | 92707-8762 |
| **Phone Number** | 714   -  427   -  5138 |
| **Fax Number** | 901   -  752   -  0092 |

### Mailing Address

☐ Check here if same as Primary Legal Address.

| | |
|---:|:---|
| **Address Line 1** | 6 HUTTON CENTRE DR S |
| **Address Line 2** | |
| **City** | SANTA ANA |
| **State** | California          ▼ |
| **Zip** | 92707-8762 |

Officers/Members/Partners Information

**Officer / Member / Partner 1 Name**    Jack    D

Massimino

(First, Middle Initial, Last)

**Officer / Member / Partner 1 SSN**    571    - 84    - 5075

**Officer / Member / Partner 1 E-mail**    ●●●●●●●●●●●●●●●●

**Re-enter Officer / Member / Partner 1 E-mail**    jmassimino@cci.edu

**Officer / Member / Partner 2 Name**    Robert    C

Owen

(First, Middle Initial, Last)

**Officer / Member / Partner 2 SSN**    344    - 38    - 1627

**Officer / Member / Partner 2 E-mail**    ●●●●●●●●●●●●●

**Re-enter Officer / Member / Partner 2 E-mail**    rowen@cci.edu

## General Contact Information

**General Contact Name**    John    A

Fioretto

(First, Middle Initial, Last)

**Address Line 1**    6 Hutton Centre dr. Suite#4

**Address Line 2**

**City**    Santa Ana

**State**    California    ▼

**Zip**    92707

**Phone Number**    714    - 825    - 7670

**E-mail**    ●●●●●●●●●●●●●●●●

**Re-enter E-mail**    jfioretto@cci.edu

# Franchise and Excise Tax Online

## Minimum Pay Inactive Annual Return Calculations

**Based on the information you entered, the following tax computation has been made.** Click "Continue" to receive your refund or credit.

|  |  |
|---|---|
| **1. Franchise Tax** | $100.00 |
| **2. Deduct**<br>(Credit, memo balance, and any payment made for the current year) | [$200.00] |
| **3. Penalty**<br>(If filed late, minimum penalty is $15) | $0.00 |
| **4. Interest**<br>(7.25% per annum from due date to date paid) | $0.00 |
| **5. Total Amount Due**<br>(Add lines 1, 3, and 4; deduct any credit reported on line 2) | **$0.00** |
| **6. Total Overpayment**<br>(If line 2 exceeds total of lines 1, 3, and 4) | $100.00 |

Continue

# Franchise and Excise Tax Online

## Notice of Overpayment

Based on the information you entered, you are owed a refund from the Tennessee Department of Revenue Franchise And Excise Tax. Do you want a refund or do you want to credit the overpayment to your account?

### Total Overpayment: $100.00

### Refund or Credit

| | |
|---|---|
| **Do you want a refund or credit?** | ○ Refund  ● Credit |
| **Authorized Representative**<br>(You are authorized to debit this company account) | Connie Kane |
| **Contact Phone Number** | 714    - 825    - 749 |
| **E-mail Address for Confirmation E-mail** | •••••••••••• |
| **Re-enter E-mail Address** | ckane@cci.edu |

By clicking the "I certify" box above, you certify that all of the information you have entered is true, correct, and complete to the best of your knowledge.

☑ **I certify.**

By clicking the "Submit" button below, you authorize the Tennessee Department of Revenue to refund or credit your account the amount listed above. **This transaction cannot be canceled once the "Submit" button has been selected.**

Do not click the Submit button **MORE THAN ONCE.**

Submit

# Franchise and Excise Tax Online

## Confirmation

Thank you for filing your Franchise and Excise Tax return online at Tennessee.gov. Your confirmation details are below. Please print this page for your records. You will not be able to print this page at a later time. If you have entered your e-mail address, you will receive an e-mail confirmation shortly. Please be aware that information you have submitted will be verified. If discrepancies are found, you will be notified by the Tennessee Department of Revenue.

