# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.  
**CASE NO.:** 15-10952 KJC

**COURTROOM LOCATION:** 5  
**DATE:** June 30, 2015

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy J. Fox, Jr. | USDOJ U.S. Trustee | U.S. Trustee |
| Richard L. Schepacarter | " " | " " |
| Chris Ward | Polsinelli | Student Committee |
| Shanti Katona | Polsinelli | Student Committee |
| Scott Gautier | Robins Kaplan | Student Committee |
| Cory Falgowski | Reed Smith | Great American |
| Leslie Heilman | Ballard Spahr LLP | Watt Mgmt Co. |
| Mark Collins | Richards, Layton & Finger | Debtors |
| Michael Merchant | " | " |
| Marisa Terranova | " | " |
| Leigh-Anne Raport | Ashby & Geddes | Student Financing Grp |
| Lloyd H. Randolph | U.S. Dept of Justice | U.S. for Dept of Education |
| John R. Kresse | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.  
**CASE NO.:** 15-10952 KJC

**COURTROOM LOCATION:** 5  
**DATE:** June 30, 2015

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jennifer Hagle | Sidley | Bank of America |
| Jeremy Ryan | Potter Anderson & Corroon | " " |
| H Jeffrey Schwartz | Brown Rudnick | Committee |
| Julia Klein | Rosner Law Group | " " |

# Court Conference

Calendar Date: 06/30/2015
Calendar Time: 01:00 PM ET

# U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

*Amended Calendar 06/30/2015 09:55 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7013323 | Lorie Ball | (310) 552-0130 | Robins Kaplan LLP | Interested Party, The Official Committee of Student Creditors / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7013539 | John Bringardner | (646) 378-3143 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7012590 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7013191 | Anna Gumport | (213) 896-6064 | Sidley Austin LLP | Creditor, Bank of America, N.A. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7015313 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7005835 | Brian D. Huben | (310) 788-4771 | Katten Muchin Rosenman LLP | Creditor, Watt Long Beach, LLC / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7011824 | Lorenzo Marinuzzi | (212) 468-8000 | Morrison & Foerster LLP | Creditor, Campus Student Funding LLC / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7015449 | Dawn McCarty | (212) 318-2300 | Bloomberg LP | Interested Party, Dawn McCarty / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7004380 | Felicia Perlman | (312) 402-7086 | Skadden Arps Slate Meagher Flom | Interested Party, Patrick Fitzgerald'Monitor / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7015056 | Mark Weitz - Client | (224) 927-5321 | CA Gobal Partners | Debtor, Corinthian Colleges, Inc. / LIVE |