IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*<sup>1</sup><br><br>Debtors. | §  Chapter 11<br>§<br>§  Case No. 15-10952 (KJC)<br>§<br>§  Jointly Administered<br>§<br>§  **Re: D.I. 375, 459** |

---------------------------------------------------------------

**CERTIFICATION OF COUNSEL
REGARDING ORDER (I) AUTHORIZING DEBTORS
TO ENTER INTO CONSULTING/AUCTION AGREEMENT
WITH GREAT AMERICAN GLOBAL PARTNERS, LLC AND
TO RETAIN GREAT AMERICAN GLOBAL PARTNERS, LLC UNDER
11 U.S.C. § 327(a); (II) APPROVING THE TERMS OF THE CONSULTING
AGREEMENT,(III) AUTHORIZING SALE OF ASSETS IN ACCORDANCE
WITH AGREEMENT AND (IV) GRANTING CERTAIN RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On June 9, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Enter Into Consulting/Auction Agreement with Great American Global Partners, LLC and Approving the Terms Thereof, (II) Authorizing Sale of Assets in Accordance with Agreement and (III) Granting Certain Related Relief* [D.I. 375] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Pursuant to

---

<sup>1</sup> The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

the notice filed with the Motion, objections, if any, to the Motion were to be filed and served by no later than June 23, 2015 at 4:00 p.m. (EDT).

2.    On June 23, 2015, the Office of the United States Trustee (the "**U.S. Trustee**") filed the *United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Enter Into Consulting/Auction Agreement with Great American Global Partners, LLC and Approving the Terms Thereof, (II) Authorizing Sale of Assets in Accordance with Agreement and (III) Granting Certain Related Relief* [Docket No. 459] (the "**Objection**").

3.    On June 30, 2015, the Court held a hearing to consider the relief requested in the Motion (the "**Hearing**").  As set forth on the record at the Hearing, the Debtors have resolved the Objection.  The Debtors have prepare a revised form of proposed order (the "**Revised Order**") incorporating the resolution with the U.S. Trustee.  A copy of the Revised Order is attached hereto as **Exhibit A**.  The Revised Order has been circulated to and is acceptable to the U.S. Trustee and Great American Global Partners, LLC.  For the convenience of the Court and other parties in interest, a blackline of the Revised Order against the proposed form of order attached to the Motion is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: July 1, 2015  /s/ Amanda R. Steele
Wilmington, Delaware  Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
merchant@rlf.com
terranova@rlf.com
steele@rlf.com

Counsel for the Debtors and Debtors in Possession