# **EXHIBIT B**

(Ballot)

**<u>Form Class 1 Ballot</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |
| § | |

-----------------------------------------------------------

## CLASS 1 BALLOT FOR ACCEPTING OR REJECTING DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION

Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Combined Disclosure Statement* (the "**Disclosure Statement**") *and Chapter 11 Plan of Liquidation* (the "**Plan**") [Docket No. __] (collectively, as it may be amended, supplemented or modified from time to time pursuant to the terms thereof, the "**Combined Plan and Disclosure Statement**") on July 1, 2015. On July __, 2015 (the "**Record Date**"), the Court approved the Disclosure Statement [Docket No. __]. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a copy of the Combined Plan and Disclosure Statement, you may obtain a copy from the Rust Consulting/Omni Bankruptcy (the "**Balloting Agent**") website, at www.omnimgt.com/corinthiancolleges.

The Plan identifies 6 Classes of Claims against and Interests in the Debtors. Only Claims in Classes 1 and 4 are entitled to vote on the Plan. This Ballot is to be used by holders of Class 1 Claims only. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

**You should review the Combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Combined Plan and Disclosure Statement and your classification and treatment under the Plan. If your Ballot is not received by 5:00**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

p.m. (EDT) on August 21, 2015 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.  If the Plan is confirmed by the Court, it will be binding on you whether or not you vote.  Only holders of Allowed Claims in Classes 1 and 4 as of July [22], 2015, the Record Date, may vote to accept or reject.

_____
**CLASS 1 CLAIMS (Prepetition Lenders Secured Claims):**

• Class 1 Claims are treated as impaired.  Allowed Class 1 Claims may vote to accept or to reject the Plan.

The undersigned, the Record Date holder of an Allowed Class 1 Claim(s) against the Debtors, in the unpaid amount of $_____:[2]


____  **ACCEPTS PLAN**                                            ____  **REJECTS PLAN**
(mark only one)

_____
**SIGNATURE**

1.    By signing this Ballot, the undersigned creditor hereby certifies has reviewed a copy of the Combined Plan and Disclosure Statement.

2.    By signing this Ballot, the undersigned creditor hereby certifies that it is the Record Date holder of the Claim(s) set forth above and has full power and authority to vote to accept or reject the Plan. The undersigned also acknowledges that the solicitation is pursuant to the information contained in the Combined Plan and Disclosure Statement.

Name:     _____     Signature: _____
Entity:    _____     Date:      _____
Title:     _____
Address:   _____
Email:     _____
Fax:       _____

**Please mail or email this Ballot per the Instructions below.**
_____
**INSTRUCTIONS AND DEFINITIONS**

1.    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Combined Plan and Disclosure Statement.

2.    This Ballot relates to your claim(s) as a Class 1 creditor of the Debtors.  Class 1 creditors are holders of an Allowed Prepetition Lender Secured Claim.  All creditors in Class 1 who are

---

[2]    For voting purposes only.  Subject to tabulation rules.

permitted to vote should complete this Ballot and return it in the enclosed postage-prepaid envelope, via email to the Balloting Agent at CorinthianColleges@omnimgt.com or by uploading it at the Balloting Agent's website: www.omnimgt.com/corinthiancolleges.  Only Record Date holders of Allowed Prepetition Lender Secured Claims in Class 1 may vote and any vote by such a Record Date holder shall be binding on and enforceable against both such Record Date holder and any subsequent transferee or holder of such Claim. Indicate your acceptance or rejection of the Combined Plan and Disclosure Statement and the amount of your claim(s) in the spaces provided in above.

3.  You must vote all of your claims within a particular class either to accept or to reject the Plan, and you may not split your vote.  A Ballot (or multiple Ballots with respect to multiple claims within a single class) that partially rejects and partially accepts the Plan will not be counted.

4.  Any ballot not bearing an original signature or electronic signature will not be counted. Any ballot submitted by facsimile will not be counted.  Any ballot not indicating a vote to accept or to reject the Plan will not be counted.

5.  To have your voted counted, your ballot must be received by **5:00 p.m. (EDT) on August 22, 2015** (the "**Voting Deadline**") at one of the addresses below.

6.  **Based on the form of delivery, submit your ballot to:**

| IF BY HAND DELIVERY, OVERNIGHT COURIER (FEDEX OR UPS) OR REGULAR/USPS EXPRESS MAIL | IF BY EMAIL | IF BY UPLOADING ON BALLOTING AGENT'S WEBSITE |
|---|---|---|
| Rust Consulting/Omni Bankruptcy Attn: Corinthian Colleges Balloting Agent 5955 De Soto Ave., Suite 100 Woodland Hills, CA 91367 | CorinthianColleges@omnimgt.com | www.omnimgt.com/corinthiancolleges |

