# EXHIBIT A

## Proposed Form of Order

RLF1 12339408v.2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                        §
                                              §        Chapter 11
CORINTHIAN COLLEGES, INC., *et al.*[1]        §
                                              §        Case No. 15-10952 (KJC)
                                              §
                                              §        Jointly Administered
              Debtors.                        §
                                              §        **Re: Docket No. 521**

-----------------------------------------------------------------

## ORDER SHORTENING NOTICE OF HEARING ON
## DISCLOSURE STATEMENT AND LIMITING NOTICE THEREOF

Upon the motion (the "**Motion**")[2] of the above-captioned debtors (the "**Debtors**") for

entry of an order shortening notice of the Disclosure Statement Hearing and limiting notice

thereof; and upon due and sufficient notice of the Motion having been provided under the

particular circumstances, and it appearing that no other or further notice need be provided; and

the Court having jurisdiction to consider the Motion and the relief requested therein in

accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court

may enter a final order consistent with Article III of the United States Constitution; and venue

being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and the Court having found

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]   Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion.

and determined that the relief requested is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Disclosure Statement Hearing shall be held on July 22, 2015 at 3:00 p.m. (EDT).

3.      The deadline to file and serve any objections to approval of the Disclosure Statement shall be July 15, 2015 at 4:00 p.m. (EDT).

4.      The Debtors are authorized to limit notice of the Disclosure Statement Hearing to the Notice Parties.

5.      The Court shall retain jurisdiction over the implementation and interpretation of this Order.

Dated: July ___, 2015
            Wilmington, Delaware

                                                                _____
                                                                THE HONORABLE KEVIN J. CAREY
                                                                UNITED STATES BANKRUPTCY JUDGE

RLF1 12339408v.2