IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al., | Case No.: 15-10952 (KJC) |
| Debtor. | |

### NOTICE OF APPEARANCE OF COUNSEL FOR SHACO, INC. AND REQUEST FOR SERVICE OF ALL PAPERS AND PLEADINGS

**PLEASE TAKE NOTICE THAT** the undersigned counsel enters their appearance pursuant to, *inter alia*, Fed. R. Bankr. P. 2002 and 9010 (the "Bankruptcy Rules") on behalf of Shaco, Inc. ("Shaco"), a creditor and party-in-interest herein, and requests that copies of all notices, pleadings, and papers filed in this case be served on the following person via mail, hand delivery, facsimile, electronically, or other appropriate means, as follows:

> J. Scott Bovitz
> Bovitz & Spitzer
> 1100 Wilshire Boulevard, Suite 2403
> Los Angeles, CA  90017
> (213)346-8300
> bovitz@bovitz-spitzer.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned debtor or the property of such debtor or its estate.

**NOTICE IS FURTHER GIVEN** that this notice of appearance is without prejudice to the rights, remedies, pursuits, defenses, actions, causes of actions, interests and claims of Shaco

11056

and shall not be deemed or construed to be a waiver of any of Shaco's rights, including without limitation, any of its rights to: (i) contest jurisdiction of the United States Bankruptcy Court for the District of Delaware with respect to any aspect of this case involving Matheson; (ii) have final orders entered only after a *de novo* review by a District Judge or another court of competent jurisdiction; (iii) trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; or (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: July 2, 2015

Respectfully submitted,

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *Kevin A Guerke*
Kevin A. Guerke (DE 4096)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801
(302) 888-0600
kguerke@svglaw.com

and

J. Scott Bovitz
Bovitz & Spitzer
1100 Wilshire Boulevard, Suite 2403
Los Angeles, CA 90017
(213)346-8300
bovitz@bovitz-spitzer.com

*Counsel for Shaco, Inc.*