IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on June 30, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- Second Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective Nunc Pro Tunc to the Date that the Debtors Surrender Possession; (II) Approving the Abandonment of any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 504]

Dated: July 1, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this __1__ day of __July__, 20__15__, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

U.S. DEPARTMENT OF JUSTICE
JOHN KRESSE
JOHN.KRESSE@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
LLOYD RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

Parties Served: 2

**EXHIBIT B**

**EXHIBIT B**

| | | |
|---|---|---|
| 70 HARBOUR POINTE, LLC<br>C/O THE SIMBOLI PROPERTIES<br>70 EVERETT AVENUE<br>SUITE 520<br>CHELSEA MA 02150 | APTOS SMOKE TREE PARTNERS<br>20380 STEVENS CREEK BLVD, #233<br>CUPERTINO CA 95014 | APTOS SMOKE TREE PARTNERS<br>306 CLIFF DR.<br>APTOS CA 95003 |
| APTOS SMOKE TREE PARTNERS<br>C/O CASSIDY TURLEY BT COMMERCIAL<br>1650 TECHNOLOGY DRIVE<br>SUITE 600<br>SAN JOSE CA 95110 | APTOS SMOKE TREE PARTNERS<br>PO BOX 263<br>CRESTON CA 93432-0263 | ARAPAHOE COUNTY TREASURER<br>ATTN: ROBERT HILL<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 |
| ARSENAULT INVESTMENTS IV, LLC<br>C/O REAL CAPITAL SOLUTIONS, INC.<br>371 CENTENNIAL PARKWAY<br>SUITE 200<br>LOUISVILLE CO 80027 | ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN/RICARDO PALACIO<br>ATTN: LEIGH-ANNE RAPORT<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150 | ATHENA PARKING, INC.<br>1000 S FREMONT AVENUE<br>UNIT 1, SUITE 109<br>ALHAMBRA CA 91803 |
| BEDFORD PARK PROPERTIES, LLC<br>300 PARK STREET, SUITE 410<br>BIRMINGHAM  MI 48009 | BMC GROUP, INC.<br>ATTN: T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO, CA 90245 | BRE/OC GRIFFIN, LLC<br>C/O EQUITY OFFICE MANAGEMENT<br>801 N. BRAND BLVD.<br>SUITE 630<br>GLENDALE CA 91203 |
| BRE/OC GRIFFIN, LLC<br>GRIFFIN TOWERS II<br>BLDG ID: 22572<br>PO BOX 209259<br>AUSTIN TX 78720-9259 | BROWN RUDNICK LLP<br>ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 |
| CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 | CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA DEPARTMENT OF EDUCATION<br>1430 N STREET<br>SACRAMENTO, CA 95814-5901 |
| CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST., #1142<br>SACRAMENTO, CA 95814-5901 | CC EARTH CITY LLC<br>C/O EVERBANK BUSINESS PROPERTY LENDING<br>B OF A LOCKBOX SERVICES #4021363<br>6000 FELDWOOD ROAD<br>COLLEGE PARK GA 30329 | CC EARTH CITY LLC<br>C/O LUSTBADER-RUSKIN INVESTMENTS<br>555 SKOKIE BLVD #260<br>NORTHBROOK IL 60062 |
| COLLEGE PROPERTY LLC<br>C/O WADSWORTH DEVELOPMENT GROUP, LLC<br>166 EAST 1400 SOUTH, SUITE 200<br>DRAPER UT 84020 | COMMONWEALTH OF MASSACHUSETTS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY, AG<br>ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>ATTN: LINDA MITTEN<br>651 BOAS STREET, ROOM 700<br>HARRISBURG, PA 17121 |
| CORINTHIAN KEDZIE LLC<br>11600 S. KEDZIE AVE.<br>MERRIONETTE PARK IL 60803 | CORINTHIAN KEDZIE LLC<br>C/O RIECK AND CROTTY, P.C.<br>55 WEST MONROE STREET, SUITE 3390<br>CHICAGO IL 60603 | CORPORATE RIDGE OFFICE, LLC<br>C/O REAL CAPITAL SOLUTIONS, INC.<br>371 CENTENNIAL PARKWAY, SUITE 200<br>LOUISVILLE CO 80027 |
| DANIEL G. KAMIN MELROSE PARK ENTERPRISES LLC<br>P.O. BOX 10234<br>PITTSBURGH PA 15232 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 898<br>DOVER, DE 19903 | DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI 96813 |
| DEVELOPMENT RESOURCES, INC.<br>ATTN: JOHN GIANNOPOULOS<br>333 NORTH DES PLAINES STREET<br>CHICAGO, IL 60661 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY 10013 | DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 |

