IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on June 30, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Affidavit and Disclosure Statement of Diana A. Scherer, on Behalf of Diana A. Scherer, Attorney at Law [Docket No. 507]**

Dated: July 1, 2015

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this __1__ day of __July__, 20__15__, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**<u>EXHIBIT A</u>**

**Corinthian Colleges, Inc. - U.S. Mail**                                            **Served 6/30/2015**

| | | |
|---|---|---|
| COOLEY LLP<br>101 CALIFORNIA ST. 5TH FLOOR<br>SAN FRANCISCO, CA 90051 | DIANA SCHERER<br>29501 POINTE ROYALE<br>LAGUNA NIGUEL, CA 92677 | DUANE MORRIS LLP<br>750 B STREET, SUITE 2900<br>SAN DIEGO, CA 92101 |
| GREENBERG GROSS LLP<br>650 TOWN CENTER DR., SUITE 1750<br>COSTA MESA, CA 92626 | O'MELVENY & MYERS LLP<br>610 NEWPORT CENTRE DRIVE<br>17TH FLOOR<br>NEWPORT BEACH, CA 92660 | PAYNE FEARS LLP<br>4 PARK PLAZA, SUITE 1100<br>IRVINE, CA 92614 |
| THE ABERNATHY MACGREGOR GROUP INC.<br>707 WILSHIRE BOULEVARD, SUITE 3950<br>LOS ANGELES, CA 90017 | WEWORSKI & ASSOCIATES<br>4660 LA JOLLA VILLAGE DRIVE,<br>SUITE 825<br>SAN DIEGO, CA 92122 | |

Parties Served: 8