IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on July 1, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of Counsel Regarding Order (I) Authorizing Debtors to Enter into Consulting/Auction Agreement with Great American Global Partners, LLC and to Retain Great American Global Partners, LLC Under 11 U.S.C. § 327(a): (II) Approving the Terms of the Consulting Agreement, (III) Authorizing Sale of Assets in Accordance with Agreement and (IV) Granting Certain Related Relief [Docket No. 515]**

- **Order (I) Authorizing Debtors to Enter into Consulting/Auction Agreement with Great American Global Partners, LLC and to Retain Great American Global Partners, LLC Under 11 U.S.C § 327(A); (II) Approving the Terms the Consulting Agreement, (III) Authorizing Sale of Assets in Accordance with Agreement and (IV) Granting Certain Related Relief [Docket No. 519]**

Dated: July 2, 2015

_____
Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                              } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this _2_ day of _July_, 20 _15_, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**EXHIBIT A**

| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE |
|---|---|
| JOHN KRESSE | LLOYD RANDOLPH |
| JOHN.KRESSE@USDOJ.GOV | LLOYD.RANDOLPH@USDOJ.GOV |

Parties Served: 2

# **EXHIBIT B**

| | | |
|---|---|---|
| ALAMEDA COUNTY TAX COLLECTOR<br>DONALD R. WHITE<br>1221 OAK STREET<br>OAKLAND, CA 94612-4286 | ARAPAHOE COUNTY TREASURER<br>ATTN: ROBERT HILL<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | ARIZONA DEPARTMENT OF REVENUE<br>P.O. BOX 29010<br>PHOENIZ, AZ 85038-9010 |
| ASFG, LLC<br>5300 MEADOWS ROAD, SUITE 400<br>LAKE OSWEGO, OR 97035 | ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN/RICARDO PALACIO<br>ATTN: LEIGH-ANNE RAPORT<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150 | BMC GROUP, INC.<br>ATTN: T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO, CA 90245 |
| BROWN RUDNICK LLP<br>H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 | CA LABOR & WORKFORCE DEV AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 |
| CA STATE OF BOARD OF EQUALIZATION<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279 | CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA DEPARTMENT OF EDUCATION<br>1430 N STREET<br>SACRAMENTO, CA 95814-5901 |
| CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST., #1142<br>SACRAMENTO, CA 95814-5901 | CALIFORNIA FIRST NATIONAL BANK<br>18201 VON KARMAN AVE., #700<br>IRVINE, CA 92612 | CAMPUS STUDENT FUNDING, LLC<br>5300 MEADOWS ROAD, SUITE 400<br>LAKE OSWEGO, OR 97035 |
| CIT FINANCE LLC<br>10201 CENTURION PARKWAY NORTH<br>STE 100<br>JACKSONVILLE, FL 32256 | CIT TECHNOLOGY FINANCING SERVICES, INC.<br>10201 CENTURION PARKWAY NORTH<br>STE 100<br>JACKSONVILLE, FL 32256 | CITY OF ANAHEIM<br>200 S. ANAHEIM BLVD.<br>ANAHEIM, CA 92805 |
| CITY OF AURORA<br>TAX & LICENSING DIVISION<br>P.O. BOX 33001<br>AURORA, CO 80041-3001 | CITY OF COLORADO SPRINGS<br>SALES/USE TAX<br>DEPARTMENT OF 2408<br>DENVER, CO 80256-0001 | CITY OF CONCORD CALIFORNIA<br>1950 PARKSIDE DR.<br>CONCORD, CA 94519 |
| CITY OF HAYWARD<br>777 B STREET<br>HAYWARD, CA 94541 | CITY OF MESA<br>20 E. MAIN STREET<br>MESA, AZ 85201 | CITY OF MESA<br>P.O. BOX 1466<br>MESA, AZ 85211-1466 |
| CITY OF MESA<br>P.O. BOX 16350<br>MESA, AZ 85211-6350 | CITY OF MODESTO CALIFORNIA<br>1010 10TH STREET<br>MODESTO, CA 95354 | CITY OF MODESTO CALIFORNIA<br>P.O. BOX 642<br>MODESTO, CA 95353 |
| CITY OF ONTARIO<br>303 EAST B STREET<br>ONTARIO, CA 91764 | CITY OF PHOENIX<br>PHOENIX CITY HALL<br>200 W. WASHINGTON ST.<br>PHOENIX, AZ 85003 | CITY OF PHOENIX ARIZONA<br>PRIVILEGE LICENSE TAX DESK<br>P.O. BOX 29125<br>PHOENIX, AZ 85038-9125 |
| CITY OF RANCHO CORDOVA<br>2729 PROSPECT PARK DRIVE<br>RANCHO CORDOVA, CA 95670 | CITY OF ROCHESTER<br>30 CHURCH STREET<br>ROCHESTER NY, 14614 | CITY OF SALINAS<br>201 LINCOLN AVE.<br>SALINAS, CA 93901 |

