IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

-----------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR *TELEPHONIC* HEARING ON JULY 9, 2015 AT 2:00 P.M. (EDT) [2]**

I.  **CONTESTED MATTER GOING FORWARD:**

1.  Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 363 - filed June 8, 2015]

    Objection / Response Deadline:  June 23, 2015 at 4:00 p.m. (EDT); extended through June 24, 2014 at 12:00 p.m. (noon) (EDT) for the Debtors, the Unsecured Creditors Committee and Campus Student Funding; the Student Creditors Committee's deadline to file a reply in support of its motion was extended to June 26, 2015 at 12:00 p.m. (noon) (EDT)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] The telephonic hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the July 9, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Wednesday, July 8, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

RLF1 12314977v.1

Objections / Responses Received:

A.    United States' Objection to Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 460 - filed June 23, 2015]

B.    United States' Objection to Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief (Corrected) [Docket No. 461 - filed June 23, 2015]

C.    Debtors' Response to the Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105 (a) and Granting Related Relief [Docket No. 465 - filed June 24, 2015]

D.    Committee of Student Creditors' Omnibus Reply to Objection and Response to Motion for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 477 - filed June 26, 2015]

Related Documents:

i.    Request for Judicial Notice in Support of Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 364 - filed June 8, 2015]

ii.    Declaration of Cynthia C. Hernandez in Support of Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 365 - filed June 8, 2015]

iii.    Debtors' Request for Judicial Notice of Documents Relevant to Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105(a) and Granting Related Relief [Docket No. 466 - filed June 24, 2015]

iv.    Notice of Partial Continuance of the Committee of Student Creditors' to Motion for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105(a) and Granting Related Relief [Docket No. 470 - filed June 24, 2015]

v.    Supplemental Request for Judicial Notice in Support of Committee of Student Creditors' Omnibus Reply to Objection and Response to Motion for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§

        362(a) and 105(a) and Granting Related Relief [Docket No. 478 - filed June 26, 2015]

Status: An initial hearing on the Motion was held on June 30, 2015. At the conclusion of the June 30, 2015 hearing, the Court indicated that it would hold a continued telephonic hearing on the Motion on July 9, 2015 at 2:00 p.m. (Eastern Time) and requested that the Committee of Student Creditors and the Department of Education address certain issues at such telephonic hearing. The telephonic hearing on the Motion is going forward.

| | |
|---|---|
| Dated: July 7, 2015<br>Wilmington, Delaware | */s/* Marisa A. Terranova<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>      merchant@rlf.com<br>      terranova@rlf.com<br>      steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |