# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | § Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § |
| | § Case No. 15-10952 (KJC) |
| | § |
| | § (Jointly Administered) |
| Debtors. | § |
| | § RE: D.I. 446 |

## AMENDED AND RESTATED[2] AFFIDAVIT AND DISCLOSURE STATEMENT OF MICHAEL B. GOLDSTEIN ON BEHALF OF COOLEY LLP

DISTRICT OF COLUMBIA  )
                                           )  s.s.:
COUNTY OF WASHINGTON  )

Michael B. Goldstein, being duly sworn, deposes and certifies, under the penalty of perjury:

1. I am over 18 years of age and a partner of the law firm of Cooley LLP, which has an office located at 1299 Pennsylvania Avenue, NW, Suite 700, Washington DC 2004 (the "**Company**").

2. Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession in these cases (collectively, the "**Debtors**"), have requested that the Company provide legal

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] On June 22, 2015, the Affidavit and Disclosure Statement of Michael B. Goldstein on Behalf of Cooley LLP (the "Affidavit") was filed with the Court. Subsequent to filing the Affidavit, Cooley's learned that the prepetition claim amount listed in paragraph 7 of the Affidavit and paragraph 6 of the retention questionnaire is incorrect. Cooley files this Amended and Restated Affidavit to correctly reflect its prepetition claim amount.

118707899 v1

services to the Debtors, and the Company has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, advising the Debtors on U.S. Department of Education regulatory matters and any other education regulatory matters.

4. The Company may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtors, or other parties in interest in these chapter 11 cases. The Company does not perform services for any such person in connection with these chapter 11 cases. In addition, the Company does not have any relationship with any such person, their attorneys, or their accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Company is to be retained.

5. Neither I, nor any principal of, or professional employed by, the Company has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Company.

6. Neither I, nor any principal of, or professional employed by, the Company, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Company is to be retained.

7. As of the date of the commencement of their chapter 11 cases, the Debtors owed the Company $515,619.16 for prepetition services.

8. The Company is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of

its employment, if the Company should discover any facts bearing on the matters described in this affidavit, the Company will supplement the information contained in this affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on **July 2, 2015**.

_____
Michael B. Goldstein

District of Columbia: SS

SWORN TO AND SUBSCRIBED before me this 2nd day of July, 2015

_____
Notary Public

CHARLES PETER CHARPENTIER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2016



118707899 v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*[1]<br><br>Debtors. | § <br> § Chapter 11 <br> § <br> § Case No. 15-10952 (KJC) <br> § <br> § (Jointly Administered) <br> § <br> § |

## **RETENTION QUESTIONNAIRE**

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>

<u>RETURN IT FOR FILING BY THE DEBTORS TO:</u>

> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square,
> 920 North King Street,
> Wilmington, DE 19801
> Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1. Name and address of company:

   Cooley LLP

   1299 Pennsylvania Avenue, NW, Suite 700

   Washington, DC 20004

2. Date of retention: May 18, 2009

3. Type of services to be provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Provide legal advice concerning U.S. Department of Education regulatory matters and any other education regulatory matters.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable): n/a

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

   $35,000.00

6. Prepetition claims against any of the Debtors held by the company:

   Amount of claim: $515,619.16

   Date claim arose: December 5, 2013 through May 4, 2015

   Nature of claim: provision of legal services

7. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the company:

   Name: n/a

- 2 -

- 3 -

Status: n/a

Amount of claim: $ n/a

Date claim arose: n/a

Nature of claim: n/a

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the company is to be employed.

None.

9. Name and title of individual completing this form:

Michael B. Goldstein, Partner

Dated: July 2, 2015