**The Sacramento Bee**
P.O. Box 15779 • 2100 Q Street • Sacramento, CA 95852

**MILLER LEGAL SERVICES**
**5901 N. CICERO AVE, #612**
**CHICAGO, IL 60646**

DECLARATION OF PUBLICATION
(C.C.P. 2015.5)

COUNTY OF SACRAMENTO
STATE OF CALIFORNIA

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interest ed in the above entitled matter. I am the printer and principal clerk of the publisher of The Sacramento Bee, printed and published in the City of Sacramento, County of Sacramento, State of California, daily, for which said newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Sacramento, State of California, under the date of September 26, 1994, Action No. 379071; that the notice of which the annexed is a printed copy, has been published in each issue thereof and not in any supplement thereof on the following dates, to wit:

**JUNE 25, 2015**

I certify (or declare) under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Sacramento, California, on **JUNE 25, 2015**

(Signature)

Contractor and any subcontractors must be registered with the California Department of Industrial Relations (DIR) to be awarded the contract and shall comply with all DIR regulations throughout the course of this entire Project.

Notice to Proceed is anticipated to be awarded on July 22, 2015, and Substantial Completion must be achieved by August 21, 2015.

The Owner reserves the right to waive irregularities and reject any or all bids.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: CORINTHIAN COLLEGES, INC., *et al.*[1] § Chapter 11, Case No. 15-10952 (KJC)
Debtors. § Jointly Administered

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM**
**(GENERAL BAR DATE IS JULY 20, 2015, AT 5:00 P.M. ET)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 4, 2015 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Set forth below are the name, federal tax identification number, and the case number for each of the Debtors: **Debtor, Case No., EID#:** Corinthian Colleges, Inc., 15-10952 (KJC), 33-0717312; Corinthian Schools, Inc., 15-10955 (KJC), 95-4520525; Rhodes Colleges, Inc., 15-10957 (KJC), 33-0717311; Florida Metropolitan University, Inc., 15-10962 (KJC), 33-0717605; Corinthian Property Group, Inc., 15-10966 (KJC), 33-0752106; Titan Schools, Inc., 15-10970 (KJC), 52-2133201; Career Choices, Inc., 15-10972 (KJC), 33-0661425; Sequoia Education, Inc., 15-10974 (KJC), 94-3135739; ETON Education, Inc., 15-10961 (KJC), 94-3343608; Ashmead Education, Inc., 15-10967 (KJC), 91-1419120; MJB Acquisition Corporation, 15-10971 (KJC), 83-0301912; ECAT Acquisition, Inc., 15-10975 (KJC), 57-1177789; Pegasus Education, Inc., 15-10953 (KJC), 33-0982336; Grand Rapids Educational Center, Inc., 15-10956 (KJC), 38-2442031; Rhodes Business Group, Inc., 15-10959 (KJC), 33-0726709; Everest College Phoenix, Inc., 15-10960 (KJC), 45-2216173; CDI Education USA, Inc., 15-10963 (KJC), 87-0720505; SP PE VII-B Heald Holdings Corp., 15-10965 (KJC), 26-4440115; SD III-B Heald Holdings Corp., 15-10968 (KJC), 26-4439707; Heald Capital LLC, 15-10954 (KJC), 20-8836164; Heald Real Estate, LLC, 15-10958 (KJC), 20-8964281; Heald Education, LLC, 15-10964 (KJC), 20-8621465; Heald College, LLC, 15-10969 (KJC), 20-8699639; QuickStart Intelligence Corporation, 15-10973 (KJC), 33-0975665; Socle Education, Inc., 15-10976 (KJC), 36-4743477.

2. On June 18, 2015, the Court entered an order [D.I. 429] (the "**Bar Date Order**") establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and governmental units who have a claim or potential claim against any of the Debtors that arose prior to May 4, 2015, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **July 20, 2015, at 5:00 p.m. (ET)** for general creditors (the "**General Bar Date**") and **November 2, 2015, at 5:00 p.m. (ET)** for governmental units (the "**Governmental Unit Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by sending an original proof of claim form to Rust Consulting/Omni Bankruptcy ("**Rust/Omni**"), no later than 5:00 p.m. (prevailing Eastern Time) on the applicable Bar Date, by mailing the original Proof of Claim by regular mail, overnight mail, courier service, hand delivery, or in person to Corinthian Colleges, Inc. Claims Processing c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367 so that it is **actually received** on or before the applicable Bar Date. **Proofs of claim sent by facsimile or e-mail will not be accepted**.

4. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL BE FOREVER BARRED AND ESTOPPED FROM VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES, AND THE DEBTORS AND THEIR PROPERTY WILL BE DISCHARGED FROM ANY AND ALL LIABILITY WITH RESPECT TO THAT CLAIM.**

5. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting Rust/Omni's website at **http://omnimgt.com/corinthiancolleges** or by contacting Corinthian Colleges, Inc. Claims Processing c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. Rust/Omni cannot advise you how to file, or whether you should file, a proof of claim.

Dated: June 22 2015, Wilmington, Delaware

/s/ Marisa A. Terranova, Mark D. Collins (No. 2981), Marisa A. Terranova (No. 5396), RICHARDS, LAYTON & FINGER, P.A., 920 N. King Street, Wilmington, Delaware 19801, Counsel for the Debtors and Debtors in Possession

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.