

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

_____

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, June 25, 2015** - the following legal advertisement – **In re: CORINTHIAN COLLEGES, INC., et al.**– was published in the national edition of **USA TODAY.**

_____
Principal Clerk of USA TODAY
June 26, 2015

This _26_ day of _June_ month _2015_ year.

_Yvonne Ann Ashby_
Notary Public as Yvonne Ann Ashby

Case 15-10952-LSS Doc 542 Filed 07/07/15 Page 2 of 2

Plaintiffs allege, among other things, that when a borrower was required to have flood insurance pursuant to a residential mortgage or home equity loan or line of credit, and the borrower failed to provide evidence of acceptable coverage, Defendants would obtain lender-placed flood insurance policies ("LPFI Policies") in a manner that enabled the HSBC Defendants to receive unauthorized benefits from the Assurant Defendants, some of whom issued the LPFI Policies. Plaintiffs also allege that the way in which the LPFI Policies were obtained and lender-placed hazard insurance is not included in this settlement. You can receive a settlement payment under this settlement even if you are also eligible to receive a settlement payment or credit in a separate settlement involving lender-placed hazard insurance.

**ALL SETTLEMENT PAYMENTS ARE CONTINGENT UPON THE COURT ENTERING THE FINAL APPROVAL ORDER AND THE EFFECTIVE DATE OF THE SETTLEMENT OCCURRING.**

**WHAT ARE MY OPTIONS?**

If you remain a Settlement Class member, and the Court approves the settlement, enters the Final Approval paid from the Settlement Fund. You or your lawyer may ask to appear and speak at the hearing at your own expense, but do not have to.

The Final Approval Hearing may be moved to a different date or time. Any changes to the date or time of the Final Approval hearing will be posted at www.WellerFloodInsuranceSettlement.com.

This notice provides only a summary of the terms of the settlement. A more detailed description of the settlement is available at www.WellerFloodInsuranceSettlement.com. You may also contact the Settlement Administrator at 1 (855) 770 – 4275 to request a detailed Class Notice.

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
In re: CORINTHIAN COLLEGES, INC., et al.[1] § Chapter 11, Case No. 15-10952 (KJC)
Debtors. § Jointly Administered

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM
(GENERAL BAR DATE IS JULY 20, 2015, AT 5:00 P.M. ET)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 4, 2015 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Set forth below are the name, federal tax identification number, and the case number for each of the Debtors: **Debtor, Case No., EID#:** Corinthian Colleges, Inc., 15-10952 (KJC), 33-0717312; Corinthian Schools, Inc., 15-10955 (KJC), 95-4520525; Rhodes Colleges, Inc., 15-10957 (KJC), 33-0717311; Florida Metropolitan University, Inc., 15-10962 (KJC), 33-0717605; Corinthian Property Group, Inc., 15-10966 (KJC), 33-0752106; Titan Schools, Inc., 15-10970 (KJC), 52-2133201; Career Choices, Inc., 15-10972 (KJC), 33-0661425; Sequoia Education, Inc., 15-10974 (KJC), 94-3135739; ETON Education, Inc., 15-10961 (KJC), 94-3343608; Ashmead Education, Inc., 15-10967 (KJC), 91-1419120; MJB Acquisition Corporation, 15-10971 (KJC), 83-0301912; ECAT Acquisition, Inc., 15-10975 (KJC), 57-1177789; Pegasus Education, Inc., 15-10953 (KJC), 33-0982336; Grand Rapids Educational Center, Inc., 15-10956 (KJC), 38-2442031; Rhodes Business Group, Inc., 15-10959 (KJC), 33-0726709; Everest College Phoenix, Inc., 15-10960 (KJC), 45-2216173; CDI Education USA, Inc., 15-10963 (KJC), 87-0720505; SP PE VII-B Heald Holdings Corp., 15-10965 (KJC), 26-4440115; SD III-B Heald Holdings Corp., 15-10968 (KJC), 26-4439707; Heald Capital LLC, 15-10954 (KJC), 20-8836164; Heald Real Estate, LLC, 15-10958 (KJC), 20-8964281; Heald Education, LLC, 15-10964 (KJC), 20-8621465; Heald College, LLC, 15-10969 (KJC), 20-8699635; QuickStart Intelligence Corporation, 15-10973 (KJC), 33-0975665; Socle Education, Inc., 15-10976 (KJC), 36-4743477.

2. On June 18, 2015, the Court entered an order [D.I. 429] (the "**Bar Date Order**") establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and governmental units who have a claim or potential claim against any of the Debtors that arose prior to May 4, 2015, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **July 20, 2015, at 5:00 p.m. (ET)** for general creditors (the "**General Bar Date**") and **November 2, 2015, at 5:00 p.m. (ET)** for governmental units (the "**Governmental Unit Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by sending an original proof of claim form to Rust Consulting/Omni Bankruptcy ("**Rust/Omni**"), no later than 5:00 p.m. (prevailing Eastern Time) on the applicable Bar Date, by mailing the original Proof of Claim by regular mail, overnight mail, courier service, hand delivery, or in person to Corinthian Colleges, Inc. Claims Processing c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367 so that it is **actually received** on or before the applicable Bar Date. **Proofs of claim sent by facsimile or e-mail will not be accepted.**

4. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL BE FOREVER BARRED AND ESTOPPED FROM VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES, AND THE DEBTORS AND THEIR PROPERTY WILL BE DISCHARGED FROM ANY AND ALL LIABILITY WITH RESPECT TO THAT CLAIM.**

5. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting Rust/Omni's website at http://omnimgt.com/corinthiancolleges or by contacting Corinthian Colleges, Inc. Claims Processing, c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. Rust/Omni cannot advise you how to file, or whether you should file, a proof of claim.

Dated: June 22, 2015, Wilmington, Delaware. /s/ Marisa A. Terranova Mark D. Collins (No. 2981), Marisa A. Terranova (No. 5396), RICHARDS, LAYTON & FINGER, P.A., 920 N. King Street, Wilmington, Delaware 19801; Counsel for the Debtors and Debtors in Possession

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312); Corinthian Schools, Inc. (0525); Rhodes Colleges, Inc. (7311); Florida Metropolitan University, Inc. (7605); Corinthian Property Group, Inc. (2106); Titan Schools, Inc. (3201); Career Choices, Inc. (1425); Sequoia Education, Inc. (5739); ETON Education, Inc. (3608); Ashmead Education, Inc. (9120); MJB Acquisition Corporation (1912); ECAT Acquisition, Inc. (7789); Pegasus Education, Inc. (2336); Grand Rapids Educational Center, Inc. (2031); Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173); CDI Education USA, Inc. (0505); SP PE VII-B Heald Holdings Corp. (0115); SD III-B Heald Holdings Corp. (9707); Heald Capital LLC (6164); Heald Real Estate, LLC (4281); Heald Education, LLC (1463); Heald College, LLC (9639); QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**Advertise in USA TODAY!**

(800) 397-0070
sales@russelljohns.com

Place your advertisement in USA TODAY's Marketplace Classified section today!

Categories include:
Auctions
Business
Careers
Education
Real Estate
Services
Sports & Recreation
Travel
And more!