DECLARATION OF PUBLICATION OF

**San Francisco Chronicle | SFGate.com**

I, Xuan Nguyen, declare that:

Altegrity, Inc has been regularly published in the

**San Francisco Chronicle | SFGate.com**

which is and was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as the term is defined by section 6000 of the Government Code.

**San Francisco Chronicle | SFGate.com**
901 Mission Street
San Francisco, CA  94013

From 6/25/2015

To 6/25/2015

Namely on Thursday June 25th, 2015

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of June 2015 at San Francisco, California.

_____
Xuan Nguyen

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco }

On __6/25__, 2015 before me, Diane R. FitzGibbon, Notary Public, personally appeared __Xuan Nguyen__

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing paragraph is true and correct.

**WITNESS** my hand and official seal.

*Diane R. FitzGibbon*
Notary Public Signature

DIANE R. FITZGIBBON
COMM. #2004309
Notary Public · California
San Mateo County
My Comm. Expires Feb. 14, 2017

Notary Public Seal

Debtors. § Jointly Administered

## NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM
### (GENERAL BAR DATE IS JULY 20, 2015, AT 5:00 P.M. ET)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 4, 2015 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Set forth below are the name, federal tax identification number, and the case number for each of the Debtors: **Debtor, Case No., EID#:** Corinthian Colleges, Inc., 15-10952 (KJC), 33-0717312; Corinthian Schools, Inc., 15-10955 (KJC), 95-4520525; Rhodes Colleges, Inc., 15-10957 (KJC), 33-0717311; Florida Metropolitan University, Inc., 15-10962 (KJC), 33-0717605; Corinthian Property Group, Inc., 15-10966 (KJC), 33-0752106; Titan Schools, Inc., 15-10970 (KJC), 52-2133201; Career Choices, Inc., 15-10972 (KJC), 33-0661425; Sequoia Education, Inc., 15-10974 (KJC), 94-3135739; ETON Education, Inc., 15-10961 (KJC), 94-3343608; Ashmead Education, Inc., 15-10967 (KJC), 91-1419120; MJB Acquisition Corporation, 15-10971 (KJC), 83-0301912; ECAT Acquisition, Inc., 15-10975 (KJC), 57-1177789; Pegasus Education, Inc., 15-10953 (KJC), 33-0982336; Grand Rapids Educational Center, Inc., 15-10956 (KJC), 38-2442031; Rhodes Business Group, Inc., 15-10959 (KJC), 33-0726709; Everest College Phoenix, Inc., 15-10960 (KJC), 45-2216173; CDI Education USA, Inc., 15-10963 (KJC), 87-0720505; SP PE VII-B Heald Holdings Corp., 15-10965 (KJC), 26-4440115; SD III-B Heald Holdings Corp., 15-10968 (KJC), 26-4439707; Heald Capital LLC, 15-10954 (KJC), 20-8836164; Heald Real Estate, LLC, 15-10958 (KJC), 20-8964281; Heald Education, LLC, 15-10964 (KJC), 20-8621465; Heald College, LLC, 15-10969 (KJC), 20-8699639; QuickStart Intelligence Corporation, 15-10973 (KJC), 33-0975665; Socle Education, Inc., 15-10976 (KJC), 36-4743477.

2. On June 18, 2015, the Court entered an order [D.I. 429] (the "**Bar Date Order**") establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and governmental units who have a claim or potential claim against any of the Debtors that arose prior to May 4, 2015, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **July 20, 2015, at 5:00 p.m.** (ET) for general creditors (the "**General Bar Date**") and **November 2, 2015, at 5:00 p.m.** (ET) for governmental units (the "**Governmental Unit Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by sending an original proof of claim form to Rust Consulting/Omni Bankruptcy ("**Rust/Omni**"), no later than 5:00 p.m. (prevailing Eastern Time) on the applicable Bar Date by mailing the original Proof of Claim by regular mail, overnight mail, courier service, hand delivery, or in person to Corinthian Colleges, Inc. Claims Processing c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367 so that it is **actually received** on or before the applicable Bar Date. **Proofs of claim sent by facsimile or e-mail will not be accepted.**

4. ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL BE FOREVER BARRED AND ESTOPPED FROM VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES, AND THE DEBTORS AND THEIR PROPERTY WILL BE DISCHARGED FROM ANY AND ALL LIABILITY WITH RESPECT TO THAT CLAIM.

5. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting Rust/Omni's website at http://omnimgt.com/corinthiancolleges or by contacting Corinthian Colleges, Inc. Claims Processing c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. Rust/Omni cannot advise you how to file, or whether you should file, a proof of claim.

Dated: June 22, 2015, Wilmington, Delaware

/s/ Marisa A. Terranova _____, Mark D. Collins (No. 2981); Marisa A. Terranova (No. 5396); RICHARDS, LAYTON & FINGER, P.A., 920 N. King Street, Wilmington, Delaware 19801, Counsel for the Debtors and Debtors in Possession

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (4411), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

---

# NATO

# Alliance

**ASSOCIATED PRESS**

BRUSSELS — Rejecting charges they are engaging in a Cold War-style arms race with Moscow, the U.S. and its NATO allies approved an array of military upgrades Wednesday that should help them come to the aid of a threatened alliance member faster, with better equipment and more firepower.

"We stand united in the way we are addressing the challenges we face," NATO Secretary-General

[right sidebar top:] season that began in June to be quieter than normal, with a shorter period of rains. That means less water to help