

# Los Angeles Times
## MEDIA GROUP

**PROOF OF PUBLICATION**
**(2015.5 C.C.P.)**

**STATE OF ILLINOIS**
**County of Cook**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the action for which the attached notice was published.
I am a principal clerk of the Los Angeles Times, which was adjudged a newspaper of general circulation on May 21, 1952, Cases 598599 for the City of Los Angeles, County of Los Angeles, and State of California. Attached to this Affidavit is a true and complete copy as was printed and published on the following date(s):
June 25, 2015

I certify (or declare) under penalty of perjury
under the laws of the State of California that the foregoing is true and correct.

Dated at Chicago, Illinois
on this 1st day of July, 2015

_____
[signature]

435 N. Michigan Ave.
Chicago, IL 60611



# Los Angeles Times
## MEDIA GROUP

<u>Sold To:</u>
Miller Advertising- LAT – CU00072826
71 5th Avenue
New York, New York 10003

<u>Bill To:</u>
Miller Advertising- LAT – CU00072826
71 5th Avenue
New York, New York 10003

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: CORINTHIAN COLLEGES, INC., et al.,[1] § Chapter 11, Case No. 15-10952 (KJC)
Debtors. § Jointly Administered

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM
(GENERAL BAR DATE IS JULY 20, 2015, AT 5:00 P.M. ET)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 4, 2015 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Set forth below are the name, federal tax identification number, and the case number for each of the Debtors: **Debtor, Case No., EID#:** Corinthian Colleges, Inc., 15-10952 (KJC), 33-0717312; Corinthian Schools, Inc., 15-10955 (KJC), 95-4520525; Rhodes Colleges, Inc., 15-10957 (KJC), 33-0717311; Florida Metropolitan University, Inc., 15-10962 (KJC), 33-0717605; Corinthian Property Group, Inc., 15-10966 (KJC), 33-0752106; Titan Schools, Inc., 15-10970 (KJC), 52-2133201; Career Choices, Inc., 15-10972 (KJC), 33-0661425; Sequoia Education, Inc., 15-10974 (KJC), 94-3135739; ETON Education, Inc., 15-10961 (KJC), 94-3343608; Ashmead Education, Inc., 15-10967 (KJC), 91-1419120; MJB Acquisition Corporation, 15-10971 (KJC), 83-0301912; ECAT Acquisition, Inc., 15-10975 (KJC), 57-1177789; Pegasus Education, Inc., 15-10953 (KJC), 33-0982336; Grand Rapids Educational Center, Inc., 15-10956 (KJC), 38-2442031; Rhodes Business Group, Inc., 15-10959 (KJC), 33-0726709; Everest College Phoenix, Inc., 15-10960 (KJC), 45-2216173; CDI Education USA, Inc., 15-10963 (KJC), 87-0720505; SP PE VII-B Heald Holdings Corp., 15-10965 (KJC), 26-4440115; SD III-B Heald Holdings Corp., 15-10968 (KJC), 26-4439707; Heald Capital LLC, 15-10954 (KJC), 20-8836164; Heald Real Estate, LLC, 15-10958 (KJC), 20-8964281; Heald Education, LLC, 15-10964 (KJC), 20-8621465; Heald College, LLC, 15-10969 (KJC), 20-8699639; QuickStart Intelligence Corporation, 15-10973 (KJC), 33-0975665; Socle Education, Inc., 15-10976 (KJC), 36-4743477.

2. On June 18, 2015, the Court entered an order [D.I. 429] (the "**Bar Date Order**") establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and governmental units who have a claim or potential claim against any of the Debtors that arose prior to May 4, 2015, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **July 20, 2015, at 5:00 p.m.** (ET) for general creditors (the "**General Bar Date**") and **November 2, 2015, at 5:00 p.m.** (ET) for governmental units (the "**Governmental Unit Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by sending an original proof of claim form to Rust Consulting/Omni Bankruptcy ("**Rust/Omni**"), no later than 5:00 p.m. (prevailing Eastern Time) on the applicable Bar Date, by mailing the original Proof of Claim by regular mail, overnight mail, courier service, hand delivery, or in person to Corinthian Colleges, Inc. Claims Processing c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367 so that it is **actually received** on or before the applicable Bar Date. **Proofs of claim sent by facsimile or e-mail will not be accepted.**

4. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL BE FOREVER BARRED FROM VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES, AND THE DEBTORS AND THEIR PROPERTY WILL BE DISCHARGED FROM ANY AND ALL LIABILITY WITH RESPECT TO THAT CLAIM.**

5. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting Rust/Omni's website at http://omnimgt.com/corinthiancolleges or by contacting Corinthian Colleges, Inc. Claims Processing c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. Rust/Omni cannot advise you how to file, or whether you should file, a proof of claim.

Dated: June 22, 2015, Wilmington, Delaware

/s/ Marisa A. Terranova____, Mark D. Collins (No. 2981), Marisa A. Terranova (No. 5396), RICHARDS, LAYTON & FINGER, P.A., 920 N. King Street, Wilmington, Delaware 19801, Counsel for the Debtors and Debtors in Possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# Design firm hits high in Shanghai

[Tower, from C1]
terior lighting. The two-layer glass facade functions like a Thermos, reducing energy costs and creating space for a series of "sky gardens" where office workers and hotel guests — and even members of the public — can relax, eat and socialize.

