IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[i] | Case No. 15-10952 (KJC) |
| Debtor. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of the State of Oregon, Department of Justice, a party in interest in the above-captioned bankruptcy proceeding.

NOTICE IS FURTHER GIVEN that pursuant to 11 U.S.C.§ 1109(b), and Bankruptcy Rules 2002(a) and (b), 3017(a) and 9013 of the Federal Rules of Bankruptcy Procedures, all notices and papers required to be served in this case be served either electronically through the court's CM/ECF system, or by U.S. mail to the following address:

Carolyn G. Wade
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
E-mail:  carolyn.g.wade@doj.state.or.us

Dated this 9th day of July, 2015.

/s/ Carolyn G. Wade
Carolyn G. Wade  (OSB #832120)
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone:  (503) 934-4400
Facsimile:  (503) 373-7067
E-mail:  carolyn.g.wade@doj.state.or.us

---

[i] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425); Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709),  Everest College Phoenix, Inc. (6173), DCI Education USA, Inc. (0505, SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

CGW:kav/CED6633950