# CERTIFICATE OF SERVICE

I certify that on July 9, 2015, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers, was served upon the parties hereto by E-Notification through the court's CM/ECF system, and by United States Postal Service, First Class Mail, postage prepaid, as indicated below:

**By E-Notification:**

- David G. Aelvoet   davida@publicans.com
- Lorie Ann Ball   lball@robinskaplan.com, ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com; arichardson@publiccounsel.org
- Elizabeth Banda Calvo   rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- Christopher R. Belmonte   cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
- Rachel Layne Biblo   Biblo@rlf.com, rbgroup@rlf.com
- William Pierce Bowden   wbowden@ashby-geddes.com
- Kay Diebel Brock   bkecf@co.travis.tx.us
- F Mark Bromley   bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us
- William J. Burnett   william.burnett@flastergreenberg.com
- Nicholas George Campins   nicholas.campins@doj.ca.gov, Corinthian.Bankruptcy@doj.ca.gov
- Howard A. Cohen   howard.cohen@dbr.com
- Mark D. Collins   rbgroup@rlf.com
- Kelly M. Conlan, Esquire   kconlan@connollygallagher.com
- Joseph Corrigan   Bankruptcy2@ironmountain.com
- John D. Demmy   jdd@stevenslee.com
- Bernard A. Eskandari   bernard.eskandari@doj.ca.gov
- Timothy Jay Fox   timothy.fox@usdoj.gov
- Joseph D. Frank   jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- Barry V. Freeman   bfreeman@jmbm.com, dmp@jmbm.com
- Scott F. Gautier   sgautier@robinskaplan.com, dwymore@robinskaplan.com
- Steven A. Ginther   deecf@dor.mo.gov
- Kevin A. Guerke   kguerke@svglaw.com, cwalters@svglaw.com
- Ruth A. Harvey   ruth.harvey@usdoj.gov
- Reed A. Heiligman   rheiligman@fgllp.com, ccarpenter@fgllp.com
- Leslie C. Heilman   heilmanl@ballardspahr.com
- Cynthia C. Hernandez   chernandez@robinskaplan.com
- Brian David Huben   brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Courtney J Hull   bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- Cory D. Kandestin   kandestin@rlf.com, RBGroup@rlf.com

CGW:kav/CED663466

- Shanti M. Katona    skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Julia Bettina Klein    klein@teamrosner.com
- Matthew Ryan Koch    mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com
- John Robert Kresse    John.Kresse@usdoj.gov
- Robert L. LeHane    KDWBankruptcyDepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com
- Scott J. Leonhardt    leonhardt@teamrosner.com
- Robert Charles Maddox    maddox@rlf.com, rbgroup@rlf.com
- Katharine L. Mayer    kmayer@mccarter.com
- Laura L. McCloud    agbankdelaware@ag.tn.gov
- Michael Joseph Merchant    merchant@rlf.com, rbgroup@rlf.com
- Steven Phillip Ordaz    sordaz@bmcgroup.com, ecfbk@bmcgroup.com
- Ricardo Palacio    rpalacio@ashby-geddes.com
- Sarah E. Pierce    sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Lloyd H. Randolph    lloyd.randolph@usdoj.gov, janice.murray@usdoj.gov
- Leigh-Anne M. Raport    lraport@ashby-geddes.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com; kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Erica J. Richards    erichards@mofo.com
- Rene S. Roupinian    rsr@outtengolden.com, jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- Rust Consulting/Omni Bankruptcy    bosborne@omnimgt.com
- Jeremy William Ryan    jryan@potteranderson.com, bankruptcy@potteranderson.com
- Richard L. Schepacarter    richard.schepacarter@usdoj.gov
- Carren Shulman    cshulman@sheppardmullin.com, mcademartori@sheppardmullin.com;ksmith@sheppardmullin.com
- Robert J. Stearn Jr.    stearn@rlf.com, rbgroup@rlf.com
- Amanda R. Steele    steele@rlf.com, rbgroup@rlf.com
- William F. Taylor    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Marisa A. Terranova    terranova@rlf.com, rbgroup@rlf.com
- Marisa A. Terranova    terranova@rlf.com, rbgroup@rlf.com
- Marisa A. Terranova    terranova@rlf.com, rbgroup@rlf.com
- Ronald Mark Tucker    rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Christopher A. Ward    cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jeremy Welch    jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- Etta Ren Wolfe    ewolfe@potteranderson.com, bankruptcy@potteranderson.com

CGW:kav/CED663466

**By United States Postal Service, First Class Mail:**

J. Scott Bovitz
Bovitz & Spitzer
1100 Wilshire Boulevard
Suite 2403
Los Angeles, CA 90017

Dustin P. Branch
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

John M Craig
Russell R. Johnson III, PLC
2258 Wheatland Drive
Manakin-Sabot, VA 23103

John H. Drucker
Cole Schotz P.C.
900 Third Avenue, 16th Floor
New York, NY 10022

Caroline C. Fuller
Fairfield and Woods, P.C.
1801 California Street
Suite 2600
Denver, CO 80202

GE Capital Information
Technology Solutions, Inc.
f/d/b/a IKON Financial
Services
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Thomas Griffin
Robaina & Kresin PLLC
One East Camelback Road
Suite 710
Phoenix, AZ 85012

Anna Gumport
Sidley Austin LLP
555 West Fifth Street
Suite 400
Los Angeles, CA 90013

Jennifer C. Hagle
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Maura Healey
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

Robert Hill
5334 S. Prince Street
Littleton, CO 80120-1136

Brian D. Huben
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Glenn Kaplan
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

Thomas G. King
Kreis, Enderle, Hudgins &
Borsos, PC
PO Box 4010
Kalamazoo, MI 49003-4010

Peter Leight
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

Lorenzo Marinuzzi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
LMarinuzzi@mofo.com

Etta R. Mayers
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19801

McCann Associates Holdings, LLC
General Counsel
6805 Route 202
New Hope, PA 18938

H. John Michel
Drinker Biddle and Reath LLP
One Logan Square
Ste. 2000
Philadelphia, PA 19103-6996

New York State Department of Labor
Unemployment Insurance Division
Building 12, Room 256
Albany, NY 12240

Office of Unemployment
Compensation
Tax Services
Commonwealth of
Pennsylvania
Department of Labor and
Industry
Collections Support Unit
651 Boas Street, Room 700
Harrisburg, PA 17121

Felicia Gerber Perlman
Skadden,Arps,Slate,Meagher
&Floam LLP
155 N. Wacker Dr.
Chicago, IL 60606

David M. Poitras
Jeffer Mangels Butler &
Mitchell LLP
1900 Avenue of the Stars
Seventh Floor
Los Angeles, CA 90067-4308

Michael P. Pompeo
Drinker Biddle & Reath LLP
1177 Avenue of the Americas,
41st Floor
New York, NY 10036-2714

Mark Rosenbaum
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005

Frederick Rosner
The Rosner Law Group LLC
824 N Market St Ste 810
Ste 810
Wilmington, DE 19801

CGW:kav/CED663466

| | | |
|---|---|---|
| Brad D. Schimel<br>Wisconsin Department of Justice<br>P O Box 7857<br>Madison, WI 53707-7857<br><br>H. Jeffrey Schwartz<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | Bennett S. Silverberg<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br><br>Abigail Snow<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue, Suite 1130<br>New York, NY 10169 | Tracy J. Whitaker<br>Attorneys, Civil Division<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044 |

                                                      /s/ Carolyn G. Wade
                                                      Carolyn G. Wade  OSB #832120
                                                      Senior Assistant Attorney General

CGW:kav/CED663466