IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

---

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR TELEPHONIC HEARING ON JULY 9, 2015 AT 2:00 P.M. (EDT)**

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

I. **CONTESTED MATTER GOING FORWARD:**

1. Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 363 - filed June 8, 2015]

    Objection / Response Deadline: June 23, 2015 at 4:00 p.m. (EDT); extended through June 24, 2014 at 12:00 p.m. (noon) (EDT) for the Debtors, the Unsecured Creditors Committee and Campus Student Funding; the Student Creditors Committee's deadline to file a reply in support of its motion was extended to June 26, 2015 at 12:00 p.m. (noon) (EDT)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] **Amended matters appear in bold.**

RLF1 12433002v.1

Objections / Responses Received:

A. United States' Objection to Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 460 - filed June 23, 2015]

B. United States' Objection to Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief (Corrected) [Docket No. 461 - filed June 23, 2015]

C. Debtors' Response to the Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105 (a) and Granting Related Relief [Docket No. 465 - filed June 24, 2015]

D. Committee of Student Creditors' Omnibus Reply to Objection and Response to Motion for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 477 - filed June 26, 2015]

Related Documents:

i. Request for Judicial Notice in Support of Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 364 - filed June 8, 2015]

ii. Declaration of Cynthia C. Hernandez in Support of Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C.§§ 362(a) and 105(a) and Granting Related Relief [Docket No. 365 - filed June 8, 2015]

iii. Debtors' Request for Judicial Notice of Documents Relevant to Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105(a) and Granting Related Relief [Docket No. 466 - filed June 24, 2015]

iv. Notice of Partial Continuance of the Committee of Student Creditors' to Motion for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105(a) and Granting Related Relief [Docket No. 470 - filed June 24, 2015]

v. Supplemental Request for Judicial Notice in Support of Committee of Student Creditors' Omnibus Reply to Objection and Response to Motion for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§

      362(a) and 105(a) and Granting Related Relief [Docket No. 478 - filed June 26, 2015]

Status: **The Committee of Student Creditors and the Department of Education (the "Parties") have reached a resolution of the matters scheduled to go forward at the telephonic hearing. The Parties will submit this resolution to the Court under Certification of Counsel. Accordingly, the telephonic hearing is not required.**

Dated: July 9, 2015  
    Wilmington, Delaware

/s/ Marisa A. Terranova  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marisa A. Terranova (No. 5396)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
      merchant@rlf.com  
      terranova@rlf.com  
      steele@rlf.com

Counsel for the Debtors and Debtors in Possession