## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## THIRD SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that between June 23, 2015 and June 26, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** and **Exhibit B** attached hereto:

- **Notice of Deadlines for Filing Proofs of Claim Against Debtors [Docket No. 431]**

- **Proof of Claim Form**

Dated: July 8, 2015

_____
Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this ____ day of _____, 20____, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## EXHIBIT A

**Parties Served From Email Request – <u>June 23, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                    **Served 6/23/2015**

CYNTHIA SNIPES
ADDRESS REDACTED

Parties Served: 1

**Parties Served From Email Request - <u>June 24, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**

BETSY RICE
ADDRESS REDACTED

JENNIFER LEONARD
ADDRESS REDACTED

Parties Served: 2

**Parties Served From Email Request - <u>June 25, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                          **Served 6/25/2015**

CLARISSA VINSON                          ELEANOR COCHRON                        FLORENCE DAGUIO
ADDRESS REDACTED                         ADDRESS REDACTED                       ADDRESS REDACTED

Parties Served: 3

**Parties Served From Email Request - <u>June 26, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**                                                                    **Served 6/26/2015**

CAROLYN COOK                          ELIZABETH MUELLER                    JODY PERKIN
ADDRESS REDACTED                      ADDRESS REDACTED                     ADDRESS REDACTED


YOLANDA THOMAS
ADDRESS REDACTED

                                                        Parties Served: 4

## Exhibit B

**Parties Served From Forwarding Mail - <u>June 26, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**

| | | |
|---|---|---|
| ANDREW BORDEAU<br>ADDRESS REDACTED | CAMISHA HANDFORD<br>ADDRESS REDACTED | JESSICA MITCHELL<br>ADDRESS REDACTED |
| KEVIN THOMAS<br>122 AMANDA DR<br>LITHONIA, GA 30058-7479 | OMAR ARREOLA<br>ADDRESS REDACTED | WANDA WASHBURN<br>ADDRESS REDACTED |

Parties Served: 6