# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## FOURTH SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that between June 29, 2015 and July 2, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** and **Exhibit B** attached hereto:

- **Notice of Deadlines for Filing Proofs of Claim Against Debtors [Docket No. 431]**

- **Proof of Claim Form**

Dated: July 8, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this _8_ day of _July_, 20 _15_, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**<u>EXHIBIT A</u>**

**Parties Served From Email Request – <u>June 29, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**

DEREK LEE
ADDRESS REDACTED

Parties Served: 1

# Parties Served From Email Request - <u>June 30, 2015</u>

**Corinthian Colleges, Inc. - U.S. Mail**                                                                    **Served 6/30/2015**

ANNETTE QUICK                      KIRSTEN MCCANN                    LAURA A RAMIREZ
ADDRESS REDACTED                   ADDRESS REDACTED                 ADDRESS REDACTED


LORI ANN DELOACH                   LUKE FIELDS
ADDRESS REDACTED                   ADDRESS REDACTED


                                                              Parties Served: 5

**<u>Exhibit B</u>**

**Parties Served From Forwarding Mail - <u>June 30, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**                                                                    Served 6/30/2015

ADONIS PHILLIPS
7970 BRENTON PL
HIGHLAND, CA 92346-5713

ALABAMA ASSOC. OF
STUDENT FIN.AID ADMIN
PO BOX 382496
BIRMINGHAM, AL 35238-2496

ALEXANDRIA SLOCUM
9121 W PAYSON RD
TOLLESON AZ 85353-5581

ALICIA COMBS
PO BOX 505
DIAMOND SPGS, CA 95619-0505

ALMA CUSTOVIC
231 42 ND AVE N
ST PETERSBURG, FL 33703

ALSCO
6828 S 204TH ST
KENT, WA 98032-5112

ANAVERUSHKA BARRAGAN
ADDRESS REDACTED

ANDRE MALONE
3610 RUE FORET APT 126
FLINT, MI 48532-2847

ANDREA L GRANT
2511 WITHY CT
TAMPA, FL 33618-1527

ANGELA MARTINEZ
ADDRESS REDACTED

ANGELICA MONTERO
ADDRESS REDACTED

ANGELINA DABAGIAN
1630 W GORE RD APT 2
ERIE, PA 16509

ANTHONY SCHULTE
951 N 3RD ST
SAN JOSE, CA 95112-4934

ARGENEAY HALL-WEBB
ADDRESS REDACTED

ARKEISHA GLOVER
5548 HALSEY TRCE SW
ATLANTA, GA 30349

ARLENE NORMANDIN
3 THAYER POND, DR UNIT 17
N OXFORD, MA 01537-1138

AVA TONG
221 LAKE AVE NE APT 601
LARGO, FL 33771-1695

BEATRICE BESS
3058 UVALDA ST
AURORA, CO 80011-2034

