**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|                                            |   |                               |
|--------------------------------------------|---|-------------------------------|
| In re:                                     | : | Chapter 11                    |
|                                            | : |                               |
| CORINTHIAN COLLEGES, INC., *et al.*[1],    | : | Case No. 15-10952 (KJC)       |
|                                            | : |                               |
| Debtors.                                   | : | (Jointly Administered)        |
|                                            | : |                               |
|                                            | : | **Re: Docket Nos. 436 and 549** |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING THE
APPROVING THE EMPLOYMENT AND RETENTION OF POLSINELLI PC, *NUNC
PRO TUNC* TO MAY 21, 2015, AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF STUDENT CREDITORS**

I, Christopher A. Ward, Esq., of Polsinelli PC, proposed co-counsel to the Official

Committee of Student Creditors (the "**Student Committee**"), hereby certify as follows:

1.      On June 18, 2015, the Student Committee filed its *Application of the

Official Committee of Student Creditors for an Order Under Bankruptcy Code Sections 328(a)

and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and

Retention of Polsinelli PC Nunc Pro Tunc to May 21, 2015, as Co-Counsel to the Official

Committee of Student Creditors* [Docket No. 436] (the "**Application**").

2.      No objections to the Application were received by the Student Committee,

however, the Office of the United States Trustee requested supplemental disclosures from

Polsinelli PC and edits to the proposed form of order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

3.      In response, the Student Committee filed the *Supplemental Declaration of Christopher A. Ward, Esq. in Support of Application of the Official Committee of Student Creditors for an Order Under Bankruptcy Code Section 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 21, 2015, as Co-Counsel to the Official Committee of Student Creditors* [Docket No. 549].

4.      The Office of the United States Trustee has no further concerns with the Application.

5.      Attached hereto as <u>Exhibit A</u> is the revised *Order Authorizing Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 21, 2015, as Co-Counsel to the Official Committee of Student Creditors*, as approved by the Office of United States Trustee.

6.      Accordingly, the Student Committee respectfully requests that this Court enter the Order at its earliest convenience.

Dated:  July 10, 2015          **POLSINELLI PC**
            Wilmington, Delaware

  */s/ Christopher A. Ward* _____
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com


PROPOSED CO-COUNSEL FOR THE STUDENT COMMITTEE

50359142.1