IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al.,[1]<br><br>                      Debtors. | Chapter 11<br><br>(Jointly Administered)<br><br>Case No. 15-10952-KJC<br><br>**Re: Docket No. 437** |

**SUPPLEMENTAL DECLARATION OF MARK ROSENBAUM IN SUPPORT OF APPLICATION OF THE COMMITTEE OF STUDENT CREDITORS FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) AND BANKRUPTCY RULES 2014(a) AND 2016(b) APPROVING THE EMPLOYMENT AND RETENTION OF PUBLIC COUNSEL AS COUNSEL TO THE COMMITTEE OF STUDENT CREDITORS *NUNC PRO TUNC* TO MAY 16, 2015**

    I, Mark Rosenbaum, declare as follows:

    1.    I am an attorney duly licensed to practice law in the State of California, and duly admitted to practice before multiple federal district and circuit courts and the United States Supreme Court. I have filed a Pro Hac Vice application to practice before the Delaware Bankruptcy Court and an order has been entered granting same. I am the director of Public Counsel Opportunity Under Law. Each of the facts contained in this declaration is based upon my personal knowledge, and if called as a witness to do so, I could competently testify thereto.

---

[1] The Debtors in these cases, along with the USBC case numbers, are: Corinthian Schools, Inc. 15-10955 (KJC); Rhodes Colleges, Inc. 15-10957 (KJC); Florida Metropolitan University, Inc., 15-10962 (KJC); Corinthian Property Group, Inc. 15-10966 (KJC); Titan Schools, Inc. 15-10970 (KJC); Career Choices, Inc. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., 15-10961 (KJC); Ashmead Education, Inc., 15-10967(KJC) ; MJB Acquisition Corporation, 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975 ; (KJC) Pegasus Education, Inc., 15-10953 (KJC); Grand Rapids Education Center, Inc., 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., 15-10960 (KJC); CDI Education USA, Inc. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); Socle Education, Inc., Case No. 15-10976 (KJC). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

2. I make this supplemental declaration in support of the *Application Of The Committee Of Student Creditors For An Order Under Bankruptcy Code Sections 328(a) And 1103(a) And Bankruptcy Rules 2014(a) And 2016(b) Approving The Employment And Retention Of Public Counsel As Counsel To The Committee Of Student Creditors Nunc Pro Tunc To May 16, 2015* (the "**Application**") filed on June 18, 2015 [Docket No. 437].

3. Public Counsel has examined its client database to determine whether it had or has any connections with the additional list of parties in interest set forth on Exhibit A. To the best of my knowledge, after conducting an investigation of potential conflicts of interest arising from Public Counsel's representation of the Student Committee, Public Counsel and the attorneys comprising or employed by it do not hold or represent an interest adverse to the Student Committee or the estates and do not have any connection with any of these parties, except as stated on Exhibit B.

4. Public Counsel will supplement this disclosure and advise the Bankruptcy Court and the United States Trustee if it becomes aware that any potential conflict has become actual or is likely to become actual.

5. Public Counsel is uniquely qualified to render services as Special Counsel to the Student Committee in areas related to students' rights. Public Counsel has for over twenty years been involved as part of its consumer protection caseload in student loan debt issues, specifically representing students of for-profit colleges. In 2014, Public Counsel expanded its work into the increasing crisis of students at Corinthian Colleges and the explosion of debt arising therefrom. Public Counsel has extensive contacts with experts and government officials throughout the country who are at the forefront of dealing with student loan debt generally, and student loan debt of Corinthian and other for-profit colleges specifically. We have expertise in the student

debt regulatory scheme, consumer law, class actions, and have specific contacts with large numbers of students and student liaison groups throughout the country. In April, 2015, we prepared to intervene in an action taken by the California Attorney General's office against Corinthian, only to have Corinthian declare bankruptcy.

6. Public Counsel recently launched its new Opportunity Under Law project, of which I am the Director. This project aims to eliminate sources of income inequality in the United States and to fight inequity in areas such as education, which provide crucial opportunities to improve individuals' economic conditions. I personally have over forty years' experience in fighting for equity in education and representing poor and minority constituents to better their financial conditions, including arguments at the U.S. Supreme Court. Throughout that forty year career, I have developed relationships and connections with experts and government officials throughout the country regarding educational equity.

7. While Public Counsel does receive contributions and grants, it depends to an increasing degree on attorneys' fees generated by our litigation. Public Counsel could not continue to do the work that it does if it were to depend solely on charitable contributions and foundation grants. Public Counsel regularly seeks and receives fees for legal services provided in connection with any of its class actions or cases seeking widespread injunctive relief in which attorneys' fees are recoverable by law.  Public Counsel relies on these fees to fund its pro bono efforts in other areas.

