**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CORINTHIAN COLLEGES, INC., *et al.*[1], | : | Case No. 15-10952 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 437** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING
THE DEBTORS TO EMPLOY AND RETAIN PUBLIC COUNSEL AS SPECIAL
COUNSEL TO THE OFFICIAL COMMITTEE OF STUDENT CREDITORS PURSUANT
TO SECTION 327(A) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 2014(A) AND 2016 AND LOCAL RULE 2014-1, *NUNC PRO TUNC* MAY 16, 2015**

I, Christopher A. Ward, of Polsinelli PC, proposed counsel to the Official Committee of Student Creditors (the "**Student Committee**"), hereby certifies as follows:

1.        On June 18, 2015, the Student Committee filed its *Application of the Committee of Student Creditors for an Order Under Bankruptcy Code Section 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Public Counsel as Counsel to the Committee of Student Creditors Nunc Pro Tunc to May 16, 2015* [D.I. 437] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

"**Court**"). Pursuant to the notice filed with the Application, objections, if any, to the Application were to be filed and served by no later than July 2, 2015 at 4:00 p.m. (EDT).

2. The Student Committee received informal comments (the "**Comments**") to the Application from the U.S. Trustee. The Student Committee received no other objections or responses to the Application, and no objection or other responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases.

3. The Student Committee has revised the proposed form of final order (the "**Revised Order**") to incorporate the Comments. A copy of the Revised Order is attached hereto as **Exhibit A**. The Revised Order has been circulated, and is acceptable, to the Committee and the U.S. Trustee. For the convenience of the Court and all parties in interest, a blackline of the Revised Order against the proposed form of order attached to the Application is attached hereto as **Exhibit B**.

WHEREFORE, the Student Committee respectfully requests that the Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated:  July 13, 2015           **POLSINELLI PC**
       Wilmington, Delaware

                                                                         */s/ Christopher A. Ward*
                                                  Christopher A. Ward (Del. Bar No. 3877)
                                                  Shanti M. Katona (Del. Bar No. 5352)
                                                  222 Delaware Avenue, Suite 1101
                                                  Wilmington, Delaware 19801
                                                  Telephone:  (302) 252-0920
                                                  Facsimile:  (302) 252-0921
                                                  cward@polsinelli.com
                                                  skatona@polsinelli.com

                                                  -and-

**PUBLIC COUNSEL**
Mark Rosenbaum
Anne Richardson
Alisa Hartz
Dexter Rappleye
Natalie Klasky
610 S. Ardmore Ave.
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089
*mrosenbaum@publiccounsel.org*
*arichardson@publiccounsel.org*
*drappleye@publiccounsel.org*
*ahartz@publiccounsel.org*
*Nklasky@publiccounsel.org*

*Proposed Attorneys for The Official Committee of Student Creditors*