IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | Re: Docket No. 572 |

-------------------------------------------------------------

**DEBTORS' MOTION FOR ENTRY OF AN
ORDER SHORTENING NOTICE AND OBJECTION PERIODS REGARDING
THE DEBTORS' MOTION FOR AN ORDER (I) AUTHORIZING THE
DEBTORS TO SELL CERTAIN ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS
AND ENCUMBRANCES AND (II) GRANTING CERTAIN RELATED RELIEF**

Corinthian Colleges, Inc. ("**Corinthian**") and its affiliated debtors and debtors in possession in these cases (collectively, the "**Debtors**"), respectfully request entry of an order, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the **"Local Rules"**), (i) setting a hearing to consider the *Debtors' Motion for an Order (I) Authorizing the Debtors to Sell Certain Assets Free and Clear of All Liens, Claims and Encumbrances and (II) Granting Certain Related Relief* [Docket No. 572] (the "**Sale Motion**")[2] for the omnibus hearing currently scheduled for

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Sale Motion.

June 22, 2015 at 3:00 p.m. (ET) (the "**Hearing**"); (ii) permitting parties to raise objections, if any, to the Sale Motion before or at the Hearing; and (iii) granting such other and further relief to the Debtors as the Court deems appropriate.  In support of this motion (the "**Motion**"), the Debtors respectfully represent:

## RELIEF REQUESTED

1. By this Motion, the Debtors respectfully request entry of an order, substantially in the form attached hereto as Exhibit A, (i) shortening the notice period with respect to the relief so that the Sale Motion will be heard at the Hearing; (ii) permitting parties to raise objections, if any, to the Sale Motion before or at the Hearing; and (iii) granting such other and further relief to the Debtors as the Court deems appropriate.

## BASIS FOR RELIEF REQUESTED

2. Bankruptcy Rule 2002(a)(2) requires that debtors provide parties in interest at least 21 days' notice of a proposed sale. See Fed. R. Bankr. P. 2002(a)(2).  A court may, however, shorten such notice periods pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) for cause shown.  Specifically, Bankruptcy Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced." Fed. R. Bankr. P. 9006(c)(1); see also Del. Bankr. L.R. 9006-1(e) (stating that "[n]o motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by order of the Court, on written motion . . . specifying the exigencies justifying shortened notice").

3. Contemporaneously herewith, the Debtors have filed the Sale Motion seeking entry of an order authorizing the Debtors to sell the personal property located at the Debtors' former call center in Colorado Springs, Colorado (1575 Garden of the Gods) (the "**Colorado**

2

**Springs Location**") to Corporate Ridge Office, LLC (the "**Purchaser**").  Further, as discussed in the Sale Motion, the Debtors lease the Colorado Springs Location from the Purchaser.  The Debtors submit that cause exists to shorten the notice periods with respect to the Sale Motion so that such motion can be heard at the Hearing.

4.  As further described in the Sale Motion, the Debtors are in the process of liquidating their assets and seek to sell the assets at the Colorado Springs Location to the Purchaser.  The sale to the Purchaser will facilitate a quick and efficient disposition of the assets at the Colorado Springs Location and will enable the Debtors to stem the incurrence of administrative rent obligations.

5.  The Purchaser has indicated that it has the ability to re-let the Colorado Springs Location to a third party on an immediate basis.  Accordingly, the Purchaser's willingness to credit bid up to $275,363 (representing May, June and July rent) is based, at least in part, on the understanding that the Debtors will be able to consummate the proposed transaction and surrender the premises prior to August 1, 2015.  The Purchaser's ability to get a new tenant in the Colorado Springs Location will significantly benefit the estate by reducing the amount of any rejection damages claim that the Purchaser may have.

6.  The Debtors are requesting that the parties be permitted to raise any objections to the Sale Motion at the Hearing, so at to provide the longest notice period possible under the circumstances.  This will provide interested parties with a seven (7) day notice period to raise objections, which is consistent with the objection procedures approved by this Court with respect to certain miscellaneous asset sales [Docket No. 488]  (the "**Miscellaneous Asset Sale Order**").  However, the Debtors are unable to consummate the sale pursuant to the shortened notice procedures provided for in the Miscellaneous Asset Sale Order because the Purchaser's bid

(albeit in the form of a credit bid of outstanding rent obligations) is greater than the consideration of any potential sale authorized therein. As a result, the Debtors submit that cause exists to shorten the notice periods pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e) to the extent set forth herein.

### **NOTICE**

7. The Debtors will provide notice of this Motion via overnight mail to: (i) the U.S. Trustee; (ii) counsel to the Creditors' Committee; (iii) counsel to Student Committee; (iv) counsel to Bank of America, N.A., in its capacity as Administrative Agent for the Lenders; (v) the Department of Education; (vi) the Internal Revenue Service; (vii) the Securities and Exchange Commission; (viii) the United States Attorney for the District of Delaware; (ix) any other known party holding liens with respect to the Assets; (x) Zenith; (xi) all entities known to have expressed an interest in the Assets; and (xii) all parties entitled to notice of this Motion pursuant to Bankruptcy Rule 2002.

8. The Debtors submit that no other or further notice is necessary under the circumstances.

The Debtors respectfully request entry of an order, substantially in the form attached hereto as <u>Exhibit A</u>, granting the relief requested and any other relief as is just and proper.

| | |
|---|---|
| Dated: July 14, 2015<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>          merchant@rlf.com<br>          terranova@rlf.com<br>          steele@rlf.com<br><br>Attorneys for the Debtors and Debtors in Possession |