IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CORINTHIAN COLLEGES, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10952 (KJC) <br><br> Jointly Administered. <br><br> **Objections Due By: August 19, 2015** <br> **Hearing Date: August 26, 2015** |

**NOTICE OF MOTION OF COMMONWEALTH OF MASSACHUSETTS, PEOPLE OF THE STATE OF CALIFORNIA, AND STATE OF WISCONSIN FOR DETERMINATION THAT THE AUTOMATIC STAY PROVISION DOES NOT APPLY TO THE STATES' ACTIONS AGAINST DEBTORS**

TO:

| **Counsel for Debtors** | **Office of the U.S. Trustee** |
|---|---|
| Rachel Layne Biblo | Timothy Jay Fox, Jr. |
| Mark D. Collins | Richard L. Schepacarter |
| Michael Joseph Merchant | 844 King Street, Suite 2207 |
| Amanda R. Steele | Lockbox #35 |
| Marisa A. Terranova | Wilmington, DE 19801 |
| Richards, Layton & Finger, P.A. | |
| One Rodney Square | |
| 920 North King Street | |
| Wilmington, DE 19801 | |

| **Committee of Unsecured Creditors** | **Student Committee** |
|---|---|
| Julia Bettina Klein | Christopher A. Ward |
| Scott J. Leonhardt | Shanti M. Katona |
| Frederick Rosner | Polsinelli PC |
| The Rosner Law Group LLC | 222 Delaware Ave., Suite 1101 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

| | |
|---|---|
| 824 Market Street, Suite 810<br>Wilmington, DE 19801 | Wilmington, DE 19801 |
| H. Jeffrey Schwartz<br>Bennett S. Silverberg<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | Scott F. Gautier<br>Lorie A. Ball<br>Cynthia C. Hernandez<br>Robins Kaplan LLP<br>20149 Century Park East, Ste. 3400<br>Los Angeles, CA 90067<br><br>Mark Rosenbaum<br>Anne Richardson<br>Alisa Hartz<br>Dexter Rappleye<br>Public Counsel LLP<br>610 S. Ardmore Ave.<br>Los Angeles, CA 90005 |

The Commonwealth of Massachusetts, the People of the State of California, and the State of Wisconsin have jointly filed a Motion for an order confirming that the automatic stay does not apply to the States' actions in *Commonwealth of Massachusetts v. Corinthian Colleges, Inc.*, Sup. Ct. C.A. 14-1093E, *People v. Heald College, LLC et al*, CGC-13-534793 (SF Superior Court), and *State v. Corinthian Colleges, Inc.,* Milwaukee Co. Case No. 2014CX000006.

HEARING ON THE MOTION WILL BE HELD ON August 26, 2015, at 1:00 p.m. Eastern Time at U.S. Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movants' attorneys:

        Peter Leight, Esq.
        Assistant Attorney General
        Commonwealth of Massachusetts
        One Ashburton Place, 18th Floor
        Boston, MA 02108
        617-727-2200, ext. 7706

Fax: 617-722-0184
peter.leight@state.ma.us

Bernard A. Eskandari, Esq.
Deputy Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-2652
Fax: (213) 897-2802
Email: bernard.eskandari@doj.ca.gov

F. Mark Bromley, Esq.
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6201
Fax: (608) 267-2223
bromleyfm@doj.state.wi.us

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

If no timely objection is made, the Motion may be granted and an order entered without a hearing.

Dated: July 15, 2015                COMMONWEALTH OF MASSACHUSETTS
                                    MAURA HEALEY
                                    MASSACHUSETTS ATTORNEY GENERAL

                                    By:  /s/ *Peter Leight*

                                    Peter Leight, BBO #631580
                                    Glenn Kaplan, BBO #567308
                                    Assistant Attorneys General

Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
Fax: 617-722-0184
peter.leight@state.ma.us
glenn.kaplan@state.ma.us

THE PEOPLE OF THE STATE OF CALIFORNIA
KAMALA D. HARRIS
CALIFORNIA ATTORNEY GENERAL

By: /s/ *Bernard A. Eskandari*

Bernard A. Eskandari
Deputy Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-2652
Fax: (213) 897-2802
Email: bernard.eskandari@doj.ca.gov

STATE OF WISCONSIN
BRAD D. SCHIMEL
WISCONSIN ATTORNEY GENERAL

By: */s/ F. Mark Bromley*

F. Mark Bromley, State Bar #1018353
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6201
(608) 267-2223 (fax)
bromleyfm@doj.state.wi.us