**CERTIFICATE OF SERVICE**

I certify that on July 15, 2015, a true and correct copy of the foregoing Motion of Commonwealth of Massachusetts, People of the State of California, and State of Wisconsin for Determination that the Automatic Stay Provision Does Not Apply to the States' Actions Against Debtors was served upon the parties hereto by E-Notification through the court's CM/ECF system, and by United States Postal Service, First Class Mail, as indicated below:

**By First Class Mail and E-Notification:**

**Counsel for Debtors**
Rachel Layne Biblo
Mark D. Collins
Michael Joseph Merchant
Amanda R. Steele
Marisa A. Terranova
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Office of the U.S. Trustee**
Timothy Jay Fox, Jr.
Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**Committee of Unsecured Creditors**
Julia Bettina Klein
Scott J. Leonhardt
Frederick Rosner
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

H. Jeffrey Schwartz
Bennett S. Silverberg
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**Student Committee**
Christopher A. Ward
Shanti M. Katona
Polsinelli PC
222 Delaware Ave., Suite 1101
Wilmington, DE 19801

Scott F. Gautier
Lorie A. Ball
Cynthia C. Hernandez
Robins Kaplan LLP
20149 Century Park East, Ste. 3400
Los Angeles, CA 90067

Mark Rosenbaum
Anne Richardson
Alisa Hartz
Dexter Rappleye
Public Counsel LLP
610 S. Ardmore Ave.
Los Angeles, CA 90005

**By E-Notification:**

- David G. Aelvoet davida@publicans.com
- Lorie Ann Ball lball@robinskaplan.com, ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com; arichardson@publiccounsel.org
- Elizabeth Banda Calvo rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- Christopher R. Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
- Rachel Layne Biblo Biblo@rlf.com, rbgroup@rlf.com
- William Pierce Bowden wbowden@ashby-geddes.com
- Kay Diebel Brock bkecf@co.travis.tx.us
- William J. Burnett william.burnett@flastergreenberg.com
- Howard A. Cohen howard.cohen@dbr.com
- Mark D. Collins rbgroup@rlf.com
- Kelly M. Conlan, Esquire kconlan@connollygallagher.com
- Joseph Corrigan Bankruptcy2@ironmountain.com
- John D. Demmy jdd@stevenslee.com
- Timothy Jay Fox timothy.fox@usdoj.gov
- Joseph D. Frank jfrank@fgllp.com,
- ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- Barry V. Freeman bfreeman@jmbm.com, dmp@jmbm.com
- Scott F. Gautier sgautier@robinskaplan.com, dwymore@robinskaplan.com
- Steven A. Ginther deecf@dor.mo.gov
- Kevin A. Guerke kguerke@svglaw.com, cwalters@svglaw.com
- Ruth A. Harvey ruth.harvey@usdoj.gov
- Reed A. Heiligman rheiligman@fgllp.com, ccarpenter@fgllp.com
- Leslie C. Heilman heilmanl@ballardspahr.com
- Cynthia C. Hernandez chernandez@robinskaplan.com
- Brian David Huben brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Courtney J Hull bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- Cory D. Kandestin kandestin@rlf.com, RBGroup@rlf.com
- Shanti M. Katona skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Julia Bettina Klein klein@teamrosner.com
- Matthew Ryan Koch mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com
- John Robert Kresse John.Kresse@usdoj.gov
- Robert L. LeHane KDWBankruptcyDepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com
- Scott J. Leonhardt leonhardt@teamrosner.com

- Robert Charles Maddox maddox@rlf.com, rbgroup@rlf.com
- Katharine L. Mayer kmayer@mccarter.com
- Laura L. McCloud agbankdelaware@ag.tn.gov
- Michael Joseph Merchant merchant@rlf.com, rbgroup@rlf.com
- Steven Phillip Ordaz sordaz@bmcgroup.com, ecfbk@bmcgroup.com
- Ricardo Palacio rpalacio@ashby-geddes.com
- Sarah E. Pierce sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Lloyd H. Randolph lloyd.randolph@usdoj.gov, janice.murray@usdoj.gov
- Leigh-Anne M. Raport lraport@ashby-geddes.com
- Patrick J. Reilley preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com; kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Erica J. Richards erichards@mofo.com
- Rene S. Roupinian rsr@outtengolden.com, jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- Rust Consulting/Omni Bankruptcy bosborne@omnimgt.com
- JeremyWilliam Ryan jryan@potteranderson.com, bankruptcy@potteranderson.com
- Richard L. Schepacarter richard.schepacarter@usdoj.gov
- Carren Shulman cshulman@sheppardmullin.com, mcademartori@sheppardmullin.com;ksmith@sheppardmullin.com
- Robert J. Stearn Jr. stearn@rlf.com, rbgroup@rlf.com
- Amanda R. Steele steele@rlf.com, rbgroup@rlf.com
- William F. Taylor bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Marisa A. Terranova terranova@rlf.com, rbgroup@rlf.com
- Ronald Mark Tucker rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
- United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV
- Christopher A. Ward cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- JeremyWelch jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
- Helen Elizabeth Weller dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.
- Etta Ren Wolfe ewolfe@potteranderson.com, bankruptcy@potteranderson.com

**By U.S. Postal Service, First Class Mail:**

J. Scott Bovitz
Bovitz & Spitzer
1100 Wilshire Boulevard, Suite 2403
Los Angeles, CA 90017

Dustin P. Branch
Brian D. Huben
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

John M Craig
Russell R. Johnson III, PLC
2258 Wheatland Drive
Manakin-Sabot, VA 23103

John H. Drucker
Cole Schotz P.C.
900 Third Avenue, 16th Floor
New York, NY 10022

Caroline C. Fuller
Fairfield and Woods, P.C.
1801 California Street
Suite 2600
Denver, CO 80202

GE Capital Information
Technology Solutions, Inc.
f/d/b/a IKON Financial Services
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Thomas Griffin
Robaina & Kresin PLLC
One East Camelback Road, Suite 710
Phoenix, AZ 85012

Anna Gumport
Jennifer C. Hagle
Sidley Austin LLP
555 West Fifth Street, Suite 400
Los Angeles, CA 90013

Robert Hill
5334 S. Prince Street
Littleton, CO 80120-1136

Thomas G. King
Kreis, Enderle, Hudgins & Borsos, PC
PO Box 4010
Kalamazoo, MI 49003-4010

Lorenzo Marinuzzi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Etta R. Mayers
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19801

McCann Associates Holdings, LLC
General Counsel
6805 Route 202
New Hope, PA 18938

H. John Michel
Michael P. Pompeo
Drinker Biddle and Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

New York State Department of Labor
Unemployment Insurance Division
Building 12, Room 256
Albany, NY 12240

Office of Unemployment Compensation
Tax Services
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 700
Harrisburg, PA 17121

Felicia Gerber Perlman
Skadden, Arps, Slate, Meagher & Floam LLP
155 N. Wacker Dr.
Chicago, IL 60606

David M. Poitras
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308

Mark Rosenbaum
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Frederick Rosner
The Rosner Law Group LLC
824 N Market St., Ste 810
Wilmington, DE 19801

Bennett S. Silverberg
H. Jeffrey Schwartz
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Abigail Snow
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

Tracy J. Whitaker
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

/s/ *Jennifer L. Snow*
Jennifer L. Snow
Office of the Attorney General of Massachusetts