IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § |
| | §  Case No. 15-10952 (KJC) |
| | § |
| | §  Jointly Administered |
| Debtors. | § |
| | §  **Hearing Date: July 27, 2015 @ 11:00 a.m. (EDT)** |
| | §  **Obj. Deadline: July 24, 2015 at Noon (EDT)** |
| | § |
| | §  Re: Docket Nos. 572, 573 & 577 |

-------------------------------------------------------

**NOTICE OF HEARING REGARDING DEBTORS' MOTION FOR AN ORDER
(I) AUTHORIZING THE DEBTORS TO SELL CERTAIN ASSETS FREE AND
CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND
(II) GRANTING CERTAIN RELATED RELIEF**

PLEASE TAKE NOTICE that, on July 14, 2015, the above-captioned debtors (collectively, the "**Debtors**") filed the *Debtors' Motion for an Order (I) Authorizing the Debtors to Sell Certain Assets Free and Clear of All Liens, Claims and Encumbrances and (II) Granting Certain Related Relief* [Docket No. 572] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). **You were previously served with a copy of the Motion**.

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection period with respect to

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

the Motion [Docket No. 573] (the "**Motion to Shorten**").  **You were previously served with a copy of the Motion to Shorten**.

PLEASE TAKE FURTHER NOTICE that on July 15, 2015, the Bankruptcy Court entered the *Order Shortening Notice and Objection Periods Regarding the Debtors' Motion for an Order (I) Authorizing the Debtors to Sell Certain Assets Free and Clear of All Liens, Claims and Encumbrances and (II) Granting Certain Related Relief* [Docket No. 577] (the "**Order Shortening Notice**").  **You are being served with a copy of the Order Shortening Notice contemporaneously herewith**.

PLEASE TAKE FURTHER NOTICE that, notwithstanding any prior notice to the contrary, (i) a hearing to consider the Motion will be held on **July 27, 2015 at 11:00 a.m. (EDT)** before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 and (ii) responses or objections to the Motion, if any, shall be filed and served on counsel for the undersigned Debtors by **Noon (EDT) on July 24, 2015.**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: July 15, 2015<br>Wilmington, Delaware | */s/* Amanda R. Steele<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>Rachel L. Biblo (No. 6012)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>         merchant@rlf.com<br>         terranova@rlf.com<br>         steele@rlf.com<br>         biblo@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |

3