IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
| | |
|---|---|
| In re: | :    Chapter 11 |
| | : |
| CORINTHIAN COLLEGES, INC., et al.,[1] | :    Case No. 15-10952 (KJC) |
| | : |
|         Debtors. | :    (Jointly Administered) |
| | : |
| | :    **Re: Docket Nos. 520 and 521** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF STUDENT CREDITORS IN RESPONSE TO THE DEBTORS' MOTION FOR THE ENTRY OF ANY ORDER (A) APPROVING THE DISCLOSURE STATEMENT, (B) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN OF LIQUIDATION, (C) APPROVING THE FORMS OF BALLOT AND SOLICITATION MATERIALS, (D) ESTABLISHING VOTING RECORDS DATE, (E) FIXING THE DATE, TIME AND PLACE FOR THE CONFIRMATION HEARING AND THE DEADLINE FOR FILING OBJECTIONS THERETO, AND (F) APPROVING RELATED NOTICE PROCEDURES**

The Official Committee of Student Creditors (the "**Student Committee**") in the above-captioned chapter 11 cases of Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), appointed pursuant to section 1102 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the above-captioned jointly administered Chapter 11 cases (the "**Chapter 11 Cases**"), by and through its undersigned counsel, hereby submits this reservation of rights with respect to the *Debtors' Motion for the Entry of an Order*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

50768826.4

*(a) Approving the Disclosure Statement, (b) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (c) Approving the Form of Ballot and Solicitation Materials, (d) Establishing Voting Record Date, (e) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections thereto, and (f) Approving Related Notice Procedures* [Docket No 521] (the "**Motion**"), and in support thereof respectfully states as follows:

## RESERVATION OF RIGHTS

1.      The fundamental purpose of a disclosure statement is to ensure that creditors are able to cast their votes for or against a confirmable chapter 11 plan on an informed basis. To achieve this objective, a disclosure statement must contain "adequate information," *i.e.*, information that would permit a reasonable person to fully and fairly assess the pros and cons of the proposed plan and the alternatives to the confirmation thereof.

2.      The Student Committee has raised a number of issues during negotiations with Debtors, the Official Committee of Unsecured Creditors, and Bank of America regarding the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 520] (the "**Disclosure Statement**," and with the Motion, the "**Plan Documents**"). As currently drafted, the Student Committee has concerns with the adequacy of the information in the Disclosure Statement. The Student Committee also does not believe that the Plan, in its current form, would be confirmable under Bankruptcy Code section 1129 because of various infirmities, including (i) the governance and mechanics of the proposed Distribution Trust, (ii) the lack of separate classification of student claims; and (iii) the proposed discharge of the Debtors.

3.      Based on discussions with the Debtors' counsel, among other things, the Student Committee believes that the modifications underway to the Plan Documents will resolve the

issues, and the revised documents will incorporate the consensual agreement reached among the parties.

4. Notwithstanding, the Student Committee reserves the right to raise any such issues with the Court to the extent that such modifications to the Plan Documents do not adequately address the Student Committee's concerns. The Student Committee further reserves any and all rights and remedies to, *inter alia*, supplement, augment, alter and/or modify this Reservation of Rights, file an appropriate objection and/or conduct any and all discovery as may be deemed necessary or as may be required and to assert such other grounds as may become apparent upon the filing of the subsequent revised Plan Documents. Finally, the Student Committee reserves its right to request an adjournment of the hearing on the Disclosure Statement if the modifications to the Plan Documents do not alleviate the Student Committee's concerns.

Dated: July 17, 2015
       Wilmington, Delaware

**POLSINELLI PC**

/s/ *Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

*Counsel to the Official Committee of Student Creditors*

-and-

ROBINS KAPLAN LLP
Scott F. Gautier, Esq.
Lorie A. Ball, Esq.
Cynthia C. Hernandez, Esq.
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
sgautier@robinskaplan.com
lball@robinskaplan.com
chernandez@robinskaplan.com

*Proposed Counsel to the Official Committee of Student Creditors*

-and-

PUBLIC COUNSEL LLP
Mark Rosenbaum, CA Bar No. 59940
Anne Richardson, CA Bar No. 151541
Alisa Hartz, CA Bar No. 285141
Dexter Rappleye, CA Bar No. 302182
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089
mrosenbaum@publiccounsel.org
arichardson@publichcounsel.org
ahartz@publiccounsel.org
drappleye@publiccounsel.com

*Proposed Special Counsel to the Official Committee of Student Creditors*