# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | Case No. 15-10952 (KJC) |
| Debtors.[1] | Jointly Administered |
| | **Re:  Docket No. 520 and 521** |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN RESPONSE TO THE DEBTORS' MOTION FOR THE ENTRY OF ANY ORDER (A) APPROVING THE DISCLOSURE STATEMENT, (B) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN OF LIQUIDATION, (C) APPROVING THE FORMS OF BALLOT AND SOLICITATION MATERIALS, (D) ESTABLISHING VOTING RECORDS DATE, (E) FIXING THE DATE, TIME AND PLACE FOR THE CONFIRMATION HEARING AND THE DEADLINE FOR FILING OBJECTIONS THERETO, AND (F) APPROVING RELATED NOTICE PROCEDURES**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Corinthian Colleges, Inc. and its affiliated debtors and debtors-in-possession in the above-captioned Chapter 11 cases (collectively, the "<u>Debtors</u>"), by and through its undersigned counsel, Brown Rudnick LLP and The Rosner Law Group LLC, hereby submits this reservation of rights with respect to the *Debtors' Motion for the Entry of an Order (a) Approving the Disclosure Statement, (b) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (c) Approving the Form of Ballot and Solicitation Materials, (d) Establishing Voting*

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505, SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016304. }

*Record Date, (e) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections thereto, and (f) Approving Related Notice Procedures* [D.I 521; filed 7/21/15] (the "Motion").[2]  In support thereof, the Committee respectfully states as follows:

**RESERVATION OF RIGHTS**

1.      The Committee has been in ongoing and extensive negotiations with the Debtors, the Student Committee and Bank of America regarding the Debtors' *Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I 520; filed 7/1/15].  The Committee believes the parties have reached an understanding with respect to certain modifications that will be made to the Combined Disclosure Statement and Plan.

2.      The Committee has not seen the modified Combined Disclosure Statement and Plan and therefore reserves all rights with respect thereto, including the right to object to confirmation of the Plan on any grounds prior to the confirmation hearing. The Committee also reserves the right to supplement, augment, alter and/or modify this Reservation of Rights.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Dated: July 17, 2015
        Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

<u>*/s/ Julia Klein*</u>
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone:  (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

and

H. Jeffrey Schwartz, Esq. (admitted *pro hac vice*)
Bennett S. Silverberg, Esq. (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone:  (212) 209-4800
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com

*Co-Counsel to the Official*
*Committee of Unsecured Creditors*