IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

NOTICE OF WITHDRAWAL OF CLAIM #1069

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that I, Beth Wilson, hereby withdraw my Proof of Claim #1069 filed on July 10, 2015 in the amount of $846,213.00.

Dated: July 17, 2015

Beth Wilson
26512 Broken Bit Lane
Laguna Hills, CA 92653