IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | ) Case No. 15-10952 (KJC) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) **Re: Docket No. 521** |

**RESERVATION OF RIGHTS OF BANK OF AMERICA, N.A. IN RESPONSE TO THE DEBTORS' MOTION FOR THE ENTRY OF ANY ORDER (A) APPROVING THE DISCLOSURE STATEMENT, (B) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN OF LIQUIDATION, (C) APPROVING THE FORMS OF BALLOT AND SOLICITATION MATERIALS, (D) ESTABLISHING VOTING RECORDS DATE, (E) FIXING THE DATE, TIME AND PLACE FOR THE CONFIRMATION HEARING AND THE DEADLINE FOR FILING OBJECTIONS THERETO, AND (F) APPROVING RELATED NOTICE PROCEDURES**

Bank of America, N.A., in its capacity as administrative agent for the prepetition first lien secured lenders under that certain Fourth Amended and Restated Credit Agreement dated May 17, 2012 (in such capacity, the "Administrative Agent"), by and through its undersigned counsel, hereby submits this reservation of rights ("Reservation of Rights") with respect to the *Debtors' Motion for the Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

PAC 1195796v.1

*Filing Objections thereto, and (F) Approving Related Notice Procedures* filed on July 1, 2015 [D.I 521] (the "Motion").[2] In support thereof, the Administrative Agent respectfully states as follows:

## RESERVATION OF RIGHTS

1. The Administrative Agent has been engaged in ongoing and extensive negotiations with the Debtors, the Creditors' Committee, and the Student Committee regarding the Motion and the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* filed on July 1, 2015 [D.I 520] (the "Combined Disclosure Statement and Plan"). In light of these negotiations, the Administrative Agent received an extension of the original July 15, 2015 objection deadline for the Motion from counsel for the Debtors to July 17, 2015, which deadline was further extended to July 20, 2015.

2. Since these extensions were granted, the Administrative Agent, the Debtors and the Committees have continued their negotiations regarding the relief requested in the Motion, including various modifications to the Combined Disclosure Statement and Plan. These negotiations have been productive, and the Administrative Agent remains hopeful that the parties will timely reach an agreement that will resolve their respective concerns.

3. However, as of the filing of this Reservation of Rights, no modifications to the Combined Disclosure Statement and Plan or the related solicitation materials for which the Motion seeks approval have been agreed to as between the Administrative Agent, the Debtors, or the Committees, and these items remain subject to ongoing negotiations. Absent modification, the Administrative Agent has concerns about the currently-filed versions of these materials, including, without limitation, with respect to the adequacy of the information in the Combined

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

PAC 1195796v.1

Disclosure Statement and Plan and whether the Combined Disclosure Statement and Plan would be confirmable in its current form.

4. Accordingly, the Administrative Agent reserves all rights with respect to the Motion, including, without limitation, the right to supplement, augment, alter and/or modify this Reservation of Rights, the right to seek adjournment of the hearing on the Motion, and/or the right to object to confirmation of the Combined Disclosure Statement and Plan on any grounds prior to the confirmation hearing.

Dated: July 20, 2015
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

_/s/ Jeremy W. Ryan_
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Mayers (DE Bar No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

**SIDLEY AUSTIN LLP**
Jennifer C. Hagle
Anna Gumport
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Counsel to Bank of America, N.A.*