## CERTIFICATE OF SERVICE

I, Etta R. Mayers, hereby certify that I am not less than 18 years of age and that on this 20th day of July 2015, I caused a true and correct copy of the foregoing **Reservation of Rights of Bank of America, N.A. in Response to the Debtors' Motion for the Entry of any Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing Voting Records Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures** to be served upon the party listed below *via* hand delivery.

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Under penalty of perjury, I declare the foregoing is true and correct.

_____
Etta R. Mayers (DE Bar No. 4164)

PAC 1195796v.1