IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: Docket No. 417** |

-----------------------------------------------------------------

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' AMENDED MOTION FOR ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL CERTAIN SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

The undersigned hereby certifies that Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") have received no answer, objection or any other responsive pleading with respect to the *Debtors' Amended Motion for Order Authorizing the Debtors to File Under Seal Certain Schedules and Statements of Financial Affairs* [Docket No. 417] (the "**Motion**") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on June 15, 2015.  The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 case.  Pursuant to the *Notice of Motion and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

2

*Hearing*, filed with the Motion, any objection or response to the Motion was to be filed and served no later than 4:00 p.m. (EDT) on June 29, 2015.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

Dated: July 20, 2015  
      Wilmington, Delaware

*/s/ Amanda R. Steele*  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marisa A. Terranova (No. 5396)  
Amanda R. Steele (No. 5530)  
Rachel L. Biblo (No. 6012)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
      merchant@rlf.com  
      terranova@rlf.com  
      steele@rlf.com  
      biblo@rlf.com

Counsel for the Debtors and Debtors in Possession