IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*,[1] | Case No.: 15-10952 (KJC) |
| Debtors. | Hearing Date: August 13, 2015 at 1:30 p.m.<br>Objection Deadline: August 6, 2015 at 4:00 p.m. |

NOTICE OF SHACO, INC.'S
MOTION FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPNESE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)

PLEASE TAKE NOTICE THAT ON July 20, 2015, Shaco, Inc. filed a *Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(1)(A)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before August 6, 2015, 2015 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

11147
70108.001

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has scheduled a hearing on the Motion on August 13, 2015 at 1:30 p.m. (Eastern Time) before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 20, 2015

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Kevin A. Guerke
Kevin A. Guerke (4096)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19801
(302) 888-0600

Counsel to Shaco, Inc.

11147
70108.001