IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

CORINTHIAN COLLEGES, INC., *et al.,*[1]

Debtors.

Chapter 11

Case No.:  15-10952 (KJC)

**Related Document No.:**

**ORDER GRANTING
SHACO, INC.'S MOTION FOR ALLOWANCE AND PAYMENT
OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

This matter came before the Court for hearing on _____ ("Hearing") upon the

motion ("Motion") [ECF No. ___] of Shaco, Inc. ("Landlord"), for an order allowing and

directing the payment of an administrative expense claim pursuant to 11 U.S.C. §§ 105(a) and

503(b)(1)(A) relating to post-petition stub-rent owed for the lease of Suite A, 271 E. Club Center

Drive, San Bernadino, California  92408.

The Court having considered the Motion, the record in this case and the arguments

presented at the Hearing, finds that (a) any responses to the Motion have either been withdrawn

or denied on the merits; (b) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§

157 and 1334; (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (d) the Court may

enter a final order consistent with Article III of the United States Constitution; (e) venue of this

Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (f) notice of the Motion was sufficient

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

under the circumstances and no other or further notice need to be given; and (g) the legal and factual bases set forth in the Motion establish cause for the relief granted herein.  Therefore, it is:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Shaco, Inc. is determined to hold an allowed priority administrative claim against the Debtors' estate in the amount of $31,105.14 ("Allowed Administrative Claim"); and it is further

ORDERED that the Debtors shall satisfy the Allowed Administrative Claim no later than the date on which payment of other allowed administrative claims is made in these Chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction to interpret and/or enforce this Order to the extent necessary or appropriate.

Dated: _____, 2015

_____
UNITED STATES BANRKUPTCY JUDGE