## CERTIFICATE OF SERVICE

I, Kevin A. Guerke, hereby certify that on this 20th day of July 2015, I have caused to be served to all counsel of record via CM/ECF and via U.S. Mail according to the attached service list *Shaco, Inc.'s Motion for Allowance and Payment of Administrative Expenses Claim Pursuant to 11 U.S.C. §503(b)(1)(A)*

/s/ Kevin A. Guerke

Kevin A. Guerke (4096)

70103.001
11163

| | |
|---|---|
| Arapahoe County Treasurer<br>Attn: Robert Hill<br>5334 S. Prince Street<br>Littleton, CO 80166 | Ashby & Geddes, P.A.<br>Attn: William Bowden/Ricardo Palacio<br>Attn: Leigh-Anne Raport<br>500 Delaware Avenue, 8th Floor P.O. Box 1150<br>Wilmington, DE 19899-1150 |
| BMC Group, Inc.<br>Attn: T. Feil<br>300 Continental Boulevard #570<br>El Segundo, CA 90245 | Bovitz & Spitzer<br>Attn: J. Scott Bovitz<br>1100 Wilshire Blvd., Suite 2403<br>Los Angeles, CA 90017 |
| Brown Rudnick LLP<br>Attn: H. Jeffrey Schwartz/Bennett Silverberg<br>Seven Times Square<br>New York, NY 10036 | Bureau of Labor and Industries<br>800 NE Oregon St., Suite 1045<br>Portland, OR 97232 |
| CA Labor & Workforce Development Agency<br>Attn: PAGA Administrator<br>455 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102 | Cal/OSHA<br>1515 Clay Street, Suite 1901<br>Oakland, CA 94612 |
| California Department of Education<br>1430 N Street<br>Sacramento, CA 95814-5901 | California Department of Justice<br>1300 I St., #1142<br>Sacramento, CA 95814-5901 |

| | |
|---|---|
| Commonwealth of Massachusetts<br>Office of the Attorney General<br>Attn: Maura Healey, AG<br>Attn: Peter Leight AAG/Glenn Kaplan AAG One Ashburton Place, 18th Floor<br>Boston, MA 02108 | Commonwealth of Pennsylvania<br>Department of Labor & Industry<br>Collections Support Unit<br>Attn: Linda Mitten 651 Boas Street, Room 700<br>Harrisburg, PA 17121 |
| Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax Division<br>P.O. Box 898<br>Dover, DE 19903 | Dept of Labor & Industrial Relations<br>830 Punchbowl St #321<br>Honolulu, HI 96813 |
| Development Resources, Inc.<br>Attn: John Giannopoulos<br>333 North Des Plaines Street<br>Chicago, IL 60661 | Division of Safety & Health<br>One Hudson Square<br>75 Varick Street (7th Floor)<br>New York, NY 10013 |
| Division of Unemployment Ins.<br>Department Of Labor<br>4425 N. Market Street<br>Wilmington, DE 19802 | Drinker Biddle & Reath LLP<br>Attn: Michael P. Pompeo<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714 |
| Drinker Biddle & Reath LLP<br>Attn: H. John Michel, Jr.<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103-6996 | Drinker Biddle & Reath LLP<br>Attn: Howard A. Cohen<br>222 Delaware Ave., Ste.1410<br>Wilmington, DE 19801-1621 |

| | |
|---|---|
| Equity One, Inc.<br>Attn: Legal Department<br>1600 Northeast Miami Gardens Drive<br>North Miami Beach, FL 33179 | Fairfield and Woods, P.C.<br>Attn: Caroline C. Fuller<br>1801 California Street, Suite 2600<br>Denver, CO 80202 |
| FrankGecker LLP<br>Attn: Joseph Frank/Reed Heiligman<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | GE Information Technology Solutions<br>f/d/b/a IKON Financial Services<br>Bankruptcy Administration<br>1738 Bass Road PO Box 13708<br>Macon, GA 31208-3708 |
| Hawaii State Department of Education<br>1390 Miller St.<br>Honolulu, HI 96813 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Iron Mountain Information Management, LLC<br>Attn: Joseph Corrigan<br>One Federal Street<br>Boston, MA 02110 | Jeffer Mangels Butler & Mitchell LLP<br>Attn: Barry Freeman/David Poitras<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 |
| Katten Muchin Rosenman LLP<br>Attn: Brian Huben/Dustin Branch<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 | Kelley Drye & Warren LLP<br>Attn: Robert L. LeHane<br>101 Park Avenue<br>New York, NY 10178 |

| | |
|---|---|
| Kreis, Enderle, Hudgins & Borsos, PC<br>Attn: Thomas G. King<br>PO Box 4010<br>Kalamazoo, MI 49003-4010 | Lampert 25500 Industrial Blvd., LLC<br>Attn: Roland Lampert<br>P.O. Box 712711<br>Cincinnati, OH 75271-2711 |
| Linebarger Goggan Blair & Sampson LLP<br>Attn: David G. Aelvoet<br>711 Navarro Street, Ste 300<br>San Antonio, TX 78205 | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 |
| McCarter & English, LLP<br>Attn: Katharine L. Mayer<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City, MO 65105-0475 |
| Morris James LLP<br>Attn: Carl Kunz III/Jeffrey Waxman<br>500 Delaware Ave, Suite 1500<br>Po Box 2306<br>Wilmington, DE 19801 | Morrison & Foerster LLP<br>Attn: Lorenzo Marinuzzi/Erica Richards<br>250 West 55th Street<br>New York, NY 10019-9601 |
| New York State Department of Labor<br>Building 12<br>W.A. Harriman Campus<br>Albany, NY 12240 | NYC Department of Education<br>Tweed Courthouse<br>52 Chambers Street<br>New York, NY 10007 |

