# EXHIBIT B

**AMENDMENT TO LEASE**
(Corinthian Colleges Lease, San Bernardino, CA)

1. **Identification of Parties.** This Amendment to Lease (the "**Amendment**") dated for identification purposes only August 31, 2009, is made and entered into by and between **Shaco, Inc.**, a California corporation (the "**Landlord**") and **Corinthian Colleges, Inc.**, a Delaware corporation ("**Tenant**").

2. **Recitals.**

    2.1  Landlord and Tenant previously entered into that certain Standard Industrial/Commercial Multi-Tenant Lease-Net and Addendum dated on or about November 25, 2002 (the "**Lease**"), for the premises commonly known as Club Power Center Phase I, Suite A (the "**Existing Premises**") at the property located at 217 Club Center Drive in San Bernardino, California (the "**Property**");

    2.2  The Existing Premises consist of 24,158 rentable square feet. The Lease for the Existing Premises is scheduled to expire on its terms on February 28, 2011.

    2.3  Tenant desires to extend the term of the Lease for an additional five years until February 28, 2016 and to expand the Premises by leasing additional adjacent space in the Building consisting of approximately 16,225 square feet, as more particularly described below, subject to a mutually acceptable final space plan and final measurement of the additional space as set forth below in this Amendment.

    2.4  Landlord and Tenant now desire to amend the Lease to reflect the extension of the lease term, to add the expansion space and to amend certain other provisions the Lease subject to the terms and conditions set forth below.

    2.5  Capitalized terms used in this Amendment and not otherwise defined shall have the same meanings set forth in the Lease.

3. **Amendments.** In consideration of the foregoing recitals and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Landlord and Tenant hereby agree as follows:

    3.1  **Recitals.**  The foregoing recitals are incorporated herein by this reference.

3.2 **Term**. The Expiration Date of the Lease is hereby extended by five (5) years and, therefore, the Expiration Date (as defined in Paragraph 1.3 of the Lease) shall be February 28, 2016, unless sooner terminated pursuant to the terms of the Lease.

3.3 **Base Rent for Existing Premises**. Base Rent for the Existing Premises shall continue to be paid in accordance with the terms of the Lease through February 28, 2011. Commencing March 1, 2011, the Base Rent for the Existing Premises shall be $22,950.10 per month (based on $0.95 per square foot of the Existing Premises per month) subject to annual increases as set forth below in Section 3.4.

3.4 **Cost of Living Increases Applicable to Existing Premises**. On March 1, 2012 (the "**Rental Adjustment Date**") and on each and every calendar anniversary of the Rental Adjustment Date thereafter during the remaining Term of the Lease, the Base Rent for the Existing Premises shall increase by a fixed three percent (3%) per annum. Tenant shall pay the new Base Rent for the Existing Premises each month from the applicable Rental Adjustment Date until the next Rental Adjustment Date.

3.5 **Expansion Space**. Effective as of the Expansion Space Commencement Date (as such term is defined below), the Tenant hereby leases from the Landlord and the Landlord hereby leases to Tenant the space at the Property identified as the shaded area on the attached Exhibit A and referred to on such Exhibit A as the "Everest College Proposed Expansion Area" (the "**Expansion Space**"). The Expansion Space is adjacent to the Tenant's existing Premises. The Expansion Space consists of approximately 16,225 rentable square feet. Landlord and Tenant agree that the rentable square footage shall be finally determined upon measurement by the Architect (as such term is defined in the Work Letter Agreement) and pursuant to the final space plan approved by Landlord and Tenant which measurement shall be completed no later than sixty (60) days following the completion of the Landlord's Work. All amounts set forth in the Lease and calculated based upon square footage, such as Base Rent, Lessee's Share and the Tenant Improvement Allowance shall be adjusted accordingly based upon such final determination. The lease of the Expansion Space by Tenant shall be subject to the following terms and conditions:

