# EXHIBIT D

## AMENDMENT TO LEASE

THIS AMENDMENT TO LEASE ("Amendment") is dated effective as of August 1, 2014, by and between SHACO, INC. ("Landlord") and CORINTHIAN COLLEGES, INC. ("Tenant").

WHEREAS, Landlord and Tenant are parties to that certain lease dated November 25, 2002, as subsequently amended (the "Lease") for the premises located at 217 Club Center Drive, Suite A, San Bernardino, CA 92408 (the "Premises"); and

WHEREAS, Landlord and Tenant have now agreed to modify the Lease as provided herein.

NOW THEREFORE, for valuable consideration, the parties hereby agree as follows:

1. **Rent.** Thirty percent (30%) of the Base Rent for the Premises for the period from August 1, 2014 through January 31, 2015 shall be abated (the "Abatement Period"). During the Abatement Period, the Base Rent shall be $32,374.29 per month. The Base Rent for the Premises for the period from February 1, 2015 through April 30, 2015 shall be increased by $27,749.38 per month such that (a) the Base Rent from February 1, 2015 through February 28, 2015 shall be $73,998.36 per month, and (b) the Base Rent from March 1, 2015 through April 30, 2015 shall be $75,380.43 per month. The Base Rent for the remainder of the term on and after May 1, 2015 shall be as set forth in the Lease. Tenant shall continue to pay its share of Common Area Expenses as and when provided in the Lease. Notwithstanding the foregoing, the sale of Tenant's business located on the Premises shall terminate this Amendment and all terms prior to this Amendment shall be reinstated.

2. **Brokers.** Except for Hilco Real Estate LLC, who shall be paid a commission by Tenant pursuant to a separate written agreement, the parties warrant to each other that they have had no dealings with any real estate person, firm, broker, or agent, in connection with this Amendment.

3. **Miscellaneous.** Defined terms used herein shall have the same meanings as in the Lease unless otherwise specified. This Amendment shall be binding upon, and shall inure to the benefit of, the parties and their respective successors and permitted assigns. Any facsimile, PDF, or other copy or reproduction of an original of this Amendment shall be as fully effective and binding as the original. This Amendment may be executed in counterparts. Once executed, this Amendment merges with and becomes part of the Lease.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the date first written above.

LANDLORD:

SHACO, INC.

By: _____
Name: Peter Ahn
Title: President
8/27/14

TENANT:

CORINTHIAN COLLEGES, INC.

By: _____
Name: Paul T. Dimeo
Title: VP - Real Estate

{10434340.2}

1