# EXHIBIT E

**WESTERN CONSOLIDATED**
**INVESTMENTS & MANAGEMENT, INC.**
350 S. GRAND AVENUE, SUITE 2250
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 626-5555
FAX: (213) 680-3535

March 24, 2015

Mr. Allyn Fisher, Project Mgr. – Real Estate    Via: Facsimile # 714-427-5117
Corinthian Colleges, Inc.
6 Hutton Centre Drive
Santa Ana, CA 92707

**Re: Corinthian Colleges, Inc. – 217 E. Club Center Dr., San Bernardino, CA**
     **CAM Charges Reconciliation for 2014**

Dear Mr. Fisher:

Attached is the 2014 annual reconciliation of the CAM charges for the above location. It shows a balance due to Shaco in the amount of $1,475.65, which is due now. Please review this invoice and upon your approval please process a payment to us.

We are doing our best to lower costs and hoping that at the end of the year it will not increase. With the hope and anticipation of staying under the same budget as for 2014 we are leaving the monthly payments at the current amount.

Should you have any question, please call me at (213) 626 5555.

Sincerely,

*Mark Vapnik /mg*
Mark Vapnik

Encl.

**Corinthian Colleges**
**Common Area Expenses**
**Jan. through Dec., 2014**

## INVOICE

**Parking Area:**

| | | |
|---|---|---|
| Electricity | $ 8,305.47 | |
| Water | $ 5,473.22 | |
| Landscaping & Sweeping | $ 16,735.41 | $ 30,514.10 |

**Common Area:**

| | | |
|---|---|---|
| Insurance | $ 5,419.31 | |
| Real Estate Taxes | $ 75,391.64 | |
| Fire Alarm | $ 15,490.31 | |
| Professional Services | $ 2,200.00 | |
| Repairs | $ 15,641.21 | $114,142.47 |

| | |
|---|---|
| **Total Cost** | $144,656.57 |
| Corinthian's Prorata % share (42.66%) | 42.66% |
| **Sub-Total – Corinthian Prorata Share** | $ 61,710.49 |
| Management Fee | $ 15,600.00 |
| Subtotal: | $ 77,310.49 |
| Less CAM paid by Corinthian in 2014 | $(75,834.84) |
| Total CAM charges due in 2014 | $ 1,475.65 |
| Total CAM charges due | $ 1,475.65 |

