IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] ) | |
| ) | Case No. 15-10952 (KJC) |
| Debtors. ) | Jointly Administered |
| ) | |

### REQUEST OF C.W. SWENSON, INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AGAINST HEALD COLLEGE, LLC

C.W. Swenson, Inc. ("Swenson"), by and through its undersigned counsel, hereby submits this claim ("Claim") for allowance and payment of its administrative expense claims against the above-captioned debtors ("Debtors") pursuant to sections 365(d)(3), and/or 503(b)(1)(A) and 507(a)(2) of title 11 of the United States Code ("Bankruptcy Code"). In support thereof, Swenson respectfully represents as follows:

1. On May 4, 2015, ("Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. Swenson, as landlord, is a party to an unexpired lease ("Lease") of non-residential real property of Debtor Heald College, LLC located at 1450 North Main Street, Salinas, California ("Premises"). The Lease was rejected effective May 16, 2015.

3. Pursuant to the Lease, the Debtors are required to make certain payments to Swenson arising out of the use, ownership or operation of the premises covered by the Lease (such as, among other things, all utility charges imposed on the Premises). The Debtors have not fully complied

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{05179817.DOC.}

with these payment obligations, and certain amounts remain due and owing for the period of time following the Petition Date through and including the effective date of rejection of the Lease. These itemized charges total $34,011.82.[2]

4.    Swenson believes that the amounts set forth herein constitute obligations of the Debtors under section 365(d)(3) of the Bankruptcy Code. The Debtors are required to immediately satisfy their post-petition, pre-rejection date obligations under the Lease pursuant to section 365(d)(3) of the Bankruptcy Code.

5.    Additionally, the Claim is entitled to allowance and payment as an administrative expense claim under sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code. Section 503(b) of the Bankruptcy Code provides in pertinent part that allowed administrative expense claims exist for "the actual, necessary costs and expenses of preserving the estate . . . ." 11 U.S.C. § 503(b)(1)(A). Section 507(a) of the Bankruptcy Code provides that administrative expense claims that are allowed under section 503(b) of the Bankruptcy Code have first priority. 11 U.S.C. §507(a)(2). The Claim is an administrative expense claim pursuant to sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code because it was incurred by the Debtors' estates and preserved the Debtors' estates. Upon information and belief, the Debtors benefited from the Lease during the period subsequent to the Petition Date and prior to the rejection date of the Lease, during which, among other things, the Debtors were able to store various leased equipment at the Premises, while not paying May rent to Swenson.

6.    Lastly, pursuant to the terms of the Lease, the Debtors are obligated to reimburse Swenson for the reasonable attorneys' fees and costs incurred by Swenson in connection with seeking the Debtors' compliance with the terms of the Lease. Accordingly, Swenson is entitled to

---

[2]    This amount is comprised of prorated rent from May 4, 2015 through and including May 16, 2015, at a monthly rate of $62,144.48, and a utility invoice (No. 299) billed on May 6, 2015 in the amount of $7,951.23.

payment by the Debtors of its attorneys' fees and costs incurred by Swenson in connection with the filing and prosecution of this Claim, and any other attorneys' fees and costs incurred post-petition and pre-rejection by Swenson to which Swenson may be entitled under the Lease.

7. As a result of the Debtors' failure to comply with their post-petition, pre-rejection date obligations under the Lease pursuant to section 365(d)(3) of the Bankruptcy Code, Swenson is entitled to allowance and payment of its claim in the amount of $34,011.82 as an administrative expense claim pursuant to sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code.

WHEREFORE, for all of the foregoing reasons, Swenson asserts an administrative expense claim pursuant to sections 365(d)(3), 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code in the amount of **$34,011.82**, plus attorneys' fees and costs, plus any additional amounts due under the Lease attributable to the post-petition, pre-rejection period, and specifically reserves its right to amend the amounts of the Claim to reflect reconciliations for any charges that relate to the post-petition, pre-rejection period, but that are billed in arrears.

Dated: July 20, 2015  
Wilmington, Delaware

CONNOLLY GALLAGHER LLP

*/s/ Kelly M. Conlan*

Karen C. Bifferato (#3279)  
Kelly M. Conlan (#4786)  
The Brandywine Building  
1000 North West Street, Suite 1400  
Wilmington, DE 19801  
Telephone: (302) 757-7300  
Facsimile: (302) 757-7299  
Email: kbifferato@connollygallagher.com  
Email: kconlan@connollygallagher.com

-and-

William A. Van Roo, Esq.  
13863 Quarterhorse Drive  
Grass Valley, CA 95949-7816  
Telephone: (530) 268-8498  
Facsimile: (800) 559-4118  
Email: vanroolaw@gmail.com  
*Attorneys for C.W. Swenson, Inc.*

{05179817.DOC.}                                                     3