## CERTIFICATE OF SERVICE

I, Kelly M. Conlan, hereby certify that on the 20th day of July 2015, I caused a true and correct copy of the foregoing to be served upon the persons on the attached list in the manner indicated.

Kelly M. Conlan (#4786)

**VIA FIRST CLASS MAIL**

Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 898
Dover, DE 19903

State of Delaware
820 N. French Street
Division of Revenue - 8th Floor
Wilmington, DE 19801-0820

Office of the U.S. Attorney
Attn: Charles M. Oberly, III
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Reg. Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

Division of Unemployment Ins.
Department Of Labor
4425 N. Market Street
Wilmington, DE 19802

Secretary of The Treasury
P.O. Box 7040
Dover, DE 19903

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the United States Trustee
Attn: Richard Schepacarter/Timothy Fox
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

The Industrial Commission of Arizona
Labor Department
Attn: Karen Axsom, Director
800 W. Washington St
Phoenix, AZ 85007

Hawaii State Department of Education
1390 Miller St.
Honolulu, HI 96813

NYC Department of Education
Tweed Courthouse
52 Chambers Street
New York, NY 10007

Office of Private Postsecondary Education
Oregon Higher Education Coordinating
Commission
775 Court Street NE
Salem, OR 97301

Office of the U.S. Attorney
District of Arizona
Attn: John S. Leonardo
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

Office of the U.S. Attorney
District of Hawaii
Attn: Florence T. Nakakuni
300 Ala Moana Blvd., #6-100
Honolulu, HI 96850

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

California Department of Justice
1300 I St., #1142
Sacramento, CA 95814-5901

Office of the U.S. Attorney
Southern District of New York
Attn: Preet Bharara
One Saints Andrew Plaza
New York, NY 10007

Office of the U.S. Attorney
Eastern District of New York
Attn: Kelly T. Currie
271 Cadman Plaza East
Brooklyn, NY 11201

Ashby & Geddes, P.A.
Attn: William Bowden/Ricardo Palacio
Attn: Leigh-Anne Raport
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Sarah E. Pierce
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Skadden, Arps, Slate, Meagher & Flom
Attn: Felicia Gerber Perlman
155 N. Wacker Drive
Chicago, IL 60606-1720

Wisconsin Department of Justice
Attn: Brad D. Schimel, AG
Attn: F. Mark Bromley, AAG
Post Office Box 7857
Madison, WI 53707-7857

Drinker Biddle & Reath LLP
Attn: Michael P. Pompeo
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714

Drinker Biddle & Reath LLP
Attn: H. John Michel, Jr.
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

Lampert 25500 Industrial Blvd., LLC
Attn: Roland Lampert
P.O. Box 712711
Cincinnati, OH 75271-2711

Palm Springs Mile Associates, Ltd
Attn: Phillip J. Eisenberg
c/o Phillips International
295 Madison Ave., 2nd Floor
New York, NY 10017

Sidley Austin LLP
Attn: Jennifer Hagle/Anna Gumport
555 West Fifth Street, #4000
Los Angeles, CA 90013

Jeffer Mangels Butler & Mitchell LLP
Attn: Barry Freeman/David Poitras
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Katten Muchin Rosenman LLP
Attn: Brian Huben/Dustin Branch
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Kelley Drye & Warren LLP
Attn: Robert L. LeHane
101 Park Avenue
New York, NY 10178

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Department of Labor
Attn: Thomas E. Perez, Secretary
200 Constitution Ave., NW
Washington, DC 20210

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

Polsinelli PC
Attn: Christopher Ward/Shanti Katona
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Robins Kaplan LLP
Attn: Scott Gautier/Lorie Ball
Attn: Cynthia Hernandez
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

Fairfield and Woods, P.C.
Attn: Caroline C. Fuller
1801 California Street, Suite 2600
Denver, CO 80202

Satterlee Stephens Burke & Burke LLP
Attn: Christopher Belmonte/Abigail Snow
230 Park Avenue, Suite 1130
New York, NY 10169

TX Comptroller of Public Accounts
Attn: Courtney J. Hull
Attn: John Mark Stern, AAG
Bankruptcy & Collections Div, MC 008
P.O. Box 12548
Austin, TX 78711-2548

Potter Anderson & Corroon LLP
Attn: Jeremy Ryan/Etta Myers
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951

BMC Group, Inc.
Attn: T. Feil
300 Continental Boulevard #570
El Segundo, CA 90245

U.S. Dept of Justice Civil Div
Attn: Lloyd Randolph
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Morrison & Foerster LLP
Attn: Lorenzo Marinuzzi/Erica Richards
250 West 55th Street
New York, NY 10019-9601

