## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on July 15, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Order Shortening Notice and Objecting Periods Regarding the Debtors' Motion for an Order (I) Authorizing the Debtors to Sell Certain Assets Free and Clear of all Liens, Claims and Encumbrances and (II) Granting Certain Related Relief  [Docket No. 577]**

- **Notice of Hearing Regarding Debtors' Motion for an Order (I) Authorizing the Debtors to Sell Certain Assets Free and Clear of all Liens, Claims and Encumbrances and (II) Granting Certain Related Relief [Docket No. 579]**

Dated: July 16, 2015

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this _16_ day of _July_, 20_15_, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

**Corinthian Colleges, Inc. -  Service List to e-mail Recipients**                                        **Served 7/15/2015**

U.S. DEPARTMENT OF JUSTICE
JOHN KRESSE
JOHN.KRESSE@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
LLOYD RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

Parties Served:  2

# **EXHIBIT B**

NATIONWIDE OFFICE LIQUIDATORS, LLC
ADDRESS REDACTED

ARAPAHOE COUNTY TREASURER
ROBERT HILL
5334 S. PRINCE STREET
LITTLETON CO 80166

ASHBY & GEDDES, P.A.
W. BOWDEN/R. PALACIO
500 DELAWARE AVE., 8TH FL
P.O. BOX 1150
WILMINGTON DE 19899-1150

BMC GROUP, INC.
T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO CA 90245

BOVITZ & SPITZER
J. SCOTT BOVITZ
1100 WILSHIRE BLVD., S
SUITE 2403
LOS ANGELES CA 90017

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK NY 10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND OR 97232

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND CA 94612

CALIFORNIA DEPARTMENT OF EDUCATION
1430 N STREET
SACRAMENTO CA 95814-5901

CITY OF COLORADO SPRINGS SALES TAX
DEPARTMENT OF 2408
DENVER, CO 80256-0001

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN STREET
DENVER, CO 80261-0006

CORPORATE RIDGE OFFICE, LLC
C/O REAL CAPITAL SOLUTIONS, INC.
371 CENTENNIAL PARKWAY, SUITE 200
LOUISVILLE, CO 80027

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
FRANCHISE TAX DIVISION
DOVER DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU HI 96813

DEVELOPMENT RESOURCES, INC.
JOHN GIANNOPOULOS
333 NORTH DES PLAINES STREET
CHICAGO IL 60661

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK NY 10013

DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON DE 19802

DRINKER BIDDLE & REATH LLP
H. JOHN MICHEL, JR.
ONE LOGAN SQUARE
SUITE 2000
PHILADELPHIA PA 19103-6996

DRINKER BIDDLE & REATH LLP
HOWARD A. COHEN
222 DELAWARE AVE.
SUITE 1410
WILMINGTON DE 19801-1621

DRINKER BIDDLE & REATH LLP
MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK NY 10036-2714

EL PASO COUNTY
TREASURER
P.O. BOX 2018
COLORADO SPRINGS, CO 80901

EQUITY ONE, INC.
LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

FAIRFIELD AND WOODS, P.C.
CAROLINE C. FULLER
1801 CALIFORNIA STREET
SUITE 2600
DENVER CO 80202

FRANKGECKER LLP
JOSEPH FRANK/REED HEILIGMAN
325 NORTH LASALLE STREET
SUITE 625
CHICAGO IL 60654

GE INFORMATION TECH SOLUTIONS
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON GA 31208-3708

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU HI 96813

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAILSTOP 5-Q30.133
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICES
OGDEN, UT 84201-0039

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
JOSEPH CORRIGAN
ONE FEDERAL STREET
BOSTON MA 2110

JEFFER MANGELS BUTLER & MITCHELL LLP
BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS
7TH FLOOR
LOS ANGELES CA 90067

JUSTICE DEPARTMENT
1300 I ST., #1142
SACRAMENTO CA 95814-5901

KATTEN MUCHIN ROSENMAN LLP
BRIAN HUBEN/DUSTIN BRANCH
2029 CENTURY PARK EAST
SUITE 2600
LOS ANGELES CA 90067-3012

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK NY 10178

KREIS, ENDERLE, HUDGINS & BORSOS
THOMAS G. KING
PO BOX 4010
KALAMAZOO MI 49003

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI OH 75271-2711

LINEBARGER GOGGAN BLAIR & SAMPSON
DAVID G. AELVOET
711 NAVARRO STREET
SUITE 300
SAN ANTONIO TX 78205

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS TX 75207

LIQUID ASSET PARTNERS
ADDRESS REDACTED

MCCARTER & ENGLISH, LLP
KATHARINE L. MAYER
405 N. KING STREET
8TH FLOOR
WILMINGTON DE 19801

MISSOURI DEPT. OF REVENUE
STEVEN A. GINTHER
PO BOX 475
BANKRUPTCY UNIT
JEFFERSON CITY MO 65105-0475

MORRIS JAMES LLP
CARL N KUNZ/JEFFREY R. WAXMAN
PO BOX 2306
500 DELAWARE AVE, STE 1500
WILMINGTON DE 19801

MORRISON & FOERSTER LLP
LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK NY 10019-9601

