# EXHIBIT 1

**Executory Contracts**

**Corinthian Colleges, Inc.**
**Executory Contracts**

| DEBTOR | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Heald College, LLC | Ace Parking Management | 555 Montgomery Street | Suite 1150 | San Francisco | CA | 94111 | USA | Parking Agreement |
| Sequoia Education, Inc. | Allied Propane Services, Inc | 5000 Seaport Ave | | Richmond | CA | 94804 | USA | Leased equipment |
| Corinthian Colleges, Inc. | Harland Technology Services | Box 93038 | | Chicago | IL | 60673-3038 | USA | Leased equipment |
| Corinthian Colleges, Inc. | Hermosa Storage Center | 8949 Hermosa Avenue | | Rancho Cucamonga | CA | 91730 | USA | Storage agreement |
| Corinthian Colleges, Inc. | Intralinks | 150 East 42nd Street | 8th Floor | New York | NY | 10017 | USA | Vendor Agreement |
| Corinthian Colleges, Inc. | Landauer | P.O. Box 809051 | | Chicago | IL | 60680-9051 | USA | Leased equipment |
| Heald College, LLC | Milpitas Mills Limited Partnership | 225 West Washington Street | | Indianapolis | IN | 46204 | USA | Parking Lease Agreement |
| Everest College Phoenix, Inc. | Mobile Mini | 4646 East Van Buren Street | Suite 400 | Phoenix | AZ | 85008 | USA | Leased equipment |
| Corinthian Schools, Inc. | Public Storage (City of Industry) | 2050 Workman Mill Road | | Whittier | CA | 90601 | USA | Storage agreement |
| Heald College, LLC | Public Storage (Stockton) | 1011 E March Lane | | Stockton | CA | 95210-3544 | USA | Storage agreement |