# Exhibit B

# Hypothetical Chapter 7 Liquidation Analysis

**Corinthian Colleges, Inc.**
*Hypothetical Chapter 7 Liquidation Analysis*

**The amounts presented in the chart below are estimates. The actual results are subject to significant uncertainty and could vary materially from what is presented here.**

|  | Claims* | | Recovery | | | | Comments |
|---|---|---|---|---|---|---|---|
|  | Low | High | Low | % | High | % |  |
| Cash at 8/28/15 |  |  | $ 5,701 |  | $ 5,701 |  | Includes assumptions about receipts and disbursements from 8/7/15 to 8/18/15. |
| Professional Fee Carve-Out | 1,318 | 1,318 | (1,318) | 100% | (1,318) | 100% | Accrued and unpaid fees as of 8/28. |
| Potential Additional Sources of Recovery: |  |  |  |  |  |  |  |
|   Laramie Land |  |  | 350 |  | 1,000 |  | Estimated value based on appraisal, net of selling costs. |
|   AIG Reimbursement |  |  | 500 |  | 500 |  |  |
|   Non-CA State Grants and Perkins Funds |  |  | - |  | 1,200 |  |  |
|   Cal Grants |  |  | - |  | 3,000 |  |  |
|   Student Accounts Receivable |  |  | TBD |  | TBD |  |  |
|   Tax Refunds |  |  | 400 |  | 1,200 |  |  |
|   Intellectual Property |  |  | - |  | 100 |  |  |
|   Zenith Escrow |  |  | 2,500 |  | 2,500 |  |  |
|   Student Refund Escrow |  |  | - |  | 4,300 |  |  |
|   Causes of Action |  |  | Unknown |  | Unknown |  |  |
| Assets Available for Secured Lenders |  |  | 8,133 |  | 18,183 |  |  |
| Chapter 7 Trustee Fees and Expenses |  |  | (444) |  | (645) |  |  |
| Initial Distribution to Secured Lenders | 107,000 | 107,000 | 7,689 | 7% | 17,537 | 16% |  |
| Remaining Assets for Other Creditors |  |  | TBD |  | TBD |  | Dependent on Trustee's ability to recover from causes of action. |
| Additional Distributions to Pre-petition Secured Creditors | 107,000 | 107,000 | TBD |  | TBD |  | Dependent on Trustee's ability to recover from causes of action. |
| Distributions to Administrative Creditors | 1,300 | 1,200 | TBD |  | TBD |  | Includes post-petition rent for rejected real property locations. Dependent on Trustee's ability to recover from causes of action. |
| Distributions to Priority Unsecured Creditors | 300 | 750 | TBD |  | TBD |  | Dependent on Trustee's ability to recover from causes of action. |
| Distributions to General Unsecured Creditors | 250,000 | 300,000 | TBD |  | TBD |  | Includes Prepetition Lenders Deficiency Claim. Dependent on Trustee's ability to recover from causes of action. |
| Distributions to Student Creditors | TBD | TBD | TBD |  | TBD |  | Dependent on Trustee's ability to recover from causes of action. |

* Claim estimates are based on the Debtors' Schedules of Liabilities, which may vary materially from actual claims filed.

**Corinthian Colleges, Inc.**
*Proposed Chapter 11 Recovery Analysis*

The amounts presented in the chart below are estimates. The actual results are subject to significant uncertainty and could vary materially from what is presented here.

| | Claims* | | Recovery | | | | Comments |
|---|---|---|---|---|---|---|---|
| | Low | High | Low | % | High | % | |
| Cash at 8/28/15 (Assumed Effective Date) | | | $ 5,701 | | $ 5,701 | | |
| Outstanding Administrative Expenses | 1,300 | 1,200 | (1,300) | 100% | (1,200) | 100% | Includes post-petition rent for rejected real property leases. In Ch. 7, recoveries to Administrative claims are dependent on the Trustee's ability to recover on causes of action. |
| Professional Fee Carve-Out | 1,318 | 1,318 | (1,318) | 100% | (1,318) | 100% | Accrued and unpaid fees as of 8/28. |
| Cash Available for Priority Claims | | | 3,083 | | 3,183 | | |
| Distribution to Estimated Priority Claims | 300 | 750 | (300) | 100% | (750) | 100% | In Ch. 7, recoveries to Priority claims are dependent on the Trustee's ability to recover on causes of action. |
| Cash Available for Distribution Trust and Student Trust | | | 2,783 | | 2,433 | | |
| General Unsecured Creditors' Distribution Trust Seed Money | | | (250) | | (250) | | There is no funding of the Distribution Trust in Chapter 7. |
| Student Trust Seed Money | | | (250) | | (250) | | There is no funding of the Student Trust in Chapter 7. |
| Prepetition Lenders Effective Date Cash | | | 2,283 | | 1,933 | | |
| Zenith Escrow | | | 2,500 | | 2,500 | | |
| Distribution Available to Prepetition Lenders | | | 4,783 | | 4,433 | | |
| Effective Date Distribution to Prepetition Lenders | 107,000 | 107,000 | (4,783) | | (4,433) | | Pre-petition Secured Claims are estimated to be $107M. Balance remaining, after payment of $10M Super Priority Claim, will share pari-passu with General Unsecured Creditors. |
| **Funding of the Distribution Trust** | | | | | | | |
| Distribution Trust Seed Money | | | 250 | | 250 | | |
| Laramie Land | | | 500 | | 1,000 | | Estimated value based on appraisal, net of selling costs. |
| AIG Reimbursement | | | 500 | | 500 | | |
| Non-CA State Grants | | | - | | 1,200 | | |
| Cal Grants | | | - | | 3,000 | | |
| Student Accounts Receivable | | | TBD | | TBD | | |
| Tax Refunds | | | 400 | | 1,200 | | |
| Intellectual Property | | | - | | 100 | | |
| Causes of Action | | | Unknown | | Unknown | | |
| **Assets Available for Adequate Protection Claim** | 10,300 | 10,300 | 1,650 | 16% | 7,250 | 70% | Super Priority Claim pursuant to Cash Collateral Order. |
| Distribution Trust Expenses | | | (250) | | (250) | | |
| Distribution to Lenders Adequate Protection Claim | | | (1,400) | | (7,000) | | |
| *Total Distributions to Prepetition Lenders Before Unknown Recoveries and Deficiency Claim* | 107,000 | 107,000 | 6,183 | 6% | 11,433 | 11% | |
| Assets Available for Unsecured Creditors Before Causes of Action | 250,000 | 300,000 | - | | - | | Recoveries to Unsecured Creditors will be dependent on recoveries from Causes of Action. Estimated claim amount includes Prepetition Lenders Deficiency Claim |
| **Funding of the Student Trust** | | | | | | | |
| Student Trust Seed Money | | | 250 | | 250 | | |
| Student Refund Escrow | | | 4,300 | | 4,300 | | |
| **Assets Available for Student Claims and Government Education Claims** | TBD | TBD | 4,550 | | 4,550 | | |

\* Claim estimates are based on the Debtors' Schedules of Liabilities, which may vary materially from actual claims filed.