UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                    Case No. 15-10952-KJC

CORINTHIAN COLLEGES, INC.,                                Chapter 11

        Debtor(s).                                     Honorable Kevin J. Carey

_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:   Clerk of the Court                  Mark D. Collins
       US Bankruptcy Court                 920 North King Street
       824 Market St.                      Wilmington  DE  19801
       3rd floor
       Wilmington, DE  19801

                                  Rust Consulting/Omni Bankruptcy
                                  5955 De Soto Avenue
                                  Suite 100
                                  Woodland Hills, CA  91367

    PLEASE ENTER THE APPEARANCE of BILL SCHUETTE, Attorney General, and Heather L. Donald, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                              BILL SCHUETTE
                              Attorney General

                              /s/ Heather L. Donald
                              Heather L. Donald  (P57351)
                              Assistant Attorney General
                              Cadillac Place, Ste. 10-200
                              3030 W. Grand Blvd.
                              Detroit, MI  48202
                              Telephone:  (313) 456-0140
                              E-Mail:  donaldh@michigan.gov

Dated:  July 21, 2015