UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                        Case No. 15-10952-KJC

CORINTHIAN COLLEGES, INC.,           Chapter 11

        Debtor(s).                              Honorable Kevin J. Carey

_____/

## PROOF OF SERVICE

The undersigned certifies that on July 21, 2015, a copy of the Notice of Appearance and Request for Service of Notices, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Mark D. Collins                          Rust Consulting/Omni Bankruptcy
920 North King Street                  5955 De Soto Avenue
Wilmington, DE  19801               Suite 100
                                                     Woodland Hills, CA  91367

/s/ Jacqueline M. Szymanski
Jacqueline M. Szymanski
Legal Secretary
Heather L. Donald  (P57351)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone:  (313) 456-0140
E-mail:  donaldh@michigan.gov

Dated:  July 21, 2015