**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| --------------------------------------------------------- | § | |
| GUY REYNOLDS, on behalf of himself and all others similarly situated, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adv. Proc. No. 15-50309 (KJC) |
| | § | |
| CORINTHIAN COLLEGES, INC. | § | |
| | § | |
| Defendant | § | |
| | § | |

---

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 22, 2015 AT 1:00 P.M. (EDT)** [3]

***PLEASE NOTE THE HEARING TIME HAS BEEN RESCHEDULED BY THE COURT TO 1:00 P.M. (EDT)***

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the July 22, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, July 21, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

## I. RESOLVED MATTERS:

1. Motion for Payment of Administrative Expenses/Claims Filed by New York State Department of Labor [Docket No. 114 - filed May 15, 2015]

   Objection / Response Deadline: July 15, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received: None.

   Related Documents: None.

   Status: In discussions with the Debtors, the New York State Department of Labor (the "NYDOL") has indicated that it did not intend to submit its claim as a motion for payment of administrative expenses. Rather, it only intended to submit a proof of claim to be included in the Debtors' claims register. Accordingly, the Debtors understand that there is no need for this matter to go forward.

2. Motion for Payment of Administrative Expenses/Claims Filed by New York State Department of Labor [Docket No. 115 - filed May 15, 2015]

   Objection / Response Deadline: July 15, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received: None.

   Related Documents: None.

   Status: In discussions with the Debtors, the NYDOL has indicated that it did not intend to submit its claim as a motion for payment of administrative expenses. Rather, it only intended to submit a proof of claim to be included in the Debtors' claims register. Accordingly, the Debtors understand that there is no need for this matter to go forward.

3. Motion for Payment of Administrative Expenses/Claims Filed by New York State Department of Labor [Docket No. 116 - filed May 15, 2015]

   Objection / Response Deadline: July 15, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received: None.

   Related Documents: None.

   Status: In discussions with the Debtors, the NYDOL has indicated that it did not intend to submit its claim as a motion for payment of administrative expenses. Rather, it only intended to submit a proof of claim to be included in the Debtors' claims register. Accordingly, the Debtors understand that there is no need for this matter to go forward.

4. Motion for Payment of Administrative Expenses/Claims Filed by New York State Department of Labor [Docket No. 117 - filed May 15, 2015]

   Objection / Response Deadline:   July 15, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received:   None.

   Related Documents:  None.

   Status:  In discussions with the Debtors, the NYDOL has indicated that it did not intend to submit its claim as a motion for payment of administrative expenses. Rather, it only intended to submit a proof of claim to be included in the Debtors' claims register. Accordingly, the Debtors understand that there is no need for this matter to go forward.

5. Application of the Official Committee of Student Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 21, 2015, as Co-Counsel to the Official Committee of Student Creditors [Docket No. 436 - filed June 18, 2015]

   Objection / Response Deadline:   July 2, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received:   None.

   Related Documents:

   i. First Supplemental Declaration of Christopher A. Ward, Esq. in Support of Application of the Official Committee of Student Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 21, 2015, as Co-Counsel to the Official Committee of Student Creditors [Docket No. 549 - filed July 9, 2015]

   ii. Certification of Counsel Regarding Order Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 21, 2015, as Co-Counsel to the Official Committee of Student Creditors [Docket No. 556 - filed July 10, 2015]

   iii. Order Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 21, 2015, as Co-Counsel to the Official Committee of Student Creditors [Docket No. 571 - filed July 13, 2015]

   Status:  On July 13, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

6. Application of the Committee of Student Creditors for an Order Under Bankruptcy Code Section 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Public Counsel as Counsel to the Committee of Student Creditors *Nunc Pro Tunc* to May 16, 2015 [Docket No. 437 - filed June 18, 2015]

   Objection / Response Deadline: July 2, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received: None.

