# Exhibit B

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 1688.00 Creditors' Committee | | | | | | | | | |
| 1688.00 | 06/01/2015 | 1 | P | BB100 | E101 | 0.100 | 385.80 | Duplicating | 19 |
| 1688.00 | 06/02/2015 | 1 | P | BB100 | E101 | 0.100 | 1.00 | Duplicating | 22 |
| 1688.00 | 06/03/2015 | 1 | P | BB100 | E101 | 0.100 | 2.40 | Duplicating | 20 |
| 1688.00 | 06/03/2015 | 1 | P | BB100 | E101 | 0.100 | 36.30 | Duplicating | 21 |
| 1688.00 | 06/03/2015 | 1 | P | BB100 | E101 | 0.100 | 12.90 | Duplicating | 23 |
| 1688.00 | 06/05/2015 | 1 | P | BB100 | E101 | 0.100 | 221.80 | Duplicating | 24 |
| 1688.00 | 06/05/2015 | 1 | P | BB100 | E101 | 0.100 | 0.40 | Duplicating | 25 |
| 1688.00 | 06/07/2015 | 1 | P | BB100 | E101 | 0.100 | 54.40 | Duplicating | 26 |
| 1688.00 | 06/07/2015 | 1 | P | BB100 | E101 | 0.100 | 0.50 | Duplicating | 28 |
| 1688.00 | 06/08/2015 | 1 | P | BB100 | E101 | 0.100 | 1.20 | Duplicating | 27 |
| 1688.00 | 06/10/2015 | 1 | P | BB100 | E101 | 0.100 | 4.50 | Duplicating | 31 |
| 1688.00 | 06/10/2015 | 1 | P | BB100 | E101 | 0.100 | 82.60 | Duplicating | 32 |
| 1688.00 | 06/11/2015 | 1 | P | BB100 | E101 | 0.100 | 18.00 | Duplicating | 29 |
| 1688.00 | 06/11/2015 | 1 | P | BB100 | E101 | 0.100 | 172.20 | Duplicating | 30 |
| 1688.00 | 06/15/2015 | 1 | P | BB100 | E101 | 0.100 | 3.00 | Duplicating | 33 |
| 1688.00 | 06/15/2015 | 1 | P | BB100 | E101 | 0.100 | 25.90 | Duplicating | 34 |
| 1688.00 | 06/18/2015 | 1 | P | BB100 | E101 | 0.100 | 12.50 | Duplicating | 35 |
| 1688.00 | 06/18/2015 | 1 | P | BB100 | E101 | 0.100 | 37.20 | Duplicating | 36 |
| 1688.00 | 06/23/2015 | 1 | P | BB100 | E101 | 0.100 | 20.60 | Duplicating | 37 |
| 1688.00 | 06/24/2015 | 1 | P | BB100 | E101 | 0.100 | 4.60 | Duplicating | 38 |
| 1688.00 | 06/24/2015 | 1 | P | BB100 | E101 | 0.100 | 6.20 | Duplicating | 39 |
| 1688.00 | 06/25/2015 | 1 | P | BB100 | E101 | 0.100 | 31.80 | Duplicating | 40 |
| 1688.00 | 06/25/2015 | 1 | P | BB100 | E101 | 0.100 | 6.30 | Duplicating | 42 |
| 1688.00 | 06/26/2015 | 1 | P | BB100 | E101 | 0.100 | 5.50 | Duplicating | 41 |
| 1688.00 | 06/26/2015 | 1 | P | BB100 | E101 | 0.100 | 18.20 | Duplicating | 43 |
| Subtotal for Activity ID E101 | | | | | | Billable | 1,165.80 | Duplicating | |
| 1688.00 | 06/30/2015 | 1 | P | BB100 | E106 | | 234.74 | Westlaw Next Charges for June 2015. | 44 |
| 1688.00 | 06/30/2015 | 1 | P | BB108 | E106 | | 303.20 | PACER Charges for June 2015. | 45 |
| Subtotal for Activity ID E106 | | | | | | Billable | 537.94 | Online research | |
| 1688.00 | 06/01/2015 | 1 | P | BB108 | E108 | 2.740 | 158.92 | Postage | 9 |
| 1688.00 | 06/02/2015 | 1 | P | BB108 | E108 | 1.200 | 70.80 | Postage | 10 |
| 1688.00 | 06/10/2015 | 1 | P | BB108 | E108 | 1.200 | 73.20 | Postage | 13 |
| 1688.00 | 06/11/2015 | 1 | P | BB108 | E108 | | 83.33 | FedEx First Overnight Delivery of documents (Tracking# 773812357328; shipped: 6/11/15). | 14 |
| 1688.00 | 06/25/2015 | 1 | P | BB108 | E108 | 1.420 | 14.20 | Postage | 15 |
| 1688.00 | 06/25/2015 | 1 | P | BB108 | E108 | | 127.71 | Postage | 16 |
| 1688.00 | 06/25/2015 | 1 | P | BB119 | E108 | 2.080 | 14.56 | Postage | 17 |
| 1688.00 | 06/26/2015 | 1 | P | BB118 | E108 | 1.420 | 9.94 | Postage | 18 |
| Subtotal for Activity ID E108 | | | | | | Billable | 552.66 | Postage | |
| Total for Client ID 1688.00 | | | | | | Billable | 2,256.40 | Creditors' Committee Corinthian Colleges, Inc. | |

**GRAND TOTALS**

Billable     2,256.40