# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Julia B. Klein, hereby certify that, on July 21, 2015, I caused a copy of the *Second Monthly Fee Application of The Rosner Law Group LLC, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period June 1, 2015 through June 30, 2015* to be served via First-Class Mail upon the parties listed on the attached **Exhibit A**:

Dated: July 21, 2015
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

{00016336. }

# Exhibit A

| | |
|---|---|
| Corinthian Colleges, Inc.<br>6 Hutton Centre Drive, Suite 400<br>Santa Ana, CA 92707<br>Attn: William J. Nolan | Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Attn: Mark D. Collins, Esq.<br>     Michael J. Merchant, Esq. |
| Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Attn: Jennifer Hagle, Esq. | Potter Anderson Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801<br>Attn: Jeremy Ryan, Esq. |
| Office of United States Trustee<br>District of Delaware<br>844 N. King Street, Suite 2207<br>Wilmington, DE 19801<br>Attn: Richard L. Schepacarter, Esq, | Robins Kaplan LLP<br>2049 Century Park east, Suite 3400<br>Los Angeles, CA 90067<br>Attn: Scott F. Guatier, Esq.<br>     Lorie A. Ball, Esq.<br>     Cynthia C. Hernandez, Esq. |
| Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Attn: Christopher A. Ward, Esq.<br>     Shanti M. Katona, Esq. | |