IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CLAIM #2532

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that I, Nicole Carnagey, hereby withdraw my Proof of Claim #2532 filed on July 20, 2015 in the amount of $487,500.00.

Dated: July 21, 2015

*/s/ Nicole Carnagey*
Nicole Carnagey
312 Gulf Blvd., Unit D
Indian Rock Beach, FL 33785