# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun am employed in the county of Los Angeles, State of California. I hereby certify that on July 22, 2015, I caused true and correct copies of the following document(s) to be served (i) via facsimile to the parties listed in **Exhibit A** attached hereto:

- **Notice of Third Amended[2] Agenda of Matters Scheduled for Hearing on July 22, 2015 at 1:00 P.M. (EDT)[3] [Docket No. 620]**

Dated: July 22, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 22 day of July, 20 15, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

**EXHIBIT A**

| | | |
|---|---|---|
| ASHBY & GEDDES, P.A.<br>LEIGH-ANNE RAPORT<br>302-654-2067 | ASHBY & GEDDES, P.A.<br>RICARDO PALACIO<br>302-654-2067 | ASHBY & GEDDES, P.A.<br>WILLIAM BOWDEN<br>302-654-2067 |
| BALLARD SPAHR LLP<br>LESLIE C. HEILMAN, ESQUIRE<br>302-252-4466 | BALLARD SPAHR LLP<br>MATTHEW G. SUMMERS, ESQUIRE<br>302-252-4466 | COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN<br>617-722-0184 |
| COMMONWEALTH OF MASSACHUSETTS<br>PETER LEIGHT<br>617-722-0184 | COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>717-787-7671 | DEVELOPMENT RESOURCES, INC.<br>JOHN GIANNOPOULOS<br>312-822-0561 |
| DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>215-988-2757 | DRINKER BIDDLE & REATH LLP<br>HOWARD A. COHEN<br>302-467-4201 | DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>212-248-3141 |
| FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>303-830-1033 | FRANKGECKER LLP<br>JOSEPH FRANK<br>312-276-0035 | FRANKGECKER LLP<br>REED HEILIGMAN<br>312-276-0035 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>617-451-0409 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN<br>310-712-8571 | KATTEN MUCHIN ROSENMAN LLP<br>BRIAN HUBEN<br>310-788-4471 |
| KATTEN MUCHIN ROSENMAN LLP<br>DUSTIN BRANCH<br>310-788-4471 | KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>212-808-7897 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DAVID G. AELVOET<br>210-225-6410 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>469-221-5003 | MISSOURI DEPARTMENT OF REVENUE<br>STEVEN A. GINTHER<br>573-751-7232 | MORRIS JAMES LLP<br>CARL N. KUNZ III<br>302-571-1750 |
| MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>302-571-1750 | MORRISON & FOERSTER LLP<br>ERICA RICHARDS<br>212-468-7900 | MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI<br>212-468-7900 |
| OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br><br>503-378-8395 | OFFICE OF THE U.S. ATTORNEY<br>KELLY T. CURRIE<br>718-254-7508 | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>302-573-6497 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY FOX<br>302-573-6497 | OREGON DEPARTMENT OF JUSTICE<br>CAROLYN G. WADE<br>503-373-7067 | PALM SPRINGS MILE ASSOCIATES, LTD<br>PHILLIP J. EISENBERG<br>212-545-1410 |
| PEOPLE OF THE STATE OF CALIFORNIA<br>BERNARD A. ESKANDARI<br>213-897-4951 | PEOPLE OF THE STATE OF CALIFORNIA<br>NICHOLAS G. CAMPINS<br>213-897-4951 | PEOPLE OF THE STATE OF CALIFORNIA<br>NICKLAS A. AKERS<br>213-897-4951 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ELIZABETH BANDA CALVO<br>817-860-6509 | PIRCHER, NICHOLS & MEEKS<br>EUGENE J.M. LEONE<br>312-915-3348 | POLSINELLI PC<br>CHRISTOPHER WARD<br>302-252-0921 |
| POLSINELLI PC<br>SHANTI KATONA<br>302-252-0921 | POTTER ANDERSON & CORROON LLP<br>ETTA MAYERS<br>302-658-1192 | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN<br>302-658-1192 |
| ROBAINA & KRESIN<br>THOMAS GRIFFIN<br>602-682-6455 | ROBINS KAPLAN LLP<br>CYNTHIA HERNANDEZ<br>310-229-5800 | ROBINS KAPLAN LLP<br>LORIE BALL<br>310-229-5800 |

| | | |
|---|---|---|
| ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>310-229-5800 | RUDER WARE, L.L.S.C.<br>JEREMY M. WELCH<br>715-845-2718 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE<br>212-818-9606 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>CARREN B. SHULMAN<br>212-653-8701 | SIDLEY AUSTIN LLP<br>ANNA GUMPORT<br>213-896-6600 | SIDLEY AUSTIN LLP<br>JENNIFER HAGLE<br>213-896-6600 |
| SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>317-263-7901 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>FELICIA GERBER PERLMAN<br>312-407-0411 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>SARAH E. PIERCE<br>302-651-3001 |
| TRAVIS COUNTY<br>KAY D. BROCK<br>512-854-4808 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>COURTNEY J. HULL<br>512-936-1409 | U.S. DEPARTMENT OF JUSTICE<br>LLOYD H. RANDOLPH<br>202-514-9163 |
| WISCONSIN DEPARTMENT OF JUSTICE<br>F. MARK BROMLEY, AAG<br>608-267-8906 | | |

Parties Served:  58