IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| Corinthian Colleges, Inc. et al. | Case No. 15-10952 (KJC) |
| Debtor. | |

NOTICE OF WITHDRAWAL OF CLAIM #2817

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that I, Robert Donald Bosic III hereby withdraws my Proof of Claim #2817 filed on July 20, 2015 in the amount of $700,000.00.

Dated: July 22, 2015

Robert Donald Bosic III
312 Gulf Blvd, Apt. D
Indian Rocks Beach, FL 33785