**EXHIBIT 1**

Exhibit 1 - Leases

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Chelsea | 70 Harbour Pointe, LLC | c/o The Simboli Properties | 70 Everett Avenue | Suite 520 | Chelsea | MA | 02150 | Lease by and between Corinthian Colleges, Inc. and 70 Harbour Pointe, LLC, and any amendments thereto | 10/20/2003 | 6/30/2015 |
| Kalamazoo | Westmain 2000, L.L.C. | c/o Meyer C. Weiner Company | 700 Mall Drive | | Portage | MI | 49024 | Shopping Center Lease Agreement, by and between Corinthian Colleges, Inc. and Westmain 2000, L.L.C., and any amendments thereto | 4/14/2005 | 6/30/2015 |
| Merrionette Park | Corinthian Kedzie LLC | | 11600 S. Kedzie Ave. | | Merrionette Park | IL | 60803 | Commercial Building Lease, by and between Corinthian Colleges, Inc. and Corinthian Kedzie, LLC and any amendments thereto | 6/25/2004 | 6/30/2015 |
| | Corinthian Kedzie LLC | c/o Rieck and Crotty, P.C. | 55 West Monroe Street, Suite 3390 | | Chicago | IL | 60603 | | | |