# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.  
**CASE NO.:** 15-10952-KJC  

**COURTROOM LOCATION:** 5  
**DATE:** July 22, 2015

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Richard L. Schepacarter | U.S. DOJ | U.S. Trustee |
| Scott Gautier | Robins Kaplan LLC | Student Committee |
| Shanti Katona | Polsinelli LLC | Student Committee |
| Mark D. Collins | Richards, Layton + Finger | Debtors |
| Michael M. Merchant | " " | " " |
| Amanda R. Steele | " " | " " |
| Jeffrey Schwartz | Brown Rudnick | Creditors' Committee |
| Fred Rosner | Rosner Law Group | " " |
| Jennifer Hagle | Sidley | Bank of America |
| Jeremy Ryan | Potter Anderson & Corroon | " " |
| Leigh-Anne Raport | Ashby & Geddes | Campus Student Funding |

# Court Conference

Calendar Date: 07/22/2015
Calendar Time: 01:00 PM ET

# U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
#5

*Amended Calendar 07/22/2015 08:54 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7054775 | Lorie Ball | (310) 552-0130 | Robins Kaplan LLP | Interested Party, The Official Committee of Student Creditors / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7054510 | John Bringardner | (646) 378-3143 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Corinthian Colleges Inc. | 15-10952 | Hearing | 7043213 | Nicholas Campins | (415) 703-5733 | Office of the Attorney General of Calif | Interested Party, State of California / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7052935 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Corinthian Colleges Inc. | 15-10952 | Hearing | 7040500 | Bernard Eskandari | 213-897-2652 | California Department of Justice | Creditor, State of California / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7051666 | Stephanie J. Gleason | (212) 416-2107 | Dow Jones | Interested Party, Dow Jones / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7051539 | Anna Gumport | (213) 896-6064 | Sidley Austin LLP | Creditor, Bank of America, N.A. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7056028 | Bennett S. Silverberg | (212) 209-4924 | Brown Rudnick LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7052907 | Jessica M. Simon | (310) 788-4425 | Katten Muchin Rosenman LLP | Creditor, Watt Management Company / LIVE |