IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on July 17, 2015, I caused true and correct copies of the following document to be served (i) via email to the party listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of Proposed Sale of Miscellaneous Assets Pursuant to the Miscellaneous Asset Sale Procedures [Docket No. 588]**

Dated: July 21, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 21 day of July, 20 15, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

| | | |
|---|---|---|
| BROWN RUDNICK LLP<br>BENNETT SILVERBERG<br>BSILVERBERG@BROWNRUDNICK.COM | BROWN RUDNICK LLP<br>H. JEFFREY SCHWARTZ<br>JSCHWARTZ@BROWNRUDNICK.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>RICHARD.SCHEPACARTER@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY FOX<br>TIMOTHY.FOX@USDOJ.GOV | POLSINELLI PC<br>CHRISTOPHER WARD<br>CWARD@POLSINELLI.COM | POLSINELLI PC<br>SHANTI KATONA<br>SKATONA@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>ETTA MAYERS<br>EMAYERS@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN<br>JRYAN@POTTERANDERSON.COM | ROBINS KAPLAN LLP<br>CYNTHIA HERNANDEZ<br>CHERNANDEZ@ROBINSKAPLAN.COM |
| ROBINS KAPLAN LLP<br>LORIE BALL<br>LBALL@ROBINSKAPLAN.COM | ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>SGAUTIER@ROBINSKAPLAN.COM | SIDLEY AUSTIN LLP<br>ANNA GUMPORT<br>AGUMPORT@SIDLEY.COM |
| SIDLEY AUSTIN LLP<br>JENNIFER HAGLE<br>JHAGLE@SIDLEY.COM | THE ROSNER LAW GROUP<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | THE ROSNER LAW GROUP<br>JULIA B. KLEIN<br>KLEIN@TEAMROSNER.COM |

Parties Served:  15

# **EXHIBIT B**

| | | |
|---|---|---|
| BENSALEM TOWNSHIP<br>3750 HULMEVILLE ROAD,<br>BENSALEM, PA 19020 | CIT FINANCE LLC<br>10201 CENTURION PARKWAY NORTH, SUITE 100<br>JACKSONVILLE, FL 32256 | CIT TECHNOLOGY FINANCING SERVICES, INC.<br>10201 CENTURION PARKWAY NORTH SUITE 100<br>JACKSONVILLE, FL 32256 |
| COOK COUNTY TREASURER<br>PO BOX 805438<br>CHICAGO, IL 60680-4116 | CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST. LOUIS, MO 63141 | FAIRFAX COUNTY<br>12000 GOVERNMENT CENTER PARKWAY<br>FAIRFAX, VA 22035 |
| FIRST FINANCIAL CORPORATION LEASING, LLC<br>711 KIMBERLY AVENUE, SUITE 160<br>PLACENTIA, CA 98270 | FIRST NATIONAL BANK OF ST. LOUIS<br>7707 FORSYTH BLVD<br>ST. LOUIS, MO 63131 | FIRST NATIONAL CAPITAL, LLC<br>1029 HIGHWAY 6 NORTH, SUITE 650-283<br>HOUSTON, TX 77079 |
| G.E. CAPITAL CORPORATION<br>4 NORTH PARK DRIVE SUITE 500<br>HUNT VALLEY, MD 21030 | GENERAL ELECTRIC CAPITAL CORPORATION<br>PO BOX 35701<br>BILLINGS, MT 59107 | GENERAL ELECTRIC CAPITAL CORPORATION<br>PO BOX 35701<br>BILLINGS, MT 59107 |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br>420 MOUNTAIN AVE.<br>MURRAY HILL, NJ 07974 | ILLINOIS DEPARTMENT OF REVENUE<br>P. O. BOX 19028<br>SPRINGFIELD, IL 62794-9028 | ILLINOS DEPARTMENT OF REVENUE<br>RETAILER'S OCCUPATION TAX<br>SPRINGFIELD, IL  62796-0001 |
| INDIANA DEPARTMENT OF REVENUE<br>P. O. BOX 7087<br>INDIANAPOLIS, IN 46207-7087 | INDIANA DEPARTMENT OF REVENUE SALES/USE TAX<br>PO BOX 7218<br>INDIANAPOLIS, IN 46207-7218 | INTERNAL REVENUE SERVICES<br>OGDEN, UTAH 84201-0039 |
| LAKE COUNTY TREASURER<br>2293 N. MAIN ST.<br>CROWN POINT, IN 46307 | LASALLE SYSTEMS LEASING, INC.<br>6111 NORTH RIVER ROAD<br>ROSEMONT, IL 60018 | MB FINANCIAL BANK, N.A.<br>6111 NORTH RIVER ROAD<br>ROSEMONT, IL 60018 |
| PA DEPARTMENT OF REVENUE<br>P.O. BOX 280406<br>HARRISBURG, PA 17128-0406 | PA DEPARTMENT OF REVENUE<br>PAYMENT ENCLOSED, P.O. BOX 280427,<br>HARRISBURY, PA 17128-0427 | PRIME ALLIANCE BANK, INC.<br>1868 SOUTH 500 WEST<br>WOODS CROSS, UT 84087 |
| SALT LAKE COUNTY<br>2001 S. STATE ST. N 2300<br>SALT LAKE CITY, UT 84190-1300 | U.S. BANCORP OLIVER-ALLEN TECHNOLOGY LEASING<br>601 LARKSPUR LANDING<br>LARKSPUR CA 94939 | U.S. BANK EQUIPMENT FINANCE<br>A DIVISION OF U.S. BANK NATIONAL ASSOCIATION<br>PO BOX 230789<br>PORTLAND OR 97281 |
| U.S. BANK EQUIPMENT FINANCE<br>A DIVISION OF U.S. BANK NATIONAL ASSOCIATION<br>PO BOX 230789<br>PORTLAND OR 97281 | UTAH STATE TAX COMMISSION<br>210 NORTH 1950 WEST,<br>SALT LAKE CITY, UTAH 84134 | UTAH STATE TAX COMMISSION SALES TAX<br>210 N 1950W<br>SALT LAKE, UT 84134-0400 |
| VARIANT LEASING CORPORATION<br>32332 CAMINO CAPISTRANO, SUITE 103<br>SAN JUAN CAPISTRANO, CA 92707 | VIRGINIA DEPARTMENT OF TAXATION<br>P. O. BOX 1500<br>RICHMOND VIRGINIA 23218-1500 | VIRGINIA DEPT OF TAXATION OFFICE OF SALES/US<br>P.O. BOX 1115<br>RICHMOND, VA  23218-1115 |

WINTHROP RESOURCES CORPORATION
11100 WAYZATA BOULEVARD, SUITE 800
MINNETONKA, MN 55305

Parties Served: 34