## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| -------------------------------------------------------------- | § | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 27, 2015 AT 11:00 A.M. (EDT) [2]

## I.    UNCONTESTED MATTER GOING FORWARD:

1.    Debtors' Amended Motion for an Order (I) Authorizing the Debtors to Transfer Certain Assets Free and Clear of All Liens, Claims and Encumbrances in Connection with the Settlement of Corporate Ridge Office, LLC's Administrative Rent Claims; and (II) Granting Certain Related Relief [Docket No. 633- filed July 23, 2015]

   Objection / Response Deadline:   July 24, 2015 at 12:00 p.m. (EDT)

   Objections / Responses Received:

   A.    Informal Comments from the Office of the United States Trustee (the "U.S. Trustee")

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]    The hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the July 27, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Friday, July 24, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Related Documents:

i.      Debtors' Motion for an Order (I) Authorizing the Debtors to Sell Certain Assets Free and Clear of All Liens, Claims and Encumbrances and (II) Granting Certain Related Relief  [Docket No. 572- filed July 14, 2015]

ii.     Order Shortening Notice and Objection Periods Regarding the Debtors' Motion for an Order (I) Authorizing the Debtors to Sell Certain Assets Free and Clear of All Liens, Claims and Encumbrances and (II) Granting Certain Related Relief [Docket No. 577 - filed July 15, 2015]

iii.    Notice of Hearing Regarding Debtors' Motion for an Order (I) Authorizing the Debtors to Sell Certain Assets Free and Clear of All Liens, Claims and Encumbrances and (II) Granting Certain Related Relief [Docket No. 579 - filed July 15, 2015]

Status: The Debtors have resolved the informal comments of the U.S. Trustee by amending the relief requested in the Motion.  The hearing on this matter is going forward.

## II.    **CONTESTED MATTER GOING FORWARD**:

2.      Debtors' Motion for the Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Liquidation, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 521 - filed July 1, 2015]

Objection / Response Deadline:  July 15, 2015 at 4:00 p.m. (EDT); extended to July 17, 2015 at Noon (EDT) for the Department of Education; extended to July 20, 2015 at 12:00 p.m. (EDT) for the U.S. Trustee and Bank of America

Objections / Responses Received:

A.      Objection of the People of the State of California and the Commonwealth of Massachusetts to Debtors' Motion to Approve Disclosure Statement [Docket No. 576 - filed July 15, 2015]

B.      United States' Objection to Debtors' Motion for Approval for Solicitation Purposes of Debtors' Combined Disclosure Statement and Liquidating Plan [Docket No. 580 - filed July 15, 2015]

C.    Reservation of Rights of the Official Committee of Student Creditors in Response to the Debtors' Motion for the Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 584 - filed July 17, 2015]

D.    Reservation of Rights of the Official Committee of Unsecured Creditors in Response to the Debtors' Motion for the Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 585 - filed July 17, 2015]

E.    Reservation of Rights of Bank of America, N. A. in Response to the Debtors' Motion for the Entry of any Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing Voting Records Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 593 - filed July 20, 2015]

F.    Informal comments from the California Attorney General

G.    Informal comments from the Department of Education

H.    Informal comments from the U.S. Trustee

I.    The People of the State of California's Statement of Insufficient Notice Concerning Debtors' Motion to Approve Disclosure Statement [Docket No. 521] and Objection to Debtors' Notice of Amended Agenda [Docket No. 601] [Docket No. 612 - filed July 21, 2015]

Related Documents:

i.    Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 520 - filed July 1, 2015]

ii.     Debtors' Motion for Entry of an Order Shortening Notice of Hearing on Disclosure Statement and Limiting Notice Thereof [Docket No. 522 - filed July 1, 2015]

iii.    Order Shortening Notice of Hearing on Disclosure Statement and Limiting Notice Thereof [Docket No. 523 - filed July 2, 2015]

iv.     Debtors' First Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 614 - filed July 21, 2015]

v.      Notice of Filing of Blackline of Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 615 - filed July 21, 2015]

Status: The hearing on this matter will go forward.


Dated: July 23, 2015                                    /s/ Amanda R. Steele
       Wilmington, Delaware               Mark D. Collins (No. 2981)
                                          Michael J. Merchant (No. 3854)
                                          Marisa A. Terranova (No. 5396)
                                          Amanda R. Steele (No. 5530)
                                          RICHARDS, LAYTON & FINGER, P.A.
                                          920 N. King Street
                                          Wilmington, Delaware 19801
                                          Telephone:  302-651-7700
                                          Facsimile:  302-651-7701
                                          Email: collins@rlf.com
                                                 merchant@rlf.com
                                                 terranova@rlf.com
                                                 steele@rlf.com

                                          Counsel for the Debtors and Debtors in Possession

RLF1 12543412v.1