Robert C. Balink
TREASURER

1675 Garden of the Gods, Suite 2100
Colorado Springs, CO 80907

July 22, 2015

U.S. Bankruptcy Court
District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

RE: Debtor: Corinthian Colleges, Inc. et al
    Chapter 11 Bankruptcy Case: 15-10957, 15-10962
    El Paso County Schedule: 97,745 & 114,160
    Claim No. 140 $7,775.39 Amended Proof of Claim $65,311.72

Dear Sir or Madam:

The Treasurer's Office has received a "Notice of Motions and Hearing" concerning selling the personal property located at 1575 Garden of the Gods, Corporate Ridge Office, LLC Colorado Springs, Colorado. Our office is objecting to the sale of the debtors' assets free and clear of liens.

The debtor owes El Paso County the 2015 personal property taxes which is included in our Amended claim dated on July 22, 2015 for $65,311.72. The debtor is aware of this outstanding debt. The Treasurer's Office requests that the debtor be required to pay the claim in full prior to the sale or out of the proceeds of the sale.

Thank you for your cooperation.

Sincerely,

Gina G. Trivelli,
Tax Compliance Administrator

Djj

Cc: Corinthian Colleges, Inc.
    Richards, Layton & Finger, PA

```
Form: trf_hist
Date: 23-jul-2015 06:12:26         Owner name                    Alerts
;P8 I9O JF?1
Schedule:       97745         EVEREST COLLEGE              TRINFormation
Other: 6426104012 .....       C/O RHODES COLLEGES INC      Roll chg:SNA V
Tax Year: 2014    Txd: CB3                                 * BANKRUPTCY *
Value:   221900 x    54.007
Original tax:    11984.15     6 HUTTON CENTRE DR STE 400
2014 balance:        0.00     SANTA ANA, CA         92707-8762
Data: Current
Due:       0.00     loc:      1815   JET WING DR

Schd:       97745                 Estimated Tax              User: TRSJOHNSON_D
  Tax Year:    2012__         2013__         2014__           2015__
  Land:           0               0              0                0
  Imp:       274490          249540         221900           143970
  HE/DV:          0               0              0                0
  Total:     274490          249540         221900           143970

  Levy:      58.230 CB3      58.267 CB3     54.007 CB3       54.007 CB3
  Tax:      15983.55        14539.95       11984.15         7775.39 (EST.)
Form: TRF_ESTAX                                              Proc: TRS_ESTAX
```

```
Form: trf_hist
Date: 23-jul-2015 06:12:26         Owner name                    Alerts
;P8 (L4
Schedule:      114160         FLORIDA METROPOLITAN UNIVERSITY  Roll chg:S    V
Other: 7326101134 .....       A/K/A EVEREST UNIVERSITY ONLINE  * BANKRUPTCY *
Tax Year: 2014    Txd: FBC
Value:  1120920 x    60.175
Original tax:    67451.35     6 HUTTON CENTRE DR #400
2014 balance:        0.00     SANTA ANA, CA         92707-8762
Data: Current
Due:       0.00     loc:      1575   GARDEN OF THE GODS RD W

Schd:      114160                 Estimated Tax              User: TRSJOHNSON_D
  Tax Year:    2012__         2013__         2014__           2015__
  Land:           0               0              0                0
  Imp:      1087250         1407370        1120920           956150
  HE/DV:          0               0              0                0
  Total:    1087250         1407370        1120920           956150

  Levy:      60.331 FBC      61.197 FBC     60.175 FBC       60.175 FBC
  Tax:      65594.88        86126.82       67451.35         57536.33 (EST.)
Form: TRF_ESTAX                                              Proc: TRS_ESTAX
```

Help(Help)    End(PF3)   :