## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on July 21, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A** attached hereto:

- **Debtors First Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation  [Docket No. 614]**

- **Notice of Filing of Blackline of Debtors First Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation  [Docket No. 615]**

Dated: July 23, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this _23_ day of _July_ , 20 _15_ , by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

**Corinthian Colleges, Inc. -  Service List to e-mail Recipients**                                                    Served 7/21/2015

| | | |
|---|---|---|
| BALLARD SPAHR LLP<br>LESLIE C. HEILMAN<br>HEILMANL@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>MATTHEW G. SUMMERS<br>SUMMERSM@BALLARDSPAHR.COM | BROWN RUDNICK LLP<br>BENNETT S. SILVERBERG<br>BSILVERBERG@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP<br>H. JEFFREY SCHWARTZ<br>JSCHWARTZ@BROWNRUDNICK.COM | COMMONWEALTH OF MASSACHUSETTS<br>PETER LEIGHT<br>PETER.LEIGHT@STATE.MA.US | DEPARTMENT OF EDUCATION<br>JOHN KRESSE<br>JOHN.KRESSE@USDOJ.GOV |
| DEPARTMENT OF EDUCATION<br>LLOYD H. RANDOLPH<br>LLOYD.RANDOLPH@USDOJ.GOV | KATTEN MUCHIN ROSENMAN LLP<br>DUSTIN P. BRANCH<br>DUSTIN.BRANCH@KATTENLAW.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD L. SCHEPACARTER<br>RICHARD.SCHEPACARTER@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY JAY FOX<br>TIMOTHY.FOX@USDOJ.GOV | POLSINELLI PC<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | POLSINELLI PC<br>SHANTI M. KATONA<br>SKATONA@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>ETTA R. MAYERS<br>EMAYERS@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | PUBLIC COUNSEL<br>ALISA HARTZ<br>AHARTZ@PUBLICCOUNSEL.ORG |
| PUBLIC COUNSEL<br>ANNE RICHARDSON<br>ARICHARDSON@PUBLICCOUNSEL.ORG | PUBLIC COUNSEL<br>DEXTER RAPPLEYE<br>DRAPPLEYE@PUBLICCOUNSEL.COM | PUBLIC COUNSEL<br>MARK ROSENBAUM<br>MROSENBAUM@PUBLICCOUNSEL.ORG |
| ROBINS KAPLAN LLP<br>CYNTHIA C. HERNANDEZ<br>CHERNANDEZ@ROBINSKAPLAN.COM | ROBINS KAPLAN LLP<br>LORIE A. BALL<br>LBALL@ROBINSKAPLAN.COM | ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>SGAUTIER@ROBINSKAPLAN.COM |
| SIDLEY AUSTIN LLP<br>ANNA GUMPORT<br>AGUMPORT@SIDLEY.COM | SIDLEY AUSTIN LLP<br>JENNIFER C HAGLE<br>JHAGLE@SIDLEY.COM | STATE OF CALIFORNIA<br>BERNARD A. ESKANDARI<br>BERNARD.ESKANDARI@DOJ.CA.GOV |
| STATE OF CALIFORNIA<br>NICHOLAS CAMPINS<br>NICHOLAS.CAMPINS@DOJ.CA.GOV | THE ROSNER LAW GROUP<br>FREDERICK B ROSNER<br>ROSNER@TEAMROSNER.COM | THE ROSNER LAW GROUP<br>JULIA B KLEIN<br>KLEIN@TEAMROSNER.COM |

Parties Served:  27