# EXHIBIT C

## Nicholas Campins

**From:** Nicholas Campins
**Sent:** Thursday, July 23, 2015 9:58 AM
**To:** 'Hagle, Jennifer C.'; ewolfe@potteranderson.com; Gumport, Anna; jryan@potteranderson.com
**Cc:** Nicklas Akers; Bernard Eskandari; Collins, Mark D.; Jeremy W. Ryan (jryan@potteranderson.com); Peter.leight@state.ma.us; Snow, Jennifer (AGO) (jennifer.snow@state.ma.us)
**Subject:** RE: Corinthian Colleges, Inc., et al., CASE NO. 15-10952 - Local Rule 2004-1 Conference

Jennifer:

Unfortunately, the People of the State of California still do not have access to the materials debtors produced to the unsecured creditors' committee concerning debtors' interactions with prepetition lenders.

Accordingly, we must proceed as soon as possible (in parallel with discovery to debtors) with discovery directly from the Prepetition Lenders.

Are you available to discuss the availability of a stipulated discovery plan in advance of our submitting a proposed discovery plan to the Court for the hearing on Monday?

Thank you.

Nick Campins

Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 703-5733 (Direct)
(415) 703-5480 (Fax)
Nicholas.Campins@doj.ca.gov

This e-mail may contain confidential and privileged information. If you are not the intended recipient, please contact the sender.

---

**From:** Hagle, Jennifer C. [mailto:jhagle@sidley.com]
**Sent:** Wednesday, July 08, 2015 1:23 PM
**To:** Nicholas Campins; ewolfe@potteranderson.com; Gumport, Anna; jryan@potteranderson.com
**Cc:** Nicklas Akers; Bernard Eskandari; Collins, Mark D.; Jeremy W. Ryan (jryan@potteranderson.com)
**Subject:** RE: Corinthian Colleges, Inc., et al., CASE NO. 15-10952 - Local Rule 2004-1 Conference

**Jeffrey Schwartz**
Brown Rudnick LLP
Partner

(212) 209-4914 Work
JSchwartz@brownrudnick.com

Seven Times Square
New York, NY 10036

JENNIFER HAGLE
Partner

Sidley Austin LLP
+1.213.896.6015
jhagle@sidley.com

-----Original Message-----
From: Nicholas Campins [mailto:Nicholas.Campins@doj.ca.gov]
Sent: Wednesday, July 01, 2015 3:30 PM
To: Hagle, Jennifer C.; ewolfe@potteranderson.com; Gumport, Anna; jryan@potteranderson.com
Cc: Nicklas Akers; Bernard Eskandari; Collins, Mark D.; Jeremy W. Ryan (jryan@potteranderson.com)
Subject: RE: Corinthian Colleges, Inc., et al., CASE NO. 15-10952 - Local Rule 2004-1 Conference

Jennifer:

Thank you for getting back to me. Let's plan on Wednesday at 1 PT.

Nick Campins

Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 703-5733 (Direct)
(415) 703-5480 (Fax)
Nicholas.Campins@doj.ca.gov

This e-mail may contain confidential and privileged information. If you are not the intended recipient, please contact the sender.

-----Original Message-----
From: Hagle, Jennifer C. [mailto:jhagle@sidley.com]
Sent: Wednesday, July 01, 2015 2:16 PM
To: Nicholas Campins; ewolfe@potteranderson.com; Gumport, Anna; jryan@potteranderson.com
Cc: Nicklas Akers; Bernard Eskandari; Collins, Mark D.; Jeremy W. Ryan (jryan@potteranderson.com)
Subject: RE: Corinthian Colleges, Inc., et al., CASE NO. 15-10952 - Local Rule 2004-1 Conference

Nick -- I apologize for the delay in my response. I was at the Corinthian hearings yesterday and then running for a plane.

We are happy to meet and confer with you about how best to move forward regarding your requests (we have discussed with the Debtors).

This week is very compressed given travel and the Friday holiday. We are generally flexible next week on Tuesday and Wednesday afternoon (pacific time) -- between 1 p.m. and 3 p.m.. Let us know if you are available within those timeframes.

