# **EXHIBIT D**

# Nicholas Campins

| | |
|---|---|
| **From:** | Nicholas Campins |
| **Sent:** | Thursday, July 23, 2015 10:03 AM |
| **To:** | 'Collins, Mark D.' |
| **Cc:** | Merchant, Michael J.; Steele, Amanda; Bernard Eskandari; Nicklas Akers; Terranova, Marisa A.; DeFranceschi, Daniel J.; Schwartz, H. Jeffrey; Mortensen Stan A. Esq.; Hagle Jennifer C.; Ramos, Marcos A. |
| **Subject:** | RE: Corinthian Colleges, Inc., et al., CASE NO. 15-10952 |

This is a courtesy email to confirm that the materials have been deleted.  Thanks.

Nick Campins

Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
(415) 703-5733 (Direct)
(415) 703-5480 (Fax)
Nicholas.Campins@doj.ca.gov

This e-mail may contain confidential and privileged information.  If you are not the intended recipient, please contact the sender.

-----Original Message-----
From: Collins, Mark D. [mailto:collins@RLF.com]
Sent: Thursday, July 23, 2015 9:54 AM
To: Nicholas Campins
Cc: Merchant, Michael J.; Steele, Amanda; Bernard Eskandari; Nicklas Akers; Terranova, Marisa A.; DeFranceschi, Daniel J.; Schwartz, H. Jeffrey; Mortensen Stan A. Esq.; Hagle Jennifer C.; Ramos, Marcos A.
Subject: Re: Corinthian Colleges, Inc., et al., CASE NO. 15-10952

Thank you - I think that is the better way to proceed as well.

Regards,

Mark


> On Jul 23, 2015, at 12:50 PM, Nicholas Campins <Nicholas.Campins@doj.ca.gov> wrote:
>
> Mark:
>
> We cannot agree to a confidentiality agreement that would designate all materials produced concerning Debtors' interactions with Prepetition Lenders as Highly Confidential without an understanding as to why such materials deserve that designation.  (As is contemplated by the draft agreement Mr. Ramos sent us).   Indeed doing so would necessarily preclude a fulsome airing of the matter with the Court and other creditor constituencies by severely hampering communication.

1

>
> Based on your email describing the necessity of even an initial confidentiality review, it appears that no such evaluation is contemplated.  Even at a general level, we see no apparent basis for such a designation for these documents considering Debtors' plan to liquidate and discontinue all operations.
>
> As a professional courtesy, we will delete the copies of the documents we downloaded and treat them as inadvertently produced.
>
> We will then incorporate discovery from debtors in the discovery plan we submit to the Court for its review.
>
> Sincerely,
>
> Nick Campins
>
> Deputy Attorney General
> California Department of Justice
> Office of the Attorney General
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA  94102-7004
> (415) 703-5733 (Direct)
> (415) 703-5480 (Fax)
> Nicholas.Campins@doj.ca.gov
>
> This e-mail may contain confidential and privileged information.  If you are not the intended recipient, please contact the sender.
>
>

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

-----Original Message-----
> From: Nicholas Campins
> Sent: Thursday, July 23, 2015 6:57 AM
> To: Collins, Mark D.
> Cc: Merchant, Michael J.; Steele, Amanda; Bernard Eskandari; Nicklas Akers; Terranova, Marisa A.; DeFranceschi, Daniel J.; Schwartz, H. Jeffrey; Mortensen Stan A. Esq.
> Subject: RE: Corinthian Colleges, Inc., et al., CASE NO. 15-10952
>
> Please send us the draft agreement you have in mind as soon as possible and we will consider it.
> _____
> From: Collins, Mark D. [collins@RLF.com]
> Sent: Thursday, July 23, 2015 6:40 AM
> To: Nicholas Campins
> Cc: Merchant, Michael J.; Steele, Amanda; Bernard Eskandari; Nicklas Akers; Terranova, Marisa A.; DeFranceschi, Daniel J.; Schwartz, H. Jeffrey; Mortensen Stan A. Esq.
> Subject: Re: Corinthian Colleges, Inc., et al., CASE NO. 15-10952
>

> Because the documents were produced under a confidentiality agreement with the Committee, we cannot simply turn such documents over to California in an informal basis without either a confidentiality agreement in place or the Debtors' reviewing each such document for confidentiality concerns.  Is California willing to enter into such a confidentiality agreement?  If not, please return immediately the documents that were sent to you by the Committee and we will proceed from there.
>
> Regards,
>
> Mark
>
>
>> On Jul 23, 2015, at 9:31 AM, Nicholas Campins <Nicholas.Campins@doj.ca.gov> wrote:
>>
>> Mark:
>>
>> We were told late yesterday to stop review of the documents produced by Debtors to the unsecured committee.  This apparently relates to confidentiality designations on the documents but the precise reason is unclear to us.
>>
>> Given the very tight timeframe we are operating under further delay is unacceptable.  We hope to restart review in a few hours.  Please let us know if you object to our doing so and tell us why.
>>
>> Thank you.
>>
>> Nick Campins
>>
>> CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.
>
>
> The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.
>
>
> CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.
>