# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., ET AL., | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |
| | Hearing Date: July 27, 2015, at 11 am |

**ORDER ESTABLISHING PRE-CONFIRMATION DISCOVERY
SCHEDULE <u>CONCERNING RELEASE SOUGHT BY PREPETITION LENDERS</u>**

Pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 2004, the Court establishes the following pre-confirmation discovery schedule concerning matters pertaining to the release sought by Prepetition Lenders:

1. **Document Discovery to Debtors.** A production to the People of the State of California has been made. All such documents shall be produced to the Commonwealth of Massachusetts no later than July 31, 2015. Any disputes concerning the production should be brought to the Court as soon as possible for resolution.

2. **Deposition of William Nolan.** The Deposition of Mr. Nolan shall take place at a date agreed upon by the Parties, but no later than August 14. The Deposition shall take place via video conference or telephone to minimize expense for all parties.

3. **Discovery to Prepetition Lenders**. To the extent they have not already been produced by Debtors, for the period June 2014 to the petition date, Prepetition Lenders shall produce (1) all communications between Prepetition Lenders and Debtors; and (2) all communications among Prepetition Lenders related to Debtors. Such production to take place by no later than August 7. Prepetition Lenders shall make a Corporate Representative available for a Deposition by no later than August 14. The Deposition

shall take place via video conference or telephone to minimize expense.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2015
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE