DAN McALLISTER
TREASURER-TAX COLLECTOR
ATTENTION: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, California 92101
Telephone (619) 531-4706
Facsimile (619) 685-2589

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In Re:

**Corinthian Colleges, Inc.**

6 Hutton Centre Drive, Suite 400

Santa Ana, CA 92707

Debtors and Debtors-in-Possession

Case No: 15-10952

CHAPTER 11

**REQUEST FOR SPECIAL NOTICE BY SECURED CREDITOR COUNTY OF SAN DIEGO, CALIFORNIA**

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The San Diego County Treasurer-Tax Collector of California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters, **plan of re-organization, disclosure statement** and all other documents and papers pertaining to the above captioned case, including all notices required under the Bankruptcy code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest to the following address:

DAN McALLISTER
TREASURER-TAX COLLECTOR
ATTENTION: BANKRUPTCY DESK
1600 Pacific Highway, Room 162
San Diego, California 92101
TEL (619) 531-5266
FAX (619) 685-2589

Dated: July 21, 2015

_____
Janida Hart

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of San Diego. I am over the age of eighteen years, and not a party to the within action; my business address is 1600 Pacific Highway, Room 162, San Diego, CA 92101.

On July 21, 2015, I served the within REQUEST FOR SPECIAL NOTICE BY SECURED CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed to those parties indicated below:

**Mark D. Collins**
Richard, Layton & Finger, P.A.
One Rodney Square
920 North King St.
Wilmington, DE 19801

**Clerk's Office**
824 Market St., 3rd Floor
Wilmington, DE 19801

☒ **BY REGULAR MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION:** I transmitted the above listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, Janida Hart, declare that I am employed in the office at whose direction this mailing is made. Executed on July 21, 2015, in San Diego, California.

*/s/ Janida Hart*
Janida Hart