# SIGN-IN-SHEET

CASE NAME: Corinthian Colleges, Inc.
CASE NO.: 15-10952-KJC

COURTROOM LOCATION: 5
DATE: July 27, 2015

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeremy Ryan | Potter Anderson & Corroon | Bank of America |
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Natalie M. Cox | U.S. DOJ | U.S. Trustee |
| Mark D. Collins | Richards Layton & Finger PA | Debtors |
| Amanda R. Steele | " | " " |
| Shanti Katona | Polsinelli | Student Committee |
| Jeffrey Schwartz | Brown Rudnick | Committee GUCs |
| Fred Rosner | Rosner Law Group | Committee GUCs |
| Leigh-Anne Raport | Ashby & Geddes | Campus Student Funding |

# Court Conference

U.S. Bankruptcy Court-Delaware (DE - US)
Confirmed Telephonic Appearance Schedule
Honorable Kevin J. Carey
#5

Calendar Date: 07/27/2015
Calendar Time: 11:00 AM ET

Amended Calendar 07/27/2015 07:27 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7061722 | Lorie Ball | (310) 552-0130 | Robins Kaplan LLP | Interested Party, The Official Committee of Student Creditors / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7063443 | William A. Calhoun | 714-825-7225 | Corinthian Colleges, Inc. | Debtor, Corinthian Colleges, Inc. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7058776 | Nicholas Campins | (415) 703-5733 | Office of the Attorney General of Calif | Interested Party, State of California / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7060966 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7057773 | Bernard Eskandari | 213-897-2652 | California Department of Justice | Creditor, State of California / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7061700 | Scott F. Gautier | (310) 552-0130 | Robins Kaplan LLP | Debtor, Official Committee of Unsecured Creditors / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7063435 | Stephanie J. Gleason | (212) 416-2107 | Dow Jones | Interested Party, Dow Jones / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7057387 | Anna Gumport | (213) 896-6064 | Sidley Austin LLP | Creditor, Bank of America, N.A. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7057366 | Jennifer C. Hagle | 213-896-6015 | Sidley Austin LLP | Creditor, Bank of America / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7061891 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Patrick Holohan / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7058512 | Peter Leight | (617) 963-2448 | State of Massachusetts - Office of the | Interested Party, State of Massachusetts - Office of the Attorney General / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7063445 | Stan Mortensen | (714) 427-3000 | Corinthian Colleges, Inc. | Debtor, Corinthian Colleges, Inc. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7061990 | William Nolan | 704-998-6022 | FTI Consulting, Inc. | Debtor, Corinthian Colleges, Inc. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7061126 | Lloyd Randolph | 202-307-0356 | U.S. Department of Justice - Civil Divis | Creditor, United States on Behalf of the Department of Education / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | 15-10952 | Hearing | 7063453 | Ann K. Richardson | (213) 385-2977 | Public Counsel | Creditor, Committee of Student Creditors / LIVE |
| Corinthian Colleges, Inc. | 15-10952 | Hearing | 7062435 | Brad R Schneider | (213) 683-9100 ext. 9237 | Munger, Tolles & Olson LLP | Interested Party, Jack Massimino / LISTEN ONLY |