## Exhibit A

**Debtors' Corporate Structure**

# Corinthian Colleges Organization
## Legal Structure




**CORINTHIAN COLLEGES, INC.** [1]
897 - Delaware
33-0717312

- **CORINTHIAN SCHOOLS, INC.** — Delaware — 95-4520525
  - **GRAND RAPIDS EDUCATION CENTER, INC.** — Michigan — 38-2442031
- **CAREER CHOICES, INC.** — California — 33-0661425
  - **ASHMEAD EDUCATION, INC.** — Washington — 91-1419120
  - **ETON EDUCATION, INC.** — Washington — 94-3343608
  - **SEQUOIA EDUCATION, INC.** — California — 94-3135739
- **RHODES COLLEGES, INC.** — Delaware — 33-0717311
  - **EVEREST COLLEGE PHOENIX, INC.** — Arizona — 45-2216173
    - **QUICKSTART INTELLIGENCE CORPORATION** — California — 33-0975665
  - **RHODES BUSINESS GROUP, INC.** — Delaware — 33-0726709
    - **FLORIDA METROPOLITAN UNIVERSITY, INC.** — Florida — 33-0717605
- **SOCLE EDUCATION, INC.** — Delaware — 36-4743477
- **TITAN SCHOOLS, INC.** — Delaware — 52-2133201
  - **MJB ACQUISITION CORPORATION** — Wyoming — 83-0301912
  - **ECAT ACQUISITION, INC.** — Delaware — 57-1177789
- **PEGASUS EDUCATION, INC.** — Delaware — 33-0982336
- **CORINTHIAN PROPERTY GROUP, INC.** — Florida — 33-0752106
- **CDI EDUCATION USA, INC.** — Delaware — 87-0720505

**SD III-B HEALD HOLDINGS CORP.** — Delaware — 26-4439707

**SP PE VII-B HEALD HOLDINGS CORP.** — Delaware — 26-4440115

**HEALD CAPITAL, LLC** [2] — Delaware — 20-8836164

- **HEALD EDUCATION, LLC** — Delaware — 20-8621465
  - **HEALD COLLEGE, LLC.** — California — 20-8699639
- **HEALD REAL ESTATE, LLC** — Delaware — 20-8964281

[1] – This organization legal structure chart does not include Canadian entities. Everest Colleges Canada, Inc. and Career Canada C.F.P filed for Canadian bankruptcy protections under the *Bankruptcy and Insolvency Act*.
[2] – Heald Capital, LLC ownership is split between Corinthian Colleges, Inc. (86.19%), SP PE VII-B Heald Holdings Corp. (11.77%), and SD III-B Heald Holdings Corp. (2.04%)