IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| ------------------------------------------------------------ | § | Re: Docket Nos. 520, 614, 646 & 655 |

**NOTICE OF FILING OF BLACKLINE OF DEBTORS' SECOND
AMENDED AND MODIFIED COMBINED DISCLOSURE
STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION**

PLEASE TAKE NOTICE that, on July 24, 2015, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 646] (the "**Second Amended Combined Plan and Disclosure Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that, on July 27, 2015, the Bankruptcy Court held a hearing to consider the adequacy of the information contained in the Second Amended Combined Plan and Disclosure Statement (the "**Hearing**").  At the Hearing, the Bankruptcy Court approved the Disclosure Statement, subject to the Debtors making certain revisions as set forth on the record at the Hearing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

PLEASE TAKE FURTHER NOTICE that, on July 27, 2015, consistent with the statements made on the record at the Hearing, the Debtors filed a further revised and executed version of the *Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 655] (the "**Revised Second Amended Combined Plan and Disclosure Statement**") with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a blackline of the Revised Second Amended Combined Plan and Disclosure Statement against the Second Amended Combined Plan and Disclosure Statement.

| | |
|---|---|
| Dated: July 27, 2015<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>   merchant@rlf.com<br>   terranova@rlf.com<br>   steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |