## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

-------------------------------------------------------------

### NOTICE OF (I) DEADLINE FOR CASTING VOTES TO ACCEPT OR REJECT THE DEBTORS' PLAN OF LIQUIDATION, (II) THE HEARING TO CONSIDER CONFIRMATION OF THE COMBINED PLAN AND DISCLOSURE STATEMENT AND (III) CERTAIN RELATED MATTERS

### PLEASE TAKE NOTICE OF THE FOLLOWING:

1.      On July 1, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Combined Disclosure Statement* and *Chapter 11 Plan of Liquidation* [Docket No. 520].  On July 21, 2015, the Debtors filed the *Debtors' First Amended and Modified Combined Disclosure Statement* and *Chapter 11 Plan of Liquidation* [Docket No. 614].  On July 27, 2015, the Debtors filed the *Debtors' Second Amended and Modified Combined Disclosure Statement* (the "**Disclosure Statement**") and *Chapter 11 Plan of Liquidation* (the "**Plan**") [Docket No. 655] (collectively, the "**Combined Plan and Disclosure Statement**").  Pursuant to the order dated July 27, 2015 (the "**Disclosure Statement Approval and Procedures Order**"), the Court approved, among other things, the Disclosure Statement.

2.      A hearing to consider the confirmation of the Plan (the "**Confirmation Hearing**") will be held before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **August 26, 2015 at 1:00 p.m. (ET)**.

3.      Objections to confirmation of the Plan, if any, must: (i) be in writing; (ii) state the name and address of the objecting party and the nature of the Claim or Equity Interest of such party; and (iii) be filed with the Court and served on: (a) on counsel for the Debtors, Richards,

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn.: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (b) counsel to Bank of America, N.A, Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013 (Attn.: Jennifer C. Hagle, Esq. and Anna Gumport, Esq.) and Potter Anderson Corroon LLP, 1313 North Market Street, Sixth Floor, P.O. Box 951, Wilmington, Delaware 19899 (Attn.: Jeremy W. Ryan, Esq. and Etta R. Mayers, Esq.); (c) the U.S. Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn.: Timothy Jay Fox, Jr., Esq. and Richard L. Schepacarter, Esq.); (d) counsel for the Unsecured Creditors' Committee, Brown Rudnick LLP, Seven Times Square, New York, New York, 10036 (Attn.: H. Jeffrey Schwartz, Esq. and Bennett S. Silverberg, Esq.) and The Rosner Law Group LLC, 824 Market Street, Suite 810, Wilmington, Delaware 19801 (Attn.: Frederick B. Rosner, Esq. and Julia B. Klein, Esq.); and (e) counsel to the Student Creditors' Committee, Robins Kaplan LLP, 2049 Century Park East, Suite 3400, Los Angeles, California 90067 (Attn.: Scott F. Gautier, Esq., Lorie A. Ball, Esq., and Cynthia C. Hernandez, Esq.) and Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801 (Attn.: Christopher A. Ward, Esq. and Shanti M. Katona, Esq.), so as to be received no later than **4:00 p.m. prevailing Eastern Time on August 21, 2015**. The Debtors reserve the right to file a consolidated reply to any such objection no later than August 25, 2015 at 12:00 p.m. (ET).

4.      Pursuant to the Disclosure Statement Approval and Procedures Order, the Court approved the use of certain materials in the solicitation of votes to accept or reject the Plan and certain procedures for the tabulation of votes to accept or reject the Plan. If you are a holder of a Claim against the Debtors as of July 27, 2015 (the "**Record Date**") and entitled to vote, you have received with this Notice a ballot form (a "**Ballot**") and instructions for completing the Ballot.

5.      For a vote to accept or reject the Plan to be counted, the holder of a Ballot must complete all required information on the Ballot, execute the Ballot and return the completed Ballot in accordance with the instructions so that it is received by **5:00 p.m. (ET) on August 21, 2015** (the "**Voting Deadline**"). Any failure to follow the instructions included with the Ballot or to return a properly completed Ballot so that it is received by the Voting Deadline may disqualify such Ballot and vote on the Combined Plan and Disclosure Statement. The rules and procedures for the tabulation of the votes are outlined in the Disclosure Statement Approval and Procedures Order.

6.      If a holder of a Claim wishes to challenge the allowance or disallowance of a Claim for voting purposes under the Tabulation Procedures (as defined in the Disclosure Statement Approval and Procedures Order), such entity must file a motion, pursuant to Bankruptcy Rule 3018(a), for an order temporarily allowing such Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the undersigned counsel to the Debtors so that it is received no later than 4:00 p.m. prevailing Eastern Time on August 14, 2015 at 4:00 p.m. (ET). The Debtors shall have until August 19, 2015 at 4:00 p.m. (ET) to file and serve any responses to such motions. Unless the Court orders otherwise, such Claim will not be counted for voting purposes in excess of the amount determined in accordance with the Tabulation Procedures.

7.      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order confirming the Plan.

RLF1 12647064v.1

8.      Copies of the Combined Plan and Disclosure Statement and the Disclosure Statement Approval and Procedures Order are available for review without charge at Balloting Agent's website: www.omnimgt.com/corinthiancolleges or by contacting the Balloting Agent by email CorinthianColleges@omnimgt.com or telephone 866-205-3148.

Dated: July 27, 2015                    /s/ Marisa A. Terranova
     Wilmington, Delaware            Mark D. Collins (No. 2981)
                                        Michael J. Merchant (No. 3854)
                                        Marisa A. Terranova (No. 5396)
                                        Amanda R. Steele (No. 5530)
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        920 N. King Street
                                        Wilmington, Delaware 19801

                                        Counsel for the Debtors and Debtors in Possession

RLF1 12647064v.1