IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF FREDERICK B. ROSNER

I, Frederick B. Rosner, state as follows:

1. I am an attorney admitted to practice in the State of Delaware and before this Court, and the sole member of The Rosner Law Group LLC ("RLG"). RLG is a Delaware law firm with offices at 824 North Market Street, Suite 810, Wilmington, Delaware 19801.

2. This declaration (the "Supplemental Declaration") is submitted to supplement the Declaration of Frederick B. Rosner dated June 1, 2015, in support of the application of the Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors").

3. RLG files this Supplemental Declaration to disclose that RLG serves as Delaware counsel to Hyatt Hotels and Carren B. Shulman, Esquire, of the firm Sheppard Mullin Richter & Hampton LLP in *In re Northshore Mainland Service, Inc.*, *et al.*, case no. 15-11402 (KJC) ("*Northshore*"), a bankruptcy matter unrelated to these Chapter 11 Cases. Hyatt Hotels is a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016353. }

creditor in the *Northshore* bankruptcy cases. Ms. Shulman represents Marriott Hotel Services, Inc., a member of the Committee, in these Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2015
      Wilmington, Delaware

                                  */s/ Frederick B. Rosner*
                                Frederick B. Rosner (DE #3995)