**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| Corinthian Colleges, Inc., *et al.*, | Case No.:  15-10952 (KJC) |
| Debtor. | **Related Docket No. 490** |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX

PLEASE TAKE NOTICE that McCarter & English LLP and Kreis, Enderle, Hudgins & Boros, PC hereby withdraws their appearance as counsel for Westmain 2000, LLC in the above-captioned matter. McCarter & English LLP also withdraws its request for receipt of all notices including electronic notices of documents in the above-captioned matter.

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove them from the electronic noticing matrix for the above-captioned bankruptcy case.

Date:  July 28, 2015
Wilmington, DE

**McCARTER & ENGLISH LLP**

 */s/* Katharine L. Mayer_____
Katharine L. Mayer (DE ID #3758)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone:  (302) 984-6300
Email: kmayer@mccarter.com

-and-

**KREIS, ENDERLE, HUDGINS & BOROS, PC**
Thomas G. King (P34006)
PO Box 4010
Kalamazoo, MI  49003-4010
Telephone:  (269) 324-3000
Email: tking@kreisenderle.com
*Counsel for Westmain 2000, LLC*

ME1 20867674v.1