# CERTIFICATE OF SERVICE

I, Katharine L. Mayer, do hereby certify that on June 17, 2015, I caused a true and correct copy of the *Notice of Withdrawal of Appearance and Request for Removal from Electronic Noticing Matrix* to be served upon the below listed by U.S. Mail, postage pre-paid.

    /s/ Katharine L. Mayer  
Katharine L. Mayer (DE ID #3758)

Mark D. Collins  
Richards, Layton & Finger, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
*Debtors' Counsel*

Frederick Rosner  
The Rosner Law Group LLC  
824 N Market St Ste 810  
Wilmington, DE 19801

Richard L. Schepacarter  
Office of the United States Trustee  
U. S. Department of Justice  
844 King Street, Suite 2207  
Lockbox #35  
Wilmington, DE 19801

ME1 20867674v.1