## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on July 23, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A**, (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B**, and (iii) via facsimile to the parties listed in **Exhibit C** attached hereto:

- **Debtors' Amended Motion for an Order (I) Authorizing the Debtors to Transfer Certain Assets Free and Clear of all Liens, Claims and Encumbrance in Connection with the Settlement of Corporate Ridge Office, LLC's Administrative Rent Claims; and (II) Granting Certain Related Relief [Docket No. 633]**

Dated: July 27, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

| | |
|---|---|
| {State of California | } |
| { | } ss. |
| {County of Los Angeles | } |

Subscribed and sworn to (or affirmed) before me on this 27 day of July, 20 15, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## EXHIBIT A

| | | |
|---|---|---|
| ARAPAHOE COUNTY TREASURER<br>ROBERT HILL<br>RHILL@ARAPAHOEGOV.COM | ARAPAHOE COUNTY TREASURER<br>WENDY ROSSMAN<br>WROSSMAN@ARAPAHOEGOV.COM | ASHBY & GEDDES, P.A.<br>LEIGH-ANNE RAPORT<br>LRAPORT@ASHBY-GEDDES.COM |
| ASHBY & GEDDES, P.A.<br>RICARDO PALACIO<br>RPALACIO@ASHBY-GEDDES.COM | ASHBY & GEDDES, P.A.<br>WILLIAM BOWDEN<br>WBOWDEN@ASHBY-GEDDES.COM | BMC GROUP, INC.<br>T. FEIL<br>TFEIL@BMCGROUP.COM |
| BOVITZ & SPITZER<br>J. SCOTT BOVITZ<br>BOVITZ@BOVITZ-SPITZER.COM | BROWN RUDNICK LLP<br>BENNETT SILVERBERG<br>BSILVERBERG@BROWNRUDNICK.COM | BROWN RUDNICK LLP<br>H. JEFFREY SCHWARTZ<br>JSCHWARTZ@BROWNRUDNICK.COM |
| COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN<br>GLENN.KAPLAN@STATE.MA.US | COMMONWEALTH OF MASSACHUSETTS<br>PETER LEIGHT<br>PETER.LEIGHT@STATE.MA.US | COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| DEVELOPMENT RESOURCES, INC.<br>JOHN GIANNOPOULOS<br>JOHNG@DEVRESINC.COM | DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>JOHN.MICHEL@DBR.COM | DRINKER BIDDLE & REATH LLP<br>HOWARD A. COHEN<br>HOWARD.COHEN@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>MICHAEL.POMPEO@DBR.COM | FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>CFULLER@FWLAW.COM | FRANKGECKER LLP<br>JOSEPH FRANK<br>JFRANK@FGLLP.COM |
| FRANKGECKER LLP<br>REED HEILIGMAN<br>RHEILIGMAN@FGLLP.COM | HAWAII STATE DEPARTMENT OF EDUCATION<br>LEGAL DEPT<br>DOE_INFO@HAWAIIDOE.ORG | IRON MOUNTAIN INFORMATION MANAGEMENT<br>JOSEPH CORRIGAN<br>BANKRUPTCY2@IRONMOUNTAIN.COM |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN<br>BFREEMAN@JMBM.COM | JEFFER MANGELS BUTLER & MITCHELL LLP<br>DAVID POITRAS<br>DPOITRAS@JMBM.COM | KATTEN MUCHIN ROSENMAN LLP<br>BRIAN HUBEN<br>BRIAN.HUBEN@KATTENLAW.COM |
| KATTEN MUCHIN ROSENMAN LLP<br>DUSTIN BRANCH<br>DUSTIN.BRANCH@KATTENLAW.COM | KELLEY DRYE & WARREN LLP<br>BANKRUPTCY DEPARTMENT<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COI | KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>RLEHANE@KELLEYDRYE.COM |
| KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>THOMAS G. KING<br>TKING@KREISENDERLE.COM | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DAVID G. AELVOET<br>SANANTONIO.BANKRUPTCY@PUBLICANS.COM | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>DALLAS.BANKRUPTCY@PUBLICANS.COM |
| MCCARTER & ENGLISH, LLP<br>KATHARINE L. MAYER<br>KMAYER@MCCARTER.COM | MORRIS JAMES LLP<br>CARL N. KUNZ III<br>CKUNZ@MORRISJAMES.COM | MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>JWAXMAN@MORRISJAMES.COM |
| MORRISON & FOERSTER LLP<br>ERICA RICHARDS<br>ERICHARDS@MOFO.COM | MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI<br>LMARINUZZI@MOFO.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>RICHARD.SCHEPACARTER@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY FOX<br>TIMOTHY.FOX@USDOJ.GOV | OREGON DEPARTMENT OF JUSTICE<br>CAROLYN G. WADE<br>CAROLYN.G.WADE@DOJ.STATE.OR.US | PALM SPRINGS MILE ASSOCIATES, LTD<br>PHILLIP J. EISENBERG<br>PEISENBERG@PIHC.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>ELIZABETH BANDA CALVO<br>EBCALVO@PBFCM.COM | PIRCHER, NICHOLS & MEEKS<br>EUGENE J.M. LEONE<br>ELEONE@PIRCHER.COM | POLSINELLI PC<br>CHRISTOPHER WARD<br>CWARD@POLSINELLI.COM |
| POLSINELLI PC<br>SHANTI KATONA<br>SKATONA@POLSINELLI.COM | POTTER ANDERSON & CORROON LLP<br>ETTA MAYERS<br>EMAYERS@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN<br>JRYAN@POTTERANDERSON.COM |

