# EXHIBIT A

## Rejected Lease

| Campus | Landlord Name | Address 1 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|
| Cross Lanes | RMS Properties LP | 1108 Skytop Circle | Charleston | WV | 25314 | Lease Agreement, by and between Burdette Realty Improvement, Inc. ("Landlord") and National Education Centers, Inc. ("Tenant"), and any amendments thereto | 11/21/1991 | 7/29/2015 |