IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: Docket No. 225** |

-------------------------------------------------------------

**QUARTERLY STATEMENT OF AMOUNTS PAID TO ORDINARY
COURSE PROFESSIONALS FOR THE QUARTER ENDING JUNE 30, 2015**

PLEASE TAKE NOTICE that pursuant to the *Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business,* Nunc Pro Tunc *to the Petition Date* [Docket No. 225] (the "**OCP Order**"), the Debtors hereby submit the following statement of amounts paid to ordinary course professionals (each, an "**OCP**") during the first quarterly period from May 4, 2015[2] through June 30, 2015 (the "**Quarter**") for professional services rendered to the Debtors.

PLEASE TAKE FURTHER NOTICE that the chart attached hereto as **Exhibit A** provides the following information: (i) the name of the OCP and (ii) the aggregate amounts paid during the reported Quarter as compensation for services rendered and reimbursement of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] The Debtors commenced the above-captioned Chapter 11 cases on May 4, 2015.

RLF1 12659642v.1

expenses incurred by that OCP. As set forth in **Exhibit A**, the Debtors have not made any payments to the OCPs during the Quarter.

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to amend the chart attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: July 30, 2015<br>Wilmington, Delaware | */s/* Marisa A. Terranova<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>       merchant@rlf.com<br>       terranova@rlf.com<br>       steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |