# **EXHIBIT A**

**Payments to Ordinary Course Professionals**
**for Services Rendered to the Debtors for the Period**
**May 4, 2015 to June 30, 2015**

| Ordinary Course Professional | Month of Payment | Compensation Paid During Month | Total Compensation Paid During the Quarter |
|---|---|---|---|
| Latham & Watkins | May 2015 | $0 | $0 |
| | June 2015 | $0 | |
| O'Melveny & Myers LLP | May 2015 | $0 | $0 |
| | June 2015 | $0 | |
| Greenberg Gross, LLC | May 2015 | $0 | $0 |
| | June 2015 | $0 | |
| Duane Morris | May 2015 | $0 | $0 |
| | June 2015 | $0 | |
| Cooley LLP | May 2015 | $0 | $0 |
| | June 2015 | $0 | |
| Diana A. Scherer, Attorney at Law | May 2015 | $0 | $0 |
| | June 2015 | $0 | |

RLF1 12659642v.1