## **EXHIBIT A**

**Rejected Lease**

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Colorado Springs - Garden of the Gods | Arsenault Investments IV, LLC | c/o Real Capital Solutions, Inc. | 371 Centennial Parkway, Suite 200 | | Louisville | CO | 80027 | Amended and Restate Lease Agreement, by and between Corinthian Colleges, Inc. and Springs Garden of the Gods, LLC, and any amendments thereto | 3/31/2010 | 7/30/2015 |
| | Corporate Ridge Office, LLC | c/o Real Capital Solutions, Inc. | 371 Centennial Parkway, Suite 200 | | Louisville | CO | 80027 | | | |