# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re CORINTHIAN COLLEGES, INC., et al[1]

Case No. 15-10952
Reporting Period: June 1 – June 30, 2015

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/ Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | Note 1 | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | Note 1 | |
| Schedule of Professional Fees Paid | MOR-1b | Yes | Note 1 | |
| Copies of bank statements | | No | | |
| Cash disbursements journals | | Yes | Note 1 | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Post-petition Taxes | MOR-4 | Yes | Note 1 | |
| Copies of IRS Form 6123 or payment receipt | | N/A | Note 1 | |
| Copies of tax returns filed during reporting period | | No | Note 1 | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | Note 1 | |
| Listing of aged accounts payable | MOR-4 | Yes | Note 1 | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | Note 1 | |
| Debtor Questionnaire | MOR-5 | Yes | Note 1 | |

Note:
(1) Cash Receipts and Disbursements have been reported on a Consolidated Basis.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date _____

Signature of Joint Debtor _____    Date _____

Signature of Authorized Individual* _____    Date _2/30/15_

Printed Name of Authorized Individual _ROBERT C. OWEN_    Title of Authorized Individual _CHIEF FINANCIAL OFFICER_

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; or a manager or member if debtor is a limited liability company.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

RLF1 3255859v.1

# MOR – 1
# Schedule of Cash Receipts and Disbursements

## **Corinthian Colleges, Inc. - Consolidated**

### *6/1/15 - 6/30/15*

*($ in Thousands)*

**Week Ending:**

**RECEIPTS**

| | | |
|---|---|---:|
| Receivables / Education Receipts | $ | - |
| Proceeds from Sale of Equipment / FF&E | | 18 |
| Zenith Indemnification Escrow | | - |
| Other Cash Receipts | | 793 |
| **Total Receipts** | | **811** |

**ORDINARY COURSE DISBURSEMENTS**

| | | |
|---|---|---:|
| Payroll Benefits and Taxes | $ | 189 |
| Rent | | - |
| CSC Rent | | - |
| Transition Services Agreement Pmts/Accounting | | 18 |
| Document Management | | - |
| Moving / Location Expenses | | 24 |
| Security | | - |
| Utilities (including deposits) | | 7 |
| Ordinary Course Professionals | | - |
| Other Operating Expenses & Consultants | | 108 |
| **Total Op Expenses** | | **347** |
| | | |
| **OPERATING CASH FLOW** | | **464** |

**NON-OPERATING C/F**

| | | |
|---|---|---:|
| CCI Professional Fees | | (240) |
| Committee Professional Fees | | - |
| Lender Professional Fees | | (85) |
| Noticing Costs / Plan Costs | | (91) |
| UST Fees | | - |
| **Sub-Total Non-Operating** | | **(415)** |
| | | |
| **NET CASH FLOW** | | **49** |

| | | |
|---|---|---:|
| **Beg Book Balance** | $ | 6,531 |
| *Net Cash Flow* | | 49 |
| **Ending Book Balance [1]** | $ | 6,580 |

[1] Ending book balance does not include $123,053 for the Perkins
activity which created a corresponding liability.

MOR – 1a
Bank Reconciliation

**Corinthian Colleges, Inc. - Book to Bank Reconciliation [1]**

| Account Name | DBA/Title | Bank Name | Account # | Bank Statement Balance 6/30 | Book Balance as of June 30, 2015 | Variance | Explanation |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Concentration Account | B of Am | -6737 | 1,041,747 | 1,041,747 | - | |
| Corinthian Colleges, Inc. | Electronic Receipts Account | B of Am | -3977 | 4,294,203 | 4,294,203 | - | |
| Corinthian Colleges, Inc. | Concentration Account | Union Bank | -4999 | 104,895 | 104,895 | - | |
| Corinthian Colleges, Inc. | Petty Cash | Union Bank | -1082 | 19,005 | (6,750) | (25,755) | Outstanding Checks, See list attached. |
| Corinthian Colleges, Inc. | CCi Payroll Account | Union Bank | -1139 | - | (10,734) | (10,734) | Outstanding Checks, See list attached. |
| Corinthian Colleges, Inc. | CADS Funds | Union Bank | -1488 | 160,246 | 174,055 | 13,809 | FX ADJ |
| Corinthian Colleges, Inc. | Concentration Account | BMO Harris | -9278 | - | - | - | |
| Corinthian Colleges, Inc. | AP disbursements | BMO Harris | -9286 | - | - | - | |
| Corinthian Colleges, Inc. | Consolidation Account | U.S. Bank | -2585 | 55,454 | 55,454 | - | |
| Corinthian Colleges, Inc. | FARE Concentration | Bk of West | -0672 | 6,149 | 6,149 | - | |
| **Total** | | | | **5,681,700** | **5,659,020** | **(22,680)** | |
| | | | | | | | |
| Corinthian Schools Inc | CSi Payroll Account | Union Bank | -1147 | - | (11,956) | (11,956) | Outstanding Checks, See list attached. |
| Corinthian Schools, Inc. | Everest College -Alhambra  Perkins | Bk of West-Perk | -1154 | 10,427 | 10,427 | - | |
| Corinthian Schools, Inc. | Everest College -Reseda Perkins | Bk of West-Perk | -1378 | 1 | 1 | - | |
| Corinthian Schools, Inc. | Everest College-Anaheim Perkins | Bk of West-Perk | -2574 | 26,438 | 26,438 | - | |
| Corinthian Schools, Inc. | Everest College-LA Perkins | Bk of West-Perk | -3036 | 32,034 | 32,034 | - | |
| Corinthian Schools, Inc. | Everest College -SAN BERN Perkins | Bk of West-Perk | -3333 | 495 | 495 | - | |
| Corinthian Schools, Inc. | Everest College-SanJoseN Perkins | Bk of West-Perk | -3341 | 3,987 | 3,987 | - | |
| Corinthian Schools, Inc. | Everest College -HAYWARD Perkins | Bk of West-Perk | -3580 | 1 | 1 | - | |
| Corinthian Schools, Inc. | Everest College -GARDENA Perkins | Bk of West-Perk | -3648 | 7,580 | 7,580 | - | |
| Corinthian Schools, Inc. | Everest College -ALHAMBRA | Bk of West | -0974 | - | - | - | |
| Corinthian Schools, Inc. | Everest College -ALHAMBRA | Bk of West | -1089 | - | - | - | |
| Corinthian Schools, Inc. | Everest College -RESEDA | Bk of West | -1204 | - | - | - | |
| Corinthian Schools, Inc. | Everest College -RESEDA | Bk of West | -1253 | - | - | - | |
| Corinthian Schools, Inc. | Everest College-Torrance Federal Grants | Bk of West | -1469 | - | - | - | |
| Corinthian Schools, Inc. | Everest College-Torrance DL | Bk of West | -1741 | - | - | - | |
| Corinthian Schools, Inc. | Everest College-Anaheim DL | Bk of West | -2715 | - | - | - | |
| Corinthian Schools, Inc. | Everest College-Anaheim Federal Grants | Bk of West | -2897 | - | - | - | |
| Corinthian Schools, Inc. | Wyotech -LONG BEACH | Bk of West | -3150 | - | - | - | |
| Corinthian Schools, Inc. | Wyotech -LONG BEACH | Bk of West | -3200 | - | - | - | |
| Corinthian Schools, Inc. | Everest College -SAN BERNARDINO | Bk of West | -3473 | - | - | - | |
| Corinthian Schools, Inc. | Everest College -SAN BERNARDINO | Bk of West | -3481 | - | - | - | |
| Corinthian Schools, Inc. | Everest College -GARDENA | Bk of West | -3598 | - | - | - | |
| Corinthian Schools, Inc. | Everest College -GARDENA | Bk of West | -3622 | - | - | - | |
| Corinthian Schools, Inc. | Everest College -ONTARIO | Bk of West | -3739 | - | - | - | |
| Corinthian Schools, Inc. | Everest College -ONTARIO | Bk of West | -3861 | - | - | - | |
| Corinthian Schools, Inc. | Everest College -SAN FRANCISCO | Bk of West-Perk | -3978 | 30,521 | 30,521 | - | |
| **Total** | | | | **111,483** | **99,527** | **(11,956)** | |
| | | | | | | | |
| Eton Education Inc | Eton Payroll Account | Union Bank | -6563 | - | - | - | |
| **Total** | | | | **-** | **-** | **-** | |
| | | | | | | | |
| Everest College Phoenix, Inc. | ECP Payroll | B of Am | -9997 | 21,504 | 20,641 | (863) | Outstanding Checks, See list attached. |
| Everest College Phoenix, Inc. | Everest College Phoenix, Inc. | Bk of West | -1437 | - | - | - | |
| Everest College Phoenix, Inc. | Everest College Phoenix, Inc. | Bk of West | -1494 | - | - | - | |
| **Total** | | | | **21,504** | **20,641** | **(863)** | |
| | | | | | | | |
| Florida Metropolitan Univ | FMU Payroll Account | Union Bank | -1155 | - | (8,567) | (8,567) | Outstanding Checks, See list attached. |
| **Total** | | | | **-** | **(8,567)** | **(8,567)** | |
| | | | | | | | |
| Heald College LLC. | Concentration Account | B of Am | -9250 | 2,441 | 43,063 | 40,622 | Deposit in Transit-First Hawaiian accts |
| Heald College LLC. | HLD Payroll | B of Am | -7570 | 863,262 | 833,557 | (29,705) | Outstanding Checks, See list attached. |
| Heald College, LLC | 11136 Depository | 1stHawaiian | -2236 | - | - | - | |
| Heald College, LLC | Heald College - San Fran/Honolulu/Portland | Bk of West | -0823 | - | - | - | |
| Heald College, LLC | Heald College - San Fran/Honolulu/Portland | Bk of West | -0971 | - | - | - | |
| Heald Colleges of California | Federal Account | 1stHawaiian | -8391 | - | - | - | |
| **Total** | | | | **865,703** | **876,620** | **10,917** | |
| | | | | | | | |
| MJB Acquisiton Corp | dba WyoTech/Student Insurance | Capital West | -9056 | 34,625 | 34,625 | - | |
| **Total** | | | | **34,625** | **34,625** | **-** | |
| | | | | | | | |
| Rhodes Business Group Inc. | RBGi Payroll  Account | Union Bank | -5049 | - | - | - | |
| Rhodes Business Group, Inc. | Everest Institute -ROCHESTER | Bk of West | -5155 | - | - | - | |
| Rhodes Business Group, Inc. | Everest Institute -ROCHESTER | Bk of West | -5171 | - | - | - | |
| **Total** | | | | **-** | **-** | **-** | |
| | | | | | | | |
| Rhodes College, Inc. | RCi Payroll Account | Union Bank | -1163 | - | (3,210) | (3,210) | Outstanding Checks, See list attached. |
| **Total** | | | | **-** | **(3,210)** | **(3,210)** | |

