IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CORINTHIAN COLLEGES, INC., et al.,[1] ) | Case No. 15-10952 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered. |
| ) | |
| ) | **Objections Due By: Aug. 19, 2015** |
| ) | **Hearing Date:  Aug. 26, 2015** |

### NOTICE OF JOINDER MOTION OF CALIFORNIA BUREAU FOR PRIVATE POSTSECONDARY EDUCATION FOR DETERMINATION THAT THE AUTOMATIC STAY PROVISION DOES NOT APPLY TO ITS ACTION AGAINST DEBTORS

TO:

| **Counsel for Debtors** | **Office of the U.S. Trustee** |
|---|---|
| Rachel Layne Biblo | Timothy Jay Fox, Jr. |
| Mark D. Collins | Richard L. Schepacarter |
| Michael Joseph Merchant | 844 King St., Ste. 2207 |
| Amanda R. Steele | Lockbox #35 |
| Marisa A. Terranova | Wilmington, DE  19801 |
| Richards, Layton & Finger, P.A. | |
| One Rodney Square | |
| 920 North King St. | |
| Wilmington, DE  19801 | |

| **Committee of Unsecured Creditors** | **Student Committee** |
|---|---|
| Julia Bettina Klein | Christopher A. Ward |
| Scott J. Leonhardt | Shanti M. Katona |
| Frederick Rosner | Polsinelli PC |
| The Rosner Law Group LLC | 222 Delaware Ave., Ste. 1101 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

824 Market St., Ste. 810
Wilmington, DE 19801

H. Jeffrey Schwartz
Bennett S. Silverberg
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Wilmington, DE 19081

Scott F. Gautier
Lorie A. Ball
Cynthia C. Hernandez
Robins Kaplan LLP
20149 Century Park East, Ste. 3400
Los Angeles, CA 90067

Mark Rosenbaum
Anne Richardson
Alisa Hartz
Dexter Rappleye
Public Counsel LLP
610 S. Ardmore Ave.
Los Angeles, CA 90005

     On July 15, 2015, the Commonwealth of Massachusetts, the People of the State of California, and the State of Wisconsin jointly filed a Motion for an order confirming that the automatic stay does not apply to their pending consumer actions against Debtors. Docket #578. The California Bureau for Private Postsecondary Education, for the California Department of Consumer Affairs, hereby joins that Motion with regard to its pending disciplinary action: *In the Matter of the Accusation Against Corinthian Colleges, Inc., dba Everest College and WyoTech (California Schools Only); Jack Massimino, Chairman and CEO* (Case No. 1000393).

     HEARING ON THE MOTION WILL BE HELD ON August 26, 2015, at 1:00 p.m. Eastern Time at U.S. Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware.

     You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

     At the same time, you must also serve a copy of the response upon movant's counsel:

Carter Ott
Deputy Attorney General
1515 Clay Street, 20th Flr.
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2219

2

Facsimile: (510) 622-2270
Email: carter.ott@doj.ca.gov

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

If no timely objection is made, this Joinder Motion may be granted and an order entered without a hearing.

Dated: July 31, 2015

                BUREAU FOR PRIVATE POSTSECONDARY
                EDUCATION, FOR THE CALIFORNIA
                DEPARTMENT OF CONSUMER AFFAIRS
                KAMALA D. HARRIS
                CALIFORNIA ATTORNEY GENERAL

                By: /s/ *Carter Ott*

                Carter Ott
                Deputy Attorney General
                1515 Clay Street, 20th Flr.
                P.O. Box 70550
                Oakland, CA  94612-0550
                Telephone: (510) 622-2219
                Facsimile: (510) 622-2270
                Email: carter.ott@doj.ca.gov
                Attorney for the California Bureau for Private
                Postsecondary Education