# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CORINTHIAN COLLEGES, INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10952 (KJC) <br><br> Jointly Administered. |

## CERTIFICATION OF COUNSEL FOR THE
## CALIFORNIA BUREAU FOR PRIVATE POSTSECONDARY EDUCATION
## ON BEHALF OF THE CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS

Pursuant to Local Rule 9010-1(e)(i), Deputy Attorney General Carter Ott, of the California Department of Justice, Office of the Attorney General, submits this Certification to appear in the above-captioned matter as counsel for the California Bureau for Private Postsecondary Education, for the California Department of Consumer Affairs, a state government agency.

I certify that I am admitted as a member of the State Bar of California, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, and the United States District Court for the Southern District of California. I further certify that I am in

good standing in all jurisdictions in which I have been admitted.  I agree to be bound by the Local Rules of this Court and I submit to the jurisdiction of this Court for disciplinary purposes.

Dated: July 31, 2015

> BUREAU FOR PRIVATE POSTSECONDARY
> EDUCATION, FOR THE CALIFORNIA
> DEPARTMENT OF CONSUMER AFFAIRS
> KAMALA D. HARRIS
> CALIFORNIA ATTORNEY GENERAL
>
> By: /s/ *Carter Ott*
>
> Carter Ott
> Deputy Attorney General
> 1515 Clay Street, 20th Flr.
> P.O. Box 70550
> Oakland, CA  94612-0550
> Telephone:  (510) 622-2219
> Facsimile:  (510) 622-2270
> Email:  carter.ott@doj.ca.gov
> Attorney for the California Bureau for Private
> Postsecondary Education