# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____
                                            )        Chapter 11

In re:                                   )

                                            )        Case No. 15-10952 (KJC)

CORINTHIAN COLLEGES, INC., et al.,  )

                                            )        Jointly Administered.

               Debtors.            )
                                            )
_____)

**<u>CONSENT TO SERVICE OF DOCUMENTS BY RECEIPT OF ECF NOTICE</u>**

     I, Carter Ott, on behalf of the California Department of Justice, Office of the Attorney General, certify that I am a registered ECF user and that the Office of the Attorney General represents the California Bureau for Private Postsecondary Education, for the California Department of Consumer Affairs.  The California Department of Justice, Office of the Attorney General consents to service of documents in the above-referenced case by receipt of the ECF Notice only.  The consent remains effective until it is withdrawn by submitting a signed written notice to the Clerk of the Bankruptcy Court and served on Debtors' counsel.  This consent to ECF service shall not be construed as a waiver of immunity or as consent to jurisdiction herein.

Dated: July 31, 2015

                                            BUREAU FOR PRIVATE POSTSECONDARY
                                            EDUCATION, FOR THE CALIFORNIA
                                            DEPARTMENT OF CONSUMER AFFAIRS
                                            KAMALA D. HARRIS
                                            CALIFORNIA ATTORNEY GENERAL

                                            By: /s/ *Carter Ott*
                                            Carter Ott
                                            Deputy Attorney General
                                            1515 Clay Street, 20th Flr.
                                            P.O. Box 70550
                                            Oakland, CA  94612-0550
                                            Telephone:  (510) 622-2219
                                            Facsimile:  (510) 622-2270
                                            Email:  carter.ott@doj.ca.gov
                                            Attorney for the California Bureau for Private
                                            Postsecondary Education