# EXHIBIT "B"

**GAVIN/SOLMONESE LLC SUMMARY OF
PROFESSIONALS RENDERING SERVICES FROM
JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.80 | $882.50 |
| Business Analysis | 30.50 | $11,737.50 |
| Fee/Employment Application | 5.40 | $1,685.00 |
| Financing | 2.80 | $1,470.00 |
| Litigation Support | 0.20 | $105.00 |
| Meeting of Creditors | 1.30 | $570.00 |
| **TOTAL** | **42.00** | **$16,450.00** |