# EXHIBIT "C"

## GAVIN/SOLMONESE LLC EXPENSE SUMMARY FROM
## JUNE 1, 2015 THROUGH JUNE 30, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Public Record Services | Pacer | $0.90 |
| **Total** | | **$0.90** |