# EXHIBIT A

## EXHIBIT A

## CORINTHIAN COLLEGES, INC., et al.

June 1, 2015 through June 30, 2015

### a.  Meetings and Communications with Creditors

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| H. Jeffrey Schwartz | 10.3 | $1,235.00 | $12,720.50 |
| Bennett S. Silverberg | 3.1 | $885.00 | $2,743.50 |
| Jacob T. Beiswenger | 2.9 | $570.00 | $1,653.00 |
| Carol S. Ennis | 1.1 | $340.00 | $374.00 |
| | **17.4** | | **$17,491.00** |

### b.  Employment and Fee Applications

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Bennett S. Silverberg | .3 | $885.00 | $265.50 |
| Jacob T. Beiswenger | 2.3 | $570.00 | $1,311.00 |
| Carol S. Ennis | 9.2 | $340.00 | $3,128.90 |
| | **11.8** | | **$4,705.40** |

### c.  Plan and Disclosure Statement

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| H. Jeffrey Schwartz | 39.0 | $1,235.00 | $48,165.00 |
| Bennett S. Silverberg | 7.6 | $885.00 | $6,726.00 |
| | **46.6** | | **$54,891.00** |

### d.  Employee Benefits and Pensions

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Bennett S. Silverberg | 1.0 | $885.00 | $885.00 |
| | **1.0** | | **$885.00** |

### e.  Asset Disposition

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Bennett S. Silverberg | 0.2 | $885.00 | $177.00 |
| | **0.2** | | **$177.00** |

| f.  *Relief from Stay and Adequate Protection* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| H. Jeffrey Schwartz | 38.0 | $1,235.00 | $46,930.00 |
| Bennett S. Silverberg | 7.0 | $885.00 | $6,195.00 |
| Jacob T. Beiswenger | 9.1 | $570.00 | $5,187.00 |
| Carol S. Ennis | 1.9 | $340.00 | $646.00 |
| | **56.0** | | **$58,958.00** |

| g.  *Avoidance Action Analysis* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| H. Jeffrey Schwartz | 1.9 | $1,235.00 | $2,346.50 |
| Bennett S. Silverberg | 11.4 | $885.00 | $10,089.00 |
| Carol S. Ennis | 3.6 | $340.00 | $1,224.00 |
| | **16.9** | | **$13,659.50** |

| h.  *Claims Administration and Objections* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| Bennett S. Silverberg | 1.1 | $885.00 | $973.50 |
| | **1.1** | | **$973.50** |

| i.  *D&O Investigation* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| H. Jeffrey Schwartz | 1.1 | $1,235.00 | $1,358.50 |
| Bennett S. Silverberg | .9 | $885.00 | $796.50 |
| Lauren E. Curry | 5.6 | $730.00 | $4,088.00 |
| Brian P. Oldham | .6 | $605.00 | $363.00 |
| Lara N. Burke | 15.1 | $470.00 | $7,097.00 |
| Christian M. Seitz | 1.7 | $340.00 | $578.00 |
| | **25.0** | | **$14,281.00** |

| j.  *DIP Financing/Cash Collateral* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| H. Jeffrey Schwartz | 13.0 | $1,235.00 | $16,055.00 |
| Bennett S. Silverberg | 10.8 | $885.00 | $9,558.00 |
| Jacob T. Beiswenger | 5.4 | $570.00 | $3,078.00 |
| Joseph A. Spina | .7 | $475.00 | $332.50 |
| | **29.9** | | **$29,023.50** |

**TOTAL HOURS:**      214.3
**TOTAL FEES:**      $198,065.50