# EXHIBIT B



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| Invoice | 682985 |
|---|---|
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    CASE ADMINISTRATION

# INVOICE

For professional services rendered in connection with the above captioned matter
through June 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0002 | CASE ADMINISTRATION | 3,021.50 | 0.00 | 3,021.50 |
| | **Total** | **3,021.50** | **0.00** | **3,021.50** |

| | |
|---|---|
| Total Current Fees | $3,021.50 |
| **Total Invoice** | **$3,021.50** |

BR

| TIME DETAIL | | | |
|---|---|---|---|
| **Date** | **Professional** | **Description** | **Hours** |
| 05/19/15 | ENNIS | CIRCULATE MOTION FOR RELIEF BY DIRECTORS AND OFFICERS (.1); UPDATE CONTACT LIST (.3); CALENDAR KEY DATES (.3) | 0.7 |
| 06/04/15 | ENNIS | CALENDAR KEY DATES AND CIRCULATE CALENDAR | 0.3 |
| 06/05/15 | ENNIS | UPDATE COMMITTEE CALENDAR | 0.2 |
| 06/05/15 | SILVERBERG | PLANNING AND STRATEGY MEETING WITH J. SCHWARTZ | 0.4 |
| 06/09/15 | ENNIS | UPDATE COMMITTEE CALENDAR | 0.2 |
| 06/10/15 | ENNIS | CIRCULATE PLEADINGS AND UPDATE CALENDAR WITH KEY DATES RE: SAME | 0.3 |
| 06/10/15 | ENNIS | CALENDAR KEY DATES | 0.1 |
| 06/11/15 | ENNIS | UPDATE CALENDAR | 0.1 |
| 06/18/15 | ENNIS | UPDATE CALENDAR | 0.3 |
| 06/23/15 | ENNIS | UPDATE CALENDAR | 0.2 |
| 06/25/15 | ENNIS | UPDATE CALENDAR | 0.2 |
| 06/26/15 | ENNIS | CIRCULATE STUDENT CREDITORS' COMMITTEE PLEADINGS (.3); CIRCULATE HEARING AGENDA FOR 6/30/15 (.1) | 0.4 |
| 06/28/15 | ENNIS | UPDATE CALENDAR | 0.2 |
| 06/29/15 | ENNIS | UPDATE CALENDAR | 0.2 |
| 06/29/15 | ENNIS | PREPARE BINDER INDEX RE: PLEADINGS AND CASES AND COORDINATE RE: PREPARATION OF BINDER FOR HEARING INCLUDING SAME | 0.9 |
| 06/29/15 | FORTE | ASSIST WITH PREPARATION FOR HEARING | 3.5 |
| 06/30/15 | ENNIS | UPDATE CALENDAR | 0.2 |
| | **Total Hours** | | **8.4** |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: CASE ADMINISTRATION
July 21, 2015

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| BENNETT S. SILVERBERG | 0.4 | hours at | 885.00 | 354.00 |
| CAROL S. ENNIS | 4.5 | hours at | 340.00 | 1,530.00 |
| KAREN M. FORTE | 3.5 | hours at | 325.00 | 1,137.50 |
| **Total Fees** | | | | **3,021.50** |

*T I M E  S U M M A R Y*

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice     682985
Date     Jul 21, 2015
Client     032615

RE:     CASE ADMINISTRATION



Remittance

**Balance Due: $3,021.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 682986 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    MEETINGS AND COMMUNICATIONS WITH CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 17,491.00 | 0.00 | 17,491.00 |
| | Total | **17,491.00** | **0.00** | **17,491.00** |

| | |
|---|---|
| Total Current Fees | $17,491.00 |
| **Total Invoice** | **$17,491.00** |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS
July 21, 2015

