# EXHIBIT C

## EXHIBIT C

## SUMMARY OF DISBURSEMENTS

The following is a breakdown of disbursements for the period from June 1, 2015 through June 30, 2015:

| Service | | Cost |
|---|---|---|
| 1. | Photocopy (In-house) (5,160 pages × 10¢) | $516.00 |
| 2. | Telephone | $6.12 |
| 3. | Messenger | $20.00 |
| 4. | Lexis | $464.95 |
| 5. | Westlaw | $459.81 |
| 6. | PACER | $62.40 |
| 7. | CourtCall | $44.00 |
| | TOTAL | **$1,573.28** |

61986686

# BROWN RUDNICK

One Financial Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice    682984
Date       Jul 21, 2015
Client     032615

RE:   COSTS ONLY

## INVOICE

For professional services rendered in connection with the above captioned matter through June 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0001 | COSTS ONLY | 0.00 | 1,573.28 | 1,573.28 |
| | Total | 0.00 | 1,573.28 | 1,573.28 |

Total Current Costs         $1,573.28

**Total Invoice**           **$1,573.28**

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
July 21, 2015

Invoice 682984
Page 2

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 06/10/15 | COLOR COPIES | 0.60 |
| 06/18/15 | COLOR COPIES | 0.50 |
| 06/18/15 | COLOR COPIES | 1.00 |
| 06/18/15 | COLOR COPIES | 0.50 |
| 06/18/15 | COLOR COPIES | 1.00 |
| 06/02/15 | COPIES | 6.00 |
| 06/02/15 | COPIES | 3.80 |
| 06/08/15 | COPIES | 3.30 |
| 06/09/15 | COPIES | 2.50 |
| 06/09/15 | COPIES | 3.40 |
| 06/09/15 | COPIES | 3.00 |
| 06/09/15 | COPIES | 4.50 |
| 06/09/15 | COPIES | 4.20 |
| 06/09/15 | COPIES | 0.30 |
| 06/09/15 | COPIES | 2.50 |
| 06/09/15 | COPIES | 2.90 |
| 06/09/15 | COPIES | 3.80 |
| 06/09/15 | COPIES | 3.70 |
| 06/09/15 | COPIES | 2.40 |
| 06/09/15 | COPIES | 2.40 |
| 06/09/15 | COPIES | 2.50 |
| 06/09/15 | COPIES | 0.40 |
| 06/09/15 | COPIES | 3.90 |
| 06/09/15 | COPIES | 3.50 |
| 06/09/15 | COPIES | 0.40 |
| 06/09/15 | COPIES | 2.50 |
| 06/09/15 | COPIES | 3.70 |
| 06/09/15 | COPIES | 3.80 |
| 06/09/15 | COPIES | 0.10 |
| 06/09/15 | COPIES | 0.10 |

Case 15-10952-JTD    Doc 694-3    Filed 08/03/15    Page 5 of 11

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
July 21, 2015

Invoice 682984
Page 3

| Date | Description | Amount |
|---|---|---|
| 06/09/15 | COPIES | 5.40 |
| 06/09/15 | COPIES | 40.50 |
| 06/09/15 | COPIES | 4.40 |
| 06/09/15 | COPIES | 9.60 |
| 06/09/15 | COPIES | 2.50 |
| 06/09/15 | COPIES | 7.00 |
| 06/09/15 | COPIES | 3.10 |
| 06/09/15 | COPIES | 2.90 |
| 06/09/15 | COPIES | 3.60 |
| 06/09/15 | COPIES | 15.70 |
| 06/09/15 | COPIES | 4.20 |
| 06/09/15 | COPIES | 3.00 |
| 06/09/15 | COPIES | 6.70 |
| 06/09/15 | COPIES | 8.90 |
| 06/09/15 | COPIES | 15.60 |
| 06/09/15 | COPIES | 2.50 |
| 06/09/15 | COPIES | 22.30 |
| 06/09/15 | COPIES | 30.10 |
| 06/09/15 | COPIES | 4.50 |
| 06/09/15 | COPIES | 10.40 |
| 06/09/15 | COPIES | 0.40 |
| 06/09/15 | COPIES | 0.60 |
| 06/09/15 | COPIES | 0.30 |
| 06/09/15 | COPIES | 1.20 |
| 06/10/15 | COPIES | 2.40 |
| 06/10/15 | COPIES | 3.70 |
| 06/10/15 | COPIES | 2.40 |
| 06/10/15 | COPIES | 3.70 |
| 06/10/15 | COPIES | 4.60 |
| 06/10/15 | COPIES | 2.50 |
| 06/10/15 | COPIES | 3.70 |
| 06/10/15 | COPIES | 2.40 |
| 06/10/15 | COPIES | 2.50 |
| 06/10/15 | COPIES | 3.70 |
| 06/10/15 | COPIES | 2.50 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
July 21, 2015

