# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Julia B. Klein, hereby certify that, on August 3, 2015, I caused a copy of the *Second Monthly Fee Application of Brown Rudnick LLP, as Counsel to the Official Committee of Unsecured Creditors, for Payment of Interim Compensation and for Reimbursements of Disbursements Incurred for the Period June 1, 2015 through June 30, 2015* to be served via First-Class Mail upon the parties listed on the attached **Exhibit A**:

Dated:  August 3, 2015
        Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

{00016402. }

# Exhibit A

Corinthian Colleges, Inc.
6 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707
Attn: William J. Nolan

Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Attn: Mark D. Collins, Esq.
     Michael J. Merchant, Esq.

Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Attn: Jennifer Hagle, Esq.

Potter Anderson Corroon LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801
Attn: Jeremy Ryan, Esq.

Office of United States Trustee
District of Delaware
844 N. King Street, Suite 2207
Wilmington, DE 19801
Attn: Richard L. Schepacarter, Esq,

Robins Kaplan LLP
2049 Century Park east, Suite 3400
Los Angeles, CA 90067
Attn: Scott F. Guatier, Esq.
     Lorie A. Ball, Esq.
     Cynthia C. Hernandez, Esq.

Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Attn: Christopher A. Ward, Esq.
    Shanti M. Katona, Esq.

{00016402. }