## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## FIFTH SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that between July 6, 2015 and July 9, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** and **Exhibit B** attached hereto:

- **Notice of Deadlines for Filing Proofs of Claim Against Debtors [Docket No. 431]**

- **Proof of Claim Form**

Dated: July 28, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this __28__ day of __July__, 20__15__, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

**Parties Served From Email Request – <u>July 7, 2015</u>**

CAPITAL RECOVERY CORPORATION
ADDRESS REDACTED

COAST TO COAST FINANCIAL SOLUTIONS
ADDRESS REDACTED

I LOVE COUNTRY CAFÉ
ADDRESS REDACTED

MANTECA BULLETIN
ADDRESS REDACTED

STATES RECOVERY SYSTEMS, INC
ADDRESS REDACTED

Parties Served: 5

**Parties Served From Email Request – <u>July 9, 2015</u>**

NATENAETAJIA PEOPLE
ADDRESS REDACTED

Parties Served: 1

## **Exhibit B**

**Parties Served From Forwarding Mail - <u>July 6, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**                                                                     **Served 7/6/2015**

CHERRYL L SCOTT                          ISAAC KIM                          KEITH SIMPSON
ADDRESS REDACTED                         ADDRESS REDACTED                   ADDRESS REDACTED


RUFUS CASANOVA LOVE
ADDRESS REDACTED


                                                              Parties Served: 4

**Parties Served From Forwarding Mail – <u>July 7, 2015</u>**

**Corinthian Colleges, Inc. - U.S. Mail**

ADEBISI WILLIAMS
27750 COWDREY ST APT 108
WESLEY CHAPEL, FL 33544-8831

ALEXIA HERRINGTON
7250 AUTUMN TRL
FRANKSTON, TX 75763-3002

ALSCO AMERICAN LINEN DIVISION
6828 S 204TH ST
KENT, WA 98032-5112

AMANDA WEISKE
8619 SIGNAL HILL RD
MANASSAS, VA 20110-5840

ANASTASIA JANJANIN
4438 41ST ST APT 1
SAN DIEGO, CA 92116-3844

ANDREW HELFENBERGER
5079 AUNT NANNIES PL
NOLENSVILLE, TN 37135-7461

ANGELA  REID-SMITH
1344 S MAGNOLIA AVE
APT H4
ANAHEIM, CA 92804

ANGELINA AVILA
ADDRESS REDACTED

ANITA LONEWARRIOR
ADDRESS REDACTED

ANN WADDELL
ADDRESS REDACTED

ANTHONY BLUE
125 SAINT PAUL ST, APT 1128
ROCHESTER, NY 14604

APRIL M BARNATIA
91-549 PUAMAEOLE ST APT A
EWA BEACH, HI 96706-2162

ARCHIPELAGO LEARNING, INC.
2425 N CENTRAL EXPY STE 1000
RICHARDSON, TX 75080-2748

ARKANSAS DEPARTMENT OF HIGHER EDUCATION
423 MAIN ST STE 400
LITTLE ROCK, AR 72201-3828

ARKANSAS DEPARTMENT OF HIGHER EDUCATION
