IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

### SIXTH SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on July 17, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** and attached hereto:

- **Notice of Deadlines for Filing Proofs of Claim Against Debtors [Docket No. 431]**

- **Proof of Claim Form**

Dated: July 28, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 28 day of July, 20 15, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

**Parties Served From Forwarding Mail - <u>July 17, 2015</u>**

| | | |
|---|---|---|
| 12TH CONGRESSIONAL REGION EQUIPMENT CO.<br>533 MAPLE AVE<br>BLAIRSVILL, PA 15717-1046 | AMANDA VARANAI<br>10418 HIGH MESA ST<br>ADELANTO, CA 92301-2451 | AMY MOYER<br>4784 OLSON RD<br>PEQUOT LAKES, MN 56472-2830 |
| ANGEL ROSARIO<br>5688 WOODMEN RIDGE VW APT 208<br>COLORADO SPGS, CO 80923-5234 | ANGELICA CASTILLO<br>5387 E KINGS CANYON RD APT 218<br>FRESNO, CA 93727 | ARAMARK UNIFORM SERVICES, INC.<br>1617 JIM WAY<br>MODESTO, CA 95358-5703 |
| BERGUNDY HARRIS-ELLIOT<br>ADDRESS REDACTED | BRITTNIE CAMACHO<br>207 S FREMONT AVE<br>ALHAMBRA, CA 91801-3021 | BRITTNIE H CAMACHO<br>207 S FREMONT AVE<br>ALHAMBRA, CA 91801-3021 |
| CARRIE A BRITT<br>1400 N STATE HIGHWAY 360 APT 2826<br>MANSFIELD, TX 76063-3554 | DANIEL HEATLEY<br>7401 NE 142ND AVE<br>VANCOUVER, WA 98682-5022 | EDMUND ABORDO<br>ADDRESS REDACTED |
| EDWIN HAWKINS<br>ADDRESS REDACTED | ELLEN JASKOL PHOTOGRAPHY, LLC<br>9220 W 20TH AVE<br>LAKEWOOD, CO 80215-1655 | ERICK BERNAL<br>ADDRESS REDACTED |
| GARY A HAZELL<br>51 S 400 EAST<br>VALPARAISO, IN 46383 | GLENDA OCASIO CASTRO<br>41 CHAMBERLAIN ST<br>ROCHESTER, NY 14609-6929 | HALLEY FLYGARE<br>ADDRESS REDACTED |
| HASLER, INC.<br>1779 BAYSHORE DR<br>ENGLEWOOD, FL 34223-1556 | HOLLY ANDERSON<br>1342 QUIVIRA DR<br>DENVER, CO 80229-8309 | IRA DEMPCY<br>ADDRESS REDACTED |
| JAMES SUMMER<br>ADDRESS REDACTED | JANAY WATTS<br>1110 CRESTVIEW AVE<br>SEAL BEACH, CA 90740-5716 | JEREMY CHAMBERS<br>ADDRESS REDACTED |
| JESSE MCLANAHAN<br>ADDRESS REDACTED | JOSHUA P DERRITT<br>7500 R QUINCY AVE APT E107<br>DENVER, CO 80237-3206 | KADESHA BOSTIC<br>5 PERSHING ST<br>BENNETTSVILLE, SC 29512-4527 |
| KARLEE WINTER<br>10214 SADDLEBRED TRL<br>WOODSTOCK, IL 60098-8689 | KATHARIS C GADSON<br>1831 GRAND ISLE DR<br>BRANDON, FL 33511-4785 | KATHARIS GADSON<br>1831 GRAND ISLE DR<br>BRANDON, FL 33511-4785 |
| KATHERINE BALTOV<br>655 RAMBLEWOOD RD<br>HOUSTON, TX 77079-6904 | KATIE PURYEAR-STREMPKE<br>5335 BENT BAR RD<br>COLORADO SPGS, CO 80915-1101 | KERRI NAPOLI<br>422 UNITED RD<br>RAEFORD, NC 28376-8679 |

| | | |
|---|---|---|
| KIMBERLY JUNIOUS<br>ADDRESS REDACTED | KRISTY BRADLEY<br>ADDRESS REDACTED | KYLE CRANEY<br>ADDRESS REDACTED |
| LA' PORSCHIA BROOKS<br>ADDRESS REDACTED | LEON WILSON<br>3718 KOUZUNOMORI<br>NARITA 2860048<br>JAPAN | LETTA LUCY<br>ADDRESS REDACTED |
| MANAL HARIM<br>6815 S VERSAILLES WAY UNIT 201<br>AURORA, CO 80016-5433 | MAURICE BROWN<br>ADDRESS REDACTED | OLUGBENGA IDOWA<br>ADDRESS REDACTED |
| PAETEC<br>6716 GRADE LN STE 910<br>LOUISVILLE, KY 40213-3439 | RAHIM BOOKER<br>ADDRESS REDACTED | SUZY'S<br>271 N JOHNSON ST<br>LARAMIE, WY 82070-6143 |
| TIFFANY JUNIOUS<br>ADDRESS REDACTED | TYSON BATES<br>6023 KINGDOM VW<br>COLORADO SPGS, CO 80918-8134 | VALERIE ORNELAS<br>520 SAMUELS AVE APT 2307<br>FORT WORTH, TX 76102-8608 |
| VERONICA D KNIGHTEN-SUTTON<br>7517 BIRCH ISLAND RD<br>WAKEFIELD, VA 2388-2807 | WHITNEY PETERSON<br>ADDRESS REDACTED | |

Parties Served: 50