IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on July 30, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Quarterly Statement of Amounts Paid to Ordinary Course Professionals for the Quarter Ending June 30, 2015 [Docket No. 685]**

Dated: July 31, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 31 day of July, 20 15, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**EXHIBIT A**

**EXHIBIT A**

| | | |
|---|---|---|
| COOLEY LLP<br>101 CALIFORNIA ST. 5TH FLOOR<br>SAN FRANCISCO, CA 90051 | DIANA SCHERER<br>29501 POINTE ROYALE<br>LAGUNA NIGUEL, CA 92677 | DUANE MORRIS LLP<br>750 B STREET, SUITE 2900<br>SAN DIEGO, CA 92101 |
| GREENBERG GROSS LLP<br>650 TOWN CENTER DR., SUITE 1750<br>COSTA MESA, CA 92626 | O'MELVENY & MYERS LLP<br>610 NEWPORT CENTRE DRIVE<br>17TH FLOOR<br>NEWPORT BEACH, CA 92660 | PAYNE FEARS LLP<br>4 PARK PLAZA, SUITE 1100<br>IRVINE, CA 92614 |
| THE ABERNATHY MACGREGOR GROUP INC.<br>707 WILSHIRE BOULEVARD, SUITE 3950<br>LOS ANGELES, CA 90017 | WEWORSKI & ASSOCIATES<br>4660 LA JOLLA VILLAGE DRIVE,<br>SUITE 825<br>SAN DIEGO, CA 92122 | |

Parties Served: 8

COOLEY LLP
101 CALIFORNIA ST. 5TH FLOOR
SAN FRANCISCO, CA 90051

DIANA SCHERER
29501 POINTE ROYALE
LAGUNA NIGUEL, CA 92677

DUANE MORRIS LLP
750 B STREET, SUITE 2900
SAN DIEGO, CA 92101