**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
                                                                             :       Case No. 15-10952-KJC
In re                                                 :       (Chapter 11/Jointly Administered)
                                                       :
**CORINTHIAN COLLEGES, INC.,** *et al.*       :       Hearing Date:
                                                   :          August 13, 2015 at 1:30 p.m.
                            Debtors.      :
------------------------------------------------------------x       Docket Number 621

**UNITED STATES' RESPONSE TO MOTION**
**FOR AN ORDER ALLOWING STUDENT COMMITTEE TO**
**FILE A COLLECTIVE PROOF OF CLAIM PURSUANT TO**
**11 U.S.C. §§ 105(a), 501, AND 502 AND GRANTING RELATED RELIEF**

The United States, on behalf of its Department of Education ("ED"), in response to the *Motion for an Order Allowing Student Committee to File a Collective Proof of Claim Pursuant to 11 U.S.C. §§ 105(a), 501 and 502 and Granting Related Relief* (Docket No. 621) (the "Motion" or "Mot.") filed by the Official Committee of Student Creditors (the "Student Committee"), respectfully states as follows:[1]

1. Under the highly unusual circumstances of this case, the United States does not object to the Motion in general. The United States' response is limited solely to ensuring, that to the extent the Court authorizes the Student Committee to file a Collective Proof of Claim, such proof of claim preserves the rights of Students who may have priority claims under section 507(a)(7) of the Bankruptcy Code.

2. Section 507(a)(7) provides for priority treatment of claims, limited to $2,775 per claim, arising from the deposit of a Student's tuition with a Debtor school prior to the Petition Date where the Student failed to obtain the education promised because the Debtors closed operations. Under the priority scheme set forth in the Bankruptcy Code, if the rights of Students

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

who have claims under section 507(a)(7) are not protected in the Collective Proof of Claim, those claims will be relegated to the general unsecured class, likely resulting in decreased recoveries under any plan.

      3. In the identical Collective Proofs of Claim that were previously filed on behalf of the "Former Students of the Debtors," the box asserting priority under section 507(a)(7) is not marked. See Mot., Ex. A. If leave is granted to file a Collective Proof of Claim, this Collective Proof of Claim should specifically preserve the rights of any Student who may have a priority claim.

      4. In addition, the Student Committee makes various contentions regarding communications between representatives of ED and students about whether a Student needed to file a proof of claim. See, e.g., Mot., ¶9. ED does not concede that these contentions are accurate and reserves any and all of its rights to contest these contentions in the future.

## CONCLUSION

For the foregoing reasons, to the extent the Court approves the relief set forth in the Motion, the rights of Students who are afforded priority under section 507(a)(7) should be preserved.

Dated: August 5, 2015                Respectfully submitted

                                              BENJAMIN C. MIZER
                                              Principal Deputy Assistant Attorney General

                                              CHARLES M. OBERLY, III
                                              United States Attorney

                                              ELLEN SLIGHTS
                                              Assistant United States Attorney

/s/John R. Kresse  
RUTH A. HARVEY  
TRACY J. WHITAKER  
LLOYD H. RANDOLPH  
(D. C. Bar No. 376009)  
JOHN R. KRESSE  
Civil Division  
U. S. Department of Justice  
P. O. Box 875  
Ben Franklin Station  
Washington, D.C. 20044-0875  
(202) 307-0356  

ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF SERVICE

I, John R. Kresse, hereby certify that on the 5th day of August, 2015, I caused a true and correct copy of the foregoing **UNITED STATES' RESPONSE TO MOTION FOR AN ORDER ALLOWING STUDENT COMMITTEE TO FILE A COLLECTIVE PROOF OF CLAIM PURSUANT TO 11 U.S.C. §§ 105(a), 501, AND 502 AND GRANTING RELATED RELIEF** to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below.

Dated: August 5, 2015                                      /s/John R. Kresse
                                                           John R. Kresse

Christopher A. Ward, Esq.                                  Mark D. Collins, Esq.
Shanti M. Katona, Esq.                                     Michael J. Merchant, Esq.
POLSINELLI PC                                              Marisa A. Terranova, Esq.
222 Delaware Avenue, Suite 1101                            Amanda R. Steele, Esq.
Wilmington, Delaware 19801                                 RICHARDS, LAYTON & FINGER, P.A.
cward@polsinelli.com                                       920 N. King Street
skatona@polsinelli.com                                     Wilmington, Delaware 19801
                                                           collins@rlf.com
Scott F. Gautier, Esq.                                     merchant@rlf.com
Lorie A. Ball, Esq.                                        terranova@rlf.com
Cynthia C. Hernandez, Esq.                                 steele@rlf.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400                         Richard L. Schepacarter, Esq.
Los Angeles, California 90067                              Timothy Jay Fox, Jr., Esq.
sgautier@robinskaplan.com                                  Office of the United States Trustee
lball@robinskaplan.com                                     U. S. Department of Justice
chernandez@robinskaplan.com                                844 King Street, Suite 2207
                                                           Lockbox #35
Mark Rosenbaum, Esq.                                       Wilmington, DE 19801
Anne Richardson, Esq.                                      timothy.fox@usdoj.gov
Alisa Hartz, Esq.                                          richard.schepacarter@usdoj.gov
Dexter Rappleye, Esq.
PUBLIC COUNSEL LLP
610 S. Ardmore Avenue
Los Angeles, CA 90005
mrosenbaum@publiccounsel.org
arichardson@publiccounsel.org
ahartz@publiccounsel.org
drappleye@publiccounsel.com