# Exhibit I

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § | |
| | § | Related Doc. Entry: 8, 24, 37, 288 & 346 |

**STIPULATION TO EXTEND THE SCHEDULED TERMINATION DATE UNDER THE FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 507 (I) AUTHORIZING THE USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, AND (III) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and Bank of America, N.A., in its capacity as Administrative Agent for the Prepetition Lenders as defined in the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief* [D.I. 346] (the "Final Cash Collateral Order")[2] hereby stipulate and agree (the "Stipulation") as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Final Cash Collateral Order.

RLF1 12748209v.1

## RECITALS

WHEREAS, on May 4, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in this Court;

WHEREAS, the Debtors have continued to operate and maintain their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

WHEREAS, on May 5, 2015, this Court entered the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* [D.I. 24] (the "Interim Cash Collateral Order"), which, among other things, authorized the Debtors' use of Cash Collateral pursuant to the interim budget attached thereto as Exhibit A (the "Initial Approved Budget");

WHEREAS, on June 8, 2015, this Court entered the Final Cash Collateral Order, which, among other things, authorized the Debtors' use of Cash Collateral pursuant to the budget attached thereto as Exhibit A (the "Final Approved Budget");

WHEREAS, paragraph 3 of the Final Cash Collateral Order provides that the Debtors are authorized to use Cash Collateral solely in accordance with the Approved Budget and the terms of the Final Cash Collateral Order during the period from the Petition Date until the earliest of (i) three (3) business days after service of written notice by the Prepetition Secured Parties in accordance with Paragraph 13 of the Final Cash Collateral Order of the occurrence of an Event of Default; (ii) 5:00 p.m. (prevailing eastern time) on August 7, 2015 (the "Scheduled Termination Date"); (iii) the

effective date of a chapter 11 plan of liquidation in any of the Chapter 11 Cases; or (iv) as otherwise ordered by the Court;

WHEREAS, Paragraph G of the Final Cash Collateral Order provides that the Final Approved Budget may be modified or supplemented from time to time by additional budgets (covering any time period covered by a prior budget or covering additional time periods) prepared by the Debtors that are consented to by the Administrative Agent with a copy provided to counsel to the Creditors Committee and Counsel to the Students Committee, which additional budgets shall constitute Supplemental Approved Budgets and, together with the Initial Approved Budget and the Final Approved Budget, shall collectively constitute the Approved Budget as defined under the Final Cash Collateral Order;

WHEREAS, on July 1, 2015, the Debtors filed the *Debtors Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 520], which was subsequently amended by modified versions filed on July 21, 2015 [D.I. 614], July 24, 2015 [D.I. 646] and July 27, 2015 [D.I. 655] (as so modified, the "Combined Disclosure Statement and Plan"), which is the product of extensive negotiations between, and is supported by, the Debtors, the Prepetition Secured Parties, and the Committees;

WHEREAS, on July 27, 2015, the Court entered the *Order (A) Approving Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures* [D.I. 658], which, among other things, approved the Combined Disclosure Statement and Plan for solicitation purposes and set a confirmation hearing date of August 26, 2015; and

WHEREAS, accordingly, the Debtors have requested, and the Prepetition Secured Parties have agreed, that the Debtors be permitted to continue using Cash Collateral in accordance with the terms of the Final Cash Collateral Order and the six-week budget attached hereto as <u>Exhibit A</u>.

## **AGREEMENT**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Effective as of the date hereof, (A) the Scheduled Termination Date shall be (and hereby is) extended through and including August 28, 2015, and (B) the Extended Budget shall constitute a Supplemental Approved Budget included within the Approved Budget under the Final Cash Collateral Order.

2. Except as expressly set forth herein, the Final Cash Collateral Order shall continue in full force and effect in accordance with its original terms and conditions.

3. This Stipulation may not be amended or modified except by a subsequent agreement in writing signed by each of the parties.

4. The Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of the Stipulation.

STIPULATED AND AGREED:

Dated: August 5, 2015
       Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Michael J. Merchant*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      terranova@rlf.com
      steele@rlf.com

Counsel for the Debtors and Debtors in Possession

Dated: August 5, 2015
       Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (No. 4057)
Etta R. Mayers (No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Facsimile: 302-651-7701

-and-

SIDLEY AUSTIN LLP
Jennifer C. Hagle
Anna Gumport
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Counsel for Bank of America, N.A.

