## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., ET AL., | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATION BY GOVERNMENT ATTORNEY

Pursuant to Rule 9010-1 (e)(i), the undersigned hereby certifies as follows:

I am a Deputy Attorney General at the California Department of Justice. I represent the People of the State of California. I am admitted to the State Bar of California, the United States Supreme Court, the United States Courts of Appeals for the Sixth and Ninth Circuits, and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California. I am in good standing in all jurisdictions in which I am admitted. I will be bound by the Local Rules and submit to the jurisdiction of this Court for disciplinary purposes.

Dated:  August 5, 2015                                     Respectfully submitted,

/s/ Bernard A. Eskandari
BERNARD A. ESKANDARI
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013
Telephone:  (213) 896-2652
Fax:  (213) 897-2802
E-mail:  bernard.eskandari@doj.ca.gov

*Attorney for the People of the State of California*