## PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case.  My business address is 300 S. Spring St., STE 1702, Los Angeles, CA 90013.

A true and correct copy of the foregoing document will be served or was served in the following manner:

1.  **To Be Served By the Court Via Notice of Electronic Filing ("NEF")**: On  August 5, 2015, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission:

- David G. Aelvoet      davida@publicans.com
- Lorie Ann Ball      lball@robinskaplan.com,
  ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan;arichardson@publiccounsel.org
- Elizabeth Banda Calvo      rgleason@pbfcm.com,
  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- Christopher R. Belmonte      cbelmonte@ssbb.com,
  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
- Rachel Layne Biblo      Biblo@rlf.com, rbgroup@rlf.com
- William Pierce Bowden      wbowden@ashby-geddes.com
- Kay Diebel Brock      bkecf@co.travis.tx.us
- F Mark Bromley      bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us
- William J. Burnett      william.burnett@flastergreenberg.com
- Nicholas George Campins      nicholas.campins@doj.ca.gov, Corinthian.Bankruptcy@doj.ca.gov
- Howard A. Cohen      howard.cohen@dbr.com
- Mark D. Collins      rbgroup@rlf.com
- Kelly M. Conlan, Esquire      kconlan@connollygallagher.com
- Joseph Corrigan      Bankruptcy2@ironmountain.com
- John D. Demmy      jdd@stevenslee.com
- Bernard A. Eskandari      bernard.eskandari@doj.ca.gov
- Timothy Jay Fox      timothy.fox@usdoj.gov
- Joseph D. Frank      jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- Barry V. Freeman      bfreeman@jmbm.com, dmp@jmbm.com
- Scott F. Gautier      sgautier@robinskaplan.com, dwymore@robinskaplan.com
- Steven A. Ginther      deecf@dor.mo.gov
- Kevin A. Guerke      kguerke@svglaw.com, cwalters@svglaw.com
- Ruth A. Harvey      ruth.harvey@usdoj.gov
- Reed A. Heiligman      rheiligman@fgllp.com, ccarpenter@fgllp.com
- Leslie C. Heilman      heilmanl@ballardspahr.com
- Cynthia C. Hernandez      chernandez@robinskaplan.com
- Brian David Huben      brian.huben@kattenlaw.com,
  donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Courtney J Hull      bk-chull@texasattorneygeneral.gov,
  sherri.simpson@texasattorneygeneral.gov
- Cory D. Kandestin      kandestin@rlf.com, RBGroup@rlf.com
- Shanti M. Katona      skatona@polsinelli.com,
  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Julia Bettina Klein      klein@teamrosner.com
- Matthew Ryan Koch      mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com
- John Robert Kresse      John.Kresse@usdoj.gov
- Carl N. Kunz      ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Robert L. LeHane      KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- Scott J. Leonhardt      leonhardt@teamrosner.com
- Robert Charles Maddox      maddox@rlf.com, rbgroup@rlf.com
- Katharine L. Mayer      kmayer@mccarter.com
- Laura L. McCloud      agbankdelaware@ag.tn.gov
- Michael Joseph Merchant      merchant@rlf.com, rbgroup@rlf.com

- Steven Phillip Ordaz        sordaz@bmcgroup.com, ecfbk@bmcgroup.com
- Ricardo Palacio      rpalacio@ashby-geddes.com
- Sarah E. Pierce      sarah.pierce@skadden.com,
  debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Lloyd H. Randolph      lloyd.randolph@usdoj.gov, janice.murray@usdoj.gov
- Leigh-Anne M. Raport      lraport@ashby-geddes.com
- Patrick J. Reilley      preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth
  @coleschotz.com
- Erica J. Richards      erichards@mofo.com
- Rene S. Roupinian      rsr@outtengolden.com,
  jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- Rust Consulting/Omni Bankruptcy      bosborne@omnimgt.com
- Jeremy William Ryan      jryan@potteranderson.com, bankruptcy@potteranderson.com
- Richard L. Schepacarter      richard.schepacarter@usdoj.gov
- Carren Shulman      cshulman@sheppardmullin.com, ny-docketing@sheppardmullin.com
- Robert J. Stearn Jr.      stearn@rlf.com, rbgroup@rlf.com
- Amanda R. Steele      steele@rlf.com, rbgroup@rlf.com
- William F. Taylor      bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Marisa A. Terranova      terranova@rlf.com, rbgroup@rlf.com
- Ronald Mark Tucker      rtucker@simon.com,
  bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
- United States Trustee      USTPREGION03.WL.ECF@USDOJ.GOV
- Carolyn G. Wade      carolyn.g.wade@doj.state.or.us
- Christopher A. Ward      cward@polsinelli.com,
  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jeffrey R Waxman      jwaxman@morrisjames.com,
  wweller@morrisjames.com;jdawson@morrisjames.com
- Jeremy Welch      jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
- Helen Elizabeth Weller      dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- Etta Ren Wolfe      ewolfe@potteranderson.com, bankruptcy@potteranderson.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 5, 2015, at Los Angeles, California.

Bernard A. Eskandari