IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, et al. | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: August 26, 2015 @ 1:00 p.m. (ET) |
| | Obj. Deadline: August 19, 2015 @ 4:00 p.m. (ET) |

## NOTICE OF MOTION

To:   See attached service list.

**PLEASE TAKE NOTICE THAT** the undersigned counsel has filed *BB&S Development, LLC's Motion for Relief from the Automatic Stay to Permit BB&S to Immediately Apply Debtor's Security Deposit to its Claim* (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** if you wish to respond to the Motion, you are required to file such response **on or before August 19, 2015 at 4:00 p.m. prevailing Eastern Time** (the "Objection Deadline").

At the same time, you must serve a copy of such response on the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held **August 26, 2015 at 1:00 p.m. prevailing Eastern Time** before the Honorable Kevin J. Carey, United States Bankruptcy Court, for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom # 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extend and validity of any security instrument.

7978249/

Dated: August 5, 2015

**MORRIS JAMES LLP**

_____
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
P.O. Box 3206
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: emonzo@morrisjames.com

and

Daniel C. Peterson
**COSGRAVE VERGEER KESTER LLP**
500 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019
Email:dpeterson@cosgravelaw.com

Counsel to BB&S Development, LLC

7978249/