# Exhibit 1

# Declaration of Gary W. Stachlowski

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |
| | **DECLARATION OF GARY W. STACHLOWSKI IN SUPPORT OF BB&S DEVELOPMENT, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

I, Gary W. Stachlowski, under penalty of perjury, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a managing director of PNW Tax Advisors, LLC, which assists creditor BB&S Development, LLC ("BB&S"), with the management of certain real property investments, including the property formerly leased to Heald College, LLC ("Debtor"), located at 6035 NE 78th Court, Portland, Oregon, 97218 (the "Property"). In that capacity, I am familiar with BB&S's records regarding the Property.

2. This motion is made in good faith and not for any improper purpose.

3. BB&S has retained Colliers International to market the Property for lease to a replacement tenant. BB&S has been actively marketing the Property at all times since it learned that Debtor would be relinquishing its tenancy at the Property. Presently, no replacement tenant has been located.

4. BB&S holds a security deposit from Debtor in the amount of $62,863.97.

5. As of July 31, 2015, the "lost rent" damages incurred by BB&S as a result of Debtor's breach of their lease for the Property total $176,911.46 (based on agreed-upon current monthly rental rate of $57,529.44 per month and monthly CAM charge of $3,406.73). Damages will continue to accrue.

7978110/

7978110_1

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED this 5th day of August, 2015, at Portland, Oregon.

/s/ Gary W. Stachlowski
Gary W. Stachlowski

7978110/

7978110_1

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019