# Exhibit 3

# Lease Amendment

## AMENDMENT TO LEASE AGREEMENT

This AMENDMENT TO LEASE AGREEMENT (the "**Amendment**") is entered into on _September 1_, 2014, by and between BB&S Development, LLC, an Oregon limited liability company (the "**Landlord**") and Heald College, LLC, a California limited liability company (the "**Tenant**").

### Recitals

A.  Landlord and Tenant entered into a lease agreement dated August 6, 2008, whereby Tenant leases from Landlord that real property and improvements commonly known as 6035 NE 78th Court, Portland, OR 97218 (the "**Lease**").

B.  Tenant is in default under the Lease and Landlord has filed a currently pending eviction action in Multnomah County, Oregon ("**Eviction**").

C.  Landlord and Tenant have now agreed to amend the terms of the Lease and Landlord has conditionally agreed not to pursue the Eviction.

### Agreement

1.  The Recitals are incorporated herein by reference.

2.  Tenant shall tender a company check or make an ACH transfer of the August 2014 rent, in the amount of $59,681.59, with such transfer or tender to be received by Landlord no later than 5 pm on Monday, August 25, 2014. If Tenant fails to timely make such payment, the concessions made by Landlord under this Section 2 and Sections 3 and 4 below shall be null and void and of no further force or effect, all provisions of the Lease will continue in full force and effect and Landlord will continue its prosecution of the Eviction, as well as any other rights and remedies available to Landlord.

3.  Landlord agrees that the monthly rent and other charges due under the Lease for September 2014, may be paid by Tenant one-half by September 10, 2014 and one-half by September 25, 2014.

4.  Landlord agrees that the monthly rent and other charges due under the Lease for October 2014, may be paid by Tenant one-half by October 10, 2014 and one-half by October 25, 2014.

5.  If payment is received in accordance with Section 2 above, Landlord will promptly file a motion to dismiss the Eviction.

6.  Unless otherwise amended herein, all other terms of the Lease remain in full force and effect. Landlord and Tenant specifically acknowledge and agree that Landlord is not waiving any rights to pursue any and all available remedies in the event Tenant fails in the future to perform it obligations under the Lease or this Amendment. Landlord and Tenant expressly affirm that time is of the essence as to all obligations under the Lease and this Amendment.

7.  This Amendment may be executed in counterparts, each of which will be considered an original and all of which together will constitute one and the same agreement. Electronic or facsimile transmission of any signature shall be the same as delivery of an original.

[Signatures appear on the following page]

Page 1 – Amendment to Lease Agreement                          2116151.docx


**LANDLORD:**

BB&S Development, LLC,
an Oregon limited liability company

Name: *Herb Shapiro*
Title: *Manager*

**TENANT:**

Heald College, LLC,
a California limited liability company

Name: *Paul T. DiMeo*
Title: *VP · Real Estate*