**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Re:  Docket No. ___** |

### ORDER GRANTING BB&S DEVELOPMENT, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT BB&S TO IMMEDIATELY APPLY DEBTOR'S SECURITY DEPOSIT TO ITS CLAIM

Upon the motion (the "**Motion**") of BB&S Development, LLC ("**BB&S**") for relief from the automatic stay to permit BB&S to immediately apply Debtor's Security Deposit to its claim, the Court finding that it has jurisdiction to consider the Motion; and finding adequate notice of such Motion having been given; and after notice and an opportunity for hearing, and the Court having concluded that cause exists to grant the relief sought by BB&S; it is hereby

ORDERED THAT, the Motion is GRANTED; and it is further

ORDERED THAT, the automatic stay is lifted to permit BB&S to apply the Security Deposit in the amount of $62,863.97 to BB&S's claims against Debtor.

Dated: _____, 2015
       Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

7978098/