UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                              :
In re                                         :
                                              :
CORINTHIAN COLLEGES, INC., et al.             :     Case No. 15-10952-KJC
                                              :     (Chapter 11)
                        Debtors.              :     (Jointly Administered)
-----------------------------------------------------------------x
```

NOTICE OF APPEARANCE
AND CERTIFICATION OF GOVERNMENT ATTORNEY

The undersigned attorney, Danielle A. Pham, appears as counsel for the United States of America in this matter[1] and files this certification of a government attorney in compliance with Local Rule 9010-1(e)(i).

1. Ms. Pham is admitted to the bars of: the State of New York (Registration No. 4769246); the State of California (Bar No. 269915); the United States District Courts for the Eastern and Southern Districts of New York, and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

2. Ms. Pham is in good standing in all jurisdictions in which she has been admitted.

3. Ms. Pham will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and she submits to the jurisdiction of this Court for disciplinary purposes.

---

[1] In addition to Ms. Pham, Lloyd H. Randolph and Mr. John R. Kresse, who have both previously entered their appearances, are counsel for the United States of America.

| | |
|---|---|
| Dated:  August 7, 2015 | Respectfully submitted |
| | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| | CHARLES M. OBERLY, III<br>United States Attorney |
| | ELLEN SLIGHTS<br>Assistant United States Attorney |
| | /s/  Danielle A. Pham<br>RUTH A. HARVEY<br>TRACY J. WHITAKER<br>LLOYD H. RANDOLPH<br>JOHN R. KRESSE<br>DANIELLE A. PHAM<br>Civil Division<br>U. S. Department of Justice<br>1100 L Street NW, Room 10100<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, D.C.  20044-0875<br>(202) 514-7451 |
| | ATTORNEYS FOR THE UNITED STATES |

CERTIFICATE OF SERVICE

On August 7, 2015, I caused a copy of the foregoing NOTICE OF APPEARANCE AND CERTIFICATION OF GOVERNMENT ATTORNEY to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below.

Dated: August 7, 2015                                    /s/ Danielle A. Pham
                                                         Danielle A. Pham

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
collins@rlf.com
merchant@rlf.com
terranova@rlf.com
steele@rlf.com

Richard L. Schepacarter, Esq.
Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
timothy.fox@usdoj.gov
richard.schepacarter@usdoj.gov