# EXHIBIT A

**EPL Covered Actions**

| CASE NAME | CASE NO. | Jurisdiction | STATE |
|---|---|---|---|
| Sharon Hadaway v. Everest Colleges Canada Inc. | CV-09-00375880-0000 | Ontario Superior Court Canada | ON |
| Daniel Lalowski v. Corinthian Schools, Inc. and Corinthian Colleges, Inc. | 14CV6199 | U.S. District Court, Northern District of Illinois | IL |
| Sharon Gaskin v. Corinthian Colleges, Inc. dba Everest University | 2014-CA-11704-O | Circuit Court of the Ninth Judicial Circuit for Orange County, Florida | FL |
| Sharon Gaskin v. Corinthian Colleges, Inc. dba Everest University | 6:15-cv-00585 | U.S. District Court, Middle District of Florida | |
| John Kahn v. Everest Institute; Corinthian Colleges, Inc.; Patricia Tripp | ESX-L 9128-11 | Superior Court of New Jersey, Essex County | NJ |
| Karen Brown v Everest College Phoenix, Inc. and Corinthian Colleges, Inc. | 213CV00861NVW | U.S. District Court, District of Arizona | AZ |
| Ali-Reza Alizadeh Zendeh-Roud v. Everest College of Business, Technology and Health Care-Toronto College Park | CV-13-474324 | Superior Court of Justice Toronto ON | ON |
| Joyce Valentine v. Heald College LLC, Corinthian Colleges, Inc. | CGC-13-529005 | Superior Court of California - County of San Francisco | CA |
| Joyce Valentine v. Heald College LLC, Corinthian Colleges, Inc. | 1100078453 | JAMS | |
| Helena Govender v. Corinthian Colleges, Inc. | 8:13-cv-87-T-23 | United States District Court, Middle District of Florida | FL |
| Sandra Parker v. Corinthian Colleges, Inc. | CIVDS1300470 | Superior Court of California - County of San Bernardino | CA |
| Anna Eakins v. Corinthian Colleges, Inc. d/b/a Everest College; Richard Mallow, Denise Grecco | CIVRS1207685 | Superior Court of California - County of San Bernardino, Rancho Cucamonga District | CA |
| Clelen Tanner D.D.S. v Corinthian Colleges, Inc. and Heald College, LLC | RG13701618 | Superior Court of California - County of Alameda | CA |
| Clelen Tanner D.D.S. v Corinthian Colleges, Inc. and Heald College, LLC | RG13701618 | Superior Court of California - County of Alameda | |
| Carnelius Eldridge v. Corinthian Colleges, Inc.; Corinthian Schools, Inc., dba Everest College | 12-cv-04787 | U.S. District Court, Northern District Illinois, Eastern Division | IL |
| Lisa O'Connor v. Everest Institute dba Corinthian Schools, Inc. aka Corinthian Colleges, Inc. | 113CV2180 | U.S. District Court, Northern District of Georgia, Atlanta Divison | GA |
| Patrick Trujillo v. Rhodes Colleges, Inc. d/b/a Corinthian Colleges, Inc. a/k/a Everest College | 017-277560-15 | Tarrant County District Court | TX |
| Kellie Wood v Corinthian Colleges, Inc. | 39201400314383CUOESTK | Superior Court of California - County of San Joaquin | CA |
| Kellie Wood v Corinthian Colleges, Inc. | 11500027711 | American Arbitration Association | |
| Gina McConnachie v. Corinthian Colleges, Inc.; Everest College Phoenix, Inc. | 30-2015-00766668 | Superior Court of California - County of Orange | CA |
| Cheryl Hanami v. Corinthian Colleges, Inc. | 30201400709806CUOECJC | Superior Court of California - County of Orange | CA |
| Carlton Peterson v. Corinthian Colleges, Inc., Everest Institute, Barbara Holliman, Curtis Dorsey, Patricia Cunningham, and Jennifer Thompson | 14A503257 | State Court of Dekalb County | GA |
| Maura White vs. Heald College, et al. | WCAB Case Nos. ADJ7772904, ADJ7772928, ADJ7772950 | Workers Compensation Board, State of California | CA |
| Tanisha Talley v. Corinthian Colleges, Inc. | 30201400702201CUOECJC | Superior Court of California - County of Orange | CA |
| Charles Ciolino v. Corinthian Colleges, Inc. dba Everest College | 114CV05332TMDJTG | U.S. District Court, Northern District of Illinois | IL |
| Pooya Oskouie v. Heald College, LLC; Corinthian Colleges, Inc. | 2011103 | Superior Court of California - County of Stanislaus | CA |
| Ndidi Okwale v. Corinthian Colleges, Inc.; Everest College | 1:14CV00135RJS | U.S. District Court, District of Utah | UT |

| CASE NAME | CASE NO. | Jurisdiction | STATE |
|---|---|---|---|
| Mariet Zovichi v Corinthian Colleges, Inc.; Heald College, LLC | RG14738522 | Superior Court of California - County of Alameda | CA |
| Jennifer Brown v. Corinthian Colleges, Inc.; Rita Fall Roberts; Martin F. Ehrenberg; Leslie Klevay | 14CV099016 | Franklin County Court of Common Pleas | OH |
| Martha Castaneda v. Corinthian Colleges, Inc. | 30-2014-00736-042 | Superior Court of California - County of Orange | CA |
| Susie Garcia v. Michael Augustus and Corinthian Colleges, Inc. | 201418160 | 157th District Court of Harris County, Texas | TX |
| Darren J. Gold v. Heald College, LLC | 01-15-0003-0119 | American Arbitration Association | CA |
| Jennifer Stevens v. Heald College, LLC; Daniel Alonso; Angel Lowe | CGC-14-543342 | Superior Courty of California - County of San Francisco | CA |
| Christina Newsom, Casey Harwood, Krishawna Carranza, Angelica Casas, Eleanor Bailey, Gwendolyn Pawluck, Stefanie Pelosi v. Everest College, CCi, Richard Mallow, Lou Escanuelas | CIVRS1208650 | Superior Court of California - County of San Bernardino | CA |