# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC., *et al.*, | ) | Case No. 15-10952 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Christopher D. Loizides, Esquire of Loizides, P.A. and Jack A. Raisner, Esquire and René S. Roupinian, Esquire of Outten & Golden LLP, and files this Entry of Appearance on behalf of Guy Reynolds, on behalf of himself and all others similarly situated, an interested party in the above-captioned bankruptcy proceeding; and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office address, facsimile number, and email address listed as follows:

| | |
|---|---|
| Jack A. Raisner (admitted *pro hac vice*) | Christopher D. Loizides (No. 3968) |
| René S. Roupinian (admitted *pro hac vic*) | LOIZIDES, P.A. |
| OUTTEN & GOLDEN LLP | 1225 King Street, Suite 800 |
| 3 Park Avenue, 29th Floor | Wilmington, DE 19801 |
| New York, NY 10016 | Telephone: (302) 654-0248 |
| Telephone: (212) 245-1000 | Facsimile: (302) 654-0728 |
| E-mail: jar@outtengolden.com | E-mail: loizides@loizides.com |
| rsr@outtengolden.com | |

This entry of appearance shall not be deemed to be a submission to the jurisdiction of the Bankruptcy Court, a waiver of any right to seek withdrawal of the reference or abstention, of any jury trial right, or a waiver of any defense or right including, without limitation, the defenses of lack of personal jurisdiction, lack of service, insufficiency of service, or of any other defense, claim or right without any limitation whatsoever.

DATED: August 10, 2015            /s/ Christopher D. Loizides
                                  Christopher D. Loizides (No. 3968)
                                  LOIZIDES, P.A.
                                  1225 King Street, Suite 800
                                  Wilmington, DE 19801
                                  Telephone: (302) 654-0248
                                  Facsimile: (302) 654-0728
                                  Email: loizides@loizides.com

- and -

Jack A. Raisner
René S. Roupinian
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone:     (212) 245-1000
E-mail:           jar@outtengolden.com
                     rsr@outtengolden.com

*Counsel for Interested Party Guy Reynolds, on behalf of himself and all others similarly situated*