**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC., *et al.*, | ) | Case No. 15-10952 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Christopher D. Loizides, hereby certify that on August 10, 2015, I did cause to be served true and correct copies of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** on the parties listed on the attached service list as indicated thereon.

DATED:  August 10, 2015

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

**SERVICE LIST**

**VIA FIRST-CLASS MAIL**

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Marisa A. Terranova, Esquire
Amanda R. Steele, Esquire
RICHARDS LAYTON & FINGER PA
920 N. King Street
Wilmington, DE  19801
*Counsel for Debtor Corinthian Colleges, Inc.*

RUST CONSULTING/OMNI BANKRUPTCY
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA  91367
*Claims Agent*

Richard Schepacarter, Esquire
Timothy Fox, Esquire
OFFICE OF THE U. S. TRUSTEE
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19801