## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: Docket Nos. 171, 504, 627, 674, 686 & 688** |

--------------------------------------------------------

### CERTIFICATION OF COUNSEL REGARDING THIRD ORDER APPROVING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE *NUNC PRO TUNC* TO THE DATE THAT THE DEBTORS SURRENDER POSSESSION; (II) APPROVING THE ABANDONMENT OF ANY PERSONAL PROPERTY REMAINING AT THE LEASE LOCATIONS; AND (III) GRANTING CERTAIN RELATED RELIEF

The undersigned hereby certifies as follows:

1.      On May 21, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective Nunc Pro Tunc to the Date that the Debtors Surrendered Possession; (II) Approving the Abandonment of any Personal Property Remaining at the Lease Locations; and*

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*(III) Granting Certain Related Relief* [Docket No. 171] (the "**Motion**") with the United States

Bankruptcy Court for the District of Delaware (the "**Court**").

2.      On June 30, 2015, the Court conducted a hearing (the "**Hearing**") on the Motion.

At the Hearing, the Debtors notified that Court that they had not surrendered the premises

covered by all of the leases listed on Exhibit 1 to the proposed form of order filed with the

Motion (the "**Leases**").   At the Hearing, the Debtors submitted a proposed form of order

approving the rejection of the Leases for the premises has been surrendered as of the Hearing,

which the Court approved [Docket No. 504] (the "**First Rejection Order**").

3.      Also at the Hearing, the Debtors indicated that they would submit separate forms

of order approving the rejection of the Leases that were included in Exhibit 1 to the Motion but

not rejected pursuant to the First Rejection Order.   At the hearing held on July 28, 2015, the

Debtors submitted a second proposed form of order approving the rejection of the Leases for

which the Debtors surrendered the premises following entry of the First Rejection Order.   The

Court approved this second form of order on July 28, 2015 [Docket No. 627] (the "**Second**

**Rejection Order**").

4.      On July 29, 2015, July 30, 2015 and July 31, 2015 the Debtors surrendered

possession of the premises covered by five of the remaining Leases.  See Docket Nos. 674, 686

and 686].

5.      The Debtors have prepared a third form of order approving the Motion (the

"**Third Rejection Order**").  A copy of the Third Rejection Order is attached hereto as Exhibit

A.  The Third Rejection Order is in a substantially similar form as the First Rejection Order and

the Second Rejection Order other than Exhibit 1.  Exhibit 1 to the Third Rejection Order is a list

of the Leases not rejected pursuant to the First Rejection Order or the Second Rejection Order or

for which the premises have not been surrendered.

WHEREFORE, the Debtors respectfully request that the Court enter the Third Rejection

Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: August 11, 2015
       Wilmington, Delaware

/s/ Marisa A. Terranova
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
       merchant@rlf.com
       terranova@rlf.com
       steele@rlf.com

Counsel for the Debtors and Debtors in
Possession

RLF1 12778372v.1