IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*<sup>1</sup><br><br>                                Debtors. | Chapter 11<br><br>Case No. 15-10952-KJC<br><br>**Re: Docket Nos. 621, 707 and 721** |

### COMMITTEE OF STUDENT CREDITORS' OMNIBUS REPLY TO RESPONSES TO MOTION FOR AN ORDER ALLOWING STUDENT COMMITTEE TO FILE A COLLECTIVE PROOF OF CLAIM PURSUANT TO 11 U.S.C. §§105(A), 501, AND 502 AND GRANTING RELATED RELIEF

The Committee of Student Creditors (the "Student Committee")[2] appointed in these jointly administered chapter 11 cases of Corinthian Colleges, Inc. and twenty-four debtor affiliates (the "Debtors") respectfully replies to the (1) United States' Response To Motion For An Order Allowing Student Committee To File A Collective Proof Of Claim Pursuant To 11 U.S.C. §§105(A), 501, And 502 And Granting Related Relief [Docket No. 707] (the "United States' Response"); and (2) Debtors' Response To The Motion For An Order Allowing Student Committee To File A Collective Proof of Claim Pursuant to 11 U.S.C. §§105(A), 501, And 502 And Granting Related Relief [Docket No. 721] (the "Debtors' Response") as follows:

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

[2] Capitalized terms that are used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion For An Order Allowing Student Committee To File A Collective Proof Of Claim Pursuant To 11 U.S.C. §§105(A), 501, And 502 And Granting Related Relief [Docket No. 621](the "Motion").

50950624.1

## REPLY

Neither the United States' Response nor the Debtors' Response object to the Bankruptcy Court granting the relief sought in the Motion, with the caveat that the Debtors' Response requests that, if the Debtors' currently pending plan (the "Plan") does not become effective, that the Motion be reconsidered. Accordingly, the Student Committee and the Debtors have agreed upon a modified proposed order that would grant the relief requested pursuant to such condition. Pursuant to the modified proposed order, if approved by the Court, Tasha Courtright, the chair of the Student Committee will have authority to file a collective proof of claim on behalf of Students (the "Collective Student Claim") and the Collective Student Claim will be allowed for Plan voting purposes in the amount of $2.5 billion. A copy of the modified proposed order is attached hereto as <u>Exhibit A</u> (the "Amended Order") and a redline showing the changes to the order that was submitted with the Motion is attached hereto as <u>Exhibit B</u>.

Through the United States' Response, the Department of Education notes that the Collective Student Claim does not address the priority claims of Students pursuant to section 507(a)(7) of the Bankruptcy Code (the "507(a)(7) Priority Claims"). The Student Committee agrees that the Collective Student Claim does not cover the 507(a)(7) Priority Claims because the Student Committee is informed that the Debtors scheduled all 507(a)(7) Priority Claims. As well, Students that would have such claims—Students that were attending the Debtors' colleges when they closed—were among the Students that received notice of the Bar Date and a proof of claim form, which were sent to the over 18,000 students that attended the Debtors' colleges on or after September 27, 2014. *See* Motion, page 7, ¶14; *see also* Debtors' Response, page 4, ¶7.

The Student Committee is not seeking to amend the Collective Student Claim or the proposed order to include 507(a)(7) Priority Claims. To the extent ED determines that the

507(a)(7) Priority Claims have not been adequately addressed, ED is free to take steps to ensure that such claims are preserved.

## CONCLUSION

For the reasons set forth in the Motion and in this Reply, allowing Tasha Courtright, the chairperson of the Student Committee, to file the Collective Student Claim and allowing the Collective Student Claim in the amount of $2.5 billion for purposes of voting on the Plan, will preserve the rights of Students and promote the efficient resolution of these Bankruptcy Cases in the best interest of creditors.

WHEREFORE the Student Committee respectfully requests that the Court enter the Amended Order granting the requested relief and such other relief as the Court deems appropriate.

Dated: August 10, 2015　　　　　**POLSINELLI PC**
　　　　　Wilmington, Delaware

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Ave., Suite 1100
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

*Co-Counsel for the Official Committee of Students Creditors*

Scott F. Gautier, CA Bar No. 211742
Lorie A. Ball, CA Bar No. 210703
Cynthia C. Hernandez, CA Bar No. 285770
**ROBINS KAPLAN LLP**
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
sgautier@robinskaplan.com
lball@robinskaplan.com
chernandez@robinskaplan.com

*Co-Counsel for the Official Committee of Students Creditors*

Mark Rosenbaum, CA Bar No. 59940
Anne Richardson, CA Bar No. 151541
Alisa Hartz, CA Bar No. 285141
Dexter Rappleye, CA Bar No. 302182
**Public Counsel LLP**
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089
mrosenbaum@publiccounsel.org
arichardson@publiccounsel.org
ahartz@publiccounsel.org
drappleye@publiccounsel.org

*Special Counsel to the Official Committee of Student Creditors*