IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § § | Re: Docket Nos. 171, 504 & 627, 731 |

### THIRD ORDER APPROVING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE *NUNC PRO TUNC* TO THE DATE THAT THE DEBTORS SURRENDER POSSESSION; (II) APPROVING THE ABANDONMENT OF ANY PERSONAL PROPERTY REMAINING AT THE LEASE LOCATIONS; AND (III) GRANTING CERTAIN RELATED RELIEF

Upon the motion (the "**Motion**")[2] of Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), for the entry of an order (this "**Order**") (i) authorizing the Debtors to reject certain unexpired leases of nonresidential property effective *nunc pro tunc* to the dates set forth on Exhibit 1 hereto; (ii) approving the abandonment of any personal property remaining at such locations; and (iii) granting certain related relief; and upon due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court finding that the filing of the rejection notices and service of the same on applicable Lease Counterparties

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

provided such persons with adequate and proper notice of the Notice Date and proposed effective date of rejection for each Lease; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been scheduled and, to the extent necessary, held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing (if any was held), and all the proceedings had before the Court; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing (if any was held) establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Leases listed on Exhibit 1 attached hereto are deemed rejected, effective *nunc pro tunc* to the dates identified on Exhibit 1.

3. Pursuant to section 554 of the Bankruptcy Code and Bankruptcy Rule 6007, all Abandoned Property remaining at the locations associated with the Leases shall be abandoned *nunc pro tunc* to the effective date of rejection for each respective Lease, and unless the lease rejection notice provided to the Lease Counterparties specifies otherwise, the Lease Counterparties are authorized to dispose of any Abandoned Property without liability to any third parties claiming an interest in such Abandoned Property.

RLF1 12779249v.1

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion.

7. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: August 11, 2015
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1 12779249v.1