# EXHIBIT 1

RLF1 12779249v.1

Exhibit 1 - Leases

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Bensalem | School Lane Charter School | | 2400 Bristol Pike | | Bensalem | PA | 19020 | Lease Agreement, by and between Corinthian Colleges, Inc. and Glenview Corporate Center Associates, L. P. and any amendments thereto | 8/12/2010 | 7/31/2015 |
| | Latsha Davis & McKenna, P.C. | Attn: Peter R. Wilson, Esq. | 1700 Bent Creek Blvd., Suite 140 | | Mechanicsburg | PA | 17050 | | | |
| Colorado Springs - Garden of the Gods | Arsenault Investments IV, LLC | c/o Real Capital Solutions, Inc. | 371 Centennial Parkway, Suite 200 | | Louisville | CO | 80027 | Amended and Restate Lease Agreement, by and between Corinthian Colleges, Inc. and Springs Garden of the Gods, LLC, and any amendments thereto | 3/31/2010 | 7/30/2015 |
| | Corporate Ridge Office, LLC | c/o Real Capital Solutions, Inc. | 371 Centennial Parkway, Suite 200 | | Louisville | CO | 80027 | | | |
| Cross Lanes | RMS Properties LP | | 1108 Skytop Circle | | Charleston | WV | 25314 | Lease Agreement, by and between Burdette Realty Improvement, Inc. ("Landlord") and National Education Centers, Inc. ("Tenant"), and any amendments thereto | 11/21/1991 | 7/29/2015 |
| Earth City (St. Louis) | CC Earth City LLC | c/o Lustbader-Ruskin Investments | 555 Skokie Blvd #260 | | Northbrook | IL | 60062 | Lease, by and between Corinthian Colleges, Inc. and CC Earth City, LLC, and any amendments thereto | 12/22/2005 | 7/31/2015 |
| | CC Earth City LLC | c/o EverBank Business Property Lending | B of A Lockbox Services #4021363 | 6000 Feldwood Road | College Park | GA | 30329 | | | |
| Grand Rapids | Northview Properties LLC | | 1035 Wren Avenue SE | | Grand Rapids | MI | 49506 | Lease by and among Corinthian Colleges, Inc. and Northview Properties, LLC, and any amendments thereto | 3/17/2004 | 7/31/2015 |