# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 346** |

### CERTIFICATION OF COUNSEL SUBMITTING STIPULATION AND AGREED ORDER FURTHER EXTENDING THE INVESTIGATION TERMINATION DATE RELATING TO THE PREPETITION LIENS AND PREPETITION SECURED OBLIGATIONS OF THE PREPETITION SECURED PARTIES AND OTHER CLAIMS

I, Julia Klein, hereby certify the following:

1. On June 8, 2015, this Court entered the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief* [D.I. 346] (the "CCO").[2] Pursuant to ¶ 12 of the CCO, the Committee of Unsecured Creditors appointed in these cases (the "GUC Committee"), *inter alios*, was granted through the earlier of (i) confirmation of a plan of liquidation for the Debtors or (ii) August 15, 2015 (the "Investigation Termination Date") to investigate the validity, perfection and enforceability of the Prepetition Liens and Prepetition Secured Obligations of the Prepetition Secured Parties, or to assert any other claims or causes of action against the Prepetition Secured Parties.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the CCO.

2.      On July 1, 2015, the Debtors filed the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [D.I. 520], which was subsequently amended by modified versions filed on July 21, 2015 [D.I. 614], July 24, 2015 [D.I. 646] and July 7, 2015 [D.I. 655] (as so modified, the "Second Modified Plan"), which is the product of extensive negotiations between, and is supported by, the Debtors, the Prepetition Secured Parties, the GUC Committee and the Students Committee.

3.      In light of the pending confirmation proceedings for the Second Modified Plan, the GUC Committee and the Administrative Agent engaged in discussions to extend the Investigation Termination Date. Following these discussions, the GUC Committee and the Administrative Agent agreed to stipulate to extend all of the rights of the GUC Committee as set forth in ¶ 12 of the CCO until the Effective Date of the Second Modified Plan, as set forth in the Stipulation attached hereto as **Exhibit A**.

4.      The GUC Committee and the Administrative Agent have agreed to a proposed form of order (the "Order") approving the Stipulation. A copy of the Order is attached hereto as **Exhibit B**.

5.      In light of the consensual nature of the relief sought, the GUC Committee respectfully requests that the Court enter the Order at the Court's earliest convenience, without further notice or hearing. A hard copy of this certification of counsel is being submitted to Chambers along with the Order.

Respectfully submitted,

Dated: August 11, 2015
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Frederick B. Rosner (DE #3995)

Julia B. Klein (DE #5189)
824 Market Street, Suite 810
Wilmington, DE 19801
Tel.: (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Delaware Counsel to the Committee*