# Exhibit A – Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 346 |

## STIPULATION AND AGREED ORDER FURTHER EXTENDING THE INVESTIGATION TERMINATION DATE RELATING TO THE PREPETITION LIENS AND PREPETITION SECURED OBLIGATIONS OF THE PREPETITION SECURED PARTIES AND OTHER CLAIMS

The Official Committee of Unsecured Creditors (the "GUC Committee") and the Bank of America, N.A., in its capacity as administrative agent for the prepetition first lien lenders under that certain Fourth Amended and Restated Credit Agreement dated May 17, 2012 ("Bank of America" and, with the GUC Committee, the "Parties") hereby stipulate and agree as follows:

1.  On June 8, 2015, this Court entered the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief* [D.I. 346] (the "CCO").[2] Pursuant to ¶ 12 of the CCO, the GUC Committee, *inter alios*, was granted through the earlier of (i) confirmation of a plan of liquidation for the Debtors or (ii) August 15, 2015 (the "Investigation Termination Date") to investigate the validity, perfection and enforceability of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the CCO.

Prepetition Liens and Prepetition Secured Obligations of the Prepetition Secured Parties, or to assert any other claims or causes of action against the Prepetition Secured Parties.

2. On July 1, 2015, the Debtors filed the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [D.I. 520], which was subsequently amended by modified versions filed on July 21, 2015 [D.I. 614], July 24, 2015 [D.I. 646] and July 7, 2015 [D.I. 655] (as so modified, the "Second Modified Plan"), which is the product of extensive negotiations between, and is supported by, the Debtors, the Prepetition Secured Parties, the GUC Committee and the Students Committee.

3. Solely with respect to the GUC Committee the Investigation Termination Date, and all of the rights of the GUC Committee and the Prepetition Secured Parties as set forth in ¶ 12 of the CCO, are hereby extended and reserved until the Effective Date of the Second Modified Plan, as may be further amended or modified with the consent of the Administrative Agent. For the avoidance of doubt, if the Second Modified Plan is not confirmed or is confirmed but does not become effective, the Investigation Termination Date, and the right of a chapter 7 trustee to file and prosecute Challenges in the event that these cases are converted to chapter 7 of the Bankruptcy Code as provided in ¶ 12 of the CCO, shall not be deemed to have expired or been otherwise waived.

| ACKNOWLEDGED AND AGREED: | ACKNOWLEDGED AND AGREED: |
|---|---|
| **THE ROSNER LAW GROUP LLC** | **POTTER ANDERSON & COROON LLP** |
| /s/ Frederick B. Rosner | /s/ Jeremy Ryan |
| Frederick B. Rosner, Esq. (DE 3995) | Jeremy W. Ryan (DE 4057) |
| Julia B. Klein, Esq. (DE 5198) | 1313 North Market Street, Sixth Floor |
| 824 Market Street, Suite 810 | P.O. Box 951 |
| Wilmington, DE 19801 | Wilmington, DE 19899-0951 |
| Telephone: (302) 777-1111 | Telephone: (302) 984-6000 |
| rosner@teamrosner.com | jryan@potteranderson.com |
| klein@teamrosner.com | |

and

**BROWN RUDNICK LLP**
H. Jeffrey Schwartz, Esq.
Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com

*Counsel to the Official
Committee of Unsecured Creditors*

Dated: August 11, 2015
       Wilmington, Delaware

and

**SIDLEY AUSTIN LLP**
Jennifer C. Hagle, Esq.
Anna Gumport, Esq.
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
jhagle@sidley.com
agumport@sidley.com

*Counsel to Bank of America, N.A.*