**Exhibit B – Proposed Form of Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 346 and _____ |

## ORDER APPROVING STIPULATION FURTHER EXTENDING THE INVESTIGATION TERMINATION DATE RELATING TO THE PREPETITION LIENS AND PREPETITION SECURED OBLIGATIONS OF THE PREPETITION SECURED PARTIES AND OTHER CLAIMS

This Court having considered the *Stipulation and Agreed Order Further Extending the Investigation Termination Date Relating to the Prepetition Liens and Prepetition Secured Obligations of the Prepetition Secured Parties and Other Claims* (the "Stipulation); and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no other or further notice of the Stipulation must be given;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: August ___, 2015

_____<br>
THE HONORABLE KEVIN J. CAREY<br>
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.