## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| ------------------------------------------------------------- | § | |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON AUGUST 13, 2015 AT 1:30 P.M. (EDT) [3]

## I.    CONTINUED MATTER:

1.    Motion of Aeroteck, Inc. for an Order Under Rule 2004 of the Federal Rules of Bankruptcy Procedures Authorizing Limited Discovery from Corinthian Colleges, Inc. [Docket No. 626 - filed July 22, 2015]

    Objection / Response Deadline:   August 6, 2015 at 4:00 p.m. (EDT), extended to August 19, 2015 at 4:00 p.m. (EDT) for Debtors

    Objections / Responses Received:    None.

    Related Documents:   None.

    Status:   The hearing on this matter has been continued to August 26, 2015 at 1:00 p.m. (EDT).

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]    **Amended items appear in bold.**

[3]    The hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the August 13, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Wednesday, August 12, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

## II.    UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION:

2.    Debtors' Motion for Entry of an Order Authorizing Rejection of Operating Agreement Between the Debtors and The Department of Education [Docket No. 637 - filed July 23, 2015]

Objection / Response Deadline:    August 6, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received:    None.

Related Documents:

i.     Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing Rejection of Operating Agreement Between the Debtors and The Department of Education [Docket No. 729 - filed August 10, 2015]

ii.    **Order Authorizing Rejection of Operating Agreement Between the Debtors and the Department of Education [Docket No. 735 - filed August 11, 2015]**

Status:    **On August 11, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

## III.    UNCONTESTED MATTER WITH CERTIFICATE OF COUNSEL:

3.    Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 171- filed May 21, 2015]

Objection / Response Deadline:    June 16, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received:

A.    Limited Objection of Watt Management Company to the Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 419 - filed June 16, 2015]

Related Documents:

RLF1 12784066v.1

i.      Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 173 - filed May 21, 2015]

ii.     Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 186 - filed May 22, 2015]

iii.    Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 192 - filed May 23, 2015]

iv.     Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 237 - filed May 29, 2015]

v.      Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 257 - filed June 1, 2015]

vi.     Second Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date that The Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 504 - filed June 30, 2015]

vii.    Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 510 - filed June 30, 2015]

viii.   Second Order Approving Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 627 - filed July 28, 2015]

ix.     Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 674 - filed July 29, 2015]

x.      Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 686 - filed July 30, 2015]

xi.     Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 688 - filed July 31, 2015]

xii.    Certificate of Counsel Regarding Third Order Approving Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 731 - filed August 11, 2015]

RLF1 12784066v.1

xiii. **Third Order Approving Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 734 - filed August 11, 2015]**

<u>Status</u>: **On June 30, 2015 and July 28, 2015, the Court entered orders approving the rejection of some of the leases listed with the rejection motion. On August 11, 2015, the Court entered an order approving the rejection of some additional leases listed with the rejection motion. Accordingly, a hearing on this matter is no longer necessary.**

## IV. <u>UNCONTESTED MATTER GOING FORWARD</u>:

4. Debtors' Motion for an Order (I) Authorizing the Debtors to Sell Certain Intellectual Property Assets Free and Clear of All Liens, Claims and Encumbrances and (II) Granting Certain Related Relief [Docket No. 638 - filed July 23, 2015]

<u>Objection / Response Deadline</u>:  August 6, 2015 at 4:00 p.m. (EDT)

<u>Objections / Responses Received</u>:

A. Thomas Education Ventures, LLC's Objection to Debtors' Motion for an Order (I) Authorizing the Debtors to Sell Certain Intellectual Property Assets Free and Clear of All Liens, Claims and Encumbrances and (II) Granting Certain Related Relief [Docket No. 716 - filed August 6, 2015]

B. Informal comments from the Official Committee of Student Creditors

<u>Related Documents</u>:

i. **Declaration of William J. Nolan in Support of Sale of Certain Intellectual Property Assets to Thomas Education Ventures, LLC [Docket No. 737 - filed August 12, 2015]**

<u>Status</u>: The informal comments from the Official Committee of Student Creditors have been resolved. On August 10, 2015, the Debtors held a telephonic auction for the Heald Assets at which Thomas Education Ventures, LLC ("Thomas Education") was determined to be the highest and best offer for the Heald Assets. As a result, the objection of Thomas Education is resolved. The Debtors intend to present a revised proposed form of order and purchase agreement reflecting the sale to Thomas Education at the hearing.

4

**V.      CONTESTED MATTER GOING FORWARD:**

5.      Motion for an Order Allowing Student Committee to File Collective Proof of Claim Pursuant to 11 U.S.C. Sections 105(a), 501, and 502 and Granting Related Relief [Docket No. 621 - filed July 22, 2015]

Objection / Response Deadline:    August 5, 2015 at 4:00 p.m. (EDT); extended to August 7, 2015 at 4:00 p.m. (EDT) for the Debtors

Objections / Responses Received:

A.      United States' Response to Motion for an Order Allowing Student Committee to File a Collective Proof of Claim Pursuant to 11 U.S.C. Sections 105(a), 501, and 502 and Granting Related Relief [Docket No. 707 - filed August 5, 2015]

B.      Debtors' Response to the Motion for an Order Allowing Student Committee to File a Collective Proof of Claim Pursuant to 11 U.S.C. §§ 105(a), 501, and 502 and Granting Related Relief [Docket No. 721 - filed August 7, 2015]

C.      **Committee of Student Creditors' Omnibus Reply to Responses to Motion for an Order Allowing Student Committee to File a Collective Proof of Claim Pursuant to 11 U.S.C. §§ 105(a), 501, and 502 and Granting Related Relief [Docket No. 733 - filed August 11, 2015]**

Related Documents:

i.      Request for Judicial Notice in Support of the Motion to Allow Student Committee to File Collective Proof of Claim Pursuant to 11 U.S.C. Sections 105(a), 501, and 502 and Granting Related Relief [Docket No. 622 - filed July 22, 2015]

Status: The hearing on this matter will go forward.

RLF1 12784066v.1

Dated: August 12, 2015                    _____/s/ Amanda R. Steele_____
      Wilmington, Delaware          Mark D. Collins (No. 2981)
                                     Michael J. Merchant (No. 3854)
                                     Marisa A. Terranova (No. 5396)
                                     Amanda R. Steele (No. 5530)
                                     RICHARDS, LAYTON & FINGER, P.A.
                                     920 N. King Street
                                     Wilmington, Delaware 19801
                                     Telephone:  302-651-7700
                                     Facsimile:  302-651-7701
                                     Email: collins@rlf.com
                                               merchant@rlf.com
                                               terranova@rlf.com
                                               steele@rlf.com

                                   Counsel for the Debtors and Debtors in
                                   Possession

6