**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                                         Chapter  11

                                                    Case No.  15 - 10952  ( KJC )

Debtor:  CORINTHIAN COLLEGES, INC.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Carolyn G. Wade, Senior Assistant Attorney General

to represent  Oregon Department of Justice

in this action.

/s/ Carolyn G. Wade  OSB #832120

Firm Name: Oregon Department of Justice
Address: 1162 Court Street NE
Salem, OR 97301-4096
Phone: (503)934-4400
Email: carolyn.g.wade@doj.state.or.us

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  USDC - Oregon  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Carolyn G. Wade  OSB #832120

Firm Name: Oregon Department of Justice
Address: 1162 Court Street NE
Salem, OR 97301-4096
Phone: (503)934-4400
Email: carolyn.g.wade@doj.state.or.us

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105