## EXHIBIT A

### List of Additional Parties-in-Interest
### Reviewed for Current Relationships

- Arlington ISD
- Ballard Spahr LLP (Representing Watt Long Beach, LLC)
- Bexar County, Texas
- Bovitz & Spitzer (Representing Shaco, Inc.)
- Cengage Learning, Inc.
- Eagle Mountain Saginaw ISD
- EFN Merrillville Property, LLC
- Fairfield & Woods, P.C. (Representing RCS-Corporate Ridge)
- FrankGecker LLP (Representing Jones Lang LaSalle Incorporated)
- Gavin/Solmonese LLC
- IKON Financial Services
- Iron Mountain Information Management, LLC
- Kreis, Enderle, Hudgins & Borsos, PC (Representing Westmain 2000, LLC)
- Linebarger Goggan Blair & Sampson LLP (Representing Bexar County, Texas)
- McCarter & English, LLP (Representing Westmain 2000, LLC)
- Morris James LLP (Representing EFN Merrillville Property, LLC)
- Perdue, Brandon, Fielder, Collins & Mott, L.L.P. (Representing Arlington ISD, Eagle Mountain-Saginaw ISD)
- Public Counsel (Representing the Official Committee of Student Creditors)
- RCS-Corporate Ridge
- Robins Kaplan LLC (Representing the Official Committee of Student Creditors)
- Rosner Law Group LLC (Representing the Official Committee of Unsecured Creditors)
- Satterlee Stephens Burke & Burke LLP (Representing Cengage Learning, Inc.)
- Shaco, Inc.
- State of Oregon
- Tennessee Department of Revenue
- Travis County, Texas
- Westmain 2000, LLC