## EXHIBIT B

### Active Relationships List

Active Relationships:
- Ballard Spahr LLP
- Cengage Learning, Inc.[1]
- State of Oregon
- Fairfield & Woods, P.C.
- McCarter & English, LLP
- Robins Kaplan LLP

---

[1] FTI does not currently and did not previously represent or provide services on behalf of Cengage Learning, Inc. FTI previously served as financial advisors to the official committee of unsecured creditors in the chapter 11 cases of <u>Cengage Learning Inc, et. al.,</u> lead case No. 13-44106(ess) (USBC EDNY) (the "**Cengage Chapter 11 Cases**"), and currently provides professional services on behalf of the "Post Effective Date Committee" formed in accordance with the confirmed chapter 11 plan of reorganization in the Cengage Chapter 11 Cases.

- 2 -