## EXHIBIT C

### Former Relationships

Former Relationships:
- FrankGecker LLP
- Morris James LLP
- Satterlee Stephens Burke & Burke LLP
- Rosner Law Group LLC