# EXHIBIT 1

**The Purchase Agreement**

# PURCHASE AGREEMENT

This **Purchase Agreement**, dated as of August 11, 2015, is executed and delivered by the undersigned Heald College, LLC and Corinthian Colleges, Inc. (collectively, the "**Seller**") in favor of Thomas Education Ventures, LLC (the "**Purchaser**" and together with the Seller, the "**Parties**").

WHEREAS, on May 4, 2015 (the "**Petition Date**"), the Seller and its related affiliates (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"); and

WHEREAS, the Debtors are in the process of liquidating their assets and winding down their estates and, in connection with such efforts have conducted a process to sell certain of the Seller's intellectual property; and

WHEREAS, Purchaser has submitted a bid to purchase the Purchased Assets (as defined herein) and the Seller has accepted the Purchaser's bid based upon a determination that it was the highest and best bid received for the assets described on Exhibit A, including without limitation, the trademarks "Heald College," "Heald," "Get In-Get Out. Get Ahead," all domain names attached to Exhibit A and all other intellectual property assets related thereto (collectively, the "**Purchased Assets**"); and

WHEREAS, subject to the approval of the Court, the Seller shall consummate the sale of the Purchased Assets to the Purchaser pursuant to section 363 of the Bankruptcy Code; and

WHEREAS, the Seller and Purchaser agree that the proposed transaction is the product of good faith arms'-length negotiations between the Seller and the Purchaser; and

WHEREAS, the Purchaser shall take title to the Purchased Assets free and clear of all liens, claims, encumbrances and other interests, pursuant to section 363(f) of the United States Bankruptcy Code.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

1. <u>Description of Assets.</u> The Purchased Assets shall include all of Seller's intellectual property assets generally described on Exhibit A, including without limitation, the trademarks "Heald College," "Heald, " "Get In-Get Out. Get Ahead," all domain names attached to Exhibit A and all other intellectual property assets related thereto.

2. <u>Sale and Assignment of Assets.</u> The consideration to be paid by the Purchaser for the Purchased Assets is a cash payment in the amount of $100,000.00. In exchange for payment of such amount, the Seller shall sell, assign, transfer, convey and deliver to Purchaser all of Seller's rights, title and interests in and to the Purchased Assets. Seller agrees to execute any additional documents necessary to properly effectuate the sale and assignment of the Heald trademarks and Heald domain names listed on Exhibit A reasonably requested by Purchaser.

3. Approval of the Court. Seller shall seek approval of this transaction by the Court without the need for an auction or further competitive bidding process for the Purchased Assets.

4. Terms of Transaction. Seller represents and warrants that Seller has good and marketable, indefeasible, title to the Purchased Assets and has the right to convey, assign, transfer and deliver title to the Purchased Assets free and clear of all liens, claims, encumbrances and other interests. Seller makes no other representations or warranties whatsoever express or implied, with respect to any matter relating to the Purchased Assets, including income to be derived or expenses to be incurred in connection with the Purchased Assets, the physical condition of any tangible Purchased Assets, the value of the Purchased Assets (or any portion thereof), the transferability of the Purchased Assets (or any portion thereof), the merchantability or fitness of the Purchased Assets (or any portion thereof) for any particular purpose, the location or existences of the Purchased Assets, or any other matter or thing relating to the Purchased Assets. Without in any way limiting the forgoing and except as otherwise expressly provided in this Section 4, SELLER HEREBY DISCLAIMS ANY WARRANTY (EXPRESS OR IMPLIED) OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE AS TO ANY PORTION OF THE PURCHASED ASSETS. On or prior to the date of the transfer of the Purchased Assets, the Purchaser has conducted an independent inspection and investigation of the physical condition of all portions of the Purchased Assets and all such other matters relating to or affecting or comprising the Purchased Assets and all such other matters relating to or affecting or comprising the Purchased Assets as Purchaser deemed necessary or appropriate and that in proceeding with the contemplated sale of the Purchased Assets, Purchaser is doing so based solely upon such independent inspections and investigations. Accordingly, Purchaser accepts the Purchased Assets "AS IS," "WHERE IS," and "WITH ALL FAULTS."

5. IN WITNESS WHEREOF, the Parties have caused this Purchase Agreement to be executed as of the date first written above.

SELLER:
HEALD COLLEGE, LLC

By: _____
William J. Nolan
Chief Restructuring Officer

CORINTHIAN COLLEGES, INC.

