# EXHIBIT 1

## Executory Contracts

Exhibit 1
Executory Contracts

Corinthian Colleges, Inc.
Schedule of Contract Rejections

| DEBTOR | NAME | Contract Description | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE |
|---|---|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | AIRGAS USA, LLC | Leased equipment | PO Box 93500 | | Long Beach | CA | 90809-3500 | USA | 800-224-7427 |
| Sequoia Education, Inc. | AIRGAS USA, LLC | Leased equipment | PO Box 93500 | | Long Beach | CA | 90809-3500 | USA | 800-224-7427 |
| Corinthian Colleges, Inc. | Arrowhead Direct | Leased equipment | PO Box 856158 | | Louisville | KY | 40285-6158 | USA | 800-950-9393 |