# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.  
**CASE NO.:** 15-10952-KJC  

**COURTROOM LOCATION:** 5  
**DATE:** August 13, 2015

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Danielle Pham | United States (DOJ) | Department of Education |
| Dennis A. Meloro | Greenberg Traurig LLP | Thomas Education Ventures, LLC |
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Mark Collins | Richards Layton | Debtors |
| Amanda Steele | " | " |
| Chris Ward | Polsinelli | Student Committee |
| Shanti Katona | Polsinelli | Student Committee |
| Etta Mayers | Potter Anderson | BofA |
| Jeremy Ryan | Potter Anderson | BofA |
| Leigh-Anne Raport | Ashby & Geddes | Campus Student Funding |
| Julia Klein | Rosner Law Group LLC | GUC Committee |
|  |  |  |
|  |  |  |

# Court Conference

Calendar Date: 08/13/2015
Calendar Time: 01:30 PM ET

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

*Amended Calendar 08/13/2015 06:28 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7094908 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7065532 | Barry V. Freeman | (310) 203-8080 ext. 6670 | Jeffer Mangels Butler & Mitchell LLP | Debtor, Corinthian Colleges, Inc., et al / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7093581 | Scott F. Gautier | (310) 552-0130 | Robins Kaplan LLP | Creditor, Corinthian Colleges, Inc. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7092368 | Anna Gumport | (213) 896-6064 | Sidley Austin LLP | Creditor, Bank of America, N.A. / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7094894 | John Kresse | (202) 616-2238 | U.S. Department of Justice | Representing, U.S. Department of Justice / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7093626 | William Nolan | 704-998-6022 | FTI Consulting, Inc. | Debtor, Corinthian Colleges, Inc. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7094668 | Ann K. Richardson | (213) 385-2977 | Public Counsel | Creditor, Committee of Student Creditors / LIVE |