ORIGINAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2015 AUG 14  AM 8:37
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No:  15-10952-KJC-11 |
| | ) | |
| CORINTHIAN COLLEGES, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

Plaza Del Prado, Inc., creditor, hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Donald W. Sieveke, California State Bar # 78144
Law Office of Donald W. Sieveke
1113 N. Spurgeon Street
Santa Ana, CA 92701
email: dws4law@pacbell.net

The creditor respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested party in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

_____
Donald W. Sieveke, Attorney for
Plaza Del Prado, Inc., Creditor

## CERTIFICATE OF SERVICE

I certify that on August 7, 2015, a true copy of the foregoing was served by U.S. Mail, postage paid to the following parties:

ATTORNEY FOR DEBTOR:
Corinthian Colleges, Inc.
c/o Rachel Layne Biblo, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

_____
SHANNON A. KING