IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria am employed in the county of Los Angeles, State of California. I hereby certify that on August 12, 2015, I caused true and correct copies of the following document(s) to be served (i) via email to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **Declaration of William J. Nolan in Support of Sale of Certain Intellectual Property Assets to Thomas Education Ventures, LLC [Docket No. 737]**

Dated: August 13, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this _13_ day of _Aug._, 20_15_, by Alejandro Sorira, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

| | | |
|---|---|---|
| BROWN RUDNICK LLP<br>BENNETT SILVERBERG<br>BSILVERBERG@BROWNRUDNICK.COM | BROWN RUDNICK LLP<br>H. JEFFREY SCHWARTZ<br>JSCHWARTZ@BROWNRUDNICK.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLA.COM |
| GREENBERG TRAURIG, LLP<br>MATTHEW L. HINKER<br>HINKERM@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. MITCHELL<br>MITCHELLN@GTLAW.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>RICHARD.SCHEPACARTER@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY FOX<br>TIMOTHY.FOX@USDOJ.GOV | POLSINELLI PC<br>CHRISTOPHER WARD<br>CWARD@POLSINELLI.COM | POLSINELLI PC<br>SHANTI KATONA<br>SKATONA@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>ETTA MAYERS<br>EMAYERS@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN<br>JRYAN@POTTERANDERSON.COM | ROBINS KAPLAN LLP<br>CYNTHIA HERNANDEZ<br>CHERNANDEZ@ROBINSKAPLAN.COM |
| ROBINS KAPLAN LLP<br>LORIE BALL<br>LBALL@ROBINSKAPLAN.COM | ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>SGAUTIER@ROBINSKAPLAN.COM | SIDLEY AUSTIN LLP<br>ANNA GUMPORT<br>AGUMPORT@SIDLEY.COM |
| SIDLEY AUSTIN LLP<br>JENNIFER HAGLE<br>JHAGLE@SIDLEY.COM | THE ROSNER LAW GROUP<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | THE ROSNER LAW GROUP<br>JULIA B. KLEIN<br>KLEIN@TEAMROSNER.COM |
| U.S. DEPARTMENT OF JUSTICE<br>JOHN KRESSE<br>JOHN.KRESSE@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>LLOYD RANDOLPH<br>LLOYD.RANDOLPH@USDOJ.GOV | |

Parties Served: 20

## **EXHIBIT B**

| | | |
|---|---|---|
| ARAPAHOE COUNTY TREASURER<br>ATTN: ROBERT HILL<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | ASFG, LLC<br>5300 MEADOWS ROAD, SUITE 400<br>LAKE OSWEGO, OR 97035 | ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN/RICARDO PALACIO<br>ATTN: LEIGH-ANNE RAPORT<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150 |
| BMC GROUP, INC.<br>ATTN: T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO, CA 90245 | BOVITZ & SPITZER<br>ATTN: J. SCOTT BOVITZ<br>1100 WILSHIRE BLVD., SUITE 2403<br>LOS ANGELES, CA 90017 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 |
| CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 | CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST., #1142<br>SACRAMENTO, CA 95814-5901 |
| CALIFORNIA FIRST NATIONAL BANK<br>18201 VON KARMAN AVE., #700<br>IRVINE, CA 92612 | CAMPUS STUDENT FUNDING, LLC<br>5300 MEADOWS ROAD, SUITE 400<br>LAKE OSWEGO, OR 97035 | CIT FINANCE LLC<br>10201 CENTURION PARKWAY NORTH, SUITE 100<br>JACKSONVILLE, FL 32256 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>10201 CENTURION PARKWAY NORTH, SUITE 100<br>JACKSONVILLE, FL 32256 | COMMONWEALTH OF MASSACHUSETTS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY, AG<br>ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>ATTN: LINDA MITTEN<br>651 BOAS STREET, ROOM 700<br>HARRISBURG, PA 17121 |
| CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST. LOUIS, MO 63141 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 898<br>DOVER, DE 19903 | DELL FINANCIAL SERVICES L.L.C.<br>MAILSTOP-PS2DF<br>23 ONE DELL WAY<br>ROUND ROCK, TX 78682 |
| DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI 96813 | DEVELOPMENT RESOURCES, INC.<br>ATTN: JOHN GIANNOPOULOS<br>333 NORTH DES PLAINES STREET<br>CHICAGO, IL 60661 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY 10013 |
| DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE, STE. 2000<br>PHILADELPHIA, PA 19103-6996 | DRINKER BIDDLE & REATH LLP<br>ATTN: HOWARD A. COHEN<br>222 DELAWARE AVE., STE.1410<br>WILMINGTON, DE 19801-1621 |
| DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK, NY 10036-2714 | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280 | EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 |
| FAIRFIELD AND WOODS, P.C.<br>ATTN: CAROLINE C. FULLER<br>1801 CALIFORNIA STREET, SUITE 2600<br>DENVER, CO 80202 | FIRST FINANCIAL CORPORATION LEASING, LLC<br>711 KIMBERLY AVENUE, SUITE 160<br>PLACENTIA, CA 98270 | FIRST NATIONAL BANK OF ST. LOUIS<br>7707 FORSYTH BLVD<br>ST. LOUIS, MO 63131 |
| FIRST NATIONAL CAPITAL, LLC<br>1029 HIGHWAY 6 NORTH, SUITE 650-283<br>HOUSTON, TX 77079 | FRANKGECKER LLP<br>ATTN: JOSEPH FRANK/REED HEILIGMAN<br>325 NORTH LASALLE STREET<br>SUITE 625<br>CHICAGO, IL 60654 | G.E. CAPITAL CORPORATION<br>4 NORTH PARK DRIVE, SUITE 500<br>HUNT VALLEY, MD 21030 |

