**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------x
                                                                :   Case No. 15-10952-KJC
In re                                                           :   (Chapter 11/Jointly Administered)
                                                                :
**CORINTHIAN COLLEGES, INC.,** *et al.*                         :
                                                                :
                         Debtors.                               :
----------------------------------------------------------------x   Re Docket Number 765

**UNITED STATES' MOTION FOR ENTRY OF AN ORDER SHORTENING**
**NOTICE REGARDING THE UNITED STATES' MOTION TO EXTEND THE**
**INVESTIGATION TERMINATION DATE IN THE CASH COLLATERAL ORDER**

The United States, on behalf of its Department of Education ("ED"), respectfully request entry of an order, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure and Rule 9006-1(e) of the local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware: (i) setting a hearing to consider the United States' Motion to Extend the Investigation Termination Date in the Cash Collateral Order (**"Extension Motion"**)[1] for the hearing currently scheduled for August 26, 2015 at 1:00 p.m. (ET) (the **"Confirmation Hearing"**); (ii) permitting parties to raise objections, if any, to the Motion before or at the Hearing by August 25, 2015 at 4:00 p.m. (ET); and (iii) granting such other and further relief to the United States as the Court deems appropriate.  In support of this motion (the **"Motion"**), the United States respectfully represents:

**RELIEF REQUESTED**

1.      By this motion, the United States respectfully requests entry of an order, substantially in the format attached hereto as Exhibit A: (i) shortening the notice period with respect to the relief requested in the Extension Motion so that it may be heard at the Hearing;

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Extension Motion.

(ii) permitting parties to raise objections, if any, to the Extension Motion by August 25, 2015 at 4:00 p.m. (ET); and (iii) granting such other and further relief to the United States as the Court deems appropriate.

## BASIS FOR RELIEF REQUESTED

2.  Local Rule 9006-1(c)(i) provides that "[u]nless the Fed. R. Bankr. P. or these Local Rules state otherwise, all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least eighteen (18) days (twenty-one (21) days if service is by first class mail; nineteen (19) days if service is by overnight delivery) prior to the hearing date." Del. Bankr. L.R. 9006-1(c)(i). Local Rule 9006-1(e), however, provides that such periods may be shortened by order of the Court upon written motion specifying the exigencies justifying shortened notice. *Id.* at 9006-1(e). Moreover, according to Bankruptcy Rule 9006(c)(1), "the court for cause shown may in its discretion with or without motion or notice order the [notice] period reduced." Fed. R. Bankr. P. 9006(c)(1).

3.  The Extension Motion seeks an extension of the Investigation Termination Date established in the Cash Collateral Order. As more fully described in the Extension Motion, the Cash Collateral Order provides that August 15, 2015 is the deadline for any party in interest to "to investigate the validity, perfection and enforceability" of the prepetition secured parties' prepetition liens, including prepetition liens in the Debtors' accounts. *See* Doc. 346 ¶ 12. Further, parties in interest must file an objection to the validity of the prepetition liens by the Investigation Termination Date. *Id.* The United States is in the process of investigating whether money in accounts allegedly pledged to the prepetition secured parties is property of the estate, and requests an extension of its Investigation Termination Date for additional time to investigate these issues and bring challenges, if necessary.

4. The Investigation Termination Date will expire on August 15, 2015, and the United States is not ready to file an objection at this time. Notably, the Official Committee of Unsecured Creditors (the "Committee") also sought an extension of this deadline, which was approved by the Court on August 12, 2015 in a stipulated order entered into by the prepetition secured parties and the Committee extending its Investigation Termination Date to the effective date of the Debtors' chapter 11 plan.

5. Prior to the filing of this Motion, the United States asked the prepetition secured parties' counsel to stipulate to an extension of ED's Investigation Termination Date, but they have not agreed as of the date of this filing.

6. As the Investigation Termination Date will occur before a hearing can be set on the matter, the United States seeks shortened notice in order to resolve this issue promptly. As the issues to be investigated are complicated, ED will have to devote significant resources in analyzing the factual and legal issues to determine if a challenge is necessary. Certainty about its deadline to assert a challenge will allow ED to devote resources where necessary.

7. Additionally, on August 26, 2015, the Court will consider confirmation of a chapter 11 plan proposed by the Debtors. As the Debtors' proposed plan contemplates distribution of all assets allegedly in the Debtors' estates, including funds which may be held in trust for the United States, the United States believes that it is appropriate for the Court to consider the Extension Motion on shortened notice.

8. The United States requests that the Court require any objection to the Extension Motion to be filed and served upon the United States such that it is received by August 25, 2015 at 4:00 p.m. (ET), providing interested parties with a eleven (11) day notice period to raise

objections. As the Extension Motion only seeks to extend a deadline, the United States submits that a shortened objection deadline is appropriate under the circumstances.

