IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

-----------------------------------------------------------

**NOTICE OF FILING OF PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On July 1, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Combined Disclosure Statement* (the **"Disclosure Statement"**) *and Chapter 11 Plan of Liquidation* (the **"Plan"**), which was subsequently amended on July 24, 2015 and July 27, 2015 [Docket Nos. 520, 646 ad 655, respectively]. On July 27, 2015, the Court entered an order [Docket No. 658] approving the Disclosure Statement and certain related procedures regarding the solicitation and tabulation of votes in connection with the Plan.

2. As contemplated under Section II.A.114. of the Plan, the Debtors hereby file the appendix of schedules and exhibits (in each case, as may be amended, modified, or supplemented from time to time) to be included in this Plan Supplement[2] as follows:

   Exhibit A:        Draft of Distribution Trust Agreement

   Exhibit B:        Draft of Student Trust Agreement

3. The attached documents remain subject to review by all parties-in-interest, including the Debtors. Accordingly, the Debtors reserve all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein in accordance

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Plan.

with the terms of the Plan. To the extent material amendments or modifications are made to any of these documents, the Debtors will file a blackline version with the Court marked to reflect such amendments or modifications.

4.  The Plan Supplement is integral to, part of, and incorporated by reference into the Plan. Please note, however, <u>these documents have not yet been approved by the Court.</u>

5.  The hearing to consider the confirmation of the Plan (the "**Confirmation Hearing**") will be held before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **August 26, 2015 at 1:00 p.m. (Eastern Time)**.

6.  Objections to confirmation of the Plan, if any, must: (i) be in writing; (ii) state the name and address of the objecting party and the nature of the Claim or Equity Interest of such party; and (iii) be filed with the Court and served on: (a) counsel for the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn.: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (b) counsel for Bank of America, N.A, Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013 (Attn.: Jennifer C. Hagle, Esq. and Anna Gumport, Esq.) and Potter Anderson Corroon LLP, 1313 North Market Street, Sixth Floor, P.O. Box 951, Wilmington, Delaware 19899 (Attn.: Jeremy W. Ryan, Esq. and Etta R. Mayers, Esq.); (c) the U.S. Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn.: Timothy Jay Fox, Jr., Esq. and Richard L. Schepacarter, Esq.); (d) counsel for the the Official Committee of Unsecured Creditors, Brown Rudnick LLP, Seven Times Square, New York, New York, 10036 (Attn.: H. Jeffrey Schwartz, Esq. and Bennett S. Silverberg, Esq.) and The Rosner Law Group LLC, 824 Market Street, Suite 810, Wilmington, Delaware 19801 (Attn.: Frederick B. Rosner, Esq. and Julia B. Klein, Esq.); and (e) counsel for the Official Committee of Student Creditors, Robins Kaplan LLP, 2049 Century Park East, Suite 3400, Los Angeles, California 90067 (Attn.: Scott F. Gautier, Esq., Lorie A. Ball, Esq., and Cynthia C. Hernandez, Esq.) and Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801 (Attn.: Christopher A. Ward, Esq. and Shanti M. Katona, Esq.), so as to be received no later than **4:00 p.m. (Eastern Time) on August 21, 2015**. The Debtors reserve the right to file a consolidated reply to any such objection no later than August 25, 2015 at 12:00 p.m. (Eastern Time).

RLF1 12807731v.2

      7.    Copies of the Plan and Disclosure Statement are available for review without charge at www.omnimgt.com/corinthiancolleges or by contacting the Debtors' balloting agent by email at CorinthianColleges@omnimgt.com or by telephone at (866) 205-3148.

| | |
|---|---|
| Dated: August 14, 2015<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br><br>Counsel for the Debtors and Debtors in Possession |

RLF1 12807731v.2