UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------x
In re                                                    :  Case No. 15-10952-KJC
                                                         :  (Chapter 11/Jointly Administered)
                                                         :
CORINTHIAN COLLEGES, INC., *et al.*                      :
                                                         :
        Debtors.                                         :
--------------------------------------------------------x

### ORDER SHORTENING NOTICE AND OBJECTION PERIODS REGARDING THE UNITED STATES' MOTION TO EXTEND THE INVESTIGATION TERMINATION DATE IN THE CASH COLLATERAL ORDER

Upon the motion (the "Motion") of the United States, on behalf of its Department of Education ("ED"), for entry of an order (this "Order"), shortening the notice and objection periods regarding the *United States' Motion to Extend the Investigation Termination Date in the Cash Collateral Order* ("Extension Motion"), as set forth more fully in the Motion, and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this district is proper under §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is appropriate under the circumstances; and the Court having found that the United States provided appropriate notice of the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as further set forth herein.

2. The hearing to consider the Extension Motion shall be on August 26, 2015 at 1:00 p.m. (ET) (the "Hearing"); and parties may raise objections to the relief requested in the

Extension Motion, if any, by August 25, 2015 at 4:00 p.m. (ET).

3. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

Dated: Aug 17, 2015
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE