UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Case No. 15-10952-KJC
In re : (Chapter 11/Jointly Administered)
:
CORINTHIAN COLLEGES, INC., *et al.* : : Obj. Deadline: August 25, 2015 at 4:00 p.m.
: Hearing Date: August 26, 2015 at 1:00 p.m.
:
Debtors. : Docket Number 765
---------------------------------------------------------------x

### NOTICE OF HEARING REGARDING UNITED STATES' MOTION TO EXTEND THE INVESTIGATION TERMINATION DATE IN THE CASH COLLATERAL ORDER

PLEASE TAKE NOTICE that on August 15, 2015, the United States, on behalf of its Department of Education ("**ED**"), a creditor in these jointly administered chapter 11 cases of Corinthian Colleges, Inc. and twenty-three debtor affiliates (the "**Debtors**"), filed the *United States' Motion to Extend the Investigation Termination Date in the Cash Collateral Order* [Docket No. 765] ("**Motion**"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection period with respect to the Motion [Docket No. 766] (the "**Motion to Shorten**"). **You were previously served with a copy of the Motion to Shorten**.

PLEASE TAKE FURTHER NOTICE that on August 17, 2015, the Bankruptcy Court entered the *Order Shortening Notice And Objection Periods Regarding The United States' Motion To Extend The Investigation Termination Date In The Cash Collateral Order* [Docket No. 768] (the "**Order Shortening Notice**"). **You are being served with a copy of the Order Shortening Notice contemporaneously herewith**.

PLEASE TAKE FURTHER NOTICE that, notwithstanding any prior notice to the contrary, (i) a hearing to consider the Motion will be held on August 26, 2015 at 1:00 p.m. (ET) before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 and (ii) responses or objections to the Motion, if any, shall be filed and served on the United States by 4:00 p.m. (ET) on August 25, 2015.  Only those objections made in writing and timely filed and received in accordance with the procedures set forth herein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order granting the relief sought in the Motion without further notice or hearing.

Dated:  August 17, 2015

Respectfully submitted

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHARLES M. OBERLY, III
United States Attorney

ELLEN SLIGHTS
Assistant United States Attorney

/s/Danielle A. Pham
RUTH A. HARVEY
TRACY J. WHITAKER
JOHN R. KRESSE
DANIELLE A. PHAM
Civil Division
U. S. Department of Justice
P. O. Box 875
Ben Franklin Station
Washington, D.C.  20044-0875
(202) 307-0356

ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF SERVICE

I, Danielle A. Pham, hereby certify that on the 17th day of August, 2015, I caused a true and correct copy of the foregoing **NOTICE OF HEARING REGARDING UNITED STATES' MOTION TO EXTEND THE INVESTIGATION TERMINATION DATE IN THE CASH COLLATERAL ORDER** to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below. I also served the **ORDER SHORTENING NOTICE AND OBJECTION PERIODS REGARDING THE UNITED STATES' MOTION TO EXTEND THE INVESTIGATION TERMINATION DATE IN THE CASH COLLATERAL ORDER** [Docket No. 768] through electronic mail on the parties listed below.

Dated: August 17, 2015

/s/Danielle A. Pham
Danielle A. Pham

COUNSEL TO THE STUDENT COMMITTEE
Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
cward@polsinelli.com
skatona@polsinelli.com

Scott F. Gautier, Esq.
Lorie A. Ball, Esq.
Cynthia C. Hernandez, Esq.
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067
sgautier@robinskaplan.com
lball@robinskaplan.com
chernandez@robinskaplan.com

Mark Rosenbaum, Esq.
Anne Richardson, Esq.
Alisa Hartz, Esq.
Dexter Rappleye, Esq.
PUBLIC COUNSEL LLP
610 S. Ardmore Avenue
Los Angeles, CA 90005
mrosenbaum@publiccounsel.org
arichardson@publiccounsel.org
ahartz@publiccounsel.org
drappleye@publiccounsel.com

COUNSEL TO THE DEBTORS
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
collins@rlf.com
merchant@rlf.com
terranova@rlf.com
steele@rlf.com

COUNSEL TO BANK OF AMERICA, N.A., IN ITS CAPACITY AS ADMINISTRATIVE AGENT FOR THE LENDERS
POTTER ANDERSON & CORROON LLP
Jeremy W. Ryan
Etta R. Mayers
1313 North Market Street, Sixth Floor
Wilmington, DE 19899-0951
jryan@potteranderson.com
emayers@potteranderson.com

SIDLEY AUSTIN LLP
Jennifer C. Hagle
Anna Gumport
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
jhagle@sidley.com
agumport@sidley.com

COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Jeffrey H. Schwartz, Esq.
Bennet S. Silverberg, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com

Frederick B. Rosner, Esq.
Julia B. Klein, Esq.
The Rosner Law Group LLC
824 Market St. Suite 810
Wilmington, DE 19801
rosner@teamrosner.com
klein@teamrosner.com

OFFICE OF THE UNITED STATES TRUSTEE
Richard L. Schepacarter, Esq.
Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
timothy.fox@usdoj.gov
richard.schepacarter@usdoj.gov