William A. Van Roo, SBN 100414
Michael L. Knapp, SBN 281300
WILLIAM A. VAN ROO, P.C.
13863 Quarter Horse Dr.
Grass Valley, CA 95949
Tel: (530) 268-8498
Fax: (408) 294-5453

Attorney for: C. W. SWENSON, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al., | Case No. 15-10952-KJC |
| Debtors, |  |

## REQUEST FOR SPECIAL NOTICE AND SERVICE OF DOCUMENTS

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ATTORNEYS OF RECORD FOR DEBTORS: PLEASE TAKE NOTICE THAT C. W. SWENSON, LLC, ("Swenson") hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone number, facsimile number and email addresses:

WILLIAM A. VAN ROO, P.C.
13863 QUARTERHORSE DR.
GRASS VALLEY, CA 95949
TELEPHONE: (530) 268-8498
FACSIMILE: (800)559-4118
vanroolaw@gmail.com

Dated: August 17, 2015                    WILLIAM A. VAN ROO, P.C.


By: _____
William A. Van Roo,
Attorney's for C. W. SWENSON, LLC

**Page 1 of 1**

**REQUEST FOR SPECIAL NOTICE AND SERVICE OF DOCUMENTS**