IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Corinthian Colleges, Inc. et al. <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-10952 (KJC) |

### NOTICE OF WITHDRAWAL OF CLAIM #990

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that I, Sandra K. Shibata hereby withdraws its Proof of Claim #990 filed on July 9, 2015 in the amount of $41,669.42.

Dated: August 13, 2015

_____
Sandra K. Shibata