IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § <br> § Chapter 11 <br> CORINTHIAN COLLEGES, INC., *et al.* [1] § <br> § Case No. 15-10952 (KJC) <br> § <br> § Jointly Administered <br> Debtors. § <br> § **Proposed Hearing Date: 8/26/15 @ 1:00 p.m. (EDT)** <br> § **Proposed Obj. Deadline: To Be Determined** | |

--------------------------------------------------------

## NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that, on August 18, 2015, the above-captioned debtors (collectively, the "**Debtors**") filed the *Debtors' Motion to Approving Settlement and Mutual Release Agreement Between Debtors and Zenith Education Group, Inc.* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection period with respect to the Motion (the "**Motion to Shorten**").

PLEASE TAKE FURTHER NOTICE that if the Bankruptcy Court grants the relief requested in the Motion to Shorten, a hearing to consider the Motion will be held on **August 26, 2015 at 1:00 p.m. (EDT)** before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Courtroom 5, Wilmington, Delaware 19801 (the "**Hearing**") and (ii) responses or objections to the Motion, if any, shall be filed and served so as to be received by the undersigned counsel to the Debtors on a date to be determined.

PLEASE TAKE FURTHER NOTICE that parties-in-interest will receive separate notice of the Bankruptcy Court-approved objection deadline and hearing date for the Motion.

| | |
|---|---|
| Dated: August 18, 2015<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>Rachel L. Biblo (No. 6012)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>          merchant@rlf.com<br>          terranova@rlf.com<br>          steele@rlf.com<br>          biblo@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |