UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.,*[1] | § | |
| | § | Case No.:  15-10952 (KJC) |
| Debtors | § | (Jointly Administered) |

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS' OBJECTION TO CONFIRMATION OF DEBTORS' COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION**

The Texas Comptroller of Public Accounts ("Texas Comptroller"), through the Texas Attorney General's Office, objects to confirmation of Corinthian Colleges, Inc., et al.'s (the Debtors") Combined Disclosure Statement and Chapter 11 Plan of Liquidation ("Plan").

**Texas Comptroller's Priority Franchise Tax Claims**

1.      The Texas Comptroller has filed a priority tax claim for 2015 franchise taxes. These Debtors incurred franchise tax liability for Report Year 2015 on January 1, 2015, and incurred franchise tax liability for Additional Tax due under the Texas Tax Code upon the date they were no longer subject to the Texas Franchise Tax, presumably, on April 27, 2015, the date that the Debtors closed their remaining campuses.

2.      The governmental bar date is November 2, 2015 and the Texas Comptroller will file a claim for franchise tax liability due for a 2015 Final Return prior to that date.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

3.      In the present case, eleven (11) of the Debtors are in the same combined group with Corinthian Colleges, Inc. designated as the reporting entity for Texas franchise taxes.[2] Each of these Debtors is jointly and severally liable for all amounts owed to the Texas Comptroller.

## Objections

### A.      Priority Tax Claims.

4.      Section VI.C. of the Plan addresses "Priority Tax Claims," but contrary to law, it provides that no post-Effective Date interest will be paid on priority tax claims.  The failure to provide for post-effective date interest on priority tax claims violates 11 U.S.C. § 1129(a)(9)(C) and renders the Plan unconfirmable.

5.      Section § 1129(a)(9)(C)(i) requires priority tax claims to be paid in cash payments "of a total value as of the effective date of the plan, equal to the allowed amount of such claim." The phrase "of a total value . . . equal to the allowed amount of the claim" means priority tax claimants are entitled to receive the present value of their claims.  Present value is achieved by adding an appropriate rate of interest to any deferred installment.  *See Till v. SCS Credit Corporation*, 124 S.Ct. 1951 (2004); *Mississippi State Tax Commission v. Lambert (In re Lambert)*, 194 F.3d 679 (5th Cir. 1999).  The requirement that present value be "as of the effective date of the plan" provides the date from which priority tax claimants are entitled to receive the present value of their claims.

6.      Under the Plan as drafted, priority tax claimants may not receive the "value" of their claim as of the effective date of plan because a payment made after the effective date without interest is not the economic equivalent of a payment made on the effective date.

---

[2] The 11 Debtors included in the combined group include Corinthian Colleges, Inc., Corinthian Schools, Inc., Rhodes Colleges, Inc., Florida Metropolitan University, Inc., Titan Schools, Inc., Career Choices, Inc., Sequoia Education, Inc., MJB Acquisition Corporation, Rhodes Business Group, Inc., Heald College, LLC, and Socle Education, Inc.

7.      In the 2005 BAPCPA amendments, Congress added 11 U.S.C. § 511 to the Bankruptcy Code and created a definitive rule for determining the proper rate of interest to be paid on priority tax claims.  Under § 511, the proper rate of interest on tax claims is determined under applicable nonbankruptcy law, as of the calendar month in which the plan is confirmed.  A hearing on confirmation in this case is scheduled for August 26, 2015 and the Effective Date should occur soon thereafter.  Thus, under Texas Tax Code § 111.060, the appropriate rate of post-confirmation interest to be paid on the Texas Comptroller's priority tax claim is 4.25%.[3]

8.      The Plan fails to provide an interest rate adequate to meet the mandatory requirements of §§ 1129(a)(9)(C) and § 511.

**B.      Penalties.**

9.      The Texas Comptroller also objects to Section VI. C.'s provision for the automatic disallowance of all penalty claims related to priority tax claims, other than tax penalties entitled to priority status under 11 U.S.C. § 507(a)(8)(G).

10.     The proposed automatic disallowance of penalties via plan confirmation fails to comply with the Bankruptcy Code and renders the Plan unconfirmable under 11 U.S.C. § 1129(a)(1).  Specifically, the proposed Plan circumvents the claim objection provisions of the Bankruptcy Code and Bankruptcy Rules.  For example, 11 U.S.C. § 501 provides that all claims are deemed allowed unless an objection is filed.  And when a proper objection is filed, claims can only be disallowed for the reasons listed in 11 U.S.C. § 502(b).  The Plan, however, provides no reason for the purported disallowance of the penalty claims.

