IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, *et al.*,<br><br>   Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered)<br><br>Hearing Date: Sept. 18, 2015 at 10:00 a.m. (ET)<br>Obj. Deadline: Sept. 9, 2015 @ 4:00 p.m. (ET) |

## NOTICE OF MOTION OF JENNIFER STEVENS
## FOR RELIEF FROM THE AUTOMATIC STAY/CONFIRMATION INJUNCTION

TO:   Parties on the attached service list:

Plaintiff, Jennifer Stevens ("Plaintiff" or "Ms. Stevens"), has filed the Motion of Jennifer Stevens for Relief from Automatic Stay/Confirmation Injunction (the "Motion") which seeks relief from the automatic stay of 11 U.S.C. § 362(a) to pursue her action pending in state court in California, for purposes of establishing liability of the Defendants, which include debtor Heald College LLC, and recovering any judgment, award or settlement from available insurance proceeds, or filing such liquidated claim in Debtor's bankruptcy cases and recovering on such claim in accordance with the Bankruptcy Code or any confirmed plan of reorganization or liquidation.

If you wish to respond to the Motion, you must file such a response by **September 9, 2015 at 4:00 p.m.** prevailing Eastern Time (the "Objection Deadline").

At the same time, you must serve such response upon the following counsel to Plaintiff so as to actually be received by the Objection Deadline:

>Carl N. Kunz, III
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>P.O. Box 2306
>Wilmington, Delaware 19899-2306
>Telephone: (302) 888-6800
>Facsimile: (302) 571-1750
>E-mail: ckunz@morrisjames.com

>and

>Christopher LeClerc
>LeClerc & LeClerc LLP
>235 Montgomery Street, Suite 1019
>San Francisco, CA 94104
>Telephone: (415) 445-0900
>Facsimile: (415) 445-9977
>E-mail: chris@leclerclaw.com

7996472

A HEARING ON THE MOTION WILL BE HELD ON **September 18, 2015 AT 10:00 a.m.** (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM #5, WILMINGTON, DELAWARE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 19, 2015

MORRIS JAMES LLP

_____
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

-and-

Christopher LeClerc
LeClerc & LeClerc LLP
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone: (415) 445-0900
Facsimile: (415) 445-9977
E-mail: chris@leclerclaw.com

*Attorneys for Jennifer Stevens*