IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION OF JENNIFER STEVENS FOR
RELIEF FROM THE AUTOMATIC STAY/CONFIRMATION INJUNCTION**

**AND NOW**, this ___ day of _____, 2015, upon consideration of the *Motion of Jennifer Stevens for Relief from the Automatic Stay/Confirmation Injunction* (the "Motion")[2], and any response thereto, and after notice and a hearing, it is hereby ORDERED:

1. The Motion is GRANTED;

2. The automatic stay of 11 U.S.C. § 362(a) and/or the confirmation injunction, if any, is hereby terminated to allow Plaintiff to continue to litigate her action against Heald College LLC ("Heald"), as well as Daniel Alonso ("Alonso") and Angel Lowe ("Lowe") in the Superior Court of the State of California for the County of San Francisco, in the case captioned *Jennifer Stevens* v. *Heald College LLC, Daniel Alonso and Angel Lowe* and has been assigned case no. CGC-14-543342 (the "California Action"). The automatic stay is hereby terminated to the fullest extent necessary to allow the Plaintiff to proceed with the California Action to final judgment or settlement.

3. Any verdict and judgment award or settlement obtained in favor of Plaintiff and against the Defendants may be executed upon insurance proceeds from the Debtors' applicable insurance policies, if any, and other available insurance, if any, without further proceedings

---

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.

7996472

before this Court. If there is no insurance available to cover the entirety of any judgment, settlement or other award, any judgment will be treated in accordance with the Bankruptcy Code or any confirmed plan of reorganization or liquidation.

4. Nothing herein limits, waives or otherwise encumbers Plaintiff's ability to fully litigate the California Action against Alonso or Lowe and recover any judgment, settlement, or other award, if any, against Alonso or Lowe, from any available insurance or from any assets of Alonso or Lowe, if any.

Dated: _____, 2015

_____
The Honorable Kevin J. Carey
United States Bankruptcy Court