IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| | § | |
| Debtors. | § | **Re: Docket Nos. 578, 689 & 783** |

-----------------------------------------------------------------

### DEBTORS' MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE AND OBJECTION PERIODS REGARDING DEBTORS' LIMITED RESPONSE AND REQUEST TO CONTINUE MOTIONS FOR DETERMINATION THAT AUTOMATIC STAY DOES NOT APPLY

Corinthian Colleges, Inc. ("**Corinthian**") and its affiliated debtors and debtors in possession in these cases (collectively, the "**Debtors**"), respectfully request entry of an order, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the **"Local Rules"**), (i) setting a hearing to consider the *Debtors' Limited Response and Request to Continue Motions for Determination that Automatic Stay Does Not Apply* [Docket No. 783] (the "**Motion to Continue**")[2] for the omnibus hearing currently scheduled for August 26, 2015 at 1:00 p.m. (ET)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion to Continue.

RLF1 12819775v.1

(the "**Hearing**"); (ii) permitting parties to raise objections, if any, to the Motion to Continue at a date and time to be determined by the Court; and (iii) granting such other and further relief to the Debtors as the Court deems appropriate. In support of this motion (the "**Motion**"), the Debtors respectfully represent:

## RELIEF REQUESTED

1. By this Motion, the Debtors respectfully request entry of an order, substantially in the form attached hereto as Exhibit A, (i) shortening the notice period with respect to the relief so that the Motion to Continue will be heard at the Hearing; (ii) permitting parties to raise objections, if any, to the Motion to Continue at a date and time to be determined by the Court; and (iii) granting such other and further relief to the Debtors as the Court deems appropriate.

## BASIS FOR RELIEF REQUESTED

2. Local Rule 9006-1 requires that all motion papers shall be filed and served at least eighteen days (twenty-one days if service is by first class mail and nineteen days of service is by overnight delivery) prior to the hearing date. See Del. Bankr. L.R. 9006-1(c)(i). A court may, however, shorten such notice periods pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) for cause shown. Specifically, Bankruptcy Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced." Fed. R. Bankr. P. 9006(c)(1); see also Del. Bankr. L.R. 9006-1(e) (stating that "[n]o motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by order of the Court, on written motion . . . specifying the exigencies justifying shortened notice").

3. Contemporaneously herewith, the Debtors have filed the Motion to Continue, which is both (a) a limited response to (i) the *Motion of Commonwealth of Massachusetts,*

*People of the State of California, and State of Wisconsin for Determination that the Automatic Stay Provision Does Not Apply to the States' Actions Against the Debtors* [Docket No. 578] (the "**States' Stay Motion**") and (ii) the *Motion of California Bureau for Private Postsecondary Education for Determination that the Automatic Stay Provision Does Not Apply to its Disciplinary Action* [Docket No. 689] (the "**Bureau's Stay Motion**," and together with the States' Stay Motion, collectively the "**Stay Motions**") and (b) a motion seeking to continue consideration of the Stay Motions until after the Hearing. The Stay Motions are currently scheduled for consideration at the Hearing.

4. By this Motion, the Debtors are requesting permission to have the Motion to Continue considered by the Court at the Hearing because if it is not heard at the Hearing, the Stay Motions will go forward and the Motion to Continue will be mooted. Accordingly, the Debtors submit that cause exists to shorten the notice periods with respect to the Motion to Continue so that such motion can be heard at the Hearing. As such, the Debtors respectfully request that the Court shorten the notice period with respect to the Motion to Continue so that it may be considered by the Court at the Hearing.

## NOTICE

5. The Debtors will provide notice of this Motion via overnight mail to: (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Official Committee of Unsecured Creditors; (iii) counsel to the Official Committee of Student Creditors; (iv) counsel to Bank of America, N.A., in its capacity as Administrative Agent for the Prepetition Secured Parties; (v) the Department of Education; (vi) the Internal Revenue Service; (vii) the Securities and Exchange Commission; (viii) the United States Attorney for the District of Delaware; (ix) the States; (x) the Bureau; and (xi) all parties entitled to notice of this Motion

pursuant to Bankruptcy Rule 2002.  The Debtors submit that no other or further notice is necessary under the circumstances.

The Debtors respectfully request entry of an order, substantially in the form attached hereto as <u>Exhibit A</u>, granting the relief requested and any other relief as is just and proper.

| | |
|---|---|
| Dated: August 19, 2015<br>Wilmington, Delaware | /s/ *Marisa A. Terranova*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marcos A. Ramos (No. 4450)<br>Marisa A. Terranova (No. 5396)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>          merchant@rlf.com<br>          ramos@rlf.com<br>          terranova@rlf.com<br><br>Attorneys for the Debtors and Debtors in Possession |