## **PROOF OF SERVICE**

I am over the age of 18 and not a party to this bankruptcy case. My business address is 300 S. Spring St., STE 1702, Los Angeles, CA 90013.

A true and correct copy of the foregoing document will be served or was served in the following manner:

1. **By Overnight Mail**: On August 20, 2015, I will serve the following persons and/or entities by overnight-mail service:

    The Honorable Kevin J. Carey
    824 North Market Street
    5th Floor
    Wilmington, DE 19801

2. **To Be Served By the Court Via Notice of Electronic Filing ("NEF")**: On August 19, 2015, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission:

    - David G. Aelvoet    davida@publicans.com
    - Lorie Ann Ball    lball@robinskaplan.com, ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com;arichardson@publiccounsel.org
    - Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
    - Christopher R. Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
    - Rachel Layne Biblo    Biblo@rlf.com, rbgroup@rlf.com
    - William Pierce Bowden    wbowden@ashby-geddes.com
    - Kay Diebel Brock    bkecf@co.travis.tx.us
    - F Mark Bromley    bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us
    - William J. Burnett    william.burnett@flastergreenberg.com
    - Nicholas George Campins    nicholas.campins@doj.ca.gov, Corinthian.Bankruptcy@doj.ca.gov
    - Howard A. Cohen    howard.cohen@dbr.com
    - Mark D. Collins    rbgroup@rlf.com
    - Kelly M. Conlan, Esquire    kconlan@connollygallagher.com
    - Joseph Corrigan    Bankruptcy2@ironmountain.com
    - John D. Demmy    jdd@stevenslee.com
    - Bernard A. Eskandari    bernard.eskandari@doj.ca.gov
    - Timothy Jay Fox    timothy.fox@usdoj.gov
    - Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
    - Barry V. Freeman    bfreeman@jmbm.com, dmp@jmbm.com
    - Scott F. Gautier    sgautier@robinskaplan.com, dwymore@robinskaplan.com
    - Steven A. Ginther    deecf@dor.mo.gov
    - Kevin A. Guerke    kguerke@svglaw.com, cwalters@svglaw.com
    - Ruth A. Harvey    ruth.harvey@usdoj.gov
    - Reed A. Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com
    - Leslie C. Heilman    heilmanl@ballardspahr.com
    - Cynthia C. Hernandez    chernandez@robinskaplan.com
    - Brian David Huben    brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com
    - Courtney J Hull    bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
    - Cory D. Kandestin    kandestin@rlf.com, RBGroup@rlf.com

- Shanti M. Katona    skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Julia Bettina Klein    klein@teamrosner.com
- Matthew Ryan Koch    mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com
- John Robert Kresse    John.Kresse@usdoj.gov
- Carl N. Kunz    ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Robert L. LeHane    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- Scott J. Leonhardt    leonhardt@teamrosner.com
- Robert Charles Maddox    maddox@rlf.com, rbgroup@rlf.com
- Katharine L. Mayer    kmayer@mccarter.com
- Laura L. McCloud    agbankdelaware@ag.tn.gov
- Michael Joseph Merchant    merchant@rlf.com, rbgroup@rlf.com
- Steven Phillip Ordaz    sordaz@bmcgroup.com, ecfbk@bmcgroup.com
- Ricardo Palacio    rpalacio@ashby-geddes.com
- Sarah E. Pierce    sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Lloyd H. Randolph    lloyd.randolph@usdoj.gov, janice.murray@usdoj.gov
- Leigh-Anne M. Raport    lraport@ashby-geddes.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Erica J. Richards    erichards@mofo.com
- Rene S. Roupinian    rsr@outtengolden.com, jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- Rust Consulting/Omni Bankruptcy    bosborne@omnimgt.com
- Jeremy William Ryan    jryan@potteranderson.com, bankruptcy@potteranderson.com
- Richard L. Schepacarter    richard.schepacarter@usdoj.gov
- Carren Shulman    cshulman@sheppardmullin.com, ny-docketing@sheppardmullin.com
- Robert J. Stearn Jr.    stearn@rlf.com, rbgroup@rlf.com
- Amanda R. Steele    steele@rlf.com, rbgroup@rlf.com
- William F. Taylor    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Marisa A. Terranova    terranova@rlf.com, rbgroup@rlf.com
- Ronald Mark Tucker    rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Carolyn G. Wade    carolyn.g.wade@doj.state.or.us
- Christopher A. Ward    cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jeffrey R Waxman    jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Jeremy Welch    jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- Etta Ren Wolfe    ewolfe@potteranderson.com, bankruptcy@potteranderson.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 19, 2015, at Los Angeles, California.

_____
Bernard A. Eskandari