**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CORINTHIAN COLLEGES, INC., et al.** | ) | **Case No. 15-10952-KJC** |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**
**AND CERTIFICATION OF GOVERNMENT ATTORNEY**

The undersigned attorney, Cynthia Gooen Lesser, appears as counsel for the Consumer Financial Protection Bureau in this matter and files this certification of a government attorney in compliance with Local Rule 9010-1(e)(i).

Cynthia Gooen Lesser is admitted to the bar of the State of New York (Registration No. 2578045) and the United States District Court for the Southern District of New York.

Cynthia Gooen Lesser is in good standing in all jurisdictions in which she has been admitted.

Cynthia Gooen Lesser will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and she submits to the jurisdiction of this Court for disciplinary purposes.

1

2

Dated:       August 20, 2015

                                     Respectfully submitted,

                                     Anthony Alexis DC Bar #384545
                                     Enforcement Director

                                     David M. Rubenstein DC Bar #458770
                                     Deputy Enforcement Director

                                     /s/ Cynthia Gooen Lesser
                                     Cynthia Gooen Lesser NY Bar #2578045
                                     Assistant Deputy Enforcement Director

                                     Rina Tucker Harris DC Bar #444550
                                     Chandana R. Kolavala CA Bar #268355
                                     Jonathan B. Engel MA Bar #664518
                                     Enforcement Attorneys
                                     Consumer Financial Protection Bureau
                                     1700 G Street, N.W.
                                     Washington, D.C. 20552
                                     (202) 435-9594
                                     Email: Cynthia.Lesser@cfpb.gov