## **CERTIFICATE OF SERVICE**

On August 20, 2015, I caused a copy of the foregoing NOTICE OF APPEARANCE AND CERTIFICATION OF GOVERNMENT ATTORNEY to be served electronically through the Court's ECF system upon those who have entered an appearance in this in this proceeding, and through electronic mail on the parties listed below.


Dated:       August 20, 2015                     /s/ Cynthia Gooen Lesser_____
                                                 Cynthia Gooen Lesser


Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware  19801
collins@rlf.com
merchant@rlf.com
terranova@rlf.com
steele@rlf.com


Richard L. Schepacarter, Esq.
Timothy Jay Fox, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801
richard.schepacarter@usdoj.gov
timothy.fox@usdoj.gov