# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CORINTHIAN COLLEGES, INC.,[1] | ) | Case No. 15-10952 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### DECLARATION OF MARC ABRAMS
### IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO
### BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) APPROVING THE
### EMPLOYMENT AND RETENTION OF WILLKIE FARR & GALLAGHER LLP
### AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO AUGUST 10, 2015

I, Marc Abrams, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury

that:

1.      I am a member of the firm of Willkie Farr & Gallagher LLP ("*Willkie*

*Farr*"), which maintains offices for the practice of law at 787 Seventh Avenue, New York, New

York 10019.  I am an attorney-at-law, duly admitted and in good standing to practice in the

States of New York, Pennsylvania (inactive) and Delaware (inactive), the United States Courts

of Appeal for the Second and Third Circuits and the United States District Courts of Delaware

and the Southern and Eastern Districts of New York.  I submit this Declaration in connection

with the *Application for Entry of an Order Pursuant to Bankruptcy Code Sections 328(a) and*

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number,
are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida
Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career
Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc.
(9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336),
Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix,
Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald
Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC
(1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc.
(3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California
92707.

*1103(a) Approving the Employment and Retention of Willkie Farr & Gallagher LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to August 10, 2015* (the "***Application***") and to provide the disclosures required under section 329 of title 11 of the United States Code (the "***Bankruptcy Code***"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and Rule 2014-1 of the Local Bankruptcy Rules for the District of Delaware (the "***Delaware Local Bankruptcy Rules***").  To the extent that any information disclosed herein requires amendment or modification upon Willkie Farr's completion of further analysis or as additional creditor information becomes available to it, a supplemental declaration will be submitted to the Court.

### Willkie Farr's Connections with the Debtors

2.    Willkie Farr utilizes certain procedures (the "Firm Procedures") to determine its relationships, if any, to parties that may have connections to any debtor or debtor in possession in the above-captioned cases (collectively, the "Debtors").  In implementing such Firm Procedures, the following actions were taken to identify parties that may have connections to the Debtors and Willkie Farr's relationship with such parties:

> (a)    Willkie Farr requested and obtained from the Official Committee of Unsecured Creditors of Corinthian Colleges, Inc. *et al* (the "***Creditors' Committee***") an extensive list identifying the interested parties and significant creditors that are or may be involved in or connected to these chapter 11 cases (the "***Potential Parties-in-Interest***"), which is attached as **Schedule 1** hereto.[2] The Potential Parties-in-Interest include, among others, the Debtors, their equity holders, non-debtor affiliates, prepetition lenders, officers, directors, forty (40) largest unsecured creditors, insurers, lienholders, professionals, significant litigation claimants and other interested parties in these chapter 11 cases.

---

[2]    As may be necessary, Willkie Farr will supplement this Declaration if it becomes aware of a relationship that may adversely affect Willkie Farr's retention in these cases or otherwise should be disclosed.  Willkie Farr also will update this disclosure if (a) the Debtors or the Creditors' Committee supplement their Potential Parties-in-Interest list, or (b) it is advised of any trading of claims against the Debtors that, in each case, may relate to Willkie Farr's retention or otherwise requires such disclosure.

     (b)     Willkie Farr then compared each of the Potential Parties-in-Interest to the names in its master electronic database of current and former clients (the "***Client Database***").  The Client Database generally includes the name of each current and former client of the firm, the name of each party who is or was known to be adverse to such client of the firm, the name of each party that has or had a substantial role with regard to the subject matter of Willkie Farr's retention, and the names of the Willkie Farr partners who are or were primarily responsible for matters for such clients.

     (c)     Known connections between former or current clients of Willkie Farr and the Potential Parties-in-Interest were collected for purposes of preparing this Declaration.

3.     As a result of the Firm Procedures, I have thus far ascertained that, in each case, upon information and belief, Willkie Farr has the following connections with certain of the Potential Parties-in-Interest:

     (a)     Because of its broad-based general practice, Willkie Farr:  (i) has appeared in the past and may appear in the future in cases unrelated to these cases where one or more of the Potential Parties-in-Interest may be involved; and (ii) has represented in the past, currently represents and/or may represent in the future one or more of said parties or other potentially interested parties or creditors in matters unrelated to the Debtors and these cases.

