# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered |

**DECLARATION OF THERESE BURKHART,
AUTHORIZED REPRESENTATIVE OF MCKINLEY AVENUE, LLC,
IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER PURSUANT
TO BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) APPROVING THE
EMPLOYMENT AND RETENTION OF WILLKIE FARR & GALLAGHER LLP
AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO AUGUST 10, 2015**

I, Therese Burkhart, the authorized representative of McKinley Avenue, LLC, declare under penalty of perjury:

1. McKinley Avenue, LLC ("McKinley") was appointed to the Official Committee of Unsecured Creditors (the "Creditors' Committee") in the above-captioned Chapter 11 cases on May 13, 2015.

2. The members of the Creditors' Committee elected McKinley as the chair of the Creditors' Committee.

3. I am the duly authorized representative of McKinley in connection with its membership on the Creditors' Committee.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505, SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

4. I submit this declaration (the "Declaration") in support of the *Application for Entry of an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103(a) Approving the Employment and Retention of Willkie Farr & Gallagher LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to August 10, 2015* (the "Application").[2] Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by other members of the Creditors' Committee.

5. The Creditors' Committee considered several law firms with national insurance coverage practices for the role of special insurance counsel to the Creditors' Committee. In selecting Willkie Farr as its special insurance counsel, the Creditors' Committee considered its experience in insurance matters – including that Willkie Farr received the 2014 "Practice Group of the Year" honors from *Law360* in the area of insurance, and is recognized as a top tier insurance practice by *Chambers USA* – and Willkie Farr's ability to take on the matters within the scope of the engagement free from any conflicts of interest.

6. I believe that Willkie Farr has become familiar with the Creditors' Committee, the goals of the Creditors' Committee, the Debtors, and the legal issues that may arise in connection with the scope of services described in the Application in the context of these Chapter 11 Cases. I believe that for this reason, as well as Willkie Farr's extensive experience with respect to insurance matters, Willkie Farr is well qualified to represent the Creditors' Committee for the limited purposes set forth in the Application.

---

[2] Any capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

## RATE STRUCTURE AND BUDGET

7. The rates to be charged by Willkie Farr for this engagement are set forth in the Application. Willkie Farr has informed the Creditors' Committee that its rates and material terms of engagement are consistent with the rates and material terms of engagement that it charges for non-bankruptcy litigation and transactional services. Willkie Farr has further informed the Creditors' Committee that its rates and material terms of engagement are comparable to the rates and material terms of engagement of other comparably skilled insurance professionals and that none of their rates vary based on the geographic location of this case.

8. Willkie Farr has not represented the Creditors' Committee in the twelve months preceding the Petition Date.

9. The Creditors' Committee has approved Willkie Farr's staffing plan and has approved its compensation limit of $75,000.

## COST SUPERVISION

10. The Creditors' Committee recognizes that it has the responsibility to closely monitor the billing practices of its counsel to ensure that the fees and expenses paid by the Debtors' estates remain consistent with the Creditors' Committee's expectation of the Chapter 11 Cases.

11. Accordingly, Willkie Farr will provide the Creditors' Committee with copies of all of its fee applications in advance of filing such fee applications with the Court. The Creditors' Committee will review all such applications to determine whether the fees and expenses included therein are reasonable.

12. The Creditors' Committee and Willkie Farr will work together with Brown Rudnick and RLG to ensure that the services provided by Willkie Farr are not duplicative of the other legal services provided to the Creditors' Committee by Brown Rudnick and RLG.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 20, 2015
New York, New York

/s/ *Therese Burkhart*
Therese Burkhart
*Authorized Representative of McKinley Avenue, LLC and Chairperson to the Creditors' Committee*