IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | **[proposed] Hearing Date:  8/26/15 at 1:00 p.m.** <br> **Obj. Deadline:  TBD** |
| | Re: D.I. 791 |

**MOTION TO SHORTEN NOTICE ON APPLICATION FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 328(A) AND 1103(A) APPROVING EMPLOYMENT AND RETENTION OF WILLKIE FARR & GALLAGHER LLP AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO AUGUST 10, 2015**

The Official Committee of Unsecured Creditors (the "Committee"), by its undersigned counsel, hereby submits this motion (the "Motion to Shorten Notice") for entry of an order pursuant to Rule 2002-1 and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for entry of an order, substantially in the form attached hereto as **Exhibit A**, shortening the required notice period and scheduling a hearing shortening notice on the *Application for Entry of an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103(a) Approving the Employment and Retention of Willkie Farr & Gallagher LLP* ("Willkie Farr") *as Special Insurance Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to August 10, 2015* (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016497. }

"Application")[2] [D.I. 791] filed contemporaneously herewith. In support of the Motion to Shorten Notice, the Committee respectfully states as follows.

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are 11 U.S.C. § 105, Bankruptcy Rules 2002 and 9006(c)(1) and Local Bankruptcy Rule 9006-1(e).

## Relief Requested

3. The Committee requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, shortening the required notice period with respect to the Application so that it may be heard at the next scheduled Omnibus hearing date on August 26, 2015. The Committee is advised that the Debtors, DIP Lenders and the Student Committee do not object to the Application being heard on shortened notice.

## Basis for Relief

4. Local Bankruptcy Rule 9006-1(c) provides that "all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least eighteen (18) days (twenty-one (21) days if service is by first class mail; nineteen (19) days if service is by overnight delivery) prior to the hearing date." Del. Bankr. L.R. 9006-1(c)(i) (2013). Local Bankruptcy Rule 9006-1(e) provides that "no motion will be scheduled on less notice than required by these Local

---

[2] Unless defined herein, capitalized terms shall have the meanings ascribed to them in the Application.

Bankruptcy Rules or the Fed. R. Bankr. P. except by Order of the Court, on written motion […] specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e) (2015).

5.   As set forth in greater detail in the Application, the Committee seeks this Court's authorization to retain and employ Willkie Farr as special insurance counsel to the Committee, *nunc pro tunc* to August 10, 2015, on the terms and conditions set forth in the Application.

6.   At the request of the Committee, Willkie Farr began work on this matter on August 10, 2015. It was imperative for Willkie Farr to begin work immediately, in advance of its Application being considered by this Court. Confirmation of the Debtors' Plan is scheduled to be heard on August 26, 2015. Subject to this Court approving the Plan, one of the principal assets to be transferred into the Distribution Trust is the right to pursue and seek recovery under the Debtors' D&O Policies. Principally, Willkie Farr is tasked with reviewing those policies, analyzing coverage letters issued by the Debtors' various director and officer liability insurers and/or such insurer's outside counsel and considering the impact, if any, of confirmation of the Plan on the D&O Policies. Obviously, it was important for Willkie Farr to conduct that review and analysis *prior* to confirmation. The Committee also sought information concerning what policies remained extant, for what years, and the amounts of remaining coverage. It should be noted that the Debtors did not retain insurance counsel to render services to the estates post-petition.

7.   Accordingly, the Committee respectfully submits that sufficient cause exists to justify shortening the notice period on the Application so that it may be heard on August 26, 2015.

**Notice**

8.     Notice of the Motion to Shorten and the Application will be provided by email to (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) counsel to the DIP lenders, Bank of America; (d) counsel to the Official Student Committee and (e) by first class mail upon all parties who have filed requests for notice pursuant to Rule 2002 of the Bankruptcy Rules in these chapter 11 cases.  The Committee submits that, under the circumstances, no other or further notice is necessary or required.

**No Prior Request**

9.     No prior request for the relief sought herein has been made to this Court or any other Court.

**WHEREFORE**, the Committee respectfully requests that this Court enter an Order, substantially in the form attached hereto, shortening the required notice period with respect to the Application and scheduling a hearing on the Application for August 26, 2015 at 1:00 p.m., and granting such other and further relief as this Court deems necessary and appropriate.

Dated:  August 20, 2015
        Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Tel.:  (302) 777-1111
rosner@teamrosner.com

*Delaware Counsel to the Committee*