IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § § | |
| | § | **Related Doc. Entry: 655 & 658** |

-------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING STIPULATION TO TEMPORARY ALLOWANCE OF PREPETITION LENDERS SECURED CLAIMS AND PREPETITION LENDERS DEFICIENCY CLAIMS FOR VOTING PURPOSES ONLY PURSUANT TO FED. R. BANKR. P. 3018**

The undersigned hereby certifies as follows:

1. On May 4, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in this Court;.

2. The Debtors have continued to operate and maintain their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

3. On July 27, 2015, the Debtors filed the Second Modified Plan, which is the product of extensive negotiations between, and is supported by, the Debtors, the Prepetition Secured Parties, and the Committees.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

4. The Liquidation Analysis attached as Exhibit B to the Second Modified Plan estimates that, under the Second Modified Plan: (i) the Class 1 Prepetition Lender Secured Claims total approximately $107,000,000 in aggregate amount; (ii) the Holders of Class 1 Prepetition Lenders Secured Claims will receive approximately $4,100,000 on account of such Claims; and (iii) the Holders of Prepetition Lenders Adequate Protection Claims will receive approximately $10,700,000 on account of such Claims.

5. On July 27, 2015, the Court entered the *Order (A) Approving Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures* [D.I. 658] (the "**Voting Procedures Order**"), which, among other things, established certain solicitation and voting procedures with respect to the Second Modified Plan.

6. Paragraph 6 of the Voting Procedures Order provides that, solely for purposes of voting on the Second Modified Plan, the Class 1 Prepetition Lenders Secured Claims and Class 4 Prepetition Lenders Deficiency Claims shall be allowed.

7. Paragraph 7(s) of the Voting Procedures Order provides that the Administrative Agent may vote the Class 1 Prepetition Lenders Secured Claims and Class 4 Prepetition Lenders Deficiency Claims upon indication by the Administrative Agent to the Debtors that the Administrative Agent is authorized to vote such Claims.

8. The Debtors and the Administrative Agent have reached an agreement to temporarily allow the Class 1 Prepetition Lenders Secured Claims and Class 4 Prepetition Lenders Deficiency Claims, solely for purposes of allowing the Administrative Agent to vote the

Class 1 Prepetition Lenders Secured Claims and Class 4 Prepetition Lenders Deficiency Claims on behalf of the Holders of such Claims with respect to the Second Modified Plan, as authorized by such Holders, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

9. The terms of this agreement are set forth in the *Stipulation to Temporary Allowance of Prepetition Lenders Secured Claims and Prepetition Lenders Deficiency Claims for Voting Purposes Only Pursuant to Fed. R. Bankr. P. 3018* (the "**Stipulation**"), which is attached as Exhibit I to the proposed form of order attached hereto as Exhibit 1 (the "**Proposed Order**").

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially in the form of the Proposed Order.

Dated: August 20, 2015
      Wilmington, Delaware

*/s/ Amanda R. Steele*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email:  collins@rlf.com
      merchant@rlf.com
      terranova@rlf.com
      steele@rlf.com

Counsel for the Debtors and Debtors in Possession