**<u>Exhibit 1</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Related Doc. Entry: 655 & 658** |

--------------------------------------------------------------

## ORDER APPROVING STIPULATION TO TEMPORARY ALLOWANCE OF PREPETITION LENDERS SECURED CLAIMS AND PREPETITION LENDERS DEFICIENCY CLAIMS FOR VOTING PURPOSES ONLY PURSUANT TO FED. R. BANKR. P. 3018

Upon consideration of the *Stipulation to Temporary Allowance of Prepetition Lenders Secured Claims and Prepetition Lenders Deficiency Claims for Voting Purposes Only Pursuant to Fed. R. Bankr. P. 3018* (the "**Stipulation**"), it is HEREBY ORDERED THAT:

1. The Stipulation, which is attached hereto as Exhibit I, is hereby approved.

2. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of the Stipulation and this Order.

Dated:    August _____, 2015
        Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## Exhibit I

## Stipulation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |
| | § | **Related Doc. Entry: 655 & 658** |

--------------------------------------------------------

### STIPULATION TO TEMPORARY ALLOWANCE OF PREPETITION LENDERS SECURED CLAIMS AND PREPETITION LENDERS DEFICIENCY CLAIMS FOR VOTING PURPOSES ONLY PURSUANT TO FED. R. BANKR. P. 3018

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and

Bank of America, N.A., in its capacity as Administrative Agent for the Prepetition Lenders as

defined in the *Debtors' Second Amended and Modified Combined Disclosure Statement and*

*Chapter 11 Plan of Liquidation* [D.I. 655] (the "Second Modified Plan")[2] hereby stipulate and agree

(the "Stipulation") as follows:

### RECITALS

WHEREAS, on May 4, 2015 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Second Modified Plan.

this Court;

WHEREAS, the Debtors have continued to operate and maintain their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

WHEREAS, on July 27, 2015, the Debtors filed the Second Modified Plan, which is the product of extensive negotiations between, and is supported by, the Debtors, the Prepetition Secured Parties, and the Committees;

WHEREAS, the Liquidation Analysis attached as Exhibit B to the Second Modified Plan estimates that, under the Second Modified Plan: (i) the Class 1 Prepetition Lender Secured Claims total approximately $107,000,000 in aggregate amount; (ii) the Holders of Class 1 Prepetition Lenders Secured Claims will receive approximately $4,100,000 on account of such Claims; and (iii) the Holders of Prepetition Lenders Adequate Protection Claims will receive approximately $10,700,000 on account of such Claims;

WHEREAS, on July 27, 2015, the Court entered the *Order (A) Approving Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures* [D.I. 658] (the "Voting Procedures Order"), which, among other things, established certain solicitation and voting procedures with respect to the Second Modified Plan;

WHEREAS, paragraph 6 of the Voting Procedures Order provides that, solely for purposes of voting on the Second Modified Plan, the Class 1 Prepetition Lenders Secured Claims and Class 4 Prepetition Lenders Deficiency Claims shall be allowed;

WHEREAS, paragraph 7(s) of the Voting Procedures Order provides that the

2

Administrative Agent may vote the Class 1 Prepetition Lenders Secured Claims and Class 4 Prepetition Lenders Deficiency Claims upon indication by the Administrative Agent to the Debtors that the Administrative Agent is authorized to vote such Claims; and

WHEREAS, the Debtors and the Administrative Agent have reached an agreement to temporarily allow the Class 1 Prepetition Lenders Secured Claims and Class 4 Prepetition Lenders Deficiency Claims, solely for purposes of allowing the Administrative Agent to vote the Class 1 Prepetition Lenders Secured Claims and Class 4 Prepetition Lenders Deficiency Claims on behalf of the Holders of such Claims with respect to the Second Modified Plan, as authorized by such Holders, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>").

## <u>AGREEMENT</u>

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.      This Stipulation shall become effective upon approval by the Court.

2.      Upon entry of an order approving this Stipulation, pursuant to Bankruptcy Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, the Class 1 Prepetition Lenders Secured Claims and Class 4 Prepetition Lenders Deficiency Claims, as voted by the Administrative Agent with an indication by the Administrative Agent that it is authorized to vote such Claims on behalf of the Holders thereof, shall be deemed temporarily allowed, solely for purposes of voting on the Second Modified Plan, in the following amounts and classifications (the "<u>Voting Claims</u>"):  (i) with respect to Class 1 Prepetition Lenders Secured Claims, in an amount of $6,000,000, and (ii) with respect to Class 4 Prepetition Lenders Deficiency Claims, in an amount of $91,000,000.

3.      Pursuant to paragraph 7(a) of the Voting Procedures Order, the Voting Claims shall be deemed allowed solely for voting purposes as provided in this Stipulation notwithstanding the

3

execution and/or entry of an order of the Court approving this Stipulation on any date after the Voting Deadline (as defined in the Voting Procedures Order).

4.      The temporary allowance of the Voting Claims for voting purposes only pursuant to this Stipulation is without prejudice to each of the Parties' respective rights and obligations under and pursuant to the Second Modified Plan, applicable bankruptcy and nonbankruptcy law, and equitable principles as to the Class 1 Prepetition Lenders Secured Claims and Class 4 Prepetition Lenders Deficiency Claims.  Except as expressly provided for in this Stipulation, nothing herein is or shall be deemed to be (a) a determination, allowance or disallowance of any claims of the Prepetition Lenders under the Second Modified Plan for any purpose whatsoever, (b) an admission, release or waiver of any rights with respect to such claims, including, without limitation, as to the amount, extent, validity or priority of the claims, or (c) a release or waiver of any rights, objections, defenses or counterclaims of the Parties with respect to such claims.  For the avoidance of doubt, except as expressly provided for in this Stipulation, nothing herein shall be deemed to waive or otherwise modify the Parties' respective rights under the Second Modified Plan or the Cash Collateral Orders.

5.      This Stipulation may not be amended or modified except by a subsequent agreement in writing signed by each of the parties.

6.      The Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of the Stipulation.

4

STIPULATED AND AGREED:


Dated: August  20, 2015                    RICHARDS, LAYTON & FINGER, P.A.
      Wilmington, Delaware

                                             */s/ Amanda R. Steele*
                                             Mark D. Collins (No. 2981)
                                             Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
       merchant@rlf.com
       terranova@rlf.com
       steele@rlf.com


Counsel for the Debtors and Debtors in
Possession


Dated: August 20, 2015                    POTTER ANDERSON & CORROON LLP
      Wilmington, Delaware

       */s/ Jeremy W. Ryan*
Jeremy W. Ryan (No. 4057)
Etta R. Mayers (No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Facsimile:  302-651-7701


-and-


SIDLEY AUSTIN LLP
Jennifer C. Hagle
Anna Gumport
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600


Counsel for Bank of America, N.A.


5