IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter: 11 |
| CORINTHIAN COLLEGES, INC., et al. | Case No: 15-10952 (KJC) |
| Debtors. | Jointly Administered |
| | Hearing Date: Aug. 26, 2015, at 1 p.m. |

STATEMENT OF WISCONSIN'S POSITION REGARDING THE OBJECTION OF THE PEOPLE OF THE STATE OF CALIFORNIA AND THE COMMONWEALTH OF MASSACHUSETTS TO DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION (Docket 655)

1.   The State of Wisconsin, by Attorney General Brad D. Schimel and Assistant Attorney General F. Mark Bromley, concurs with and supports the objections of the State of California and the Commonwealth of Massachusetts to confirmation of Debtors' Plan.

2.   Wisconsin has not objected to the Plan because Debtors have conceded that the automatic stay imposed in its bankruptcy case does not bar Wisconsin's proceedings against the Debtors. The Wisconsin enforcement case is *State of Wisconsin v. Corinthian Colleges*, Case No. 2014-CX-0006, pending before the Honorable John DiMotto in Milwaukee County, Wisconsin. A copy of the Amended Scheduling Order memorializing that concession is attached.

Dated this 20th day of August, 2015.

>   BRAD D. SCHIMEL
>   Attorney General
>
>   /s/ F. Mark Bromley
>   F. MARK BROMLEY
>   Assistant Attorney General
>   State Bar #1018353
>   Attorneys for State of Wisconsin

F. Mark Bromley, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI  53707-7857
Telephone:  608-264-6201
Fax:  608-267-8906
bromleyfm@doj.state.wi.

State of Wisconsin      Circuit Court
Branch 41

**FILED**   Milwaukee County   JUL -9 2015   JOHN BARRETT Clerk of Circuit Court

State of Wisconsin,

    Plaintiff,

v.

Corinthian Colleges, Inc.,

    Defendant.

Case No. 2014 CX 0006

The Honorable John DiMotto

## Amended Scheduling Order

This cause came before the court for further scheduling on June 22, 2015, with counsel for all parties appearing telephonically. Counsel for Plaintiff, State of Wisconsin reiterated its position that litigation of this case, given the nature of the claims asserted in this litigation, is exempt from any stay associated with those bankruptcy proceedings under 11 U.S.C. § 362(b)(4). Counsel for Plaintiff proposed that the court, to manage its own docket, suspend all deadlines and remove this case from any trial calendar while setting a status conference in the future. Counsel for Plaintiff also noted that it may be necessary to seek to obtain documents from Defendant, that attempts would be made to resolve differences, and that it could be necessary to seek court relief on that issue before the proposed status conference. Counsel for Defendant stated that he concurred with all statements made by counsel for Plaintiff. The court, being advised in the premises, finds it appropriate to amend the Scheduling Order previously entered in this case. IT IS HEREBY ORDERED that:

    A.    All deadlines previously set are suspended until further order of the court.

    B.    The pre-trial conference set for January 26, 2016 is cancelled.

C.  A telephonic Status Conference is scheduled for **Monday, August 24, 2015 at 3:00 p.m.** The State is responsible for arranging that telephonic connection between the court and counsel of record.

D.  Each party may engage in discovery as it deems appropriate and, in the event either party perceives issues meriting court intervention regarding discovery issues, each party may seek appropriate court relief.

Dated this ___ day of July, 2015.

Honorable John DiMotto, Branch 41