IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 792 |

## ORDER SHORTENING NOTICE PERIOD

Upon the motion ("<u>Motion to Shorten</u>")[2] by the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), pursuant to 11 U.S.C. § 105, Rules 2002, 4001(a) and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9006-1(e), for entry of an order shortening the required notice period and scheduling a hearing on the *Application for Entry of an Order Pursuant to Bankruptcy Code sections 328(a) and 1103(a) Approving the Employment and Retention of Willkie Farr & Gallagher LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to August 10, 2015* (the "<u>Application</u>"); and the Court having considered the Motion to Shorten; and the Court finding that the notice given of the Motion to Shorten is due and sufficient under the circumstances; and no other or further notice need be provided; and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.  The Motion to Shorten is GRANTED.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Unless defined herein, capitalized terms shall have the meanings ascribed to them in the Motion to Shorten.

{00010943. }

2. The Application will be heard at the next omnibus hearing, August 26, 2015 at 1:00 p.m. (ET).

3. Any objection or response to the Application ~~shall be filed with the Court on or before _____, 2015 at __:00 __.m. (ET)~~ may be presented at the time of hearing.

4. Counsel to the Committee shall file and serve a Notice of Hearing consistent with the terms of this Order.

5. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: August 20, 2015
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

2

{00010943.}