IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*[1]<br><br>Debtors. | § Chapter 11<br>§<br>§ Case No. 15-10952 (KJC)<br>§<br>§ Jointly Administered<br>§<br>§ Related Doc. Entry: 655 & 658, 793 |

## ORDER APPROVING STIPULATION TO TEMPORARY ALLOWANCE OF PREPETITION LENDERS SECURED CLAIMS AND PREPETITION LENDERS DEFICIENCY CLAIMS FOR VOTING PURPOSES ONLY PURSUANT TO FED. R. BANKR. P. 3018

Upon consideration of the *Stipulation to Temporary Allowance of Prepetition Lenders Secured Claims and Prepetition Lenders Deficiency Claims for Voting Purposes Only Pursuant to Fed. R. Bankr. P. 3018* (the "**Stipulation**"), it is HEREBY ORDERED THAT:

1. The Stipulation, which is attached hereto as Exhibit I, is hereby approved.

2. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of the Stipulation and this Order.

Dated: August 20, 2015
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 12863726v.1