# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | Case No. 15-10952 (KJC) |
| Debtors.[1] | Jointly Administered |
| | Hearing Date: Aug. 26, 2015 at 1:00 p.m. (ET)<br>Obj. Deadline: at or before the Hearing |
| | Re: D.I. 791, 792 and 797 |

## NOTICE OF HEARING ON APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) APPROVING THE EMPLOYMENT AND RETENTION OF WILLKIE FARR & GALLAGHER LLP AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO AUGUST 10, 2015

**PLEASE TAKE NOTICE** that on August 20, 2015, the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession in the above-captioned Chapter 11 cases, filed the application (the "Application") for entry of an order authorizing the employment and retention of Willkie Farr & Gallagher LLP as special insurance counsel to the Creditors' Committee, *nunc pro tunc* to August 10, 2015. A copy of the Application previously was served on you.

**PLEASE TAKE NOTICE** that on August 20, 2015, the Creditors' Committee also filed the motion (the "Motion to Shorten") for entry of an order shortening the required notice period

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505, SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00015639. }

and scheduling a hearing on the Application. A copy of the Motion to Shorten previously was served on you.

**PLEASE TAKE NOTICE** that on August 20, 2015, the Court entered an order (the "Order") granting the Motion to Shorten. A copy of the Order is attached hereto.

**PLEASE TAKE NOTICE** that pursuant to the Order, a hearing to consider the Application will be held on **August 26, 2015 at 1:00 p.m. (ET)** before The Honorable Kevin J. Carey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 (the "Court").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the Application must be made at or before the Hearing. Only those objections that are made at or before the Hearing will be considered by the Court.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THE NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 20, 2015
Wilmington, Delaware

THE ROSNER LAW GROUP LLC

/s/ *Julia Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

and

H. Jeffrey Schwartz, Esq. (admitted *pro hac vice*)
Bennett S. Silverberg, Esq. (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com

*Co-Counsel to the Official
Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 792 |

## ORDER SHORTENING NOTICE PERIOD

Upon the motion ("Motion to Shorten")[2] by the Official Committee of Unsecured Creditors (the "Committee"), pursuant to 11 U.S.C. § 105, Rules 2002, 4001(a) and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9006-1(e), for entry of an order shortening the required notice period and scheduling a hearing on the *Application for Entry of an Order Pursuant to Bankruptcy Code sections 328(a) and 1103(a) Approving the Employment and Retention of Willkie Farr & Gallagher LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to August 10, 2015* (the "Application"); and the Court having considered the Motion to Shorten; and the Court finding that the notice given of the Motion to Shorten is due and sufficient under the circumstances; and no other or further notice need be provided; and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

    1.    The Motion to Shorten is GRANTED.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Unless defined herein, capitalized terms shall have the meanings ascribed to them in the Motion to Shorten.

{00010943.}