IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § § | Chapter 11 |
| | § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § | **Re: Docket No. 705** |

-----------------------------------------------------------

### CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' OMNIBUS OBJECTION TO DISPUTED CLAIMS SOLELY FOR VOTING PURPOSES

The undersigned hereby certifies that Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") have received no answer, objection or any other responsive pleading with respect to the *Debtors' Omnibus Objection to Disputed Claims Solely for Voting Purposes* [Docket No. 705] (the "**Objection**") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on August 4, 2015. The undersigned further certifies that no answer, or other responsive pleading to the Objection has appeared on the Court's docket in the above-captioned chapter 11 case. Pursuant to the *Notice of Objection and Hearing*, filed with the Objection, any response to the Objection was to be filed and served no later than 4:00 p.m. (EDT) on August 18, 2015.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 12789829v.1

2

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: August 20, 2015<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>Rachel L. Biblo (No. 6012)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>         merchant@rlf.com<br>         terranova@rlf.com<br>         steele@rlf.com<br>         biblo@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |