## EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| ------------------------------------------------------------- | | **Re: Docket No. 705** |

## ORDER ALLOWING DISPUTED CLAIMS IN
## THE AMOUNT OF $1.00 SOLELY FOR VOTING PURPOSES

Upon the objection (the "**Objection**")[2] of the Debtors to the disputed claims (collectively, the "**Claims**") of the claimants identified on <u>Exhibit 1</u> hereto (collectively, the "**Claimants**"), as more fully described in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided to under the particular circumstances and no further notice being necessary; and the relief requested in the Objection being in the best interests of the Debtors and their estates; and the Court having reviewed the Objection; and the Court having determined that the legal and factual bases set forth in the

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]    Capitalized terms used and not otherwise defined herein shall have the meanings given to them in the Objection.

Objection establish just cause for the relief granted herein; and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Objection is GRANTED as set forth herein.

2. Solely for voting purposes on the Plan, the Claims set forth on <u>Exhibit 1</u> hereto shall be allowed in the amount of $1.00.

3. The rights of the Debtors or another party in interest to object on any and all applicable procedure, factual and legal grounds to the filed amount of the Claims are expressly reserved. The right of the Claimants to assert, for any other purpose, the full amount of their respective filed proofs of claim are fully preserved. The entry of this Order shall not affect in any manner any later decision as to allowed amount of the Claims for purposes of distributions under the Plan.

4. The Debtors, the Debtors claims and noticing agent, Rust Consulting/Omni Bankruptcy, and the Clerk of this Court are authorized to take any and all actions necessary or appropriate to give effect to this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2015
      Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

| Claimant | Claim No. | Amount Asserted | Modified Amount Entitled to Vote | Reason For Modification |
|---|---|---|---|---|
| Carolina Marion | 1035 | $1,500,000,000.00 | $1.00 | Contingent, Disputed and Unliquidated Litigation Claim |
| Saphronia Boyd, Ruthie Parker and Stanley Watts on behalf of the United States of America | 1667 | $144,000,000.00 | $1.00 | Contingent, Disputed and Unliquidated Litigation Claim |
| Consumer Financial Protection Bureau | 156 | $467,748,584.00 | $1.00 | Contingent, Disputed and Unliquidated Claim |
| Michael Harrington | 1556 | $35,383,843.44 | $1.00 | Contingent, Disputed and Unliquidated Litigation Claim |
| Illinois Office of the Attorney General | 2968 | $139,163,300.00 | $1.00 | Contingent, Disputed and Unliquidated Claim |
| United States of America ex rel. Carolina Marion | 1037 | $1,500,000,000.00 | $1.00 | Contingent, Disputed and Unliquidated Litigation Claim |
| United States ex rel. Mamie Andrews | 2788 | $1,500,000,000.00 | $1.00 | Contingent, Disputed and Unliquidated Litigation Claim |
| Shanisha Perkins | 1715 | $178,000,000.00 | $1.00 | Disputed Claim with No Supporting Documentation |
| David Ratto | 2003 | $11,800,000.00 | $1.00 | Contingent, Disputed and Unliquidated Litigation Claim |
| Kimberly Rodriguez | 3146 | $151,095,296.39 | $1.00 | Disputed Claim with No Supporting Documentation |
| Sandra Rodrigues | 3147 | $151,095,296.39 | $1.00 | Disputed Claim with No Supporting Documentation |
| Branden A Summers | 3428 | $30,000,000.00 | $1.00 | Disputed Claim with No Supporting Documentation |
| Mary Summers | 3431 | $30,000,000.00 | $1.00 | Disputed Claim with No Supporting Documentation |