IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.* [1]<br><br>                Debtors. | § <br> § Chapter 11 <br> § <br> § Case No. 15-10952 (KJC) <br> § <br> § Jointly Administered <br> § <br> § **Re: Docket No. 783** <br> § **Hearing Date: 8/26/15 @ 1:00 p.m. (EDT)** <br> § **Obj. Deadline: 8/26/15 @ 1:00 p.m. (EDT)** |

---

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on August 19, 2015, the above-captioned debtors (collectively, the "**Debtors**") filed the *Debtors' Limited Response and Request Motions for Determination that Automatic Stay Does Not Apply* [Docket No. 783] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). **You were previously served with a copy of the Motion**.

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection period with respect to the Motion.

PLEASE TAKE FURTHER NOTICE that, on August 20, 2105, the Court entered the *Order Shortening Notice and Objection Periods Regarding Debtors' Limited Response and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*Request to Continue Motions for Determination that Automatic Stay Does Not Apply* [Docket No. 795] (the **"Order Shortening Notice"**).

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order Shortening Notice, (i) a hearing to consider the Motion will be held on **August 26, 2015 at 1:00 p.m. (EDT)** before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 (the **"Hearing"**) and (ii) parties may raise any objections to the relief requested in the Motion at the time of Hearing.

| | |
|---|---|
| Dated: August 20, 2015<br>Wilmington, Delaware | /s/ Marisa A. Terrnaova<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>Rachel L. Biblo (No. 6012)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>    merchant@rlf.com<br>    terranova@rlf.com<br>    steele@rlf.com<br>    biblo@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |