## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date:  Only if an objection is filed**<br>**Obj. Deadline:  Sept. 11, 2015 at 4:00 p.m. (ET)** |

**THIRD MONTHLY FEE APPLICATION OF THE ROSNER LAW GROUP LLC, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2015 THROUGH JULY 31, 2015**

| | |
|---|---|
| Name of Applicant: | The Rosner Law Group LLC |
| Authorized to Provide Professional Services to: | The Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to May 13, 2015 |
| Periods for which Compensation and Reimbursement is sought: | July 1, 2015 to July 31, 2015 |
| Amount of Compensation sought as Actual, reasonable and necessary: | $25,976.00 (80% of $32,470.00) |
| Amount of Expense Reimbursement Sought as actual, reasonable and Necessary: | $1,126 (100% of $1,126) |

This is a(n):  __X__ monthly  _____ interim  _____ final application

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016343. }

Prior Applications:

| Date Filed/ Dkt. No. | Period Covered | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Amount of Holdback |
| 6/26/15 [D.I.. 479] | 5/13/15 to 5/31/15 | $7,695.00 | $363.57 | $6,156.00 | $363.57 | $1,539.00 |
| 7/21/15 [D.I. 618] | 6/1/15 to 6/30/15 | $22,402.50 | $2,256.40 | $0 | $0 | $0 |

Compensation by Timekeeper:

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Frederick B. Rosner (Tmkr 1) | Partner; practicing 28 years, member of Delaware (2000) and New York (1987) bars | $275 | 43.40 | $11,935.00 |
| Julia B. Klein (Tmkr 3) | Associate; practicing for 6 years; member of the Pennsylvania (2008) and Delaware (2008) bars | $275 | 64.50 | $17,737.50 |
| Scott Leonhardt (Tmkr 4) | Associate; practicing for 9 years; member of the Delaware (2006) bar | $275 | 0 | $0 |
| Fred Sassler (Tmkr 2) | Paralegal | $150 | 13.10 | $1,965.00 |
| Hena Kumar (Tmkr 5) | Law Clerk | $75 | 11.10 | $832.50 |

**Total Fees:**      **$32,470.00**

**Total Hours:**      **132.10**

**Blended Rate:**      **$245.80**

**Blended Rate for Associates:**      **$275.00**

{00016343. }

Compensation by Category:

| Description | Task Code | Total Hours | Total Fees |
|---|---|---|---|
| Case Administration | BB100 | .70 | $105.00 |
| Creditor Inquiries | BB101 | 2.60 | $715.00 |
| Creditors Committee Meetings | BB102 | 14.10 | $3,877.50 |
| Executory Contracts/Unexpired Leases | BB103 | 1.30 | $357.50 |
| Automatic Stay/Adequate Protection | BB104 | 3.70 | $1,017.50 |
| Plan of Reorganization/Disclosure Statement | BB105 | 42.20 | $11,367.50 |
| Use, Sale, & Lease of Assets | BB106 | 7.00 | $1,925.00 |
| Cash Collateral/DIP Financing | BB107 | 34.20 | $7,380.00 |
| Claims Administration | BB108 | 5.40 | $1,460.00 |
| Court Hearings | BB109 | 3.60 | $767.50 |
| Schedules/SOFA/US Trustee Reports | BB111 | 2.50 | $687.50 |
| Litigation/Adversary Proceedings | BB115 | 4.40 | $590.00 |
| RLG Retention | BB116 | 0.80 | $220.00 |
| Retention of Others | BB117 | 1.00 | $275.00 |
| RLG Fee Applications | BB118 | 6.30 | $1,172.50 |
| Fee Applications of Others | BB119 | 1.90 | $442.50 |
| Insurance | BB123 | 0.40 | $110.00 |
| **TOTAL:** | | **132.10** | **$32,470.00** |

