# Exhibit B

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 1688.00 Creditors' Committee | | | | | | | | | |
| 1688.00 | 07/01/2015 | 1 | P | BB100 | E101 | 0.100 | 67.90 | Duplicating | 49 |
| 1688.00 | 07/01/2015 | 1 | P | BB100 | E101 | 0.100 | 202.80 | Duplicating | 50 |
| 1688.00 | 07/02/2015 | 1 | P | BB100 | E101 | 0.100 | 2.50 | Duplicating | 51 |
| 1688.00 | 07/02/2015 | 1 | P | BB100 | E101 | 0.100 | 9.70 | Duplicating | 52 |
| 1688.00 | 07/02/2015 | 1 | P | BB100 | E101 | 0.100 | 5.30 | Duplicating | 53 |
| 1688.00 | 07/09/2015 | 1 | P | BB100 | E101 | 0.100 | 64.00 | Duplicating | 54 |
| 1688.00 | 07/09/2015 | 1 | P | BB100 | E101 | 0.100 | 0.10 | Duplicating | 55 |
| 1688.00 | 07/10/2015 | 1 | P | BB100 | E101 | 0.100 | 3.50 | Duplicating | 57 |
| 1688.00 | 07/13/2015 | 1 | P | BB100 | E101 | 0.100 | 41.10 | Duplicating | 56 |
| 1688.00 | 07/14/2015 | 1 | P | BB100 | E101 | 0.100 | 0.20 | Duplicating | 58 |
| 1688.00 | 07/16/2015 | 1 | P | BB100 | E101 | 0.100 | 0.20 | Duplicating | 61 |
| 1688.00 | 07/17/2015 | 1 | P | BB100 | E101 | 0.100 | 0.30 | Duplicating | 59 |
| 1688.00 | 07/17/2015 | 1 | P | BB100 | E101 | 0.100 | 218.80 | Duplicating | 60 |
| 1688.00 | 07/21/2015 | 1 | P | BB100 | E101 | 0.100 | 63.50 | Duplicating | 62 |
| 1688.00 | 07/21/2015 | 1 | P | BB100 | E101 | 0.100 | 74.40 | Duplicating | 63 |
| 1688.00 | 07/21/2015 | 1 | P | BB100 | E101 | 0.100 | 2.10 | Duplicating | 64 |
| 1688.00 | 07/21/2015 | 1 | P | BB100 | E101 | 0.100 | 30.70 | Duplicating | 65 |
| 1688.00 | 07/22/2015 | 1 | P | BB100 | E101 | 0.100 | 5.00 | Duplicating | 66 |
| 1688.00 | 07/23/2015 | 1 | P | BB100 | E101 | 0.100 | 9.40 | Duplicating | 67 |
| 1688.00 | 07/27/2015 | 1 | P | BB100 | E101 | 0.100 | 1.90 | Duplicating | 68 |
| 1688.00 | 07/29/2015 | 1 | P | BB100 | E101 | 0.100 | 40.30 | Duplicating | 69 |
| 1688.00 | 07/30/2015 | 1 | P | BB100 | E101 | 0.100 | 13.60 | Duplicating | 70 |
| | Subtotal for Activity ID E101 | | | | | Billable | 857.30 | Duplicating | |
| 1688.00 | 07/31/2015 | 1 | P | BB108 | E106 | | 6.49 | Westlaw Next Charges for July 2015. | 71 |
| 1688.00 | 07/31/2015 | 1 | P | BB108 | E106 | | 190.90 | PACER Charges for July 2015. | 73 |
| | Subtotal for Activity ID E106 | | | | | Billable | 197.39 | Online research | |
| 1688.00 | 07/21/2015 | 1 | P | BB100 | E108 | 1.640 | 11.48 | Postage | 47 |
| | Subtotal for Activity ID E108 | | | | | Billable | 11.48 | Postage | |
| 1688.00 | 07/07/2015 | 1 | P | BB109 | E112 | | 30.00 | Courtcall sign up for Julia Klein (Conference ID# 7026247, dated 7/7/15). | 46 |
| 1688.00 | 07/22/2015 | 1 | P | BB109 | E112 | | 30.00 | Setup Ben Silverberg with Courtcall (ID# 7056028; dated: 7/22/15). | 48 |
| | Subtotal for Activity ID E112 | | | | | Billable | 60.00 | Court fees | |
| Total for Client ID 1688.00 | | | | | | Billable | 1,126.17 | Creditors' Committee Corinthian Colleges, Inc. | |

**GRAND TOTALS**

| | | | | | | Billable | 1,126.17 | | |