### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date:  Only if an objection is filed**<br>**Obj. Deadline:  Sept. 11, 2015 at 4:00 p.m. (ET)** |

**NOTICE OF THIRD MONTHLY FEE APPLICATION OF THE ROSNER LAW GROUP LLC, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2015 THROUGH JULY 31, 2015**

PLEASE TAKE NOTICE that on August 21, 2015, The Rosner Law Group LLC filed its *Third Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from July 1, 2015 through July 31, 2015* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "Court"), seeking an allowance of fees in the amount of $25,976.00 (80% of $32,470.00) and reimbursement of actual and necessary expenses in the amount of $1,126.17.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Administrative Order") [Dkt. No. 201; filed 5/26/15], and must be filed with the Clerk of the Court and served upon (i) the U.S. Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Room 2207, Wilmington, Delaware 19801, Attention: Richard L. Schepacarter (Email: richard.schepacarter@usdoj.gov) and Timothy Jay Fox, Jr. (Email: timothy.fox@usdoj.gov); (ii) the Debtors, Corinthian Colleges, Inc., 6 Hutton Centre Drive, Suite 400, Santa Ana, CA 92707, Attention: William J. Nolan; (iii) counsel to the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attention: Mark D. Collins (Email: collins@rlf.com) and Michael J. Merchant (Email: merchant@rlf.com); (iv) counsel to Bank of America, N.A. in its capacity as Administrative Agent for the Debtors' Lenders, (a) Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013, Attention: Jennifer Hagle; and (b) Potter Anderson Corroon LLP, Hercules Plaza, 1313 North Market Street, 6th Floor, P.O. Box 951 Wilmington, DE 19801,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016335. }

Attention: Jeremy Ryan (Email: jryan@potteranderson.com); (v) counsel to The Official Committee of Student Creditors, (a) Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attention: Christopher A. Ward (Email: cward@polsinelli.com) and Shanti M. Katona (Email: skatona@polsinelli.com) and (b) Robins Kaplan LLP, 2049 Century Park East, Suite 3400, Los Angeles, CA 90067, Attention: Scott F. Gautier (Email: sgautier@robinskaplan.com), Lorie A. Ball (Email: lball@robinskaplan.com), and Cynthia C. Hernandez (Email: chernandez@robinskaplan.com); and (vi) The Rosner Law Group LLC, 824 N. Market St., Suite 810, Wilmington, Delaware 19801, Attention: Frederick B. Rosner (Email: rosner@teamrosner.com) and Julia B. Klein, Esq. (Email: klein@teamrosner.com) and Brown Rudnick LLP, Seven Times Square, New York, NY 10036, Attention: H. Jeffrey Schwartz (Email: jschwartz@brownrudnick.com) (collectively, the "Notice Parties"), and Bennett S. Silverberg (Email: bsilverberg@brownrudnick.com), so as to be received by no later than **September 11, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline").  Only those objections that are timely filed and served so as to be received by the Notice Parties on or before the Objection Deadline will be considered by the Court.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE IS FILED OR RECEIVED PRIOR TO THE OBJECTION DEADLINE, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.  IF AN OBJECTION IS FILED AND SERVED IN ACCORDANCE WITH THE AFOREMENTIONED PROCEDURES AND SUCH OBJECTION IS NOT OTHERWISE RESOLVED, A HEARING TO CONSIDER THE APPLICATION WILL BE SCHEDULED AT A DATE AND TIME CONVENIENT TO THE COURT BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

Dated: August 21, 2015
     Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Frederick B. Rosner (DE 3995)
Julia B. Klein, Esq. (DE 5189)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone:  (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Delaware Counsel to the Official*
*Committee of Unsecured Creditors*