## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria am employed in the county of Los Angeles, State of California. I hereby certify that on August 19, 2015, I caused true and correct copies of the following document(s) to be served (i) via email to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Debtors' Limited Response and Request to Continue Motions for Determination that Automatic Stay Does Not Apply [Docket No. 783]**

- **Debtors' Motion for Entry of an Order Shortening Notice and Objection Periods Regarding Debtors' Limited Response and Request to Continue Motions for Determination that Automatic Stay Does Not Apply [Docket No. 785]**

- **Notice of Motions and Hearing [Docket No. 786]**

Dated: August 20, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

| | |
|---|---|
| {State of California | } |
| { | } ss. |
| {County of Los Angeles | } |

Subscribed and sworn to (or affirmed) before me on this _20_ day of _Aug_ , 20_15_ , by Alejandro Soria proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

**Corinthian Colleges, Inc. -  Service List to e-mail Recipients**

| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE |
|---|---|---|
| DANIELLE PHAM | JOHN KRESSE | LLOYD RANDOLPH |
| DANIELLE.PHAM@USDOJ.GOV | JOHN.KRESSE @USDOJ.GOV | LLOYD.RANDOLPH@USDOJ.GOV |

Parties Served:  3

# **EXHIBIT B**

**Corinthian Colleges, Inc. - Overnight Mail**                                                                                                    Served 8/19/2015

ARAPAHOE COUNTY TREASURER
BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON CO  80166

ASHBY & GEDDES, P.A.
W. BOWDEN/R. PALACIO
500 DELAWARE AVE., 8TH FL
P.O. BOX 1150
WILMINGTON DE  19899-1150

BMC GROUP, INC.
T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO CA  90245

BOVITZ & SPITZER
J. SCOTT BOVITZ
1100 WILSHIRE BLVD., S
SUITE 2403
LOS ANGELES CA  90017

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK NY  10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND OR  97232

CA JUSTICE DEPARTMENT
LEGAL DEPARTMENT
1300 I ST., #1142
SACRAMENTO CA  95814-5901

CA LABOR & WORKFORCE DEV AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO CA  94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND CA  94612

DE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
FRANCHISE TAX DIVISION
DOVER DE  19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU HI  96813

DEVELOPMENT RESOURCES, INC.
JOHN GIANNOPOULOS
333 NORTH DES PLAINES STREET
CHICAGO IL  60661

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK NY  10013

DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON DE  19802

DRINKER BIDDLE & REATH LLP
H. JOHN MICHEL, JR.
ONE LOGAN SQUARE
SUITE 2000
PHILADELPHIA PA  19103-6996

DRINKER BIDDLE & REATH LLP
HOWARD A. COHEN
222 DELAWARE AVE.
SUITE 1410
WILMINGTON DE  19801-1621

DRINKER BIDDLE & REATH LLP
MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK NY  10036-2714

EQUITY ONE, INC.
LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL  33179

FAIRFIELD AND WOODS, P.C.
CAROLINE C. FULLER
1801 CALIFORNIA STREET
SUITE 2600
DENVER CO  80202

FRANKGECKER LLP
JOSEPH FRANK/REED HEILIGMAN
325 NORTH LASALLE STREET
SUITE 625
CHICAGO IL  60654

GE INFO TECH SOLUTIONS
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON GA  31208-3708

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU HI  96813

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAILSTOP 5-Q30.133
PHILADELPHIA PA  19104-5016

IRON MOUNTAIN INFORMATION MANAGEMENT
JOSEPH CORRIGAN
ONE FEDERAL STREET
BOSTON MA  2110

JEFFER MANGELS BUTLER & MITCHELL LLP
BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS
7TH FLOOR
LOS ANGELES CA  90067

KATTEN MUCHIN ROSENMAN LLP
BRIAN HUBEN/DUSTIN BRANCH
2029 CENTURY PARK EAST
SUITE 2600
LOS ANGELES CA  90067-3012

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK NY  10178

KREIS, ENDERLE, HUDGINS & BORSOS
THOMAS G. KING
PO BOX 4010
KALAMAZOO MI  49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI OH  75271-2711

LAW OFFICE OF DONALD W. SIEVEKE
DONALD W. SIEVEKE
1113 N. SPURGEON ST
SANTA ANA CA 92701

LINEBARGER GOGGAN BLAIR & SAMPSON
DAVID G. AELVOET
711 NAVARRO STREET
SUITE 300
SAN ANTONIO TX  78205

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS TX  75207

LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
1225 KING STREET
SUITE 800
WILMINGTON DE 19801

MISSOURI DEPT. OF REVENUE
STEVEN A. GINTHER
PO BOX 475
BANKRUPTCY UNIT
JEFFERSON CITY MO  65105-0475

MORRIS JAMES LLP
CARL KUNZ/JEFFREY WAXMAN
PO BOX 2306
500 DELAWARE AVE, STE 1500
WILMINGTON DE  19801

MORRISON & FOERSTER LLP
LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK NY  10019-9601

NEW YORK STATE DEPARTMENT OF LABOR
BLDG. 12, W.A. HARRIMAN CAMPUS
ALBANY NY  12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK NY  10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU HI  96813

OCCUPATIONAL SAFETY & HEALTH ADMIN.
800 W. WASHINGTON STREET
2ND FLOOR
PHOENIX AZ  85007

OFFICE OF PRIVATE POSTSECONDARY EDUCATION
OR HIGHER ED. COORDINATING COMMISSION
775 COURT STREET NE
SALEM OR  97301

OFFICE OF THE ATTORNEY GENERAL
ATTN: NANCY QUACH
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

OFFICE OF THE ATTORNEY GENERAL
MAURA HEALEY/P. LEIGHT/G. KAPLAN
ONE ASHBURTON PLACE
18TH FLOOR
BOSTON MA  2108

OFFICE OF THE U.S. ATTORNEY
FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU HI  96850

