IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al. | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: Sept. 18, 2015 @ 10:00 a.m. (ET) |
| | Obj. Deadline: Sept. 11, 2015 @ 4:00 p.m. (ET) |

## NOTICE OF MOTION

To:   See attached service list.

**PLEASE TAKE NOTICE THAT** the undersigned counsel has filed the Motion of Lampert at 25500 Industrial Blvd., LLC Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** if you wish to respond to the Motion, you are required to file such response **on or before September 11, 2015 at 4:00 p.m. prevailing Eastern Time** (the "Objection Deadline").

At the same time, you must serve a copy of such response on the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held **September 18, 2015 at 10:00 a.m. prevailing Eastern Time** before the Honorable Kevin J. Carey, United States Bankruptcy Court, for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom # 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 21, 2015

MORRIS JAMES LLP

_/s/ Carl N. Kunz, III_
Carl N. Kunz, III (DE #3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

Counsel for Lampert at 25500 Industrial Blvd., LLC