IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION OF LAMPERT AT 25500 INDUSTRIAL BLVD., INC. REQUESTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)**

WHEREAS Lampert at 25500 Industrial Blvd., LLC ("Landlord") filed the Motion of Lampert at 25500 Industrial Blvd., LLC Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) (the "Motion"); and

WHEREAS this Court has considered the Motion, and arguments of counsel in support of the Motion, as well as any opposition to the Motion, and any arguments of counsel in opposition to the Motion; and

WHEREAS this Court finds that it has jurisdiction to consider the Motion; and

WHEREAS this Court finds that notice of the Motion was proper and sufficient; and

WHEREAS this Court finds that the Motion should be granted,

IT IS HEREBY ORDERED AS FOLLOWS:

(1) Landlord shall have an allowed administrative expense priority claim in the amount of $67,381.92; and

(2) Landlord's allowed administrative expense priority claim shall be paid to Landlord, in full, within five (5) business days of entry of this Order.

SO ORDERED THIS _____ day of _____, 2015.

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

8004719