IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on August 21, 2015 I caused to be served:

**MOTION OF LAMPERT AT 25500 INDUSTRIAL BLVD., LLC
REQUESTING ALLOWANCE
AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM
PURSUANT TO 11 U.S.C. § 503(b)**

Service was completed upon the following individuals listed on the attached list via hand delivery for local parties and first class mail, postage prepaid, for all other parties.

Date:  August 21, 2015

_____
Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 21st day of August, 2015.

_____
Notary

[Notary Seal: JESSICA KATHRYN FARENSKI, MY COMMISSION EXPIRES JUNE 21, 2017, NOTARY PUBLIC, STATE OF DELAWARE]

Corinthian Colleges
Case No. 15-10952 (KJC)
Rule 2002 Service List (as of 8/21/15)

State of Delaware
820 N. French Street
Division of Revenue - 8th Floor
Wilmington, DE 19801-0820

Office of the U.S. Attorney
Attn: Charles M. Oberly, III
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Reg. Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

Division of Unemployment Ins.
Department Of Labor
4425 N. Market Street
Wilmington, DE 19802

Secretary of The Treasury
P.O. Box 7040
Dover, DE 19903

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the United States Trustee
Attn: Richard Schepacarter/Timothy Fox
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

The Industrial Commission of Arizona
Labor Department
Attn: Karen Axsom, Director
800 W. Washington St
Phoenix, AZ 85007

| | |
|---|---|
| Hawaii State Department of Education<br>1390 Miller St.<br>Honolulu, HI 96813 | NYC Department of Education<br>Tweed Courthouse<br>52 Chambers Street<br>New York, NY 10007 |
| Office of Private Postsecondary Education<br>Oregon Higher Education Coordinating Commission<br>775 Court Street NE<br>Salem, OR 97301 | Office of the U.S. Attorney<br>District of Arizona<br>Attn: John S. Leonardo<br>Two Renaissance Square<br>40 N. Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4408 |
| Office of the U.S. Attorney<br>District of Hawaii<br>Attn: Florence T. Nakakuni<br>300 Ala Moana Blvd., #6-100<br>Honolulu, HI 96850 | Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |
| California Department of Justice<br>1300 I St., #1142<br>Sacramento, CA 95814-5901 | Office of the U.S. Attorney<br>Southern District of New York<br>Attn: Preet Bharara<br>One Saints Andrew Plaza<br>New York, NY 10007 |
| Office of the U.S. Attorney<br>Eastern District of New York<br>Attn: Kelly T. Currie<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 | CA Labor & Workforce Development Agency<br>Attn: PAGA Administrator<br>455 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102 |

New York State Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY 12240

Bureau of Labor and Industries
800 NE Oregon St., Suite 1045
Portland, OR 97232

Dept of Labor & Industrial Relations
830 Punchbowl St #321
Honolulu, HI 96813

Occupational Safety & Health Administration
800 W. Washington Street, 2nd Floor
Phoenix, AZ 85007

Cal/OSHA
1515 Clay Street, Suite 1901
Oakland, CA 94612

State of Oregon Osha Office
1230 NE 3rd St #115
Bend, OR 97701

Division of Safety & Health
One Hudson Square
75 Varick Street (7th Floor)
New York, NY 10013

Occupational Safety & Health
830 Punchbowl St # 425
Honolulu, HI 96813

Lampert 25500 Industrial Blvd., LLC
Attn: Roland Lampert
P.O. Box 712711
Cincinnati, OH 75271-2711

Palm Springs Mile Associates, Ltd
Attn: Phillip J. Eisenberg
c/o Phillips International
295 Madison Ave., 2nd Floor
New York, NY 10017

| | |
|---|---|
| Ashby & Geddes, P.A.<br>Attn: William Bowden/Ricardo Palacio<br>Attn: Leigh-Anne Raport<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Sarah E. Pierce<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Felicia Gerber Perlman<br>155 N. Wacker Drive<br>Chicago, IL 60606-1720 | Wisconsin Department of Justice<br>Attn: Brad D. Schimel, AG<br>Attn: F. Mark Bromley, AAG<br>Post Office Box 7857<br>Madison, WI 53707-7857 |
| Drinker Biddle & Reath LLP<br>Attn: Michael P. Pompeo<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714 | Drinker Biddle & Reath LLP<br>Attn: H. John Michel, Jr.<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103-6996 |
| Jeffer Mangels Butler & Mitchell LLP<br>Attn: Barry Freeman/David Poitras<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | Katten Muchin Rosenman LLP<br>Attn: Brian Huben/Dustin Branch<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 |
| Kelley Drye & Warren LLP<br>Attn: Robert L. LeHane<br>101 Park Avenue<br>New York, NY 10178 | TX Comptroller of Public Accounts<br>Attn: Courtney J. Hull<br>Attn: John Mark Stern, AAG<br>Bankruptcy & Collections Division, MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

| | |
|---|---|
| Potter Anderson & Corroon LLP<br>Attn: Jeremy Ryan/Etta Myers<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | BMC Group, Inc.<br>Attn: T. Feil<br>300 Continental Boulevard #570<br>El Segundo, CA 90245 |
| U.S. Department of Justice<br>Civil Division<br>Attn: Lloyd Randolph<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | Morrison & Foerster LLP<br>Attn: Lorenzo Marinuzzi/Erica Richards<br>250 West 55th Street<br>New York, NY 10019-9601 |
| Pircher, Nichols & Meeks<br>Attn: Eugene J.M. Leone<br>900 N. Michigan Avenue<br>Suite 1000<br>Chicago, IL 60611 | Development Resources, Inc.<br>Attn: John Giannopoulos<br>333 North Des Plaines Street<br>Chicago, IL 60661 |
| Robaina & Kresin<br>Attn: Thomas Griffin<br>One East Camelback Road<br>Suite 710<br>Phoenix, AZ 85012 | Kreis, Enderle, Hudgins & Borsos, PC<br>Attn: Thomas G. King<br>PO Box 4010<br>Kalamazoo, MI 49003-4010 |
| U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Fairfield and Woods, P.C.<br>Attn: Caroline C. Fuller<br>1801 California Street, Suite 2600<br>Denver, CO 80202 |

