Elizabeth Banda Calvo (SBOT No. 24012238)
EBONEY COBB (SBOT No.24048397)
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
500 E. Border Street, Suite 640
Arlington, Texas 76010
Telephone: (817) 461-3344
Telecopier: (817) 860-6509
Email: ecobb@pbfcm.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Bk. No. 15-10952(KJC) |
| Corinthan Colleges, Inc., et al. | § | Chapter 11 |
| Debtor. | § | |

**OBJECTION TO THE DEBTOR'S AMENDED AND MODIFIED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES, Arlington ISD and Eagle Mountain Saginaw ISD ("The Taxing Unit"), and files the following Objection to the Debtor's Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation, (the "Plan"), and as grounds therefore would state the following:

**Preliminary Statement**

1. The Taxing Unit is a fully secured Ad valorem Tax Creditor of the Debtors and the Estate, holding first priority perfected liens against business personal property of the Estate. The Taxing Unit's claims are secured pursuant to the Texas Property Tax Code §§ 32.01 and 32.05.

Page 1

2. The Taxing Unit holds secured tax liens for ad valorem taxes for pre-approximately $46,727.19.

## Objections

3. The Taxing Unit objects to confirmation of the Plan to the extent that it treats its claim as anything other than a secured claim. The Taxing Unit's claims are fully secured *ad valorem* tax claims pursuant to Texas law.

4. The Taxing Unit objects to the confirmation of the Plan to the extent that it does not provide its secured claims with interim statutory interest at the rate specified under Section 33.01(c) of the Texas Property Tax Code and pursuant to Sections 506(b) and 1129(b)(2)(A)(i)(II) of the Bankruptcy Code from the petition date through the date of payment.

4. The Taxing Unit objects to the confirmation of the Plan to the extent it provides for payment to creditors of lower priority prior to the satisfaction in full of its secured tax claim, to the extent it is not, or may not be, adequately protected.

6. The Taxing Unit objects to the confirmation of the Plan to the extent that it provides that any lien, other than Texas tax liens, is of higher priority than its liens, as to pre-petition claims.

7. The Taxing Unit asserts the Plan should expressly provide for the retention of its property tax liens, including those for pre-petition taxes, until all taxes, penalties and interest secured by those liens have been paid.

8. The Taxing Unit objects to the confirmation of the Plan to the extent that

it fails to clearly state when payment for its secured claim can be expected. The Taxing Unit proposes the plan payments on any undisputed portion of its secured claim commence 60 days after the Effective Date. Payments should be monthly or in one lump sum payment, plus applicable interest.

9. The Taxing Unit objects to confirmation of the Plan to the extent that it does not contain cure provisions in case of a default in plan payments to the Taxing Unit.

10. The Taxing Unit objects to the confirmation of the Plan to the extent that the Plan contains no clear deadline for objecting to its secured tax claim. The Taxing Unit proposes that the deadline to object to its claim be no later than 60 days from the Effective Date.

11. The Taxing Unit votes against the confirmation of the Plan.

Accordingly, the Taxing Unit objects to the Plan, requests that the Plan not be confirmed, and for such other relief as is just.

DATED: August 21, 2015

                          PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P
                          By:   /s/ Eboney Cobb
                                  Elizabeth Banda Calvo
                                  SBOT No. 24012238
                                  EBONEY COBB
                                  SBOT NO.24048397
                                  500 E. Border Street
                                  Arlington, Texas 76010
                                  (817) 461-3344
                                  (817) 860-6509 Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served on the 21st day of August, 2015, by the Court's ECF System, or U.S. First Class mail upon all persons identified on the attached Service List.

            /s/ Eboney Cobb
            Eboney Cobb

## SERVICE LIST

**Rachel Layne Biblo**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Mark D. Collins**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Michael Joseph Merchant**
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Timothy Jay Fox, Jr.**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**Richard L. Schepacarter**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**Caleb Boggs**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207

Lockbox #35
Wilmington, DE 19801

**H. Jeffrey Schwartz**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**Bennett S. Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**Frederick Rosner**
The Rosner Law Group LLC
824 N Market St Ste 810
Ste 810
Wilmington, DE 19801

**Julia Bettina Klein**
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

Robins Kaplan Llp
**Attn: Scott Gautier/Lorie Ball**
**Attn: Cynthia Hernandez**
2049 Century Park East, Suite 3400
Los Angeles, Ca 90067

Polsinelli Pc
**Christopher Ward/Shanti Katona**
222 Delaware Avenue, Suite 1101
Wilmington, De 19801

Potter Anderson & Corroon Llp
**Attn: Jeremy Ryan/Etta Myers**
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, De 19899-0951

Sidley Austin Llp
**Attn: Jennifer Hagle/Anna Gumport**
555 West Fifth Street, #4000
Los Angeles, Ca 90013