# **Exhibit 1**

RLF1 12789829v.1

| Claimant | Claim No. | Amount Asserted | Modified Amount Entitled to Vote | Reason For Modification |
|---|---|---|---|---|
| Carolina Marion | 1035 | $1,500,000,000.00 | $1.00 | Contingent, Disputed and Unliquidated Litigation Claim |
| Saphronia Boyd, Ruthie Parker and Stanley Watts on behalf of the United States of America | 1667 | $144,000,000.00 | $1.00 | Contingent, Disputed and Unliquidated Litigation Claim |
| Consumer Financial Protection Bureau | 156 | $467,748,584.00 | $1.00 | Contingent, Disputed and Unliquidated Claim |
| Michael Harrington | 1556 | $35,383,843.44 | $1.00 | Contingent, Disputed and Unliquidated Litigation Claim |
| Illinois Office of the Attorney General | 2968 | $139,163,300.00 | $1.00 | Contingent, Disputed and Unliquidated Claim |
| United States of America ex rel. Carolina Marion | 1037 | $1,500,000,000.00 | $1.00 | Contingent, Disputed and Unliquidated Litigation Claim |
| United States ex rel. Mamie Andrews | 2788 | $1,500,000,000.00 | $1.00 | Contingent, Disputed and Unliquidated Litigation Claim |
| Shanisha Perkins | 1715 | $178,000,000.00 | $1.00 | Disputed Claim with No Supporting Documentation |
| David Ratto | 2003 | $11,800,000.00 | $1.00 | Contingent, Disputed and Unliquidated Litigation Claim |
| Kimberly Rodriguez | 3146 | $151,095,296.39 | $1.00 | Disputed Claim with No Supporting Documentation |
| Sandra Rodrigues | 3147 | $151,095,296.39 | $1.00 | Disputed Claim with No Supporting Documentation |
| Branden A Summers | 3428 | $30,000,000.00 | $1.00 | Disputed Claim with No Supporting Documentation |
| Mary Summers | 3431 | $30,000,000.00 | $1.00 | Disputed Claim with No Supporting Documentation |