## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CORINTHIAN COLLEGES, INC., *et al.*[1], | : | Case No. 15-10952 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket Nos. 436, 549, 571** |

------------------------------------x

**SECOND SUPPLEMENTAL DECLARATION OF CHRISTOPHER A. WARD, ESQ. IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF STUDENT CREDITORS FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) AND BANKRUPTCY RULES 2014(a) AND 2016(b) APPROVING THE EMPLOYMENT AND RETENTION OF POLSINELLI PC *NUNC PRO TUNC* TO MAY 21, 2015, AS CO- COUNSEL TO THE OFFICIAL COMMITTEE OF STUDENT CREDITORS**

Christopher A. Ward, Esq., a shareholder of POLSINELLI PC, makes this supplemental Declaration pursuant to 28 U.S.C. § 1746 and states:

1. I am the Managing Shareholder of the Wilmington, Delaware office of POLSINELLI PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, among 20 other locations. I also serve as Co-Chair of Polsinelli's Bankruptcy and Financial Restructuring Practice. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, as well as the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

United States Court of Appeals for the Third Circuit, and the United States District Court for the District of Delaware.

2. On June 18, 2015, the Official Committee of Student Creditors (the "**Student Committee**") appointed on May 15, 2015, in the above-captioned chapter 11 cases of Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession filed an application (the "**Application**") for an order approving the employment and retention of Polsinelli as co-counsel to the Student Committee *nunc pro tunc* to May 21, 2015. I submitted a declaration (the "**Declaration**") in support of the Application for the purpose of complying with §327(a) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), and to provide the disclosures required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). I hereby incorporate by reference the Application as if it were set forth in full herein.

3. On July 9, 2015, Polsinelli filed the *First Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Student Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 21, 2015, as Co-Counsel to the Official Committee of Student Creditors* [Docket No. 549] (the "**First Supplemental Declaration**") to provide the Court, the United States Trustee, the debtors and debtors in possession (the "**Debtors**"), and other interested parties with additional information related to Polsinelli's retention.

4. On July 13, 2015, the Court entered the *Order Authorizing Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 21, 2015, as Co-Counsel to the Official Committee of Student Creditors* [Docket No. 571] (the "**Retention Order**").

5. I submit this second supplemental declaration (the "**Second Supplemental Declaration**") pursuant to the Retention Order and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. 330 by Attorneys in Larger Chapter 11 Cases* which requires Polsinelli, prior to any increase in its hourly rates, to file a supplemental declaration explaining the basis for the requested rate increase.

6. In the ordinary course of the firm's business, Polsinelli adjusts its billing rates once each calendar year, which generally occurs on or around September 1 of each year. By way of this Second Supplemental Declaration, Polsinelli hereby advises the Court, the United States Trustee, the Debtors, and other interested parties of Polsinelli's new hourly rate structure that will go into effect on September 1, 2015 and remain in effect until at least August 31, 2016. Polsinelli's hourly rates for services to be performed on behalf of the Student Committee on matters related to these chapter 11 cases will range as follows:

   a. The hourly rates for shareholders will range from $325 per hour to $775 per hour;
   b. The hourly rates for associates will range from $240 per hour to $445 per hour; and
   c. The hourly rates for paraprofessionals will range from $75 per hour to $245 per hour.

7. These rates are the standard hourly rates charged by Polsinelli to other similarly situated clients and on similar matters. The hourly rates set forth above are subject to periodic adjustment to reflect economic and other conditions, which typically occurs once each calendar year. All Polsinelli professionals billing to this matter shall continue to invoice at a 10% discount from the increased standard hourly rates. The Student Committee has received notice of Polsinelli's hourly rate increases as set forth herein.

8. These rates are set at a level designed to fairly compensate Polsinelli for the work of its attorneys and paralegals, and to cover fixed and routine overhead expenses. It is

51017935.1

Polsinelli's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier charges, printing and scanning charges, toll charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial personnel and other staff. Polsinelli will charge for these expenses in a manner and at rates consistent with charges made generally to the firm's other clients and with the Local Rules.

9. The foregoing supplements, and hereby incorporates by reference, the First Supplemental Declaration.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: August 21, 2015

                                          */s/ Christopher A. Ward*
                                   Christopher A. Ward (Del. Bar No. 3877)