## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on the 21st day of August 2015, I caused a true and correct copy of the foregoing to be served upon the persons below in the manner indicated.

*/s/ Karen C. Bifferato*
Karen C. Bifferato (#3279)

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Email: collins@rlf.com
Email: merchant@rlf.com

Jeremy W. Ryan, Esquire
Etta R. Mayers, Esquire
Potter Anderson Corroon LLP
1313 North Market Street, Sixth Floor
Wilmington, DE 19801
Email: jryan@potteranderson.com
Email: emayers@potteranderson.com

Timothy Jay Fox, Jr., Esquire
Richard L. Schepacarter, Esquire
U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: timothy.jay@usdoj.gov
Email: richard.schepacarter@usdoj.gov

Frederick B. Rosner, Esquire
Julia B. Klein, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801
Email: rosner@teamrosner.com
Email: klein@teamrosner.com

Christopher A. Ward, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Email: cward@polsinelli.com
Email: smkatona@polsinelli.com

Jennifer C. Hagle, Esquire
Anna Gumport, Esquire
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Email: jhagle@sidley.com
Email: agumport@sidley.com

H. Jeffrey Schwartz, Esquire
Bennett S. Silverberg, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Email: jschwartz@brownrudnick.com
Email: bsilverberg@brownrudnick.com

Scott F. Gautier, Esquire
Lorie A. Ball, Esquire
Cynthia C. Hernandez, Esquire
Robins Kaplan LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Email: SGautier@RobinsKaplan.com
Email: LBall@RobinsKaplan.com
Email: CHernandez@RobinsKaplan.com