# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Julia B. Klein, hereby certify that, on August 20, 2015, I caused a copy of the following documents to be served via First-Class Mail upon the parties listed on the attached **Exhibit A**:

- *Application for Entry of an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103(a) Approving the Employment and Retention of Willkie Farr & Gallagher LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors, NUNC PRO TUNC to August 10, 2015* [D.I. 791; filed 8/20/15]; and

- *Motion to Shorten Notice on Application for Entry of Order Pursuant to Bankruptcy Code Sections 328(a) and 1103(a) Approving. the Employment and Retention of Willkie Farr & Gallagher LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors, NUNC PRO TUNC to August 10, 2015* [D.I. 792; filed 8/20/15]; and

- *Order Shortening Notice Period* [D.I. 797; filed 8/20/15]; and

- *Notice of Hearing on Application for Entry of an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103(a) Approving. the Employment and Retention of Willkie Farr & Gallagher LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors, NUNC PRO TUNC to August 10, 2015* [D.I. 801; filed 8/20/15].

Dated: August 21, 2015
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

{00016512. }

# Exhibit A

RCS-Corporate Ridge
c/o Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202

Ashby & Geddes, P.A.
Attn: William Bowden/Ricardo Palacio
Attn: Leigh-Anne Raport
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150

BMC Group, Inc.
Attn: T. Feil
300 Continental Boulevard #570
El Segundo, CA 90245

Brown Rudnick LLP
Attn: H. Jeffrey Schwartz/Bennett Silverberg
Seven Times Square
New York, NY 10036

Bureau of Labor and Industries
800 NE Oregon St., Suite 1045
Portland, OR 97232

CA Labor & Workforce Development Agency
Attn: PAGA Administrator
455 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Cal/OSHA
1515 Clay Street, Suite 1901
Oakland, CA 94612

California Department of Education
1430 N Street
Sacramento, CA 95814-5901

{00016512. }

| | |
|---|---|
| California Department of Justice<br>1300 I St., #1142<br>Sacramento, CA 95814-5901 | Delaware Secretary of State<br>Division Of Corporations<br>Franchise Tax Division<br>P.O. Box 898<br>Dover, DE 19903 |
| Dept of Labor & Industrial Relations<br>830 Punchbowl St #321<br>Honolulu, HI 96813 | Division of Safety & Health<br>One Hudson Square<br>75 Varick Street (7th Floor)<br>New York, NY 10013 |
| Division of Unemployment Ins.<br>Department Of Labor<br>4425 N. Market Street<br>Wilmington, DE 19802 | Drinker Biddle & Reath LLP<br>Attn: Michael P. Pompeo<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714 |
| Drinker Biddle & Reath LLP<br>Attn: H. John Michel, Jr.<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103-6996 | Drinker Biddle & Reath LLP<br>Attn: Howard A. Cohen<br>222 Delaware Ave., Ste.1410<br>Wilmington, DE 19801-1621 |

{00016512. }

| | |
|---|---|
| Equity One, Inc.<br>Attn: Legal Department<br>1600 Northeast Miami Gardens Drive<br>North Miami Beach, FL 33179 | Hawaii State Department of Education<br>1390 Miller St.<br>Honolulu, HI 96813 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeffer Mangels Butler & Mitchell LLP<br>Attn: Barry Freeman/David Poitras<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 |
| Katten Muchin Rosenman LLP<br>Attn: Brian Huben/Dustin Branch<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 | Kelley Drye & Warren LLP<br>Attn: Robert L. LeHane<br>101 Park Avenue<br>New York, NY 10178 |
| Labor Department<br>800 W Washington St<br>Phoenix, AZ 85007 | Lampert 25500 Industrial Blvd., LLC<br>Attn: Roland Lampert<br>P.O. Box 712711<br>Cincinnati, OH 75271-2711 |

{00016512. }

| | |
|---|---|
| Morrison & Foerster LLP<br>Attn: Lorenzo Marinuzzi/Erica Richards<br>250 West 55th Street<br>New York, NY 10019-9601 | New York State Department of Labor<br>Building 12<br>W.A. Harriman Campus<br>Albany, NY 12240 |
| NYC Department of Education<br>Tweed Courthouse<br>52 Chambers Street<br>New York, NY 10007 | Occupational Safety & Health Administration<br>800 W. Washington Street, 2nd floor<br>Phoenix, AZ 85007 |
| Occupational Safety & Health<br>830 Punchbowl St # 425<br>Honolulu, HI 96813 | Office of the U.S. Attorney<br>District of Arizona<br>Two Renaissance Square<br>40 N. Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4408 |
| Office of the U.S. Attorney<br>District of Hawaii<br>300 Ala Moana Blvd., #6-100<br>Honolulu, HI 96850 | Office of the U.S. Attorney<br>Southern District of New York<br>One Saints Andrew Plaza<br>New York, NY 10007 |

| | |
|---|---|
| Office of the U.S. Attorney<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 | Office of the United States Trustee<br>Attn: Richard Schepacarter/Timothy Fox<br>844 King Street, Suite 2313<br>Lockbox 35<br>Wilmington, DE 19801-3519 |
| Oregon Department of Education<br>255 Capitol Street NE<br>Salem, OR 97310-0203 | Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |
| Palm Springs Mile Associates, Ltd<br>Attn: Phillip J. Eisenberg<br>c/o Phillips International<br>295 Madison Ave., 2nd Floor<br>New York, NY 10017 | Potter Anderson & Corroon LLP<br>Attn: Jeremy Ryan/Etta Myers<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| Richards, Layton & Finger, PA<br>Attn: Mark D. Collins/Michael Merchant<br>Attn: Marisa Terranova/Amanda Steele<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Secretary of The Treasury<br>P.O. Box 7040<br>Dover, DE 19903 |

