# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | |
| CORINTHIAN COLLEGES, INC., *et al.*, ) | Case No. 15-10952 (KJC) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on August 21, 2015, I did cause to be served true and correct copies of the foregoing **OBJECTION OF GUY REYNOLDS AND CHRISTINE SEYMOUR, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED, TO CONFIRMATION OF DEBTORS' SECOND AMENDED AND MODIFIED CHAPTER 11 PLAN OF LIQUIDATION** on the parties listed on the attached service list as indicated thereon.

DATED: August 21, 2015

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

**SERVICE LIST**

**VIA FACSIMILE**

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Marisa A. Terranova, Esquire
Amanda R. Steele, Esquire
RICHARDS LAYTON & FINGER PA
920 N. King Street
Wilmington, DE  19801
(302) 651-7701
*Counsel for Debtor Corinthian Colleges, Inc.*

Jennifer C. Hagle, Esquire
Anna Gumport, Esquire
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
(213) 896-6600
*Counsel to Bank of America, N.A.*

Jeremy W. Ryan, Esquire
Etta R. Mayers, Esquire
POTTER ANDERSON CORROON LLP
1313 North Market Street, 6th Floor
P. O. Box 951
Wilmington, DE  19899
(302) 658-1192
*Counsel to Bank of America, N.A.*

H. Jeffrey Schwartz, Esquire
Bennett S. Silverberg, Esquire
BROWN RUDNICK LLP
7 Times Square
New York, NY  10036
(212) 209-4801
*Counsel for the Creditors' Committee*

Scott F. Gautier, Esquire
Lorie A. Ball, Esquire
Cynthia C. Hernandez, Esquire
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
(310) 229-5800

*Counsel to the Student Committee*

Christopher A. Ward, Esquire
Shanti M. Katona, Esquire
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
(302) 252-0921
*Counsel to the Student Committee*

Richard Schepacarter, Esquire
Timothy Fox, Esquire
OFFICE OF THE U. S. TRUSTEE
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19801
(302) 573-6497

**VIA E-MAIL**

Frederick B. Rosner, Esquire
Julia B. Klein, Esquire
THE ROSNER LAW GROUP LLC
824 Market Street, Suite 810
Wilmington, DE  19801
rosner@teamrosner.com
klein@teamrosner.com
*Counsel for the Creditors' Committee*