**CERTIFICATE OF SERVICE**

Leslie C. Heilman, Esquire hereby certifies that on this 21st day of August, 2015, a true and correct copy of the foregoing Limited Objection of Watt Management Company to the Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation was served upon the addressees listed on the attached service list in the manner indicated.

Dated: August 21, 2015
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Leslie C. Heilman (DE No. 4716)
BALLARD SPAHR LLP

## SERVICE LIST

**Via Hand Delivery**

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
RICHARDS LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
*Counsel for Debtor and Debtor in Possession*

Frederick Rosner, Esq.
Julia Bettina Klein, Esq.
THE ROSNER LAW GROUP LLC
824 Market Street, Suite 810
Wilmington, Delaware 19801
*Counsel for the Official Committee of Unsecured Creditors*

Jeremy W. Ryan, Esq.
Etta R. Mayers, Esq.
POTTER ANDERSON CORROON LLP
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19899
*Counsel to Bank of America, N.A.*

Richard Schepacarter, Esq.
Timothy Fox, Esq.
Office Of The United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801-3519

Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
*Counsel to the Student Creditors' Committee*

**Via First Class U.S. Mail**

H. Jeffrey Schwartz, Esq.
Bennett S. Silverberg, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
*Counsel for the Official Committee of Unsecured Creditors*

Jennifer C. Hagle, Esq.
Anna Gumport, Esq.
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
*Counsel to Bank of America, N.A.*

Scott F. Gautier, Esq.
Lorie A. Ball, Esq.
Cynthia C. Hernandez, Esq.
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067
*Counsel to the Student Creditors' Committee*