CERTIFICATE OF SERVICE

I, Jennifer Snow, hereby certify that on the 21st day of August, 2015, I caused a true and correct copy of the foregoing **OBJECTION OF THE COMMONWEALTH OF MASSACHUSETTS TO DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION [DOCKET NOS. 655, 805]** to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below.

Dated: August 21, 2015                                      /s/ Jennifer Snow
                                                            Jennifer Snow

COUNSEL TO THE STUDENT COMMITTEE

Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
cward@polsinelli.com
skatona@polsinelli.com


Scott F. Gautier, Esq.
Lorie A. Ball, Esq.
Cynthia C. Hernandez, Esq.
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067
sgautier@robinskaplan.com
lball@robinskaplan.com
chernandez@robinskaplan.com

Mark Rosenbaum, Esq.
Anne Richardson, Esq.
Alisa Hartz, Esq.
Dexter Rappleye, Esq.
PUBLIC COUNSEL LLP
610 S. Ardmore Avenue
Los Angeles, CA 90005
mrosenbaum@publiccounsel.org
arichardson@publiccounsel.org

ahartz@publiccounsel.org
drappleye@publiccounsel.com


COUNSEL TO THE DEBTORS
Mark D. Collins, Esq. Michael J. Merchant, Esq. Marisa A. Terranova, Esq. Amanda R. Steele, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street Wilmington, Delaware 19801
collins@rlf.com  merchant@rlf.com
terranova@rlf.com  steele@rlf.com


COUNSEL TO BANK OF AMERICA,
N.A., IN ITS CAPACITY AS ADMINISTRATIVE AGENT FOR THE LENDERS
POTTER ANDERSON & CORROON LLP
Jeremy W. Ryan
Etta R. Mayers
1313 North Market Street, Sixth Floor Wilmington, DE 19899-0951
 jryan@potteranderson.com
 emayers@potteranderson.com

SIDLEY AUSTIN LLP
Jennifer C. Hagle Anna Gumport
555 West Fifth Street, Suite 4000 Los Angeles, CA 90013
jhagle@sidley.com  agumport@sidley.com


OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Jeffrey H. Schwartz, Esq.
Bennet S. Silverberg, Esq.
Brown Rudnick LLP Seven Times Square
New York, NY 10036
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com

Frederick B. Rosner, Esq.
Julia B. Klein, Esq.
The Rosner Law Group LLC 824 Market St. Suite 810
Wilmington, DE 19801
rosner@teamrosner.com

klein@teamrosner.com

<u>OFFICE OF THE UNITED STATES TRUSTEE</u>
Richard L. Schepacarter, Esq.
Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
timothy.fox@usdoj.gov
richard.schepacarter@usdoj.gov