IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria am employed in the county of Los Angeles, State of California. I hereby certify that on August 20, 2015, I caused true and correct copies of the following document(s) to be served (i) via email to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of Motion and Hearing [Docket No. 803]**

Dated: August 21, 2015

_____
Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this _21_ day of _Aug._, 20_15_, by Alejandro Soria proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE |
|---|---|---|
| DANIELLE PHAM | JOHN KRESSE | LLOYD RANDOLPH |
| DANIELLE.PHAM@USDOJ.GOV | JOHN.KRESSE@USDOJ.GOV | LLOYD.RANDOLPH@USDOJ.GOV |

Parties Served: 3

# **EXHIBIT B**

| | | |
|---|---|---|
| ARAPAHOE COUNTY TREASURER<br>BENJAMIN SWARTZENDRUBER<br>5334 S. PRINCE STREET<br>LITTLETON CO  80166 | ASHBY & GEDDES, P.A.<br>W. BOWDEN/R. PALACIO<br>500 DELAWARE AVE., 8TH FL<br>P.O. BOX 1150<br>WILMINGTON DE  19899-1150 | BMC GROUP, INC.<br>T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO CA  90245 |
| BOVITZ & SPITZER<br>J. SCOTT BOVITZ<br>1100 WILSHIRE BLVD., S<br>SUITE 2403<br>LOS ANGELES CA  90017 | BROWN RUDNICK LLP<br>H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK NY  10036 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND OR  97232 |
| CA JUSTICE DEPARTMENT<br>LEGAL DEPARTMENT<br>1300 I ST., #1142<br>SACRAMENTO CA  95814-5901 | CA LABOR & WORKFORCE DEV AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO CA  94102 | CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND CA  94612 |
| DE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>P.O. BOX 898<br>FRANCHISE TAX DIVISION<br>DOVER DE  19903 | DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU HI  96813 | DEVELOPMENT RESOURCES, INC.<br>JOHN GIANNOPOULOS<br>333 NORTH DES PLAINES STREET<br>CHICAGO IL  60661 |
| DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK NY  10013 | DIVISION OF UNEMPLOYMENT INS.<br>4425 N. MARKET STREET<br>WILMINGTON DE  19802 | DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE<br>SUITE 2000<br>PHILADELPHIA PA  19103-6996 |
| DRINKER BIDDLE & REATH LLP<br>HOWARD A. COHEN<br>222 DELAWARE AVE.<br>SUITE 1410<br>WILMINGTON DE  19801-1621 | DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK NY  10036-2714 | EQUITY ONE, INC.<br>LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL  33179 |
| FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>1801 CALIFORNIA STREET<br>SUITE 2600<br>DENVER CO  80202 | FRANKGECKER LLP<br>JOSEPH FRANK/REED HEILIGMAN<br>325 NORTH LASALLE STREET<br>SUITE 625<br>CHICAGO IL  60654 | GE INFO TECH SOLUTIONS<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON GA  31208-3708 |
| HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU HI  96813 | INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAILSTOP 5-Q30.133<br>PHILADELPHIA PA  19104-5016 | IRON MOUNTAIN INFORMATION MANAGEMENT<br>JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON MA  2110 |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS<br>7TH FLOOR<br>LOS ANGELES CA  90067 | KATTEN MUCHIN ROSENMAN LLP<br>BRIAN HUBEN/DUSTIN BRANCH<br>2029 CENTURY PARK EAST<br>SUITE 2600<br>LOS ANGELES CA  90067-3012 | KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK NY  10178 |
| KREIS, ENDERLE, HUDGINS & BORSOS<br>THOMAS G. KING<br>PO BOX 4010<br>KALAMAZOO MI  49003-4010 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI OH  75271-2711 | LAW OFFICE OF DONALD W. SIEVEKE<br>DONALD W. SIEVEKE<br>1113 N. SPURGEON ST<br>SANTA ANA CA  92701 |
| LINEBARGER GOGGAN BLAIR & SAMPSON<br>DAVID G. AELVOET<br>711 NAVARRO STREET<br>SUITE 300<br>SAN ANTONIO TX  78205 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX  75207 | LOIZIDES, P.A.<br>CHRISTOPHER D. LOIZIDES<br>1225 KING STREET<br>SUITE 800<br>WILMINGTON DE 19801 |

