UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :   Case No. 15-10952-KJC
In re                                                       :   (Chapter 11/Jointly Administered)
                                                            :
CORINTHIAN COLLEGES, INC., *et al.*                         :
                                                            :
                       Debtors.                             :
------------------------------------------------------------x

**NOTICE OF APPEARANCE OF COUNSEL FOR THE UNITED STATES
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned is appearing for the United States of America, on behalf of its Department of Education. All notices and papers that are required to be served upon the United States of America must be given to and served upon me, Michael R. Sew Hoy. This appearance does not displace or amend any other entries of appearance on behalf of the United States.

In support of this motion, I aver that I am a member in good standing of the bar and eligible to practice in the courts of the State of California (admitted 2006). I also have practiced in numerous federal courts in connection with my representation of the United States through the Department of Justice.

I am registered to receive electronic notices from this Court's ECF system and my address and phone number are as follows:

Michael R. Sew Hoy
Civil Division
U.S. Department of Justice
1100 L Street, N.W., Room 10048
Washington, D.C. 20005

1

Tel: (202) 307-3571
Fax: (202) 514-9163
michael.r.sew.hoy@usdoj.gov

Further, pursuant to Bankruptcy Local Rule 9010-1(e)(i) and District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California (admitted 2006) and the United States District Court, Central District of California; and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: August 24, 2015             Respectfully submitted

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHARLES M. OBERLY, III
United States Attorney

ELLEN SLIGHTS
Assistant United States Attorney

 /s/  Michael R. Sew Hoy
RUTH A. HARVEY
TRACY J. WHITAKER
MICHAEL R. SEW HOY
(CA Bar No. 243391)
Civil Division
U. S. Department of Justice
P. O. Box 875
Ben Franklin Station
Washington, D.C.  20044-0875
(202) 307-3571

ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of August 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR THE UNITED STATES AND REQUEST FOR SERVICE OF PAPERS to be served via electronic mail upon all parties receiving electronic notice under the Court's CM/ECF system.

      /s/ Michael Sew Hoy
      Michael Sew Hoy