IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

-----------------------------------------------------------

# DECLARATION OF CATHERINE NOWNES-WHITAKER OF RUST CONSULTING/OMNI BANKRUPTCY REGARDING VOTING AND TABULATION OF BALLOTS ACCEPTING AND REJECTING THE DEBTORS' SECOND AMENDED AND MODIFIED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION

I, Catherine Nownes-Whitaker, hereby declare that the following is true to the best of my knowledge, information, and belief:[2]

1. I am over the age of 18 and competent to testify and make this declaration (the "**Declaration**"). I am an employee of Rust Consulting/Omni Bankruptcy ("**Rust Omni**"), the court-approved notice and claims agent and administrative agent in the above-captioned chapter 11 cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan or the Solicitation Procedures Order (each as defined below), as applicable.

2.      I submit this Declaration with respect to the *Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 655] (as may be amended or modified, the "**Plan**").  I am authorized to submit this Declaration on behalf of Rust Omni and the Debtors.  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  As to statements of fact of which I do not have direct personal knowledge, I understand and believe them to be true based upon information gathered from other employees of Rust Omni, my review of relevant documents and Court pleadings, and information provided to me by the Debtors and the Debtors' advisors.  If called upon as a witness, I could and would competently testify as to all of the matters stated herein on that basis.

3.      In accordance with the *Order Pursuant to Bankruptcy Code Section 327(a) and Bankruptcy Rule 2014(a) Approving the Employment and Retention of Rust Consulting/Omni Bankruptcy as Administrative Agent to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 203], Rust Omni was authorized to assist the Debtors in connection with, *inter alia*, solicitation, receiving and tabulating ballots accepting or rejection the Plan.

**I.      Service and Transmittal of Solicitation Packages and Related Information**

4.      Pursuant to the Plan, Holders of Claims in Classes 1, 4 and 5 as of the Voting Record Date (as defined below) were entitled to vote to accept or reject the Plan (collectively, the "**Voting Classes**").  The procedures for the solicitation and tabulation of votes on the Plan are set forth by the *Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Form of Ballots and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing, and (F) Approving Related*

*Notice Procedures* [Docket No. 658] (the "**Solicitation Procedures Order**"). Rust Omni was instructed to solicit, review, determine validity of, and tabulate Ballots submitted to vote for the acceptance or rejection of the Plan by the Holders of Claims in the Voting Classes in accordance with the Solicitation Procedures Order.

5. On July 30, 2015, in accordance with the solicitation procedures as set forth in the Solicitation Procedures Order, Rust Omni filed *Affidavit of Service re: Plan Solicitation for Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation*, dated August 5, 2015 [Docket No. 712].

## II.     General Tabulation Procedures

6. As set forth in the Solicitation Procedures Order, July 27, 2015 (the "**Voting Record Date**") was established as the record date for determining the Holders of Claims in the Voting Classes who would be entitled to vote to accept or reject the Plan. Rust Omni relied on the claims register maintained in these chapter 11 cases, in consultation with counsel to the Debtors, to identify and solicit the Holders of Claims in the Voting Classes entitled to vote to accept or reject the Plan.

7. In order for a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the Solicitation Procedures Order and executed by the relevant Holder, or such Holder's authorized representative, and must have been received by Rust Omni by the deadline of August 21, 2015, at 5:00 p.m. (prevailing Eastern Time) (the "**Voting Deadline**"), except as otherwise provided by the Solicitation Procedures Order. All completed Ballots were required to be mailed to Rust Consulting/Omni Bankruptcy, 5955 De Soto Ave., Suite 100, Woodland Hills, California 91367, to which address was listed on the Ballots, emailed to CorinthianColleges@omnimgt.com, or uploaded on Rust Omni's website at

www.omnimgt.com/corinthiancolleges so as to be received by Rust Omni no later than the Voting Deadline.

8.  All validly executed Ballots cast by Holders of Claims in Voting Classes received by Rust Omni on or before the Voting Deadline were tabulated as outlined in the Solicitation Procedures Order. Copies of all Ballots are available for inspection upon request.

### III.  The Voting Results

9.  I was primarily responsible for supervising the employees of Rust Omni in connection with the tabulation of the Ballots received for the acceptance or rejection of the Plan. The pertinent information from the Ballots received from Holders of Claims in Classes 1, 4 and 5 (the "**Counted Ballots**") was recorded on the ballot tabulation reports attached hereto as Exhibit A, Exhibit B and Exhibit C, respectively.

10.  Pursuant to the Solicitation Procedures Order, the Debtors would not count or consider for any purpose in determining whether the Plan has been accepted or rejected the following Ballots, as applicable: (a) any Ballot that did not indicate an acceptance or rejection of the Plan or indicated both an acceptance and rejection of the Plan; (b) any Ballot that was returned indicating acceptance or rejection of the Plan but was unsigned; (c) if a claimholder cast simultaneous duplicative Ballots that voted inconsistently; and (d) Ballots that partially rejected and partially accepted the Plan.

11.  The following chart summarizes the Counted Ballots:

| Class 1 –Prepetition Lenders Secured Claims | | Result |
|---|---|---|
| **Ballots Received** | 1 vote accepting the Plan.<br>0 votes rejecting the Plan. | **Accept** |
| **Acceptance** | 100% in number of voted accepting the Plan<br>100% in dollar amount accepting the Plan ($6,000,000.00) | |
| **Rejection** | 0.0% in number of voted rejecting the Plan<br>0.0% in dollar amount rejecting the Plan ($0.00) | |

4

| Class 4 – General Unsecured Claims | | Result |
|---|---|---|
| **Ballots Received** | 256 votes accepting the Plan.<br>17 votes rejecting the Plan. | **Accept** |
| **Acceptance** | 93.77% in number of voted accepting the Plan<br>96.82% in dollar amount accepting the Plan ($114,322,250.45) | |
| **Rejection** | 6.23% in number of voted rejecting the Plan<br>3.18% in dollar amount rejecting the Plan ($3,760,077.06) | |
| **Class 5 – Student Claims and Government Education Claims** | | **Result** |
| **Ballots Received** | 1,047 votes accepting the Plan.<br>75 votes rejecting the Plan. | **Accept** |
| **Acceptance** | 93.32% in number of voted accepting the Plan<br>99.93% in dollar amount accepting the Plan ($2,537,805,093.51) | |
| **Rejection** | 6.68% in number of voted rejecting the Plan<br>.07% in dollar amount rejecting the Plan ($1,801,622.10) | |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 24, 2015

Respectfully submitted,

_____
Catherine Nownes-Whitaker