EXHIBIT A

# Debtor: Corinthian Colleges, Inc.
## Case No. 15-10952
## Claims Ballot Detail Results
## Class 1 - Prepetition Lenders Secured Claims

| Class Summary | Voting Outcome: | Accepted |
|---|---|---|

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 1 | 1 | 1 | 0 | 0 |
| Vote %: | | | 100.00% | 0.00% | |
| Amt: | | $6,000,000.00 | $6,000,000.00 | $0.00 | |
| Amt %: | | | 100.00% | 0.00% | |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Comment |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | 80875 | S76562 | 8/20/2015 | $6,000,000.00 | $6,000,000.00 | Accept | Tabulated as ordered in docket 798 |

*Friday, August 21, 2015*

*15-10952 - Page 1 of 1*

RUST CONSULTING | OMNI BANKRUPTCY
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 704-0415