EXHIBIT B

**Debtor: Corinthian Colleges, Inc.**
Case No. 15-10952

**Claims Ballot Detail Results**

**Class 4 - General Unsecured Claims**

## Class Summary

Voting Outcome: **Accepted**

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 336 | 273 | 256 | 17 | 63 |
| Vote %: |  |  | 93.77% | 6.23% |  |
| Amt: |  | $118,082,327.51 | $114,322,250.45 | $3,760,077.06 |  |
| Amt %: |  |  | 96.82% | 3.18% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| 8757 GA, LLC | 76770 | C1551 | 8/10/2015 | $550,642.24 | $550,642.24 | Accept | ☐ |  |
| A AND K JANITORIAL INC. | 77215 | C2295 | 8/13/2015 | $17,680.00 | $17,680.00 | Accept | ☐ |  |
| ABBAS SALIHOMAR | 76443 | C862 | 8/17/2015 | $1.00 | $1.00 | Accept | ☐ | Voter put an amount of $31,496.33 as ballot amount. Filed claim amount used for tabulation purposes. |
| ABSOLUTE PLUMBING AND DRAIN | 76047 | C182 | 8/6/2015 | $364.00 | $0.00 | Invalid | ☐ | Voted Both or None, Vote not indicated. |
| ACI ENTERPRISES, INC. | 75898 | C47 | 8/17/2015 | $68,197.45 | $0.00 | Invalid | ☐ | Voted Both or None, Vote not indicated. |
| ADAM C. BARR | 78442 | C608 | 8/17/2015 | $10,000.00 | $10,000.00 | Accept | ☐ |  |
| AIR SCENT, INC. | 77017 | C1863 | 8/10/2015 | $582.08 | $582.08 | Accept | ☐ |  |
| AKIN GUMP STRAUSS HAUER & FELD LLP | 76645 | C1234 | 8/11/2015 | $37,655.79 | $37,655.79 | Accept | ☑ |  |
| ALII FIRE PROTECTION CO. LTD. | 80998 | C258 | 8/10/2015 | $120.42 | $120.42 | Accept | ☐ |  |
| ALIREZA LENAJAVI | 80153 | C3053 | 8/10/2015 | $20,333.00 | $20,333.00 | Accept | ☐ |  |
| ALMA F GAMBOA | 77353 | C2585 | 8/20/2015 | $6,000.00 | $6,000.00 | Accept | ☐ |  |
| ALPHA CREATIONS AWARDS LLC | 76339 | C693 | 8/13/2015 | $257.95 | $257.95 | Accept | ☑ |  |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81599 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81610 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |

*Friday, August 21, 2015*                                                                                                                      15-10952 - Page 1 of 15

RUST CONSULTING | OMNI BANKRUPTCY
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 704-0415

**Debtor: Corinthian Colleges, Inc.**
**Case No. 15-10952**
**Claims Ballot Detail Results**
**Class 4 - General Unsecured Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81609 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81608 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81597 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81598 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81614 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Ballot not signed, Voted to Reject Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall b |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81615 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81611 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81612 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |

**RUST CONSULTING | OMNI BANKRUPTCY**                    Visit us on the Web at www.omnimgt.com                    **PHONE:** (818) 906-8300
**5955 DE SOTO AVENUE, SUITE 100**                       E-Mail: claimsmanager@omnimgt.com                          **FAX:** (818) 704-0415
**WOODLAND HILLS, CA 91367**

**Debtor: Corinthian Colleges, Inc.**
**Case No. 15-10952**
**Claims Ballot Detail Results**
**Class 4 - General Unsecured Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81613 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81602 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81596 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81593 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81594 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81601 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81600 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81623 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |

**RUST CONSULTING | OMNI BANKRUPTCY**          Visit us on the Web at www.omnimgt.com          **PHONE:** (818) 906-8300
**5955 DE SOTO AVENUE, SUITE 100**                E-Mail: claimsmanager@omnimgt.com              **FAX:** (818) 704-0415
**WOODLAND HILLS, CA 91367**

**Debtor: Corinthian Colleges, Inc.**
**Case No. 15-10952**
**Claims Ballot Detail Results**
**Class 4 - General Unsecured Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81622 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81616 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81603 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81617 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81604 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81607 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81618 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81595 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |

**RUST CONSULTING | OMNI BANKRUPTCY**              Visit us on the Web at www.omnimgt.com                              **PHONE:** (818) 906-8300
**5955 DE SOTO AVENUE, SUITE 100**                       E-Mail: claimsmanager@omnimgt.com                                    **FAX:** (818) 704-0415
**WOODLAND HILLS, CA 91367**

# Debtor: Corinthian Colleges, Inc.
## Case No. 15-10952
## Claims Ballot Detail Results
### Class 4 - General Unsecured Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81619 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81620 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 76903 | C1691 | 8/18/2015 | $133,768.43 | $133,768.43 | Reject | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81621 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81605 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | 81606 | C1691 | 8/18/2015 | $133,768.43 | $0.00 | Invalid | ☐ | Voter returned 32 duplicate ballots with multiple amounts. Pursuant to voting order "If a claimant holds more than one claim in a Voting Class against the Debtors based upon different transactions, such claimant shall be entitled to one vote for numerosi |
| AMERICAN SOCIETY OF HEALTH | 76309 | C662 | 8/5/2015 | $11,500.00 | $0.00 | Invalid | ☐ | Voted Both or None, Vote not indicated. |
| ANDREW EMBLETON | 76329 | C688 | 8/12/2015 | $16,481.42 | $16,481.42 | Accept | ☐ | |
| ANGELA E. PHILLIPS | 77244 | C2347 | 8/21/2015 | $46,928.57 | $46,928.57 | Accept | ☐ | |
| AREND CLAYBORN | 76125 | C343 | 8/7/2015 | $199.21 | $199.21 | Accept | ☑ | |
| ARMSTRONG PRODUCTIONS, INC. | 76670 | C1283 | 8/10/2015 | $1,000.00 | $0.00 | Invalid | ☐ | Voted Both or None, Vote not indicated. |
| ASHLEY SMALL | 81457 | C3029 | 8/17/2015 | $32,844.00 | $32,844.00 | Accept | ☑ | |
| AUTOMATIONDIRECT.COM, INC. | 76497 | C943 | 8/10/2015 | $1,802.00 | $1,802.00 | Accept | ☐ | |
| BANK OF AMERICA | 80877 | S76563 | 8/20/2015 | $91,000,000.00 | $91,000,000.00 | Accept | ☐ | Tabulated as ordered in docket 798 |

