IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.* [1]<br><br>Debtors. | § Chapter 11<br>§<br>§ Case No. 15-10952 (KJC)<br>§<br>§ Jointly Administered<br>§<br>§ Re: Docket No. 722 & 831 |

### ORDER MODIFYING AUTOMATIC STAY TO ALLOW AMERICAN INTERNATIONAL GROUP, INC. TO REIMBURSE, PAY AND/OR ADVANCE CERTAIN DEFENSE COSTS UNDER INSURANCE POLICIES

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**"): modifying the automatic stay, to the extent applicable, to allow the Debtors' third party insurance provider, American International Group, Inc. ("**AIG**"), to reimburse, pay and/or advance pursuant to the E&O Policy or the EPL Policies covered defense costs incurred by the Debtors or the Individual Insureds, as applicable, as more fully described in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

RLF1 12863075v.1

under 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing, and all the proceedings before the Court; and the Court having found and determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. Pursuant to sections 105(a) and 362(d) of the Bankruptcy Code, the automatic stay, to the extent applicable, is hereby modified, without further order of this Court, to allow reimbursement by AIG to the Debtors under the E&O Policy of covered defense costs incurred in the E&O Covered Actions.

4. Pursuant to sections 105(a) and 362(d) of the Bankruptcy Code, the automatic stay, to the extent applicable, is hereby modified, without further order of this Court, to allow payment by AIG to or for the benefit of the Individual Insureds pursuant to the EPL Policies of covered defense costs and/or advancement of covered defense costs incurred in the EPL Covered Actions.

5. The Debtors are authorized to execute all documentation necessary to allow AIG to pay covered defenses costs, and/or advance covered defense costs, or both, incurred by the Debtors in the E&O Covered Actions or the Individual Insureds in EPL Covered Actions.

6. Nothing in this Order shall modify or alter the rights or obligations and obligations of any parties provided for under the terms and conditions of E&O Policy or the EPL Policies.

7. All parties to the E&O Policy and the EPL Policies reserve all rights and defenses that they would otherwise have.

8. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: \_\_\_\_Aug 24\_\_\_\_, 2015
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1 12863075v.1