IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| Corinthian Colleges, Inc., *et al*., | : |
| | : Case No. 15-10952 (KJC) |
| Debtors. | : |
| | : Jointly Administered |
| | : |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, Howard A. Cohen, Esquire, moves the admission *pro hac vice* of Michael P. Pompeo, Esquire, of Drinker Biddle & Reath LLP to represent Zenith Education Group, Inc. in connection with the above-captioned bankruptcy cases.

Dated: August 24, 2015
Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
222 Delaware Avenue, Ste. 1410
Wilmington, DE 19801
Tel: (302) 467-4200
Fax: (302) 467-4201
howard.cohen@dbr.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

00471335 - 1
81999886.1