## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that I caused the annual fee of $25.00 to be paid to the Clerk of the District Court.

          **DRINKER BIDDLE & REATH LLP**

          */s/ Michael P. Pompeo*
          Michael P. Pompeo, Esq.
          1177 Avenue of the Americas, 41st Floor
          New York, NY 10036-2714
          Telephone: (212) 248-3140
          Facsimile: (212) 248-3141
          Email: Michael.Pompeo@dbr.com