# EXHIBIT A

## EXHIBIT A

## CORINTHIAN COLLEGES, INC., et al.

July 1, 2015 through July 31, 2015

| a. *Case Administration* | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Michael A. Jackson | 6.4 | $345.00 | $2,208.00 |
| Carol S. Ennis | 2.0 | $340.00 | $680.00 |
| | **8.4** | | **$2,888.00** |

| b. *Meetings and Communications with Creditors* | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| H. Jeffrey Schwartz | 19.4 | $1,235.00 | $23,959.00 |
| Bennett S. Silverberg | 2.5 | $885.00 | $2,212.50 |
| Jacob T. Beiswenger | 1.0 | $570.00 | $570.00 |
| | **22.9** | | **$26,741.50** |

| c. *Employment and Fee Applications* | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Jacob T. Beiswenger | 1.6 | $570.00 | $912.00 |
| Carol S. Ennis | 1.6 | $340.00 | $544.00 |
| | **3.2** | | **$1,456.00** |

| d. *Plan and Disclosure Statement* | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| H. Jeffrey Schwartz | 132.8 | $1,235.00 | $164,008.00 |
| Bennett S. Silverberg | 40.2 | $885.00 | $35,577.00 |
| Jacob T. Beiswenger | 3.5 | $570.00 | $1,995.00 |
| Stephanie N. Bollheimer | 15.4 | $475.00 | $7,315.00 |
| Carol S. Ennis | .4 | $340.00 | $136.00 |
| | **192.3** | | **$209,031.00** |

| *e. Claims Administration and Objections* | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Jacob T. Beiswenger | 1.3 | $570.00 | $741.00 |
| Carol S. Ennis | .4 | $340.00 | $136.00 |
| | **1.7** | | **$877.00** |

| *f. Lien and Claim Investigation* | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Bennett S. Silverberg | 4.0 | $885.00 | $3,540.00 |
| Andreas Andromalos | 18.3 | $825.00 | $15,097.50 |
| Priya F. Selvam | 32.9 | $525.00 | $17,272.50 |
| Tia Wallach | 27.7 | $470.00 | $13,019.00 |
| Cailin M. Harris | 14.1 | $420.00 | $5,922.00 |
| Carol S. Ennis | .2 | $340.00 | $68.00 |
| Mary Ann Kramer | 6.9 | $340.00 | $2,346.00 |
| | **104.1** | | **$57,265.00** |

| *g. D&O Investigation* | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Bennett S. Silverberg | 2.9 | $885.00 | $2,566.50 |
| Lauren E. Curry | 24.4 | $730.00 | $17,812.00 |
| Lara N. Burke | 26.9 | $470.00 | $12,643.00 |
| Carol S. Ennis | .6 | $340.00 | $204.00 |
| Christian M. Seitz | 6.5 | $340.00 | $2,210.00 |
| | **61.3** | | **$35,435.50** |

**TOTAL HOURS:**      393.9
**TOTAL FEES:**      $333,694.00