# EXHIBIT B

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice        684150
Date      Aug 17, 2015
Client        032615

RE:    CASE ADMINISTRATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through July 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0002 | CASE ADMINISTRATION | 2,888.00 | 0.00 | 2,888.00 |
| | **Total** | **2,888.00** | **0.00** | **2,888.00** |

| | | |
|---|---|---|
| Total Current Fees | | $2,888.00 |
| **Total Invoice** | | **$2,888.00** |

BR

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: CASE ADMINISTRATION
August 17, 2015

Invoice 1684150
Page 2

## T I M E   D E T A I L

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 07/02/15 | JACKSON | CIRCULATE KEY PLEADINGS AND UPDATES TO CASE CALENDAR | 1.1 |
| 07/06/15 | JACKSON | REVIEW AND CIRCULATE NEWLY FLIED PLEADINGS | 0.8 |
| 07/07/15 | JACKSON | CIRCULATE OF NEWLY FILED PLEADINGS AND UPDATES TO CASE CALENDAR | 0.7 |
| 07/08/15 | JACKSON | CIRCULATE NEWLY FILED PLEADINGS AND UPDATE CASE CALENDAR | 0.7 |
| 07/10/15 | JACKSON | CIRCULATE PLEADINGS | 1.0 |
| 07/10/15 | JACKSON | CIRCULATE PLEADINGS | 0.8 |
| 07/13/15 | JACKSON | CIRCULATE NEWLY FILED PLEADINGS | 0.7 |
| 07/15/15 | ENNIS | UPDATE COMMITTEE CALENDAR | 0.5 |
| 07/21/15 | ENNIS | UPDATE COMMITTEE CALENDAR | 0.6 |
| 07/23/15 | ENNIS | UPDATE COMMITTEE CALENDAR (.3); CIRCULATE AMENDED MONTHLY OPERATING REPORT (.1) | 0.4 |
| 07/28/15 | ENNIS | UPDATE COMMITTEE CALENDAR | 0.3 |
| 07/29/15 | ENNIS | OBTAIN HEARING TRANSCRIPTS AND CIRCULATE | 0.2 |
| 07/31/15 | JACKSON | CIRCULATE KEY PLEADINGS | 0.6 |
| **Total Hours** | | | **8.4** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| CAROL S. ENNIS | 2.0 | hours at | 340.00 | 680.00 |
| MICHAEL A. JACKSON | 6.4 | hours at | 345.00 | 2,208.00 |
| **Total Fees** | | | | **2,888.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice      684150
Date     Aug 17, 2015
Client      032615

RE:   CASE ADMINISTRATION



**Remittance**

**Balance Due: $2,888.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

| | | | |
|---|---|---|---|
| CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR C/O BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 UNITED STATES | Invoice | 684151 | |
| | Date | Aug 17, 2015 | |
| | Client | 032615 | |

RE:    MEETINGS AND COMMUNICATIONS WITH CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through July 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 26,741.50 | 0.00 | 26,741.50 |
| | **Total** | **26,741.50** | **0.00** | **26,741.50** |

Total Current Fees $26,741.50

**Total Invoice** **$26,741.50**



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS
August 17, 2015

Invoice 684151
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 07/07/15 | SCHWARTZ | ANALYSIS OF ISSUES RE REPORT TO COMMITTEE | 3.7 |
| 07/08/15 | SCHWARTZ | PREP FOR COMMITTEE MEETING | 2.6 |
| 07/09/15 | SILVERBERG | COMMITTEE CALL REGARDING PLAN NEGOTIATIONS | 0.5 |
| 07/09/15 | BEISWENGER | ATTEND COMMITTEE MEETING RE: STATUS OF PLAN NEGOTIATIONS AND CONFIRMATION ISSUES (.6); FOLLOW UP EMAILS WITH COMMITTEE RE: BYLAWS (.3) | 0.9 |
| 07/09/15 | SCHWARTZ | PREP FOR AND PARTICIPATION IN COMMITTEE MEETING | 3.6 |
| 07/10/15 | BEISWENGER | COLLECT SIGNATURE PAGES TO COMMITTEE BYLAWS FROM COMMITTEE MEMBERS | 0.1 |
| 07/23/15 | SILVERBERG | PREPARATIONS FOR TELEPHONIC COMMITTEE MEETING (.5); TELEPHONIC COMMITTEE MEETING REGARDING PLAN AND DISCLOSURE STATEMENT (.8) | 1.3 |
| 07/27/15 | SCHWARTZ | PARTICIPATION IN CONF CALL WITH CCI, BOA AND STUDENT COMMITTEE | 1.1 |
| 07/28/15 | SCHWARTZ | PREPARATION OF CLASS 4 RELATED RECOMMENDATION LETTERS AND COMMUNICATIONS WITH PARTIES AND COMMITTEE RE SAME | 2.4 |
| 07/28/15 | SCHWARTZ | ANALYSIS OF COMMITTEE AGENDA ITEMS REGARDING FORMATION OF THE DISTRIBUTION TRUST | 2.2 |
| 07/30/15 | SCHWARTZ | PREP FOR AND PARTICIPATION IN OMNIBUS COMMITTEE MEETING | 3.8 |
| 07/30/15 | SILVERBERG | ATTEND TELEPHONIC COMMITTEE MEETING REGARDING PLAN CONFIRMATION (.2), FOLLOWUP TELEPHONE CONFERENCE WITH J. SCHWARTZ REGARDING PLAN PROSECUTION PREPARATION, D&O INSURANCE CONSIDERATIONS (.5) | 0.7 |
| | **Total Hours** | | **22.9** |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS
August 17, 2015

