# EXHIBIT C

**EXHIBIT C**

**SUMMARY OF DISBURSEMENTS**

The following is a breakdown of disbursements for the period from July 1, 2015 through July 31, 2015:

| Service | Cost |
|---|---|
| 1. Photocopy (In-house) (10,004 pages × 10¢) | $1,000.40 |
| 2. Telephone | $12.92 |
| 3. Messenger | $20.00 |
| 4. Lexis | $464.70 |
| 5. Westlaw | $3,189.84 |
| 6. PACER | $329.90 |
| 7. CourtCall | $30.00 |
| 8. On-Line Research - BNA Tax & Accounting | $89.00 |
| 9. Binding | $.77 |
| 10. Accuroute Scan | $1.50 |
| 11. Teleconferencing | $13.38 |
| TOTAL | **$5,152.41** |

62004421

BROWNRUDNICK
One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice 684149
Date Aug 17, 2015
Client 032615

RE: COSTS ONLY

# INVOICE

For professional services rendered in connection with the above captioned matter through July 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0001 | COSTS ONLY | 0.00 | 5,152.41 | 5,152.41 |
| | **Total** | **0.00** | **5,152.41** | **5,152.41** |

| | |
|---|---|
| Total Current Costs | $5,152.41 |
| **Total Invoice** | **$5,152.41** |

brownrudnick.com


## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 07/24/15 | ACCUROUTE SCAN | 1.10 |
| 07/24/15 | ACCUROUTE SCAN | 0.40 |
| 07/21/15 | BINDING-IN HOUSE | 0.77 |
| 07/20/15 | COLOR COPIES | 6.10 |
| 07/20/15 | COLOR COPIES | 2.00 |
| 07/20/15 | COLOR COPIES | 9.00 |
| 07/20/15 | COLOR COPIES | 12.20 |
| 07/20/15 | COLOR COPIES | 12.20 |
| 07/21/15 | COLOR COPIES | 11.70 |
| 07/21/15 | COLOR COPIES | 11.70 |
| 07/21/15 | COLOR COPIES | 0.20 |
| 07/21/15 | COLOR COPIES | 0.10 |
| 07/21/15 | COLOR COPIES | 5.90 |
| 07/21/15 | COLOR COPIES | 10.70 |
| 07/23/15 | COLOR COPIES | 11.30 |
| 07/23/15 | COLOR COPIES | 11.10 |
| 07/23/15 | COLOR COPIES | 0.30 |
| 07/23/15 | COLOR COPIES | 0.70 |
| 07/23/15 | COLOR COPIES | 0.50 |
| 07/23/15 | COLOR COPIES | 0.40 |
| 07/23/15 | COLOR COPIES | 11.30 |
| 07/30/15 | COLOR COPIES | 0.80 |
| 07/30/15 | COLOR COPIES | 0.10 |
| 07/30/15 | COLOR COPIES | 1.10 |
| 07/30/15 | COLOR COPIES | 0.10 |
| 07/30/15 | COLOR COPIES | 3.70 |
| 07/31/15 | COLOR COPIES | 0.90 |
| 07/31/15 | COLOR COPIES | 4.10 |
| 07/31/15 | COLOR COPIES | 0.10 |
| 07/08/15 | COPIES | 29.10 |

