**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (BLS) |
| Debtors. | **Ref. Docket No.: 710** |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING BB&S DEVELOPMENT, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT BB&S TO IMMEDIATELY APPLY DEBTOR'S SECURITY DEPOSIT TO ITS CLAIM

The undersigned hereby certifies as follows:

1. On August 5, 2015, BB&S Development, LLC ("BB&S") filed *BB&S Development, LLC's Motion for Relief from the Automatic Stay to Permit BB&S to Immediately Apply Debtor's Security Deposit to its Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court") [Docket No. 710].

2. The deadline to object to the Motion was August 19, 2015. The undersigned counsel received informal comments from the Debtors. No other comments or objections were received.

3. The parties conferred with respect to a revised form of order. Counsel for the Debtor and counsel for BB&S have approved the revised form of order, attached hereto as Exhibit A (the "Proposed Order").

4. Accordingly, counsel respectfully request that the Court enter the Proposed Order at its earliest convenience.

[Remainder of page left intentionally blank]

5.  The undersigned counsel is available should the Court have any questions with respect to the foregoing.

Dated:  August 25, 2015  **MORRIS JAMES LLP**

/s/ Eric J. Monzo
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  emonzo@morrisjames.com

and

Daniel C. Peterson
**COSGRAVE VERGEER KESTER LLP**
500 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
Telephone: (503) 323-9000
Facsimile:  (503) 323-9019
Email:dpeterson@cosgravelaw.com

*Attorneys for BB&S Development, LLC*