## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., _et al._, | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE   :
                           : SS:
NEW CASTLE COUNTY   :

     I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made.  I certify further that on August 25, 2015 I caused to be served:

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING BB&S DEVELOPMENT, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT BB&S TO IMMEDIATELY APPLY <u>DEBTOR'S SECURITY DEPOSIT TO ITS CLAIM</u>

     Service was completed upon the following individuals listed on the attached list as indicated thereon.

Date:  August 25, 2015

_____
Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 25th day of August, 2015.

_____
Notary

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
[Counsel to the Debtors and Debtors in
Possession]

Frederick B. Rosner, Esq.
Julia B. Klein, Esq.
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured
Creditors]

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
H. Jeffrey Schwartz, Esq.
Bennett S. Silverberg, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
[Counsel to the Official Committee of Unsecured
Creditors]