<u>Exhibit A</u>
<u>Verification Checklist</u>

**ISIR/FAFSA**
1. Check ISIRs to determine which was used for payment and check to see if it has a valid EFC and the awards are correct based upon that EFC
2. Review ISIR for "c" codes and provide corresponding resolution documentation

**Admissions**
1. Confirm that student has attested to HS completion status or receipt of a GED which match to the FAFSA/ISIR data

Attendance
1.Verify attendance and satisfactory academic progress.

**Enrollment Agreement/Pre-Enrollment Documents**
1. Review and provide Enrollment Agreement/Contract and confirm it is fully completed and includes the program name, cost, start date, student signature and date

**Verification/Conflicting Information/ Professional Judgment**
1. Review the ISIR and verification documents to ensure that verification has been performed, if necessary
2. Confirm any and all conflicting information if existed was resolved
3. Review and provide documentation on professional judgment decision and determine if the decision is documented, was based on a valid reason, and was properly processed

18

**SAP**

1. Review student records to determine if the student was making SAP
2. Review and provide SAP appeal documentation and determine if appeal was granted for an appropriate and documented reason

**Award Calculations**

1. Review award calculation and confirm accuracy based on EFC, need and grade level

**Direct Loan Recipients**

1. Review and provide entrance counseling documentation if applicable
2. Review and provide NSLDS enrollment history and determine if enrollment statuses were properly reported based on required timelines

**COD Record**

1. Review COD records and confirm disbursement dates and award amounts match the ledger

Exhibit B

Schedule of Allowable Uses/Expenses Associated with Title
IV Student Aid Funds

## I.   ALLOWABLE USES/ EXPENSES

In the ordinary course of business, CCi will use Title IV Funds to
fund its operations for the purposes outlined below:

 (a)  *Operating Disbursements*
- **Student Refunds**  – Required returns of credit balances on
  student accounts
- **Payroll Expenses** – Including but not limited to the
  following:
    - Wages and Salaries including 401k contributions
    - Payroll Taxes
- **Operating Expenses**  - Including but not limited to
  following:
    - Health care and other employee benefits
    - All taxes
    - Equipment leasing
    - Travel and related expenses
    - Bookstore costs
    - Telecommunications costs
    - Insurance
    - Information Technology related costs
    - Rent and related costs including taxes, insurance and
      common area maintenance
    - Advertising, media and other related costs

- o Professional Services costs including, but not limited to, audit and compliance related fees, Education Department Monitor fees, legal fees and other advisory fees, etc.
- o Capital Expenditures
- o Other operating expenses including, but not limited to, class room supplies, consumables, postage, dues and subscriptions, employee training and other student related costs, board of director fees and reimburseable expenses and other miscellaneous expenses

*(b) Non-Operating Disbursements*

- **Interest and related fees/ Related Professional Fees –** Interest and related fees on the Senior Secured Revolving Credit Facility and advisory and legal fees associated with the financing and restructuring

## II.    INELIGIBLE USES/EXPENSES

CCi will not use Title IV Funds for the purposes outlined below:

- Dividends
- Legal Settlements of lawsuits or investigations
- Debt repayments
- Any expenditures or recourse payments related to private student loans

<u>Exhibit C</u>
<u>Generalized Template for Corinthian Teach-Out Plans</u>

# CORINTHIAN COLLEGES, INC.

## INSTITUTIONAL TEACH-OUT PLAN

Check One:     Main School  ☐     Branch School  ☐                    OPEID: _____

Accreditor  _____        Accreditor School Number:  _____

Name of School:  _____

Address:  _____

City:  _____  State: _____        Zip Code:  _____

Telephone Number:  _____                Fax Number:  _____

Contact Person:  _____        E-mail Address:  _____

| A student Listing by program including estimated graduation dates: |
|---|
|  |
| The expected final graduation date and school closure date: |
|  |
| The status of unearned tuition, all current refunds due and account balances: |
|  |
| A disposition of all student records including educational, billing, accounting and financial aid records in an accessible location: |
|  |

**CORINTHIAN COLLEGES, INC.**

A demonstration and description of how the delivery of training (including appropriate faculty) and services to students will not be materially disrupted and that obligation to students will be timely met:

