**EXHIBIT D**

**WARN Act Notice to Employees**

**Stearn, Bob**

**Subject:** FW: Please read: Important news about Corinthian Colleges and your campus

**From:** CCi Connect <email@blackboard.com>
**Date:** April 26, 2015 at 12:00:09 PM EDT
**To:** <DKing@cci.edu>
**Subject: Please read: Important news about Corinthian Colleges and your campus**
**Reply-To:** <email@blackboard.com>



Dear Colleagues:

It is with deep sadness and regret that we must inform you that effective Monday, April 27, Corinthian Colleges will cease substantially all of its operations and close its remaining campuses. We greatly appreciate the contribution you have made to the company and the students we have served, especially during the past several difficult months. As you know, we had worked very hard for a better outcome that would have allowed many of you to continue working under new ownership. Unfortunately, we were unable to achieve that goal and effective today your position will be eliminated.

- For all Heald College, Everest College, and WyoTech employees, please join us for a town hall meeting on your campus on Monday, April 27 at 12p.m. local time. For Heald online instructors, please call into 1-(800) 858-3340, Conference Code 1850# at 12p.m. PDT.

- For Everest College Phoenix employees, we will host two town hall meetings to accommodate all of our employees.
    - Full and part time team members will meet on Monday, April 27 at 12p.m. PDT in-person or by phone using this URL: https://corinthian-colleges.webex.com/corinthian-colleges/j.php?J=928303355 with passcode Ecp8800, and this dial-in information: Phone: 1-(877) 544-5570  Conference Code: 753 891 2334.
    - Adjunct team members will meet on Monday, April 27 at 1:30p.m. PDT in-person or by phone using this URL: https://corinthian-colleges.webex.com/corinthian-colleges/j.php?J=920457174 with passcode Ecp8800, and this dial-in information: Phone: 1-(877) 544-5570 Conference Code: 753 891 2334.

You should be proud of the fact that you did a good job for our students. This is particularly true, given the myriad of financial, legal and regulatory challenges our company has faced. It was disappointing that we were never given the due process to refute the unsubstantiated allegations against the company. But you helped us go

1

out the right way – focusing on helping our students find the best possible outcome. Despite the attacks on our industry, we all know that colleges like ours fill an important role in the broader education system and address a critical need that remains largely unmet by community colleges and other public educational institutions.

As many of you know, we made a herculean effort to find a qualified buyer to purchase our remaining campuses and keep the schools open so that our students could continue their education and many of you could remain in your positions. Several buyers had expressed strong interest in acquiring the schools, but, largely as a result of state and federal regulatory actions, we were unable to complete a sale. Our only option was to close our schools and cease substantially all of our operations.

Finally, I would like to thank you again for your service. Your hard work and dedication helped build our schools into quality institutions that have provided valuable educations for our students. We all would have hoped for a different outcome, but we can take pride in knowing that over the years we helped hundreds of thousands of people – many of whom had not previously had success in school – find a path to better lives and brighter futures.

I know it is a very sad day, but I have confidence that your talents, spirit and incredible work ethic will continue to be tremendous assets as you begin the next chapter in your professional careers and I wish you the best of luck.

Sincerely,

Jack Massimino

Chairman & CEO

Corinthian Colleges

This e-mail and any files transmitted with it may contain confidential information. Employees are reminded of their obligations regarding confidentiality and trade secrets as stated in the Employee Handbook and corporate policies. If you are not the intended recipient, you must not disseminate, distribute or copy this e-mail. We respectfully demand that you notify the sender immediately by e-mail if you have received this e-mail in error and permanently delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited, and may result in legal liability.

Employee Letters

**Departing Employee Letter**

Subject: Please read: Important news about Corinthian Colleges and your campus

Dear Colleagues:

It is with deep sadness and regret that we must inform you that effective Monday, April 27, Corinthian Colleges will cease substantially all of its operations and close its remaining campuses. We greatly appreciate the contribution you have made to the company and the students we have served, especially during the past several difficult months. As you know, we had worked very hard for a better outcome that would have allowed many of you to continue working under new ownership. Unfortunately, we were unable to achieve that goal and effective today your position will be eliminated.

