UNITED STATES BANKRUPTCY COURT

FILED
2015 AUG 25 AM 8: 13
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

FOR THE         District Of    DELAWARE

In re  CORINTHIAN COLLEGES, INC., )
       et al.,                    ) Case No. 15-10952
                                  )              (KJC)
                                  ) Chapter   11

OBJECTION OF
VINCENT E. RHYNES
TO DEBTORS' REQUEST TO CONTINUE
MOTIONS FOR DETERMINATIONS
(HEARING SET FOR 08-26-2015)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(I). Vincent E. Rhynes Files This Objection on the Grounds that Pre-petition Subrogee (ID) In Vilolation with respect to and Interest, as found under Section 362 (b)(4) should not be delayed.

(II). Note, all the Rights and Duties of the State of California etc. should be Upheld in repect of Section 362 (b)(4). B, C

NOTE: see Docket # 783 Background at par. 4

Date: 08-20-2015

(310) 329-4254

Vincent E. Rhynes
513 w. 159th street
Gardena, CA. 90248

# UNITED STATES BANKRUPTCY COURT

FOR THE **DISTRICT OF** DELAWARE

FILED
2015 AUG 25  AM 8:14
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re CORINTHIAN COLLEGES, INC., et al.,   Case NO. 15-10952 (KJC)

Chapter 11

*************************************************************************

## CERTIFICATE OF SERVICE

I, Vincent E. Rhynes, hereby certify under penalty of perjury that:

I am over the age of Eighteen years of age and reside in Los Angeles, County, CALIF.

On 08-20-2015, I caused to be served a true and correct Copy of the Proof Of Interest of Vincent Rhynes To be Sent by first class mail upon The parties Listed in Exhibit A attach Hereto.

Date: 08-20-2015

Vincent Rhynes (323)971-6063
1522 W. Manchester AVE.
Los Angeles, CALIF. 90047

# EXHIBIT A

OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

RICHARDS, LAYTON & FINGER, P.A.
(One Rodney Square)
920 North King Street
Wilmington, DE 19801

The Rosner Law Group
824 market street ste 810
Wilmington, DE 19801

Securities & Exchange Commission
100 F. Street, NE
Washington, DC 20549