IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*[1]<br><br><br>         Debtors. | § <br>§   Chapter 11 <br>§ <br>§   Case No. 15-10952 (KJC) <br>§ <br>§   Jointly Administered <br>§ <br>§   **Re:  Docket Nos. 521, 646, 655 & 863** <br>§ |

---

### NOTICE OF FILING OF PROPOSED ORDER CONFIRMING DEBTORS' THIRD AMENDED AND MODIFIED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE** that, in connection with the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan Of Liquidation* (the "**Plan**") [Docket No. 863] for the above-captioned debtors and debtors-in-possession (the "**Debtors**"), the Debtors hereby file a copy of the proposed *Order Confirming Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan Of Liquidation* (the "**Proposed Confirmation Order**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").  A copy of the Proposed Confirmation Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Proposed Confirmation Order, substantially in the form attached hereto, to the Court at the hearing on

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

confirmation of the Plan currently scheduled for August 26, 2015 at 1:00 p.m. (EDT) (the "**Confirmation Hearing**") before The Honorable Kevin J. Carey, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.  To the extent that the Debtors make further revisions to the Proposed Confirmation Order, the Debtors intend to present a blacklined copy of such revised documents to the Court at the Confirmation Hearing.

| | |
|---|---|
| Dated: August 25, 2015<br>Wilmington, Delaware | /s/ Marisa A. Terranova<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>         merchant@rlf.com<br>         terranova@rlf.com<br>         steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |

RLF1 12872716v.1