IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered<br><br>**Re: D.I. 254** |

**SUPPLEMENTAL DECLARATION OF H. JEFFREY SCHWARTZ, ESQ. IN SUPPORT OF THE APPLICATION FOR ORDER AUTHORIZING THE RETENTION OF BROWN RUDNICK LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC., NUNC PRO TUNC TO MAY 13, 2015**

I, H. JEFFREY SCHWARTZ, declare under the penalty of perjury:

1.  I am an attorney at law admitted to practice in the State of New York and am a member of the law firm of Brown Rudnick LLP ("Brown Rudnick" or the "Firm"), resident in the Firm's New York office at Seven Times Square, New York, New York 10036.

2.  I am duly authorized on behalf of Brown Rudnick to submit this supplemental declaration (the "Supplemental Declaration") in support of the *Application for Order Authorizing the Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee Of Unsecured Creditors of Corinthian Colleges, Inc., Nunc Pro Tunc to May 13, 2015* (the "Application").²

---

1  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505, SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

2  Any and all terms not defined herein shall have the meaning ascribed to them in the Application.

3.	This Supplemental Declaration is being filed in furtherance of Brown Rudnick's obligation to provide supplemental disclosures relating to individuals or entities who have appeared in the Chapter 11 cases of the Debtors or which Brown Rudnick became aware of subsequent to filing its Application.  Attached hereto as **Schedule 1** is a supplemental list of case parties (the "Supplemental Case Parties") that were checked against a database containing Brown Rudnick's connections.  For the purposes of these Chapter 11 cases, only potential connections that existed as of April 1, 2013 through the date hereof were checked.  These connections were then reviewed to identify any relationship that would need to be disclosed in accordance with Bankruptcy Rule 2014.

4.	The Connections Check performed by the Firm included an email circulated to all Brown Rudnick attorneys (and posted on Brown Rudnick's intranet site for further review) alerting all professionals at the Firm to identify any connections with the Case Parties.  As part of this circulation, the recipients were also requested to identify:  (i) any connections to the U.S. Trustee or any person employed in that office, and (ii) their direct holding of any claims against or interests in the Debtors.

5.	A copy of the results of Brown Rudnick's Connections Check is annexed hereto as **Schedule 2**.

6.	Notwithstanding any "connection" set forth on **Schedule 2** and except as set forth herein, to the best of my knowledge, any "connection" of Brown Rudnick to the identified entities are limited to matters unrelated to the Debtors.

7.	Brown Rudnick represents no other party with an interest adverse to the Committee or the Debtors in matters related to the bankruptcy case.

8. Brown Rudnick will file supplemental declarations when necessary and as Brown Rudnick becomes aware of additional material information.

4

      Based upon the foregoing, I declare under the penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| August 25, 2015 | <u>/s/ H. Jeffrey Schwartz</u><br>H. Jeffrey Schwartz |

## **SCHEDULE 1** to Schwartz Supplemental Declaration

## **Case Parties List**

| | |
|---|---|
| Cengage Learning, Inc. | Creditor |
| EFN Merrillville Property, LLC | Creditor |
| Iron Mountain Information Management, LLC | Creditor |
| RCS-Corporate Ridge | Creditor |
| Shaco, Inc. | Creditor |
| Westmain 2000, LLC | Creditor |
| Ballard Spahr LLP (Representing Watt Long Beach, LLC) | Professional |
| Bovitz & Spitzer (Representing Shaco, Inc.) | Professional |
| Fairfield & Woods, P.C. (Representing RCS-Corporate Ridge) | Professional |
| FrankGecker LLP (Representing Jones Lang LaSalle Incorporated) | Professional |
| IKON Financial Services | Professional |
| Kreis, Enderle, Hudgins & Borsos, PC (Representing Westmain 2000, LLC) | Professional |
| Linebarger Goggan Blair & Sampson LLP (Representing Bexar County, Texas) | Professional |
| McCarter & English, LLP (Representing Westmain 2000, LLC) | Professional |
| Morris James LLP (Representing EFN Merrillville Property, LLC) | Professional |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. (Representing Arlington ISD, Eagle Mountain-Saginaw ISD) | Professional |
| Public Counsel (Representing the Official Committee of Student Creditors) | Professional |
| Robins Kaplan LLC (Representing the Official Committee of Student Creditors) | Professional |
| Rosner Law Group LLC (Representing the Official Committee of Unsecured Creditors) | Professional |
| Satterlee Stephens Burke & Burke LLP (Representing Cengage Learning, Inc.) | Professional |
| Arlngton ISD | Taxing Authority |
| Bexar County, Texas | Taxing Authority |
| Eagle Mountain Saginaw ISD | Taxing Authority |
| Tennessee Department of Revenue | Taxing Authority |

2

| Travis County, Texas | Taxing Authority |

## SCHEDULE 2 to Schwartz Supplemental Declaration

**Connections Check**

**Connections Check**[1]

**Current Representations** – Brown Rudnick currently represents the following creditors and/or parties-in-interest, or their affiliates, in matters wholly unrelated to the Debtors:

| Entity | Relationship to Debtors |
| --- | --- |
| Cengage Learning, Inc. | Creditor |
| Iron Mountain Information Management, LLC | |

---

[1] In certain instances, based on, among other things, a similarity of names, it was unclear whether a "match" exists. Brown Rudnick attempted, in its reasonable judgment, to resolve these but has determined to disclose certain of these as "matches," out of an abundance of caution.

2

**Prior Representations** – Brown Rudnick previously represented certain parties or their affiliates who are creditors and/or parties-in-interest in matters wholly unrelated to the Debtors, including:

| Entity | Relationship to Debtors |
|---|---|
| Robins Kaplan LLC | Professional |

**Other Connections** – Brown Rudnick previously represented or currently represents parties who may be adverse to certain parties or their affiliates who are creditors and/or parties-in-interest in matters wholly unrelated to the Debtors, including:

| Relationship to Debtors | Entity | Connection |
|---|---|---|
| Professional | Ballard Spahr LLP | These professionals are engaged in matters unrelated to the Debtors (except as otherwise noted) in which clients of Brown Rudnick are also involved, and so at any one time Brown Rudnick and the named professionals may be representing clients with adverse interests, or aligned interests, in several pending matters. |
| | McCarter & English, LLP | |
| | Rosner Law Group LLC (co-counsel to Brown Rudnick LLP in these chapter 11 cases) | |
| Taxing Authority | Tennessee Department of Revenue | May be adverse to other clients in unrelated bankruptcy matters. |