IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

-------------------------------------------------------------

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 26, 2015 AT 1:00 P.M. (EDT)[3]**

**I.   RESOLVED MATTERS:**

1. Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts, Effective *Nunc Pro Tunc* to July 27, 2015 [Docket No. 660 - filed July 27, 2015]

   <u>Objection / Response Deadline</u>:   August 10, 2015 at 4:00 p.m. (EDT)

   <u>Objections / Responses Received</u>:   None.

   <u>Related Documents</u>:

   i.   Certification of No Objection Regarding Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]   **Amended items appear in bold.**

[3]   The hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the August 26, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, August 25, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

Executory Contracts, Effective *Nunc Pro Tunc* to July 27, 2015 [Docket No. 744 - filed August 12, 2015]

ii.  Order Authorizing the Debtors to Reject Certain Executory Contracts, Effective *Nunc Pro Tunc* to July 27, 2015 [Docket No. 752 - filed August 13, 2015]

Status:  On August 13, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2.  Debtors' Motion to Extend the Deadline by Which the Debtors May Remove Civil Actions [Docket No. 703 - filed August 3, 2015]

    Objection / Response Deadline:   August 17, 2015 at 4:00 p.m. (EDT)

    Objections / Responses Received:    None.

    Related Documents:

    i.  Certificate of No Objection Regarding Debtors' Motion to Extend the Deadline by Which the Debtors May Remove Civil Actions [Docket No. 787 - filed August 19, 2015]

    ii.  Order Extending the Deadline by Which the Debtors May Remove Civil Actions [Docket No. 796 - filed August 20, 2015]

    Status:  On August 20, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3.  Debtors' Omnibus Objection to Disputed Claims Solely for Voting Purposes [Docket No. 705 - filed August 4, 2015]

    Objection / Response Deadline:   August 18, 2015 at 4:00 p.m. (EDT)

    Objections / Responses Received:    None.

    Related Documents:

    i.  Certificate of No Objection Regarding Debtors' Omnibus Objection to Disputed Claims Solely for Voting Purposes [Docket No. 800 - filed August 20, 2015]

    ii.  Order Allowing Disputed Claims in the Amount of $1.00 Solely for Voting Purposes [Docket No. 816 - filed August 21, 2015]

    Status:  On August 21, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

**II.  UNCONTESTED MATTER WITH CERTIFICATE OF COUNSEL:**

4. Debtors' Motion for Relief from the Automatic Stay to Allow American Insurance Group to Reimburse, Pay and/or Advance Certain Defense Costs Under Insurance Policies [Docket No. 722 - filed August 7, 2015]

   Objection / Response Deadline:  August 19, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received:  None.

   Related Documents:

   i.  Certificate of Counsel Regarding Order Modifying Automatic Stay to Allow American International Group Inc. to Reimburse, Pay and/or Advance Certain Defense Costs Under Insurance Policies [Docket No. 831 - filed August 21, 2015]

   ii.  **Order Modifying Automatic Stay to Allow American International Group Inc. to Reimburse, Pay and/or Advance Certain Defense Costs Under Insurance Policies [Docket No. 853 - filed August 24, 2015]**

   Status:  **On August 24, 2015, the Court entered an order resolving this matter. Accordingly, a hearing on this matter is no longer necessary.**

**III.  UNCONTESTED MATTERS GOING FORWARD:**

5. BB&S Development, LLC's Motion for Relief from the Automatic Stay to Permit BB&S to Immediately Apply Debtor's Security Deposit to its Claim [Docket No. 710 - filed August 5, 2015]

   Objection / Response Deadline:  August 19, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received:  Informal Comments from the Debtors.

   Related Documents:

   i.  **Certification of Counsel Regarding Proposed Order Approving BB&S Development, LLC's Motion for Relief from the Automatic Stay to Permit BB&S to Immediately Apply Debtor's Security Deposit to its Claim [Docket No. 861 - filed August 25, 2015]**

   Status:  **On August 25, 2015, BB&S Development, LLC filed an order resolving this matter under certification of counsel. Accordingly, a hearing on this matter is required only to the extent that the Court has any questions or concerns.**

RLF1 12879799v.1

6.    United States' Motion to Extend the Investigation Termination Date in the Cash Collateral Order [Docket No. 765 - filed August 14, 2015]

    <u>Objection / Response Deadline</u>:    August 25, 2015 at 4:00 p.m. (EDT)

    <u>Objections / Responses Received</u>:    None.
    <u>Related Documents</u>:

    i.    Order Shortening Notice and Objection Periods Regarding the United States' Motion to Extend the Investigation Termination Date in the Cash Collateral Order [Docket No. 768 - filed August 17, 2015]

    ii.    Notice of Hearing Regarding United States' Motion to Extend the Investigation Termination Date in the Cash Collateral Order [Docket No. 769 - filed August 17, 2015]

    <u>Status</u>:  The hearing on this matter will go forward.

