IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | ) Case No.15-10952 (KJC) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. 767** |

## NOTICE OF FILING OF SUPPLEMENTAL INFORMATION TO PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that on August 14, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Notice of Filing of Plan Supplement* [D.I. 767] (the "Plan Supplement"). Attached as Exhibit A to the Plan Supplement was the Distribution Trust Agreement as defined in the *Debtors' Second Amended and Modified Combined Plan and Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 655] (the "Plan").[2] The Administrative Agent and the Creditors' Committee hereby jointly file this Notice of Filing of Supplemental Information to Plan Supplement (the "Notice of Filing") with respect to the Plan Supplement.

Pursuant to Section II.110 of the Plan, the initial Oversight Board of the Distribution Trust shall consist of the (i) a member appointed by the Creditors' Committee, (ii) a member appointed by the Prepetition Secured Parties, and (iii) the Distribution Trustee, which initial

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Plan.

members shall be identified in the Plan Supplement. Exhibit A to the Plan Supplement originally listed the identities of these individuals as blank pending confirmation as between the Administrative Agent and the Creditors' Committee of the individuals' identities.

The initial members of the Oversight Board shall be: (i) Neil F. Luria, as the Creditors' Committee's appointed member; (ii) Janet Sleeper, Senior Vice President at Bank of America, N.A. (the Administrative Agent), as the Prepetition Secured Parties' appointed member; and (iii) Craig R. Jalbert, as the Distribution Trustee.

Mr. Jalbert, Principal at Verdolino & Lowey, P.C., has extensive experience and a specialty practice in wind-downs; fiduciary services; bankruptcy; liquidations; accounting; taxation; financial advisory services; forensic and fraud investigation; business and investment valuation; liquidations in accordance with state laws; cash flow and business analyses; business or asset liquidation; tax services; creditor claims reconciliation; and shareholder distributions, and has been involved in over 5,000 bankruptcy cases, including approximately 300 Chapter 11 cases. Mr. Luria, Senior Managing Director and President at SOLIC Capital Management, LLC, also has extensive experience in post-confirmation fiduciary services, including, among other things, as a liquidating trust committee member, liquidating trustee, and creditors committee chairman.

Subject to the terms and conditions of the Plan, the Administrative Agent and the Creditors' Committee reserve all rights to amend, revise or supplement Exhibit A to the Plan Supplement at any time before the Effective Date of the Plan, or any such other date as may be permitted by the Plan or by order of the Court.

|  |  |
|---|---|
| Dated: August 25, 2015<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ Jeremy W. Ryan*<br>Jeremy W. Ryan (No. 4057)<br>Etta R. Mayers (No. 4164)<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE  19899-0951<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>            emayers@potteranderson.com<br><br>-and-<br><br>**SIDLEY AUSTIN LLP**<br>Jennifer C. Hagle<br>Anna Gumport<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA  90013<br>Telephone:  (213) 896-6000<br>Facsimile:  (213) 896-6600<br>Email:  jhagle@sidley.com<br>            agumport@sidley.com<br><br>*Counsel for Bank of America, N.A.* |

| | |
|---|---|
| Dated: August 25, 2015<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Julia B. Klein*<br>Frederick B. Rosner, Esq. (No. 3995)<br>Julia B. Klein, Esq. (No. 5198)<br>824 Market Street, Suite 810<br>Wilmington, DE  19801<br>Telephone:  (302) 777-1111<br>Email:  rosner@teamrosner.com<br>            klein@teamrosner.com<br><br>-and-<br><br>BROWN RUNICK LLP<br>H. Jeffrey Schwartz, Esq.<br>Bennet S. Silverberg, Esq.<br>Seven Times Square<br>New York, NY  10036<br>Telephone:  (212) 209-4800<br>Email:  jschwartz@brownrudnick.com<br>           bsilverberg@brownrudnick.com<br><br>*Counsel for the Official Committee*<br>*of Unsecured Creditors* |

4