IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                   :   Chapter 11
                                         :
CORINTHIAN COLLEGES, INC., *et al.*,[1]  :   Case No. 15-10952 (KJC)
                                         :
Debtors.                                 :   (Jointly Administered)
                                         :
                                         :   **Re: Docket Nos. 655 and 767**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>**NOTICE OF FILING OF SUPPLEMENTAL INFORMATION TO PLAN SUPPLEMENT**</u>

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

1. Pursuant to section X of the Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 655] (the "**Plan**"), if the Plan is confirmed and becomes effective, a Student Trust[2] will be established for the benefit of Holders of Allowed Student Claims and Allowed Government Education Claims.

2. On August 14, 2014, the Debtors filed the Notice of Filing of Plan Supplement [Docket No. 767] (the "**Plan Supplement**") which attached as Exhibit B a draft of the Student Trust Agreement (the "**Student Trust Agreement**"). As set forth in the Plan and the Student Trust Agreement, the Student Trust will be administered by a Student Trustee and a five (5) person Managing Board who will oversee, direct, and approve the actions of the Student Trust.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

51034540.1

The Managing Board shall consist of four (4) members appointed by the Student Committee, and one (1) member appointed by the attorney generals' offices for the states or commonwealths that have filed Claims in the cases.

3. As listed in the Student Trust Agreement, the identity of the Student Trustee and the members of the Managing Board are as follows:

    a. **Student Trustee**: Development Specialists, Inc.

    b. **Members of Managing Board Appointed by The Student Committee**:

| Name | Information |
| --- | --- |
| Tasha Courtright | Former student of the Debtors and Chair of the Student Committee |
| Jessica King | Former student of the Debtors and member of the Student Committee |
| Crystal Loeser | Former student of the Debtors and member of the Student Committee |
| Brittany Ann Smith Jackl | Former student of the Debtors and member of the Student Committee |

    c. **Member of Managing Board Appointed by the Attorneys General**:

    To Be Determined

Dated: August 25, 2015  
       Wilmington, Delaware

**POLSINELLI PC**

*/s/ Christopher A. Ward*  
Christopher A. Ward (Del. Bar No. 3877)  
Shanti M. Katona (Del. Bar No. 5352)  
222 Delaware Ave., Suite 1100  
Wilmington, DE 19801  
Telephone: (302) 252-0920  
Facsimile: (302) 252-0921  
cward@polsinelli.com  
skatona@polsinelli.com  

Co-Counsel for the Official Committee of Students Creditors

51034540.1

Scott F. Gautier, CA Bar No. 211742
Lorie A. Ball, CA Bar No. 210703
Cynthia C. Hernandez, CA Bar No. 285770
**ROBINS KAPLAN LLP**
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
sgautier@robinskaplan.com
lball@robinskaplan.com
chernandez@robinskaplan.com

Co-Counsel for the Official Committee of Students Creditors

Mark Rosenbaum, CA Bar No. 59940
Anne Richardson, CA Bar No. 151541
Alisa Hartz, CA Bar No. 285141
Dexter Rappleye, CA Bar No. 302182
**Public Counsel LLP**
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089
mrosenbaum@publiccounsel.org
arichardson@publichcounsel.org
ahartz@publiccounsel.org
drappleye@publiccounsel.com

Special Counsel to the Official Committee of Student Creditors