IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | Case No. 15-10952 (KJC) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. 805, 808, 815, 818, 819, 822-826, 830 and 862** |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
IN THE DEBTORS' OMNIBUS RESPONSE TO OBJECTIONS TO COMBINED
DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION**

The Official Committee of Unsecured Creditors (the "Committee") of Corinthian Colleges, Inc. and its affiliated debtors and debtors-in-possession in the above-captioned Chapter 11 cases (collectively, the "Debtors"), by and through its undersigned counsel, Brown Rudnick LLP and The Rosner Law Group LLC, hereby joins in the *Debtors' Omnibus Response to Objections to Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 862; filed 8/25/15].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**WHEREFORE**, the Committee supports the confirmation of the Debtors' Plan and requests that the Court enter an order confirming the Plan and granting such other and further relief as the Court deems just and proper.

Dated: August 25, 2015
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

and

H. Jeffrey Schwartz, Esq. (admitted *pro hac vice*)
Bennett S. Silverberg, Esq. (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com

*Co-Counsel to the Official
Committee of Unsecured Creditors*