# EXHIBIT "B"

## GAVIN/SOLMONESE LLC SUMMARY OF PROFESSIONALS RENDERING SERVICES FROM JULY 1, 2015 THROUGH JULY 31, 2015

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 4.60 | $1,840.00 |
| Business Analysis | 23.50 | $9,558.00 |
| Claims Administration and Objections | 1.10 | $577.50 |
| Court Hearing | 6.50 | $3,112.50 |
| Fee/Employment Application | 2.50 | $662.50 |
| Meeting of Creditors | 4.80 | $2,145.00 |
| Plan and Disclosure Statement | 29.20 | $13,430.00 |
| **TOTAL** | 72.20 | $31,325.50 |