# EXHIBIT "C"

**GAVIN/SOLMONESE LLC EXPENSE SUMMARY FROM
JULY 1, 2015 THROUGH JULY 31, 2015**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals | | $16.50 |
| Public Record Services | Pacer | $0.80 |
| **Total** | | $17.30 |

4

Corinthian Colleges, Inc

Gavin/Solmonese, LLC
919 N. Market Street
Suite 600
Wilmington, DE 19801

Invoice submitted to:
Corinthian Colleges, Inc.
C/O Brown Rudnick LLP
Attn: Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY 10036

Invoice# 25303          Services Through 7/31/2015                    *NEW WIRE INSTRUCTIONS BELOW*

|  |  |
|---|---|
| Total Professional Fees | $31,325.50 |
| Expenses | $17.30 |
| Total This Invoice | $31,342.80 |
| **Balance Due** | $31,342.80 |

**Please remit to the address shown:**

Wire transfer instructions:
Gavin Solmonese LLC
ABA Number: 031100089
Account Number: 5693586093
PNC Bank National Association
300 Delaware Avenue
Wilmington, DE 19801
Telephone notification to Judy Sacher (302) 655-8997

Principal _____

Corinthian Colleges, Inc

### Consultant Summary

| Name | Hours | Amount |
|------|------:|-------:|
| Christine Ward | 2.00 | 400.00 |
| Chuck Lewis | 2.90 | 855.50 |
| Kathryn McGlynn | 29.40 | 11,760.00 |
| Stanley Mastil | 12.70 | 5,080.00 |
| Wayne Weitz | 25.20 | 13,230.00 |

### Professional Services

| | | | Hours | Amount |
|------|------|------|------:|-------:|
| 7/01/2015 | - WPW | Business Analysis<br>Review May MOR | 0.30 | 157.50 |
| | - KBM | Business Analysis<br>Review May MOR | 2.20 | 880.00 |
| | - CL | Business Analysis<br>Prepare analysis of May 2015 Monthly Operating Report submitted<br>by the Debtors | 2.90 | 855.50 |
| | - WPW | Business Analysis<br>Email corr OCUC counsel re: May MOR | 0.20 | 105.00 |
| 7/06/2015 | - KBM | Business Analysis<br>Review May MOR analysis and prepare questions for Debtors | 1.40 | 560.00 |
| | - KBM | Business Analysis<br>Discuss May MOR with WPW | 0.50 | 200.00 |
| | - WPW | Business Analysis<br>T/c KBM to review MOR in preparation for call with FTI | 0.50 | 262.50 |
| | - WPW | Business Analysis<br>Conf call KBM, FTI re: May MOR | 0.80 | 420.00 |
| | - WPW | Business Analysis<br>T/c KBM to follow up on FTI conf call re: May MOR | 0.30 | 157.50 |
| | - KBM | Business Analysis<br>T/c WPW to follow up on FTI conf call re: May MOR | 0.30 | 120.00 |
| | - KBM | Business Analysis<br>Conf. call T. McGrath, J. Liew and WPW re: May MOR | 0.80 | 320.00 |
| | - KBM | Business Analysis<br>Review May monthly cash flow variance report | 0.90 | 360.00 |
| 7/07/2015 | - KBM | Business Analysis<br>Analyze Schedule B for all Debtors | 1.40 | 560.00 |
| | - KBM | Business Analysis<br>Analyze May MOR financial statements | 1.70 | 680.00 |

