IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CORINTHIAN COLLEGES, INC., | § | Case No. 15-10952(KJC) |
| | § | |
| Debtors. | § | |
| | § | |

**WITHDRAWAL OF AMENDED OBJECTION
TO THE DEBTOR'S AMENDED AND MODIFIED COMBINED DISCLOSURE
STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION
(RELATES TO DOC. #851)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, Alief ISD, (hereinafter "The Taxing Unit"), creditor, and files this Withdrawal of Amended Objection to the Debtor's Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation (Docket no. 851).

I.

On August 24th, 2015, the Taxing Unit filed an Amended Objection to the Debtor's Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation (Docket no. 851). The Taxing Unit hereby withdraws its Amended Objection to the Debtor's Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation.

Respectfully Submitted,

Perdue, Brandon, Fielder
Collins & Mott, L.L.P.

/s/ Owen M. Sonik
Owen M. Sonik
SBN: 18847250
Elizabeth Banda Calvo
SBN: 24012238

                                            1235 North Loop West, Suite 600
                                            Houston, Texas 77008
                                            (713) 862-1860
                                            (713) 862-1429 (Fax)

                                            Attorneys for Alief ISD

## CERTIFICATE OF SERVICE

       I hereby certify that on this the 25th day of August, 2015, I sent a true and correct copy of the above and foregoing Withdrawal of Amended Objection to the Debtor's Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation to the following parties by the following means.

                                            /s/ Owen M. Sonik
                                            Owen M. Sonik

**ATTORNEY FOR DEBTOR**

Rachel Layne Biblo, whose email address is:        Biblo@rlf.com

**U.S. TRUSTEE**

Timothy Jay Fox, Jr., whose email address is:        timothy.fox@usdoj.gov