IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | ) Case No.15-10952 (KJC) |
| | ) Jointly Administered |
| Debtors. | ) |

### AFFIDAVIT OF SERVICE

I, Etta R. Mayers, hereby certify that I am not less than 18 years of age, and that on this 25th day of August 2015, I caused a true and correct copy of the document listed below to be served *via* hand delivery for all local parties and *via* first class mail, postage pre-paid for all non-local parties on the attached service list:

- **Objection of Bank of America, N.A., as Administative Agent for the Prepetition Lenders, to United States' Motion to Extend the Termination Date in the Cash Collateral Order *[Docket No. 877; Filed 8/25/15]*.**

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: August 25, 2015    **POTTER ANDERSON & CORROON LLP**
Wilmington, Delaware

*/s/ Etta R. Mayers*
Etta R. Mayers (DE Bar No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

PAC 1200453v.1

## SERVICE LIST

Polsinelli PC
Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Richards, Layton & Finger, PA
Mark D. Collins, Esq.
Marisa A. Terranova, Esq.
One Rodney Square
920 North King Street
Wilmington, DE 19801

The Rosner Law Group LLC
Frederick B. Rosner, Esq.
Julia B. Klein, Esq.
824 Market Street, Suite 810
Wilmington, DE 19801

U.S. Attorney's Office
P.O. Box 2046
1201 Market St., Ste. 1100
Wilmington, DE 19899-2046

Public Counsel LLP
Mark Rosenbaum, Esq.
Anne Richardson, Esq.
Alisa Hartz, Esq.
Dexter Rappleye, Esq.
610 S. Ardmore Avenue
Los Angeles, CA 90005

Robins Kaplan LLP
Scott F. Gautier, Esq.
Lorie A. Ball, Esq.
Cynthia C. Hernandez, Esq.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

Brown Rudnick LLP
H. Jeffrey Schwartz, Esq.
Seven Times Square
New York, NY 10036

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

US Dept. of Justice – Civil Division
Ruth A. Harvey, Esq.
Tracy J. Whitaker, Esq.
John R. Kresse, Esq.
Danielle A. Pham, Esq.
PO Box 875
Ben Franklin Station
Washington, DE 20044-0875

PAC 1200453v.1