## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun am employed in the county of Los Angeles, State of California. I hereby certify that on August 25, 2015, I caused true and correct copies of the following document(s) to be served (i) via facsimile to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of Second Amended[2] Agenda of Matters Scheduled for Hearing on August 26, 2015 at 1:00 P.M. (EDT)[3] [Docket No. 882]**

Dated: August 26, 2015

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California            }
{                               } ss.
{County of Los Angeles          }

Subscribed and sworn to (or affirmed) before me on this _26_ day of _Aug._, 20_15_, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**EXHIBIT A**

Corinthian Colleges, Inc. -  Service List to Facsimile Recipients                                      Served 8/25/2015

ALIEF ISD
ELIZABETH BANDA CALVO
713-862-1429

ALIEF ISD
OWEN M. SONIK
713-862-1429

ASHBY & GEDDES, P.A.
LEIGH-ANNE RAPORT
302-654-2067

ASHBY & GEDDES, P.A.
RICARDO PALACIO
302-654-2067

ASHBY & GEDDES, P.A.
WILLIAM BOWDEN
302-654-2067

BALLARD SPAHR LLP
LESLIE C. HEILMAN
302-252-4466

BALLARD SPAHR LLP
MATTHEW G. SUMMERS
302-252-4466

BANKRUPTCY & COLLECTIONS DIVISION
COURTNEY J. HULL
512-936-1409

BANKRUPTCY & COLLECTIONS DIVISION
JOHN MARK STERN
512-936-1409

COMMONWEALTH OF MASSACHUSETTS
GLENN KAPLAN
617-722-0184

COMMONWEALTH OF MASSACHUSETTS
PETER LEIGHT
617-722-0184

COMMONWEALTH OF PENNSYLVANIA
LINDA MITTEN
717-787-7671

COSGRAVE VERGEER KESTER LLP
DANIEL C. PETERSON
503-323-9019

DEVELOPMENT RESOURCES, INC.
JOHN GIANNOPOULOS
312-822-0561

DRINKER BIDDLE & REATH LLP
H. JOHN MICHEL, JR.
215-988-2757

DRINKER BIDDLE & REATH LLP
HOWARD A. COHEN
302-467-4201

DRINKER BIDDLE & REATH LLP
MICHAEL P. POMPEO
212-248-3141

FAIRFIELD AND WOODS, P.C.
CAROLINE C. FULLER
303-830-1033

FRANKGECKER LLP
JOSEPH FRANK
312-276-0035

FRANKGECKER LLP
REED HEILIGMAN
312-276-0035

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
JOSEPH CORRIGAN
617-451-0409

JEFFER MANGELS BUTLER & MITCHELL LLP
BARRY FREEMAN
310-712-8571

KATTEN MUCHIN ROSENMAN LLP
BRIAN HUBEN
310-788-4471

KATTEN MUCHIN ROSENMAN LLP
DUSTIN BRANCH
310-788-4471

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
212-808-7897

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DAVID G. AELVOET
210-225-6410

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ELIZABETH WELLER
469-221-5003

LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
302-654-0728

MISSOURI DEPARTMENT OF REVENUE
STEVEN A. GINTHER
573-751-7232

MORRIS JAMES LLP
CARL N. KUNZ III
302-571-1750

MORRIS JAMES LLP
ERIC J. MONZO
302-571-1750

MORRIS JAMES LLP
JEFFREY R. WAXMAN
302-571-1750

MORRISON & FOERSTER LLP
ERICA RICHARDS
212-468-7900

MORRISON & FOERSTER LLP
LORENZO MARINUZZI
212-468-7900

OFFICE OF PRIVATE POSTSECONDARY EDU
503-378-8395

OFFICE OF THE U.S. ATTORNEY
KELLY T. CURRIE
718-254-7508

OFFICE OF THE UNITED STATES TRUSTEE
RICHARD SCHEPACARTER
302-573-6497

OFFICE OF THE UNITED STATES TRUSTEE
TIMOTHY FOX
302-573-6497

OREGON DEPARTMENT OF JUSTICE
CAROLYN G. WADE
503-373-7067

PALM SPRINGS MILE ASSOCIATES, LTD
PHILLIP J. EISENBERG
212-545-1410

PERDUE, BRANDON, FIELDER, COLLINS & MOTT
EBONEY COBB
817-860-6509

PERDUE, BRANDON, FIELDER, COLLINS & MOTT
ELIZABETH BANDA CALVO
817-860-6509

PERDUE, BRANDON, FIELDER, COLLINS & MOTT
OWEN M. SONIK
713-862-1429

PIRCHER, NICHOLS & MEEKS
EUGENE J.M. LEONE
312-915-3348

POLSINELLI PC
CHRISTOPHER WARD
302-252-0921

**Corinthian Colleges, Inc. - Service List to Facsimile Recipients**

POLSINELLI PC
SHANTI KATONA
302-252-0921

POTTER ANDERSON & CORROON LLP
ETTA MAYERS
302-658-1192

POTTER ANDERSON & CORROON LLP
JEREMY RYAN
302-658-1192

PUBLIC COUNSEL LLP
ALISA HARTZ
213-385-9089

PUBLIC COUNSEL LLP
ANNE RICHARDSON
213-385-9089

PUBLIC COUNSEL LLP
DEXTER RAPPLEYE
213-385-9089

PUBLIC COUNSEL LLP
MARK ROSENBAUM
213-385-9089

ROBAINA & KRESIN
THOMAS GRIFFIN
602-682-6455

ROBINS KAPLAN LLP
CYNTHIA HERNANDEZ
310-229-5800

ROBINS KAPLAN LLP
LORIE BALL
310-229-5800

ROBINS KAPLAN LLP
SCOTT F. GAUTIER
310-229-5800

RUDER WARE, L.L.S.C.
JEREMY M. WELCH
715-845-2718

SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE
212-818-9606

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CARREN B. SHULMAN
212-653-8701

