# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.
**CASE NO.:** 15-10952 -KJC

**COURTROOM LOCATION:** 5
**DATE:** August 26, 2015

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter Leight | MA AG | MA |
| Leigh-Anne Raport | Ashby & Geddes | Campus Student Funding |
| Jeremy Ryan | Potter Anderson & Corroon | Bank of America |
| Jennifer Hagle | Sidley Austin | " " " |
| BERNARD ESKANDARI | Cal. DoJ | People of the State of Cal. |
| Jack Raisner | Outten & Golden | Reynolds - WARN class |
| Christopher Koenig | Willkie Farr & Gallagher LLP | Creditors' Committee – Special Insurance counsel |
| Chris Ward | Polsinelli | Student Committee |
| Shanti Katona | Polsinelli | Student Committee |
| Scott Gautier | Robbins Kaplan | Student Committee |
| Lori Ball | Robbins Kaplan | Student Committee |
| H Jeffrey Schwartz | Brown Rudnick | GUCC |
| J Klein | Rosner Law Group | GUCC |
| Karen Bifferato | Connolly Gallagher | BRE/OC Griffin LLC |

# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.
**CASE NO.:** 15-10952 -KJC

**COURTROOM LOCATION:** 5
**DATE:** August 26, 2015

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard A. Cohen | Drinker Biddle & Reath | Zenith Education Group, Inc. |
| Michael P. Pompeo | " " | " " |
| Michael Sew Hoy | US DOJ | ED |
| John Kresse | US DOJ | ED |
| William Hazeltine | Sullivan Hazeltine Allinson | Aerotek |
| Danielle Pham | USDOJ | ED |
| Chris Loizides | Loizides, P.A. | WARN Claimants |
| Mark Collins | Richards Layton | Debtors |
| Michael Merchant | " " | " " |
| Marcos Ramos | " " | " " |
| Amanda Steele | " " | " " |
| Richard L. Schepacarter | U.S. DOJ | U.S. Trustee |
| Timothy J. Fox, Jr. | " " | " " |

Court Conference

Calendar Date: 08/26/2015

Calendar Time: 02:00 PM ET

U.S. Bankruptcy Court-Delaware (DE - US)

Confirmed Telephonic Appearance Schedule

Honorable Kevin J. Carey

#5

*Amended Calendar 08/26/2015 10:36 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | ,15-1095 2 | Hearing | 7117740 | Carolyn G. Wade | (503) 934-4400 | Oregon Department of Justice | Creditor, Oregon Department of Justice / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7115047 | Marc Abrams | 212-728-8000 | Willkie Farr & Gallagher LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7115272 | Geoffrey L. Berman | (213) 617-2717 | DSI Development Specialists, Inc. | Representing, Student Committee / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7115764 | Dustin Branch | (310) 788-4420 | Katten Muchin Rosenman LLP | Creditor, Watt Management Company / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7117265 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7116015 | Scott F. Gautier | (310) 552-0130 | Robins Kaplan LLP | Creditor, Corinthian Colleges, Inc. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7115044 | Stephanie J. Gleason | (212) 416-2107 | Dow Jones | Interested Party, Dow Jones / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7117188 | Ivan M. Gold | (415) 837-1515 | Allen Matkins Leck Gamble Mallory & Natsis LLP | Creditor, BRE/OC Griffin / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7115702 | Anna Gumport | (213) 896-6064 | Sidley Austin LLP | Creditor, Bank of America, N.A. / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7118735 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Patrick Holohan / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7116212 | Courtney J. Hull | (512) 475-3034 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Representing, Texas Controller of Public Accounts / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7120091 | Joseph H. Huston, Jr. | (302) 425-3310 | Stevens & Lee, P.C. | Interested Party, Self / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7120058 | Dawn McCarty | (212) 318-2300 | Bloomberg LP | Interested Party, Dawn McCarty / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7117412 | Glenn Melcher | (202) 435-9762 | The Consumer Financial Protection Bureau | Creditor, The Consumer Financial Protection Bureau / LIVE |


Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7114496 | Katie Nownes | (818) 906-8300 | Omni Management Group | Interested Party, Omni Management Group / LIVE |
| | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7089716 | Carter Ott | (510) 622-2155 | Attorney General Office | Movant, A California Bureau for Private Post Secondary Education / LIVE |
| | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7116764 | Ann K. Richardson | (213) 385-2977 | Public Counsel | Creditor,Committee of Student Creditors / LIVE |
| | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7120096 | Bennett S. Silverberg | (212) 209-4924 | Brown Rudnick LLP | Interested Party, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7115845 | Owen Sonik | (713) 862-1860 | Perdue, Brandon, Fielder, Collins & Mott, LLP | Creditor, Alief School District / LIVE |

Peggy Drasal ext. 802

Copyright © 2015 CourtCall, LLC. All Rights Reserved.