IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of Christopher S. Koenig, Esquire, of Willkie Farr & Gallagher LLP, to represent the Official Committee of Unsecured Creditors as Special Insurance Counsel in this action.

Respectfully submitted,

Dated: August 24, 2015
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner (#3995)
Julia B. Klein (#5198)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: August 27th, 2015**
**Wilmington, Delaware**

{00016027. }

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and the United States District Court for the Southern District of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 24, 2015        */s/ Christopher S. Koenig*
                      Christopher S. Koenig, Esq.
                      Willkie Farr & Gallagher LLP
                      787 Seventh Avenue
                      New York, NY 10019-6099
                      (212) 728-8200
                      ckoenig@willkie.com