# EXHIBIT A

**Rejected Lease**

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Bensalem (Parking) | ESA P Portfolio PA Properties LLC | | 100 Dunbar Street | | Spartanburg | SC | 29304 | Parking Stall License Agreement, by and between Corinthian Colleges, Inc. and ESA P Portfolio PA Properties LLC, and any amendments thereto | 9/8/2010 | 8/27/2015 |