## Exhibit A

**Debtors' Corporate Structure**

# Corinthian Colleges Organization
## Legal Structure



[1] – This organization legal structure chart does not include Canadian entities. Everest Colleges Canada, Inc. and Career Canada C.P.) filed for Canadian bankruptcy protections under the *Bankruptcy and Insolvency Act*.

[2] – Heald Capital LLC ownership is split between Corinthian Colleges, Inc. (86.19%), SP PE VII-B Heald Holdings Corp. (11.77%), and SD III-B Heald Holdings Corp. (2.04%)