## Exhibit B

## Hypothetical Chapter 7 Liquidation Analysis

Preliminary - Subject to Change

**Corinthian Colleges, Inc.**
*Hypothetical Chapter 7 Liquidation Analysis*

The amounts presented in the chart below are estimates. The actual results are subject to significant uncertainty and could vary materially from what is presented here.

| | Claims* | | Recovery | | | | Comments |
|---|---|---|---|---|---|---|---|
| | Low | High | Low | % | High | % | |
| Cash at 8/31/15 | | | $ 5,454 | | $ 5,454 | | Includes assumptions about receipts and disbursements from 8/7/15 to 8/18/15. |
| Professional Fee Carve-Out | 1,383 | 1,383 | (1,383) | 100% | (1,383) | 100% | Accrued and unpaid fees as of 8/28. |
| Potential Additional Sources of Recovery: | | | | | | | |
| Laramie Land | | | 350 | | 1,000 | | Estimated value based on appraisal, net of selling costs. |
| AIG Reimbursement | | | 500 | | 500 | | |
| McKinley Garnishment | | | 1,000 | | 1,000 | | |
| Cal Grants | | | - | | 3,000 | | |
| Student Accounts Receivable | | | TBD | | TBD | | |
| Tax Refunds | | | 400 | | 1,200 | | |
| Intellectual Property | | | - | | 100 | | |
| Zenith Escrow | | | 2,500 | | 2,500 | | |
| Student Refund Escrow | | | - | | 4,300 | | |
| Causes of Action | | | Unknown | | Unknown | | |
| Assets Available for Secured Lenders | | | 8,821 | | 17,671 | | |
| Chapter 7 Trustee Fees and Expenses | | | (465) | 8% | (630) | 16% | |
| Initial Distribution to Secured Lenders | 107,000 | 107,000 | 8,357 | | 17,041 | | |
| Remaining Assets for Other Creditors | | | TBD | | TBD | | Dependent on Trustee's ability to recover from causes of action. |
| Additional Distributions to Pre-petition Secured Creditors | 107,000 | 107,000 | TBD | | TBD | | Dependent on Trustee's ability to recover from causes of action. |
| Distributions to Administrative Creditors | 1,300 | 1,200 | TBD | | TBD | | Includes post-petition rent for rejected real property locations. Recovery to administrative creditors is dependent on Trustee's ability to recover from causes of action. |
| Distributions to Priority Unsecured Creditors | 850 | 1,000 | TBD | | TBD | | Includes Students' 507(a)(7) Deposit Claims. Recovery to priority claims is dependent on Trustee's ability to recover from causes of action. |
| Distributions to General Unsecured Creditors | 285,000 | 350,000 | TBD | | TBD | | Includes Prepetition Lenders Deficiency Claim. Recovery is dependent on Trustee's ability to recover from causes of action. |
| Distributions to Student Creditors | TBD | TBD | TBD | | TBD | | Dependent on Trustee's ability to recover from causes of action. |

* Claim estimates are based on the Debtors' Schedules of Liabilities, which may vary materially from actual claims filed.

Preliminary - Subject to Change

**Corinthian Colleges, Inc.**
*Proposed Chapter 11 Recovery Analysis*

The amounts presented in the chart below are estimates. The actual results are subject to significant uncertainty and could vary materially from what is presented here.

| | Claims* | | Recovery | | | | Comments |
|---|---|---|---|---|---|---|---|
| | Low | High | Low | % | High | % | |
| Cash at 8/31/15 (Assumed Effective Date) | | | $ 5,454 | | $ 5,454 | | |
| Outstanding Administrative Expenses | 1,300 | 1,200 | (1,300) | 100% | (1,200) | 100% | Includes post-petition rent for rejected real property leases. In Ch. 7, recoveries to Administrative claims are dependent on the Trustee's ability to recover on causes of action. |
| Professional Fee Carve-Out | 1,383 | 1,383 | (1,383) | 100% | (1,383) | 100% | Accrued and unpaid fees as of 8/28. |
| Cash Available for Priority Claims | | | 2,771 | | 2,871 | | |
| Distribution to Estimated Priority Claims | 600 | 750 | (600) | 100% | (750) | 100% | In Ch. 7, recoveries to Priority claims are dependent on the Trustee's ability to recover on causes of action. |
| Cash Available for Distribution Trust and Student Trust | | | 2,171 | | 2,121 | | |
| General Unsecured Creditors' Distribution Trust Seed Money | | | (500) | | (500) | | There is no funding of the Distribution Trust in Chapter 7. |
| Prepetition Lenders Effective Date Cash | | | 1,671 | | 1,621 | | |
| Zenith Escrow | | | 2,500 | | 2,500 | | |
| Distribution Available to Prepetition Lenders | | | 4,171 | | 4,121 | | |
| Effective Date Distribution to Prepetition Lenders | 107,000 | 107,000 | (4,171) | | (4,121) | | Pre-petition Secured Claims are estimated to be $107M. Balance remaining, after payment of $10M Super Priority Claim, will share pari-passu with General Unsecured Creditors. |
| **Funding of the Distribution Trust** | | | | | | | |
| Distribution Trust Seed Money | | | 500 | | 500 | | |
| Laramie Land | | | 500 | | 1,000 | | Estimated value based on appraisal, net of selling costs. |
| AIG Reimbursement | | | 500 | | 500 | | |
| McKinley Garnishment | | | 1,000 | | 1,000 | | |
| Cal Grants | | | - | | 3,000 | | |
| Student Accounts Receivable | | | TBD | | TBD | | |
| Tax Refunds | | | 400 | | 1,200 | | |
| Intellectual Property | | | - | | 100 | | |
| Causes of Action | | | Unknown | | Unknown | | |
| Assets Available for Adequate Protection Claim | 10,700 | 10,700 | 2,900 | 27% | 7,300 | 68% | Super Priority Claim pursuant to Cash Collateral Order. |
| Distribution Trust Expenses | | | (500) | | (500) | | |
| Distribution to Lenders Adequate Protection Claim | | | (2,400) | | (6,800) | | |
| *Total Distributions to Prepetition Lenders Before Unknown Recoveries and Deficiency Claim* | *107,000* | *107,000* | *6,571* | *6%* | *10,921* | *10%* | |
| Assets Available for Unsecured Creditors Before Causes of Action | 285,000 | 350,000 | - | | - | | Recoveries to Unsecured Creditors will be dependent on recoveries from Causes of Action. Estimated claim amount includes Prepetition Lenders Deficiency Claim |
| **Funding of the Student Trust** | | | | | | | |
| Student Refund Escrow | | | 4,300 | | 4,300 | | |
| Assets Available for Student 507(a)(7) Deposit Claims, Student Claims and Government Education Claims | TBD | TBD | 4,300 | | 4,300 | | |

* Claim estimates are based on the Debtors' Schedules of Liabilities, which may vary materially from actual claims filed.