IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | §    Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § |
| | §    Case No. 15-10952 (KJC) |
| | § |
| | §    Jointly Administered |
| Debtors. | § |
| | §    **Re: Docket Nos. 520, 614, 646, 655, 863 & 906** |
| ------------------------------------------------------------ | § |

**NOTICE OF FILING OF BLACKLINE OF REVISED THIRD
AMENDED AND MODIFIED COMBINED DISCLOSURE
STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION**

PLEASE TAKE NOTICE that, on August 25, 2015, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 863] (the "**Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, on August 26, 2015, the Court held a hearing with respect to the confirmation of the Plan (the "**Confirmation Hearing**"). At the Confirmation Hearing, the Court indicated that it would confirm the Plan, subject to the Debtors first revising the Plan to (i) incorporate the proposed resolution between the Debtors and Guy Reynolds and Christine Seymour, on behalf of themselves and the purported class of similarly

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

situated employees (the "**WARN Claimants**"), seeking damages and ERISA benefits based on the Debtors' alleged violations under the Federal and California WARN Act statutes; and (ii) address certain rulings made by the Court on the record at the Confirmation Hearing.

PLEASE TAKE FURTHER NOTICE that, on the date hereof, the Debtors filed a revised version of the Plan [Docket No. 906] (the "**Revised Plan**") with the Court incorporating the resolution with the WARN Claimants and reflecting those changes discussed on the record at the Confirmation Hearing.  The Plan has been circulated to and is acceptable to (i) the Office of the United States Trustee for the District of Delaware, (ii) counsel to the Administrative Agent for the prepetition secured lenders, (iii) counsel to the Official Committee of Unsecured Creditors, (iv) counsel to the Official Committee of Student Creditors, and (iv) counsel to the WARN Claimants.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a blackline of the Revised Plan against the Plan.

| | |
|---|---|
| Dated: August 28, 2015<br>Wilmington, Delaware | */s/ Michael J. Merchant*_____<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>          merchant@rlf.com<br>          terranova@rlf.com<br>          steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |

RLF1 12893846v.1