IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |
| § | **Re: Docket Nos. 863, 867 & 906** |

-------------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING ORDER CONFIRMING
DEBTORS' THIRD AMENDED AND MODIFIED COMBINED
DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION**

The undersigned hereby certifies as follows:

1.  On August 25, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed (i) the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan Of Liquidation* [Docket No. 863] (the "**Plan**"); and (ii) a proposed form of order confirming the Plan [Docket No. 867] (the "**Proposed Confirmation Order**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.  On August 26, 2015, the Court held a hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan. At the Confirmation Hearing, the Court indicated that it would confirm the Plan, subject to the Debtors first revising the Plan and Proposed Confirmation

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Order to (i) incorporate the proposed resolution between the Debtors and Guy Reynolds and Christine Seymour, on behalf of themselves and the purported class of similarly situated employees (the "**WARN Claimants**"), seeking damages and ERISA benefits based on the Debtors' alleged violations under the Federal and California WARN Act statutes; and (ii) address certain rulings made by the Court on the record at the Confirmation Hearing.

3. The Debtors have today filed a revised version of the Plan [Docket No. 906] addressing each of the categories noted above. Additionally, the Debtors have revised the Proposed Confirmation Order (the "**Revised Confirmation Order**") to address these same issues. The Revised Confirmation Order has been circulated to and is acceptable to (i) the Office of the United States Trustee for the District of Delaware, (ii) counsel to the Administrative Agent for the prepetition secured lenders, (iii) counsel to the Official Committee of Unsecured Creditors, (iv) counsel to the Official Committee of Student Creditors, and (iv) counsel to the WARN Claimants. A copy of the Revised Confirmation Order is attached hereto as **Exhibit A**. For the convenience of the Court and other parties in interest, a blackline of the Revised Confirmation Order against the Proposed Confirmation Order is attached hereto as **Exhibit B**.

RLF1 12893888v.1

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Confirmation Order, substantially in the form attached hereto as **Exhibit A**, at the Court's earliest convenience.

Dated: August 28, 2015  /s/ Michael J. Merchant
      Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      terranova@rlf.com
      steele@rlf.com

Counsel for the Debtors and Debtors in Possession