**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |
| § | **Re: Docket Nos. 906, 908 & 909** |

-----------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING ORDER CONFIRMING
DEBTORS' THIRD AMENDED AND MODIFIED COMBINED
<u>DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION</u>**

The undersigned hereby certifies as follows:

1. On August 28, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed a revised version of the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan Of Liquidation* [Docket No. 906] (the "**Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). In addition, on August 28, 2015, the Debtors filed a proposed form of order confirming the Plan (the "**Proposed Confirmation Order**") under certification of counsel [Docket No. 908] (the "**COC**") with the Court.

2. Following the filing of the Plan, the Debtors made a further revision thereto at the request of the Attorney General's Office for the State of California (the "**CAL AG**"). On the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

date hereof, the Debtors have filed a revised version of the Plan [Docket No. 909] (the "**Revised Plan**") with the Bankruptcy Court reflecting this revision.

3. The changes incorporated into the Revised Plan do not require changes to the Proposed Confirmation Order. As set forth in the COC, the Proposed Confirmation Order was circulated to and is acceptable to counsel to the Administrative Agent, counsel to the Creditors' Committee, counsel to the Student Committee and counsel to the WARN Claimants. Further, the CAL AG has indicated its consent to entry of the Proposed Confirmation Order incorporating the Revised Plan. A copy of the Proposed Confirmation Order which incorporates the Revised Plan is attached hereto as **Exhibit A**.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Confirmation Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: August 28, 2015  
      Wilmington, Delaware

/s/ Marisa A. Terranova  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marisa A. Terranova (No. 5396)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
      merchant@rlf.com  
      terranova@rlf.com  
      steele@rlf.com  

Counsel for the Debtors and Debtors in Possession