IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF CLAIM #1029 AND CLAIM #1034**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that I, Michelle Reed, hereby withdraw my Proof of Claim #1029 filed on

July 7, 2015 in the amount of $104,497.78, and my Proof of Claim #1034 filed on July 7, 2015 in

the amount of $69,713.42.

 Dated: August 28, 2015

By: _____
Michelle Reed Zagorski