## EXHIBIT A

**Rejected Lease**

Exhibit A - Rejected Lease

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Long Beach - Phase II | Watt Long Beach II, LLC | | 2716 Ocean Park Blvd. #3040 | | Santa Monica | CA | 90405 | Standard Industrial / Commercial Single-Tenant Lease - Net, by and between Watt Long Beach, LLC and Corinthian Colleges, Inc., and any amendments thereto | 12/5/2003 | 8/28/2015 |