IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |
| § | **Re: Docket No. 171** |

-----------------------------------------------------------

**NOTICE OF EFFECTIVE DATE OF REJECTION FOR UNEXPIRED
LEASE OF NONRESIDENTIAL REAL PROPERTY**

| **THIS NOTICE RELATES TO THE LEASE FOR THE FOLLOWING LOCATION:** ||
|---|---|
| 7414 S. Cicero Ave. Bedford Park, IL 60629 | 6880 North Frontage Road Burr Ridge, IL 60527 |
| 6860 North Frontage Road Burr Ridge, IL 60527 | 420 Whitney Place Fremont, CA 94539 |
| 1101 W. North Avenue Melrose Park, IL 60160 | 8585 Broadway (1st, 2nd and 5th Floors) Merrillville, IN 46410 |
| 3280 West 3500 South West Valley City, UT 84119 | 3448 South 3200 West West Valley City, UT 84119 |
| 6 Hutton Centre Drive, Suite 400 Santa Ana, CA 92707 | 9811 Woods Drive Skokie, IL 60077 |
| 9877 Wood Drive Skokie, IL 60077 | 8620 Westwood Center Drive Vienna, VA 22182 |
| 1010 Riverside Parkway West Sacramento, CA 95605 | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1

**PLEASE TAKE NOTICE** that, on May 4, 2015, Corinthian Colleges, Inc. and certain of its subsidiaries (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**").

**PLEASE TAKE FURTHER NOTICE** that, on May 21, 2015, the Debtors filed the *Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective* Nunc Pro Tunc *to the Date that the Debtors Surrendered Possession; (II) Approving the* Nunc Pro Tunc *Abandonment of any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief* [Docket No. 171] (the "**Rejection Motion**") seeking to reject certain leases of nonresidential real property, as identified in the Rejection Motion (the "**Leases**"), effective *nunc pro tunc* to the date that the Debtors surrendered possession of the underlying premises to the landlord and/or non-Debtor counterparties to each Lease.

**PLEASE TAKE FURTHER NOTICE** that, with respect to the Leases identified on Exhibit A hereto (the "**Rejected Leases**"), the Debtors unequivocally surrendered possession of the premises, including returning or providing all keys, keycards and access codes necessary to access the premises, to the landlord and/or non-Debtor counterparties to the Rejected Leases on August 31, 2015 (the "**Proposed Effective Date**").

**PLEASE TAKE FURTHER NOTICE** that, as indicated in the Rejection Motion, the Debtors abandoned all personal property owned by the Debtors' remaining at the premises as of the Proposed Effective Date pursuant to section 554(a) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors intend to seek the entry of an order approving the relief requested in the Rejection Motion.

| | |
|---|---|
| Dated: August 31, 2015<br>Wilmington, Delaware | /s/ Marisa A. Terranova<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>          merchant@rlf.com<br>          terranova@rlf.com<br>          steele@rlf.com<br><br>Proposed Counsel for the Debtors and Debtors in Possession |