## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on August 27, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Effective Date of Rejection for Unexpired Lease of Nonresidential Real Property [Docket No. 903]**

Dated: August 31, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

| | |
|---|---|
| {State of California | } |
| { | } ss. |
| {County of Los Angeles | } |

Subscribed and sworn to (or affirmed) before me on this _31_ day of _Aug._, 20 _15_, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

ESA P PORTFOLIO PA PROPERTIES LLC
100 DUNBAR STREET
SPARTANBURG SC 29304

Parties Served: 1