# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re <u>CORINTHIAN COLLEGES, INC., et al</u>[1]

Case No. <u>15-10952</u>
Reporting Period: <u>July1 – July 31, 2015</u>

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/ Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | Note 1 | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | Note 1 | |
| Schedule of Professional Fees Paid | MOR-1b | Yes | Note 1 | |
| Copies of bank statements | | No | | |
| Cash disbursements journals | | Yes | Note 1 | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Post-petition Taxes | MOR-4 | Yes | Note 1 | |
| Copies of IRS Form 6123 or payment receipt | | N/A | Note 1 | |
| Copies of tax returns filed during reporting period | | No | Note 1 | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | Note 1 | |
| Listing of aged accounts payable | MOR-4 | Yes | Note 1 | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | Note 1 | |
| Debtor Questionnaire | MOR-5 | Yes | Note 1 | |

Note:

(1) Cash Receipts and Disbursements have been reported on a Consolidated Basis.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date     8/31/15

JACK MASSIMINO
_____
Printed Name of Authorized Individual

Chairmen / CEO
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

---

[1]   The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

# MOR – 1
# Schedule of Cash Receipts and Disbursements

# Corinthian Colleges, Inc. - Consolidated

*7/1/15 - 7/31/15*

*($ in Thousands)*

**Week Ending:**

| | | |
|---|---|---:|
| **RECEIPTS** | | |
| Receivables / Education Receipts | $ | 299 |
| Proceeds from Sale of Equipment / FF&E | | 1,815 |
| Zenith Indemnification Escrow | | - |
| Other Cash Receipts | | - |
| **Total Receipts** | | **2,114** |
| | | |
| **ORDINARY COURSE DISBURSEMENTS** | | |
| Payroll Benefits and Taxes | $ | 140 |
| Rent | | 231 |
| CSC Rent | | 68 |
| Transition Services Agreement Pmts/Accounting | | 4 |
| Document Management | | - |
| Moving / Location Expenses | | 7 |
| Security | | - |
| Utilities (including deposits) | | 28 |
| Ordinary Course Professionals | | 82 |
| Other Operating Expenses & Consultants | | 181 |
| **Total Op Expenses** | | **741** |
| | | |
| **OPERATING CASH FLOW** | | **1,372** |
| | | |
| **NON-OPERATING C/F** | | |
| CCI Professional Fees | | (400) |
| Committee Professional Fees | | (90) |
| Lender Professional Fees | | - |
| Noticing Costs / Plan Costs | | - |
| UST Fees | | (24) |
| Other Non-Operating Cash Flow (Sales Tax) | | (69) |
| **Sub-Total Non-Operating** | | **(583)** |
| | | |
| **NET CASH FLOW** | | **790** |

| | | |
|---|---|---:|
| **Beg Book Balance** | $ | 6,580 |
| *Net Cash Flow* | | 790 |
| **Ending Book Balance** | $ | 7,370 |

[1] Ending book balance does not include ($30) for additional items still being reconciled.

# MOR – 1a
# Bank Reconciliation

"MOR - 1a"

**Corinthian Colleges, Inc. - Book to Bank Reconciliation [1]**

| Account Name | DBA/Title | Bank Name | Account # | Bank Statement Balance 7/31 | Book Balance as of July 31, 2015 | Variance | Explanation |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Concentration Account | B of Am | -6737 | 5,000.00 | 5,000.00 | - | |
| Corinthian Colleges, Inc. | Electronic Receipts Account | B of Am | -3977 | 6,598,174.07 | 6,598,174.07 | - | |
| Corinthian Colleges, Inc. | Concentration Account | Union Bank | -4999 | 124,348.58 | 124,348.58 | - | |
| Corinthian Colleges, Inc. | Petty Cash | Union Bank | -1082 | 698,781.28 | 668,018.84 | (30,762.44) | Outstanding Checks, See list attached. |
| Corinthian Colleges, Inc. | CCi Payroll Account | Union Bank | -1139 | - | - | - | No Outstanding Checks |
| Corinthian Colleges, Inc. | CADS Funds | Union Bank | -1488 | - | - | - | Account Closed July |
| Corinthian Colleges, Inc. | Concentration Account | BMO Harris | -9278 | - | - | - | |
| Corinthian Colleges, Inc. | AP disbursements | BMO Harris | -9286 | - | - | - | Account Closed July |
| Corinthian Colleges, Inc. | Consolidation Account | U.S. Bank | -2585 | - | - | - | Account Closed July |
| Corinthian Colleges, Inc. | FARE Concentration | Bk of West | -0672 | - | - | - | Account Closed July |
| **Total** | | | | **7,426,303.93** | **7,395,541.49** | **(30,762.44)** | |
| | | | | | | | |
| Corinthian Schools Inc | CSi Payroll Account | | -1147 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -Alhambra  Perkins | Bk of West-Perk | -1154 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -Reseda Perkins | Bk of West-Perk | -1378 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College-Anaheim Perkins | Bk of West-Perk | -2574 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College-LA Perkins | Bk of West-Perk | -3036 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -SAN BERN Perkins | Bk of West-Perk | -3333 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College-SanJoseN Perkins | Bk of West-Perk | -3341 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -HAYWARD Perkins | Bk of West-Perk | -3580 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -GARDENA Perkins | Bk of West-Perk | -3648 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -ALHAMBRA | Bk of West | -0974 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -ALHAMBRA | Bk of West | -1089 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -RESEDA | Bk of West | -1204 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -RESEDA | Bk of West | -1253 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College-Torrance Federal Grants | Bk of West | -1469 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College-Torrance DL | Bk of West | -1741 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College-Anaheim DL | Bk of West | -2715 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College-Anaheim Federal Grants | Bk of West | -2897 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Wyotech -LONG BEACH | Bk of West | -3150 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Wyotech -LONG BEACH | Bk of West | -3200 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -SAN BERNARDINO | Bk of West | -3473 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -SAN BERNARDINO | Bk of West | -3481 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -GARDENA | Bk of West | -3598 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -GARDENA | Bk of West | -3622 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -ONTARIO | Bk of West | -3739 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -ONTARIO | Bk of West | -3861 | - | - | - | Account Closed July |
| Corinthian Schools, Inc. | Everest College -SAN FRANCISCO | Bk of West-Perk | -3978 | - | - | - | Account Closed July |
| **Total** | | | | - | - | - | |
| | | | | | | | |
| Eton Education Inc | Eton Payroll Account | Union Bank | -6563 | - | - | - | Account Closed July |
| **Total** | | | | - | - | - | |
| | | | | | | | |
| Everest College Phoenix, Inc. | ECP Payroll | B of Am | -9997 | - | (862.95) | (863) | |
| Everest College Phoenix, Inc. | Everest College Phoenix, Inc. | Bk of West | -1437 | - | - | - | Account Closed July |
| Everest College Phoenix, Inc. | Everest College Phoenix, Inc. | Bk of West | -1494 | - | - | - | Account Closed July |
| **Total** | | | | - | **(862.95)** | **(862.95)** | |
| | | | | | | | |
| Florida Metropolitan Univ | FMU Payroll Account | Union Bank | -1155 | - | - | - | Account Closed July |
| **Total** | | | | - | - | - | |
| | | | | | | | |
| Heald College LLC. | Concentration Account | B of Am | -9250 | 0.20 | 0.20 | - | |
| Heald College LLC. | HLD Payroll | B of Am | -7570 | - | (24,732.36) | (24,732) | |
| Heald College, LLC | Heald College - San Fran/Honolulu/Portland | Bk of West | -0823 | - | - | - | Account Closed July |
| Heald College, LLC | Heald College - San Fran/Honolulu/Portland | Bk of West | -0971 | - | - | - | Account Closed July |
| Heald College LLC. | 11136 Depository | 1stHawaiian | -2236 | - | - | - | Account Closed July |
| Heald Colleges of California | Federal Account | 1stHawaiian | -8391 | - | - | - | Account Closed July |
| **Total** | | | | **0.20** | **(24,732.16)** | **(24,732.36)** | |
| | | | | | | | |
| MJB Acquisiton Corp | dba WyoTech/Student Insurance | Capital West | -9056 | 30,000.26 | 30,000.26 | - | |
| **Total** | | | | **30,000.26** | **30,000.26** | **-** | |
| | | | | | | | |
| Rhodes Business Group Inc. | RBGi Payroll Account | Union Bank | -5049 | - | - | - | Account Closed July |
| Rhodes Business Group, Inc. | Everest Institute -ROCHESTER | Bk of West | -5155 | - | - | - | Account Closed July |
| Rhodes Business Group, Inc. | Everest Institute -ROCHESTER | Bk of West | -5171 | - | - | - | Account Closed July |
| **Total** | | | | - | - | - | |
| | | | | | | | |
| Rhodes College, Inc. | RCi Payroll Account | Union Bank | -1163 | - | - | - | Account Closed July |
| | | | | - | - | - | |
| | | | | | | | |
| Sequoia Education Inc | SEQ Payroll | B of Am | -3443 | - | (8.49) | (8.49) | Outstanding Checks, See list attached. |
| Sequoia Education, Inc. | Wyotech -FREMONT Perkins | Bk of West-Perk | -8598 | - | - | - | Account Closed July |
| Sequoia Education, Inc. | Wyotech -FREMONT | Bk of West | -8432 | - | - | - | Account Closed July |
| Sequoia Education, Inc. | Wyotech -FREMONT | Bk of West | -8473 | - | - | - | Account Closed July |
| | | | | - | **(8.49)** | **(8.49)** | |

