# Notice Recipients

District/Off: 0311−1  User: Brandon  Date Created: 9/2/2015
Case: 15−10952−KJC  Form ID: ntcBK  Total: 9

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
aty    Amanda R. Steele    steele@rlf.com
aty    Marisa A. Terranova    terranova@rlf.com
aty    Mark D. Collins    collins@RLF.com
aty    Michael Joseph Merchant    merchant@rlf.com
aty    Rachel Layne Biblo    Biblo@rlf.com
aty    Richard L. Schepacarter    richard.schepacarter@usdoj.gov
aty    Timothy Jay Fox, Jr.    timothy.fox@usdoj.gov
                                                                 TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Corinthian Colleges, Inc.    6 Hutton Centre Drive, Suite 400    Santa Ana, CA 92707
                                                                 TOTAL: 1