# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on August 21, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A** attached hereto:

- **Notice of Filing of Amendment to Debtor Corinthian Schools, Inc. (Case No. 15-10955) Schedule E – Creditors Holding Unsecured Priority Claims and Schedule F – Creditors Holding Unsecured Nonpriority Claims [Docket No. 832]**

Dated: September 2, 2015

/s/ Scott M. Ewing
Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this __2__ day of __Sep.__, 20__15__, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Jennifer Castillo
Notary Public

> JENNIFER MARLENE CASTILLO
> Commission # 2085977
> Notary Public - California
> Los Angeles County
> My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## **EXHIBIT A**

AARON A BROWN
ADDRESS REDACTED

ABBYGAIL B PEREZ
ADDRESS REDACTED

ADRIANA NEGRETE
ADDRESS REDACTED

ARMANI M AFLLEJE
ADDRESS REDACTED

AURORA YEARWOOD
ADDRESS REDACTED

BARBARA KOHN
ADDRESS REDACTED

BLAKE T HULL
ADDRESS REDACTED

BRYAN DELEON
ADDRESS REDACTED

CATHERINE RACHAL
ADDRESS REDACTED

CLAYTON HYDE
ADDRESS REDACTED

CONNOR R SCHILLING
ADDRESS REDACTED

CRAIG AUBERT
ADDRESS REDACTED

DEANNA AYALA
ADDRESS REDACTED

EMMANUEL PEREZ CHAVEZ
ADDRESS REDACTED

ERIK SCHINSKY
ADDRESS REDACTED

ESTEFANY AVINA
ADDRESS REDACTED

FERNANDO MACIAS
ADDRESS REDACTED

GABRIELLE DARNELL-CALANDRINO
ADDRESS REDACTED

GLORIA BAUTISTA
ADDRESS REDACTED

HECTOR MORENO
ADDRESS REDACTED

ISMAEL R BELTRAN
ADDRESS REDACTED

JEFFERSON E GUEVARA
ADDRESS REDACTED

JERRIN D JEFFERSON
ADDRESS REDACTED

JESUS VAZQUEZ CALDERON
ADDRESS REDACTED

JOSE ALDAZ
ADDRESS REDACTED

JUAN GUTIERREZ
ADDRESS REDACTED

KARA L MALONEY
ADDRESS REDACTED

KASSANDRA RICE
ADDRESS REDACTED

KENNETH H FREDERICKS
ADDRESS REDACTED

LIHUA YANG
ADDRESS REDACTED

MATTHEW J MARTINEZ
ADDRESS REDACTED

MICHELLE LEON
ADDRESS REDACTED

MITCH HAUSER
ADDRESS REDACTED

| | | |
|---|---|---|
| NICOLE F SNYDER<br>ADDRESS REDACTED | OMAR DEL ALVA<br>ADDRESS REDACTED | OMAR GONZALEZ<br>ADDRESS REDACTED |
| PRISCILLA E DUBON<br>ADDRESS REDACTED | RANISHA L SHEARS<br>ADDRESS REDACTED | ROBERTO ORTEGA<br>ADDRESS REDACTED |
| ROSIE E CORONADO<br>ADDRESS REDACTED | SAMUEL L CALDERAS<br>ADDRESS REDACTED | SAMUEL N ROACH<br>ADDRESS REDACTED<br>BELIZE |
| SANDRA ZAJDMAN<br>ADDRESS REDACTED | SHERMAN KINARD<br>ADDRESS REDACTED | VICKY SALAS<br>ADDRESS REDACTED |
| WILLIAM S CORNWELL<br>ADDRESS REDACTED | YESICA GOMEZ<br>ADDRESS REDACTED | ZACHARY W PENA<br>3635 ARTESIA BOULEVARD #220<br>TORRANCE, CA 90504 |

Parties Served: 48