IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on August 21, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A** attached hereto:

- **Notice of Filing of Amendment to Debtor Everest College Phoenix, Inc. (Case No. 15-10960) Schedule E – Creditors Holding Unsecured Priority Claims and Schedule F – Creditors Holding Unsecured Nonpriority Claims [Docket No. 833]**

Dated: September 2, 2015

/s/ Scott M. Ewing
Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this __2__ day of __Sep.__, 20__15__, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Jennifer Castillo
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## **EXHIBIT A**

| | | |
|---|---|---|
| AMANDA POOLER<br>ADDRESS REDACTED | ASTRID BOHN<br>ADDRESS REDACTED | BRITTANY KENNEDY<br>ADDRESS REDACTED |
| DEVANN NILES<br>ADDRESS REDACTED | ELIZABETH SNIDER<br>ADDRESS REDACTED | GUSTAVO VARGAS<br>ADDRESS REDACTED |
| JOSE JACQUEZ<br>ADDRESS REDACTED | LINDA L QUARLES<br>ADDRESS REDACTED | NICHOL L MOORE<br>ADDRESS REDACTED |
| NOELLE DAVILA<br>ADDRESS REDACTED | STEPHEN HILL<br>ADDRESS REDACTED | SUMARA ESPINOZA<br>ADDRESS REDACTED |

Parties Served: 12