## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on August 21, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A** attached hereto:

- **Notice of Filing of Amendment to Debtor Heald College, LLC (Case No. 15-10969) Schedule E – Creditors Holding Unsecured Priority Claims and Schedule F – Creditors Holding Unsecured Nonpriority Claims [Docket No. 834]**

Dated: September 2, 2015

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this __2__ day of __Sep.__, 20__15__, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

ABDULLAH MOHAMMED
ADDRESS REDACTED

ABIGAIL M LEATIMUA-TAAGA
ADDRESS REDACTED

ADA PALACIOS
ADDRESS REDACTED

ADAN PENILLA
ADDRESS REDACTED

ADRIAN MCCARVER
ADDRESS REDACTED

ADRIAN SALMERON
ADDRESS REDACTED

ADRIANA ALONSO VILLALOBOS
ADDRESS REDACTED

ADRIANA GARCIA
ADDRESS REDACTED

AIMEE RAMIREZ
ADDRESS REDACTED

ALANNA HOFFMAN
ADDRESS REDACTED

ALBERTJOSEPH T ROSARIO
ADDRESS REDACTED

ALEJANDRA A AMADOR MORALES
ADDRESS REDACTED

ALEJANDRO HUICHAPAN
ADDRESS REDACTED

ALEJANDRO REYES
ADDRESS REDACTED

ALEX H SCHWADA
ADDRESS REDACTED

ALEX PARBER
ADDRESS REDACTED

ALEXANDRA PRINGLE
ADDRESS REDACTED

ALEXIS MAZZOLI
ADDRESS REDACTED

ALFREDO VASQUEZ CACERES
ADDRESS REDACTED

ALICESON S DULAN
ADDRESS REDACTED

ALICIA LOPEZ PALERMO
ADDRESS REDACTED

ALICIA N MICHIMOTO
ADDRESS REDACTED

ALICIA PLASENCIA
ADDRESS REDACTED

ALLISON L HOLESO
ADDRESS REDACTED

ALYSSIA ALVARADO
ADDRESS REDACTED

AMANDA L DEL ROSARIO
ADDRESS REDACTED

AMANDA ROBINSON
ADDRESS REDACTED

AMBER MILES
ADDRESS REDACTED

ANA P MENDOZA
ADDRESS REDACTED

ANAHI RODRIGUEZ
ADDRESS REDACTED

ANAIS SOLANO
ADDRESS REDACTED

ANASTACIA K DEL ROSARIO
ADDRESS REDACTED

ANDREA MOLE
ADDRESS REDACTED

ANDREW KROGH
ADDRESS REDACTED

ANGEL ORLANDO
ADDRESS REDACTED

ANGELA DANIEL
ADDRESS REDACTED

ANGELA K BOUN
ADDRESS REDACTED

ANGELA SIMMONS
ADDRESS REDACTED

ANGELE FERGUSON
ADDRESS REDACTED

ANGELES LOPEZ
ADDRESS REDACTED

ANGELICA L MONIZ-NAKI
ADDRESS REDACTED

ANGELICA MONTAGUT
ADDRESS REDACTED

ANNA ESTRADA
ADDRESS REDACTED

ANNA GARZA
ADDRESS REDACTED

ANTHONY ESTRADA
ADDRESS REDACTED

ANTHONY LIM
ADDRESS REDACTED

ANTHONY MAGLALANG
ADDRESS REDACTED

ANTHONY RIVERA
ADDRESS REDACTED

ANTONIO HERNANDEZ
ADDRESS REDACTED

ARCIETE DELGADO
ADDRESS REDACTED

ARELI GARCIA
ADDRESS REDACTED

ARMANDO LUVIANO
ADDRESS REDACTED

ARMANDO SOLORIO
ADDRESS REDACTED

ASHLEY MARTINEZ
ADDRESS REDACTED

ASHLEY PACE
ADDRESS REDACTED

ATHEENA S LANDA
ADDRESS REDACTED

AUDREY R BADASCI
ADDRESS REDACTED

AUSTIN FLEMING
ADDRESS REDACTED

AXEL PUNO
ADDRESS REDACTED

AZIA E ANDREWS
ADDRESS REDACTED

BAHADAR SINGH
ADDRESS REDACTED

BENJAMIN BRIGGS
ADDRESS REDACTED

BENJAMIN MEDINA
ADDRESS REDACTED

