IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on August 21, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A** attached hereto:

- **Notice of Filing of Amendment to Debtor Rhodes Colleges, Inc. (Case No. 15-10957) Schedule E – Creditors Holding Unsecured Priority Claims and Schedule F – Creditors Holding Unsecured Nonpriority Claims [Docket No. 836]**

Dated: September 2, 2015

/s/ Scott M. Ewing
Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this __2__ day of __Sep.__, 20 __15__, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_/s/ Jennifer Castillo_
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**EXHIBIT A**

**EXHIBIT A**

| | | |
|---|---|---|
| ADALBERTO PEREZ<br>ADDRESS REDACTED | ALISA HERRERA<br>ADDRESS REDACTED | ANNABEL PICENO<br>ADDRESS REDACTED |
| ANTHONY WILLIAMS<br>ADDRESS REDACTED | ARMANDO MONTELLANO<br>ADDRESS REDACTED | BLANCA CALDERON<br>ADDRESS REDACTED |
| BOBBI K DIAZ<br>ADDRESS REDACTED | BRANDY M PEREZ<br>ADDRESS REDACTED | CAROLYN BLACKSTONE<br>ADDRESS REDACTED |
| CASSANDRA C ROBERTSON<br>ADDRESS REDACTED | CATHERINE BLACKWELL<br>ADDRESS REDACTED | CINDY ORTIZ<br>ADDRESS REDACTED |
| CINDY RIVERA<br>ADDRESS REDACTED | CLAUDIA REVOLORIO<br>ADDRESS REDACTED | CORLESS S DEVINE<br>ADDRESS REDACTED |
| CYNTHIA ATKINS<br>ADDRESS REDACTED | CYNTHIA EDWARDS<br>ADDRESS REDACTED | DANIEL W CATLIN<br>ADDRESS REDACTED |
| DAVID VARON<br>ADDRESS REDACTED | DEON BASTIAN<br>ADDRESS REDACTED | DYLAN LOW<br>ADDRESS REDACTED |
| ELIEZER A RAMIREZ<br>ADDRESS REDACTED | ELIZABETH ROMO<br>ADDRESS REDACTED | ELLESSE CONSTON<br>ADDRESS REDACTED |
| EVELYN SUAREZ<br>ADDRESS REDACTED | FANISHA LYONS<br>ADDRESS REDACTED | FRANK SANCHEZ<br>ADDRESS REDACTED |
| GERALDINE MONTES<br>ADDRESS REDACTED | GREGORY GONZALEZ<br>ADDRESS REDACTED | GRETCHEN L BEARD- SANCHEZ<br>ADDRESS REDACTED |
| HILDA L LEMUS<br>ADDRESS REDACTED | JACQUELINE TOGNERI<br>ADDRESS REDACTED | JAIRO R MERCADO<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| JAMES GODDARD<br>ADDRESS REDACTED | JAMES WATKINS<br>ADDRESS REDACTED | JASMIN CRUZ<br>ADDRESS REDACTED |
| JENNIFER C BEAT<br>ADDRESS REDACTED | JENNIFER M MAYES<br>ADDRESS REDACTED | JEREMIAH UTI<br>ADDRESS REDACTED |
| JESSICA HIDALGO<br>ADDRESS REDACTED | JESUS J DELGADO ALONSO<br>ADDRESS REDACTED | JONATHAN CAMPOS<br>ADDRESS REDACTED |
| JONATHAN PENA<br>ADDRESS REDACTED | JOSE J CARDONA<br>ADDRESS REDACTED | JUAN MACIAS<br>ADDRESS REDACTED |
| KELLI HOLLAND<br>ADDRESS REDACTED | KELLY FLORES<br>ADDRESS REDACTED | KRISTA FULTON<br>ADDRESS REDACTED |
| KRISTALYN MCCLOSKEY<br>ADDRESS REDACTED | KRISTIAN LOEZA<br>ADDRESS REDACTED | MARGARET DIXSON<br>ADDRESS REDACTED |
| MARIA MONROY<br>ADDRESS REDACTED | MARIANNA NICASIO<br>ADDRESS REDACTED | MARISELA MORAN<br>ADDRESS REDACTED |
| MARTHA VAZQUEZ<br>ADDRESS REDACTED | MAYRA GARCIA<br>ADDRESS REDACTED | MICAELA BELTRAN<br>ADDRESS REDACTED |
| MICHELLE R MERCER<br>ADDRESS REDACTED | MIGUEL VALDEZ<br>ADDRESS REDACTED | MIRNA ZAMUDIO<br>ADDRESS REDACTED |
| NADIA CENICEROS<br>ADDRESS REDACTED | NATALIA GARCIA<br>ADDRESS REDACTED | NATALIE CENICEROS<br>ADDRESS REDACTED |
| NATHANIEL R CARPENTER<br>ADDRESS REDACTED | NEREYDA ANDRADE<br>ADDRESS REDACTED | PABLO ESPINOZA<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| PEDRO AYALA<br>ADDRESS REDACTED | PHILLIP Q BEST<br>ADDRESS REDACTED | PORTIA LIDDELL<br>ADDRESS REDACTED |
| RACHEL D BETANCOURT<br>ADDRESS REDACTED | RANDALL POWERS<br>ADDRESS REDACTED | RANNISHA MCMILLEN<br>ADDRESS REDACTED |
| RAPHAEL J LUMPKIN<br>ADDRESS REDACTED | RAUL LOLLA<br>ADDRESS REDACTED | RICARDO A RIVERA<br>ADDRESS REDACTED |
| ROCIO MEDINA<br>ADDRESS REDACTED | ROSALYN ESPY<br>ADDRESS REDACTED | SALVADOR NUNEZ<br>ADDRESS REDACTED |
| SEAN NICOL<br>ADDRESS REDACTED | SHALOM D PARUNGAO<br>ADDRESS REDACTED | SHANNAN NELSON<br>ADDRESS REDACTED |
| SHONDELLE FORTUNE<br>ADDRESS REDACTED | SILVIA BARAJAS<br>ADDRESS REDACTED | TAMARA PENNINGTON<br>ADDRESS REDACTED |
| TERESA A MACIAS<br>ADDRESS REDACTED | TRACY AGUILAR<br>ADDRESS REDACTED | VANESSA BARRIENTOS<br>ADDRESS REDACTED |
| ZAFIRO GARCIA<br>ADDRESS REDACTED | ZANE GRAY<br>ADDRESS REDACTED | |

Parties Served: 89