IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORINTHIAN COLLEGES, INC., et al.[1] | ) Case No. 15-10952 (KJC) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Re: Docket Nos. 765, 766, 768 & 877 |

## CERTIFICATION OF COUNSEL REGARDING UNITED STATES' MOTION TO EXTEND THE TERMINATION DATE IN THE CASH COLLATERAL ORDER

The undersigned hereby certifies as follows:

1. On August 14, 2015, the United States, on behalf of its Department of Education, filed the *United States' Motion to Extend the Investigation Termination Date in the Cash Collateral Order* [D.I. 765] (the "Motion to Extend") and the *United States Motion for Entry of an Order Shortening Notice Regarding the United States' Motion to Extend the Investigation Termination Date in the Cash Collateral Order* [D.I. 766] (the "Motion to Shorten Notice").

2. On August 17, 2015, the Court entered the *Order Shortening Notice and Objection Periods Regarding the United States' Motion to Extend the Investigation Termination Date in the Cash Collateral Order* [D.I. 768], in which the Court set the Motion to Extend for hearing on August 26, 2015, with any objections due by 4:00 p.m. (ET) on August 25, 2015.

3. On August 25, 2015, Bank of America, N.A., in its capacity as Administrative Agent for the Prepetition Lenders timely filed the *Objection of Bank of America, N.A., as Administrative Agent for the Prepetition Lenders, to United States' Motion to Extend* [D.I. 877]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

PAC 1202960v.1

(the "Objection").[2]

4. On August 26, 2015, this Court held a hearing (the "Hearing") on the Motion to Extend and denied the Motion to the Extend for the reasons stated by the Court in its bench ruling at the Hearing.

5. A copy of a proposed order reflecting the Court's ruling on the Motion to Extend is attached hereto as **Exhibit A** (the "Proposed Order"). A copy of the Proposed Order was circulated and is acceptable to counsel for the United States, and counsel for the United States has consented to the Administrative Agent's submission of the Proposed Order to the Court.

WHEREFORE, the Administrative Agent respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: September 3, 2015
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

_____
Jeremy W. Ryan (No. 4057)
Etta R. Mayers (No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

SIDLEY AUSTIN LLP
Jennifer C. Hagle
Anna Gumport
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Counsel for Bank of America, N.A.*

---

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the Objection.

2