## Exhibit A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No.15-10952 (KJC)<br>Jointly Administered<br><br>**Re: Docket Nos. 765, 766, 768 & 877** |

### ORDER DENYING UNITED STATES' MOTION TO EXTEND THE INVESTIGATION TERMINATION DATE IN THE CASH COLLATERAL ORDER

Upon consideration of the *United States' Motion to Extend the Investigation Termination Date in the Cash Collateral Order* filed on August 14, 2015 [D.I. 765] (the "Motion"); and upon the *Objection of Bank of America, N.A., as Administrative Agent for the Prepetition Lenders, to United States' Motion to Extend* filed on August 25, 2014 [D.I. 877]; and for the reasons stated by the Court in its bench ruling on the record at the hearing on the Motion on August 26, 2015 (the "Hearing"); and after due deliberation thereon; and good and sufficient cause appearing for the reasons stated by this Court in its ruling at the Hearing, it is HEREBY ORDERED THAT:

1. The Motion is denied.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

PAC 1202960v.1

2. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2015
Wilmington, Delaware

---

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE