**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |
| | § | **Related Doc. Entry: 8, 24, 37, 288, 346 & 708** |

--------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING SECOND STIPULATION TO
EXTEND THE SCHEDULED TERMINATION DATE UNDER THE FINAL ORDER
PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 507 (I) AUTHORIZING THE USE
OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO
PREPETITION SECURED PARTIES, AND (III) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1.    On May 4, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary

petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy**

**Code**") in this Court.

2.    The Debtors have continued to operate and maintain their businesses as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On May 5, 2015, this Court entered the *Interim Order Pursuant to 11 U.S.C. §§*

*105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate*

*Protection to Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*Related Relief* [D.I. 24], which, among other things, authorized the Debtors' use of Cash Collateral[2] pursuant to the interim budget attached thereto as Exhibit A (the "**Initial Approved Budget**").

4.    On June 8, 2015, this Court entered *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief* [D.I. 346] (the "**Final Cash Collateral Order**"), which, among other things, authorized the Debtors' use of Cash Collateral pursuant to the budget attached thereto as Exhibit A (the "**Final Approved Budget**").

5.    Paragraph 3 of the Final Cash Collateral Order provides that the Debtors are authorized to use Cash Collateral solely in accordance with the Approved Budget and the terms of the Final Cash Collateral Order during the period from the Petition Date until the earliest of (i) three (3) business days after service of written notice by the Prepetition Secured Parties in accordance with Paragraph 13 of the Final Cash Collateral Order of the occurrence of an Event of Default; (ii) 5:00 p.m. (prevailing eastern time) on August 7, 2015 (the "**Scheduled Termination Date**"); (iii) the effective date of a chapter 11 plan of liquidation in any of the Chapter 11 Cases; or (iv) as otherwise ordered by the Court.

6.    Paragraph G of the Final Cash Collateral Order provides that the Final Approved Budget may be modified or supplemented from time to time by additional budgets (covering any time period covered by a prior budget or covering additional time periods) prepared by the Debtors that are consented to by the Administrative Agent with a copy provided to counsel to the Creditors Committee and Counsel to the Students Committee, which additional budgets shall

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Final Cash Collateral Order (as defined herein).

RLF1 12926979v.2

constitute Supplemental Approved Budgets and, together with the Initial Approved Budget and the Final Approved Budget, shall collectively constitute the Approved Budget as defined under the Final Cash Collateral Order.

7. On July 1, 2015, the Debtors filed the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [D.I. 520], which was subsequently amended by modified versions filed on July 1, 2015 [D.I. 614], July 24, 2015 [D.I. 646], July 27, 2015 [D.I. 655], August 25, 2015 [D.I. 863] and August 28, 2015 [D.I. 906 & 909] (as so modified, the "**Combined Disclosure Statement and Plan**"), which is the product of extensive negotiations between, and is supported by, the Debtors, the Prepetition Secured Parties, and the Committees.

8. On August 5, 2015, the Court entered the *Order Approving Stipulation to Extend the Scheduled Termination Date Under Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief* [Docket No. 708] approving a stipulation between the Debtors and the Prepetition Secured Parties to continue using Cash Collateral in accordance with the terms of the Final Cash Collateral Order and extending the Scheduled Termination Date through and including August 28, 2015.

9. On August 28, 2015, the Court entered the *Order Confirming Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 913], confirming the Combined Disclosure Statement and Plan. It is currently anticipated that the Effective Date will occur mid-September (if not sooner).

10. Accordingly, the Debtors have requested, and the Prepetition Secured Parties have agreed, that the Debtors be permitted to continue using Cash Collateral in accordance with the

terms of the Final Cash Collateral Order and the budget attached to the Stipulation (as defined below) as Exhibit A.

11.    The terms of this agreement are set forth in the *Stipulation to Extend the Scheduled Termination Date under the Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief* (the "**Stipulation**"), which is attached as Exhibit I to the proposed form of order attached hereto as Exhibit 1 (the "**Proposed Order**").

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially in the form of the Proposed Order.

Dated:  September 8, 2015          /s/ Amanda R. Steele
        Wilmington, Delaware       Mark D. Collins (No. 2981)
                                   Michael J. Merchant (No. 3854)
                                   Marisa A. Terranova (No. 5396)
                                   Amanda R. Steele (No. 5530)
                                   RICHARDS, LAYTON & FINGER, P.A.
                                   920 N. King Street
                                   Wilmington, Delaware 19801
                                   Telephone:  302-651-7700
                                   Facsimile:  302-651-7701
                                   Email: collins@rlf.com
                                           merchant@rlf.com
                                           terranova@rlf.com
                                           steele@rlf.com

                                   Counsel for the Debtors and Debtors in
                                   Possession

RLF1 12926979v.2