IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § | |
| | § | **Re: Docket No. 844** |

---------------------------------------------------------------

### CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION TO APPROVE STIPULATION BETWEEN DEBTORS AND MCKINLEY AVENUE LLC RESOLVING CERTAIN DISPUTES

The undersigned hereby certifies that Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") have received no answer, objection or any other responsive pleading with respect to the *Debtors' Motion to Approve Stipulation Between Debtors and McKinley Avenue LLC Resolving Certain Disputes* [Docket No. 844] (the "**Motion**") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on August 21, 2015.  The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 case.  Pursuant to the *Notice of Motion and Hearing*, filed with the Motion, any objection or response to the Motion was to be filed and served no later than 4:00 p.m. (EDT) on September 3, 2015.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

As set forth in the Motion, the Debtors are seeking approval of a settlement between the Debtors and McKinley Avenue LLC ("**McKinley**"). The form of settlement stipulation (the "**Stipulation**") was not filed with the Motion but is attached hereto as Exhibit A. The Motion identified (among other things) that $25,000 of approximately $1 million in segregated funds will be delivered to McKinley following approval of the Stipulation, with the balance of the segregated funds paid to the Debtors. See Motion ¶ 10. As set forth in the Stipulation, the Debtors and McKinley have agreed that McKinley will receive $50,000 of the segregated funds, with the remaining (approximate) $950,000 being paid to the Debtors. See Stipulation ¶ 2. The other terms of the parties' settlement are as identified in the Motion and set forth in the Stipulation.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as Exhibit B (which includes a copy of the executed Stipulation as Exhibit 1 thereto) be entered at the earliest convenience of the Court.

Dated: September 9, 2015
      Wilmington, Delaware

/s/ Marcos A. Ramos
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      ramos@rlf.com
      terranova@rlf.com
      steele@rlf.com

*Counsel for the Debtors and Debtors in Possession*

RLF1 12905127v.2