**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC. *et al.*,[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 810 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 810

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Third Monthly Fee Application of The Rosner Law Group LLC, as Delaware Counsel to The Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the period July 1, 2015 to July 31, 2015* [D.I. 810] (the "Application"), filed on August 21, 2015. The undersigned further certifies that she has reviewed the Court's docket in these cases and no response to the Application appears thereon.

Pursuant to the Notice filed with the Application, responses to the Application were to be filed and served no later than September 11, 2015 at 4:00 p.m. (Prevailing Eastern Time).

[*signature on following page*]

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

{00016308. }

Dated: September 14, 2015
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Frederick B. Rosner (DE #3995)
Julia B. Klein, Esq. (DE #5189)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
klein@teamrosner.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*

{00016308. }                    2