## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | § Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § |
| | § Case No. 15-10952 (KJC) |
| | § |
| | § Jointly Administered |
| Debtors. | § |
| | §  **Re: Docket No. 290** |

--------------------------------------------------------

### NOTICE OF FILING OF AMENDMENT TO DEBTOR
### CORINTHIAN COLLEGES, INC. (CASE NO. 15-10952) SCHEDULE E -
### CREDITORS HOLDING UNSECURED PRIORITY CLAIMS AND
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

PLEASE TAKE NOTICE that, on June 8, 2015, Corinthian Colleges, Inc. one of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed its *Schedules of Assets and Liabilities* [Docket No. 290] (the "**Schedules**") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the Debtors have amended their Schedules to modify the scheduled amount of certain claims identified on Schedule E (Creditors Holding Unsecured Priority Claims) ("**Schedule E**") and Schedule F (Creditors Holding Unsecured Non-Priority Claims) to the Schedules ("**Schedule F**").  A copy of the amendments to Schedule E and Schedule F are attached hereto as Exhibit A.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

PLEASE TAKE FURTHER NOTICE that the amendments to Schedule E and Schedule F only affect those claimants and claims identified therein and does not affect any claimants or claims identified in the Schedules that are not identified in the amendments to Schedule E and Schedule F.

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Order Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(A), Fed. R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice thereof* [Docket No. 429], if any of the claimants affected by the amendments to Schedule E and Schedule F disagree with the change to the nature, amount or classification or their claim(s), then such claimant must file a proof of claim form with respect to such claim(s) no later than **October 15, 2015 at 5:00 p.m. (ET).** The Debtors will include a proof of claim form when serving the affected claimants with the amendments to Schedule E and Schedule F. In addition, affected claimants who disagree with the amendments to Schedule E and Schedule F as they pertain to their claim(s) may obtain a copy of the proof of claim form at http://omnimgt.com/corinthiancolleges.

RLF1 12971728v.1

Dated: September 15, 2015          /s/ Amanda R. Steele
       Wilmington, Delaware          Mark D. Collins (No. 2981)
                                   Michael J. Merchant (No. 3854)
                                   Marisa A. Terranova (No. 5396)
                                   Amanda R. Steele (No. 5530)
                                   Rachel L. Biblo (No. 6012)
                                   RICHARDS, LAYTON & FINGER, P.A.
                                   920 N. King Street
                                   Wilmington, Delaware 19801

                                   Counsel for the Debtors and Debtors in
                                   Possession

**EXHIBIT A**

**(Amended Schedule E and Schedule F)**

B6E (Official Form 6E) (04/13)

| Corinthian Colleges, Inc. | 15-10952 |
|---|---|
| Debtor | Case No. (If known) |

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent of guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS *(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)*

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the creation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Claims for Administrative Expenses**

Claims for administrative expenses allowed under 11 U.S.C. § 503(b), and any fees and charges assessed against the estate under chapter 123 or title 28. 11 U.S.C. § 507(a)(2).

*Amounts are subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

FORM B6E (REV. 04/13) - Cont.

| Corinthian Colleges, Inc. | 15-10952 |
|---|---|
| Debtor | Case No. (If known) |

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (2 continuation sheets attached)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL TOTAL AMOUNT OF CLAIM | ORIGINAL AMOUNT ENTITLED TO PRIORITY | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED TOTAL AMOUNT OF CLAIM | AMENDED AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ANDREW GOODEN 1441 NINTH AVENUE, 2103 SAN DIEGO, CA 92101 | | | EMPLOYEE OUTSTANDING CHECKS | | | | $3,432.25 | $3,432.25 | | | | $0.00 | $0.00 |
| ACCOUNT NO. CARINA DE CASTRO 5222 KLONDIKE AVE LAKEWOOD, CA 90712 | | | EMPLOYEE OUTSTANDING CHECKS | | | | $1,216.15 | $1,216.15 | | | | $0.00 | $0.00 |
| ACCOUNT NO. CEBRA GRAVES 2 PIERCE IRVINE, CA 92620 | | | EMPLOYEE OUTSTANDING CHECKS | | | | $26,519.38 | $12,475.00 | | | | $0.00 | $0.00 |
| ACCOUNT NO. DAVID PACKETT 2929 WEST 190TH STREET #135 REDONDO BEACH, CA 90278 | | | EMPLOYEE OUTSTANDING CHECKS | | | | $1,690.60 | $1,690.60 | | | | $0.00 | $0.00 |
| ACCOUNT NO. IVAN MARTINEZ 14651 NEWLAND ST MIDWAY CITY, CA 92655 | | | EMPLOYEE OUTSTANDING CHECKS | | | | $1,622.12 | $1,622.12 | | | | $0.00 | $0.00 |
| ACCOUNT NO. JENAE SILVA 9867 CAPE VERDE WAY ELK GROVE, CA 95757 | | | EMPLOYEE OUTSTANDING CHECKS | | | | $1,718.60 | $1,718.60 | | | | $0.00 | $0.00 |

