IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § <br> § <br> CORINTHIAN COLLEGES, INC., *et al.*[1] § <br> § <br> § <br> § <br> Debtors. § <br> § | Chapter 11 <br><br> Case No. 15-10952 (KJC) <br><br> (Jointly Administered) <br><br> **Obj. Deadline: October 6, 2015 at 4:00 p.m. (ET)** |

-------------------------------------------------------------

## NOTICE OF FEE APPLICATION

PLEASE TAKE NOTICE that PricewaterhouseCoopers LLP (the "**Applicant**") has today filed the attached *First Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses for Tax Advisor Services for the Period May 4, 2015 Through July 31, 2015* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated May 26, 2015 [Docket No. 201] (the "**Interim Compensation Order**"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

19801, and be served upon and received by: (i) Corinthian Colleges, Inc., 6 Hutton Centre Drive, Suite 400, Santa Ana California 92707 (Attn: William J. Nolan); (ii) counsel to the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (iii) counsel to Bank of America, N.A. in its capacity as Administrative Agent for the Debtors' Lenders, (a) Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013 (Attn: Jennifer Hagle); and (b) Potter Anderson Corroon LLP, Hercules Plaza, 1313 North Market Street, 6th Floor, P.O. Box 951 Wilmington, Delaware 19801 (Attn: Jeremy Ryan); (iv) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Richard L. Schepacarter, Esq.); (v) counsel to the Official Committee of Unsecured Creditors, (a) Brown Rudnick LLP, Seven Time Square, New York, New York 10036 (Attn: H. Jeffrey Schwartz, Esq. and Bennett S. Silverberg, Esq.) and (b) The Rosner Law Group LLC, 824 Market Street, Suite 810, Wilmington, Delaware 19801 (Attn: Frederick B. Rosner, Esq. and Julia B. Klein, Esq.); (vi) counsel to the Official Committee of Student Creditors, (a) Robins Kaplan LLP, 2049 Century Park East, Suite 3400, Los Angeles, California 90067 (Attn: Scott F. Guatier, Esq., Lorie A. Ball, Esq. and Cynthia C. Hernandez, Esq.) and (b) Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801 (Attn: Christopher A. Ward, Esq. and Shanti M. Katona, Esq.); and (vii) the Applicant, PricewaterhouseCoopers LLP, 601 South Figueroa Street, Los Angeles, California 90017 (Attn:  Christopher A. Whitney) no later than **4:00 p.m. (Eastern Daylight Time) on October 6, 2015** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served and received in accordance with this notice and the Interim

Compensation Order, a hearing on the Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Interim Compensation Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Compensation Order, if no objection to the Application is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Application or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

| | |
|---|---|
| Dated: September 15, 2015<br>Wilmington, Delaware | /s/ Marisa A. Terranova<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>          merchant@rlf.com<br>          terranova@rlf.com<br>          steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |