**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**　　　　　　　　　　Exhibit A
**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period May 4, 2015 through July 31, 2015**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Hourly Services** | | |
| *Tax Advisor Services* | | |
| CA FTB Audit Support Services | 65.00 | $28,179.00 |
| **Subtotal - Hours and Compensation - Hourly Services** | **65.00** | **$28,179.00** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Employment Applications and Other Court Filings | 2.50 | $1,797.50 |
| **Subtotal - Hours and Compensation - Case Administration** | **2.50** | **$1,797.50** |
| **Total - Hours and Compensation Sought for Reimbursement** | **67.50** | **$29,976.50** |