**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**          Exhibit B
**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period May 4, 2015 through July 31, 2015**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Tax Advisor Services* | | | | |
| Robert A Garvey | Partner | $719 | 1.00 | $719.00 |
| Lance A. Wood | Partner | $719 | 1.50 | $1,078.50 |
| Christopher A Whitney | Partner | $719 | 5.00 | $3,595.00 |
| George Yashou | Director | $488 | 31.00 | $15,128.00 |
| Nicole Rachel Rayhan | Senior Associate | $289 | 25.20 | $7,282.80 |
| Nathan Andrew Fowler | Senior Associate | $289 | 1.30 | $375.70 |
| *Subtotal - Hours and Compensation - Tax Advisor Services* | | | *65.00* | *$28,179.00* |
| **Subtotal - Hours and Compensation - Hourly Services** | | | **65.00** | **$28,179.00** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Christopher A Whitney | Partner | $719 | 2.50 | $1,797.50 |
| *Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations* | | | *2.50* | *$1,797.50* |
| **Subtotal - Hours and Compensation - Case Administration** | | | **2.50** | **$1,797.50** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | **67.50** | **$29,976.50** |