**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**                                    **Exhibit C**
**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period May 4, 2015 through July 31, 2015**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|

**Hourly Services**

*Tax Advisor Services*

CA FTB Audit Support Services

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/6/2015 | George Yashou | Director | 0715H001: Draft IDR response regarding nonbusiness income. | $488 | 1.00 | $488.00 |
| 5/19/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H002: Investigate auditor's question regarding Heald Capital LLC K-1 pick up. | $289 | 1.50 | $433.50 |
| 5/19/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H003: Investigate auditor's questions for sales and use tax credit IDRs and payroll IDRs. | $289 | 1.50 | $433.50 |
| 5/20/2015 | Nathan Andrew Fowler | Senior Associate | 0715H004: Review sales and use IDR transactions. | $289 | 1.00 | $289.00 |
| 5/20/2015 | George Yashou | Director | 0715H005: Discussion with C. Kane (Corinthian) regarding Heald Capital LLC K-1 pick up. | $488 | 1.00 | $488.00 |
| 5/21/2015 | George Yashou | Director | 0715H006: Review Heald Capital LLC K-1 Line 1 pick up issue. | $488 | 1.50 | $732.00 |
| 5/21/2015 | Nathan Andrew Fowler | Senior Associate | 0715H007: Review the sales and use IDRs. | $289 | 0.30 | $86.70 |
| 5/22/2015 | George Yashou | Director | 0715H008: Update Heald Capital LLC K-1 Line 1 pick up issue. | $488 | 1.00 | $488.00 |
| 5/22/2015 | George Yashou | Director | 0715H009: Prepare client correspondence regarding Heald Capital LLC K-1 pick-up issue. | $488 | 1.00 | $488.00 |
| 5/26/2015 | George Yashou | Director | 0715H010: Review sales and use tax IDR response and invoices to FTB. | $488 | 1.00 | $488.00 |
| 5/27/2015 | George Yashou | Director | 0715H011: Email correspondence with FTB regarding Heald Capital LLC K-1 pick up. | $488 | 1.50 | $732.00 |

**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**                                    **Exhibit C**
**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period May 4, 2015 through July 31, 2015**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/27/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H012: Draft email correspondence to FTB regarding Heald. | $289 | 1.50 | $433.50 |
| 5/28/2015 | George Yashou | Director | 0715H013: Prepare email correspondence with FTB regarding extensions for IDRs. | $488 | 1.00 | $488.00 |
| 5/28/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H014: Review of auditors questions regarding sales and use invoices. | $289 | 1.50 | $433.50 |
| 6/3/2015 | George Yashou | Director | 0715H015: Prepare email correspondence with auditor regarding timeline for completing the audit and responding to the IDRs. | $488 | 1.00 | $488.00 |
| 6/4/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H016: Call with C. Kane (Corinthian) regarding IDR for FTB audit. | $289 | 1.00 | $289.00 |
| 6/5/2015 | George Yashou | Director | 0715H017: Review of audit strategy. | $488 | 1.00 | $488.00 |
| 6/9/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H018: Review apportionment information provided by client. | $289 | 2.00 | $578.00 |
| 6/9/2015 | George Yashou | Director | 0715H019: Discussions with FTB regarding apportionment factors. | $488 | 1.00 | $488.00 |
| 6/10/2015 | George Yashou | Director | 0715H020: Review IDR regarding Heald Capital LLC. | $488 | 1.00 | $488.00 |
| 6/11/2015 | George Yashou | Director | 0715H021: Review of Heald Capital LLC issue. | $488 | 1.00 | $488.00 |
| 6/11/2015 | Christopher A Whitney | Partner | 0715H022: Prepare for discussion with FTB regarding timeline. | $719 | 0.50 | $359.50 |
| 6/11/2015 | Christopher A Whitney | Partner | 0715H023: Discussion with FTB regarding timeline. | $719 | 0.50 | $359.50 |
| 6/15/2015 | George Yashou | Director | 0715H024: Call with FTB auditor to discuss IDR responses. | $488 | 1.00 | $488.00 |

**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**                                    **Exhibit C**
**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period May 4, 2015 through July 31, 2015**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 6/16/2015 | Christopher A Whitney | Partner | 0715H025: Discussion with J. Levinson regarding sales and use IDRs. | $719 | 1.00 | $719.00 |
| 6/18/2015 | Christopher A Whitney | Partner | 0715H026: Discussion with J. Boerger regarding sales and use. | $719 | 0.50 | $359.50 |
| 6/23/2015 | George Yashou | Director | 0715H027: Review correspondence with FTB to determine outstanding items. | $488 | 1.00 | $488.00 |
| 6/23/2015 | Christopher A Whitney | Partner | 0715H028: Discussion with J. Boerger regarding sales and use. | $719 | 0.50 | $359.50 |
| 6/24/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H029: Prepare email correspondence to FTB auditor regarding outstanding items. | $289 | 0.20 | $57.80 |
| 6/25/2015 | George Yashou | Director | 0715H030: Perform apportionment review for completeness and accuracy. | $488 | 0.50 | $244.00 |
| 7/6/2015 | George Yashou | Director | 0715H031: Perform apportionment review for completeness and accuracy. | $488 | 1.00 | $488.00 |
| 7/6/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H032: Analysis of sales and use tax related IDRs. | $289 | 1.50 | $433.50 |
| 7/6/2015 | Christopher A Whitney | Partner | 0715H033: Discuss with Corinthian regarding FTB audit. | $719 | 1.00 | $719.00 |
| 7/7/2015 | George Yashou | Director | 0715H034: Perform apportionment review for completeness and accuracy. | $488 | 1.00 | $488.00 |
| 7/8/2015 | George Yashou | Director | 0715H035: Perform apportionment review for completeness and accuracy. | $488 | 1.00 | $488.00 |
| 7/9/2015 | Robert A Garvey | Partner | 0715H036: Perform RITA project update and coordination. | $719 | 1.00 | $719.00 |
| 7/10/2015 | George Yashou | Director | 0715H037: Perform apportionment review for completeness and accuracy. | $488 | 1.00 | $488.00 |

