IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |
| § | **Re: Docket Nos. 171, 504, 627, 734, 903, 914 & 916** |

--------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING FOURTH ORDER
APPROVING DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE
*NUNC PRO TUNC* TO THE DATE THAT THE DEBTORS SURRENDER
POSSESSION; (II) APPROVING THE ABANDONMENT OF
ANY PERSONAL PROPERTY REMAINING AT THE LEASE
LOCATIONS; AND (III) GRANTING CERTAIN RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On May 21, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective Nunc Pro Tunc to the Date that the Debtors Surrendered Possession; (II) Approving the Abandonment of any Personal Property Remaining at the Lease Locations; and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*(III) Granting Certain Related Relief* [Docket No. 171] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.     On June 30, 2015, the Court conducted a hearing (the "**Hearing**") on the Motion. At the Hearing, the Debtors notified that Court that they had not surrendered the premises covered by all of the leases listed on Exhibit 1 to the proposed form of order filed with the Motion (the "**Leases**"). At the Hearing, the Debtors submitted a proposed form of order approving the rejection of the Leases for the premises has been surrendered as of the Hearing, which the Court approved [Docket No. 504] (the "**First Rejection Order**").

3.     Also at the Hearing, the Debtors indicated that they would submit separate forms of order approving the rejection of the Leases that were included in Exhibit 1 to the Motion but not rejected pursuant to the First Rejection Order. At the hearing held on July 28, 2015, the Debtors submitted a second proposed form of order approving the rejection of the Leases for which the Debtors surrendered the premises following entry of the First Rejection Order. The Court approved this second form of order on July 28, 2015 [Docket No. 627] (the "**Second Rejection Order**"). On August 11, 2015, the Debtors submitted a third order approving the Motion to the Court under certification of counsel, and the Court approve this third form of order on the same date [Docket No. 734] (the "**Third Rejection Order**")

4.     On August 27, 2015, August 28, 2015 and August 31, 2015 the Debtors surrendered possession of the premises covered by all of the remaining Leases. See Docket Nos. 903, 914 & 916].

5.     The Debtors have prepared a fourth form of order approving the Motion (the "**Fourth Rejection Order**"). A copy of the Fourth Rejection Order is attached hereto as Exhibit A. The Fourth Rejection Order is in a substantially similar form as the First Rejection Order, the

Second Rejection Order and the Third Rejection Order other than Exhibit 1. Exhibit 1 to the Fourth Rejection Order is a list of the Leases not rejected pursuant to the First, Second or Rejection Orders or with respect to which the Debtors are in continuing negotiations with the affected landlord to resolve concerns raised by that landlord. There is only one lease that falls into this latter category, and the Debtors are hopeful that they will reach a resolution with the affected landlord and submit a form of order approving the rejection of this lease promptly. The Debtors have surrendered possession of the premises covered by all of the Leases listed on Exhibit 1 to the Motion

WHEREFORE, the Debtors respectfully request that the Court enter the Fourth Rejection Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

| | |
|---|---|
| Dated: September 16, 2015<br>Wilmington, Delaware | /s/ Marisa A. Terranova<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>       merchant@rlf.com<br>       terranova@rlf.com<br>       steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |

RLF1 12980564v.1