**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

---------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 18, 2015 AT 10:00 A.M. (EDT) [2]**

**I.   RESOLVED MATTERS:**

1.   Debtors' Motion to Approve Stipulation Between Debtors and McKinley Avenue LLC Resolving Certain Disputes [Docket No. 844 - filed August 21, 2015]

Objection / Response Deadline:   September 3, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received:   None.

Related Documents:

i.   Certificate of No Objection Regarding Debtors' Motion to Approve Stipulation Between Debtors and McKinley Avenue LLC Resolving Certain Disputes [Docket No. 938 - filed September 9, 2015]

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]   The hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the September 18, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Thursday, September 17, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

      ii.     Order Approving Stipulation Between Debtors and McKinley Avenue LLC Resolving Certain Disputes [Docket No. 941 - filed September 14, 2015]

      Status: On September 14, 2015, the Court entered an order resolving this matter. Accordingly, a hearing regarding this matter is not required.

2.     Motion of Lampert at 25500 Industrial Blvd., LLC Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b) [Docket No. 812 - filed August 21, 2015]

      Objection / Response Deadline:   September 11, 2015 at 4:00 p.m. (EDT)

      Objections / Responses Received:    None.

      Related Documents:   None.

      Status:  The Debtors and Lampert at 25500 Industrial Blvd, LLC have resolved the relief requested in the motion. Accordingly, a hearing on this matter is no longer required.

## II.    UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL:

3.     Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date that the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 171- filed May 21, 2015]

      Objection / Response Deadline:   June 16, 2015 at 4:00 p.m. (EDT)

      Objections / Responses Received:

      A.    Limited Objection of Watt Management Company to the Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 419 - filed June 16, 2015]

      Related Documents:

      i.     Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 173 - filed May 21, 2015]

      ii.    Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 186 - filed May 22, 2015]

2

iii.   Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 192 - filed May 23, 2015]

iv.   Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 237 - filed May 29, 2015]

v.   Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 257 - filed June 1, 2015]

vi.   Second Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date that The Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 504 - filed June 30, 2015]

vii.   Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 510 - filed June 30, 2015]

viii.   Second Order Approving Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 627 - filed July 28, 2015]

ix.   Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 674 - filed July 29, 2015]

x.   Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 686 - filed July 30, 2015]

xi.   Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 688 - filed July 31, 2015]

xii.   Third Order Approving Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 734 - filed August 11, 2015]

xiii.   Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 903 - filed August 27, 2015]

xiv.   Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 914 - filed August 28, 2015]

RLF1 12905280v.1

xv.     Notice of Effective Date of Rejection for Unexpired Leases of Nonresidential Real Property [Docket No. 916 - filed August 31, 2015]

xvi.    Certification of Counsel Regarding Fourth Order Approving Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief [Docket No. 963 - filed September 16, 2015]

Status:  On June 30, 2015, July 28, 2015 and August 11, 2015 the Court entered orders approving the rejection of some of the leases listed with the rejection motion.  On September 16, 2015, the Debtors submitted a proposed form of order under certification of counsel regarding the rejection of additional leases.  Accordingly, a hearing on this matter as it relates to the leases that are set forth in the form of order submitted on September 16, 2015 is only necessary to the extent the Court has questions or concerns.  In addition to the leases rejected pursuant to previously entered orders and described in the order submitted under certification of counsel on September 16, 2015, the rejection of one lease described in this motion remains outstanding.  The parties are working to resolve the issues related to this lease rejection and hope to submit a proposed form of order approving the rejection of this lease under certification of counsel prior to the hearing.

## III.    UNCONTESTED MATTERS GOING FORWARD:

4.     Motion of Commonwealth of Massachusetts, People of the State of California, and State of Wisconsin for Determination that the Automatic Stay Provision Does Not Apply to the States' Actions Against Debtors [Docket No. 578 - filed July 15, 2015]

Objection / Response Deadline:   August 2, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received:

A.     Debtors' Limited Response and Request to Continue Motions for Determination that Automatic Stay Does Not Apply [Docket No. 783 - filed August 19, 2015]

Related Documents:

i.     Objection of the People of the State of California to Debtors' Request to Continue Motions for Determination that Automatic Stay Does Not Apply [Docket No. 789 - filed August 20, 2015]

4

    ii.     Objection of the Commonwealth of Massachusetts to Debtors' Request to Continue Motion for Determination that Automatic Stay Does Not Apply [Docket No. 830 - filed August 21, 2015]

    iii.    Objection of Vincent E. Rhynes to Debtors' Request to Continue Motions for Determination [Docket No. 865 - filed August 25, 2015]

Status:  In accordance with the Court's ruling at the hearing held on August 26, 2015, the hearing on this matter will go forward.

5.     Motion of California Bureau for Private Postsecondary Education for Determination that the Automatic Stay Provisions Does Not Apply to Its Disciplinary Action [Docket No. 689 - filed July 31, 2015]

Objection / Response Deadline:  August 19, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received:

    A.    Debtors' Limited Response and Request to Continue Motions for Determination that Automatic Stay Does Not Apply [Docket No. 783 - filed August 19, 2015] *(Document located under tab 3.A.)*

Related Documents:

    i.     Objection of the People of the State of California to Debtors' Request to Continue Motions for Determination that Automatic Stay Does Not Apply [Docket No. 789 - filed August 20, 2015] *(Document located under tab 3.i.)*

    ii.     Objection of the Commonwealth of Massachusetts to Debtors' Request to Continue Motion for Determination that Automatic Stay Does Not Apply [Docket No. 830 - filed August 21, 2015] *(Document located under tab 3.ii.)*

    iii.    Objection of Vincent E. Rhynes to Debtors' Request to Continue Motions for Determination [Docket No. 865 - filed August 25, 2015] *(Document located under tab 3.iii.)*

Status:  In accordance with the Court's ruling at the hearing held on August 26, 2015, the hearing on this matter will go forward.

## IV.   **CONTESTED MATTER:**

6.     Motion of Jennifer Stevens for Relief from the Automatic Stay/Confirmation Injunction [Docket No. 781 - filed August 19, 2015]

Objection / Response Deadline:  September 9, 2015 at 4:00 p.m. (EDT), extended to September 14, 2015 for the Debtors.

RLF1 12905280v.1

Objections / Responses Received:

A.    Debtors' Objection to Motion of Jennifer Stevens for Relief from the Automatic Stay/Confirmation Injunction [Docket No. 943 - filed September 14, 2015]

Related Documents:   None.

Status: The parties are working to reach a resolution regarding this matter and do not expect that the hearing on this matter will go forward on the merits.

Dated: September 16, 2015
      Wilmington, Delaware

*/s/ Amanda R. Steele*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      terranova@rlf.com
      steele@rlf.com

Counsel for the Debtors and Debtors in Possession