*Claims Agent Copy*



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

**FILED**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

09/15/2015

**SEP 16 2015**

By Rust / Omni, Claims Agent
For U.S. Bankruptcy Court
District of Delaware

Rust Consulting/Omni Bankruptcy
5955 DeSoto Ave Suite 100
Woodland Hills Ca 91367-5100

Re: Corinthian Colleges Inc

Re:15-10952

Dear Claims Agent:

On 05/14/2015, proofs of claims were filed by the Internal Revenue Service for the above Corporations affiliated entities.  The assigned Claim #'s are 13,14,15,16,17,19,20,21,22,23,24, and 27.  In addition claim # 44 was filed on 5/21/2015.  These Proofs of Claims have been satisfied.  Please withdraw the claims.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3