**<u>Exhibit D</u>**

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § | |
| | § | Case No. 15-10952 (KJC) |
| | § § | |
| | § | Jointly Administered |
| Debtors. | § § § | |

-----------------------------------------------------

**ORDER GRANTING OBJECTION TO THE CLAIMS OF
THE PEOPLE OF THE STATE OF CALIFORNIA**

Upon this objection (this "**Objection**")[2] for entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007; and due and sufficient notice of the Objection having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief requested in the Objection is in the best interests of the Debtors, their estate and creditors, and all other parties in interest, and that the legal and factual bases set forth in the Objection establish

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Terms not otherwise defined herein shall have their respective meanings ascribed to them in the Objection.

RLF1 12969364v.1

just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Objection is **GRANTED**.

2. Claim Nos. 899, 900, 901, 902, 903, 904, 905, 906, 907 and 908, filed by Attorney General of the State of California on behalf of The People of the State of California, are disallowed.

3. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: _____, 2015
      Wilmington, Delaware

                                                        THE HONORABLE KEVIN J. CAREY
                                                        UNITED STATES BANKRUPTCY JUDGE