IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § | |
| | § | Response Deadline: Sept. 30, 2015 at 4:00 p.m. (ET) |

-------------------------------------------------------

### DEBTORS' NOTICE OF CLAIMS SATISFIED IN WHOLE OR IN PART

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") file this notice (the "**Notice**") identifying certain claims in the above-captioned chapter 11 cases, which have been satisfied post-petition, either in full or in part, by payments made by the Debtors. In support of this Notice, the Debtors respectfully state as follows:

### Background

1. On May 4, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to manage and operate their businesses as debtors in possession under Bankruptcy Code sections 1107 and 1108. Additional information on the Debtors' business and capital structure, as well as a description of the reasons for filing these cases, is set forth in the *Declaration of William J. Nolan in Support of the Debtors' Chapter 11 Petitions and First Day*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*Motions* [Docket No. 10].

2. On June 8, 2015, the Debtors filed their Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket Nos. 290 - 359] (collectively, the "**Schedules**").  The Debtors amended their Schedules on June 15, 2015, August 21, 2015 and September 15, 2015 [Docket Nos. 411-416, 832-837 & 944-952] .

3. On July 1, 2015, the Debtors filed the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation*, which was subsequently amended on July 24, 2015, July 27, 2015, August 25, 2015, and August 28, 2015 [Docket Nos. 520, 646, 655, 863, 906, and 909, respectively] (as amended, the "**Plan**").  On August 28, 2015, the Court entered the *Order Confirming Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 913] (the "**Confirmation Order**") confirming the Debtors' Plan.

4. In the ordinary course of their business, the Debtors maintained books and records (the "**Books and Records**") that reflect, among other things, the Debtors' liabilities.  The Debtors and their advisors are reviewing and continuing to reconcile all prepetition claims, including both claims identified on the Schedules (the "**Scheduled Claims**") and proofs of claim filed by claimants in these chapter 11 cases.

**Claims Satisfied After the Petition Date**

5. In connection with their review of the Books and Records, the Debtors have identified Scheduled Claims listed in **Exhibits A** through **C** hereto (the "**Satisfied Claims**") that have been satisfied, either in full or in part, by the Debtors after the Petition Date pursuant to various orders entered by the Court in connection with the Debtors' motions for "first day relief." The Satisfied Claims listed on **Exhibit A** attached hereto are certain employee claims that have been partially satisfied after the Petition Date.  The remaining portion of the partially Satisfied

Claims is set forth in the column entitled "Modified Schedule Amount" on **Exhibit A**. The Satisfied Claims listed on **Exhibit B** attached hereto are certain employee claims that have been fully satisfied after the Petition Date. The Satisfied Claims listed on **Exhibit C** attached hereto are certain tax claims that have been fully satisfied after the Petition Date. Accordingly, the Debtors will designate the Satisfied Claims on their claims register as having been previously satisfied, either in full or in part, as applicable, so that the claims register is accurate for purposes of making distributions.

6. Out of an abundance of caution, the Debtors will serve this Notice on all claimants holding Satisfied Claims (the "**Claimants**") to provide them with notice and an opportunity to object to the Debtors' determination that such claims have been satisfied in full or in part.

### Responses

7. By this Notice, the Debtors request that any Claimant(s) disputing the Debtors' determination that such Claimant's Satisfied Claim has been satisfied in full or in part file a written response with the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and serve such response on the undersigned counsel to the Debtors on or before **September 30, 2015 at 4:00 p.m. (ET)**. If a response is received, the Debtors will make good faith efforts to resolve such response. In the event that the parties are unable to reach a resolution, the Debtors will schedule a hearing on such Satisfied Claim at the convenience of the Court.

### Reservation of Rights

8. The Debtors expressly reserve the right to amend, modify or supplement this Notice and to file objections to any claims (filed or not) that have been or may be asserted against the Debtors' estates. Notwithstanding anything to the contrary contained in this Notice

or the attached exhibits, nothing in this Notice or the attached exhibits represents, or should be construed as, a waiver of any rights that the Debtors may have (i) to bring avoidance actions under the applicable provisions of the Bankruptcy Code or other law against the holder of an disputed claim; or (ii) to exercise their rights of setoff against the holders of such claims relating to such avoidance actions.

| | |
|---|---|
| Dated: September 16, 2015<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>          merchant@rlf.com<br>          terranova@rlf.com<br>          steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |

-4-