## **EXHIBIT A**

201509161750

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**PARTIALLY SATISFIED SCHEDULES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Schedule In Case(s)* | Modified Schedule Amount/ Schedule | Reason |
|---|---|---|---|---|---|---|
| 1 | JANMARIE CRABBE<br>103 COGHLAN HILL<br>VALLEJO, CA 94590 | 76324 | $928.42   E | 15-10969 | $322.40   E | Based on a review of the Debtors' books and records, $606.02 of the scheduled amount was satisfied. |
| | | | $928.42 | | $322.40 | |
| 2 | MELISSA PALOPOLI<br>4216 E RENEE DR<br>PHOENIX, AZ 85050 | 76405 | $569.31   E | 15-10960 | $237.17   E | Based on a review of Debtors' books and records, $332.14 of the scheduled amount was satisfied. |
| | | | $569.31 | | $237.17 | |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**PARTIALLY SATISFIED SCHEDULES**

| Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Schedule In Case(s)* | Modified Schedule Amount/ Schedule | Reason |
|---|---|---|---|---|---|
| **Debtor Case Number Legend** | | | | | 201509161750 |
| 15-10952 (952) Corinthian Colleges, Inc. | | | | | |
| 15-10953 (953) Pegasus Education, Inc. | | | | | |
| 15-10954 (954) Heald Capital LLC | | | | | |
| 15-10955 (955) Corinthian Schools, Inc. | | | | | |
| 15-10956 (956) Grand Rapids Educational Center, Inc. | | | | | |
| 15-10957 (957) Rhodes Colleges Inc. | | | | | |
| 15-10958 (958) Heald Real Estate, LLC | | | | | |
| 15-10959 (959) Rhodes Business Group, Inc. | | | | | |
| 15-10960 (960) Everest College Phoenix, Inc. | | | | | |
| 15-10961 (961) ETON Education, Inc. | | | | | |
| 15-10962 (962) Florida Metropolitan University, Inc. | | | | | |
| 15-10963 (963) CDI Education USA, Inc. | | | | | |
| 15-10964 (964) Heald Education, LLC | | | | | |
| 15-10965 (965) SP PE VII-B Heald Holdings Corp. | | | | | |
| 15-10966 (966) Corinthian Property Group, Inc. | | | | | |
| 15-10967 (967) Ashmead Education, Inc. | | | | | |
| 15-10968 (968) SD III-B Heald Holdings Corp. | | | | | |
| 15-10969 (969) Heald College, LLC | | | | | |
| 15-10970 (970) Titan Schools, Inc. | | | | | |
| 15-10971 (971) MJB Acquisition Corporation | | | | | |
| 15-10972 (972) Career Choices, Inc. | | | | | |
| 15-10973 (973) QuickStart Intelligence Corporation | | | | | |
| 15-10974 (974) Sequoia Education, Inc. | | | | | |
| 15-10975 (975) ECAT Acquisition, Inc. | | | | | |
| 15-10976 (976) Socle Education, Inc. | | | | | |