# **EXHIBIT B**

201509161748

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 1 | ALAN BRADSHAW 410 E LA CROSSE AVE FOWLER, CA 93625 | 76216 | $855.78  E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $855.78 | | |
| 2 | ALICE MORENO 13162 DAY ST, G205 MORENO VALLEY, CA 92553 | 76204 | $103.65  E | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $103.65 | | |
| 3 | ALLAN METZ 937 S. ALEX AVE SPRINGFIELD, MO 65802 | 76222 | $140.61  E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $140.61 | | |
| 4 | AMANDA MATIS FOSS 3524 ALLAN ADALE MODESTO, CA 95355 | 76223 | $1,423.34  E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $1,423.34 | | |
| 5 | AMBER LYON 16350 VENTURA BLVD UNIT 151 ENCINO, CA 91436 | 76212 | $54.87  E | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $54.87 | | |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 6 | ANA DE LA MORA 559 BURLINGTON DR TRACY, CA 95376 | 76226 | $1,659.58  E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $1,659.58 | | |
| 7 | ANGELINE NELSON 1133 WAIMANU STREET, NO 2202 HONOLULU, HI 96814 | 76205 | $168.35  E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $168.35 | | |
| 8 | ANNA BONGFEN 5135 VILLAGE GREEN, #49 LOS ANGELES, CA 90016 | 76180 | $38.41  E | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied. |
| | | | $38.41 | | |
| 9 | ANNE KELLERMAN 68 WEDGEWOOD DRIVE ITHACA, NY 14850 | 76231 | $352.00  E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $352.00 | | |
| 10 | ANTIONETTE BELL ADDRESS REDACTED | 76233 | $60.25  E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $60.25 | | |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 11 | AREND CLAYBORN 7316 HUBBARD WOODS RD CHARLOTTE, NC 28269 | 76234 | $199.21   E $199.21 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 12 | ARTURO PEREZ 777 CIELO VISTA PO BOX 603 GONZALES, CA 93926 | 76209 | $647.35   E $647.35 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 13 | BETINA PETERSON 9876 N CANYON CREEK LANE FRESNO, CA 93730 | 76236 | $597.10   E $597.10 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 14 | BETTY BARAJAS 825 KERN ST, APT 286 FRESNO, CA 93706 | 76193 | $45.31   E $45.31 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 15 | BRENT KAGAWA 91-210 LOULULELO PLACE KAPOLEI, HI 96707 | 76239 | $327.00   E $327.00 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 16 | BRIAN KATZ 2168 17TH AVE SAN FRANCISCO, CA 94116 | 76243 | $288.98  E $288.98 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 17 | BUNNEY SCHMIDT 503 W 300 S OREM, UT 84058 | 76246 | $929.11  E $929.11 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 18 | CALANDRA BEAN 1231 PARTRIDGE LN RIVERDALE, GA 30296 | 76247 | $427.75  E $427.75 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 19 | CARLOS SANCHEZ 31 PLAZA DR MILL VALLEY, CA 94941 | 76251 | $360.45  E $360.45 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 20 | CHANDLER EASLEY COOPER 2211 6TH AVE SACRAMENTO, CA 95818 | 76256 | $813.01  E $813.01 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 21 | CHERIE PRESLEY<br>913 E 118TH PLACE<br>LOS ANGELES, CA 90059 | 76257 | $1,505.10  E<br><br>$1,505.10 | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 22 | CHRISTOPHER TREGO<br>4004 16TH AVE<br>MOLINE, IL 61265 | 76261 | $845.31  E<br><br>$845.31 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 23 | CYNTHIA PUCKETT<br>5806 N. MONTE #2<br>FRESNO, CA 93711 | 76266 | $310.94  E<br><br>$310.94 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 24 | DANIELLE FUQUAY<br>2046 COLLINGWOOD<br>DETROIT, MI 48206 | 76267 | $373.75  E<br><br>$373.75 | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 25 | DANNIE KAMACK<br>13859 EMERALD LN<br>GARDENA, CA 90247 | 76268 | $55.36  E<br><br>$55.36 | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 26 | DAVID LEW 209 1/2 1ST STREET #5 LARAMIE, WY 82070 | 76272 | $713.71   E  _____ $713.71 | 15-10971 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 27 | DEBRA VICK 1426 E CHARLESTON AVE PHOENIX, AZ 85022 | 76276 | $654.90   E  _____ $654.90 | 15-10960 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 28 | DENISE ROBERTS 1384 ROADRUNNER DR CORONA, CA 92881 | 76278 | $6.57   E  _____ $6.57 | 15-10957 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 29 | DIANE FENDER 4058 FIVE MILE DR STOCKTON, CA 95219 | 76280 | $313.42   E  _____ $313.42 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 30 | DWAYNE DAVIDSON 11591 RAGUSA DRIVE RANCHO CUCAMONGA, CA 91701 | 76282 | $258.88   E  _____ $258.88 | 15-10957 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 31 | ELIASIB RUBAN<br>6064 ASHWELL WAY<br>VALLEJO, CA 94591 | 76284 | $167.85   E<br><br>$167.85 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 32 | ERIKA HAAS<br>531 GRINDSTONE STREET<br>WOOKBRIDGE, CA 95258 | 76287 | $139.49   E<br><br>$139.49 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 33 | EVA HOLLANDS<br>8286 ARROWHEAD LAKE RD<br>HESPERIA, CA 92345 | 76288 | $690.73   E<br><br>$690.73 | 15-10957 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 34 | FARAZ MINOOEI<br>185 NOYO DR<br>SAN JOSE, CA 95123 | 76290 | $686.22   E<br><br>$686.22 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 35 | FRED FOOTE<br>563 MINNA STREET<br>SAN FRANCISCO, CA 94103 | 76299 | $736.98   E<br><br>$736.98 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 36 | GAIL HUFF 1637 WEST MORRIS AVENUE FRESNO, CA 93711 | 76300 | $333.44  E $333.44 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 37 | GEORGE GILBERT 1319 SANGAMORE STREET HAYWARD, CA 94545 | 76301 | $1,430.13  E $1,430.13 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 38 | GEORGINA SHERRIFFE 3304 HIDDEN BROOK CT MODESTO, CA 95355 | 76303 | $1,103.41  E $1,103.41 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 39 | HARISH SINGH 3131 SPARROW DR SACRAMENTO, CA 95834 | 76306 | $257.49  E $257.49 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 40 | HEATHER ARVAY 322 DUNN LANE NEW DERRY, PA 15671 | 76307 | $931.28  E $931.28 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 41 | HEATHER FULLERTON 1363 CALIFORNIA ST, #1 SAN FRANCISCO, CA 94109 | 76166 | $1,730.18  E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $1,730.18 | | |
| 42 | HERBERT GILCRIST ADDRESS REDACTED | 76309 | $74.00  E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $74.00 | | |
| 43 | JACOB SPORRER 2121 BURWICK AVE, 1504 ORANGE PARK, FL 32073 | 76162 | $124.20  E | 15-10962 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $124.20 | | |
| 44 | JAIME FERNANDEZ 795 MALAGA CT SOLEDAD, CA 93961 | 76316 | $616.45  E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $616.45 | | |
| 45 | JAMAAL WASHINGTON 6020 N. GENTRY #101 FRESNO, CA 93711 | 76317 | $2,506.50  E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $2,506.50 | | |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 46 | JAMES MOUNT<br>3967 MEAD ST<br>ANTIOCH, CA 94531 | 76319 | $310.93 E<br><br>$310.93 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 47 | JANEL SPAFFORD<br>3119 W. 186TH ST.