## EXHIBIT C

201509161749

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - TAX CLAIMS**

| | Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|---|
| 1 | CITY OF FRESNO BUSINESS TAX<br>ADDRESS REDACTED | 70470 | $10,536.67   E<br><br>$10,536.67 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |
| 2 | CITY OF SAN FRANCISCO<br>PO BOX 7426<br>SAN FRANCISCO, CA 94120-7426 | 70471 | $27,500.00   E<br><br>$27,500.00 | 15-10969 | Based on a review of Debtors' books and records, the scheduled amount was satisfied |

**CORINTHIAN COLLEGES, INC., ET AL.**
**CASE NO. 15-10952 (JOINTLY ADMINISTERED)**

**SATISFIED SCHEDULE AMOUNTS - TAX CLAIMS**

| Scheduled Party | Schedule Number | Scheduled Amount/ Schedule | Filed In Case(s) | Reason |
|---|---|---|---|---|

201509161749

**Debtor Case Number  Legend**

| | |
|---|---|
| 15-10952 (952) | Corinthian Colleges, Inc. |
| 15-10953 (953) | Pegasus Education, Inc. |
| 15-10954 (954) | Heald Capital LLC |
| 15-10955 (955) | Corinthian Schools, Inc. |
| 15-10956 (956) | Grand Rapids Educational Center, Inc. |
| 15-10957 (957) | Rhodes Colleges Inc. |
| 15-10958 (958) | Heald Real Estate, LLC |
| 15-10959 (959) | Rhodes Business Group, Inc. |
| 15-10960 (960) | Everest College Phoenix, Inc. |
| 15-10961 (961) | ETON Education, Inc. |
| 15-10962 (962) | Florida Metropolitan University, Inc. |
| 15-10963 (963) | CDI Education USA, Inc. |
| 15-10964 (964) | Heald Education, LLC |
| 15-10965 (965) | SP PE VII-B Heald Holdings Corp. |
| 15-10966 (966) | Corinthian Property Group, Inc. |
| 15-10967 (967) | Ashmead Education, Inc. |
| 15-10968 (968) | SD III-B Heald Holdings Corp. |
| 15-10969 (969) | Heald College, LLC |
| 15-10970 (970) | Titan Schools, Inc. |
| 15-10971 (971) | MJB Acquisition Corporation |
| 15-10972 (972) | Career Choices, Inc. |
| 15-10973 (973) | QuickStart Intelligence Corporation |
| 15-10974 (974) | Sequoia Education, Inc. |
| 15-10975 (975) | ECAT Acquisition, Inc. |
| 15-10976 (976) | Socle Education, Inc. |