**EXHIBIT 1**

Exhibit 1 - Leases

| Campus | Landlord Name | Contact Name | Address 1 | Address 2 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Bedford Park | Bedford Park Properties, LLC | | 300 Park Street, Suite 410 | | Birmingham | MI | 48009 | Lease Agreement, by and between Corinthian Colleges, Inc. and Bedford Park Properties, LLC, and any amendments thereto | 2/26/2010 | 8/31/2015 |
| Bensalem (Parking) | ESA P Portfolio PA Properties LLC | | 100 Dunbar Street | | Spartanburg | SC | 29304 | Parking Stall License Agreement, by and between Corinthian Colleges, Inc. and ESA P Portfolio PA Properties LLC, and any amendments thereto | 9/8/2010 | 8/27/2015 |
| Burr Ridge | Sheboygan Holdings, LLC | c/o Warren Blumenthal | 408 East Ravine Baye Road | | Bayside | WI | 53217 | Lease, by and between Corinthian Colleges, Inc. and High Ridge, LLC, and any amendments thereto | 7/10/2001 | 8/31/2015 |
| | LCM Funds 7-Burridge, LLC | c/o Warren Blumenthal | 408 East Ravine Baye Road | | Bayside | WI | 53217 | | | |
| | Steven H Blumenthal | Much Shelist | 191 N. Wacker, Suite 1800 | | Chicago | IL | 60606 | | | |
| | RFP Commercial Inc. | Plaza East Office Center | 330 East Kilbourn, Suite 838 | | Milwaukee | WI | 53202 | | | |
| Burr Ridge (Annex) | Sheboygan Holdings, LLC | c/o Warren Blumenthal | 408 East Ravine Baye Road | | Bayside | WI | 53217 | Lease, by and between Corinthian Colleges, Inc. and High Ridge, LLC, and any amendments thereto | 12/19/2003 | 8/31/2015 |
| | LCM Funds 7-Burridge, LLC | c/o Warren Blumenthal | 408 East Ravine Baye Road | | Bayside | WI | 53217 | | | |
| | Steven H Blumenthal | Much Shelist | 191 N. Wacker, Suite 1800 | | Chicago | IL | 60606 | | | |
| | RFP Commercial Inc. | Plaza East Office Center | 330 East Kilbourn, Suite 838 | | Milwaukee | WI | 53202 | | | |
| Fremont (420 Whitney) | Kirch-Metro Company, LLC | | 129 Waterglen Circle | | Sacramento | CA | 95826 | Standard Industrial/Commercial Single-Tenant Lease-Net Lease, by and between Sequoia Education, Inc. and Burlingame Financial Corp, and any amendments thereto | 11/11/1994 | 8/31/2015 |
| Long Beach - Phase II | Watt Long Beach II, LLC | | 2716 Ocean Park Blvd. #3040 | | Santa Monica | CA | 90405 | Standard Industrial / Commercial Single-Tenant Lease - Net, by and between Watt Long Beach, LLC and Corinthian Colleges, Inc., and any amendments thereto | 12/5/2003 | 8/28/2015 |
| Melrose Park | Daniel G. Kamin Melrose Park Enterprises LLC | | P.O. Box 10234 | | Pittsburgh | PA | 15232 | Lease Agreement, by and between Corinthian Colleges, Inc. and Daniel G. Kamin Melrose Park Enterprises LLC, and any amendments thereto | 3/3/2010 | 8/31/2015 |
| | Kamin Realty Co. | | 490 S. Highland Avenue | | Pittsburgh | PA | 15206 | | | |
| Merrillville (1st Floor) | EFN Merrillville Property LLC | | 8585 Broadway, Suite 140 | | Merrillville | IN | 46410 | Merrillville Office Lease (First Floor), by and between Corinthian Colleges, Inc. and EFN Merrillville Property LLC, and any amendments thereto | 10/1/2010 | 8/31/2015 |
| | North American Real Estate Management | | One E. Oak Hill Drive | Suite 100 | Westmont | IL | 60559 | | | |
| | The Napelton Group | | One E. Oak Hill Drive | Suite 100 | Westmont | IL | 60559 | | | |
| Merrillville (2nd Floor) | EFN Merrillville Property LLC | | 8585 Broadway, Suite 140 | | Merrillville | IN | 46410 | Merrillville Office Lease (First Floor), by and between Corinthian Colleges, Inc. and EFN Merrillville Property LLC, and any amendments thereto | 10/1/2010 | 8/31/2015 |
