IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered)<br><br>Hearing Date: October 14, 2015 @ 3:00 p.m. (ET)<br>Obj. Deadline: October 7, 2015 @ 4:00 p.m. (ET) |

## NOTICE OF MOTION

To:   See attached service list.

**PLEASE TAKE NOTICE THAT** the undersigned counsel has filed the Motion of EFN Merrillville Property, LLC to Compel Debtors to Timely Comply with their Obligations Under 11 U.S.C. § 365(d)(3) (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** if you wish to respond to the Motion, you are required to file such response **on or before October 7, 2015 at 4:00 p.m. prevailing Eastern Time** (the "Objection Deadline").

At the same time, you must serve a copy of such response on the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held **October 14, 2015 at 3:00 p.m. prevailing Eastern Time** before the Honorable Kevin J. Carey, United States Bankruptcy Court, for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom # 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 17, 2015

**MORRIS JAMES LLP**

_/s/ Carl N. Kunz, III_
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 3206
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: ckunz@morrisjames.com

Counsel to RFN Merrillville Property, LLC