# EXHIBIT A

EFN Merrillville Property LLC  
1 E. OAK HILL DRIVE  
SUITE 100  
WESTMONT, IL  60559  
(219)738-5258  

Date: 09-02-2015  
Account: CORINTHIA1  

Zenith Education Group  
P.O. Box 26768  
Santa Ana, CA  92799  

Amount enclosed: _____

Please enclose this portion with your remittance.

O P E N    I T E M    S T A T E M E N T

Make checks payable to:  
  EFN Merrillville Property LLC  
  1 E. OAK HILL DRIVE  
  SUITE 100  
  WESTMONT, IL  60559  

Statement for:  
  Zenith Education Group  
  8585 Broadway  
  Merrillville, IN  46410  

Statement date  
09-02-2015

| Unit | Due Date | Description | Amount |
|---|---|---|---|
| 130 | 08-01-2015 | Rent Charge | 11,601.16 |
| 130 | 08-19-2015 | Late Charge | 274.02 |
|  |  | Balance | 11,875.18 |

Payment due upon receipt.

Please pay by due date to avoid late charges.

EFN Merrillville Property LLC
1 E. OAK HILL DRIVE
SUITE 100
WESTMONT, IL   60559
(219)738-5258

    Date: 09-02-2015
    Account: CORINTHIA2

Zenith Education Group     Amount enclosed: _____
P.O. Box 26768
Santa Ana, CA   92799

**Please enclose this portion with your remittance.**

O P E N    I T E M    S T A T E M E N T

Make checks payable to:
  EFN Merrillville Property LLC
  1 E. OAK HILL DRIVE
  SUITE 100
  WESTMONT, IL   60559

Statement for:     Statement date
  Zenith Education Group     09-02-2015
  8585 Broadway #200
  Merrillville, IN   46410

| Unit | Due Date | Description | Amount |
|------|----------|-------------|--------|
| 200  | 08-01-2015 | Rent Charge | 54,329.92 |
| 200  | 08-19-2015 | Late Charge | 914.95 |
|      |            | Balance     | 55,244.87 |

**Payment due upon receipt.**

**Please pay by due date to avoid late charges.**

EFN Merrillville Property LLC
1 E. OAK HILL DRIVE
SUITE 100
WESTMONT, IL  60559
(219)738-5258

Date: 09-02-2015
Account: CORINTHIAN

Zenith Education Group
P.O. Box 26768
Santa Ana, CA  92799

Amount enclosed: _____

Please enclose this portion with your remittance.

O P E N    I T E M    S T A T E M E N T

Make checks payable to:
 EFN Merrillville Property LLC
 1 E. OAK HILL DRIVE
 SUITE 100
 WESTMONT, IL  60559

Statement for:                                              Statement date
 Zenith Education Group                                      09-02-2015
 8585 Broadway
 Merrillville, IN  46410

| Unit | Due Date | Description | Amount |
|---|---|---|---|
| 550 | 08-19-2015 | Late Charge | 472.97 |
| 550 | 08-01-2015 | Rent Charge | 24,864.73 |
|  |  | Balance | 25,337.70 |

Payment due upon receipt.

Please pay by due date to avoid late charges.