# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. _____ |

**ORDER GRANTING**
**MOTION OF EFN MERRILLVILLE PROPERTY, LLC TO COMPEL DEBTORS**
**TO TIMELY COMPLY WITH THEIR OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3)**

WHEREAS, EFN Merrillville Property, LLC ("EFN" or "Landlord"), moved (the "Motion"), pursuant to 11 U.S.C. § 365(d)(3), for entry of an order (i) requiring the above-captioned debtors and debtors in possession (the "Debtors") to immediately pay August 2015 rent in accordance with their obligations under 11 U.S.C. § 365(d)(3); and

WHEREAS, the Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334(b); this is a core proceeding arising under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") that the Court has authority to hear and determine within the meaning of 28 U.S.C. § 157(b)(2)(A), (B), and (M); the statutory predicate for the relief sought herein is 11 U.S.C. §§ 365(d)(3) and, alternatively, 365(d)(2); venue before this Court is proper pursuant to 28 U.S.C. § 1409; and notice of the Motion has been sufficient and all parties wishing to be heard have had the opportunity to do so; and

WHEREAS, this Court, having reviewed and heard argument relating to any objections to the Motion, if any; and

WHEREAS, this Court finds that the Motion should be granted;

8053958/1

IT IS HEREBY ORDERED as follows:

    a) The Motion is granted to the extent provided herein.

    b) The Debtors shall pay to Landlord the sum of $92,457.75 in full, within 2 business dates of entry of this Order.

Dated: _____, 2015

                                                  _____
                                                  The Honorable Kevin J. Carey
                                                  United States Bankruptcy Judge