IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |
| § | **Re: Docket Nos. 171, 186, 504, 627, 734 & 937** |

-------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING FIFTH ORDER
APPROVING DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE
*NUNC PRO TUNC* TO THE DATE THAT THE DEBTORS SURRENDER
POSSESSION; (II) APPROVING THE ABANDONMENT OF
ANY PERSONAL PROPERTY REMAINING AT THE LEASE
LOCATIONS; AND (III) GRANTING CERTAIN RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On May 21, 2015, Corinthian Colleges, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective Nunc Pro Tunc to the Date that the Debtors Surrendered Possession; (II) Approving the Abandonment of any Personal Property Remaining at the Lease Locations; and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 12987803v.1

*(III) Granting Certain Related Relief* [Docket No. 171] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.  On May 22, 2015, the Debtors filed the *Notice of Effective Date of Rejection for Unexpired Lease of Nonresidential Real Property* [Docket No. 186], indicating that the Debtors surrendered possession of the lease for 2161 Technology Place, Long Beach, CA 90810 (the "**Long Beach Lease**").

3.  On June 16, 2015, Watt Management Company (the "**Landlord**") filed the *Limited Objection of Watt Management Company to the Debtors' Second Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Effective Nunc Pro Tunc to the Date That the Debtors Surrender Possession; (II) Approving the Abandonment of Any Personal Property Remaining at the Lease Locations; and (III) Granting Certain Related Relief* [Docket No. 419] (the "**Objection**"), objecting to issues related to the rejection of the Long Beach Lease.

4.  On June 30, 2015, the Court conducted a hearing (the "**Hearing**") on the Motion. At the Hearing, the Debtors notified that Court that they had not surrendered the premises covered by all of the leases listed on Exhibit 1 to the proposed form of order filed with the Motion and that they were adjourning the Motion with respect to the Long Beach Lease. At the Hearing, the Debtors submitted a proposed form of order approving the rejection of the leases for the premises has been surrendered as of the Hearing (other than the Long Beach Lease), which the Court approved [Docket No. 504] (the "**First Rejection Order**").

5.  Also at the Hearing, the Debtors indicated that they would submit separate forms of order approving the rejection of the Leases that were included in Exhibit 1 to the Motion but

not rejected pursuant to the First Rejection Order.  At the hearing held on July 28, 2015, the Debtors submitted a second proposed form of order approving the rejection of the leases for which the Debtors surrendered the premises following entry of the First Rejection Order.  The Court approved this second form of order on July 28, 2015 [Docket No. 627].  On August 11, 2015, the Debtors submitted a third order approving the Motion to the Court under certification of counsel, and the Court approve this third form of order on the same date [Docket No. 734].  On September 16, 2015, the Debtors submitted a fourth order approving the Motion to the Court under certification of counsel, and the Court approve this fourth form of order on September 17, 2015 [Docket No. 973].

      6.      The Debtors and the Landlord have resolved the issues raised in the Objection, and the Landlord has consented to the Debtors submitting a proposed form of order to the Court approving the rejection of the Long Beach Lease.  Accordingly, the Debtors have prepared a fifth form of order approving the Motion (the "**Fifth Rejection Order**").  A copy of the Fifth Rejection Order is attached hereto as Exhibit A.  The Fifth Rejection Order is in a substantially similar form as the other orders that have been entered approving the Motion other than Exhibit 1.  Exhibit 1 to the Fifth Rejection Order lists the Long Beach Lease, the only lease listed on Exhibit 1 to the Motion for which an order approving rejection has not been entered.

WHEREFORE, the Debtors respectfully request that the Court enter the Fifth Rejection Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.

| | |
|---|---|
| Dated: September 17, 2015<br>Wilmington, Delaware | */s/* Marisa A. Terranova<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>      merchant@rlf.com<br>      terranova@rlf.com<br>      steele@rlf.com<br><br>Counsel for the Debtors and Debtors in Possession |