**EXHIBIT 1**

Exhibit 1 - Lease

| Campus | Landlord Name | Address 1 | City | State | ZIP | Name of Lease | Date of Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|
| Long Beach - Phase 1 | Watt Long Beach, LLC | 2716 Ocean Park Blvd. #3040 | Santa Monica | CA | 90405 | Standard Industrial / Commercial Single-Tenant Lease Net, by and between Watt Long Beach, LLC and Corinthian Colleges, Inc., and any amendments thereto | 5/9/2003 | 5/26/2015 |