# EXHIBIT B

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | ☐ |

### ORDER (I) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF TRANSITION SERVICES AGREEMENT (AS AMENDED) WITH ZENITH EDUCATION GROUP, INC. TO DISTRIBUTION TRUST AND (II) APPROVING AMENDMENT OF THE TRANSITION SERVICES AGREEMENT AND THE SETTLEMENTS CONTAINED THEREIN

Upon the motion (the "**Motion**")[2] of Corinthian Colleges, Inc. ("**Corinthian**") and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") requesting the entry of an order, pursuant to sections 105(a), 363 and 365(a) and (f) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 6004, 6006 and 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), (i) authorizing the Debtors to assume and assign that certain Transition Services Agreement, dated February 2, 2015 (as amended, the "**TSA**"), as modified by the First Amendment to Transition Services Agreement, dated as of September 18, 2015 (the "**TSA Amendment**"), between Corinthian and Zenith Education

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion.

RLF1 12988467v.1

Group, Inc. ("**Zenith**") to the Distribution Trust; and (ii) approving the TSA Amendment and the settlements and releases contained therein; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing, and all the proceedings before the Court; and the Court having found and determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized, pursuant to section 365 of the Bankruptcy Code, to assume and assign the TSA (as modified by the TSA Amendment) to the Distribution Trust, effective as of the date of this Order.

3. The TSA Amendment and the settlement and releases embodied therein are approved pursuant to Bankruptcy Rule 9019.

4. The TSA (as modified by the TSA Amendment) and this Order constitute valid and binding obligations of the Debtors, their estates and the Distribution Trust, which shall

be enforceable in accordance with the terms thereof and shall be binding on the Debtors, their estates and any and all successors to and assigns of the Debtors, including the Distribution Trust.

5. The fourteen-day (14-day) stays provided for by Bankruptcy Rules 6004(h) and 6006(d) are hereby waived.

6. The Debtors, the Distribution Trust and their respective officers and agents are authorized and directed to execute, deliver, implement and fully perform any and all obligations, instruments, documents and papers and to take any and all actions reasonably necessary or appropriate to implement the relief granted in this Order.

7. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2015
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1 12988467v.1