# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.  
**CASE NO.:** 15-10952-KJC

**COURTROOM LOCATION:** 5  
**DATE:** September 18, 2015

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Carl N. Kunz | Morris James LLP | Jennifer Stevens |
| Shanti Katona | Polsinelli PC | Student Committee |
| Jeremy Ryan | Potter Anderson & Corroon | Bank of America |
| Mark Collins | Richards, Layton & Finger | Debtors |
| Marisa Terranova | " " | " " |
| Aaron Stulman | Ashby & Geddes | Campus Student Financing Committee |
| Julia Klein | Rosner Law Group | Committee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

Calendar Date: 09/18/2015
Calendar Time: 10:00 AM ET

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7158124 | Nicholas G. Campins ✓ | (510) 622-2060 | Office of the Attorney General of California | Interested Party, People of the State of California / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7159699 | Kent Collier ✓ | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7156347 | Bernard Eskandari | (213) 897-2652 | California Department of Justice | Interested Party, California Department of Justice / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 SUB | Hearing | 7158396 | ~~Scott F. Gautier~~ LORI BAU | (310) 552-0130 | Robins Kaplan LLP | Creditor, Student Committee / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7141819 | Anna Gumport ✓ | (213) 896-6064 | Sidley Austin LLP | Creditor, Bank of America, N.A. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7141842 | Jennifer C. Hagle | 213-896-6015 | Sidley Austin LLP | Creditor, Bank of America / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7132926 | Carter Ott | (510) 622-2155 | Attorney General Office | Movant, A California Bureau for Private Post Secondary Education / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7159844 | Michael Sew Hoy | (202) 307-3571 | U.S. Department of Justice - Civil Division | Representing, Department of Education U.S. Department of Justice / LISTEN ONLY |