IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on September 17, 2015 I caused to be served:

**MOTION OF EFN MERRILLVILLE PROPERTY, LLC TO COMPEL DEBTORS TO TIMELY COMPLY WITH THEIR OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3)**
[Docket No. 975]

Service was completed upon the following individuals listed on the attached list as indicated thereon.

Date:   September 18, 2015

_____
Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 18th day of September, 2015.

_____
Notary

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
[Counsel to the Debtors and Debtors in Possession]

Frederick B. Rosner, Esq.
Julia B. Klein, Esq.
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured Creditors]

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
H. Jeffrey Schwartz, Esq.
Bennett S. Silverberg, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
[Counsel to the Official Committee of Unsecured Creditors]