# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re CORINTHIAN COLLEGES, INC., et al[1]

Case No. 15-10952
Reporting Period: August 1 – August 31, 2015

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/ Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | Note 1 | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | Note 1 | |
| Schedule of Professional Fees Paid | MOR-1b | Yes | Note 1 | |
| Copies of bank statements | | No | | |
| Cash disbursements journals | | Yes | Note 1 | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Post-petition Taxes | MOR-4 | Yes | Note 1 | |
| Copies of IRS Form 6123 or payment receipt | | N/A | Note 1 | |
| Copies of tax returns filed during reporting period | | No | Note 1 | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | Note 1 | |
| Listing of aged accounts payable | MOR-4 | Yes | Note 1 | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | Note 1 | |
| Debtor Questionnaire | MOR-5 | Yes | Note 1 | |

Note:
(1) Cash Receipts and Disbursements have been reported on a Consolidated Basis.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                          Date

_____          _____
Signature of Joint Debtor                                   Date

_____          _9/18/15_____
Signature of Authorized Individual*                   Date

_Jack Massimino_____          _Chairman & CEO_____
Printed Name of Authorized Individual              Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

RLF1 3255859v.1

# MOR – 1
# Schedule of Cash Receipts and Disbursements

## Corinthian Colleges, Inc. - Consolidated

*8/1/15 - 8/31/15*

*($ in Thousands)*

**Week Ending:**

**RECEIPTS**

| | | |
|---|---|---:|
| Receivables / Education Receipts | $ | 100 |
| Proceeds from Sale of Equipment / FF&E | | 100 |
| Other Cash Receipts-State Grant Funds | | 1,032 |
| Other Cash Receipts | | 84 |
| **Total Receipts** | | **1,316** |

**ORDINARY COURSE DISBURSEMENTS**

| | |
|---|---:|
| Payroll Benefits and Taxes | 219 |
| Rent | 38 |
| CSC Rent | 0 |
| Moving / Location Expenses | 6 |
| Security | 11 |
| Utilities (including deposits) | 57 |
| Ordinary Course Professionals | 475 |
| Other Operating Expenses & Consultants | 259 |
| **Total Op Expenses** | **1,066** |

| | |
|---|---:|
| **OPERATING CASH FLOW** | **250** |

**NON-OPERATING C/F**

| | |
|---|---:|
| CCI Professional Fees | (657) |
| Committee Professional Fees | (160) |
| Lender Professional Fees | - |
| Noticing Costs / Plan Costs | - |
| UST Fees | (2) |
| **Sub-Total Non-Operating** | **(818)** |

| | |
|---|---:|
| **NET CASH FLOW** | **(568)** |

| | | |
|---|---|---:|
| Beg Book Balance | $ | 7,370 |
| *Net Cash Flow* | | (568) |
| *Net adj to Beg. Book Balance related to final reconcilations* | | 23 |
| **Ending Book Balance** | $ | 6,824 |

# MOR – 1a
# Bank Reconciliation

Corinthian Colleges, Inc. - Book to Bank Reconciliation

| Account Name | DBA/Title | Bank Name | Account # | Bank Statement Balance 8/31 | Book Balance as of Aug 31, 2015 | Variance | Explanation |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Concentration | BMO Harris | -9278 | - | - | - | |
| Corinthian Colleges, Inc. | Concentration | B of Am | -6737 | 5,275.79 | 5,275.79 | - | |
| Corinthian Colleges, Inc. | Electronic Receipts | B of Am | -3977 | 4,879,935.31 | 4,879,935.31 | - | |
| Corinthian Colleges, Inc. | Concentration | Union Bank | -4999 | 1,386,148.96 | 1,386,148.96 | - | |
| Corinthian Colleges, Inc. | CCI Payroll | Union Bank | -1139 | - | - | - | No Outstandings |
| Corinthian Colleges, Inc. | Petty Cash | Union Bank | -1082 | 613,847.66 | 548,552.20 | (65,295) | Outstanding Checks, see list attached. |
| **Total Corinthian Colleges, Inc.** | | | | 6,885,207.72 | 6,819,912.26 | (65,295.46) | |
| | | | | | | | |
| Everest College Phoenix, Inc. | ECP Payroll | B of Am | -9997 | - | (862.95) | (863) | Outstanding Checks, see list attached. |
| **Total Everest College Phoenix, Inc.** | | | | - | (862.95) | (862.95) | |
| | | | | | | | |
| Heald College LLC. | Concentration | B of Am | -9250 | - | - | - | |
| Heald College LLC. | HLD Payroll | B of Am | -7570 | - | (24,732.36) | (24,732) | Outstanding Checks, see list attached. |
| **Total Heald College LLC.** | | | | - | (24,732.36) | (24,732.36) | |
| | | | | | | | |
| MJB Acquisiton Corp | dba WyoTech | Capital West | -9056 | 30,000.26 | 30,000.26 | - | |
| **Total MJB Acquisiton Corp** | | | | 30,000.26 | 30,000.26 | - | |
| | | | | | | | |
| Sequoia Education Inc | SEQ Payroll | B of Am | -3443 | - | (8.49) | (8.49) | Outstanding Checks, see list attached. |
| **Total Sequoia Education Inc** | | | | - | (8.49) | (8.49) | |

"MOR - 1a"

**Corinthian Colleges**
**August 2015 Outstanding Checks**

| Date | Category | Amount | Vendor | Description |
|------|----------|--------|--------|-------------|
| *Outstanding Checks Related to Account -1082:* | | | | |
| 8/14/15 | T/E Travel | $  2,710 | William Calhoun | AP Check #10773 |
| 8/21/15 | Miscellaneous | 5,205 | JK Moving Services-Operating | AP Check #10784 |
| 8/21/15 | Utilities | 412 | Ontario Municipal Utilities Co. | AP Check #10786 |
| 8/25/15 | Utilities | 13,140 | PG&E | AP Check #10788 |
| 8/25/15 | Utilities | 13,864 | PG&E | AP Check #10789 |
| 8/25/15 | Utilities | 38 | PG&E | AP Check #10790 |
| 8/25/15 | Utilities | 19,944 | PG&E | AP Check #10791 |
| 8/25/15 | Utilities | 897 | PG&E | AP Check #10792 |
| 8/25/15 | Security | 4,512 | Cambridge Security | AP Check #10793 |
| 8/28/15 | Postage | 340 | FedEx | AP Check #10794 |
| 8/28/15 | Utilities | 39 | PG&E | AP Check #10795 |
| 8/28/15 | Utilities | 2,515 | Modesto Irrigation District | AP Check #10796 |
| 8/28/15 | Hrs worked | 772 | Bob Bosic | AP Check #10797 |
| 8/28/15 | Hrs worked | 907 | Kim Barbieri | AP Check #10798 |
| Total Outstanding | | $   65,295 | | |

**Union Outstanding Checks Related to Account CCI -1139:**

| | | | | |
|---|---|---|---|---|
| Total Outstanding | | $       - | | |

**BofA Outstanding Checks Related to Account Sequoia-3443:**

| | | | | |
|---|---|---|---|---|
| | Payroll | $       8 | SEI Employee | Payroll Check #18101 |
| Total Outstanding | | $       8 | | |

