IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on September 14, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of Counsel Regarding Second Stipulation to Extend the Scheduled Termination Date Under the Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief [Docket No. 937]**

- **Order Approving Second Stipulation to Extend the Scheduled Termination Date Under the Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief [Docket No. 940]**

Dated: September 17, 2015

/s/ Alejandro Soria
Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this _17_ day of _Sep._, 20_15_, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_/s/ Jennifer Castillo_
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**EXHIBIT A**

| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE |
|---|---|---|
| DANIELLE PHAM | JOHN KRESSE | LLOYD RANDOLPH |
| DANIELLE.PHAM@USDOJ.GOV | JOHN.KRESSE@USDOJ.GOV | LLOYD.RANDOLPH@USDOJ.GOV |

Parties Served: 3

## **EXHIBIT B**

| | | |
|---|---|---|
| ACCREDITATION COMMISSION FOR EDUCATION IN NU<br>ATTN: DR. SHARON TANNER<br>3343 PEACHTREE RD. NE<br>STE. 850<br>ATLANTA, GA 30326 | ACCREDITATION REVIEW COUNCIL ON EDUCATION<br>IN SURGICAL TECHNOLOGY AND SURGICAL ASSISTIN<br>ATTN: KEITH ORLOFF<br>6 W. DRY CREEK CIRCLE<br>STE. 110<br>LITTLETON, CO 80120 | ACCREDITING BUREAU OF HEALTH EDUCATION SC<br>ATTN: CAROL MONEYMAKER<br>7777 LEESBURG PIKE<br>STE. 314 NORTH<br>FALLS CHURCH, VA 22043 |
| ACCREDITING COMMISSION<br>CAREER SCHOOLS AND COLLEGES<br>ATTN: MICHALE MCCOMIS, ED.D.<br>2101 WILSON BOULEVARD., SUITE 302<br>ARLINGTON, VA 22201 | ACCREDITING COUNCIL<br>INDEPENDENT COLLEGES AND SCHOOLS<br>ATTN: DR. ALBERT GRAY<br>750 FIRST STREET, NE., SUITE 980<br>WASHINGTON, DC 20002 | ALABAMA COMMISSION ON HIGHER EDUCATION<br>ATTN: DR. GREGORY FITCH<br>100 NORTH UNION STREET<br>MONTGOMERY, AL 36104 |
| ALABAMA DEPARTMENT OF POSTSECONDARY EDUCA<br>ATTN: ANNETTE FUNDERBURK<br>135 SOUTH UNION STREET<br>MONTGOMERY, AL 36104 | AMERICAN ACADEMY OF PROFESSIONAL CODERS<br>2480 SOUTH 3850 WEST<br>STE. B<br>SALT LAKE CITY, UT 84120 | AMERICAN BAR ASSOCIATION<br>321 N. CLARK STREET<br>CHICAGO, IL 60654 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>C/O BECKET AND LEE LLP<br>ATTN: GILBERT B WEISMAN<br>POB 3001<br>MALVERN, PA 19355-0701 | AMERICAN SOCIETY<br>HEALTH-SYSTEM PHARMACISTS<br>ATTN: DR. ABRAMOWITZ<br>7272 WISCONSIN AVENUE<br>BETHESDA, MD 20814 | ARAPAHOE COUNTY TREASURER<br>ATTN: BENJAMIN SWARTZENDRUBER<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 |
