**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria am employed in the county of Los Angeles, State of California. I hereby certify that on September 14, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A**, and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Debtors' Objection to Motion of Jennifer Stevens for Relief from the Automatic Stay/Confirmation Injunction [Docket No. 943]**

Dated: September 17, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California         }
{                           } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this _17_ day of _Sep._, 20 _15_ , by Alejandro Soria proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## EXHIBIT A

**Corinthian Colleges, Inc. -  Service List to e-mail Recipients**                    **Served 9/14/2015**

LECLERC & LECLERC LLP
CHRISTOPHER LECLERC
CHRIS@LECLERCLAW.COM

MORRIS JAMES LLP
CARL N. KUNZ
CKUNZ@MORRISJAMES.COM

Parties Served:  2

## EXHIBIT B

**Corinthian Colleges, Inc. - Overnight Mail**

LECLERC & LECLERC LLP
CHRISTOPHER LECLERC
235 MONTGOMERY ST
STE 1019
SAN FRANCISCO, CA 94104

MORRIS JAMES LLP
CARL N. KUNZ
500 DELAWARE AVE, STE 1500
PO BOX 2306
WILMINGTON, DE 19899

Parties Served: 2