IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on September 15, 2015, I caused true and correct copies of the following documents to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A** attached hereto:

- **Notice of Filing of Amendment to Debtor Corinthian Colleges, Inc. (Case No. 15-10952) Schedule E – Creditors Holding Unsecured Priority Claims and Schedule F – Creditors Holding Unsecured Nonpriority Claims [Docket No. 952]**

- **Proof of Claim Form**

Dated: September 17, 2015

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this _17_ day of _Sep._, 20_15_, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

**EXHIBIT A**

| | | |
|---|---|---|
| ANDREW GOODEN<br>1441 NINTH AVENUE, 2103<br>SAN DIEGO, CA 92101 | ANGELLA JOY ALVERSON<br>2510 E IVYGLEN CIRCLE<br>MESA, AZ 85213 | ANNA MARIE DUNLAP<br>621 POPPY AVE<br>CORONA DEL MAR, CA 92625 |
| ARNOLD D SINGER<br>7545 E MOONRIDGE LN<br>ANAHEIM HILLS, CA 92808 | ASHIA IQBAL KAYZER<br>414 DARBY TRAILS DRIVE<br>SUGARLAND, TX 77479 | BETH A. WILSON<br>ADDRESS REDACTED |
| BETTIAN M. STAVREDES<br>1520 GULF BLVD<br>APT 1702<br>CLEARWATER, FL 33767 | BRIDGET MCGUIRE<br>19112 NATIVE FERN WAY<br>TAMPA, FL 33647 | CARINA DE CASTRO<br>5222 KLONDIKE AVE<br>LAKEWOOD, CA 90712 |
| CARMELLA ANN CASSETTA<br>ADDRESS REDACTED | CAROL STANFORD<br>1979 SWAN STREET<br>INNISFIL, ON L9S 0B2<br>CANADA | CEBRA GRAVES<br>2 PIERCE<br>IRVINE, CA 92620 |
| CHRISTINA VARON<br>19681 TOPEKA LN<br>HUNTINGTON BEACH, CA 92646 | CHRISTINE GALDSTON<br>P.O. BOX 852<br>RANCHO SANTA FE, CA 92067 | CLAUDIA ADAIR<br>56 BERESFORD DRIVE<br>RICHMOND HILL, ON L4B 4J6<br>CANADA |
| DANIEL WATERMAN<br>320 CALDECOTT LANE<br>UNIT #229<br>OAKLAND, CA 94618 | DANIEL YIN-PEI HU<br>25 BENAVENTE<br>IRVINE, CA 92606 | DANIELLE MARIE MILLMAN<br>1040 WESTWELL RUN<br>ALPHARETTA, GA 30022 |
| DAVID BEAVER<br>7181 E. CORALITE STREET<br>LONG BEACH, CA 90808 | DAVID JENKINS<br>2610 MCCREA RD<br>BRYANS ROAD, MD 20616 | DAVID LUCE<br>3318 PRAIRIE GLADE ROAD<br>MIDDLETON, WI 53562 |
| DAVID PACKETT<br>2929 WEST 190TH STREET #135<br>REDONDO BEACH, CA 90278 | DAVID R SHUMA<br>17902 ARBOR GREENE DR<br>TAMPA, FL 33647 | DEBORAH BARKER-GARCIA<br>10123 SNOWBIRD DRIVE<br>RANCHO CUCAMONGA, CA 91747 |
| DEBORAH CORRIE<br>8613 BAY SHORE COVE<br>ORLANDO, FL 32836 | DIANA A. SCHERER<br>ADDRESS REDACTED | DIANA LYNN JANIS<br>2413 N HIGHWOOD RD<br>ORANGE, CA 92867 |
| DOLORES KOULIAS<br>704 RIVERSIDE DR<br>TARPON SPRINGS, FL 34689 | DONALD KING JR<br>37 SAN GABRIEL<br>RANCHO SANTA MARGARITA, CA 92688 | DONALD TILLEY<br>144 LA MESA DR<br>ST. AUGUSTINE, FL 32095 |
| DOUGLAS LOCKWOOD<br>930 KINGS ROW DR.<br>WALKER, MI 49534 | DRUSILLA YOKUM<br>4308 GREENLEAF PL.<br>BOWIE, MD 20716 | EDWIN NELSON WILKINS JR<br>2133 VISTA LAREDO<br>NEWPORT BEACH, CA 92660 |

