IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CORINTHIAN COLLEGES, INC., *et al*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10952 (KJC) <br><br> (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on September 16, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Debtors' Objection to the Claims of the Commonwealth of Massachusetts [Docket No. 968]**

Dated: September 17, 2015

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this _17_ day of _Sep._, 20_15_, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

| | | |
|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN<br>GLENN.KAPLAN@STATE.MA.US | COMMONWEALTH OF MASSACHUSETTS<br>PETER LEIGHT<br>PETER.LEIGHT@STATE.MA.US | U.S. DEPARTMENT OF JUSTICE<br>DANIELLE PHAM<br>DANIELLE.PHAM@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE<br>JOHN KRESSE<br>JOHN.KRESSE@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>LLOYD RANDOLPH<br>LLOYD.RANDOLPH@USDOJ.GOV | |

Parties Served: 5

# **EXHIBIT B**

AMERICAN EXPRESS TRAVEL RELATED SERVICES
C/O BECKET AND LEE LLP
ATTN: GILBERT B WEISMAN
POB 3001
MALVERN, PA 19355-0701

ARAPAHOE COUNTY TREASURER
ATTN: BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON, CO 80166

ASHBY & GEDDES, P.A.
ATTN: WILLIAM BOWDEN/RICARDO PALACIO
ATTN: LEIGH-ANNE RAPORT
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899-1150

BMC GROUP, INC.
ATTN: T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO, CA 90245

BOVITZ & SPITZER
ATTN: J. SCOTT BOVITZ
1100 WILSHIRE BLVD., SUITE 2403
LOS ANGELES, CA 90017

BROWN RUDNICK LLP
ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBE
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ATTN: MAURA HEALEY, AG
ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG
ONE ASHBURTON PLACE, 18TH FLOOR
BOSTON, MA 02108

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
ATTN: LINDA MITTEN
651 BOAS STREET, ROOM 700
HARRISBURG, PA 17121

CONSUMER FINANCIAL PROTECTION BUREAU
ATTN: CYNTHIA GOOEN LESSER
ASSISTANT DEPUTY ENFORCEMENT DIRECTOR
1700 G STREET, N.W.
WASHINGTON, D.C. 20552

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DEVELOPMENT RESOURCES, INC.
ATTN: JOHN GIANNOPOULOS
333 NORTH DES PLAINES STREET
CHICAGO, IL 60661

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
ONE LOGAN SQUARE, STE. 2000
PHILADELPHIA, PA 19103-6996

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN
222 DELAWARE AVE., STE.1410
WILMINGTON, DE 19801-1621

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

FAIRFIELD AND WOODS, P.C.
ATTN: CAROLINE C. FULLER
1801 CALIFORNIA STREET, SUITE 2600
DENVER, CO 80202

FRANKGECKER LLP
ATTN: JOSEPH FRANK/REED HEILIGMAN
325 NORTH LASALLE STREET
SUITE 625
CHICAGO, IL 60654

GE INFORMATION TECHNOLOGY SOLUTIONS
F/D/B/A IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON, GA 31208-3708

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
ATTN: JOSEPH CORRIGAN
ONE FEDERAL STREET
BOSTON, MA 02110

JEFFER MANGELS BUTLER & MITCHELL LLP
ATTN: BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

KATTEN MUCHIN ROSENMAN LLP
ATTN: BRIAN HUBEN/DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES, CA 90067-3012

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

KREIS, ENDERLE, HUDGINS & BORSOS, PC
ATTN: THOMAS G. KING
PO BOX 4010
KALAMAZOO, MI 49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

