## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on September 16, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Debtors' Notice of Claims Satisfied in Whole or in Part [Docket No. 972]**

Dated: September 17, 2015

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 17 day of Sep , 2015 , by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

Corinthian Colleges, Inc. -  Service List to e-mail Recipients

| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE |
|---|---|---|
| DANIELLE PHAM | JOHN KRESSE | LLOYD RANDOLPH |
| DANIELLE.PHAM@USDOJ.GOV | JOHN.KRESSE@USDOJ.GOV | LLOYD.RANDOLPH@USDOJ.GOV |

Parties Served:  3

# EXHIBIT B

Corinthian Colleges, Inc. - U.S. Mail                                                                                          Served 9/16/2015

ALAN BRADSHAW
410 E LA CROSSE AVE
FOWLER, CA 93625

ALICE MORENO
13162 DAY ST, G205
MORENO VALLEY, CA 92553

ALLAN METZ
937 S. ALEX AVE
SPRINGFIELD, MO 65802

AMANDA MATIS FOSS
3524 ALLAN ADALE
MODESTO, CA 95355

AMBER LYON
16350 VENTURA BLVD
UNIT 151
ENCINO, CA 91436

AMERICAN EXPRESS TRAVEL RELATED SERVICES
C/O BECKET AND LEE LLP
ATTN: GILBERT B WEISMAN
POB 3001
MALVERN, PA 19355-0701

ANA DE LA MORA
559 BURLINGTON DR
TRACY, CA 95376

ANGELINE NELSON
1133 WAIMANU STREET, NO 2202
HONOLULU, HI 96814

ANNA BONGFEN
5135 VILLAGE GREEN, #49
LOS ANGELES, CA 90016

ANNE KELLERMAN
68 WEDGEWOOD DRIVE
ITHACA, NY 14850

ANTIONETTE BELL
ADDRESS REDACTED

ARAPAHOE COUNTY TREASURER
ATTN: BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON, CO 80166

AREND CLAYBORN
7316 HUBBARD WOODS RD
CHARLOTTE, NC 28269

ARTURO PEREZ
777 CIELO VISTA
PO BOX 603
GONZALES, CA 93926

ASHBY & GEDDES, P.A.
ATTN: WILLIAM BOWDEN/RICARDO PALACIO
ATTN: LEIGH-ANNE RAPORT
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899-1150

BETINA PETERSON
9876 N CANYON CREEK LANE
FRESNO, CA 93730

BETTY BARAJAS
825 KERN ST, APT 286
FRESNO, CA 93706

BMC GROUP, INC.
ATTN: T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO, CA 90245

BOVITZ & SPITZER
ATTN: J. SCOTT BOVITZ
1100 WILSHIRE BLVD., SUITE 2403
LOS ANGELES, CA 90017

BRENT KAGAWA
91-210 LOULULELO PLACE
KAPOLEI, HI 96707

BRIAN KATZ
2168 17TH AVE
SAN FRANCISCO, CA 94116

BROWN RUDNICK LLP
ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BUNNEY SCHMIDT
503 W 300 S
OREM, UT 84058

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALANDRA BEAN
1231 PARTRIDGE LN
RIVERDALE, GA 30296

CARLOS SANCHEZ
31 PLAZA DR
MILL VALLEY, CA 94941

CHANDLER EASLEY COOPER
2211 6TH AVE
SACRAMENTO, CA 95818

CHERIE PRESLEY
913 E 118TH PLACE
LOS ANGELES, CA 90059

CHRISTOPHER TREGO
4004 16TH AVE
MOLINE, IL 61265

CITY OF FRESNO BUSINESS TAX
P O BOX 45017
FRESNO, CA 93718-5017

CITY OF SAN FRANCISCO
PO BOX 7426
SAN FRANCISCO, CA 94120-7426

Corinthian Colleges, Inc. - U.S. Mail

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ATTN: MAURA HEALEY, AG
ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG
ONE ASHBURTON PLACE, 18TH FLOOR
BOSTON, MA 02108

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
ATTN: LINDA MITTEN
651 BOAS STREET, ROOM 700
HARRISBURG, PA 17121

CONSUMER FINANCIAL PROTECTION BUREAU
ATTN: CYNTHIA GOOEN LESSER
ASSISTANT DEPUTY ENFORCEMENT DIRECTOR
1700 G STREET, N.W.
WASHINGTON, D.C. 20552

CYNTHIA PUCKETT
5806 N. MONTE #2
FRESNO, CA 93711

DANIELLE FUQUAY
2046 COLLINGWOOD
DETROIT, MI 48206

DANNIE KAMACK
13859 EMERALD LN
GARDENA, CA 90247

DAVID LEW
209 1/2 1ST STREET #5
LARAMIE, WY 82070

DEBRA VICK
1426 E CHARLESTON AVE
PHOENIX, AZ 85022

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DENISE ROBERTS
1384 ROADRUNNER DR
CORONA, CA 92881

