## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Scott M. Ewing am employed in the county of Los Angeles, State of California. I hereby certify that on September 18, 2015, I caused true and correct copies of the following document to be served (i) via facsimile to the parties listed in **Exhibit A**, (ii) via email to the parties listed in **Exhibit B**, and (iii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit C** attached hereto:

- **Notice of Amended Agenda of Matters Scheduled for Hearing on September 18, 2015 at 10:00 A.M. (EDT)  [Docket No. 977]**

Dated: September 18, 2015

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 18 day of Sep., 20 15, by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

Corinthian Colleges, Inc. -  Service List to Facsimile Recipients                                          Served 9/18/2015

AMERICAN EXPRESS TRAVEL RELATED SERVICES

610-993-8493


ASHBY & GEDDES, P.A.
WILLIAM BOWDEN
302-654-2067


CALIFORNIA ATTORNEY GENERAL
BERNARD A. ESKANDARI
213-897-2802


DEVELOPMENT RESOURCES, INC.
JOHN GIANNOPOULOS
312-822-0561


DRINKER BIDDLE & REATH LLP
MICHAEL P. POMPEO
212-248-3141


FRANKGECKER LLP
REED HEILIGMAN
312-276-0035


KATTEN MUCHIN ROSENMAN LLP
BRIAN HUBEN
310-788-4471


LECLERC & LECLERC LLP
CHRISTOPHER LECLERC
415-445-9977


LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
302-654-0728


MISSOURI DEPARTMENT OF REVENUE
STEVEN A. GINTHER
573-751-7232


MORRISON & FOERSTER LLP
ERICA RICHARDS
212-468-7900


OFFICE OF THE U.S. ATTORNEY
KELLY T. CURRIE
718-254-7508


OREGON DEPARTMENT OF JUSTICE
CAROLYN G. WADE
503-373-7067


PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ELIZABETH BANDA CALVO
817-860-6509


POLSINELLI PC
SHANTI KATONA
302-252-0921


ASHBY & GEDDES, P.A.
LEIGH-ANNE RAPORT
302-654-2067


BALLARD SPAHR LLP
LESLIE C. HEILMAN
302-252-4466


CALIFORNIA BUREAU FOR PRIVATE POSTSECONDAI
CARTER OTT
510-622-2270


DRINKER BIDDLE & REATH LLP
H. JOHN MICHEL, JR.
215-988-2757


FAIRFIELD AND WOODS, P.C.
CAROLINE C. FULLER
303-830-1033


IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
JOSEPH CORRIGAN
617-451-0409


KATTEN MUCHIN ROSENMAN LLP
DUSTIN BRANCH
310-788-4471


LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DAVID G. AELVOET
210-225-6410


MASSACHUSETTS ATTORNEY GENERAL
GLENN KAPLAN
617-722-0184


MORRIS JAMES LLP
CARL N. KUNZ III
302-571-1750


MORRISON & FOERSTER LLP
LORENZO MARINUZZI
212-468-7900


OFFICE OF THE UNITED STATES TRUSTEE
RICHARD SCHEPACARTER
302-573-6497


PALM SPRINGS MILE ASSOCIATES, LTD
PHILLIP J. EISENBERG
212-545-1410


PIRCHER, NICHOLS & MEEKS
EUGENE J.M. LEONE
312-915-3348


POTTER ANDERSON & CORROON LLP
ETTA MAYERS
302-658-1192


ASHBY & GEDDES, P.A.
RICARDO PALACIO
302-654-2067


BALLARD SPAHR LLP
MATTHEW G SUMMERS
302-252-4466


COMMONWEALTH OF PENNSYLVANIA
LINDA MITTEN
717-787-7671


DRINKER BIDDLE & REATH LLP
HOWARD A. COHEN
302-467-4201


FRANKGECKER LLP
JOSEPH FRANK
312-276-0035


JEFFER MANGELS BUTLER & MITCHELL LLP
BARRY FREEMAN
310-712-8571


KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
212-808-7897


LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ELIZABETH WELLER
469-221-5003


