## EXHIBIT A

## FEE SUMMARY

**MATTER TIME DETAIL**

Run Date & Time: 9/21/2015    5:12:39PM  
Client:  123493  COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC  
Matter:  00001  CORINTHIAN COLLEGES  
Currency: USD

Worked Thru 08/31/2015  
Billing Partner: ABRAMS M  
Matter Type: BANKRUPTCY

| Id | Name | Title | Work Date | Task Code | Activity Code | Description | Worked Hours | Standard Rates Amount | Index (For Acct Only) |
|---|---|---|---|---|---|---|---|---|---|
| 00090 | ABRAMS M | PARTNER | 08/10/2015 | | | Calls w/J. Schwartz, L. Curry, J. Clancy re: nature of assignment and confer w/J. Clancy (.5); emails from Mark Collins, Jeff Schwartz, Jeff Clancy re: plan modification re: injunction (.1). | 0.6 | 765.00 | 17130007 |
| 13103 | CLANCY J B | ASSOCIATE | 08/12/2015 | | | Review of 2010/11, 2012/13, 2013/14 D&O Policy Periods (4.8). Review of correspondence from AIG, XL, Chubb, RSUI, and ACE Re: D&O coverage for various investigations and litigations, review of related emails and correspondence. (4.4). | 9.2 | 8,050.00 | 17145427 |
| | | | 08/13/2015 | | | Continue review of 2010/11, 2012/13, 2013/14 D&O Policy Periods (2.5). Continue review of correspondence from AIG, XL, Chubb, RSUI, and ACE Re: D&O coverage for various investigations and litigations, review of related emails and correspondence. (5.3). | 7.8 | 6,825.00 | 17145430 |
| | | | 08/14/2015 | | | Continue review of 2010/11, 2012/13, 2013/14 D&O Policy Periods (4.2). Continue review of correspondence from AIG, XL, Chubb, RSUI, and ACE Re: D&O coverage for various investigations and litigations, review of related emails and correspondence. (4.3). | 8.5 | 7,437.50 | 17145431 |
| | | | 08/15/2015 | | | Continue review of correspondence from AIG, XL, Chubb, RSUI, and ACE Re: D&O coverage for various investigations and litigations, review of related emails and correspondence. | 2.6 | 2,275.00 | 17145432 |
| 00090 | ABRAMS M | PARTNER | 08/17/2015 | | | Confer w/J. Clancy re: diligence, D&O policy situation. | 0.2 | 255.00 | 17139757 |
| 13103 | CLANCY J B | ASSOCIATE | 08/17/2015 | | | Call with Sidley, Brown Rudnick and Potter Anderson Re: D&O insurance coverage history. (1.0) Continue review of correspondence from AIG, XL, Chubb, RSUI, and ACE Re: D&O coverage for various investigations and litigations, review of related emails and correspondence. (5.6) Draft of detailed internal memorandum Re: same. (3.8). | 10.4 | 9,100.00 | 17145434 |

**MATTER TIME DETAIL**

Run Date & Time: 9/21/2015    5:12:39PM  
Client: 123493  COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC  
Matter: 00001  CORINTHIAN COLLEGES  
Currency: USD  

