# EXHIBIT B

## EXPENSE SUMMARY

# MATTER COST DETAIL

Run Date & Time: 9/21/2015   5:12:39PM  
Client:  123493  COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC  
Matter:  00001  CORINTHIAN COLLEGES  
Currency: USD  

Worked Thru 08/31/2015  
Billing Partner: ABRAMS M  
Matter Type: BANKRUPTCY  

For Accounting Only

| Cost Category | Code | Tran Date | Vendor Name / Incurred By  Transaction Detail | Cost Amount | Batch Date | Batch Id | Index |
|---|---|---|---|---|---|---|---|
| Taxi, Car Service, & | 6020 | 08/17/2015 | Vital Transportation, In    CLANCY  Taxi, Car Service, & Parking | 109.59 | 09/02/2015 | 315825 | 11576202 |
| | | | TOTAL  6020 | 109.59 | | | |
| | | | TOTAL MATTER | 109.59 | | | |

1