**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: § <br> § <br> CORINTHIAN COLLEGES, INC., *et al.* [1] § <br> § <br> § <br> Debtors. § <br> § | Chapter 11 <br><br> Case No. 15-10952 (KJC) <br><br> Jointly Administered <br><br> **Re: Docket Nos. 909 &913** |

-------------------------------------------------------------------

**NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE OF DEBTORS' THIRD
AMENDED AND MODIFIED COMBINED DISCLOSURE STATEMENT
AND CHAPTER 11 PLAN OF LIQUIDATION AND (II) RELATED MATTERS**

PLEASE TAKE NOTICE that, on August 28, 2015, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order [Docket No. 913] (the "**Confirmation Order**") confirming the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 909] (as approved by the Confirmation Order, the "**Plan**").[2]

PLEASE TAKE FURTHER NOTICE that each of the conditions to the Effective Date set forth in Section XV.B of the Plan has occurred or been duly waived.

PLEASE TAKE FURTHER NOTICE that, in accordance with Section XV.C of the Plan, the Effective Date was September 21, 2015.

PLEASE TAKE FURTHER NOTICE that, as provided in Section VI.A of the Plan, and unless otherwise provided by the Plan or otherwise ordered by the Bankruptcy Court, all requests for payment of Administrative Expense Claims (other than Fee Claims, the Prepetition Lenders Adequate Protection Claims and Claims subject to section 503(b)(1)(D)) must be filed no later than **November 20, 2015** (the "**Administrative Expense Bar Date**"). Holders of Administrative Expense Claims (other than Fee Claims, the Prepetition Lenders Adequate

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

RLF1 12983440V.1

Protection Claims and Claims subject to section 503(b)(1)(D)) that do not file requests for the allowance and payment thereof on or before the Administrative Expense Bar Date shall forever be barred from asserting such Administrative Expense Claims against the Estates.

PLEASE TAKE FURTHER NOTICE that, as provided in Section VI.F of the Plan and unless otherwise provided by the Plan or otherwise ordered by the Bankruptcy Court, Professionals or other Entities asserting a Fee Claim for services rendered before the Effective Date must file and serve on the Distribution Trustee and such other Entities who are designated by the Bankruptcy Rules, the Confirmation Order, the Fee Order or any other order of the Bankruptcy Court a Final Fee Application no later than **November 5, 2015**, provided, however, that any professional who may receive compensation or reimbursement of expenses pursuant to the Ordinary Course Professionals Order may continue to receive such compensation and reimbursement of expenses for services rendered before the Effective Date, without further Bankruptcy Court review or approval, pursuant to the Ordinary Course Professionals Order. A professional may include any outstanding, non-Filed monthly or interim request for payment of a Fee Claim pursuant to the Fee Order in its Final Fee Application. Objections to any Final Fee Application must be Filed and served on the Distribution Trustee and the requesting party by the later of (i) 66 days after the Effective Date or (ii) 21 days after the Filing of the applicable Final Fee Application. To the extent necessary, the Confirmation Order shall amend and supersede any previously entered order of the Bankruptcy Court, including the Fee Order, regarding the payment of Fee Claims; provided that such Claims shall remain subject to the Approved Budget as provided in the Plan (with the Student Trust Assets being available to satisfy any Student Committee Fee Overage of the Student Committee Professionals).

PLEASE TAKE FURTHER NOTICE that, as provided in Section XIV of the Plan, on the Effective Date, all Executory Contracts and unexpired leases not previously assumed and/or assigned, not subject to a pending motion to assume and/or assign as of the Effective Date, or not rejected before the Effective Date will be deemed rejected. The Confirmation Order shall constitute an order approving such rejection as of the Effective Date. If the rejection by the Debtors, pursuant to the Plan or otherwise, of an Executory Contract or unexpired leases gives rise to a Claim, a proof of Claim must be filed with the Claims Agent at Corinthian Colleges, Inc. Claims Processing, c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367, by the later of (i) **October 22, 2015** or (ii) the date provided on any other notice that the Executory Contract or unexpired lease has been rejected. Any proofs of Claim not filed and served within such time periods will be forever barred from assertion against the Debtors and their Estates. Unless otherwise Ordered by the Bankruptcy Court, all Claims arising from the rejection of Executory Contracts and unexpired leases shall be treated as General Unsecured Claims under the Plan.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and the Plan are available for inspection. You may obtain a copy by contacting Rust Consulting/Omni Bankruptcy, the notice, claims, solicitation, and voting agent, by calling (818) 906-8300, or by visiting the following website: http://www.omnimgt.com/corinthiancolleges. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov.

RLF1 12983440V.1

- 3 -

| | |
|---|---|
| Dated: September 22, 2015<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br><br>Counsel for the Debtors and Debtors in Possession |