**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., ET AL., | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |
| | **Doc. Nos. 578, 689, 783, 789, 830, 865** |

**CERTIFICATION OF COUNSEL REGARDING ORDER CONCERNING MOTION FOR DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO THE STATES' ACTIONS AGAINST DEBTORS**

The undersigned hereby certifies as follows:

1. On July 15, 2015, the Commonwealth of Massachusetts, the People of the State of California, and the State of Wisconsin filed the *Motion of Commonwealth of Massachusetts, People of the State of California, and State of Wisconsin for Determination that the Automatic Stay Provision Does Not Apply to the States' Actions Against Debtors* [Docket No. 578] (the "Motion").

2. On September 18, 2015, the Court held a hearing on the Motion, asking the movants and Debtors[1] (the "Parties") to file a proposed Order with the Court.

3. The Parties have prepared a proposed Order acceptable to all parties. A copy of the proposed order is attached hereto as Exhibit A.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

WHEREFORE, the Parties respectfully request that the Court enter the Order, in the form attached hereto as Exhibit A.

Dated:

September 23, 2015
Boston, Massachusetts

By: /s/ *Peter Leight*

Peter Leight, BBO #631580
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
fax: (617) 722-0184
peter.leight@state.ma.us