**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | § |
| | §   Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § |
| | §   Case No. 15-10952 (KJC) |
| | § |
| | §   (Jointly Administered) |
| Debtors. | § |
| | §   **Re: Docket No. 915** |

-------------------------------------------------------------

**CERTIFICATION OF NO OBJECTION REGARDING THIRD
MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM JULY 1, 2015 THROUGH JULY 31, 2015 (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading with respect to the second monthly fee application for compensation and reimbursement of expenses (the "**Monthly Application**") of Richards, Layton & Finger, P.A. (the "**Applicant**") listed on Exhibit A attached hereto. The Monthly Application was filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on August 31, 2015. The undersigned further certifies that she has reviewed the Bankruptcy Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Application appears thereon. Pursuant to the *Notice of Fee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*Application* filed with the Monthly Application, objections to the Monthly Application were to be filed and served no later than **September 21, 2015 at 4:00 p.m. (Eastern Daylight Time).**

The Monthly Application was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated May 26, 2015 [Docket No. 201]* (the "**Interim Compensation Order**"). Pursuant to the Interim Compensation Order, the above-captioned debtors and debtors in possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Application upon the filing of this certification without the need for a further order of the Bankruptcy Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as <u>Exhibit A</u>.

Dated: September 23, 2015  
       Wilmington, Delaware

                                                  */s/ Amanda R. Steele*  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marisa A. Terranova (No. 5396)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
       merchant@rlf.com  
       terranova@rlf.com  
       steele@rlf.com

Counsel for the Debtors and Debtors in Possession

# EXHIBIT A

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline: | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| RICHARDS, LAYTON & FINGER, P.A. (Counsel to the Debtors) | Third Monthly Fee Application 7/1/15 - 7/31/15 8/31/15 [Docket No. 915] | $388,004.50 | $17,464.67 | 9/21/15 | $310,403.60 | $17,464.67 | $77,600.90 |

RLF1 13045331v.1