```
 1
 2  UNITED STATES BANKRUPTCY COURT
 3  DISTRICT OF DELAWARE
 4  Case No. 15-10952(KJC)
 5  - - - - - - - - - - - - - - - - - - - -x
 6  In the Matter of:
 7
 8  CORINTHIAN COLLEGES, INC., et al.,
 9
10               Debtors.
11
12  - - - - - - - - - - - - - - - - - - - -x
13
14               United States Bankruptcy Court
15               824 North Market Street
16               Wilmington, Delaware
17
18               September 18, 2015
19               10:03 AM
20
21  B E F O R E:
22  HON. KEVIN J. CAREY
23  U.S. BANKRUPTCY JUDGE
24
25  ECR OPERATOR:  AL LUGANO
```

1
2  Debtors' Second Motion for Entry of an Order (I) Authorizing
3  the Debtors to Reject Certain Unexpired Leases of
4  Nonresidential Real Property Effective Nunc Pro Tunc to the
5  Date that the Debtors Surrender Possession; (II) Approving the
6  Abandonment of Any Personal Property Remaining at the Lease
7  Locations; and (III) Granting Certain Related Relief
8
9  Motion of Commonwealth of Massachusetts, People of the State of
10 California, and State of Wisconsin for Determination that the
11 Automatic Stay Provision Does Not Apply to the States' Actions
12 Against Debtors'
13
14 Motion of California Bureau for Private Postsecondary Education
15 for Determination that the Automatic Stay Provisions Does Not
16 Apply to Its Disciplinary Action
17
18 Motion of Jennifer Stevens for Relief from the Automatic
19 Stay/Confirmation Injunction
20
21
22
23
24
25 Transcribed by:  Penina Wolicki

A P P E A R A N C E S :

RICHARDS, LAYTON & FINGER, P.A.
    Attorneys for Debtors
BY:   MARK D. COLLINS, ESQ.
       MARISA A. TERRANOVA, ESQ.


UNITED STATES DEPARTMENT OF JUSTICE
    Office of the United States Trustee
BY:   TIMOTHY J. FOX, JR., ESQ.


POLSINELLI PC
    Attorneys for Student Committee
BY:   SHANTI M. KATONA, ESQ.


ROBINS KAPLAN LLP
    Attorneys for the Student Committee
BY:   LORIE A. BALL, ESQ. (TELEPHONICALLY)

```
 1
 2   MORRIS JAMES LLP
 3        Attorneys for Jennifer Stevens
 4   BY:  CARL N. KUNZ, III, ESQ.
 5
 6
 7   POTTER ANDERSON & CORROON, LLP
 8        Attorneys for Bank of America
 9   BY:  JEREMY RYAN, ESQ.
10
11
12   SIDLEY AUSTIN LLP
13        Attorneys for Bank of America, N.A.
14   BY:  ANNA GUMPORT, ESQ. (TELEPHONICALLY)
15        JENNIFER C. HAGLE, ESQ. (TELEPHONICALLY)
16
17
18   ASHBY & GEDDES, P.A.
19        Attorneys for Campus Student Funding, LLC
20   BY:  AARON STULMAN, ESQ.
21
22
23   THE ROSNER LAW GROUP LLC
24        Attorneys for GUC Committee
25   BY:  JULIA KLEIN, ESQ.
```

```
 1
 2  OFFICE OF THE ATTORNEY GENERAL
 3        Commonwealth of Massachusetts
 4  BY:   PETER LEIGHT, AAG (TELEPHONICALLY)
 5
 6
 7  OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA
 8        Attorneys for the People of the State of California
 9  BY:   NICHOLAS G. CAMPINS, DAG (TELEPHONICALLY)
10
11
12  OFFICE OF THE ATTORNEY GENERAL
13        Bureau for Private Postsecondary Education of California
14  BY:   CARTER OTT, DAG (TELEPHONICALLY)
15
16
17  UNITED STATES DEPARTMENT OF JUSTICE - CIVIL DIVISION
18        Department of Education
19  BY:   MICHAEL SEW HOY, AUSA (TELEPHONICALLY)
20
21
22
23
24
25
```

P R O C E E D I N G S

THE CLERK: All rise. Be seated, please.

THE COURT: Good morning, everyone.

