# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 9/25/2015 |
| Case: 15−10952−KJC | Form ID: ntcBK | Total: 10 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Amanda R. Steele | steele@rlf.com |
| aty | Marisa A. Terranova | terranova@rlf.com |
| aty | Marisa A. Terranova | terranova@rlf.com |
| aty | Mark D. Collins | collins@RLF.com |
| aty | Michael Joseph Merchant | merchant@rlf.com |
| aty | Rachel Layne Biblo | Biblo@rlf.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Corinthian Colleges, Inc. | 6 Hutton Centre Drive, Suite 400 | Santa Ana, CA 92707 |

TOTAL: 1