# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>**CORINTHIAN COLLEGES, INC.,** *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No.  15-10952 (KJC)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the Commissioner of the New York State Department of Taxation and Finance by and through Amanda Hiller, Deputy Commissioner and Counsel, by Robert L. Cook, District Tax Attorney (of Counsel), hereby appears in the above-captioned case for the New York State Department of Taxation and Finance (the "Department"), creditor of the Debtor, and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Department requests that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, email, telephone and facsimile numbers set forth herein.

DATED: September 25, 2015

        Amanda Hiller
        Deputy Commissioner and Counsel

        By:   /s/ Robert L. Cook
        Robert L. Cook, Esq. (New York Bar #1877703)
        District Tax Attorney
        New York State Department of Taxation and Finance
        Office of Counsel
        340 East Main St., Rochester, N.Y.  14604
        Phone:  (585) 530-8465
        Fax:     (518) 435-8490
        Email:  Robert.Cook@tax.ny.gov