## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| **CORINTHIAN COLLEGES, INC., *et al.*,** | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATION BY GOVERNMENT ATTORNEY
### FOR APPEARANCE PURSUANT TO LOCAL RULE 9010-1(e)(i)

Pursuant to Local Rule 9010-1(e)(i), I certify that I am an attorney admitted to practice in the State of New York and in the U.S. District Courts for the Northern and Western Districts of New York; that I am in good standing in all jurisdictions in which I am admitted; that I will be bound by this Court's Local Rules; and that I submit to the jurisdiction of this Court for disciplinary purposes.

This certification is made for purposes of appearing on behalf of the New York State Department of Taxation and Finance in the above-captioned matter.

DATED: September 25, 2015

    Respectfully submitted,

    /s/ Robert L. Cook
    Robert L. Cook, Esq. (New York Bar #1877703)
    District Tax Attorney
    New York State Department of Taxation & Finance
    Office of Counsel
    340 East Main St.
    Rochester, N.Y. 14604
    Phone: (585) 530-8465
    Fax:     (518) 435-8490
    Email: Robert.Cook@tax.ny.gov