# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| **CORINTHIAN COLLEGES, INC.,** *et al.*, | Case No.  15-10952 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

    I hereby certify that on, September 25, 2015, I electronically filed the attached Notice of Appearance and Government Attorney Certification with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all those accepting electronic service.

    <u>/s/*Robert L. Cook*</u>
    Robert L. Cook, Esq. (New York Bar #1877703)
    District Tax Attorney
    New York State Department of Taxation & Finance
    Office of Counsel
    340 East Main St.
    Rochester, New York 14604
    Phone: 585-530-8465
    Fax:     518-435-8490
    Email: Robert.Cook@tax.ny.gov