# EXHIBIT A

# EXHIBIT A

## CORINTHIAN COLLEGES, INC., et al.

August 1, 2015 through August 31, 2015

| a. *Case Administration* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| Michael A. Jackson | .5 | $345.00 | $172.50 |
| Elizabeth G. Hosang | .1 | $345.00 | $34.50 |
| Carol S. Ennis | 5.1 | $340.00 | $1,734.00 |
| | **5.7** | | **$1,941.00** |

| b. *Meetings and Communications with Creditors* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| H. Jeffrey Schwartz | 19.1 | $1,235.00 | $23,588.50 |
| Bennett S. Silverberg | 2.2 | $885.00 | $1,947.00 |
| Jacob T. Beiswenger | 6.3 | $570.00 | $3,591.00 |
| | **27.6** | | **$29,126.50** |

| c. *Employment and Fee Applications* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| Bennett S. Silverberg | 2.2 | $885.00 | $1,947.00 |
| Jacob T. Beiswenger | 6.5 | $570.00 | $3,705.00 |
| Carol S. Ennis | 12.2 | $340.00 | $4,148.00 |
| | **20.9** | | **$9,800.00** |

| d. *Plan and Disclosure Statement* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| H. Jeffrey Schwartz | 95.8 | $1,235.00 | $118,313.00 |
| Bennett S. Silverberg | 23.4 | $885.00 | $20,709.00 |
| Barbara J. Kelly | 28.1 | $880.00 | $24,728.00 |
| Vincent J. Guglielmotti | 2.1 | $785.00 | $1,648.50 |
| Jacob T. Beiswenger | .6 | $570.00 | $342.00 |
| James M. Maynor | 10.8 | $570.00 | $6,156.00 |
| Stephanie N. Bollheimer | 28.3 | $475.00 | $13,442.50 |
| Carol S. Ennis | 2.4 | $340.00 | $816.00 |
| | **191.5** | | **$186,155.00** |

| e. Assumption and Rejection of Leases and Contracts | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Bennett S. Silverberg | .7 | $885.00 | $619.50 |
| Carol S. Ennis | .4 | $340.00 | $136.00 |
|  | 1.1 |  | $755.50 |

| f. Relief From Stay and Adequate Protection | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Carol S. Ennis | .7 | $340.00 | $238.00 |
|  | 0.7 |  | $238.00 |

| g. Avoidance Action Analysis | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Bennett S. Silverberg | .3 | $885.00 | $265.50 |
| Carol S. Ennis | .3 | $340.00 | $102.00 |
|  | 0.6 |  | $367.50 |

| h. Claims Administration | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Carol S. Ennis | .1 | $340.00 | $34.00 |
|  | 0.1 |  | $34.00 |

| i. Lien and Claim Investigation | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| H. Jeffrey Schwartz | 3.6 | $1,235.00 | $4,446.00 |
| Bennett S. Silverberg | 3.0 | $885.00 | $2,655.00 |
| Andreas Andromalos | 8.2 | $825.00 | $6,765.00 |
| Mary D. Bucci | .4 | $825.00 | $330.00 |
| Jeffrey L. Vigliotti | .4 | $605.00 | $242.00 |
| Jacob T. Beiswenger | 6.2 | $570.00 | $3,534.00 |
| Priya F. Selvam | 4.6 | $525.00 | $2,415.00 |
| Tia Wallach | 22.2 | $470.00 | $10,434.00 |
| Mary Ann Kramer | 2.7 | $340.00 | $918.00 |
|  | 51.3 |  | $31,739.00 |

| j. *D&O Investigation* | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| H. Jeffrey Schwartz | 11.0 | $1,235.00 | $13,585.00 |
| Bennett S. Silverberg | 3.2 | $885.00 | $2,832.00 |
| Lauren E. Curry | 18.4 | $730.00 | $13,432.00 |
| Lara N. Burke | 13.1 | $470.00 | $6,157.00 |
| | **45.7** | | **$36,006.00** |

| k. *DIP Financing / Cash Collateral* | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Bennett S. Silverberg | 1.5 | $885.00 | $1,327.50 |
| Carol S. Ennis | .3 | $340.00 | $102.00 |
| | **1.8** | | **$1,429.50** |

**TOTAL HOURS:** 347.00
**TOTAL FEES:** $297,592.00