**DO NOT mail a paper return in addition to this online filing, and DO NOT send a duplicate payment if you have authorized a payment online.**

## Confirmation Details

| | |
|---|---|
| **Confirmation Number** | 157789499 |
| **Date** | Friday, August 15, 2014 04:31:57 PM |

### Extension of Time to File - Payment Summary

| | |
|---|---|
| **Estimated Franchise Tax Current Year** | $100.00 |
| **Estimated Excise Tax Current Year** | $0.00 |
| **Deduct** | $100.00 |
| **Total Amount Due** | $0.00 |
| **Amount Paid** | $0.00 |
| **Filing Period** | From 07/01/2013 to 06/30/2014 |
| **Payment Amount** | $0.00 |
| **Refund/Credit Amount** | Credit: $0.00 <br> Refund: $0.00 |
| **Account Number** | 6072 |
| **Business Name** | SEQUOIA EDUCATION, INC. |
| **Primary Legal Address** | 6 HUTTON CENTRE DR STE 400, SANTA ANA, CA, 92707-8762, (714)427-3000 |

# Franchise and Excise Tax Online

## Confirmation

Thank you for filing your Franchise and Excise Tax return online at Tennessee.gov. Your confirmation details are below. Please print this page for your records. You will not be able to print this page at a later time. If you have entered your e-mail address, you will receive an e-mail confirmation shortly. Please be aware that information you have submitted will be verified. If discrepancies are found, you will be notified by the Tennessee Department of Revenue.

**DO NOT mail a paper return in addition to this online filing, and DO NOT send a duplicate payment if you have authorized a payment online.**

## Confirmation Details

| | |
|---|---|
| **Confirmation Number** | 162818534 |
| **Date** | Thursday, May 28, 2015 04:23:37 PM |

### Minimum Pay Inactive Annual Return - Payment Summary

| | |
|---|---|
| **Franchise Tax** | $100.00 |
| **Deduct** | $300.00 |
| **Penalty** | $0.00 |
| **Interest** | $0.00 |
| **Total Tax Due** | $0.00 |
| **Total Overpayment** | $200.00 |
| **Total Amount Due** | **$200.00** |
| **Amount Paid** | $0.00 |
| **Filing Period** | From 07/01/2013 to 06/30/2014 |
| **Final Return** | No |
| **Amended Return** | No |
| **Payment Amount** | $0.00 |
| **Refund/Credit Amount** | Credit: $200.00<br>Refund: $0.00 |
| **Account Number** | 2527 |
| **Business Name** | MJB ACQUISITION CORPORATION |
| **Primary Legal Address** | 4373 N 3RD ST, LARAMIE, WY, 82072-9519, (714)427-5138 |

# Franchise and Excise Tax Online

## Account Information

---

## Account Information

Enter your Franchise & Excise Tax account number and a valid entity ID, then click "Continue" to verify your account information.

Notice to taxpayers using a corporate bank account to transmit payments through this internet application:

Payments initiated through this on-line application are sent to the receiving bank via the Automated Clearing House (ACH) as a 'CCD' transaction type. Some customers have filters or debit blocks on their bank account that would prohibit this type of payment from being processed without the receiving bank's prior knowledge of Tennessee Department of Revenue's intent to debit the bank account designated in the payment transmission. This can be resolved by providing the bank with the following 10-digit Company I. D. number (or identifier) to store on file prior to initiating payments through this F&E on-line application. C626001445

**Account Number**    318892527        Lookup Account Number

**Valid Entity ID**      SOS                        ▼

**If using your SOS control number, you must enter seven (7) digits.** For example: If your SOS control number is 12345, you must enter 0012345. If your SOS number is listed as 000098765, you must enter 0098765.

**Entity ID**    0430719

**Filing/Payment Type**    Minimum Pay Inactive Annual Return  ▼

Continue

# Franchise and Excise Tax Online

## Verify Account Information

Please enter the beginning and ending taxable year under your account information. Verify your primary and mailing addresses and make changes if necessary. Then click "Continue" to provide additional taxpayer information.