7.  If a Ballot is received after the Voting Deadline, it will not be counted.

**IF YOU HAVE ANY QUESTIONS ABOUT VOTING THIS BALLOT, PLEASE CONTACT THE BALLOTING AGENT AT 818-783-2737.**

**Form Class 4 Ballot**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § | |

-----------------------------------------------------------

**CLASS 4 BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION**

Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Combined Disclosure Statement* (the "**Disclosure Statement**") *and Chapter 11 Plan of Liquidation* (the "**Plan**") [Docket No. __] (collectively, as it may be amended, supplemented or modified from time to time pursuant to the terms thereof, the "**Combined Plan and Disclosure Statement**") on July 1, 2015. On July __, 2015 (the "**Record Date**"), the Court approved the Disclosure Statement [Docket No. __]. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a copy of the Combined Plan and Disclosure Statement, you may obtain a copy from the Rust Consulting/Omni Bankruptcy (the "**Balloting Agent**") website, at www.omnimgt.com/corinthiancolleges.

The Plan identifies 6 Classes of Claims against and Interests in the Debtor. Only Claims in Classes 1 and 4 are entitled to vote on the Plan. This Ballot is to be used by holders of Class 4 Claims only. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

**You should review the Combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Combined Plan and Disclosure Statement and your classification and treatment under the Plan. If your Ballot is not received by 5:00 p.m. (EDT) on August 21, 2015 and such deadline is not extended, your vote will not count as**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**either an acceptance or rejection of the Plan.  If the Plan is confirmed by the Court, it will be binding on you whether or not you vote.  Only holders of Allowed Claims in Classes 1 and 4 as of July [22], 2015, the Record Date, may vote to accept or reject.**

_____
**CLASS 4 CLAIMS (General Unsecured Claims):**

• Class 4 Claims are treated as impaired.  Allowed Class 4 Claims may vote to accept or to reject the Plan.

The undersigned, the Record Date holder of an Allowed Class 4 Claim(s) against the Debtors, in the unpaid amount of $_____:[2]


____  **ACCEPTS PLAN**                                          ____  **REJECTS PLAN**
(mark only one)

_____

### SIGNATURE

1.     By signing this Ballot, the undersigned creditor hereby certifies has reviewed a copy of the Combined Plan and Disclosure Statement.

2.     By signing this Ballot, the undersigned creditor hereby certifies that it is the Record Date holder of the Claim(s) set forth above and has full power and authority to vote to accept or reject the Plan.  The undersigned also acknowledges that the solicitation is pursuant to the information contained in the Combined Plan and Disclosure Statement.

Name:      _____          Signature: _____
Entity:       _____          Date:       _____
Title:         _____
Address:   _____
Email:       _____
Fax:          _____

**Please mail or email this Ballot per the Instructions below.**
_____
**INSTRUCTIONS AND DEFINITIONS**

1.     Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Combined Plan and Disclosure Statement.

2.     This Ballot relates to your claim(s) as a Class 4 creditor of the Debtors.  Class 4 creditors are holders of an Allowed General Unsecured Claim.  All creditors in Class 4 who are permitted

---

[2]     For voting purposes only.  Subject to tabulation rules.

to vote should complete this Ballot and return it in the enclosed postage-prepaid envelope, via email to the Balloting Agent at CorinthianColleges@omnimgt.com or by uploading it at the Balloting Agent's website: www.omnimgt.com/corinthiancolleges.  Only Record Date holders of Allowed General Unsecured Claims in Class 4 may vote and any vote by such a Record Date holder shall be binding on and enforceable against both such Record Date holder and any subsequent transferee or holder of such Claim. Indicate your acceptance or rejection of the Plan and the amount of your claim(s) in the spaces provided in above.

3. You must vote all of your claims within a particular class either to accept or to reject the Plan, and you may not split your vote.  A Ballot (or multiple Ballots with respect to multiple claims within a single class) that partially rejects and partially accepts the Plan will not be counted.

4. Any ballot not bearing an original signature or electronic signature will not be counted. Any ballot submitted by facsimile will not be counted.  Any ballot not indicating a vote to accept or to reject the Plan will not be counted.

5. To have your voted counted, your ballot must be received by **5:00 p.m. (EDT) on August 22, 2015** (the "**Voting Deadline**") at one of the addresses below.

6. **Based on the form of delivery, submit your ballot to:**

| IF BY HAND DELIVERY, OVERNIGHT COURIER (FEDEX OR UPS) OR REGULAR/USPS EXPRESS MAIL | IF BY EMAIL | IF BY UPLOADING ON BALLOTING AGENT'S WEBSITE |
|---|---|---|
| Rust Consulting/Omni Bankruptcy Attn: Corinthian Colleges Balloting Agent 5955 De Soto Ave., Suite 100 Woodland Hills, CA 91367 | CorinthianColleges@omnimgt.com | www.omnimgt.com/corinthiancolleges |

7. If a Ballot is received after the Voting Deadline, it will not be counted.

**IF YOU HAVE ANY QUESTIONS ABOUT VOTING THIS BALLOT, PLEASE CONTACT THE BALLOTING AGENT AT 818-783-2737.**