| | | |
|---|---|---|
| DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE, STE. 2000<br>PHILADELPHIA, PA 19103-6996 | DRINKER BIDDLE & REATH LLP<br>ATTN: HOWARD A. COHEN<br>222 DELAWARE AVE., STE.1410<br>WILMINGTON, DE 19801-1621 | DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK, NY 10036-2714 |
| EFN MERRILLVILLE PROPERTY LLC<br>8585 BROADWAY, SUITE 140<br>MERRILLVILLE IN 46410 | EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 | ESA P PORTFOLIO PA PROPERTIES LLC<br>100 DUNBAR STREET<br>SPARTANBURG SC 29304 |
| FAIRFIELD AND WOODS, P.C.<br>ATTN: CAROLINE C. FULLER<br>1801 CALIFORNIA STREET, SUITE 2600<br>DENVER, CO 80202 | FRANKGECKER LLP<br>ATTN: JOSEPH FRANK/REED HEILIGMAN<br>325 NORTH LASALLE STREET<br>SUITE 625<br>CHICAGO, IL 60654 | GE INFORMATION TECHNOLOGY SOLUTIONS<br>F/D/B/A IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON, GA 31208-3708 |
| GLENVIEW CORPORATE CENTER ASSOCIATES, L.P.<br>C/O MAGUIRE PARTNERS PROPERTY GROUP, LLC<br>ONE BELMONT AVENUE .,STE 300<br>BALA CYNWYD PA 19004 | GLENVIEW EQUITIES LLC<br>C/O TIME EQUITIES, INC.<br>55 FIFTH AVENUE, 15TH FLOOR<br><br>NEW YORK NY 10003 | GREEN GABLES FOOR, LLC<br>C/O NAI UTAH PROPERTY MANAGEMENT<br>748 W. HERITAGE PARK BLVD., SUITE 204<br>LAYTON UT 84041 |
| GREEN GABLES FOOR, LLC<br>P.O. BOX 599<br>5455 NORTH FRANSON LANE<br>OAKLEY UT 84055 | HARSCH INVESTMENT PROPERTIES, LLC<br>1121 SW SALMON ST.<br>PORTLAND OR 97205 | HARSCH INVESTMENT PROPERTIES, LLC<br>830 RIVERSIDE PARKWAY<br>SUITE 10<br>SACRAMENTO CA 95605 |
| HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>ATTN: JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON, MA 02110 |
| JD/LD VIRGINIA, LLC<br>C/O CONTRACTS AND LEGAL SERVICES DEPARTMENT<br>380 NEW YORK STREET<br>REDLANDS CA 92375-0555 | JD/LD VIRGINIA, LLC<br>P.O. BOX 7555<br>REDLANDS CA 92375-0555 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 |
| K & E PROPERTIES CORP<br>2090 WARM SPRINGS CT.,#256<br>FREMONT CA 94539 | KAMIN REALTY CO.<br>490 S. HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | KAPLIN \| STEWART<br>UNION MEETING CORPORATE CENTER<br>910 HARVEST DRIVE<br>P.O. BOX 3037<br>BLUE BELL PA 19422 |
| KATTEN MUCHIN ROSENMAN LLP<br>ATTN: BRIAN HUBEN/DUSTIN BRANCH<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES, CA 90067-3012 | KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KIRCH-METRO COMPANY, LLC<br>129 WATERGLEN CIRCLE<br>SACRAMENTO CA 95826 |
| KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>ATTN: THOMAS G. KING<br>PO BOX 4010<br>KALAMAZOO, MI 49003-4010 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ATTN: ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI, OH 75271-2711 | LCM FUNDS 7-BURRIDGE, LLC<br>C/O WARREN BLUMENTHAL<br>408 EAST RAVINE BAYE ROAD<br>BAYSIDE WI 53217 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DAVID G. AELVOET<br>711 NAVARRO STREET, STE 300<br>SAN ANTONIO, TX 78205 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | LONG DRIVE INVESTORS I, L.L.C.<br>C/O WALTON STREET CAPITAL L.L.C.<br>900 NORTH MICHIGAN AVENUE, SUITE 1900<br>CHICAGO IL 60611 |

MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON, DE 19801

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK, NY 10019-9601

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NORTH AMERICAN REAL ESTATE MANAGEMENT
ONE E. OAK HILL DRIVE.,SUITE 100
WESTMONT IL 60559

NORTHVIEW PROPERTIES LLC
2721 DARBY, S.E.
EAST GRAND RAPIDS MI 49506

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OFFICE OF PRIVATE POSTSECONDARY EDUCATION
OREGON HIGHER EDUCATION COORDINATING COMMI
775 COURT STREET NE
SALEM, OR 97301

OFFICE OF THE U.S. ATTORNEY
ATTN: CHARLES M. OBERLY, III
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE 19801

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
ATTN: JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
ATTN: FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
ATTN: KELLY T. CURRIE
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ATTN: PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM, OR 97301-4096

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA CALVO
500 E. BORDER STREET, SUITE 640
ARLINGTON, TX 76010

PIRCHER, NICHOLS & MEEKS
ATTN: EUGENE J.M. LEONE
900 N. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60611

POLSINELLI PC
ATTN: CHRISTOPHER WARD/SHANTI KATONA
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

RFP COMMERCIAL INC.
PLAZA EAST OFFICE CENTER
330 EAST KILBOURN, SUITE 838
MILWAUKEE WI 53202

RMS PROPERTIES LP
1108 SKYTOP CIRCLE
CHARLESTON WV 25314

ROBAINA & KRESIN
ATTN: THOMAS GRIFFIN
ONE EAST CAMELBACK ROAD
SUITE 710
PHOENIX, AZ 85012

ROBINS KAPLAN LLP
ATTN: SCOTT GAUTIER/LORIE BALL
ATTN: CYNTHIA HERNANDEZ
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU, WI 54402-8050

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW
230 PARK AVENUE, SUITE 1130
NEW YORK, NY 10169

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHEBOYGAN HOLDINGS, LLC
C/O WARREN BLUMENTHAL
408 EAST RAVINE BAYE ROAD
BAYSIDE WI 53217

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: CARREN B. SHULMAN, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ATTN: JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES, CA 90013 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: FELICIA GERBER PERLMAN<br>155 N. WACKER DRIVE<br>CHICAGO, IL 60606-1720 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 | SPECTRUM COMMERCE CENTER<br>1000 BLUE GENTIAN ROAD<br>EAGAN MN 55121 | STANDARD PARKING COMPANY<br>1055 W. 7TH ST., SUITE 1500<br>LOS ANGELES CA 90017 |
| STANDARD PARKING COMPANY<br>1719 FRANKLIN STREET<br>OAKLAND CA 94612 | STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 |
| STEVEN H BLUMENTHAL<br>MUCH SHELIST<br>191 N. WACKER, SUITE 1800<br>CHICAGO IL 60606 | THE ALHAMBRA CORNER COMMUNITY LLC<br>1000 SOUTH FREMONT AVENUE<br>UNIT 1, BLDG A10C, STE 10150<br>ALHAMBRA CA 91803 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT<br>ATTN: KAREN AXSOM, DIRECTOR<br>800 W. WASHINGTON ST<br>PHOENIX, AZ 85007 |
| THE NAPELTON GROUP<br>ONE E. OAK HILL DRIVE<br>SUITE 100<br>WESTMONT IL 60559 | THE ROSNER LAW GROUP<br>ATTN: JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 | TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 |
| TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>ATTN: JOHN MARK STERN, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION, MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 |
| U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN: LLOYD RANDOLPH<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | UNITED STATES DEPARTMENT OF LABOR<br>ATTN: THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20210 | WASHINGTON PROPERTY COMPANY<br>4719 HAMPDEN LANE<br>3RD FLOOR<br>BETHESDA MD 20814 |
| WATT LONG BEACH II, LLC<br>2716 OCEAN PARK BLVD.#3040<br>SANTA MONICA CA 90405 | WATT LONG BEACH, LLC<br>2716 OCEAN PARK BLVD.#3040<br>SANTA MONICA CA 90405 | WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 |
| WESTMAIN 2000, L.L.C.<br>C/O MEYER C. WEINER COMPANY<br>700 MALL DRIVE<br>PORTAGE MI 49024 | WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: BRAD D. SCHIMEL, AG<br>ATTN: F. MARK BROMLEY, AAG<br>POST OFFICE BOX 7857<br>MADISON, WI 53707-7857 | |

Parties Served: 125