| | | |
|---|---|---|
| CITY OF SAN BERNARDINO<br>172 WEST THIRD STREET, FIRST FLOOR<br>SAN BERNARDINO, CA 92415-0360 | CITY OF SAN JOSE<br>200 E. SANTA CLARA ST.<br>SAN JOSÉ, CA 95113 | CITY OF SANTA ANA<br>20 CIVIC CENTER PLAZA<br>CITY HALL LOBBY, 1ST FLOOR<br>SANTA ANA, CA 92701 |
| CITY OF STOCKTON<br>425 N. EL DORADO ST.<br>STOCKTON, CA 95202 | CITY OF TEMPE<br>P.O. BOX 29618<br>PHOENIX, AZ 85038-9618 | CITY OF TEMPE ARIZONA<br>20 E 6TH STREET, 3RD FLOOR<br>TEMPE, AZ 85281 |
| CITY OF TEMPE ARIZONA<br>P.O. BOX 5002<br>TEMPE, AZ 85280 | CITY OF THORNTON<br>SALES TAX DIVISION<br>9500 CIVIC CENTER DRIVE #2050<br>THORNTON, CO 80229 | CITY OF WALNUT CREEK<br>CITY HALL - 1666 NORTH MAIN STREET<br>WALNUT CREEK, CA 94596 |
| COMMONWEALTH OF MASSACHUSETTS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY, AG<br>ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>ATTN: LINDA MITTEN<br>651 BOAS STREET, ROOM 700<br>HARRISBURG, PA 17121 | COMPTROLLER OF MARYLAND<br>SUT REVENUE ADMINISTRATION DIVISION<br>P.O. BOX 17405<br>BALTIMORE, MD 21297-1405 |
| COMPTROLLER OF PUBLIC ACCOUNTS<br>P.O. BOX 149355<br>AUSTIN, TX 78714-9355 | CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST. LOUIS, MO 63141 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 898<br>DOVER, DE 19903 |
| DELL FINANCIAL SERVICES L.L.C.<br>MAILSTOP-PS2DF<br>23 ONE DELL WAY<br>ROUND ROCK, TX 78682 | DEPARTMENT OF BUDGET AND FISCAL SERVICES<br>REAL PROPERTY ASSESSMENT DIVISION<br>530 SOUTH KING ST, RM 115<br>HONOLULU, HAWAII 96813 | DEPARTMENT OF REVENUE WASHINGTON STATE<br>2101 4TH AVE #1400<br>SEATTLE, WA 98121-2300 |
| DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI 96813 | DEVELOPMENT RESOURCES, INC.<br>ATTN: JOHN GIANNOPOULOS<br>333 NORTH DES PLAINES STREET<br>CHICAGO, IL 60661 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY 10013 |
| DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE, STE. 2000<br>PHILADELPHIA, PA 19103-6996 | DRINKER BIDDLE & REATH LLP<br>ATTN: HOWARD A. COHEN<br>222 DELAWARE AVE., STE.1410<br>WILMINGTON, DE 19801-1621 |
| DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK, NY 10036-2714 | EMPLOYMENT DEVELOPMENT DEPT<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280 | EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 |
| FAIRFIELD AND WOODS, P.C.<br>ATTN: CAROLINE C. FULLER<br>1801 CALIFORNIA STREET, SUITE 2600<br>DENVER, CO 80202 | FIRST FINANCIAL CORPORATION LEASING, LLC<br>711 KIMBERLY AVENUE, SUITE 160<br>PLACENTIA, CA 98270 | FIRST NATIONAL BANK OF ST. LOUIS<br>7707 FORSYTH BLVD<br>ST. LOUIS, MO 63131 |
| FIRST NATIONAL CAPITAL, LLC<br>1029 HIGHWAY 6 NORTH, SUITE 650-283<br>HOUSTON, TX 77079 | FLORIDA DEPARTMENT OF REVENUE SUT<br>5050 W TENNESSEE ST.<br>TALLAHASSEE, FL 32399-0120 | FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0501 |