"This is a pretty significant tall building simply because of what it emphasizes.... It is expressive but it cares about its environment," said Daniel Safarik, director of the China office of the Council on Tall Buildings and Urban Habitat. "It is a turning point."

Winning the design contest was one thing; getting the skyscraper to soar into the clouds above the Huangpu River was something else. One of the most complex buildings ever engineered, the Shanghai Tower's guitar-pick-shaped form rotates 120 degrees as it tapers.

A groove known as a strake helps the structure resist and shed the typhoon-force winds that are known to batter the city of 23 million — a design element that allowed for lighter materials, saving an estimated $58 million in costs. The entire exterior glass skin is hung on steel cables.

"Figuring out the turn and taper and constructing this wall that's hanging out in space — that was really difficult. How does it fit, how is it watertight?" Winey recalled. "Many times I thought, 'This is not going to work.' We put it through tests simulating a typhoon, and the initial mock-ups leaked all over the place."

On a blustery day in late May, workers were still toiling to seal the structure as rain intruded in various spots from the entryway up to the observation deck.

"This building, essentially, is a prototype," said Marshall Strabala, a former design director with Gensler who now has his own architecture firm and continues to consult on Shanghai Tower. "Sometimes you discover a leak and you need to plug it."



JUN XIA, the design principal for Gensler on Shanghai Tower, stands in front of the building, whose guitar-pick-shaped form rotates 120 degrees as it tapers.

To reach the top of the structure, visitors hurtle skyward at more than 55 feet a second in one of the tower's 106 elevators. It takes almost a minute to reach the 121st floor.

There, thrill-seekers will be able to venture onto an outdoor observation deck for bird's-eye views of the Shanghai Tower's two superstructure neighbors: the ornate, 88-story Jinmao Tower, opened in 1999, and the wedge-shaped 101-story World Financial Center, opened in 2008 and often called the bottle opener because of the cutout on its upper floors.

"Jinmao references China's past; it's a stainless steel pagoda. And WFC is contemporary, Western, clean-cut and hard-edged," said Jun Xia, the design principal for Gensler on the project. "Shanghai Tower is about the future, but it has to be in harmony with the other two, so this has a softer form."

For the last three decades, China's population pressures, land scarcity and massive shift from agriculture toward urban living have pushed the country to the forefront of skyscraper construction. Today, 35 of the world's 100 tallest buildings are in mainland China. By 2020, that number will rise to 59, according to the Council on Tall Buildings.

Private developers are behind some of the Chinese super-towers, but quasi-governmental or state-run entities are the builder-operators of many of the tallest structures, and Shanghai Tower is no exception.

That, in effect, changes the economics of these buildings because these long-term landlords can make different choices about materials and design.

"A speculative [built] office building is less likely to be green than an owner-occupied one," Strabala said. "A typical American developer wants payback in three to five years, 10 years at the most. Here, the client will run the building for the next 50 years, so they'll invest in systems that might cost more upfront but start to pay for themselves after five or even 10 years."

Winey said Shanghai Tower is an exercise in making a vertical city, with the park-like atriums open to the public.

"There are 21 14-story city parks or atriums that comprise the heart of the building," he said. "What [U.S.] building would have 21 14-story atriums? ... Normally the public is locked out" of such amenities.

"The absence of a completely hard-nosed profit motive can lend to more interesting buildings," Safarik said. "These buildings do have something to teach us — most of these buildings are being done by U.S. and U.K. architects who can't do this kind of work at home, where the tastes are more conservative.

"China is breaking the mold over and over again."

Gensler isn't the only California company involved with the Shanghai Tower. Edgett Williams Consulting Group in Mill Valley, Calif., designed the building's elevator and escalator systems, and SWA Group in Sausalito, Calif., was the landscape architect. Los Angeles real estate manager CBRE Group Inc. has been hired for property management.

Apart from the main tower design, Gensler's Los Angeles office designed the retail and entertainment podium at the base of the skyscraper. About two dozen members of Gensler's L.A. team worked on the project, with six to eight people spending about a year in Shanghai and others working remotely.

Over the last decade, many U.S. architecture firms, particularly from Chicago and New York, also have put their stamp on the skylines of dozens of Chinese cities.

With China's economy now slowing and Chinese firms seeking real-estate deals abroad, the relationship with U.S. architecture firms is shifting into a new phase.

"We have a lot of Chinese investors coming to Los Angeles and San Francisco," said Andy Cohen, one of Gensler's two co-chief executives. "That capital is helping to reshape our cities, which has frankly been really great.... It's completely reversed."

Chinese developer Greenland, for instance, has commissioned Gensler to work on the Metropolis project in downtown Los Angeles. Other Chinese developers, including Wanda Group and Hazens Investment that recently announced projects in California, are similarly looking to U.S. firms that have done work in China to design their new buildings stateside.