BRANDON M GREEN
788 FUZZY ZOELLER CIR
GALLOWAY, OH 43119-8225

BRANDON RICHARDSON
ADDRESS REDACTED

BRANDY WILLIAMS
15414 WILLVIEW RD
MISSOURI CITY, TX 77489-2401

BRIAN BANKS
3636 DUNN DR APT 2
LOS ANGELES, CA 90034-5010

BRYAN WILLKOM
300 WHITE PINE RD
BIG SANDY, TX 75755-5673

CAREY CHAMBERLAND
24 GRACE DR
NASHUA, NH 03062-1877

CHARISSE VOELKNER
4400 W SPRUCE ST APT 459
TAMPA, FL 33607-4243

CHELSEA BINGEN
ADDRESS REDACTED

CHRISITNA PETERS
7923 YACHT HAVEN RD
GLOUCESTER, PT VA 23062-2101

CHRISTOPHER KEYES
42979 W MARTIE LYNN RD
MARICOPA, AZ85138-2957

COURTNEY CALDWELL
1670 CHAPEL HILLS DR APT 208
COLORADO  SPRINGS, CO 80920

CRYSTAL MORRIS
809 MARCH ST
WARNER ROBINS, GA 31098-1133

DENISE WILLIAMSON
1048 COUNTRY CLUB DR APT G8
SEGUIN, TX 78155-7150

DENNIS DOMINGUEZ
ADDRESS REDACTED

DESIREE SIMS
ADDRESS REDACTED

**Corinthian Colleges, Inc. - U.S. Mail**

DIANE SUSAN MAYORGA
ADDRESS REDACTED

DONOVAN PAM
ADDRESS REDACTED

DOTTY KRAKE
1241 ZANES DR
OLIVEHURST, CA 95961-9055

DUWAYNE W SEEGER
8490 S POWER RD STE 105-233
GILBERT, AZ 85297-8065

DWIGHT BERRY
145 YACHT CLUB WAY APT 304
HYPOLUXO, FL 33462-6028

ERICA H CLIPPS
2701 N 18TH ST APT 1A
TAMPA, FL 33605-2600

FLETCHER PRINTING COMPANY
4250 S FLORIDA AVE STE 1
LAKELAND, FL 33813-1670

FREANDALLE J RELEFORD
8742 WILCREST DR
HOUSTON, TX 77099-1842

FREANDALLE RELEFORD
8742 WILCREST DR
HOUSTON, TX 77099-1842

FREDRICO MAESTAS
6654 S KELLERMAN WAY
AURORA, CO 80016-6163

GENEVIEVE COLSTON
3405 SLEEPY HILL OAKS ST
LAKELAND, FL 33810-3561

GREGORY BRIMHALL
131 E 1ST ST S
SNOWFLAKE, AZ 85937-5312

HOT DOGS SCREEN PRINTING
5858 E 21ST S
AMMON, ID 83401-8010

HUNTER TECH. CORP
ATTN: JEFFREY S. LAWSON
SILICON VALLEY LAW GROUP
50W SAN FERNANDO ST #750
SAN JOSE, CA 95113-2429

IGNATIUS ADAM HOKAJ
ADDRESS REDACTED

JANINE M COX
14601 GILLIGANS WAY APT 8
TAMPA FL 33613-2999

JASON MCKENZIE
2848 PRADO
GRAND PRAIRE TX 75054-6761

JEAN RHEE
510 TOOLEN PL
PASADENA, CA 91103-1339

JESSICA SUMP
ADDRESS REDACTED

JOHN UNDERWOOD
4000 SCENIC RIVER LN APT 14B
BAKERSFIELD, CA 93308-7526

JONATHAN KEENER
1911 WYNKOOP DR
COLORADO  SPRINGS, CO 80917

JONATHAN SANTIAGO
117 SHERYL LYNN DR
BRANDON, FL 33510-2125

KAREN LITTLETON
3025 INDEPENDENCE DR STE H
LIVERMORE, CA 94551-7683

KYSHAWANDRE MIMS
3776 GENEVIEVE ST APT 15
SAN BERNARDINO, CA 92405-2270

LAQUISA LOGGINS
430 MALLVIEW LN
BOLINGBROOK, IL 50440-2969

LARRY WHARTON