8. Nonetheless, because of the context of this bankruptcy matter, and given the limited funds available, Public Counsel will agree for this case only to discount its hourly fees at a 50% discount from its standard hourly rates. Moreover, Public Counsel agrees that it will charge only for work performed that is within is particular areas of expertise or knowledge, and specifically

- 4 -

will not charge for any time that is duplicative of work being handled by Robins Kaplan or Polsinelli PC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of July, 2015.

/s/ Mark Rosenbaum
Mark Rosenbaum

50736283.1

# EXHIBIT A

## List of Additional Parties Search
### (to include all parties searched by Polsinelli)

**Debtor Affiliates**
- Career Canada C.F.P. Limited
- Everest Colleges Canada, Inc.
- National School of Technology
- QIC Acquisition Corporation
- Ward Stone College

**Governmental Entities**
- Department of Education
- Department of Justice

**Letters of Credit**
- Plaza West Building, LLC
- Bank of America, N.A. Trade Operations
- Zurich American Insurance Company
- Bank of America, N.A.
- Square 407 Limited Partnership
- Western Surety Company
- U.S. Department of Education
- Elavon, Inc.

**Lienholders**
- Bank of America, N.A.
- Hewlett-Packard Financial Services

**Professionals**
- Cooley LLP
- Ernst & Young US LLP
- First Advantage Litigation Consulting
- FTI Consulting, Inc.
- Hilco
- Homer Bonner Jacobs, P.A.
- Irell & Manella LLP
- Kirkland & Ellis
- Latham & Watkins LLP
- Munger, Tolles & Olson LLP
- Payne & Fears LLP
- Weworski and Associates

**Significant Vendors**
- Action Lead Solutions, Inc.
- Affiliated Computer Services
- Albany County Treasurer
- All Star Directories, Inc.
- Anthem Blue Cross
- Bet Networks
- BirdDog Media, LLC
- Bright House Media Strategies
- Cebra B. Graves
- Comcast Spotlight
- County Of Volusia
- DGSEDULLC
- ExactTarget, Inc.
- First Financial Corporate Leasing, LLC
- First National Capital, LLC
- Google Inc.
- Hewlett-Packard Co, Inc.
- Higher Ed Growth
- Inter Media Advertising
- Intralinks, Inc.
- Irell & Manella LLP
- KDAF-TV
- KICU-TV
- KOFY -TV
- KTLA
- KTVU-TV
- Lim Holdings, Inc, Dba ClassesUSA.com
- McAfee, Inc.
- MSP-Mailing Services Of Pittsburgh
- MTV Networks
- NBCU
- NCS Pearson, Inc
- PCCW Teleservices (US), Inc.
- PCM Sales, Inc.
- PMA Media Group, Inc.
- PS Promotions, Inc.
- Thomson Reuters - West Payment Center
- Time Warner Cable Media Sales
- U.S. Bank Equipment Finance Inc.

- Weworski & Associates, Inc.
- WMOR
- World Web Partners, Inc.
- Yahoo Search Marketing

**Additional Unsecured creditors**
- Dyntek Services
- Securitas Security Services USA, Inc.
- InterMedia Advertising
- LBA Realty Fund II - WBP III, LLC
- Guardsmark, LLC
- Weworski & Associates, Inc.
- Moraga Enterprises
- Livevox, Inc.
- Hewlett-Packard Co, Inc.
- Printery, Inc. The
- Campus Management Corp.
- Profiles International, Inc.
- PricewaterhouseCooper LLP
- Testout Corporation
- ECMC Solutions Corporation
- Drinker Biddle & Reath LLP
- Atrilogy Solutions Group, Inc.
- NBCU
- PCM Sales, Inc.
- Lead Pro Direct LLC
- Comcast Spotlight
- Jones Lang LaSalle Brokerage, Inc.
- Bureau for Private Postsecondary Education
- Jones Lang LaSalle Americas, Inc.
- NASDAQ Stock Market
- ACI Specialty Benefits
- Pocket Nurse Enterprises, Inc.
- Intralinks, Inc.
- BDA (Bensussen Deutsch & Associates)
- Careerbuilder, LLC
- Cebra B. Graves
- OptimalResume.com, Inc.
- Qualtrics Labs, Inc.
- Plattform Advertising, Inc.