| | |
|---|---|
| Occupational Safety & Health<br>830 Punchbowl St # 425<br>Honolulu, HI 96813 | Occupational Safety & Health Administration<br>800 W. Washington Street, 2nd Floor<br>Phoenix, AZ 85007 |
| Office of Private Postsecondary Education<br>Oregon Higher Education Coordinating Commission<br>775 Court Street NE<br>Salem, OR 97301 | Office of the U.S. Attorney<br>Attn: Charles M. Oberly, III<br>Nemours Building<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19801 |
| Office of the U.S. Attorney<br>District of Arizona<br>Attn: John S. Leonardo<br>Two Renaissance Square 40 N. Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4408 | Office of the U.S. Attorney<br>District of Hawaii<br>Attn: Florence T. Nakakuni<br>300 Ala Moana Blvd., #6-100<br>Honolulu, HI 96850 |
| Office of the U.S. Attorney<br>Southern District of New York<br>Attn: Preet Bharara<br>One Saints Andrew Plaza<br>New York, NY 10007 | Office of the U.S. Attorney<br>Eastern District of New York<br>Attn: Kelly T. Currie<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 |
| Office of the United States Trustee<br>Attn: Richard Schepacarter/Timothy Fox<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519 | Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |

Oregon Department of Justice
Attn: Carolyn G. Wade
1162 Court Street NE
Salem, OR 97301-4096

Palm Springs Mile Associates, Ltd
Attn: Phillip J. Eisenberg
c/o Phillips International
295 Madison Ave., 2nd Floor
New York, NY 10017

Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: Elizabeth Banda Calvo
500 E. Border Street, Suite 640
Arlington, TX 76010

Pircher, Nichols & Meeks
Attn: Eugene J.M. Leone
900 N. Michigan Avenue
Suite 1000
Chicago, IL 60611

Polsinelli PC
Attn: Christopher Ward/Shanti Katona
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Potter Anderson & Corroon LLP
Attn: Jeremy Ryan/Etta Myers
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951

Robaina & Kresin
Attn: Thomas Griffin
One East Camelback Road
Suite 710
Phoenix, AZ 85012

Robins Kaplan LLP
Attn: Scott Gautier/Lorie Ball
Attn: Cynthia Hernandez
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

Ruder Ware, L.L.S.C.
Attn: Jeremy M. Welch
500 North First Street, Suite 8000
P.O. Box 8050
Wausau, WI 54402-8050

Satterlee Stephens Burke & Burke LLP
Attn: Christopher Belmonte/Abigail Snow
230 Park Avenue, Suite 1130
New York, NY 10169

| | |
|---|---|
| Secretary of The Treasury<br>P.O. Box 7040<br>Dover, DE 19903 | Securities & Exchange Commission<br>New York Regional Office<br>Attn: George S. Canellos, Reg. Director<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 |
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street, NE<br>Washington, DC 20549 | Sheppard, Mullin, Richter & Hampton LLP<br>Attn: Carren B. Shulman, Esq.<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Sidley Austin LLP<br>Attn: Jennifer Hagle/Anna Gumport<br>555 West Fifth Street, #4000<br>Los Angeles, CA 90013 | Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, IN 46204 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Sarah E. Pierce<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Felicia Gerber Perlman<br>155 N. Wacker Drive<br>Chicago, IL 60606-1720 |
| State of Delaware<br>820 N. French Street<br>Division of Revenue - 8th Floor<br>Wilmington, DE 19801-0820 | State of Oregon Osha Office<br>1230 NE 3rd St #115<br>Bend, OR 97701 |

| | |
|---|---|
| The Industrial Commission of Arizona<br>Labor Department<br>Attn: Karen Axsom, Director<br>800 W. Washington St<br>Phoenix, AZ 85007 | The Rosner Law Group<br>Attn: Julia Klein/Frederick Rosner<br>824 Market Street, Suite 810<br>Wilmington, DE 19801 |
| TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 | Travis County<br>Attn: Kay D. Brock<br>P.O. Box 1748<br>Austin, TX 78767 |
| TX Comptroller of Public Accounts<br>Attn: Courtney J. Hull<br>Attn: John Mark Stern, AAG<br>Bankruptcy & Collections Division, MC 008 P.O. Box 12548<br>Austin, TX 78711-2548 | U.S. Department of Justice<br>Civil Division<br>Attn: Lloyd Randolph<br>P.O. Box 875 Ben Franklin Station<br>Washington, DC 20044-0875 |
| U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | United States Department of Labor<br>Attn: Thomas E. Perez, Secretary<br>200 Constitution Ave., NW<br>Washington, DC 20210 |
| Watt Long Beach, LLC<br>Attn: James Maginn<br>2716 Ocean Park Blvd.<br>Santa Monica, CA 90405 | Wisconsin Department of Justice<br>Attn: Brad D. Schimel, AG<br>Attn: F. Mark Bromley, AAG<br>Post Office Box 7857<br>Madison, WI 53707-7857 |

Richards, Layton & Finger, PA
Attn: Mark D. Collins/Michael Merchant
Attn: Marisa Terranova/Amanda Steele
One Rodney Square 920 North King Street
Wilmington, DE 19801