(a) Delivery; Condition: The Landlord agrees to deliver vacant possession of the Expansion Space to Tenant within three (3) business days following the mutual execution and delivery of this Amendment. Tenant shall accept the Expansion Space from Landlord in its current "as-is, where-is, with all faults" condition; provided, however, that the Tenant agrees that following delivery of the Expansion Space to Tenant, the Tenant shall provide non-exclusive access to the Expansion Space to Landlord so that Landlord may complete the Landlord's Work as set described in Work Letter Agreement attached hereto as Exhibit B (the "**Work Letter Agreement**"). Except as may be expressly set forth on the Work Letter Agreement, the Landlord shall have no obligation to pay for or perform any repair or

improvement to the Expansion Space whatsoever. Upon delivery of the Expansion Space, Tenant shall have unrestricted access to the Expansion Space for the purpose of performing the Tenant Improvements and operating Tenant's business. Tenant acknowledges and agrees that delivery of the Expansion Space to Tenant shall occur prior to the completion of the Landlord's Work and that Landlord shall require access to the Expansion Space to complete the Landlord's Work.

(b) <u>Tenant Improvements</u>: As used herein the term "Tenant Improvements" shall mean all tenant improvements installed or to be installed by Landlord or Tenant within the Expansion Space to prepare the Expansion Space for occupancy pursuant to the terms of the Work Letter Agreement.

(c) <u>Tenant Improvement Allowance</u>: As used herein the term "Tenant Improvements" shall mean Four Hundred Ten Thousand Dollars ($410.000.00) (based on $25.27 per square foot of the Expansion Space), to be applied as provided in the Work Letter Agreement.

(d) <u>Term of Lease for Expansion Space</u>: The term of the Lease for the Expansion Space shall commence on the date the Landlord delivers possession of the Expansion Space to Tenant (the "Expansion Space Commencement Date") and expire co-terminously with the Lease for the Existing Premises on February 28, 2016.

(e) <u>Base Rent for Expansion Space</u>: Base Rent for the Expansion Space shall commence on December 1, 2009, in the amount of $18,658.75 per month (based on $1.15 per square foot of the Expansion Space per month) subject to annual increases as set forth below in Section 3.5(f).

(f) <u>Cost of Living Increases Applicable to Expansion Space</u>. On December 1, 2010 (the "**Expansion Space Rental Adjustment Date**") and on each and every calendar anniversary of the Expansion Space Rental Adjustment Date thereafter during the remaining Term of the Lease, the Base Rent for the Expansion Space shall increase by a fixed three percent (3%) per annum. Tenant shall pay the new Base Rent for the Existing Premises each month from the applicable Rental Adjustment Date until the next Rental Adjustment Date.

(g) <u>Additional Parking for Expansion Space</u>: In addition to the parking spaces currently provided for in the Lease (as set forth in Paragraph 50 of the Addendum to Lease), so long as Tenant occupies the Expansion Space, the Tenant shall have the non-exclusive an additional 132 unreserved, unspecified parking spaces in the Parking Area. In addition, Landlord shall mark an additional three (3) reserved parking spaces for use by Tenant to be located adjacent to the Tenant's existing Reserved Spaces (as defined in Paragraph 50 of the Addendum to Lease dated November 25, 2002). The use of all of the additional parking

3

spaces described herein shall be governed by the terms of the Lease (including, without limitation, Paragraph 50 of the Addendum).

    3.6    **Lessee's Share of Common Area Expenses**. Due to the addition of the Expansion Space, effective as of the Effective Date, the Lessee's Share of Common Area Expenses shall increase from 25.52% to 42.66%.