11:52 AM
03/25/15
Accrual Basis

**SHACO, INC.**
**Transaction Detail By Account**
January through December 2014

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Wickes Operating Expenses** | | | | | | | | | | | |
| **Alarm** | | | | | | | | | | | |
| Check | 1/15/2014 | 12170 | | Home Tech | Acct#'s K67... | | | Preferred Ba... | 80.00 | | 80.00 |
| Check | 1/31/2014 | Online | | AT & T | 909 825-139... | | | Preferred Ba... | 80.30 | | 160.30 |
| Check | 2/3/2014 | 12194 | | Hedrick Fire Prote... | Inv#39126 | | | Preferred Ba... | 375.00 | | 535.30 |
| Check | 2/4/2014 | 12197 | | Hedrick Fire Prote... | Inv#39139 (... | | | Preferred Ba... | 1,275.00 | | 1,810.30 |
| Check | 2/14/2014 | 12209 | | Home Tech | Acct#'s K67... | | | Preferred Ba... | 80.00 | | 1,890.30 |
| Check | 2/14/2014 | 12212 | | Hedrick Fire Prote... | Inv#39139 (f... | | | Preferred Ba... | 1,275.00 | | 3,165.30 |
| Check | 2/28/2014 | Online | | AT & T | 909 825-139... | | | Preferred Ba... | 80.11 | | 3,245.41 |
| Check | 3/3/2014 | 12230 | | AT & T | VOID: 809 8... | | X | Preferred Ba... | 0.00 | | 3,245.41 |
| Check | 3/14/2014 | 12246 | | Hedrick Fire Prote... | Inv#39144 | | | Preferred Ba... | 900.00 | | 4,145.41 |
| Check | 3/20/2014 | Online | | AT & T | 909 825-139... | | | Preferred Ba... | 204.12 | | 4,349.53 |
| Check | 4/29/2014 | Online | | AT & T | 909 825-139... | | | Preferred Ba... | 25.78 | | 4,375.31 |
| Check | 7/16/2014 | 12394 | | Hedrick Fire Prote... | Inv#'s 45830... | | | Preferred Ba... | 2,640.00 | | 7,015.31 |
| Check | 8/1/2014 | 12406 | | Hedrick Fire Prote... | Customer#7... | | | Preferred Ba... | 90.00 | | 7,105.31 |
| Check | 8/20/2014 | 12432 | | Hedrick Fire Prote... | Inv#91514R... | | | Preferred Ba... | 710.00 | | 7,815.31 |
| Check | 9/2/2014 | 12445 | | Hedrick Fire Prote... | Acct#72087... | | | Preferred Ba... | 45.00 | | 7,860.31 |
| Check | 9/23/2014 | 12479 | | Hedrick Fire Prote... | Inv#SH9101... | | | Preferred Ba... | 3,650.00 | | 11,510.31 |
| Check | 9/25/2014 | 12480 | | Hedrick Fire Prote... | Inv#SH9101... | | | Preferred Ba... | 250.00 | | 11,760.31 |
| Check | 9/25/2014 | 12481 | | Hedrick Fire Prote... | Inv#91514R... | | | Preferred Ba... | 2,840.00 | | 14,600.31 |
| Check | 10/16/2014 | 12506 | | Hedrick Fire Prote... | Inv#338855... | | | Preferred Ba... | 45.00 | | 14,645.31 |
| Check | 11/3/2014 | 12520 | | Hedrick Fire Prote... | A/C#720878... | | | Preferred Ba... | 45.00 | | 14,690.31 |
| Check | 11/24/2014 | 12545 | | Hedrick Fire Prote... | A/C#720878... | | | Preferred Ba... | 45.00 | | 14,735.31 |
| Check | 11/28/2014 | 12552 | | Hedrick Fire Prote... | Inv#91514R... | | | Preferred Ba... | 710.00 | | 15,445.31 |
| Check | 12/22/2014 | 12581 | | Hedrick Fire Prote... | A/C#720878... | | | Preferred Ba... | 45.00 | | 15,490.31 |
| **Total Alarm** | | | | | | | | | 15,490.31 | 0.00 | 15,490.31 |
| **Professional Fees** | | | | | | | | | | | |
| Check | 4/30/2014 | 12301 | | Paul R. Rosenbaum | Dubiel v Sha... | | | Preferred Ba... | 2,200.00 | | 2,200.00 |
| **Total Professional Fees** | | | | | | | | | 2,200.00 | 0.00 | 2,200.00 |
| **Taxes** | | | | | | | | | | | |
| Check | 4/1/2014 | 12276 | | SBC Tax Collector | 0164-321-71... | | | Preferred Ba... | 37,382.69 | | 37,382.69 |
| Check | 11/3/2014 | 12530 | | SBC Tax Collector | Parcel#0164... | | | Preferred Ba... | 1,304.23 | | 38,686.92 |
| Check | 11/3/2014 | 12531 | | SBC Tax Collector | Parcel#0164... | | | Preferred Ba... | 36,704.72 | | 75,391.64 |
| **Total Taxes** | | | | | | | | | 75,391.64 | 0.00 | 75,391.64 |
| **Repairs** | | | | | | | | | | | |
| Paycheck | 2/21/2014 | 12217 | | Garcia (electricica... | | | | Preferred Ba... | 1,042.50 | | 1,042.50 |
| Paycheck | 2/21/2014 | 12217 | | Garcia (electricica... | | | | Preferred Ba... | | 161.89 | 880.61 |
| Paycheck | 3/7/2014 | 12238 | | Garcia (electricica... | | | | Preferred Ba... | 1,125.00 | | 2,005.61 |
| Check | 3/19/2014 | 12251 | | Roofing USA | | | | Preferred Ba... | 1,200.00 | | 3,205.61 |
| Paycheck | 3/21/2014 | 12253 | | Garcia (electricica... | | | | Preferred Ba... | 795.00 | | 4,000.61 |
| Paycheck | 3/21/2014 | 12253 | | Garcia (electricica... | | | | Preferred Ba... | | 207.06 | 3,793.55 |
| Check | 3/21/2014 | 12255 | | American Express | Acct ending ... | | | Preferred Ba... | 2,575.44 | | 6,368.99 |