Bovitz & Spitzer
Attn: J. Scott Bovitz
1100 Wilshire Blvd., Suite 2403
Los Angeles, CA 90017

Oregon Department of Justice
Attn: Carolyn G. Wade
1162 Court Street NE
Salem, OR 97301-4096

Travis County
Attn: Kay D. Brock
P.O. Box 1748
Austin, TX 78767

Iron Mountain Information Management
Attn: Joseph Corrigan
One Federal Street
Boston, MA 02110

FrankGecker LLP
Attn: Joseph Frank/Reed Heiligman
325 North LaSalle Street
Suite 625
Chicago, IL 60654

Linebarger Goggan Blair & Sampson
Attn: David G. Aelvoet
711 Navarro Street, Ste 300
San Antonio, TX 78205

Equity One, Inc.
Attn: Legal Department
1600 Northeast Miami Gardens Drive
North Miami Beach, FL 33179

Watt Long Beach, LLC
Attn: James Maginn
2716 Ocean Park Blvd.
Santa Monica, CA 90405

Commonwealth of Massachusetts
Office of the Attorney General
Attn: Maura Healey,Peter Leight
Attn: Peter Leight AAG/Glenn Kaplan
One Ashburton Place, 18th Floor
Boston, MA 02108

Drinker Biddle & Reath LLP
Attn: Howard A. Cohen
222 Delaware Ave., Ste.1410
Wilmington, DE 19801-1621

Brown Rudnick LLP
Attn: H. Jeffrey Schwartz/Bennett
Silverberg
Seven Times Square
New York, NY 10036

The Rosner Law Group
Attn: Julia Klein/Frederick Rosner
824 Market Street, Suite 810
Wilmington, DE 19801

Linebarger Goggan Blair & Sampson
Attn: Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Commonwealth of Pennsylvania
Department of Labor & Industry
Collections Support Unit
Attn: Linda Mitten
651 Boas Street, Room 700
Harrisburg, PA 17121

Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
PO Box 475
Jefferson City, MO 65105-0475

Sheppard, Mullin, Richter & Hampton
Attn: Carren B. Shulman, Esq.
30 Rockefeller Plaza
New York, NY 10112

Ruder Ware, L.L.S.C.
Attn: Jeremy M. Welch
500 North First Street, Suite 8000
P.O. Box 8050
Wausau, WI 54402-8050

Perdue, Brandon, Fielder, Collins & Mott
Attn: Elizabeth Banda Calvo
500 E. Border Street, Suite 640
Arlington, TX 76010

CA Labor & Workforce Dev Agency
Attn: PAGA Administrator
455 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Dept of Labor & Industrial Relations
830 Punchbowl St #321
Honolulu, HI 96813

State of Oregon Osha Office
1230 NE 3rd St #115
Bend, OR 97701

California Department of Education
1430 N Street
Sacramento, CA 95814-5901

Pircher, Nichols & Meeks
Attn: Eugene J.M. Leone
900 N. Michigan Avenue
Suite 1000
Chicago, IL 60611

McCarter & English, LLP
Attn: Katharine L. Mayer
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Arapahoe County Treasurer
Attn: Robert Hill
5334 S. Prince Street
Littleton, CO 80166

New York State Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY 12240

Occupational Safety & Health
Administration
800 W. Washington Street, 2nd Floor
Phoenix, AZ 85007

Division of Safety & Health
One Hudson Square
75 Varick Street (7th Floor)
New York, NY 10013

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

Development Resources, Inc.
Attn: John Giannopoulos
333 North Des Plaines Street
Chicago, IL 60661

Kreis, Enderle, Hudgins & Borsos, PC
Attn: Thomas G. King
PO Box 4010
Kalamazoo, MI 49003-4010

GE Information Technology Solutions
f/d/b/a IKON Financial Services
Bankruptcy Administration
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

Bureau of Labor and Industries
800 NE Oregon St., Suite 1045
Portland, OR 97232

Cal/OSHA
1515 Clay Street, Suite 1901
Oakland, CA 94612

Occupational Safety & Health
830 Punchbowl St # 425
Honolulu, HI 96813

Morris James LLP
Attn: Carl Kunz III/Jeffrey Waxman
500 Delaware Ave, Suite 1500
Po Box 2306
Wilmington, DE 19801

Robaina & Kresin
Attn: Thomas Griffin
One East Camelback Road
Suite 710
Phoenix, AZ 85012

Richards, Layton & Finger, PA
Attn: Mark D. Collins/Michael Merchant
Attn: Marisa Terranova/Amanda Steele
One Rodney Square
920 North King Street
Wilmington, DE 19801