NEW YORK STATE DEPARTMENT OF LABOR
BLDG. 12, W.A. HARRIMAN CAMPUS
ALBANY NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMIN.
800 W. WASHINGTON STREET
2ND FLOOR
PHOENIX AZ 85007

OFFICE OF PRIVATE POSTSECONDARY EDUCATIO
OR HIGHER ED. COORDINATING COMMISSION
775 COURT STREET NE
SALEM OR 97301

OFFICE OF THE ATTORNEY GENERAL
MAURA HEALEY/P. LEIGHT/G. KAPLAN
ONE ASHBURTON PLACE
18TH FLOOR
BOSTON MA 2108

OFFICE OF THE U.S. ATTORNEY
FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU HI 96850

OFFICE OF THE U.S. ATTORNEY
JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
KELLY T. CURRIE
271 CADMAN PLAZA EAST
BROOKLYN NY 11201

OFFICE OF THE U.S. ATTORNEY
PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK NY 10007

OFFICE OF THE U.S. TRUSTEE
R. SCHEPACARTER/T. FOX
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON DE 19801-3519

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM OR 97301-4096

OREGON DEPARTMENT OF JUSTICE
CAROLYN G. WADE
1162 COURT STREET NE
SALEM OR 97301-4096

PA - DEPT. OF LABOR & INDUSTRY
LINDA MITTEN, COLLECTIONS SUPPORT UNIT
651 BOAS STREET, ROOM 700
HARRISBURG PA 17121

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ELIZABETH BANDA CALVO
500 E. BORDER STREET
SUITE 640
ARLINGTON TX 76010

PHILLIPS INTERNATIONAL
PHILLIP J. EISENBERG
295 MADISON AVE., 2ND FLOOR
RE: PALM SPRINGS MILE ASSOCIATES, LTD
NEW YORK NY 10017

PIRCHER, NICHOLS & MEEKS
EUGENE J.M. LEONE
900 N. MICHIGAN AVENUE
SUITE 1000
CHICAGO IL 60611

POLSINELLI PC
CHRISTOPHER WARD/SHANTI KATONA
222 DELAWARE AVENUE, SUITE 1101
SUITE 1101
WILMINGTON DE 19801

POTTER ANDERSON & CORROON LLP
JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET ST., 6TH FL.
P.O. BOX 951
WILIMINGTON DE 19899-0951

ROBAINA & KRESIN
THOMAS GRIFFIN
ONE EAST CAMELBACK ROAD
SUITE 710
PHOENIX AZ 85012

ROBINS KAPLAN LLP
SCOTT GAUTIER/LORIE BALL
2049 CENTURY PARK EAST
SUITE 3400
LOS ANGELES CA 90067

RUDER WARE, L.L.S.C.
JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU WI 54402-8050

SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE/ABIGAIL SNOW
230 PARK AVENUE
SUITE 1130
NEW YORK NY 10169

**Corinthian Colleges, Inc. - Overnight Mail**

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER DE 19903

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC 20549

SECURITIES & EXCHANGE COMMISSION
GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY 10281-1022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CARREN B. SHULMAN
30 ROCKEFELLER PLAZA
NEW YORK NY 10112

SIDLEY AUSTIN LLP
JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES CA 90013

SIMON PROPERTY GROUP, INC.
RONALD M. TUCKER
225 WEST WASHINGTON STREET
INDIANAPOLIS IN 46204

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FELICIA GERBER PERLMAN
155 N. WACKER DRIVE
CHICAGO IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON DE 19899-0636

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON DE 19801-0820

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND OR 97701

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT/KAREN AXSOM
800 W. WASHINGTON ST
PHOENIX AZ 85007

THE ROSNER LAW GROUP
JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET
SUITE 810
WILMINGTON DE 19801

TN DEPT OF REVENUE
TN ATTY GENERAL'S OFFICE
PO BOX 20207
BANKRUPTCY DIVISION
NASHVILLE TN 37202-0207

TRAVIS COUNTY
KAY D. BROCK
P.O. BOX 1748
AUSTIN TX 78767

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEYHULL/JOHN MARK STERN
P.O. BOX 12548
BANKRUPTCY & COLLECTIONS DIVISION MC 008
AUSTIN TX 78711-2548

U.S. ATTORNEY'S OFFICE
CHARLES M. OBERLY, III
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON DE 19899-2046

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION/LLOYD H. RANDOLPH
1100 L STREET, NW
ROOM 10032
WASHINGTON DC 20005

UNITED STATES DEPARTMENT OF LABOR
THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON DC 20210

WATT LONG BEACH, LLC
JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA CA 90405

WISCONSIN DEPARTMENT OF JUSTICE
BRAD SCHIMEL/F. MARK BROMLEY
POST OFFICE BOX 7857
MADISON WI 53707-7857

ZENITH EDUCATION GROUP, INC.
C/O ECMC GROUP, INC.
1 IMATION PLACE, BUILDING 2
OASKDALE MN 55128

Parties Served: 88