   Related Documents:

   i. Supplemental Declaration of Mark Rosenbaum in Support of Application of the Committee of Student Creditors for an Order Under Bankruptcy Code Section 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Public Counsel as Counsel to the Committee of Student Creditors *Nunc Pro Tunc* to May 16, 2015 [Docket No. 564 - filed July 13, 2015]

   ii. Certification of Counsel Regarding Order Authorizing the Official Committee of Student Creditors to Employ Public Counsel as Special Counsel Pursuant to 11 U.S.C. §§ and 328 and 1103, *Nunc Pro Tunc* to May 16, 2015 [Docket No. 566 - filed July 13, 2015]

   iii. Order Authorizing the Official Committee of Student Creditors to Employ Public Counsel as Special Counsel Pursuant to 11 U.S.C. §§ and 328 and 1103, *Nunc Pro Tunc* to May 16, 2015 [Docket No. 596 - filed July 20, 2015]

   Status: On July 20, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

7. Application of the Committee of Student Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Robins Kaplan LLP as Counsel to the Committee of Student Creditors *Nunc Pro Tunc* to May 16, 2015 [Docket No. 438 - filed June 18, 2015]

   Objection / Response Deadline: July 2, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received: None.

   Related Documents:

   i. Supplemental Declaration of Scott F. Gautier in Support of Application of the Committee of Student Creditors for an Order Under Bankruptcy Code Section 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Robins Kaplan LLP as

Counsel to the Committee of Student Creditors *Nunc Pro Tunc* to May 16, 2015 [Docket No. 563 - filed July 13, 2015]

ii. Certification of Counsel Regarding Order Authorizing the Official Committee of Student Creditors to Employ Robins Kaplan LLP as Bankruptcy Counsel Pursuant to 11 U.S.C. §§ and 328 and 1103, *Nunc Pro Tunc* to May 16, 2015 [Docket No. 565 - filed July 13, 2015]

iii. Order Authorizing the Official Committee of Student Creditors to Employ Robins Kaplan LLP as Bankruptcy Counsel Pursuant to 11 U.S.C. §§ and 328 and 1103, *Nunc Pro Tunc* to May 16, 2015 [Docket No. 597 - filed July 20, 2015]

Status: On July 20, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II. UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

8. Debtors' Amended Motion for Order Authorizing the Debtors to File Under Seal Certain Schedules and Statements of Financial Affairs [Docket No. 417 - filed June 15, 2015]

Objection / Response Deadline: June 29, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received: None.

Related Documents:

i. Debtors' Motion for an Order Authorizing the Debtors to File Under Seal Certain Schedules and Statements of Financial Affairs [Docket No. 289 - filed June 8, 2015]

ii. Certificate of No Objection Regarding Debtors' Amended Motion for Order Authorizing the Debtors to File Under Seal Certain Schedules and Statements of Financial Affairs [Docket No. 594 - filed July 20, 2015]

iii. **Order Authorizing the Debtors to File Under Seal Certain Schedules and Statements of Financial Affairs and a Redacted Version of the Creditor Matrix [Docket No. 613 - filed July 21, 2015]**

Status: **On July 21, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

9. Debtors' Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, Effective *Nunc Pro Tunc* to June 30, 2015 [Docket No. 511 - filed June 30, 2015]

Objection / Response Deadline: July 14, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received: None.

Related Documents:

i. Certificate of No Objection Regarding Debtors' Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, Effective *Nunc Pro Tunc* to June 30, 2015 [Docket No. 583 - filed July 16, 2015]

ii. **Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, Effective *Nunc Pro Tunc* to June 30, 2015 [Docket No. 611 - filed July 21, 2015]**

Status: **On July 21, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

## III. UNCONTESTED MATTER GOING FORWARD:

10. Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 171- filed May 21, 2015]

Objection / Response Deadline: June 16, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received:

A. Limited Objection of Watt Management Company to the Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 419 - filed June 16, 2015] (the "Watt Objection")

B. Informal comments from Long Beach property Landlord

Related Documents:

i. Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 173 - filed May 21, 2015]

ii. Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 186 - filed May 22, 2015]

iii. Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 192 - filed May 23, 2015]

    iv. Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 237 - filed May 29, 2015]

v. Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 257 - filed June 1, 2015]

vi. Second Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date that The Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 504 - filed June 30, 2015]

vii. Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 510 - filed June 30, 2015]

Status: On June 30, 2015, the Court entered an order approving the rejection of some of the leases listed with the rejection motion. The hearing on this matter will go forward with respect to certain additional leases listed with the rejection motion on an uncontested basis.