Jennifer

____________________

JENNIFER HAGLE
Partner

Sidley Austin LLP
+1.213.896.6015
jhagle@sidley.com

-----Original Message-----
From: Nicholas Campins [mailto:Nicholas.Campins@doj.ca.gov]
Sent: Tuesday, June 30, 2015 11:54 AM
To: Hagle, Jennifer C.; ewolfe@potteranderson.com; Gumport, Anna; jryan@potteranderson.com
Cc: Nicklas Akers; Bernard Eskandari; Collins, Mark D.; Jeremy W. Ryan (jryan@potteranderson.com)
Subject: RE: Corinthian Colleges, Inc., et al., CASE NO. 15-10952 - Local Rule 2004-1 Conference

Jennifer:

Please provide us with dates and times for a call this week or early next week. If you do not, we will consider the meet and confer process exhausted.

Finally, for clarity, I note that many of the documents we seek are not likely to be in Debtors' possession, including but not limited to communications among the members of the credit syndicate, documents in the diligence platform, and documents in any syndicate run platform.

Regards,

Nick Campins

Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 703-5733 (Direct)
(415) 703-5480 (Fax)
Nicholas.Campins@doj.ca.gov

This e-mail may contain confidential and privileged information. If you are not the intended recipient, please contact the sender.

-----Original Message-----
From: Hagle, Jennifer C. [mailto:jhagle@sidley.com]
Sent: Friday, June 26, 2015 4:32 PM
To: Nicholas Campins; ewolfe@potteranderson.com; Gumport, Anna; jryan@potteranderson.com
Cc: Nicklas Akers; Bernard Eskandari; Collins, Mark D.; Jeremy W. Ryan (jryan@potteranderson.com)
Subject: RE: Corinthian Colleges, Inc., et al., CASE NO. 15-10952 - Local Rule 2004-1 Conference

Nick --

Thank you for clarifying that your requests do not appear to be tied directly to the complaint filed by your office. However, if your focus is on prepetition transfers, it seems to us that the Debtors are in the best position to provide that information - and that they are already compiling the information in connection with the Unsecured Creditor Committee investigation (as

is typical, the Committee is taking the lead on reviewing our liens and claims on behalf of all interested parties). In a case such as this, we would like to avoid duplicative time and expense.

To the extent you have additional questions or remaining informational requests after dealing with the Debtors, we would be happy to discuss at that point. Mark Collins is copied on this thread and we would ask that you coordinate with him directly in the first instance.

Jennifer

---

JENNIFER HAGLE
Partner

Sidley Austin LLP
+1.213.896.6015
jhagle@sidley.com

-----Original Message-----
From: Nicholas Campins [mailto:Nicholas.Campins@doj.ca.gov]
Sent: Wednesday, June 24, 2015 4:44 PM
To: Hagle, Jennifer C.; ewolfe@potteranderson.com; Gumport, Anna; jryan@potteranderson.com
Cc: Nicklas Akers; Bernard Eskandari; Collins, Mark D.
Subject: RE: Corinthian Colleges, Inc., et al., CASE NO. 15-10952 - Local Rule 2004-1 Conference

Hi Jennifer,

The Rule 2004 production the People would like to meet and confer with Bank of America about falls squarely within the rule. The requests concern the value of debtors estates and substantial transfers from that estate made in favor of lenders. Specifically, based on Debtor statements, it appears that: (1) the Second Amendment specifically called for the appointment of a Chief Restructuring Officer to the Debtor, Mr. Nolan; (2) lenders received substantial cash transfers this year that vastly outstrip Debtor's current cash reserves; (3) Debtors testified at the 341 meeting that lenders were heavily involved in many of debtor's prepetition transactions; and (4) Debtors testified at the 341 meeting that Lenders had superior knowledge to other creditors. Clearly then, creditors are entitled to a full accounting of this activity which substantially impacted the assets and liabilities of the estate.