**Corinthian Colleges, Inc. -  Service List to e-mail Recipients**                                                    Served 7/23/2015

| | | |
|---|---|---|
| ROBINS KAPLAN LLP<br>CYNTHIA HERNANDEZ<br>CHERNANDEZ@ROBINSKAPLAN.COM | ROBINS KAPLAN LLP<br>LORIE BALL<br>LBALL@ROBINSKAPLAN.COM | ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>SGAUTIER@ROBINSKAPLAN.COM |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ABIGAIL SNOW<br>ASNOW@SSBB.COM | SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE<br>CBELMONTE@SSBB.COM | SHEPPARD, MULLIN, RICHTER & HAMPTON<br>LEGAL DEPT<br>NY-DOCKETING@SHEPPARDMULLIN.COM |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>CARREN B. SHULMAN<br>CSHULMAN@SHEPPARDMULLIN.COM | SIDLEY AUSTIN LLP<br>ANNA GUMPORT<br>AGUMPORT@SIDLEY.COM | SIDLEY AUSTIN LLP<br>JENNIFER HAGLE<br>JHAGLE@SIDLEY.COM |
| SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>RTUCKER@SIMON.COM | SKADDEN, ARPS, SLATE, MEAGHER & FLOM<br>FELICIA GERBER PERLMAN<br>FELICIA.PERLAMN@SKADDEN.COM | SKADDEN, ARPS, SLATE, MEAGHER & FLOM<br>SARAH E. PIERCE<br>SARAH.PIERCE@SKADDEN.COM |
| STATE OF MICHIGAN<br>HEATHER DONALD<br>DONALDH@MICHIGAN.GOV | THE ROSNER LAW GROUP<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | THE ROSNER LAW GROUP<br>JULIA B. KLEIN<br>KLEIN@TEAMROSNER.COM |
| TN DEPT OF REVENUE<br>LEGAL DEPT<br>AGBANKDELAWARE@AG.TN.GOV | TRAVIS COUNTY<br>KAY D. BROCK<br>KAY.BROCK@TRAVISCOUNTY.GOV | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>COURTNEY J. HULL<br>COURTNEY.HULL@TEXASATTORNEYGENERAL.GOV |
| U.S. DEPARTMENT OF JUSTICE<br>JOHN KRESSE<br>JOHN.KRESSE@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>LLOYD H. RANDOLPH<br>LLOYD.RANDOLPH@USDOJ.GOV | WISCONSIN DEPARTMENT OF JUSTICE<br>F. MARK BROMLEY, AAG<br>BROMLEYFM@DOJ.STATE.WI |