[1] As of July 30, 2015, all bank reconciliations have been performed.

"MOR - 1a"

| Account Name | DBA/Title | Bank Name | Account # | Balance 6/30 | of June 30, 2015 | Variance | Explanation |
|---|---|---|---|---|---|---|---|
| Sequoia Education Inc | SEQ Payroll | B of Am | -3443 | 12,615 | 12,586 | (29) | Outstanding Checks, See list attached. |
| Sequoia Education, Inc. | Wyotech -FREMONT Perkins | Bk of West-Perk | -8598 | 11,570 | 11,570 | - | |
| Sequoia Education, Inc. | Wyotech -FREMONT | Bk of West | -8432 | - | - | - | |
| Sequoia Education, Inc. | Wyotech -FREMONT | Bk of West | -8473 | - | - | - | |
| **Total** | | | | **24,184** | **24,155** | **(29)** | |
| **Grand Total** | | | | **6,739,200** | **6,702,812** | **(36,388)** | |

[1] As of July 30, 2015, all bank reconciliations have been performed.

Corinthian Colleges
June 2015 Outstanding Checks

| Date | Category | Amount | Vendor | Description |
|------|----------|--------|--------|-------------|
| *Outstanding Checks Related to Account -1082:* | | | | |
| 6/11/2015 | Other Operating Expenses & Consultants | $1,714.87 | Robert Bosic | Expense Report |
| 6/11/2015 | Other Operating Expenses & Consultants | $1,976.20 | Robert Owen | Expense Report |
| 6/15/2015 | Other Operating Expenses & Consultants | $3,715.25 | Robert Bosic | Contractor Hours |
| 6/15/2015 | Other Operating Expenses & Consultants | $261.00 | Brad Janis | Contractor Hours |
| 6/16/2015 | Other Operating Expenses & Consultants | $351.50 | Kim Barbieri | Contractor Hours |
| 6/24/2015 | Utilities (including deposits) | $1,368.40 | RG&E | Acct #20026171601; Due 6/24/15 |
| 6/24/2015 | Other Operating Expenses & Consultants | $8,522.50 | State Compensation Insurance Fund | Deposit Premium State Fund Doc. CCI |
| 6/24/2015 | Other Operating Expenses & Consultants | $334.21 | CCWD | Invoice K736889 |
| 6/24/2015 | Other Operating Expenses & Consultants | $2.11 | CCWD | Invoice K736890 |
| 6/24/2015 | Other Operating Expenses & Consultants | $6,846.62 | FedEx | Acct #6520-2206-5 |
| 6/24/2015 | Utilities (including deposits) | $91.38 | City of Stockton | Bill Date 5/26/15 |
| 6/24/2015 | Utilities (including deposits) | $116.77 | City of Stockton | Bill Date 5/26/15 |
| 6/24/2015 | Utilities (including deposits) | $72.72 | City of Stockton | Bill Date 5/26/15 |
| 6/24/2015 | Other Operating Expenses & Consultants | $381.25 | Units Movie and Portable Storage of East Bay | Bill Date 5/18-5/20/15 |
| Total Outstanding | | $ 25,755 | | |
| | | | | |
| *Outstanding Checks Related to Account -3443:* | | | | |
| | Payroll | $ 8 | CCI Employee | Payroll Check #18101 |
| | Payroll | 21 | CCI Employee | Payroll Check #18117 |
| Total Outstanding | | $ 29 | | |
| | | | | |
| *Outstanding Checks Related to Account -9997:* | | | | |
| | Payroll | $ 739 | CCI Employee | Payroll Check #4074 |
| | Payroll | 70 | CCI Employee | Payroll Check #4089 |
| | Payroll | 53 | CCI Employee | Payroll Check #4090 |
| Total Outstanding | | $ 863 | | |
| | | | | |
| *Outstanding Checks Related to Account -7570:* | | | | |
| | Payroll | $ 1,070 | CCI Employee | Payroll Check #45181 |
| | Payroll | 401 | CCI Employee | Payroll Check #45185 |
| | Payroll | 1 | CCI Employee | Payroll Check #45187 |
| | Payroll | 4 | CCI Employee | Payroll Check #45188 |
| | Payroll | 2 | CCI Employee | Payroll Check #45193 |
| | Payroll | 3 | CCI Employee | Payroll Check #45196 |
| | Payroll | 1 | CCI Employee | Payroll Check #45197 |
| | Payroll | 2 | CCI Employee | Payroll Check #45198 |
| | Payroll | 963 | CCI Employee | Payroll Check #45202 |
| | Payroll | 1,148 | CCI Employee | Payroll Check #45206 |
| | Payroll | 260 | CCI Employee | Payroll Check #45209 |
| | Payroll | 1,191 | CCI Employee | Payroll Check #45214 |
| | Payroll | 1,484 | CCI Employee | Payroll Check #45215 |
| | Payroll | 776 | CCI Employee | Payroll Check #45218 |
| | Payroll | 128 | CCI Employee | Payroll Check #45222 |
| | Payroll | 2,422 | CCI Employee | Payroll Check #45223 |
| | Payroll | 769 | CCI Employee | Payroll Check #45224 |
| | Payroll | 884 | CCI Employee | Payroll Check #45226 |
| | Payroll | 1,162 | CCI Employee | Payroll Check #45227 |
| | Payroll | 575 | CCI Employee | Payroll Check #45230 |
| | Payroll | 707 | CCI Employee | Payroll Check #45232 |
| | Payroll | 808 | CCI Employee | Payroll Check #45233 |
| | Payroll | 349 | CCI Employee | Payroll Check #45234 |
| | Payroll | 508 | CCI Employee | Payroll Check #45237 |
| | Payroll | 254 | CCI Employee | Payroll Check #45240 |
| | Payroll | 551 | CCI Employee | Payroll Check #45242 |
| | Payroll | 395 | CCI Employee | Payroll Check #45243 |
| | Payroll | 798 | CCI Employee | Payroll Check #45245 |
| | Payroll | 388 | CCI Employee | Payroll Check #45247 |
| | Payroll | 73 | CCI Employee | Payroll Check #45248 |
| | Payroll | 1,798 | CCI Employee | Payroll Check #45249 |
| | Payroll | 845 | CCI Employee | Payroll Check #45250 |
| | Payroll | 480 | CCI Employee | Payroll Check #45258 |
| | Payroll | 176 | CCI Employee | Payroll Check #45266 |
| | Payroll | 922 | CCI Employee | Payroll Check #45288 |
| | Payroll | 9 | CCI Employee | Payroll Check #45297 |
| | Payroll | 139 | CCI Employee | Payroll Check #45315 |
| | Payroll | 68 | CCI Employee | Payroll Check #45320 |
| | Payroll | 333 | CCI Employee | Payroll Check #45339 |