Invoice 682986
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 06/02/15 | ENNIS | COORDINATE RE: UPCOMING COMMITTEE MEETINGS | 0.2 |
| 06/04/15 | ENNIS | ATTEND COMMITTEE MEETING | 0.3 |
| 06/04/15 | BEISWENGER | ATTEND COMMITTEE MEETING TELEPHONICALLY RE: CASE STATUS UPDATE | 0.4 |
| 06/04/15 | SILVERBERG | COMMITTEE MEETING REGARDING CASH COLLATERAL ISSUES | 0.8 |
| 06/05/15 | BEISWENGER | RESPOND TO CREDITOR INQUIRIES RE: STATUS OF THE CASE AND NEXT STEPS FOR GENERAL UNSECURED CREDITORS | 0.3 |
| 06/11/15 | ENNIS | COORDINATE RE: SCHEDULING OF NEXT COMMITTEE MEETING | 0.1 |
| 06/17/15 | BEISWENGER | DRAFT COMMITTEE MINUTES FOR MEETING HELD ON JUNE 4, 2015 | 0.7 |
| 06/17/15 | SCHWARTZ | PREPARATION FOR COMMITTEE MEETING RE STUDENT COMMITTEE INJUNCTIVE MOTION AND PLAN FEASIBILITY | 3.4 |
| 06/17/15 | SILVERBERG | PREPARE AGENDA AND MEETING MATERIALS FOR 6/18 TELEPHONIC COMMITTEE MEETING | 1.5 |
| 06/18/15 | SILVERBERG | ATTEND COMMITTEE CALL AND FOLLOW-UP REGARDING SAME | 0.8 |
| 06/18/15 | ENNIS | ATTEND COMMITTEE MEETING | 0.3 |
| 06/18/15 | BEISWENGER | PREPARE FOR COMMITTEE MEETING (.3); ATTEND COMMITTEE MEETING (.8); FOLLOW UP EMAIL TO COMMITTEE RE: OMNI WEBSITE (.1) | 1.2 |
| 06/18/15 | SCHWARTZ | PREPARE FOR AND PARTICIPATE IN COMMITTEE MEETING | 3.3 |
| 06/23/15 | ENNIS | RESPOND TO CALL FROM CREDITOR | 0.2 |
| 06/23/15 | SCHWARTZ | PREPARE MEMORANDUM RE CONVENING COMMITTEE MEETING TO ADDRESS STUDENT COMMITTEE MOTION TO EXTEND AUTO STAY | 2.3 |
| 06/24/15 | SCHWARTZ | CONSULTATIONS WITH COMMITTEE MEMBERS ABOUT STUDENT COMMITTEE CONTESTED MATTER DEFENSE | 1.3 |
| 06/30/15 | BEISWENGER | DRAFT COMMITTEE MEETING MINUTES FROM MEETING ON JUNE 18, 2015 | 0.3 |
| | **Total Hours** | | **17.4** |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS
July 21, 2015

Invoice 682986
Page 3

| TIME SUMMARY | | | |
|---|---|---|---|

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| H. JEFFREY SCHWARTZ | 10.3 | hours at | 1,235.00 | 12,720.50 |
| BENNETT S. SILVERBERG | 3.1 | hours at | 885.00 | 2,743.50 |
| JACOB T. BEISWENGER | 2.9 | hours at | 570.00 | 1,653.00 |
| CAROL S. ENNIS | 1.1 | hours at | 340.00 | 374.00 |
| **Total Fees** | | | | **17,491.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE      Invoice      682986
OF UNSECURED CR                                   Date      Jul 21, 2015
C/O BROWN RUDNICK LLP                             Client      032615
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

RE:    MEETINGS AND COMMUNICATIONS WITH CREDITORS



Remittance remit

**Balance Due: $17,491.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 682987 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    EMPLOYMENT AND FEE APPLICATIONS

## INVOICE

For professional services rendered in connection with the above captioned matter
through June 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0004 | EMPLOYMENT AND FEE APPLICATIONS | 4,704.50 | 0.00 | 4,704.50 |
| | **Total** | **4,704.50** | **0.00** | **4,704.50** |

| | |
|---|---|
| Total Current Fees | $4,704.50 |
| **Total Invoice** | **$4,704.50** |

BR

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: EMPLOYMENT AND FEE APPLICATIONS
July 21, 2015

Invoice 682987
Page 2

| | TIME DETAIL | |
|---|---|---|

| Date | Professional | Description | Hours |
|---|---|---|---|
| 05/19/15 | ENNIS | DRAFT BROWN RUDNICK RETENTION APPLICATION | 1.5 |
| 06/01/15 | ENNIS | PREPARE BROWN RUDNICK RETENTION APPLICATION FOR FILING (.3); PREPARE GAVIN/SOLMONESE RETENTION APPLICATION FOR FILING (.2); COORDINATE WITH T. BURKHART RE: EXECUTION OF RETENTION DOCUMENTS (.2); COORDINATE WITH J. KLEIN RE: COMPILATION AND FILING OF ALL COMMITTEE PROFESSIONAL RETENTION DOCUMENTS (.4) | 1.1 |
| 06/02/15 | ENNIS | CIRCULATE AS FILED VERSIONS OF RETENTION APPLICATIONS (.2); CALENDAR KEY DATES (.2); MODIFICATION TO CALENDAR (HEARING RESCHEDULED) (.1); REVIEW OF US TRUSTEE'S COMMENTS RE: RETENTION APPLICATIONS (.1); EMAIL TO GAVIN/SOLMONESE AND ROSNER GROUP WITH CASE PARTIES LIST (.1) | 0.7 |
| 06/02/15 | BEISWENGER | REVIEW CORRESPONDENCE FROM UNITED STATES TRUSTEE RE: REVISIONS TO PROPOSED RETENTION ORDER FOR COMMITTEE PROFESSIONALS (.3); REVIEW RETENTION ORDER FROM PRIOR CASES RE: APPLICATION OF UPDATED UNITED STATES TRUSTEE FEE GUIDELINES (.4) | 0.7 |
| 06/03/15 | ENNIS | MODIFICATIONS TO PROPOSED ORDER FOR BROWN RUDNICK RETENTION PURSUANT TO US TRUSTEE'S COMMENTS | 0.3 |
| 06/03/15 | SILVERBERG | CORRESPODENCE AND REVISIONS TO RETENTION ORDERS PER INFORMAL COMMENTS FROM UST | 0.3 |
| 06/04/15 | ENNIS | EMAIL TO LOCAL COUNSEL RE: TIMING FOR FIRST INTERIM FEE APPLICATION | 0.1 |
| 06/08/15 | ENNIS | COMMUNICATIONS WITH W. WEITZ RE; FILING OF SUPPLEMENTAL DECLARATION | 0.1 |
| 06/09/15 | ENNIS | DRAFT SUPPLEMENTAL RETENTION DECLARATION FOR GAVIN/SOLMONESE (.4); COMMUNICATIONS RE: SAME WITH WAYNE WEITZ AND LOCAL COUNSEL RE: FILING (.2); CIRCULATE AS-FILED DOCUMENT (.1) | 0.7 |
| 06/12/15 | ENNIS | DRAFT MAY FEE APPLICATION | 2.8 |
| 06/16/15 | ENNIS | FINALIZE DRAFTS OF BROWN RUDNICK AND GAVIN SOLMONESE RETENTION ORDERS | 0.4 |
| 06/18/15 | ENNIS | MODIFICATIONS TO MAY FEE APPLICATION | 0.2 |
| 06/18/15 | BEISWENGER | REVISE BROWN RUDNICK'S FEE APPLICATION FOR MAY 2015 | 0.3 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR

RE: EMPLOYMENT AND FEE APPLICATIONS
July 21, 2015

| | | | |
|---|---|---|---|
| 06/19/15 | BEISWENGER | DRAFT NARRATIVE DESCRIPTIONS OF WORK PERFORMED FOR BROWN RUDNICK'S MAY 2015 FEE APPLICATION | 1.3 |
| 06/23/15 | ENNIS | CIRCULATE ORDER APPROVING BROWN RUDNICK AND GAVIN/SOLMONESE RETENTIONS | 0.1 |
| 06/25/15 | ENNIS | MODIFICATIONS TO BROWN RUDNICK FIRST MONTHLY FEE APPLICATION (.5); PREPARE FEE APPLICATION FOR FILING (.4); COORDINATE FILING BY LOCAL COUNSEL (.2); CIRCULATE AS-FILED FEE APPLICATION (.1) | 1.2 |
| | **Total Hours** | | **11.8** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| BENNETT S. SILVERBERG | 0.3 | hours at | 885.00 | 265.50 |
| JACOB T. BEISWENGER | 2.3 | hours at | 570.00 | 1,311.00 |
| CAROL S. ENNIS | 9.2 | hours at | 340.00 | 3,128.00 |
| **Total Fees** | | | | **4,704.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 682987 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    EMPLOYMENT AND FEE APPLICATIONS



Remittance

**Balance Due: $4,704.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 682988 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    PLAN AND DISCLOSURE STATEMENT

## INVOICE

For professional services rendered in connection with the above captioned matter
through June 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0006 | PLAN AND DISCLOSURE STATEMENT | 54,891.00 | 0.00 | 54,891.00 |
| | **Total** | **54,891.00** | **0.00** | **54,891.00** |

| | |
|---|---|
| Total Current Fees | $54,891.00 |
| **Total Invoice** | **$54,891.00** |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: PLAN AND DISCLOSURE STATEMENT
July 21, 2015