Invoice 682984
Page 4

| Date | Description | Amount |
|---|---|---|
| 06/10/15 | COPIES | 2.50 |
| 06/10/15 | COPIES | 4.90 |
| 06/11/15 | COPIES | 16.90 |
| 06/16/15 | COPIES | 11.90 |
| 06/18/15 | COPIES | 0.40 |
| 06/18/15 | COPIES | 3.60 |
| 06/18/15 | COPIES | 1.80 |
| 06/18/15 | COPIES | 0.40 |
| 06/19/15 | COPIES | 0.10 |
| 06/19/15 | COPIES | 0.60 |
| 06/19/15 | COPIES | 1.90 |
| 06/19/15 | COPIES | 0.30 |
| 06/19/15 | COPIES | 0.20 |
| 06/22/15 | COPIES | 0.60 |
| 06/22/15 | COPIES | 0.10 |
| 06/22/15 | COPIES | 1.10 |
| 06/22/15 | COPIES | 0.70 |
| 06/23/15 | COPIES | 1.00 |
| 06/23/15 | COPIES | 1.00 |
| 06/23/15 | COPIES | 1.20 |
| 06/25/15 | COPIES | 6.00 |
| 06/25/15 | COPIES | 3.70 |
| 06/26/15 | COPIES | 1.10 |
| 06/26/15 | COPIES | 14.00 |
| 06/26/15 | COPIES | 14.00 |
| 06/26/15 | COPIES | 0.50 |
| 06/26/15 | COPIES | 0.40 |
| 06/29/15 | COPIES | 0.10 |
| 06/29/15 | COPIES | 0.30 |
| 06/29/15 | COPIES | 0.80 |
| 06/29/15 | COPIES | 0.60 |
| 06/29/15 | COPIES | 1.50 |
| 06/29/15 | COPIES | 3.30 |
| 06/29/15 | COPIES | 3.80 |
| 06/29/15 | COPIES | 1.50 |

Case 15-10952-JTD    Doc 694-3    Filed 08/03/15    Page 7 of 11

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
July 21, 2015

Invoice 682984
Page 5

| Date | Description | Amount |
|---|---|---|
| 06/29/15 | COPIES | 1.20 |
| 06/29/15 | COPIES | 1.10 |
| 06/29/15 | COPIES | 1.10 |
| 06/29/15 | COPIES | 1.70 |
| 06/29/15 | COPIES | 1.20 |
| 06/29/15 | COPIES | 1.10 |
| 06/29/15 | COPIES | 1.10 |
| 06/29/15 | COPIES | 1.40 |
| 06/29/15 | COPIES | 3.60 |
| 06/29/15 | COPIES | 1.30 |
| 06/29/15 | COPIES | 1.30 |
| 06/29/15 | COPIES | 0.40 |
| 06/29/15 | COPIES | 1.60 |
| 06/29/15 | COPIES | 1.00 |
| 06/29/15 | COPIES | 5.50 |
| 06/29/15 | COPIES | 1.10 |
| 06/29/15 | COPIES | 1.10 |
| 06/29/15 | COPIES | 1.00 |
| 06/29/15 | COPIES | 1.60 |
| 06/29/15 | COPIES | 2.50 |
| 06/29/15 | COPIES | 0.50 |
| 06/29/15 | COPIES | 0.70 |
| 06/29/15 | COPIES | 0.50 |
| 06/29/15 | COPIES | 0.30 |
| 06/29/15 | COPIES | 0.20 |
| 06/29/15 | COPIES | 0.80 |
| 06/29/15 | COPIES | 0.90 |
| 06/29/15 | COPIES | 0.90 |
| 06/29/15 | COPIES | 0.60 |
| 06/29/15 | COPIES | 0.60 |
| 06/29/15 | COPIES | 1.20 |
| 06/29/15 | COPIES | 0.30 |
| 06/29/15 | COPIES | 0.40 |
| 06/29/15 | COPIES | 0.60 |
| 06/29/15 | COPIES | 0.90 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
July 21, 2015