423 MAIN ST STE 400
LITTLE ROCK, AR 72201-3828

ASHLEE CHAVEZ
15862 GRAND AVE # 47
LAKE ELSINORE, CA 92530

ASHLEY E WARNER
3711 30TH AVE N
ST PETERSBURG, FL 33713-2325

ASHLEY MORGAN
1520 WARD AVE APT 1304
HONOLULU, HI 96822-3540

AZIA E ANDREWS
ADDRESS REDACTED

BARBARA MURRAY
9227 NW 15TH PL
GAINESVILLE, FL 32606-5580

BECKY POPENOE
312 MEADOWS DR
VALLEJO, CA 94589-1502

BENJAMIN BRIGGS
ADDRESS REDACTED

BETTINA STAVREDES
1226 E CUMBERLAND AVE # 2-120
TAMPA, FL 33602-4212

BETTY MAY HUDSON
ADDRESS REDACTED

BRANDY WINDOM
ADDRESS REDACTED

BRIANNA BARRETT
5087 S GIBRALTAR WAY
CENTENNIAL, CO 80015-3457

BRION SEVER
1859 WISCONSIN AVE
PALM HARBOR, FL 34683-4721

BRITTANY POWELL
3001 PHEASANT RUN RD
APT 194
NORMAN, OK 73072

BROAD STREET MEDIA, LLC
3412 PROGRESS DR STE C
BENSALEM, PA 19020-5817

CAMISHA HANDFORD
ADDRESS REDACTED

CATHERINE A FORD
2800 RESNIK CIR W
PALM HARBOR, FL 34683-7220

CATHERINE F VILLALOBOS
ADDRESS REDACTED

CHARLES HETTINGER
101 HURON AVE
TAMPA, FL 33606-3619

Corinthian Colleges, Inc. - U.S. Mail

CHASE JOHNSTON
1647 RUTLAND DR APT 128
AUSTIN, TX 78758-6068

CHLOE' CASWELL
614 S 7TH ST UNIT 402
SAINT LOUIS, MO 63102-1021

CHRISTINE GARMAN
6602 DUBLIN LOOP W APT 1
COLORADO SPGS, CO 80918-1228

CHRISTOPHER WHITNEY
100 GROVE LN # 811
INDIANA, PA 15701

CRISTOFER DAVENPORT
4800 E CHERRY CREEK SOUTH DR APT L204
DENVER, CO 80246-7849

CYNTHIA K HASTINGS
2661 EPPINGER BLVD
THORNTON, CO 80229-8114

CYNTHIA ZAMORA
ADDRESS REDACTED

DAIMONNAE STEVENSON
51 WERDEN ST
VALLEJO, CA 94590

DANIEL TENORIO
215 W BROADVIEW DR
SAN ANTONIO, TX 78228

DANIELLE OCASIO
425 STAFFORD ST
PALMYRA, NY 14522

DARYLANN DURANN
8465 STACY DR APT 303
DENVER, CO 80260-5026

DEAUTOUSSIAN BURNS
ADDRESS REDACTED

DEBORAH HILL
6936 QUEEN AVE S
RICHFIELD , MN 55423-2020

DEMETRIC B GALLEGOS
9763 DOWNING ST
THORNTON, CO 80229-7801

DENNET WATSON
4520 E BASELINE RD APT 1021
PHOENIX, AZ 85042-7429

DEVERON LONG
5714 CHANCELLOR WAY
RIVERBANK, CA 95367-9544

DONIELLE K SWIRES
4240 E 119TH PL APT E
THORNTON, CO 80233-6307

EBRARY
161 E EVELYN AVE
MOUNTAIN VIEW, CA 94041-1510

EDDIE EARL JR BRITTENHAM
23603 7TH AVE S
DES MOINES, WA 98198

EMBARCADERO TECHNOLOGIES
275 BATTERY ST STE 1000
SAN FRANCISCO, CA 94111-3333

EQUITY OFFICE
19600 FAIRCHILD STE 360
IRVINE, CA 92612-2519

ERICA CLIPPS
2701 N 18TH ST APT 1A
TAMPA, FL 33605-2600

FELIANNE MENDOZA
ADDRESS REDACTED

FELICIA JORDAN
617 LEONARD LN
NEWPORT NEWS, VA 23601-1711