5

## Corinthian Colleges, Inc. - Consolidated
### *Cash Collateral Budget*

| ($ in Thousands) | Actual | 1 Projected | 2 Projected | 3 Projected | 4 Projected | 5 Projected | 6 Projected | Projected | |
|---|---|---|---|---|---|---|---|---|---|
| Week Ending: | Through 7/19/15 | 7/24/2015 | 7/31/2015 | 8/7/2015 | 8/14/2015 | 8/21/2015 | 8/28/2015 | Post 8/28/15 | Total |
| **RECEIPTS** | | | | | | | | | |
| Receivables / Education Receipts | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Proceeds from Sale of Equipment / FF&E | 1,912 | - | - | 228 | - | 80 | 285 | - | 2,505 |
| Zenith Indemnification Escrow | - | - | - | - | - | - | - | - | - |
| Other Cash Receipts | 3,178 | 200 | 5 | 5 | 900 | 500 | 5 | - | 4,793 |
| **Total Receipts** | 5,090 | 200 | 5 | 233 | 900 | 580 | 290 | - | 7,298 |
| **ORDINARY COURSE DISBURSEMENTS** | | | | | | | | | |
| Payroll Benefits and Taxes | 2,304 | 77 | 100 | 177 | 100 | - | - | - | 2,758 |
| Return of Student Deposits | - | - | - | - | - | - | - | | - |
| Rent | 337 | - | 108 | - | - | - | - | 1,084 | 1,529 |
| CSC Rent | 99 | - | 35 | - | - | - | - | - | 134 |
| Transition Services Agreement Pmts/Accounting | 33 | 5 | 4 | 3 | 2 | 1 | - | - | 48 |
| Document Management | - | - | 71 | 2 | 45 | 20 | 250 | | 388 |
| Moving / Location Expenses | 310 | - | 10 | 10 | - | - | - | | 330 |
| Security | | - | - | - | 5 | 5 | 5 | | 15 |
| Utilities (including deposits) | 7 | - | 5 | - | - | 5 | - | - | 17 |
| PricewaterhouseCoopers | | - | 100 | - | - | - | - | | 100 |
| Ordinary Course Professionals | 47 | 13 | 25 | 35 | 35 | 25 | 25 | 25 | 230 |
| Other Operating Expenses & Consultants | 166 | 86 | 78 | 65 | 43 | 76 | 65 | 72 | 651 |
| **Total Op Expenses** | 3,303 | 181 | 536 | 292 | 230 | 132 | 345 | 1,181 | 6,200 |
| **OPERATING CASH FLOW** | 1,787 | 19 | (531) | (59) | 670 | 448 | (55) | (1,181) | 1,098 |
| **NON-OPERATING C/F** | | | | | | | | | |
| CCI Financial Advisors Professional Fees [A] | (240) | - | (635) | (30) | (25) | (25) | (100) | (50) | (1,105) |
| CCI Counsel Professional Fees [B] | - | - | (297) | - | - | (320) | - | (759) | (1,376) |
| Student Committee Professional Fees | - | - | - | - | (55) | (120) | - | (200) | (375) |
| Unsecured Creditors Committee Professional Fees | - | (90) | (23) | - | - | (80) | - | (282) | (475) |
| Lender Professional Fees | (85) | - | (150) | - | (100) | - | (150) | (165) | (650) |
| Noticing Costs / Plan Costs | (97) | - | (190) | - | (150) | - | - | (75) | (512) |
| UST Fees | - | (24) | - | - | - | - | - | - | (24) |
| Other Non-Operating Cash Flows | - | - | (211) | (65) | - | - | - | - | (276) |
| **Sub-Total Non-Operating** | (422) | (114) | (1,506) | (95) | (330) | (545) | (250) | (1,531) | (4,793) |
| **NET CASH FLOW** | 1,365 | (95) | (2,037) | (154) | 340 | (97) | (305) | (2,712) | (3,695) |
| **Beg Book Balance*** | $ | 6,467 $ | 7,832 $ | 7,737 $ | 5,699 $ | 5,545 $ | 5,885 $ | 5,788 $ | 5,483 $ | 6,467 |
| *Net Cash Flow* | | 1,365 | (95) | (2,037) | (154) | 340 | (97) | (305) | (2,712) | (3,695) |
| **Ending Book Balance** | $ | 7,832 $ | 7,737 $ | 5,699 $ | 5,545 $ | 5,885 $ | 5,788 $ | 5,483 $ | 2,772 $ | 2,772 |

[A] After application of $500,000 retainer, total fees paid will be $1.6M.
[B] After application of $125,000 retainer, total fees paid will be $1.5M.
*Beginning Book Balance is estimated based on estimated actuals through 7/17/15, but are subject to further adjustment.