By: _____
William J. Nolan
Chief Restructuring Officer

2

**PURCHASER:**

THOMAS EDUCATION VENTURES, LLC

By: _____

# EXHIBIT A

(Purchased Assets)

List of Domains

| DomainName | TLD | ExpirationDate | DomainName | TLD | ExpirationDate |
|---|---|---|---|---|---|
| HEALD.BIZ | .biz | 2/13/16 | HEALDLIFE.COM | .com | 3/3/16 |
| HEALDBITES.BIZ | .biz | 12/10/15 | HEALDMILITARY.COM | .com | 10/15/15 |
| HEALDCOLLEGESUCKS.BIZ | .biz | 12/10/15 | HEALDMILITARYONLINE.COM | .com | 7/13/15 |
| HEALDSUCKS.BIZ | .biz | 12/10/15 | HEALDNET.COM | .com | 5/25/16 |
| ASSOCIATECOLLEGEDEGREE.COM | .com | 12/5/15 | HEALDNOW.COM | .com | 12/20/17 |
| ATHEALD.COM | .com | 3/16/16 | HEALDONLINE.COM | .com | 4/23/21 |
| BUSINESSCOLLEGECALIFORNIA.COM | .com | 12/5/15 | HEALDOPENHOUSE.COM | .com | 6/10/15 |
| BUSINESSCOLLEGEHAWAII.COM | .com | 12/5/15 | HEALDSTORY.COM | .com | 1/4/16 |
| BUSINESSCOLLEGEOREGON.COM | .com | 12/5/15 | HEALDSUCCESS.COM | .com | 8/10/15 |
| CALIFORNIACOLLEGEAID.COM | .com | 12/5/15 | HEALDSUCCESS4YOU.COM | .com | 3/19/16 |
| CALIFORNIACOLLEGELOAN.COM | .com | 12/5/15 | HEALDSUCKS.COM | .com | 12/11/15 |
| CALIFORNIAHEALTHCARESCHOOL.COM | .com | 12/5/15 | HEALDTODAY.COM | .com | 2/12/16 |
| CALLHEALD.COM | .com | 3/3/16 | HEALDTV.COM | .com | 3/3/16 |
| CALLHEALD2.COM | .com | 1/4/16 | HEALDUNIVERSITY.COM | .com | 4/10/16 |
| CALLHEALDNOW.COM | .com | 11/30/15 | INFOATHEALD.COM | .com | 9/22/15 |
| CAREERCANADACOLLEGE.COM | .com | 10/8/15 | LEARNHEALD.COM | .com | 3/3/16 |
| CAREERCOLLEGEDEGREE.COM | .com | 12/5/15 | LEARNWITHHEALD.COM | .com | 3/19/16 |
| CELEBRATEHEALD.COM | .com | 11/1/15 | MYHEALD2.COM | .com | 11/30/15 |
| CHOOSEHEALD.COM | .com | 11/1/17 | OREGONCAREERCOLLEGE.COM | .com | 12/5/15 |
| CISCOCERTIFICATE.COM | .com | 12/5/15 | OREGONHEALTHCARESCHOOL.COM | .com | 12/5/15 |
| COLLEGEGRANTCALIFORNIA.COM | .com | 12/5/15 | PORTLANDCAREERCOLLEGE.COM | .com | 12/5/15 |
| COLLEGELOANINFO.COM | .com | 12/5/15 | PORTLANDOREGONCOLLEGE.COM | .com | 12/5/15 |
| COLLEGESEDUCATION.COM | .com | 12/5/15 | REACH-HEALD.COM | .com | 3/16/16 |
| COMPUCOLLEGE.COM | .com | 6/26/15 | SHAREHEALD.COM | .com | 11/1/15 |