| | | |
|---|---|---|
| GE INFORMATION TECHNOLOGY SOLUTIONS<br>F/D/B/A IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON, GA 31208-3708 | GENERAL ELECTRIC CAPITAL CORPORATION<br>PO BOX 35701<br>BILLINGS, MT 59107 | HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br>420 MOUNTAIN AVE.<br>MURRAY HILL, NJ 07974 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>ATTN: JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON, MA 02110 |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>DAVID M. POITRAS<br>1900 AVENUE OF THE STARS<br>7TH FLOOR<br>LOS ANGELES, CALIFORNIA 90067 | KATTEN MUCHIN ROSENMAN LLP<br>ATTN: BRIAN HUBEN/DUSTIN BRANCH<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES, CA 90067-3012 |
| KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>ATTN: THOMAS G. KING<br>PO BOX 4010<br>KALAMAZOO, MI 49003-4010 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ATTN: ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI, OH 75271-2711 |
| LASALLE SYSTEMS LEASING, INC.<br>6111 NORTH RIVER ROAD<br>ROSEMONT, IL 60018 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DAVID G. AELVOET<br>711 NAVARRO STREET, STE 300<br>SAN ANTONIO, TX 78205 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 |
| LOIZIDES, P.A.<br>ATTN: CHRISTOPHER D. LOIZIDES<br>1225 KING STREET, SUITE 800<br>WILMINGTON, DE 19801 | MB FINANCIAL BANK, N.A.<br>6111 NORTH RIVER ROAD<br>ROSEMONT, IL 60018 | MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| MORRIS JAMES LLP<br>ATTN: CARL KUNZ III/JEFFREY WAXMAN<br>500 DELAWARE AVE, SUITE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19801 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601 | NEC FINANCIAL SERVICES, LLC<br>1 PARK 80 PLAZA WEST<br>SADDLE BROOK, NJ 07663 |
| NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 | NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 | OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 |
| OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION<br>800 W. WASHINGTON STREET, 2ND FLOOR<br>PHOENIX, AZ 85007 | OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>OREGON HIGHER EDUCATION COORDINATING COMMI<br>775 COURT STREET NE<br>SALEM, OR 97301 | OFFICE OF THE U.S. ATTORNEY<br>ATTN: CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 |
| OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF ARIZONA<br>ATTN: JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF HAWAII<br>ATTN: FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 | OFFICE OF THE U.S. ATTORNEY<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: KELLY T. CURRIE<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 |
| OFFICE OF THE U.S. ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 | OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 | OREGON DEPARTMENT OF JUSTICE<br>ATTN: CAROLYN G. WADE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 |