9.  As a result, the United States submits that cause exists to shorten the notice period in order for the Extension Motion to be considered at the Confirmation Hearing.

## **CONCLUSION**

The United States respectfully requests entry of an order, substantially in the form attached hereto as Exhibit A, granting the relief requested and any other relief as is just and proper.

Dated: August 14, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHARLES M. OBERLY, III
United States Attorney

ELLEN SLIGHTS
Assistant United States Attorney

/s/Danielle A. Pham
RUTH A. HARVEY
TRACY J. WHITAKER
LLOYD H. RANDOLPH
(D. C. Bar No. 376009)
JOHN R. KRESSE
DANIELLE A. PHAM
Civil Division
U. S. Department of Justice
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202) 307-0356

ATTORNEYS FOR THE UNITED STATES

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                                               :    **Case No. 15-10952-KJC**
In re                                                          :    (Chapter 11/Jointly Administered)
                                                               :
**CORINTHIAN COLLEGES, INC.,** *et al.*                        :
                                                               :
                    **Debtors.**                               :
---------------------------------------------------------------x

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS REGARDING**
**THE UNITED STATES' MOTION TO EXTEND THE INVESTIGATION**
**TERMINATION DATE IN THE CASH COLLATERAL ORDER**

Upon the motion (the "Motion") of the United States, on behalf of its Department of Education ("ED"), for entry of an order (this "Order"), shortening the notice and objection periods regarding the *United States' Motion to Extend the Investigation Termination Date in the Cash Collateral Order* ("Extension Motion"), as set forth more fully in the Motion, and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this district is proper under §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is appropriate under the circumstances; and the Court having found that the United States provided appropriate notice of the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

   1.    The Motion is GRANTED as further set forth herein.

   2.    The hearing to consider the Extension Motion shall be on August 26, 2015 at 1:00 p.m. (ET) (the "Hearing"); and parties may raise objections to the relief requested in the

Extension Motion, if any, by August 25, 2015 at 4:00 p.m. (ET).

3. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

Dated: _____ ___, 2015
      Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2

# CERTIFICATE OF SERVICE

I, Danielle A. Pham, hereby certify that on the 14th day of August, 2015, I caused a true and correct copy of the foregoing **UNITED STATES' MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE REGARDING THE UNITED STATES' MOTION TO EXTEND THE INVESTIGATION TERMINATION DATE IN THE CASH COLLATERAL ORDER** to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below.

Dated: August 14, 2015

/s/Danielle A. Pham
John R. Kresse

COUNSEL TO THE STUDENT COMMITTEE
Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
cward@polsinelli.com
skatona@polsinelli.com

Scott F. Gautier, Esq.
Lorie A. Ball, Esq.
Cynthia C. Hernandez, Esq.
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067
sgautier@robinskaplan.com
lball@robinskaplan.com
chernandez@robinskaplan.com

Mark Rosenbaum, Esq.
Anne Richardson, Esq.
Alisa Hartz, Esq.
Dexter Rappleye, Esq.
PUBLIC COUNSEL LLP
610 S. Ardmore Avenue
Los Angeles, CA 90005
mrosenbaum@publiccounsel.org
arichardson@publiccounsel.org
ahartz@publiccounsel.org
drappleye@publiccounsel.com

COUNSEL TO THE DEBTORS
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
collins@rlf.com
merchant@rlf.com
terranova@rlf.com
steele@rlf.com

COUNSEL TO BANK OF AMERICA, N.A., IN ITS CAPACITY AS ADMINISTRATIVE AGENT FOR THE LENDERS
POTTER ANDERSON & CORROON LLP
Jeremy W. Ryan
Etta R. Mayers
1313 North Market Street, Sixth Floor
Wilmington, DE 19899-0951
jryan@potteranderson.com
emayers@potteranderson.com

SIDLEY AUSTIN LLP
Jennifer C. Hagle
Anna Gumport
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
jhagle@sidley.com
agumport@sidley.com

COUNSEL TO BANK OF AMERICA, N.A.,
IN ITS CAPACITY AS ADMINISTRATIVE
<u>AGENT FOR THE LENDERS</u>
Jeffrey H. Schwartz, Esq.
Bennet S. Silverberg, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com

Frederick B. Rosner, Esq.
Julia B. Klein, Esq.
The Rosner Law Group LLC
824 Market St. Suite 810
Wilmington, DE 19801
rosner@teamrosner.com
klein@teamrosner.com


<u>OFFICE OF THE UNITED STATES TRUSTEE</u>
Richard L. Schepacarter, Esq.
Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
timothy.fox@usdoj.gov
richard.schepacarter@usdoj.gov