11.     In *United States v. Reorganized CF & I Fabricators of Utah , Inc.*, 116 S. Ct. 2106

---

[3]Texas Tax Code § 111.060(b) states, "The rate of interest to be charged to the taxpayer is the prime rate plus one percent, as published in *The Wall Street Journal* on the first day of each calendar year that is not a Saturday, Sunday, or legal holiday."  The prime rate on January 1, 2015 was 3.25%.

(1996), the Supreme Court held that a Chapter 11 plan provision automatically subordinating penalty claims to all other claims was improper because it was tantamount to a legislative act. *Reorganized CF & I Fabricator,* 116 S. Ct. at 2115.  The Plan in this case is similar because it is tantamount to a legislative decision that all penalty claims should be disallowed.  The Plan is therefore also improper under the reasoning of *Reorganized CF & I Fabricator*.

> **C.    Broad and Expansive Releases and Injunctions.**

12.    The Plan has numerous and expansive releases and injunctions for nondebtor parties.  The Plan also broadly declares the entire Plan a settlement under Bankruptcy Code Section 363 and Bankruptcy Rule 9019 that is approved *ipso facto* by the confirmation of the Plan.  The Texas Comptroller objects to these provisions because the Plan's provision of statutorily mandated treatment of priority tax claims and administrative tax expenses is not a "settlement or compromise."  The Plan should be modified to exclude the Texas Comptroller from any such provision.

13.    Sections XIII. A., B., and C.  provide for releases and injunctions in language that is broader than the discharge given under Chapter 11.  The Plan also expands the injunction and releases to non-debtor third parties.  This is contrary to the discharge limitations in 11 U.S.C. § 524(e).  *In re Applewood Chair Co.*, 203 F.3d 914 (5th Cir. 2000); *Feld v Zale Corp. (In re Zale Corp.)*, 62 F.3d 746 (5th Cir. 1995).

14.    Furthermore, specific federal law prohibits such provisions in the context of state tax claims. Under the Tax Injunction Act, 28 U.S. C. § 1341:

> The District Courts shall not enjoin, suspend or restrain the assessment, levy or collection of any tax under State law where a plain, speedy and efficient remedy may be had in the courts of such State.

15.    An attempt to prevent the Texas Comptroller from pursuing a non-debtor is in

violation of the Tax Injunction Act. *McCrory Corp. v. Texas Comptroller of Public Accounts*, 212 B.R. 229, 231 S.D.N.Y. 1997).   The following cases construing the similarly worded federal statute, the Tax Anti-Injunction Act, 26 U.S.C. § 7421(a) are similar. *In re: LaSalle Rolling Mills, Inc.*, 832 F.2d 390 (7th Cir. 1987); *In re: American Bicycle Association*, 895 F.2d 1277 (9th Cir. 1990); *In re: Heritage Village Church and Missionary Fellowship, Inc.*, 851 F.2d 104 (4th Cir. 1988); *A to Z Welding & Mfg. Co. v. I.R.S.*, 803 F.2d 932 (8th Cir. 1986).

16.     Moreover, the Bankruptcy Code does not confer jurisdiction to enjoin taxing authorities from pursuing non-debtor parties. *United States v. Prescription Home Health Care, Inc. (In re Prescription Home Health Care, Inc.)*, 316 F.3d 542 (5th Cir. 2002).

### D.     Default Remedies.

17.     The Plan has no remedies for default in the payment of priority tax creditors. The following language has been used in numerous Chapter 11 bankruptcies as an acceptable compromise to this objection:

> A failure to file a tax return or to make a payment to a tax creditor pursuant to the terms of the Plan shall be an Event of Default.  If an Event of Default is not cured within ten (10) days after the sending a written notice of default from a tax creditor, then a tax creditor may (a) enforce the entire amount of its claim, (b) exercise any and all rights and remedies under applicable non-bankruptcy law, and (c) seek such relief as may be appropriate in this court.

18.     Language similar to the above should be added to the Plan or confirmation order to clarify tax creditors' default remedies pursuant to 11 U.S.C. § 1123(a)(5)(g), which requires that a plan provide adequate means for the plan's implementation, such as "curing or waiving any default."