     (b)     Willkie Farr has in the past five (5) years represented, but does not currently represent, the Potential Parties-in-Interest or their affiliates listed on **Schedule 2** hereto.[3]  Upon information and belief, and based on information adduced through the Firm Procedures, such matters were unrelated to the Debtors and these chapter 11 cases.  Willkie Farr may represent such entities in the future in matters unrelated to the Debtors and these chapter 11 cases.

     (c)     Willkie Farr currently represents or has open matters respecting the Potential Parties-in-Interest or their affiliates listed on **Schedule 3** hereto (the "***Current Clients***").[4]  Upon information and belief, and based on information adduced through the Firm Procedures, such

---

[3]     In certain instances the precise identity of the Potential Party-in-Interest was not readily ascertainable (*e.g.*, only the trade name or a portion thereof was known).  Solely for purposes of this Declaration, such party was treated as including affiliates and/or other entities bearing a similar name unless such Potential Party-in-Interest was believed by Willkie Farr to be unrelated.

[4]     *See* footnote 3.

matters are unrelated to the Debtors and these cases.  Willkie Farr may continue to represent such entities in the future in matters unrelated to the Debtors and these cases.

4.      I believe that none of the representations or relationships recited above would give rise to a finding that Willkie Farr represents or holds an interest adverse to the Debtors or the Creditors' Committee with respect to the services for which Willkie Farr would be retained.

5.      Willkie Farr has reviewed the relationship that its partners and employees have with the United States Trustee for the District of Delaware (the "*U.S. Trustee*") and those persons employed in the office of the U.S. Trustee, and I do not believe that Willkie Farr has any material connections with the U.S. Trustee or any person employed in the office of the U.S. Trustee.

### Willkie Farr's Compensation

6.      Subject to this Court's approval in accordance with sections 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules as may be applicable, the Delaware Local Bankruptcy Rules, and such other procedures as may be fixed by order of this Court, compensation will be payable to Willkie Farr on an hourly basis, plus reimbursement of actual and necessary expenses incurred by Willkie Farr.  Willkie Farr has informed the Creditors' Committee that, subject to this Court's approval, it will bill at its standard hourly rates, which currently are: $900 - $1,275 for partners and of counsel; $890 for special counsel; $305 - $875 for associates; and $135 - $340 for paraprofessionals.  The current hourly rates for the Willkie Farr attorneys with primary responsibility for this matter are:

      (a)     Marc Abrams (Partner – Business Reorganization & Restructuring), $1,275;

      (b)     Jeffrey B. Clancy (Associate – Corporate & Financial Services), $875;

4

        (c)     Christopher S. Koenig (Associate – Business Reorganization & Restructuring), $565;

7.      Specifically, Jeffrey B. Clancy is a senior corporate associate at Willkie Farr with significant knowledge and experience with D&O and other insurance products and is expected to be the principal timekeeper on this matter. Other attorneys and paralegals will, from time to time, assist in the representation of the Committee in connection with these chapter 11 cases at Willkie Farr's standard hourly rates in effect for those personnel.

8.      The hourly rates that will be charged in these cases are Willkie Farr's standard hourly rates. These rates are set at a level designed to fairly compensate Willkie Farr for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is Willkie Farr's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telecopier toll charges, mail and express mail charges, special or hand delivery charges, document processing and photocopying charges, travel expenses, expenses for "working meals" and computerized research and transcription costs. Willkie Farr bills these expenses at cost to its clients and makes no profit from these expenses. Willkie Farr believes that it is appropriate to charge these expenses to the clients incurring them rather than to increase its hourly rates and thereby spread such expenses among all clients. Willkie Farr intends to comply with the guidelines established by the Office of the United States Trustee with respect to certain limitations on the charging of expenses to chapter 11 debtors.