Expense Summary:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplication (E101) | | $857.30 |
| Online Research (E106) | PACER, WESTLAW | $190.90 |
| Postage (E108) | | $11.48 |
| Court Fees (E112) | CourtCall | $60.00 |
| **TOTAL** | | **$1,126.17** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date:  Only if an objection is filed** <br> **Obj. Deadline: Sept. 11, 2015 at 4:00 p.m. (ET)** |

**THIRD MONTHLY FEE APPLICATION OF THE ROSNER LAW GROUP LLC,**
**AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND FOR REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD JULY 1, 2015 THROUGH JULY 31, 2015**

Pursuant to Section 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Rule 2016-2 of the Local Rules of Practice and Procedure for the United States

Bankruptcy Court for the District of Delaware (the "Local Rules") and this Court's *Order*

*Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Dkt.

No. 201; filed 5/26/15] (the "Administrative Order"), The Rosner Law Group LLC ("RLG")

hereby files a Monthly Application (the "Application") for Allowance of Compensation for

Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official

Committee of Unsecured Creditors (the "Committee") of Corinthian Colleges, Inc., *et al.* (the

"Debtors"), for the period from July 1, 2015 through July 31, 2015 (the "Compensation Period").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

By this Application, RLG seeks a monthly interim allowance of compensation for legal services rendered in the amount of $25,976.00 (80% of $32,470.00) and reimbursement of actual and necessary expenses in the amount of $1,126.17 (100% of the allowed expenses), for a total interim allowance of $27,102.17 for the Compensation Period.  In support of this Application, RLG respectfully represents as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  The statutory predicates for the relief sought herein are section 331 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and Rule 2016-2 of the Local Rules.

## BACKGROUND

2.      On May 4, 2015 (the "Petition Date"), the Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").  The Debtors remain in possession of their assets and continue to manage their affairs as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.  These Chapter 11 Cases are being jointly administered for procedural purposes only. No trustee or examiner has been appointed in these Chapter 11 Cases.

3.      The Committee was appointed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") by notice dated May 13, 2015 [Dkt. No. 100].  The Committee selected Brown Rudnick LLP ("Brown Rudnick") as its counsel and RLG as its Delaware counsel in these Chapter 11 Cases.

4.      On June 1, 2015, the Committee filed the *Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of The Rosner Law Group LLC as Delaware Counsel to Creditors' Committee Nunc Pro Tunc to May 13, 2015* [Dkt. No. 256]

(the "RLG Retention Application").  On June 23, 2015, the Court entered the *Order Authorizing the Retention and Employment of The Rosner Law Group LLC as Delaware Counsel to the Committee Nunc Pro Tunc to May 13, 2015* [Dkt. No. 458].  On June 23, 2015, the Court entered the *Order Authorizing the Retention and Employment of The Rosner Law Group LLC as Delaware Counsel to the Committee Nunc Pro Tunc to May 13, 2015* [Dkt. No. 458].

5.      During the pendency of these cases, RLG provided local counsel services to the Committee and/or Brown Rudnick.

6.      By the Administrative Order, the Court authorized certain professionals (each a "Professional" and, collectively, the "Professionals") to submit monthly fee applications for monthly compensation and reimbursement for expenses (each a "Monthly Fee Application"), pursuant to the procedures specified therein.  The Administrative Order provides, among other things, that if no objections are made within twenty-one (21) days after service of the Monthly Fee Application, the Debtors are authorized to pay the Professionals eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application.

## RLG'S APPLICATION FOR COMPENSATION
## AND FOR REIMBURSEMENT OF EXPENSES

### A.      Compensation Paid and Its Source

7.      All services for which RLG requests compensation were performed for or on behalf of the Committee and/or Brown Rudnick.

8.      RLG has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between RLG and any other person for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

{00016343. }

9.      RLG has received no retainer in connection with the legal services to be rendered on behalf of the Committee and/or Brown Rudnick.