OFFICE OF THE U.S. ATTORNEY
JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX AZ  85004-4408

OFFICE OF THE U.S. ATTORNEY
KELLY T. CURRIE
271 CADMAN PLAZA EAST
BROOKLYN NY  11201

OFFICE OF THE U.S. ATTORNEY
PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK NY  10007

OFFICE OF THE U.S. TRUSTEE
R. SCHEPACARTER/T. FOX
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON DE  19801-3519

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM OR  97301-4096

OREGON DEPARTMENT OF JUSTICE
CAROLYN G. WADE
1162 COURT STREET NE
SALEM OR  97301-4096

OUTTEN & GOLDEN LLP
JACK RAISNER/RENÉ ROUPINIAN
3 PARK AVENUE
29TH FLOOR
NEW YORK NY 10016

PA - DEPT. OF LABOR & INDUSTRY
LINDA MITTEN, COLLECTIONS SUPPORT UNIT
651 BOAS STREET, ROOM 700
HARRISBURG PA  17121

PERDUE, BRANDON, FIELDER &
OWEN M. SONIK
1235 NORTH LOOP WEST
SUITE 600
HOUSTON TX 77008

PERDUE, BRANDON, FIELDER, COLLINS & MOTT
ELIZABETH BANDA CALVO
500 E. BORDER STREET
SUITE 640
ARLINGTON TX  76010

PHILLIPS INTERNATIONAL
PHILLIP J. EISENBERG
295 MADISON AVE., 2ND FLOOR
RE: PALM SPRINGS MILE ASSOCIATES, LTD
NEW YORK NY  10017

PIRCHER, NICHOLS & MEEKS
EUGENE J.M. LEONE
900 N. MICHIGAN AVENUE
SUITE 1000
CHICAGO IL  60611

POLSINELLI PC
CHRISTOPHER WARD/SHANTI KATONA
222 DELAWARE AVENUE, SUITE 1101
SUITE 1101
WILMINGTON DE  19801

POTTER ANDERSON & CORROON LLP
JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET ST., 6TH FL.
P.O. BOX 951
WILMINGTON DE  19899-0951

ROBAINA & KRESIN
THOMAS GRIFFIN
ONE EAST CAMELBACK ROAD
SUITE 710
PHOENIX AZ  85012

ROBINS KAPLAN LLP
SCOTT GAUTIER/LORIE BALL
2049 CENTURY PARK EAST
SUITE 3400
LOS ANGELES CA  90067

RUDER WARE, L.L.S.C.
JEREMY M. WELCH
500 N. FIRST ST, SUITE 8000
P.O. BOX 8050
WAUSAU WI  54402-8050

SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE/ABIGAIL SNOW
230 PARK AVENUE
SUITE 1130
NEW YORK NY  10169

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER DE  19903

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC  20549

SECURITIES & EXCHANGE COMMISSION
GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY  10281-1022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CARREN B. SHULMAN
30 ROCKEFELLER PLAZA
NEW YORK NY  10112

SIDLEY AUSTIN LLP
JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES CA  90013

SIMON PROPERTY GROUP, INC.
RONALD M. TUCKER
225 WEST WASHINGTON STREET
INDIANAPOLIS IN  46204

SKADDEN, ARPS, SLATE, MEAGHER & FLOM
SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON DE  19899-0636

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FELICIA GERBER PERLMAN
155 N. WACKER DRIVE
CHICAGO IL  60606-1720

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON DE  19801-0820

STATE OF MI/DEPT. OF TREASURY
BILL SCHUETTE/HEATHER DONALD
3030 W. GRAND BLVD.
CADILLAC PLACE, SUITE 10-200
DETROIT MI  48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND OR  97701

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT/KAREN AXSOM
800 W. WASHINGTON ST
PHOENIX AZ  85007

THE ROSNER LAW GROUP
JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET
SUITE 810
WILMINGTON DE  19801

TN DEPT OF REVENUE
TN ATTY GENERAL'S OFFICE
PO BOX 20207
BANKRUPTCY DIVISION
NASHVILLE TN  37202-0207

TRAVIS COUNTY
KAY D. BROCK
P.O. BOX 1748
AUSTIN TX  78767

TREASURER - TAX COLLECTOR
BANKRUPTCY DESK
1600 PACIFIC HIGHWAY
ROOM 162
SAN DIEGO CA  92101

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEYHULL/JOHN M. STERN
P.O. BOX 12548
BKRPT & COLLECT DIV, MC 008
AUSTIN TX  78711-2548

U.S. ATTORNEY'S OFFICE
CHARLES M. OBERLY, III
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON DE  19801

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC  20530-0001

U.S. DEPARTMENT OF JUSTICE
LLOYD RANDOLPH/DANIELLE PHAM
1100 L STREET, NW, ROOM 10032
CIVIL DIVISION
WASHINGTON DC  20044-0875

UNITED STATES DEPARTMENT OF LABOR
THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON DC  20210

WATT LONG BEACH, LLC
JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA CA  90405

WI DEPARTMENT OF JUSTICE
B. SCHIMEL/F. MARK BROMLEY
POST OFFICE BOX 7857
MADISON WI  53707-7857

Parties Served: 85