| | |
|---|---|
| Satterlee Stephens Burke & Burke LLP<br>Attn: Christopher Belmonte/Abigail Snow<br>230 Park Avenue, Suite 1130<br>New York, NY 10169 | Travis County<br>Attn: Kay D. Brock<br>P.O. Box 1748<br>Austin, TX 78767 |
| Iron Mountain Information Management, LLC<br>Attn: Joseph Corrigan<br>One Federal Street<br>Boston, MA 02110 | FrankGecker LLP<br>Attn: Joseph Frank/Reed Heiligman<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 |
| Linebarger Goggan Blair & Sampson LLP<br>Attn: David G. Aelvoet<br>711 Navarro Street, Ste 300<br>San Antonio, TX 78205 | Drinker Biddle & Reath LLP<br>Attn: Howard A. Cohen<br>222 Delaware Ave., Ste.1410<br>Wilmington, DE 19801-1621 |
| Brown Rudnick LLP<br>Attn: H. Jeffrey Schwartz/Bennett Silverberg<br>Seven Times Square<br>New York, NY 10036 | The Rosner Law Group<br>Attn: Julia Klein/Frederick Rosner<br>824 Market Street, Suite 810<br>Wilmington, DE 19801 |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Commonwealth of Pennsylvania<br>Department of Labor & Industry<br>Collections Support Unit<br>Attn: Linda Mitten<br>651 Boas Street, Room 700<br>Harrisburg, PA 17121 |

| | |
|---|---|
| United States Department of Labor<br>Attn: Thomas E. Perez, Secretary<br>200 Constitution Ave., NW<br>Washington, DC 20210 | Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, IN 46204 |
| Polsinelli PC<br>Attn: Christopher Ward/Shanti Katona<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 | Robins Kaplan LLP<br>Attn: Scott Gautier/Lorie Ball<br>Attn: Cynthia Hernandez<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067 |
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Sheppard, Mullin, Richter & Hampton LLP<br>Attn: Carren B. Shulman, Esq.<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Ruder Ware, L.L.S.C.<br>Attn: Jeremy M. Welch<br>500 North First Street, Suite 8000<br>P.O. Box 8050<br>Wausau, WI 54402-8050 | Perdue, Brandon, Fielder, Collins & Mott, LLP<br>Attn: Elizabeth Banda Calvo<br>500 E. Border Street, Suite 640<br>Arlington, TX 76010 |
| Arapahoe County Treasurer<br>Attn: Benjamin Swartzendruber, Esq.<br>5334 S. Prince Street<br>Littleton, CO 80166 | GE Information Technology Solutions<br>f/d/b/a IKON Financial Services<br>Bankruptcy Administration<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 |

Sidley Austin LLP
Attn: Jennifer Hagle/Anna Gumport
555 West Fifth Street, #4000
Los Angeles, CA 90013

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

Equity One, Inc.
Attn: Legal Department
1600 Northeast Miami Gardens Drive
North Miami Beach, FL 33179

Watt Long Beach, LLC
Attn: James Maginn
2716 Ocean Park Blvd.
Santa Monica, CA 90405

Commonwealth of Massachusetts
Office of the Attorney General
Attn: Maura Healey, AG
Attn: Peter Leight AAG/Glenn Kaplan AAG
One Ashburton Place, 18th Floor
Boston, MA 02108

Bovitz & Spitzer
Attn: J. Scott Bovitz
1100 Wilshire Blvd., Suite 2403
Los Angeles, CA 90017

Oregon Department of Justice
Attn: Carolyn G. Wade
1162 Court Street NE
Salem, OR 97301-4096

Morris James LLP
Attn Jeffrey Waxman
500 Delaware Ave, Suite 1500
Po Box 2306
Wilmington, DE 19801

State of Michigan
Department of Treasury
Attn: Bill Schuette/Heather Donald
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

Treasurer - Tax Collector
Dan McAllister
Attn: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, CA 92101

<table>
<tr><td>

Richards, Layton & Finger, PA
Attn: Mark D. Collins/Michael Merchant
Attn: Marisa Terranova/Amanda Steele
One Rodney Square
920 North King Street
Wilmington, DE 19801

</td><td>

Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 898
Dover, DE 19903

</td></tr>
<tr><td>

Danielle A. Pham, Esq.
Civil Division
U.S. Department of Justice
1100 L. Street NW, Rm 10100
Washington, DC 20044

</td><td>

Owen M. Sonik, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West, Ste 600
Houston, TX 77008

</td></tr>
<tr><td>

Jack A. Raisner, Esq.
Rene S. Roupinian
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016

</td><td>

Christopher D. Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

</td></tr>
<tr><td>

Donald W. Sieveke, Esq.
Law Office of Donald W. Sieveke
1113 N. Spurgeon Street
Santa Ana, CA 92701

</td><td>

William A. Van Roo, Esq.
Michael L. Knapp, Esq.
William A. Van Roo, P.C.
13863 Quarterhorse Drive
Grass Valley, CA 95949

</td></tr>
<tr><td>

Cynthia Gooen Lesser, Esq.
Asst. Deputy Enforcement Director
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552

</td><td></td></tr>
</table>