{00016512. }

| | |
|---|---|
| Securities & Exchange Commission<br>New York Regional Office<br>Attn: George S. Canellos, Reg. Director<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street, NE<br>Washington, DC 20549 |
| Sidley Austin LLP<br>Attn: Jennifer Hagle/Anna Gumport<br>555 West Fifth Street, #4000<br>Los Angeles, CA 90013 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Sarah E. Pierce<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Felicia Gerber Perlman<br>155 N. Wacker Drive<br>Chicago, IL 60606-1720 | State of Delaware<br>820 N. French Street<br>Division of Revenue - 8th Floor<br>Wilmington, DE 19801-0820 |
| State of Oregon Osha Office<br>1230 NE 3rd St #115<br>Bend, OR 97701 | TX Comptroller of Public Accounts<br>Attn: Courtney J. Hull<br>Attn: John Mark Stern, AAG<br>Bankruptcy & Collections Division, MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

| | |
|---|---|
| U.S. Attorney's Office<br>P.O. Box 2046<br>1201 Market St., Ste. 1100<br>Wilmington, DE 19899-2046 | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| U.S. Department of Justice<br>Civil Division<br>Attn: Lloyd H. Randolph<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | Watt Long Beach, LLC<br>Attn: James Maginn<br>2716 Ocean Park Blvd.<br>Santa Monica, CA 90405 |
| Wisconsin Department of Justice<br>Attn: Brad D. Schimel, AG<br>Attn: F. Mark Bromley, AAG<br>Post Office Box 7857<br>Madison, WI 53707-7857 | Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>Office of Unemployment Compensation<br>Tax Services (UCTS)<br>c/o Linda Mitten<br>651 Boas Street, Room 700<br>Harrisburg, PA 17121 |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, Indiana 46204 |

| | |
|---|---|
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Attention: Steven A. Ginther<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Sheppard, Mullin, Richter & Hampton LLP<br>Attn: Carren B. Shulman, Esq.<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| McCann Associates Holdings, LLC<br>Attn: General Counsel<br>6805 Route 202<br>New Hope, PA 18938 | Arlington ISD, Eagle Mountain-Saginaw ISD<br>c/o Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>500 E. Border Street, Suite 640<br>Arlington, Texas 76010 |
| Bankruptcy Administration<br>GE Information Technology Solutions, Inc.<br>f/d/b/a IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Treasure of Arapahoe County Treasurer<br>c/o Robert Hill, Esq.<br>5334 S. Prince Street<br>Littleton, CO 80166 |
| Travis County Attorneys Office<br>c/o Kay D. Brock, Esq.<br>Assistant County Attorney<br>P.O. Box 1748<br>Austin, TX 78767 | Iron Mountain Information Management, LLC<br>c/o Joseph Corrigan, Esq.<br>One Federal Street<br>Boston, MA 02110 |

| | |
|---|---|
| Jones Lang LaSalle Americas, Inc.<br>c/o Joseph D. Frank & Reed Heiligman<br>FRANKGECKER LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Karen Brown<br>c/o Robaina & Kresin PLLC<br>One East Camelback Road, Suite 710<br>Phoenix, AZ 85012 |
| John R. Kresse, Esq.<br>U.S. Department of Justice<br>Civil Division<br>1100 L. Street NW, Room 10100<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | J. Scott Bovitz<br>Bovitz & Spitzer<br>1100 Wilshire Boulevard, Suite 2403<br>Los Angeles, CA 90017 |
| Old Orchard Acquisition Partners, LLC<br>c/o Eugene J. M. Leone, Esq.<br>Pircher, Nichols & Meeks<br>900 N. Michigan Avenue, Suite 1000<br>Chicago, IL 60611 | Old Orchard Acquisition Partners, LLC<br>c/o John Giannopoulos<br>Development Resources, Inc.<br>333 N. Des Plaines Street<br>Chicago, IL 60661 |
| Bill Schuette<br>Attorney General for the State of Michigan<br>Department of Treasury<br>Cadillac Place, Suite 10-200<br>3030 W. Grand Blvd.<br>Detroit, MI 48202 | Heather L. Donald<br>Assistant Attorney General for the State of Michigan<br>Department of Treasury<br>Cadillac Place, Suite 10-200<br>3030 W. Grand Blvd.<br>Detroit, MI 48202 |

Carolyn G. Wade
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

Carl N. Kunz, III, Esq.
Jeffrey R. Waxman, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801-1494

Danielle A. Pham, Esq.
Civil Division
U. S. Department of Justice
1100 L Street NW, Room 10100
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875

ALIEF INDEPENDENT SCHOOL DISTRICT
c/o Owen M. Sonik
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West, Suite 600
Houston, TX 77008

Jack A. Raisner, Esq.
René S. Roupinian, Esq.
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016

Christopher D. Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

Donald W. Sieveke, Esq.
Law Office of Donald W. Sieveke
1113 N. Spurgeon Street
Santa Ana, CA 92701

Benjamin Swartzendruber, Esq.
Assistant County Attorney
Arapahoe County, Colorado
5334 S. Prince Street
Littleton, CO 80120-1136

William A. Van Roo, P.C.
13863 Quarterhorse Drive
Grass Valley, CA 95949

Cynthia Gooen Lesser, Esq.
Assistant Deputy Enforcement Director
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552

{00016512. }