| | | |
|---|---|---|
| MISSOURI DEPT. OF REVENUE<br>STEVEN A. GINTHER<br>PO BOX 475<br>BANKRUPTCY UNIT<br>JEFFERSON CITY MO  65105-0475 | MORRIS JAMES LLP<br>CARL KUNZ/JEFFREY WAXMAN<br>PO BOX 2306<br>500 DELAWARE AVE, STE 1500<br>WILMINGTON DE  19801 | MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK NY  10019-9601 |
| NEW YORK STATE DEPARTMENT OF LABOR<br>BLDG. 12, W.A. HARRIMAN CAMPUS<br>ALBANY NY  12240 | NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK NY  10007 | OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU HI  96813 |
| OCCUPATIONAL SAFETY & HEALTH ADMIN.<br>800 W. WASHINGTON STREET<br>2ND FLOOR<br>PHOENIX AZ  85007 | OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>OR HIGHER ED. COORDINATING COMMISSION<br>775 COURT STREET NE<br>SALEM OR  97301 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: NANCY QUACH<br>455 GOLDEN GATE, SUITE 11000<br>SAN FRANCISCO, CA  94102-7004 |
| OFFICE OF THE ATTORNEY GENERAL<br>MAURA HEALEY/P. LEIGHT/G. KAPLAN<br>ONE ASHBURTON PLACE<br>18TH FLOOR<br>BOSTON MA  2108 | OFFICE OF THE U.S. ATTORNEY<br>FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU HI  96850 | OFFICE OF THE U.S. ATTORNEY<br>JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX AZ  85004-4408 |
| OFFICE OF THE U.S. ATTORNEY<br>KELLY T. CURRIE<br>271 CADMAN PLAZA EAST<br>BROOKLYN NY  11201 | OFFICE OF THE U.S. ATTORNEY<br>PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK NY  10007 | OFFICE OF THE U.S. TRUSTEE<br>R. SCHEPACARTER/T. FOX<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON DE  19801-3519 |
| OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM OR  97301-4096 | OREGON DEPARTMENT OF JUSTICE<br>CAROLYN G. WADE<br>1162 COURT STREET NE<br>SALEM OR  97301-4096 | OUTTEN & GOLDEN LLP<br>JACK RAISNER/RENÉ ROUPINIAN<br>3 PARK AVENUE<br>29TH FLOOR<br>NEW YORK NY  10016 |
| PA - DEPT. OF LABOR & INDUSTRY<br>LINDA MITTEN, COLLECTIONS SUPPORT UNIT<br>651 BOAS STREET, ROOM 700<br>HARRISBURG PA  17121 | PERDUE, BRANDON, FIELDER &<br>OWEN M. SONIK<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>ELIZABETH BANDA CALVO<br>500 E. BORDER STREET<br>SUITE 640<br>ARLINGTON TX  76010 |
| PHILLIPS INTERNATIONAL<br>PHILLIP J. EISENBERG<br>295 MADISON AVE., 2ND FLOOR<br>RE: PALM SPRINGS MILE ASSOCIATES, LTD<br>NEW YORK NY  10017 | PIRCHER, NICHOLS & MEEKS<br>EUGENE J.M. LEONE<br>900 N. MICHIGAN AVENUE<br>SUITE 1000<br>CHICAGO IL  60611 | POLSINELLI PC<br>CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>SUITE 1101<br>WILMINGTON DE  19801 |
| POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN/ETTA MYERS<br>1313 NORTH MARKET ST., 6TH FL.<br>P.O. BOX 951<br>WILMINGTON DE  19899-0951 | ROBAINA & KRESIN<br>THOMAS GRIFFIN<br>ONE EAST CAMELBACK ROAD<br>SUITE 710<br>PHOENIX AZ  85012 | ROBINS KAPLAN LLP<br>SCOTT GAUTIER/LORIE BALL<br>2049 CENTURY PARK EAST<br>SUITE 3400<br>LOS ANGELES CA  90067 |
| RUDER WARE, L.L.S.C.<br>JEREMY M. WELCH<br>500 N. FIRST ST, SUITE 8000<br>P.O. BOX 8050<br>WAUSAU WI  54402-8050 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE/ABIGAIL SNOW<br>230 PARK AVENUE<br>SUITE 1130<br>NEW YORK NY  10169 | SECRETARY OF THE TREASURY<br>P.O. BOX 7040<br>DOVER DE  19903 |
| SECURITIES & EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON DC  20549 | SECURITIES & EXCHANGE COMMISSION<br>GEORGE S. CANELLOS<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK NY  10281-1022 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>CARREN B. SHULMAN<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY  10112 |

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES CA  90013 | SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN  46204 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM<br>SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON DE  19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>FELICIA GERBER PERLMAN<br>155 N. WACKER DRIVE<br>CHICAGO IL  60606-1720 | STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON DE  19801-0820 | STATE OF MI/DEPT. OF TREASURY<br>BILL SCHUETTE/HEATHER DONALD<br>3030 W. GRAND BLVD.<br>CADILLAC PLACE, SUITE 10-200<br>DETROIT MI  48202 |
| STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND OR  97701 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT/KAREN AXSOM<br>800 W. WASHINGTON ST<br>PHOENIX AZ  85007 | THE ROSNER LAW GROUP<br>JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET<br>SUITE 810<br>WILMINGTON DE  19801 |
| TN DEPT OF REVENUE<br>TN ATTY GENERAL'S OFFICE<br>PO BOX 20207<br>BANKRUPTCY DIVISION<br>NASHVILLE TN  37202-0207 | TRAVIS COUNTY<br>KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN TX  78767 | TREASURER - TAX COLLECTOR<br>BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY<br>ROOM 162<br>SAN DIEGO CA  92101 |
| TX COMPTROLLER OF PUBLIC ACCOUNTS<br>COURTNEYHULL/JOHN M. STERN<br>P.O. BOX 12548<br>BKRPT & COLLECT DIV, MC 008<br>AUSTIN TX  78711-2548 | U.S. ATTORNEY'S OFFICE<br>CHARLES M. OBERLY, III<br>P.O. BOX 2046<br>1201 MARKET ST., STE. 1100<br>WILMINGTON DE  19801 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC  20530-0001 |
| U.S. DEPARTMENT OF JUSTICE<br>LLOYD RANDOLPH/DANIELLE PHAM<br>1100 L STREET, NW, ROOM 10032<br>CIVIL DIVISION<br>WASHINGTON DC  20044-0875 | UNITED STATES DEPARTMENT OF LABOR<br>THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON DC  20210 | WATT LONG BEACH, LLC<br>JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA CA  90405 |
| WI DEPARTMENT OF JUSTICE<br>B. SCHIMEL/F. MARK BROMLEY<br>POST OFFICE BOX 7857<br>MADISON WI  53707-7857 | | |

Parties Served: 85