*Friday, August 21, 2015*   15-10952 - Page 5 of 15

**RUST CONSULTING | OMNI BANKRUPTCY**
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 704-0415

**Debtor: Corinthian Colleges, Inc.**
Case No. 15-10952

## Claims Ballot Detail Results

### Class 4 - General Unsecured Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| BARBARA KNUDSON | 54186 | S74412 | 8/7/2015 | $547.23 | $547.23 | Accept | ☐ | Voter put an amount of $527.23 as their voting amount. Filed claim amount used for tabulation purposes. |
| BARRY HORODNER | 77220 | C2319 | 8/7/2015 | $25,666.37 | $25,666.37 | Accept | ☑ | |
| BASCH SUBSCRIPTIONS, INC. | 52064 | S69331 | 8/12/2015 | $3,415.58 | $3,415.58 | Accept | ☐ | |
| BASCH SUBSCRIPTIONS, INC. | 51563 | S70216 | 8/12/2015 | $341.55 | $341.55 | Accept | ☐ | |
| BASCH SUBSCRIPTIONS, INC. | 52237 | S70282 | 8/12/2015 | $762.80 | $762.80 | Accept | ☐ | |
| BASCH SUBSCRIPTIONS, INC. | 51688 | S69068 | 8/12/2015 | $3,163.85 | $3,163.85 | Accept | ☐ | |
| BAWMANN GROUP, INC., THE | 51364 | S68829 | 8/17/2015 | $4,492.73 | $0.00 | Invalid | ☐ | Voted Both or None, Vote not indicated. |
| BAY ALARM | 51456 | S69634 | 8/17/2015 | $8,675.83 | $0.00 | Invalid | ☐ | Ballot not signed, Voted to Accept Voter put an amount of $2,242.12 as ballot amount. Filed claim amount used for tabulaiton purposes. |
| BB&S DEVELOPMENT, LLC | 81285 | C2397 | 8/21/2015 | $744,453.31 | $744,453.31 | Accept | ☐ | |
| BECKY FITTON | 76454 | C882 | 8/17/2015 | $18,415.00 | $18,415.00 | Accept | ☐ | |
| BELL ELECTRICAL SUPPLY, INC. | 76202 | C471 | 8/10/2015 | $5,472.61 | $5,472.61 | Accept | ☐ | |
| BENICIA PLUMBING, INC. | 76139 | C368 | 8/6/2015 | $1,588.83 | $1,588.83 | Accept | ☐ | |
| BETHEL CHURCH OF SAN JOSE | 76150 | C373 | 8/21/2015 | $800.00 | $800.00 | Accept | ☐ | |
| BILL PARTINGTON'S SAFE & LOCK | 51927 | S69537 | 8/11/2015 | $85.00 | $85.00 | Accept | ☐ | |
| BOB'S LOCK, SAFE & KEY | 51079 | S70237 | 8/7/2015 | $131.40 | $131.40 | Accept | ☐ | |
| BRE/OC GRIFFIN, L.L.C A DELAWARE LIMITED LIABILITY COMPANY | 77515 | C2928 | 8/21/2015 | $40,557.97 | $0.00 | Invalid | ☑ | Voted Both or None, Vote not indicated. |
| BRETT MANN | 77516 | C2930 | 8/21/2015 | $29,824.22 | $29,824.22 | Accept | ☐ | |
| BURRELLESLUCE | 75905 | C56 | 8/6/2015 | $5,908.44 | $5,908.44 | Accept | ☑ | |
| C R FIRELINE INC | 76538 | C1032 | 8/19/2015 | $3,925.00 | $0.00 | Invalid | ☐ | Voted Both or None, Vote not indicated. |
| C.R. FIRELINE, INC. | 76536 | C1030 | 8/19/2015 | $3,925.00 | $0.00 | Invalid | ☐ | duplicate of ballot 76538, Vote not indicated. |
| CALL RECORDING CENTER | 76268 | C570 | 8/14/2015 | $41,908.62 | $41,908.62 | Reject | ☐ | |
| CAMMON BUILDING SERVICES INC | 76067 | C213 | 8/10/2015 | $802.50 | $802.50 | Accept | ☑ | |
| CAMPUSDOOR HOLDINGS, INC. | 81021 | C495 | 8/18/2015 | $14,470.00 | $0.00 | Invalid | ☐ | duplicate of ballot 76212, Voted to Accept |
| CAMPUSDOOR HOLDINGS, INC. | 76212 | C495 | 8/18/2015 | $14,470.00 | $14,470.00 | Accept | ☐ | |
| CANDACE QUESADA | 81365 | C2808 | 8/17/2015 | $30,000.00 | $30,000.00 | Accept | ☑ | |
| CAROL STANFORD | 80882 | C6 | 8/14/2015 | $108,170.90 | $108,170.90 | Accept | ☐ | |
| CAROLINA BIOLOGICAL SUPPLY COMPANY | 76068 | C219 | 8/10/2015 | $2,396.50 | $2,396.50 | Accept | ☐ | |
| CATHERINE BARTRUG | 77356 | C2589 | 8/21/2015 | $45,761.63 | $45,761.63 | Accept | ☐ | |
| CATHERINE E KEMP | 76677 | C1304 | 8/7/2015 | $787.38 | $0.00 | Invalid | ☐ | Vote not indicated, Vote not indicated. |

*Friday, August 21, 2015*                                            15-10952 -  Page 6 of 15

**RUST CONSULTING | OMNI BANKRUPTCY**            Visit us on the Web at www.omnimgt.com            PHONE: (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100                   E-Mail: claimsmanager@omnimgt.com               FAX: (818) 704-0415
WOODLAND HILLS, CA 91367