Invoice 684151
Page 3

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| H. JEFFREY SCHWARTZ | 19.4 | hours at | 1,235.00 | 23,959.00 |
| BENNETT S. SILVERBERG | 2.5 | hours at | 885.00 | 2,212.50 |
| JACOB T. BEISWENGER | 1.0 | hours at | 570.00 | 570.00 |
| **Total Fees** | | | | **26,741.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice       684151
Date     Aug 17, 2015
Client       032615

RE:    MEETINGS AND COMMUNICATIONS WITH CREDITORS



**Remittance**

**Balance Due: $26,741.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 684152 |
| Date | Aug 17, 2015 |
| Client | 032615 |

RE:    EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through July 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 032615.0004 | EMPLOYMENT AND FEE APPLICATIONS | 1,456.00 | 0.00 | 1,456.00 |
| | **Total** | **1,456.00** | **0.00** | **1,456.00** |

| | |
|---|---:|
| Total Current Fees | $1,456.00 |
| **Total Invoice** | **$1,456.00** |

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: EMPLOYMENT AND FEE APPLICATIONS
August 17, 2015

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 07/17/15 | ENNIS | COORDINATE WITH LOCAL COUNSEL RE: FILING OF CERTIFICATES OF NO OBJECTION IN CONNECTION WITH COMMITTEE PROFESSIONAL FEE APPLICATIONS | 0.2 |
| 07/20/15 | ENNIS | PROVIDE CASE PARTIES LIST IN CONECTION WITH SPECIAL COUNSEL RETENTION | 0.1 |
| 07/20/15 | BEISWENGER | DRAFT EMAIL TO DEBTORS RE: NOTICE OF FILING CNO | 0.2 |
| 07/21/15 | ENNIS | DRAFT JUNE FEE APPLICATION | 1.2 |
| 07/23/15 | BEISWENGER | MODIFICATIONS TO BROWN RUDNICK'S SECOND MONTHLY FEE APPLICATION FOR JUNE 2015 | 1.4 |
| 07/30/15 | ENNIS | COORDINATE RE: LEDES FORMAT OF INVOICES FOR US TRUSTEE | 0.1 |
| | **Total Hours** | | **3.2** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| JACOB T. BEISWENGER | 1.6 | hours at | 570.00 | 912.00 |
| CAROL S. ENNIS | 1.6 | hours at | 340.00 | 544.00 |
| **Total Fees** | | | | **1,456.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP   Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWNRUDNICK**

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 684152 |
| Date | Aug 17, 2015 |
| Client | 032615 |

RE:   EMPLOYMENT AND FEE APPLICATIONS



Remittance

**Balance Due: $1,456.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE    Invoice       684153
OF UNSECURED CR                                 Date    Aug 17, 2015
C/O BROWN RUDNICK LLP                           Client        032615
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

RE:    PLAN AND DISCLOSURE STATEMENT

## INVOICE

For professional services rendered in connection with the above captioned matter
through July 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 032615.0006 | PLAN AND DISCLOSURE STATEMENT | 209,031.00 | 0.00 | 209,031.00 |
| | **Total** | **209,031.00** | **0.00** | **209,031.00** |

|  |  |
|---|---:|
| Total Current Fees | $209,031.00 |
| **Total Invoice** | **$209,031.00** |

## T I M E   D E T A I L

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 07/02/15 | SCHWARTZ | ANALYSIS OF FILED COMBINED DISCLOSURE STATEMENT. AND PLAN RE: COMMITTEE TRUST AND DISTRIBUTIVE ISSUES | 5.9 |
| 07/06/15 | SILVERBERG | CONSIDER ALTERNATIVE PLAN STRUCTURES | 2.0 |
| 07/06/15 | SCHWARTZ | ANALYSIS OF PROPOSED DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION | 4.8 |
| 07/06/15 | SCHWARTZ | NEGOTIATION OF GUC TREATMENT UNDER PLAN AND TRUST | 3.9 |
| 07/07/15 | SILVERBERG | REVIEW AND ANALYZE ISSUES REGARDING PLAN STRUCTURES IN CONTEXT OF SETTLEMENT WITH STUDENT COMMITTEE AND BOA (3.0); TELEPHONE CONFERENCE WITH S. GAUTIER, J. SCHWARTZ, J. HAGLE, M. MERCHANT, ET AL., REGARDING MODIFICATIONS TO PROPOSED PLAN (1.8), FOLLOWUP WITH J. SCHWARTZ REGARDING SAME (.3) | 5.1 |
| 07/07/15 | SCHWARTZ | PREP FOR AND PARTICIPATE IN PLAN NEGOTIATIONS | 4.4 |
| 07/08/15 | SCHWARTZ | NEGOTIATION OF PLAN AND TRUST ISSUES AND RECOVERIES | 2.7 |
| 07/08/15 | SCHWARTZ | ANALYSIS OF DISCLOSURE STATEMENT PLAN AND TRUST ISSUES | 2.8 |
| 07/08/15 | SILVERBERG | PREPARE TERM SHEET FOR TWO TRUST PLAN ALTERNATIVE | 4.0 |
| 07/09/15 | SCHWARTZ | PREP OF PLAN NEGOTIATION TERM SHEET AND CONSULTATION WITH PARTIES IN CONNECTION THEREWITH | 2.9 |
| 07/09/15 | SILVERBERG | CONSIDER PLAN ALTERNATIVES AND PREPARE PLAN TERM SHEET RELATED THERETO | 4.7 |
| 07/10/15 | SCHWARTZ | NEGOTIATION OF PLAN AND TRUST TERMS | 4.7 |
| 07/13/15 | SCHWARTZ | NEGOTIATION OF PLAN AND TRUST PROVISIONS (3.4); ANALYSIS OF DUE DILIGENCE RE BANK RELEASE IN PLAN ISSUES (3.3) | 6.7 |
| 07/14/15 | SCHWARTZ | PREP FOR AND NEGOTIATION OF PLAN OF REORGANIZATION | 3.9 |
| 07/15/15 | SCHWARTZ | PREP FOR AND NEGOTIATION OF PLAN OF REORGANIZATION | 2.8 |
| 07/15/15 | SCHWARTZ | ANALYSIS OF PRIORITY CLAIMS AND PLAN RELEASE DUE DILIGENCE ISSUES | 2.3 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED Invoice 684153
CR                                                                                    Page 3
RE: PLAN AND DISCLOSURE STATEMENT
August 17, 2015