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
August 17, 2015

Invoice 684149
Page 3

| | | |
|---|---|---|
| 07/08/15 | COPIES | 3.00 |
| 07/10/15 | COPIES | 1.20 |
| 07/10/15 | COPIES | 0.20 |
| 07/10/15 | COPIES | 3.20 |
| 07/13/15 | COPIES | 2.40 |
| 07/20/15 | COPIES | 3.70 |
| 07/20/15 | COPIES | 0.50 |
| 07/20/15 | COPIES | 3.70 |
| 07/20/15 | COPIES | 4.20 |
| 07/20/15 | COPIES | 2.30 |
| 07/20/15 | COPIES | 6.10 |
| 07/20/15 | COPIES | 6.10 |
| 07/20/15 | COPIES | 1.20 |
| 07/21/15 | COPIES | 4.60 |
| 07/21/15 | COPIES | 0.30 |
| 07/21/15 | COPIES | 0.60 |
| 07/21/15 | COPIES | 0.60 |
| 07/21/15 | COPIES | 0.30 |
| 07/21/15 | COPIES | 0.60 |
| 07/21/15 | COPIES | 0.30 |
| 07/21/15 | COPIES | 2.40 |
| 07/21/15 | COPIES | 0.70 |
| 07/21/15 | COPIES | 0.50 |
| 07/21/15 | COPIES | 2.30 |
| 07/21/15 | COPIES | 0.30 |
| 07/21/15 | COPIES | 0.60 |
| 07/21/15 | COPIES | 0.20 |
| 07/21/15 | COPIES | 0.10 |
| 07/21/15 | COPIES | 0.10 |
| 07/21/15 | COPIES | 2.00 |
| 07/21/15 | COPIES | 6.00 |
| 07/21/15 | COPIES | 0.10 |
| 07/21/15 | COPIES | 0.70 |
| 07/21/15 | COPIES | 0.10 |
| 07/21/15 | COPIES | 0.10 |

Brown Rudnick LLP Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

| | | |
|---|---|---|
| 07/21/15 | COPIES | 7.10 |
| 07/21/15 | COPIES | 4.10 |
| 07/21/15 | COPIES | 0.20 |
| 07/21/15 | COPIES | 0.30 |
| 07/21/15 | COPIES | 0.70 |
| 07/21/15 | COPIES | 2.70 |
| 07/21/15 | COPIES | 0.30 |
| 07/21/15 | COPIES | 0.20 |
| 07/21/15 | COPIES | 0.50 |
| 07/21/15 | COPIES | 0.50 |
| 07/21/15 | COPIES | 0.20 |
| 07/21/15 | COPIES | 0.80 |
| 07/21/15 | COPIES | 0.80 |
| 07/21/15 | COPIES | 0.20 |
| 07/21/15 | COPIES | 0.40 |
| 07/21/15 | COPIES | 1.50 |
| 07/21/15 | COPIES | 1.10 |
| 07/21/15 | COPIES | 11.60 |
| 07/21/15 | COPIES | 0.90 |
| 07/21/15 | COPIES | 1.00 |
| 07/21/15 | COPIES | 0.40 |
| 07/21/15 | COPIES | 1.10 |
| 07/21/15 | COPIES | 1.50 |
| 07/21/15 | COPIES | 1.00 |
| 07/21/15 | COPIES | 1.00 |
| 07/21/15 | COPIES | 0.60 |
| 07/21/15 | COPIES | 1.00 |
| 07/21/15 | COPIES | 1.10 |
| 07/21/15 | COPIES | 3.70 |
| 07/21/15 | COPIES | 0.20 |
| 07/21/15 | COPIES | 4.20 |
| 07/21/15 | COPIES | 4.20 |
| 07/21/15 | COPIES | 0.10 |
| 07/21/15 | COPIES | 1.80 |
| 07/21/15 | COPIES | 0.20 |



| | | |
|---|---|---|
| 07/21/15 | COPIES | 5.40 |
| 07/21/15 | COPIES | 0.20 |
| 07/21/15 | COPIES | 6.00 |
| 07/21/15 | COPIES | 0.40 |
| 07/21/15 | COPIES | 0.30 |
| 07/21/15 | COPIES | 11.60 |
| 07/21/15 | COPIES | 0.20 |
| 07/21/15 | COPIES | 4.10 |
| 07/21/15 | COPIES | 0.50 |
| 07/21/15 | COPIES | 2.70 |
| 07/21/15 | COPIES | 0.80 |
| 07/21/15 | COPIES | 0.50 |
| 07/21/15 | COPIES | 0.10 |
| 07/21/15 | COPIES | 0.20 |
| 07/21/15 | COPIES | 0.30 |
| 07/21/15 | COPIES | 22.30 |
| 07/22/15 | COPIES | 0.60 |
| 07/22/15 | COPIES | 0.50 |
| 07/22/15 | COPIES | 0.50 |
| 07/22/15 | COPIES | 0.60 |
| 07/22/15 | COPIES | 1.00 |
| 07/22/15 | COPIES | 1.00 |
| 07/22/15 | COPIES | 0.30 |
| 07/22/15 | COPIES | 0.30 |
| 07/22/15 | COPIES | 0.30 |
| 07/22/15 | COPIES | 0.30 |
| 07/22/15 | COPIES | 1.50 |
| 07/22/15 | COPIES | 1.40 |
| 07/23/15 | COPIES | 3.70 |
| 07/23/15 | COPIES | 0.10 |
| 07/23/15 | COPIES | 1.60 |
| 07/23/15 | COPIES | 0.10 |
| 07/23/15 | COPIES | 0.20 |
| 07/23/15 | COPIES | 0.20 |
| 07/23/15 | COPIES | 0.20 |