A description of specific additional charges to students, if any, and the school's plan for providing advance notification to students of any additional charges:

A list of all accrediting agencies (institutional and programmatic) the school is currently accredited by:

A communication plan for students to assist them through the transition:

Description of plans for faculty and staff:

Notification plan for state and federal regulators including the Department of Veterans Affairs:

Name: _____     Title: _____
                    (Chief Executive Officer)

Signature: _____     Date: _____

<u>Exhibit D</u>
<u>List of Sale Schools</u>

Exhibit D -- Schools for Sale

| School Name | OPEID | MAR-14 Active Students | Brand | Group |
|---|---|---|---|---|
| Phoenix | 02295000 | | ECP | Sale |
| Mesa | 02295002 | | ECP | Sale |
| **022950 Total** | | **2,624** | | |
| | | | | |
| Orlando North | 00149900 | | Everest | Sale |
| Orlando South | 00149901 | | Everest | Sale |
| Melbourne | 00149902 | | Everest | Sale |
| Tampa | 00149904 | | Everest | Sale |
| Brandon | 00149905 | | Everest | Sale |
| Orange Park | 00149906 | | Everest | Sale |
| Pinellas (Largo) | 00149907 | | Everest | Sale |
| Lakeland | 00149908 | | Everest | Sale |
| Jacksonville | 00149909 | | Everest | Sale |
| Pompano Beach | 00149910 | | Everest | Sale |
| Merrionette | 00149911 | | Everest | Sale |
| Kansas City (MO) | 00149912 | | Everest | Sale |
| **001499 Total** | | **26,921** | | |
| | | | | |
| San Bernardino | 00449400 | | Everest | Sale |
| **004494 Total** | | **567** | | |
| | | | | |
| Santa Ana | 00450302 | | Everest | Sale |
| Colorado Springs | 00450300 | | Everest | Sale |
| Ft Worth II | 00450303 | | Everest | Sale |
| **004503 Total** | | **966** | | |
| | | | | |
| Aurora | 00450701 | | Everest | Sale |
| Thornton | 00450700 | | Everest | Sale |
| **004507 Total** | | **544** | | |
| | | | | |
| Mid Cities | 00481102 | | Everest | Sale |
| Rochester | 00481100 | | Everest | Sale |
| **004811 Total** | | **895** | | |
| | | | | |
| Pittsburgh | 00709100 | | Everest | Sale |
| **007091 Total** | | **446** | | |
| | | | | |
| Alhambra | 00809000 | | Everest | Sale |
| Bedford Park | 00809003 | | Everest | Sale |
| **008090 Total** | | **829** | | |

Exhibit D -- Schools for Sale

| School Name | OPEID | MAR-14 Active Students | Brand | Group |
|---|---|---|---|---|
| Portland | 00907900 | | Everest | Sale |
| Vancouver | 00907901 | | Everest | Sale |
| Dallas | 00907905 | | Everest | Sale |
| **009079 Total** | | **1,020** | | |
| | | | | |
| Newport News | 00926700 | | Everest | Sale |
| Chesapeake | 00926701 | | Everest | Sale |
| **009267 Total** | | **991** | | |
| | | | | |
| South Plainfield | 00982804 | | Everest | Sale |
| Southfield | 00982800 | | Everest | Sale |
| Detroit | 00982803 | | Everest | Sale |
| Dearborn | 00982801 | | Everest | Sale |
| Austin | 00982802 | | Everest | Sale |
| **009828 Total** | | **2,651** | | |
| | | | | |
| Reseda | 01110900 | | Everest | Sale |
| Atlanta Greenbriar | 01110902 | | Everest | Sale |
| Marietta | 01110901 | | Everest | Sale |
| **011109 Total** | | **1,216** | | |
| | | | | |
| Gardena | 01112300 | | Everest | Sale |
| Norcross | 01112301 | | Everest | Sale |
| **011123 Total** | | **703** | | |
| | | | | |
| Melrose Park | 01185803 | | Everest | Sale |
| Skokie | 01185800 | | Everest | Sale |
| Burr Ridge | 01185802 | | Everest | Sale |
| **011858 Total** | | **1,041** | | |
| | | | | |
| Los Angeles | 01287301 | | Everest | Sale |
| City of Industry | 01287302 | | Everest | Sale |
| Long Beach | 01287300 | | Everest | Sale |
| **012873 Total** | | **2,092** | | |
| | | | | |
| Henderson | 02237500 | | Everest | Sale |
| **022375 Total** | | **706** | | |
| | | | | |
| Springfield | 02250600 | | Everest | Sale |
| Ontario | 02250602 | | Everest | Sale |
| **022506 Total** | | **971** | | |