- For all Heald College, Everest College, and WyoTech employees, please join us for a town hall meeting on your campus at 12p.m. local time. For Heald online instructors, please call into 1-(800) 858-3340, Conference Code 1850# at 12p.m. PDT.

- For Everest College Phoenix employees, we will host two town hall meetings to accommodate all of our employees.
    - Full and part time team members will meet at 12p.m. PDT in-person or by phone using this URL: https://corinthian-colleges.webex.com/corinthian-colleges/j.php?J=928303355 with passcode Ecp8800, and this dial-in information: Phone: 1-(877) 544-5570  Conference Code: 753 891 2334.
    - Adjunct team members will meet at 1:30p.m. PDT in-person or by phone using this URL: https://corinthian-colleges.webex.com/corinthian-colleges/j.php?J=920457174 with passcode Ecp8800, and this dial-in information: Phone: 1-(877) 544-5570 Conference Code: 753 891 2334.

You should be proud of the fact that you did a good job for our students. This is particularly true, given the myriad of financial, legal and regulatory challenges our company has faced. It was disappointing that we were never given the due process to refute the unsubstantiated allegations against the company. But you helped us go out the right way – focusing on helping our students find the best possible outcome. Despite the attacks on our industry, we all know that colleges like ours fill an important role in the broader education system and address a critical need that remains largely unmet by community colleges and other public educational institutions.

As many of you know, we made a herculean effort to find a qualified buyer to purchase our remaining campuses and keep the schools open so that our students could continue their education and many of you could remain in your positions. Several buyers had expressed strong interest in acquiring the schools, but, largely as a result of state and federal regulatory actions, we were unable to complete a sale. Our only option was to close our schools and cease substantially all of our operations.

Finally, I would like to thank you again for your service. Your hard work and dedication helped build our schools into quality institutions that have provided valuable educations for our students. We all would have hoped for a different outcome, but we can take pride in knowing that over the years we helped

hundreds of thousands of people – many of whom had not previously had success in school – find a path to better lives and brighter futures.

I know it is a very sad day, but I have confidence that your talents, spirit and incredible work ethic will continue to be tremendous assets as you begin the next chapter in your professional careers and I wish you the best of luck.

Sincerely,

Jack Massimino

Chairman & CEO
Corinthian Colleges



**CORINTHIAN COLLEGES, INC.**

Employee FAQ

1. **What happened today?**
   Corinthian Colleges announced that effective Monday, April 27 it will cease substantially all of its operations and close its remaining campuses. This includes Heald College, Everest College, WyoTech, and Everest College Phoenix.

2. **Does that mean my job has ended?**
   Yes. We worked very hard for a better outcome that would have allowed many of you to continue working under new ownership. Unfortunately, we were unable to achieve that goal and effective Monday, April 27 your position will be terminated.

3. **When can I clean out my desk? How can I retrieve my personal items from work?**
   Each campus will hold meetings for all employees on Monday, April 27. We will address the news as well as any questions you may have in addition to distributing final paychecks. Also, please come prepared to collect your personal belongings.

   - For all Heald College, Everest College, and WyoTech employees, please join us for a town hall meeting on your campus at 12 p.m. local time. For Heald online instructors, please call into 1-(800) 858-3340, Conference Code 1850# at 12 p.m. PDT.

   - For Everest College Phoenix employees, we will host two town hall meetings to accommodate all of our employees.
     - Full and part time team members will meet at 12 p.m. PDT in-person or by phone using this Webex link, passcode Ecp8800, and this dial-in information: Phone: 1-(877) 544-5570  Conference Code: 753 891 2334.
     - Adjunct team members will meet at 1:30 p.m. PDT in-person or by phone using this Webex link, passcode Ecp8800, and this dial-in information: Phone: 1-(877) 544-5570  Conference Code: 753 891 2334.