7.    Debtors' Motion to Approve Settlement and Mutual Release Agreement Between Debtors and Zenith Education Group, Inc. [Docket No. 774 - filed August 18, 2015]

    <u>Objection / Response Deadline</u>:    August 25, 2015 at 12:00 p.m. (EDT)

    <u>Objections / Responses Received</u>:    None.

    <u>Related Documents</u>:

    i.    Order Shortening Notice and Objection Periods Regarding Debtors' Motion to Approve Settlement and Mutual Release Agreement Between Debtors and Zenith Education Group, Inc. [Docket No. 778 - filed August 19, 2015]

    ii.    Notice of Motion and Hearing [Docket No. 788 - filed August 19, 2015]

    <u>Status</u>:  The hearing on this matter will go forward.

8.    Application for Entry of an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103(a) Approving the Employment and Retention of Willkie Farr & Gallagher LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to August 10, 2015 [Docket No. 791 - filed August 20, 2015]

    <u>Objection / Response Deadline</u>:    August 26, 2015 at 1:00 p.m. (EDT)

    <u>Objections / Responses Received</u>:    None.

Related Documents:

i. Order Shortening Notice Period [Docket No. 797 - filed August 20, 2015]

ii. Notice of Hearing on Application for Entry of an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103(a) Approving the Employment and Retention of Willkie Farr & Gallagher LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to August 10, 2015 [Docket No. 801 - filed August 20, 2015]

Status: The hearing on this matter will go forward

## IV. CONTESTED MATTERS GOING FORWARD:

9. Motion of Commonwealth of Massachusetts, People of the State of California, and State of Wisconsin for Determination that the Automatic Stay Provision Does Not Apply to the States' Actions Against Debtors [Docket No. 578 - filed July 15, 2015]

   Objection / Response Deadline:    August 2, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received:

   A. Debtors' Limited Response and Request to Continue Motions for Determination that Automatic Stay Does Not Apply [Docket No. 783 - filed August 19, 2015]

   Related Documents: None.

   Status: The hearing on this matter will go forward.

10. Motion of Aerotek, Inc. for an Order Under Rule 2004 of the Federal Rules of Bankruptcy Procedures Authorizing Limited Discovery from Corinthian Colleges, Inc. [Docket No. 626 - filed July 22, 2015]

    Objection / Response Deadline:    August 6, 2015 at 4:00 p.m. (EDT), extended to August 19, 2015 at 4:00 p.m. (EDT) for Debtors

    Objections / Responses Received:

    A. Debtors' Objection to Motion of Aerotek, Inc. for an Order Under Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing Limited Discovery from Corinthian Colleges, Inc. [Docket No. 784 - filed August 19, 2015]

    Related Documents: None.

Status:  The hearing on this matter will go forward.

11. Motion of California Bureau for Private Postsecondary Education for Determination that the Automatic Stay Provisions Does Not Apply to Its Disciplinary Action [Docket No. 689 - filed July 31, 2015]

   Objection / Response Deadline:  August 19, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received:

   A. Debtors' Limited Response and Request to Continue Motions for Determination that Automatic Stay Does Not Apply [Docket No. 783 - filed August 19, 2015]

   Related Documents:  None.

   Status:  The hearing on this matter will go forward.

12. Debtors' Limited Response and Request to Continue Motions for Determination that Automatic Stay Does Not Apply [Docket No. 783 - filed August 19, 2015]

   Objection / Response Deadline:  August 26, 2015 at 1:00 p.m. (EDT)

   Objections / Responses Received:

   A. Objection of the People of the State of California to Debtors' Request to Continue Motions for Determination that Automatic Stay Does Not Apply [Docket No. 789 - filed August 20, 2015]

   B. Objection of the Commonwealth of Massachusetts to Debtors' Request to Continue Motion for Determination that Automatic Stay Does Not Apply [Docket No. 830 - filed August 21, 2015]

   C. **Objection of Vincent E. Rhynes to Debtors' Request to Continue Motions for Determination [Docket No. 865 - filed August 25, 2015]**

   Related Documents:

   i. Notice of Motions and Hearing [Docket No. 786 - filed August 19, 2015]

   ii. Order Shortening Notice of Objection Periods Regarding Debtors' Limited Response and Request to Continue Motions for Determination that Automatic Stay Does Not Apply [Docket No. 795 - filed August 20, 2015]

   iii. Notice of Motion and Hearing [Docket No. 803 - filed August 20, 2015]

   Status:  The hearing on this matter will go forward.