Corinthian Colleges, Inc

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/08/2015 | - KBM | Business Analysis<br>Follow-up correspondence with Debtors' financial advisors | 0.30 | 120.00 |
| | - KBM | Business Analysis<br>Review June cash collateral budget variance report | 0.90 | 360.00 |
| | - KBM | Business Analysis<br>Follow-up call with T. McGrath re: May MOR questions and requests | 0.30 | 120.00 |
| 7/09/2015 | - WPW | Meetings of Creditors<br>OCUC conference call | 0.60 | 315.00 |
| | - SWM | Meetings of Creditors<br>OCUC conference call | 0.60 | 240.00 |
| 7/13/2015 | - KBM | Business Analysis<br>Review and revise June invoice | 1.10 | 440.00 |
| | - KBM | Business Analysis<br>Analyze monthly cash collateral budget variance report | 0.40 | 160.00 |
| | - KBM | Plan and Disclosure Statement<br>Review draft Plan and Disclosure Statement | 1.20 | 480.00 |
| 7/20/2015 | - WPW | Fee/Employment Application<br>Review June invoice; changes to JLS | 0.20 | 105.00 |
| | - KBM | Business Analysis<br>Update analysis of filed schedules | 1.10 | 440.00 |
| | - KBM | Plan and Disclosure Statement<br>Review updated drafts of Plan and Disclosure Statement | 0.60 | 240.00 |
| 7/21/2015 | - WPW | Plan and Disclosure Statement<br>Review email corr from counsel re: proposed Plan | 0.50 | 262.50 |
| | - WPW | Plan and Disclosure Statement<br>Review liquidation analysis and discussion with SWM; email corr counsel re: same | 2.40 | 1,260.00 |
| | - KBM | Business Analysis<br>Review liquidation analysis | 0.40 | 160.00 |
| | - KBM | Asset Disposition<br>Review IP sale details | 0.30 | 120.00 |
| | - SWM | Plan and Disclosure Statement<br>Review Debtors' liquidation analysis; related analysis and discussion with WPW | 0.70 | 280.00 |
| | - KBM | Asset Disposition<br>Review asset sales completed by debtors throughout the case | 0.60 | 240.00 |

Corinthian Colleges, Inc

| | | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | - KBM | Business Analysis<br>Review various asset sales for counsel's lien perfection analysis at direction of counsel | 1.10 | 440.00 |
| | - WPW | Plan and Disclosure Statement<br>Review Disclosure Statement and Plan | 0.50 | 262.50 |
| 7/22/2015 | - SWM | Court Hearing<br>Prepare for and attend Disclosure Statement hearing | 2.40 | 960.00 |
| | - KBM | Asset Disposition<br>T/c B. Nolan re: IP asset sale | 0.20 | 80.00 |
| | - KBM | Asset Disposition<br>Review IP sale details and compare to sale process details | 0.60 | 240.00 |
| | - KBM | Plan and Disclosure Statement<br>Conf. call with Debtors, Lenders, and UCC counsel and advisors re: Plan and Disclosure Statement | 1.20 | 480.00 |
| | - KBM | Asset Disposition<br>T/c P. Selvam re: asset sales and lien perfection analysis; research and review asset sales | 0.60 | 240.00 |
| | - WPW | Court Hearing<br>Attend Disclosure Statement hearing | 0.50 | 262.50 |
| | - KBM | Asset Disposition<br>Prepare summary email to counsel re: IP asset sale | 0.80 | 320.00 |
| 7/23/2015 | - WPW | Business Analysis<br>Email corr counsel re: waterfall and monthly operating report | 1.60 | 840.00 |
| | - KBM | Plan and Disclosure Statement<br>Review and analyze Debtors' liquidation analysis | 0.60 | 240.00 |
| | - KBM | Meetings of Creditors<br>Participate in weekly Committee call | 0.80 | 320.00 |
| | - WPW | Claims Administration and Objections<br>T/c B. Nolan re: Dept of Education claim support | 0.40 | 210.00 |
| | - WPW | Meetings of Creditors<br>OCUC conference call | 0.80 | 420.00 |
| | - KBM | Plan and Disclosure Statement<br>Review updated Plan and Disclosure Statement | 1.90 | 760.00 |
| | - KBM | Asset Disposition<br>Review asset sales per docket and discuss with FTI | 0.80 | 320.00 |
| | - SWM | Meetings of Creditors<br>OCUC meeting re: Disclosure Statement hearing | 0.80 | 320.00 |