SIDLEY AUSTIN LLP
ANNA GUMPORT
213-896-6600

SIDLEY AUSTIN LLP
JENNIFER HAGLE
213-896-6600

SIMON PROPERTY GROUP, INC.
RONALD M. TUCKER
317-263-7901

SKADDEN, ARPS, SLATE, MEAGHER & FLOM
FELICIA GERBER PERLMAN
312-407-0411

SKADDEN, ARPS, SLATE, MEAGHER & FLOM
SARAH E. PIERCE
302-651-3001

TRAVIS COUNTY
KAY D. BROCK
512-854-4808

TREASURER - TAX COLLECTOR
DAN MCALLISTER
619-685-2589

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEY J. HULL
512-936-1409

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
202-514-9163

U.S. DEPARTMENT OF JUSTICE
MICHAEL R. SEW.HOY
202-514-9163

WISCONSIN DEPARTMENT OF JUSTICE
F. MARK BROMLEY, AAG
608-267-8906

Parties Served:  70

## **EXHIBIT B**

**Corinthian Colleges, Inc. - Overnight Mail**

ALLEN MATKINS LECK GAMBLE & MALLORY
IVAN M. GOLD
THREE EMBARCADERO CENTER
12TH FL
SAN FRANCISCO, CA 94111

ARAPAHOE COUNTY TREASURER
BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON CO  80166

BMC GROUP, INC.
T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO CA  90245

BOVITZ & SPITZER
J. SCOTT BOVITZ
1100 WILSHIRE BLVD., S
SUITE 2403
LOS ANGELES CA  90017

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK NY  10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND OR  97232

CA DEPT. OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
1300 I ST.,
SACRAMENTO CA  95814-5901

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO CA  94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND CA  94612

CONNOLLY GALLAGHER LLP
KAREN C. BIFFERATO
1000 WEST STREET
SUITE 1400
WILMINGTON, DE 19801

CONSUMER FINANCIAL PROTECTION BUREAU
CYNTHIA GOOEN LESSER
1700 G STREET, N.W.
WASHINGTON DC 20552

DE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
FRANCHISE TAX DIVISION
DOVER DE  19903

DENNIS ERROLL HARVEY JR.
ADDRESS REDACTED

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU HI  96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK NY  10013

DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON DE  19802

EQUITY ONE, INC.
LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL  33179

GE INFO TECH SOLUTIONS
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON GA  31208-3708

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU HI  96813

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAILSTOP 5-Q30.133
PHILADELPHIA PA  19104-5016

KREIS, ENDERLE, HUDGINS & BORSOS
THOMAS G. KING
PO BOX 4010
KALAMAZOO MI  49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI OH  75271-2711

LAW OFFICE OF DONALD W. SIEVEKE
DONALD W. SIEVEKE
1113 N. SPURGEON ST
SANTA ANA CA 92701

NEW YORK STATE DEPARTMENT OF LABOR
BLDG. 12, W.A. HARRIMAN CAMPUS
ALBANY NY  12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK NY  10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU HI  96813

OCCUPATIONAL SAFETY & HEALTH ADMIN.
800 W. WASHINGTON STREET
2ND FLOOR
PHOENIX AZ  85007

OFFICE OF THE ATTORNEY GENERAL
MAURA HEALEY/P. LEIGHT/G. KAPLAN
ONE ASHBURTON PLACE
18TH FLOOR
BOSTON MA  2108

OFFICE OF THE ATTORNEY GENERAL
NANCY QUACH
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO CA 94102-7004

OFFICE OF THE U.S. ATTORNEY
FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU HI  96850

OFFICE OF THE U.S. ATTORNEY
JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX AZ  85004-4408

OFFICE OF THE U.S. ATTORNEY
PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK NY  10007

OUTTEN & GOLDEN LLP
JACK RAISNER/RENÉ ROUPINIAN
3 PARK AVENUE
29TH FLOOR
NEW YORK NY 10016

**Corinthian Colleges, Inc. - Overnight Mail**

PEOPLE OF THE STATE OF CA
BERNARD A ESKANDARI
300 S SPRING ST., SUITE 1702

LOS ANGELES, CA 90013

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER DE  19903

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC  20549

SECURITIES & EXCHANGE COMMISSION
GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY  10281-1022

SHOOK, HARDY & BACON L.L.P.
MARK MOEDRITZER
2555 GRAND BLVD.
KANSAS CITY, MO 64108

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON DE  19801-0820

STATE OF MI/DEPT. OF TREASURY
BILL SCHUETTE/HEATHER DONALD
3030 W. GRAND BLVD.
CADILLAC PLACE, SUITE 10-200
DETROIT MI  48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND OR  97701

SULLIVAN HAZELTINE ALLINSON LLC
WILLIAM A. HAZELTINE
901 N MARKET ST., SUITE 1300
WILMINGTON, DE 19801

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT/KAREN AXSOM
800 W. WASHINGTON ST
PHOENIX AZ  85007

THE ROSNER LAW GROUP
JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET
SUITE 810
WILMINGTON DE  19801

TN DEPT OF REVENUE
TN ATTY GENERAL'S OFFICE
PO BOX 20207
BANKRUPTCY DIVISION
NASHVILLE TN  37202-0207

U.S. ATTORNEY'S OFFICE
CHARLES M. OBERLY, III
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON DE  19801

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC  20530-0001

UNITED STATES DEPARTMENT OF LABOR
THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON DC  20210

VINCENT E RHYNES
513 W. 159TH ST
GARDENA CA 90248

WATT LONG BEACH, LLC
JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA CA  90405

Parties Served: 50