[1] As of July 24, 2015, all bank reconciliations have been performed.

"MOR - 1a"

**Corinthian Colleges**
**July 2015 Outstanding Checks**

| Date | Category | Amount | Vendor | Description |
|------|----------|--------|--------|-------------|
| *Outstanding Checks Related to Account -1082:* | | | | |
| 7/17/15 | 72500 | 2,225 | Amberwick Corporation | Removal of hazadous waste at LongBeach annex |
| 7/17/15 | 70130 | 2,748 | William Calhoun | Flight, Hotel, Rental Car, Internet; 6/22-7/7 |
| 7/17/15 | 72500 | 129 | Bertolotti Disposal | Heald College Salida; weekly bin service |
| 7/17/15 | 62100 | 474 | RMS Properties | Remainder of July rent for Cross Lanes |
| 7/17/15 | 78100 | 163 | Cindy Timberlake | West Sacramento - Hours from WE 7/10 |
| 7/24/15 | 78100 | 147 | Corporation Service Company | Heald Education, LLC statutory registration in CT state  to 7/31/2016 |
| 7/24/15 | 78100 | 441 | Corporation Service Company | Heald Real Estate, LLC statutory registration in CA, CT, DE to 4/30/2016 |
| 7/24/15 | 78100 | 147 | Corporation Service Company | Heald Capital, LLC statutory registration in CT to 7/31/2016 |
| 7/27/15 | 78100 | 325 | US Trustee | Ashmead Education, Inc (Case No. 15-10967) |
| 7/27/15 | 78100 | 325 | US Trustee | Career Choices, Inc (Case No. 15-10972) |
| 7/27/15 | 78100 | 325 | US Trustee | CDI Education USA, Inc (Case No. 15-10963) |
| 7/27/15 | 78100 | 325 | US Trustee | Corinthian  Property Group, Inc (Case No. 15-10966) |
| 7/27/15 | 78100 | 4,875 | US Trustee | Corinthian Colleges, Inc (Case No. 15-10952) |
| 7/27/15 | 78100 | 4,875 | US Trustee | Corinthian Schools, Inc (Case No. 15-10955) |
| 7/27/15 | 78100 | 325 | US Trustee | ECAT Acquisition, Inc (Case No. 15-10975) |
| 7/27/15 | 78100 | 325 | US Trustee | ETON Education, Inc (Case No. 15-10961) |
| 7/27/15 | 78100 | 975 | US Trustee | Everest College Phoenix, Inc (Case No. 15-.10960) |
| 7/27/15 | 78100 | 325 | US Trustee | Florida Metropolitan University, Inc (Case No. 15-10962) |
| 7/27/15 | 78100 | 325 | US Trustee | Grand Rapids Education Centers, Inc (Case No. 15-10956) |
| 7/27/15 | 78100 | 325 | US Trustee | SP PE VII-B Heald Holdings Corp (Case No. 15-10965) |
| 7/27/15 | 78100 | 325 | US Trustee | SD III-B Heald Holdings Corp (Case No. 15-10968) |
| 7/27/15 | 78100 | 325 | US Trustee | Heald Capital, LLC (Case No. 15-10954) |
| 7/27/15 | 78100 | 4,875 | US Trustee | Heald College, LLC (Case No. 15-10969) |
| 7/27/15 | 78100 | 325 | US Trustee | Heald Education, LLC (Case No. 15-10964) |
| 7/27/15 | 78100 | 325 | US Trustee | Heald Real Estate, LLC  (Case No. 15-10958) |
| 7/27/15 | 78100 | 325 | US Trustee | MJB Acquisition Corporation (Case No. 15-10971) |
| 7/27/15 | 78100 | 325 | US Trustee | Pegasus Education, Inc (Case No. 15-10953) |
| 7/27/15 | 78100 | 325 | US Trustee | Quickstart Intelligence Inc (Case No. 15-10973) |
| 7/27/15 | 78100 | 650 | US Trustee | Rhodes Business Group, Inc (Case No. 15-10959) |
| 7/27/15 | 78100 | 650 | US Trustee | Rhodes Colleges (Case No. 15-10957) |
| 7/27/15 | 78100 | 975 | US Trustee | Sequoia Education, Inc (Case No. 15-10974) |
| 7/27/15 | 78100 | 325 | US Trustee | Socle Education, Inc (Case No. 15-10976) |
| 7/27/15 | 78100 | 325 | US Trustee | Titan Schools, Inc (Case No. 15-10970) |
| 7/30/15 | 72310 | 55 | Stan Mortensen | Cell phone 5/18-6/17 |
| 7/30/15 | 70130 | 509 | Stan Mortensen | Trip expenses to Delaware 7/11-7/22 |
| Total Outstanding | | 30,762.44 | | |

| Date | Category | Amount | Vendor | Description |
|------|----------|--------|--------|-------------|
| *BofA Outstanding Checks Related to Account Sequoia-3443:* | | | | |
| | Payroll | $      8 | CCI Employee | Payroll Check #18101 |
| Total Outstanding | | 8.49 | | |

| | | | | |
|------|----------|--------|--------|-------------|
| *BofA Outstanding Checks Related to Account ECP-9997:* | | | | |
| | Payroll | $   739 | CCI Employee | Payroll Check #4074 |
| | Payroll | 70 | CCI Employee | Payroll Check #4086 |
| | Payroll | 53 | CCI Employee | Payroll Check #4087 |
| Total Outstanding | | 862.95 | | |

"MOR - 1a"

| Date | Category | Amount | Vendor | Description |
|------|----------|--------|--------|-------------|