BENJAMIN REYES
ADDRESS REDACTED

BENNY SOLIVEN
ADDRESS REDACTED

BENTON OLOAPU
ADDRESS REDACTED

| | | |
|---|---|---|
| BERNADETTE KIBBY<br>ADDRESS REDACTED | BIANCA D GARZA<br>ADDRESS REDACTED | BIANCA PEREZ<br>ADDRESS REDACTED |
| BLAKE HATADA<br>ADDRESS REDACTED | BLAKE MARLAR<br>ADDRESS REDACTED | BRANDON LUTALI<br>ADDRESS REDACTED |
| BRANDON MORELLI<br>ADDRESS REDACTED | BRENDA SOLIS BOGARIN<br>ADDRESS REDACTED | BRENDON NARCISO<br>ADDRESS REDACTED |
| BRIANNA MENDEZ- GILLS<br>ADDRESS REDACTED | BRIANNA S HLADKY<br>ADDRESS REDACTED | BRIDGET TAFOYA SOTO<br>ADDRESS REDACTED |
| BRIGUEL A BAMACA BAMACA<br>ADDRESS REDACTED | BROOKE EDWARDS<br>ADDRESS REDACTED | BRUCE DASCALESCU<br>ADDRESS REDACTED |
| BRYAN TIEU<br>ADDRESS REDACTED | BYRON BROCKINGTON<br>ADDRESS REDACTED | CAITLYNN WISE<br>ADDRESS REDACTED |
| CAMILLE MARIE J BONUS<br>ADDRESS REDACTED | CARL IANIRO<br>ADDRESS REDACTED | CARRIE SONDERS<br>ADDRESS REDACTED |
| CASSANDRA O TESORO<br>ADDRESS REDACTED | CASSIDY JOSEPH<br>ADDRESS REDACTED | CECILIA GARCIA<br>ADDRESS REDACTED |
| CECILIA M DIAZ<br>ADDRESS REDACTED | CELBINNO COLINA<br>ADDRESS REDACTED | CELTIC SAITO<br>ADDRESS REDACTED |
| CHARLES JOHNSON<br>ADDRESS REDACTED | CHARLOTTE COLLINS<br>ADDRESS REDACTED | CHASTINA RAMOS<br>ADDRESS REDACTED |
| CHELSEA LEE<br>ADDRESS REDACTED | CHERI FARGHER<br>ADDRESS REDACTED | CHERYL USHER<br>ADDRESS REDACTED |

Heald College, LLC - U.S. Mail

| | | |
|---|---|---|
| CHRIS YOUNG<br>ADDRESS REDACTED | CHRISTINA VELA MORA<br>ADDRESS REDACTED | CHRISTINE RARAS<br>ADDRESS REDACTED |
| CHRISTOPER K MARK<br>ADDRESS REDACTED | CHRISTY NONEMOUNTRY<br>ADDRESS REDACTED | CHRYSTINA L ATKINS<br>ADDRESS REDACTED |
| CINDY TOPETE<br>ADDRESS REDACTED | CLAUDETH PE MANUEL<br>ADDRESS REDACTED | CLAUDIA BERMUDEZ<br>ADDRESS REDACTED |
| CLAUDIA GUDINO<br>ADDRESS REDACTED | CLAUDIA V PARTIDA<br>ADDRESS REDACTED | CLIFFORD A SEARLE<br>ADDRESS REDACTED |
| COLBY J MARTINEZ<br>ADDRESS REDACTED | CORINA ESPANTO<br>ADDRESS REDACTED | CORINNE A WACHER<br>ADDRESS REDACTED |
| CORTNEY L OLESON<br>ADDRESS REDACTED | COURTNEY L WELCH<br>ADDRESS REDACTED | CRYSTAL LAWSON<br>ADDRESS REDACTED |
| CRYSTAL ROYER<br>ADDRESS REDACTED | CURTIS D MOORE<br>ADDRESS REDACTED | CYNTHIA HANDLEY |
| CYNTHIA R BARRON<br>ADDRESS REDACTED | DAMIAN N DESHONG<br>ADDRESS REDACTED | DANA SEGALI<br>ADDRESS REDACTED |
| DANIEL CABRERA<br>ADDRESS REDACTED | DANIEL DULAY<br>ADDRESS REDACTED | DANIEL HO<br>ADDRESS REDACTED |
| DANIEL LACKIE<br>ADDRESS REDACTED | DANIELLE MENARD<br>ADDRESS REDACTED | DANNY ALMEN<br>ADDRESS REDACTED |
| DANTE DAVIDSON<br>ADDRESS REDACTED | DARIA LEIGH ENRIQUE<br>ADDRESS REDACTED | DARRELL BACTAD<br>ADDRESS REDACTED |