*Amounts are subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| Page 2 of  3 | **Subtotal** (Total of this page) | $36,199.10 | $36,199.11 | $0.00 | $0.00 |
|---|---|---|---|---|---|

FORM B6E (REV. 04/13) - Cont.

| Corinthian Colleges, Inc. | 15-10952 |
|---|---|
| Debtor | Case No. (If known) |

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (2 continuation sheets attached)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HW/JC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | ORIGINAL CONTINGENT | UNLIQUIDATED | DISPUTED | ORIGINAL TOTAL AMOUNT OF CLAIM | ORIGINAL AMOUNT ENTITLED TO PRIORITY | AMENDED CONTINGENT | UNLIQUIDATED | DISPUTED | AMENDED TOTAL AMOUNT OF CLAIM | AMENDED AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. KRISTIN RAMOS 19200 BEL AIR DR WALNUT, CA 91789 | | | EMPLOYEE OUTSTANDING CHECKS | | | | $1,904.64 | $1,904.64 | | | | $0.00 | $0.00 |
| ACCOUNT NO. REYNA CASTRILLO-CAJINA 4484 CAMSTOCK COURT CONCORD, CA 94521 | | | EMPLOYEE OUTSTANDING CHECKS | | | | $1,631.36 | $1,631.36 | | | | $0.00 | $0.00 |
| ACCOUNT NO. RYAN FULLMER 240 GREENMOOR IRVINE, CA 92614 | | | EMPLOYEE OUTSTANDING CHECKS | | | | $4,754.23 | $4,754.23 | | | | $0.00 | $0.00 |
| Total | | | | | | | $44,489.33 | $30,444.95 | | | | $0.00 | $0.00 |

*Amounts are subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Page 3 of 3     **Subtotal** (Total of this page)     $44,489.33     $44,489.34     $0.00     $0.00

B6F (Official Form 6F) (12/07)

In re  Corinthian Colleges, Inc.                                    Case No.  15-10952
                                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a "minor child" is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on the page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Amended Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ANGELLA JOY ALVERSON<br>2510 E IVYGLEN CIRCLE<br>MESA, AZ 85213 | | LONG TERM INCENTIVE PLAN | | | | $40,546.43 | | | | $44,802.33 |
| ACCOUNT NO.<br><br>ANNA MARIE DUNLAP<br>621 POPPY AVE<br>CORONA DEL MAR, CA 92625 | | LONG TERM INCENTIVE PLAN | | | | $44,000.00 | | | | $23,333.33 |
| ACCOUNT NO.<br><br>ARNOLD D SINGER<br>7545 E MOONRIDGE LN<br>ANAHEIM HILLS, CA 92808 | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | $8,926.00 |
| ACCOUNT NO.<br><br>ASHIA IQBAL KAYZER<br>414 DARBY TRAILS DRIVE<br>SUGARLAND, TX 77479 | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | $5,250.00 |

Page 1 of  19                                    Subtotal                    $84,546.43          $82,311.67
                                            (Total of this page)

In re    Corinthian Colleges, Inc.                                      Case No.    15-10952
                            Debtor                                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | UNLIQUIDATED | DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | UNLIQUIDATED | DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BETH A. WILSON**<br>**6 HUTTON CENTRE DRIVE, SUITE 400**<br>**SANTA ANA, CA 92707** | | **LONG TERM INCENTIVE PLAN** | | | | **$106,228.57** | | | | **$56,333.33** |
| ACCOUNT NO.<br>**BETTIAN M. STAVREDES**<br>**1520 GULF BLVD**<br>**APT 1702**<br>**CLEARWATER, FL 33767** | | **LONG TERM INCENTIVE PLAN** | | | | **NEWLY SCHEDULED** | | | | **$9,023.00** |
| ACCOUNT NO.<br>**BRIDGET MCGUIRE**<br>**19112 NATIVE FERN WAY**<br>**TAMPA, FL 33647** | | **LONG TERM INCENTIVE PLAN** | | | | **$43,110.62** | | | | **$0.00** |
| ACCOUNT NO.<br>**CARMELLA ANN CASSETTA**<br>**6 HUTTON CENTRE DRIVE, SUITE 400**<br>**SANTA ANA, CA 92707** | | **LONG TERM INCENTIVE PLAN** | | | | **$46,514.29** | | | | **$24,666.67** |
| ACCOUNT NO.<br>**CAROL STANFORD**<br>**1979 SWAN STREET**<br>**INNISFIL, ON L9S 0B2**<br>**CANADA** | | **LONG TERM INCENTIVE PLAN** | | | | **$30,785.71** | | | | **$44,542.68** |
| ACCOUNT NO.<br>**CHRISTINA VARON**<br>**19681 TOPEKA LN**<br>**HUNTINGTON BEACH, CA 92646** | | **LONG TERM INCENTIVE PLAN** | | | | **$35,202.51** | | | | **$39,238.89** |