**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**                    **Exhibit C**
**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period May 4, 2015 through July 31, 2015**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 7/10/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H038: Set up meeting for client and FTB auditor. | $289 | 0.50 | $144.50 |
| 7/17/2015 | Lance A. Wood | Partner | 0715H039: Review initial updates regarding FTB audit. | $719 | 1.50 | $1,078.50 |
| 7/17/2015 | George Yashou | Director | 0715H040: Prepare for meeting with client and auditor regarding CA FTB audit and auditor visit. | $488 | 0.50 | $244.00 |
| 7/17/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H041: Review payroll, apportionment analyses and discuss with client. | $289 | 2.50 | $722.50 |
| 7/20/2015 | George Yashou | Director | 0715H042: Review of CA FTB audit and IDR response. | $488 | 3.00 | $1,464.00 |
| 7/20/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H043: Call with C. Kane (Corinthian) regarding IDR for FTB audit. | $289 | 1.00 | $289.00 |
| 7/21/2015 | Christopher A Whitney | Partner | 0715H044: Discussion with N. Rayhan (PwC) regarding FTB meeting strategy. | $719 | 0.50 | $359.50 |
| 7/21/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H045: Discussion with C. Whitney (PwC) regarding FTB meeting strategy. | $289 | 0.50 | $144.50 |
| 7/21/2015 | George Yashou | Director | 0715H046: Call with N. Rayhan (PwC), John and C. Kane (both Corinthian) regarding FTB audit. | $488 | 2.50 | $1,220.00 |
| 7/21/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H047: Call with G. Yashou (PwC), John and C. Kane (both Corinthian) regarding FTB audit. | $289 | 2.50 | $722.50 |
| 7/22/2015 | Christopher A Whitney | Partner | 0715H048: Review response to IDR regarding laptops. | $719 | 0.50 | $359.50 |
| 7/22/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H049: Review and respond to IDRs for payroll, laptops, apportionment unrelated to ez hiring credit. | $289 | 5.00 | $1,445.00 |
| 7/22/2015 | George Yashou | Director | 0715H050: Meeting with N. Rayhan (PwC) and auditor regarding CA FTB audit. | $488 | 1.50 | $732.00 |

**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**                                      **Exhibit C**
**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period May 4, 2015 through July 31, 2015**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 7/22/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H051: Meeting with G. Yashou (PwC) and auditor (Corinthian) regarding CA FTB audit. | $289 | 1.50 | $433.50 |
| 7/23/2015 | Nicole Rachel Rayhan | Senior Associate | 0715H052: Update the CA FTB audit response. | $289 | 1.00 | $289.00 |
| 7/23/2015 | George Yashou | Director | 0715H053: Review and response to the CA FTB audit IDR regarding the apportionment issues. | $488 | 1.00 | $488.00 |
| 7/27/2015 | George Yashou | Director | 0715H054: Review of additional information requested by auditor regarding apportionment. | $488 | 1.00 | $488.00 |
| 7/31/2015 | George Yashou | Director | 0715H055: Review apportionment information related to CA audit. | $488 | 1.00 | $488.00 |
| Subtotal - Hours and Compensation - CA FTB Audit Support Services | | | | | 65.00 | $28,179.00 |
| *Subtotal - Hours and Compensation - Tax Advisor Services* | | | | | *65.00* | *$28,179.00* |
| **Subtotal - Hours and Compensation - Hourly Services** | | | | | **65.00** | **$28,179.00** |

**Case Administration**

***Bankruptcy Requirements and Other Court Obligations***

Employment Applications and Other Court Filings

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/21/2015 | Christopher A Whitney | Partner | 0715H056: Review PwC retention motion. | $719 | 0.50 | $359.50 |
| 5/22/2015 | Christopher A Whitney | Partner | 0715H057: Review PwC retention motion. | $719 | 1.00 | $719.00 |
| 6/17/2015 | Christopher A Whitney | Partner | 0715H058: Discuss with Counsel regarding PwC's retention. | $719 | 0.50 | $359.50 |
| 6/19/2015 | Christopher A Whitney | Partner | 0715H059: Review update on retention motion. | $719 | 0.50 | $359.50 |

**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**                    **Exhibit C**

**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**

**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**

**For the Period May 4, 2015 through July 31, 2015**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| Subtotal - Hours and Compensation - Employment Applications and Other Court Filings | | | | | 2.50 | $1,797.50 |
| *Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations* | | | | | *2.50* | *$1,797.50* |
| **Subtotal - Hours and Compensation - Case Administration** | | | | | **2.50** | **$1,797.50** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **67.50** | **$29,976.50** |