<br>TORRANCE, CA 90504 | 76323 | $36.58 E<br><br>$36.58 | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 48 | JASON SCARPATI<br>4616 NORTH 34TH PLACE<br>PHOENIX, AZ 85018 | 76325 | $481.53 E<br><br>$481.53 | 15-10962 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 49 | JEFFREY HILLARD<br>242 TRADITION WAY<br>HENDERSONVILLE, NC 28791 | 76326 | $350.06 E<br><br>$350.06 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 50 | JENNI IRAHETA<br>12111 HAWTHORNE WAY #23<br>HAWTHONE, CA 90250 | 76329 | $2,520.90 E<br><br>$2,520.90 | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 51 | JENNIFER VELASCO<br>6010 SUN PEARL COURT<br>FAIR OAKS, CA 95628 | 76331 | $1,119.03  E<br><br>$1,119.03 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 52 | JOHN HOWARD<br>1458 LUINAKOA STREET<br>HONOLULU, HI 96821 | 76341 | $698.46  E<br><br>$698.46 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 53 | JOHN PARRISH<br>472 VALLEY VIEW DRIVE<br>OAKDALE, CA 95361 | 76342 | $1,150.04  E<br><br>$1,150.04 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 54 | JOHN SHIEH<br>21060 HAZELBROOK DRIVE<br>CUPERTINO, CA 95014 | 76343 | $442.59  E<br><br>$442.59 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 55 | JOSEPH CURDY<br>1080 SKY VIEW DR<br>OAKDALE, CA 95361 | 76347 | $630.88  E<br><br>$630.88 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 56 | JULIE RICHARDSON 472 VALLEY VIEW DR. OAKDALE, CA 95361 | 76350 | $671.14   E $671.14 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 57 | KAMRAN SEDIGHI 3804 CLAIRE STREET STOCKTON, CA 95212 | 76352 | $760.96   E $760.96 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 58 | KAREN BAFFORD-BUBEL 36 LANDAU DRIVE ROCHESTER, NY 14606 | 76353 | $1,469.12   E $1,469.12 | 15-10959 | Based on a review of Debtors' books and records, the scheduled amount was satisfied. |
| 59 | KARRIE CLINKENBEAR LA BARBERA 3700 TULLY ROAD, APT. 100 MODESTO, CA 95356 | 76201 | $376.68   E $376.68 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 60 | KEITH EARNSHAW 12101 LOCKHART LANE RALEIGH, NC 27614 | 76356 | $852.05   E $852.05 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 61 | KENT SPJUTE 1776 N. HALIFAX CLOVIS, CA 93619 | 76358 | $1,007.99   E $1,007.99 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 62 | KIRSTEN MCCANN 1510 N HARRISON AVE FRESNO, CA 93728 | 76362 | $91.45   E $91.45 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 63 | LAURA DECKER 1396 E. BUFFALO ST GILBERT, AZ 85295 | 76369 | $704.01   E $704.01 | 15-10960 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 64 | LISA MILLER 41986 NW BUCKSHIRE STREET BANKS, OR 97106 | 76378 | $583.92   E $583.92 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 65 | LUIS CINTRON 6076 HERON AVE EW BEACH, HI 96706-3359 | 76208 | $464.96   E $464.96 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 66 | MACKINZEE ESCAMILLA<br>1009 FM 300<br>LEVELLAND, TX 79336 | 76383 | $975.05  E<br><br>$975.05 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 67 | MANOLITA TEH<br>220 S. TOLA PLACE<br>ANAHEIM, CA 92804 | 76385 | $45.05  E<br><br>$45.05 | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 68 | MARC GLENN<br>8233 SANDSTONE SEA WAY<br>SACRAMENTO, CA 95829 | 76386 | $1,175.75  E<br><br>$1,175.75 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 69 | MARIA GURROLA<br>532 S. FERRIS AVE.<br>LOS ANGELES, CA 90022 | 76390 | $50.98  E<br><br>$50.98 | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 70 | MARIA LIGAYA BRAVO<br>500 KINGSBRIDGE CT<br>SAN RAMON, CA 94583 | 76391 | $91.45  E<br><br>$91.45 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 71 | MARIBEE TOLENTINO<br>1626 N. WILCOX AVENUE, #321<br>HOLLYWOOD, CA 90028 | 76176 | $45.64  E<br><br>$45.64 | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 72 | MARILOU CUEVAS<br>2830 OCTAVIA ST<br>OAKLAND, CA 94619 | 76392 | $2,492.69  E<br><br>$2,492.69 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 73 | MARINA NOEL<br>2434 25TH AVENUE<br>SAN FRANCISCO, CA 94116 | 76393 | $725.76  E<br><br>$725.76 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 74 | MARLENE MCKNIGHT<br>17836 NO 16TH WAY<br>PHOENIX, AZ 85022 | 76395 | $1,386.61  E<br><br>$1,386.61 | 15-10960 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 75 | MARNIE CARROLL<br>3513 SHADYHILL DR<br>SAN ANGELO, TX 76904 | 76396 | $284.16  E<br><br>$284.16 | 15-10962 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 76 | MARY RITTER 9551 E. GREENWAY STREET MESA, AZ 85207 | 76402 | $1,335.72  E | 15-10960 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $1,335.72 | | |