| | North American Real Estate Management | | One E. Oak Hill Drive | Suite 100 | Westmont | IL | 60559 | | | |
| | The Napelton Group | | One E. Oak Hill Drive | Suite 100 | Westmont | IL | 60559 | | | |
| Merrillville (5th Floor) | EFN Merrillville Property LLC | | 8585 Broadway, Suite 140 | | Merrillville | IN | 46410 | Merrillville Office Lease, by and between Corinthian Colleges, Inc. a.k.a Olympia College and Tower Crossing Associates, LLC, and any amendments thereto | 4/8/2004 | 8/31/2015 |
| | North American Real Estate Management | | One E. Oak Hill Drive | Suite 100 | Westmont | IL | 60559 | | | |
| | The Napelton Group | | One E. Oak Hill Drive | Suite 100 | Westmont | IL | 60559 | | | |
| Salt Lake City | College Property LLC | c/o Wadsworth Development Group, LLC | 166 East 1400 South, Suite 200 | | Draper | UT | 84020 | Lease Agreement, by and between Parent and College Property Partnership, and any amendments thereto | 2/16/2000 | 8/31/2015 |
| Salt Lake City (Annex) | Green Gables Foor, LLC | | P.O. Box 599 | 5455 North Franson Lane | Oakley | UT | 84055 | Lease, by and between Corinthian Colleges, Inc. and 3466 South 3200 West, LLC, and any amendments thereto | 5/6/2005 | 8/31/2015 |
| | Green Gables Foor, LLC | c/o NAI Utah Property Management | 748 W. Heritage Park Blvd., Suite 204 | | Layton | UT | 84041 | | | |
| Santa Ana CSC | BRE/OC Griffin, LLC | | GRIFFIN TOWERS II, BLDG ID: 22572 | PO BOX 209259 | Austin | TX | 78720-9259 | Office lease, between GT Partners, and Corinthian Schools, Inc., and any amendments thereto | 10/7/1996 | 8/31/2015 |
| | BRE/OC Griffin, LLC | c/o Equity Office Management | 801 N. Brand Blvd. | Suite 630 | Glendale | CA | 91203 | | | |
| Skokie | Old Orchard Acquisition Partners, LLC | | | | | | | Office Lease, by and between Corinthian Colleges, Inc. and Long Drive Investors I, L.L.C., and any amendments thereto | 11/29/2000 | 8/31/2015 |
| | Long Drive Investors I, L.L.C. | c/o Walton Street Capital L.L.C. | 900 North Michigan Avenue, Suite 1900 | | Chicago | IL | 60611 | | | |
| Skokie Annex | Old Orchard Acquisition Partners, LLC | | | | | | | Office Lease, by and between Corinthian Colleges, Inc. and Long Drive Investors I, L.L.C., and any amendments thereto | 5/5/2004 | 8/31/2015 |
| | Long Drive Investors I, L.L.C. | c/o Walton Street Capital L.L.C. | 900 North Michigan Avenue, Suite 1900 | | Chicago | IL | 60611 | | | |
| Tyson's Corner (Vienna) | JD/LD Virginia, LLC | | P.O. Box 7555 | | Redlands | CA | 92375-0555 | Deed of Lease by and between Corinthian Colleges, Inc. and JD/LD Virginia, LLC, and any amendments thereto | 10/5/2011 | 8/31/2015 |
| | JD/LD Virginia, LLC | c/o Contracts and Legal Services Department | 380 New York Street | | Redlands | CA | 92375-0555 | | | |
| | Washington Property Company | | 4719 Hampden Lane | 3rd Floor | Bethesda | MD | 20814 | | | |
| West Sacramento | Harsch Investment Properties, LLC | | 1121 SW Salmon St. | | Portland | OR | 97205 | Standard Industrial/Commericial Multi-Tenant Lease Net by and between Harsch Investment Properties, LLC, an Oregon limited liability company, and Corinthian Colleges, Inc., a Delaware Corporation, and any amendments thereto | 8/19/2005 | 8/31/2015 |
| | Harsch Investment Properies, LLC | | 830 Riverside Parkway | Suite 10 | Sacramento | CA | 95605 | | | |