**BofA Outstanding Checks Related to Account ECP-9997:**

| | | | | |
|---|---|---|---|---|
| | Payroll | $   739 | ECP Employee | Payroll Check #4074 |
| | Payroll | 70 | ECP Employee | Payroll Check #4086 |
| | Payroll | 53 | ECP Employee | Payroll Check #4087 |
| Total Outstanding | | $   863 | | |

"MOR - 1a"

**Corinthian Colleges**
**August 2015 Outstanding Checks**

| Date | Category | Amount | Vendor | Description |
|------|----------|--------|--------|-------------|

*BofA Outstanding Checks Related to Account Heald-7570:*

| Date | Category | Amount | Vendor | Description |
|------|----------|--------|--------|-------------|
| | Payroll | $ 1,070 | HLD Employee | Payroll Check #45181 |
| | Payroll | 401 | HLD Employee | Payroll Check #45185 |
| | Payroll | 1 | HLD Employee | Payroll Check #45187 |
| | Payroll | 4 | HLD Employee | Payroll Check #45188 |
| | Payroll | 2 | HLD Employee | Payroll Check #45193 |
| | Payroll | 3 | HLD Employee | Payroll Check #45196 |
| | Payroll | 1 | HLD Employee | Payroll Check #45197 |
| | Payroll | 2 | HLD Employee | Payroll Check #45198 |
| | Payroll | 963 | HLD Employee | Payroll Check #45202 |
| | Payroll | 1,148 | HLD Employee | Payroll Check #45206 |
| | Payroll | 260 | HLD Employee | Payroll Check #45209 |
| | Payroll | 1,191 | HLD Employee | Payroll Check #45214 |
| | Payroll | 1,484 | HLD Employee | Payroll Check #45215 |
| | Payroll | 776 | HLD Employee | Payroll Check #45218 |
| | Payroll | 128 | HLD Employee | Payroll Check #45222 |
| | Payroll | 2,422 | HLD Employee | Payroll Check #45223 |
| | Payroll | 769 | HLD Employee | Payroll Check #45224 |
| | Payroll | 884 | HLD Employee | Payroll Check #45226 |
| | Payroll | 1,162 | HLD Employee | Payroll Check #45227 |
| | Payroll | 575 | HLD Employee | Payroll Check #45230 |
| | Payroll | 707 | HLD Employee | Payroll Check #45232 |
| | Payroll | 808 | HLD Employee | Payroll Check #45233 |
| | Payroll | 349 | HLD Employee | Payroll Check #45234 |
| | Payroll | 508 | HLD Employee | Payroll Check #45237 |
| | Payroll | 254 | HLD Employee | Payroll Check #45240 |
| | Payroll | 551 | HLD Employee | Payroll Check #45242 |
| | Payroll | 395 | HLD Employee | Payroll Check #45243 |
| | Payroll | 798 | HLD Employee | Payroll Check #45245 |
| | Payroll | 388 | HLD Employee | Payroll Check #45247 |
| | Payroll | 73 | HLD Employee | Payroll Check #45248 |
| | Payroll | 1,798 | HLD Employee | Payroll Check #45249 |
| | Payroll | 845 | HLD Employee | Payroll Check #45250 |
| | Payroll | 480 | HLD Employee | Payroll Check #45258 |
| | Payroll | 176 | HLD Employee | Payroll Check #45266 |
| | Payroll | 922 | HLD Employee | Payroll Check #45288 |
| | Payroll | 9 | HLD Employee | Payroll Check #45297 |
| | Payroll | 139 | HLD Employee | Payroll Check #45315 |
| | Payroll | 599 | HLD Employee | Payroll Check #45344 |
| | Payroll | 120 | HLD Employee | Payroll Check #45336 |
| | Payroll | 993 | HLD Employee | Payroll Check #45353 |
| | Payroll | 573 | HLD Employee | Payroll Check #45354 |
| Total Outstanding | | $ 24,732 | | |

# MOR – 1b
# Schedule of Professional Fees Paid

"MOR - 1b"

Corinthian Colleges
Schedule of Professional Fees
Month Close August 31, 2015

| Date | Category | Payment Amount | Vendor | Description |
|------|----------|---------------|--------|-------------|
| 8/26/2015 | CCI Professional Fees | $ 359,883 | Richards Layton Finger | June Professional Fees |
| 8/21/2015 | CCI Professional Fees | 296,765 | FTI Consulting | July Fees & Expenses |
| | | $ 656,648 | | |

MOR – 1 Supplemental
Cash Disbursement Journal

**Corinthian Colleges, Inc.**
**ACH and Check Disbursement Summary by Entity**
**August 31, 2015**

| Entity | BU No. | TIN | Payment Amount |
|---|---|---|---|
| Ashmead Education, Inc. | BU-00831 | 91-1419120 | $ - |
| Career Choices, Inc. | BU-00830 | 33-0661425 | - |
| CDI Education USA, Inc. | BU-15650 | 87-0720505 | - |
| Corinthian Colleges, Inc. | BU-00897 | 33-0717312 | 1,741,002 |
| Corinthian Property Group, Inc. | BU-00887 | 33-0752106 | - |
| Corinthian Schools, Inc. | BU-00891 | 95-4520525 | 46,545 |
| ECAT Acquisition, Inc. | BU-00842 | 57-1177789 | - |
| Eton Education, Inc. | BU-00833 | 94-3343608 | - |
| Everest College Phoenix | BU-00825 | 45-2216173 | 372 |
| Florida Metropolitan University, Inc. | BU-00893 | 33-0717605 | - |
| Grand Rapids Education Centers, Inc. | BU-00881 | 38-2442031 | - |
| Heald College, LLC. | BU-81101 | 20-8699639 | 35,616 |
| MJB Acquisition Corp. | BU-00841 | 83-0301912 | 20,187 |
| Pegasus Education, Inc. | BU-00821 | 33-0982336 | - |
| QuickStart Intelligence, Inc. | BU-81203 | 33-0975665 | - |
| Rhodes Business Group, Inc. | BU-00885 | 33-0726709 | - |
| Rhodes Colleges, Inc. | BU-00895 | 33-0717311 | 133 |
| Sequoia Education, Inc. | BU-00832 | 94-3135739 | 40,250 |
| Socle Education, Inc. | BU-90100 | 36-4743477 | - |
| Titan Schools, Inc. | BU-00851 | 52-2133201 | - |
| Total | | | $ 1,884,104.67 |

[1] The Debtors' disbursements are made through centralized cash management accounts; however, the Debtors have estimated the allocation of disbursements to the legal entity on whose behalf a disbursement was made.