| ARIZONA STATE BOARD<br>PRIVATE POSTSECONDARY EDUCATION<br>ATTN: MS. TERI STANFILL<br>1400 W. WASHINGTON ST. ROOM 260<br>PHOENIX, AZ 85007 | ARKANSAS DEPARTMENT OF HIGHER EDUCATION<br>ATTN: DR. JIM PURCELL<br>423 MAIN STREET<br>SUITE 400<br>LITTLE ROCK, AR 72201 | ASFG, LLC<br>5300 MEADOWS ROAD, SUITE 400<br>LAKE OSWEGO, OR 97035 |
| ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN/RICARDO PALACIO<br>ATTN: LEIGH-ANNE RAPORT<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150 | ASSOCIATED BODYWORK<br>MASSAGE PROFESSIONALS<br>25188 GENESEE TRAIL RD. SUITE 200<br>GOLDEN, CO 80401 | BANK OF AMERICA, N.A.<br>ATTN: JANET SLEEPER<br>SOUTH ORANGE COUNTY REGIONAL<br>COMMERCIAL BANKING OFFICE #1458<br>675 ANTON BLVD., 2ND FL<br>COSTA MESA, CA 92626 |
| BANK OF AMERICA, N.A.<br>DOMESTIC ADMINISTRATIVE AGENT<br>5300 MEADOWS ROAD, SUITE 400<br>LAKE OSWEGO, OR 97035 | BANK OF AMERICA, N.A.<br>DOMESTIC ADMINISTRATIVE AGENT<br>800 FIFTH AVE., FLOOR 17<br>SEATTLE, WA 98104 | BANK OF AMERICA, N.A., AS DOMESTIC<br>CANADIAN ADMINISTRATIVE AGENT<br>ATTN: JANET SLEEPER, SVP<br>SAG MIDDLE MARKET SEATTLE<br>800 5TH AVE.<br>SEATTLE, WA 98104-3176 |
| BANK OF THE WEST<br>ATTN: CECILE SEGOVIA<br>NEWPORT BEACH OFFICE #748<br>4400 MACARTHUR BLVD., SUITE 150<br>NEWPORT BEACH, CA 92660 | BMC GROUP, INC.<br>ATTN: T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO, CA 90245 | BMO HARRIS BANK, N.A.<br>ATTN: BRYAN BARGER<br>111 W. MONROE STREET, 9W<br>CHICAGO, IL 60603 |
| BOARD OF CAREER COLLEGES<br>SCHOOLS OF THE STATE OF OHIO<br>ATTN: JOHN WARE, EXEC. DIRECTOR<br>35 GAY STREET., SUITE 403<br>COLUMBUS, OH 43215 | BOARD OF NURSING - ARIZONA<br>ATTN: JOEY RIDENOUR, RN, MN, FAAN<br>4747 N. 7TH ST.<br>STE. 200<br>PHOENIX, AZ 85014 | BOARD OF NURSING - FLORIDA<br>ATTN: LAVIGNE KIRKPATRICK, BS, RN<br>4052 BALD CYPRESS WAY<br>BIN C-02<br>TALLAHASSEE, FL 32399 |
| BOARD OF NURSING - INDIANA<br>ATTN: ELIZABETH KIEFNER CRAWFORD<br>402 W. WASHINGTON ST.<br>ROOM W072<br>INDIANAPOLIS, IN 46204 | BOARD OF NURSING - MICHIGAN<br>ATTN: MARGARET JONES<br>OTTAWA TOWERS NORTH<br>611 W. OTTAWA<br>LANSING, MI 48933 | BOARD OF NURSING - NEVADA<br>ATTN: ROSEANN COLOSIMO, PHD, MSN, RN<br>4220 S. MARYLAND PKWY<br>BLDG. B<br>STE. 300<br>LAS VEGAS, NV 89119 |
| BOARD OF NURSING - TEXAS<br>ATTN: DR. VARNELL<br>333 GUADALUPE<br>STE. 3-460<br>AUSTIN, TX 78701 | BOARD OF NURSING - VIRGINIA<br>ATTN: JANE INGALLS, RN, PHD<br>9960 MAYLAND DR.<br>STE. 300<br>HENRICO, VA 23233 | BOARD OF REGISTERED NURSING - CALIFORNIA<br>1747 N. MARKET BLVD.<br>STE. 150<br>SACRAMENTO, CA 95834 |