| | | |
|---|---|---|
| ELIZABETH ANNE TETZLAFF<br>2493 TEQUESTRA<br>TUSTIN, CA 92782 | ERIC CHRISTOPHER FREY<br>19407 WINGROVE LANE<br>LUTZ, FL 33558 | FLORENCE DE LA GARZA<br>9007 QUAIL CREEK DR<br>TAMPA, FL 33647 |
| GARY GAETANO<br>2047 LARKSPUR CT.<br>NEW PORT RICHEY, FL 34655 | GEORGINA MILLINGTON<br>1249 BALDWIN DRIVE<br>OAKVILLE, ON L6J<br>CANADA | GEORJIA FANTAZIA<br>2111 MARTIN RD.<br>DOVER, FL 33527 |
| GREGORY LANCASTER WAITE<br>1028 SKYLINE PLACE<br>SAN MARCOS, CA 92078 | HEATHER M MC BREEN<br>3021 NO. SOUTHPORT AVENUE, #3A<br>CHICAGO, IL 60657 | HICHAM SEMAAN<br>ADDRESS REDACTED |
| IVAN MARTINEZ<br>14651 NEWLAND ST<br>MIDWAY CITY, CA 92655 | J DAVID WHITEFORD<br>5064 CHAPEL LAKE CIRCLE<br>DOUGLASVILLE, GA 30135 | JAMES ASKINS<br>755 MONACO PKWY<br>DENVER, CO 80220 |
| JAMES DONALD WADE JR.<br>ADDRESS REDACTED | JAMES R. MIRR<br>ADDRESS REDACTED | JAY M GERKEN<br>1309 PRISTINE PLACE<br>LUTZ, FL 33549 |
| JEFF FUNG<br>19331 BETHEL CIRCLE<br>HUNTINGTON BEACH, CA 92646 | JEFFREY SHERMAN<br>1727 COUNTRY WALK<br>FLEMING ISLAND, FL 32003 | JENAE SILVA<br>9867 CAPE VERDE WAY<br>ELK GROVE, CA 95757 |
| JILL COCHRAN<br>1316 OAK HILL DRIVE<br>MURRAY, KY 42071 | JODY COHEN<br>16931 WOODSTREAM CIRCLE #86<br>HUNTINGTON BEACH, CA 92647 | JOE DAVILA<br>113 CHOKE CANYON LN.<br>GEORGETOWN, TX 78628 |
| JOHN ANDREWS<br>6881 DEFIANCE DR.<br>HUNTINGTON BEACH, CA 92647 | JOHN FIORETTO JR<br>ADDRESS REDACTED | JOHN MATHIAS<br>7773 E. BAKER DR.<br>SCOTTSDALE, AZ 85266 |
| JOHN SMITH<br>23712 ARJAY WAY<br>LAGUNA NIGUEL, CA 92677 | JON J. PERSAVICH<br>ADDRESS REDACTED | JULIA KENNEDY<br>2166 HILLFIELD COURT<br>MISSISSAUGA, ON L5B 1Y2<br>CANADA |
| KAMRAN AHMAD<br>8 COLORADO<br>IRVINE, CA 92606 | KAREN KALIL<br>8032 COWAN AVE.<br>WESTCHESTER, CA 90045 | KAREN LONA<br>2607 WINTERTHUR MAIN<br>KENNESAW, GA 30144 |
| KEITH A MYERS<br>4005 FLOWERING STREAM WAY<br>OVIEDO, FL 32766 | KEITH BURKHALTER<br>603 S BAYSHORE DRIVE<br>MADEIRA BEACH, FL 33708 | KELLY BLACK<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| KELLY WINGATE<br>4629 WITHERS DR<br>FORT COLLINS, CO 80524 | KENNETH FOWLIE<br>30557 EARLY ROUND DR<br>CANYON LAKE, CA 92587 | KENNETH STEPHEN ORD<br>ADDRESS REDACTED |
| KIMBERLY SUE PUGH DEAN<br>ADDRESS REDACTED | KRISTIN RAMOS<br>19200 BEL AIR DR<br>WALNUT, CA 91789 | LAURENCE J BRUECK<br>5000 W WILSON<br>CHICAGO, IL 60630 |
| LEAH COPE<br>14 BERENS DRIVE<br>KENTFIELD, CA 94904 | LILLIAN GONZALEZ<br>9607 SAINT ANDREWS COURT<br>PICO RIVERA, CA 90660 | LINDA BUCHANAN<br>10415 RIVERROAD DR<br>GULFPORT, MS 39503 |