LAW OFFICE OF DONALD W. SIEVEKE
ATTN: DONALD W. SIEVEKE
1113 N. SPURGEON STREET
SANTA ANA, CA 92701

| | | |
|---|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DAVID G. AELVOET<br>711 NAVARRO STREET, STE 300<br>SAN ANTONIO, TX 78205 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | LOIZIDES, P.A.<br>ATTN: CHRISTOPHER D. LOIZIDES<br>1225 KING STREET, SUITE 800<br>WILMINGTON, DE 19801 |
| MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MORRIS JAMES LLP<br>ATTN: CARL KUNZ III/JEFFREY WAXMAN<br>500 DELAWARE AVE, SUITE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19801 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601 |
| NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 | NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 | OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 |
| OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION<br>800 W. WASHINGTON STREET, 2ND FLOOR<br>PHOENIX, AZ 85007 | OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>OREGON HIGHER EDUCATION COORDINATING COMMI<br>775 COURT STREET NE<br>SALEM, OR 97301 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: NANCY QUACH<br>455 GOLDEN GATE, SUITE 11000<br>SAN FRANCISCO, CA 94102-7004 |
| OFFICE OF THE ATTORNEY GENERAL<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST.<br>SACRAMENTO, CA 95814-5901 | OFFICE OF THE U.S. ATTORNEY<br>ATTN: CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF ARIZONA<br>ATTN: JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 |
| OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF HAWAII<br>ATTN: FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 | OFFICE OF THE U.S. ATTORNEY<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: KELLY T. CURRIE<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | OFFICE OF THE U.S. ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | OREGON DEPARTMENT OF JUSTICE<br>ATTN: CAROLYN G. WADE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 | OUTTEN & GOLDEN LLP<br>ATTN: JACK RAISNER/RENÉ ROUPINIAN<br>3 PARK AVENUE, 29TH FLOOR<br>NEW YORK, NY 10016 |
| PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>C/O PHILLIPS INTERNATIONAL<br>295 MADISON AVE., 2ND FLOOR<br>NEW YORK, NY 10017 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>ATTN: OWEN M. SONIK<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LI<br>ATTN: ELIZABETH BANDA CALVO<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010 |
| PIRCHER, NICHOLS & MEEKS<br>ATTN: EUGENE J.M. LEONE<br>900 N. MICHIGAN AVENUE<br>SUITE 1000<br>CHICAGO, IL 60611 | POLSINELLI PC<br>ATTN: CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/ETTA MYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>P.O. BOX 951<br>WILMINGTON, DE 19899-0951 |
| ROBAINA & KRESIN<br>ATTN: THOMAS GRIFFIN<br>ONE EAST CAMELBACK ROAD<br>SUITE 710<br>PHOENIX, AZ 85012 | ROBINS KAPLAN LLP<br>ATTN: SCOTT GAUTIER/LORIE BALL<br>ATTN: CYNTHIA HERNANDEZ<br>2049 CENTURY PARK EAST, SUITE 3400<br>LOS ANGELES, CA 90067 | RUDER WARE, L.L.S.C.<br>ATTN: JEREMY M. WELCH<br>500 NORTH FIRST STREET, SUITE 8000<br>P.O. BOX 8050<br>WAUSAU, WI 54402-8050 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW<br>230 PARK AVENUE, SUITE 1130<br>NEW YORK, NY 10169 | SECRETARY OF THE TREASURY<br>P.O. BOX 7040<br>DOVER, DE 19903 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REG. DIRECTOR<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 |

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ATTN: CARREN B. SHULMAN, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | SIDLEY AUSTIN LLP<br>ATTN: JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES, CA 90013 |
| SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: FELICIA GERBER PERLMAN<br>155 N. WACKER DRIVE<br>CHICAGO, IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 |
| STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: BILL SCHUETTE/HEATHER DONALD<br>CADILLAC PLACE, SUITE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 |
| SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT<br>ATTN: KAREN AXSOM, DIRECTOR<br>800 W. WASHINGTON ST<br>PHOENIX, AZ 85007 | THE ROSNER LAW GROUP<br>ATTN: JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 |
| TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | TREASURER - TAX COLLECTOR<br>DAN MCALLISTER<br>ATTN: BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 |
| TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>ATTN: JOHN MARK STERN, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION, MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN: LLOYD RANDOLPH/DANIELLE PHAM<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 |
| U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MICHAEL R. SEW HOY<br>1100 L STREET, N.W., ROOM 10048<br>WASHINGTON, D.C. 20005 | UNITED STATES DEPARTMENT OF LABOR<br>ATTN: THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20210 | WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 |
| WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: BRAD D. SCHIMEL, AG<br>ATTN: F. MARK BROMLEY, AAG<br>POST OFFICE BOX 7857<br>MADISON, WI 53707-7857 | | |

Parties Served: 88