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DEVELOPMENT RESOURCES, INC.
ATTN: JOHN GIANNOPOULOS
333 NORTH DES PLAINES STREET
CHICAGO, IL 60661

DIANE FENDER
4058 FIVE MILE DR
STOCKTON, CA 95219

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
ONE LOGAN SQUARE, STE. 2000
PHILADELPHIA, PA 19103-6996

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN
222 DELAWARE AVE., STE.1410
WILMINGTON, DE 19801-1621

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

DWAYNE DAVIDSON
11591 RAGUSA DRIVE
RANCHO CUCAMONGA, CA 91701

ELIASIB RUBAN
6064 ASHWELL WAY
VALLEJO, CA 94591

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

ERIKA HAAS
531 GRINDSTONE STREET
WOOKBRIDGE, CA 95258

EVA HOLLANDS
8286 ARROWHEAD LAKE RD
HESPERIA, CA 92345

FAIRFIELD AND WOODS, P.C.
ATTN: CAROLINE C. FULLER
1801 CALIFORNIA STREET, SUITE 2600
DENVER, CO 80202

FARAZ MINOOEI
185 NOYO DR
SAN JOSE, CA 95123

FRANKGECKER LLP
ATTN: JOSEPH FRANK/REED HEILIGMAN
325 NORTH LASALLE STREET
SUITE 625
CHICAGO, IL 60654

FRED FOOTE
563 MINNA STREET
SAN FRANCISCO, CA 94103

GAIL HUFF
1637 WEST MORRIS AVENUE
FRESNO, CA 93711

GE INFORMATION TECHNOLOGY SOLUTIONS
F/D/B/A IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON, GA 31208-3708

GEORGE GILBERT
1319 SANGAMORE STREET
HAYWARD, CA 94545

GEORGINA SHERRIFFE
3304 HIDDEN BROOK CT
MODESTO, CA 95355

HARISH SINGH
3131 SPARROW DR
SACRAMENTO, CA 95834

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

Corinthian Colleges, Inc. - U.S. Mail                                                                                      Served 9/16/2015

HEATHER ARVAY
322 DUNN LANE
NEW DERRY, PA 15671

HEATHER FULLERTON
1363 CALIFORNIA ST, #1
SAN FRANCISCO, CA 94109

HERBERT GILCRIST
ADDRESS REDACTED

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
ATTN: JOSEPH CORRIGAN
ONE FEDERAL STREET
BOSTON, MA 02110

JACOB SPORRER
2121 BURWICK AVE, 1504
ORANGE PARK, FL 32073

JAIME FERNANDEZ
795 MALAGA CT
SOLEDAD, CA 93961

JAMAAL WASHINGTON
6020 N. GENTRY #101
FRESNO, CA 93711

JAMES MOUNT
3967 MEAD ST
ANTIOCH, CA 94531

JANEL SPAFFORD
3119 W. 186TH ST.
TORRANCE, CA 90504

JANMARIE CRABBE
103 COGHLAN HILL
VALLEJO, CA 94590

JASON SCARPATI
4616 NORTH 34TH PLACE
PHOENIX, AZ 85018

JEFFER MANGELS BUTLER & MITCHELL LLP
ATTN: BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

JEFFREY HILLARD
242 TRADITION WAY
HENDERSONVILLE, NC 28791

JENNI IRAHETA
12111 HAWTHORNE WAY #23
HAWTHONE, CA 90250

JENNIFER VELASCO
6010 SUN PEARL COURT
FAIR OAKS, CA 95628

JOHN HOWARD
1458 LUINAKOA STREET
HONOLULU, HI 96821

JOHN PARRISH
472 VALLEY VIEW DRIVE
OAKDALE, CA 95361

JOHN SHIEH
21060 HAZELBROOK DRIVE
CUPERTINO, CA 95014

JOSEPH CURDY
1080 SKY VIEW DR
OAKDALE, CA 95361

JULIE RICHARDSON
472 VALLEY VIEW DR.
OAKDALE, CA 95361

KAMRAN SEDIGHI
3804 CLAIRE STREET
STOCKTON, CA 95212

KAREN BAFFORD-BUBEL
36 LANDAU DRIVE
ROCHESTER, NY 14606

KARRIE CLINKENBEAR LA BARBERA
3700 TULLY ROAD, APT. 100
MODESTO, CA 95356

KATTEN MUCHIN ROSENMAN LLP
ATTN: BRIAN HUBEN/DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES, CA 90067-3012

KEITH EARNSHAW
12101 LOCKHART LANE
RALEIGH, NC 27614

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

KENT SPJUTE
1776 N. HALIFAX
CLOVIS, CA 93619

KIRSTEN MCCANN
1510 N HARRISON AVE
FRESNO, CA 93728

KREIS, ENDERLE, HUDGINS & BORSOS, PC
ATTN: THOMAS G. KING
PO BOX 4010
KALAMAZOO, MI 49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