MASSACHUSETTS ATTORNEY GENERAL
PETER LEIGHT
617-722-0184


MORRIS JAMES LLP
JEFFREY R. WAXMAN
302-571-1750


OFFICE OF PRIVATE POSTSECONDARY EDUCATION

503-378-8395


OFFICE OF THE UNITED STATES TRUSTEE
TIMOTHY FOX
302-573-6497


PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.
OWEN M. SONIK
713-862-1429


POLSINELLI PC
CHRISTOPHER WARD
302-252-0921


POTTER ANDERSON & CORROON LLP
JEREMY RYAN
302-658-1192

Corinthian Colleges, Inc. -  Service List to Facsimile Recipients                                                                            Served 9/18/2015

ROBAINA & KRESIN
THOMAS GRIFFIN
602-682-6455

ROBINS KAPLAN LLP
CYNTHIA HERNANDEZ
310-229-5800

ROBINS KAPLAN LLP
LORIE BALL
310-229-5800

ROBINS KAPLAN LLP
SCOTT F. GAUTIER
310-229-5800

RUDER WARE, L.L.S.C.
JEREMY M. WELCH
715-845-2718

SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE
212-818-9606

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CARREN B. SHULMAN
212-653-8701

SIDLEY AUSTIN LLP
ANNA GUMPORT
213-896-6600

SIDLEY AUSTIN LLP
JENNIFER HAGLE
213-896-6600

SIMON PROPERTY GROUP, INC.
RONALD M. TUCKER
317-263-7901

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FELICIA GERBER PERLMAN
312-407-0411

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
SARAH E. PIERCE
302-651-3001