Worked Thru 08/31/2015  
Billing Partner: ABRAMS M  
Matter Type: BANKRUPTCY  

2

| Id | Name | Title | Work Date | Task Code | Activity Code | Description | Worked Hours | Standard Rates Amount | For Acct Only Index |
|---|---|---|---|---|---|---|---|---|---|
| 13103 | CLANCY J B | ASSOCIATE | 08/18/2015 | | | Continue review of correspondence from AIG, XL, Chubb, RSUI, and ACE Re: D&O coverage for various investigations and litigations, review of related emails and correspondence. (2.2) Continue draft of detailed internal memorandum Re: same. (6.3). | 8.5 | 7,437.50 | 1714543 |
| 16002 | KOENIG C | ASSOCIATE | 08/18/2015 | | | Reviewing and revising memo on D&O insurance (.8); correspondence with J. Clancy re: same (.1). | 0.9 | 508.50 | 1716475 |
| 13103 | CLANCY J B | ASSOCIATE | 08/19/2015 | | | Continue draft of detailed internal memorandum Re: D&O coverage for various investigations and litigations. (6.3) Continue review of correspondence from AIG, XL, Chubb, RSUI, and ACE. (1.8) | 8.1 | 7,087.50 | 1717638 |
| 16002 | KOENIG C | ASSOCIATE | 08/19/2015 | | | Reviewing and revising insurance memo (.2); correspondence re: same with J. Clancy (.1). | 0.3 | 169.50 | 1716475 |
| 00090 | ABRAMS M | PARTNER | 08/20/2015 | | | review D&O coverage analysis; discuss w/J. Clancy re: revisions; emails from J. Clancy re: timing, memo content (2.0); confer w/J. Clancy re: memo revisions (.1). | 2.1 | 2,677.50 | 1714965 |
| 13103 | CLANCY J B | ASSOCIATE | 08/20/2015 | | | Continue draft of detailed internal memorandum, discuss same with M. Abrams Re: D&O coverage for various investigations and litigations. | 1.1 | 962.50 | 1717638 |
| 16002 | KOENIG C | ASSOCIATE | 08/20/2015 | | | Reviewing and revising insurance memo. | 0.4 | 226.00 | 1716476 |
| 13103 | CLANCY J B | ASSOCIATE | 08/21/2015 | | | Review of plan supplement, emails with L. Curry Re: same. | 0.7 | 612.50 | 1717639 |
| | | | | | | TOTAL 123493.00001 | 61.4 | 54,389.00 | |
| | | | | | | TOTAL | 61.4 | 54,389.00 | |

**MATTER TIME DETAIL**  1

Run Date & Time: 9/21/2015    5:12:39PM  
Client:  123493   COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC  
Matter:  00002   RETENTION  
Currency: USD  

Worked Thru 08/31/2015  
Billing Partner: ABRAMS M  
Matter Type: BANKRUPTCY  

| Id | Name | Title | Work Date | Task Code | Activity Code | Description | Worked Hours | Standard Rates Amount | For Acct Only Index |
|---|---|---|---|---|---|---|---|---|---|
| 00090 | ABRAMS M | PARTNER | 08/10/2015 | | | T/c w/C. Koenig, review 327(e) declaration and discuss (.2); review J. Schwartz emails re: case link, background, emails to C. Koenig (.1); emails from and to C. Koenig, review Abrams Declaration draft #1 (.3). | 0.6 | 765.00 | 17218258 |
| 16002 | KOENIG C | ASSOCIATE | 08/10/2015 | | | Correspondence with M. Abrams re: 327(e) application/declaration (.3); reviewing and revising declaration in support of 327(e) application and corresponding schedules of current and former clients (2.6). | 2.9 | 1,638.50 | 17164711 |
| | | | 08/11/2015 | | | Reviewing and revising schedules of current and former clients for 327(e) declaration (1.6). | 1.6 | 904.00 | 17164718 |
| | | | 08/12/2015 | | | Correspondence with M. Abrams and J. Clancy re: retention (.4); reviewing and revising schedules of current and former clients (.9); correspondence with Brown Rudnick attorneys re: application (.2). | 1.5 | 847.50 | 17164725 |
| 00090 | ABRAMS M | PARTNER | 08/13/2015 | | | Review WFG retention app (3); multiple emails from C. Koenig, J. Clancy re: comments (.1); review and sign declaration, confer w/C. Koenig; lengthy emails from C. Koenig re: WFG app, declaration discussion; review revisions to app, declaration; emails to and from C. Koenig, emails from C. Koenig to Jacob Beiswenger re: full set of revised retention papers (.5). | 0.9 | 1,147.50 | 17137587 |
| 16002 | KOENIG C | ASSOCIATE | 08/13/2015 | | | Reviewing and revising WF&G retention application (.5); reviewing and revising WF&G declaration (.4); correspondence with M. Abrams re: WF&G retention (.1); correspondence with Brown Rudnick re: same (.5). | 1.5 | 847.50 | 17206043 |
| 00090 | ABRAMS M | PARTNER | 08/17/2015 | | | Review multiple emails to and from C. Koenig re: WFG retention. | 0.1 | 127.50 | 17218259 |
| 16002 | KOENIG C | ASSOCIATE | 08/17/2015 | | | Correspondence with counsel for the Committee re: WF&G retention (.1). | 0.1 | 56.50 | 17164743 |
| | | | 08/19/2015 | | | Reviewing and revising retention documents (.3); correspondence re: same with M. Abrams (.1). | 0.4 | 226.00 | 17218260 |