MS. TERRANOVA: Good morning, Your Honor. Marisa Terranova from Richards, Layton & Finger, on behalf of the debtors.

Your Honor, there are six matters on today's agenda. The first two were resolved by entry of an order. Thank you for -- I guess the first one was resolved by entry of an order. And then the second matter was resolved by agreement between the parties.

The third item on today's agenda, we submitted two certifications of counsel with respect to this matter in the last few days. Your Honor has entered an order with respect to one of the certifications of counsel, approving the fourth order, approving the motion.

Last night we filed a fifth order under certification of counsel approving the motion, and that was sent over this morning. I'm not sure if Your Honor's had an opportunity to take a look at it, but I do have another copy.

THE COURT: It's been signed.

MS. TERRANOVA: Wonderful. Thank you, Your Honor. And that actually -- we are now done with all of the leases that were listed on that motion, so there's nothing going forward with respect to that anymore.

1   And now I'll turn the podium over to Mr. Collins for
2  items number 4 and 5.
3   THE COURT: All right.
4   MR. COLLINS: Good morning, Your Honor. For the
5  record, Mark Collins of Richards, Layton & Finger, on behalf of
6  the debtors.
7   Your Honor, I'm pleased to report that we intend to go
8  effective today on our confirmed plan of liquidation. As a
9  result, per the express terms of the plan, all of the debtors'
10 assets will be transferred to two trusts: one the distribution
11 trust, and the other the student trust; thereby leaving the
12 debtors with absolutely no assets post-effective date.
13   These two creditor trusts will be fully protected by
14 the plan injunction, thereby allowing the trusts to carry out
15 the distribution of the debtors' assets in accordance with the
16 distribution scheme approved by Your Honor in the confirmed
17 plan.
18   As noted in the plan, because the debtors are fully
19 liquidating and dissolving their corporate and limited
20 liability company existences, the automatic stay will cease to
21 be operative today.
22   And as noted in the plan, the plan injunction will
23 have no application to the post-effective-date debtor entities,
24 as they will have no assets, no employees, no officers and
25 directors, and will be dissolved in accordance with applicable

1  state law.
2          Accordingly, Your Honor, we believe the relief
3  requested in agenda items 4 and 5 are moot.  If for some
4  unknown reason the effective date does not occur today or
5  Monday at the absolute latest, the debtors will have no
6  objection to the submission of orders granting the relief
7  requested in the motions under certification of counsel.  And
8  we'll leave it to Your Honor to determine if the movants have
9  met their burden to obtain the relief they are seeking in these
10 motions.
11         I would note in that regard, Your Honor, the movants
12 did not attach forms of order to their motions as required by
13 the local rules.  So no matter what, such forms of order will
14 need to be prepared by the movants, circulated to the debtors,
15 the committees, and the lender, prior to the submission to the
16 Court for approval.  I do expect, by the time that is
17 completed, we will have already consummated the terms of the
18 plan and the effective date will have occurred.
19         Finally, Your Honor, I wanted to note for the Court
20 that the debtors recently filed objections to the proofs of
21 claim filed by California, Massachusetts, Illinois, and the
22 Consumer Financial Protection Bureau in these cases.  The
23 debtors wanted to file objections to those claims before their
24 dissolution in order to make the record clear that the debtors
25 do substantively contest these claims.

1       Notwithstanding the filing of these claims in these
2  cases, however, we do expect the various governmental entities
3  to pursue default judgments against the debtors -- the now
4  dissolved debtors -- in their pending forums.  But while we are
5  still in existence, Your Honor, we did want to file a response
6  to those claims on the docket in this case, so the record is
7  clear that the debtors do oppose those claims.
8       That's all I have, Your Honor.
9       THE COURT:  All right.  Thank you.  Well, let me ask,
10 for the record, whether anyone is present or on the phone on
11 behalf of the Commonwealth of Massachusetts, the People of the
12 State of California, and the State of Wisconsin, with respect
13 to the agenda item listed at number 4 or on behalf of the
14 California Bureau for Private Postsecondary Education, with
15 respect to agenda item 5?
16      MR. LEIGHT:  Peter Leight -- I'm sorry, this is Peter
17 Leight from the Commonwealth of Massachusetts.  Nick, I'm
18 sorry, I interrupted you.
19      MR. CAMPINS:  And this is Nick Campins, for the People
20 of the State of California.
21      MR. OTT:  Your Honor, this is Carter Ott on behalf of
22 the Bureau for Private Postsecondary Education in California.
23      THE COURT:  All right.  Well, let me ask the question
24 this way.  Do either of the movants have any requests?
25      MR. LEIGHT:  This is Peter Leight.  I've got a couple