### Account Information

| | |
|---:|:---|
| **Business Name** | MJB ACQUISITION CORPORATION |
| **Account Number** | *****2527 |
| **SOS** | ***0719 |
| **What is your taxable year?** | 07/01/2013 🗓 to 06/30/2014 🗓 |

### Primary Legal Address

| | |
|---:|:---|
| **Address Line 1** | 4373 N 3RD ST |
| **Address Line 2** | |
| **City** | LARAMIE |
| **State** | Wyoming ▾ |
| **Zip** | 82072-9519 |
| **Phone Number** | 714 - 427 - 5138 |
| **Fax Number** | 000 - 000 - 0000 |

### Mailing Address

☐ Check here if same as Primary Legal Address.

| | |
|---:|:---|
| **Address Line 1** | 4373 N 3RD ST |
| **Address Line 2** | |
| **City** | LARAMIE |
| **State** | Wyoming ▾ |
| **Zip** | 82072-9519 |

### Officers/Members/Partners Information

| | | |
|---|---|---|
| **Officer / Member / Partner 1 Name** | Jack | D |
| | Massimino | |
| | (First, Middle Initial, Last) | |
| **Officer / Member / Partner 1 SSN** | 571    - 84    - 5075 | |
| **Officer / Member / Partner 1 E-mail** | •••••••••••••••• | |
| **Re-enter Officer / Member / Partner 1 E-mail** | jmassimino@cci.edu | |
| | | |
| **Officer / Member / Partner 2 Name** | Robert | C |
| | Owen | |
| | (First, Middle Initial, Last) | |
| **Officer / Member / Partner 2 SSN** | 344    - 38    - 1627 | |
| **Officer / Member / Partner 2 E-mail** | •••••••••••• | |
| **Re-enter Officer / Member / Partner 2 E-mail** | rowen@cci.edu | |

General Contact Information

| | | |
|---|---|---|
| **General Contact Name** | John | A |
| | Fioretto | |
| | (First, Middle Initial, Last) | |
| **Address Line 1** | 6 Hutton Centre Dr. duite#4 | |
| **Address Line 2** | | |
| **City** | Santa Ana | |
| **State** | California    ▼ | |
| **Zip** | 92707 | |
| **Phone Number** | 714    - 825    - 7670 | |
| **E-mail** | •••••••••••••••• | |
| **Re-enter E-mail** | jfioretto@cci.edu | |

Continue

# Franchise and Excise Tax Online

## Minimum Pay Inactive Annual Return

Please answer each question below, then click "Continue" to enter tax information.

### Minimum Pay Inactive Annual Return Questions

| | |
|---|---|
| **Is this an amended return?** | ○ Yes  ◉ No |
| **Is this a final return for termination or withdrawal?** | ○ Yes  ◉ No |
| **If yes, enter business closing date** | /          mm/yyyy |
| **Filing** | ○ Filing with Payment |
| | ◉ Filing Only |

Continue

# Franchise and Excise Tax Online

## Minimum Pay Inactive Annual Return Calculations

**Based on the information you entered, the following tax computation has been made.** Click "Continue" to receive your refund or credit.

| | |
|---|---|
| **1. Franchise Tax** | $100.00 |
| **2. Deduct**<br>(Credit, memo balance, and any payment made for the current year) | [$300.00] |
| **3. Penalty**<br>(If filed late, minimum penalty is $15) | $0.00 |
| **4. Interest**<br>(7.25% per annum from due date to date paid) | $0.00 |
| **5. Total Amount Due**<br>(Add lines 1, 3, and 4; deduct any credit reported on line 2) | **$0.00** |
| **6. Total Overpayment**<br>(If line 2 exceeds total of lines 1, 3, and 4) | $200.00 |

Continue

# Franchise and Excise Tax Online

## Notice of Overpayment

Based on the information you entered, you are owed a refund from the Tennessee Department of Revenue Franchise And Excise Tax. Do you want a refund or do you want to credit the overpayment to your account?

<strong>Total Overpayment: $200.00</strong>

## Refund or Credit

|  |  |  |
|---|---|---|
| **Do you want a refund or credit?** | ○ Refund  ◉ Credit | |
| **Authorized Representative**<br>(You are authorized to debit this company account) | Connie Kane | |
| **Contact Phone Number** | 714    -  825    - 7499 | |
| **E-mail Address for Confirmation E-mail** | •••••••••••• | |
| **Re-enter E-mail Address** | ckane@cci.edu | |

By clicking the "I certify" box above, you certify that all of the information you have entered is true, correct, and complete to the best of your knowledge.