| | | |
|---|---|---|
| FRANKGECKER LLP<br>ATTN: JOSEPH FRANK/REED HEILIGMAN<br>325 NORTH LASALLE STREET<br>SUITE 625<br>CHICAGO, IL 60654 | FRESNO COUNTY<br>FRESNO COUNTY AUDITOR CONTROLLER<br>TREASURER-TAX COLLECTOR<br>P. O. BOX 1247<br>FRESNO, CA 93715 | G.E. CAPITAL CORPORATION<br>4 NORTH PARK DRIVE, SUITE 500<br>HUNT VALLEY, MD 21030 |
| GE INFORMATION TECHNOLOGY SOLUTIONS<br>F/D/B/A IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON, GA 31208-3708 | GENERAL ELECTRIC CAPITAL CORPORATION<br>PO BOX 35701<br>BILLINGS, MT 59107 | GEORGIA DEPARTMENT OF REVENUE<br>SALES/USE TAX<br>P.O. BOX 105408<br>ATLANTA, GA 30348-5408 |
| HAWAII DEPARTMENT OF TAXATION<br>P.O. BOX 1425<br>HONOLULU, HI 96806-1425 | HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 | HEWLETT-PACKARD FINANCIAL SERV CO<br>420 MOUNTAIN AVE.<br>MURRAY HILL, NJ 07974 |
| ILLINOIS DEPARTMENT OF REVENUE<br>P. O. BOX 19028<br>SPRINGFIELD, IL 62794-9028 | ILLINOS DEPARTMENT OF REVENUE<br>RETAILER'S OCCUPATION TAX<br>SPRINGFIELD, IL 62796-0001 | INDIANA DEPARTMENT OF REVENUE<br>SALES/USE TAX<br>P.O. BOX 7218<br>INDIANAPOLIS, IN 46207-7218 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICES<br>OGDEN, UT 84201-0039 | IRON MOUNTAIN INFORMATION MANAGEMENT<br>ATTN: JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON, MA 02110 |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | KATTEN MUCHIN ROSENMAN LLP<br>ATTN: BRIAN HUBEN/DUSTIN BRANCH<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES, CA 90067-3012 | KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| KIRCH-METRO COMPANY, LLC<br>129 WATERGLEN CIRCLE<br>SACRAMENTO, CA 95826 | KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>ATTN: THOMAS G. KING<br>PO BOX 4010<br>KALAMAZOO, MI 49003-4010 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ATTN: ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI, OH 75271-2711 |
| LASALLE SYSTEMS LEASING, INC.<br>6111 NORTH RIVER ROAD<br>ROSEMONT, IL 60018 | LINEBARGER GOGGAN BLAIR & SAMPSON<br>ATTN: DAVID G. AELVOET<br>711 NAVARRO STREET, STE 300<br>SAN ANTONIO, TX 78205 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 |
| LOS ANGELES COUNTY TAX COLLECTOR<br>P.O. BOX 54027<br>LOS ANGELES, CA  90054-0027 | LOS ANGELES COUNTY TREASURER<br>TAX COLLECTOR<br>225 N. HILL STREET<br>LOS ANGELES, CA 90012-2798 | MASSACHUSETTS DEPARTMENT OF REVENUE<br>P.O. BOX 7043<br>BOSTON, MA 2204 |
| MB FINANCIAL BANK, N.A.<br>6111 NORTH RIVER ROAD<br>ROSEMONT, IL 60018 | MCCARTER & ENGLISH, LLP<br>ATTN: KATHARINE L. MAYER<br>RENAISSANCE CENTRE<br>405 N. KING STREET, 8TH FLOOR<br>WILMINGTON, DE 19801 | MICHIGAN DEPARTMENT OF TREASURY<br>DEPARTMENT 78172<br>P.O. BOX 78000<br>DETROIT, MI 48278-0172 |
| MINNESOTA DEPT. OF REVENUE<br>SALES/USE TAX<br>600 NORTH ROBERT STREET<br>ST. PAUL, MN 55146-6330 | MISSISSIPPI DEPARTMENT OF REVENUE<br>P.O. BOX 1033<br>JACKSON, MS 39215-1033 | MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |

| | | |
|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE<br>P. O. BOX 3365<br>JEFFERSON CITY, MO 65105-3365 | MISSOURI DEPARTMENT OF REVENUE<br>SALES/USE TAX<br>P.O. BOX 840<br>JEFFERSON CITY, MO 65105-0840 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601 |
| MULTNOMAH COUNTY<br>501 SE HAWTHORNE BLVD., SUITE 250<br>PORTLAND, OR 97214 | N.J. DIVISION OF TAXATION<br>P.O. BOX 999<br>TRENTON , NJ 08646-0999 | NEC FINANCIAL SERVICES, LLC<br>1 PARK 80 PLAZA WEST<br>SADDLE BROOK, NJ 07663 |
| NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 | NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 | NYS TAX DEPARTMENT<br>W A HARRIMAN CAMPUS<br>ALBANY, NY 12227 |
| OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMIN<br>800 W. WASHINGTON STREET, 2ND FL<br>PHOENIX, AZ 85007 | OFFICE OF PRIVATE POSTSECONDARY EDU<br>OREGON HIGHER EDUCATION<br>COORDINATING COMMISSION<br>775 COURT STREET NE<br>SALEM, OR 97301 |
| OFFICE OF THE TREASURER & TAX COLLECTOR<br>CITY HALL - ROOM 140<br>1 DR. CARLTON B. GOODLETT PLACE<br>SAN FRANCISCO, CA 94102 | OFFICE OF THE U.S. ATTORNEY<br>ATTN: CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF ARIZONA<br>ATTN: JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 |
| OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF HAWAII<br>ATTN: FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 | OFFICE OF THE U.S. ATTORNEY<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: KELLY T. CURRIE<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | OFFICE OF THE U.S. ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER/TIMOTHY FOX<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | OHIO DEPARTMENT OF TAXATION<br>P.O. BOX 530<br>COLUMBUS, OH 43216-0530 | OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 |
| PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>C/O PHILLIPS INTERNATIONAL<br>295 MADISON AVE., 2ND FLOOR<br>NEW YORK, NY 10017 | PENNSYLVANIA DEPT OF REVENUE<br>P.O. BOX 280406<br>HARRISBURG, PA 17128 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010 |
| PIRCHER, NICHOLS & MEEKS<br>ATTN: EUGENE J.M. LEONE<br>900 N. MICHIGAN AVENUE<br>SUITE 1000<br>CHICAGO, IL 60611 | POLSINELLI PC<br>ATTN: CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/ETTA MYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>P.O. BOX 951<br>WILMINGTON, DE 19899-0951 |
| PRIME ALLIANCE BANK, INC.<br>1868 SOUTH 500 WEST<br>WOODS CROSS, UT 84087 | ROBAINA & KRESIN<br>ATTN: THOMAS GRIFFIN<br>ONE EAST CAMELBACK ROAD<br>SUITE 710<br>PHOENIX, AZ  85012 | ROBINS KAPLAN LLP<br>ATTN: SCOTT GAUTIER/LORIE BALL<br>ATTN: CYNTHIA HERNANDEZ<br>2049 CENTURY PARK EAST, SUITE 3400<br>LOS ANGELES, CA 90067 |
| RUDER WARE, L.L.S.C.<br>ATTN: JEREMY M. WELCH<br>500 NORTH FIRST STREET, SUITE 8000<br>P.O. BOX 8050<br>WAUSAU, WI 54402-8050 | SACRAMENTO COUNTY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | SACRAMENTO COUNTY<br>P.O. BOX 508<br>SACRAMENTO, CA 95812-0508 |