"Now, it's not just one way, but it's coming both ways," Cohen said. "It's been an interesting flip."

julie.makinen@latimes.com

# Allergan CEO says no more Irvine layoffs

[Allergan, from C1]
Southern California. Here are excerpts:

**What role will Irvine have in the new Allergan?**
We remain strongly committed to Irvine. It's our largest campus in the Allergan system. We have the most employees in Irvine than any other place in the world. It's our most important R&D center, it's our most important actual campus. The big difference is it's not a headquarters anymore. It's a center of excellence, but it's not a headquarters.

So for Orange County, what does that mean?
I think you are going to see the Allergan Foundation remain committed to Orange County and Southern California. You are going to see a few thousand employees remain at that space [in Irvine]. The cuts are done. There is no second shoe to drop. The people who are there are there.

**What attracted Actavis to Allergan?**
Prior to the hostile bid by Valeant and Bill Ackman, you know it was a best-in-class asset. This was a company that never should have been for sale. For it to become available, and for us to have an opportunity to buy it in a friendly way and a responsible way, it was a wonderful, once-in-a-lifetime opportunity.

**How were the cultures of Allergan and Actavis different and what will be the new company culture?**
Allergan had a really strong focus on customers, probably the best in class in the industry. And that is something we want to preserve in the new company. I think Actavis was a little bit more fast-paced, nimble and less bureaucratic. If we could preserve those attributes from both companies, you've got a better company.

Allergan was known for its R&D — an investment that drew praise and criticism. How does Actavis' strategy in research and development differ?
We don't like to spend a lot on early phases. Most drugs don't come from research groups at big pharma companies. They come from venture-backed, academic-backed companies. The industry spends about $30 billion a year on discovery research. Instead of contributing to that $30 billion of relatively unproductive spending, why don't we support the ecosystem where these innovations really come from and partner and plant investments and seeds with venture-backed companies, with entrepreneurs, with labs and academic centers to do that early work. And when scale matters, going into those larger, more expensive trials, that's when we will bring them inside, because we offer more protection. We take a very practical view of where to best spend our money and where do we get the highest return. If we have a good idea, certainly, we'd try and develop it and commercialize it, but we also recognize we don't have a monopoly on the best ideas. We'd rather have a network of partners around the world that we can access for those ideas. I would rather lay the bet on Stanford and NYU professors, as an example, than have to hire all that talent myself.

**Was the recently announced acquisition of Kythera an example of this strategy?**
In part. Kythera comes with two assets. One is a recently approved treatment for double chin. Kybella. The second is at a very early stage for male pattern baldness. The male pattern baldness treatment is pretty clinical so we are going to continue to invest to see if it is a real drug. We intend to keep the vast majority of employees and have the Westlake facility, and continue to invest to not only bring Kybella to the U.S. but to the rest of the world.

**What will Allergan be able to do that Kythera couldn't with these drugs?**
Kythera was a very capable and well-managed company, but we have the infrastructure in order to invest and launch this [double chin] product. It would have been much more difficult for Kythera to do on their own.

**Does this strategy of acquiring technology from outside Allergan mean fewer jobs will be needed going forward in Irvine?**
No. Because, remember, every time we do one of those [deals for early-stage drugs], you need someone in Irvine who can evaluate the opportunity. And when we bring them to us ... and we take over the management of clinical trials and drug development and the scale-up of pharmaceutical supply, you need the scientists in house to do that.

**Is early discovery going away?**
In some areas, like aesthetics and in a few areas of eye care, Allergan is the best-in-class discovery. So we are going to keep it. It's not a bright-line rule. I think we should always invest where we have a comparable advantage. If we don't have a comparable advantage, that's why you outsource things.

**What do you see as areas of growth for Allergan?**
Aesthetics. We are the market leader in aesthetics and it's a growing market. Today we focus primarily on plastic surgery and facial aesthetics, but I think everything from body contouring to skin quality to hair loss are still big white-space opportunities for us.

**Other areas?**
I would say aesthetics is probably equal to two other areas — eye care and central nervous system disorders.

Aesthetics and eye care were key businesses for the old Allergan. The fact that you see these as ripe for growth, what does that mean for Irvine?
It could mean future expansion, it could mean future growth. We have to get there, but we don't come at this as saying our U.S. headquarters are in New Jersey so everyone needs to be in New Jersey.

andrew.khouri
@latimes.com

Client Name:
Advertiser:
Section/Page/Zone: BUSINESS/C007/LA
Description:

Ad Number:
Insertion Number:
Size:
Color Type:

Los Angeles Times
Publication Date: 06/25/2015

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.








KINECTA

Kinecta is a Preferred SBA Lender with streamlined process for faster approvals

• Specialists in the Small Loan (SL) Program
• Working Capital & Equipment Loans
• Loans between $25K and $5MM
• Business Acquisitions
• Debt Refinance
• Commercial Real Estate Purchase

Laurie Peterson
855.606.7526 • www.kinecta.org/sba-loans
A 75-year tradition providing a range of financial solutions and a dedication to service.