PO BOX 720324
ORLANDO, FL 32872-0324

LATISHA RICHARDSON
223 CARYLE DR
BROKEN ARROW, 74012-8000

LATOSHA CRAIG
146 CNW RD
BEECH ISLAND, SC 29842-7618

LISA CERIMELE
3342 SHOAL CREEK LAN APT L
HILLIARD, OH 43026-4395

LOUANA GRAHAM
2527 ANNAPOLIS WAY APT 310
BRANDON, FL 33511-2349

LOUIS M QUILES
8829 ROYAL ENCLAVE BLVD
TAMPA, FL 33626-4711

MALCOLM CAMPBELL
5324 HIGHWAY 51 S
POPE, MS 38658-3822

MARCELA DE AL CRUZ
ADDRESS REDACTED

MARGARET STILL
ADDRESS REDACTED

MARIBEL CERVANTES
7353 W ADAMS RD
MAGNA, UT 84044-2603

MARIBETH LAROT
5779 WESTCHESTER CIR
STOCKTON, CA 95219-7168

MARK J SARRO
6017 ROOSEVELT BLVD APT 175
JACKSONVILLE, FL 32244-3331

MARK ROMINE
300 N BOOTH CALLOWAY RD APT 713
HURST, TX 76053-7249

MARY HOWARD
9411 GWYNNDALE DR
CLINTON, MD 20735-3519

MASIKA REED-STUBBS
PO BOX 12194
FORT PIECRCE, FL 34979-2194

MATTHEW L HYMAN
422 LECHNER RD
SEDAN, NM 88436-9199

MAYRA PINTOR
10041 DECIMA DR
WESTMINSTER, CA 92683-7069

MICHAEL GLENN
2716 E SOURWOOD DR
GILBERT AZ 85298-3415

NICOLE M WISE
PO BOX 1734
ONTARIO, CA 91762-0734

NIKISIA C WILLIAMS
5702 ARGOSY CT
ORLANDO, FL 32819-4047

NINFA SOTO
1100 W MAIN ST #107
GRAND PRAIRE TX 75050-5403

PAUNI SOPI
5628 64TH AVE NE
MARYSVILLE, WA 98270-9516

PEGGY THOMSEN
60 ARLINGTON AVE
KENSINGTON, CA 94707-1039

QUERIDA TEJEDA
ADDRESS REDACTED

RACQUEL ROBINSON
413 PINNATA RD
COLUMBIA, SC 29223-5882

RACQUEL VALERIA MACIAS
ADDRESS REDACTED

RACQUEL Y ROBINSON
413 PINNATA RD
COLUMBIA, SC 29223-5882

ROBERT KOHLER
5637 ROBERTSON AVE
CARMICHAEL, CA 95608-3729

RODRIGO ALFARO
1782 D ST APT 39
HAYWARD, CA 94541-4369

ROXANNE RALLS-STONE
1827 QUAIL ST APT 4
LAKEWOOD, CO 80215-2735

SAMANTHA FARMER
5440 OXBOW ST
LAS VEGAS, NV 89119-2831

SANDRA ULLOA
ADDRESS REDACTED

SONIA SAWKAR
5007 OSBORNE CIR
DUBLIN, CA 94568-4892

SONYA DONALDSON
4714 NE 72ND AVE APT 97
VANCOUVER, WA 98661-8117

STEPHANIE ANN BOLIN-RIVERA
5608 INDIALANTIC DR
ORLANDO, FL 32808-4876

TAMMY J STOCKDALE
395 DARLINGTON WAY
COLORADO SPGS, CO 80906-8246

TELEWAVE, INC.
ATTN: JEFFREY S. LAWSON
50 W SAN FERNANDO ST #750
SAN JOSE, CA 95113-2429

TERI JENSON
21733 ENTRADO DR
TOPANGA, CA 90290-4350

THELMA LIRA
10313 A204
SAN DIEGO, CA 92108

TIMOTHY RODGERS
4810 NE 151ST ST
VANCOUVER, WA 98686-3035

TINA LOUSIE MARTIN
2712 W 156TH ST
GARDENA, CA 90249-4506

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                    **Served 6/30/2015**