**Debtholders**
- Arkansas Department of Higher Education
- Colorado Dept. of Higher Education Division of Private Occupied Schools

- Commonwealth of Kentucky
- Commonwealth of Massachusetts
- Commonwealth of Massachusetts, Division of Professional Licensure
- Commonwealth of Pennsylvania
- Commonwealth of Pennsylvania Dept. of Education
- Commonwealth of Massachusetts
- County of Middlesex
- District of Columbia
- Illinois Board of Higher Education
- Kentucky Commission on Proprietary Education
- Nebraska Department of Education
- Ohio Board of Career Colleges & Schools
- State of Alabama
- State of Alabama, Dept. of Postsecondary Education
- State of Arkansas
- State of Colorado
- State of Delaware
- State of Georgia
- State of Hawaii
- State of Illinois
- State of Iowa
- State of Kansas
- State of Kansas- Board of Regents
- State of Louisiana
- State of Louisiana Board of Regents Proprietary School
- State of Maine
- State of Maine- Department of Education
- State of Maryland
- State of Michigan
- State of Minnesota
- State of Mississippi
- State of Missouri
- State of Nebraska
- State of Nevada
- State of Nevada Commission on Postsecondary Education
- State of Nevada Dept. of Education
- State of New Jersey
- State of New Mexico
- State of Oklahoma
- State of Oregon, Higher Education Coordinating Commission, Private Career Schools Unit
- State of South Carolina
- State of Tennessee
- State of Virginia

- State of Tennessee
- State of Virginia
- State of Washington
- State of West Virginia
- State of Wisconsin
- Wisconsin Educational Approval Board

**United States Trustee or Court Personnel**
- Andrew R. Vara

# EXHIBIT B

PUBLIC COUNSEL SUPPLEMENTAL DISCLOSURES

| Name Searched/ Name Provided by Debtors | Category of Party in Interest to Debtor | Comments and Status |
|---|---|---|
| MTV Networks. | Significant Vendors | Two attorneys from MTV Networks volunteered to represent clients referred by PC for pro bono services in a matter wholly unrelated to Debtors' Chapter 11 Cases. In addition, PC mailed six informational brochures to MTV Networks for use as set dressing on a show. |
| NBC Universal | Significant Vendors | An attorney from NBC Universal volunteered to represent a client referred by PC for pro bono services in a matter wholly unrelated to Debtors' Chapter 11 Cases. An attorney from this company is on Public Counsel's Board of Directors. In their capacity as Board Members, they do not have any attorney-client relationship with PC's clients, nor do they have any input into the conduct of individual cases. |
| Ernst & Young US LLP | Professionals | A volunteer attorney from the firm worked on a Public Counsel case. |
| Irell & Manella LLP | Professionals | The law firm is co-counsel on an active case with Public Counsel wholly unrelated to the Debtors' Chapter 11 cases, and members of the firm have worked with Public Counsel in the past on other wholly unrelated cases. An attorney is on the Public Counsel Board of Directors. In their capacity as Board Members, they do not have any attorney-client relationship with PC's clients, nor do they have any |

1

| | | |
|---|---|---|
| | | input into the conduct of individual cases. |
| Kirkland & Ellis | Professionals | Many attorneys from this firm have worked as co-counsel with Public Counsel on a pro bono basis on matters wholly unrelated to the Debtors' Chapter 11 Cases. An attorney is on the Public Counsel Board of Directors. In their capacity as Board Members, they do not have any attorney-client relationship with PC's clients, nor do they have any input into the conduct of individual cases. |
| Latham & Watkins LLP | Professionals | Many attorneys from this firm have worked as co-counsel with Public Counsel on a pro bono basis on matters wholly unrelated to the Debtors' Chapter 11 Cases. An attorney is on the Public Counsel Board of Directors. In their capacity as Board Members, they do not have any attorney-client relationship with PC's clients, nor do they have any input into the conduct of individual cases. |
| Munger, Tolles & Olson LLP | Professionals | Many attorneys from this firm have worked as co-counsel with Public Counsel on a pro bono basis on matters wholly unrelated to the Debtors' Chapter 11 Cases. An attorney is on the Public Counsel Board of Directors. In their capacity as Board Members, they do not have any attorney-client relationship with PC's clients, nor do they have any input into the conduct of individual cases. |

| | | |
|---|---|---|
| PricewaterhouseCooper LLP | Additional Unsecured Creditors | A partner from this firm is on the Public Counsel Board of Directors. In their capacity as Board Members, they do not have any attorney-client relationship with PC's clients, nor do they have any input into the conduct of individual cases. |
| Drinker Biddle & Reath LLP | Additional Unsecured Creditors | Three attorneys from this firm represented a Public Counsel client on a pro bono basis in a case wholly unrelated to the Debtors' Chapter 11 Cases. |
| Thomson Reuters – West Payment Center | Significant Vendors | An officer is on the Public Counsel Board of Directors. In their capacity as Board Members, they do not have any attorney-client relationship with PC's clients, nor do they have any input into the conduct of individual cases. |

3