    3.7    **Broker's Commission**. Landlord shall have no obligation for payment of commissions or fees to any real estate broker, finder or intermediary in connection with the leasing of the Expansion Space and this Amendment. Tenant represents that it has not had any dealings with any real estate broker, finder or intermediary with respect to this Lease, other than Jones Lang LaSalle, whose commission, if any, shall be payable by Tenant. Subject to the foregoing, each party hereto shall indemnify and hold harmless the other party hereto from and against any and all losses, damages, liabilities, losses, costs and expenses (including, but not limited to, reasonable attorneys' fees and related costs) resulting from any claims that may be asserted against such other party by any real estate broker, finder or intermediary arising from any act of the indemnifying party in connection with this Amendment.

    3.8    **Holdover**. In the event that the Tenant holds over, the Base Rent shall be increased by 125% instead of the 150% currently provided for in paragraph 26 of the Lease.

4.    **Miscellaneous.**

    4.1    <u>Entire Agreement</u>. This Amendment, together with the Lease, constitutes the entire agreement between the parties with respect to the subject matter hereof, and supersedes all prior and contemporaneous communications, agreements and understandings of any kind, whether written or oral, with respect thereto. Any conflict between the terms of this Amendment and the terms of the Lease shall be resolved in the favor of this Amendment. Except as expressly amended hereby, the Lease is hereby ratified and shall remain unchanged and in full force and effect.

    4.2    <u>Successors and Assigns</u>. The provisions of this Amendment shall be binding upon and inure to the benefit of the parties hereto, and to all their respective officers, directors, partners, principals, employees, representatives, agents, successors and assigns.

    4.3    <u>California Law</u>. This Amendment shall be governed by and construed in accordance with California law.

    4.4    <u>Counterparts</u>. This Amendment may be executed in two or more counterparts, each of which shall be deemed an original, all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the parties have executed this Amendment as of the date first set forth above.

**LANDLORD**

SHACO, INC.,
a California corporation

By: _____/s/_____
Peter Ahn, President

**TENANT**

CORINTHIAN COLLEGES, INC.
a Delaware corporation

By: _____/s/_____

Its: *Executive VP*

Printed
Name: *Beth Wilson*


By: _____

Its: _____

Printed
Name: _____

EXHIBIT "A" TO AMENDMENT TO LEASE
DESCRIPTION OF EXPANSION SPACE



**EXHIBIT "B" TO AMENDMENT TO LEASE**
**WORK LETTER AGREEMENT**

In connection with the Amendment to which this Work Letter Agreement is attached and in consideration of the mutual covenants hereinafter contained, Landlord and Tenant agree as follows:

1. Landlord's Work.

    (a) Tenant shall accept the Expansion Space from Landlord in its current "as-is, where-is, with all faults" condition except that Landlord hereby agrees to (a) remove all computer equipment in showroom space and some furniture/items from previous tenant and (b) construct, at Landlord's sole cost and expense, a demising wall (one hour rated) to separate the Expansion Space from the vacant space adjacent to the Expansion Space (the "Landlord's Work"). The Landlord shall use commercially reasonable efforts to substantially complete the Landlord's Work within thirty (30) days following the date the Landlord receives all permits and approvals needed to perform the Landlord's Work. Landlord hereby agrees that in the event that the Landlord fails to substantially complete the Landlord's Work by October 1, 2009 (other than as a result of force majeure or delays caused by Tenant), then in such event the Tenant shall receive an abatement of Base Rent and Additional Rent equal to two (2) days for each such day of delay until the Landlord's Work is substantially completed. Except as may be expressly set forth in this Work Letter Agreement, the Landlord shall have no obligation to pay for or perform any repair or improvement to the Expansion Space whatsoever.

2. Tenant's Work.

    (a) The Landlord agrees to deliver the Expansion Space to Tenant so long as Tenant has first delivered to Landlord all of the following:

        (i) an original of this Amendment executed by Tenant; and

        (ii) certificates of insurance for Tenant's Insurance properly naming the Landlord as additional insured, as provided under Article 8 of the Lease, covering both the Existing Premises and the Expansion Space.