| Paycheck | 4/4/2014 | 12274 | | Garcia (electricica... | painting of c... | | | Preferred Ba... | 840.00 | | 7,208.99 |
| Paycheck | 4/18/2014 | 12289 | | Garcia (electricica... | | | | Preferred Ba... | 382.50 | | 7,591.49 |
| Check | 5/9/2014 | 12329 | | American Express | Acct ending ... | | | Preferred Ba... | 1,387.77 | | 8,979.26 |
| Check | 5/9/2014 | 12332 | | Jay Yang | SBR's project | | | Preferred Ba... | 1,500.00 | | 10,479.26 |
| Check | 6/16/2014 | 12360 | | American Express | Account end... | | | Preferred Ba... | 1,260.00 | | 11,739.26 |
| Check | 8/21/2014 | Online | | American Express | Account end... | | | Preferred Ba... | 1,210.00 | | 12,949.26 |
| Check | 9/2/2014 | 12456 | | Basic Backflow | Inv#94011 | | | Preferred Ba... | 137.79 | | 13,087.05 |
| Check | 11/13/2014 | 12556 | | American Express | Account end... | | | Preferred Ba... | 1,702.81 | | 14,789.86 |
| Check | 12/1/2014 | 12561 | | Basic Backflow | 2 test & certi... | | | Preferred Ba... | 70.00 | | 14,859.86 |
| Check | 12/19/2014 | Online | | American Express | Account end... | | | Preferred Ba... | 781.35 | | 15,641.21 |
| **Total Repairs** | | | | | | | | | 16,010.16 | 368.95 | 15,641.21 |
| **Electricity** | | | | | | | | | | | |
| Check | 1/21/2014 | 12176 | | S.C.E. | 2-03-744-31... | | | Preferred Ba... | 623.19 | | 623.19 |
| Check | 2/21/2014 | 12219 | | S.C.E. | 2-03-744-31... | | | Preferred Ba... | 520.64 | | 1,143.83 |
| Check | 3/27/2014 | 12257 | | S.C.E. | 2-03-744-31... | | | Preferred Ba... | 621.07 | | 1,764.90 |
| Check | 4/25/2014 | 12292 | | S.C.E. | 2-03-744-31... | | | Preferred Ba... | 672.19 | | 2,437.09 |
| Check | 5/16/2014 | 12338 | | S.C.E. | 2-03-7443181 | | | Preferred Ba... | 619.11 | | 3,056.20 |
| Check | 6/20/2014 | 12365 | | S.C.E. | 2-03-744-31... | | | Preferred Ba... | 668.13 | | 3,724.33 |
| Check | 7/21/2014 | 12396 | | S.C.E. | 2-03-744-31... | | | Preferred Ba... | 812.00 | | 4,536.33 |
| Check | 8/27/2014 | Online | | S.C.E. | 2-03-744-31... | | | Preferred Ba... | 779.08 | | 5,315.41 |
| Check | 9/29/2014 | Online | | S.C.E. | 2-03744-3181 | | | Preferred Ba... | 785.88 | | 6,101.29 |
| Check | 10/27/2014 | Online | | S.C.E. | 2-03-744-31... | | | Preferred Ba... | 759.42 | | 6,860.71 |
| Check | 11/25/2014 | Online | | S.C.E. | 2-03-744-31... | | | Preferred Ba... | 698.77 | | 7,559.48 |
| Check | 12/29/2014 | Online | | S.C.E. | 2-03-744-31... | | | Preferred Ba... | 745.99 | | 8,305.47 |
| **Total Electricity** | | | | | | | | | 8,305.47 | 0.00 | 8,305.47 |
| **Water** | | | | | | | | | | | |
| Check | 1/21/2014 | 12177 | | City of S.B. - Wate... | Acct#'s1386... | | | Preferred Ba... | 352.71 | | 352.71 |
| Check | 2/21/2014 | 12220 | | City of S.B. - Wate... | A/C#'s13869... | | | Preferred Ba... | 412.69 | | 765.40 |
| Check | 3/31/2014 | 12262 | | City of S.B. - Wate... | A/C#'s13869... | | | Preferred Ba... | 373.09 | | 1,138.49 |
| Check | 4/25/2014 | 12293 | | City of S.B. - Wate... | A/C#'s13671... | | | Preferred Ba... | 338.51 | | 1,477.00 |
| Check | 5/16/2014 | 12337 | | City of S.B. - Wate... | Acct#'s1386... | | | Preferred Ba... | 390.88 | | 1,867.88 |
| Check | 6/20/2014 | 12364 | | City of S.B. - Wate... | A/C#'s13869... | | | Preferred Ba... | 520.58 | | 2,388.46 |
| Check | 7/21/2014 | 12398 | | City of S.B. - Wate... | A/C#'s 1386... | | | Preferred Ba... | 900.23 | | 3,288.69 |
| Check | 8/27/2014 | 12433 | | City of S.B. - Wate... | A/C#'s13869... | | | Preferred Ba... | 507.92 | | 3,796.61 |
| Check | 9/22/2014 | 12478 | | City of S.B. - Wate... | A/C#'s 1386... | | | Preferred Ba... | 482.82 | | 4,279.43 |
| Check | 10/27/2014 | 12514 | | City of S.B. - Wate... | A/C#'s 1386... | | | Preferred Ba... | 390.39 | | 4,669.82 |
| Check | 11/24/2014 | 12551 | | City of S.B. - Wate... | A/C#'s 1386... | | | Preferred Ba... | 451.18 | | 5,121.00 |
| Check | 12/22/2014 | 12579 | | City of S.B. - Wate... | A/C#'s13869... | | | Preferred Ba... | 352.22 | | 5,473.22 |
| **Total Water** | | | | | | | | | 5,473.22 | 0.00 | 5,473.22 |
| **Landscape** | | | | | | | | | | | |
| Check | 1/15/2014 | 12172 | | Frey Landscapes,I... | Inv#4176 | | | Preferred Ba... | 1,325.41 | | 1,325.41 |
| Check | 2/14/2014 | 12207 | | Frey Landscapes,I... | Inv#4190 | | | Preferred Ba... | 1,725.00 | | 3,050.41 |