## IV. CONTESTED MATTER GOING FORWARD:

11. Debtors' Motion for the Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Liquidation, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 521 - filed July 1, 2015]

Objection / Response Deadline: July 15, 2015 at 4:00 p.m. (EDT); extended to July 17, 2015 at Noon (EDT) for the Department of Education; extended to July 20, 2015 at 12:00 p.m. (EDT) for the Office of the United States Trustee and Bank of America

Objections / Responses Received:

A. Objection of the People of the State of California and the Commonwealth of Massachusetts to Debtors' Motion to Approve Disclosure Statement [Docket No. 576 - filed July 15, 2015]

B. United States' Objection to Debtors' Motion for Approval for Solicitation Purposes of Debtors' Combined Disclosure Statement and Liquidating Plan [Docket No. 580 - filed July 15, 2015]

C. Reservation of Rights of the Official Committee of Student Creditors in Response to the Debtors' Motion for the Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 584 - filed July 17, 2015]

D. Reservation of Rights of the Official Committee of Unsecured Creditors in Response to the Debtors' Motion for the Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 585 - filed July 17, 2015]

E. Reservation of Rights of Bank of America, N. A. in Response to the Debtors' Motion for the Entry of any Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing Voting Records Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 593 - filed July 20, 2015]

F. Informal comments from the California Attorney General

G. Informal comments from the Department of Education

H. Informal comments from the Office of the United States Trustee

I. **The People of the State of California's Statement of Insufficient Notice Concerning Debtors' Motion to Approve Disclosure Statement [Docket No. 521] and Objection to Debtors' Notice of Amended Agenda [Docket No. 601] [Docket No. 612 - filed July 21, 2015]**

<u>Related Documents</u>:

i. Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 520 - filed July 1, 2015]

    ii. Debtors' Motion for Entry of an Order Shortening Notice of Hearing on Disclosure Statement and Limiting Notice Thereof [Docket No. 522 - filed July 1, 2015]

iii. Order Shortening Notice of Hearing on Disclosure Statement and Limiting Notice Thereof [Docket No. 523 - filed July 2, 2015]

iv. **Debtors' First Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 614 - filed July 21, 2015]**

v. **Notice of Filing of Blackline of Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 615 - filed July 21, 2015]**

**Status: On July 21, 2015, the Debtors filed an amended Combined Plan and Disclosure Statement. The hearing on this matter will go forward.**

## V. SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING:

12. Class Action Adversary Proceeding Complaint for Violation of WARN Act 29 U.S.C. § 2101, *et seq.* and California Labor Code §§ 1400, *et seq.*, *Guy Reynolds v. Corinthian Colleges, Inc.*, Adv. Proc. No. 15-50309 (KJC) [Adv. Docket No. 1 - filed May 5, 2015]

Answer Deadline: June 8, 2015, extended to June 22, 2015

Answer:

A. Answer to Class Action Adversary Proceeding Complaint for Violation of WARN Act 29 U.S.C. § 2101, *et seq.* and California Labor Code §§ 1400, *et seq.*, *Guy Reynolds v. Corinthian Colleges, Inc.*, Adv. Proc. No. 15-50309 (KJC) [Adv. Docket No. 12 - filed June 22, 2015]

Related Documents:

i. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 5 - filed May 8, 2015]

ii. **Certification of Counsel Regarding Proposed Scheduling Order [Adv. Docket No. 17 - filed July 21, 2015]**

Status: A scheduling conference on this matter will go forward.

Dated: July 21, 2015
Wilmington, Delaware

*/s/ Amanda R. Steele*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
merchant@rlf.com
terranova@rlf.com
steele@rlf.com

Counsel for the Debtors and Debtors in Possession