The stated concerns about the purported stay are irrelevant as the People's requests concern the valuation of the estate and transfers made therefrom.

The People again reiterate their request to meet and confer concerning the scope and timing of the proposed requests which are clearly relevant and call for documents controlled by Bank of America. Please provide dates and times that work for you to meet and confer next week.

Thank you.

Nick Campins

Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 703-5733 (Direct)
(415) 703-5480 (Fax)
Nicholas.Campins@doj.ca.gov

This e-mail may contain confidential and privileged information. If you are not the intended recipient, please contact the sender.

---

From: Hagle, Jennifer C. [jhagle@sidley.com]
Sent: Wednesday, June 24, 2015 3:31 PM
To: Nicholas Campins; ewolfe@potteranderson.com; Gumport, Anna; jryan@potteranderson.com
Cc: Nicklas Akers; Bernard Eskandari; Collins, Mark D.
Subject: RE: Corinthian Colleges, Inc., et al., CASE NO. 15-10952 - Local Rule 2004-1 Conference

Nick,

We have received your below email requesting a meet and confer on the State of California's desire to take Rule 2004 discovery of Bank of America.

Rule 2004(b) states that the scope of Rule 2004 is limited to the "acts conduct, or property or to the liabilities and financial condition of the debtor or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." Obviously discharge is not an issue in the case. Your email, however, does not contain any explanation of how the document requests fit within the other two permissible purposes for Rule 2004 discovery. Absent that context, our client is not in a position to enter into any discussion about discovery requests.

A broader concern is that the state initiated a prepetition suit against the Debtors. As we understand the status of that action, it is stayed pursuant to section 362 of the Bankruptcy Code. Our review of the docket reveals no motion or application to lift the automatic stay or declare the stay to be inapplicable. Given that posture and without any context for the purpose of the discovery, Bank of America has concerns about the propriety of the State of California using Rule 2004 to attempt to obtain discovery from a non-debtor third party while the automatic stay prevents the state from seeking the same information directly from the Debtors.

By copy of this email, I am including counsel for the Debtors, Mark Collins, so that they are aware of the state's request.

Jennifer Hagle

_____________________
JENNIFER HAGLE
Partner

Sidley Austin LLP
+1.213.896.6015
jhagle@sidley.com<mailto:jhagle@sidley.com>

From: Nicholas Campins [mailto:Nicholas.Campins@doj.ca.gov]
Sent: Tuesday, June 23, 2015 3:46 PM
To: ewolfe@potteranderson.com; Gumport, Anna; Hagle, Jennifer C.; jryan@potteranderson.com
Cc: Nicklas Akers; Bernard Eskandari
Subject: Corinthian Colleges, Inc., et al., CASE NO. 15-10952 - Local Rule 2004-1 Conference

Etta, Anna, Jennifer, and Jeremy:

I hope this email finds you well.

I write on behalf of the People of the State of California pursuant to Delaware Bankruptcy Court Local Rule 2004-1. We request a conference with you to attempt to reach an agreement concerning the scope of a proposed initial production of documents by Bank of America, N.A., in its capacity as administrative agent for Lenders under the Fourth Amended and Restated Credit Agreement dated May 17, 2012.

In particular, we plan to request (1) all documents relating to communications among your client and/or lenders and Debtors (and any representative of debtors); (2) all documents uploaded to the initial diligence platform; (3) all documents loaded on Syndtrak or any similar system used by Debtors to communicate with your client and/or the lenders; (4) a spreadsheet showing the date and amounts of all payments by Debtors to lenders.

Please provide us with dates and times next week that work for you. We hope and fully expect that we can reach an agreement concerning the scope and timing of production.

Thank you very much.

Best regards,

Nick Campins

Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 703-5733 (Direct)
(415) 703-5480 (Fax)
Nicholas.Campins@doj.ca.gov<mailto:Nicholas.Campins@doj.ca.gov>

This e-mail may contain confidential and privileged information. If you are not the intended recipient, please contact the sender.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

*****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*****************************************************************************************************

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.