Parties Served:  66

# **EXHIBIT B**

ARAPAHOE COUNTY TREASURER
ROBERT HILL
5334 S. PRINCE STREET
LITTLETON CO 80166

BMC GROUP, INC.
T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO CA 90245

BOVITZ & SPITZER
J. SCOTT BOVITZ
1100 WILSHIRE BLVD., S
SUITE 2403
LOS ANGELES CA 90017

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK NY 10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND OR 97232

CA LABOR & WORKFORCE DEV AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND CA 94612

CALIFORNIA DEPARTMENT OF EDUCATION
1430 N STREET
SACRAMENTO CA 95814-5901

CITY OF COLORADO SPRINGS SALES TAX
DEPARTMENT OF 2408
DENVER, CO 80256-0001

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN STREET
DENVER, CO 80261-0006

CORPORATE RIDGE OFFICE, LLC
C/O REAL CAPITAL SOLUTIONS, INC.
371 CENTENNIAL PARKWAY, SUITE 200
LOUISVILLE, CO 80027

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
FRANCHISE TAX DIVISION
DOVER DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK NY 10013

DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON DE 19802

EL PASO COUNTY
TREASURER
P.O. BOX 2018
COLORADO SPRINGS, CO 80901

EQUITY ONE, INC.
LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

GE INFORMATION TECH SOLUTIONS
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON GA 31208-3708

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU HI 96813

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAILSTOP 5-Q30.133
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICES
LEGAL DEPT
OGDEN, UT 84201-0039

JUSTICE DEPARTMENT
1300 I ST., #1142
SACRAMENTO CA 95814-5901

KREIS, ENDERLE, HUDGINS & BORSOS
THOMAS G. KING
PO BOX 4010
KALAMAZOO MI 49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI OH 75271-2711

MCCARTER & ENGLISH, LLP
KATHARINE L. MAYER
405 N. KING STREET
8TH FLOOR
WILMINGTON DE 19801

NEW YORK STATE DEPARTMENT OF LABOR
BLDG. 12, W.A. HARRIMAN CAMPUS
ALBANY NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMIN.
800 W. WASHINGTON STREET
2ND FLOOR
PHOENIX AZ 85007

OFFICE OF THE ATTORNEY GENERAL
MAURA HEALEY/P. LEIGHT/G. KAPLAN
ONE ASHBURTON PLACE
18TH FLOOR
BOSTON MA 2108

OFFICE OF THE U.S. ATTORNEY
FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU HI 96850

OFFICE OF THE U.S. ATTORNEY
JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK NY 10007

**Corinthian Colleges, Inc. - Overnight Mail**                                                    Served 7/23/2015

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM OR  97301-4096

POTENTIAL BIDDER-1
ADDRESS REDACTED

POTENTIAL BIDDER-2
ADDRESS REDACTED

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER DE  19903

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC  20549

SECURITIES & EXCHANGE COMMISSION
GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY  10281-1022

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON DE  19801-0820

STATE OF MI/DEPT. OF TREASURY
BILL SCHUETTE/HEATHER DONALD
3030 W. GRAND BLVD.
CADILLAC PLACE, SUITE 10-200
DETROIT MI 48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND OR  97701

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT/KAREN AXSOM
800 W. WASHINGTON ST
PHOENIX AZ  85007

THE ROSNER LAW GROUP
JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET
SUITE 810
WILMINGTON DE  19801

TN DEPT OF REVENUE
TN ATTY GENERAL'S OFFICE
PO BOX 20207
BANKRUPTCY DIVISION
NASHVILLE TN  37202-0207

U.S. ATTORNEY'S OFFICE
CHARLES M. OBERLY, III
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON DE  19801

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC  20530-0001

UNITED STATES DEPARTMENT OF LABOR
THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON DC  20210

WATT LONG BEACH, LLC
JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA CA  90405