| Date | Category | Amount | | Vendor | Description |
|------|----------|--------|---|--------|-------------|
| | Payroll | | 139 | CCI Employee | Payroll Check #45340 |
| | Payroll | | 64 | CCI Employee | Payroll Check #45341 |
| | Payroll | | 136 | CCI Employee | Payroll Check #45342 |
| | Payroll | | 1,582 | CCI Employee | Payroll Check #45343 |
| | Payroll | | 599 | CCI Employee | Payroll Check #45344 |
| | Payroll | | 68 | CCI Employee | Payroll Check #45345 |
| | Payroll | | 62 | CCI Employee | Payroll Check #45346 |
| | Payroll | | 72 | CCI Employee | Payroll Check #45347 |
| | Payroll | | 16 | CCI Employee | Payroll Check #45348 |
| | Payroll | | 615 | CCI Employee | Payroll Check #45349 |
| | Payroll | | 120 | CCI Employee | Payroll Check #45336 |
| | Payroll | | 250 | CCI Employee | Payroll Check #45351 |
| | Payroll | | 177 | CCI Employee | Payroll Check #45338 |
| | Payroll | | 993 | CCI Employee | Payroll Check #45353 |
| | Payroll | | 573 | CCI Employee | Payroll Check #45354 |
| | Payroll | | 1,391 | CCI Employee | Payroll Check #45355 |
| Total Outstanding | | $ | 29,705 | | |

**Outstanding Checks Related to Account -1155:**

| Date | Category | Amount | | Vendor | Description |
|------|----------|--------|---|--------|-------------|
| | Payroll | $ | 197 | CCI Employee | Payroll Check #173247 |
| | Payroll | | 275 | CCI Employee | Payroll Check #173248 |
| | Payroll | | 546 | CCI Employee | Payroll Check #173249 |
| | Payroll | | 557 | CCI Employee | Payroll Check #173250 |
| | Payroll | | 489 | CCI Employee | Payroll Check #173251 |
| | Payroll | | 309 | CCI Employee | Payroll Check #173252 |
| | Payroll | | 590 | CCI Employee | Payroll Check #173253 |
| | Payroll | | 530 | CCI Employee | Payroll Check #173254 |
| | Payroll | | 537 | CCI Employee | Payroll Check #173255 |
| | Payroll | | 307 | CCI Employee | Payroll Check #173256 |
| | Payroll | | 595 | CCI Employee | Payroll Check #173257 |
| | Payroll | | 523 | CCI Employee | Payroll Check #173258 |
| | Payroll | | 613 | CCI Employee | Payroll Check #173260 |
| | Payroll | | 298 | CCI Employee | Payroll Check #173261 |
| | Payroll | | 553 | CCI Employee | Payroll Check #173262 |
| | Payroll | | 505 | CCI Employee | Payroll Check #173263 |
| | Payroll | | 291 | CCI Employee | Payroll Check #173264 |
| | Payroll | | 851 | CCI Employee | Payroll Check #173270 |
| Total Outstanding | | $ | 8,567 | | |

**Outstanding Checks Related to Account -1163:**

| Date | Category | Amount | | Vendor | Description |
|------|----------|--------|---|--------|-------------|
| | Payroll | $ | 877 | CCI Employee | Payroll Check #114662 |
| | Payroll | | 1,192 | CCI Employee | Payroll Check #114667 |
| | Payroll | | 743 | CCI Employee | Payroll Check #114668 |
| | Payroll | | 399 | CCI Employee | Payroll Check #114670 |
| Total Outstanding | | $ | 3,210 | | |

**Outstanding Checks Related to Account -1139:**

| Date | Category | Amount | | Vendor | Description |
|------|----------|--------|---|--------|-------------|
| | Payroll | | 463 | CCI Employee | Payroll Check #27927 |
| | Payroll | | 9,253 | CCI Employee | Payroll Check #27928 |
| | Payroll | $ | 1,018 | CCI Employee | Payroll Check #27929 |
| Total Outstanding | | $ | 10,734 | | |

**Outstanding Checks Related to Account -1147:**

| Date | Category | Amount | | Vendor | Description |
|------|----------|--------|---|--------|-------------|
| | Payroll | $ | 18 | CCI Employee | Payroll Check #276071 |
| | Payroll | | 188 | CCI Employee | Payroll Check #276084 |
| | Payroll | | 810 | CCI Employee | Payroll Check #276089 |
| | Payroll | | 1,786 | CCI Employee | Payroll Check #276091 |
| | Payroll | | 4,316 | CCI Employee | Payroll Check #276092 |
| | Payroll | | 1,528 | CCI Employee | Payroll Check #276093 |
| | Payroll | | 56 | CCI Employee | Payroll Check #276094 |
| | Payroll | | 69 | CCI Employee | Payroll Check #276099 |
| | Payroll | | 159 | CCI Employee | Payroll Check #276100 |
| | Payroll | | 20 | CCI Employee | Payroll Check #276101 |
| | Payroll | | 49 | CCI Employee | Payroll Check #276161 |
| | Payroll | | 44 | CCI Employee | Payroll Check #276166 |
| | Payroll | | 44 | CCI Employee | Payroll Check #276167 |
| | Payroll | | 124 | CCI Employee | Payroll Check #276168 |
| | Payroll | | 46 | CCI Employee | Payroll Check #276170 |
| | Payroll | | 49 | CCI Employee | Payroll Check #276172 |
| | Payroll | | 49 | CCI Employee | Payroll Check #276173 |
| | Payroll | | 291 | CCI Employee | Payroll Check #276175 |

| Date | Category | Amount | | Vendor | Description |
|------|----------|-------:|---|--------|-------------|
| | Payroll | 51 | CCI Employee | | Payroll Check #276181 |
| | Payroll | 303 | CCI Employee | | Payroll Check #276182 |
| | Payroll | 49 | CCI Employee | | Payroll Check #276183 |
| | Payroll | 1,554 | CCI Employee | | Payroll Check #276184 |
| | Payroll | 269 | CCI Employee | | Payroll Check #276185 |
| | Payroll | 83 | CCI Employee | | Payroll Check #276186 |
| Total Outstanding | | $ 11,956 | | | |
| | | | | | |
| Grand Total | | $ 90,819 | | | |

# MOR – 1b
# Schedule of Professional Fees Paid

"MOR – 1b"

Corinthian Colleges

Schedule of Professional Fees

| Category | Date | Payment Amount | Vendor | Description |
|----------|------|----------------|--------|-------------|
| CCI Professional Fees | 6/25/15 | 239,544 | FTI Consulting | Fees and expenses for May compensation after application of retainer |
| Total | | $ 239,544 | | |