Invoice 682988
Page 2

| | | TIME DETAIL | |
|---|---|---|---|

| Date | Professional | Description | Hours |
|---|---|---|---|
| 06/05/15 | SCHWARTZ | ANALYSIS OF PLAN ISSUES AND ASSET VALUES | 3.9 |
| 06/08/15 | SCHWARTZ | ANALYSIS OF PLAN FORMULATION AND FEASIBILITY ISSUES | 1.9 |
| 06/09/15 | SCHWARTZ | ANALYSIS OF STUDENT COMMITTEE MOTION FOR STAY AND PLAN FEASIBILITY ISSUES RELATING THERETO | 3.3 |
| 06/10/15 | SCHWARTZ | ANALYSIS OF PLAN FORMULATION AND FEASIBILITY ISSUES RE D&O INSURANCE COVERAGE AND AVOIDANCE POWER ACTIONS | 2.7 |
| 06/12/15 | SCHWARTZ | ANALYSIS OF PLAN FEASIBILITY ISSUES RE IDENTIFICATION OF AVOIDANCE ACTIONS AND D&O CLAIMS AS WELL AS D&O COVERAGE RELATING THERETO | 3.8 |
| 06/15/15 | SCHWARTZ | ANALYSIS OF PLAN AND TRUST FEASIBILITY ISSUES AND ASSET PROFILE | 2.2 |
| 06/16/15 | SCHWARTZ | ANALYSIS OF PLAN FORMULATION ISSUES RE STUDENT COMMITTEE MOTION TO EXPAND AUTOMATIC STAY RELIEF | 3.3 |
| 06/17/15 | SILVERBERG | CONSIDER ISSUES REGARDING PLAN FORMULATION, TRUST WATERFALL AND RETAINED ACTIONS AND ASSETS | 6.0 |
| 06/18/15 | SILVERBERG | TELEPHONE CONFERENCE WITH DEBTORS, BOA'S COUNSEL, J. SCHWARTZ, ET AL., REGARDING PLAN FORMULATION, PLANNING AND STRATEGY | 1.2 |
| 06/18/15 | SCHWARTZ | PREP FOR AND PARTICIPATION IN PLAN FORMULATION CALL WITH DEBTORS' COUNSEL AND BANK COUNSEL | 1.9 |
| 06/19/15 | SCHWARTZ | ANALYSIS OF PLAN AND TRUST FORMULATION ISSUES | 2.4 |
| 06/22/15 | SCHWARTZ | ANALYSIS AND NEGOTIATION OF PLAN OF REORGANIZATION TREATMENT OF GENERAL UNSECURED CREDITORS AND RELATED PLAN PROVISIONS | 2.3 |
| 06/24/15 | SCHWARTZ | ANALYSIS OF PLAN FORMULATION ISSUES AND NEGOTIATIONS | 1.8 |
| 06/25/15 | SILVERBERG | CORRESPONDENCE AND CONSIDER ISSUES REGARDING PLAN FORMULATION | 0.4 |
| 06/26/15 | SCHWARTZ | ANALYSIS AND NEGOTIATION OF PLAN AND TRUST ISSUES AND PROVISIONS | 4.4 |
| 06/28/15 | SCHWARTZ | PREP FOR AND PARTICIPATION IN PLAN NEGOTIATION WITH ALL MAJOR INTERESTED PARTIES | 2.3 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: PLAN AND DISCLOSURE STATEMENT
July 21, 2015

Invoice 682988
Page 3

| 06/30/15 | SCHWARTZ | PREP FOR AND PARTICIPATE IN MEETING WITH DEBTOR AND BANK | 2.8 |
|---|---|---|---|
| | **Total Hours** | | **46.6** |

### T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| H. JEFFREY SCHWARTZ | 39.0 | hours at | 1,235.00 | 48,165.00 |
| BENNETT S. SILVERBERG | 7.6 | hours at | 885.00 | 6,726.00 |
| **Total Fees** | | | | **54,891.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP     Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 682988 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:   PLAN AND DISCLOSURE STATEMENT



Remittance

---

**Balance Due: $54,891.00**

---

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 682989 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    EMPLOYEE BENEFITS AND PENSIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0009 | EMPLOYEE BENEFITS AND PENSIONS | 885.00 | 0.00 | 885.00 |
| | **Total** | **885.00** | **0.00** | **885.00** |

|  |  |
|---|---|
| Total Current Fees | $885.00 |
| **Total Invoice** | **$885.00** |

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: EMPLOYEE BENEFITS AND PENSIONS
July 21, 2015

## T I M E   D E T A I L

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 06/05/15 | SILVERBERG | REVIEW ISSUES REGARDIG EMPLOYEE WAGE ORDER AND WORKERS COMPENSATION CONSIDERATIONS | 0.6 |
| 06/05/15 | SILVERBERG | REVIEW ISSUES REGARDING EMPLOYEE MOTION, WORKERS COMPENSATION ISSUES AND CORRESPONDENCE WITH S. GAUTIER REGARDING SAME | 0.2 |
| 06/08/15 | SILVERBERG | CORRESPONDENCE REGARDING REVISED FINAL EMPLOYEE WAGE ORDER | 0.2 |
| | **Total Hours** | | **1.0** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| BENNETT S. SILVERBERG | 1.0 | hours at | 885.00 | 885.00 |
| **Total Fees** | | | | **885.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP     Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| Invoice | 682989 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    EMPLOYEE BENEFITS AND PENSIONS



Remittance

**Balance Due: $885.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

# BROWN RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| Invoice | 682990 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    ASSET DISPOSITION

## INVOICE

For professional services rendered in connection with the above captioned matter
through June 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0011 | ASSET DISPOSITION | 177.00 | 0.00 | 177.00 |
| | **Total** | **177.00** | **0.00** | **177.00** |

| | |
|---|---|
| Total Current Fees | $177.00 |
| **Total Invoice** | **$177.00** |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: ASSET DISPOSITION
July 21, 2015

Invoice 682990
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 06/24/15 | SILVERBERG | REVIEW ISSUES REGARDING SALE OF REMAINING TANGIBLE ASSETS | 0.2 |
| | **Total Hours** | | **0.2** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| BENNETT S. SILVERBERG | 0.2 | hours at | 885.00 | 177.00 |
| | **Total Fees** | | | **177.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 682990 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    ASSET DISPOSITION



Remittance

**Balance Due: $177.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 682991 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    RELIEF FROM STAY AND ADEQUATE PROTECTION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0012 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 58,958.00 | 0.00 | 58,958.00 |
| | **Total** | **58,958.00** | **0.00** | **58,958.00** |

| | |
|---|---|
| Total Current Fees | $58,958.00 |
| **Total Invoice** | **$58,958.00** |