Invoice 682984
Page 6

| Date | Description | Amount |
|---|---|---|
| 06/29/15 | COPIES | 0.90 |
| 06/29/15 | COPIES | 0.60 |
| 06/29/15 | COPIES | 0.80 |
| 06/29/15 | COPIES | 0.50 |
| 06/29/15 | COPIES | 0.40 |
| 06/29/15 | COPIES | 1.00 |
| 06/29/15 | COPIES | 1.60 |
| 06/29/15 | COPIES | 0.60 |
| 06/29/15 | COPIES | 1.20 |
| 06/29/15 | COPIES | 0.90 |
| 06/29/15 | COPIES | 1.50 |
| 06/29/15 | COPIES | 2.40 |
| 06/29/15 | COPIES | 0.50 |
| 06/29/15 | COPIES | 0.80 |
| 06/29/15 | COPIES | 0.40 |
| 06/29/15 | COPIES | 0.30 |
| 06/29/15 | COPIES | 0.60 |
| 06/29/15 | COPIES | 0.80 |
| 06/29/15 | COPIES | 2.90 |
| 06/29/15 | COPIES | 0.90 |
| 06/29/15 | COPIES | 0.70 |
| 06/29/15 | COPIES | 0.50 |
| 06/29/15 | COPIES | 2.00 |
| 06/29/15 | COPIES | 0.90 |
| 06/29/15 | COPIES | 1.40 |
| 06/29/15 | COPIES | 1.30 |
| 06/29/15 | COPIES | 0.30 |
| 06/29/15 | COPIES | 1.50 |
| 06/29/15 | COPIES | 3.10 |
| 06/29/15 | COPIES | 6.60 |
| 06/29/15 | COPIES | 0.40 |
| 06/29/15 | COPIES | 14.00 |
| 06/29/15 | COPIES | 4.70 |
| 06/29/15 | COPIES | 0.50 |
| 06/29/15 | COPIES | 1.10 |

Case 15-10952-JTD    Doc 694-3    Filed 08/03/15    Page 9 of 11

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
July 21, 2015

Invoice 682984
Page 7

| Date | Description | Amount |
|---|---|---|
| 06/29/15 | COPIES | 0.60 |
| 06/03/15 | COURT CALL - VENDOR: AMERICAN EXPRESS 5/15/15 | 44.00 |
| 06/29/15 | LEXIS - FORTE, KAREN M | 99.00 |
| 06/29/15 | LEXIS - FORTE, KAREN M | 365.95 |
| 06/26/15 | MESSENGER - FROM SOCIAL LAW LIBRARY 06/02/15 | 20.00 |
| 06/23/15 | PACER - MAY 2015 | 62.40 |
| 06/05/15 | TELEPHONE | 1.02 |
| 06/08/15 | TELEPHONE | 0.34 |
| 06/22/15 | TELEPHONE | 0.34 |
| 06/23/15 | TELEPHONE | 3.06 |
| 06/24/15 | TELEPHONE | 1.36 |
| 06/02/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 06/20/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 06/20/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 06/20/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 107.79 |
| 06/26/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 06/26/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 108.64 |
| 06/26/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 104.69 |
| 06/29/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 104.69 |
| **Total Costs** | | **1,573.28** |

## COST SUMMARY

| Description | Value |
|---|---|
| COLOR COPIES | 3.60 |
| COPIES | 512.40 |
| COURT CALL | 44.00 |
| LEXIS | 464.95 |
| MESSENGER | 20.00 |
| PACER | 62.40 |
| TELEPHONE | 6.12 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES | 459.81 |
| **Total Costs** | **1,573.28** |


Case 15-10952-JTD   Doc 694-3   Filed 08/03/15   Page 10 of 11

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
July 21, 2015

Invoice 682984
Page 8

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWN RUDNICK

One Financial Center
Boston Massachusetts 02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice    682984
Date       Jul 21, 2015
Client     032615

RE:    COSTS ONLY



Remittance

**Balance Due: $1,573.28**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996