FERIDE SEVER
5000 CHRISTOPHER WREN DR APT 302
WEXFORD, PA 15090-7361

FRANCES BARBELLA
2194 NW 21ST ST
MIAMI, FL 33142-7318

GARY C REID
212 EUCLID AVE APT 105
LONG BEACH, CA 90803-6033

GRAHAM
3233 GREEN LAKES DR
VIRGINIA BCH, VA 23452-4915

HEATHER ESPINOSA
5907 PIERCE ST APT 201
ARVADA, CO 80003-5556

HEATHER MICHELLE WRIGHT
100 CHAMPO ST
DENVER, CO 80221-3676

IESHIA MEREDITH
14301 OAKRIDGE CIR APT 1511
FORT WORTH, TX 76155-4801

ISAAC GRANADOSIN
1422 MORRILL AVE
SAN JOSE, CA 95132-2251

ISABELLA WEEKS
17623 W NORWICH DR
SURPRISE, AZ 85387

J&A HERNANDEZ CORPORATION
10895 NW 21ST ST # OFF
DORAL, FL 33172-2035

JACK NIGRO
6138 FISHHAWK CROSSING BLVD
LITHIA, FL 33547-4880

JAMES D SOMONSKI
125 S ALMA SCHOOL RD APT 1269
CHANDLER, AZ 85224-7621

JAMES RAY
1464 CULPEPPER AVE
CHESAPEAKE, VA 23323-5702

JAMES SOMONSKI
125 S ALMA SCHOOL RD APT 1269
CHANDLER, AZ 85224-7621

JAMES SOMONSKI
125 S ALMA SCHOOL RD APT 1269
CHANDLER, AZ 85224-7621

JAMES W RAY
1464 CULPEPPER AVE
CHESAPEAKE, VA 23323-5702

JAMILEE VINSON
ADDRESS REDACTED

JASHUNE BOULDIN
ADDRESS REDACTED

JENNIFER MARIE GILLEY
ADDRESS REDACTED

JENNY WEISSMAN
2453 N RACE ST
DENVER, CO 80205-5643

JEREMY E LINZ
3016 AMY DR
SOUTH PARK, PA 15129-9350

JERIC BOCALBOS
ADDRESS REDACTED

JERRIKKA MITCHELL
ADDRESS REDACTED

JESSE KRAAY
1526 W COMSTOCK DR
CHANDLER,AZ 85224-1855

JESSICA IVY
220 GILBERT DR
RIPON, CA 95366-2178

JESSICA KRITNER
PO BOX 1835
CHULA VISTA, CA 91912-1835

JESSICA MARTINEZ
ADDRESS REDACTED

JESSICA N KRITNER
PO BOX 1835
CHULA VISTA, CA 91912-1835

JESSUSA CAVAZOS
5700 N KNOLL APT 1409
SAN ANTONIO, TX 78240-2257

JILL L MCMILLIN
2306 PARKLAND BLVD APT 5
SHILOH, IL 62269-7361

JO ANN PREVETTI
PO BOX 550
GREENCASTLE, PA 17225-0550

JOANNA L CASSIDY
11532 CASA MARINA WAY APT 303
TAMPA, FL 33635-6365

JOHN HAMILTON
426 SUGARBERRY LN
FATE, TX 75087-9256

JONATHAN R. RAMIREZ
PO BOX 403
GOULDSBORO, PA 18424-0403

JONATHAN XIONG
8278 UNION CREEK WAY
SACRAMENTO, CA 95838-5283

JORDYN DEPAUL
ADDRESS REDACTED

JOY GONZALEZ
1314 N HARBOR BLVD APT 118
SANTA ANA, CA 92703-1379

JUAN CEDILLO-JUANES
1613 W AIRPORT FWY
APT 183
IRVING, TX 75062

JUSTIN KERNS
1209 BOTELHO ST
ANTIOCH, CA 94509

KAIA CAMPBELL
ADDRESS REDACTED

KAILA GIFFORD
562 POTOMAC ST APT A
AURORA, CO 80011

KALENA QUINONES
13129 MICHAEL MONSOOR CT
GARDEN GROVE, CA 92843-1212

**Corinthian Colleges, Inc. - U.S. Mail**

KAREN LAVERDIERE
5413 SELTON AVE
JACKSONVILLE, FL 32277-1343

KATHY CESAREO