Subject to Material Change

Subject to Material Change

Corinthian Colleges, Inc.
Professional Fees Accrued

| Week Ending: | 5/4 - 5/22/15 | 5/29/15 | 6/5/15 | 6/12/15 | 6/19/15 | Statement Paid 6/26/15 | 7/3/15 | 7/10/15 | 7/17/15 | 7/24/15 | Statement Paid 7/31/15 | 8/7/15 | 8/14/15 | 8/21/15 | Statement Paid 8/28/15 | Statement Paid Final | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FTI Consulting, Including CRO** | | | | | | | | | | | | | | | | | |
| Accrued | | $ 740 | | | | $ 415 | $ 30 | $ 60 | $ 130 | $ 30 | $ 25 | $ 25 | $ 100 | $ 25 | $ 25 | $ - | 1,605 |
| Paid | | | | (240) | | - | - | - | - | (415) | (220) | (30) | (25) | (25) | (100) | (50) | (1,105) |
| Retainer Applied | | | | (500) | | - | | | | | - | | | | - | - | (500) |
| Retainer Outstanding | 500 | 500 | 500 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Accrued and Unpaid Fees | - | 740 | 740 | - | - | 415 | 445 | 505 | 635 | 250 | 55 | 50 | 125 | 125 | 50 | - | |
| **Richards Layton** | | | | | | | | | | | | | | | | | |
| Accrued | $ - | $ 366 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 85 | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | | 1,501 |
| Paid | | | | | | | | | | (297) | | | | (320) | | (759) | (1,376) |
| Retainer Applied | | | | | | - | | | | | - | | | | - | (125) | (125) |
| Retainer Outstanding | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | - | |
| Accrued and Unpaid Fees | - | 366 | 466 | 566 | 666 | 766 | 866 | 966 | 1,051 | 829 | 904 | 979 | 1,054 | 809 | 884 | - | |
| **Robins Kaplan and Public Counsel** | | | | | | | | | | | | | | | | | |
| Accrued | $ 15 | $ 15 | $ 15 | $ 15 | $ 15 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 20 | $ 20 | $ 20 | $ 20 | | 305 |
| Paid | | | | | | | | | | (45) | | | | (56) | | (204) | (305) |
| Retainer Applied | | | | | | | | | | | - | | | | - | - | - |
| Retainer Outstanding | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Accrued and Unpaid Fees | 15 | 30 | 45 | 60 | 75 | 100 | 125 | 150 | 175 | 155 | 180 | 200 | 220 | 184 | 204 | - | |
| **Polsinielli** | | | | | | | | | | | | | | | | | |
| Accrued | $ 5 | $ 5 | $ - | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | | 70 |
| Paid | | | | | | | | | | (10) | | | | (12) | | (48) | (70) |
| Retainer Applied | | | | | | | | | | | - | | | | - | - | - |
| Retainer Outstanding | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Accrued and Unpaid Fees | 5 | 10 | 10 | 15 | 20 | 25 | 30 | 35 | 40 | 35 | 40 | 45 | 50 | 43 | 48 | - | |
| **UCC Professionals** | | | | | | | | | | | | | | | | | |
| Accrued | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 50 | $ 50 | $ 50 | $ 50 | | 475 |
| Paid | | | | | | | | | | (113) | | | | (80) | | (282) | (475) |
| Retainer Applied | | | | | | | | | | | - | | | | - | - | - |
| Retainer Outstanding | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Accrued and Unpaid Fees | 25 | 50 | 75 | 100 | 125 | 150 | 175 | 200 | 225 | 137 | 162 | 212 | 262 | 232 | 282 | - | |
| **Total Payments** | | | - | (240) | - | - | - | - | - | (880) | (220) | (30) | (25) | (493) | (100) | (1,343) | (3,331) |