| CONCORDCONFERENCECENTER.COM | .com | 12/10/16 | STARTHEALD.COM | .com | 3/3/16 |
| CONTACTHEALD.COM | .com | 3/16/16 | SUCCESSATHEALD.COM | .com | 3/19/16 |
| DENTALASSISTANTPROGRAM.COM | .com | 12/5/15 | THECCICOLLECTION.COM | .com | 7/25/15 |
| DISCOVERBRYMAN.COM | .com | 8/31/15 | THEHEALDCOLLECTION.COM | .com | 7/25/15 |
| DISCOVERHEALD.COM | .com | 12/9/15 | TOURHEALD.COM | .com | 6/10/15 |
| ENROLLHEALD.COM | .com | 3/16/16 | TRAINATHEALD.COM | .com | 3/16/16 |
| GOTOHEALD.COM | .com | 7/27/15 | TRAINHEALD.COM | .com | 3/16/16 |
| HAWAIIBUSINESSCOLLEGES.COM | .com | 12/5/15 | VISITHEALD.COM | .com | 6/10/15 |
| HAWAIIHEALTHCARESCHOOL.COM | .com | 12/5/15 | YES2HEALD.COM | .com | 4/27/16 |
| HEALD-COLLEGES.COM | .com | 1/21/16 | YOURHEALD.COM | .com | 4/13/16 |
| HEALD411.COM | .com | 3/3/16 | HEALD.EDU | .edu | 7/31/15 |
| HEALD4ME.COM | .com | 3/3/16 | HEALDONLINE.EDU | .edu | 7/31/15 |
| HEALD4SUCCESS.COM | .com | 3/19/16 | HEALDBITES.INFO | .info | 12/11/15 |
| HEALD4U.COM | .com | 11/30/15 | HEALDCOLLEGESUCKS.INFO | .info | 12/11/15 |
| HEALD4U2.COM | .com | 1/4/16 | HEALDJOBS.INFO | .info | 9/15/16 |
| HEALD4YOU.COM | .com | 3/19/16 | HEALDSUCKS.INFO | .info | 12/11/15 |
| HEALDAPP.COM | .com | 4/29/16 | HEALDONLINE.MOBI | .mobi | 11/6/15 |
| HEALDBITES.COM | .com | 12/11/15 | HEALDBITES.NET | .net | 12/11/15 |
| HEALDCAREERPLUS.COM | .com | 9/14/16 | HEALDCOLLEGESUCKS.NET | .net | 12/11/15 |
| HEALDCOLLEGE.COM | .com | 8/16/16 | HEALDONLINE.NET | .net | 11/6/15 |
| HEALDCOLLEGEDEGREES.COM | .com | 1/21/16 | HEALDSUCKS.NET | .net | 12/11/15 |
| HEALDCOLLEGEONLINE.COM | .com | 11/1/15 | MYCAREERCOUNTS.NET | .net | 8/27/15 |
| HEALDCOLLEGESUCKS.COM | .com | 12/11/15 | HEALDBITES.ORG | .org | 12/11/15 |
| HEALDCONFERENCECENTER.COM | .com | 2/6/16 | HEALDCOLLEGESUCKS.ORG | .org | 12/11/15 |
| HEALDFAST.COM | .com | 3/3/16 | HEALDONLINE.ORG | .org | 11/6/15 |
| HEALDFIRST.COM | .com | 3/3/16 | HEALDSUCKS.ORG | .org | 12/11/15 |
| HEALDHON.COM | .com | 11/29/15 | MYCAREERCOUNTS.ORG | .org | 8/27/15 |
| HEALDINFO.COM | .com | 7/27/15 | TAKEACTION4STUDENTS.ORG | .org | 3/26/16 |
| HEALDLEARN.COM | .com | 3/16/16 | HEALD.XXX | .xxx | 12/1/21 |
| | | | HEALDCOLLEGE.XXX | .xxx | 12/1/21 |