| | | |
|---|---|---|
| OUTTEN & GOLDEN LLP<br>ATTN: JACK RAISNER/RENÉ ROUPINIAN<br>3 PARK AVENUE, 29TH FLOOR<br>NEW YORK, NY 10016 | PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>C/O PHILLIPS INTERNATIONAL<br>295 MADISON AVE., 2ND FLOOR<br>NEW YORK, NY 10017 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.<br>ATTN: OWEN M. SONIK<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ATTN: ELIZABETH BANDA CALVO<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010 | PIRCHER, NICHOLS & MEEKS<br>ATTN: EUGENE J.M. LEONE<br>900 N. MICHIGAN AVENUE<br>SUITE 1000<br>CHICAGO, IL 60611 | PRIME ALLIANCE BANK, INC.<br>1868 SOUTH 500 WEST<br>WOODS CROSS, UT 84087 |
| ROBAINA & KRESIN<br>ATTN: THOMAS GRIFFIN<br>ONE EAST CAMELBACK ROAD<br>SUITE 710<br>PHOENIX, AZ 85012 | RUDER WARE, L.L.S.C.<br>ATTN: JEREMY M. WELCH<br>500 NORTH FIRST STREET, SUITE 8000<br>P.O. BOX 8050<br>WAUSAU, WI 54402-8050 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW<br>230 PARK AVENUE, SUITE 1130<br>NEW YORK, NY 10169 |
| SECRETARY OF THE TREASURY<br>P.O. BOX 7040<br>DOVER, DE 19903 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REG. DIRECTOR<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ATTN: CARREN B. SHULMAN, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: FELICIA GERBER PERLMAN<br>155 N. WACKER DRIVE<br>CHICAGO, IL 60606-1720 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 | STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: BILL SCHUETTE/HEATHER DONALD<br>CADILLAC PLACE, SUITE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 |
| STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT<br>ATTN: KAREN AXSOM, DIRECTOR<br>800 W. WASHINGTON ST<br>PHOENIX, AZ 85007 | TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 |
| TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | TREASURER - TAX COLLECTOR<br>DAN MCALLISTER<br>ATTN: BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>ATTN: JOHN MARK STERN, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION, MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 |
| U.S. BANCORP<br>OLIVER-ALLEN TECHNOLOGY LEASING<br>601 LARKSPUR LANDING<br>LARKSPUR, CA 94939 | U.S. BANCORP EQUIPMENT FINANCE, INC.<br>801 LARKSPUR LANDING<br>LARKSPUR, CA 94939-1704 | U.S. BANK EQUIPMENT FINANCE<br>A DIVISION OF U.S. BANK NATIONAL ASSOCIATION<br>PO BOX 230789<br>PORTLAND, OR 97281 |
| U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN: LLOYD RANDOLPH<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | UNITED STATES DEPARTMENT OF LABOR<br>ATTN: THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20210 |
| VARIANT LEASING CORPORATION<br>32332 CAMINO CAPISTRANO, SUITE 103<br>SAN JUAN CAPISTRANO, CA 92707 | WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 | WELLS FARGO EQUIPMENT FINANCE, INC.<br>733 MARQUETTE AVE. #300<br>MINNEAPOLIS, MN 55479 |

| | |
|---|---|
| WINTHROP RESOURCES CORPORATION<br>11100 WAYZATA BOULEVARD, SUITE 800<br>MINNETONKA, MN 55305 | WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: BRAD D. SCHIMEL, AG<br>ATTN: F. MARK BROMLEY, AAG<br>POST OFFICE BOX 7857<br>MADISON, WI 53707-7857 |

Parties Served: 101

# **EXHIBIT C**

| | | |
|---|---|---|
| BROWN RUDNICK LLP<br>H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 | GREENBERG TRAURIG, LLP<br>1007 NORTH ORANGE ST,<br>SUITE 1200<br>WILMINGTON DE 19801 | GREENBERG TRAURIG, LLP<br>200 PARK AVENUE<br><br>NEW YORK NY 10166 |
| OFFICE OF THE U.S. TRUSTEE<br>R. SCHEPACARTER/T. FOX<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801-3519 | POLSINELLI PC<br>CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVE<br>SUITE 1101<br>WILMINGTON DE 19801 | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN/ETTA MYERS<br>1313 NORTH MARKET ST., 6TH FL.<br>P.O. BOX 951<br>WILMINGTON DE 19899-0951 |
| ROBINS KAPLAN LLP<br>SCOTT GAUTIER/LORIE BALL<br>2049 CENTURY PARK EAST<br>SUITE 3400<br>LOS ANGELES CA 90067 | SIDLEY AUSTIN LLP<br>JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET<br>#4000<br>LOS ANGELES CA 90013 | THE ROSNER LAW GROUP<br>JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET<br>SUITE 810<br>WILMINGTON DE 19801 |

Parties Served: 9