WHEREFORE, the Texas Comptroller respectfully requests that the Court deny confirmation and to provide such other and further relief to which the Comptroller may be entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Courtney J. Hull*
COURTNEY J. HULL
Texas Bar No. 24061297
Assistant Attorney General
JOHN MARK STERN
Texas Bar No. 19175662
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4861
Facsimile:  (512) 936-1409
Courtney.Hull@texasattorneygeneral.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on August 18, 2015 a true copy of the foregoing was served to the following parties by the method indicated:


By First Class Mail:

Richards, Layton & Finger, P.A.
Attn.: Mark D. Collins, Esq. and Michael J. Merchant, Esq.
One Rodney Square
920 N. King Street, Wilmington
Delaware 19801

Sidley Austin LLP
Attn.: Jennifer C. Hagle, Esq. and Anna Gumport, Esq.
555 West Fifth Street, Suite 4000
Los Angeles, California 90013

Potter Anderson Corroon LLP
Attn.: Jeremy W. Ryan, Esq. and Etta R. Mayers, Esq.
1313 North Market Street, Sixth Floor
P.O. Box 951,
Wilmington, Delaware 19899

United States Trustee
Attn.: Timothy Jay Fox, Jr., Esq. and Richard L. Schepacarter, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

Brown Rudnick LLP
Attn.: H. Jeffrey Schwartz, Esq. and Bennett S. Silverberg, Esq.
Seven Times Square
New York, New York, 10036

The Rosner Law Group LLC
Attn Frederick B. Rosner, Esq. and Julia B. Klein, Esq.
824 Market Street, Suite 810
Wilmington, Delaware 19801

Robins Kaplan LLP
Attn.:Scott F. Gautier, Esq., Lorie A. Ball, Esq., and Cynthia C. Hernandez, Esq.
2049 Century Park East, Suite 3400
Los Angeles, California 90067

Polsinelli PC
Attn.: Christopher A. Ward, Esq. and Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

By Electronic Means as listed on the Court's ECF Noticing System:

David G. Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

Lorie Ann Ball on behalf of Interested Party The Official Committee of Student Creditors
lball@robinskaplan.com,

ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com;arichardson@publiccounsel.org

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD, Eagle Mountain-Saginaw ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Christopher R. Belmonte on behalf of Creditor Cengage Learning, Inc.
cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com

Rachel Layne Biblo on behalf of Debtor Corinthian Colleges, Inc.
Biblo@rlf.com, rbgroup@rlf.com

William Pierce Bowden on behalf of Creditor Campus Student Funding, LLC (f/k/a ASFG, LLC)
wbowden@ashby-geddes.com

Kay Diebel Brock on behalf of Creditor Travis County
bkecf@co.travis.tx.us

F Mark Bromley on behalf of Interested Party State of Wisconsin
bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us

F Mark Bromley on behalf of Interested Party State of Wisconsin-Dept. of Justice
bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us

William J. Burnett on behalf of Creditor Square 407 Limited Partnership
william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com

Nicholas George Campins on behalf of Interested Party The People of the State of California
nicholas.campins@doj.ca.gov, Corinthian.Bankruptcy@doj.ca.gov

Howard A. Cohen on behalf of Interested Party Zenith Education Group, Inc.
howard.cohen@dbr.com

Mark D. Collins on behalf of Debtor Career Choices, Inc.
rbgroup@rlf.com

Mark D. Collins on behalf of Debtor Corinthian Colleges, Inc.
rbgroup@rlf.com

Mark D. Collins on behalf of Debtor Corinthian Property Group, Inc.
rbgroup@rlf.com

Mark D. Collins on behalf of Debtor Corinthian Schools, Inc.
rbgroup@rlf.com

Mark D. Collins on behalf of Debtor Florida Metropolitan University, Inc.
rbgroup@rlf.com

Mark D. Collins on behalf of Debtor Rhodes Colleges, Inc.
rbgroup@rlf.com

Mark D. Collins on behalf of Debtor Sequoia Education, Inc.
rbgroup@rlf.com

Mark D. Collins on behalf of Debtor Titan Schools, Inc.
rbgroup@rlf.com

Mark D. Collins on behalf of Defendant Corinthian Colleges, Inc.
rbgroup@rlf.com

Kelly M. Conlan, Esquire on behalf of Creditor C.W. Swenson, Inc.
kconlan@connollygallagher.com

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

John D. Demmy, Esq on behalf of Creditor Rochester Gas and Electric Corporation
jdd@stevenslee.com

John D. Demmy, Esq on behalf of Creditor Salt River Project
jdd@stevenslee.com

John D. Demmy, Esq on behalf of Creditor Southern California Edison Company
jdd@stevenslee.com

John D. Demmy, Esq on behalf of Interested Party Pennsylvania Electric Company
jdd@stevenslee.com

Heather L. Donald on behalf of Creditor State of Michigan, Department of Treasury
donaldh@michigan.gov