9.      This Declaration is intended to comply with Bankruptcy Rule 2016(b). Willkie Farr intends to apply to this Court for compensation for professional services rendered in connection with these cases in accordance with the procedures established by the Bankruptcy Code, Bankruptcy Court, Delaware Local Bankruptcy Rules, and the administrative and other

orders entered by this Court, including this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated as of May 26, 2015 [Docket No. 201] (the "***Interim Compensation Order***").

10.    No promises have been received by Willkie Farr or by any member or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

11.    Willkie Farr further states that it has not shared, nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel and associates of Willkie Farr, or (b) any compensation another person or party has received or may receive.

12.    Except as disclosed herein, neither I, Willkie Farr, nor any member or associate thereof or "of counsel" thereto, insofar as I have been able to ascertain and subject to disclosures herein, represents any interest adverse to the Debtors, their estates or the Committee in the matters regarding which Willkie Farr is to be engaged.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

13.    In accordance with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "**Appendix B Guidelines**"), Willkie Farr shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with its representation of the Creditors' Committee in the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Delaware Local Bankruptcy Rules and any other applicable procedures and orders of the Court, including the Interim Compensation Order. Willkie Farr also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and

additional disclosures as set forth in the Appendix B Guidelines, both in connection with this

Application and the interim and final fee applications to be filed by Willkie Farr in these chapter

11 cases.

14.     Among other things, the Appendix B Guidelines request that attorneys in

larger chapter 11 cases provide additional documentation and make significant new disclosures

in connection with their retention under sections 327 and 328 and compensation under section

330 of the Bankruptcy Code.  As the Appendix B Guidelines acknowledge, "the Guidelines do

not supersede local rules, court orders, or other controlling authority."

**ATTORNEY STATEMENT PURSUANT TO APPENDIX B GUIDELINES**

15.     The following is provided in response to the request for additional

information set for in ¶ D.1. of the Appendix B Guidelines.

| | |
|---|---|
| **Question**: | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
| Response: | No variations were agreed to from Willkie Farr's standard or customary billing arrangements. |
| **Question**: | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| Response: | No. |
| **Question**: | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| Response: | Willkie Farr did not represent the Creditors' Committee prepetition. |
| **Question**: | Has your client approved your prospective budget and staffing plan and, if so, for what budget period? |

<u>Response:</u> The Creditors' Committee has approved a budget of $75,000 for Willkie Farr's retention in this matter.  Given Willkie Farr's limited retention to advise on certain insurance matters and the $75,000 budget cap, Willkie Farr and the Creditors' Committee have not prepared a formal budget and staffing plan.

16. By reason of the foregoing, I believe Willkie Farr is eligible for employment and retention by the Committee pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code and the applicable Bankruptcy Rules and Delaware Local Bankruptcy Rules.

By: _____
Marc Abrams
Willkie Farr & Gallagher LLP

Dated: August 20, 2015
   New York, New York

8

## Schedule 1

### List of Parties-in-Interest
### Reviewed for Current Relationships

**Debtor Affiliates**
Ashmead Education, Inc.
Career Canada C.F.P. Limited
Career Choices, Inc.
CDI Education USA, Inc.
Corinthian Colleges, Inc.
Corinthian Property Group, Inc.
Corinthian Schools, Inc.
ECAT Acquisition, Inc.
ETON Education, Inc.
Everest College Phoenix, Inc.
Everest Colleges Canada, Inc.
Florida Metropolitan University, Inc.
Grand Rapids Educational Center, Inc.
Heald Capital, LLC
Heald College, LLC
Heald Education, LLC
Heald Real Estate, LLC
MJB Acquisition Corporation
National School of Technology
Pegasus Education, Inc.
QIC Acquisition Corporation
Quickstart Intelligence Corporation
Rhodes Business Group, Inc.
Rhodes Colleges, Inc.
SD III-B Heald Holdings Corp.
Sequoia Education, Inc.
Socle Education, Inc.
SP PE VII-B Heald Holdings Corp.
Titan Schools, Inc.
Ward Stone College

**Current and Recent Former Officers and Directors**
Adler, Hank
Altschuler, Rupert
Austin, Gloria
Bereczky, Andrew
Black, Kelly
Bosic, Robert
Buchanan, William
Bunje, Robert