**B.      Time Records**

10.     The time records for the Compensation Period are attached hereto as **Exhibit A**. The time records contain daily time logs describing the time spent by each attorney and paraprofessional during the Compensation Period.   To the best of RLG's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Administrative Order.   RLG charges an hourly rate for its professional services based upon the time, nature, extent, and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

**C.      Actual and Necessary Expenses**

11.     A summary of actual and necessary expenses incurred by RLG for the Compensation Period associated with this Application is attached hereto as **Exhibit B**.   RLG charges $0.10 per page for photocopying expenses.   RLG records the number of copies made when a person makes copies for its clients.

12.     With respect to providers of on-line legal research services (e.g., Pacer, Westlaw), RLG charges the standard usage rates these providers charge for computerized legal research. RLG bills its clients the actual amount charged for such services, with no premium.  Any volume discount received by RLG is passed on to the client.

13.     RLG bills the actual amounts charged for postage and court filing fees.

14.     RLG believes the foregoing rates are the market rates that the majority of law firms charge clients for such expenses.   In addition, RLG believes that such charges are in accordance with the guidelines of the American Bar Association ("ABA"), as set forth in the

{00016343. }

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges and the United States Trustees' Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330 by Attorneys in Larger Chapter 11 Cases, effective October 1, 2013.

**D.**    <u>**Summary of Services Rendered**</u>

15.    The names of the partners and associates of RLG who have rendered professional services in these Chapter 11 Cases during the Compensation Period associated with this Application, and the paraprofessional of RLG who provided services to these attorneys during this period, are set forth in the attached Exhibit A.

16.    RLG, by and through such persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration and has performed all necessary professional services which are described and narrated in detail below.

**E.**    <u>**Summary of Services by Project**</u>

17.    The services rendered by RLG during the Compensation Period associated with this Application can be grouped into the categories set forth below.  RLG attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.

{00016343. }

5

### (a) <u>Creditor Inquiries (BB101)</u>

Fees: $715.00          Total Hours: 2.60

This category includes communication with the Debtors' creditors concerning these Chapter 11 Cases.

### (b) <u>Creditor Committee Meetings (BB102)</u>

Fees: $ 3,877.50          Total Hours: 14.10

This category includes participation in Creditor Committee telephone conferences, responding to Committee members' inquiries concerning these Chapter 11 Cases and assisting the Committee with quarterly certifications.

### (c) <u>Executory Contracts/Unexpired Leases (BB103)</u>

Fees:  $357.50          Total Hours: 1.30

This category includes the review of the Debtors' motion for order authorizing the rejection of their operating agreement with the Department of Education.

### (d) <u>Automatic Stay/Adequate Protection (BB104)</u>

Fees: $ 1,017.50          Total Hours: 3.70

This category includes the review of the motion of Commonwealth of Massachusetts, People of California and State of Wisconsin for determination that automatic stay does not apply to the states' causes of action.

### (e) <u>Plan of Reorganization/Disclosure Statement (BB105)</u>

Fees: $11,367.50          Total Hours: 42.20

This category includes the review of the Debtors' motion for order approving their combined Disclosure Statement and Plan, the attendance of the hearing to consider the

{00016343. }

Disclosure Statement and Plan and a post-hearing meeting with Debtors' counsel and Bank of America to discuss amendments to the Disclosure Statement and Plan.  This category also includes a review of the Debtors' motion for an order approving and establishing solicitation and tabulation procedures and of the objections to the Disclosure Statement and Plan.

### (f)  Use, Sale, Lease of Assets (BB106)

Fees: $1,925.00          Total Hours: 7.00

This category includes the review of the Debtors' Motion for Authorization to sell certain assets free and clear, the order and purchase agreement and the Debtors' Motion for an Order (I) Authorizing the Debtors to Sell Certain Intellectual Property Assets Free and Clear of All Liens, Claims and Encumbrances and (II) Granting Certain Related Relief.  It also includes the review of Debtor's confidential document production in connection with RLG's investigation of the validity of Bank of America's liens on the Debtors' assets.