**Debtor: Corinthian Colleges, Inc.**
Case No. 15-10952
**Claims Ballot Detail Results**
**Class 4 - General Unsecured Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| CEDRIC D PAGE | 76432 | C836 | 8/11/2015 | $6,868.00 | $6,868.00 | Accept | ☐ | |
| CENTER FOR HEARING & DEAF SERVICES, INC. | 77065 | C1949 | 8/7/2015 | $9,250.00 | $9,250.00 | Accept | ☐ | |
| CENTRAL VALLEY CULLIGAN | 76017 | C154 | 8/12/2015 | $633.78 | $633.78 | Accept | ☐ | Voter put an amount of $571.99 as their voting amount. Filed claim amount used for tabulation purposes. |
| CERNIC'S INC | 76071 | C224 | 8/11/2015 | $564.55 | $564.55 | Accept | ☐ | |
| CHRISTI HAYS | 76975 | C1822 | 8/17/2015 | $1.00 | $1.00 | Reject | ☐ | |
| CHRISTIAN HALL | 77108 | C2051 | 8/21/2015 | $46,000.00 | $46,000.00 | Accept | ☑ | |
| CHRISTOPHER HOOFE | 81204 | C1828 | 8/6/2015 | $578.24 | $0.00 | Invalid | ☐ | Duplicate of ballot 76980., Voted to Accept |
| CHRISTOPHER HOOFE | 76980 | C1828 | 8/17/2015 | $578.24 | $578.24 | Accept | ☐ | |
| CITLALI E SELLS | 77135 | C2109 | 8/17/2015 | $7,786.80 | $7,786.80 | Accept | ☐ | |
| CITY OF SACRAMENTO | 53143 | S69985 | 8/10/2015 | $60.00 | $60.00 | Accept | ☐ | |
| CITY OF SAN JOSE, FINANCIAL DEPARTMENT | 75867 | C29 | 8/7/2015 | $441.71 | $441.71 | Accept | ☐ | |
| CITY WIDE OF GREATER LOS ANGELES | 75863 | C25 | 8/17/2015 | $7,892.00 | $7,892.00 | Accept | ☐ | |
| CIVIL COURT TECHNOLOGIES | 51846 | S68926 | 8/7/2015 | $577.50 | $577.50 | Accept | ☐ | |
| CLEAN AIR CAB | 75917 | C67 | 8/7/2015 | $16.40 | $16.40 | Accept | ☐ | |
| CLEAN SWEEP SWEEPING | 77221 | C2322 | 8/12/2015 | $1,620.00 | $1,620.00 | Accept | ☐ | |
| CLIMA TEMP SERVICE GROUP LLC | 76080 | C238 | 8/11/2015 | $1,203.51 | $1,203.51 | Accept | ☐ | |
| COLLEGESOURCE, INC. | 76663 | C1262 | 8/18/2015 | $14,808.00 | $14,808.00 | Accept | ☐ | |
| COMPLETE MEDICAL CONSULTANTS, LLC | 76121 | C342 | 8/17/2015 | $380.00 | $0.00 | Invalid | ☑ | Voted Both or None, Vote not indicated. |
| CONTEMPORARY HEATING & AIR CONDITIONING | 76165 | C394 | 8/6/2015 | $6,045.44 | $6,045.44 | Accept | ☐ | |
| CPR SUCCESS | 77248 | C2352 | 8/21/2015 | $1,466.00 | $1,466.00 | Accept | ☐ | |
| CT CORPORATION SYSTEM | 51289 | S68713 | 8/14/2015 | $35,506.03 | $35,506.03 | Accept | ☐ | |
| CTS AIR SERVICES INC. | 77431 | C2766 | 8/20/2015 | $293.38 | $293.38 | Accept | ☐ | |
| CYNTHIA F GOTTLIEB | 54515 | S74214 | 8/12/2015 | $26.01 | $26.01 | Accept | ☐ | |
| D.S. BAXLEY, INC. | 76182 | C410 | 8/12/2015 | $1,948.00 | $1,948.00 | Accept | ☐ | |
| DANIEL LALOWSKI | 77189 | C2230 | 8/21/2015 | $400,000.00 | $400,000.00 | Reject | ☑ | |
| DAVID DEMASI | 76061 | C201 | 8/7/2015 | $3,280.00 | $3,280.00 | Accept | ☑ | |
| DAVIS SECURITY TRAINING CENTER | 50746 | S69217 | 8/10/2015 | $320.00 | $320.00 | Accept | ☐ | |
| DEANNA HAYES | 76662 | C1255 | 8/10/2015 | $33,949.92 | $33,949.92 | Accept | ☐ | |
| DEBORAH ELLEN SALDANA | 76735 | C1481 | 8/17/2015 | $166.51 | $166.51 | Accept | ☐ | |

RUST CONSULTING | OMNI BANKRUPTCY
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 704-0415

**Debtor: Corinthian Colleges, Inc.**
Case No. 15-10952
Claims Ballot Detail Results
Class 4 - General Unsecured Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| DEBORAH M. BARRETT | 77464 | C2831 | 8/10/2015 | $5,361.20 | $5,361.20 | Accept | ☐ | |
| DECORATIVE PLANT SERVICE INC. | 76196 | C460 | 8/10/2015 | $7,261.41 | $7,261.41 | Accept | ☐ | |
| DILIGENT BOARD MEMBER SERVICES INC. | 50969 | S68725 | 8/21/2015 | $27,000.00 | $27,000.00 | Accept | ☑ | |
| DISCOUNT PLUMBING 24HR | 76616 | C1185 | 8/10/2015 | $258.00 | $258.00 | Accept | ☐ | |
| DONALD BAUMEISTER | 55247 | S74429 | 8/10/2015 | $811.57 | $811.57 | Accept | ☐ | Voter put amount of $5,000.00 as ballot amount. Filed claim amount used for tabulation purposes. |
| DONALD TILLEY | 50439 | S67450 | 8/10/2015 | $41,203.66 | $41,203.66 | Accept | ☐ | |
| D'VAYSIA STROZIER | 79152 | C1678 | 8/10/2015 | $16,450.00 | $0.00 | Invalid | ☐ | Voted Both or None, Vote not indicated. |
| EASTERN REFRIGERATION SUPPLY CO INC | 76395 | C753 | 8/10/2015 | $713.39 | $713.39 | Accept | ☐ | |
| ECHARTER | 52519 | S70251 | 8/18/2015 | $27,260.00 | $27,260.00 | Accept | ☐ | |
| ECHARTER | 50640 | S69648 | 8/18/2015 | $7,200.00 | $7,200.00 | Accept | ☐ | |
| ECHARTER BUS, LLC | 52141 | S70253 | 8/18/2015 | $8,930.00 | $8,930.00 | Accept | ☐ | |
| ECHARTER BUS, LLC | 51371 | S69621 | 8/18/2015 | $11,040.00 | $11,040.00 | Accept | ☐ | |
| EDWARD A. JOHNSON | 80930 | C45 | 8/19/2015 | $230,489.00 | $230,489.00 | Accept | ☐ | Voter put an amount of $242,964.00 as their voting amount. Filed claim amount used for tabulation purposes. |
| EDWARD A. JOHNSON | 80932 | C46 | 8/19/2015 | $230,489.00 | $0.00 | Invalid | ☐ | Duplicate of ballot 80930., Voted to Accept |
| EDWIN N. WILKINS, JR. | 75832 | C2 | 8/10/2015 | $85,421.26 | $85,421.26 | Accept | ☐ | |
| ELAINA CHANCE | 52862 | S73725 | 8/14/2015 | $628.34 | $628.34 | Accept | ☐ | |
| ELIZABETH CLARK | 53404 | S73717 | 8/10/2015 | $575.36 | $575.36 | Accept | ☐ | |
| EVELYN A. SCHEMMEL | 76733 | C1478 | 8/10/2015 | $250,666.61 | $250,666.61 | Accept | ☐ | |
| EVEREST ENTERPRISES | 76510 | C975 | 8/19/2015 | $123.45 | $123.45 | Accept | ☐ | |
| EVERSOURCE | 50334 | S69223 | 8/17/2015 | $291.04 | $291.04 | Accept | ☐ | Voter put an amount of $1,370.03 as ballot amount. Filed claim amount used for tabulation purposes. |
| EVIDENT CRIME SCENE PRODUCTS | 76857 | C1659 | 8/19/2015 | $1,797.20 | $1,797.20 | Accept | ☐ | |
| EVT AUTOMOBILE EQUIPMENT INC. | 51454 | S69267 | 8/21/2015 | $80.07 | $0.00 | Invalid | ☐ | Voted Both or None, Vote not indicated. |
| FBG SERVICE CORPORATION | 76416 | C795 | 8/17/2015 | $41,099.20 | $41,099.20 | Accept | ☐ | Voter put an amount of $38,537.52 as ballot amount. Filed claim amount used for tabulaiton purposes. |
| FLOYD D WOOD JR | 52783 | S73173 | 8/19/2015 | $1,202.56 | $1,202.56 | Accept | ☐ | |
| FRANCINE B. KULICK | 76860 | C1665 | 8/13/2015 | $4,875.00 | $4,875.00 | Accept | ☐ | |
| FREDRICO COLLINS | 81354 | C2661 | 8/20/2015 | $11,000.00 | $11,000.00 | Accept | ☐ | |
| GAIL TORAASON MCGAFFICK, INC. | 51344 | S68836 | 8/21/2015 | $4,000.00 | $4,000.00 | Accept | ☐ | |
| GEORGIA GREEN | 77334 | C2495 | 8/21/2015 | $10,200.00 | $10,200.00 | Accept | ☑ | |
| GERALD LAWRENCE | 77186 | C2214 | 8/18/2015 | $9,120.04 | $9,120.04 | Accept | ☐ | |