| | | | |
|---|---|---|---|
| 07/15/15 | SILVERBERG | TELEPHONE CONFERENCE WITH M. MERCHANT, J. SCHWARTZ, J. HAGLE, S. GOUTIER REGARDING MODIFIED PLAN STRUCTURE (1.0); TELEPHONE CONFERENCE WITH J. SCHWARTZ (.2); UPDATE CORRESPONDENCE TO COMMITTEE (.3); CONSIDER ISSUES IN CONNECTION WITH ALTERNATIVE PLAN STRUCTURE (1.0) | 2.5 |
| 07/16/15 | ENNIS | CIRCULATE OBJECTIONS TO MOTION TO APPROVE DISCLOSURE STATEMENT | 0.2 |
| 07/16/15 | SCHWARTZ | ANALYSIS OF OBJECTIONS TO COMBINED PLAN AND DISCLOSURE STATEMENT | 2.8 |
| 07/17/15 | SCHWARTZ | ANALYSIS OF US DOE, MASS AG, AND CAL AG'S OBJECTIONS TO THE PROPOSED COMBINED DISCLOSURE STATEMENT AND PLAN | 3.8 |
| 07/17/15 | SILVERBERG | REVIEW REVISED COMBINED PLAN AND DISCLOSURE STATEMENT | 1.2 |
| 07/19/15 | SILVERBERG | REVIEW REVISED PLAN/DISCLOSURE STATEMENT, CORRESPONDENCE REGARDING SAME | 2.0 |
| 07/20/15 | SCHWARTZ | ANALYSIS AND NEGOTIATION OF AMENDMENT AND MODIFICATIONS TO COMBINED PLAN AND DISCLOSURE STATEMENT | 6.8 |
| 07/20/15 | SCHWARTZ | ANALYSIS OF CCI DOCUMENT PRODUCTION RE BANK RELEASE PROVISIONS IN PLAN | 2.6 |
| 07/20/15 | SCHWARTZ | ANALYSIS OF DISTRIBUTION TRUST ISSUES IN CONNECTION WITH PLAN | 2.7 |
| 07/20/15 | SILVERBERG | TELEPHONE CONFERENCE WITH M. COLLINS, J. HAGLE, J. SCHWARTZ, M. GAUTIER, ET AL., REGARDING AMENDED PLAN AND DISCLOSURE STATEMENT (1.2); REVIEW REVISED COMBINED PLAN AND DISCLOSURE STATEMENT AND PREPARE COMMENTS THERETO (3.4) | 4.6 |
| 07/21/15 | SILVERBERG | REVIEW AND PROVIDE COMMENTS ON PROPOSED LIQUIDATING PLAN | 5.0 |
| 07/21/15 | SCHWARTZ | NEGOTIATION OF PLAN MODIFICATIONS | 6.9 |
| 07/21/15 | SCHWARTZ | PREPARATION FOR DISCLOSURE STATEMENT HEARING AND OBJECTIONS THERETO | 3.7 |
| 07/22/15 | SCHWARTZ | PREP FOR AND PARTICIPATE IN DISCLOSURE STATEMENT HEARING (5.4); NEGOTIATION OF STUDENT COMMITTEE AND US DEPT OF EDUCATION PLAN ISSUES (2.4); ANALYSIS OF OPEN PLAN ISSUES (2.8) | 10.6 |
| 07/22/15 | SILVERBERG | TELEPHONIC ATTENDANCE AT DISCLOSURE STATEMENT APPROVAL HEARING (1.2), FOLLOWUP TELEPHONE CONFERENCE WITH J. SCHWARTZ REGARDING SAME (.1); CONSIDERATIONS REGARDING PRIVILEGE, PLAN MECHANICS (2.0) | 3.3 |
| 07/22/15 | SILVERBERG | COORDINATE EXCHANGE OF DISCOVERY WITH CALIFORNIA AG | 1.4 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: PLAN AND DISCLOSURE STATEMENT
August 17, 2015