RE: COSTS ONLY
August 17, 2015

| | | |
|---|---|---|
| 07/23/15 | COPIES | 0.40 |
| 07/23/15 | COPIES | 0.20 |
| 07/23/15 | COPIES | 0.30 |
| 07/23/15 | COPIES | 3.70 |
| 07/23/15 | COPIES | 6.70 |
| 07/23/15 | COPIES | 8.90 |
| 07/23/15 | COPIES | 7.00 |
| 07/23/15 | COPIES | 3.80 |
| 07/23/15 | COPIES | 4.40 |
| 07/23/15 | COPIES | 4.60 |
| 07/23/15 | COPIES | 3.80 |
| 07/23/15 | COPIES | 4.90 |
| 07/23/15 | COPIES | 4.20 |
| 07/23/15 | COPIES | 15.60 |
| 07/23/15 | COPIES | 3.70 |
| 07/23/15 | COPIES | 3.40 |
| 07/23/15 | COPIES | 9.60 |
| 07/23/15 | COPIES | 3.70 |
| 07/23/15 | COPIES | 0.80 |
| 07/23/15 | COPIES | 3.50 |
| 07/23/15 | COPIES | 3.70 |
| 07/23/15 | COPIES | 4.50 |
| 07/23/15 | COPIES | 15.70 |
| 07/23/15 | COPIES | 3.90 |
| 07/23/15 | COPIES | 3.70 |
| 07/23/15 | COPIES | 30.10 |
| 07/23/15 | COPIES | 40.50 |
| 07/23/15 | COPIES | 3.70 |
| 07/23/15 | COPIES | 3.50 |
| 07/23/15 | COPIES | 0.40 |
| 07/23/15 | COPIES | 0.10 |
| 07/23/15 | COPIES | 0.30 |
| 07/23/15 | COPIES | 0.60 |
| 07/24/15 | COPIES | 0.10 |
| 07/24/15 | COPIES | 0.40 |


| | | |
|---|---|---|
| 07/24/15 | COPIES | 0.10 |
| 07/24/15 | COPIES | 0.20 |
| 07/24/15 | COPIES | 4.20 |
| 07/24/15 | COPIES | 4.20 |
| 07/24/15 | COPIES | 0.50 |
| 07/24/15 | COPIES | 0.10 |
| 07/24/15 | COPIES | 0.90 |
| 07/24/15 | COPIES | 5.10 |
| 07/24/15 | COPIES | 4.00 |
| 07/24/15 | COPIES | 0.10 |
| 07/24/15 | COPIES | 0.90 |
| 07/24/15 | COPIES | 4.20 |
| 07/24/15 | COPIES | 0.90 |
| 07/24/15 | COPIES | 0.10 |
| 07/24/15 | COPIES | 4.10 |
| 07/24/15 | COPIES | 0.10 |
| 07/24/15 | COPIES | 0.10 |
| 07/24/15 | COPIES | 0.30 |
| 07/24/15 | COPIES | 0.10 |
| 07/24/15 | COPIES | 42.00 |
| 07/24/15 | COPIES | 0.50 |
| 07/24/15 | COPIES | 0.20 |
| 07/24/15 | COPIES | 0.30 |
| 07/24/15 | COPIES | 1.40 |
| 07/27/15 | COPIES | 8.20 |
| 07/27/15 | COPIES | 4.10 |
| 07/27/15 | COPIES | 0.60 |
| 07/27/15 | COPIES | 40.90 |
| 07/27/15 | COPIES | 2.40 |
| 07/27/15 | COPIES | 2.50 |
| 07/27/15 | COPIES | 2.90 |
| 07/27/15 | COPIES | 2.50 |
| 07/27/15 | COPIES | 2.40 |
| 07/27/15 | COPIES | 3.00 |
| 07/27/15 | COPIES | 5.40 |