Exhibit D -- Schools for Sale

| School Name | OPEID | MAR-14 Active Students | Brand | Group |
|---|---|---|---|---|
| San Antonio | 02261300 | | Everest | Sale |
| Greenspoint | 02261302 | | Everest | Sale |
| Houston Hobby | 02261303 | | Everest | Sale |
| **022613 Total** | | **1,268** | | |
| | | | | |
| Everett | 02300103 | | Everest | Sale |
| Bremerton | 02300100 | | Everest | Sale |
| Tacoma | 02300104 | | Everest | Sale |
| **023001 Total** | | **1,253** | | |
| | | | | |
| Renton | 02606200 | | Everest | Sale |
| Bissonet | 02606202 | | Everest | Sale |
| **026062 Total** | | **957** | | |
| | | | | |
| Seattle | 02617500 | | Everest | Sale |
| Portland | 02617506 | | Everest | Sale |
| Woodbridge DC | 02617508 | | Everest | Sale |
| **026175 Total** | | **786** | | |
| | | | | |
| Ontario | 03072300 | | Everest | Sale |
| Columbus | 03072303 | | Everest | Sale |
| Jonesboro | 03072304 | | Everest | Sale |
| **030723 Total** | | **1,082** | | |
| | | | | |
| Torrance | 03195400 | | Everest | Sale |
| **031954 Total** | | **122** | | |
| | | | | |
| San Francisco | 00723400 | | Heald | Sale |
| Concord | 00723404 | | Heald | Sale |
| Hayward | 00723406 | | Heald | Sale |
| San Jose | 00723405 | | Heald | Sale |
| Salinas | 00723409 | | Heald | Sale |
| Rancho Cordova | 00723411 | | Heald | Sale |
| Fresno | 00723412 | | Heald | Sale |
| Stockton | 00723410 | | Heald | Sale |
| Modesto | 00723407 | | Heald | Sale |
| Honolulu | 00723401 | | Heald | Sale |
| Portland | 00723402 | | Heald | Sale |
| Roseville | 00723408 | | Heald | Sale |
| **007234 Total** | | **13,129** | | |

## Exhibit D -- Schools for Sale

| School Name | OPEID | MAR-14 Active Students | Brand | Group |
|---|---|---|---|---|
| Anaheim | 01110700 | | Everest | Sale |
| **011107 Total** | | 379 | | |
| | | | | |
| Fremont | 00719000 | | WyoTech | Sale |
| **007190 Total** | | 819 | | |
| | | | | |
| Daytona Beach | 02346200 | | WyoTech | Sale |
| **023462 Total** | | 425 | | |
| | | | | |
| Laramie | 00915700 | | WyoTech | Sale |
| Blairsville | 00915705 | | WyoTech | Sale |
| **009157 Total** | | 1,758 | | |
| | | | | |
| North Miami* | 00149913 | | Everest | Sale |
| Kendall* | 00149914 | | Everest | Sale |
| **001499 Total** | | 238 | | |
| | | | | |
| Brighton** | 01151000 | | Everest | Sale |
| North Aurora** | 01151002 | | Everest | Sale |
| **011510 Total** | | 518 | | |
| | | | | |
| **Total Schools for Sale** | | **67,917** | | |

* These schools were placed for sale in September 2013 and stopped enrolling new students as of March 2014.  The last students will complete their program no later than October 2014.
** These schools were placed for sale in September 2013 and stopped enrolling new students as of February 2014.  The last students will complete their program no later than October 2014.