4. **I have an outstanding paycheck that I didn't cash. Is it still good? What do I do now?**
   Please deposit the check at your earliest convenience.

5. **What if I have an outstanding expense that needs to be reimbursed? What if I still need to submit an expense report?**
   In order to expedite expense reimbursement; please send the expense report form by April 27 to your campus president via email for approval. Once your president has approved, he or she will forward to expenses@cci.edu by April 28 for processing as soon as possible.

6. **How will I receive my final paycheck?**
   Please come to the town hall meeting on Monday, April 27 to pick up your final paycheck including unused vacation pay. If you are home office based, we will mail you your check. Please deposit the check at your earliest convenience.

7. **What, if any, transitional benefits will be offered?**
   Unfortunately we are not in a position to offer transitional benefits at this point. All benefits will cease effective April 30.

Note: Everest College and WyoTech campuses that were previously sold will remain open.


CORINTHIAN COLLEGES, INC.

8. **What will happen to my health insurance?**
   All benefits, including health insurance, will cease effective April 30. COBRA will not be available under the current circumstances and participants will need to obtain coverage under a new group plan or through individual coverage.

9. **What about my 401K?**
   Your assets in the 401(k) plan are yours to keep and are available for roll-over to other 401(k) plans or an IRA. All employee payroll deductions and applicable employer contributions will be made to the plan on your behalf through your last paycheck. Your termination date will be sent to Prudential within 5 days of the termination date. You should contact Prudential to inquire about distribution options including rolling over funds to another plan or taking a withdrawal.

10. **What about stock options / or shares I own in the company?**
    The ceasing of operations does not in itself change any of your rights with respect to any Corinthian stock you own.

11. **Will there be any help to get us new jobs?**
    Unfortunately, we are not able to provide job placement services.

12. **Will I be eligible to receive any severance pay?**
    No. Unfortunately we will not be able to offer any severance, but on Monday, April 27 at the town hall meetings, we will provide final paychecks, including unused vacation pay for California employees. All other states are on a use-it-or-lose-it time off plan, which will not be paid out.

13. **I need a reference letter to get a new job. How do I obtain one?**
    Unfortunately the company will not be in a position to do reference letters; however, please feel free to connect with your former colleagues directly.

14. **Do I get a proper exit interview?**
    No. Unfortunately, we are not able to provide exit interviews.

15. **Do I need to do anything for my students (reference letters, grading, etc.)?**
    All students have received communication about the news and will receive their transcripts and financial aid information later this week.

16. **What happens to management?**
    A limited group of management will remain on campus to assist students through this transition, but most of management is also terminated.

17. **How long will I have access to email?**
    Access to all systems will end when your employment ends.

18. **Can I stay to help?**
    Under labor law, terminated employees are not permitted to assist in wind down operations.

19. **With whom may I speak if I have additional questions?**

Note: Everest College and WyoTech campuses that were previously sold will remain open.



Additional information will be provided on the website, www.cci.edu. Please review it periodically for updates.

Note: Everest College and WyoTech campuses that were previously sold will remain open.

Draft/4-24-15

## All Employee Town Hall Talking Points

- Thank you all for coming today. I know this is an especially sad day for you as it is for me.

- I want you all to know, our management did everything they could to find buyers for our remaining campuses so that you could keep your jobs and our students could continue their education without disruption. Unfortunately – mostly because of recent regulatory actions – that became impossible. So, today we will be closing our remaining campuses and ceasing substantially all of our operations.

- I want to thank you for all you've done in the past to help provide a good education for our students and build [Corinthian / Heald / Everest / WyoTech / ECP] into a truly great school.

- [Placeholder for specific information about paychecks, healthcare and other benefits, etc.]

- I want to close by reiterating my heartfelt appreciation for your incredible dedication and hard work over the years – and during these very difficult times. Despite what critics may say, I'm sure you would agree that we provided a good education to hundreds of thousands of our students and we helped them improve their lives. You were a vital part of that effort.

- It's been a great privilege to work with you, and I wish you all the very best.