V.  **PLAN CONFIRMATION:**

13. Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 655 - filed July 27, 2015]

    <u>Objection / Response Deadline</u>:   August 21, 2015 at 4:00 p.m. (EDT)

    <u>Objections / Responses Received</u>:

    A.  Letter response from Dennis Erroll Harvey, Jr. [Docket No. 742 - filed August 12, 2015]

    B.  Texas Comptroller of Public Accounts' Objection to Confirmation of the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 776 - filed August 18, 2015]

    C.  Statement of Wisconsin's Position Regarding the Objection of the People of the State of California and the Commonwealth of Massachusetts to Debtors' Chapter 11 Plan of Liquidation [Docket No. 794 - filed August 20, 2015]

    D.  Objection of The Consumer Financial Protection Bureau to Debtors' Chapter 11 Plan of Liquidation [Docket No. 808 - filed August 21, 2015]

    E.  Objection [of Arlington ISD and Eagle Mountain Saginaw ISD] to the Debtors' Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 815 - filed August 21, 2015]

    F.  Limited Objection of BRE/OC GRIFFIN, L.L.C. to Confirmation of Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 818 - filed August 21, 2015]

    G.  United States' Objection to Confirmation [Docket No. 819 - filed August 21, 2015]

    H.  Objection of Guy Reynolds and Christine Seymour, on Behalf of Themselves and Others Similarly Situated, to Confirmation of Debtors' Second Amended and Modified Chapter 11 Plan of Liquidation [Docket No. 822 - filed August 21, 2015]

    I.  Objection by the Internal Revenue Service to Debtors' Plan of Liquidation [Docket No. 823 - filed August 21, 2015]

    J.  Objection of the People of the State of California to Debtors' Chapter 11 Plan of Liquidation [Docket No. 824 - filed August 21, 2015]

K.     Limited Objection of Watt Management Company to Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 825 - filed August 21, 2015]

L.     Objection of the Commonwealth of Massachusetts to Debtors' Chapter 11 Plan of Liquidation [Docket No. 826 - filed August 21, 2015]

M.     Limited Response of the Official Committee of Student Creditors in Support of Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 827 - filed August 21, 2015]

N.     **Amended Objection to the Debtors' Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 851 - filed August 24, 2015]**

O.     **Debtors' Omnibus Response to Objections to Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 862 - filed August 25, 2015]**

Related Documents:

i.     Notice of Filing of Blackline of Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 656 - filed July 27, 2015]

ii.     Order (A) Approving Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 658 - filed July 27, 2015]

iii.     Notice of (I) Deadline for Casting Votes to Accept or Reject the Debtors' Plan of Liquidation, (II) the Hearing to Consider Confirmation of the Combined Plan and Disclosure Statement and (III) Certain Related Matters [Docket No. 659 - filed July 27, 2015]

iv.     Notice of Filing of Plan Supplement [Docket No. 767 - filed August 14, 2015]

v.     Order Approving Stipulation to Temporary Allowance of Prepetition Lenders Secured Claims and Prepetition Lenders Deficiency Claims for Voting Purposes Only Pursuant to Fed. R. Bankr. P. 3018 [Docket No. 798 - filed August 20, 2015]

vi. Notice of Filing of Modification to Injunction Provision of Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 805 - filed August 20, 2015]

vii. Order Allowing Disputed Claims in the Amount of $1.00 Solely for Voting Purposes [Docket No. 816 - filed August 21, 2015]

viii. Declaration of Catherine Nownes-Whitaker of Rust Consulting/Omni Bankruptcy Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 849 - filed August 24, 2015]

ix. **Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 863 - filed August 25, 2015]**

x. **Notice of Filing of Blackline of Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 864 - filed August 25, 2015]**

xi. **Declaration of William J. Nolan in Support of Confirmation of Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 866 - filed August 25, 2015]**

xii. **Notice of Filing of Proposed Order Confirming Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 867 - filed August 25, 2015]**

<u>Status</u>:  The hearing on this matter will go forward.

| | |
|---|---|
| Dated: August 25, 2015<br>      Wilmington, Delaware | */s/ Michael M. Merchant*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>      merchant@rlf.com<br>      terranova@rlf.com<br>      steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |

RLF1 12879799v.1