Corinthian Colleges, Inc

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - WPW | Plan and Disclosure Statement<br>Plan negotiation conference call with OCUC, Debtors and Lender professionals | 1.20 | 630.00 |
| 7/24/2015 | - SWM | Plan and Disclosure Statement<br>Prepare summary of plan economics | 1.00 | 400.00 |
| | - KBM | Plan and Disclosure Statement<br>Review details and analysis re: Plan economics | 1.20 | 480.00 |
| | - KBM | Asset Disposition<br>Review filed IP sale motion | 0.40 | 160.00 |
| | - SWM | Plan and Disclosure Statement<br>Conf call with case professionals re: Plan revisions | 0.70 | 280.00 |
| | - SWM | Plan and Disclosure Statement<br>Revise summary of plan economics and related t/cs with counsel | 2.70 | 1,080.00 |
| | - WPW | Plan and Disclosure Statement<br>Multiple email corr counsel re: plan summary presentation and information contained therein | 2.30 | 1,207.50 |
| | - WPW | Plan and Disclosure Statement<br>Review/revise Plan overview presentation for OCUC | 1.90 | 997.50 |
| | - SWM | Plan and Disclosure Statement<br>Review student claims pool issue and t/cs with student counsel and claims agent; related corr with WPW | 0.80 | 320.00 |
| | - WPW | Claims Administration and Objections<br>Conf call with counsel re: Lender claim in GUC pool | 0.70 | 367.50 |
| | - WPW | Plan and Disclosure Statement<br>Mtg SWM to prepare plan overview document for OCUC | 2.60 | 1,365.00 |
| | - SWM | Plan and Disclosure Statement<br>Mtg WPW to prepare plan overview document for OCUC | 2.60 | 1,040.00 |
| 7/27/2015 | - KBM | Business Analysis<br>Review asset sale schedule provided by FTI and discuss with P. Selvam | 0.60 | 240.00 |
| | - CMW | Fee/Employment Application<br>Prepare and finalize 2nd monthly fee application for filing with the court | 2.00 | 400.00 |
| | - KBM | Business Analysis<br>Review amended May MOR | 0.90 | 360.00 |
| | - WPW | Court Hearing<br>Attend Disclosure Statement hearing, including preparation | 3.60 | 1,890.00 |

Corinthian Colleges, Inc

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | - WPW | Plan and Disclosure Statement<br>Review successive drafts of proposed Plan and Disclosure Statement | 2.60 | 1,365.00 |
| 7/28/2015 | - KBM | Asset Disposition<br>Review updated asset sale schedule and discuss with P. Selvam | 0.30 | 120.00 |
|  | - WPW | Fee/Employment Application<br>Review June fee application; changes to CMW | 0.30 | 157.50 |
| 7/30/2015 | - KBM | Business Analysis<br>Review payments made to bank group and discuss with P. Selvam | 0.30 | 120.00 |
|  | - KBM | Meetings of Creditors<br>Participate in OCUC call | 0.40 | 160.00 |
|  | - SWM | Meetings of Creditors<br>OCUC update call re: disclosure statement approval | 0.40 | 160.00 |
|  | - WPW | Meetings of Creditors<br>OCUC conference call | 0.40 | 210.00 |
| 7/31/2015 | - KBM | Business Analysis<br>Review June MOR | 0.30 | 120.00 |
|  |  | For professional services rendered | 72.20 | $31,325.50 |

### Expenses

|  |  |  | Amount |
|---|---|---|---|
| 7/27/2015 | - WPW | Expense Rate<br>Working lunch - WPW, J. Schwartz | 16.50 |
| 7/31/2015 | - ADMIN | Expense Rate<br>Pacer - Public record search | 0.80 |
|  |  | Total expenses | $17.30 |
|  |  | Total amount of this bill | $31,342.80 |