***BofA Outstanding Checks Related to Account Heald-7570:***

| | Payroll | $    1,070 | CCI Employee | Payroll Check #45181 |
|---|---------|-----------|--------------|----------------------|
| | Payroll | 401 | CCI Employee | Payroll Check #45185 |
| | Payroll | 1 | CCI Employee | Payroll Check #45187 |
| | Payroll | 4 | CCI Employee | Payroll Check #45188 |
| | Payroll | 2 | CCI Employee | Payroll Check #45193 |
| | Payroll | 3 | CCI Employee | Payroll Check #45196 |
| | Payroll | 1 | CCI Employee | Payroll Check #45197 |
| | Payroll | 2 | CCI Employee | Payroll Check #45198 |
| | Payroll | 963 | CCI Employee | Payroll Check #45202 |
| | Payroll | 1,148 | CCI Employee | Payroll Check #45206 |
| | Payroll | 260 | CCI Employee | Payroll Check #45209 |
| | Payroll | 1,191 | CCI Employee | Payroll Check #45214 |
| | Payroll | 1,484 | CCI Employee | Payroll Check #45215 |
| | Payroll | 776 | CCI Employee | Payroll Check #45218 |
| | Payroll | 128 | CCI Employee | Payroll Check #45222 |
| | Payroll | 2,422 | CCI Employee | Payroll Check #45223 |
| | Payroll | 769 | CCI Employee | Payroll Check #45224 |
| | Payroll | 884 | CCI Employee | Payroll Check #45226 |
| | Payroll | 1,162 | CCI Employee | Payroll Check #45227 |
| | Payroll | 575 | CCI Employee | Payroll Check #45230 |
| | Payroll | 707 | CCI Employee | Payroll Check #45232 |
| | Payroll | 808 | CCI Employee | Payroll Check #45233 |
| | Payroll | 349 | CCI Employee | Payroll Check #45234 |
| | Payroll | 508 | CCI Employee | Payroll Check #45237 |
| | Payroll | 254 | CCI Employee | Payroll Check #45240 |
| | Payroll | 551 | CCI Employee | Payroll Check #45242 |
| | Payroll | 395 | CCI Employee | Payroll Check #45243 |
| | Payroll | 798 | CCI Employee | Payroll Check #45245 |
| | Payroll | 388 | CCI Employee | Payroll Check #45247 |
| | Payroll | 73 | CCI Employee | Payroll Check #45248 |
| | Payroll | 1,798 | CCI Employee | Payroll Check #45249 |
| | Payroll | 845 | CCI Employee | Payroll Check #45250 |
| | Payroll | 480 | CCI Employee | Payroll Check #45258 |
| | Payroll | 176 | CCI Employee | Payroll Check #45266 |
| | Payroll | 922 | CCI Employee | Payroll Check #45288 |
| | Payroll | 9 | CCI Employee | Payroll Check #45297 |
| | Payroll | 139 | CCI Employee | Payroll Check #45315 |
| | Payroll | 599 | CCI Employee | Payroll Check #45344 |
| | Payroll | 120 | CCI Employee | Payroll Check #45336 |
| | Payroll | 993 | CCI Employee | Payroll Check #45353 |
| | Payroll | 573 | CCI Employee | Payroll Check #45354 |
| Total Outstanding | | 24,732.36 | | |

***Union Outstanding Checks Related to Account CCI -1139:***

| | Payroll | $         - | CCI Employee | |
|---|---------|-----------|--------------|---|
| Total Outstanding | | $         - | | |

MOR – 1b
Schedule of Professional Fees Paid

"MOR – 1b"

Corinthian Colleges
Schedule of Professional Fees

| Category | Date | Payment Amount | Vendor | Description |
|---|---|---|---|---|
| Committee Professional Fees | 7/23/15 | 89,824 | Brown Rudnick | Fees and expenses for May compensation |
| CCI Financial Advisors Professional Fees | 7/30/15 | 400,128 | FTI Consulting | Fees and expenses for June compensation |
| | | 489,952 | | |

# MOR – 1 Supplemental
# Cash Disbursement Journal

Corinthian Colleges

ACH and Check Disbursements Summary by Entity [1]

| Entity | Payment Amount |
|---|---|
| Ashmead Education, Inc (Case No. 15-10967) | $ 146 |
| Career Choices, Inc (Case No. 15-10972) | - |
| CDI Education USA, Inc (Case No. 15-10963) | - |
| Corinthian Property Group, Inc (Case No. 15-10966) | - |
| Corinthian Colleges, Inc (Case No. 15-10952) | 1,017,739 |
| Corinthian Schools, Inc (Case No. 15-10955) | 99,108 |
| ECAT Acquisition, Inc (Case No. 15-10975) | - |
| ETON Education, Inc (Case No. 15-10961) | - |
| Everest College Phoenix, Inc (Case No. 15-.10960) | 4,819 |
| Florida Metropolitan University, Inc (Case No. 15-10962) | - |
| Grand Rapids Education Centers, Inc (Case No. 15-10956) | - |
| SP PE VII-B Heald Holdings Corp (Case No. 15-10965) | - |
| SD III-B Heald Holdings Corp (Case No. 15-10968) | - |
| Heald Capital, LLC (Case No. 15-10954) | - |
| Heald College, LLC (Case No. 15-10969) | 5,475 |
| Heald Education, LLC (Case No. 15-10964) | - |
| Heald Real Estate, LLC (Case No. 15-10958) | - |
| MJB Acquisition Corporation (Case No. 15-10971) | 5,592 |
| Pegasus Education, Inc (Case No. 15-10953) | - |
| Quickstart Intelligence Inc (Case No. 15-10973) | - |
| Rhodes Business Group, Inc (Case No. 15-10959) | - |
| Rhodes Colleges (Case No. 15-10957) | - |
| Sequoia Education, Inc (Case No. 15-10974) | 193,257 |
| Socle Education, Inc (Case No. 15-10976) | - |
| Titan Schools, Inc (Case No. 15-10970) | - |
| Total | 1,326,136 |

[1] The Debtors' disbursements are made through centralized cash management accounts; however, the Debtors have estimated the allocation of disbursements to the legal entity on whose behalf a disbursement was made.