**Heald College, LLC - U.S. Mail**

| | | |
|---|---|---|
| DARREN DERHEIM<br>ADDRESS REDACTED | DAVELYNN TAFITI<br>ADDRESS REDACTED | DAVID D TIPTON<br>ADDRESS REDACTED |
| DAVID HAROLD<br>ADDRESS REDACTED | DAVID M RIVERA<br>ADDRESS REDACTED | DAVID W TOWNSEND<br>ADDRESS REDACTED |
| DAWN CURTIS<br>ADDRESS REDACTED | DAYZHA K KALEIKINI<br>ADDRESS REDACTED | DEANNA M TABLADILLO<br>ADDRESS REDACTED |
| DEEDEE NEWTON<br>ADDRESS REDACTED | DEETHREEN D OLIVER<br>ADDRESS REDACTED | DELL SARGENT<br>ADDRESS REDACTED |
| DENNIS CASTRO<br>ADDRESS REDACTED | DERRALL BURNS<br>ADDRESS REDACTED | DESIREE M ZAPATA<br>ADDRESS REDACTED |
| DEVIN DEINER<br>ADDRESS REDACTED | DEXLER ELCAR<br>ADDRESS REDACTED | DIANE DULDULAO<br>ADDRESS REDACTED |
| DINAH L PETERSON<br>ADDRESS REDACTED | DINESHWAR PRASAD<br>ADDRESS REDACTED | DOLORES BARLOW<br>ADDRESS REDACTED |
| DOMINIC GRAHAM<br>ADDRESS REDACTED | DONALD J GOODWIN<br>ADDRESS REDACTED | DONALD MARTIN III<br>ADDRESS REDACTED |
| DONISHA SCOTT<br>ADDRESS REDACTED | DUANE MCCOWN<br>ADDRESS REDACTED | EATHEL JHANE AGDEPPA<br>ADDRESS REDACTED |
| EDGAR ANGEL<br>ADDRESS REDACTED | EDGAR GARCIA<br>ADDRESS REDACTED | EDWIN N LAZA<br>ADDRESS REDACTED |
| ELEANOR B INES<br>ADDRESS REDACTED | ELISA FIXIN<br>ADDRESS REDACTED | ELISABETH FARIAS<br>ADDRESS REDACTED |

**Heald College, LLC - U.S. Mail**

ELLIS NIMER
ADDRESS REDACTED

EMILIA M CORBINOOK
ADDRESS REDACTED

EMILY HANDLEY
ADDRESS REDACTED

EMILY LECHNER
ADDRESS REDACTED

EMORY EPERIAM
ADDRESS REDACTED

ERIC JAN PASCUAL
ADDRESS REDACTED

ERIC S KEAWE
ADDRESS REDACTED

ERICA A BARBA
ADDRESS REDACTED

ERICSON CASTRO
ADDRESS REDACTED

ERNESTO RIVERA
ADDRESS REDACTED

ERRASHAY DAVIS
ADDRESS REDACTED

ETI JUNIOR F ATONIO
ADDRESS REDACTED

EVERARDO BARRAGAN
ADDRESS REDACTED

FABIAN PUGA

FABIOLA A HERNANDEZ
ADDRESS REDACTED

FAHAD ALSHAFEI
ADDRESS REDACTED

FARES NASRALLH
ADDRESS REDACTED

FELIPA R SANCHEZ
ADDRESS REDACTED

FERDINAND LAXA
ADDRESS REDACTED

FERMIN RODRIGUEZ
ADDRESS REDACTED

FERNANDO ALCARAZ
ADDRESS REDACTED

FLOR BASULTO
ADDRESS REDACTED

FRANCINE PAYNE
ADDRESS REDACTED

FRANCISCO ARELLANO
ADDRESS REDACTED

FUAROSA A MATAIUMU
ADDRESS REDACTED

GABRIEL G PICAZO
ADDRESS REDACTED

GABRIEL K NAUAHI
ADDRESS REDACTED

GABRIEL N DE LEON
ADDRESS REDACTED

GABRIEL RIOS
ADDRESS REDACTED

GAGANDEEP KAUR
ADDRESS REDACTED

GENE CALDWELL
ADDRESS REDACTED

GENEVIEVE M FERNANDEZ
ADDRESS REDACTED

GENO AIU
ADDRESS REDACTED

| | | |
|---|---|---|
| GEORGE HANDLEY<br>ADDRESS REDACTED | GERARDO ROMERO<br>ADDRESS REDACTED | GILLIARD GILMETE<br>ADDRESS REDACTED |
| GISELA CASTELLANOS<br>ADDRESS REDACTED | GJERGEVICH MASAO<br>ADDRESS REDACTED | GORAN INJAC<br>ADDRESS REDACTED |
| GREGORY MCKINNEY<br>ADDRESS REDACTED | GRICELDA RUIZ PADILLA<br>ADDRESS REDACTED | GRISELDA HUERTA<br>ADDRESS REDACTED |
| GUADALUPE AGUILAR<br>ADDRESS REDACTED | GUILLERMO MARTINEZ<br>ADDRESS REDACTED | GUILLERMO VENEGAS<br>ADDRESS REDACTED |
| GURINDERDEEP SINGH<br>ADDRESS REDACTED | GUSTAVO MEZA MENDOZA<br>ADDRESS REDACTED | HAEMAR MINTHU<br>ADDRESS REDACTED |
| HALLEY FLYGARE<br>ADDRESS REDACTED | HASSIM S MENDOZA<br>ADDRESS REDACTED | HEATHER BEESON<br>ADDRESS REDACTED |
| HEATHER N TOMLINSON<br>ADDRESS REDACTED | HECTOR PLASCENTIA<br>ADDRESS REDACTED | HEIDI M STEVENS<br>ADDRESS REDACTED |
| HELEN MORAD<br>ADDRESS REDACTED | HERECK KAUHAKO<br>ADDRESS REDACTED | HOMER H BLAKE<br>ADDRESS REDACTED |
| HUNG M HUYNH<br>ADDRESS REDACTED | HUY TRAN<br>ADDRESS REDACTED | ILIANA LOPEZ GONZALEZ<br>ADDRESS REDACTED |
| ILSE YARASETH NUNEZ LOZANO<br>ADDRESS REDACTED | IRENE MEZA MALAGON<br>ADDRESS REDACTED | IRIS TONG<br>ADDRESS REDACTED |
| ISABEL SEMKE<br>ADDRESS REDACTED | IVETTE ACEVES<br>ADDRESS REDACTED | JACK I NIERVA<br>ADDRESS REDACTED |