Subtotal
(Total of this page)

| $261,841.70 | $173,804.57 |
|---|---|

In re    Corinthian Colleges, Inc.
_____
                    Debtor

Case No.    15-10952
_____
                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL | | | ORIGINAL SCHEDULE AMOUNT | AMENDED | | | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNLIQUIDATED | DISPUTED | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| ACCOUNT NO. <br><br> CHRISTINE GALDSTON <br> P.O. BOX 852 <br> RANCHO SANTA FE, CA 92067 | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | $9,814.00 |
| ACCOUNT NO. <br><br> CLAUDIA ADAIR <br> 56 BERESFORD DRIVE <br> RICHMOND HILL, ON L4B 4J6 <br> CANADA | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | $25,275.02 |
| ACCOUNT NO. <br><br> DANIEL WATERMAN <br> 320 CALDECOTT LANE <br> UNIT #229 <br> OAKLAND, CA 94618 | | LONG TERM INCENTIVE PLAN | | | | $43,713.29 | | | | $65,218.56 |
| ACCOUNT NO. <br><br> DANIEL YIN-PEI HU <br> 25 BENAVENTE <br> IRVINE, CA 92606 | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | $13,094.00 |
| ACCOUNT NO. <br><br> DANIELLE MARIE MILLMAN <br> 1040 WESTWELL RUN <br> ALPHARETTA, GA 30022 | | LONG TERM INCENTIVE PLAN | | | | $37,817.86 | | | | $0.00 |
| ACCOUNT NO. <br><br> DAVID BEAVER <br> 7181 E. CORALITE STREET <br> LONG BEACH, CA 90808 | | LONG TERM INCENTIVE PLAN | | | | $88,916.96 | | | | $98,970.29 |

Subtotal
(Total of this page)

| $170,448.10 | $212,371.88 |
|---|---|

In re    Corinthian Colleges, Inc.
_____
                Debtor

Case No.    15-10952
_____
                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL | | | ORIGINAL SCHEDULE AMOUNT | AMENDED | | | AMENDED SCHEDULE AMOUNT |
| | | | CONTINGENT | UNLIQUIDATED | DISPUTED | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DAVID JENKINS**<br>**2610 MCCREA RD**<br>**BRYANS ROAD, MD 20616** | | **LONG TERM INCENTIVE PLAN** | | | | $81,771.38 | | | | $90,943.19 |
| ACCOUNT NO.<br>**DAVID LUCE**<br>**3318 PRAIRIE GLADE ROAD**<br>**MIDDLETON, WI 53562** | | **LONG TERM INCENTIVE PLAN** | | | | $44,511.46 | | | | $49,395.13 |
| ACCOUNT NO.<br>**DAVID R SHUMA**<br>**17902 ARBOR GREENE DR**<br>**TAMPA, FL 33647** | | **LONG TERM INCENTIVE PLAN** | | | | $47,055.77 | | | | $52,175.20 |
| ACCOUNT NO.<br>**DEBORAH BARKER-GARCIA**<br>**10123 SNOWBIRD DRIVE**<br>**RANCHO CUCAMONGA, CA 91747** | | **LONG TERM INCENTIVE PLAN** | | | | $60,079.60 | | | | $81,067.50 |
| ACCOUNT NO.<br>**DEBORAH CORRIE**<br>**8613 BAY SHORE COVE**<br>**ORLANDO, FL 32836** | | **LONG TERM INCENTIVE PLAN** | | | | $47,309.27 | | | | $52,350.70 |
| ACCOUNT NO.<br>**DIANA A. SCHERER**<br>**6 HUTTON CENTRE DRIVE, SUITE 400**<br>**SANTA ANA, CA 92707** | | **LONG TERM INCENTIVE PLAN** | | | | $42,742.86 | | | | $22,666.67 |

Subtotal
(Total of this page)

| $323,470.35 | $348,598.39 |
|---|---|

In re   Corinthian Colleges, Inc.

_____

Debtor

Case No.   15-10952

_____

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | UNLIQUIDATED | DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | UNLIQUIDATED | DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DIANA LYNN JANIS<br>2413 N HIGHWOOD RD<br>ORANGE, CA 92867 | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | $9,764.00 |
| ACCOUNT NO.<br><br>DOLORES KOULIAS<br>704 RIVERSIDE DR<br>TARPON SPRINGS, FL 34689 | | LONG TERM INCENTIVE PLAN | | | | $30,140.43 | | | | $33,751.05 |
| ACCOUNT NO.<br><br>DONALD KING JR<br>37 SAN GABRIEL<br>RANCHO SANTA MARGARITA, CA 92688 | | LONG TERM INCENTIVE PLAN | | | | $38,971.43 | | | | $38,380.95 |
| ACCOUNT NO.<br><br>DONALD TILLEY<br>144 LA MESA DR<br>ST. AUGUSTINE, FL 32095 | | LONG TERM INCENTIVE PLAN | | | | $41,203.66 | | | | $45,953.57 |
| ACCOUNT NO.<br><br>DOUGLAS LOCKWOOD<br>930 KINGS ROW DR.<br>WALKER, MI 49534 | | LONG TERM INCENTIVE PLAN | | | | $71,457.14 | | | | $101,120.05 |
| ACCOUNT NO.<br><br>DRUSILLA YOKUM<br>4308 GREENLEAF PL.<br>BOWIE, MD 20716 | | LONG TERM INCENTIVE PLAN | | | | $25,853.92 | | | | $36,381.52 |

Subtotal
(Total of this page)

| $207,626.58 | $265,351.14 |
|---|---|

In re    Corinthian Colleges, Inc.