| 77 | MAYRA VARELA 652 FINDLAY AVE LOS ANGELES, CA 90022 | 76403 | $1,522.92  E | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $1,522.92 | | |
| 78 | MEISHENG GUO 1134 CLEMENTINA AVE SEASIDE, CA 93955 | 76404 | $256.98  E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $256.98 | | |
| 79 | MERRIJANE STENSON 6710 W. TOPEKA DR GLENDALE, AZ 85308 | 76407 | $724.43  E | 15-10960 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $724.43 | | |
| 80 | MICHAEL CAMPBELL 754 W. DESERT MOUNTAIN DR SAN TAN VALLEY, AZ 85143 | 76409 | $419.27  E | 15-10960 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $419.27 | | |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 81 | MICHAEL MARTIN<br>94-1451 WAIPIO UKA ST, APT L206<br>WAIPAHU, HI 96797 | 76199 | $718.33   E<br><br>$718.33 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 82 | MICHAEL ROBISON<br>580 W EL PASO<br>CLOVIS, CA 93611 | 76411 | $3,690.98   E<br><br>$3,690.98 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 83 | MICHAEL SHAMI<br>PO BOX 911<br>ROSEVILLE, CA 95661 | 76412 | $927.04   E<br><br>$927.04 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 84 | MICHAEL TALBOT<br>440 BANNING WAY<br>VELLAGO, CA 94591 | 76413 | $50.92   E<br><br>$50.92 | 15-10974 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 85 | MOKHTAR MOUSSAOUI<br>1425 CENTER AVE<br>MARTINEZ, CA 94553 | 76416 | $809.74   E<br><br>$809.74 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 86 | MONICA BARNARD 1073 HIND IUKA HONOLULU, HI 96821 | 76417 | $291.65   E $291.65 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 87 | MUKTA PATEL 3377 WIMBLEDON WAY COSTA MESA, CA 92626 | 76418 | $44.71   E $44.71 | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 88 | NANCY AGUILLON 16730 MAIN STREET LA PUENTE, CA 91744 | 76421 | $3,960.66   E $3,960.66 | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 89 | NATHAN WOODWARD 9436 MARY ELLEN WAY ELK GROVE, CA 95624 | 76423 | $892.80   E $892.80 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 90 | NAWAZ SHAH 1242 CYPRESS RUN DR STOCKTON, CA 95209 | 76424 | $986.11   E $986.11 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 91 | NICHOLAS HUDSON ADDRESS REDACTED | 76192 | $126.27   E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $126.27 | | |
| 92 | NICOLE CHATMAN 9710 TENNYSON CT ST. LOUIS, MO 63114 | 76426 | $203.45   E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $203.45 | | |
| 93 | NINA PUSTYLNIK 20409 NE 10 COURT RD MIAMI, FL 33179 | 76429 | $153.92   E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $153.92 | | |
| 94 | OMAR ABING 3259 HAYDEN ST, NO 6 HONOLULU, HI 96815 | 76207 | $2,435.20   E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $2,435.20 | | |
| 95 | RICHARD NODLINSKI 297 RAYMOND LANE FOLSOM, CA 95630 | 76440 | $20.07   E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $20.07 | | |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 96 | ROSANNA RUIZ<br>5943 E. LAUREL AVE<br>FRESNO, CA 93727 | 76446 | $348.30  E<br><br>$348.30 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 97 | RUTH BROWN<br>3347 ADMIRAL DRIVE<br>STOCKTON, CA 95209 | 76448 | $854.57  E<br><br>$854.57 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 98 | SARAH SOEBBING<br>4535 COMMONWEALTH APT.6<br>DETROIT, MI 48208 | 76452 | $1,473.70  E<br><br>$1,473.70 | 15-10960 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 99 | SHERINE LORENZ<br>220 TIMBERLINE