"MOR - 1 Supplemental"

**Corinthian Colleges, Inc.**
**ACH and Check Disbursement Detail**
**August 31, 2015**

| Category | Issue Date | Amount | Vendor Name |
|---|---|---|---|
| Other Operating Exp & Consultants | 8/4/2015 | $ 80.00 | Educause |
| Other Operating Exp & Consultants | 8/4/2015 | 125.00 | Paracorp Inc DBA PARASEC |
| Other Operating Exp & Consultants | 8/4/2015 | 3,102.50 | Aimee Switzer |
| Other Operating Exp & Consultants | 8/4/2015 | 1,776.00 | Kim Barbieri |
| Other Operating Exp & Consultants | 8/4/2015 | 2,251.50 | Will Lovett |
| Payroll Benefits and Taxes | 8/4/2015 | 3,285.50 | State Compensation Insurance Fund |
| Ordinary Course Professionals | 8/5/2015 | 23,786.00 | Gavin Solmonese LLC |
| Ordinary Course Professionals | 8/5/2015 | 296,601.00 | Richards Layton Finger |
| Ordinary Course Professionals | 8/5/2015 | 6,519.57 | The Rosner Law Group, LLC |
| Other Operating Exp & Consultants | 8/5/2015 | 12,647.87 | William Buchanan |
| Payroll Benefits and Taxes | 8/5/2015 | 44,458.62 | CCI Payroll Direct Deposit |
| Payroll Benefits and Taxes | 8/5/2015 | 60,000.00 | Delta Dental |
| Other Operating Exp & Consultants | 8/6/2015 | 22,490.00 | King Consulting Group |
| Other Operating Exp & Consultants | 8/6/2015 | 4,300.00 | Connie Kane |
| Other Operating Exp & Consultants | 8/6/2015 | 600.00 | Kristen Nguyen |
| Payroll Benefits and Taxes | 8/6/2015 | 20,911.63 | ADP Payroll Deposit Custodial Account |
| UST Fees | 8/6/2015 | 1,625.00 | US Trustee |
| Ordinary Course Professionals | 8/7/2015 | 8,389.55 | Cooley, LLP |
| Ordinary Course Professionals | 8/7/2015 | 22,518.00 | Cooley, LLP |
| Ordinary Course Professionals | 8/7/2015 | 56,141.69 | Greenberg Gross LLP |
| Other Operating Exp & Consultants | 8/7/2015 | 500.00 | Shaco Inc. |
| Other Operating Exp & Consultants | 8/7/2015 | 410.23 | FedEx |
| Other Operating Exp & Consultants | 8/7/2015 | 27.62 | Landauer |
| Other Operating Exp & Consultants | 8/7/2015 | 1,251.60 | Stan Mortensen |
| Other Operating Exp & Consultants | 8/7/2015 | 3,928.33 | William Calhoun |
| Rent | 8/7/2015 | 23,047.28 | Shaco Inc. |
| Utilities | 8/7/2015 | 3,057.86 | Shaco Inc. |
| Ordinary Course Professionals | 8/10/2015 | 18,896.33 | Duane Morris LLP |
| Ordinary Course Professionals | 8/10/2015 | 2,511.00 | Duane Morris LLP |
| Ordinary Course Professionals | 8/10/2015 | 6,647.73 | Latham & Watkins |
| Other Operating Exp & Consultants | 8/10/2015 | 25,907.20 | King Consulting Group |
| Other Operating Exp & Consultants | 8/10/2015 | 4,000.00 | Connie Kane |
| Other Operating Exp & Consultants | 8/10/2015 | 400.00 | Kristen Nguyen |
| Utilities | 8/10/2015 | 2,225.00 | Amberwick Corporation |
| Moving / Location Expenses | 8/14/2015 | 560.00 | ABM Parking Services |
| Other Operating Exp & Consultants | 8/14/2015 | 344.26 | FedEx |
| Other Operating Exp & Consultants | 8/14/2015 | 136.40 | FedEx |
| Other Operating Exp & Consultants | 8/14/2015 | 371.86 | UPS |
| Other Operating Exp & Consultants | 8/14/2015 | 132.51 | UPS |
| Other Operating Exp & Consultants | 8/14/2015 | 3,185.75 | UPS |
| Other Operating Exp & Consultants | 8/14/2015 | 159.54 | Xo Communications |
| Other Operating Exp & Consultants | 8/14/2015 | 2,710.26 | William Calhoun |
| Other Operating Exp & Consultants | 8/14/2015 | 1,495.75 | Robert Bosic |
| Other Operating Exp & Consultants | 8/14/2015 | - | Guy Adams |
| Other Operating Exp & Consultants | 8/14/2015 | 2,457.10 | Kim Barbieri |
| Other Operating Exp & Consultants | 8/14/2015 | 1,125.75 | Will Lovett |
| Other Operating Exp & Consultants | 8/14/2015 | 4,166.83 | William Buchanan |
| Payroll Benefits and Taxes | 8/14/2015 | 24,019.38 | CCI Payroll Direct Deposit |
| Utilities | 8/14/2015 | 1,004.08 | Alameda County Water District |
| Utilities | 8/14/2015 | 321.67 | Primus |
| Utilities | 8/14/2015 | 23.28 | Primus |
| Other Operating Exp & Consultants | 8/17/2015 | 27,172.30 | Recall |
| Other Operating Exp & Consultants | 8/17/2015 | 1,679.33 | Bank of America |
| Other Operating Exp & Consultants | 8/17/2015 | 1,241.01 | Bank of America |
| Other Operating Exp & Consultants | 8/17/2015 | 924.00 | Guy Adams |
| Other Operating Exp & Consultants | 8/17/2015 | 24,857.00 | King Consulting Group |
| Other Operating Exp & Consultants | 8/17/2015 | 4,050.00 | Connie Kane |

"MOR - 1 Supplemental"