| | | |
|---|---|---|
| BOVITZ & SPITZER<br>ATTN: J. SCOTT BOVITZ<br>1100 WILSHIRE BLVD., SUITE 2403<br>LOS ANGELES, CA 90017 | BROWN RUDNICK LLP<br>ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 |
| BUREAU OF POSTSECONDARY SERVICES<br>OF THE COMMONWEALTH<br>OF PENNSYLVANIA DEPARTMENT OF ED.<br>ATTN: PATRICIA LANDIS<br>333 MARKET STREET., 12TH FLOOR<br>HARRISBURG, PA 17126 | CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 | CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 |
| CALIFORNIA BANK AND TRUST<br>ATTN: CUSTOMER SERVICE<br>1900 MAIN ST<br>IRVINE, CA 92614 | CALIFORNIA BUREAU OF PRIVATE POSTSECONDARY<br>ATTN: JOANN WENZEL<br>2535 CAPITOL OAKS DR.<br>STE. 400<br>SACRAMENTO, CA 95833 | CALIFORNIA FIRST NATIONAL BANK<br>18201 VON KARMAN AVE., #700<br>IRVINE, CA 92612 |
| CAMPUS STUDENT FUNDING, LLC<br>5300 MEADOWS ROAD SUITE 400<br>LAKE OSWEGO, OR 97035 | CAPITAL WEST<br>ATTN: LIZ ONTIVEROZ<br>CAPITAL WEST BANK – LARAMIE<br>2020 GRAND AVE<br>LARAMIE, WY 82070 | CIT FINANCE LLC<br>10201 CENTURION PARKWAY NORTH, SUITE 100<br>JACKSONVILLE, FL 32256 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>10201 CENTURION PARKWAY NORTH SUITE 100<br>JACKSONVILLE, FL 32256 | CITIBANK, NA<br>ATTN: RAMRAGHI FULLER<br>153 EAST 53RD STREET<br>NEW YORK, NY 10022 | CITY NATIONAL BANK OF WEST VIRGINIA<br>ATTN: CUSTOMER SERVICE<br>CITY NATIONAL BANK<br>KANAWHA CITY BRANCH<br>3601 MACCORKLE AVE SE<br>CHARLESTON, WV 25304 |
| COLORADO DEPARTMENT OF HIGHER EDUCATION<br>DIVISION OF PRIVATE OCCUPATIONAL SCHOOLS<br>ATTN: JIM PARKER<br>1560 BROADWAY<br>SUITE 1600<br>DENVER, CO 80202 | COMMISION ON DENTAL ACCREDITATION<br>ATTN: DR. SHERIN TOOKS<br>211 EAST CHICAGO AVE.<br>STE. 1900<br>CHICAGO, IL 60611 | COMMISSION FOR INDEPENDENT EDUCATION,<br>FLORIDA DEPARTMENT OF EDUCATION<br>ATTN: SAMUEL L. FERGUSON<br>325 W. GAINES ST. SUITE 1414<br>TALLAHASSEE, FL 32399 |
| COMMISSION ON ACCREDITATION FOR HEALTH INFOR<br>INFORMATION MANAGEMENT EDUCATION<br>AMERICAN HEALTH INFORMATION MGT ASSOCIATION<br>233 N. MICHIGAN AVE.<br>21ST FLOOR<br>CHICAGO, IL 60601 | COMMISSION ON COLLEGIATE NURSING EDUCATION<br>ATTN: JENNIFER BUTLIN, ED.D<br>ONE DUPONT CIRCLE, NW<br>STE. 530<br>WASHINGTON, DC 20036 | COMMISSION ON POSTSECONDARY EDUCATION -<br>ATTN: DAVID PERLMAN<br>8778 SOUTH MARYLAND PARKWAY<br>STE. 115<br>LAS VEGAS, NV 89123 |
| COMMONWEALTH OF MASSACHUSETTS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY, AG<br>ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>ATTN: LINDA MITTEN<br>651 BOAS STREET, ROOM 700<br>HARRISBURG, PA 17121 | CONSUMER FINANCIAL PROTECTION BUREAU<br>ATTN: CYNTHIA GOOEN LESSER<br>ASSISTANT DEPUTY ENFORCEMENT DIRECTOR<br>1700 G STREET, N.W.<br>WASHINGTON, D.C. 20552 |
| CSI LEASING, INC.<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST. LOUIS, MO 63141 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 898<br>DOVER, DE 19903 | DENTAL BOARD OF CALIFORNIA<br>ATTN: KAREN M. FISCHER, MPA<br>2005 EVERGREEN ST.<br>STE. 1550<br>SACRAMENTO, CA 95815 |
| DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI 96813 | DEVELOPMENT RESOURCES, INC.<br>ATTN: JOHN GIANNOPOULOS<br>333 NORTH DES PLAINES STREET<br>CHICAGO, IL 60661 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY 10013 |
| DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE, STE. 2000<br>PHILADELPHIA, PA 19103-6996 | DRINKER BIDDLE & REATH LLP<br>ATTN: HOWARD A. COHEN<br>222 DELAWARE AVE., STE.1410<br>WILMINGTON, DE 19801-1621 |