| LISA HOLMES<br>1901 W. NASSAU STREET<br>TAMPA, FL 33607 | MARA SCHTEINSCHRABER<br>80 ROSENBLUM<br>IRVINE, CA 92602 | MARC ANTHONY PARRINO<br>83 MONSERRAT PL<br>FOOTHILL RANCH, CA 92610 |
| MARK NAVARRA<br>690 ARTREVA CRESCENT<br>BURLINGTON, ON<br>CANADA | MARLENE TAYLOR<br>907 PROMONOTORY DR W<br>NEWPORT BEACH, CA 92660 | MARY TRUSLOW<br>7 PEPPERTREE<br>ALISO VIEJO, CA 92656 |
| MEREDYTH GIVEN<br>12522 182ND AVE SE<br>SNOHOMISH, WA 98290 | MICHAEL ALBERTSON<br>1018 LAS POSAS<br>SAN CLEMENTE, CA 92673 | MICHAEL BRASE<br>5 TIZMIN<br>FOOTHILL RANCH, CA 92610 |
| MICHAEL EUGENE STIGLICH<br>ADDRESS REDACTED | MICHAEL JENKINS<br>5525 POSSUM CORNER ROAD<br>EARLY BRANCH, SC 29916 | MICHELLE ZAGORSKI<br>7136 EAST KILLDEE STREET<br>LONG BEACH, CA 90808 |
| NANCY AGUILLON<br>16730 MAIN STREET<br>LA PUENTE, CA 91744 | NICHOLE MARIE SMITH<br>2106 INVERNESS DR.<br>ARLINGTON, TX 76012 | PAUL DE GIUSTI<br>2250 CLARENDON BLVD., #1425<br>ARLINGTON, VA 22201 |
| PAUL DIMEO<br>ADDRESS REDACTED | RANDY ROGERS<br>13911 SE 126TH AVE.<br>CLACKAMAS, OR 97015 | RENEE SCOTT<br>2223 GATEWAY DRIVE<br>SUDBURY, ON P3E 6E9<br>CANADA |
| REVINA LEE MILLER<br>1509 WEEPING WILLOW<br>ARLINGTON, TX 76002 | REYNA CASTRILLO-CAJINA<br>4484 CAMSTOCK COURT<br>CONCORD, CA 94521 | RICHARD BRADLEY SIMPSON<br>ADDRESS REDACTED |
| RICHARD JACKSON<br>27 ARBOR DR<br>SHREWSBURY, MA 01545 | ROBERT BURNFIELD<br>177 COOPER RUN COURT<br>PITTSBURGH, PA 15237 | ROBERT KENYON<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ROGER JAMES VANDUINEN<br>ADDRESS REDACTED | ROMEO SEMAAN<br>5389 PASEO TORTUGA<br>YORBA LINDA, CA 92887 | RUPERT ALTSCHULER<br>ADDRESS REDACTED |
| RUTH DUNCAN ABBOTT<br>25942 HINCKLEY STREET<br>LOMA LINDA, CA 92354 | RYAN FULLMER<br>240 GREENMOOR<br>IRVINE, CA 92614 | SCOTT M OOMS<br>19862 RIDGE MANOR WAY<br>UNIT 24<br>YORBA LINDA, CA 92886 |
| SCOTT TEMPEL<br>57 FANLIGHT<br>IRVINE, CA 92620 | SHARLEE BRITTINGHAM<br>2330 N RIVERSIDE DRIVE<br>INDIALANTIC, FL 32903 | STACY HANDLEY<br>20065 BERKELEY WAY<br>YORBA LINDA, CA 92886 |
| STEPHEN GIBSON MOORE<br>5229 36TH AVE NE<br>SEATTLE, WA 98105 | STEPHEN NODAL<br>29 SLEEPY HOLLOW LANE<br>LADERA RANCH, CA 92694 | STEPHEN SHIPLEY<br>67 BLACK BEAR DRIVE, #1512<br>WALTHAM, MA 02451 |
| STEVEN PAUL LINDAUER<br>5030 BALLARAT LANE<br>CASTLE ROCK, CO 80108 | SUMI SHRISHRIMAL<br>16976 ABUNDANTE ST<br>SAN DIEGO, CA 92127 | TRACEY B KINCAID<br>3052 INVERNESS DR<br>LOS ALAMITOS, CA 90720 |
| TRACY D PIERCE<br>8616 SNOWDROP CT<br>FORT WORTH, TX 76123 | WENDY CULLEN<br>28371 CALLE PINON<br>SAN JUAN CAPISTRANO, CA 92675 | |

Parties Served: 116