LAURA DECKER
1396 E. BUFFALO ST
GILBERT, AZ 85295

LAW OFFICE OF DONALD W. SIEVEKE
ATTN: DONALD W. SIEVEKE
1113 N. SPURGEON STREET
SANTA ANA, CA 92701

Corinthian Colleges, Inc. - U.S. Mail

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET
711 NAVARRO STREET, STE 300
SAN ANTONIO, TX 78205

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

LISA MILLER
41986 NW BUCKSHIRE STREET
BANKS, OR 97106

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801

LUIS CINTRON
6076 HERON AVE
EW BEACH, HI 96706-3359

MACKINZEE ESCAMILLA
1009 FM 300
LEVELLAND, TX 79336

MANOLITA TEH
220 S. TOLA PLACE
ANAHEIM, CA 92804

MARC GLENN
8233 SANDSTONE SEA WAY
SACRAMENTO, CA 95829

MARIA GURROLA
532 S. FERRIS AVE.
LOS ANGELES, CA 90022

MARIA LIGAYA BRAVO
500 KINGSBRIDGE CT
SAN RAMON, CA 94583

MARIBEE TOLENTINO
1626 N. WILCOX AVENUE, #321
HOLLYWOOD, CA 90028

MARILOU CUEVAS
2830 OCTAVIA ST
OAKLAND, CA 94619

MARINA NOEL
2434 25TH AVENUE
SAN FRANCISCO, CA 94116

MARLENE MCKNIGHT
17836 NO 16TH WAY
PHOENIX, AZ 85022

MARNIE CARROLL
3513 SHADYHILL DR
SAN ANGELO, TX 76904

MARY RITTER
9551 E. GREENWAY STREET
MESA, AZ 85207

MAYRA VARELA
652 FINDLAY AVE
LOS ANGELES, CA 90022

MEISHENG GUO
1134 CLEMENTINA AVE
SEASIDE, CA 93955

MELISSA PALOPOLI
4216 E RENEE DR
PHOENIX, AZ 85050

MERRIJANE STENSON
6710 W. TOPEKA DR
GLENDALE, AZ 85308

MICHAEL CAMPBELL
754 W. DESERT MOUNTAIN DR
SAN TAN VALLEY, AZ 85143

MICHAEL MARTIN
94-1451 WAIPIO UKA ST, APT L206
WAIPAHU, HI 96797

MICHAEL ROBISON
580 W EL PASO
CLOVIS, CA 93611

MICHAEL SHAMI
PO BOX 911
ROSEVILLE, CA 95661

MICHAEL TALBOT
440 BANNING WAY
VELLAGO, CA 94591

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MOKHTAR MOUSSAOUI
1425 CENTER AVE
MARTINEZ, CA 94553

MONICA BARNARD
1073 HIND IUKA
HONOLULU, HI 96821

MORRIS JAMES LLP
ATTN: CARL KUNZ III/JEFFREY WAXMAN
500 DELAWARE AVE, SUITE 1500
PO BOX 2306
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK, NY 10019-9601

MUKTA PATEL
3377 WIMBLEDON WAY
COSTA MESA, CA 92626

NANCY AGUILLON
16730 MAIN STREET
LA PUENTE, CA 91744

NATHAN WOODWARD
9436 MARY ELLEN WAY
ELK GROVE, CA 95624

NAWAZ SHAH
1242 CYPRESS RUN DR
STOCKTON, CA 95209

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NICHOLAS HUDSON
ADDRESS REDACTED

NICOLE CHATMAN
9710 TENNYSON CT
ST. LOUIS, MO 63114

NINA PUSTYLNIK
20409 NE 10 COURT RD
MIAMI, FL 33179

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OFFICE OF PRIVATE POSTSECONDARY EDUCATIO
OREGON HIGHER EDUCATION COORDINATING CO
775 COURT STREET NE
SALEM, OR 97301

OFFICE OF THE ATTORNEY GENERAL
ATTN: NANCY QUACH
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

OFFICE OF THE ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE
1300 I ST.
SACRAMENTO, CA 95814-5901

OFFICE OF THE U.S. ATTORNEY
ATTN: CHARLES M. OBERLY, III
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE 19801

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
ATTN: JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
ATTN: FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
ATTN: KELLY T. CURRIE
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ATTN: PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