SYNCHRONY BANK
RAMESH SINGH
305-374-8113

TRAVIS COUNTY
KAY D. BROCK
512-854-4808

TREASURER - TAX COLLECTOR
DAN MCALLISTER
619-685-2589

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
202-514-9163

U.S. DEPARTMENT OF JUSTICE
MICHAEL R. SEW.HOY
202-514-9163

WISCONSIN DEPARTMENT OF JUSTICE
F. MARK BROMLEY, AAG
608-267-8906

Parties Served:  63

**<u>EXHIBIT B</u>**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br><br>NOTICES@BECKET-LEE.COM | ARAPAHOE COUNTY TREASURER<br>BENJAMIN SWARTZENDRUBER<br>BSWARTZENDRUBER@ARAPAHOEGOV.COM | ARAPAHOE COUNTY TREASURER<br>WENDY ROSSMAN<br>WROSSMAN@ARAPAHOEGOV.COM |
| ASHBY & GEDDES, P.A.<br>LEIGH-ANNE RAPORT<br>LRAPORT@ASHBY-GEDDES.COM | ASHBY & GEDDES, P.A.<br>RICARDO PALACIO<br>RPALACIO@ASHBY-GEDDES.COM | ASHBY & GEDDES, P.A.<br>WILLIAM BOWDEN<br>WBOWDEN@ASHBY-GEDDES.COM |
| BMC GROUP, INC.<br>T. FEIL<br>TFEIL@BMCGROUP.COM | BOVITZ & SPITZER<br>J. SCOTT BOVITZ<br>BOVITZ@BOVITZ-SPITZER.COM | BROWN RUDNICK LLP<br>BENNETT SILVERBERG<br>BSILVERBERG@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP<br>H. JEFFREY SCHWARTZ<br>JSCHWARTZ@BROWNRUDNICK.COM | CALIFORNIA DEPARTMENT OF JUSTICE<br>NANCY QUACH<br>NANCY.QUACH@DOJ.CA.GOV | CALIFORNIA DEPARTMENT OF JUSTICE<br>NICHOLAS CAMPINS<br>NICHOLAS.CAMPINS@DOJ.CA.GOV |
| COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN<br>GLENN.KAPLAN@STATE.MA.US | COMMONWEALTH OF MASSACHUSETTS<br>PETER LEIGHT<br>PETER.LEIGHT@STATE.MA.US | COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| CONSUMER FINANCIAL PROTECTION BUREAU<br>CYNTHIA GOOEN LESSER<br>CYNTHIA.LESSER@CFPB.GOV | DEVELOPMENT RESOURCES, INC.<br>JOHN GIANNOPOULOS<br>JOHNG@DEVRESINC.COM | DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>JOHN.MICHEL@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>HOWARD A. COHEN<br>HOWARD.COHEN@DBR.COM | DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>MICHAEL.POMPEO@DBR.COM | FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>CFULLER@FWLAW.COM |
| FRANKGECKER LLP<br>JOSEPH FRANK<br>JFRANK@FGLLP.COM | FRANKGECKER LLP<br>REED HEILIGMAN<br>RHEILIGMAN@FGLLP.COM | HAWAII STATE DEPARTMENT OF EDUCATION<br><br>DOE_INFO@HAWAIIDOE.ORG |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>BANKRUPTCY2@IRONMOUNTAIN.COM | JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN<br>BFREEMAN@JMBM.COM | JEFFER MANGELS BUTLER & MITCHELL LLP<br>DAVID POITRAS<br>DPOITRAS@JMBM.COM |
| KATTEN MUCHIN ROSENMAN LLP<br>BRIAN HUBEN<br>BRIAN.HUBEN@KATTENLAW.COM | KATTEN MUCHIN ROSENMAN LLP<br>DUSTIN BRANCH<br>DUSTIN.BRANCH@KATTENLAW.COM | KELLEY DRYE & WARREN LLP<br>BANKRUPTCY DEPARTMENT<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COI |
| KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>RLEHANE@KELLEYDRYE.COM | KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>THOMAS G. KING<br>TKING@KREISENDERLE.COM | LAW OFFICE OF DONALD W. SIEVEKE<br>DONALD W. SIEVEKE<br>DWS4LAW@PACBELL.NET |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DAVID G. AELVOET<br>SANANTONIO.BANKRUPTCY@PUBLICANS.COM | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | LOIZIDES, P.A.<br>CHRISTOPHER D. LOIZIDES<br>LOIZIDES@LOIZIDES.COM |
| MORRIS JAMES LLP<br>CARL N. KUNZ III<br>CKUNZ@MORRISJAMES.COM | MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>JWAXMAN@MORRISJAMES.COM | MORRISON & FOERSTER LLP<br>ERICA RICHARDS<br>ERICHARDS@MOFO.COM |
| MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI<br>LMARINUZZI@MOFO.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>RICHARD.SCHEPACARTER@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY FOX<br>TIMOTHY.FOX@USDOJ.GOV |
| OREGON DEPARTMENT OF JUSTICE<br>CAROLYN G. WADE<br>CAROLYN.G.WADE@DOJ.STATE.OR.US | OUTTEN & GOLDEN LLP<br>JACK RAISNER<br>JAR@OUTTENGOLDEN.COM | OUTTEN & GOLDEN LLP<br>RENÉ ROUPINIAN<br>RSR@OUTTENGOLDEN.COM |

Corinthian Colleges, Inc. -  Service List to e-mail Recipients                                                                                Served 9/18/2015