# MATTER TIME DETAIL

Run Date & Time:  9/21/2015    5:12:39PM  
Client:  123493  COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC  
Matter:  00002  RETENTION  
Currency:  USD  

Worked Thru 08/31/2015  
Billing Partner: ABRAMS M  
Matter Type:  BANKRUPTCY  

2

| Id | Name | Title | Work Date | Task Code | Activity Code | Description | Worked Hours | Standard Rates Amount | For Acct Only Index |
|---|---|---|---|---|---|---|---|---|---|
| 00090 | ABRAMS M | PARTNER | 08/20/2015 | | | Review and sign declaration; emails to and from C. Koenig re: AIG question, emails from and to C. Koenig re: schedules (.3); multiple emails from and to B. Silverberg, C. Koenig re: declaration filings, disclosures; emails from B. Silverberg re: final retention documents; emails from B. Silverberg, emails from J. Klein to U.S.T. re: WFG application (.3); emails from and to C. Koenig re: revised disclosure, email to U.S.T.; multiple emails from T. Fox, J. Schwartz, J. Klein, C. Koenig re: M. Abrams declaration revision and clarifications (.3); multiple emails from T. Fox, J. Schwartz; multiple emails from and to C. Koenig re: responses to U.S.T. questions, hearing date; emails from J. Klein re: motion to shorten, notice of hearing; multiple emails to C. Koenig re: hearing coverage; emails from J. Klein re: hearing attendance; emails from and to J. Schwartz re: hearing coverage; multiple emails re: Court Call and appearance requirements (.6); emails from J. Klein, J. Schwartz, emails from and to C. Koenig re: same (.1). | 1.6 | 2,040.00 | 17218261 |
| 16002 | KOENIG C | ASSOCIATE | 08/20/2015 | | | Finalizing retention application documents (.3); correspondence with U.S. Trustee re: application (.4); correspondence with M. Abrams re: same (.2). | 0.9 | 508.50 | 17218262 |
| 00090 | ABRAMS M | PARTNER | 08/25/2015 | | | Multiple emails from and to C. Koenig re: hearing prep.; review agenda, review materials re: disclosure. | 0.2 | 255.00 | 17156313 |
| 16002 | KOENIG C | ASSOCIATE | 08/25/2015 | | | Preparing binder of documents for court hearing 8/26 (.3); reviewing same to prepare for hearing (.4) | 0.7 | 395.50 | 17166162 |
| 00090 | ABRAMS M | PARTNER | 08/26/2015 | | | Review materials for hearing; emails from and to C. Koenig re: hearing (.7); participate in 2:00 hearings re: WFG retention motion; review Pacer, order as entered (.5). | 1.2 | 1,530.00 | 17159101 |
| 16002 | KOENIG C | ASSOCIATE | 08/26/2015 | | | Traveling by train to Delaware for hearing (.9 of 1.9); attending hearing (.6); returning to New York by train from hearing (.9 of 1.8) | 2.4 | 1,356.00 | 17166168 |