1   of things to say.  I guess one, our intention all along was to
2   simply get a statement from the Court that the stay does not
3   apply to the cases.  Obviously the -- we're now at the end of
4   this process.  We would like something from the Court to
5   indicate that the stay does not apply.  If the Court would
6   grant our motion, that would be the simplest thing.  But we
7   would also be satisfied with a ruling by the Court that the
8   motion is now moot, because the stay does not apply.
9           Either way, we just want something to be able to give
10  to our court to show the court that there's no conflict between
11  what our court is doing and what the bankruptcy court believes
12  should happen.  So that's one thing that we would like to say.
13          The second thing has to do with the last point that
14  Mr. Collins made about the objections to the claims being filed
15  for some, I guess, PR reason.  I assume that there's not going
16  to be a hearing on these objections, and that we don't have to
17  respond to them.  Is that correct?  Because there certainly is
18  no hearing indicated on the papers themselves.  And based on
19  our looking at the rules of the court, it does not appear that
20  there's any particular procedure for filing a response.
21          THE COURT:  Well, actually, there's a requirement that
22  a response be filed.  But I'll leave it to you in discussions
23  with the debtor about that outside of the courtroom.  I'm not
24  going to address it at this point.
25          With respect to the request for an order, the debtor's

1  indicated it believes the motions to be moot.  I would be
2  willing to sign an order saying so.  So as the debtors have
3  suggested, if you would propose a form of order to the debtors
4  for their review, and after discussion, submit the order under
5  certification, I will act promptly on it.
6          If the parties cannot agree on the appropriate form of
7  order, I ask that you reach out to me conference telephone, and
8  I'll resolve whatever disputes there are.
9          Does anyone else wish --
10         MR. LEIGHT:  Thank you, Your Honor.
11         THE COURT:  You're welcome.  Does anyone else wish to
12 be heard?
13         I hear no further response.
14         Mr. Collins, shall we move on?
15         MR. COLLINS:  Yes, Your Honor.  The last item on the
16 agenda is the motion of Jennifer Stevens for relief from the
17 automatic stay.  We have reached agreement with the movant on a
18 stipulation that would cause the stay to be lifted.  I'll turn
19 the podium over to Mr. Kunz to present the stipulation.
20         THE COURT:  Very well.
21         MR. KUNZ:  Good morning, Your Honor.  Carl Kunz from
22 Morris James, on behalf of Jennifer Stevens.  Mr. Collins
23 indicated correctly, we have a stipulated relief from stay to
24 allow Ms. Stevens to go out and liquidate her claims against
25 both the debtors and the various employees that were involved

1  in the actions that she's claiming out there.  And I have a
2  form of stipulation with a proposed order to submit to the
3  Court.
4           THE COURT:  I'd be happy to see it.
5           MR. KUNZ:  May I approach?
6           THE COURT:  Yes.  Thank you.
7      (Pause)
8           THE COURT:  All right.  I've reviewed the proposed
9  order and the stipulation.  I do not have any questions, and
10 have signed the order.
11          MR. KUNZ:  Thank you, Your Honor.  And also, may I
12 just jump back to item number 2?  We may have to do a clean-up
13 order or something.  That matter is resolved.  We understand
14 that the debtor agrees with the figures that we put in our
15 motion, and that those'll be paid on the effective date.  But
16 to clean up the docket, maybe we'll put something on the docket
17 to indicate that that was resolved.
18          THE COURT:  Very well.
19          MR. KUNZ:  Thank you, Your Honor.
20          THE COURT:  Is there anything else for today?
21          MR. COLLINS:  No, there is not, Your Honor.  Thank you
22 very much.
23          THE COURT:  Thank you very much.  That concludes this
24 hearing.  Court will stand in recess.
25      (Whereupon these proceedings were concluded at 10:13 AM)

```
 1
 2                         I N D E X
 3
 4                         RULINGS
 5                                          PAGE     LINE
 6  Debtors' motion authorizing rejection of   6       22
 7  leases is granted.
 8  Stipulation regarding motion of Jennifer   12      10
 9  Stevens for relief from stay has been signed.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2                    C E R T I F I C A T I O N
 3
 4   I, Penina Wolicki, certify that the foregoing transcript is a
 5   true and accurate record of the proceedings.
 6
 7   [signature: Penina Wolicki]
 8
                                         September 25, 2015
 9
     _____     _____
10
     PENINA WOLICKI                       DATE
11
     AAERT Certified Electronic Transcriber CET**D-569
12
13
     eScribers, LLC
14
     700 West 192nd Street, Suite #607
15
     New York, NY 10040
16
     (973)406-2250
17
     operations@escribers.net
18
19
20
21
22
23
24
25
```