☑ <strong>I certify.</strong>

By clicking the "Submit" button below, you authorize the Tennessee Department of Revenue to refund or credit your account the amount listed above. **This transaction cannot be canceled once the "Submit" button has been selected.**

Do not click the Submit button <strong>MORE THAN ONCE.</strong>

Submit

# Franchise and Excise Tax Online

## Confirmation

Thank you for filing your Franchise and Excise Tax return online at Tennessee.gov. Your confirmation details are below. Please print this page for your records. You will not be able to print this page at a later time. If you have entered your e-mail address, you will receive an e-mail confirmation shortly. Please be aware that information you have submitted will be verified. If discrepancies are found, you will be notified by the Tennessee Department of Revenue.

**DO NOT mail a paper return in addition to this online filing, and DO NOT send a duplicate payment if you have authorized a payment online.**

## Confirmation Details

| | |
|---|---|
| **Confirmation Number** | 157789428 |
| **Date** | Friday, August 15, 2014 04:31:57 PM |

### Extension of Time to File - Payment Summary

| | |
|---|---|
| **Estimated Franchise Tax Current Year** | $100.00 |
| **Estimated Excise Tax Current Year** | $0.00 |
| **Deduct** | $100.00 |
| **Total Amount Due** | $0.00 |
| **Amount Paid** | $0.00 |
| **Filing Period** | From 07/01/2013 to 06/30/2014 |
| **Payment Amount** | $0.00 |
| **Refund/Credit Amount** | Credit: $0.00<br>Refund: $0.00 |
| **Account Number** | 2527 |
| **Business Name** | MJB ACQUISITION CORPORATION |
| **Primary Legal Address** | 4373 N 3RD ST, LARAMIE, WY, 82072-9519, (000)000-0000 |

# Franchise and Excise Tax Online

## Confirmation

Thank you for filing your Franchise and Excise Tax return online at Tennessee.gov. Your confirmation details are below. Please print this page for your records. You will not be able to print this page at a later time. If you have entered your e-mail address, you will receive an e-mail confirmation shortly. Please be aware that information you have submitted will be verified. If discrepancies are found you will be notified by the Tennessee Department of Revenue.

**DO NOT mail a paper return in addition to this online filing, and DO NOT send a duplicate payment if you have authorized a payment online.**

## Confirmation Details

| | |
|---|---|
| **Confirmation Number** | 162818261 |
| **Date** | Thursday, May 28, 2015 04:13:38 PM |

### Minimum Pay Inactive Annual Return - Payment Summary

| | |
|---|---|
| **Franchise Tax** | $100.00 |
| **Deduct** | $300.00 |
| **Penalty** | $0.00 |
| **Interest** | $0.00 |
| **Total Tax Due** | $0.00 |
| **Total Overpayment** | $200.00 |
| **Total Amount Due** | **$200.00** |
| **Amount Paid** | $0.00 |
| **Filing Period** | From 07/01/2013 to 06/30/2014 |
| **Final Return** | No |
| **Amended Return** | No |
| **Payment Amount** | $0.00 |
| **Refund/Credit Amount** | Credit: $200.00 <br> Refund: $0.00 |
| **Account Number** | 9036 |
| **Business Name** | FLORIDA METROPOLITAN UNIVERSITY, INC. |
| **Primary Legal Address** | 6 HUTTON CENTRE DR STE 400, SANTA ANA, CA, 92707-8762, (714)427-3000 |

# Franchise and Excise Tax Online

## Account Information

### Account Information

Enter your Franchise & Excise Tax account number and a valid entity ID, then click "Continue" to verify your account information.