| | | |
|---|---|---|
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE/ABIGAIL SNOW<br>230 PARK AVENUE, SUITE 1130<br>NEW YORK, NY 10169 | SECRETARY OF THE TREASURY<br>P.O. BOX 7040<br>DOVER, DE 19903 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REG. DIRECTOR<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ATTN: CARREN B. SHULMAN, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | SIDLEY AUSTIN LLP<br>ATTN: JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES, CA 90013 |
| SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: FELICIA GERBER PERLMAN<br>155 N. WACKER DRIVE<br>CHICAGO, IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 |
| STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STATE OF NEVADA AR PAYMENTS<br>P.O. BOX 52685<br>PHOENIX, AZ 85072 | STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 |
| THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT<br>ATTN: KAREN AXSOM, DIRECTOR<br>800 W. WASHINGTON ST<br>PHOENIX, AZ 85007 | THE ROSNER LAW GROUP<br>ATTN: JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 | TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 |
| TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>ATTN: JOHN MARK STERN, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION, MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | U.S. BANCORP<br>OLIVER-ALLEN TECHNOLOGY LEASING<br>601 LARKSPUR LANDING<br>LARKSPUR, CA 94939 |
| U.S. BANCORP EQUIPMENT FINANCE, INC.<br>801 LARKSPUR LANDING<br>LARKSPUR, CA 94939-1704 | U.S. BANK EQUIPMENT FINANCE<br>A DIVISION OF U.S. BANK NATIONAL ASSOC<br>PO BOX 230789<br>PORTLAND, OR 97281 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 |
| U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN: LLOYD RANDOLPH<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | UNITED STATES DEPARTMENT OF LABOR<br>ATTN: THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20210 | UTAH STATE TAX COMMISSION<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84134 |
| VARIANT LEASING CORPORATION<br>32332 CAMINO CAPISTRANO, SUITE 103<br>SAN JUAN CAPISTRANO, CA 92707 | VIRGINIA DEPT OF TAXATION<br>OFFICE OF SALES/USE TAX<br>P.O. BOX 1115<br>RICHMOND, VA 23218-1115 | WATT LONG BEACH II, LLC<br>2716 OCEAN PARK BLVD. #3040<br>SANTA MONICA, CA 90405 |
| WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 | WELLS FARGO EQUIPMENT FINANCE, INC.<br>733 MARQUETTE AVE. #300<br>MINNEAPOLIS, MN 55479 | WEST VIRGINIA STATE TAX DEPARTMENT<br>SALES & USE TAX DIVISION<br>P.O. BOX 3784<br>CHARLESTON, WV 25337-3784 |
| WINTHROP RESOURCES CORPORATION<br>11100 WAYZATA BOULEVARD, SUITE 800<br>MINNETONKA, MN 55305 | WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: BRAD D. SCHIMEL, AG<br>ATTN: F. MARK BROMLEY, AAG<br>POST OFFICE BOX 7857<br>MADISON, WI 53707-7857 | WYOMING DEPARTMENT OF SALES/USE TAX<br>122 WEST 25TH ST<br>2ND FL WEST<br>CHEYENNE, WY 82002-0110 |

Parties Served: 165