VANESSA HERNANDEZ
ADDRESS REDACTED

VANESSA L SILVERIO
2275 W BROADWAY APT M310
ANAHEIM, CA 92804-1336

VANESSA NORDSTORM
6208 NALON CT APT B
INDIANAPOLIS, IN 46224-4555

VERONICA RAMIREZ
1601 MADRONE AVE APT 22
W SACEAMENTO, CA 95691-2640

ZACHARY STAHMER
3348 E ROCKWOOD DR
PHOENIX, AZ 85050-3263

Parties Served: 104

**Parties Served From Forwarding Mail - <u>July 2, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**

ALEJANDRO RODRIGUEZ- BACARDI
14046 SW 278TH ST
HOMESTAD, FL 33032-8517

AMY HENDERSON
3569 ASHRIDGE ST
COLUMBAS, OH 43219-6204

ANGELA MACIAS
709 LANDRUM CT
MARINA, CA 93933-4734

APRIL M BARNATIA
91-549 PUAMAEOLE ST APT A
EWA BEACH, HI 96706-2162

ARTHUR D STOTTS
1213 CREEK CYN
NEW BRAUNFELS, TX 78132-2147

AZIA E ANDREWS
ADDRESS REDACTED

BENJAMIN BRIGGS
ADDRESS REDACTED

BETTINA M STAVREDES
1226 E CUMBERLAND AVE #2-120
TAMPA, FL 33602-4212

BRANDON T PHIPPS
229 KINGS HILL DR
LYNN, MA 01905-3106

CALANDRA THOMPSON
1105 OXBOW DR APT 108
IRVING, TX 75038-3097

CARLIE CURASI
ADDRESS REDACTED

CHRISTOPHER GREGORY
519 E INTERSTATE 30 #621
RCOKWALL, TX 75087-5408

CHRISTOPHER J KEYES
42979 W MARTIE LYNN RD
MARICOPA, AZ 85138-2957

CIERRA JOHNSON
ADDRESS REDACTED

CINDI J CARTER
10459 W SUNFLOWER PL
AVONDALE, AZ 85392-4447

CONNI ROUSH
S 411 WINCREST CT
ORLANDO, FL 32812-6090

CONNIE MCCARTY
PO BOX 22
BAILEY, MI 49303-0022

CORT B MAHL
328 MORADA LN
STOCKTON, CA 95210-1231

CRYSTLE L FLOWERS
6484 WATERFIELD RD
ALEXANDRIA, VA 22315-5871

CYNTHIA DANIEL
6042 DEWEY BLVD
SACREMENTO, CA 95824-1561

D&K METCALF I COMPANY, LLC
1030 SUNRISE RIDGE DR
LAFAYETTE, CA 94549-1751

DANA MONIQUE DANIELS
PO BOX 3675
LAUREL, MD 20709-3675

DARIA FARRELL
1045 E CARSON ST APT 2
LONG BEACH, CA 90807-3604

DARREN BLAKE
1312 RIVER OAKS
BENTON, AR 72019-1841

DEBORAH HILL
6936 QUEEN AVE S
RICHFIELD, MN 55423-2020

DENISE ANTOON
11210 RANCH ROAD 2222 APT 8102
AUSTIN, TX 78730-0006

DINESHIA W LEWIS
3359 MCEVER PARK CIR
ACWORTH, GA 30101-6651

ERICA CLIPPS
2701 N 18TH ST APT 1A
TAMPA, FL 33605-2600

FRANK NIETO
ADDRESS REDACTED

GARY JOHNSON
5049 PACES STATION DR
ATLANTA, GA 30339-4056

HABEN TEWOLDE
681 W FRONTAINE LN
CLOVIS, CA 93619-9143

HALLEY FLYGARE