    (b) Tenant and its space planner ("Space Planner") shall prepare space plans for improvements to the Expansion Space (the "Tenant Improvements"). Tenant shall submit such space plans to Landlord for its review, and Landlord shall approve or disapprove the space plans within five (5) business days after receipt thereof. Landlord's approval shall not be unreasonably withheld, delayed or conditioned. If Landlord should fail to approve or disapprove the space plans within such five day period, then Landlord shall be deemed to have approved the space plans.

    (c) Based on the approved space plans of the Expansion Space, an Architect selected by Tenant and reasonably approved by Landlord ("Architect") shall prepare final working drawings ("Working Drawings") for the Tenant Improvements. Tenant shall submit such Working Drawings to Landlord for its review, and Landlord shall approve or disapprove the

1

Working Drawings within seven (7) business days after receipt thereof. Landlord's approval shall not be unreasonably withheld, delayed or conditioned. If Landlord should fail to approve or disapprove the Working Drawings within such seven day period, then Landlord shall be deemed to have approved the Working Drawings.

3.      Landlord shall provide a Tenant Improvement Allowance in the amount of $410,000.00 (the "Tenant Improvement Allowance") to be applied towards the cost to complete the Tenant Improvements (the "Cost"), which shall include the construction of the tenant improvements to the Expansion Space, architectural services and construction management. Landlord may have its own construction management service, which shall be paid for by the Landlord and shall not be part of the Tenant Improvement Allowance. The Tenant Improvement Allowance, shall be paid to or for the benefit or account of Tenant periodically as work progresses within 7 days of receipt of Tenant's written request; provided, however, Landlord shall not be required to disburse more than twice during any month and shall not be required to make more than ten (10) disbursements of the Tenant Improvement Allowance in total. With each application for payment, the Tenant shall submit receipted invoices or invoices with check vouchers attached and any other evidence reasonably required by the Landlord to substantiate the amount set forth in the application for payment. At the time of submission of each application for payment, the Tenant shall deliver to the Landlord the following Mechanic's Lien Releases: (1) a conditional waiver and release upon progress payment or a conditional waiver and release upon final payment, as appropriate (conditioned only upon receipt of payment), executed by the contractor and each subcontractor and material supplier intended to be paid out of the particular application for payment and covering all labor, services, equipment and material performed or supplied by the contractor and the particular subcontractor or material supplier since the last previous payment and (2) an unconditional waiver and release for any and all work covering all labor, services, equipment and material performed or supplied by the contractor and the particular subcontractor or material supplier which was covered for by the prior month's progress payment. Landlord shall holdback ten percent (10%) of the Tenant Improvement Allowance as a final payment, constituting the entire unpaid balance, which shall be paid by the Landlord to the Tenant within thirty (30) days after the later of (i) Landlord's receipt of a copy of temporary certificate of occupancy for the Expansion Space and (ii) the expiration of the statutory period for all mechanics' liens to be filed has expired (provided, however, that final payment shall not release the Tenant's responsibility to correct nonconforming work discovered by Landlord after final payment and to satisfy other requirements, if any, which necessarily survive final payment). Concurrently with the final payment, the Tenant shall deliver to the Landlord full and complete lien releases executed by the contractor and each subcontractor and material supplier intended to be paid out of the particular payment and covering all labor, services, equipment and material performed or supplied by the contractor and the particular subcontractor or material supplier for the Tenant Improvements. In the event that Tenant does not use all of the Tenant Improvement Allowance, then the unused portion of the Tenant Improvement Allowance shall be amortized on a straight line basis over the remaining months of the Term of the Lease and such amortized amount shall be applied as a monthly credit toward Tenant's obligation to pay Base Rent.

4.  Tenant shall have the right to have the construction contracts for the architect, the engineer, the general contractor and subcontractors put out to competitive bids with reputable contractors licensed by the State of California and reasonably acceptable to Landlord and Tenant, prior to the start of any construction or architectural work.