Page 1

11:52 AM
03/25/15
Accrual Basis

## SHACO, INC.
## Transaction Detail By Account
### January through December 2014

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check | 3/14/2014 | 12245 | | Frey Landscapes,I... | Inv#4203 | | | Preferred Ba... | 3,637.00 | | 6,667.41 |
| Check | 4/16/2014 | 12286 | | Frey Landscapes,I... | Inv#4218 | | | Preferred Ba... | 997.00 | | 7,664.41 |
| Check | 5/16/2014 | 12325 | | Frey Landscapes,I... | Inv#4231 | | | Preferred Ba... | 1,272.00 | | 8,956.41 |
| Check | 6/13/2014 | 12357 | | Frey Landscapes,I... | Inv#4246 | | | Preferred Ba... | 1,013.00 | | 9,969.41 |
| Check | 7/16/2014 | 12388 | | Frey Landscapes,I... | Inv#4264 | | | Preferred Ba... | 1,003.00 | | 10,972.41 |
| Check | 7/16/2014 | 12389 | | Frey Landscapes,I... | Inv#4265 | | | Preferred Ba... | 825.00 | | 11,797.41 |
| Check | 8/18/2014 | 12427 | | Frey Landscapes,I... | Inv#4282 | | | Preferred Ba... | 992.00 | | 12,789.41 |
| Check | 9/16/2014 | 12466 | | Frey Landscapes,I... | Inv#4297 | | | Preferred Ba... | 998.00 | | 13,787.41 |
| Check | 10/16/2014 | 12507 | | Frey Landscapes,I... | Inv#4311 | | | Preferred Ba... | 975.00 | | 14,762.41 |
| Check | 11/17/2014 | 12540 | | Frey Landscapes,I... | Inv#4331 | | | Preferred Ba... | 975.00 | | 15,737.41 |
| Check | 12/16/2014 | 12575 | | Frey Landscapes,I... | Inv#4349 | | | Preferred Ba... | 998.00 | | 16,735.41 |
| Total Landscape | | | | | | | | | 16,735.41 | 0.00 | 16,735.41 |
| Insurance | | | | | | | | | | | |
| Check | 10/20/2014 | Auto... | | Farmers Insurance... | initial payment | | | Preferred Ba... | 2,036.00 | | 2,036.00 |
| Check | 11/17/2014 | Auto... | | Farmers Insurance... | | | | Preferred Ba... | 1,576.90 | | 3,612.90 |
| Check | 12/18/2014 | Auto... | | Farmers Insurance... | | | | Preferred Ba... | 1,806.41 | | 5,419.31 |
| Total Insurance | | | | | | | | | 5,419.31 | 0.00 | 5,419.31 |