ZENITH EDUCATION GROUP, INC.
C/O ECMC GROUP, INC.
1 IMATION PLACE, BUILDING 2
OASKDALE MN 55128

Parties Served: 50

# EXHIBIT C

ASHBY & GEDDES, P.A.
LEIGH-ANNE RAPORT
302-654-2067

ASHBY & GEDDES, P.A.
RICARDO PALACIO
302-654-2067

ASHBY & GEDDES, P.A.
WILLIAM BOWDEN
302-654-2067

COMMONWEALTH OF PENNSYLVANIA
LINDA MITTEN
717-787-7671

DEVELOPMENT RESOURCES, INC.
JOHN GIANNOPOULOS
312-822-0561

DRINKER BIDDLE & REATH LLP
H. JOHN MICHEL, JR.
215-988-2757

DRINKER BIDDLE & REATH LLP
HOWARD A. COHEN
302-467-4201

DRINKER BIDDLE & REATH LLP
MICHAEL P. POMPEO
212-248-3141

FAIRFIELD AND WOODS, P.C.
CAROLINE C. FULLER
303-830-1033

FRANKGECKER LLP
JOSEPH FRANK
312-276-0035

FRANKGECKER LLP
REED HEILIGMAN
312-276-0035

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
JOSEPH CORRIGAN
617-451-0409

JEFFER MANGELS BUTLER & MITCHELL LLP
BARRY FREEMAN
310-712-8571

KATTEN MUCHIN ROSENMAN LLP
BRIAN HUBEN
310-788-4471

KATTEN MUCHIN ROSENMAN LLP
DUSTIN BRANCH
310-788-4471

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
212-808-7897

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DAVID G. AELVOET
210-225-6410

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ELIZABETH WELLER
469-221-5003

MISSOURI DEPARTMENT OF REVENUE
STEVEN A. GINTHER
573-751-7232

MORRIS JAMES LLP
CARL N. KUNZ III
302-571-1750

MORRIS JAMES LLP
JEFFREY R. WAXMAN
302-571-1750

MORRISON & FOERSTER LLP
ERICA RICHARDS
212-468-7900

MORRISON & FOERSTER LLP
LORENZO MARINUZZI
212-468-7900

OFFICE OF PRIVATE POSTSECONDARY EDUCATION
LEGAL DEPT
503-378-8395

OFFICE OF THE U.S. ATTORNEY
KELLY T. CURRIE
718-254-7508

OFFICE OF THE UNITED STATES TRUSTEE
RICHARD SCHEPACARTER
302-573-6497

OFFICE OF THE UNITED STATES TRUSTEE
TIMOTHY FOX
302-573-6497

OREGON DEPARTMENT OF JUSTICE
CAROLYN G. WADE
503-373-7067

PALM SPRINGS MILE ASSOCIATES, LTD
PHILLIP J. EISENBERG
212-545-1410

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLF
ELIZABETH BANDA CALVO
817-860-6509

PIRCHER, NICHOLS & MEEKS
EUGENE J.M. LEONE
312-915-3348

POLSINELLI PC
CHRISTOPHER WARD
302-252-0921

POLSINELLI PC
SHANTI KATONA
302-252-0921

POTTER ANDERSON & CORROON LLP
ETTA MAYERS
302-658-1192

POTTER ANDERSON & CORROON LLP
JEREMY RYAN
302-658-1192

ROBAINA & KRESIN
THOMAS GRIFFIN
602-682-6455

ROBINS KAPLAN LLP
CYNTHIA HERNANDEZ
310-229-5800

ROBINS KAPLAN LLP
LORIE BALL
310-229-5800

ROBINS KAPLAN LLP
SCOTT F. GAUTIER
310-229-5800

RUDER WARE, L.L.S.C.
JEREMY M. WELCH
715-845-2718

SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE
212-818-9606

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CARREN B. SHULMAN
212-653-8701

SIDLEY AUSTIN LLP
ANNA GUMPORT
213-896-6600

SIDLEY AUSTIN LLP
JENNIFER HAGLE
213-896-6600

SIMON PROPERTY GROUP, INC.
RONALD M. TUCKER
317-263-7901

**Corinthian Colleges, Inc. -  Service List to Facsimile Recipients**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FELICIA GERBER PERLMAN
312-407-0411

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
SARAH E. PIERCE
302-651-3001

TRAVIS COUNTY
KAY D. BROCK
512-854-4808

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEY J. HULL
512-936-1409

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
202-514-9163

WISCONSIN DEPARTMENT OF JUSTICE
F. MARK BROMLEY, AAG
608-267-8906

Parties Served:  51