# MOR – 1 Supplemental
# Cash Disbursement Journal

Corinthian Colleges

ACH and Check Disbursements Summary by Entity [1]

| | Entity | Payment Amount |
|---|---|---|
| 1 | Ashmead Education, Inc (Case No. 15-10967) | $ - |
| 2 | Career Choices, Inc (Case No. 15-10972) | - |
| 3 | CDI Education USA, Inc (Case No. 15-10963) | - |
| 4 | Corinthian  Property Group, Inc (Case No. 15-10966) | - |
| 5 | Corinthian Colleges, Inc (Case No. 15-10952) | 749,387 |
| 6 | Corinthian Schools, Inc (Case No. 15-10955) | 1,060 |
| 7 | ECAT Acquisition, Inc (Case No. 15-10975) | - |
| 8 | ETON Education, Inc (Case No. 15-10961) | - |
| 9 | Everest College Phoenix, Inc (Case No. 15-.10960) | - |
| 10 | Florida Metropolitan University, Inc (Case No. 15-10962) | - |
| 11 | Grand Rapids Education Centers, Inc (Case No. 15-10956) | - |
| 12 | SP PE VII-B Heald Holdings Corp (Case No. 15-10965) | - |
| 13 | SD III-B Heald Holdings Corp (Case No. 15-10968) | - |
| 14 | Heald Capital, LLC (Case No. 15-10954) | - |
| 15 | Heald College, LLC (Case No. 15-10969) | 2,269 |
| 16 | Heald Education, LLC (Case No. 15-10964) | - |
| 17 | Heald Real Estate, LLC  (Case No. 15-10958) | - |
| 18 | MJB Acquisition Corporation (Case No. 15-10971) | - |
| 19 | Pegasus Education, Inc (Case No. 15-10953) | - |
| 20 | Quickstart Intelligence Inc (Case No. 15-10973) | - |
| 21 | Rhodes Business Group, Inc (Case No. 15-10959) | 4,980 |
| 22 | Rhodes Colleges, Inc (Case No. 15-10957) | 4,142 |
| 23 | Sequoia Education, Inc (Case No. 15-10974) | 352 |
| 24 | Socle Education, Inc (Case No. 15-10976) | - |
| 25 | Titan Schools, Inc (Case No. 15-10970) | - |
| | Total | $ 762,191 |

[1] The Debtors' disbursements are made through centralized cash management accounts; however, the Debtors have estimated the allocation of disbursements to the legal entity on whose behalf a disbursement was made.

Corinthian Colleges

ACH and Check Disbursements Detail

| Category | Date | Payment Amount | Vendor |
|---|---|---|---|
| Other Operating Expenses & Consultants | 6/2/15 | 11,250 | FTG Accounting Services/Laurel Williams |
| Other Operating Expenses & Consultants | 6/2/15 | 9,180 | Ken Ord |
| Other Operating Expenses & Consultants | 6/2/15 | 5,513 | King Consulting Group |
| Moving / Location Expenses | 6/2/15 | 21,958 | Harsch |
| Other Operating Expenses & Consultants | 6/2/15 | 750 | Stericycle |
| Utilities (including deposits) | 6/4/15 | 115.65 | PG&E |
| Utilities (including deposits) | 6/4/15 | 193.64 | PG&E |
| Utilities (including deposits) | 6/4/15 | 16.62 | PG&E |
| Utilities (including deposits) | 6/4/15 | 276.42 | SPR |
| Utilities (including deposits) | 6/4/15 | 1,813.72 | SPR |
| Utilities (including deposits) | 6/4/15 | 505.65 | SPR |
| Other Operating Expenses & Consultants | 6/4/15 | 56.48 | UPS |
| Moving / Location Expenses | 6/5/15 | 2,478 | ALG Locksmith LLC |
| Payroll Benefits and Taxes | 6/5/15 | 5,656 | Week 1 Payroll |
| Other Operating Expenses & Consultants | 6/11/15 | 1,714.87 | Bosic |
| Other Operating Expenses & Consultants | 6/11/15 | 1,976.20 | Owen |
| Other Operating Expenses & Consultants | 6/11/15 | 5,764 | WA Department of Revenue |
| Other Operating Expenses & Consultants | 6/11/15 | 13,900 | King Consulting Group |
| Other Operating Expenses & Consultants | 6/12/15 | 1,603.98 | Mortensen |
| Other Operating Expenses & Consultants | 6/12/15 | 67.77 | Riel |
| Payroll Taxes - ADP | 6/12/15 | 29,475 | ADP Payroll Deposit Custidial Account |
| Other Operating Expenses & Consultants | 6/12/15 | 2,713 | Katy M Buchanan, William Buchanan |
| Payroll Taxes - ADP | 6/12/15 | 3,086 | ADP Payroll Deposit Custidial Account |
| Payroll Benefits and Taxes | 6/12/15 | 102,015 | Week 2 Payroll |
| Other Operating Expenses & Consultants | 6/15/15 | 49.00 | Totten |
| Other Operating Expenses & Consultants | 6/15/15 | 3,715.25 | Bosic |
| Other Operating Expenses & Consultants | 6/15/15 | 1,565.15 | Adams |
| Other Operating Expenses & Consultants | 6/15/15 | 3,612.00 | Silvio |
| Other Operating Expenses & Consultants | 6/15/15 | 261.00 | Janis |
| Other Operating Expenses & Consultants | 6/16/15 | 351.50 | Barbieri |
| Transition Services Agreement Pmts/Accounting | 6/17/15 | 17,710 | King Consulting Group |
| Other Operating Expenses & Consultants | 6/19/15 | 8,950 | Broadridge ICS |
| Payroll Benefits and Taxes | 6/19/15 | 2,848 | Week 3 Payroll |
| Other Operating Expenses & Consultants | 6/22/15 | 14,370 | Miller Advertising Agency |
| Utilities (including deposits) | 6/24/15 | 1,032.21 | SRP |
| Utilities (including deposits) | 6/24/15 | 191.77 | SRP |
| Utilities (including deposits) | 6/24/15 | 322.64 | SRP |
| Utilities (including deposits) | 6/24/15 | 1,368.40 | RG&E |
| Other Operating Expenses & Consultants | 6/24/15 | 94.02 | Carolyn Riel |
| Utilities (including deposits) | 6/24/15 | 20.30 | Golden State Water Co. |
| Utilities (including deposits) | 6/24/15 | 3.04 | Golden State Water Co. |
| Utilities (including deposits) | 6/24/15 | 755.65 | Pacific Power |
| Other Operating Expenses & Consultants | 6/24/15 | 8,522.50 | State Compensation Insurance Fund |
| Other Operating Expenses & Consultants | 6/24/15 | 60.00 | Roseville False Alarm Reduction Program |

"MOR – 1 Supplemental"

| Category | Date | Payment Amount | Vendor |
|---|---|---|---|
| Other Operating Expenses & Consultants | 6/24/15 | 130.00 | RDG Filings |
| Other Operating Expenses & Consultants | 6/24/15 | 105.77 | CCWD |
| Other Operating Expenses & Consultants | 6/24/15 | 334.21 | CCWD |
| Other Operating Expenses & Consultants | 6/24/15 | 2.11 | CCWD |
| Other Operating Expenses & Consultants | 6/24/15 | 6,846.62 | FedEx |
| Utilities (including deposits) | 6/24/15 | 91.38 | City of Stockton |
| Utilities (including deposits) | 6/24/15 | 116.77 | City of Stockton |
| Utilities (including deposits) | 6/24/15 | 72.72 | City of Stockton |
| Other Operating Expenses & Consultants | 6/24/15 | 381.25 | Units Movie and Portable Storage of East Bay |
| Other Operating Expenses & Consultants | 6/24/15 | 3,600 | Connie Kane |
| Other Operating Expenses & Consultants | 6/25/15 | 15,793 | ADP Payroll Taxes |
| Other Operating Expenses & Consultants | 6/25/15 | 29,188 | King Consulting Group |
| Lender Professional Fees | 6/25/15 | 67,140 | Bank of America |
| Lender Professional Fees | 6/25/15 | 17,615 | US Bank |
| Noticing Costs / Plan Costs | 6/25/15 | 91,034 | Rust Omni |
| CCI Professional Fees | 6/25/15 | 239,544 | FTI Consulting |
| Payroll Benefits and Taxes | 6/26/15 | 45,976 | Week 4 Payroll |
| Other Operating Expenses & Consultants | 6/29/15 | 1,339 | BMO Harris Interco (Analysis Fees) |
| Other Operating Expenses & Consultants | 6/30/15 | (45,000) | Adjusting Entry |
| | | $ 762,191 | |