BR

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 06/08/15 | SCHWARTZ | ANALYSIS OF STUDENT COMMITTEE MOTION TO EXTEND AUTOMATIC STAY | 1.7 |
| 06/09/15 | SILVERBERG | OFFICE CONFERENCE WITH J. SCHWARTZ REGARDING STUDENT COMMITTEE'S MOTION TO IMPOSE THE STAY ON LENDER COLLECTION EFFORTS | 1.8 |
| 06/11/15 | SCHWARTZ | ANALYSIS AND FORMULATION OF COMMITTEE'S RESPONSE TO STUDENT COMMITTEE'S MOTION FOR EXTENSION OF AUTOMATIC STAY TO ENJOIN LENDER TO STUDENTS FROM COLLECTION EFFORTS | 3.8 |
| 06/19/15 | BEISWENGER | REVIEW AND ANALYZE STUDENT COMMITTEE'S STAY RELIEF MOTION | 2.2 |
| 06/19/15 | SCHWARTZ | ANALYSIS AND PREP OF OBJECTION TO STUDENT COMMITTEE MOTION TO EXPAND AUTO STAY TO STUDENT LOAN LENDERS | 3.7 |
| 06/20/15 | BEISWENGER | DRAFT OBJECTION TO MOTION OF STUDENT COMMITTEE TO EXTEND THE AUTOMATIC STAY TO STUDENT CREDITORS | 4.9 |
| 06/22/15 | BEISWENGER | REVISE COMMITTEE OBJECTION TO STUDENT COMMITTEE'S MOTION TO EXTEND STAY TO STUDENT CREDITORS | 0.7 |
| 06/22/15 | SCHWARTZ | PREPARATION OF OBJECTION TO STUDENT COMMITTEE INJUNCTIVE MOTION | 2.8 |
| 06/22/15 | SCHWARTZ | ANALYSIS AND NEGOTIATION OF RESOLUTION OF STUDENT COMMITTEE INJUNCTIVE MOTION AS TO COMMITTEE | 2.4 |
| 06/22/15 | SILVERBERG | TELEPHONE CONFERENCE WITH J. SCHWARTZ, S. GAUTIER REGARDING TREATMENT OF STUDENT CLAIMS UNDER A PLAN (.8), FOLLOWUP WITH J. SCHWARTZ REGARDING SAME (.2); REVIEW AND REVISE OBJECTION TO MOTION TO EXPAND STAY (.3) | 1.3 |
| 06/23/15 | ENNIS | CIRCULATE US TRUSTEE'S OBJECTION TO STUDENT COMMITTEE'S MOTION FOR RELIEF (.1); CIRCULATE CORRECTED OBJECTION (.1) | 0.2 |
| 06/23/15 | BEISWENGER | REVISE OBJECTION TO STUDENT COMMITTEE'S MOTION SEEKING INJUNCTION IN FAVOR OF STUDENT CREDITORS | 1.3 |
| 06/23/15 | SCHWARTZ | NEGOTIATIONS WITH ALL MAJOR PARTIES RE AGREEMENT ON RESPONSES TO STUDENT COMMITTEE MOTION TO EXTEND AUTO STAY | 2.1 |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: RELIEF FROM STAY AND ADEQUATE PROTECTION
July 21, 2015

Invoice 682991
Page 3

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/23/15 | SCHWARTZ | ANALYSIS OF OBJECTION OF THE UNTIED STATES TO STUDENT COMMITTEE MOTION AND AUTHORITIES CITED THEREIN | 2.3 |
| 06/23/15 | SILVERBERG | TELEPHONE CONFERENCE WITH F. ROSNER REGARDING STUDENT COMMITTEE'S MOTION SEEKING INJUNCTIVE RELIEF (.1); TELEPHONE CONFERENCES WITH J. SCHWARTZ, J. HAGLE, M. MERCHANT REGARDING STUDENT COMMITTEE'S MOTION FOR INJUNCTIVE RELIEF (2.4); REVIEW AND REVISE COMMITTEE'S OBJECITON TO STUDENT COMMITTEE MOTION (.4) | 2.9 |
| 06/24/15 | ENNIS | CIRCULATE DEBTORS' RESPONSE TO STUDENT COMMITTEE'S MOTION FOR RELIEF | 0.1 |
| 06/24/15 | SCHWARTZ | ANALYSIS OF OBJECTION OF UNITED STATES TO STUDENT COMMITTEE MOTION | 2.2 |
| 06/24/15 | SILVERBERG | CONSIDER CONTINUING ISSUES REGARDING STUDENT COMMITTEE MOTION TO EXPAND THE STAY | 1.0 |
| 06/25/15 | SCHWARTZ | ANALYSIS OF STUDENT COMMITTEE'S REPLY PAPERS TO OBJECTION TO MOTION TO EXPAND AUTOMATIC STAY | 3.3 |
| 06/26/15 | SCHWARTZ | ANALYSIS OF RESPONSES AND OBJECTIONS TO STUDENT COMMITTEE MOTION TO EXTEND AUTO STAY IN RELATION TO PRESERVATION OF VALUE OF ASSETS OF ESTATE TO VEST IN CREDITORS TRUST | 2.9 |
| 06/29/15 | SCHWARTZ | PREPARE FOR MEETING WITH DEBTORS' COUNSEL AND BANK AND PARTICIPATION IN CONTESTED MATTER RE: STUDENT COMMITTEE MOTION FOR EXTENSION OF THE STAY | 5.9 |
| 06/29/15 | ENNIS | PREPARE LIST OF CASES INCLUDED IN STUDENT COMMITTEE MOTION FOR RELIEF AND RESPONSIVE PLEADINGS | 1.6 |
| 06/30/15 | SCHWARTZ | PREP FOR AND PARTICIPATION IN COURT HEARING ON STUDENT COMMITTEE'S STAY EXTENSION MOTION | 4.9 |
| **Total Hours** | | | **56.0** |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR

Invoice 682991
Page 4

RE: RELIEF FROM STAY AND ADEQUATE PROTECTION
July 21, 2015

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| H. JEFFREY SCHWARTZ | 38.0 | hours at | 1,235.00 | 46,930.00 |
| BENNETT S. SILVERBERG | 7.0 | hours at | 885.00 | 6,195.00 |
| JACOB T. BEISWENGER | 9.1 | hours at | 570.00 | 5,187.00 |
| CAROL S. ENNIS | 1.9 | hours at | 340.00 | 646.00 |
| **Total Fees** | | | | **58,958.00** |

INCLUDES ONLY TIME AND COSTS TO DATE
KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT
PAYABLE WITHIN 30 DAYS

TAX IDENTIFICATION # 04-3108175

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice    682991
Date    Jul 21, 2015
Client    032615

RE:    RELIEF FROM STAY AND ADEQUATE PROTECTION



Remittance

**Balance Due: $58,958.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| Invoice | 682993 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    AVOIDANCE ACTION ANALYSIS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 032615.0014 | AVOIDANCE ACTION ANALYSIS | 13,659.50 | 0.00 | 13,659.50 |
| | **Total** | **13,659.50** | **0.00** | **13,659.50** |

Total Current Fees                    $13,659.50

**Total Invoice**                    **$13,659.50**

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: AVOIDANCE ACTION ANALYSIS
July 21, 2015

## TIME DETAIL

| Date | Professional | Description | Hours |
|---|---|---|---|
| 06/05/15 | SILVERBERG | TELEPHONE CONFERENCE WITH J. SCHWARTZ REGARDING ESTATE CAUSES OF ACTION | 1.0 |
| 06/08/15 | ENNIS | INITIATE COMPILATION OF SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS FOR REVIEW PURPOSES | 0.4 |
| 06/09/15 | ENNIS | COMPILE ALL SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS AND CREATE BINDER RE: SAME (3.0); REVIEW STATEMENTS OF FINANCIAL AFFAIRS RE: PREPETITON PAYMENTS (.2) | 3.2 |
| 06/09/15 | SCHWARTZ | ANALYSIS OF AVOIDANCE ACTIONS IN FAVOR OF THE ESTATE RELATING TO STUDENT LENDERS | 1.9 |
| 06/10/15 | SILVERBERG | REVIEW SCHEDULES AND STATEMENTS FOR POTENTIAL AVOIDANCE ACTION RECOVERIES TO FUND CHAPTER 11 CASES AND LIQUIDATING TRUST | 1.7 |
| 06/15/15 | SILVERBERG | REVIEW SCHEDULES AND IDENTIFY POTENTIAL SOURCES OF RECOVERY FOR UNSECURED CREDITORS | 3.0 |
| 06/16/15 | SILVERBERG | TELEPHONE CONFERENCE WITH J. SCHWARTZ REGARDING SCHEDULES AND STATEMENTS (.3); TELEPHONE CONFERENCE WITH W. WEITZ REGARDING SCHEDULES AND STATEMENTS (.4); ANALYSIS OF SCHEDULES AND POTENTIAL ASSETS AND CAUSES OF ACTION TO BE PRESERVED FOR LIQUIDATING TRUST (5.0) | 5.7 |
| | **Total Hours** | | **16.9** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| H. JEFFREY SCHWARTZ | 1.9 | hours at | 1,235.00 | 2,346.50 |
| BENNETT S. SILVERBERG | 11.4 | hours at | 885.00 | 10,089.00 |
| CAROL S. ENNIS | 3.6 | hours at | 340.00 | 1,224.00 |
| **Total Fees** | | | | **13,659.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice      682993
Date      Jul 21, 2015
Client      032615

RE:    AVOIDANCE ACTION ANALYSIS



Remittance

**Balance Due: $13,659.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 682994 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:   CLAIMS ADMINISTRATION AND OBJECTIONS

**I N V O I C E**

For professional services rendered in connection with the above captioned matter
through June 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0016 | CLAIMS ADMINISTRATION AND OBJECTIONS | 973.50 | 0.00 | 973.50 |
| | **Total** | **973.50** | **0.00** | **973.50** |

| | |
|---|---|
| Total Current Fees | $973.50 |
| **Total Invoice** | **$973.50** |