6165 HARRISON DR STE 13
LAS VEGAS, NV 89120-4082

KATIE HERRERA
2884 E 101ST AVE
THORNTON, CO 80229-2782

KATRINA NICOLELLI
2115 CAPITAL DR
COLORADO SPGS, CO 80951-9757

KATURA JOHNSON
18 BEECH ST
MINOOKA, IL 60447-9561

KAYLA G MAY MARSH
12439 W MORNING VISTA LN
PEORIA, AZ 85383-2456

KELLER MACALUSO LLC
760 3RD AVE SW # 210
CARMEL, IN 46032-2072

KELLY FRANCIS
725 CREE CT
WALNUT CREEK, CA 94598-4427

KIMBERLY WILLIAMS
8228 SLEEPING DOE DR
FORT WORTH, TX 76179-1161

KRISTIN M MUDD
33416 12TH AVE SW
FEDERAL WAY, WA 98023-5304

KRISTIN SHUTTZ
2378 E YANCEY LN
FLORAL CITY, FL 34436-5068

KRYSTAL VALENCIANO-GUTIERREZ
10965 SPRUCE AVE
BLOOMINGTON, CA 92316

LATICHIA WATLEY
P O BOX 351045
DETROIT, MI 48235-5945

LAURA CANTRELL
5633 150 ST SW
LAKEWOOD, WA 98439

LAURA FIEDLER
11265 E ALAMEDA AVE APT 23
AURORA, CO 80012-6419

LEKEYDRA FINLEY
2185 BLAKEMORE DR
CLARKSVILLE, TN 37040-7524

LEONTINE G HOLSBERRY
PO BOX 7151
ST PETERSBURG, FL 33734-7151

MAELAINE ARLES
ADDRESS REDACTED

MARC A MARTINEZ
5161 COUNSELOR DR 207
LUTZ, FL 33559

MARY TRUSLOW
4914 LONETREE DR
LOVELAND, CO 80537-7845

MAURICE GLASGOW
1408 G ST APT 1
SACRAMENTO, CA 95814-1517

MAYRA PEREZ
ADDRESS REDACTED

MELISSA A MEIER
3905 ROAN DR
COLORADO SPGS, CO 80922-2444

MELISSA BLAKE
1315 BATTLE GROUND RD
CHARLESTON, SC 29412-9641

MELISSA CARY
409 CANADIA CV
HUTTO, TX 78634-4410

MELISSA DEL CASTILLO
13120 SW 92ND AVE APT 320
MIAMI, FL 33176-5785

MELISSA MEIER
3905 ROAN DR
COLORADO SPGS, CO 80922-2444

MENGFEI LEE
1245 LAKEPOINTE LN
PLANTATION, FL 33322-5734

MIA THOMPSON
870 MAYSON TURNER RD NW UNIT
ATLANTA, GA 30314-3434

MICHAEL AYALA
1273 FOUR SEASONS BLVD
TAMPA, FL 33613-2325

MICHAEL D OBENSHAIN
424 S FLORETTE ST
ANAHEIM, CA 92804-2627

MICHAEL DITTMAN
206 OAK ST
BUTLE, PA 16001-4512

MICHAEL NELSON
9312 GRANDFIELD RD UNIT B
THONOTOSASSA, FL 33592-3758

**Corinthian Colleges, Inc. - U.S. Mail**

MICHAEL VANDUYN
3126 ORLEANS E
SAN DIEGO, CA 92110

MONICA BARNARD
PO BOX 11613
HONOLULU, HI 96828-0613

NANCIANNE ARUDA
510 LISA LN
BRANDON, FL 33511-6023

NANCY A VOKINS
32650 RYDER CUP
MAGNOLIA, TX 77354-6862

NATASHA J THORNTON
PO BOX 3921
LAKE WALES, FL 33859-3921

NATASHA L MARTIN
922 WILDWOOD SQUARE CT
VIRGINIA BCH, VA 23454-3550

NATASHA THORNTON
PO BOX 3921
LAKE WALES, FL 33859-3921

NATHANIEL WASHINGTON
2301 SUNSET BLVD
APT 316
ROCKLIN, CA 95765

NERLI COULANGES
1977 FIESTA RIDGE CT
TAMPA, FL 33604-7700

NIELA HARRIS
1656 CONCORD ST