Listing of Historical Artifacts
Each California campus and the Campus Administrative Office have separate list of items they included as historical items

The Artifacts are currently being stored in Fremont, CA and must be removed prior to August, 26th from the building.

# Heald Historical Items as catalogued by Bill Buchanan 8/4/15

| Count | Description | Picture Available | Box Label | Box size |
|---|---|---|---|---|
| 14 | Various framed pictures of Heald Bldg current | Yes | HEALD 1 | speed pack |
| 24 | Various framed pictures of graduation last 20 years | Yes | HEALD 1 | speed pack |
| 21 | Various framed pictures of Historical Heald Buildings | Yes | HEALD 2 | speed pack |
| 14 | Various framed pictures of Historical Heald Buildings | Yes | HEALD 3 | speed pack |
| 2 | Various Graduation/Class Pictures framed | Yes | HEALD 3 | speed pack |
| 54 | Various Graduation/Class Pictures framed | Yes | HEALD 4 | speed pack |
| 5 | Old Heald Diplomas framed | Yes | HEALD 4 | speed pack |
| 53 | Various Achievement Awards framed and plaques | Yes | HEALD 5 | speed pack |
| 7 | Historical Pictures framed | Yes | HEALD 5 | speed pack |
| 15 | Miscellaneous Historical Photos framed | Yes | HEALD 5 | speed pack |
| 6 | Copies of old Diplomas framed | Yes | HEALD 5 | speed pack |
| 39 | Sweatshirts various sizes | | | |
| 20 | Historical Adding Machines, Calculators, Stenographers | Yes | HEALD 6 | speed pack |
| Various | Miscellaneous Logo Shirts, Bags, Scarfs, Pendants | Yes | HEALD 6 | speed pack |
| 3 | Small bags of Logo pins | No | HEALD 6 | speed pack |
| 31 | Glass acheivement awards | no | HEALD 6 | speed pack |
| 19 | Motivational Prints | Yes | HEALD 7 | speed pack |
| 14 | Rolled Banners | Yes | HEALD 7 | speed pack |
| 4 | Historical class pictures | Yes | HEALD 7 | speed pack |
| 5 | Historical Pictures framed | Yes | HEALD 7 | speed pack |
| 5 | Adding Machines/Typewriters | Yes | HEALD 8 | speed pack |
| 1 box | Historical Text Books/Historical Correspondence | Yes | HEALD 8 | speed pack |
| 1 box | Historical Photos | Yes | HEALD 8 | speed pack |
| 1 sm box | Historical Memorablia | Yes | HEALD 8 | speed pack |
| 1 sm box | Historical Film | Yes | HEALD 8 | speed pack |
| 1 sm box | 1926 Newspaper advertisments | Yes | HEALD 8 | speed pack |
| 1 box | 1977-1996 Various Documents | Yes | HEALD 8 | speed pack |
| 1 sm box | 50th Anniversary pins | Yes | HEALD 8 | speed pack |
| binder | photos and bios of Board of Trustees 1960-1990 | Yes | HEALD 8 | speed pack |
| 1 file box | Historical Books | Yes | HEALD 9 | speed pack |
| 1 file box | Historical Papers | Yes | HEALD 9 | speed pack |
| 1 file box | Historical Advertising 1960's | Yes | HEALD 9 | speed pack |
| 1 file box | Historical Papers circa 1950's | Yes | HEALD 9 | speed pack |
| 1 binder | Binder Historical Puplications | Yes | HEALD 9 | speed pack |
| 1 | Slide Show Carousel Reel | Yes | HEALD 9 | speed pack |
| 2 binders | 140 year Heald Archive index | Yes | HEALD 9 | speed pack |
| 1 box | 1930's era photos | Yes | HEALD 9 | speed pack |
| 1 box | 1930's era film | Yes | HEALD 9 | speed pack |
| 1 box | Bound historical newspapers | Yes | HEALD 9 | speed pack |
| 5 | Typewriters/Adding Machines | Yes | HEALD 9 | speed pack |
| 1 | Brass Urn | Yes | HEALD 9 | speed pack |
| 1 | Mounted Diploma Cards | Yes | HEALD 9 | speed pack |
| 2 | Unframed Historical Photos | Yes | HEALD 9 | speed pack |
| 1 | Generic Diploma | Yes | HEALD 9 | speed pack |

## Heald Historical Items as catalogued by Bill Buchanan 8/4/15

| Qty | Description | | Location | Container |
|---|---|---|---|---|
| 2 | Framed Historical Snapshots | Yes | HEALD 9 | speed pack |
| Multiple | Miscellaneous Pictures (unframed) | Yes | HEALD 9 | speed pack |
| 1 sm box | Historical items 1900 - 1950 | Yes | HEALD 10 | Bankers Box |
| 1 sm box | Academic Catalogs 2010-2014 | Yes | HEALD 11 | Bankers Box |
| 1 sm box | Academic Catalogs 2003-2008 | Yes | HEALD 12 | Bankers Box |
| 1 sm box | Academic Catalogs 1988-1993 | Yes | HEALD 13 | Bankers Box |
| 1 sm box | Academic Catalogs 1994-2003 | Yes | HEALD 14 | Bankers Box |
| 1 sm box | Various printed artifacts 1892-1976 | Yes | HEALD 15 | Bankers Box |
| 1 sm box | Various printed artifacts 1975-1987 | Yes | HEALD 16 | Bankers Box |
| 1 sm box | Catalogs 1970-1980 | Yes | HEALD 17 | Bankers Box |
| 1 sm box | Graduation photos and DVD's | Yes | HEALD 18 | Bankers Box |
| 1 sm box | Historical Catalogs 1970-2015 | Yes | HEALD 19 | Bankers Box |
| 1 sm box | Campus and Graduation Pictures | Yes | HEALD 20 | Bankers Box |
| 1 sm box | Copies of Marketing Collaterol 2004 - Present | Yes | HEALD 21 | Bankers Box |
| 1 sm box | Fact books 2007-2011 | Yes | HEALD 22 | Bankers Box |
| 1 sm box | Historical books including original stock certicates/early ads and textbooks | Yes | HEALD 23 | Bankers Box |