Bernard A. Eskandari on behalf of Interested Party The People of the State of California
bernard.eskandari@doj.ca.gov

Timothy Jay Fox, Jr. on behalf of U.S. Trustee United States Trustee
timothy.fox@usdoj.gov

Joseph D. Frank on behalf of Creditor Jones Lang LaSalle Americas, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

Barry V. Freeman on behalf of Interested Party Jeffer Mangels Butler & Mitchell LLP

bfreeman@jmbm.com, dmp@jmbm.com

Scott F. Gautier on behalf of Interested Party Certain Student Creditors
sgautier@robinskaplan.com, dwymore@robinskaplan.com

Scott F. Gautier on behalf of Interested Party The Official Committee of Student Creditors
sgautier@robinskaplan.com, dwymore@robinskaplan.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Kevin A. Guerke on behalf of Creditor Shaco, Inc.
kguerke@svglaw.com, cwalters@svglaw.com

Ruth A. Harvey on behalf of Creditor United States on behalf of U.S. Department of Education
ruth.harvey@usdoj.gov

William A. Hazeltine on behalf of Interested Party Aerotek, Inc.
Bankruptcy001@sha-llc.com

Reed A. Heiligman on behalf of Creditor Jones Lang LaSalle Americas, Inc.
rheiligman@fgllp.com, ccarpenter@fgllp.com

Leslie C. Heilman on behalf of Creditor Watt Management Company
heilmanl@ballardspahr.com

Cynthia C. Hernandez on behalf of Interested Party The Official Committee of Student Creditors
chernandez@robinskaplan.com

Brian David Huben on behalf of Creditor Watt Long Beach, LLC
brian.huben@kattenlaw.com,
donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com

Courtney J Hull on behalf of Creditor Texas Comptroller of Public Accounts
bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Cory D. Kandestin on behalf of Defendant Corinthian Colleges, Inc.
kandestin@rlf.com, RBGroup@rlf.com

Shanti M. Katona on behalf of Interested Party The Official Committee of Student Creditors
skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Julia Bettina Klein on behalf of Creditor Committee The Official Committee of Unsecured Creditors
klein@teamrosner.com

Matthew Ryan Koch on behalf of Interested Party David Poldoian, Terry Rawls, Sharon Robinson, Karen Rose, Sumi Shrishrimal, Linda Skladany, Paul St. Pierre, Tim Sullivan, Peter Waller, Beth Wilson and Michelle Reed Zagorski
mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com

Matthew Ryan Koch on behalf of Interested Party Hank Adler
mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com

Matthew Ryan Koch on behalf of Interested Party Robert Bosic, Michael Brase, Linda Buchanan, William Buchanan, Nicole Carnagey, Eeva Deshon, Christian Dieckman, John Dionisio, Ann Marie Dunlap, John Fioretto, Barbara Gordon, Terry Hartshorn, Alice
mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com

Matthew Ryan Koch on behalf of Interested Party Robert Kenyon, Don King, Robert Lee, Jack Massimino, David Moore, Marc Morial, Kenneth Ord, Robert Owen
mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com

John Robert Kresse on behalf of Creditor United States on behalf of U.S. Department of Education
John.Kresse@usdoj.gov

Carl N. Kunz, III on behalf of Creditor EFN Merrillville Property LLC
ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Robert L. LeHane on behalf of Creditor Equity One LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor Philips International Holding Co.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Scott J. Leonhardt on behalf of Creditor Committee The Official Committee of Unsecured Creditors
leonhardt@teamrosner.com

Robert Charles Maddox on behalf of Defendant Corinthian Colleges, Inc.
maddox@rlf.com, rbgroup@rlf.com

Laura L. McCloud on behalf of Creditor Tennessee Department of Revenue
agbankdelaware@ag.tn.gov

Dennis A. Meloro on behalf of Interested Party Thomas Education Ventures, LLC
melorod@gtlaw.com,
bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Michael Joseph Merchant on behalf of Debtor Ashmead Education, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor CDI Education USA, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Career Choices, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Corinthian Colleges, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Corinthian Property Group, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Corinthian Schools, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor ECAT Acquisition, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor ETON Education, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Everest College Phoenix, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Florida Metropolitan University, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Grand Rapids Educational Center, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Heald Capital LLC
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Heald College, LLC
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Heald Education, LLC
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Heald Real Estate, LLC
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor MJB Acquisition Corporation
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Pegasus Education, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor QuickStart Intelligence Corporation
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Rhodes Business Group, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Rhodes Colleges, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor SD III-B Heald Holdings Corp.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor SP PE VII-B Heald Holdings Corp.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Sequoia Education, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Socle Education, Inc.
merchant@rlf.com, rbgroup@rlf.com