Carnagey, Nichole
Cassetta, Carmella
Crow, Steve
Dean, Kim
Deshon, Eeva
Dionisio, John
Dunlap, Anna Marie
Ferguson, Mark
Flores, Melissa
Gold, Darren
Guida, Anthony
Hartshorn, Terry
Kane, Alice
Kennedy, Julia
Lee, Robert
Luedtke, Luther
Massimino, Jack
McCabe, Michael
Mirr, Jim
Morial, Marc H.
Mortensen, Stan
Ord, Kenneth
Owen, Robert
Pelesh, Mark
Persavich, Jon
Poldoian, David
Rajasalu, Eric
Ramsay, Sandra
Rawls, Terry
Robinson, Sharon P.
Scherer, Diana
Schnitker, Kelly
Semaan, Hicham
Simpson, Richard
Skladany, Linda Arey
St. Pierre, Paul
Stiglich, Michael
Streets, Fran
Sullivan, Tim
Van Duinen, Roger
Vignone, Andrew
Wade, Jim
Wilson, Beth

**Banks**
Bank of America

Bank of the West
BMO Harris Bank, N.A.
California Bank and Trust
Capital West
Citibank, N.A.
First Hawaiian Bank
MUFG Union Bank, N.A.
One West Bank N.A.
U.S. Bank, N.A.
Union Bank

**Surety Bondholders**
Commonwealth of Massachusetts
Commonwealth of Massachusetts, Division of Professional Licensure
Fidelity and Deposit Company of Maryland
State of Alabama
State of Alabama, Dept. of Postsecondary Education
State of Colorado
State of Hawaii
State of Kansas
State of Kansas - Board of Regents
State of Michigan
State of Nebraska
State of Nevada
State of Nevada Commission on Postsecondary Education
State of Nevada Dept. of Education
State of Oklahoma
State of Oregon, Higher Education Coordinating Commission, Private Career Schools Unit
State of Washington
State of West Virginia
State of Wisconsin
Western Surety Company

**Insurers**
ACE Insurance Company
American Zurich Insurance Company
Axis Insurance Company
Chartis, Inc.
Empire Indemnity Insurance Company
Federal Insurance Company - Chubb
Homeland Insurance Company of New York - One Beacon
Liberty Insurance Underwriters, Inc.
National Union Fire Insurance Company of Pittsburgh, PA (AIG)
Navigators Specialty Insurance Co.
RSUI Indemnity Company
XL Specialty Insurance Company

Zurich American Insurance Company

**Letters of Issuers and Credit Beneficiaries**
Bank of America, N.A.
Bank of America, N.A. Trade Operations
Bank of the West
Elavon, Inc.
MUFG Union Bank, N.A.
One West Bank, N.A.
Plaza West Building, LLC
Square 407 Limited Partnership
U.S. Bank, N.A.
Western Surety Company
Zurich American Insurance Company

**Lienholders**
ASFG, LLC
Bank of American, N.A.
California First National Bank
Campus Student Funding, LLC
CIT Finance LLC
CIT Technology Financing Services, Inc.
CSI Leasing, Inc.
Department of Tax Administration, County of Fairfax, Virginia
Employment Development Department
First Financial Corporate Leasing, LLC
First National Bank of St. Louis
First National Capital, LLC
G.E. Capital Corporation
Henry Schein Inc.
Hewlett-Packard Financial Services Company
LaSalle Systems Leasing, Inc.
MB Financial Bank, N.A.
Prime Alliance Bank, Inc.
U.S. Bancorp Equipment Finance, Inc.
U.S. Bancorp Oliver-Allen Technology Leasing
Variant Leasing Corporation
Wells Fargo Equipment Finance, Inc.
Winthrop Resources Corporation

**Litigants and Litigants' Counsel**
Aerotek, Inc.
Chapin Fitzgerald & Bottini LLP
Charlie Steinberg
Eric T. Schneiderman, New York AG
Frank Erickson