### (g)  Cash Collateral/DIP Financing (BB107)

Fees: $ 7,380.00          Total Hours: 34.20

This category includes the research in connection with seeking an extension of the Committee's deadline to challenge Bank of America's liens on the Debtors' assets, communication with Debtors' counsel in connection with failure to complete pre-petition lien analysis and a review of the State of California's and the Commonwealth of Massachusetts' proposal for a Rule 2004 examination.  This category also includes the review of Debtor's confidential document production in connection with RLG's investigation of the validity of Bank of America's liens on the Debtors' assets.

{00016343. }

### (h) **Claims Administration (BB108)**

Fees: $1,460.00          Total Hours: 5.40

This category includes the review of Shaco, Inc.'s Motion for payment of Administrative Expense Claims and the review and analysis of the Student Committee's motion for authority to file a class proof of claim.

### (i) **Court Hearings (BB109)**

Fees: $767.50          Total Hours: 3.60

This category includes the attendance at court hearings and the participation in telephonic hearings, the review of hearing agendas and  the preparation of attorney hearing binders.

### (j) **Schedules/SOFA/US Trustee Reports (BB111)**

Fees: $687.50          Total Hours: 2.50

This category includes the review of the Debtors' 341 hearing transcript.

### (k) **Litigation/Adversary Proceedings (BB115)**

Fees: $590.00          Total Hours: 4.40

This category includes the review of Aertotek's motion for a Rule 2004 examination and the review of multiple subpoenas filed by the Student Committee.

### (l)  RLG Fee Applications (BB118)

Fees: $1,172.50          Total Hours: 6.30

This category includes the drafting, review, filing and service of RLG's second monthly fee application and related certificate of no objection.    This category also includes discussions with the Office of the United States Trustee concerning the LEDES program.

### (m) Fee Applications of Others (BB119)

Fees: $442.50          Total Hours: 1.90

This category includes the drafting and filing of the certificates of no objection related to the first monthly fee applications of Brown Rudnick and Gavin/Solmonese and related communication with Brown Rudnick and Gavin/Solmonese.

## F.    Compensation by Timekeeper

18.    During the Compensation Period, Attorneys and paraprofessionals of RLG expended a total of 132.10 hours representing the Committee in connection with this Application, as follows:

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Frederick B. Rosner (Tmkr 1) | Partner; practicing 28 years, member of Delaware (2000) and New York (1987) bars | $275 | 43.40 | $11,935.00 |
| Julia B. Klein (Tmkr 3) | Associate; practicing for 6 years; member of the Pennsylvania (2008) and Delaware (2008) bars | $275 | 64.50 | $17,737.50 |
| Scott Leonhardt (Tmkr 4) | Associate; practicing for 9 years; member of the Delaware (2006) bar | $275 | 0 | $0 |

| Fred Sassler (Tmkr 2) | Paralegal | $150 | 13.10 | $1,965.00 |
| Hena Kumar (Tmkr 5) | Law Clerk | $75 | 11.10 | $832.50 |

19.     The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto.  These are RLG's reduced hourly rates for work of this character.  The reasonable value of the services rendered by RLG for the Committee associated with this Application for the Compensation Period is $32,470.00.

20.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RLG is fair and reasonable given: (a) the time expended, (b) the nature and extent of the services rendered, (c) the value of such services, and (d) the costs of comparable services in a case under this title.  Moreover, RLG has reviewed the requirements of Local Rule 2016-2 and the Administrative Order and believes that this Application complies with the Local Rule and the Administrative Order.

**WHEREFORE**, RLG respectfully requests that the Court authorize for the period July 1, 2015 through July 31, 2015, an interim allowance be made to RLG pursuant to the terms of the Administrative Order, in the amount of $25,976.00 (80% of $32,470.00) and reimbursement of actual and necessary expenses in the amount of $1,126.17 (100% of the allowed expenses), for a

{00016343. }

total interim allowance of $27,102.17 for the Compensation Period, and that such sums be authorized for payment, and for such other and further relief as this Court may deem just and proper.

Dated:  August 21, 2015
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Frederick B. Rosner (DE 3995)
Julia B. Klein, Esq. (DE #5189)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone:  (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*

{00016343. }

11