**RUST CONSULTING | OMNI BANKRUPTCY**           Visit us on the Web at www.omnimgt.com                    **PHONE: (818) 906-8300**
**5955 DE SOTO AVENUE, SUITE 100**                E-Mail: claimsmanager@omnimgt.com                          **FAX: (818) 704-0415**
**WOODLAND HILLS, CA 91367**

**Debtor: Corinthian Colleges, Inc.**

Case No. 15-10952

## Claims Ballot Detail Results

### Class 4 - General Unsecured Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| GHAZANFAR MAHMOOD | 81211 | C1849 | 8/20/2015 | $9,880.00 | $16,000.00 | Accept | ✔ | |
| GLADYS E FRANQUI | 52895 | S73758 | 8/21/2015 | $776.48 | $0.00 | Invalid | | Voted Both or None, Vote not indicated. |
| GLENN L SONNTAG CSR | 76340 | C696 | 8/7/2015 | $1,702.00 | $1,702.00 | Accept | | |
| GOODMANS INTERIOR STRUCTURES | 51862 | S69329 | 8/7/2015 | $3,730.49 | $3,730.49 | Reject | | |
| GOOGLE INC. | 75907 | C58 | 8/17/2015 | $47,275.78 | $47,275.78 | Accept | ✔ | |
| GRADUATION SOLUTIONS LLC | 80880 | C5 | 8/8/2015 | $3,752.45 | $3,752.45 | Accept | | |
| GRADUATION SOLUTIONS LLC | 75835 | C5 | 8/8/2015 | $3,752.45 | $0.00 | Invalid | | Duplicate of ballot 80880, Voted to Accept |
| GRADUATIONSOURCE | 50502 | S68834 | 8/8/2015 | $4,108.05 | $4,108.05 | Accept | | |
| GRADUATIONSOURCE | 51672 | S69688 | 8/10/2015 | $3,762.45 | $3,762.45 | Accept | | |
| GREG DLABACH | 76063 | C203 | 8/17/2015 | $240,000.00 | $240,000.00 | Accept | | |
| GREGORY MCHUGH | 77173 | C2167 | 8/7/2015 | $39,428.59 | $39,428.59 | Accept | | |
| HAWAII SOUND SYSTEMS INC | 77426 | C2748 | 8/13/2015 | $345.51 | $345.51 | Accept | | |
| HEALTH FITNESS CORPORATION | 76560 | C1078 | 8/10/2015 | $29,866.56 | $29,866.56 | Accept | | |
| HENRY H. OU & SUSAN Y. OU | 76701 | C1382 | 8/7/2015 | $2,556.48 | $2,556.48 | Accept | | |
| HUNTER ENGINEERING/SERVICE | 52253 | S70300 | 8/10/2015 | $234.13 | $234.13 | Accept | | |
| IGNACIO L.VEGA | 76177 | C405 | 8/14/2015 | $1,255.00 | $1,255.00 | Accept | | |
| INTRADE CORPORATION | 51703 | S69809 | 8/7/2015 | $1,000.63 | $1,000.63 | Accept | | |
| IT-SMITH DBA SMITH CONSULTING | 76813 | C1575 | 8/17/2015 | $4,500.00 | $4,500.00 | Accept | | |
| JAMES CAMOZA | 76978 | C1826 | 8/19/2015 | $6,400.00 | $6,400.00 | Accept | | |
| JAMES D WADE JR | 76281 | C607 | 8/10/2015 | $47,775.00 | $47,775.00 | Accept | | |
| JAMES MAZZA | 76480 | C939 | 8/7/2015 | $8,798.36 | $8,798.36 | Accept | | |
| JAMES R MIRR | 81046 | C706 | 8/7/2015 | $64,156.00 | $64,156.00 | Accept | | |
| JAMES WAYNE AMERSON | 76446 | C872 | 8/10/2015 | $1.00 | $1.00 | Accept | ✔ | |
| JAY LEE MATTHIE | 53334 | S73821 | 8/7/2015 | $1,752.99 | $1,752.99 | Accept | | |
| JC PAPER | 81120 | C1223 | 8/6/2015 | $3,144.74 | $3,144.74 | Accept | | |
| JD/LD VIRGINIA LLC | 81186 | C1674 | 8/20/2015 | $4,816,762.86 | $4,816,762.86 | Accept | ✔ | |
| JELENNY HERNANDEZ | 53594 | S73591 | 8/18/2015 | $247.42 | $247.42 | Accept | | |
| JENNIFER ANN PAULK | 76615 | C1178 | 8/8/2015 | $37,000.00 | $37,000.00 | Accept | | |
| JENNIFER ROODAZANT | 77160 | C2143 | 8/19/2015 | $55,977.00 | $55,977.00 | Accept | | |
| JERMAINE MYERS | 77198 | C2260 | 8/20/2015 | $10,000.00 | $10,000.00 | Accept | | |
| JIM WADE | 81062 | C850 | 8/10/2015 | $434,560.00 | $434,560.00 | Accept | | |
| JO ANNE GAUER | 76625 | C1210 | 8/7/2015 | $8,272.96 | $8,272.96 | Accept | | |