| | | | |
|---|---|---|---|
| 07/23/15 | SCHWARTZ | NEGOTIATION OF PLAN TERMS AND RELATED DISCLOSURE | 4.9 |
| 07/23/15 | SCHWARTZ | ANALYSIS OF PROPOSED PLAN PROVISIONS AND FORMULATION OF COUNTER-PROPOSALS ON BEHALF OF COMMITTEE | 5.4 |
| 07/23/15 | SILVERBERG | TELEPHONE CONFERENCE WITH J. HAGLE, M. COLLINS, J. SCHWARTZ REGARDING PLAN STRUCTURE, DISCOVERY CONSIDERATIONS | 1.1 |
| 07/23/15 | SILVERBERG | COORDINATE DISTRIBUTION OF DISCOVERY TO CALIFORNIA AG | 0.4 |
| 07/24/15 | SILVERBERG | PREPARE PRESENTATION TO COMMITTEE REGARDING PLAN STRUCTURE (.9); TELEPHONE CONFERENCE WITH J. SCHWARTZ, W. WEITZ, J. HAGLE, M. COLLINS, S. GAUTIER REGARDING PLAN STRUCTURE (.3) | 1.2 |
| 07/24/15 | SCHWARTZ | NEGOTIATION OF PLAN MODIFICATIONS WITH MAJOR PARTIES AND ANALYSIS OF CCI PROPOSED PLAN OF LIQUIDATION | 6.8 |
| 07/24/15 | SCHWARTZ | PREP OF ANALYSIS FOR COMMITTEE RE ITS AUTHORIZATION OF ITS ASSENT TO THE DISCLOSURE STATEMENT | 2.9 |
| 07/24/15 | BEISWENGER | PREPARE CHART SUMMARIZING SUBSTANTIVE REVISIONS TO THE PLAN AND DISCLOSURE STATEMENT | 1.6 |
| 07/27/15 | SCHWARTZ | PREP FOR AND PARTICIPATE IN DISCLOSURE STATEMENT HEARING | 5.9 |
| 07/27/15 | SCHWARTZ | PREP OF ANALYSIS AND COMMUNICATIONS TO OCC RE PLAN CONFIRMATION ISSUES AFFECTING CLASS 4 CREDITORS INTERESTS AND PROJECTED RECOVERIES | 2.8 |
| 07/27/15 | ENNIS | CIRCULATE REDLINE OF AMENDED PLAN AND DISCLOSURE STATEMENT (.1); CIRCULATE DISCLOSURE STATEMENT ORDER AND NOTICE OF PLAN CONFIRMATION HEARING (.1) | 0.2 |
| 07/27/15 | SILVERBERG | REVIEW AND COMMENT TO REVISED COMBINED DISCLOSURE STATEMENT AND PLAN | 0.5 |
| 07/28/15 | BEISWENGER | DRAFT AND REVISE COMMITTEE SOLICITATION LETTER RECOMMENDING THAT GENERAL UNSECURED CREDITORS VOTE TO APPROVE THE PLAN | 1.6 |
| 07/28/15 | SCHWARTZ | ANALYSIS OF STUDENT COMMITTEE AND CALIFORNIA AG ON GOING PLAN CONFIRMATION ISSUES AND FORMULATION OF POSITIONS RE SAME | 2.3 |
| 07/29/15 | BEISWENGER | REVIEW PLAN AND DISCLOSURE STATEMENT RE: SCOPE OF RELEASES | 0.3 |
| 07/29/15 | SCHWARTZ | ANALYSIS OF POTENTIAL FURTHER MODIFICATIONS OF SECOND MODIFIED PLAN REGARDING PROTECTING GUC INTERESTS AND DISTRIBUTIONS | 5.7 |

BR

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: PLAN AND DISCLOSURE STATEMENT
August 17, 2015

| | | | |
|---|---|---|---|
| 07/29/15 | SCHWARTZ | PREPARATION OF REPORT TO OCC REGARDING OPEN ITEMS TO REACH CONFIRMATION OF PLAN | 3.3 |
| 07/30/15 | SCHWARTZ | ANALYSIS OF PLAN ISSUES RE PRESERVATION OF VALUE OF D&O POLICY COVERAGE THRU EFFECTIVE DATE | 3.2 |
| 07/30/15 | SCHWARTZ | ANALYSIS OF ISSUES RE CCI PROPOSALS TO REGULATORS TO RESOLVE CONFIRMATION OBJECTIONS AND DISCOVERY DISPUTES | 1.9 |
| 07/30/15 | SILVERBERG | TELEPHONE CONFERENCE WITH J. HAGLE, J. SCHWARTZ, ET AL., REGARDING LIQUIDATING TRUST AGREEMENT (.5); FOLLOWUP REGARDING SAME WITH B. KELLY, J. SCHWARTZ (.7) | 1.2 |
| 07/30/15 | BOLLHEIMER | REVIEW OF DEBTOR'S SECOND AMENDED AND MODIFIED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION (2.5); DRAFT CORINTHIAN DISTRIBUTION AGREEMENT (5.6) | 8.1 |
| 07/31/15 | BOLLHEIMER | DRAFT DISTRIBUTION AGREEMENT (5.8); CALL TO MARY ALICE AVERY AT WILMINGTON TRUST RE: RESIDENTIAL TRUSTEE (.3); PREPARE CERTIFICATE OF TRUST (.2); DRAFT SUPPLEMENTAL PART RE: REV PROC 94-45 (1.0) | 7.3 |
| | **Total Hours** | | **192.3** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| H. JEFFREY SCHWARTZ | 132.8 | hours at | 1,235.00 | 164,008.00 |
| BENNETT S. SILVERBERG | 40.2 | hours at | 885.00 | 35,577.00 |
| JACOB T. BEISWENGER | 3.5 | hours at | 570.00 | 1,995.00 |
| STEPHANIE N. BOLLHEIMER | 15.4 | hours at | 475.00 | 7,315.00 |
| CAROL S. ENNIS | 0.4 | hours at | 340.00 | 136.00 |
| **Total Fees** | | | | **209,031.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice    684153
Date    Aug 17, 2015
Client    032615

RE:    PLAN AND DISCLOSURE STATEMENT



Remittance

**Balance Due: $209,031.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

brownrudnick.com

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 684154 |
| Date | Aug 17, 2015 |
| Client | 032615 |

RE:    CLAIMS ADMINISTRATION AND OBJECTIONS

## INVOICE

For professional services rendered in connection with the above captioned matter
through July 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0016 | CLAIMS ADMINISTRATION AND OBJECTIONS | 877.00 | 0.00 | 877.00 |
| | **Total** | **877.00** | **0.00** | **877.00** |