| | | |
|---|---|---|
| 07/27/15 | COPIES | 2.50 |
| 07/27/15 | COPIES | 2.40 |
| 07/27/15 | COPIES | 2.50 |
| 07/27/15 | COPIES | 3.60 |
| 07/27/15 | COPIES | 2.40 |
| 07/27/15 | COPIES | 2.50 |
| 07/27/15 | COPIES | 2.40 |
| 07/27/15 | COPIES | 4.50 |
| 07/27/15 | COPIES | 2.50 |
| 07/27/15 | COPIES | 2.50 |
| 07/27/15 | COPIES | 3.00 |
| 07/27/15 | COPIES | 2.90 |
| 07/27/15 | COPIES | 2.50 |
| 07/27/15 | COPIES | 2.50 |
| 07/27/15 | COPIES | 4.20 |
| 07/27/15 | COPIES | 2.50 |
| 07/27/15 | COPIES | 3.10 |
| 07/27/15 | COPIES | 2.50 |
| 07/27/15 | COPIES | 10.40 |
| 07/28/15 | COPIES | 26.40 |
| 07/28/15 | COPIES | 26.30 |
| 07/29/15 | COPIES | 0.10 |
| 07/29/15 | COPIES | 0.10 |
| 07/29/15 | COPIES | 2.20 |
| 07/29/15 | COPIES | 0.20 |
| 07/29/15 | COPIES | 0.10 |
| 07/29/15 | COPIES | 0.20 |
| 07/29/15 | COPIES | 8.20 |
| 07/29/15 | COPIES | 6.30 |
| 07/29/15 | COPIES | 1.10 |
| 07/29/15 | COPIES | 0.60 |
| 07/29/15 | COPIES | 0.60 |
| 07/29/15 | COPIES | 0.60 |
| 07/29/15 | COPIES | 0.60 |
| 07/29/15 | COPIES | 0.60 |



| | | |
|---|---|---|
| 07/29/15 | COPIES | 0.90 |
| 07/30/15 | COPIES | 2.60 |
| 07/30/15 | COPIES | 0.60 |
| 07/30/15 | COPIES | 0.30 |
| 07/30/15 | COPIES | 0.30 |
| 07/30/15 | COPIES | 0.30 |
| 07/30/15 | COPIES | 0.20 |
| 07/30/15 | COPIES | 1.60 |
| 07/30/15 | COPIES | 0.20 |
| 07/30/15 | COPIES | 0.10 |
| 07/30/15 | COPIES | 1.30 |
| 07/30/15 | COPIES | 1.80 |
| 07/30/15 | COPIES | 3.30 |
| 07/30/15 | COPIES | 0.30 |
| 07/30/15 | COPIES | 11.70 |
| 07/30/15 | COPIES | 11.10 |
| 07/30/15 | COPIES | 0.20 |
| 07/30/15 | COPIES | 26.30 |
| 07/30/15 | COPIES | 26.40 |
| 07/30/15 | COPIES | 8.20 |
| 07/30/15 | COPIES | 26.30 |
| 07/30/15 | COPIES | 0.10 |
| 07/30/15 | COPIES | 0.10 |
| 07/30/15 | COPIES | 0.20 |
| 07/30/15 | COPIES | 1.90 |
| 07/30/15 | COPIES | 0.50 |
| 07/30/15 | COPIES | 0.20 |
| 07/30/15 | COPIES | 0.10 |
| 07/30/15 | COPIES | 0.10 |
| 07/30/15 | COPIES | 0.10 |
| 07/30/15 | COPIES | 0.10 |
| 07/30/15 | COPIES | 0.10 |
| 07/31/15 | COPIES | 0.30 |
| 07/31/15 | COPIES | 0.10 |
| 07/31/15 | COPIES | 3.50 |