## First Amendment to Operating Agreement

This First Amendment to Operating Agreement (this "Amendment") is made this July 17, 2014, between Corinthian Colleges, Inc. and its wholly- and partially-owned subsidiaries ("Corinthian") and the U.S. Department of Education (the "Department"). This Amendment amends the Operating Agreement executed July 3, 2014 and effective July 8, 2014, between Corinthian and the Department (the "Operating Agreement").

### Recitals

A.    WHEREAS, the Operating Agreement calls for the appointment of an Independent Monitor to perform certain work as contemplated in the Operating Agreement.

B.    WHEREAS, the Department and Corinthian have agreed that certain functions shall be performed directly by the Department rather than by the Independent Monitor.

### Agreement

NOW, THEREFORE, in consideration of the mutual covenants and undertakings contained herein, Corinthian and the Department hereby agree as follows:

1. The Independent Monitor shall have no responsibility for "monitor[ing] the status of all school sales processes and provid[ing] monthly reports to the Department," as originally provided for in Section III.C.5 of the Operating Agreement. In lieu of the Monitor doing so, Corinthian shall independently provide such monthly reports to the Department, and shall also provide to the Department reasonable access to material indications of interest, letters of intent or binding agreements with respect to the Sale Schools as provided in Section IX.B, and shall also provide access to documents Corinthian is providing to potential buyers as set forth in Section III.B. Nothing in this paragraph shall be construed to prevent the Monitor from having access to

1

any and all documents Corinthian is providing to accreditors, lenders, state authorizing agencies, and the Department.

2. The Independent Monitor shall not discuss or otherwise consider any compensation arrangements with or payments to the Chief Executive Officer, Jack Massimino, or any other senior executive of the Company who received an employment agreement based on the form of employment agreement negotiated for Mr. Massimino in March 2013 (approximately twenty people), including bonuses, severance payments, raises or retention agreements or payments.  Notwithstanding the foregoing, Corinthian shall report any such matters to the Monitor, who shall pass them along to the Department without consideration or comment.  Any such bonuses, severance payments, raises and retention agreements being considered shall be reported to the Department at least two weeks prior to the creation of contractual obligations and payment and subject to the approval of the Department.

3. Except as amended herein, the Operating Agreement remains in full force and effect.

ACKNOWLEDGED AND AGREED:

CORINTHIAN COLLEGES, INC.

Jack D. Massimino
Chairman of the Board and
Chief Executive Officer

U.S. DEPARTMENT OF EDUCATION

Ted Mitchell
Under Secretary

2

## SECOND AMENDMENT TO OPERATING AGREEMENT

This Second Amendment to Operating Agreement (this "Amendment") is made this September 12, 2014, between Corinthian Colleges, Inc. and its wholly- and partially-owned subsidiaries ("Corinthian") and the U.S. Department of Education (the "Department"). This Amendment amends the Operating Agreement executed July 3, 2014 and effective July 8, 2014, between Corinthian and the Department (the "Operating Agreement"), as previously amended.

### Recitals

A.    WHEREAS, the intent of the parties in entering into the Operating Agreement is to provide Corinthian students an opportunity to complete their education without material interruption, change or additional cost;

B.    WHEREAS, Section VI.F of the Operating Agreement calls for Corinthian and the Department to work together to establish a reserve fund of no less than $30 million to be placed into an interest bearing account to be used exclusively for student refunds;

C.    WHEREAS, the Department and Corinthian, in consideration of the importance of maintaining educational programs for students enrolled at Corinthian schools, progress made by Corinthian to sell schools to new owners, and the positive impact such sales would have on potential student refund liabilities, have agreed to establish the reserve fund under the terms and conditions set forth herein.

### Agreement

NOW, THEREFORE, in consideration of the mutual covenants and undertakings contained herein, Corinthian and the Department hereby agree as follows:

1. Escrow Agreement. The parties are concurrently contracting with an escrow agent (the "Escrow Agent") pursuant to a mutually agreeable escrow agreement (the "Escrow Agreement") to hold the funds deposited pursuant to this understanding. Corinthian is depositing on the date hereof the initial deposit as described in Section 2 below in the escrow account (the "Escrow Account") established pursuant to the Escrow Agreement.