Corinthian Colleges

ACH and Check Disbursements Detail

| Category | Date | Payment Amount | Vendor |
|---|---|---|---|
| Other Operating Expenses & Consultants | 7/2/15 | 1,448 | Robert Bosic |
| Other Operating Expenses & Consultants | 7/2/15 | 4,765 | Vertex, Inc. |
| Other Operating Expenses & Consultants | 7/2/15 | 17,030 | King Consulting |
| Other Operating Expenses & Consultants | 7/2/15 | 11,487 | Katy Moore Buchanan, William |
| Other Operating Expenses & Consultants | 7/7/15 | 296 | Kim Barbieri |
| Other Operating Expenses & Consultants | 7/7/15 | 1,432 | Guy Adams |
| Other Operating Expenses & Consultants | 7/7/15 | 522 | Brad Janis |
| Other Operating Expenses & Consultants | 7/7/15 | 738 | Cindy Timberlake |
| Rent | 7/7/15 | 45,915 | Watt Long Beach II, LLC |
| Rent | 7/7/15 | 55,070 | Kirch-Metro Company, LLC |
| CSC Rent | 7/7/15 | 34,246 | BRE/OC Griffin, LLC CBRE Inc. AAF Equity Office |
| Rent | 7/8/15 | 21,753 | RMS Properties |
| Other Operating Expenses & Consultants | 7/8/15 | 39 | Elizabeth Gustafson |
| Payroll Benefits and Taxes | 7/8/15 | 38,715 | Week 5 Payroll |
| Other Operating Expenses & Consultants | 7/9/15 | 40 | Educause |
| Payroll Taxes - ADP | 7/9/15 | 19,087 | ADP Payroll Deposit Custodial Acct |
| Other Operating Expenses & Consultants | 7/10/15 | 15,310 | King Consulting |
| Other Operating Expenses & Consultants | 7/15/15 | 1,871 | Bank Analysis Fees |
| Other Operating Expenses & Consultants | 7/17/15 | 2,225 | Amberwick Corporation |
| Utilities (including deposits) | 7/17/15 | 264 | Alameda County Water District |
| Ordinary Course Professionals | 7/17/15 | 24,353 | Greenberg Gross LLP |
| Ordinary Course Professionals | 7/17/15 | 16,268 | O'Melveney & Myers |
| Ordinary Course Professionals | 7/17/15 | 28,933 | Latham & Watkins |
| Other Operating Expenses & Consultants | 7/17/15 | 5,230 | Robert Bosic |
| Other Operating Expenses & Consultants | 7/17/15 | 2,748 | William Calhoun |
| Other Operating Expenses & Consultants | 7/17/15 | 768 | Brendan Sheehey |
| Other Operating Expenses & Consultants | 7/17/15 | 1,958 | Will Lovett |
| Other Operating Expenses & Consultants | 7/17/15 | 5,500 | Connie Kane |
| Moving / Location Expenses | 7/17/15 | 7,104 | Crown Worldwide Moving |
| Other Operating Expenses & Consultants | 7/17/15 | 8,246 | Katy Moore Buchanan, William |
| Other Operating Expenses & Consultants | 7/17/15 | 17,003 | King Consulting Group |
| Other Operating Expenses & Consultants | 7/20/15 | 1,161 | Stan Mortensen |
| Other Operating Expenses & Consultants | 7/20/15 | 2,505 | Robert Owen |
| Other Operating Expenses & Consultants | 7/20/15 | 131 | Carolyn Riel |
| Other Operating Expenses & Consultants | 7/21/15 | 4,240 | ABM Parking |
| Other Operating Expenses & Consultants | 7/21/15 | 129 | Bertolotti Disposal |
| Other Operating Expenses & Consultants | 7/21/15 | 1,528 | Computer Share |
| Other Operating Expenses & Consultants | 7/21/15 | 6,066 | ADP |
| Rent | 7/21/15 | 474 | RMS Properties |
| Other Operating Expenses & Consultants | 7/21/15 | 2,054 | Kim Barbieri |
| Other Operating Expenses & Consultants | 7/21/15 | 163 | Cindy Timberlake |
| Other Operating Expenses & Consultants | 7/21/15 | 846 | Guy Adams |
| Other Operating Expenses & Consultants | 7/21/15 | 99 | Sonitrol |
| Payroll Benefits and Taxes | 7/22/15 | 53,655 | Week 6 Payroll |
| Other Operating Expenses & Consultants | 7/23/15 | 42 | Allied Propane Services, Inc. |
| Utilities (including deposits) | 7/23/15 | 29 | City of Stockton |
| Utilities (including deposits) | 7/23/15 | 212 | Hayward Water System |
| Utilities (including deposits) | 7/23/15 | 244 | Golden State Water Company |
| Utilities (including deposits) | 7/23/15 | 88 | City of Long Beach |
| Utilities (including deposits) | 7/23/15 | 4,160 | SMUD |
| Other Operating Expenses & Consultants | 7/23/15 | 32 | Hawaiian Telecom |
| Utilities (including deposits) | 7/23/15 | 5,304 | SoCal Gas |
| Other Operating Expenses & Consultants | 7/23/15 | 1,457 | Waste Management |

| | | | |
|---|---|---|---|
| Other Operating Expenses & Consultants | 7/23/15 | 100 | Intralinks |
| Other Operating Expenses & Consultants | 7/23/15 | 4,450 | Connie Kane |
| Other Operating Expenses & Consultants | 7/23/15 | 800 | Kristen Nguyen |
| Other Operating Expenses & Consultants | 7/23/15 | 3,688 | Arizona Department of Revenue |
| Committee Professional Fees | 7/23/15 | 89,824 | Brown Rudnick |
| Other Operating Expenses & Consultants | 7/23/15 | 19,360 | King Consulting Group |
| Other Operating Expenses & Consultants | 7/23/15 | 2,123 | BMO Harris |
| Payroll Taxes - ADP | 7/23/15 | 28,234 | ADP PAYROLL DEPOSIT CUSTODIAL ACCT |
| Other Operating Expenses & Consultants | 7/24/15 | 147 | Bertolotti Disposal, Inc |
| Other Operating Expenses & Consultants | 7/24/15 | 142 | FedEx |
| Utilities (including deposits) | 7/24/15 | 257 | Consolidated Utilities Billing & Service |
| Ordinary Course Professionals | 7/24/15 | 12,607 | Cooley LLP |
| Transition Services Agreement Pmts/Accounting | 7/24/15 | 4,090 | Freeman Investments |
| Other Operating Expenses & Consultants | 7/24/15 | 837 | Phoenix City Treasurer |
| Other Operating Expenses & Consultants | 7/24/15 | 294 | City of Mesa |
| Other Operating Expenses & Consultants | 7/24/15 | 735 | Corporation Service Company |
| Utilities (including deposits) | 7/24/15 | 16,867 | Southern California Edison |
| Other Operating Expenses & Consultants | 7/24/15 | 490 | Guy Adams |
| UST Fees | 7/24/15 | 23,725 | US Trustee |
| Other Operating Expenses & Consultants | 7/24/15 | 1,628 | Kim Barbieri |
| Utilities (including deposits) | 7/24/15 | 146 | Alameda County Water District |
| Other Non-Operating Cash Flows | 7/27/15 | 68,915 | CA State Board of Equalization |
| Other Operating Expenses & Consultants | 7/30/15 | 1,000 | Sonitrol |
| Other Operating Expenses & Consultants | 7/30/15 | 564 | Stan Mortensen |
| Other Operating Expenses & Consultants | 7/30/15 | 500 | Kristen Nguyen |
| Other Operating Expenses & Consultants | 7/30/15 | 570 | ALG Locksmith |
| Other Operating Expenses & Consultants | 7/30/15 | 4,600 | Connie Kane |
| Other Operating Expenses & Consultants | 7/30/15 | 6,159 | Broadridge |
| Other Operating Expenses & Consultants | 7/30/15 | 13,878 | King Consulting |
| CCI Financial Advisors Professional Fees | 7/30/15 | 400,128 | FTI Consulting |
| Other Operating Expenses & Consultants | 7/30/15 | 1,794 | Bank of the West |
| Rent | 7/31/15 | 45,915 | Watt Long Beach II, LLC |
| Rent | 7/31/15 | 55,070 | Kirch-Metro Company, LLC |
| CSC Rent | 7/31/15 | 34,246 | BRE/OC Griffin, LLC CBRE Inc. AAF Equity Office |
| Rent | 7/31/15 | 7,279 | Watt Long Beach II, LLC |
| | | 1,326,136 | |