JACKIE L LO
ADDRESS REDACTED

JACKLYNN K ANDERSON
ADDRESS REDACTED

JACOB VANAUSDLE
ADDRESS REDACTED

JAIME C SUNGA JR.
ADDRESS REDACTED

JAMES D JEFFCOAT
ADDRESS REDACTED

JAMES YI
ADDRESS REDACTED

JAMIE MARVIN
ADDRESS REDACTED

JAMIE NAPALIT
ADDRESS REDACTED

JANET GUZMAN
ADDRESS REDACTED

JANICE A PAGUIRIGAN
ADDRESS REDACTED

JANICE TUCKER
ADDRESS REDACTED

JANNA TSENG
ADDRESS REDACTED

JANNETTE SANCHEZ
ADDRESS REDACTED

JARED Z GONZALES
ADDRESS REDACTED

JASMIN JEHN
ADDRESS REDACTED

JASON FREEMAN
ADDRESS REDACTED

JAY JAY M TABALNO
ADDRESS REDACTED

JAZZY GATES-JONES
ADDRESS REDACTED

JEANNE-MAE VIERNES
ADDRESS REDACTED

JENNIE VANG
ADDRESS REDACTED

JENNIFER N BERNI
ADDRESS REDACTED

JENNIFER OMIAT
ADDRESS REDACTED

JENNY ROSE C O
ADDRESS REDACTED

JEREMIAH REIGHARD
ADDRESS REDACTED

JERIC BOCALBOS
ADDRESS REDACTED

JERRY L HENDERSON
ADDRESS REDACTED

JESSE SULLINS
ADDRESS REDACTED

JESSICA DEMEO
ADDRESS REDACTED

JESSICA GOOD
ADDRESS REDACTED

JESSICA JOY POSEY KEELING
ADDRESS REDACTED

JESSICA P ALVARO
ADDRESS REDACTED

JESSICA P ESPARZA-RAPANUT
ADDRESS REDACTED

JESSICA RANGEL
ADDRESS REDACTED

**Heald College, LLC - U.S. Mail**

| | | |
|---|---|---|
| JESSICA SIFUENTES<br>ADDRESS REDACTED | JESSICAH-SHANNAN VIADO-YADAO<br>ADDRESS REDACTED | JESSY CARDOSA<br>ADDRESS REDACTED |
| JESUS DUENAS<br>ADDRESS REDACTED | JHOY II SAMSON<br>ADDRESS REDACTED | JIANES SEMBERINO<br>ADDRESS REDACTED |
| JIMMY WARD<br>ADDRESS REDACTED | JINA HILWEH<br>ADDRESS REDACTED | JOCELYN SIERRA<br>ADDRESS REDACTED |
| JODYLYNN K GO<br>ADDRESS REDACTED | JOEL MCDOWELL<br>ADDRESS REDACTED | JOEL MOORE<br>ADDRESS REDACTED |
| JOEL P YAGO<br>ADDRESS REDACTED | JOHANDRA VALLADARES<br>ADDRESS REDACTED | JOHANNA GALVAN<br>ADDRESS REDACTED |
| JONELLY L SICAIROS<br>ADDRESS REDACTED | JORDAN JEREMY KA ESCOBER<br>ADDRESS REDACTED | JORDAN SUROVIC<br>ADDRESS REDACTED |
| JORGE ARELLANO<br>ADDRESS REDACTED | JORGE L CRUZ<br>ADDRESS REDACTED | JORGE NEGRETE CEBALLOS<br>ADDRESS REDACTED |
| JOSE M PAZ ELIAS<br>ADDRESS REDACTED | JOSE R ALVAREZ CASORLA<br>ADDRESS REDACTED | JOSEIN HASAN<br>ADDRESS REDACTED |
| JOSEPH JENKS<br>ADDRESS REDACTED | JOSEPH KELLEY<br>ADDRESS REDACTED | JOSEPH PULIS<br>ADDRESS REDACTED |
| JOSEPH VASQUEZ<br>ADDRESS REDACTED | JOSLYNN PATTON<br>ADDRESS REDACTED | JOVIAN C WHITTAKER<br>ADDRESS REDACTED |
| JOY POWELL<br>ADDRESS REDACTED | JR RICAFRENTE<br>ADDRESS REDACTED | JUAN CORANADO<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| JUAN NE LUMS<br>ADDRESS REDACTED | JUANITA VARGAS<br>ADDRESS REDACTED | JUDITH CALVILLO<br>ADDRESS REDACTED |