Debtor

Case No.    15-10952

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL | | | ORIGINAL SCHEDULE AMOUNT | AMENDED | | | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNLIQUIDATED | DISPUTED | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| ACCOUNT NO.<br><br>EDWIN NELSON WILKINS JR<br>2133 VISTA LAREDO<br>NEWPORT BEACH, CA 92660 | | LONG TERM INCENTIVE PLAN | | | | $88,100.00 | | | | | $97,899.33 |
| ACCOUNT NO.<br><br>ELIZABETH ANNE TETZLAFF<br>2493 TEQUESTRA<br>TUSTIN, CA 92782 | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | | $18,628.64 |
| ACCOUNT NO.<br><br>ERIC CHRISTOPHER FREY<br>19407 WINGROVE LANE<br>LUTZ, FL 33558 | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | | $5,469.00 |
| ACCOUNT NO.<br><br>FLORENCE DE LA GARZA<br>9007 QUAIL CREEK DR<br>TAMPA, FL 33647 | | LONG TERM INCENTIVE PLAN | | | | $29,381.66 | | | | | $32,655.52 |
| ACCOUNT NO.<br><br>GARY GAETANO<br>2047 LARKSPUR CT.<br>NEW PORT RICHEY, FL 34655 | | LONG TERM INCENTIVE PLAN | | | | $79,093.10 | | | | | $88,032.14 |
| ACCOUNT NO.<br><br>GEORGINA MILLINGTON<br>1249 BALDWIN DRIVE<br>OAKVILLE, ON L6J<br>CANADA | | LONG TERM INCENTIVE PLAN | | | | $30,785.71 | | | | | $44,542.68 |

Subtotal
(Total of this page)

| $227,360.47 | $287,227.32 |
|---|---|

In re    Corinthian Colleges, Inc.
_____
                Debtor

Case No.    15-10952
_____
                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GEORJIA FANTAZIA<br>2111 MARTIN RD.<br>DOVER, FL 33527 | | LONG TERM INCENTIVE PLAN | | | | $78,404.40 | | | | $87,009.45 |
| ACCOUNT NO.<br><br>GREGORY LANCASTER WAITE<br>1028 SKYLINE PLACE<br>SAN MARCOS, CA 92078 | | LONG TERM INCENTIVE PLAN | | | | $38,167.86 | | | | $56,304.49 |
| ACCOUNT NO.<br><br>HEATHER M MC BREEN<br>3021 NO. SOUTHPORT AVENUE, #3A<br>CHICAGO, IL 60657 | | LONG TERM INCENTIVE PLAN | | | | $34,914.29 | | | | $38,876.67 |
| ACCOUNT NO.<br><br>HICHAM SEMAAN<br>6 HUTTON CENTRE DRIVE, SUITE 400<br>SANTA ANA, CA 92707 | | LONG TERM INCENTIVE PLAN | | | | $64,625.00 | | | | $96,218.63 |
| ACCOUNT NO.<br><br>J DAVID WHITEFORD<br>5064 CHAPEL LAKE CIRCLE<br>DOUGLASVILLE, GA 30135 | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | $8,422.00 |
| ACCOUNT NO.<br><br>JAMES ASKINS<br>755 MONACO PKWY<br>DENVER, CO 80220 | | LONG TERM INCENTIVE PLAN | | | | $35,060.59 | | | | $39,060.97 |

Subtotal
(Total of this page)

| | |
|---|---|
| $251,172.13 | $325,892.21 |

In re  Corinthian Colleges, Inc.
_____
       Debtor

Case No. 15-10952
_____
       (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | UNLIQUIDATED | DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | UNLIQUIDATED | DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JAMES DONALD WADE JR.<br>6 HUTTON CENTRE DRIVE, SUITE 400<br>SANTA ANA, CA 92707 | | LONG TERM INCENTIVE PLAN | | | | $46,514.29 | | | | $24,666.67 |
| ACCOUNT NO.<br>JAMES R. MIRR<br>6 HUTTON CENTRE DRIVE, SUITE 400<br>SANTA ANA, CA 92707 | | LONG TERM INCENTIVE PLAN | | | | $46,178.57 | | | | $68,979.66 |
| ACCOUNT NO.<br>JAY M GERKEN<br>1309 PRISTINE PLACE<br>LUTZ, FL 33549 | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | $7,875.00 |
| ACCOUNT NO.<br>JEFF FUNG<br>19331 BETHEL CIRCLE<br>HUNTINGTON BEACH, CA 92646 | | LONG TERM INCENTIVE PLAN | | | | $48,270.15 | | | | $57,979.58 |
| ACCOUNT NO.<br>JEFFREY SHERMAN<br>1727 COUNTRY WALK<br>FLEMING ISLAND, FL 32003 | | LONG TERM INCENTIVE PLAN | | | | $31,847.61 | | | | $35,733.23 |
| ACCOUNT NO.<br>JILL COCHRAN<br>1316 OAK HILL DRIVE<br>MURRAY, KY 42071 | | LONG TERM INCENTIVE PLAN | | | | $30,655.51 | | | | $34,100.13 |