LN<br>AUBURN, CA 95603 | 76456 | $1,454.48  E<br><br>$1,454.48 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 100 | SHUKHAN LAU<br>5626 ROSSCOMMON WAY<br>ANTIOCH, CA 94531 | 76458 | $303.77  E<br><br>$303.77 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 101 | SKY KONG<br>83 HOUSTON RD<br>POPLARVILLE, MS 39470 | 76459 | $577.40   E<br><br>$577.40 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 102 | SOFIA VAITSAS<br>1340 N. DEARBORN ST<br>UNIT 12 D<br>CHICAGO, IL 60610 | 76211 | $147.05   E<br><br>$147.05 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 103 | STACEY WEBB<br>45-315 LILIPUNA ROAD, APT 306B<br>KANEOHE, HI 96744 | 76194 | $2,257.45   E<br><br>$2,257.45 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 104 | STACY WEAVER<br>3340 W CELESTE AVE<br>FRESNO, CA 93711 | 76461 | $80.02   E<br><br>$80.02 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 105 | STEVEN WYNNE<br>101 HERSCHEL STREET<br>PROVIDENCE, RI 02909 | 76467 | $535.41   E<br><br>$535.41 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 106 | SUSANA HAMILTON<br>12650 SHEREE CT<br>SAN JOSE, CA 95127 | 76469 | $521.98  E<br><br>$521.98 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 107 | SYLVIA GARZA<br>388 E PARLIER AVE<br>REEDLEY, CA 93654 | 76470 | $926.09  E<br><br>$926.09 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 108 | TANYA LEE<br>3441 E BARTLETT DR<br>GILBERT, AZ 85234 | 76472 | $389.15  E<br><br>$389.15 | 15-10960 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 109 | TRACY OLIVER<br>1085 DANIELLE DRIVE<br>ROSEVILLE, CA 95747 | 76480 | $1,230.10  E<br><br>$1,230.10 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 110 | VANESSA ZABALA<br>15431 COVELLO ST<br>VAN NUYS, CA 91406 | 76481 | $41.21  E<br><br>$41.21 | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 111 | VIRGINIA DALMACIO 291 TWINLAKE DRIVE SUNNYVALE, CA 94089 | 76483 | $1,723.94   E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $1,723.94 | | |
| 112 | WILLIAM CHAVERS 20013 ANNALEE AVE. CARSON, CA 90746 | 76486 | $38.98   E | 15-10955 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $38.98 | | |
| 113 | WILLIAM LEE 525 E MAUDE, APT 13 SUNNYVALE, CA 94085 | 76191 | $381.34   E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $381.34 | | |
| 114 | YONATHAN TEKLEMICHAEL ADDRESS REDACTED | 76203 | $85.14   E | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| | | | $85.14 | | |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - EMPLOYEES**

| Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|

201509161748

**Debtor Case Number  Legend**

| | |
|---|---|
| 15-10952 (952) | Corinthian Colleges, Inc. |
| 15-10953 (953) | Pegasus Education, Inc. |
| 15-10954 (954) | Heald Capital LLC |
| 15-10955 (955) | Corinthian Schools, Inc. |
| 15-10956 (956) | Grand Rapids Educational Center, Inc. |
| 15-10957 (957) | Rhodes Colleges Inc. |
| 15-10958 (958) | Heald Real Estate, LLC |
| 15-10959 (959) | Rhodes Business Group, Inc. |
| 15-10960 (960) | Everest College Phoenix, Inc. |
| 15-10961 (961) | ETON Education, Inc. |
| 15-10962 (962) | Florida Metropolitan University, Inc. |
| 15-10963 (963) | CDI Education USA, Inc. |
| 15-10964 (964) | Heald Education, LLC |
| 15-10965 (965) | SP PE VII-B Heald Holdings Corp. |
| 15-10966 (966) | Corinthian Property Group, Inc. |
| 15-10967 (967) | Ashmead Education, Inc. |
| 15-10968 (968) | SD III-B Heald Holdings Corp. |
| 15-10969 (969) | Heald College, LLC |
| 15-10970 (970) | Titan Schools, Inc. |
| 15-10971 (971) | MJB Acquisition Corporation |
| 15-10972 (972) | Career Choices, Inc. |
| 15-10973 (973) | QuickStart Intelligence Corporation |
| 15-10974 (974) | Sequoia Education, Inc. |
| 15-10975 (975) | ECAT Acquisition, Inc. |
| 15-10976 (976) | Socle Education, Inc. |