**Corinthian Colleges, Inc.**
**ACH and Check Disbursement Detail**
**August 31, 2015**

| Category | Issue Date | Amount | Vendor Name |
|---|---|---|---|
| Other Operating Exp & Consultants | 8/17/2015 | 600.00 | Kristen Nguyen |
| Payroll Benefits and Taxes | 8/19/2015 | 15,190.15 | CCI Payroll Direct Deposit |
| Security | 8/19/2015 | 485.00 | Sonitrol |
| Payroll Benefits and Taxes | 8/20/2015 | 3,332.40 | ADP Payroll Deposit Custodial Account |
| CCI Professional Fees | 8/21/2015 | 296,764.57 | FTI Consulting, Inc. |
| Moving / Location Expenses | 8/21/2015 | 5,204.81 | JK Moving Services-Operating |
| Ordinary Course Professionals | 8/21/2015 | 99.50 | O'Melveney & Myers |
| Other Operating Exp & Consultants | 8/21/2015 | 3,751.06 | Pitney Bowes |
| Other Operating Exp & Consultants | 8/21/2015 | 165.52 | Carolyn Riel |
| Other Operating Exp & Consultants | 8/21/2015 | 1,125.75 | Will Lovett |
| Other Operating Exp & Consultants | 8/21/2015 | 3,976.93 | William Buchanan |
| Other Operating Exp & Consultants | 8/21/2015 | 8,190.00 | FTG Accounting Services - Laurel Williams |
| Payroll Benefits and Taxes | 8/21/2015 | 1,555.84 | CCI Payroll Direct Deposit |
| Security | 8/21/2015 | 6,330.38 | Cambridge Security |
| Utilities | 8/21/2015 | 411.76 | Ontario Municipal Utilities Company |
| Other Operating Exp & Consultants | 8/24/2015 | 20,527.50 | King Consulting Group |
| Other Operating Exp & Consultants | 8/24/2015 | 4,000.00 | Connie Kane |
| Other Operating Exp & Consultants | 8/25/2015 | 875.67 | BMO Harris |
| Other Operating Exp & Consultants | 8/25/2015 | 2,758.65 | Union |
| Other Operating Exp & Consultants | 8/25/2015 | 3,325.75 | Will Lovett |
| Other Operating Exp & Consultants | 8/25/2015 | 9,576.98 | William Buchanan |
| Security | 8/25/2015 | 3,780.00 | Cambridge Security |
| Security | 8/25/2015 | 732.00 | Cambridge Security |
| Utilities | 8/25/2015 | 13,140.30 | PG&E |
| Utilities | 8/25/2015 | 13,864.18 | PG&E |
| Utilities | 8/25/2015 | 37.89 | PG&E |
| Utilities | 8/25/2015 | 19,944.41 | PG&E |
| Utilities | 8/25/2015 | 897.04 | PG&E |
| CCI Professional Fees | 8/26/2015 | 359,883.36 | Richards Layton Finger |
| Ordinary Course Professionals | 8/26/2015 | 20,178.40 | The Rosner Law Group, LLC |
| Other Operating Exp & Consultants | 8/26/2015 | 852.86 | Bank of the West |
| Other Operating Exp & Consultants | 8/26/2015 | 3,576.87 | Guy Adams |
| Payroll Benefits and Taxes | 8/26/2015 | 28,629.23 | CCI Payroll Direct Deposit |
| Payroll Benefits and Taxes | 8/26/2015 | 3,513.29 | CCI Payroll Direct Deposit |
| Committee Professional Fees | 8/28/2015 | 160,025.68 | Brown Rudnick LLP |
| Ordinary Course Professionals | 8/28/2015 | 13,160.90 | Gavin Solmonese LLC |
| Other Operating Exp & Consultants | 8/28/2015 | 340.22 | FedEx |
| Other Operating Exp & Consultants | 8/28/2015 | 772.00 | Robert Bosic |
| Other Operating Exp & Consultants | 8/28/2015 | 562.75 | Guy Adams |
| Other Operating Exp & Consultants | 8/28/2015 | 906.50 | Kim Barbieri |
| Other Operating Exp & Consultants | 8/28/2015 | 2,851.83 | William Buchanan |
| Other Operating Exp & Consultants | 8/28/2015 | 2,700.00 | FTG Accounting Services - Laurel Williams |
| Other Operating Exp & Consultants | 8/28/2015 | 4,800.00 | Connie Kane |
| Other Operating Exp & Consultants | 8/28/2015 | 400.00 | Kristen Nguyen |
| Payroll Benefits and Taxes | 8/28/2015 | 13,818.68 | ADP Payroll Deposit Custodial Account |
| Rent | 8/28/2015 | 14,638.80 | Harsch Investment Properties, LLC, |
| Utilities | 8/28/2015 | 2,514.78 | Modesto Irrigation District |
| Utilities | 8/28/2015 | 39.31 | PG&E |
| Other Operating Exp & Consultants | 8/31/2015 | 22,737.50 | King Consulting Group |
| Total | | $ 1,884,104.67 | |

# MOR – 2
# Statement of Operations

## Corinthian Colleges
## Profit and Loss
### August 2015

| | Ashmead Education, Inc-91-1419120 BU-00831 | Career Choices, Inc-33-0661425 BU-00830 | CDI Education USA, Inc.-87-0720505 BU-15650 | Corinthian Colleges, Inc.-33-0717312 BU-00897 | Corinthian Property Group, Inc-33-0752106 BU-00887 | Corinthian Property Group, Inc.-33-0752106 BU-00897 | Corinthian Schools, Inc-95-4520525 BU-00891 | ECAT Acquisition, Inc-57-1177789 BU-00842 | Eton Education, Inc-94-3343608 BU-00833 | Everest College Phoenix-45-2216173 BU-00825 | Florida Metropolitan University, Inc.-33-0717605 BU-00893 | Grand Rapids Education Centers, Inc.-38-2442031 BU-00881 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| **Total Income** | | | | | | | | | | | | |
| **Gross Profit** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Expenses** | | | | | | | | | | | | |
| Salaries and Other wages | 0.00 | 0.00 | 0.00 | 164,921.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lease Facilities & Equipment | | | | 34,246.43 | | | 76,240.56 | | | | | |
| Legal General Outside | | | | 476,668.16 | | | | | | | | |
| Professional Fees | | | | 753,823.55 | | | | | | | | |
| Utilities & Postage | 0.00 | 0.00 | 0.00 | 1,378.48 | 0.00 | 0.00 | 16,445.79 | 0.00 | 0.00 | 371.86 | 0.00 | 0.00 |
| Miscellaneous | 0.00 | 0.00 | 0.00 | 126,313.19 | 0.00 | 0.00 | 15,297.25 | 0.00 | 0.00 | 836.69 | (200.00) | 0.00 |
| **Total Expenses** | $ - | $ - | $ - | 1,557,350.87 | $ - | $ - | 107,983.60 | $ - | $ - | 1,208.55 | (200.00) | $ - |
| **Net Operating Income** | $ - | $ - | $ - | (1,557,350.87) | $ - | $ - | (107,983.60) | $ - | $ - | (1,208.55) | 200.00 | $ - |
| **Other Expenses** | | | | | | | | | | | | |
| Net G/L FA Sales | | | | 46,932.30 | | | | | | | | |
| **Total Other Expenses** | $ - | $ - | $ - | 46,932.30 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Other Income** | $ - | $ - | $ - | (46,932.30) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Income** | $ - | $ - | $ - | (1,604,283.17) | $ - | $ - | (107,983.60) | $ - | $ - | (1,208.55) | 200.00 | $ - |

**Corinthian Colleges**
**Profit and Loss**
August 2015

| | Heald College, LLC-20-8699639 BU-81101 | Heald SD III-B Heald Holdings Corp. & Elim-26-4439707 BU81111 | Heald SP PE VII-B Heald Holdings Corp.-26-4440115 BU-81110 | MJB Acquisition Corp.-83-0301912 BU-00841 | Pegasus Education, Inc.-33-0982336 BU-00821 | QuickStart Intelligence, Inc.-33-0975665 BU-81203 | Rhodes Business Group, Inc.-33-0726709 BU-00895 | Rhodes Colleges, Inc.-33-0717311 BU-00895 | Sequoia Education, Inc.-94-3135739 BU-00832 | Socle Education, Inc.-36-4743477 BU-90100 | Titan Schools, Inc.-52-2133201 BU-00851 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| Total Income | | | | | | | | | | | | $ - |
| Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Expenses** | | | | | | | | | | | | |
| Salaries and Other wages | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 164,921.06 |
| Lease Facilities & Equipment | | | | 14,638.80 | | | | | 55,069.76 | | | 180,195.55 |
| Legal General Outside | | | | | | | | | | | | 476,668.16 |
| Professional Fees | | | | | | | | | | | | 753,823.55 |
| Utilities & Postage | 28,835.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 132.51 | 43,047.87 | 0.00 | 0.00 | 90,211.69 |
| Miscellaneous | (838.99) | 0.00 | 0.00 | 4,700.45 | 0.00 | 0.00 | 0.00 | 0.00 | 4,667.98 | 0.00 | 0.00 | 150,776.57 |
| Total Expenses | $ 27,996.19 | $ - | $ - | $ 19,339.25 | $ - | $ - | $ - | $ 132.51 | $ 102,785.61 | $ - | $ - | $ 1,816,596.58 |
| Net Operating Income | $ (27,996.19) | $ - | $ - | $ (19,339.25) | $ - | $ - | $ - | $ (132.51) | $ (102,785.61) | $ - | $ - | $ (1,816,596.58) |
| **Other Expenses** | | | | | | | | | | | | |
| Net G/L FA Sales | | | | | | | | | | | | 46,932.30 |
| Total Other Expenses | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 46,932.30 |
| Net Other Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | (46,932.30) |
| Net Income | $ (27,996.19) | $ - | $ - | $ (19,339.25) | $ - | $ - | $ - | $ (132.51) | $ (102,785.61) | $ - | $ - | $ (1,863,528.88) |