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

ELAVON, INC.
ATTN: CREDIT OPS, LMG
7300 CHAPMAN HIGHWAY
KNOXVILLE, TN 37920

EMPLOYMENT DEVELOPMENT DEPARTMENT
722 CAPITOL MALL
SACRAMENTO, CA 95814

EMPLOYMENT DEVELOPMENT DEPARTMENT
P.O. BOX 826880
SACRAMENTO, CA 94280

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

FAIRFIELD AND WOODS, P.C.
ATTN: CAROLINE C. FULLER
1801 CALIFORNIA STREET, SUITE 2600
DENVER, CO 80202

FIRST FINANCIAL CORPORATION LEASING, LLC
711 KIMBERLY AVENUE, SUITE 160
PLACENTIA, CA 98270

FIRST HAWAIIAN BANK
ATTN: NADINE SAKI
1580 KAPIOLANI BLVD.
HONOLULU, HI 96814

FIRST NATIONAL BANK OF ST. LOUIS
7707 FORSYTH BLVD
ST. LOUIS, MO 63131

FIRST NATIONAL CAPITAL, LLC
1029 HIGHWAY 6 NORTH, SUITE 650-283
HOUSTON, TX 77079

FLORIDA BOARD OF MASSAGE THERAPY
ATTN: BRIDGET BURKE-WAMMACK
4052 BALD CYPRESS WAY
BIN C-06
TALLAHASSEE, FL 32399

FRANKGECKER LLP
ATTN: JOSEPH FRANK/REED HEILIGMAN
325 NORTH LASALLE STREET
SUITE 625
CHICAGO, IL 60654

G.E. CAPITAL CORPORATION
4 NORTH PARK DRIVE SUITE 500
HUNT VALLEY, MD 21030

GE INFORMATION TECHNOLOGY SOLUTIONS
F/D/B/A IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON, GA 31208-3708

GENERAL ELECTRIC CAPITAL CORPORATION
3333 HESPER RD.
BILLINGS, MT 59102-6744

GENERAL ELECTRIC CAPITAL CORPORATION
PO BOX 35701
BILLINGS, MT 59107

GEORGIA NONPUBLIC POSTSECONDARY
EDUCATION COMMISSION
ATTN: WILLIAM C. CREWS
2082 EAST EXCHANGE PLACE., SUITE 220
TUCKER, GA 30084

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

HENRY SCHEIN INC.
10920 W. LINCOLN AVE.
WEST ALLIS, WI 53227

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
420 MOUNTAIN AVE.
MURRAY HILL, NJ 07974

ILLINOIS BOARD OF HIGHER EDUCATION
ATTN: NINA TANGMAN
431 EAST ADAMS
SECOND FLOOR
SPRINGFIELD, IL 62701

INDIANA BOARD FOR PROPRIETARY EDUCATION
COMMISSION FOR HIGHER EDUCATION
ATTN: ROSS MILLER
101 WEST OHIO STREET
STE. 670
INDIANAPOLIS, IN 46204

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
ATTN: JOSEPH CORRIGAN
ONE FEDERAL STREET
BOSTON, MA 02110

JEFFER MANGELS BUTLER & MITCHELL LLP
ATTN: BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

JOINT REVIEW COMMITTEE
EDUCATION IN RADIOLOGIC TECHNOLOGY
ATTN: MS. LESLIE F. WINTER, M.S., R.T.(R)
20 N. WACKER DRIVE., SUITE 2850
CHICAGO, IL 60606

KANSAS BOARD OF REGENTS
ATTN: JACQUELINE JOHNSON
1000 SW JACKSON STREET
SUITE 520
TOPEKA, KS 66612

KATTEN MUCHIN ROSENMAN LLP
ATTN: BRIAN HUBEN/DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES, CA 90067-3012

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

KREIS, ENDERLE, HUDGINS & BORSOS, PC
ATTN: THOMAS G. KING
PO BOX 4010
KALAMAZOO, MI 49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