OMAR ABING
3259 HAYDEN ST, NO 6
HONOLULU, HI 96815

OREGON DEPARTMENT OF JUSTICE
ATTN: CAROLYN G. WADE
1162 COURT STREET NE
SALEM, OR 97301-4096

OUTTEN & GOLDEN LLP
ATTN: JACK RAISNER/RENÉ ROUPINIAN
3 PARK AVENUE, 29TH FLOOR
NEW YORK, NY 10016

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN: OWEN M. SONIK
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA CALVO
500 E. BORDER STREET, SUITE 640
ARLINGTON, TX 76010

PIRCHER, NICHOLS & MEEKS
ATTN: EUGENE J.M. LEONE
900 N. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60611

POLSINELLI PC
ATTN: CHRISTOPHER WARD/SHANTI KATONA
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

RICHARD NODLINSKI
297 RAYMOND LANE
FOLSOM, CA 95630

ROBAINA & KRESIN
ATTN: THOMAS GRIFFIN
ONE EAST CAMELBACK ROAD
SUITE 710
PHOENIX, AZ 85012

ROBINS KAPLAN LLP
ATTN: SCOTT GAUTIER/LORIE BALL
ATTN: CYNTHIA HERNANDEZ
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067

ROSANNA RUIZ
5943 E. LAUREL AVE
FRESNO, CA 93727

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU, WI 54402-8050

RUTH BROWN
3347 ADMIRAL DRIVE
STOCKTON, CA 95209

SARAH SOEBBING
4535 COMMONWEALTH APT.6
DETROIT, MI 48208

Corinthian Colleges, Inc. - U.S. Mail

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW
230 PARK AVENUE, SUITE 1130
NEW YORK, NY 10169

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: CARREN B. SHULMAN, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

SHERINE LORENZ
220 TIMBERLINE LN
AUBURN, CA 95603

SHUKHAN LAU
5626 ROSSCOMMON WAY
ANTIOCH, CA 94531

SIDLEY AUSTIN LLP
ATTN: JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: FELICIA GERBER PERLMAN
155 N. WACKER DRIVE
CHICAGO, IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

SKY KONG
83 HOUSTON RD
POPLARVILLE, MS 39470

SOFIA VAITSAS
1340 N. DEARBORN ST
UNIT 12 D
CHICAGO, IL 60610

STACEY WEBB
45-315 LILIPUNA ROAD, APT 306B
KANEOHE, HI 96744

STACY WEAVER
3340 W CELESTE AVE
FRESNO, CA 93711

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ATTN: BILL SCHUETTE/HEATHER DONALD
CADILLAC PLACE, SUITE 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

STEVEN WYNNE
101 HERSCHEL STREET
PROVIDENCE, RI 02909

SUSANA HAMILTON
12650 SHEREE CT
SAN JOSE, CA 95127

SYLVIA GARZA
388 E PARLIER AVE
REEDLEY, CA 93654

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

TANYA LEE
3441 E BARTLETT DR
GILBERT, AZ 85234

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT
ATTN: KAREN AXSOM, DIRECTOR
800 W. WASHINGTON ST
PHOENIX, AZ 85007

THE ROSNER LAW GROUP
ATTN: JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207

TRACY OLIVER
1085 DANIELLE DRIVE
ROSEVILLE, CA 95747

TRAVIS COUNTY
ATTN: KAY D. BROCK
P.O. BOX 1748
AUSTIN, TX 78767

TREASURER - TAX COLLECTOR
DAN MCALLISTER
ATTN: BANKRUPTCY DESK
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101

TX COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: COURTNEY J. HULL
ATTN: JOHN MARK STERN, AAG
BANKRUPTCY & COLLECTIONS DIVISION, MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN: LLOYD RANDOLPH/DANIELLE PHAM
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
MICHAEL R. SEW HOY
1100 L STREET, N.W., ROOM 10048
WASHINGTON, D.C. 20005

UNITED STATES DEPARTMENT OF LABOR
ATTN: THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON, DC 20210

VANESSA ZABALA
15431 COVELLO ST
VAN NUYS, CA 91406

VIRGINIA DALMACIO
291 TWINLAKE DRIVE
SUNNYVALE, CA 94089

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

WILLIAM CHAVERS
20013 ANNALEE AVE.
CARSON, CA 90746

WILLIAM LEE
525 E MAUDE, APT 13
SUNNYVALE, CA 94085

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
ATTN: F. MARK BROMLEY, AAG
POST OFFICE BOX 7857
MADISON, WI 53707-7857

YONATHAN TEKLEMICHAEL
ADDRESS REDACTED

Parties Served: 206