| | | |
|---|---|---|
| PALM SPRINGS MILE ASSOCIATES, LTD<br>PHILLIP J. EISENBERG<br>PEISENBERG@PIHC.COM | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.<br>OWEN M. SONIK<br>HOUBANK@PBFCM.COM | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLF<br>ELIZABETH BANDA CALVO<br>EBCALVO@PBFCM.COM |
| PIRCHER, NICHOLS & MEEKS<br>EUGENE J.M. LEONE<br>ELEONE@PIRCHER.COM | POLSINELLI PC<br>CHRISTOPHER WARD<br>CWARD@POLSINELLI.COM | POLSINELLI PC<br>SHANTI KATONA<br>SKATONA@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>ETTA MAYERS<br>EMAYERS@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN<br>JRYAN@POTTERANDERSON.COM | ROBINS KAPLAN LLP<br>CYNTHIA HERNANDEZ<br>CHERNANDEZ@ROBINSKAPLAN.COM |
| ROBINS KAPLAN LLP<br>LORIE BALL<br>LBALL@ROBINSKAPLAN.COM | ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>SGAUTIER@ROBINSKAPLAN.COM | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ABIGAIL SNOW<br>ASNOW@SSBB.COM |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE<br>CBELMONTE@SSBB.COM | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br><br>NY-DOCKETING@SHEPPARDMULLIN.COM | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>CARREN B. SHULMAN<br>CSHULMAN@SHEPPARDMULLIN.COM |
| SIDLEY AUSTIN LLP<br>ANNA GUMPORT<br>AGUMPORT@SIDLEY.COM | SIDLEY AUSTIN LLP<br>JENNIFER HAGLE<br>JHAGLE@SIDLEY.COM | SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>RTUCKER@SIMON.COM |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>FELICIA GERBER PERLMAN<br>FELICIA.PERLMAN@SKADDEN.COM | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>SARAH E. PIERCE<br>SARAH.PIERCE@SKADDEN.COM | STATE OF MICHIGAN<br>HEATHER DONALD<br>DONALDH@MICHIGAN.GOV |
| SYNCHRONY BANK<br>RAMESH SINGH<br>CLAIMS@RECOVERYCORP.COM | THE ROSNER LAW GROUP<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | THE ROSNER LAW GROUP<br>JULIA B. KLEIN<br>KLEIN@TEAMROSNER.COM |
| TN DEPT OF REVENUE<br><br>AGBANKDELAWARE@AG.TN.GOV | TRAVIS COUNTY<br>KAY D. BROCK<br>KAY.BROCK@TRAVISCOUNTY.GOV | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>COURTNEY J. HULL<br>COURTNEY.HULL@TEXASATTORNEYGENERAL.GOV |
| U.S. DEPARTMENT OF JUSTICE<br>DANIELLE PHAM<br>DANIELLE.PHAM@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>JOHN KRESSE<br>JOHN.KRESSE@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>LLOYD H. RANDOLPH<br>LLOYD.RANDOLPH@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE<br>MICHAEL R. SEW.HOY<br>MICHAEL.R.SEW.HOY@USDOJ.GOV | WISCONSIN DEPARTMENT OF JUSTICE<br>F. MARK BROMLEY, AAG<br>BROMLEYFM@DOJ.STATE.WI | |

Parties Served:  77

# EXHIBIT C

Corinthian Colleges, Inc. - U.S. Mail

ARAPAHOE COUNTY TREASURER
ATTN: BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON, CO 80166

BMC GROUP, INC.
ATTN: T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO, CA 90245

BOVITZ & SPITZER
ATTN: J. SCOTT BOVITZ
1100 WILSHIRE BLVD., SUITE 2403
LOS ANGELES, CA 90017

BROWN RUDNICK LLP
ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
ATTN: NANCY QUACH/NICHOLAS CAMPINS
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ATTN: MAURA HEALEY, AG
ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG
ONE ASHBURTON PLACE, 18TH FLOOR
BOSTON, MA 02108

CONSUMER FINANCIAL PROTECTION BUREAU
ATTN: CYNTHIA GOOEN LESSER
ASSISTANT DEPUTY ENFORCEMENT DIRECTOR
1700 G STREET, N.W.
WASHINGTON, D.C. 20552

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

GE INFORMATION TECHNOLOGY SOLUTIONS
F/D/B/A IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON, GA 31208-3708

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

KREIS, ENDERLE, HUDGINS & BORSOS, PC
ATTN: THOMAS G. KING
PO BOX 4010
KALAMAZOO, MI 49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

LAW OFFICE OF DONALD W. SIEVEKE
ATTN: DONALD W. SIEVEKE
1113 N. SPURGEON STREET
SANTA ANA, CA 92701

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OFFICE OF THE ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE
1300 I ST.
SACRAMENTO, CA 95814-5901

OFFICE OF THE U.S. ATTORNEY
ATTN: CHARLES M. OBERLY, III
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE 19801

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
ATTN: JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
ATTN: FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ATTN: PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OUTTEN & GOLDEN LLP
ATTN: JACK RAISNER/RENÉ ROUPINIAN
3 PARK AVENUE, 29TH FLOOR
NEW YORK, NY 10016

SECRETARY OF THE TREASURY
P.O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

Corinthian Colleges, Inc. - U.S. Mail

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ATTN: BILL SCHUETTE/HEATHER DONALD
CADILLAC PLACE, SUITE 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT
ATTN: KAREN AXSOM, DIRECTOR
800 W. WASHINGTON ST
PHOENIX, AZ 85007

THE ROSNER LAW GROUP
ATTN: JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPARTMENT OF LABOR
ATTN: THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON, DC 20210

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

Parties Served: 43