Case 15-10952-JTD   Doc 1018   Filed 09/25/15   Page 15 of 17

CORINTHIAN COLLEGES, INC., et al.
Case No. 15-10952 (KJC)                                                                September 18, 2015

**1**

**10:13 (1)**
    12:25

**2**

**2 (1)**
    12:12

**4**

**4 (3)**
    7:2;8:3;9:13

**5**

**5 (3)**
    7:2;8:3;9:15

**A**

**AAG (1)**
    5:4
**AARON (1)**
    4:20
**able (1)**
    10:9
**absolute (1)**
    8:5
**absolutely (1)**
    7:12
**accordance (2)**
    7:15,25
**Accordingly (1)**
    8:2
**act (1)**
    11:5
**actions (1)**
    12:1
**actually (2)**
    6:23;10:21
**address (1)**
    10:24
**against (2)**
    9:3;11:24
**agenda (6)**
    6:7,12;8:3;9:13,15;
    11:16
**agree (1)**
    11:6
**agreement (2)**
    6:10;11:17
**agrees (1)**
    12:14
**allow (1)**
    11:24
**allowing (1)**
    7:14
**along (1)**
    10:1
**America (2)**
    4:8,13
**ANDERSON (1)**
    4:7
**ANNA (1)**
    4:14
**anymore (1)**
    6:25
**appear (1)**
    10:19
**applicable (1)**
    7:25
**application (1)**
    7:23
**apply (3)**
    10:3,5,8
**approach (1)**
    12:5
**appropriate (1)**
    11:6
**approval (1)**
    8:16
**approved (1)**
    7:16
**approving (3)**
    6:15,16,18
**ASHBY (1)**
    4:18
**assets (4)**
    7:10,12,15,24
**assume (1)**
    10:15
**attach (1)**
    8:12
**ATTORNEY (3)**
    5:2,7,12
**Attorneys (6)**
    4:3,8,13,19,24;5:8
**AUSA (1)**
    5:19
**AUSTIN (1)**
    4:12
**automatic (2)**
    7:20;11:17

**B**

**back (1)**
    12:12
**Bank (2)**
    4:8,13
**bankruptcy (1)**
    10:11
**based (1)**
    10:18
**behalf (6)**
    6:5;7:5;9:11,13,21;
    11:22
**believes (2)**
    10:11;11:1
**both (1)**
    11:25
**burden (1)**
    8:9
**Bureau (4)**
    5:13;8:22;9:14,22