Notice to taxpayers using a corporate bank account to transmit payments through this internet application:

Payments initiated through this on-line application are sent to the receiving bank via the Automated Clearing House (ACH) as a 'CCD' transaction type. Some customers have filters or debit blocks on their bank account that would prohibit this type of payment from being processed without the receiving bank's prior knowledge of Tennessee Department of Revenue's intent to debit the bank account designated in the payment transmission. This can be resolved by providing the bank with the following 10-digit Company I. D. number (or identifier) to store on file prior to initiating payments through this F&E on-line application. C626001445

|  |  |  |
|---|---|---|
| **Account Number** | 320409036 | Lookup Account Number |
| **Valid Entity ID** | FEIN | ▼ |
| **Entity ID** | 330717605 | |
| **Filing/Payment Type** | Minimum Pay Inactive Annual Return ▼ | |

Continue

# Franchise and Excise Tax Online

## Verify Account Information

Please enter the beginning and ending taxable year under your account information. Verify your primary and mailing addresses and make changes if necessary. Then click "Continue" to provide additional taxpayer information.

### Account Information

| | |
|---:|:---|
| **Business Name** | FLORIDA METROPOLITAN UNIVERSITY, INC. |
| **Account Number** | *****9036 |
| **FEIN** | *****7605 |
| **What is your taxable year?** | 07/01/2013    📅    to  06/30/2014    📅 |

### Primary Legal Address

| | |
|---:|:---|
| **Address Line 1** | 6 HUTTON CENTRE DR S |
| **Address Line 2** | |
| **City** | SANTA ANA |
| **State** | California    ▼ |
| **Zip** | 92707-8762 |
| **Phone Number** | 714    -  427    -  3000 |
| **Fax Number** | 714    -  427    -  5138 |

### Mailing Address

☐ Check here if same as Primary Legal Address.

| | |
|---:|:---|
| **Address Line 1** | 6 HUTTON CENTRE DR S |
| **Address Line 2** | |
| **City** | SANTA ANA |
| **State** | California    ▼ |
| **Zip** | 92707-8762 |

### Officers/Members/Partners Information

**Officer / Member / Partner 1 Name**  Jack                    D

Massimino

(First, Middle Initial, Last)

**Officer / Member / Partner 1 SSN**  571      - 84      - 5075

**Officer / Member / Partner 1 E-mail**  •••••••••••••••••

**Re-enter Officer / Member / Partner 1 E-mail**  jmassimino@cci.edu

**Officer / Member / Partner 2 Name**  Robert                  C

Owen

(First, Middle Initial, Last)

**Officer / Member / Partner 2 SSN**  344      - 38      - 1627

**Officer / Member / Partner 2 E-mail**  •••••••••••••

**Re-enter Officer / Member / Partner 2 E-mail**  rowen@cci.edu

## General Contact Information

**General Contact Name**  John                    A

Fioretto

(First, Middle Initial, Last)

**Address Line 1**  6 Hutton Centre Dr. Suite#

**Address Line 2**

**City**  Santa Ana

**State**  California              ▼

**Zip**  92707

**Phone Number**  714      - 825      - 7670

**E-mail**  •••••••••••••••••

**Re-enter E-mail**  jfioretto@cci.edu

# Franchise and Excise Tax Online

## Minimum Pay Inactive Annual Return Calculations

**Based on the information you entered, the following tax computation has been made.** Click "Continue" to receive your refund or credit.

| | |
|---|---|
| **1. Franchise Tax** | $100.00 |
| **2. Deduct**<br>(Credit, memo balance, and any payment made for the current year) | [$300.00] |
| **3. Penalty**<br>(If filed late, minimum penalty is $15) | $0.00 |
| **4. Interest**<br>(7.25% per annum from due date to date paid) | $0.00 |
| **5. Total Amount Due**<br>(Add lines 1, 3, and 4; deduct any credit reported on line 2) | $0.00 |
| **6. Total Overpayment**<br>(If line 2 exceeds total of lines 1, 3, and 4) | $200.00 |

*The system will not put $100 as the other one did*

Continue

# Franchise and Excise Tax Online

## Notice of Overpayment

Based on the information you entered, you are owed a refund from the Tennessee Department of Revenue Franchise And Excise Tax. Do you want a refund or do you want to credit the overpayment to your account?