ADDRESS REDACTED

HURST REVIEW SERVICES, INC
127 S RAILROAD AVE
BROOKHAVEN, MS 39601-3330

**Corinthian Colleges, Inc. - U.S. Mail**

JACQUELINE ROSE SCHEIDLER
13363 BURMA RD #A
GRASS VALLEY, CA 95945-9080

JAMALL LEWIS
1048 TUCSON ST
AURORA, CO 80011-6423

JAMILEE VINSON
ADDRESS REDACTED

JASON C RAMSEY
5305 KEITH DR
OKLAHOMA CITY, OK 73135-2331

JENNIFER CARR
7449 SYCAMORE CT APT 25E
ORLAND PARK, IL 60462-8817

JENNIFER CATANZANO
2327 WEBER ST
LAKELAND, FL 33801-2594

JENNIFER CINTRON ALVAREZ
165 COMPASS ROSE DR
GROVELAND, FL 34736-9626

JILL MCMILLIN
2306 PARKLAND BLVD APT 5
SHILOH, IL 62269-7361

JOSEPH A LEYBA
861 SEBASTIANI CT
LAS VEGAS, NV 89123-5839

JOSEPH BARON
7661 MANASSAS CT
NORFOLK, VA 23518-4632

JOSHUA GRUBB
PO BOX 296
MAX MEADOWS, VA 24360-0296

JOSUE DUVERT
20019 BRIGHT OAK CT
TAMPA, FL 33647-3641

JOY GONZALEZ
1314 N HARBOR BLVD APT 118
SANTA ANA, CA 92703-1379

KAELEE DOTSON
ADDRESS REDACTED

KALAVEETA K MITCHELL
PO BOX 9215
CHICAGO, IL 60609-0215

KALENA QUINONES
13129 MICHAEL MONSOOR CT
GARDEN GROVE, CA 92843-1212

KATHY CESAREO
6165 HARRISON DR STE 13
LAS VEGAS, NV 89120-4082

KEARY UHLIG
256 N 60TH AVE
GREELEY, CO 80634-8874

KEITH BARKLEY
10010 BROADWAY ST APT 504
SAN ANTONIO, TX 78217-4413

KELLY SWARTZ
9222 N LOMBARD ST APT 7
PORTLAND, OR 97203-2173

KELLY TEMPLE
5420 N 9TH ST APT 102
FRESNO, CA 93710-6446

KEVIN J LEWIS
PO BOX 372
PLEASANT GROVE, UT 84062-0372

KIMBERLY LARA
208 TERRANCE CT
VANDENBURG AFB, CA 93437-1437

KIRSTEN ROSANELLI
32545 BRAMBLE CT
LAKE ELSINORE, CA 92532-2506

LARRY WHARTON JR
PO BOX 720324
ORLANDO, FL 32872-0324

LATASHA A LONG
2350 WASHO CIR
COLORADO SPGS, CO 80915-1959

LAWRENCE GARMON
5830 VIA LOMA
RIVERSIDE, CA 92506-4000

LIDIA MOLINA
ADDRESS REDACTED

LORI CLOSE
1104 MALCOM RD
OCOEE, FL 34761-1947

MARK SARRO
6017 ROOSEVELT BLVD APT 175
JACKSONVILLE, FL 32244-3331

MARSHALL RILEY
PO BOX 404
GARDEN CITY, TX 79739-0404

MAY L AVERY
2721 BARLEY FIELD PASS
PFLUGERVILLE, TX 78660-3442

MAYLENE PERAL
2104 PAPRIKA DR
ORLANDO, FL 32837-8509

**Corinthian Colleges, Inc. - U.S. Mail**                                                                                          Served 7/2/2015