5.  The following process shall be implemented for the construction of the Tenant Improvements:

   (a)  The criterion for choice on all contractors, sub contractors and main engineers shall be the lowest bid, unless Tenant reasonably selects a contractor, sub-contractor or main engineer who has not submitted the lowest bid, which selection by Tenant shall only be effective if approved by Landlord, such approval not to be unreasonably withheld. Landlord shall be deemed to have approved such selection unless Landlord specifically disapproves such selection within 3 business days of Landlord's receipt of a request from Tenant for Landlord's approval of Tenant's selection of a contractor, sub-contractor or main engineer that did not submit the lowest bid along with an explanation by Tenant for such selection. Landlord's approval shall not be unreasonably withheld or delayed and any disapproval shall contain a specific reason or reasons for such disapproval. Tenant shall provide Landlord copies of all bids prior to Tenant's acceptance of any bid. Landlord shall be permitted to provide a reasonable level of oversight (at its sole cost) to ensure code compliance, structural integrity of improvements and impact on other lessees in the Building.

   (b)  Tenant shall provide and pay for, at Tenant's sole cost and expense, connections for all utilities during the construction of the Tenant Improvements.

   (c)  Tenant or its contractors shall be allowed to place a forty (40) cubic-yard dumpster in an area adjacent to the Expansion Space during construction.

   (d)  There shall be no charge for after-hours contractor or subcontractor access.

   (e)  If reinforcing of the floor is required, Tenant shall have the right, at its sole cost and expense, to reinforce the floor in any areas specified by Tenant's structural engineer as specified and designed by Tenant's structural engineer.

   (f)  No construction management or coordination fee shall be payable to Landlord.

   (g)  All work shall be performed in accordance with Applicable Requirements, and shall be in a good and workmanlike manner, free and clear of mechanic's liens. Notwithstanding anything to the contrary contained in the Lease, Tenant shall be solely responsible for and complete, at Tenant's sole cost and expense, any ADA compliance work whether inside or outside the Expansion Space caused by or required due to a change of use of the Expansion Space from retail to any other use or by any alterations or Utility Installations by Tenant or caused by or due to the design or construction of Tenant Improvements; provided, however, that Landlord shall remain responsible for and complete, at Landlord's sole cost and expense, any ADA compliance work applicable to the Property (other than the interior or exterior of the Existing Premises or the Expansion Space) to the extent such ADA compliance work

3

would have been required had the Expansion Space been improved by Tenant as typical retail space.

(h)   Sixty (60) days following the Tenant's commencing business operations within the Expansion Space, Tenant shall conclusively be deemed to represent and warrant and agrees that: (i) it has thoroughly familiarized itself with all aspects of the Expansion Space and that it meets its needs; (ii) it has accepted the Expansion Space in its "as–is, where is" and "all faults" condition and that the Landlord's Work has been completed pursuant to the terms and conditions of this Amendment; and (iii) the Expansion Space, the Existing Premises, the buildings comprising the Property, the common areas, the parking areas and the Property are complete and are in good, sanitary and satisfactory condition.

6.   After approval of the Working Drawings, Tenant shall diligently commence and prosecute to completion the Tenant Improvements.

7.   Tenant acknowledges and agrees that Tenant at its sole cost shall be responsible for obtaining, delivering and installing in the Expansion Space all necessary and desired furniture, telephone equipment, computer cabling, telephone cabling, telephone service, business equipment, art work and other similar items, and that Landlord shall have no responsibility whatsoever with regard thereto.

8.   In connection with the Tenant Improvement work, Tenant must provide all insurance and documentation required from Tenant by the Lease.

9.   No mechanic's or materialmen's liens are permitted at any time and shall be discharged, by Tenant, by release or statutory bond within 30 days of the date of recording. Tenant shall provide Landlord with at least 10 days advance notice before commencement of construction so the Expansion Space can be posted with Landlord's notices of non-responsibility.

_____  
Tenant's Initials

_____  
Landlord's Initials