MOR – 2
Statement of Operations

**Corinthian Colleges**
**Profit and Loss**
**June 2015**

| | Ashmead Education, Inc-91-1419120 BU-00831 | Career Choices, Inc.-33-0661425 BU-00830 | CDI Education USA, Inc.-87-0720505 BU-15650 | Corinthian Colleges, Inc.-33-0717312 BU-00897 | Corinthian Property Group, Inc.-33-0752106 BU-00887 | Corinthian Schools, Inc.-95-4520525 BU-00891 | ECAT Acquisition, Inc.-57-1177789 BU-00842 | Eton Education, Inc.-94-3343608 BU-00833 | Everest College Phoenix-45-2216173 BU-00825 | Florida Metropolitan University, Inc.-33-0717605 BU-00893 | Grand Rapids Education Centers, Inc.-38-2442031 BU-00881 | Heald College, LLC-20-8699639 BU-81101 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Income | - | - | - | - | - | - | - | - | - | - | - | - |
| Gross Profit | - | - | - | - | - | - | - | - | - | - | - | - |
| **Expenses** | | | | | | | | | | | | |
| Salaries and Other Wages | - | - | - | 151,287 | - | (11,315) | - | - | 2,327 | - | - | 1,353 |
| Lease Facilities and Equipment | - | - | - | 39,513 | - | 61,532 | - | - | - | - | - | 381 |
| Provision For Bad Debt - AR | - | - | - | - | - | - | - | - | - | - | - | 386 |
| Legal General Outside | - | - | - | 737,533 | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | 959,026 | - | - | - | - | - | - | - | (375) |
| Utilites and Postage | - | - | - | 2,686 | - | 10,062 | - | - | - | - | - | (7,195) |
| Insurance | - | - | - | 8,560 | - | - | - | - | - | - | - | - |
| Miscellaneous | 786 | 325 | 325 | 585,588 | 325 | 7,174 | 325 | 3,509 | 1,452 | 325 | 325 | 11,629 |
| Total Expenses | 786 | 325 | 325 | 2,484,194 | 325 | 67,453 | 325 | 3,509 | 3,779 | 325 | 325 | 6,180 |
| Net Operating Income | (786) | (325) | (325) | (2,484,194) | (325) | (67,453) | (325) | (3,509) | (3,779) | (325) | (325) | (6,180) |
| Other Income | - | - | - | 1,000 | - | - | - | - | - | - | - | 2,208 |
| Total Other Income | - | - | - | 1,000 | - | - | - | - | - | - | - | 2,208 |
| **Other Expenses** | | | | | | | | | | | | |
| Net Gain/Loss from Sales of FA | - | - | - | - | - | - | - | - | (8,000) | - | - | (10,000) |
| Total Other Expenses | - | - | - | - | - | - | - | - | (8,000) | - | - | (10,000) |
| Net Other Income | - | - | - | 1,000 | - | - | - | - | 8,000 | - | - | 12,208 |
| Net Income | $ (786) | $ (325) | $ (325) | $ (2,483,194) | $ (325) | $ (67,453) | $ (325) | $ (3,509) | $ 4,221 | $ (325) | $ (325) | $ 6,029 |

**Corinthian Colleges**
**Profit and Loss**
June 2015

| | MJB Acquisition Corp.-83-0301912 BU-00841 | Pegasus Education, Inc.-33-0982336 BU-00821 | QuickStart Intelligence, Inc.-33-0975665 BU-81203 | Rhodes Business Group, Inc.-33-0726709 BU-00885 | Rhodes Colleges, Inc.-33-0717311 BU-00895 | Sequoia Education, Inc. - 94-3135739 BU-00832 | Socle Education, Inc.-36-4743477 BU-90100 | Titan Schools, Inc.-52-2133201 BU-00851 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Income** | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | - | - | - | - | - | - | - | - | - |
| **Expenses** | | | | | | | | | |
| Salaries and Other Wages | 738 | - | - | - | - | 3,027 | - | - | 147,417 |
| Lease Facilities and Equipment | - | - | - | - | 13 | 55,070 | - | - | 156,510 |
| Provision For Bad Debt - AR | 100 | - | - | - | - | - | (8) | - | 479 |
| Legal General Outside | - | - | - | - | - | - | - | - | 737,533 |
| Professional Fees | - | - | - | - | - | - | - | - | 958,651 |
| Utilites and Postage | 257 | - | - | 0 | (2,920) | (12,876) | - | - | (9,985) |
| Insurance | - | - | - | - | - | - | - | - | 8,560 |
| Miscellaneous | 2,656 | 325 | 325 | 4,262 | 1,193 | 1,104 | 325 | 325 | 622,602 |
| **Total Expenses** | 3,750 | 325 | 325 | 4,262 | (1,713) | 46,325 | 318 | 325 | 2,621,766 |
| **Net Operating Income** | (3,750) | (325) | (325) | (4,262) | 1,713 | (46,325) | (318) | (325) | (2,621,766) |
| **Other Income** | - | - | - | - | - | - | - | - | 3,208 |
| **Total Other Income** | - | - | - | - | - | - | - | - | 3,208 |
| **Other Expenses** | | | | | | | | | |
| Net Gain/Loss from Sales of FA | - | - | - | - | - | - | - | - | (18,000) |
| **Total Other Expenses** | - | - | - | - | - | - | - | - | (18,000) |
| **Net Other Income** | - | - | - | - | - | - | - | - | 21,208 |
| **Net Income** | $ (3,750) | $ (325) | $ (325) | $ (4,262) | $ 1,713 | $ (46,325) | $ (318) | $ (325) | $ (2,600,558) |