**BR**

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 06/08/15 | SILVERBERG | REVIEW ISSUES REGARDING BAR DATE MOTION | 0.4 |
| 06/09/15 | SILVERBERG | TELEPHONE CONFERENCE WITH STUDENT COMMITTEE AND DEBTORS' COUNSEL, J. SCHWARTZ REGARDING BAR DATE MOTION | 0.6 |
| 06/16/15 | SILVERBERG | TELEPHONE CONFERENCE WITH G. TAYLOR REGARDING CLAIM ARISING FROM SETTLEMENT WITH CCI | 0.1 |
| | **Total Hours** | | **1.1** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| BENNETT S. SILVERBERG | 1.1 | hours at | 885.00 | 973.50 |
| **Total Fees** | | | | **973.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**B**ROWN**R**UDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| Invoice | 682994 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:   CLAIMS ADMINISTRATION AND OBJECTIONS



Remittance

**Balance Due: $973.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 682995 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:   D&O INVESTIGATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through June 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0020 | D&O INVESTIGATION | 14,281.00 | 0.00 | 14,281.00 |
| | Total | **14,281.00** | **0.00** | **14,281.00** |

| | |
|---|---|
| Total Current Fees | $14,281.00 |
| **Total Invoice** | **$14,281.00** |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: D&O INVESTIGATION
July 21, 2015

| TIME DETAIL | | |
|---|---|---|

| Date | Professional | Description | Hours |
|---|---|---|---|
| 06/02/15 | BURKE | REVIEW INSURANCE POLICIES | 0.6 |
| 06/04/15 | BURKE | REVIEW INSURANCE POLICIES (1.0; DRAFT EMAIL DESCRIBING NOTICE OBLIGATIONS (.8) | 1.8 |
| 06/11/15 | CURRY | CORRESPONDENCE WITH J. SCHWARTZ AND M. COLLINS RE: INSURANCE ISSUES | 0.7 |
| 06/11/15 | OLDHAM | TELECONFERENCE WITH L. CURRY RE: INSURANCE ISSUES | 0.1 |
| 06/15/15 | BURKE | DRAFT CHART OF CAUSES OF ACTIONS BEING ASSERTED AGAINST CORINTHIAN'S DIRECTORS AND OFFICERS | 0.7 |
| 06/15/15 | OLDHAM | TELECONFERENCE WITH L. BURKE RE: D&O ISSUES | 0.2 |
| 06/16/15 | OLDHAM | REVIEW D&O POLICIES | 0.3 |
| 06/16/15 | BURKE | REVIEW INSURANCE POLICIES AND DRAFT REQUESTS FOR ADDITIONAL DOCUMENTATION | 0.5 |
| 06/18/15 | CURRY | CORRESPONDENCE RE D&O POLICIES | 0.8 |
| 06/18/15 | SCHWARTZ | ANALYSIS OF D&O INSURANCE POLICIES AND CLAIMS | 1.1 |
| 06/25/15 | BURKE | STRATEGIZE RE:  DIRECTORS AND OFFICERS INSURANCE POLICIES | 0.5 |
| 06/25/15 | BURKE | REVIEW SHAREHOLDER DERIVATIVE SUIT COMPLAINT AND COMPLAINT BROUGHT BY ATTORNEY GENERAL OF CALIFORNIA | 2.1 |
| 06/25/15 | SILVERBERG | TELEPHONE CONFERENCE WITH L. CURRY REGARDING INSURANCE COVERAGE ISSUES | 0.5 |
| 06/26/15 | BURKE | RESEARCH COVERAGE OF DIRECTORS AND OFFICERS INSURANCE POLICIES | 3.5 |
| 06/26/15 | BURKE | DRAFT MEMORANDUM ANALYZING COVERAGE OF D&O POLICIES | 2.7 |
| 06/26/15 | CURRY | REVIEW D&O  RELATED INSURANCE CHARTS AND RESEARCH | 3.5 |
| 06/29/15 | BURKE | RESEARCH ISSUES RELATING TO DIRECTORS AND OFFICERS INSURANCE | 1.9 |
| 06/29/15 | BURKE | TELECONFERENCE WITH L. CURRY TO DISCUSS DIRECTORS AND OFFICERS INSURANCE POLICIES | 0.4 |
| 06/30/15 | CURRY | REVIEW D&O QUESTIONS | 0.6 |
| 06/30/15 | BURKE | REVISE ISSUES LIST REGARDING DIRECTORS AND OFFICERS INSURANCE POLICIES | 0.4 |
| 06/30/15 | SILVERBERG | ANALYSIS OF ISSUES REGARDING D&O COVERAGE | 0.4 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: D&O INVESTIGATION
July 21, 2015