SAN BERNARDINO, CA 92411

NOAH WOODS
5439 N 600 W
MCCORDSVILLE, IN 46055-9563

NU-METAL FINISHING INC.
SILICON VALLEYLAW GROUP
50 W SAN FERNANDO ST #750
SAN JOSE,CA 95113-2429

PATRICIA LUKKASSON
1455 PURPLE SAGE DR
CHINO VALLEY, AZ 86323

PAUL SAMPAYAN
ADDRESS REDACTED

PETE ARIAZ
344 S PARK AVE
KERMAN, CA 93630-2522

RACHEL HESS
ADDRESS REDACTED

RAKIA ADKINS-GRAYSON
ADDRESS REDACTED

RANEE FRIEND
8709 SHADY SANDS RD
SAN DIEGO, CA 92119

RAYMOND SCAROLA
14660 QUAIL TRAIL CIR
ORLANDO, FL 32837-7085

RHONDA FARETTA
1260 E NORTH ST
CROWN POINT, IN 46307-3517

RICARDO BALLI
25807 MILL POND LN
SPRING, TX 7737-3195

RICHARD LISENBY
2225 GREENRIDGE RD APT 307
N CHARLESON, SC 29406-9479

ROBERT DELGADILLO
6417 LOCH ALENE AVE
PICO RIVERA, CA 90660-3530

RODRICK BROWN
1130 BROOKLINE ST
CANTON, MI 48187-3234

ROSHOND PATTERSON
111 SKITT DR
GOLDSBORO, NC 27534

ROXANNE K KUTCH
4305 S MEADOWLARK DR
SPRINGFIELD, MO 65810-1074

SARAH GEBRAIL
26 LINCROFT AVE
OLD BRIDGE, NJ 08857-2108

SCHNIEDINE PIERRE
418 W OAK RIDGE RD APT 107
ORLANDO, FL 32809-4020

SHAE NOBLE
6210 W EXCELL AVE
SPOKANE, WA 99208-3790

SHANIK EPPS
16212 SAINT MICHELLE CT # 10-107
TAMPA, FL 33647-5100

SHANNON MARIE JOHNSON
3537 CHERICO ST
LAS VEGAS, NV 89129-7210

STACY PETRIK
2910 SAGE ST APT 48
COLORADO SPGS, CO 80907-5852

STATE OF NEVADA
3600 SWENSON ST #12
LAS VEGAS, NV 89169-3928

**Corinthian Colleges, Inc. - U.S. Mail**

TAKEERA ATKINSON
6586 COLBY HILLS DR
JACKSONVILLE, FL 32222-1448

TAMMY ALBERS
ADDRESS REDACTED

THERESA SEVERTSON
15 S CLAY ST
PERU, IN 46970-2305

TIARA TRIPLETT
4507 W PIONEER DR APT 921
IRVING, TX 75061-3854

TONYA K WILKINS
1301 BONNEVILLE AVE APT 201
SNOHOMISH, WA 98290-2079

TREVOR MAINE-DUBY
3115 ERIN DR
SPARKS, NV 89436

TRI-PHASE COMMERCIAL CONSTRUCTION, LLC
359 S OLD WOODWARD AVE
BIRMINGHAM, MI 48009-6255

VICKIE WADSWORTH
19239 HOSHEL RD
THREE RIVERS, MI 49093-9316

VICTORIA DAVEY
PO BOX 8386
HIGHLAND PARK, MI 48203

VICTORIA ENCISO
5600 BOULDER HWY
# D147
LAS VEGAS, NV 89122

VINCENT OLIVER
ADDRESS REDACTED

WALT PESTERFIELD
940 MARVEL AVE
WOODSTOCK, IL 60098-2916

WALTER BARRUNDIA
4734 COVER ST
RIVERSIDE, CA 92506-2049

WANA REYES
630 W PATTERSON ST
LAKELAND, FL 33803-1248

WENDY LOPEZ
4105 E 52ND ST
MAYWOOD, CA 90270

WILLIAM ARTHUR JEFFRIES
3004 W NAPOLEON AVE
TAMPA, FL 33611-5324

WORLD MEDICAL EQUIPMENT, INC.
PO BOX 340
SNOHOMISH, WA 98291-0340

ZACHARY XIONG
8278 UNION CREEK WAY
SACRAMENTO, CA 95828-5283

Parties Served: 183