Michael Joseph Merchant on behalf of Debtor Titan Schools, Inc.
merchant@rlf.com, rbgroup@rlf.com

Eric J. Monzo on behalf of Creditor BB&S Development, LLC
emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Steven Phillip Ordaz on behalf of Interested Party BMC Group
sordaz@bmcgroup.com, ecfbk@bmcgroup.com

Carter Ott on behalf of Interested Party The People of the State of California
carter.ott@doj.ca.gov

Ricardo Palacio, Esq on behalf of Creditor Campus Student Funding, LLC (f/k/a ASFG, LLC)
rpalacio@ashby-geddes.com

Danielle Pham on behalf of Creditor United States on behalf of U.S. Department of Education
danielle.pham@usdoj.gov

Sarah E. Pierce on behalf of Interested Party Patrick Fitzgerald as federally-appointed monitor
sarah.pierce@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com

Lloyd H. Randolph on behalf of Creditor United States on behalf of U.S. Department of Education
lloyd.randolph@usdoj.gov, janice.murray@usdoj.gov

Leigh-Anne M. Raport on behalf of Creditor Campus Student Funding, LLC (f/k/a ASFG, LLC)
lraport@ashby-geddes.com

Patrick J. Reilley on behalf of Other Prof. FTI Consulting, Inc.
preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com

Erica J. Richards on behalf of Creditor Campus Student Funding, LLC (f/k/a ASFG, LLC)
erichards@mofo.com

Rene S. Roupinian on behalf of Plaintiff Guy Reynolds
rsr@outtengolden.com,
jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com

Rust Consulting/Omni Bankruptcy
bosborne@omnimgt.com

Jeremy William Ryan on behalf of Interested Party Bank of America, N.A., in its capacity as administrative agent for the prepetition first lien secured lenders under that certain Fourth Amended and Restated Credit Agreement dated May 17, 2012
jryan@potteranderson.com, bankruptcy@potteranderson.com

Richard L. Schepacarter on behalf of U.S. Trustee United States Trustee
richard.schepacarter@usdoj.gov

Carren Shulman on behalf of Creditor MARRIOTT HOTEL SERVICES, INC.
cshulman@sheppardmullin.com, ny-docketing@sheppardmullin.com

Owen M. Sonik on behalf of Creditor Alief Independent School District
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Robert J. Stearn Jr. on behalf of Defendant Corinthian Colleges, Inc.
stearn@rlf.com, rbgroup@rlf.com

Amanda R. Steele on behalf of Attorney Richards, Layton & Finger, P.A.
steele@rlf.com, rbgroup@rlf.com

Amanda R. Steele on behalf of Debtor Corinthian Colleges, Inc.
steele@rlf.com, rbgroup@rlf.com

Amanda R. Steele on behalf of Defendant Corinthian Colleges, Inc.

steele@rlf.com, rbgroup@rlf.com

William F. Taylor, Jr. on behalf of Interested Party Pennsylvania Electric Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

Marisa A. Terranova on behalf of Attorney Richards, Layton & Finger, P.A.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Ashmead Education, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Career Choices, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Corinthian Colleges, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Corinthian Property Group, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Corinthian Schools, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor ECAT Acquisition, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Everest College Phoenix, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Florida Metropolitan University, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Heald College, LLC
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor MJB Acquisition Corporation
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor QuickStart Intelligence Corporation
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Rhodes Business Group, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Rhodes Colleges, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor SD III-B Heald Holdings Corp.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor SP PE VII-B Heald Holdings Corp.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Sequoia Education, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Socle Education, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Titan Schools, Inc.
terranova@rlf.com, rbgroup@rlf.com

Ronald Mark Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Carolyn G. Wade on behalf of Interested Party State of Oregon, Department of Justice
carolyn.g.wade@doj.state.or.us

Christopher A. Ward on behalf of Interested Party The Official Committee of Student Creditors
cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Jeffrey R Waxman on behalf of Creditor EFN Merrillville Property LLC
jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Jeremy Welch on behalf of Creditor Graebel Relocation Services Worldwide, Inc.
jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com

Helen Elizabeth Weller on behalf of Creditor Bexar County
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Helen Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Etta Ren Wolfe on behalf of Interested Party Bank of America, N.A., in its capacity as administrative agent for the prepetition first lien secured lenders under that certain Fourth Amended and Restated Credit Agreement dated May 17, 2012
ewolfe@potteranderson.com, bankruptcy@potteranderson.com

/s/ Courtney J. Hull
COURTNEY J. HULL