Glancy Binkow & Goldberg LLP
J.B. Van Hollen, Wisconsin AG
Jason Pleggenkuhle, Asst. Minnesota AG
Jimmy Elias Karam
Johnson Bottini, LLP
Jones Day
Kamala Harris, California AG
Lara Sutherlin, Asst. Wisconsin AG
Law Offices of Kevin T. Barnes
Law Offices of Scott D. Levy
Lori Swanson, Minnesota AG
Marriott Hotel Services, Inc.
Martha Coakley, Massachusetts AG
McKinley Avenue, LLC
Melvin L. Goldberg, Asst. New York AG
Michael G. Salemi, CPFB Counsel
Nicholas G. Campins, Cal AG Counsel
Peter Leight, Asst. Massachusetts AG
Pomerantz Grossman Hufford Dahlstrom & Fross LLP
Rene D. Harrod, Asst. Florida AG
Robert C. Hannan, Sr.
Rodney Fair, Office of Inspector General
Shook, Hardy & Bacon L.L.P.
StudentScout, LLC.
Theresa Edwards, Asst. Florida AG
Thomas J. Miller
Yessyka Santana

**Professionals**
Abernathy MacGregor Group Inc.
Barclays Capital Inc.
Carl Mark Advisory Group LLC
Cooley LLP
Deloitte Tax LLP
Duane Morris LLP
Eduvize, LLC
Ernst & Young US LLP
Fagre Baker Daniels LLP
First Advantage Litigation Consulting
Globalview Advisors LLC
Hilco Real Estate, LLC
Homer Bonner Jacobs, P.A.
Hueston Hennigan LLP
Irell & Manella LLP
K&L Gates LLP
Kirkland & Ellis

Kutak Rock LLP
Latham & Watkins LLP
Moerson & Forrester LLP
Munger, Tolles & Olson LLP
O'Melveny & Myers LLP
Payne & Fears LLP
Proskauer Rose LLP
PricewaterhouseCoopers LLP
Richards Layton & Finger
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Weworski and Associates

**Top Creditors**
AcademixDirect, Inc.
ACI Specialty Benefits
Aerotek, Inc.
Ambassador Education Solutions
Atrilogy Solutions Group, Inc.
BDA (Bensussen Deutsch & Associates)
Bureau for Private Postsecondary Ed.
Campus Management Corp.
CareerBuilder, LLC
Cebra B. Graves
Comcast Spotlight
Cooley LLP
Deccan Plateau Corporation
Drinker Biddle & Reath LLP
Dyntek Services
ECMC Solutions Corporation
eLoyalty, LLC
Gaylord National Resort & Convention Center
Graebel Relocation Svc Worldwide, Inc.
Guardsmark, LLC
Hewlett-Packard Co, Inc.
Inter Media Advertising
Intralinks, Inc
Jones Lang LaSalle Americas, Inc.
Jones Lang LaSalle Brokerage, Inc.
Lampert 25500 Industrial Blvd., LLC
LBA Realty Fund II - WBP III, LLC
Lead Pro Direct LLC
Moraga Enterprises
NASDAQ Stock Market, The LLC
NBCU

OptimalResume.com, Inc.
P.R.G. Investment Fund, L.P.
Payne & Fears LLP
PCM Sales, Inc.
Pocket Nurse Enterprises, Inc.
PricewaterhouseCoopers LLP
Profiles International, Inc.
Qualtrics Labs, Inc.
Rackspace Hosting
Securitas Security Services USA, Inc.
Squar, Milner, Peterson, Miranda & Williamson LLP
Store Master Funding I, LLC
StudentScout, LLC
SuccessFactors, Inc.
Tallan, Inc.
Testout Corporation
Tri Dimensional Solutions Inc.
Walgreens of Hawaii, LLC
Watt Long Beach, LLC

**United States Trustee Professionals and District of Delaware Judges**
Attix, Lauren
Bello, Rachel
Bird, David D.
Buchbinder, David
Capp, Laurie
Carey, Kevin J.
DeAngelis, Roberta A.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Grottini, Donna
Hackman, Benjamin
Haney, Laura
Heck, Jeffrey
Hunt, Nancy
Johnson, Lora
Kenney, Mark
Leamy, Jane
Marvel, Ivone
Murray, Tony
O'Malley, James R.

Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Szymanski, Cheryl
Tinker, T. Patrick
Vinson, Ramona
Walker, Jill
Walrath, Mary F.
Werkheiser, Rachel
West, Michael
Wynn, Dion

## **Other**

360training.com
Aequitas Capital Management
Consumer Financial Protection Bureau
Educational Credit Management Corporation
Goal Structured Solutions
HCA - HealthONE LLC
Hillsborough Center, Inc.
James Cole, U.S. ED
James Runcie, U.S. ED
Mushtaq Gunja, U.S. ED
Office of the Attorney General – State of Arkansas
Office of the Attorney General – State of Arizona
Office of the Attorney General – State of California
Office of the Attorney General – State of Colorado
Office of the Attorney General – State of Connecticut
Office of the Attorney General – State of Florida
Office of the Attorney General – State of Hawaii
Office of the Attorney General – State of Idaho
Office of the Attorney General – State of Iowa
Office of the Attorney General – State of Kentucky
Office of the Attorney General – State of Minnesota
Office of the Attorney General – State of Missouri
Office of the Attorney General – State of Nebraska
Office of the Attorney General – State of New Mexico
Office of the Attorney General – State of New York
Office of the Attorney General – State of North Carolina
Office of the Attorney General – State of Oregon

Office of the Attorney General – State of Pennsylvania
Office of the Attorney General – State of Tennessee
Office of the Attorney General – State of Washington
Office of the Attorney General – State of Wisconsin
Robin Minor, U.S. ED
Store Capital Acquisitions, LLC
Ted Mitchell, U.S. ED
U.S. Department of Education
Unity Church of Melbourne
Zenith Education Group

**Supplemental List : 5/4/15 - 7/21/15**

1. Arapahoe County Treasurer (Creditor; Non-Adverse)
2. Arizona Department of Education (Interested Party; Non-Adverse)
3. Arlington ISD, Eagle Mountain-Saginaw ISD (Creditor; Non-Adverse)
4. BMC Group (Interested Party; Non-Adverse)
5. Bexar County (Creditor; Non-Adverse)
6. Karen Brown (Interested Party; Non-Adverse)
7. C.W. Swenson, Inc. (Creditor; Non-Adverse)
8. Cengage Learning, Inc. (Creditor; Non-Adverse)
9. Dallas County (Creditor; Non-Adverse)
10. Karen Rose (Interested Party; Non-Adverse)
11. Sumi Shrishrimal (Interested Party; Non-Adverse)
12. Peter Waller (Interested Party; Non-Adverse)
13. Michelle Reed Zagorski(Interested Party; Non-Adverse)
14. EFN Merrillville Property LLC (Creditor; Non-Adverse)
15. Equity One LLC (Creditor; Non-Adverse)
16. GE Capital Information Technology Solutions, Inc. f/d/b/a IKON Financial Services (Interested Party; Non-Adverse)
17. Iron Mountain Information Management, LLC (Creditor; Non-Adverse)
18. Jeffer Mangels Butler & Mitchell LLP  (Interested Party; Non-Adverse)
19. McCann Associates Holdings, LLC (Interested Party; Non-Adverse)
20. Missouri Department of Revenue (Creditor; Non-Adverse)
21. New York State Department of Labor (Interested Party; Non-Adverse)
22. Office of Unemployment Compensation Tax Services (Creditor; Non-Adverse)
23. Old Orchard Acquisition Partners, LLC (Interested Party; Non-Adverse)
24. Patrick Fitzgerald as federally-appointed mediator (Interested Party; Non-Adverse)
25. Pennsylvania Electric Company (Interested Party; Non-Adverse)
26. Philips International Holding Co. (Creditor; Non-Adverse)
27. RCS-Corporate Ridge (Interested Party; Non-Adverse)
28. Vincent E. Rhynes  (Interested Party; Non-Adverse)
29. Michael Brase (Interested Party; Non Adverse)