**RUST CONSULTING | OMNI BANKRUPTCY**  
5955 DE SOTO AVENUE, SUITE 100  
WOODLAND HILLS, CA 91367  

Visit us on the Web at www.omnimgt.com  
E-Mail: claimsmanager@omnimgt.com  

PHONE: (818) 906-8300  
FAX: (818) 704-0415

**Debtor: Corinthian Colleges, Inc.**
Case No. 15-10952
Claims Ballot Detail Results
Class 4 - General Unsecured Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| JOHN H HANEY | 76038 | C172 | 8/19/2015 | $920.00 | $920.00 | Accept | ☐ | |
| JOHN J. SMITH | 75976 | C115 | 8/10/2015 | $36,085.00 | $36,085.00 | Accept | ☐ | |
| JOHN KUMINECZ | 54178 | S74411 | 8/7/2015 | $523.32 | $523.32 | Accept | ☐ | |
| JOHN LAFLECHE | 81458 | C3035 | 8/17/2015 | $23,425.00 | $23,425.00 | Accept | ☑ | |
| JOHNSTONE SUPPLY | 76946 | C1778 | 8/6/2015 | $621.35 | $621.35 | Accept | ☐ | |
| JOHNSTONE SUPPLY OF L.B. | 76576 | C1100 | 8/6/2015 | $3,943.17 | $3,943.17 | Accept | ☐ | |
| JONKEISHA BROWNLOW | 76948 | C1785 | 8/13/2015 | $14,757.74 | $14,757.74 | Accept | ☐ | |
| JOSE GUTIERREZ | 71869 | S74533 | 8/17/2015 | $4,413.00 | $4,413.00 | Accept | ☐ | |
| JOSEFINA D ABAWAG | 76678 | C1307 | 8/17/2015 | $9,522.79 | $9,522.79 | Accept | ☐ | |
| JOSEPH SPRACHER | 76220 | C505 | 8/17/2015 | $8,163.74 | $8,163.74 | Accept | ☑ | |
| JOY LAWRENCE | 77080 | C2001 | 8/18/2015 | $9,144.48 | $9,144.48 | Accept | ☐ | |
| K & L GATES LLP | 50981 | S68840 | 8/5/2015 | $3,674.72 | $3,674.72 | Accept | ☐ | |
| KAISER ECKHARDT | 77151 | C2123 | 8/19/2015 | $36,000.00 | $36,000.00 | Accept | ☐ | |
| KAPLAN HIGHER EDUCATION CORP-NIT | 81192 | C1786 | 8/21/2015 | $30,160.25 | $30,160.25 | Accept | ☑ | |
| KARIN TELES | 81090 | C1011 | 8/13/2015 | $5,809.33 | $5,809.33 | Accept | ☐ | |
| KIMBERLY R SIMON | 76078 | C234 | 8/11/2015 | $1.00 | $1.00 | Accept | ☐ | |
| KIMBERLY WAGG | 76315 | C674 | 8/7/2015 | $7,321.29 | $7,321.29 | Accept | ☐ | |
| KIRCH-METRO COMPANY, LLC | 51043 | S67741 | 8/21/2015 | $60,399.11 | $107,244.64 | Reject | ☑ | |
| KRISTY Y. THOMAS | 76965 | C1807 | 8/19/2015 | $2,206.08 | $2,206.08 | Accept | ☑ | |
| KRYSTAL B. JACKSON | 76167 | C395 | 8/20/2015 | $17,367.68 | $17,367.38 | Accept | ☐ | |
| L.C WILLIAMS AND ASSOCIATES | 76169 | C397 | 8/17/2015 | $16,715.91 | $16,715.91 | Accept | ☐ | |
| LAMPERT AT 25500 INDUSTRIAL BLVD., LLC | 76720 | C1440 | 8/10/2015 | $1,785,065.68 | $1,785,065.68 | Accept | ☐ | Voter put an amount of $1,851,647.66 as their voting amount. Filed claim amount used for tabulation purposes. |
| LASER RECHARGE CO | 81031 | C612 | 8/11/2015 | $598.13 | $598.13 | Accept | ☑ | |
| LAW OFFICES OF PREHODA, LEONARD & EDWARD | 76115 | C324 | 8/7/2015 | $3,750.00 | $3,750.00 | Accept | ☐ | |
| LAW OFFICES OF RALPH C POND PLLC | 76230 | C526 | 8/10/2015 | $9,687.87 | $9,687.87 | Accept | ☐ | |
| LIFESIGNS, INC | 76152 | C374 | 8/7/2015 | $1,450.00 | $1,450.00 | Accept | ☐ | |
| LINDA REN | 76479 | C930 | 8/19/2015 | $25,371.39 | $25,371.39 | Accept | ☐ | |
| LINDEN OAKS INTERNAL MEDICINE, PLLC | 77412 | C2705 | 8/17/2015 | $6,500.00 | $6,500.00 | Accept | ☐ | |
| LINDSAY T AVILAS | 53465 | S72959 | 8/21/2015 | $226.99 | $226.99 | Accept | ☐ | |
| LIVESCAN N MORE | 51048 | S68882 | 8/7/2015 | $1,620.00 | $1,620.00 | Accept | ☐ | |

**RUST CONSULTING | OMNI BANKRUPTCY**
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 704-0415

**Debtor: Corinthian Colleges, Inc.**
Case No. 15-10952

## Claims Ballot Detail Results

### Class 4 - General Unsecured Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| LIVESCAN N MORE | 52246 | S70187 | 8/7/2015 | $1,448.00 | $1,448.00 | Accept | ☐ | |
| LOUIS RANGEL | 81465 | C3138 | 8/20/2015 | $27,000.00 | $27,000.00 | Accept | ☐ | |
| LUTHER LUEDTKE | 77061 | C1942 | 8/17/2015 | $15,000.00 | $15,000.00 | Accept | ☐ | |
| MANATT, PHELPS AND PHILLIPS, LLP | 76472 | C911 | 8/17/2015 | $13,059.50 | $13,059.50 | Accept | ☐ | |
| MARIET ZOVICHI | 76201 | C470 | 8/21/2015 | $800,000.00 | $800,000.00 | Reject | ☑ | |
| MARKEN MECHANICAL SERVICES INC. | 76154 | C378 | 8/13/2015 | $1,740.00 | $1,740.00 | Accept | ☐ | |
| MARTHA DONALD | 54584 | S74453 | 8/14/2015 | $1,233.36 | $1,233.36 | Accept | ☐ | |
| MARTHA ROMERO | 76204 | C479 | 8/10/2015 | $3,907.04 | $3,907.04 | Accept | ☐ | |
| MARY L. FREESTONE | 81178 | C1559 | 8/17/2015 | $718.22 | $718.22 | Accept | ☐ | |
| MATS ARE US | 77014 | C1859 | 8/10/2015 | $1,453.75 | $1,453.75 | Accept | ☐ | |
| MCKINLEY AVENUE LLC | 76408 | C784 | 8/17/2015 | $1,387,475.00 | $1,387,475.00 | Accept | ☑ | |
| MEDICAL DISPOSAL SYSTEMS INC | 76065 | C205 | 8/5/2015 | $356.59 | $356.59 | Accept | ☐ | |
| MEDI-CALL REPAIR INC. | 76530 | C1018 | 8/10/2015 | $1,037.50 | $1,037.50 | Accept | ☐ | |
| MEGAN WHELPLEY | 77560 | C3006 | 8/20/2015 | $10,000.00 | $10,000.00 | Accept | ☐ | |
| MELESIU PAEA | 77343 | C2538 | 8/6/2015 | $19,863.58 | $19,863.58 | Accept | ☐ | |
| MICHAEL NIELSEN | 75900 | C49 | 8/18/2015 | $54.67 | $54.67 | Accept | ☐ | |
| MICHAEL RYAN | 76161 | C390 | 8/11/2015 | $150,000.00 | $150,000.00 | Accept | ☐ | |
| MICHIGAN DEPARTMENT OF | 51062 | S68896 | 8/19/2015 | $1,271.80 | $0.00 | Invalid | ☑ | Voted Both or None, Vote not indicated. Voter put an amount of $18.08 as their voting amount. Filed claim amount used for tabulation purposes. |
| MICHIGAN DEPARTMENT OF | 52732 | S70059 | 8/19/2015 | $103.02 | $0.00 | Invalid | ☑ | Voted Both or None, Vote not indicated. Voter put an amount of $944.27 as their voting amount. Filed claim amount used for tabulation purposes. |
| MICHIKO ENDO WHITE | 77166 | C2155 | 8/21/2015 | $12,539.00 | $12,539.00 | Accept | ☐ | |
| MIGUEL ANGEL LOPEZ | 80060 | C2922 | 8/18/2015 | $93,499.00 | $0.00 | Invalid | ☐ | duplicate of ballot 80056, Voted to Accept |
| MILPITAS PRINTING COMPANY | 81016 | C447 | 8/21/2015 | $16,466.33 | $16,466.33 | Accept | ☐ | |
| MINETTE KIENNER | 81011 | C348 | 8/14/2015 | $8,172.45 | $8,172.45 | Accept | ☐ | Voter put an amount of $16,172.45 as their voting amount. Filed claim amount used for tabulation purposes. |
| MISSOURI BOARD OF THERAPEUTIC MASSAGE | 76843 | C1635 | 8/8/2015 | $75.00 | $0.00 | Invalid | ☐ | Duplicate of ballot 81181., Voted to Accept |
| MISSOURI BOARD OF THERAPEUTIC MASSAGE | 81181 | C1635 | 8/10/2015 | $75.00 | $75.00 | Accept | ☐ | |