Total Current Fees                                                      $877.00

**Total Invoice**                                                    **$877.00**

BR

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 07/22/15 | ENNIS | CIRCULATE STUDENT COMMITTEE MOTION TO ALLOW COLLECTIVE CLAIM AND JUDICIAL NOTICE IN SUPPORT RE: SAME | 0.4 |
| 07/30/15 | BEISWENGER | REVIEW AND ANALYZE STUDENT COMMITTEE'S MOTION TO FILE A COLLECTIVE PROOF OF CLAIM FOR STUDENT CREDITORS (1.1); CALL WITH DEBTORS COUNSEL RE: SAME (.2) | 1.3 |
| | **Total Hours** | | **1.7** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| JACOB T. BEISWENGER | 1.3 | hours at | 570.00 | 741.00 |
| CAROL S. ENNIS | 0.4 | hours at | 340.00 | 136.00 |
| **Total Fees** | | | | **877.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP     Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice      684154
Date    Aug 17, 2015
Client      032615

RE:    CLAIMS ADMINISTRATION AND OBJECTIONS



Remittance

**Balance Due: $877.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

| | |
|---|---|
| CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR C/O BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 UNITED STATES | Invoice       684156 Date    Aug 17, 2015 Client       032615 |

RE:    LIEN AND CLAIM INVESTIGATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through July 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0019 | LIEN AND CLAIM INVESTIGATION | 57,265.00 | 0.00 | 57,265.00 |
| | **Total** | **57,265.00** | **0.00** | **57,265.00** |

| | |
|---|---|
| Total Current Fees | $57,265.00 |
| **Total Invoice** | **$57,265.00** |

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: LIEN AND CLAIM INVESTIGATION
August 17, 2015

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 07/21/15 | WALLACH | ANALYZE DOMESTIC AND CANADIAN SECURITY AGREEMENTS (2.3); REVIEW LOAN PARTIES AND SIGNATORIES TO GUARANTY (1.0); REVIEW DEPOSIT ACCOUNT CONTROL AGREEMENTS AND ANALYZE ACCOUNTS NOT SUBJECT TO A CONTROL AGREEMENT (3.6) | 6.9 |
| 07/21/15 | ENNIS | COORDINATE RE: PERFECTION ANALYSIS | 0.2 |
| 07/21/15 | ANDROMALOS | PERFECTION ANALYSIS AND NUMEROUS ISSUES RE SAME (1.5); VARIOUS CORRESPONDENCE RE SAME (.3); ATTENTION TO SEARCHES TO RUN (.3) | 2.1 |
| 07/21/15 | SELVAM | ANALYZE CREDIT FACILITY DOCUMENTS PROVIDED BY LENDER'S COUNSEL IN CONNECTION WITH PERFECTION REVIEW (3.1); COORDINATE UCC SEARCHES (.4); ATTENTION TO VARIOUS EMAIL CORRESPONDENCE RE: PERFECTION ANALYSIS (.7) | 4.2 |
| 07/21/15 | SILVERBERG | COMMENCE INVESTIGATION OF AFFIRMATIVE CLAIMS AND LIEN AND CLAIM PERFECTION. | 1.4 |
| 07/21/15 | KRAMER | REQUEST LIEN AND CORPORATE SEARCHES FOR CORINTHIAN COLLEGES ENTITIES DOCUMENTS FOR ALL ENTITIES | 1.3 |
| 07/22/15 | ANDROMALOS | ANALYSIS OF CFO AFFIDAVIT IN CONNECTION WITH CONDUCTING PERFECTION ANALYSIS (1.1); ATTENTION TO VARIOUS PERFECTION ISSUES INCLUDING RELATED TO FOREIGN SUBS, ISSUES RE ASSETS OUTSIDE US, REAL ESTATE ISSUES AND CASH MANAGEMENT ISSUES (.9) | 2.0 |
| 07/22/15 | SELVAM | ANALYZE PREPETITION DOCUMENTS IN CONNECTION WITH PERFECTION REVIEW | 2.6 |
| 07/22/15 | WALLACH | ANALYZE BANKRUPTCY SCHEDULES INCLUDING REVIEW OF THE INTELLECTUAL PROPERTY LISTED ON THE SCHEDULES AND OTHER ASSETS LISTED BY EACH DEBTOR | 4.9 |
| 07/22/15 | KRAMER | REQUEST ADDITIONAL SEARCHES AND PROCESS SEARCH MATERIALS | 2.4 |
| 07/23/15 | ANDROMALOS | PERFECTION ANALYSIS AND NUMEROUS ISSUES RE SAME | 2.5 |
| 07/23/15 | SELVAM | ANALYZE PREPETITION CREDIT DOCUMENTS (4.4); REVISE INITIAL ISSUES LIST RE: PERFECTION REVIEW (.8); CALL WITH FINANCIAL ADVISOR (.3); ANALYZE INTELLECTUAL PROPERTY SEARCHES (1.1) | 6.6 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: LIEN AND CLAIM INVESTIGATION
August 17, 2015