| | | |
|---|---|---|
| 07/31/15 | COPIES | 0.30 |
| 07/31/15 | COPIES | 17.10 |
| 07/31/15 | COPIES | 0.30 |
| 07/31/15 | COPIES | 3.50 |
| 07/31/15 | COPIES | 0.30 |
| 07/31/15 | COPIES | 3.50 |
| 07/31/15 | COPIES | 0.30 |
| 07/31/15 | COPIES | 2.00 |
| 07/31/15 | COPIES | 0.20 |
| 07/31/15 | COPIES | 0.30 |
| 07/31/15 | COPIES | 0.10 |
| 07/31/15 | COPIES | 0.30 |
| 07/31/15 | COPIES | 3.20 |
| 07/31/15 | COPIES | 0.10 |
| 07/31/15 | COPIES | 0.10 |
| 07/31/15 | COPIES | 0.10 |
| 07/31/15 | COPIES | 0.20 |
| 07/31/15 | COPIES | 0.20 |
| 07/31/15 | COPIES | 0.10 |
| 07/31/15 | COPIES | 0.10 |
| 07/31/15 | COPIES | 0.80 |
| 07/31/15 | COPIES | 0.50 |
| 07/29/15 | COURT CALL - VENDOR: AMERICAN EXPRESS 06/18/15 | 30.00 |
| 06/29/15 | LEXIS - FORTE, KAREN M | 99.00 |
| 06/29/15 | LEXIS - FORTE, KAREN M | 365.70 |
| 07/23/15 | MESSENGER - FROM SOCIAL LAW LIBRARY 061815 | 20.00 |
| 07/14/15 | PACER - JUNE 2015 | 20.10 |
| 07/14/15 | PACER - JUNE 2015 | 57.60 |
| 07/15/15 | PACER - JUNE 2015 | 252.20 |
| 07/31/15 | SPECIALIZED ONLINE RESEARCH SERVICES BNA Tax & Accounting | 89.00 |
| 07/09/15 | TELECONFERENCING Readyconference Plus Audio 032615.0001 | 13.38 |
| 07/08/15 | TELEPHONE | 0.34 |
| 07/09/15 | TELEPHONE | 0.68 |
| 07/10/15 | TELEPHONE | 0.34 |

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
August 17, 2015

Invoice 684149
Page 11

| | | |
|---|---|---|
| 07/16/15 | TELEPHONE | 0.34 |
| 07/17/15 | TELEPHONE | 0.34 |
| 07/21/15 | TELEPHONE | 4.08 |
| 07/23/15 | TELEPHONE | 0.34 |
| 07/24/15 | TELEPHONE | 0.68 |
| 07/30/15 | TELEPHONE | 1.70 |
| 07/30/15 | TELEPHONE | 1.02 |
| 07/30/15 | TELEPHONE | 0.34 |
| 07/30/15 | TELEPHONE | 0.34 |
| 07/31/15 | TELEPHONE | 0.68 |
| 07/31/15 | TELEPHONE | 1.70 |
| 07/23/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 07/23/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 07/24/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 07/24/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 50.00 |
| 07/24/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 07/28/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,046.92 |
| 07/28/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 442.02 |
| 07/29/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,046.93 |
| 07/29/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 60.28 |
| 07/30/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 7.00 |
| 07/30/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 7.00 |
| 07/30/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 07/30/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 07/30/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 104.69 |
| | **Total Costs** | **5,152.41** |

## COST SUMMARY

| Description | Value |
|---|---|
| BINDING-IN HOUSE | 0.77 |
| COLOR COPIES | 128.30 |
| COPIES | 873.30 |
| COPIES | 0.30 |

Brown Rudnick LLP Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
August 17, 2015

Invoice 6584149
Page 12

| | |
|---|---|
| COURT CALL | 30.00 |
| LEXIS | 464.70 |
| MESSENGER | 20.00 |
| PACER | 329.90 |
| SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| TELECONFERENCING | 13.38 |
| TELEPHONE | 12.92 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES | 3,189.84 |
| **Total Costs** | **5,152.41** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

BROWNRUDNICK

One Financial Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 684149 |
| Date | Aug 17, 2015 |
| Client | 032615 |

RE: COSTS ONLY

**Remittance**

remit

**Balance Due: $5,152.41**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

brownrudnick.com

Brown Rudnick LLP Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.