2. Funding out of Ongoing Operations. Upon execution of the Escrow Agreement between the Department, the Escrow Agent and Corinthian, Corinthian is making an initial deposit into the Escrow Account of $500,000. Corinthian will thereafter deposit $250,000 bi-weekly to the Escrow Account starting on September 26, 2014. Corinthian will continue to make deposits on a bi-weekly basis until the Escrow Account is funded in the amount of $30 million.

3. <u>October Deposit</u>. On October 23, 2014, Corinthian shall deposit into the Escrow Account the amount of $5,000,000. Upon the deposit of this amount into the Escrow Account, the Department shall not object to Corinthian repaying, consistent with the terms of the Operating Agreement, a portion of its indebtedness to its Lenders, out of any available net non-Title IV cash balances, in an amount equal to $5,000,000.

4. <u>Funding out of Sale School Proceeds</u>. Following closing of any transaction related to Sale Schools (as defined in the Operating Agreement) or group of Sale Schools for which the net sale proceeds is more than $750,000, Corinthian will deposit 35% of the net sales proceeds into the Escrow Account until the Escrow Fund is funded in the amount of $30 million. The amounts deposited in the Escrow Account shall be the first proceeds received. The Department acknowledges that the remaining sale proceeds shall be available for general corporate purposes including distribution to its stakeholders in the order of their legal priorities.

5. <u>Release of Funds</u>. If, upon the completion by Corinthian of the sale of all or substantially all of its Sale Schools (Heald and Everest), it shall be determined that the amount of funds in the Escrow Account is greater than the total Corinthian student refund liability, and if so by how much ("Excess Funds"), then the Excess Funds shall immediately be paid to Corinthian and will be available for distribution to its stakeholders in order of their legal priorities. After the initial determination of Excess Funds, a determination of whether the Escrow account holds Excess Funds shall take place every ninety (90) days thereafter. The amount necessary to satisfy Corinthian's student refund escrow obligation shall be based upon the amount of Corinthian's prospective student refund liability at that time, and that determination shall be made in consultation with the Monitor.

6. <u>Replenishment of Funds</u>. Should the funds in the Escrow Account reach $30 million and subsequently drop below that amount, Corinthian will make any payment as and to the extent required by paragraph 4 above, and will resume making biweekly deposits as and to the extent required by paragraph 2 above, with the first such biweekly deposit made within two business days of the date on which the Escrow Account drops below $30 million, unless, in either case, it is then determined that there are Excess Funds in the Escrow Account.

7. Except as amended herein, the Operating Agreement remains in full force and effect, including the provisions of Section IV of the Operating Agreement with respect to allowable and excluded uses associated with Title IV student aid funds.

ACKNOWLEDGED AND AGREED:

CORINTHIAN COLLEGES, INC.

Jack D. Massimino
Chairman of the Board and
Chief Executive Officer

U.S. DEPARTMENT OF EDUCATION

Ted Mitchell
Under Secretary

## THIRD AMENDMENT TO OPERATING AGREEMENT

This Third Amendment to Operating Agreement (this "Amendment") is made this December 9, 2014, between Corinthian Colleges, Inc. and its wholly- and partially-owned subsidiaries ("Corinthian") and the U.S. Department of Education (the "Department"). This Amendment amends the Operating Agreement executed July 3, 2014 and effective July 8, 2014, between Corinthian and the Department (the "Operating Agreement"), as previously amended by the First Amendment to Operating Agreement dated July 17, 2014 and Second Amendment to Operating Agreement dated September 12, 2014.

### Recitals

A.      WHEREAS, the intent of the parties in entering into the Operating Agreement was to provide Corinthian students an opportunity to complete their education without material interruption, change or additional cost;

B.      WHEREAS, Section VI.F of the Operating Agreement called for Corinthian and the Department to work together to establish a reserve fund of no less than $30 million to be placed into an interest bearing account to be used exclusively for student refunds;

C.      WHEREAS, the Department and Corinthian, in consideration of the importance of maintaining educational programs for students enrolled at Corinthian schools, progress made by Corinthian to sell schools to new owners, and the positive impact such sales would have on potential student refund liabilities, established an Escrow Account (the "Escrow Account") under the Second Amendment to Operating Agreement for purposes of fulfilling the intent of Section VI.F of the Operating Agreement to establish a reserve fund.