# MOR – 2
# Statement of Operations

**Corinthian Colleges**
**Profit and Loss**
**July 2015**

| | Ashmead Education, Inc-91-1419120 BU-00831 | Career Choices, Inc.-33-0661425 BU-00830 | CDI Education USA, Inc.-87-0720505 BU-15650 | Corinthian Colleges, Inc.-33-0717312 BU-00897 | Corinthian Property Group, Inc.-33-0752106 BU-00887 | Corinthian Schools, Inc.-95-4520525 BU-00891 | ECAT Acquisition, Inc.-57-1177789 BU-00842 | Eton Education, Inc.-94-3343608 BU-00833 | Everest College Phoenix-45-2216173 BU-00825 | Florida Metropolitan University, Inc.-33-0717605 BU-00893 | Grand Rapids Education Centers, Inc.-38-2442031 BU-00881 | Heald College, LLC-20-8699639 BU-81101 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| **Total Income** | | | | | | | | | | | | |
| **Gross Profit** | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| **Expenses** | | | | | | | | | | | | |
| 50110 Salaries - regular | | | | 173,682.29 | | (1,872.00) | | | | | | |
| 50112 Salaries - Overtime | | | | 1,181.28 | | | | | | | | |
| 50115 Salaries - other | | | | 3,677.48 | | | | | | | | |
| 50311 Benefits - Payroll Taxes | | | | 16,877.20 | | | | | | | | |
| 53200 Executive allowance | | | | 3,280.00 | | | | | | | | |
| 62100 Leased facilities | | | | 34,246.43 | | 68,141.66 | | | | | | |
| 64440 Legal general outside | | | | 1,027,310.01 | | | | | | | | |
| 64750 Professional fees | | | | 561,811.30 | | | | | | | | |
| 70130 T/E - public transportation | | | | 2,599.45 | | 0.00 | | | | | | |
| 72120 Security | | | | | | | | | | | | |
| 72310 Cell | | | | 131.16 | | | | | | | | |
| 72400 Postage | | | | 3,410.23 | | | | | | | | |
| 72500 Utilities | | | | (1,543.34) | | (15,482.98) | | | | | | (5,539.47) |
| 73100 Liability insurance | | | | (1,896.82) | | | | | | | | |
| 75200 Sales and use tax | | | | 68,890.42 | | | | | 2,851.36 | | | (391.70) |
| 78100 Miscellaneous | 0.00 | 0.00 | 0.00 | 295,487.08 | 0.00 | 7,253.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (425.36) |
| 78120 Interest - Taxes | | | | (19,522.32) | | | | | | | | |
| 78400 Service charges | | | | 9,665.04 | | | | | | | | 2,000.00 |
| 91000 Provision for income taxes | | | | 79,932.09 | | | | | | | | |
| **Total Expenses** | $    - | $    - | $    - | $ 2,259,218.98 | $    - | $ 58,040.30 | $    - | $    - | $ 2,851.36 | $    - | $    - | $(4,356.53) |
| **Net Operating Income** | $    - | $    - | $    - | $ (2,259,218.98) | $    - | $ (58,040.30) | $    - | $    - | $(2,851.36) | $    - | $    - | $ 4,356.53 |
| **Other Expenses** | | | | | | | | | | | | |
| 80325 Net Gain/Loss from Sales of FA | | | | (172,105.08) | | (223,528.57) | | | (0.28) | (275,653.26) | (60,000.00) | 0.32 |
| **Total Other Expenses** | $    - | $    - | $    - | $ (172,105.08) | $    - | $ (223,528.57) | $    - | $    - | $ (0.28) | $ (275,653.26) | $(60,000.00) | $ 0.32 |
| **Net Other Income** | $    - | $    - | $    - | $ 172,105.08 | $    - | $ 223,528.57 | $    - | $    - | $ 0.28 | $ 275,653.26 | $ 60,000.00 | $ (0.32) |
| **Net Income** | $    - | $    - | $    - | $ (2,087,113.90) | $    - | $ 165,488.27 | $    - | $    - | $(2,851.08) | $ 275,653.26 | $ 60,000.00 | $ 4,356.21 |

**Corinthian Colleges**
**Profit and Loss**
**July 2015**

| | MJB Acquisitio n Corp.-83-0301912 BU-00841 | Pegasus Educatio n, Inc.-33-0982336 BU-00821 | QuickSta rt Intelligen ce, Inc.-33-0975665 BU-81203 | Rhodes Business Group, Inc.-33-0726709 BU-00885 | Rhodes Colleges Inc.-33-0717311 BU-00895 | Sequoia Education, Inc. -94-3135739 BU-00832 | Socle Educatio n, Inc.-36-4743477 BU-90100 | Titan Schools, Inc.-52-2133201 BU-00851 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | |
| **Total Income** | | | | | | | | | $          - |
| **Gross Profit** | $          - | $          - | $          - | $          - | $          - | $          - | $          - | $          - | $          - |
| **Expenses** | | | | | | | | | |
| 50110 Salaries - regular | (737.50) | | | | | | | | 171,072.79 |
| 50112 Salaries - Overtime | | | | | | | | | 1,181.28 |
| 50115 Salaries - other | | | | | | | | | 3,677.48 |
| 50311 Benefits - Payroll Taxes | | | | | | | | | 16,877.20 |
| 53200 Executive allowance | | | | | | | | | 3,280.00 |
| 62100 Leased facilities | | | | | | 55,069.76 | | | 157,457.85 |
| 64440 Legal general outside | | | | | | | | | 1,027,310.01 |
| 64750 Professional fees | | | | | | | | | 561,811.30 |
| 70130 T/E - public transportation | | | | | | | | | 2,599.45 |
| 72120 Security | 901.00 | | | | | | | | 901.00 |
| 72310 Cell | | | | | | | | | 131.16 |
| 72400 Postage | 34.00 | | | | | | | | 3,444.23 |
| 72500 Utilities | 0.00 | | | | 8,293.05 | 145.57 | | | (14,127.17) |
| 73100 Liability insurance | 4,624.99 | | | | | | | | 2,728.17 |
| 75200 Sales and use tax | | | | | | | | | 71,350.08 |
| 78100 Miscellaneous | 2,201.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,415.50 | 0.00 | 0.00 | 309,931.84 |
| 78120 Interest - Taxes | | | | | | | | | (19,522.32) |
| 78400 Service charges | | | | | | | | | 11,665.04 |
| 91000 Provision for income taxes | | | | | | | | | 79,932.09 |
| **Total Expenses** | $ 7,023.49 | $          - | $          - | $          - | $ 8,293.05 | $   60,630.83 | $          - | $          - | $ 2,391,701.48 |
| **Net Operating Income** | $(7,023.49) | $          - | $          - | $          - | $(8,293.05) | $ (60,630.83) | $          - | $          - | $ (2,391,701.48) |
| **Other Expenses** | | | | | | | | | |
| 80325 Net Gain/Loss from Sales of FA | | | | 0.26 | 0.34 | (182,482.98) | | | (913,769.25) |
| **Total Other Expenses** | $          - | $          - | $          - | $ 0.26 | $ 0.34 | $ (182,482.98) | $          - | $          - | $ (913,769.25) |
| **Net Other Income** | $          - | $          - | $          - | $ (0.26) | $ (0.34) | $ 182,482.98 | $          - | $          - | $ 913,769.25 |
| **Net Income** | $(7,023.49) | $          - | $          - | $ (0.26) | $(8,293.39) | $ 121,852.15 | $          - | $          - | $ (1,477,932.23) |