| JUDITH LISK<br>ADDRESS REDACTED | JULIE K CARY<br>ADDRESS REDACTED | JULIET NAJERA<br>ADDRESS REDACTED |
| JURAPORN HUGHES<br>ADDRESS REDACTED | JUSTIN BARKER<br>ADDRESS REDACTED | KANEISINI A TUPOLA<br>ADDRESS REDACTED |
| KARINA RODRIGUEZ CARABALLO<br>ADDRESS REDACTED | KARLA A SANDOVAL<br>ADDRESS REDACTED | KARLA ROBLETO<br>ADDRESS REDACTED |
| KARLY PFANNER<br>ADDRESS REDACTED | KASSANDRA MCCORMICK<br>ADDRESS REDACTED | KATHRYN M REDFORD<br>ADDRESS REDACTED |
| KATHY ROSARIO<br>ADDRESS REDACTED | KATIE S LARA<br>ADDRESS REDACTED | KATINA A PACTOL-BAEZ<br>ADDRESS REDACTED |
| KATREENA A FERGE<br>ADDRESS REDACTED | KATRINA HALEY<br>ADDRESS REDACTED | KEALANI S CHARTRAND<br>ADDRESS REDACTED |
| KEANU H XU<br>ADDRESS REDACTED | KEIKI ACREE<br>ADDRESS REDACTED | KEITH J DURONSLET<br>ADDRESS REDACTED |
| KELENA SOPI<br>ADDRESS REDACTED | KENNETH C SATO<br>ADDRESS REDACTED | KENNETH UBANTE<br>ADDRESS REDACTED |
| KERILYN KOGA<br>ADDRESS REDACTED | KHAI NGUYEN<br>ADDRESS REDACTED | KHAMBAI KEOPHOXAI<br>ADDRESS REDACTED |
| KIMAN GHARU<br>ADDRESS REDACTED | KIMBERLY ALEGRIA<br>ADDRESS REDACTED | KIMBERLY ANDRADE<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| KINJA JOHNSON<br>ADDRESS REDACTED | KIRSTEN KANE<br>ADDRESS REDACTED | KODY CORBETT<br>ADDRESS REDACTED |
| KRISTEL VESELY<br>ADDRESS REDACTED | KRISTIN STUCKY<br>ADDRESS REDACTED | KRISTINA D CANN<br>ADDRESS REDACTED |
| KRISTINA M LAGUNA-BLASS<br>ADDRESS REDACTED | KRISTY CANELA<br>ADDRESS REDACTED | KRISTY F ASPERIN<br>ADDRESS REDACTED |
| KRYSTAL RAMIREZ<br>ADDRESS REDACTED | KUULEIMOMI MAKUA<br>ADDRESS REDACTED | KYLE SEMRAU<br>ADDRESS REDACTED |
| LANCE M KOJIRO<br>ADDRESS REDACTED | LAURA BONILLA<br>ADDRESS REDACTED | LAUREN VANCOURT<br>ADDRESS REDACTED |
| LEEANN SMITH<br>ADDRESS REDACTED | LEILA SHARMA<br>ADDRESS REDACTED | LESLIE N LOPEZ<br>ADDRESS REDACTED |
| LIANA GIORGADZE<br>ADDRESS REDACTED | LILIANA CORTEZ<br>ADDRESS REDACTED | LILIANA NUNEZ<br>ADDRESS REDACTED |
| LINDA J MINNIFIELD<br>ADDRESS REDACTED | LISA MICHAEL<br>ADDRESS REDACTED | LIZBETTE HERNANDEZ<br>ADDRESS REDACTED |
| LORENA MORA<br>ADDRESS REDACTED | LORI RIDENOURE<br>ADDRESS REDACTED | LOUISE LAI<br>ADDRESS REDACTED |
| LOURDES DAVID<br>ADDRESS REDACTED | LUPE MERCADO<br>ADDRESS REDACTED | MA ALDA PATALINGHUG<br>ADDRESS REDACTED |
| MACKENZIE L HOLLANDER<br>ADDRESS REDACTED | MADINA SHUJA<br>ADDRESS REDACTED | MAIRENDA SILARA<br>ADDRESS REDACTED |