Subtotal (Total of this page)  $203,466.13  $229,334.26

In re   Corinthian Colleges, Inc.
_____
Debtor

Case No.   15-10952
_____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**JODY COHEN<br>16931 WOODSTREAM CIRCLE #86<br>HUNTINGTON BEACH, CA 92647** | | **LONG TERM INCENTIVE PLAN** | | | | $47,481.70 | | | | $52,947.13 |
| ACCOUNT NO.<br><br>**JOE DAVILA<br>113 CHOKE CANYON LN.<br>GEORGETOWN, TX 78628** | | **LONG TERM INCENTIVE PLAN** | | | | $40,742.43 | | | | $45,291.33 |
| ACCOUNT NO.<br><br>**JOHN ANDREWS<br>6881 DEFIANCE DR.<br>HUNTINGTON BEACH, CA 92647** | | **LONG TERM INCENTIVE PLAN** | | | | $78,714.29 | | | | $87,241.33 |
| ACCOUNT NO.<br><br>**JOHN FIORETTO JR<br>6 HUTTON CENTRE DRIVE, SUITE 400<br>SANTA ANA, CA 92707** | | **LONG TERM INCENTIVE PLAN** | | | | $85,116.59 | | | | $127,089.54 |
| ACCOUNT NO.<br><br>**JOHN MATHIAS<br>7773 E. BAKER DR.<br>SCOTTSDALE, AZ 85266** | | **LONG TERM INCENTIVE PLAN** | | | | $34,401.09 | | | | $50,712.23 |
| ACCOUNT NO.<br><br>**JOHN SMITH<br>23712 ARJAY WAY<br>LAGUNA NIGUEL, CA 92677** | | **LONG TERM INCENTIVE PLAN** | | | | $43,705.50 | | | | $48,560.17 |

Subtotal
(Total of this page)

| $330,161.59 | $411,841.73 |
|---|---|

In re    Corinthian Colleges, Inc.
_____
                    Debtor

Case No.    15-10952
            _____
                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JON J. PERSAVICH<br>6 HUTTON CENTRE DRIVE, SUITE 400<br>SANTA ANA, CA 92707 | | LONG TERM INCENTIVE PLAN | | | | $59,439.13 | | | | $98,879.60 |
| ACCOUNT NO.<br><br>JULIA KENNEDY<br>2166 HILLFIELD COURT<br>MISSISSAUGA, ON L5B 1Y2<br>CANADA | | LONG TERM INCENTIVE PLAN | | | | $38,167.86 | | | | $37,825.00 |
| ACCOUNT NO.<br><br>KAMRAN AHMAD<br>8 COLORADO<br>IRVINE, CA 92606 | | LONG TERM INCENTIVE PLAN | | | | $78,725.81 | | | | $116,043.78 |
| ACCOUNT NO.<br><br>KAREN KALIL<br>8032 COWAN AVE.<br>WESTCHESTER, CA 90045 | | LONG TERM INCENTIVE PLAN | | | | $49,241.46 | | | | $66,109.20 |
| ACCOUNT NO.<br><br>KAREN LONA<br>2607 WINTERTHUR MAIN<br>KENNESAW, GA 30144 | | LONG TERM INCENTIVE PLAN | | | | $43,898.39 | | | | $61,623.60 |
| ACCOUNT NO.<br><br>KEITH A MYERS<br>4005 FLOWERING STREAM WAY<br>OVIEDO, FL 32766 | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | $23,728.72 |

Subtotal
(Total of this page)