MOR – 3
Balance Sheet

"MOR - 3"

## Corinthian Colleges
### Balance Sheet
As of August 31, 2015

| | Ashmead Education, Inc- 51-1419123 BU-00831 | Career Choices, Inc- 33-0681422 BU-00830 | CDI Education USA, Inc- 87-0720500 BU-16500 | Corinthian Colleges, Inc- 33-0717312 BU-00827 | Corinthian Property Group, Inc- 33-0752106 BU-00837 | Corinthian Schools, Inc- 95-4500525 BU-00991 | ECAT Acquisition, Inc- 57-1177799 BU-00842 | Eton Education, Inc- 94-3243956 BU-00833 | Everest College Phoenix- 45-2210173 BU-00825 | Florida Metropolitan University, Inc- 33-0717585 BU-00993 | Grand Rapids Education Centers, Inc- 38-2542031 BU-00981 | Heald College, LLC- 20-8699639 BU-51101 [2] | MJB Acquisition Corp- 83-0391912 BU-00941 | Pegasus Education, Inc- 33-0992358 BU-00951 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | |
| **Bank Accounts** | | | | | | | | | | | | | | |
| Cash | 0.00 | 0.00 | 0.00 | 6,919,942.26 | 0.00 | 0.00 | 0.00 | 0.00 | (862.60) | 0.00 | 0.00 | (24,732.36) | 30,200.26 | 0.00 |
| Restricted Cash | | | | 4,275,378.63 | | | | | | | | | | |
| Total Bank Accounts | $  - | $  - | $  - | 11,195,320.89 | $  - | $  - | $  - | $  - | (862.60) | 1,000,073.00 | 0.00 | (24,732.36) | 30,200.26 | 0.00 |
| **Accounts Receivable** | | | | | | | | | | | | | | |
| Earned A/R - Inactive | 3,740.56 | 0.00 | 0.00 | 0.00 | 0.00 | 6,651,767.71 | 0.00 | 0.00 | 14,564,250.38 | 1,419,609.65 | 0.00 | 13,577,327.14 | 256,063.79 | 0.00 |
| A/R - other earned | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | (1,226.25) | 0.00 | 4,019.5 | 0.00 | (902.75) | (1,282.00) | 9,209.26 | 703,170.97 | 0.00 |
| Reserve | 74,286.5 | 0.0 | 0.0 | 35,401.1 | 0.0 | (6,728,781.6) | 0.0 | 4,019.5 | (14,559,002.5) | 2,152.2 | 2,152.2 | (15,367,500.2) | (1,009,247.2) | 0.0 |
| Total Accounts Receivable | $ 20,921.06 | $  - | $  - | 35,401.88 | $  - | 211,557.49 | $  - | 4,910.25 | 7,878.45 | 2,442.47 | 879.10 | 223,816.16 | (992.91) | $  - |
| **Other current assets** | | | | | | | | | | | | | | |
| Tax Refund Receivable | | | | 223,054.00 | | | | | | | | | | |
| Prepaid Rent | | | | 200,000.00 | | | | | | | | | | |
| Other Receivable | | | | 113,067.26 | | | | | | | | | | |
| Total Other current assets | $  - | $  - | $  - | 537,121.26 | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| Total Current Assets | $ 20,921.06 | $  - | $  - | 11,763,753.23 | $  - | 211,557.49 | $  - | 4,910.25 | 6,815.50 | 1,003,015.47 | 879.10 | 198,883.80 | 29,207.65 | $  - |
| **Other Assets:** | | | | | | | | | | | | | | |
| Deposits | (11,577,071.85) | (38,181,404.17) | (8,915,570.39) | (87,715.40) | | 442,047.74 | | | 38,407.50 | 10,763.00 | | 1,500,370.37 | | (5,466.66) |
| Other Non-Current Assets [1] | (11,577,871.85) | (8,915,570.39) | (8,915,570.39) | (2,110,192,981.17) | 24,765,175.19 | 626,219,806.96 | 46,360,034.77 | 40,759,910.62 | 19,829,425.08 | 1,059,329,410.28 | 75,551,567.40 | 224,189,966.60 | 175,156,503.78 | (41,930,064.22) |
| Total Other Assets | $ (11,557,456.79) | $ (38,181,404.17) | $ (8,915,570.39) | (2,519,849,096.17) | 24,765,175.19 | 626,675,885.53 | 46,360,034.77 | 40,759,910.62 | 19,867,832.58 | 1,059,236,517.28 | 75,551,567.40 | 227,689,571.50 | 175,156,503.78 | (41,930,467.22) |
| **TOTAL ASSETS** | $ (11,557,456.79) | $ (38,181,404.17) | $ (8,915,570.39) | (2,509,980,342.94) | 24,765,175.19 | 627,033,441.32 | 46,360,034.77 | 40,763,829.87 | 19,874,648.08 | 1,060,342,532.75 | 75,552,537.59 | 227,481,727.49 | 175,187,311.43 | (41,930,467.22) |
| | | | | | | | | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | | | | | | |
| Accounts Payable & Accrued Expenses | 7,179,085.71 | 0.00 | 0.00 | 21,606,383.21 | 0.00 | 301,164.57 | 0.00 | 9,034.85 | 15,115.00 | 207,104.11 | 0.00 | 63,019.19 | 41,800.49 | 10,000.51 |
| Total Accounts Payable | $ 7,179,085.71 | $  - | $  - | 21,606,383.21 | $  - | 301,164.57 | $  - | 9,034.85 | 15,115.00 | 207,104.11 | 0.00 | 63,019.19 | 41,800.49 | 10,000.51 |
| **Other Current Liabilities** | | | | | | | | | | | | | | |
| 401K Exec Deferred Comp Plan | | | | 28,333.36 | | 25,917.67 | | | | 7,461.83 | | 115,350.91 | | 328,168.02 |
| Self Ins Healthcare Accrual | | | | 300,000.00 | | | | | | | | | | |
| Self Ins Workers Comp Accrual | 0.00 | 0.00 | 0.00 | 5,492,301.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Accrual ST | 0.00 | 41,255,867.41 | 0.00 | 14,715,547.00 | 0.00 | 0.00 | 227,287.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52,000.00 | 0.00 | 0.00 |
| Refunds Payable | 4,228.70 | 0.00 | 0.00 | 0.00 | 0.00 | 7,472,738.23 | 0.00 | 2,360.87 | 7,471,698.56 | 157,865.25 | 0.00 | 27,304,614.62 | 80,313.30 | 0.00 |
| Current portion LTD | | | | 95,952,140.31 | | | | | | 268,250.49 | | | | |
| Other | 4,228.70 | 0.00 | 0.00 | 525,130.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Current Liabilities | $ 4,228.70 | $ 41,255,867.41 | $  - | 117,094,341.63 | $  - | 7,498,655.90 | 227,287.00 | 2,360.87 | 7,471,698.56 | 433,084.57 | 0.00 | 27,546,965.63 | 80,313.30 | 328,168.02 |
| Total Pre-Petition Current Liabilities | $ 4,228.70 | $ 48,435,953.12 | $  - | 138,615,724.84 | $  - | 7,799,820.47 | 227,287.00 | 11,395.72 | 7,486,814.56 | 640,688.68 | 0.00 | 27,672,324.91 | 122,113.79 | 338,769.53 |
| AP-Post Petition | | | | 2,462,997.76 | | 531,563.12 | | | 92,917.06 | | | 474,497.07 | | |
| Total Post - Petition Current Liabilities | $  - | $  - | $  - | 2,462,997.76 | $  - | 531,563.12 | $  - | $  - | 92,917.06 | $  - | $  - | 474,497.07 | $  - | $  - |
| **Long-term Liabilities** | | | | | | | | | | | | | | |
| Long term loan | | | | 1,753,204.00 | | | | | | 1,000,073.00 | | | | |
| Accrum post retirement benefits | | | | | | | | | | | | | | |
| Total Long-Term Liabilities | $  - | $  - | $  - | 1,753,204.00 | $  - | $  - | $  - | $  - | $  - | 1,000,073.00 | $  - | $  - | $  - | $  - |
| **Total Liabilities** | $ 4,228.70 | $ 48,435,953.12 | $  - | 142,831,926.60 | $  - | 8,330,883.59 | 227,287.06 | 11,395.72 | 7,579,731.62 | 1,641,361.68 | 2,620,388.95 | (278,500,000.74) | 122,113.79 | 338,769.53 |
| **Equity** | | | | | | | | | | | | | | |
| Shareholders Equity | 6,777,258.75 | 37,612,237.53 | 0.00 | 250,304,010.83 | 1.00 | 23,633,945.79 | 2,835,706.10 | 4,494,061.99 | 21,494,111.12 | 42,094,535.19 | | 22,452,316.13 | 10,382,219.13 | 100.00 |
| Retained Earnings | (18,790,968.75) | (144,323,419.92) | (9,919,245.30) | (2,532,141,303.00) | 24,765,459.19 | 624,949,011.08 | 43,307,396.67 | 36,261,981.16 | (7,029,002.92) | 1,256,261,171.76 | 67,867,493.74 | 32,445,949.60 | 165,235,382.25 | (42,139,234.51) |
| Net Income | (2,273.45) | (225.00) | | (9,117,777.37) | (225.00) | (9,800,305.14) | (325.00) | (3,609.00) | (1,660,191.74) | 216,504.12 | 99,675.00 | (10,514,708.43) | (502,203.74) | (255.00) |
| Total Equity | $ (11,561,679.49) | (106,421,067.39) | (9,919,245.30) | (2,241,902,169.54) | 24,765,175.19 | 618,702,577.73 | 46,132,747.77 | 40,752,434.15 | 12,294,916.46 | 1,298,697,211.07 | 72,932,537.59 | 174,665,397.64 | 175,065,197.64 | (42,139,234.51) |
| **TOTAL LIABILITIES AND EQUITY** | $ (11,557,450.79) | $ (58,181,404.17) | $ (8,916,570.39) | (2,099,060,242.94) | 24,765,175.19 | 627,033,441.32 | 46,360,034.77 | 40,763,829.87 | 19,874,648.08 | 1,060,342,532.75 | 75,552,537.59 | 227,481,727.49 | 175,187,311.43 | (41,930,467.22) |