LASALLE SYSTEMS LEASING, INC.
6111 NORTH RIVER ROAD
ROSEMONT, IL 60018

LAW OFFICE OF DONALD W. SIEVEKE
ATTN: DONALD W. SIEVEKE
1113 N. SPURGEON STREET
SANTA ANA, CA 92701

| | | |
|---|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DAVID G. AELVOET<br>711 NAVARRO STREET, STE 300<br>SAN ANTONIO, TX 78205 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | LOIZIDES, P.A.<br>ATTN: CHRISTOPHER D. LOIZIDES<br>1225 KING STREET, SUITE 800<br>WILMINGTON, DE 19801 |
| LOUISIANA BOARD OF REGENTS<br>ATTN: CAROL MARABELLA<br>1201 NORTH THIRD STREET<br>SUITE 6-200<br>BATON ROUGE, LA 70802 | MARYLAND HIGHER EDUCATION COMMISSION<br>ATTN: DEAN KENDALL<br>6 N. LIBERTY STREET<br>10TH FLOOR<br>BALTIMORE, MD 21201 | MB FINANCIAL BANK, N.A.<br>6111 NORTH RIVER ROAD<br>ROSEMONT, IL 60018 |
| MEDICAL ASSISTING EDUCATION REVIEW BOARD<br>ATTN: SARAH MARINO, PHD<br>20 N. WACKER DRIVE<br>STE. 1575<br>CHICAGO, IL 60606 | MICHIGAN DEPARTMENT OF LICENSING<br>REGULATORY AFFAIRS<br>ATTN: JAMES FARHAT<br>2501 WOODLAKE CIRCLE<br>OKEMOS, MI 48864 | MINISTRY OF TRAINING, COLLEGES & UNIVERSITIE<br>14TH FLOOR, MOWAT BLOCK<br>900 BAY STREET<br>TORONTO ON M7A 1L2<br>CANADA |
| MINNESOTA OFFICE OF HIGHER EDUCATION<br>ATTN: GEORGE R. ROEDLER, JR.<br>1450 ENERGY PARK DRIVE<br>SUITE 350<br>ST. PAUL, MN 55108 | MISSISSIPPI COMMISSION ON PROPRIETARY<br>SCHOOL AND COLLEGE REGISTRATION<br>ATTN: KIM VERNEUILLE<br>3825 RIDGEWOOD ROAD<br>JACKSON, MS 39211 | MISSOURI COORDINATING BOARD FOR HIGHER EI<br>ATTN: LEROY WADE<br>205 JEFFERSON STREET<br>JEFFERSON CITY, MO 65102 |
| MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MORRIS JAMES LLP<br>ATTN: CARL KUNZ III/JEFFREY WAXMAN<br>500 DELAWARE AVE, SUITE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19801 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601 |
| MUFG UNION BANK, N.A.<br>ATTN: GABRIEL SUNIGA<br>18300 VON KARMAN AVE<br>SUITE 250<br>IRVINE, CA 92612 | NATIONAL CERTIFICATION BOARD<br>THERAPEUTIC MASSAGE & BODYWORK<br>ATTN: LEENA GUPTHA, D.O., BCTMB<br>1333 BURR RIDGE PARKWAY<br>STE. 200<br>BURR RIDGE, IL 60527 | NEW JERSEY STATE DEPARTMENTS OF EDUCATIC<br>LABOR AND WORKFORCE DEVELOPMENT<br>ATTN: ERICA SLAUGHTER<br>JOHN FITCH PLAZA<br>LABOR BUILDING, 6TH FLOOR<br>TRENTON, NJ 08625 |
| NEW YORK STATE BOARD OF REGENTS<br>ATTN: BARBARA MEINERT<br>5 NORTH MEZZANINE<br>ALBANY, NY 12234 | NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 | NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 |
| OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION<br>800 W. WASHINGTON STREET, 2ND FLOOR<br>PHOENIX, AZ 85007 | OFFICE OF PRIVATE POSTSECONDARY EDUCATIO<br>OREGON HIGHER EDUCATION COORDINATING CO<br>775 COURT STREET NE<br>SALEM, OR 97301 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: NANCY QUACH<br>455 GOLDEN GATE, SUITE 11000<br>SAN FRANCISCO, CA 94102-7004 | OFFICE OF THE ATTORNEY GENERAL<br>BILL SCHUETTE<br>525 W. OTTAWA ST.<br>P.O. BOX 30212<br>LANSING, MI 48909-0212 | OFFICE OF THE ATTORNEY GENERAL<br>BOB FERGUSON<br>1125 WASHINGTON ST., SE<br>PO BOX 40100<br>OLYMPIA, WA 98504-0100 |
| OFFICE OF THE ATTORNEY GENERAL<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST.<br>SACRAMENTO, CA 95814-5901 | OFFICE OF THE ATTORNEY GENERAL<br>CATHERINE CORTEZ<br>OLD SUPREME CT. BLDG.<br>100 N. CARSON ST.<br>CARSON CITY, NV 89701 | OFFICE OF THE ATTORNEY GENERAL<br>CHRIS KOSTER<br>SUPREME CT. BLDG.<br>207 W. HIGH ST.<br>JEFFERSON CITY, MO 65101 |
| OFFICE OF THE ATTORNEY GENERAL<br>DAVID LOUIE<br>425 QUEEN ST.<br>HONOLULU, HI 96813 | OFFICE OF THE ATTORNEY GENERAL<br>DOUGLAS F. GANSLER<br>200 ST. PAUL PLACE<br>BALTIMORE, MD 21202-2202 | OFFICE OF THE ATTORNEY GENERAL<br>ELLEN F. ROSENBLUM<br>JUSTICE BLDG.<br>1162 COURT ST., NE<br>SALEM, OR 97301 |

OFFICE OF THE ATTORNEY GENERAL
ERIC SCHNEIDERMAN
DEPT. OF LAW - THE CAPITOL
2ND FLOOR
ALBANY, NY 12224

OFFICE OF THE ATTORNEY GENERAL
GREG ABBOTT
CAPITOL STATION
P.O. BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE ATTORNEY GENERAL
GREG ZOELLER
INDIANA GOVERNMENT CENTER SOUTH
302 WEST WASHINGTON STREET
5TH FLOOR
INDIANAPOLIS, IN 46204