**C**

**CALIFORNIA (8)**
    5:7,8,13;8:21;9:12,14,
    20,22
**CAMPINS (3)**
    5:9;9:19,19
**Campus (1)**
    4:19
**CARL (2)**
    4:4;11:21
**carry (1)**
    7:14
**CARTER (2)**
    5:14;9:21
**case (1)**
    9:6
**cases (3)**
    8:22;9:2;10:3
**cause (1)**
    11:18
**cease (1)**
    7:20
**certainly (1)**
    10:17
**certification (3)**
    6:17;8:7;11:5
**certifications (2)**
    6:13,15
**circulated (1)**
    8:14
**CIVIL (1)**
    5:17
**claim (1)**
    8:21
**claiming (1)**
    12:1
**claims (7)**
    8:23,25;9:1,6,7;10:14;
    11:24
**clean (1)**
    12:16
**clean-up (1)**
    12:12
**clear (2)**
    8:24;9:7
**CLERK (1)**
    6:2
**Collins (8)**
    7:1,4,5;10:14;11:14,
    15,22;12:21
**Committee (1)**
    4:24
**committees (1)**
    8:15
**Commonwealth (3)**
    5:3;9:11,17
**company (1)**
    7:20
**completed (1)**
    8:17
**concluded (1)**
    12:25
**concludes (1)**
    12:23
**conference (1)**
    11:7
**confirmed (2)**
    7:8,16
**conflict (1)**
    10:10
**Consumer (1)**
    8:22
**consummated (1)**
    8:17
**contest (1)**
    8:25
**copy (1)**
    6:20
**corporate (1)**
    7:19
**correctly (1)**
    11:23
**CORROON (1)**
    4:7
**counsel (4)**
    6:13,15,18;8:7
**couple (1)**
    9:25
**COURT (27)**
    6:3,21;7:3;8:16,19;
    9:9,23;10:2,4,5,7,10,10,
    11,11,19,21;11:11,20;
    12:3,4,6,8,18,20,23,24
**courtroom (1)**
    10:23
**creditor (1)**
    7:13

**D**

**DAG (2)**
    5:9,14
**date (4)**
    7:12;8:4,18;12:15
**days (1)**
    6:14
**debtor (3)**
    7:23;10:23;12:14
**debtors (15)**
    6:6;7:6,12,18;8:5,14,
    20,23,24;9:3,4,7;11:2,3,
    25
**debtors' (2)**
    7:9,15
**debtor's (1)**
    10:25
**default (1)**
    9:3
**DEPARTMENT (2)**
    5:17,18
**determine (1)**
    8:8
**directors (1)**
    7:25
**discussion (1)**
    11:4
**discussions (1)**
    10:22
**disputes (1)**
    11:8
**dissolution (1)**
    8:24
**dissolved (2)**
    7:25;9:4
**dissolving (1)**
    7:19
**distribution (3)**
    7:10,15,16
**DIVISION (1)**
    5:17
**docket (3)**
    9:6;12:16,16
**done (1)**
    6:23

**E**

**Education (4)**
    5:13,18;9:14,22
**effective (4)**
    7:8;8:4,18;12:15
**either (2)**
    9:24;10:9
**else (3)**
    11:9,11;12:20
**employees (2)**
    7:24;11:25
**end (1)**
    10:3
**entered (1)**
    6:14
**entities (2)**
    7:23;9:2
**entry (2)**
    6:8,9
**ESQ (6)**
    4:4,9,14,15,20,25
**everyone (1)**
    6:3
**existence (1)**
    9:5
**existences (1)**
    7:20
**expect (2)**
    8:16;9:2
**express (1)**
    7:9

**F**

**few (1)**
    6:14
**fifth (1)**
    6:17
**figures (1)**

12:14
**file (2)**
  8:23;9:5
**filed (5)**
  6:17;8:20,21;10:14,22
**filing (2)**
  9:1;10:20
**Finally (1)**
  8:19
**Financial (1)**
  8:22
**Finger (2)**
  6:5;7:5
**first (2)**
  6:8,9
**form (3)**
  11:3,6;12:2
**forms (2)**
  8:12,13
**forums (1)**
  9:4
**forward (1)**
  6:25
**fourth (1)**
  6:15
**fully (2)**
  7:13,18
**Funding (1)**
  4:19
**further (1)**
  11:13

**G**

**GEDDES (1)**
  4:18
**GENERAL (3)**
  5:2,7,12
**Good (4)**
  6:3,4;7:4;11:21
**governmental (1)**
  9:2
**grant (1)**
  10:6
**granting (1)**
  8:6
**GROUP (1)**
  4:23
**GUC (1)**
  4:24
**guess (3)**
  6:9;10:1,15
**GUMPORT (1)**
  4:14

**H**

**HAGLE (1)**
  4:15
**happen (1)**
  10:12
**happy (1)**
  12:4

**hear (1)**
  11:13
**heard (1)**
  11:12
**hearing (3)**
  10:16,18;12:24
**Honor (20)**
  6:4,7,14,22;7:4,7,16;
  8:2,8,11,19;9:5,8,21;
  11:10,15,21;12:11,19,21
**Honor's (1)**
  6:19
**HOY (1)**
  5:19