### Total Overpayment: $200.00

## Refund or Credit

| | |
|---|---|
| **Do you want a refund or credit?** | ○ Refund  ● Credit |
| **Authorized Representative** (You are authorized to debit this company account) | Connie Kane |
| **Contact Phone Number** | 714  -  825  -  7499 |
| **E-mail Address for Confirmation E-mail** | •••••••••••• |
| **Re-enter E-mail Address** | ckane@cci.edu |

By clicking the "I certify" box above, you certify that all of the information you have entered is true, correct, and complete to the best of your knowledge.

☑ **I certify.**

By clicking the "Submit" button below, you authorize the Tennessee Department of Revenue to refund or credit your account the amount listed above.**This transaction cannot be canceled once the "Submit" button has been selected.**

**Do not click the Submit button MORE THAN ONCE.**

Submit

# Franchise and Excise Tax Online

## Confirmation

Thank you for filing your Franchise and Excise Tax return online at Tennessee.gov. Your confirmation details are below. Please print this page for your records. You will not be able to print this page at a later time. If you have entered your e-mail address, you will receive an e-mail confirmation shortly. Please be aware that information you have submitted will be verified. If discrepancies are found, you will be notified by the Tennessee Department of Revenue.

**DO NOT mail a paper return in addition to this online filing, and DO NOT send a duplicate payment if you have authorized a payment online.**

## Confirmation Details

| | |
|---|---|
| **Confirmation Number** | 157789361 |
| **Date** | Friday, August 15, 2014 04:31:57 PM |

### Extension of Time to File - Payment Summary

| | |
|---|---|
| **Estimated Franchise Tax Current Year** | $100.00 |
| **Estimated Excise Tax Current Year** | $0.00 |
| **Deduct** | $100.00 |
| **Total Amount Due** | $0.00 |
| **Amount Paid** | $0.00 |
| **Filing Period** | From 07/01/2013 to 06/30/2014 |
| **Payment Amount** | $0.00 |
| **Refund/Credit Amount** | Credit: $0.00<br>Refund: $0.00 |
| **Account Number** | 9036 |
| **Business Name** | FLORIDA METROPOLITAN UNIVERSITY, INC. |
| **Primary Legal Address** | 6 HUTTON CENTRE DR STE 400, SANTA ANA, CA, 92707-8762, (714)427-3000 |

# Franchise and Excise Tax Online

## Confirmation

---

Thank you for filing your Franchise and Excise Tax return online at Tennessee.gov. Your confirmation details are below. Please print this page for your records. You will not be able to print this page at a later time. If you have entered your e-mail address, you will receive an e-mail confirmation shortly. Please be aware that information you have submitted will be verified. If discrepancies are found you will be notified by the Tennessee Department of Revenue.

**DO NOT mail a paper return in addition to this online filing, and DO NOT send a duplicate payment if you have authorized a payment online.**

## Confirmation Details

| | |
|---|---|
| **Confirmation Number** | 162817765 |
| **Date** | Thursday, May 28, 2015 03:56:29 PM |

## Minimum Pay Inactive Annual Return - Payment Summary

| | |
|---|---|
| **Franchise Tax** | $100.00 |
| **Deduct** | $200.00 |
| **Penalty** | $0.00 |
| **Interest** | $0.00 |
| **Total Tax Due** | $0.00 |
| **Total Overpayment** | $100.00 |
| **Total Amount Due** | **$100.00** |
| **Amount Paid** | $0.00 |
| **Filing Period** | From 07/01/2013 to 06/30/2014 |
| **Final Return** | No |
| **Amended Return** | No |
| **Payment Amount** | $0.00 |
| **Refund/Credit Amount** | Credit: $100.00<br>Refund: $0.00 |
| **Account Number** | 2293 |
| **Business Name** | ECAT ACQUISITION, INC. |
| **Primary Legal Address** | 6 HUTTON CENTRE DR STE 400, SANTA ANA, CA, 92707-8762, (714)427-3000 |

Franchise and Excise Tax Online
## Account Information

### Account Information

Enter your Franchise & Excise Tax account number and a valid entity ID, then click "Continue" to verify your account information.