MAYRA LOPEZ
ADDRESS REDACTED

MELISSA M BARIRING
5102 BELMERE PKWY APT 2408
TAMPA, FL 33624-6930

MICHAEL THIGPEN
12215 N 62ND ST
SCOTTSDALE, AZ 85254-4418

MICHEAL DOLS
8105 HEMINGWAY AVE S
COTTAGE GROVE, MN 55016-3141

MICHELLE FLOWERDEW
1667 N 1575 W APT 4
LAYTON, UT 84041-1813

MONIKA M STRAUSS
7877 E MISSISSIPPI AVE APT 104
DENVER, CO 80247-2034

MONIQUE SHANTE CALVIN-WILSON
ADDRESS REDACTED

MONNICA ANDERSON
ADDRESS REDACTED

NAWAZ SHAH
1813 SANTA YNEZ DR
LODI, CA 95242-3154

NOLAN T MOYER
194 PARK RIDGE DR
EASTON, PA 18040-7962

NU-METAL FINISHING INC
ATTN: JEFFREY S LAWSON
50 W SAN FERNANDO ST #750
SAN JOSE, CA 95113-2429

PAIGE PADILLA
1240 EKAHA AVE
HONOLULU, HI 96816-4295

PAUL CHIN
953 CHEYENNE DR
WALNUT CREEK, CA 94598-4446

PEGGY BURROWS
4055 COUNTRY OVERLOOK DR
FORT MILL, SC 29715-7102

PORTIA DAVIS
3417 BROOKE COLONY DR
CANAL WNCHSTR, OH 43110-9160

RA'ID AHMAD
5716 WOODCREST AVE #2
PHILADELPHIA, PA 19131-2225

RAMESH JHAGROO
4475 WILSON RD
HUMBLE, TX 77396-4057

REBECCA SALAZAR
ADDRESS REDACTED

ROBERT MINTO
8331 PRIESTLEY DR
REYNOLDSBURG, OH 43068-6721

RYAN JANIA
7919 WHITE OAK LN
HAMMOND, IN 46324-3343

RYAN M CORONA
4148 W SAGUARO PARK LN
GLENDALE, AZ 85310-3228

SABRINA M RIVERA
ADDRESS REDACTED

SANDRA M ARMSTRONG
6673 CENTENNIAL DR
REYNOLDSBURG, OH 43068-4039

SARA BARRON
2134 AZEVEDO AVE
MANTECA, CA 95337-8975

SARAH GEBRAIL
26 LINCROFT AVE
OLD BRIDGE, NJ 08857-2108

SHANIK EPPS
16212 SAINT MICHELLE CT #10-107
TAMPA, FL 33647-5100

SHANNON BURTON
5768 S PLAYER RIDGE CIR
TAYLORSVILLE, UT 84129-1937

SHARON L GOODWIN
6640 LANGLEY PINES LN
LANEXA, VA 23089-5077

SHAYLA ALLEN
9660 CROWN MEADOW DR
FRISCO, TX 75035-0322

SHERYL JOYNER
65 PARK TER W APT 3C
NEW YORK, NY 10034-1385

STEPHEN A PINTO
1102 POLARIS DR
CORONA, CA 92882-8322

SUSAN LOVE
24730 GENERATION DR
PLAINFIELD, IL 60585-5188

TAYLOR STALDER
ADDRESS REDACTED

Corinthian Colleges, Inc. - U.S. Mail

THY NGHIEM
1009 AMADOR AVE
SUNNYVALE, CA 94085-3431

TNT MOTORSPORTS
2061 SNOWY RANGE RD
LARAMIE, WY 82070-6321

TONYA WILKINS
1301 BONNEVILLE AVE APT 201
SNOHOMISH, WA 98290-2079

TRACY BROWN-DORSEY
629 N TOWN EAST BLVD APT 116
MESQUITE, TX 75150-8342

TRANICIA R SPENCE
3407 LYNRIDGE DR UNIT B
AUSTIN, TX 78723-2350

TYLER SPEAR
2139 E HANCOCK ST APT B
LARAMIE, WY 82072-2957

WALT PESTERFIELD
930 MARVEL AVE
WOODSTOCK, IL 60098-2916

WALTER BARRUNDIA
4734 COVER ST
RIVERSIDE, CA 92506-2049

WANDA J REYES
630 W PATTERSON ST
LAKELAND, FL 33803-1248

WAYNE GELDBACH
7100 ULMERTON DR LOT 2081
LARGO, FL 33771-5135

ZHANE-CHANTE COLLEY-PRIETO
ADDRESS REDACTED

Parties Served: 110