MOR – 3
Balance Sheet

**Corinthian Colleges**
**Balance Sheet**
As of June 30, 2015

| | Ashmead Education, Inc-91-1419120 BU-00831 | Career Choices, Inc-33-0661425 BU-00830 | CDI Education USA, Inc-87-0720505 BU-15650 | Corinthian Colleges, Inc-33-0713712 BU-00897 | Corinthian Property Group, Inc-33-0752106 BU-00887 | Corinthian Schools, Inc-95-4520525 BU-00891 | ECAT Acquisition, Inc-57-1177789 BU-00842 | Eton Education, Inc-94-3343608 BU-00833 | Everest College Phoenix-45-2216173 BU-00825 | Florida Metropolitan University, Inc-33-0717605 BU-00893 | Grand Rapids Education Centers, Inc-38-2442031 BU-00881 | Heald College, LLC-20-8699639 BU-81101 [2] | MJB Acquisition Corp.-83-0301912 BU-00841 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | |
| **Bank Accounts** | | | | | | | | | | | | | |
| Cash | - | - | - | 5,659,020 | - | 99,527 | - | - | 20,641 | (8,567) | - | 876,620 | 34,625 |
| Restricted Cash | - | - | - | 4,376,319 | - | - | - | - | - | 1,000,673 | - | - | - |
| **Total Bank Accounts** | - | - | - | 10,035,338 | - | 99,527 | - | - | 20,641 | 992,106 | - | 876,620 | 34,625 |
| **Accounts Receivable** | | | | | | | | | | | | | |
| Earned A/R - inactive | 3,741 | - | - | - | - | 6,931,788 | - | - | 14,564,281 | 1,419,610 | - | 13,277,327 | 296,084 |
| A/R - other earned | - | - | - | - | - | (1,529) | - | - | - | (603) | - | 8,209 | 709,171 |
| Reserve | 16,281 | - | - | 39,546 | - | (6,701,877) | - | 4,019 | (14,552,212) | (1,416,275) | 2,259 | (13,023,954) | (991,092) |
| **Total Accounts Receivable** | 20,021 | - | - | 39,546 | - | 228,382 | - | 4,019 | 12,069 | 2,731 | 977 | 261,583 | 14,162 |
| **Other current assets** | | | | | | | | | | | | | |
| Tax Refund Receivable | - | - | - | 421,862 | - | - | - | - | - | - | - | - | - |
| Prepaid Other | - | - | - | 267,356 | - | - | - | - | - | - | - | - | - |
| **Total Other current assets** | - | - | - | 689,218 | - | - | - | - | - | - | - | - | - |
| **Total Current Assets** | 20,021 | - | - | 10,764,103 | - | 327,909 | - | 4,019 | 32,710 | 994,837 | 977 | 1,138,203 | 48,788 |
| **Fixed Assets** | | | | | | | | | | | | | |
| Fixed Assets | - | - | - | 146,932 | - | 563,971 | - | - | (0) | - | - | 0 | - |
| **Total Fixed Assets** | - | - | - | 146,932 | - | 563,971 | - | - | (0) | - | - | 0 | - |
| **Other Assets** | | | | | | | | | | | | | |
| Deposits | - | - | - | (87,015) | - | 443,048 | - | - | 39,408 | 10,062 | - | 1,509,375 | (5,466) |
| Other Non-Current Assets [1] | (11,977,672) | (58,181,454) | (8,918,570) | (2,107,123,065) | 24,765,175 | 625,641,008 | 46,360,035 | 40,759,911 | 19,802,956 | 1,098,962,004 | 70,491,561 | (240,106,659) | 175,193,599 |
| **Total Other Assets** | (11,977,672) | (58,181,454) | (8,918,570) | (2,107,210,080) | 24,765,175 | 626,084,056 | 46,360,035 | 40,759,911 | 19,842,364 | 1,098,972,066 | 70,491,561 | (238,597,284) | 175,188,133 |
| **TOTAL ASSETS** | (11,957,651) | (58,181,454) | (8,918,570) | (2,096,299,045) | 24,765,175 | 626,975,937 | 46,360,035 | 40,763,930 | 19,875,073 | 1,099,966,904 | 70,492,538 | (237,459,080) | 175,236,921 |
| **LIABILITIES AND EQUITY** | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | | | | | |
| Accounts Payable & Accrued Expenses | - | 7,179,686 | - | 24,380,233 | - | 49,745 | - | - | 16,356 | 197 | - | 78,882 | - |
| AP-Post Petition | - | - | - | 1,613,815 | - | 531,063 | - | - | 92,917 | - | - | 474,497 | - |
| **Total Accounts Payable** | - | 7,179,686 | - | 25,994,048 | - | 580,808 | - | - | 109,273 | 197 | - | 553,380 | - |
| **Other Current Liabilities** | | | | | | | | | | | | | |
| 401K Exec Deferred Comp Plan | - | - | - | 28,232 | - | 25,918 | - | - | - | 7,462 | - | 115,291 | - |
| Self Ins Healthcare Accrual | - | - | - | 300,000 | - | - | - | - | - | - | - | - | - |
| Self Ins Work Comp Accrual | - | - | - | 5,492,301 | - | - | - | - | - | - | - | - | - |
| Other Accrual ST | - | 41,259,867 | - | 5,713,547 | - | - | 227,267 | - | - | - | - | 50,000 | - |
| Refunds Payable | 4,329 | - | - | - | - | 7,472,738 | - | 2,361 | 7,471,700 | 157,866 | - | 27,383,019 | 80,313 |
| Current portion LTD | - | - | - | 95,952,140 | - | - | - | - | - | 268,256 | - | - | - |
| Other | - | - | - | 9,536,234 | - | - | - | - | (3,688) | - | - | 29 | - |
| **Total Other Current Liabilities** | 4,329 | 41,259,867 | - | 117,022,455 | - | 7,498,656 | 227,267 | 2,361 | 7,468,012 | 433,585 | - | 27,548,339 | 80,313 |
| **Total Current Liabilities** | 4,329 | 48,439,553 | - | 143,016,503 | - | 8,079,464 | 227,267 | 2,361 | 7,577,285 | 433,781 | - | 28,101,719 | 80,313 |
| **Long-Term Liabilities** | | | | | | | | | | | | | |
| Long term debt | - | - | - | - | - | - | - | - | - | 1,000,673 | - | - | - |
| Accum post retirement benefits | - | - | - | 1,793,204 | - | - | - | - | - | - | - | - | - |
| **Total Long-Term Liabilities** | - | - | - | 1,793,204 | - | - | - | - | - | 1,000,673 | - | - | - |
| **Total Liabilities** | 4,329 | 48,439,553 | - | 144,809,707 | - | 8,079,464 | 227,267 | 2,361 | 7,577,285 | 1,434,454 | - | 28,101,719 | 80,313 |
| **Equity** | | | | | | | | | | | | | |
| Shareholders Equity | 6,777,260 | | | | | | | | | | | | |
| Retained Earnings | (18,736,969) | | | | | | | | | | | | |
| Net Income | (2,270) | | | | | | | | | | | | |
| **Total Equity** | (11,961,979) | (106,621,007) | (8,918,570) | (2,241,108,752) | 24,765,175 | 618,896,473 | 46,132,768 | 40,761,569 | 12,297,789 | 1,098,532,450 | 70,492,538 | (265,560,799) | 175,156,607 |
| **TOTAL LIABILITIES AND EQUITY** | (11,957,651) | (58,181,454) | (8,918,570) | (2,096,299,045) | 24,765,175 | 626,975,937 | 46,360,035 | 40,763,930 | 19,875,073 | 1,099,966,904 | 70,492,538 | (237,459,080) | 175,236,921 |
| | | | | | | | | | | | | | |
| Total Equity | (11,961,979) | (106,621,007) | (8,918,570) | (2,241,108,752) | 24,765,175 | 618,896,473 | 46,132,768 | 40,761,569 | 12,297,789 | 1,098,532,450 | 70,492,538 | (265,560,799) | 175,156,607 |
| (-) Intercompany Receivable | (11,977,301) | (142,079,399) | (8,918,570) | (2,108,110,019) | 24,765,175 | 625,486,257 | 46,360,035 | 40,759,911 | 19,860,270 | 1,098,964,151 | 70,491,561 | (239,660,388) | 175,193,599 |
| **Total Equity Net Intercompany Receivable** | $       15,321 | $   35,458,391 | $             - | $  (132,998,733) | $             - | $    (6,589,784) | $     (227,267) | $        1,658 | $   (7,562,481) | $     (431,701) | $           977 | $  (25,900,410) | $        (36,991) |

[1] Other non-current assets are largely intercompany and investments in subsidiaries, which eliminate upon consolidation. The majority of these balances relate to pre-petition activity.
[2] Includes certain Debtor entities that are dormant.