Invoice 682995
Page 3

| 06/30/15 SEITZ | | REVIEW DOCKET IN STEINBERG V. MOSOMINO DERIVATIVE SHAREHOLDERS' SUIT FOR KEY PLEADINGS AND ORDERS (.7) PREPARE KEY PLEADINGS AND ORDER IN STEINBERG V. MOSOMINO DERIVATIVE SHAREHOLDERS' SUIT FOR ATTORNEY REVIEW (1.0) | 1.7 |
|---|---|---|---|
| **Total Hours** | | | **25.0** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| LAUREN E. CURRY | 5.6 | hours at | 730.00 | 4,088.00 |
| H. JEFFREY SCHWARTZ | 1.1 | hours at | 1,235.00 | 1,358.50 |
| BENNETT S. SILVERBERG | 0.9 | hours at | 885.00 | 796.50 |
| LARA N. BURKE | 15.1 | hours at | 470.00 | 7,097.00 |
| BRIAN P. OLDHAM | 0.6 | hours at | 605.00 | 363.00 |
| CHRISTIAN M. SEITZ | 1.7 | hours at | 340.00 | 578.00 |
| **Total Fees** | | | | **14,281.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP   Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# **BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| Invoice | 682995 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    D&O INVESTIGATION



Remittance

**Balance Due: $14,281.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 682996 |
| Date | Jul 21, 2015 |
| Client | 032615 |

RE:    DIP FINANCING/CASH COLLATERAL

## INVOICE

For professional services rendered in connection with the above captioned matter
through June 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0022 | DIP FINANCING/CASH COLLATERAL | 29,023.50 | 0.00 | 29,023.50 |
| | **Total** | **29,023.50** | **0.00** | **29,023.50** |

Total Current Fees $29,023.50

**Total Invoice** **$29,023.50**

BR

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: DIP FINANCING/CASH COLLATERAL
July 21, 2015

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 06/01/15 | SCHWARTZ | ANALYSIS OF CASH COLLATERAL ISSUES AND NEGOTIATION THEREOF WITH DEBTORS' COUNSEL AND STUDENT COMMITTEE COUNSEL | 3.3 |
| 06/01/15 | SILVERBERG | CONSIDERATIONS REGARDING CASH COLLATERAL OBJECTION AND NEGOTIATIONS | 2.0 |
| 06/02/15 | BEISWENGER | REVIEW AND ANALYZE SAMPLE CASH COLLATERAL OBJECTIONS FROM VARIOUS CASES (2.3); DRAFT COMMITTEE'S OBJECTION TO DEBTORS' CASH COLLATERAL MOTION (3.1) | 5.4 |
| 06/02/15 | SCHWARTZ | ANALYSIS AND NEGOTIATION OF CASH COLLATERAL USAGE AND RELATED ISSUES | 3.4 |
| 06/02/15 | SILVERBERG | REVIEW ISSUES REGARDING CASH COLLATERAL STIPULATION (2.3); OFFICE CONFERENCE WITH J. SCHWARTZ REGARDING CONTESTED ACCESS TO CASH COLLATERAL, ALTERNATIVE FINANCING (.4) | 2.7 |
| 06/02/15 | SPINA | REVISE CASH COLLATERAL OBJECTION | 0.7 |
| 06/03/15 | SCHWARTZ | ANALYSIS AND NEGOTIATION OF CASH COLLATERAL USAGE PROVISIONS AND PLAN OF REORGANIZATION TERMS | 2.9 |
| 06/03/15 | SILVERBERG | REVISIONS TO CASH COLLATERAL ORDER (1.7); MEETINGS AND CONFERENCES WITH J. SCHWARTZ, M. COLLINS, S. GAUTIER, W. WEITZ, ET. AL REGARDING CASH COLLATERAL ISSUES (2.2) | 3.9 |
| 06/04/15 | SCHWARTZ | ANALYSIS OF CASH COLLATERAL AND PLAN FORMULATION ISSUES | 3.4 |
| 06/04/15 | SILVERBERG | TELEPHONE CONFERENCE WITH RICHARDS LAYTON, FTI, J. SCHWARTZ, S. GAURIER, W. WEITZ REGARDING CASH COLLATERAL ISSUES | 0.4 |
| 06/05/15 | SILVERBERG | REVISE FINAL CASH COLLATERAL ORDER (1.5), TELEPHONE CONFERENCES WITH J. SCHWARTZ AND F. ROSNER REGARDING SAME (.3) | 1.8 |
| **Total Hours** | | | **29.9** |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: DIP FINANCING/CASH COLLATERAL
July 21, 2015

Invoice 682996
Page 3

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| H. JEFFREY SCHWARTZ | 13.0 | hours at | 1,235.00 | 16,055.00 |
| BENNETT S. SILVERBERG | 10.8 | hours at | 885.00 | 9,558.00 |
| JACOB T. BEISWENGER | 5.4 | hours at | 570.00 | 3,078.00 |
| JOSEPH A. SPINA | 0.7 | hours at | 475.00 | 332.50 |
| **Total Fees** | | | | **29,023.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice    682996
Date    Jul 21, 2015
Client    032615

RE:    DIP FINANCING/CASH COLLATERAL



**Remittance**

**Balance Due: $29,023.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.