30. Linda Buchanan (Interested Party; Non Adverse)
31. Nicole Carnagey (Interested Party; Non Adverse)
32. Christian Dieckman (Interested Party; Non Adverse)
33. John Fioretto (Interested Party; Non Adverse)
34. Barbara Gordon (Interested Party; Non Adverse)
35. Robert Kenyon (Interested Party; Non Adverse)
36. Don King (Interested Party; Non Adverse)
37. David Moore (Interested Party; Non Adverse)
38. Rochester Gas and Electric Corporation (Creditor; Non-Advese)
39. Salt River Project (Creditor; Non-Adverse)
40. Mara Schteinschraber (Interested Party; Non-Adverse)
41. Shaco, Inc. (Creditor; Non-Adverse)
42. Simon Property Group, Inc. (Creditor; Non-Adverse)
43. Southern California Edison Company (Creditor; Non-Adverse)
44. Tennessee Department of Revenue (Creditor; Non-Adverse)
45. Texas Comptroller of Public Accounts (Creditor; Non-Adverse)
46. The People of the State of California (Interested Party; Non-Adverse)
47. Travis County (Creditor; Non-Adverse)
48. U.S. Bank National Association (Interested Party; Non-Adverse)
49. United States on behalf of U.S. Department of Education (Creditor; Non-Adverse)
50. Eugene Vint (Interested Party; Non Adverse)
51. Watt Management Company (Creditor; Non-Adverse)
52. Westmain 2000, LLC (Interested Party; Non Adverse)
53. Edwin Nelson Wilkins, Jr. (Interested Party; Non Adverse)
54. Guy Reynolds (Adversary Party - Adverse)

<u>**Schedule 2**</u>

**Former Clients**[1]

American Zurich Insurance Company
Chartis Inc.
Cooley LLP
Federal Insurance Company - Chubb
G.E. Capital Corporation
GE Capital Information Technology Solutions, Inc. f/d/b/a IKON Financial Services
Hilco Real Estate, LLC
Intralinks, Inc.
Kirkland & Ellis LLP
Lee, Robert
Proskauer Rose LLP
Skadden, Arps, Slate, Meagher & Flom LLP
U.S. Bancorp Equipment Finance, Inc.
U.S. Bancorp Oliver-Allen Technology Leasing

---

[1]    Willkie Farr has in the past five (5) years represented the Potential Party-in-Interest or their affiliates listed on this <u>**Schedule 2**</u>.  In certain circumstances, the precise identity of the Potential Parties-in-Interest was not readily ascertainable (*e.g.*, only the trade name or a portion thereof was known).  In these circumstances, Willkie Farr has assumed, for purposes of this schedule only, that such Potential Parties-in-Interest includes all affiliates bearing a similar name unless such party was believed by Willkie Farr to be unrelated.

## Schedule 3

### Current Clients or Open Matters[1]

ACE Insurance Company
AIG (as affiliate of a party-in-interest)
Axis Insurance Company
Bank of America, N.A.
Bank of America, N.A. Trade Operations
Barclays Capital Inc.
BMC Group
BMO Harris Bank, N.A.
Cengage Learning, Inc.
Chartis Inc.
Citibank, N.A.
Comcast Spotlight
David Moore
Deloitte Tax LLP
Equity One LLC
Ernst & Young US LLP
Liberty Insurance Underwriters, Inc.
National Union Fire Insurance Company of Pittsburgh, PA (AIG)
Navigators Specialty Insurance Co.
NBCU
Philips International Holding Co.
PricewaterhouseCoopers LLP
Simon Property Group, Inc.
U.S. Bank, N.A.
Watt Management Company
Wells Fargo Equipment Finance, Inc.
XL Specialty Insurance Company
Zurich American Insurance Company

---

[1]    In certain circumstances the precise identity of the Potential Party-in-Interest was not readily ascertainable (e.g., only the trade name or a portion thereof was known). Solely for purposes of this Declaration, such party was treated as including affiliates and/or other entities bearing a similar name unless such Potential Party-in-Interest was believed by Willkie Farr to be unrelated.