**RUST CONSULTING | OMNI BANKRUPTCY**         Visit us on the Web at www.omnimgt.com         PHONE: (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100                E-Mail: claimsmanager@omnimgt.com             FAX: (818) 704-0415
WOODLAND HILLS, CA 91367

**Debtor: Corinthian Colleges, Inc.**
Case No. 15-10952

## Claims Ballot Detail Results

### Class 4 - General Unsecured Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| MOIRA MANCHAOUCK | 77652 | C3185 | 8/21/2015 | $1.00 | $1.00 | Accept | ☐ | Voter put an amount of $30,000.00 as their voting amount. Filed claim amount used for tabulation purposes. |
| MONTEREY - SALINAS TRASIT | 76092 | C260 | 8/21/2015 | $4,955.00 | $4,955.00 | Accept | ☐ | |
| MR. WAYNE RATKOVICH | 81183 | C1646 | 8/14/2015 | $1,025,980.81 | $1,025,980.81 | Accept | ☐ | Voter put an amount of $1,116,758.14 as their voting amount. Filed claim amount used for tabulation purposes. |
| NANCY LEE OESCH | 53455 | S73783 | 8/21/2015 | $940.95 | $940.95 | Accept | ☐ | |
| NANCY RIESEL | 76635 | C1218 | 8/13/2015 | $40,000.00 | $40,000.00 | Accept | ☐ | |
| NANCY SAHLEIN | 77068 | C1967 | 8/21/2015 | $800.49 | $800.59 | Accept | ☐ | |
| NATIONAL REGISTERED AGENTS, INC. | 51798 | S69948 | 8/14/2015 | $189.00 | $189.00 | Accept | ☐ | |
| NAVEX GLOBAL, INC. | 75939 | C87 | 8/13/2015 | $10,308.44 | $10,308.44 | Accept | ☐ | |
| NENETTE GIL | 77318 | C2460 | 8/21/2015 | $2,000.00 | $2,000.00 | Accept | ☐ | |
| NEW HOPE COMMUNITY CHURCH | 76708 | C1417 | 8/13/2015 | $2,384.00 | $2,384.00 | Accept | ☐ | |
| NIGHTINGALE INTERPRETING SERVICES | 76406 | C774 | 8/14/2015 | $4,854.50 | $4,854.50 | Accept | ☐ | |
| NIKKI R JACKSON | 76412 | C787 | 8/18/2015 | $8,000.00 | $8,000.00 | Accept | ☐ | |
| NOEL SCHREIBER | 77351 | C2579 | 8/10/2015 | $113,442.00 | $113,442.00 | Accept | ☐ | |
| NZITA BELL | 76835 | C1620 | 8/6/2015 | $12,475.00 | $12,475.00 | Accept | ☐ | |
| OLD VILLAGE LANDSCAPING | 76676 | C1294 | 8/13/2015 | $2,315.00 | $2,315.00 | Accept | ☐ | |
| OREGON DEPT. OF JUSTICE | 81624 | C3619 | 8/19/2015 | $11,300,000.00 | $0.00 | Invalid | ☐ | Not a valid class 4 party, Voted to Reject |
| PARCHMENT INC. | 76172 | C402 | 8/7/2015 | $43,500.00 | $43,500.00 | Accept | ☐ | |
| PATRICK TRUJILLO | 77512 | C2915 | 8/21/2015 | $200,000.00 | $200,000.00 | Accept | ☐ | |
| PAUL DIMEO | 76032 | C166 | 8/10/2015 | $107,458.00 | $107,458.00 | Reject | ☐ | |
| PAUL T. DIMEO | 81452 | C3012 | 8/10/2015 | $1.00 | $1.00 | Reject | ☐ | |
| PHARMACY TECHNICIAN CERTIFICATION BOARD | 81342 | C2512 | 8/13/2015 | $31,734.00 | $31,734.00 | Accept | ☐ | |
| PINMART | 77496 | C2842 | 8/17/2015 | $586.75 | $586.75 | Accept | ☐ | |
| POCKET NURSE ENTERPRISES, INC. | 52235 | S70176 | 8/18/2015 | $2,370.04 | $0.00 | Invalid | ☑ | duplicate of ballot 76417, Voted to Accept |
| POCKET NURSE ENTERPRISES, INC. | 76359 | C735 | 8/18/2015 | $166.68 | $166.68 | Accept | ☑ | |
| POCKET NURSE ENTERPRISES, INC. | 76425 | C822 | 8/18/2015 | $2,109.61 | $2,109.61 | Accept | ☑ | |
| POCKET NURSE ENTERPRISES, INC. | 51415 | S69591 | 8/18/2015 | $25,335.54 | $0.00 | Invalid | ☑ | duplicate of ballot 76417, Voted to Accept |
| POCKET NURSE ENTERPRISES, INC. | 76417 | C796 | 8/18/2015 | $63,164.70 | $63,164.70 | Accept | ☑ | |
| PRECISIONS RESEARCH | 76040 | C175 | 8/19/2015 | $1,400.00 | $1,400.00 | Accept | ☐ | |
| QUOVADUVER KETURAH MOORE | 79069 | C1534 | 8/13/2015 | $6,210.00 | $6,210.00 | Accept | ☐ | |

**RUST CONSULTING | OMNI BANKRUPTCY**           Visit us on the Web at www.omnimgt.com           **PHONE: (818) 906-8300**
**5955 DE SOTO AVENUE, SUITE 100**               E-Mail: claimsmanager@omnimgt.com              **FAX: (818) 704-0415**
**WOODLAND HILLS, CA 91367**