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/23/15 | WALLACH | ANALYZE PERFECTION ISSUES INCLUDING DEPOSIT ACCOUNT CONTROL AGREEMENTS AND INTELLECTUAL PROPERTY COLLATERAL (3.4); DRAFT SUMMARY OF INITIAL ISSUES LIST AND PREPARE LIST OF FOLLOW-UP QUESTIONS FOR THE DEBTORS (4.3) | 7.7 |
| 07/23/15 | KRAMER | PROCESS CERTIFIED CHARTERS FOR CALIFORNIA ENTITIES AND FOLLOW UP ON LIEN SEARCHES | 1.2 |
| 07/24/15 | ANDROMALOS | PERFECTION ANALYSIS (1.1); NUMEROUS ISSUES RE SAME (.4); NUMEROUS MARKUPS RE MEMO RE OPEN ISSUES (1.8); VARIOUS CORRESPONDENCE RE CONTROL AGMTS (.4) AND ADDITIONAL COMMENTS RE PERFECTION MEMO RE SAME (.2) | 3.9 |
| 07/24/15 | SELVAM | DRAFT ANALYSIS REGARDING PERFECTION ISSUES AND INQUIRIES FOR DEBTORS | 0.6 |
| 07/24/15 | KRAMER | PROCESS AND ASSEMBLE CERTIFIED CHARTER DOCUMENTS (.3); RESEARCH FLORIDA RECORDS REGARDING MERGED OUT ENTITIES (.5); CHECK STATUS OF CANADIAN ENTITY CHARTERS (.4); REVIEW CHARTERS TO DETERMINE OUTSTANDING ITEMS(.8) | 2.0 |
| 07/24/15 | WALLACH | DRAFT SUMMARY OF INITIAL ISSUES, INQUIRIES FOR THE DEBTORS AND INITIAL DOCUMENTS TO REQUEST (2.5); ANALYZE PERFECTION STATUS OF DEPOSIT ACCOUNTS (3.0); RESEARCH TREATMENT OF STATE AND FEDERAL GRANT PROCEEDS UNDER THE UCC (2.2) | 7.7 |
| 07/26/15 | SILVERBERG | CORRESPONDENCE REGARDING LIEN PERFECTION ISSUES | 1.0 |
| 07/26/15 | SELVAM | ANALYZE CREDIT AGREEMENT AND PLEDGE AGREEMENT DOCUMENTS, IN ADDITION TO FORBEARANCE AGREEMENTS, IN CONNECTION WITH PERFECTION ANALYSIS AND PRE-PETITION ASSET SALES | 2.7 |
| 07/26/15 | ANDROMALOS | ATTENTION TO NUMEROUS INQUIRIES RE PERFECTION ANALYSIS (.3) AND VARIOUS CORRESPONDENCE RE SAME (.4) | 0.7 |
| 07/27/15 | ANDROMALOS | REVISE MEMO RE PERFECTION (.9); ATTENTION TO NUMEROUS ISSUES RE SAME (.7); ATTENTION TO PLEADINGS RE LENDER LIABILITY, ISSUES RE SAME AND CORRESPONDENCE WITH TEAM RE SAME (.6); ATTENTION TO ISSUES RE PREPETITION SALES (.4) | 2.6 |
| 07/27/15 | SELVAM | REVISE PERFECTION INITIAL ISSUES LIST (2.5); REVIEW ASSET SALE LIST (.2); ANALYZE FINANCING AMENDMENTS IN CONNECTION WITH PERFECTION REVIEW (1.1) | 3.8 |
| 07/27/15 | HARRIS | CREATE LIEN SUMMARY CHART | 3.6 |
| 07/27/15 | SILVERBERG | TELEPHONE CONFERENCE WITH A. ANDROMALOS REGARDING POTENTIAL LENDER LIABILITY CLAIMS | 0.2 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: LIEN AND CLAIM INVESTIGATION
August 17, 2015

Invoice 684156
Page 4

| | | | |
|---|---|---|---|
| 07/27/15 | WALLACH | ANALYZE LOAN DOCUMENTS IN CONNECTION WITH ACTIVITY IN THE PAST 90 DAYS | 0.5 |
| 07/28/15 | HARRIS | DRAFT SUMMARY OF LIEN SEARCHES | 5.9 |
| 07/28/15 | ANDROMALOS | ATTENTION TO VARIOUS PERFECTION ANALYSIS ISSUES (.8) AND CORRESPONDENCE WITH TEAM RE SAME (.5) | 1.3 |
| 07/28/15 | SELVAM | ANALYZE BANKRUPTCY SCHEDULES AND SOFA'S (.8); REVISED INITIAL PERFECTION ISSUES LIST (.7) | 1.5 |
| 07/29/15 | ANDROMALOS | ANALYSIS OF SECURITY DEPOSIT ISSUES AND OTHER PERFECTION ISSUES, INCLUDING EASEMENT AND MORTGAGE ISSUES | 0.4 |
| 07/29/15 | SELVAM | ANALYZE STATEMENTS OF FINANCIAL AFFAIRS IN CONNECTION WITH PERFECTION ANALYSIS (4.8); REVISE PERFECTION ISSUES LIST (.6) | 5.4 |
| 07/29/15 | SILVERBERG | CONSULT WITH A. ANDROMALOS, P. SELVAM REGARDING LIEN PERFECTION MEMORANDUM, CORRESPONDENCE REGARDING SAME | 0.6 |
| 07/29/15 | HARRIS | DRAFT SUMMARY OF UCC LIEN SEARCH | 2.4 |
| 07/30/15 | ANDROMALOS | ANALYSIS OF VARIOUS PERFECTION ANALYSIS ISSUES INCLUDING ESCROW AGMTS AND DEPOSIT ACCOUNTS (.8); ANALYSIS OF VARIOUS PREFERENCE ISSUES (.6); REVISE MEMO RE FOREGOING (.5) | 1.9 |
| 07/30/15 | SELVAM | REVISE PERFECTION ISSUES ANALYSIS (2.6); ANALYZE LENDER PRE-PETITION PAYMENTS (.7) | 3.3 |
| 07/30/15 | HARRIS | REVISE SUMMARY OF UCC LIEN SEARCHES | 2.2 |
| 07/31/15 | ANDROMALOS | ATTENTION TO CASH MANAGEMENT/ CONTROL ISSUES AND PROCEEDS RELATED ISSUES RE ACCOUNTS NOT SUBJECT TO BANK'S CONTROL | 0.9 |
| 07/31/15 | SELVAM | REVISE PERFECTION ANALYSIS (1.5); REVIEW RULES FOR PERFECTION OF PROCEEDS OF COLLATERAL (.7) | 2.2 |
| 07/31/15 | SILVERBERG | TELEPHONE CONFERENCES WITH A. ANDROMALOS, P. SELVAM REGARDING LIEN PERFECTION ISSUES ON DEBTORS' CASH | 0.8 |
| | **Total Hours** | | **104.1** |