D.      WHEREAS, Corinthian, including several of its wholly-owned subsidiaries, have entered into an Asset Purchase Agreement (the "APA") with Zenith Education Group, Inc. and ECMC Group, Inc. (collectively, "Zenith") whereby Zenith will purchase substantially all of the assets and operations related to 56 Everest and WyoTech schools, and will acquire another 12 schools for the purpose of conducting the teach-out of those schools.

E.      WHEREAS, the parties expect that consummation of the APA will result in a better outcome for the approximately 39,000 students at those campuses and that a sale of such campuses will also result in a decrease to the expected potential student refund liability that might be needed to be funded from the Escrow Account.

F.      WHEREAS, the parties are entering into this Third Amendment to specify that (i) Corinthian may draw down Title IV student aid funds up to three times per week, and (ii) the funds in the Escrow Account may be used on a temporary basis by Corinthian to provide ordinary course students refunds to the Department for students who have discontinued their education.

G.     WHEREAS, pursuant to the Second Amendment, if the net sales proceeds otherwise payable to Corinthian on closing of the APA are more than $750,000, Corinthian will deposit 35% of the net sales proceeds into the Escrow Fund until it is funded in the amount of $30 million.

## Agreement

NOW, THEREFORE, in consideration of the mutual covenants and undertakings contained herein, Corinthian and the Department hereby agree as follows:

1.  Refunds to Students; Up to Thrice-Weekly Disbursement of Title IV Funds.  The parties agree that Corinthian shall, at the Department's discretion, temporarily be permitted to (i) draw down Title IV student aid funds up to three times per week (instead of on a weekly basis as specified Section II.B. of the Operating Agreement), and (ii) withdraw funds from the Escrow Account to pay student refunds to the Department during the month of December 2014 to the extent and in the amount approved by the Department in its sole discretion under the procedures describe in paragraph 2 below.  Notwithstanding the foregoing change from one disbursement per week to up to three disbursements per week, the requirements of Section II.C. regarding post-disbursement verification by the Title IV Auditor shall continue on a weekly basis, with results of weekly reviews being reported to the Monitor on a weekly basis.  Except for the change to permit up to three draws per week, the provisions of Section II shall remain unchanged.

2.  Pursuant to the procedures outlined in that certain letter from Anthony Guida to Ted Mitchell dated as of October 22, 2014, prior to submitting any Written Direction (as defined in the Escrow Agreement) for a disbursement of Escrow Funds (as defined in the Escrow Agreement) to the Escrow Agent, Corinthian shall provide the Department with written notice (which may be in the form of an email) of such proposed disbursement and receive written approval (which may be in the form of an email) from the Department for such disbursement.

3.  In order to accomplish the foregoing, Corinthian shall, on a weekly basis during the time period in which it intends to use funds from the Escrow Account to pay student refunds, provide a list of the applicable students and the amount of the refund per student to Robin Minor, Chief Compliance Officer, Federal Student Aid, U.S. Department of Education, via email at robin.minor@ed.gov.

4.  Upon approval of the disbursement of the Escrow funds from the Department, Corinthian shall submit a copy of such written approval from ED to the Escrow Agent with any such Written Direction.

5. Corinthian shall provide the Department with a reconciliation demonstrating that the actual amounts disbursed from the Escrow Account equal the proposed disbursement amounts within three business days of such actual disbursement. Corinthian also will

(i) transmit to the Department and the Monitor whatever monthly or periodic statements regarding the Escrow Account are issued by the Escrow Agent within three business days of Corinthian's receipt of such statements;

(ii) upon request, give the Department and the Monitor access to its records regarding requests for and payments of refunds to students out of the Escrow Account, and

(iii) upon request, direct the Escrow Agent to provide the Department or the Monitor the Escrow Agent's records of the Escrow Account.

5. Except as amended herein, the Operating Agreement remains in full force and effect.

ACKNOWLEDGED AND AGREED:

CORINTHIAN COLLEGES, INC.

Jack D. Massimino
Chairman of the Board and
Chief Executive Officer

U.S. DEPARTMENT OF EDUCATION

Ted Mitchell
Under Secretary