MOR – 3
Balance Sheet

**Corinthian Colleges**
**Balance Sheet**
As of July 31, 2015

| | Ashmead Education, Inc-91-1419120 BU-00831 | Career Choices, Inc.-33-0661425 BU-00830 | CDI Education USA, Inc.-87-0720505 BU-15650 | Corinthian Colleges, Inc.-33-0717312 BU-00897 | Corinthian Property Group, Inc.-33-0752106 BU-00887 | Corinthian Schools, Inc.-95-4520525 BU-00891 | ECAT Acquisition, Inc.-57-1177789 BU-00842 | Eton Education, Inc.-94-3343608 BU-00833 | Everest College Phoenix-45-2216173 BU-00825 | Florida Metropolitan University, Inc.-33-0717605 BU-00893 | Grand Rapids Education Centers, Inc.-38-2442031 BU-00881 | Heald College, LLC-20-8699639 BU-81101 [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | |
| **Bank Accounts** | | | | | | | | | | | | |
| Cash | - | - | - | 7,395,541 | - | - | - | - | (863) | - | - | (24,732) |
| Restricted Cash | | | | 4,376,319 | | | | | | 1,000,673 | | |
| **Total Bank Accounts** | - | - | - | 11,771,860 | - | - | - | - | (863) | 1,000,673 | - | (24,732) |
| **Accounts Receivable** | | | | | | | | | | | | |
| Earned A/R - inactive | 3,741 | - | - | - | - | 6,931,788 | - | - | 14,564,281 | 1,419,610 | - | 13,277,327 |
| A/R - other earned | - | - | - | - | - | (1,529) | - | - | - | (603) | (1,282) | 8,209 |
| Reserve | 16,281 | - | - | 37,378 | - | (6,701,921) | - | 4,019 | (14,552,801) | (1,416,429) | 2,219 | (13,054,346) |
| **Total Accounts Receivable** | 20,021 | - | - | 37,378 | - | 228,338 | - | 4,019 | 11,480 | 2,577 | 937 | 231,191 |
| **Other current assets** | | | | | | | | | | | | |
| Tax Refund Receivable | | | | 223,654 | | | | | | | | |
| Prepaid Rent | | | | 142,509 | | - | | | | | | |
| Other Receivable | | | | 453,960 | | | | | | | | |
| **Total Other current assets** | - | - | - | 820,124 | - | - | - | - | - | - | - | - |
| **Total Current Assets** | 20,021 | - | - | 12,629,362 | - | 228,338 | - | 4,019 | 10,617 | 1,003,250 | 937 | 206,458 |
| **Fixed Assets** | | | | | | | | | | | | |
| Fixed Assets | | | | 146,932 | | - | | | | - | | - |
| **Total Fixed Assets** | | | | 146,932 | | - | | | | - | | - |
| **Other Assets** | | | | | | | | | | | | |
| Deposits | - | - | - | (87,015) | - | 443,048 | - | - | 39,408 | 10,062 | - | 1,509,375 |
| Other Non-Current Assets [1] | (11,977,672) | (58,181,454) | (8,918,570) | (2,109,959,879) | 24,765,175 | 626,470,040 | 46,360,035 | 40,759,911 | 19,825,832 | 1,099,229,120 | 70,551,600 | (239,169,565) |
| **Total Other Assets** | (11,977,672) | (58,181,454) | (8,918,570) | (2,110,046,894) | 24,765,175 | 626,913,087 | 46,360,035 | 40,759,911 | 19,865,239 | 1,099,239,182 | 70,551,600 | (237,660,190) |
| **TOTAL ASSETS** | (11,957,651) | (58,181,454) | (8,918,570) | (2,097,270,600) | 24,765,175 | 627,141,425 | 46,360,035 | 40,763,930 | 19,875,857 | 1,100,242,433 | 70,552,538 | (237,453,731) |
| **LIABILITIES AND EQUITY** | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | | | | |
| Accounts Payable & Accrued Expenses | - | 7,179,686 | - | 21,633,773 | - | 301,165 | - | 9,035 | 15,115 | 207,104 | - | 63,019 |
| **Total Accounts Payable** | - | 7,179,686 | - | 21,633,773 | - | 301,165 | - | 9,035 | 15,115 | 207,104 | - | 63,019 |
| **Other Current Liabilities** | | | | | | | | | | | | |
| 401K Exec Deferred Comp Plan | - | - | - | 28,232 | - | 25,918 | - | - | - | 7,462 | - | 115,291 |
| Self Ins Healthcare Accrual | - | - | - | 300,000 | - | - | - | - | - | - | - | - |
| Self Ins Work Comp Accrual | - | - | - | 5,492,301 | - | - | - | - | - | - | - | - |
| Other Accrual ST | - | 41,259,867 | - | 14,713,547 | - | - | 227,267 | - | - | - | - | 50,000 |
| Refunds Payable | 4,329 | - | - | - | - | 7,472,738 | - | 2,361 | 7,471,700 | 157,866 | - | 27,384,615 |
| Current portion LTD | - | - | - | 95,952,140 | - | - | - | - | - | 268,256 | - | - |
| Other | - | - | - | 523,121 | - | - | - | - | - | - | - | - |
| **Total Other Current Liabilities** | 4,329 | 41,259,867 | - | 117,009,342 | - | 7,498,656 | 227,267 | 2,361 | 7,471,700 | 433,585 | - | 27,549,906 |
| **Total Pre-Petition Current Liabilities** | 4,329 | 48,439,553 | - | 141,284,082 | - | 8,330,884 | 227,267 | 11,396 | 7,579,732 | 640,689 | - | 28,087,422 |
| AP-Post Petition | - | - | - | 2,640,968 | - | 531,063 | - | - | 92,917 | - | - | 474,497 |
| **Total Post - Petition Current Liabilities** | - | - | - | 2,640,968 | - | 531,063 | - | - | 92,917 | - | - | 474,497 |
| **Long-Term Liabilities** | | | | | | | | | | | | |
| Long term debt | | | | | | | | | | 1,000,673 | | |
| Accum post retirement benefits | | | | 1,793,204 | | | | | | | | |
| **Total Long-Term Liabilities** | - | - | - | 1,793,204 | - | - | - | - | - | 1,000,673 | - | - |
| **Total Liabilities** | 4,329 | 48,439,553 | - | 143,077,286 | - | 8,330,884 | 227,267 | 11,396 | 7,579,732 | 1,641,362 | - | 28,087,422 |
| **Equity** | | | | | | | | | | | | |
| Shareholders Equity | 6,777,260 | 37,612,738 | - | 299,306,911 | 1 | 23,653,946 | 2,825,706 | 4,494,662 | 21,484,111 | 42,084,535 | 2,625,369 | (278,500,001) |
| Retained Earnings | (18,736,969) | (144,233,420) | (8,918,245) | (2,532,141,303) | 24,765,499 | 604,849,011 | 43,307,387 | 36,261,381 | (7,529,003) | 1,056,297,172 | 67,867,494 | 32,445,650 |
| Net Income | (2,270) | (325) | (325) | (7,513,494) | (325) | (9,692,416) | (325) | (3,509) | (1,658,983) | 219,364 | 59,675 | (19,486,802) |
| **Total Equity** | (11,961,979) | (106,621,007) | (8,918,570) | (2,240,347,886) | 24,765,175 | 618,810,541 | 46,132,768 | 40,752,534 | 12,296,125 | 1,098,601,071 | 70,552,538 | (265,541,153) |
| **TOTAL LIABILITIES AND EQUITY** | (11,957,651) | (58,181,454) | (8,918,570) | (2,097,270,600) | 24,765,175 | 627,141,425 | 46,360,035 | 40,763,930 | 19,875,857 | 1,100,242,433 | 70,552,538 | (237,453,731) |

[1] Other non-current assets are largely intercompany and investments in subsidiaries, which eliminate upon consolidation. The majority of these balances relate to pre-petition activity.

[2] Includes certain Debtor entities that are dormant.