MALYS NEANG
ADDRESS REDACTED

MANASSE MUVUNYI
ADDRESS REDACTED

MANAV RAM
ADDRESS REDACTED

MANUEL ALVARADO
ADDRESS REDACTED

MARC JULIUS RAMOS
ADDRESS REDACTED

MARCO MATA
ADDRESS REDACTED

MARGARET A GAARDE
ADDRESS REDACTED

MARIA L HOPFE
ADDRESS REDACTED

MARIA PALOMINOS
ADDRESS REDACTED

MARIA PLACENCIA
ADDRESS REDACTED

MARIA VASQUEZ
ADDRESS REDACTED

MARIBEL AGUILERA
ADDRESS REDACTED

MARINA ORTEGA
ADDRESS REDACTED

MARISOL HERNANDEZ
ADDRESS REDACTED

MARITES O' CONNOR
ADDRESS REDACTED

MARK DEMAYO
ADDRESS REDACTED

MARK F PINT
ADDRESS REDACTED

MARK IGNACIO
ADDRESS REDACTED

MARK PALEAFEI
ADDRESS REDACTED

MARKITA PALLETT
ADDRESS REDACTED

MARLOW AKIM
ADDRESS REDACTED

MARTIN AGUILAR
ADDRESS REDACTED

MARVIN P NACIANCENO
ADDRESS REDACTED

MARY L POPE
ADDRESS REDACTED

MARY MIRAFUENTES
ADDRESS REDACTED

MARYLEAH R ARPON
ADDRESS REDACTED

MATTEO QUESADA
ADDRESS REDACTED

MATTHEW D DEVINE
ADDRESS REDACTED

MATTHEW HOLSWORTH
ADDRESS REDACTED

MATTHEW J GARTON
ADDRESS REDACTED

MAURICIO GRANADOS
ADDRESS REDACTED

MAX MELENDREZ
ADDRESS REDACTED

MAY VANG
ADDRESS REDACTED

**Heald College, LLC - U.S. Mail**

MEFIPOSETA ROSE
ADDRESS REDACTED

MEGAN COMBS
ADDRESS REDACTED

MEGAN N GRACE
ADDRESS REDACTED

MEGAN R TRENT
ADDRESS REDACTED

MEGUMI GERONGA
ADDRESS REDACTED

MEHGAN PARKS
ADDRESS REDACTED

MELANIE BREWER
ADDRESS REDACTED

MELISA D CHAVEZ-SHERMAN
ADDRESS REDACTED

MELISSA ANDERSON
ADDRESS REDACTED

MELODY GAOIRAN
ADDRESS REDACTED

MENILIA MANOSCA
ADDRESS REDACTED

MIANDRA AMANTIAD
ADDRESS REDACTED

MICHAEL BRIBIESCA
ADDRESS REDACTED

MICHAEL CLARK
ADDRESS REDACTED

MICHAEL DAVIS
ADDRESS REDACTED

MICHAEL M HOUSE
ADDRESS REDACTED

MICHAEL REYNOLDS
ADDRESS REDACTED

MICHAEL VICENTE
ADDRESS REDACTED

MICHELLE IIJIMA
ADDRESS REDACTED

MICHELLE L UVALLE
ADDRESS REDACTED

MICHELLE OMONGOS
ADDRESS REDACTED

MICHELLE PARTRIDGE
ADDRESS REDACTED

MICHELLE SLINGSBY
ADDRESS REDACTED

MICHELLE Y NAKAGAWA
ADDRESS REDACTED

MIGUEL JIMENEZ
ADDRESS REDACTED

MIGUEL MACIAS-ORNELAS
ADDRESS REDACTED

MIKE LESTER ANGELES
ADDRESS REDACTED

MIRACLE CHAVIS
ADDRESS REDACTED

MIRANDA BERNAL
ADDRESS REDACTED

MISHAE L SANTALUCIA

MOLLY ELLIS
ADDRESS REDACTED

MONICA A DE LUNA
ADDRESS REDACTED

MONICA M TOWLE
ADDRESS REDACTED

MONIQUE L SYLVA
ADDRESS REDACTED