| $269,472.64 | $404,209.91 |
|---|---|

In re __Corinthian Colleges, Inc._____  Case No. __15-10952__
            Debtor                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**KEITH BURKHALTER**<br>**603 S BAYSHORE DRIVE**<br>**MADEIRA BEACH, FL 33708** | | **LONG TERM INCENTIVE PLAN** | | | | $77,359.79 | | | | $87,228.83 |
| ACCOUNT NO.<br>**KELLY BLACK**<br>**6 HUTTON CENTRE DRIVE, SUITE 400**<br>**SANTA ANA, CA 92707** | | **LONG TERM INCENTIVE PLAN** | | | | $23,260.00 | | | | $34,631.92 |
| ACCOUNT NO.<br>**KELLY WINGATE**<br>**4629 WITHERS DR**<br>**FORT COLLINS, CO 80524** | | **LONG TERM INCENTIVE PLAN** | | | | $72,577.90 | | | | $111,980.28 |
| ACCOUNT NO.<br>**KENNETH FOWLIE**<br>**30557 EARLY ROUND DR**<br>**CANYON LAKE, CA 92587** | | **LONG TERM INCENTIVE PLAN** | | | | $31,520.71 | | | | $35,192.33 |
| ACCOUNT NO.<br>**KENNETH STEPHEN ORD**<br>**6 HUTTON CENTRE DRIVE, SUITE 400**<br>**SANTA ANA, CA 92707** | | **LONG TERM INCENTIVE PLAN** | | | | $125,085.71 | | | | $66,333.33 |
| ACCOUNT NO.<br>**KIMBERLY SUE PUGH DEAN**<br>**6 HUTTON CENTRE DRIVE, SUITE 400**<br>**SANTA ANA, CA 92707** | | **LONG TERM INCENTIVE PLAN** | | | | $43,371.43 | | | | $23,000.00 |

Subtotal
(Total of this page)           $373,175.54        $358,366.70

In re   Corinthian Colleges, Inc.
_____
          Debtor

Case No.   15-10952
_____
          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL | | | ORIGINAL SCHEDULE AMOUNT | AMENDED | | | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNLIQUIDATED | DISPUTED | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| ACCOUNT NO.<br><br>LAURENCE J BRUECK<br>5000 W WILSON<br>CHICAGO, IL 60630 | | LONG TERM INCENTIVE PLAN | | | | $40,546.43 | | | | $36,708.33 |
| ACCOUNT NO.<br><br>LEAH COPE<br>14 BERENS DRIVE<br>KENTFIELD, CA 94904 | | LONG TERM INCENTIVE PLAN | | | | $38,661.04 | | | | $0.00 |
| ACCOUNT NO.<br><br>LILLIAN GONZALEZ<br>9607 SAINT ANDREWS COURT<br>PICO RIVERA, CA 90660 | | LONG TERM INCENTIVE PLAN | | | | $35,123.04 | | | | $46,875.42 |
| ACCOUNT NO.<br><br>LINDA BUCHANAN<br>10415 RIVERROAD DR<br>GULFPORT, MS 39503 | | LONG TERM INCENTIVE PLAN | | | | $78,251.57 | | | | $86,973.61 |
| ACCOUNT NO.<br><br>LISA HOLMES<br>1901 W. NASSAU STREET<br>TAMPA, FL 33607 | | LONG TERM INCENTIVE PLAN | | | | $31,638.31 | | | | $35,277.93 |
| ACCOUNT NO.<br><br>MARA SCHTEINSCHRABER<br>80 ROSENBLUM<br>IRVINE, CA 92602 | | LONG TERM INCENTIVE PLAN | | | | $50,905.39 | | | | $61,181.58 |

Subtotal
(Total of this page)

$275,125.77        $267,016.88

In re   Corinthian Colleges, Inc.

Debtor

Case No.   15-10952

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MARC ANTHONY PARRINO<br>83 MONSERRAT PL<br>FOOTHILL RANCH, CA 92610 | | LONG TERM INCENTIVE PLAN | | | | $38,167.86 | | | | $42,511.00 |
| ACCOUNT NO.<br><br>MARK NAVARRA<br>690 ARTREVA CRESCENT<br>BURLINGTON, ON | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | $11,680.43 |
| ACCOUNT NO.<br><br>MARLENE TAYLOR<br>907 PROMONOTORY DR W<br>NEWPORT BEACH, CA 92660 | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | $9,567.00 |
| ACCOUNT NO.<br><br>MARY TRUSLOW<br>7 PEPPERTREE<br>ALISO VIEJO, CA 92656 | | LONG TERM INCENTIVE PLAN | | | | $71,334.01 | | | | $0.00 |
| ACCOUNT NO.<br><br>MEREDYTH GIVEN<br>12522 182ND AVE SE<br>SNOHOMISH, WA 98290 | | LONG TERM INCENTIVE PLAN | | | | $36,418.73 | | | | $40,311.88 |
| ACCOUNT NO.<br><br>MICHAEL ALBERTSON<br>1018 LAS POSAS<br>SAN CLEMENTE, CA 92673 | | LONG TERM INCENTIVE PLAN | | | | $47,623.94 | | | | $53,030.37 |