[1] Other non-current assets are largely intercompany assets and investments in subsidiaries, which eliminate upon consolidation. The majority of these balances relate to pre-petition activity.

[2] Includes certain debtor entities that are dormant.

**Corinthian Colleges**
**Balance Sheet**
As of August 31, 2015

| | QuickStart Intelligence, Inc.- 33-0975665 BU-81203 | Rhodes Business Group, Inc.-33-0726709 BU-00885 | Rhodes Colleges, Inc.-33-0717311 BU-00895 | Sequoia Education, Inc.- 94-3135739 BU-00832 | Socle Education, Inc.-36-4743477 BU-90100 | Titan Schools, Inc.- 52-2133221 BU-00851 | TOTAL |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| **Current Assets** | | | | | | | |
| Bank Accounts | | | | | | | |
| Cash | 0.00 | 0.00 | 0.00 | (8.49) | 0.00 | 0.00 | 6,824,308.72 |
| Restricted Cash | | | | | | | 5,376,991.63 |
| **Total Bank Accounts** | $       - | $       - | $       - | $       (8.49) | $       - | $       - | 12,201,300.35 |
| Accounts Receivable | | | | | | | |
| Earned A/R - Inactive | 0.00 | 1,789,541.28 | 3,067,189.16 | 803,328.16 | 0.00 | 0.00 | 42,152,888.43 |
| A/R - other earned | 0.00 | 0.00 | (200.00) | 0.00 | 0.00 | 0.00 | 713,766.13 |
| Reserve | (8,435.7) | (2,368,986.9) | (2,959,047.5) | (820,778.7) | 7.5 | 11,833.0 | (42,847,500.7) |
| **Total Accounts Receivable** | $ (8,435.65) | $ (579,445.62) | $ 107,941.63 | $ (17,450.54) | $ 7.50 | $ 11,833.00 | 19,063.85 |
| Other current assets | | | | | | | |
| Tax Refund Receivable | | | | | | | 223,654.00 |
| Prepaid Rent | | | | | | | 200,000.00 |
| Other Receivable | | | | | | | 113,467.26 |
| **Total Other current assets** | $       - | $       - | $       - | $       - | $       - | $       - | 537,121.26 |
| **Total Current Assets** | $ (8,435.65) | $ (579,445.62) | $ 107,941.63 | $ (17,459.03) | $ 7.50 | $ 11,833.00 | 12,757,485.47 |
| Other Assets | | | | | | | |
| Deposits | | | | | 75,000.00 | | 1,984,411.76 |
| Other Non-Current Assets [1] | 9,448,442.70 | 110,807,951.85 | 431,349,788.08 | 9,526,923.85 | (43,005,636.67) | (65,936,768.23) | 84,397,944.18 |
| **Total Other Assets** | $ 9,448,442.70 | $ 110,807,951.85 | $ 431,349,788.08 | $ 9,601,923.85 | $ (43,005,636.67) | $ (65,936,768.23) | 86,382,355.94 |
| **TOTAL ASSETS** | $ 9,440,007.05 | $ 110,228,506.23 | $ 431,457,729.71 | $ 9,584,464.82 | $ (43,005,629.17) | $ (65,924,935.23) | 99,139,841.41 |
| | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | |
| **Liabilities** | | | | | | | |
| Current Liabilities | | | | | | | |
| Accounts Payable | | | | | | | |
| Accounts Payable & Accrued Expenses | 0.00 | 27,580.34 | 110,951.47 | 8,314.24 | 4,317.33 | 33,559.22 | 29,618,630.63 |
| **Total Accounts Payable** | $       - | $ 27,580.34 | $ 110,951.47 | $ 8,314.24 | $ 4,317.33 | $ 33,559.22 | 29,618,630.63 |
| Other Current Liabilities | | | | | | | |
| 401K Exec Deferred Comp Plan | | | | | | 18,284.41 | 523,355.20 |
| Self Ins Healthcare Accrual | | | | | | | 300,000.00 |
| Self Ins Work Comp Accrual | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,492,301.35 |
| Other Accrual ST | 129,915.40 | 0.00 | 0.00 | 0.00 | 0.00 | 680,763.05 | 57,051,359.86 |
| Refunds Payable | 0.00 | 1,159,267.29 | 2,445,009.34 | 801,019.96 | 0.00 | 0.00 | 46,979,218.42 |
| Current portion LTD | | | | | | | 96,220,396.30 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 523,120.61 |
| **Total Other Current Liabilities** | $ 129,915.40 | $ 1,159,267.29 | $ 2,445,009.34 | $ 801,019.96 | $       - | $ 699,047.46 | 207,099,752.24 |
| **Total Pre-Petition Current Liabilities** | $ 129,915.40 | $ 1,186,847.63 | $ 2,555,960.81 | $ 809,334.20 | $ 4,317.33 | $ 732,606.68 | 236,718,382.87 |
| AP-Post Petition | | | | 297,890.89 | 39,984.05 | | 3,899,249.95 |
| **Total Post - Petition Current Liabilities** | $       - | $       - | $       - | $ 297,890.89 | $ 39,984.05 | $       - | 3,899,249.95 |
| Long-Term Liabilities | | | | | | | |
| Long term debt | | | | | | | 1,000,673.00 |
| Accum post retirement benefits | | | | | | | 1,793,204.00 |
| **Total Long-Term Liabilities** | $       - | $       - | $       - | $       - | $       - | $       - | 2,793,877.00 |
| **Total Liabilities** | $ 129,915.40 | $ 1,186,847.63 | $ 2,053,851.70 | $ 846,318.25 | $ 4,317.33 | $ 732,606.68 | 243,411,509.82 |
| **Equity** | | | | | | | |
| Shareholders Equity | 14,113,488.68 | 519,845.82 | (73,503,130.01) | 11,040,771.28 | 0.01 | 69,460,337.75 | 194,378,870.07 |
| Retained Earnings | (4,800,296.63) | 110,535,451.74 | 503,103,327.49 | (1,970,316.17) | (43,009,628.01) | (136,117,554.66) | (204,923,982.86) |
| Net Income | (3,100.40) | (2,013,638.96) | (996,319.47) | (335,308.54) | (317.50) | (335.00) | (43,726,545.62) |
| **Total Equity** | $ 9,310,091.65 | $ 109,041,658.60 | $ 428,603,878.01 | $ 8,735,146.57 | $ (43,009,945.50) | $ (66,657,541.91) | (144,271,658.41) |
| **TOTAL LIABILITIES AND EQUITY** | $ 9,440,007.05 | $ 110,228,506.23 | $ 431,457,729.71 | $ 9,584,464.82 | $ (43,005,629.17) | $ (65,924,935.23) | 99,139,841.41 |

[1] Other non-current assets are largely intercompany and investments in subsidiaries, which eliminate upon consolidation. The majority of these balances relate to pre-petition activity.
[2] Includes certain Debtor entities that are dormant.

# MOR – 4
# Status of Post-Petition Taxes

"MOR – 4"

In re CORINTHIAN COLLEGES, INC., et al[1]                         Case No. 15-10952
       Debtor                         Reporting Period: August 1 – August 31, 2015

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $ - | $ 21,847 | $ (21,847) | 8/7, 8/21, 8/28 | EFT | $ - |
| FICA Employee | - | 1,748 | (1,748) | 8/7, 8/21, 8/28 | EFT | - |
| FICA Employer | - | 1,748 | (1,748) | 8/7, 8/21, 8/28 | EFT | - |
| Unemployment | - | - | - | 8/7, 8/21, 8/28 | EFT | - |
| Income | - | - | - | 8/7, 8/21, 8/28 | EFT | - |
| Other | - | 2,761 | (2,761) | 8/7, 8/21, 8/28 | EFT | - |
| **Total Federal Taxes** | $ - | $ 28,104 | $ (28,104) | $ - | $ - | $ - |
| **State and Local** | | | | | | |
| Withholding | $ - | $ 8,105 | $ (8,105) | 8/7, 8/21, 8/28 | EFT | $ - |
| Sales | - | - | - | | EFT | |
| Excise | - | - | - | 8/7, 8/21, 8/28 | EFT | - |
| Unemployment | - | - | - | 8/7, 8/21, 8/28 | EFT | - |
| Real Property | - | - | - | 8/7, 8/21, 8/28 | EFT | - |
| Personal Property | - | - | - | 8/7, 8/21, 8/28 | EFT | - |
| Other | - | 141 | (141) | 8/7, 8/21, 8/28 | EFT | - |
| **Total State and Local** | $ - | $ 8,247 | $ (8,247) | $ - | $ - | $ - |
| **Total Taxes** | $ - | $ 36,351 | $ (36,351) | $ - | $ - | $ - |

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp. (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

Form MOR-4 (4/07)

# MOR – 4
# Summary of Unpaid Post-Petition Debts
# And Listing of Aged Accounts Payable

"MOR – 4"

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $1,067,880 | $1,054,135 | $258,531 | $50,000 | - | $2,430,546 |
| Wages Payable | - | - | $21,417 | - | - | $21,417 |
| Taxes Payable | - | | - | - | - | - |
| Rent/Leases-Building | - | | - | $1,447,287 | - | $1,447,287 |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| **Total Postpetition Debts** | $1,067,880 | $1,054,135 | $279,948 | $1,497,287 | - | $3,899,250 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

\* "Insider" is defined in 11 U.S.C. Section 101(31).