OFFICE OF THE ATTORNEY GENERAL
IRVIN NATHAN
441 4TH STREET, NW
SUITE 1100S
WASHINGTON, DC 20001

OFFICE OF THE ATTORNEY GENERAL
JIM HOOD
DEPARTMENT OF JUSTICE
P.O. BOX 220
JACKSON, MS 39205

OFFICE OF THE ATTORNEY GENERAL
JOHN JAY HOFFMAN
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET STREET
P.O. BOX 080
TRENTON, NJ 08625

OFFICE OF THE ATTORNEY GENERAL
JOHN SUTHERS
RALPH L. CARR COLORADO JUDICIAL CENTER
1300 BROADWAY
10TH FLOOR
DENVER, CO 80203

OFFICE OF THE ATTORNEY GENERAL
KAMALA HARRIS
1300 I ST., SUITE 1740
SACRAMENTO, CA 95814

OFFICE OF THE ATTORNEY GENERAL
KATHLEEN KANE
1600 STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE ATTORNEY GENERAL
LISA MADIGAN
JAMES R. THOMPSON CTR.
100 W. RANDOLPH ST.
CHICAGO, IL 60601

OFFICE OF THE ATTORNEY GENERAL
LORI SWANSON
STATE CAPITOL
STE. 102
ST. PAUL, MN 55155

OFFICE OF THE ATTORNEY GENERAL
MARK HERRING
900 EAST MAIN STREET
RICHMOND, VA 23219

OFFICE OF THE ATTORNEY GENERAL
MARTHA COAKLEY
1 ASHBURTON PLACE
BOSTON, MA 02108-1698

OFFICE OF THE ATTORNEY GENERAL
MATTHEW DENN
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON, DE 19801

OFFICE OF THE ATTORNEY GENERAL
MIKE DEWINE
STATE OFFICE TOWER
30 E BROAD ST.
COLUMBUS, OH 43266-0410

OFFICE OF THE ATTORNEY GENERAL
PAM BONDI
THE CAPITOL
PL 01
TALLAHASSEE, FL 32399-1050

OFFICE OF THE ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL
1900 KANAWHA BLVD., E.
CHARLESTON, WV 25305

OFFICE OF THE ATTORNEY GENERAL
PETER K. MICHAEL
STATE CAPITOL BLDG.
CHEYENNE, WY 82002

OFFICE OF THE ATTORNEY GENERAL
SAM OLENS
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334-1300

OFFICE OF THE ATTORNEY GENERAL
SEAN REYES
STATE CAPITOL
RM. 236
SALT LAKE CITY, UT 84114-0810

OFFICE OF THE ATTORNEY GENERAL
TOM HORNE
1275 W. WASHINGTON ST.
PHOENIX, AZ 85007

OFFICE OF THE U.S. ATTORNEY
ATTN: CHARLES M. OBERLY, III
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE 19801

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
ATTN: JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
ATTN: FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
ATTN: KELLY T. CURRIE
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ATTN: PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

OHIO STATE BOARD OF CAREER COLLEGES AND SCH
ATTN: RUTH MYERS
30 EAST BROAD STREET
SUITE 2481
MONTGOMERY, OH 43215

OKLAHOMA BOARD OF PRIVATE SCHOOLS
ATTN: NORA HOUSE
3700 NORTH CLASSEN BOULEVARD
SUITE 250
OKLAHOMA CITY, OK 73118

ONE WEST BANK, N.A.
ATTN: JEAN-PIERRE KNIGHT
2450 BROADWAY AVE.
SUITE 400
SANTA MONICA, CA 90404

OREGON BOARD OF MASSAGE THERAPISTS
ATTN: DAVID FREDRICKSON, LMT
748 HAWTRHORNE AVENUE NE
SALEN, OR 97301

OREGON DEPARTMENT OF EDUCATION
ATTN: JUAN BAEZ-AREVALO
775 COURT ST. NE
SALEM, OR 97301

OREGON DEPARTMENT OF JUSTICE
ATTN: CAROLYN G. WADE
1162 COURT STREET NE
SALEM, OR 97301-4096

OUTTEN & GOLDEN LLP
ATTN: JACK RAISNER/RENÉ ROUPINIAN
3 PARK AVENUE, 29TH FLOOR
NEW YORK, NY 10016

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

PENNSYLVANIA STATE BOARD OF PRIVATE LICENS
PENNSYLVANIA DEPARTMENT OF EDUCATION
ATTN: PATRICIA A. LANDIS
333 MARKET STREET
12TH FLOOR
HARRISBURG, PA 17126