**I**

**III (1)**
  4:4
**Illinois (1)**
  8:21
**indicate (2)**
  10:5;12:17
**indicated (3)**
  10:18;11:1,23
**injunction (2)**
  7:14,22
**intend (1)**
  7:7
**intention (1)**
  10:1
**interrupted (1)**
  9:18
**involved (1)**
  11:25
**item (5)**
  6:12;9:13,15;11:15;
  12:12
**items (2)**
  7:2;8:3

**J**

**JAMES (2)**
  4:2;11:22
**Jennifer (4)**
  4:3,15;11:16,22
**JEREMY (1)**
  4:9
**judgments (1)**
  9:3
**JULIA (1)**
  4:25
**jump (1)**
  12:12
**JUSTICE (1)**
  5:17

**K**

**KLEIN (1)**
  4:25
**KUNZ (7)**
  4:4;11:19,21,21;12:5,
  11,19

**L**

**last (4)**
  6:14,17;10:13;11:15
**latest (1)**
  8:5
**LAW (2)**
  4:23;8:1
**Layton (2)**
  6:5;7:5
**leases (1)**
  6:23
**leave (2)**
  8:8;10:22
**leaving (1)**
  7:11
**LEIGHT (7)**
  5:4;9:16,16,17,25,25;
  11:10
**lender (1)**
  8:15
**liability (1)**
  7:20
**lifted (1)**
  11:18
**limited (1)**
  7:19
**liquidate (1)**
  11:24
**liquidating (1)**
  7:19
**liquidation (1)**
  7:8
**listed (2)**
  6:24;9:13
**LLC (2)**
  4:19,23
**LLP (3)**
  4:2,7,12
**local (1)**
  8:13
**look (1)**
  6:20
**looking (1)**
  10:19

**M**

**Marisa (1)**
  6:4
**Mark (1)**
  7:5
**Massachusetts (4)**
  5:3;8:21;9:11,17
**matter (4)**
  6:10,13;8:13;12:13
**matters (1)**
  6:7
**May (3)**
  12:5,11,12

**maybe (1)**
  12:16
**met (1)**
  8:9
**MICHAEL (1)**
  5:19
**Monday (1)**
  8:5
**moot (3)**
  8:3;10:8;11:1
**morning (5)**
  6:3,4,19;7:4;11:21
**MORRIS (2)**
  4:2;11:22
**motion (7)**
  6:16,18,24;10:6,8;
  11:16;12:15
**motions (4)**
  8:7,10,12;11:1
**movant (1)**
  11:17
**movants (4)**
  8:8,11,14;9:24
**move (1)**
  11:14
**much (2)**
  12:22,23

**N**

**NA (1)**
  4:13
**need (1)**
  8:14
**NICHOLAS (1)**
  5:9
**Nick (2)**
  9:17,19
**night (1)**
  6:17
**note (2)**
  8:11,19
**noted (2)**
  7:18,22
**Notwithstanding (1)**
  9:1
**number (3)**
  7:2;9:13;12:12

**O**

**objection (1)**
  8:6
**objections (4)**
  8:20,23;10:14,16
**obtain (1)**
  8:9
**Obviously (1)**
  10:3
**occur (1)**
  8:4
**occurred (1)**
  8:18

**OFFICE (3)**
  5:2,7,12
**officers (1)**
  7:24
**one (5)**
  6:9,15;7:10;10:1,12
**operative (1)**
  7:21
**opportunity (1)**
  6:19
**oppose (1)**
  9:7
**order (17)**
  6:8,9,14,16,17;8:12,
  13,24;10:25;11:2,3,4,7;
  12:2,9,10,13
**orders (1)**
  8:6
**OTT (3)**
  5:14;9:21,21
**out (4)**
  7:14;11:7,24;12:1
**outside (1)**
  10:23
**over (3)**
  6:18;7:1;11:19

**P**

**PA (1)**
  4:18
**paid (1)**
  12:15
**papers (1)**
  10:18
**particular (1)**
  10:20
**parties (2)**
  6:11;11:6
**Pause (1)**
  12:7
**pending (1)**
  9:4
**People (3)**
  5:8;9:11,19
**per (1)**
  7:9
**PETER (4)**
  5:4;9:16,16,25
**phone (1)**
  9:10
**plan (8)**
  7:8,9,14,17,18,22,22;
  8:18
**please (1)**
  6:2
**pleased (1)**
  7:7
**podium (2)**
  7:1;11:19
**point (2)**
  10:13,24
**post-effective (1)**