Notice to taxpayers using a corporate bank account to transmit payments through this internet application:

Payments initiated through this on-line application are sent to the receiving bank via the Automated Clearing House (ACH) as a 'CCD' transaction type. Some customers have filters or debit blocks on their bank account that would prohibit this type of payment from being processed without the receiving bank's prior knowledge of Tennessee Department of Revenue's intent to debit the bank account designated in the payment transmission. This can be resolved by providing the bank with the following 10-digit Company I. D. number (or identifier) to store on file prior to initiating payments through this F&E on-line application. C626001445

|  |  |  |
|---|---|---|
| **Account Number** | 319372293 | Lookup Account Number |
| **Valid Entity ID** | SOS | |
| **Entity ID** | 0474748 | |
| **Filing/Payment Type** | Minimum Pay Inactive Annual Return | |

Continue

Franchise and Excise Tax Online
## Verify Account Information

**Please enter a valid Ending taxable year date in the format of MM/DD/YYYY.**

**Please enter a valid Beginning taxable year date in the format of MM/DD/YYYY.**

Please enter the beginning and ending taxable year under your account information. Verify your primary and mailing addresses and make changes if necessary. Then click "Continue" to provide additional taxpayer information.

### Account Information

| | |
|---:|:---|
| **Business Name** | ECAT ACQUISITION, INC. |
| **Account Number** | *****2293 |
| **SOS** | ***4748 |
| **What is your taxable year?** | 07/01/2012   to  06/30/2013 |

### Primary Legal Address

| | |
|---:|:---|
| **Address Line 1** | 6 HUTTON CENTRE DR |
| **Address Line 2** | |
| **City** | SANTA ANA |
| **State** | California |
| **Zip** | 92707-8762 |
| **Phone Number** | 714 - 427 - 3000 |
| **Fax Number** | 714 - 427 - 5138 |

### Mailing Address

☐ Check here if same as Primary Legal Address.

| | |
|---:|:---|
| **Address Line 1** | 6 HUTTON CENTRE DR |
| **Address Line 2** | |
| **City** | SANTA ANA |
| **State** | California |

Zip    92707-8762

## Officers/Members/Partners Information

| | | | |
|---|---|---|---|
| Officer / Member / Partner 1 Name | Jack | D | Massimino |
| | (First, Middle Initial, Last) | | |
| Officer / Member / Partner 1 SSN | 571 - 84 - 5075 | | |
| Officer / Member / Partner 1 E-mail | | | |
| Re-enter Officer / Member / Partner 1 E-mail | jmassimino@cci.edu | | |
| | | | |
| Officer / Member / Partner 2 Name | Robert | C | Owen |
| | (First, Middle Initial, Last) | | |
| Officer / Member / Partner 2 SSN | 344 - 38 - 1627 | | |
| Officer / Member / Partner 2 E-mail | | | |
| Re-enter Officer / Member / Partner 2 E-mail | rowen@cci.edu | | |

## General Contact Information

| | |
|---|---|
| General Contact Name | John    A    Fioretto |
| | (First, Middle Initial, Last) |
| Address Line 1 | 6 Hutton Centre Dr. Suite |
| Address Line 2 | |
| City | Santa Ana |
| State | California |
| Zip | 92707 |
| Phone Number | 714 - 825 - 7670 |
| E-mail | |
| Re-enter E-mail | jfioretto@cci.edu |

Continue

Franchise and Excise Tax Online

## Minimum Pay Inactive Annual Return

Please answer each question below, then click "Continue" to enter tax information.

Minimum Pay Inactive Annual Return Questions

**Is this an amended return?**          ○ Yes  ● No

**Is this a final return for termination or withdrawal?**          ○ Yes  ● No

**If yes, enter business closing date**          /          mm/yyyy

**Filing**          ○ Filing with Payment

● Filing Only

Continue

Franchise and Excise Tax Online

# Minimum Pay Inactive Annual Return Calculations

Based on the information you entered, the following tax computation has been made. Click "Continue" to receive your refund or credit.