**Corinthian Colleges**
**Balance Sheet**
As of June 30, 2015

| | Pegasus Education, Inc.-33-0982336 BU-00821 | QuickStart Intelligence, Inc.-33-0975665 BU-81203 | Rhodes Business Group, Inc.-33-0726709 BU-00885 | Rhodes Colleges, Inc.-33-0717311 BU-00895 | Sequoia Education, Inc.-94-3135739 BU-00832 | Socle Education, Inc.-36-4743477 BU-90100 | Titan Schools, Inc.-52-2133201 BU-00851 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| **Current Assets** | | | | | | | | |
| **Bank Accounts** | | | | | | | | |
| Cash | - | - | - | (3,210) | 24,156 | - | - | 6,702,812 |
| Restricted Cash | - | - | - | - | - | - | - | 5,376,992 |
| **Total Bank Accounts** | - | - | - | (3,210) | 24,156 | - | - | 12,079,804 |
| **Accounts Receivable** | | | | | | | | |
| Earned A/R - inactive | - | - | 1,789,541 | 3,067,189 | 803,328 | - | - | 42,152,888 |
| A/R - other earned | - | - | - | (200) | - | - | - | 713,766 |
| Reserve | - | (8,436) | (1,340,725) | (2,958,970) | (820,737) | 8 | 11,833 | (41,740,332) |
| **Total Accounts Receivable** | - | (8,436) | 448,817 | 108,020 | (17,409) | 8 | 11,833 | 1,126,322 |
| **Other current assets** | | | | | | | | |
| Tax Refund Receivable | - | - | - | - | - | - | - | 421,862 |
| Prepaid Other | - | - | - | - | - | - | - | 267,356 |
| **Total Other current assets** | - | - | - | - | - | - | - | 689,218 |
| **Total Current Assets** | - | (8,436) | 448,817 | 104,810 | 6,746 | 8 | 11,833 | 13,895,344 |
| **Fixed Assets** | | | | | | | | |
| Fixed Assets | - | - | 0 | 0 | 560,017 | - | - | 1,270,921 |
| **Total Fixed Assets** | - | - | 0 | 0 | 560,017 | - | - | 1,270,921 |
| **Other Assets** | | | | | | | | |
| Deposits | - | - | - | - | 75,000 | - | - | 1,984,412 |
| Other Non-Current Assets [1] | (41,800,467) | 9,448,443 | 109,756,643 | 431,361,346 | 8,923,636 | (43,005,637) | (65,936,768) | 84,416,024 |
| **Total Other Assets** | (41,800,467) | 9,448,443 | 109,756,643 | 431,361,346 | 8,998,636 | (43,005,637) | (65,936,768) | 86,400,436 |
| **TOTAL ASSETS** | (41,800,467) | 9,440,007 | 110,205,460 | 431,466,156 | 9,565,399 | (43,005,629) | (65,924,935) | 101,566,701 |
| **LIABILITIES AND EQUITY** | | | | | | | | |
| **Liabilities** | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| **Accounts Payable** | | | | | | | | |
| Accounts Payable & Accrued Expenses | - | - | 8,445 | 9,382 | 7,053 | - | - | 31,729,979 |
| AP-Post Petition | - | - | - | 297,891 | 39,984 | - | - | 3,050,167 |
| **Total Accounts Payable** | - | - | 8,445 | 307,273 | 47,037 | - | - | 34,780,146 |
| **Other Current Liabilities** | | | | | | | | |
| 401K Exec Deferred Comp Plan | 328,168 | - | - | - | - | - | 18,284 | 523,355 |
| Self Ins Healthcare Accrual | - | - | - | - | - | - | - | 300,000 |
| Self Ins Work Comp Accrual | - | - | - | - | - | - | - | 5,492,301 |
| Other Accrual ST | - | 129,915 | - | - | - | - | 680,763 | 48,061,360 |
| Refunds Payable | - | - | 1,159,267 | 2,445,009 | 801,020 | - | - | 46,977,623 |
| Current portion LTD | - | - | - | - | - | - | - | 96,220,397 |
| Other | - | - | - | - | - | - | - | 9,532,575 |
| **Total Other Current Liabilities** | 328,168 | 129,915 | 1,159,267 | 2,445,009 | 801,020 | - | 699,047 | 207,107,611 |
| **Total Current Liabilities** | 328,168 | 129,915 | 1,167,713 | 2,752,283 | 848,057 | - | 699,047 | 241,887,757 |
| **Long-Term Liabilities** | | | | | | | | |
| Long term debt | | | | | | | | 1,000,673 |
| Accum post retirement benefits | | | | | | | | 1,793,204 |
| **Total Long-Term Liabilities** | - | - | - | - | - | - | - | 2,793,877 |
| **Total Liabilities** | 328,168 | 129,915 | 1,167,713 | 2,752,283 | 848,057 | - | 699,047 | 244,681,634 |
| **Equity** | | | | | | | | |
| Shareholders Equity | | | | | | | | |
| Retained Earnings | | | | | | | | |
| Net Income | | | | | | | | |
| **Total Equity** | (42,128,635) | 9,310,092 | 109,037,747 | 428,713,873 | 8,717,342 | (43,005,629) | (66,623,983) | (143,114,933) |
| **TOTAL LIABILITIES AND EQUITY** | (41,800,467) | 9,440,007 | 110,205,460 | 431,466,156 | 9,565,399 | (43,005,629) | (65,924,935) | 101,566,701 |
| | | | | | | | | |
| Total Equity | (42,128,635) | 9,310,092 | 109,037,747 | 428,713,873 | 8,717,342 | (43,005,629) | (66,623,983) | (143,114,933) |
| (-) Intercompany Receivable | (41,800,467) | 9,448,443 | 109,769,451 | 431,438,667 | 8,948,531 | (43,003,137) | (65,936,768) | 0 |
| **Total Equity Net Intercompany Receivable** | $ (328,168) | $ (138,351) | $ (731,704) | $ (2,724,794) | $ (231,188) | $ (2,493) | $ (687,214) | $ (143,114,933) |

[1] Other non-current assets are largely intercompany and investments in subsidiaries, which eliminate upon consolidation. The majority of these balances relate to pre-petition activity.
[2] Includes certain Debtor entities that are dormant.

# MOR – 4
## Status of Post-Petition Taxes

"MOR – 4"

In re <u>CORINTHIAN COLLEGES, INC., et al</u>[1]
       Debtor

Case No. <u>15-10952</u>
Reporting Period: <u>June 1 – June 30, 2015</u>

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $ - | $ 27,761 | $ (27,761) | 6/8, 6/20, 6/30/15 | EFT | $ - |
| FICA Employee | - | 1,880 | (1,880) | 6/8, 6/20, 6/30/15 | EFT | - |
| FICA Employer | - | 1,880 | (1,880) | 6/8, 6/20, 6/30/15 | EFT | - |
| Unemployment | - | 4 | (4) | 6/8, 6/20, 6/30/15 | EFT | - |
| Income | - | - | - | 6/8, 6/20, 6/30/15 | EFT | - |
| Other | - | 2,440 | (2,440) | 6/8, 6/20, 6/30/15 | EFT | - |
| **Total Federal Taxes** | **$ -** | **$ 33,965** | **$ (33,965)** | | | **$ -** |
| **State and Local** | | | | | | |
| Withholding | $ - | $ 9,981 | $ (9,981) | 6/8, 6/20, 6/30/15 | EFT | $ - |
| Sales | 5,000 | 5,764 | (5,764) | 6/11/2015 | EFT | 5,000 |
| Excise | - | - | - | 6/8, 6/20, 6/30/15 | EFT | - |
| Unemployment | - | 21 | (21) | 6/8, 6/20, 6/30/15 | EFT | - |
| Real Property | - | - | - | 6/8, 6/20, 6/30/15 | EFT | - |
| Personal Property | - | - | - | 6/8, 6/20, 6/30/15 | EFT | - |
| Other | - | 150 | (150) | 6/8, 6/20, 6/30/15 | EFT | - |
| **Total State and Local** | **$ 5,000** | **$ 15,917** | **$ (15,917)** | | | **$ 5,000** |
| **Total Taxes** | **$ 5,000** | **$ 49,882** | **$ (49,882)** | | | **$ 5,000** |

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

# MOR – 4
# Summary of Unpaid Post-Petition Debts
# And Listing of Aged Accounts Payable

"MOR – 4"

**SUMMARY OF UNPAID POSTPETITION DEBTS**

Attach aged listing of accounts payable.

| Number of Days Past Due | | | | | | |
|---|---|---|---|---|---|---|
| | **Current** | **0-30** | **31-60** | **61-90** | **Over 90** | **Total** |
| Accounts Payable | $1,356,253 | $246,625 | - | - | - | $1,602,879 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | | $1,447,287 | - | - | $1,447,287 |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| **Total Postpetition Debts** | $1,356,253 | $246,625 | $1,447,287 | - | - | $3,050,166 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

\* "Insider" is defined in 11 U.S.C. Section 101(31).