**Debtor: Corinthian Colleges, Inc.**

**Case No. 15-10952**

**Claims Ballot Detail Results**

**Class 4 - General Unsecured Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| RAHM ROWHANI | 77520 | C2939 | 8/14/2015 | $52,000.00 | $52,000.00 | Accept | ☐ | |
| RALPH KINGERY | 76233 | C530 | 8/10/2015 | $1,250.00 | $1,250.00 | Accept | ☐ | |
| RANDY HANSON | 54579 | S74451 | 8/14/2015 | $1,213.56 | $1,213.56 | Accept | ☐ | |
| REBECCA DELORY | 53601 | S73938 | 8/17/2015 | $502.99 | $502.99 | Accept | ☑ | Voter put an amount of $44.63 as ballot amount. Filed claim amount used for tabulaiton purposes. |
| REGIS R. NOROSKI | 76837 | C1623 | 8/20/2015 | $213.52 | $213.52 | Reject | ☑ | |
| REV. O. FLORIAN JENKINS | 75988 | C129 | 8/19/2015 | $1,340.00 | $1,340.00 | Accept | ☐ | |
| RICHARD N. SCHULTZ | 76495 | C941 | 8/10/2015 | $17,156.34 | $17,156.34 | Accept | ☐ | |
| RICHARD SCHULTZ | 76488 | C940 | 8/10/2015 | $17,156.34 | $0.00 | Invalid | ☐ | duplicate of 76495, Voted to Accept |
| ROBERT BRANCH | 53647 | S73750 | 8/11/2015 | $733.06 | $733.06 | Accept | ☐ | |
| ROGER JAMES VAN DUINEN | 81169 | C1525 | 8/13/2015 | $419,525.00 | $419,525.00 | Accept | ☐ | Voter put an amount of $432,000.00 as their voting amount. Filed claim amount used for tabulation purposes. |
| ROSEANN PILAR CASTANEDA | 53741 | S73868 | 8/10/2015 | $57.47 | $57.47 | Accept | ☐ | |
| S & W MAINTENANCE CO. | 76601 | C1159 | 8/13/2015 | $35,625.00 | $35,625.00 | Accept | ☐ | |
| SAN DIEGO COUNTY OFFICE OF EDUCATION | 52609 | S70079 | 8/11/2015 | $1,098.00 | $1,098.00 | Accept | ☐ | |
| SANDY ROSS | 76620 | C1191 | 8/10/2015 | $7,000.00 | $7,000.00 | Accept | ☐ | |
| SCOTT TEMPEL | 75830 | C1 | 8/7/2015 | $52,524.80 | $52,524.80 | Accept | ☐ | |
| SENN DELANEY LEADERSHIP | 50486 | S68798 | 8/19/2015 | $6,861.56 | $6,861.56 | Accept | ☐ | |
| SENTRY ALARM SYSTEMS | 51681 | S69777 | 8/17/2015 | $1,524.00 | $1,524.00 | Accept | ☐ | |
| SHAWN GORDON | 77176 | C2172 | 8/21/2015 | $1,715.03 | $1,715.03 | Reject | ☑ | |
| SHEILA BROWN MARTINEZ | 76288 | C621 | 8/14/2015 | $158.31 | $158.31 | Accept | ☐ | |
| SHEILA CLARK-RAPA | 54317 | S73778 | 8/10/2015 | $880.71 | $880.71 | Accept | ☐ | |
| SHERRY FIESER | 76269 | C573 | 8/13/2015 | $16,250.00 | $16,250.00 | Accept | ☐ | |
| SHIPPINGSOURCE.COM, INC. | 77280 | C2389 | 8/20/2015 | $2,060.00 | $2,060.00 | Accept | ☐ | |
| SIEGEL JENNINGS CO., LPA | 76750 | C1513 | 8/10/2015 | $10,519.30 | $10,519.30 | Accept | ☐ | |
| SIERRA DASILVA | 77103 | C2036 | 8/19/2015 | $12,241.00 | $12,241.00 | Accept | ☐ | |
| SIRNESS SERVICES, INC. | 76748 | C1507 | 8/17/2015 | $1,937.51 | $1,937.51 | Accept | ☐ | |
| SLAKEY BROTHERS, INC | 76020 | C158 | 8/7/2015 | $553.29 | $553.29 | Accept | ☐ | |
| SNAP-ON EQUIPMENT USA | 76056 | C196 | 8/13/2015 | $831.90 | $831.90 | Accept | ☐ | |
| STAR AWARDS & SIGNS | 77079 | C2000 | 8/17/2015 | $1,298.16 | $1,298.16 | Accept | ☐ | |
| STATE WIDE JANITORIAL SERVICE, INC | 76088 | C254 | 8/17/2015 | $9,000.00 | $9,000.00 | Reject | ☐ | |
| STEPHANIE EDWARDS | 76554 | C1068 | 8/11/2015 | $421,095.10 | $421,095.10 | Accept | ☐ | |

**RUST CONSULTING | OMNI BANKRUPTCY**         Visit us on the Web at www.omnimgt.com         **PHONE:** (818) 906-8300
**5955 DE SOTO AVENUE, SUITE 100**            E-Mail: claimsmanager@omnimgt.com            **FAX:** (818) 704-0415
**WOODLAND HILLS, CA 91367**

**Debtor: Corinthian Colleges, Inc.**
Case No. 15-10952
**Claims Ballot Detail Results**
**Class 4 - General Unsecured Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| STEVE CROW | 52626 | S69915 | 8/10/2015 | $273.60 | $273.60 | Accept | ☐ | |
| STEWART OXYGEN SERVICE, INC | 76126 | C344 | 8/10/2015 | $5,642.50 | $0.00 | Invalid | ☐ | Voted Both or None, Vote not indicated. |
| SUNRIDGE ELECTRIC CONSTRUCTION INC. | 51124 | S69739 | 8/13/2015 | $2,213.50 | $0.00 | Invalid | ☑ | Voted Both or None, Vote not indicated. |
| SUSAN ELIZABETH CLARK | 53771 | S74238 | 8/11/2015 | $55.13 | $55.13 | Accept | ☐ | |
| SUSAN FARVID | 77388 | C2647 | 8/19/2015 | $13,000.00 | $13,000.00 | Accept | ☑ | |
| T & S AIR CONDITIONING, INC. | 51182 | S69797 | 8/20/2015 | $1,147.66 | $1,147.66 | Accept | ☐ | Voter put an amount of $3,034.69 as their voting amount. Scheduled claim amount used for tabulation purposes. |
| T.N.T. EXTERMINATORS | 50470 | S69261 | 8/18/2015 | $95.00 | $95.00 | Accept | ☐ | |
| TALATH SHAIKH | 76458 | C889 | 8/10/2015 | $18,997.76 | $18,997.76 | Accept | ☐ | |
| TALLAN, INC. | 81245 | C2169 | 8/17/2015 | $316,193.37 | $316,913.37 | Accept | ☐ | |
| TERESA KEOPPEL | 76597 | C1142 | 8/6/2015 | $1.00 | $1.00 | Accept | ☐ | |
| TERRY-LYNN PLANK | 76547 | C1050 | 8/19/2015 | $12,475.00 | $12,475.00 | Accept | ☐ | Voter put an amount of $100,000.00 as their voting amount. Filed claim amount used for tabulation purposes. |
| THE BALLOONERY, INC | 76104 | C302 | 8/14/2015 | $347.76 | $347.76 | Accept | ☐ | |
| THE EMPLOYMENT LAW GROUP | 76972 | C1818 | 8/17/2015 | $149,406.83 | $149,406.83 | Reject | ☐ | |
| THE PRINTERY, INC. | 76605 | C1169 | 8/20/2015 | $7,878.13 | $7,878.13 | Accept | ☐ | |
| THERESA JONES | 76109 | C306 | 8/17/2015 | $12,745.00 | $12,745.00 | Accept | ☐ | |
| THOMPSON BURTON PLLC | 50562 | S68855 | 8/13/2015 | $2,825.00 | $2,825.00 | Accept | ☐ | |
| TIFFANY FRAVEL | 53558 | S72706 | 8/10/2015 | $37.19 | $37.19 | Accept | ☐ | |
| TIFFANY L. YOUNG | 77029 | C1897 | 8/10/2015 | $5,000.00 | $5,000.00 | Accept | ☐ | |
| TIFFANY YOUNG | 77030 | C1898 | 8/10/2015 | $5,000.00 | $0.00 | Invalid | ☐ | duplicate of 77029, Voted to Accept |
| TRAVIS KINGSLEY | 79651 | C2402 | 8/10/2015 | $34,305.50 | $34,305.50 | Accept | ☐ | |
| TREATMENT ASSESSMENT SCREENING | 76685 | C1323 | 8/10/2015 | $474.90 | $474.90 | Accept | ☐ | |
| TRIB TOTAL MEDIA | 76747 | C1506 | 8/17/2015 | $537.90 | $537.90 | Accept | ☐ | |
| TRINETTA COLLEEN MCCALIP | 54546 | S73517 | 8/10/2015 | $184.70 | $184.70 | Accept | ☐ | |
| TULCHIN RESEARCH | 76414 | C791 | 8/10/2015 | $38,000.00 | $38,000.00 | Accept | ☐ | |
| U.S EX REL. PATRICIA SALAZAR & BRIAN PAYNE | 77918 | C2239 | 8/21/2015 | $1.00 | $1.00 | Reject | ☑ | Voter put an amount of $3.5 billion for voting amount. Filed claim amount used for tabulation purposes. |
| U.S. DEPARTMENT OF EDUCATION | 56236 | S76564 | 8/21/2015 | | $0.00 | Invalid | ☑ | Voted Both or None, Vote not indicated. |
| UNIVERSITY ACCOUNTING SERVICE, LLC | 81222 | C1985 | 8/14/2015 | $829.97 | $829.97 | Accept | ☐ | |
| VALERIE RAMUSSEN | 76452 | C879 | 8/7/2015 | $4,175.50 | $4,175.50 | Accept | ☐ | |