CORINTHIAN COLLEGES, INC: OFFICIAL COMMITTEE OF UNSECURED
CR
RE: LIEN AND CLAIM INVESTIGATION
August 17, 2015

Invoice 684156
Page 5

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| ANDREAS ANDROMALOS | 18.3 | hours at | 825.00 | 15,097.50 |
| BENNETT S. SILVERBERG | 4.0 | hours at | 885.00 | 3,540.00 |
| CAILIN M. HARRIS | 14.1 | hours at | 420.00 | 5,922.00 |
| PRIYA F. SELVAM | 32.9 | hours at | 525.00 | 17,272.50 |
| TIA WALLACH | 27.7 | hours at | 470.00 | 13,019.00 |
| CAROL S. ENNIS | 0.2 | hours at | 340.00 | 68.00 |
| MARY ANN KRAMER | 6.9 | hours at | 340.00 | 2,346.00 |
| **Total Fees** | | | | **57,265.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice    684156
Date    Aug 17, 2015
Client    032615

RE:    LIEN AND CLAIM INVESTIGATION



Remittance

**Balance Due: $57,265.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

# BROWN RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 684157 |
| Date | Aug 17, 2015 |
| Client | 032615 |

RE:    D&O INVESTIGATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through July 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0020 | D&O INVESTIGATION | 35,435.50 | 0.00 | 35,435.50 |
| | **Total** | **35,435.50** | **0.00** | **35,435.50** |

| | |
|---|---|
| Total Current Fees | $35,435.50 |
| **Total Invoice** | **$35,435.50** |

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-----------|-------------|-------|
| 07/06/15 | BURKE | REVIEW MOST RECENT DEBTORS' FILINGS AND ANALYZE IMPACT ON ACCESS TO DIRECTORS AND OFFICERS INSURANCE POLICIES | 0.9 |
| 07/20/15 | CURRY | CORRESPONDENCE WITH J. SCHWARTZ AND L. BURKE RE DOCUMENT REVIEW PLAN AND TIMELINE | 0.6 |
| 07/21/15 | CURRY | CORRESPONDENCE WITH CALIFORNIA AG OFFICE RE DOCUMENTS FROM LENDERS | 0.8 |
| 07/21/15 | BURKE | TELECONFERENCE WITH J. SCHWARTZ AND L. CURRY REGARDING RELATIONSHIP BETWEEN FTI AND BANK OF AMERICA | 0.2 |
| 07/21/15 | BURKE | TELECONFERENCE WITH L. CURRY AND B. SILVERBERG REGARDING RELATIONSHIP BETWEEN FTI AND BANK OF AMERICA. | 0.1 |
| 07/21/15 | BURKE | PHONE CALL WITH L. CURRY REGARDING RELATIONSHIP BETWEEN FTI AND BANK OF AMERICA | 0.2 |
| 07/21/15 | BURKE | REVIEW DOCUMENTS TO ANALYZE RELATIONSHIP BETWEEN FTI AND BANK OF AMERICA | 6.5 |
| 07/22/15 | BURKE | TELEPHONE CONVERSATION WITH E. ROTH REGARDING PRODUCTION OF DOCUMENTS TO THE CALIFORNIA ATTORNEY GENERAL | 0.2 |
| 07/22/15 | BURKE | TELEPHONE CONVERSATION WITH L. CURRY REGARDING PRODUCTION OF DOCUMENTS TO THE CALIFORNIA ATTORNEY GENERAL | 0.4 |
| 07/22/15 | BURKE | DRAFT CORRESPONDENCE TO ACCOMPANY PRODUCTION OF DOCUMENTS TO THE CALIFORNIA ATTORNEY GENERAL | 0.3 |
| 07/22/15 | BURKE | REVIEW DOCUMENTS TO ANALYZE RELATIONSHIP BETWEEN CORINTHIAN COLLEGES, BANK OF AMERICA, AND FTI | 2.7 |
| 07/22/15 | CURRY | REVIEW OBJECTIONS TO PLAN (3.4); CORRESPONDENCE WITH CA AG (1.0) | 4.4 |
| 07/23/15 | BURKE | REVIEW PRODUCTION DOCUMENTS | 6.4 |
| 07/23/15 | BURKE | DRAFT CORRESPONDENCE TO L. CURRY AND E. ROTH REGARDING PRODUCTION TO CALIFORNIA ATTORNEY GENERAL'S OFFICE | 0.4 |
| 07/23/15 | CURRY | DOCUMENT REVIEW AND CORRESPONDENCE RE LENDER DOCUMENTS (1.3); CORRESPONDENCE WITH J. SCHWARTZ AND L. BURKE RE DOCUMENT REVIEW AND EDITS TO CCI FILINGS (1.0) | 2.3 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: D&O INVESTIGATION
August 17, 2015