**Corinthian Colleges**
**Balance Sheet**
As of July 31, 2015

| | MJB Acquisition Corp.-83-0301912 BU-00841 | Pegasus Education, Inc.-83-0982336 BU-00821 | QuickStart Intelligence, Inc.-33-0975665 BU-81203 | Rhodes Business Group, Inc.-33-0726709 BU-00885 | Rhodes Colleges, Inc.-33-0717311 BU-00895 | Sequoia Education, Inc.-94-3135739 BU-00832 | Socle Education, Inc.-36-4743477 BU-90100 | Titan Schools, Inc.-52-2133201 BU-00851 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | |
| **Current Assets** | | | | | | | | | |
| **Bank Accounts** | | | | | | | | | |
| Cash | 30,000 | - | - | - | - | (8) | - | - | 7,399,938 |
| Restricted Cash | | | | | | | | | 5,376,992 |
| **Total Bank Accounts** | **30,000** | **-** | **-** | **-** | **-** | **(8)** | **-** | **-** | **12,776,930** |
| **Accounts Receivable** | | | | | | | | | |
| Earned A/R - inactive | 296,084 | - | - | 1,789,541 | 3,067,189 | 803,328 | - | - | 42,152,888 |
| A/R - other earned | 709,171 | - | - | - | (200) | - | - | - | 713,766 |
| Reserve | (1,001,537) | - | (8,436) | (1,340,725) | (2,958,973) | (820,737) | 8 | 11,833 | (41,784,166) |
| **Total Accounts Receivable** | **3,718** | **-** | **(8,436)** | **448,817** | **108,017** | **(17,409)** | **8** | **11,833** | **1,082,488** |
| **Other current assets** | | | | | | | | | |
| Tax Refund Receivable | | | | | | | | | 223,654 |
| Prepaid Rent | | | | | | | | | 142,509 |
| Other Receivable | | | | | | | | | 453,960 |
| **Total Other current assets** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **820,124** |
| **Total Current Assets** | **33,718** | **-** | **(8,436)** | **448,817** | **108,017** | **(17,418)** | **8** | **11,833** | **14,679,542** |
| **Fixed Assets** | | | | | | | | | |
| Fixed Assets | | | | | - | - | | | 146,932 |
| **Total Fixed Assets** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **146,932** |
| **Other Assets** | | | | | | | | | |
| Deposits | (5,466) | | | | | 75,000 | | | 1,984,412 |
| Other Non-Current Assets [1] | 175,178,599 | (41,800,467) | 9,448,443 | 109,779,690 | 431,349,846 | 9,629,668 | (43,005,637) | (65,936,768) | 84,397,944 |
| **Total Other Assets** | **175,173,133** | **(41,800,467)** | **9,448,443** | **109,779,690** | **431,349,846** | **9,704,668** | **(43,005,637)** | **(65,936,768)** | **86,382,356** |
| **TOTAL ASSETS** | **175,206,851** | **(41,800,467)** | **9,440,007** | **110,228,506** | **431,457,862** | **9,687,250** | **(43,005,629)** | **(65,924,935)** | **101,208,830** |
| **LIABILITIES AND EQUITY** | | | | | | | | | |
| **Liabilities** | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | |
| Accounts Payable & Accrued Expenses | 41,800 | 10,601 | - | 27,580 | 110,951 | 8,314 | 4,317 | 33,559 | 29,646,020 |
| **Total Accounts Payable** | **41,800** | **10,601** | **-** | **27,580** | **110,951** | **8,314** | **4,317** | **33,559** | **29,646,020** |
| **Other Current Liabilities** | | | | | | | | | |
| 401K Exec Deferred Comp Plan | - | 328,168 | - | - | - | - | - | 18,284 | 523,355 |
| Self Ins Healthcare Accrual | - | - | - | - | - | - | - | - | 300,000 |
| Self Ins Work Comp Accrual | - | - | - | - | - | - | - | - | 5,492,301 |
| Other Accrual ST | - | - | 129,915 | - | - | - | - | 680,763 | 57,061,360 |
| Refunds Payable | 80,313 | - | - | 1,159,267 | 2,445,009 | 801,020 | - | - | 46,979,218 |
| Current portion LTD | - | - | - | - | - | - | - | - | 96,220,387 |
| Other | - | - | - | - | - | - | - | 699,047 | 207,099,752 |
| **Total Other Current Liabilities** | **80,313** | **328,168** | **129,915** | **1,159,267** | **2,445,009** | **801,020** | **-** | **699,047** | **207,099,752** |
| **Total Pre-Petition Current Liabilities** | **122,114** | **338,769** | **129,915** | **1,186,848** | **2,853,852** | **849,318** | **4,317** | **732,607** | **240,823,093** |
| AP-Post Petition | - | - | - | - | 297,891 | 39,984 | - | - | 4,077,320 |
| **Total Post - Petition Current Liabilities** | **-** | **-** | **-** | **-** | **297,891** | **39,984** | **-** | **-** | **4,077,320** |
| **Long-Term Liabilities** | | | | | | | | | |
| Long term debt | | | | | | | | | 1,000,673 |
| Accum post retirement benefits | | | | | | | | | 1,793,204 |
| **Total Long-Term Liabilities** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **2,793,877** |
| **Total Liabilities** | **122,114** | **338,769** | **129,915** | **1,186,848** | **2,853,852** | **849,318** | **4,317** | **732,607** | **243,616,970** |
| **Equity** | | | | | | | | | |
| Shareholders Equity | 10,382,219 | 100 | 14,113,489 | 519,846 | (73,503,130) | 11,040,771 | 0 | 69,460,338 | 194,378,870 |
| Retained Earnings | 165,239,382 | (42,139,011) | (4,800,297) | 110,535,452 | 503,103,327 | (1,970,316) | (43,009,629) | (136,117,555) | (294,923,993) |
| Net Income | (536,864) | (325) | (3,100) | (2,013,639) | (996,187) | (232,523) | (318) | (325) | (41,863,017) |
| **Total Equity** | **175,084,737** | **(42,139,236)** | **9,310,092** | **109,041,659** | **428,604,011** | **8,837,932** | **(43,009,947)** | **(66,657,542)** | **(142,408,139)** |
| **TOTAL LIABILITIES AND EQUITY** | **175,206,851** | **(41,800,467)** | **9,440,007** | **110,228,506** | **431,457,862** | **9,687,250** | **(43,005,629)** | **(65,924,935)** | **101,208,830** |

[1] Other non-current assets are largely intercompany and investments in subsidiaries, which eliminate upon consolidation. The majority of these balances relate to pre-petition activity.
[2] Includes certain Debtor entities that are dormant.

# MOR – 4
# Status of Post-Petition Taxes

"MOR – 4"

In re CORINTHIAN COLLEGES, INC., et al[1]                    Case No. 15-10952
          Debtor                                             Reporting Period: July 1 – July 31, 2015

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

### STATUS OF POSTPETITION TAXES

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $        - | $      27,195 | $      (27,195) | 7/10, 7/24 | EFT | $        - |
| FICA Employee | - | 1,917 | (1,917) | 7/10, 7/24 | EFT | - |
| FICA Employer | - | 1,917 | (1,917) | 7/10, 7/24 | EFT | - |
| Unemployment | - | - | - | 7/10, 7/24 | EFT | - |
| Income | - | - | - | 7/10, 7/24 | EFT | - |
| Other | - | 3,343 | (3,343) | 7/10, 7/24 | EFT | - |
| **Total Federal Taxes** | $        - | $      34,371 | $      (34,371) | | | $        - |
| **State and Local** | | | | | | |
| Withholding | $        - | $      9,850 | $      (9,850) | 7/10, 7/24 | EFT | $        - |
| Sales | 5,000 | 68,734 | (73,734) | 7/23, 7/28 | EFT | 0 |
| Excise | - | - | - | 7/10, 7/24 | EFT | - |
| Unemployment | - | - | - | 7/10, 7/24 | EFT | - |
| Real Property | - | - | - | 7/10, 7/24 | EFT | - |
| Personal Property | - | - | - | 7/10, 7/24 | EFT | - |
| Other | - | 199 | (199) | 7/10, 7/24 | EFT | - |
| **Total State and Local** | $      5,000 | $      78,784 | $      (83,784) | | | $        0 |
| **Total Taxes** | $      5,000 | $      113,155 | $      (118,154) | | | $        0 |

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

Form MOR-4 (4/07)

MOR – 4
Summary of Unpaid Post-Petition Debts
And Listing of Aged Accounts Payable

"MOR – 4"

**SUMMARY OF UNPAID POSTPETITION DEBTS**

Attach aged listing of accounts payable

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $ 1,425,512 | $ 808,194 | $    396,328 | - | - | $ 2,630,033 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | $ 1,447,287 | - | - | $ 1,447,287 |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| Other: | - | - | - | - | - | - |
| Other: | - | - | - | - | - | - |
| Total Postpetition Debts | $ 1,425,512 | $ 808,194 | $ 1,843,615 | - | - | $ 4,077,320 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

* "Insider" is defined in 11 U.S.C. Section 101(31).