MONTRELL GRIGGS-GREYWOLFE
ADDRESS REDACTED

MUHANNAD ABED
ADDRESS REDACTED

MYKALIE DAVISON
ADDRESS REDACTED

MYLA VALDEZ
ADDRESS REDACTED

MYLENE CAMPOLLO
ADDRESS REDACTED

NADINE JOY LANUEVO
ADDRESS REDACTED

NALLHIELI MATEOS
ADDRESS REDACTED

NANCY MORALES
ADDRESS REDACTED

NANCY WHEELER
ADDRESS REDACTED

NANCY Y SIERRA
ADDRESS REDACTED

NARCY M VALENZUELA
ADDRESS REDACTED

NARDOS A GOITOM
ADDRESS REDACTED

NASYA LUA
ADDRESS REDACTED

NATASHA C PARKS
ADDRESS REDACTED

NATASHA H WAIAU
ADDRESS REDACTED

NATHAN K HELLER
ADDRESS REDACTED

NATHANEL DUNN
ADDRESS REDACTED

NGHI HUONG THAI
ADDRESS REDACTED

NICHOLAS J HUDSON
ADDRESS REDACTED

NICHOLAS LATIN

NICHOLAS LOZANO
ADDRESS REDACTED

NICHOLAS STEWART
ADDRESS REDACTED

NICHOLE CHACON
ADDRESS REDACTED

NICKSON LOMAE
ADDRESS REDACTED

NICOLASA CARO
ADDRESS REDACTED

NICOLE LOCKHART
ADDRESS REDACTED

NICOLE REB
ADDRESS REDACTED

NILO D BANNAGAO
ADDRESS REDACTED

NOHEAMAILANI K GIER
ADDRESS REDACTED

OLANREWAJU ALARA
ADDRESS REDACTED

OLGA MARTOSICH
ADDRESS REDACTED

PAMELA CARTER
ADDRESS REDACTED

PARADIZE D MURPHY
ADDRESS REDACTED

PATRICIA KOMAE
ADDRESS REDACTED

PATRICIA ONEHA
ADDRESS REDACTED

PATRICK SABLAN
ADDRESS REDACTED

PATRICK TYRRELL
ADDRESS REDACTED

PAULA A DOMBROSKY
ADDRESS REDACTED

PELE A SALE
ADDRESS REDACTED

PETRA DUARTE
ADDRESS REDACTED

PHILLIP BUCHANAN IL
ADDRESS REDACTED

PHUNG HUYNH
ADDRESS REDACTED

PIERRE MERE
ADDRESS REDACTED

QIAOTING HUANG
ADDRESS REDACTED

QUINCY LOEAK
ADDRESS REDACTED

QUINTON KANAE
ADDRESS REDACTED

RACHAEL OWENS
ADDRESS REDACTED

RACHANA SOEUNG
ADDRESS REDACTED

RACHEL SAMPSON
ADDRESS REDACTED

RAFAEL CAYANAN
ADDRESS REDACTED

RANA V THOMAS
ADDRESS REDACTED

RAVINDER KAUR
ADDRESS REDACTED

RAVNEEL SINGH
ADDRESS REDACTED

RAYMOND A ARCINIEGA
ADDRESS REDACTED

RAYNA M BERNARDO
ADDRESS REDACTED

REBECCA CRUZ
ADDRESS REDACTED

REBEKAH T HAYES
ADDRESS REDACTED

REID RUPERTI
ADDRESS REDACTED

RENAE SADIE REYES
ADDRESS REDACTED

REX LACTAOEN
ADDRESS REDACTED

RICARDO CASTILLO
ADDRESS REDACTED

RICARDO REYES
ADDRESS REDACTED

RICHARD BARTLOW
ADDRESS REDACTED

RICHARD LOBRAMONTE SANTOS
ADDRESS REDACTED

ROBERT ROLDAN
ADDRESS REDACTED

Heald College, LLC - U.S. Mail                                                      Served 8/21/2015