Subtotal
(Total of this page)

| $193,544.54 | $157,100.68 |
|---|---|

In re  Corinthian Colleges, Inc.                                   Case No.  15-10952
                    Debtor                                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**MICHAEL BRASE**<br>**5 TIZMIN**<br>**FOOTHILL RANCH, CA 92610** | | **LONG TERM INCENTIVE PLAN** | | | | $75,324.51 | | | | $84,051.80 |
| ACCOUNT NO.<br><br>**MICHAEL EUGENE STIGLICH**<br>**6 HUTTON CENTRE DRIVE, SUITE 400**<br>**SANTA ANA, CA 92707** | | **LONG TERM INCENTIVE PLAN** | | | | $44,628.57 | | | | $23,666.67 |
| ACCOUNT NO.<br><br>**MICHAEL JENKINS**<br>**5525 POSSUM CORNER ROAD**<br>**EARLY BRANCH, SC 29916** | | **LONG TERM INCENTIVE PLAN** | | | | $78,909.04 | | | | $110,105.88 |
| ACCOUNT NO.<br><br>**MICHELLE ZAGORSKI**<br>**7136 EAST KILLDEE STREET**<br>**LONG BEACH, CA 90808** | | **LONG TERM INCENTIVE PLAN** | | | | $69,713.42 | | | | $102,877.77 |
| ACCOUNT NO.<br><br>**NANCY AGUILLON**<br>**16730 MAIN STREET**<br>**LA PUENTE, CA 91744** | | **LONG TERM INCENTIVE PLAN** | | | | NEWLY SCHEDULED | | | | $6,344.00 |
| ACCOUNT NO.<br><br>**NICHOLE MARIE SMITH**<br>**2106 INVERNESS DR.**<br>**ARLINGTON, TX 76012** | | **LONG TERM INCENTIVE PLAN** | | | | $31,660.71 | | | | $35,052.33 |

Page 14 of  19                                    Subtotal                    $300,236.25        $362,098.45
                                            (Total of this page)

In re   Corinthian Colleges, Inc.

Debtor

Case No.   15-10952

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**PAUL DE GIUSTI**<br>**2250 CLARENDON BLVD., #1425**<br>**ARLINGTON, VA 22201** | | **LONG TERM INCENTIVE PLAN** | | | | **$72,948.37** | | | | **$103,410.29** |
| ACCOUNT NO.<br><br>**PAUL DIMEO**<br>**6 HUTTON CENTRE DRIVE, SUITE 400**<br>**SANTA ANA, CA 92707** | | **LONG TERM INCENTIVE PLAN** | | | | **$97,185.71** | | | | **$143,202.45** |
| ACCOUNT NO.<br><br>**RANDY ROGERS**<br>**13911 SE 126TH AVE.**<br>**CLACKAMAS, OR 97015** | | **LONG TERM INCENTIVE PLAN** | | | | **$46,264.72** | | | | **$51,321.15** |
| ACCOUNT NO.<br><br>**RENEE SCOTT**<br>**2223 GATEWAY DRIVE**<br>**SUDBURY, ON P3E 6E9**<br>**CANADA** | | **LONG TERM INCENTIVE PLAN** | | | | **$22,600.00** | | | | **$22,400.00** |
| ACCOUNT NO.<br><br>**REVINA LEE MILLER**<br>**1509 WEEPING WILLOW**<br>**ARLINGTON, TX 76002** | | **LONG TERM INCENTIVE PLAN** | | | | **$38,167.86** | | | | **$42,511.00** |
| ACCOUNT NO.<br><br>**RICHARD BRADLEY SIMPSON**<br>**6 HUTTON CENTRE DRIVE, SUITE 400**<br>**SANTA ANA, CA 92707** | | **LONG TERM INCENTIVE PLAN** | | | | **$37,714.29** | | | | **$20,000.00** |

Subtotal
(Total of this page)

| $314,880.94 | $382,844.88 |
|---|---|

In re    Corinthian Colleges, Inc.

_____

Debtor

Case No.    15-10952

_____

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL | | | ORIGINAL SCHEDULE AMOUNT | AMENDED | | | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNLIQUIDATED | DISPUTED | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| ACCOUNT NO.<br><br>RICHARD JACKSON<br>27 ARBOR DR<br>SHREWSBURY, MA 01545 | | LONG TERM INCENTIVE PLAN | | | | $31,521.58 | | | | $35,004.20 |
| ACCOUNT NO.<br><br>ROBERT BURNFIELD<br>177 COOPER RUN COURT<br>PITTSBURGH, PA 15237 | | LONG TERM INCENTIVE PLAN | | | | $31,517.83 | | | | $35,188.45 |
| ACCOUNT NO.<br><br>ROBERT KENYON<br>6 HUTTON CENTRE DRIVE, SUITE 400<br>SANTA ANA, CA 92707 | | LONG TERM INCENTIVE PLAN | | | | $82,480.62 | | | | $74,804.43 |
| ACCOUNT NO.<br><br>ROGER JAMES VANDUINEN<br>6 HUTTON CENTRE DRIVE, SUITE 400<br>SANTA ANA, CA 92707 | | LONG TERM INCENTIVE PLAN | | | | $45,885.71 | | | | $43,800.00 |
| ACCOUNT NO.<br><br>ROMEO SEMAAN<br>5389 PASEO TORTUGA<br>YORBA LINDA, CA 92887 | | LONG TERM INCENTIVE PLAN | | | | $26,469.00 | | | | $40,192.74 |
| ACCOUNT NO.<br><br>RUPERT ALTSCHULER<br>6 HUTTON CENTRE DRIVE, SUITE 400<br>SANTA ANA, CA 92707 | | LONG TERM INCENTIVE PLAN | | | | $39,600.00 | | | | $37,800.00 |