Form MOR-4 (4/07)

"MOR - 4"

Corinthian Colleges, Inc. and Subsidiaries
Accounts Payable Aging as of August 31, 2015

| Vendor | Current | 0-30 Days | 31-60 Days | 60+ Days | Grand Total |
|---|---|---|---|---|---|
| **Facility** | | | | | |
| Industrial Plaza, A California L.P. | $        - | $        - | $        - | $   136.45 | $   136.45 |
| SSS&H Enterprises, LLC | - | - | - | 157 | 157 |
| 1301 East Ridge Rd LLC | - | - | - | 207 | 207 |
| Propark Inc. | - | - | - | 231 | 231 |
| Meena Chainani 2010 Irrevocable Trust | - | - | - | 601 | 601 |
| Store Master Funding I, LLC | - | - | - | 1,471 | 1,471 |
| John H & Elouise C Sutter | - | - | - | 2,037 | 2,037 |
| Reseda Medical Consortrium LLC | - | - | - | 4,065 | 4,065 |
| Store Master Funding I, LLC | - | - | - | 4,736 | 4,736 |
| Winchester Payne, LLC | - | - | - | 5,292 | 5,292 |
| Metcalf Family Trust | - | - | - | 5,425 | 5,425 |
| Equity One, Inc. | - | - | - | 6,507 | 6,507 |
| Square 407 Limited Partnership | - | - | - | 10,798 | 10,798 |
| CBRE Global Investors Itf Calsters- | - | - | - | 12,288 | 12,288 |
| Plaza Del Prado Inc. | - | - | - | 13,188 | 13,188 |
| LBA Realty Fund II - Wbp III, LLC | - | - | - | 14,390 | 14,390 |
| SSM Properties LLC | - | - | - | 16,156 | 16,156 |
| Itbp Investors, LLC | - | - | - | 16,548 | 16,548 |
| K & E Properties Corp | - | - | - | 18,086 | 18,086 |
| Omninet Inverness, LP | - | - | - | 18,098 | 18,098 |
| Aptos Smoke Tree Partners | - | - | - | 19,861 | 19,861 |
| 2400 Del Paso Road Investors LP | - | - | - | 21,401 | 21,401 |
| Winchester Payne, LLC | - | - | - | 27,446 | 27,446 |
| OTT Property | - | - | - | 27,583 | 27,583 |
| Store 5pe Corinthian, LLC | - | - | - | 27,589 | 27,589 |
| Spectrum  Commerce Center, LLC | - | - | - | 34,826 | 34,826 |
| Benderson Development Co., Inc. | - | - | - | 36,011 | 36,011 |
| C.W. Swenson Inc. | - | - | - | 38,072 | 38,072 |
| CW5P-I-J, LLC | - | - | - | 38,601 | 38,601 |
| CIM Group LP | - | - | - | 39,751 | 39,751 |
| Watt Long Beach, LLC | - | - | - | 41,033 | 41,033 |
| LBA Realty Fund II - Wbp III, LLC | - | - | - | 42,795 | 42,795 |
| Ejlc Robertson, LLC | - | - | - | 46,795 | 46,795 |
| Shaco, Inc. | - | - | - | 47,439 | 47,439 |
| 8757 Georgia Avenue, L.L.C. | - | - | - | 49,369 | 49,369 |
| R R & C Development Company | - | - | - | 50,845 | 50,845 |
| J. Brookhurst, L.L.C. | - | - | - | 52,226 | 52,226 |
| P.R.G. Investment Fund, L.P. | - | - | - | 52,681 | 52,681 |
| Walgreens Of Hawaii, LLC | - | - | - | 55,824 | 55,824 |
| Mercantile Partners LP | - | - | - | 57,693 | 57,693 |
| Gardena Professional Medical Plaza, LP | - | - | - | 58,354 | 58,354 |
| Corner Company LLC | - | - | - | 60,629 | 60,629 |
| Gateway Montrose, Inc. | - | - | - | 66,158 | 66,158 |
| Lampert At 25500 Industrial Blvd., LLC | - | - | - | 70,074 | 70,074 |
| Howard Street Associates | - | - | - | 71,362 | 71,362 |
| Moraga Enterprises, LLC | - | - | - | 77,530 | 77,530 |
| Acco Airport Center II, LLC | - | - | - | 84,918 | 84,918 |

"MOR - 4"

**Corinthian Colleges, Inc. and Subsidiaries**
**Accounts Payable Aging as of August 31, 2015**

| Vendor | Current | 0-30 Days | 31-60 Days | 60+ Days | Grand Total |
|---|---|---|---|---|---|
| **Legal** | | | | | |
| Brown Rudnick LLP | - | 266,955 | - | - | 266,955 |
| Gavin Solmonese LLC | - | 25,078 | - | - | 25,078 |
| Latham & Watkins | 5,528 | - | - | - | 5,528 |
| Rosner Law Group | - | 27,102 | - | - | 27,102 |
| Estimate for services rendered, but not invoiced | 750,000 | 735,000 | 250,000 | 50,000 | 1,785,000 |
| **Miscellaneous** | | | | | |
| Broadridge | - | - | 8,531 | - | 8,531 |
| Bank of America (estimate) | 2,800 | - | - | - | 2,800 |
| BMO Harris (estimate) | 875 | - | - | - | 875 |
| Crown Moving (estimate) | 5,000 | - | - | - | 5,000 |
| JK Moving | 5,205 | - | - | - | 5,205 |
| UPS / FedEx | 1,000 | - | - | - | 1,000 |
| **Utilities** | | | | | |
| PG & E  (estimate) | 15,000 | - | - | - | 15,000 |
| **Contractors** | | | | | |
| Guy Adams | 540 | - | - | - | 540 |
| Will Lovett | 1,566 | - | - | - | 1,566 |
| William Buchanan | - | - | - | - | - |
| Stan Mortensen | 367 | - | - | - | 367 |
| FTI Consulting (estimate) | 280,000 | - | - | - | 280,000 |
| **Employees** | | | | | |
| Union Outstanding Checks: FMU-1155 | - | - | 8,567 | - | 8,567 |
| Union Outstanding Checks: RCI-1163 | - | - | 3,210 | - | 3,210 |
| Union Outstanding Checks: CSI-1147 | - | - | 9,640 | - | 9,640 |
| **Taxes** | - | - | - | - | - |
| **Grand Total** | $ 1,067,880 | $ 1,054,135 | $ 279,948 | $ 1,497,287 | 3,899,249.95 |

MOR – 4 Supplement
Copies of IRS Form 6123 or Payment Receipt
*None for August 2015*

# MOR – 5
# Accounts Receivable Reconciliation and Aging

"MOR - 5"

Corithian Colleges

Accounts Receivable Aging - August

|  | 91-120 days | Over 120 days | Grand Total |
|---|---|---|---|
| Drop | 17,704,545 | 17,066,804 | 34,771,349 |
| Graduate | 690,926 | 6,163,771 | 6,854,698 |
| Other | 7,074 | 519,767 | 526,841 |
| Grand Total | 18,402,546 | 23,750,343 | 42,152,888 |

# MOR – 5
# Debtor Questionnaire

In re CORINTHIAN COLLEGES, INC., et al[1]
    Debtor

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below.<br><br>The Debtors operations have ceased and pursuant to various pleadings filed with the Court, they have been in the process of selling assets that are no longer needed. As of August 31, 2015, the Debtors have sold various de minimus assets consisting of equipment and assets related to numerous programs conducted at the campuses and will generate benefit to the Debtors, including rent credits, in the amount of $2,757,498.30. | Yes | |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | No |
| 3.  Have all postpetition tax returns been timely filed? If no, provide an explanation below. | Yes | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | Yes | |
| 5.  Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | No |

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

Form MOR-5 (4/07)