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN: OWEN M. SONIK
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA CALVO
500 E. BORDER STREET, SUITE 640
ARLINGTON, TX 76010

PIRCHER, NICHOLS & MEEKS
ATTN: EUGENE J.M. LEONE
900 N. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60611

PLAZA WEST BUILDING, LLC
ATTN: WILLIAM FELTON
166 KINGS HIGHWAY NORTH
WESTPORT, CT 06880-2423

POLSINELLI PC
ATTN: CHRISTOPHER WARD/SHANTI KATONA
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

PRIME ALLIANCE BANK, INC.
1868 SOUTH 500 WEST
WOODS CROSS, UT 84087

PRIVATE BUSINESS AND VOCATIONAL SCHOOLS
OF THE ILLINOIS BOARD OF HIGHER EDUCATION
ATTN: NINA TANGMAN
431 EAST ADAMS
SECOND FLOOR
SPRINGFIELD, IL 62701

REGISTERED BY THE STATE OF WYOMING
ATTN: ELAINE MARCES
2300 CAPITOL AVE
2ND FL.
CHEYENNE, WY 82002

ROBAINA & KRESIN
ATTN: THOMAS GRIFFIN
ONE EAST CAMELBACK ROAD
SUITE 710
PHOENIX, AZ 85012

ROBINS KAPLAN LLP
ATTN: SCOTT GAUTIER/LORIE BALL
ATTN: CYNTHIA HERNANDEZ
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU, WI 54402-8050

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW
230 PARK AVENUE, SUITE 1130
NEW YORK, NY 10169

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: CARREN B. SHULMAN, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

SIDLEY AUSTIN LLP
ATTN: JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: FELICIA GERBER PERLMAN
155 N. WACKER DRIVE
CHICAGO, IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

SOUTH CAROLINA COMMISSION ON HIGHER EDUCATI
ATTN: LANE GOODWIN
1122 LADY STREET
STE. 300
COLUMBIA, SC 29201

SQUARE 407 LIMITED PARTNERSHIP
ATTN: BOSTON PROPERTIES
2200 PENNSYLVANIA AVE. NW
SUITE 200W
WASHINTON, DC 20037

STATE COUNCIL OF HIGHER EDUCATION FOR VIRG
ATTN: TOSHA ROBINSON
101 NORTH 14TH STREET
10TH FLOOR
RICHMOND, VA 23219

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ATTN: BILL SCHUETTE/HEATHER DONALD
CADILLAC PLACE, SUITE 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

TENNESSEE HIGHER EDUCATION COMMISSION
ATTN: DR. STEPHANIE BELLARD-CHASE
404 JAMES ROBERSTON PARKWAY
SUITE 1900
NASHVILLE, TN 37243