7:12
**post-effective-date (1)**
7:23
**Postsecondary (3)**
5:13;9:14,22
**POTTER (1)**
4:7
**PR (1)**
10:15
**prepared (1)**
8:14
**present (2)**
9:10;11:19
**prior (1)**
8:15
**Private (3)**
5:13;9:14,22
**procedure (1)**
10:20
**proceedings (1)**
12:25
**process (1)**
10:4
**promptly (1)**
11:5
**proofs (1)**
8:20
**propose (1)**
11:3
**proposed (2)**
12:2,8
**protected (1)**
7:13
**Protection (1)**
8:22
**pursue (1)**
9:3
**put (2)**
12:14,16

**R**

**reach (1)**
11:7
**reached (1)**
11:17
**reason (2)**
8:4;10:15
**recently (1)**
8:20
**recess (1)**
12:24
**record (4)**
7:5;8:24;9:6,10
**regard (1)**
8:11
**relief (5)**
8:2,6,9;11:16,23
**report (1)**
7:7
**request (1)**
10:25
**requested (2)**

8:3,7
**requests (1)**
9:24
**required (1)**
8:12
**requirement (1)**
10:21
**resolve (1)**
11:8
**resolved (5)**
6:8,9,10;12:13,17
**respect (6)**
6:13,14,25;9:12,15;
10:25
**respond (1)**
10:17
**response (4)**
9:5;10:20,22;11:13
**result (1)**
7:9
**review (1)**
11:4
**reviewed (1)**
12:8
**Richards (2)**
6:5;7:5
**right (4)**
7:3;9:9,23;12:8
**rise (1)**
6:2
**ROSNER (1)**
4:23
**rules (2)**
8:13;10:19
**ruling (1)**
10:7
**RYAN (1)**
4:9

**S**

**satisfied (1)**
10:7
**saying (1)**
11:2
**scheme (1)**
7:16
**seated (1)**
6:2
**second (2)**
6:10;10:13
**seeking (1)**
8:9
**sent (1)**
6:18
**SEW (1)**
5:19
**shall (1)**
11:14
**show (1)**
10:10
**SIDLEY (1)**
4:12

**sign (1)**
11:2
**signed (2)**
6:21;12:10
**simplest (1)**
10:6
**simply (1)**
10:2
**six (1)**
6:7
**sorry (2)**
9:16,18
**stand (1)**
12:24
**State (5)**
5:8;8:1;9:12,12,20
**statement (1)**
10:2
**STATES (1)**
5:17
**stay (7)**
7:20;10:2,5,8;11:17,
18,23
**Stevens (4)**
4:3;11:16,22,24
**still (1)**
9:5
**stipulated (1)**
11:23
**stipulation (4)**
11:18,19;12:2,9
**Student (2)**
4:19;7:11
**STULMAN (1)**
4:20
**submission (2)**
8:6,15
**submit (2)**
11:4;12:2
**submitted (1)**
6:12
**substantively (1)**
8:25
**suggested (1)**
11:3
**sure (1)**
6:19

**T**

**telephone (1)**
11:7
**TELEPHONICALLY (6)**
4:14,15;5:4,9,14,19
**terms (2)**
7:9;8:17
**TERRANOVA (3)**
6:4,5,22
**thereby (2)**
7:11,14
**third (1)**
6:12
**those'll (1)**

12:15
**today (4)**
7:8,21;8:4;12:20
**today's (2)**
6:7,12
**transferred (1)**
7:10
**trust (2)**
7:11,11
**trusts (3)**
7:10,13,14
**turn (2)**
7:1;11:18
**two (4)**
6:8,12;7:10,13

**U**

**under (3)**
6:17;8:7;11:4
**UNITED (1)**
5:17
**unknown (1)**
8:4
**up (1)**
12:16

**V**

**various (2)**
9:2;11:25

**W**

**way (2)**
9:24;10:9
**welcome (1)**
11:11
**Whereupon (1)**
12:25
**willing (1)**
11:2
**Wisconsin (1)**
9:12
**wish (2)**
11:9,11
**Wonderful (1)**
6:22