| | | |
|---|---|---|
| **1. Franchise Tax** | $100.00 | |
| **2. Deduct** (Credit, memo balance, and any payment made for the current year) | [$300.00] | |
| **3. Penalty** (If filed late, minimum penalty is $15) | $0.00 | |
| **4. Interest** (7.25% per annum from due date to date paid) | $0.00 | |
| **5. Total Amount Due** (Add lines 1, 3, and 4; deduct any credit reported on line 2) | $0.00 | |
| **6. Total Overpayment** (If line 2 exceeds total of lines 1, 3, and 4) | $200.00 | |

Continue

Franchise and Excise Tax Online
## Notice of Overpayment

Based on the information you entered, you are owed a refund from the Tennessee Department of Revenue Franchise And Excise Tax.
Do you want a refund or do you want to credit the overpayment to your account?

**Total Overpayment: $200.00**

## Refund or Credit

**Do you want a refund or credit?**    ○ Refund    ◉ Credit

**Authorized Representative**    Jennifer Pan
(You are authorized to debit this company account)

**Contact Phone Number**    714    - 825    - 7462

**E-mail Address for Confirmation E-mail**

**Re-enter E-mail Address**    jpan@cci.edu

By clicking the "I certify" box above, you certify that all of the information you have entered is true, correct, and complete to the
best of your knowledge.

☑ **I certify.**

By clicking the "Submit" button below, you authorize the Tennessee Department of Revenue to refund or credit your account the
amount listed above.This transaction cannot be canceled once the "Submit" button has been selected.

**Do not click the Submit button MORE THAN ONCE.**

Submit

# Franchise and Excise Tax Online

## Confirmation

Thank you for filing your Franchise and Excise Tax return online at Tennessee.gov. Your confirmation details are below. Please print this page for your records. You will not be able to print this page at a later time. If you have entered your e-mail address, you will receive an e-mail confirmation shortly. Please be aware that information you have submitted will be verified. If discrepancies are found, you will be notified by the Tennessee Department of Revenue.

DO NOT mail a paper return in addition to this online filing, and DO NOT send a duplicate payment if you have authorized a payment online.

## Confirmation Details

| | |
|---|---|
| Confirmation Number | 157789212 |
| Date | Friday, August 15, 2014 04:12:41 PM |

### Extension of Time to File - Payment Summary

| | |
|---|---|
| Estimated Franchise Tax Current Year | $100.00 |
| Estimated Excise Tax Current Year | $0.00 |
| Deduct | $100.00 |
| Total Amount Due | $0.00 |
| Amount Paid | $0.00 |
| Filing Period | From 07/01/2013 to 06/30/2014 |
| Payment Amount | $0.00 |
| Refund/Credit Amount | Credit: $0.00<br>Refund: $0.00 |
| Account Number | 2293 |
| Business Name | ECAT ACQUISITION, INC. |
| Primary Legal Address | 6 HUTTON CENTRE DR STE 400, SANTA ANA, CA, 92707-8762, (714)427-3000 |

# MOR – 5
# Accounts Receivable Reconciliation and Aging

"MOR - 5"

Corithian Colleges
Accounts Receivable Aging

|  | 0-30 days | 31-60 days | 61-90 days | Over 90 days | Grand Total |
|---|---|---|---|---|---|
| Drop | 17,704,545 | 7,063,870 | 1,584,118 | 8,418,816 | 34,771,349 |
| Graduate | 690,926 | 2,490,489 | 551,295 | 3,121,988 | 6,854,698 |
| Other | 7,074 | 135,969 | 46,164 | 337,634 | 526,841 |
| Grand Total | 18,402,546 | 9,690,328 | 2,181,577 | 11,878,437 | 42,152,888 |

MOR – 5
Debtor Questionnaire

In re CORINTHIAN COLLEGES, INC., et al[1]
      Debtor

# DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below.<br><br>The Debtors operations have ceased and pursuant to various pleadings filed with the Court, they have been in the process of selling assets that are no longer needed. As of May 31, 2015, the Debtors have sold various de minimus assets consisting of equipment and assets related to numerous programs conducted at the campuses and will generate benefit to the Debtors, including rent credits, in the amount of $567,135.00. | Yes | |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | No |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | Yes | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | Yes | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | No |

[1]   The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

Form MOR-5 (4/07)