**Corinthian Colleges, Inc. and Subsidiaries**
**Accounts Payable Aging as of June 30, 2015**

| Vendor | Current | 0-30 Days | 31-60 Days | Grand Total |
|---|---|---|---|---|
| **Facility** | | | | |
| Bertolotti Disposal, Inc. | $      147 | $      129 | $      - | $      276 |
| Waste Management | - | 1,457 | - | 1,457 |
| Industrial Plaza, A California L.P. | - | - | 136 | 136 |
| SSS&H Enterprises, LLC | - | - | 157 | 157 |
| 1301 East Ridge Rd LLC | - | - | 207 | 207 |
| Propark Inc. | - | - | 231 | 231 |
| Meena Chainani 2010 Irrevocable Trust | - | - | 601 | 601 |
| Store Master Funding I, LLC | - | - | 1,471 | 1,471 |
| John H & Elouise C Sutter | - | - | 2,037 | 2,037 |
| Reseda Medical Consortrium LLC | - | - | 4,065 | 4,065 |
| Store Master Funding I, LLC | - | - | 4,736 | 4,736 |
| Winchester Payne, LLC | - | - | 5,292 | 5,292 |
| Metcalf Family Trust | - | - | 5,425 | 5,425 |
| Equity One, Inc. | - | - | 6,507 | 6,507 |
| Square 407 Limited Partnership | - | - | 10,798 | 10,798 |
| CBRE Global Investors Itf Calsters- | - | - | 12,288 | 12,288 |
| Plaza Del Prado Inc. | - | - | 13,188 | 13,188 |
| LBA Realty Fund II - Wbp III, LLC | - | - | 14,390 | 14,390 |
| SSM Properties LLC | - | - | 16,156 | 16,156 |
| Itbp Investors, LLC | - | - | 16,548 | 16,548 |
| K & E Properties Corp | - | - | 18,086 | 18,086 |
| Omninet Inverness, LP | - | - | 18,098 | 18,098 |
| Aptos Smoke Tree Partners | - | - | 19,861 | 19,861 |
| 2400 Del Paso Road Investors LP | - | - | 21,401 | 21,401 |
| Winchester Payne, LLC | - | - | 27,446 | 27,446 |
| OTT Property | - | - | 27,583 | 27,583 |
| Store Spe Corinthian, LLC | - | - | 27,589 | 27,589 |
| Spectrum  Commerce Center, LLC | - | - | 34,826 | 34,826 |
| Benderson Development Co., Inc. | - | - | 36,011 | 36,011 |
| C.W. Swenson Inc. | - | - | 38,072 | 38,072 |
| CWSP-I-J, LLC | - | - | 38,601 | 38,601 |
| CIM Group LP | - | - | 39,751 | 39,751 |
| Watt Long Beach, LLC | - | - | 41,033 | 41,033 |
| LBA Realty Fund II - Wbp III, LLC | - | - | 42,795 | 42,795 |
| Ejlc Robertson, LLC | - | - | 46,795 | 46,795 |
| Shaco, Inc. | - | - | 47,439 | 47,439 |
| 8757 Georgia Avenue, L.L.C. | - | - | 49,369 | 49,369 |
| R R & C Development Company | - | - | 50,845 | 50,845 |
| J. Brookhurst, L.L.C. | - | - | 52,226 | 52,226 |
| P.R.G. Investment Fund, L.P. | - | - | 52,681 | 52,681 |
| Walgreens Of Hawaii, LLC | - | - | 55,824 | 55,824 |
| Mercantile Partners LP | - | - | 57,693 | 57,693 |
| Gardena Professional Medical Plaza, LP | - | - | 58,354 | 58,354 |
| Corner Company LLC | - | - | 60,629 | 60,629 |
| Gateway Montrose, Inc. | - | - | 66,158 | 66,158 |
| Lampert At 25500 Industrial Blvd., LLC | - | - | 70,074 | 70,074 |
| Howard Street Associates | - | - | 71,362 | 71,362 |

| Vendor | Current | 0-30 Days | 31-60 Days | Grand Total |
|---|---|---|---|---|
| Moraga Enterprises, LLC | - | - | 77,530 | 77,530 |
| Acco Airport Center II, LLC | - | - | 84,918 | 84,918 |
| **Legal** | | | | |
| Computer Share | 1,528 | - | - | 1,528 |
| Intralinks | 1,611 | - | - | 1,611 |
| Cooley LLP | 12,607 | - | - | 12,607 |
| O'Melveney & Myers | 16,268 | - | - | 16,268 |
| Greenberg Gross LLP | 24,353 | - | - | 24,353 |
| Latham & Watkins | 28,933 | - | - | 28,933 |
| Robins Kaplan | 100,000 | - | - | 100,000 |
| Sidley | 200,000 | - | - | 200,000 |
| Richards Layton Finger | 450,000 | - | - | 450,000 |
| Harrison, Eichenberg & Murphy | - | 213 | - | 213 |
| Huck Bouma | - | 221 | - | 221 |
| K&L Gates | - | 328 | - | 328 |
| Simmonds & Narita LLP | - | 378 | - | 378 |
| Rosner Law Group | | 17,922 | | 17,922 |
| Brown Rudnick LLP | | 197,624 | | 197,624 |
| **Miscellaneous** | | | | |
| Sonitrol | 99 | - | - | 99 |
| Corporation Service Company | 735 | - | - | 735 |
| Bank of the West | 1,794 | - | - | 1,794 |
| BMO Harris | 2,123 | - | - | 2,123 |
| Bank of America | 4,097 | - | - | 4,097 |
| ABM Parking | 4,240 | - | - | 4,240 |
| Vertex, Inc. - tax software | 4,765 | - | - | 4,765 |
| ADP | 6,066 | - | - | 6,066 |
| US Trusee | 23,725 | - | - | 23,725 |
| Direct TV | - | 32 | - | 32 |
| Hawaiian Telcom | - | 32 | - | 32 |
| UPS / FedEx | - | 526 | - | 526 |
| **Utilities** | | | | |
| Allied Propane Services | 42 | - | - | 42 |
| Golden State Water Co | 244 | - | - | 244 |
| Consolidated Utilities Billing & Service | 257 | - | - | 257 |
| Alameda County Water District | 264 | - | - | 264 |
| Amberwick Corporation | 2,225 | - | - | 2,225 |
| City of Long Beach | - | 88 | - | 88 |
| City of Alhambra | - | 129 | - | 129 |
| Hayward Water System | - | 212 | - | 212 |
| City of Stockton | - | 1,006 | - | 1,006 |
| SMUD | - | 4,160 | - | 4,160 |
| SoCalGas | - | 5,304 | - | 5,304 |
| Southern California Edison | - | 16,867 | - | 16,867 |
| **Contractors** | | | | |
| Elizabeth Gustafson | 39 | - | - | 39 |
| Carolyn Riel | 131 | - | - | 131 |
| Kim Barbieri | 296 | - | - | 296 |
| Brad Janis | 522 | - | - | 522 |
| Robert Owen | 529 | - | - | 529 |
| Cindy Timberlake | 738 | - | - | 738 |
| Brendan Sheehey | 768 | - | - | 768 |

"MOR - 4"

| Vendor | Current | 0-30 Days | 31-60 Days | Grand Total |
|---|---|---|---|---|
| Stan Mortensen | 1,161 | - | - | 1,161 |
| Guy Adams | 1,432 | - | - | 1,432 |
| Robert Bosic | 1,448 | - | - | 1,448 |
| Will Lovett | 1,958 | - | - | 1,958 |
| William Calhoun | 2,748 | - | - | 2,748 |
| Freeman Investments | 4,090 | - | - | 4,090 |
| Connie Kane | 5,500 | - | - | 5,500 |
| William Buchanan | 11,487 | - | - | 11,487 |
| King Consulting | 32,340 | - | - | 32,340 |
| FTI Consulting | 400,128 | - | - | 400,128 |
| **Taxes** | | | | |
| City of Mesa | 294 | - | - | 294 |
| Phoenix City Treasurer | 837 | - | - | 837 |
| AZ Department of Revenue | 3,688 | - | - | 3,688 |
| **Grand Total** | $ 1,356,253 | $ 246,625 | $ 1,447,287 | $ 3,050,166 |

MOR – 4 Supplement
Copies of IRS Form 6123 or Payment Receipt
*None for June 2015*

MOR – 5
Accounts Receivable Reconciliation and Aging

"MOR - 5"

Corithian Colleges
Accounts Receivable Aging - June

|  | 31-60 days | 61-90 days | Over 90 days | Grand Total |
|---|---|---|---|---|
| Drop | 17,704,545 | 7,063,870 | 10,002,934 | 34,771,349 |
| Graduate | 690,926 | 2,490,489 | 3,673,283 | 6,854,698 |
| Other | 7,074 | 135,969 | 383,798 | 526,841 |
| Grand Total | 18,402,546 | 9,690,328 | 14,060,015 | 42,152,888 |

MOR – 5
Debtor Questionnaire

In re CORINTHIAN COLLEGES, INC., et al[1]
        Debtor

# DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below.<br><br>The Debtors operations have ceased and pursuant to various pleadings filed with the Court, they have been in the process of selling assets that are no longer needed. As of June 30, 2015, the Debtors have sold various de minimus assets consisting of equipment and assets related to numerous programs conducted at the campuses and will generate benefit to the Debtors, including rent credits, in the amount of $567,135.00. | Yes | |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | No |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | Yes | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | Yes | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | No |

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

Form MOR-5 (4/07)