**RUST CONSULTING | OMNI BANKRUPTCY**            Visit us on the Web at www.omnimgt.com            **PHONE:** (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100                   E-Mail: claimsmanager@omnimgt.com                **FAX:** (818) 704-0415
WOODLAND HILLS, CA 91367

**Debtor: Corinthian Colleges, Inc.**

Case No. 15-10952

## Claims Ballot Detail Results

### Class 4 - General Unsecured Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| VALLEY MEDICAL INSTRUMENT SERVICES | 76033 | C167 | 8/12/2015 | $2,128.50 | $2,128.50 | Reject | ☐ | |
| VCOM SOLUTIONS | 76537 | C1031 | 8/20/2015 | $506,507.83 | $506,507.83 | Accept | ☐ | |
| VENEZIA'S NY STYLE PIZZA - TEMPE INC. | 76128 | C347 | 8/5/2015 | $88.71 | $88.71 | Accept | ☐ | |
| VERIFY GROUP, INC. | 76084 | C245 | 8/10/2015 | $370.00 | $370.00 | Accept | ☐ | |
| VERONICA PALOMINO | 76238 | C543 | 8/14/2015 | $41,135.22 | $41,135.22 | Accept | ☐ | Voter put an amount of $12,000.00 as their voting amount. Filed claim amount used for tabulation purposes. |
| VERSATILE COMPANY, THE | 76420 | C807 | 8/17/2015 | $11,126.04 | $11,126.04 | Accept | ☐ | |
| VINCENT ANTHONY HERRERA | 52282 | S72853 | 8/20/2015 | $109.60 | $109.60 | Accept | ☐ | Voter put an amount of $300,000,000.00 as their voting amount. Scheduled claim amount used for tabulation purposes. |
| VINCENT R. SGHIATTI, M.D., INC. | 51717 | S69125 | 8/7/2015 | $1,250.00 | $0.00 | Invalid | ☐ | Voted Both or None, Vote not indicated. |
| VISTA SUDBURY, INC. -SUDBURY CITY | 50560 | S67734 | 8/19/2015 | $102,156.77 | $102,156.77 | Accept | ☑ | Voter put an amount of $4,741,801.74 as their voting amount. Filed claim amount used for tabulation purposes. |
| VIVIANA LAUREN LONGORIA-ORTIZ | 53394 | S74459 | 8/19/2015 | $1,409.30 | $1,409.30 | Accept | ☐ | |
| WALLACE EDWARD GEIGER | 53055 | S73585 | 8/10/2015 | $230.88 | $230.88 | Accept | ☐ | Voter put an amount of $100 as their voting amount. Filed claim amount used for tabulation purposes. |
| WALTERS WHOLESALE ELECTRIC INC. | 76185 | C419 | 8/21/2015 | $43,330.44 | $43,320.44 | Accept | ☐ | |
| WARREN F. WAGNER | 76944 | C1770 | 8/20/2015 | $6,482.10 | $6,482.10 | Accept | ☐ | |
| WATT LONG BEACH II, LLC | 77129 | C2099 | 8/21/2015 | $122,237.31 | $122,237.31 | Accept | ☑ | |
| WATT LONG BEACH, LLC | 77127 | C2096 | 8/21/2015 | $849,570.15 | $845,570.15 | Accept | ☑ | |
| WENDY WALFORD | 77193 | C2237 | 8/17/2015 | $59,882.73 | $59,882.73 | Accept | ☐ | |
| WESTCOAST MECHANALYSIS INC. | 76130 | C348 | 8/14/2015 | $8,172.45 | $0.00 | Invalid | ☐ | Duplicate of ballot 81011., Voted to Accept |
| WIND & MOTION | 76211 | C494 | 8/14/2015 | $1,560.21 | $1,560.21 | Accept | ☐ | |
| WINSTON RAMDATH ADMINISTRATOR OF THE ESTATE OF SARAH RAMDATH, DECEASED | 77392 | C2657 | 8/19/2015 | $2,000,000.00 | $2,000,000.00 | Reject | ☑ | |
| WV STATE TREASURE'S OFFICE | 76600 | C1153 | 8/21/2015 | $175.00 | $175.00 | Accept | ☐ | |
| YOLANDA BARBER-BILLIE | 76055 | C194 | 8/13/2015 | $3,500.00 | $3,500.00 | Reject | ☐ | |
| YORK RIVER ELECTRIC, INC. | 77202 | C2265 | 8/13/2015 | $1,015.97 | $1,015.97 | Accept | ☐ | |
| ZENITH EDUCATION GROUP, INC. | 77294 | C2415 | 8/20/2015 | $6,084,000.00 | $6,084,000.00 | Accept | ☑ | |

**RUST CONSULTING | OMNI BANKRUPTCY**               Visit us on the Web at www.omnimgt.com                    **PHONE:** (818) 906-8300
**5955 DE SOTO AVENUE, SUITE 100**                  E-Mail: claimsmanager@omnimgt.com                         **FAX:** (818) 704-0415
**WOODLAND HILLS, CA 91367**