| 07/24/15 | BURKE | TELEPHONE CONVERSATION WITH L. CURRY REGARDING RESEARCH PROJECT RELATING TO DIRECTORS & OFFICERS INSURANCE POLICIES | 0.2 |
|---|---|---|---|
| 07/24/15 | ENNIS | CIRCULATE BRIEF OF DISCOVERY | 0.1 |
| 07/27/15 | CURRY | REVIEW EXHIBITS TO FILINGS | 3.0 |
| 07/27/15 | SILVERBERG | TELEPHONE CONFERENCE WITH L. CURRY REGARDING D&O PROSECUTION OUTLINE MEMO | 0.3 |
| 07/28/15 | BURKE | RESEARCH CLAIMS AGAINST CORINTHIANS' DIRECTORS AND OFFICERS | 0.5 |
| 07/28/15 | CURRY | REVIEW QUESTIONS RE D&O POLICIES | 1.7 |
| 07/28/15 | SEITZ | CONDUCT RESEARCH ON LEGAL DATABASES INTO CURRENT OR PAST LEGAL ACTION AGAINST J. MASSIMINO (3.6); PREPARE DOCKETS OF CURRENT AND PAST ACTIONS AGAINST J. MASSIMINO FOR ATTORNEY REVIEW (.5); DRAFT EMAILS TO ATTORNEYS SUMMARIZING RESULTS OF RESEARCH (.5); MEET WITH ATTORNEYS TO DISCUSS RESULTS OF RESEARCH ON ACTIONS AGAINST J. MASSIMINO (.3) | 4.9 |
| 07/29/15 | CURRY | DRAFT MEMO RE D&O CLAIMS (3.8); CORRESPONDENCE WITH DEBTORS RE D&O QUESTIONS (1.0) | 4.8 |
| 07/29/15 | SILVERBERG | CONSULT WITH L. CURRY, J. SCHWARTZ REGARDING D&O COVERAGE ISSUES | 1.8 |
| 07/29/15 | SEITZ | REVIEW DOCKETS AND FILINGS FOR PROCEDURAL OUTCOME AND DAMAGES IN ACTIONS AGAINST J. MASSIMINO | 1.6 |
| 07/29/15 | BURKE | COMMUNICATE WITH L. CURRY REGARDING COMPILING A COMPREHENSIVE ANALYSIS OF ALL RECENT CLAIMS AGAINST DIRECTORS AND OFFICERS OF CORINTHIAN | 0.6 |
| 07/29/15 | BURKE | COORDINATE RE COMPREHENSIVE ANALYSIS OF ALL RECENT CLAIMS ASSERTED AGAINST THE DIRECTORS AND OFFICERS AT CORINTHIAN COLLEGES, INC. | 0.3 |
| 07/30/15 | BURKE | REVIEW DOCKETS TO DETERMINE STATUS OF CASES IN WHICH CORINTHIAN COLLEGES, INC. WAS NAMED AS A DEFENDANT | 0.7 |
| 07/30/15 | BURKE | UPDATE ANALYTICAL CHART SHOWING CURRENT CLAIMS AGAINST DIRECTORS AND OFFICERS | 1.1 |
| 07/30/15 | BURKE | DRAFT EMAIL TO L. CURRY REPLYING TO QUESTIONS RELEVANT TO CORINTHIAN COLLEGES, INC.'S DIRECTORS & OFFICERS INSURANCE POLICIES | 0.3 |
| 07/30/15 | BURKE | DRAFT MEMORANDUM ADDRESSING SPECIFIC CLAIMS AGAINST DIRECTORS AND OFFICERS OF CORINTHIAN COLLEGES, INC. | 2.8 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: D&O INVESTIGATION
August 17, 2015

| 07/30/15 | BURKE | PERFORM LEGAL RESEARCH REGARDING FRAUD EXCLUSIONS IN DIRECTORS & OFFICERS INSURANCE POLICIES | 1.1 |
| --- | --- | --- | --- |
| 07/30/15 | BURKE | REVISE CHART OF DIRECTORS & OFFICERS INSURANCE POLICIES TO SHOW NOTICE REQUIREMENTS FOR AS MANY POLICIES AS POSSIBLE | 0.6 |
| 07/30/15 | BURKE | RESEARCH NEGLIGENT MISREPRESENTATION | 0.4 |
| 07/30/15 | ENNIS | RESEARCH RE: STATUS OF PENDING USDC CASES AND STATE OF CALIFORNIA CASE | 0.5 |
| 07/30/15 | CURRY | REVIEW D&O POLICIES (5.0); TELECONFERENCES WITH S. MORTENSEN (1.0); EMAIL CORRESPONDENCE WITH J. SCHWARTZ AND B. SILVERBERG RE RESPONSES TO QUESTIONS FROM COUNSEL (.8) | 6.8 |
| 07/30/15 | SILVERBERG | CONSULT WITH J. SCHWARTZ, L. CURRY IN D&O INSURANCE NOTICING REQUIREMENTS, COVERAGE ISSUES | 0.5 |
| 07/31/15 | SILVERBERG | TELEPHONE CONFERENCE WITH S. MORTENSEN, J. SCHWARTZ REGARDING D&O COVERAGE. | 0.3 |
| | **Total Hours** | | **61.3** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
| --- | --- | --- | --- | --- |
| LAUREN E. CURRY | 24.4 | hours at | 730.00 | 17,812.00 |
| BENNETT S. SILVERBERG | 2.9 | hours at | 885.00 | 2,566.50 |
| LARA N. BURKE | 26.9 | hours at | 470.00 | 12,643.00 |
| CAROL S. ENNIS | 0.6 | hours at | 340.00 | 204.00 |
| CHRISTIAN M. SEITZ | 6.5 | hours at | 340.00 | 2,210.00 |
| **Total Fees** | | | | **35,435.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice     684157
Date    Aug 17, 2015
Client     032615

RE:    D&O INVESTIGATION



Remittance

**Balance Due: $35,435.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996