**Corinthian Colleges, Inc. and Subsidiaries**
**Accounts Payable Aging as of July 31, 2015**

| Vendor | Post-Petition amount Current | 0-30 Days | 31-60 Days | Grand Total |
|---|---|---|---|---|
| **Facility** | | | | |
| Industrial Plaza, A California L.P. | $          - | $          - | $     136.45 | $     136.45 |
| SSS&H Enterprises, LLC | - | - | 157 | 157 |
| 1301 East Ridge Rd LLC | - | - | 207 | 207 |
| Propark Inc. | - | - | 231 | 231 |
| Meena Chainani 2010 Irrevocable Trust | - | - | 601 | 601 |
| Store Master Funding I, LLC | - | - | 1,471 | 1,471 |
| John H & Elouise C Sutter | - | - | 2,037 | 2,037 |
| Reseda Medical Consortrium LLC | - | - | 4,065 | 4,065 |
| Store Master Funding I, LLC | - | - | 4,736 | 4,736 |
| Winchester Payne, LLC | - | - | 5,292 | 5,292 |
| Metcalf Family Trust | - | - | 5,425 | 5,425 |
| Equity One, Inc. | - | - | 6,507 | 6,507 |
| Square 407 Limited Partnership | - | - | 10,798 | 10,798 |
| CBRE Global Investors Itf Calsters- | - | - | 12,288 | 12,288 |
| Plaza Del Prado Inc. | - | - | 13,188 | 13,188 |
| LBA Realty Fund II - Wbp III, LLC | - | - | 14,390 | 14,390 |
| SSM Properties LLC | - | - | 16,156 | 16,156 |
| Itbp Investors, LLC | - | - | 16,548 | 16,548 |
| K & E Properties Corp | - | - | 18,086 | 18,086 |
| Omninet Inverness, LP | - | - | 18,098 | 18,098 |
| Aptos Smoke Tree Partners | - | - | 19,861 | 19,861 |
| 2400 Del Paso Road Investors LP | - | - | 21,401 | 21,401 |
| Winchester Payne, LLC | - | - | 27,446 | 27,446 |
| OTT Property | - | - | 27,583 | 27,583 |
| Store Spe Corinthian, LLC | - | - | 27,589 | 27,589 |
| Spectrum  Commerce Center, LLC | - | - | 34,826 | 34,826 |
| Benderson Development Co., Inc. | - | - | 36,011 | 36,011 |
| C.W. Swenson Inc. | - | - | 38,072 | 38,072 |
| CWSP-I-J, LLC | - | - | 38,601 | 38,601 |
| CIM Group LP | - | - | 39,751 | 39,751 |
| Watt Long Beach, LLC | - | - | 41,033 | 41,033 |
| LBA Realty Fund II - Wbp III, LLC | - | - | 42,795 | 42,795 |
| Ejlc Robertson, LLC | - | - | 46,795 | 46,795 |
| Shaco, Inc. | - | - | 47,439 | 47,439 |
| 8757 Georgia Avenue, L.L.C. | - | - | 49,369 | 49,369 |
| R R & C Development Company | - | - | 50,845 | 50,845 |
| J. Brookhurst, L.L.C. | - | - | 52,226 | 52,226 |
| P.R.G. Investment Fund, L.P. | - | - | 52,681 | 52,681 |
| Walgreens Of Hawaii, LLC | - | - | 55,824 | 55,824 |
| Mercantile Partners LP | - | - | 57,693 | 57,693 |
| Gardena Professional Medical Plaza, LP | - | - | 58,354 | 58,354 |
| Corner Company LLC | - | - | 60,629 | 60,629 |
| Gateway Montrose, Inc. | - | - | 66,158 | 66,158 |
| Lampert At 25500 Industrial Blvd., LLC | - | - | 70,074 | 70,074 |
| Howard Street Associates | - | - | 71,362 | 71,362 |
| Moraga Enterprises, LLC | - | - | 77,530 | 77,530 |

"MOR - 4"

| Vendor | Current | 0-30 Days | 31-60 Days | Grand Total |
|---|---|---|---|---|
| Acco Airport Center II, LLC | - | - | 84,918 | 84,918 |
| **Legal** | | | | |
| Brown Rudnick LLP | - | 158,452 | - | 158,452 |
| Cooley LLP | 30,908 | - | - | 30,908 |
| Duane Morris | 21,407 | - | - | 21,407 |
| Gavin Solmonese LLC | - | 13,160 | 23,786 | 36,946 |
| Greenberg Gross LLP | 56,142 | - | - | 56,142 |
| Harrison, Eichenberg & Murphy | - | - | 213 | 213 |
| Huck Bouma | - | - | 221 | 221 |
| K&L Gates | - | - | 328 | 328 |
| Latham & Watkins | 6,648 | - | - | 6,648 |
| O'Melveney & Myers | - | - | - | - |
| Richards Layton Finger | - | 359,883 | 296,601 | 656,484 |
| Robins Kaplan | - | - | - | - |
| Rosner Law Group | - | 26,698 | | 26,698 |
| Sidley | - | - | - | - |
| Simmonds & Narita LLP | - | - | 378 | 378 |
| Estimate for services rendered, but not invoiced | 890,000 | 250,000 | 50,000 | 1,190,000 |
| **Miscellaneous** | | | | |
| ABM Parking | - | - | - | - |
| ADP | 14,000 | - | - | 14,000 |
| Bank of America (estimate) | 3,800 | - | - | 3,800 |
| BMO Harris (estimate) | 2,000 | - | - | 2,000 |
| Iron Mountain (estimate) | 75,000 | - | - | 75,000 |
| Landauer | 28 | - | - | 28 |
| Paracorp Inc DBA PARASEC | 125 | - | - | 125 |
| UPS / FedEx | 410 | - | 3,384 | 3,794 |
| U.S. Trustee | 1,625 | - | - | 1,625 |
| **Utilities** | | | | |
| Allied Propane Services | - | - | - | - |
| Consolidated Utilities Billing & Service | - | - | - | - |
| City of Alhambra | - | - | - | - |
| **Contractors** | | | | |
| Kim Barbieri | 1,776 | - | - | 1,776 |
| Kristen Nguyen | 600 | - | - | 600 |
| Aimee Switzer | 3,103 | - | - | 3,103 |
| Will Lovett | 2,252 | - | - | 2,252 |
| Connie Kane | 4,300 | - | - | 4,300 |
| William Buchanan | 12,648 | - | - | 12,648 |
| Stan Mortensen | 1,252 | - | - | 1,252 |
| King Consulting | 22,490 | - | - | 22,490 |
| FTI Consulting (estimate) | 275,000 | - | - | 275,000 |
| **Employees** | | | | |
| Union Outstanding Checks: FMU-1155 | | | 8,567 | 8,567 |
| Union Outstanding Checks: RCI-1163 | | | 3,210 | 3,210 |
| Union Outstanding Checks: CSI-1147 | | | 9,640 | 9,640 |
| **Taxes** | | | | |
| | - | - | - | - |
| **Grand Total** | $ 1,425,512 | $ 808,194 | $ 1,843,615 | 4,077,320.16 |

MOR – 4 Supplement
Copies of IRS Form 6123 or Payment Receipt
*None for July 2015*

# MOR – 5
# Accounts Receivable Reconciliation and Aging

Corithian Colleges
Accounts Receivable Aging - July

|  | 61-90 days | Over 90 days | Grand Total |
|---|---|---|---|
| Drop | 17,704,545 | 17,066,804 | 34,771,349 |
| Graduate | 690,926 | 6,163,771 | 6,854,698 |
| Other | 7,074 | 519,767 | 526,841 |
| Grand Total | 18,402,546 | 23,750,343 | 42,152,888 |

MOR – 5
Debtor Questionnaire

In re CORINTHIAN COLLEGES, INC., et al[1]
        Debtor

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below.<br><br>The Debtors operations have ceased and pursuant to various pleadings filed with the Court, they have been in the process of selling assets that are no longer needed. As of July 31, 2015, the Debtors have sold various assets consisting of equipment and assets related to numerous programs conducted at the campuses and assets from a call center, which will generate benefit to the Debtors, including rent credits, in the amount of $2,657,498.30. | Yes | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | No |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | Yes | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | Yes | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | No |

---

[1]    The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.