ROBERT SOARES
ADDRESS REDACTED

ROCIO BARAJAS
ADDRESS REDACTED

ROGELIO CASTRO
ADDRESS REDACTED

ROMALDO KABUA
ADDRESS REDACTED

ROMANA HERRERA
ADDRESS REDACTED

RON ALBERT DEL ROSARIO
ADDRESS REDACTED

RONALD R BILLABER
ADDRESS REDACTED

ROSA FONSECA
ADDRESS REDACTED

ROSA RUIZ GONZALEZ
ADDRESS REDACTED

ROSALINDA VEJAR
ADDRESS REDACTED

ROSE GOMEZ
ADDRESS REDACTED

ROSE RICE
ADDRESS REDACTED

ROSEANN PLENTYHOOPS
ADDRESS REDACTED

ROXANNE LAPADA
ADDRESS REDACTED

ROYCERIKKEY Y NAKASHIMA
ADDRESS REDACTED

RUEL VALERA
ADDRESS REDACTED

RYAN COX
ADDRESS REDACTED

RYAN KRAWISZ
ADDRESS REDACTED

RYAN SMITH
ADDRESS REDACTED

SAL COSTA
ADDRESS REDACTED

SAMANTHA O AMEPEROSA
ADDRESS REDACTED

SAMNANG NIM
ADDRESS REDACTED

SANDEEP SAHI
ADDRESS REDACTED

SANDRA J MOBRY
ADDRESS REDACTED

SARAH B WILLIAMS
ADDRESS REDACTED

SARAH NIECE
ADDRESS REDACTED

SARAH WILSON
ADDRESS REDACTED

SAROEUTH SAO
ADDRESS REDACTED

SCOTT WILLHITE
ADDRESS REDACTED

SEANN SINCLAIRE
ADDRESS REDACTED

SELAICA KIM PINEDA
ADDRESS REDACTED

SELENA MUNOZ
ADDRESS REDACTED

SELENA SUBER
ADDRESS REDACTED

| | | |
|---|---|---|
| SELESTE OCHOA<br>ADDRESS REDACTED | SERAFIN E ORELLANA<br>ADDRESS REDACTED | SERENA DOLCE<br>ADDRESS REDACTED |
| SERENA LAU<br>ADDRESS REDACTED | SERGIO CALDERA<br>ADDRESS REDACTED | SHANE K SANTA ANA<br>ADDRESS REDACTED |
| SHANICE ELMORE<br>ADDRESS REDACTED | SHANNEN K GARCIA<br>ADDRESS REDACTED | SHARON LEE<br>ADDRESS REDACTED |
| SHASTA GAJARDO<br>ADDRESS REDACTED | SHAUNA NEVINS<br>ADDRESS REDACTED | SHAUNE STEPHENY<br>ADDRESS REDACTED |
| SHAWNTANIKA D SMITH<br>ADDRESS REDACTED | SHAYLA I VALENCIA KAUHI<br>ADDRESS REDACTED | SHAZ-ZERRAE G KAILI<br>ADDRESS REDACTED |
| SHELA RASOOLI<br>ADDRESS REDACTED | SHELLEY BELL<br>ADDRESS REDACTED | SHELLY TIBBETT<br>ADDRESS REDACTED |
| SHERLYNN LALIMO<br>ADDRESS REDACTED | SHINAYE TOYOSHIMA<br>ADDRESS REDACTED | SIMAIE KAPESI<br>ADDRESS REDACTED |
| SINIVA AH CHEUNG<br>ADDRESS REDACTED | SITTI SOHRAY D MEJIA<br>ADDRESS REDACTED | SKYE KEAO<br>ADDRESS REDACTED |
| SONG YANG<br>ADDRESS REDACTED | SOOHNHO DAVIS<br>ADDRESS REDACTED | SOPHRONIA M KAVA<br>ADDRESS REDACTED |
| SRUE ANN-SINED E ROBERT<br>ADDRESS REDACTED | STACEY HEWETT<br>ADDRESS REDACTED | STEFANIE S DELATORRE<br>ADDRESS REDACTED |
| STEPHANIE BALTAZAR<br>ADDRESS REDACTED | STEPHANIE CAMACHO<br>ADDRESS REDACTED | STEPHANIE KLINKO<br>ADDRESS REDACTED |

**Heald College, LLC - U.S. Mail**                                                                    Served 8/21/2015

| | | |
|---|---|---|
| STEPHANIE SALVO<br>ADDRESS REDACTED | STEVEN A BEATY II<br>ADDRESS REDACTED | STEVEN WALKER<br>ADDRESS REDACTED |
| SUMMER VERNON | SUNGIL YO<br>ADDRESS REDACTED | SUSANA TENA-LUCATERO<br>ADDRESS REDACTED |
| TANNER WILLIAMS<br>ADDRESS REDACTED | TARA FUNG<br>ADDRESS REDACTED | TARA S YAMASHITA<br>ADDRESS REDACTED |
| TATUM L BARRETT<br>ADDRESS REDACTED | TERESA CORIA<br>ADDRESS REDACTED | TERRANCE FELTON<br>ADDRESS REDACTED |
| TERRENCE J WILLIAMS<br>ADDRESS REDACTED | TERRI AGUIRRE<br>ADDRESS REDACTED | TERRI COCHRANE<br>ADDRESS REDACTED |
| TIFFANY A WOOD<br>ADDRESS REDACTED | TIMOTHY J MCCRAY<br>ADDRESS REDACTED | TIRANA L SALAUSA<br>ADDRESS REDACTED |
| TJ MICHAEL<br>ADDRESS REDACTED | TODD CHOOMPOO<br>ADDRESS REDACTED | TONI J O'CONNOR<br>ADDRESS REDACTED |
| TONY SYXOMPHOU<br>ADDRESS REDACTED | TORRIE T CARLSON<br>ADDRESS REDACTED | TRACY COOK<br>ADDRESS REDACTED |
| TUAN LE<br>ADDRESS REDACTED | TUUGA MAREKO<br>ADDRESS REDACTED | VALERIA LIPIEC<br>ADDRESS REDACTED |
| VALERIA SALAZAR<br>ADDRESS REDACTED | VALTRACY DELLEY<br>ADDRESS REDACTED | VANESSA M NAVARRO<br>ADDRESS REDACTED |
| VANESSA MOHIKA<br>ADDRESS REDACTED | VENUS A DAVIS<br>ADDRESS REDACTED | VERONICA CABANAS<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| VERONICA J ESQUIVEZ<br>ADDRESS REDACTED | VERONICA TORRES<br>ADDRESS REDACTED | VICTOR ELLERY<br>ADDRESS REDACTED |
| VICTORIA COLE<br>ADDRESS REDACTED | VILMA GUEVARA<br>ADDRESS REDACTED | VIMOTO FUIMAONO<br>ADDRESS REDACTED |
| VINCENT T KISS<br>ADDRESS REDACTED | VOTNEY ADAMS<br>ADDRESS REDACTED | WALTER RIKETA<br>ADDRESS REDACTED |
| WILLIAM I MATEAKI<br>ADDRESS REDACTED | WILLIAM P MANZON<br>ADDRESS REDACTED | WILLIAM TOLERTON<br>ADDRESS REDACTED |
| YADIRA AGUILAR MARTINEZ<br>ADDRESS REDACTED | YAHAIRA ALONZO<br>ADDRESS REDACTED | YALITZA GUZMAN<br>ADDRESS REDACTED |
| YASMIN VILLANUEVA<br>ADDRESS REDACTED | YEGOR SHARAPOV<br>ADDRESS REDACTED | ZENGYUAN SUN<br>ADDRESS REDACTED |
| ZHEN ZHOU<br>ADDRESS REDACTED | ZHI CHEN<br>ADDRESS REDACTED | ZOILA M PASCUAL<br>ADDRESS REDACTED |
| ZURICH ZEPEDA<br>ADDRESS REDACTED | | |

Parties Served: 616