Subtotal
(Total of this page)

$257,474.74

$266,789.81

In re    Corinthian Colleges, Inc.
_____
                Debtor

Case No.    15-10952
_____
                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL | | | ORIGINAL SCHEDULE AMOUNT | AMENDED | | | AMENDED SCHEDULE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | CONTINGENT | UNLIQUIDATED | DISPUTED | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| ACCOUNT NO.<br>**RUTH DUNCAN ABBOTT**<br>**25942 HINCKLEY STREET**<br>**LOMA LINDA, CA 92354** | | **LONG TERM INCENTIVE PLAN** | | | | $43,800.00 | | | | $48,679.67 |
| ACCOUNT NO.<br>**SCOTT M OOMS**<br>**19862 RIDGE MANOR WAY**<br>**UNIT 24**<br>**YORBA LINDA, CA 92886** | | **LONG TERM INCENTIVE PLAN** | | | | NEWLY SCHEDULED | | | | $7,875.00 |
| ACCOUNT NO.<br>**SCOTT TEMPEL**<br>**57 FANLIGHT**<br>**IRVINE, CA 92620** | | **LONG TERM INCENTIVE PLAN** | | | | $55,234.76 | | | | $80,893.14 |
| ACCOUNT NO.<br>**SHARLEE BRITTINGHAM**<br>**2330 N RIVERSIDE DRIVE**<br>**INDIALANTIC, FL 32903** | | **LONG TERM INCENTIVE PLAN** | | | | $47,268.02 | | | | $0.00 |
| ACCOUNT NO.<br>**STACY HANDLEY**<br>**20065 BERKELEY WAY**<br>**YORBA LINDA, CA 92886** | | **LONG TERM INCENTIVE PLAN** | | | | $78,118.28 | | | | $86,806.33 |
| ACCOUNT NO.<br>**STEPHEN GIBSON MOORE**<br>**5229 36TH AVE NE**<br>**SEATTLE, WA 98105** | | **LONG TERM INCENTIVE PLAN** | | | | NEWLY SCHEDULED | | | | $14,109.53 |

Subtotal
(Total of this page)

| $224,421.06 | $238,363.67 |
| --- | --- |

In re   Corinthian Colleges, Inc.
_____
                        Debtor

Case No.   15-10952
_____
                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>STEPHEN NODAL<br>29 SLEEPY HOLLOW LANE<br>LADERA RANCH, CA 92694 | | LONG TERM INCENTIVE PLAN | | | | $94,673.95 | | | | $105,339.81 |
| ACCOUNT NO.<br>STEPHEN SHIPLEY<br>67 BLACK BEAR DRIVE, #1512<br>WALTHAM, MA 02451 | | LONG TERM INCENTIVE PLAN | | | | $36,923.17 | | | | $0.00 |
| ACCOUNT NO.<br>STEVEN PAUL LINDAUER<br>5030 BALLARAT LANE<br>CASTLE ROCK, CO 80108 | | LONG TERM INCENTIVE PLAN | | | | $43,708.66 | | | | $64,274.08 |
| ACCOUNT NO.<br>SUMI SHRISHRIMAL<br>16976 ABUNDANTE ST<br>SAN DIEGO, CA 92127 | | LONG TERM INCENTIVE PLAN | | | | $64,800.00 | | | | $72,100.00 |
| ACCOUNT NO.<br>TRACEY B KINCAID<br>3052 INVERNESS DR<br>LOS ALAMITOS, CA 90720 | | LONG TERM INCENTIVE PLAN | | | | NEWLY SCHEDULED | | | | $9,844.00 |
| ACCOUNT NO.<br>TRACY D PIERCE<br>8616 SNOWDROP CT<br>FORT WORTH, TX 76123 | | LONG TERM INCENTIVE PLAN | | | | $30,785.71 | | | | $41,003.16 |

Subtotal
(Total of this page)

| $270,891.49 | $292,561.05 |
|---|---|

In re    Corinthian Colleges, Inc.
_____
                    Debtor

Case No.    15-10952
_____
                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | UNLIQUIDATED | DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | UNLIQUIDATED | DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**WENDY CULLEN**<br>**28371 CALLE PINON**<br>**SAN JUAN CAPISTRANO, CA 92675** | | **LONG TERM INCENTIVE PLAN** | | | | $72,346.44 | | | | $97,573.68 |

|  | Total | $4,611,662.92 | $5,163,658.88 |
|---|---|---|---|

| Subtotal<br>(Total of this page) | $72,346.44 | $97,573.68 |
|---|---|---|

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re    Corinthian Colleges, Inc.                          Case No.    15-10952
                    Debtor

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman and Chief Executive Officer of the Corinthian Colleges, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 9/15/15                          Signature _____

                                                    Jack Massimino
                                         Chairman and Chief Executive Officer