TEXAS HIGHER EDUCATION COORDINATING BOAR
ATTN: DR. RAYMUND PAREDES
1200 E. ANDERSON LANE
AUSTIN, TX 78752

| | | |
|---|---|---|
| TEXAS WORKFORCE COMMISSION<br>CAREER SCHOOLS AND COLLEGES<br>ATTN: MICHAEL DELONG<br>101 EAST 15TH STREET<br>AUSTIN, TX 78778 | THE HIGHER LEARNING COMMISSION<br>ATTN: DR. BARBARA GELLMAN-DANLEY<br>230 S. LASALLE ST.<br>STE. 7-500<br>CHICAGO, IL 60604 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT<br>ATTN: KAREN AXSOM, DIRECTOR<br>800 W. WASHINGTON ST<br>PHOENIX, AZ 85007 |
| THE ROSNER LAW GROUP<br>ATTN: JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 | TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN, TX 78767 |
| TREASURER - TAX COLLECTOR<br>DAN MCALLISTER<br>ATTN: BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>ATTN: JOHN MARK STERN, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION, MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | U.S. BANCORP EQUIPMENT FINANCE, INC.<br>801 LARKSPUR LANDING<br>LARKSPUR, CA 94939 |
| U.S. BANCORP OLIVER-ALLEN TECHNOLOGY LEASING<br>601 LARKSPUR LANDING<br>LARKSPUR, CA 94939 | U.S. BANK EQUIPMENT FINANCE<br>A DIVISION OF U.S. BANK NATIONAL ASSOCIATION<br>13010 SW 68TH PKWY #100<br>PORTLAND, OR 97223 | U.S. BANK EQUIPMENT FINANCE<br>A DIVISION OF U.S. BANK NATIONAL ASSOCIATION<br>PO BOX 230789<br>PORTLAND, OR 97281 |
| U.S. BANK, NA<br>ATTN: SAQIB KHAWAJA<br>SPECIAL ASSETS GROUP BC-MN-H22A<br>U.S. BANCORP CENTER<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN: LLOYD RANDOLPH/DANIELLE PHAM<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 |
| U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MICHAEL R. SEW HOY<br>1100 L STREET, N.W., ROOM 10048<br>WASHINGTON, D.C. 20005 | U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: APRIL MONTHIE, ED. TRAINING SPEC.<br>3839 N. 3RD ST.<br>STE. 209<br>PHOENIX, AZ 85012 | U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: BETSY WICKHAM, BUREAU CHIEF<br>9500 BAY PINES BLVD.<br>ROOM 214<br>BAY PINES, FL 33744 |
| U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: CHRISTINE HAWK, MANAGER<br>333 MARKET ST.<br>12TH FLOOR<br>HARRIGBURG, PA 17126 | U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: COLLEEN THAYER, ED. SPECIALIST<br>1227 O STREET<br>STE. 625<br>SACRAMENTO, CA 95814 | U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: DANIEL WEBSTER, DIRECTOR<br>9101 EAST LOWRY BLVD<br>DENVER, CO 80230 |
| U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: DEBORAH O'NEILL, PROG. SPECIALIST<br>917 LAKERIDGE WAY<br>PO BOX 43450<br>OLYMPIA, WA 98504 | U.S. DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: DIANNE DUTHIE, PROG. SPECIALIST<br>VICTOR OFFICE CTR.<br>5TH FL.<br>201 N. WASHINGTON SQ.<br>LANSING, MI 48913 | UNION BANK<br>ATTN: GABRIEL ZUNIGA<br>MUFG UNION BANK, N.A.<br>18300 VON KARMAN AVE., SUITE 250<br>IRVINE, CA 92612 |
| UNITED STATES DEPARTMENT OF LABOR<br>ATTN: THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20210 | UTAH DIVISION OF CONSUMER PROTECTION<br>ATTN: MARLA WINEGAR<br>160 EAST 300 SOUTH<br>SALT LAKE CITY, UT 84111 | VARIANT LEASING CORPORATION<br>32332 CAMINO CAPISTRANO, SUITE 103<br>SAN JUAN CAPISTRANO, CA 92707 |
| WASC SENIOR COLLEGE AND UNIVERSITY COMMISSI<br>ATTN: MARY ELLEN PETRISKO, PRESIDENT<br>985 ATLANTIC AVENUE<br>STE. 100<br>ALAMEDA, CA 94501 | WASHINGTON HIGHER EDUCATION COORDINATING B<br>ATTN: KAREN OELSCHLAGER<br>917 LAKERIDGE WAY SW<br>OLYMPIA, WA 98502 | WASHINGTON STATE ACHIEVEMENT COUNCIL<br>ATTN: KAREN OELSCHLAGER<br>917 LAKERIDGE WAY SW<br>OLYMPIA, WA 98502 |
| WASHINGTON STATE BOARD OF MASSAGE<br>PO BOX 47877<br>OLYMPIA, WA 98504 | WASHINGTON STATE BOARD OF PHARMACY<br>TOWN CENTER 2<br>111 ISRAEL RD. SE<br>TUMWATER, WA 98501 | WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 |

WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVE., #300
MINNEAPOLIS, MN 55479

WEST VIRGINIA COUNCIL FOR COMMUNITY TECHNICAL EDUCATION
ATTN: JAMES SKIDMORE
1018 KANAWHA BLVD. EAST., SUITE 700
CHARLESTON, WV 25301

WESTERN SURETY COMPANY
ATTN: CNA SURETY CORPORATION
333 S. WABASH AVENUE
CHICAGO, IL 60604

WINTHROP RESOURCES CORPORATION
11100 WAYZATA BOULEVARD, SUITE 800
MINNETONKA, MN 55305

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
ATTN: F. MARK BROMLEY, AAG
POST OFFICE BOX 7857
MADISON, WI 53707-7857

WISCONSIN EDUCATIONAL APPROVAL BOARD
ATTN: DAVID DIES, EXEC. SECRETARY
201 WEST WASHINGTON AVE.
3RD FLOOR
MADISON, WI 53703

WORKFORCE TRAINING AND EDUCATION COORDINATI
BOARD'S STATE APPROVING AGENCY
ATTN: PATRICIA SPENCER
128 10TH AVENUE SW
OLYMPIA, WA 98504

WYOMING DEPARTMENT OF EDUCATION
ATTN: ELAINE MARCES
2300 CAPITOL AVENUE
CHEYENNE, WY 82002

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LANE
TOWER 1 - 14TH FLOOR
SCHAUMBURG, IL 60196-1056

Parties Served: 240