# EXHIBIT B



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 685981 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:    CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0002 | CASE ADMINISTRATION | 1,941.00 | 0.00 | 1,941.00 |
| | Total | 1,941.00 | 0.00 | 1,941.00 |

Total Current Fees                     $1,941.00

**Total Invoice**                     **$1,941.00**

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: CASE ADMINISTRATION
September 18, 2015

Invoice 685981
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 08/03/15 | ENNIS | (WORK DONE ON 7/31/15) CREATE COMMITTEE CALENDAR | 0.6 |
| 08/03/15 | ENNIS | (WORK DONE ON 8/1/15) MODIFY COMMITTEE CONTACT LIST | 0.1 |
| 08/05/15 | ENNIS | UPDATE COMMITTEE CALENDAR AND COMPULAW | 0.4 |
| 08/06/15 | ENNIS | UPDATE COMMITTEE CALENDAR AND COMPULAW | 0.3 |
| 08/11/15 | ENNIS | UPDATE COMMITTEE CALENDAR (.3); CIRCULATE HEARING AGENDA FOR 8/13/15 (.1) | 0.4 |
| 08/13/15 | ENNIS | CIRCULATE ORDERS ENTERED TODAY | 0.2 |
| 08/17/15 | ENNIS | CIRCULATE PLEADINGS FILED ON 8/14/15 (.2); CIRCULATE NOTICE OF HEARING RE: DOE MOTION TO EXTEND (.1) | 0.3 |
| 08/19/15 | ENNIS | UPDATE CALENDAR AND COMPULAW | 0.4 |
| 08/20/15 | ENNIS | CIRCULATE PLEADINGS (.2); CIRCULATE ORDERS ENTERED TODAY (.1) | 0.3 |
| 08/21/15 | ENNIS | CIRCULATE MISCELLANEOUS DOCKETED PLEADINGS AND ORDERS (.3); CIRCULATE ORDER SCHEDULING OMNIBUS HEARINGS, ROSNER JULY FEE APPLICATION AND LAMPERT ADMINISTRATIVE EXPENSE REQUEST (.2); CIRCULATE PLAN AND DISCLOSURE STATEMENT OBJECTIONS (.4) | 0.9 |
| 08/24/15 | ENNIS | CIRCULATE MISCELLANEOUS PLEADINGS | 0.2 |
| 08/25/15 | ENNIS | UPDATE COMMITTEE CALENDAR AND COMPULAW | 0.8 |
| 08/25/15 | ENNIS | CIRCULATE RHYNES OBJECTION TO DEBTORS' REQUEST TO CONTINUE MOTIONS FOR DETERMINATION | 0.1 |
| 08/26/15 | ENNIS | CIRCULATE ORDERS ENTERED TODAY | 0.1 |
| 08/28/15 | HOSANG | PROVIDE DOCKET MONITORING TO THE TEAM AND CIRCULATE PLEADINGS | 0.1 |
| 08/31/15 | JACKSON | CIRCULATE KEY PLEADINGS TO TEAM | 0.5 |
| | **Total Hours** | | **5.7** |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: CASE ADMINISTRATION
September 18, 2015

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| CAROL S. ENNIS | 5.1 | hours at | 340.00 | 1,734.00 |
| ELIZABETH G. HOSANG | 0.1 | hours at | 345.00 | 34.50 |
| MICHAEL A. JACKSON | 0.5 | hours at | 345.00 | 172.50 |
| **Total Fees** | | | | **1,941.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP   Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| Invoice | 685981 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:    CASE ADMINISTRATION



Remittance

**Balance Due: $1,941.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| Invoice | 685982 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:    MEETINGS AND COMMUNICATIONS WITH CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 29,126.50 | 0.00 | 29,126.50 |
| | **Total** | **29,126.50** | **0.00** | **29,126.50** |

| Total Current Fees | $29,126.50 |
|---|---|
| **Total Invoice** | **$29,126.50** |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS
September 18, 2015

Invoice 685982
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 08/03/15 | BEISWENGER | RESPOND TO CREDITOR INQUIRIES RE: SOLICITATION MATERIALS | 0.4 |
| 08/04/15 | BEISWENGER | RESPOND TO CREDITOR INQUIRIES RE: PLAN SOLICITATION PACKAGE | 0.4 |
| 08/05/15 | BEISWENGER | RESPOND TO CREDITOR INQUIRIES RE: SOLICITATION MATERIALS | 0.4 |
| 08/05/15 | SCHWARTZ | PREP FOR COMMITTEE MEETING ADDRESSING OMNIBUS OPEN ITEMS IN DISTRIBUTION TRUST ASSET ISSUES AND PLAN CONFIRMATION ISSUES | 2.3 |
| 08/06/15 | BEISWENGER | ATTEND WEEKLY COMMITTEE MEETING RE: SOLICITATION AND PLAN CONFIRMATION PROCESS (.9); FOLLOW UP OFFICE CONFERENCES RELATED THERETO (.1); RESPOND TO CREDITOR INQUIRIES RE: SOLICITATION MATERIALS (.3) | 1.3 |
| 08/06/15 | SCHWARTZ | PREP FOR COMMITTEE MEETING ON PLAN CONFIRMATION AND BANK RELEASE ISSUES | 4.4 |
| 08/06/15 | SCHWARTZ | CONDUCT OF COMMITTEE MEETING | 1.1 |
| 08/06/15 | SCHWARTZ | ANALYSIS RE AND INTERVIEWING OF SPECIAL INSURANCE COUNSEL TO COMMITTEE CANDIDATES AND COMMUNICATIONS WITH COMMITTEE WITH RESPECT THERETO | 2.6 |
| 08/06/15 | SILVERBERG | COMMITTEE CALL REGARDING PLAN SUPPLEMENT ISSUES, LIQUIDATING TRUST AGREEMENT AND BOARD (1.0), FOLLOWUP REGARDING SAME (.3) | 1.3 |
| 08/07/15 | BEISWENGER | RESPOND TO CREDITOR INQUIRIES RE: PLAN SOLICITATION MATERIALS | 0.8 |
| 08/10/15 | BEISWENGER | COMMUNICATIONS WITH CREDITORS IN RESPONSE TO INQUIRIES RE: SOLICITATION MATERIALS | 0.9 |
| 08/11/15 | BEISWENGER | RESPOND TO CREDITOR INQUIRIES RE: SOLICITATION MATERIALS | 0.6 |
| 08/12/15 | SCHWARTZ | PREP FOR COMMITTEE MEETING | 2.2 |
| 08/13/15 | SCHWARTZ | PREP FOR AND LEAD OF COMMITTEE MEETING RE: PLAN SUPPLEMENT AND DISTRIBUTION TRUST ISSUES | 2.7 |
| 08/13/15 | SILVERBERG | COMMITTEE CALL REGARDING PLAN SUPPLEMENT AND TRUST ADMINISTRATION ISSUES | 0.7 |
| 08/14/15 | BEISWENGER | RESPOND TO CREDITOR INQUIRIES RE: PLAN SOLICITATION MATERIALS | 0.9 |
| 08/17/15 | BEISWENGER | RESPOND TO CREDITOR INQUIRIES RE: PLAN SOLICITATION MATERIALS | 0.3 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS
September 18, 2015

Invoice 685982
Page 3

| Date | Professional | Description | Hours |
|---|---|---|---|
| 08/18/15 | BEISWENGER | RESPOND TO CREDITOR INQUIRIES RE: PLAN SOLICITATION MATERIALS | 0.3 |
| 08/20/15 | SILVERBERG | COMMITTEE CALL REGARDING PLAN CONFIRMATION | 0.2 |
| 08/24/15 | SCHWARTZ | PREP FOR AND CONDUCTING OF COMMITTEE MEETING WITH FOLLOW UP COMMUNICATIONS RE SELECTION OF DISTRIBUTION TRUSTEE | 3.8 |
| | **Total Hours** | | **27.6** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| H. JEFFREY SCHWARTZ | 19.1 | hours at | 1,235.00 | 23,588.50 |
| BENNETT S. SILVERBERG | 2.2 | hours at | 885.00 | 1,947.00 |
| JACOB T. BEISWENGER | 6.3 | hours at | 570.00 | 3,591.00 |
| **Total Fees** | | | | **29,126.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWNRUDNICK**

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE     Invoice    685982
OF UNSECURED CR                           Date      Sep 18, 2015
C/O BROWN RUDNICK LLP                    Client       032615
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

RE:     MEETINGS AND COMMUNICATIONS WITH CREDITORS



Remittance

**Balance Due: $29,126.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 685983 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:    EMPLOYMENT AND FEE APPLICATIONS

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0004 | EMPLOYMENT AND FEE APPLICATIONS | 9,800.00 | 0.00 | 9,300.00 |
| | **Total** | **9,800.00** | **0.00** | **9,800.00** |

Total Current Fees    $9,800.00

**Total Invoice**    **$9,800.00**



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: EMPLOYMENT AND FEE APPLICATIONS
September 18, 2015

Invoice 685983
Page 2

| Date | Professional | Description | Hours |
|---|---|---|---|
| 08/03/15 | ENNIS | (WORK DONE ON 8/1/15) COORDINATE RE: LEDES FORMATTED INVOICES TO US TRUSTEE | 0.2 |
| 08/03/15 | ENNIS | FINALIZE BROWN RUDNICK JUNE FEE APPLICATION (.5); COORDINATE FILING RE: SAME (.2) | 0.7 |
| 08/04/15 | ENNIS | COORDINATE RE: PROVIDING LEDES FORMATTED INVOICES TO US TRUSTEE | 0.2 |
| 08/05/15 | ENNIS | COORDINATE RE: PROVIDING LEDES FORMATTED INVOICES TO US TRUSTEE | 0.3 |
| 08/06/15 | ENNIS | SUBMIT LEDES FORMATTED INVOICES FOR MAY TO US TRUSTEE | 0.2 |
| 08/10/15 | BEISWENGER | DRAFT RETENTION APPLICATION FOR PROPOSED SPECIAL COUNSEL TO COMMITTEE | 0.7 |
| 08/12/15 | BEISWENGER | DRAFT WILLKIE FARR RETENTION APPLICATION AS SPECIAL INSURANCE COUNSEL TO THE COMMITTEE AND DECLARATIONS IN SUPPORT THEREOF | 3.7 |
| 08/13/15 | ENNIS | CIRCULATE SECOND SUPPLEMENTAL RETENTION DECLARATION FOR FTI CONSULTING (.1); REVIEW SAME TO DETERMINE WHETHER BROWN RUDNICK NEEDS TO SUPPLEMENT ITS RETENTION DECLARATION (.5) | 0.6 |
| 08/13/15 | BEISWENGER | REVIEW AND REVISE SPECIAL LITIGATION COUNSEL EMPLOYMENT APPLICATION | 1.3 |
| 08/17/15 | ENNIS | DRAFT BROWN RUDNICK JULY FEE APPLICATION | 1.5 |
| 08/17/15 | BEISWENGER | REVIEW AND REVISE EMPLOYMENT APPLICATION FOR COMMITTEE SPECIAL INSURANCE COUNSEL | 0.8 |
| 08/18/15 | ENNIS | DRAFT BROWN RUDNICK JULY FEE APPLICATION | 0.8 |
| 08/19/15 | ENNIS | FINAL MODIFICATIONS TO BROWN RUDNICK JULY FEE APPLICATION | 0.8 |
| 08/19/15 | ENNIS | DRAFT SUPPLEMENTAL BROWN RUDNICK RETENTION DECLARATION | 0.2 |
| 08/20/15 | ENNIS | MODIFICATIONS TO BROWN RUDNICK BUDGET FOR PRESENTATION TO COMMITTEE | 0.4 |
| 08/20/15 | SILVERBERG | REVIEW ISSUES REGARDING RETENTION OF WILLKIE FAR AS SPECIAL INSURANCE COUNSEL (1.0); TELEPHONE CONFERENCE WITH T. FOX REGARDING SAME (.3) | 1.3 |
| 08/21/15 | ENNIS | MODIFICATIONS TO BROWN RUDNICK BUDGET FOR PRESENTATION TO COMMITTEE | 0.3 |
| 08/21/15 | ENNIS | FINALIZE BROWN RUDNICK JULY FEE APPLICATION | 1.0 |

**BR**

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: EMPLOYMENT AND FEE APPLICATIONS
September 18, 2015

Invoice 685983
Page 3

| Date | Professional | Description | Hours |
|------|-----------|-------------|-------|
| 08/21/15 | SILVERBERG | REVIEW BROWN RUDNICK MONTHLY FEE APPLICATION. | 0.4 |
| 08/24/15 | ENNIS | INITIATE DRAFT OF FINAL FEE APPLICATION | 2.0 |
| 08/24/15 | ENNIS | CREATE BINDER OF WILLKIE FARR RETENTION PLEADINGS | 0.4 |
| 08/24/15 | ENNIS | FINALIZE JULY FEE APPLICATION (.3); COORDINATE FILING RE: SAME (.3); CIRCULATE AS FILED VERSION (.1) | 0.7 |
| 08/24/15 | SILVERBERG | FINALIZE JULY MONTHLY FEE APPLICATION AND DISTRBUTION OF BUDGET/STAFFING PLAN TO COMMITTEE | 0.5 |
| 08/25/15 | ENNIS | MODIFICATIONS TO FINAL FEE APPLICATION | 0.6 |
| 08/25/15 | ENNIS | DRAFT SUPPLEMENTAL RETENTION DECLARATION (1.0); COORDINATE FILING RE: SAME (.2); CIRCULATE JULY FEE APPLICATION FOR GAVIN/SOLMONESE (.1) | 1.3 |
| | **Total Hours** | | **20.9** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| BENNETT S. SILVERBERG | 2.2 | hours at | 885.00 | 1,947.00 |
| JACOB T. BEISWENGER | 6.5 | hours at | 570.00 | 3,705.00 |
| CAROL S. ENNIS | 12.2 | hours at | 340.00 | 4,148.00 |
| **Total Fees** | | | | **9,800.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 685983 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:   EMPLOYMENT AND FEE APPLICATIONS



Remittance

**Balance Due: $9,800.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

brownrudnick.com

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 685984 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:   PLAN AND DISCLOSURE STATEMENT

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 032615.0006 | PLAN AND DISCLOSURE STATEMENT | 186,155.00 | 0.00 | 186,155.00 |
| | **Total** | **186,155.00** | **0.00** | **186,155.00** |

| | |
|---|---:|
| Total Current Fees | $186,155.00 |
| **Total Invoice** | **$186,155.00** |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: PLAN AND DISCLOSURE STATEMENT
September 18, 2015

Invoice 685984
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 08/01/15 | SCHWARTZ | (WORK DONE 7/31/15) ANALYSIS AND NEGOTIATION OF PLAN CONFIRMATION AND RELATED TRUST AGREEMENT PROVISIONS | 3.2 |
| 08/01/15 | SCHWARTZ | (WORK DONE 7/31/15) ANALYSIS OF INSURANCE COVERAGE ISSUES AS RELATES TO EFFECT OF PLAN THERETO | 2.9 |
| 08/03/15 | KELLY | TAX: REVIEW AND COMMENT FOR LIQUIDATING TRUST AGREEMENT (1.5); TWO TEL CALLS WITH S BOLLHEIMER FOR REVISIONS AND UPDATES (1.3); RECONCILE TERMS WITH PLAN DOCUMENT (.9) | 3.7 |
| 08/03/15 | SCHWARTZ | ANALYSIS OF TRUST DRAFTING ISSUES AND PROVISIONS | 2.9 |
| 08/03/15 | SCHWARTZ | ANALYSIS OF PLAN RELEASE OBJECTIONS AND ISSUES | 3.9 |
| 08/03/15 | BOLLHEIMER | DRAFT CORINTHIAN DISTRIBUTION TRUST AGREEMENT | 2.8 |
| 08/03/15 | GUGLIELMOTTI | TELECONFERENCE WITH BARBARA KELLY RE: TRUST AGREEMENT (.2); REVIEW OF INCOMING CORRESPONDENCE RE: SAME (.1) | 0.3 |
| 08/04/15 | SCHWARTZ | ANALYSIS OF PLAN AND DISTRIBUTION TRUST ISSUES RE CONTINUATION OF CCI INSURANCE COVERAGE | 3.3 |
| 08/04/15 | SCHWARTZ | ANALYSIS OF DISTRIBUTION TRUST GOVERNANCE DRAFTING ISSUES | 2.2 |
| 08/04/15 | SCHWARTZ | ANALYSIS OF DISTRIBUTION TRUST APPOINTEE AND TRUSTEE RECRUITMENT AND APPOINTMENT PROCESS ISSUES | 2.8 |
| 08/04/15 | SCHWARTZ | ANALYSIS OF CONFIRMATION OBJECTION DEFENSES RE RELEASE AND RELATED PLAN PROVISIONS | 1.9 |
| 08/04/15 | BOLLHEIMER | DRAFT OF DISTRIBUTION TRUST AGREEMENT (6.1); DRAFT OF CERTIFICATE OF TRUST (.2) | 6.3 |
| 08/04/15 | KELLY | REVIEW LIQUIDATING TRUST AGREEMENT AND PLAN AND REVISE CHANGES TO AGREEMENT TO CONFORM | 2.8 |
| 08/05/15 | KELLY | REVISIONS TO TRUST AGREEMENT AND REVIEW AND REVISE OUTLINE FOR COMMITTEE | 3.2 |
| 08/05/15 | GUGLIELMOTTI | REVIEW OF INCOMING CORRESPONDENCE RE: TRUST AGREEMENT | 0.2 |
| 08/05/15 | SCHWARTZ | ANALYSIS, NEGOTIATION AND DRAFTING OF DISTRIBUTION TRUST GOVERNANCE PROVISIONS AND RECRUITMENT MATTERS | 3.4 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: PLAN AND DISCLOSURE STATEMENT
September 18, 2015

Invoice 685984
Page 3

| | | |
|---|---|---|
| 08/05/15 SCHWARTZ | ANALYSIS OF PLAN SUPPLEMENT COMPLETION ISSUES | 2.7 |
| 08/05/15 BOLLHEIMER | REVIEW SUPPLEMENTAL AGREEMENT (.3); DRAFT EMAIL TO WILMINGTON TRUST RE: RESIDENTIAL TRUSTEE (.3) | 0.6 |
| 08/05/15 BOLLHEIMER | DRAFT SUMMARY OF TRUST DISTRIBUTION AGREEMENT | 4.0 |
| 08/06/15 SCHWARTZ | NEGOTIATIONS RE RECRUITMENT OF DISTRIBUTION TRUST FINANCIAL ADVISOR AND COMMITTEE APPOINTEE FOR GOVERNING BOARD OF DISTRIBUTION TRUST | 2.8 |
| 08/06/15 BOLLHEIMER | DRAFT PLAN SUPPLEMENT (2.0), MODIFY DISTRIBUTION TRUST AGREEMENT (1.8) | 3.8 |
| 08/06/15 KELLY | WORK ON REVISIONS TO TRUST AGREEMENT (1.0); WORK ON PLAN SUPPLEMENT (1.4) | 2.4 |
| 08/07/15 BOLLHEIMER | PHONE CALL WITH M. AVERY FROM WILMINGTON TRUST (.3); RESEARCH AND DUE DILIGENCE IN RE: EMAIL TO M. AVERY (.8); EMAIL TO M. AVERY RE: OUTSIDE COUNSEL REVIEW OF TRUST AGREEMENT (.2) | 1.3 |
| 08/07/15 KELLY | ATTENTION TO DISTRIBUTION TRUST ENGAGEMENT | 0.4 |
| 08/07/15 SCHWARTZ | ANALYSIS OF PLAN CONFIRMATION DISPUTE RESOLUTION | 3.3 |
| 08/07/15 BEISWENGER | CONFERENCE CALL WITH S. BOLLHEIMER RE: PLAN SUPPLEMENT DOCUMENTS | 0.2 |
| 08/07/15 SCHWARTZ | ANALYSIS OF DISTRIBUTION TRUST GOVERNANCE AND TRUST DRAFTING ISSUES | 2.8 |
| 08/10/15 KELLY | UPDATE LIQUIDATING TRUST AGREEMENT | 0.9 |
| 08/10/15 SCHWARTZ | NEGOTIATION OF DISTRIBUTION TRUST GOVERNANCE AND SCOPE OF RESPONSIBILITY PROVISIONS | 2.7 |
| 08/10/15 BOLLHEIMER | EMAIL FROM JAMES MORRIS RE: DISTRIBUTION TRUST AGREEMENT (WILMINGTON TRUST'S OUTSIDE COUNSEL) (.1); EMAIL TO JAMES MORRIS RE: DISTRIBUTION TRUST AGREEMENT (.2); REVIEW OF EMAIL FROM JAMES MORRIS WITH ATTACHED TRUST DISTRIBUTION AGREEMENT AND COMMENTS (1.0) | 1.3 |
| 08/11/15 SCHWARTZ | NEGOTIATION AND DOCUMENTATION OF DISTRIBUTION TRUST AGREEMENT | 2.6 |
| 08/11/15 SCHWARTZ | ANALYSIS OF ZENITH TSA AND BROADER DOCUMENTARY CONTROL ISSUES FOR EFFECTIVE DATE TRANSITION TO DISTRIBUTION TRUST | 2.7 |
| 08/11/15 BOLLHEIMER | REVIEW OF INCOMING EMAIL AND ATTACHMENTS FROM JAMES MORRIS RE: DISTRIBUTION TRUST AGREEMENT (.4); REVIEW AND EDIT DRAFT OF THE DISTRIBUTION TRUST AGREEMENT (1.5); REVIEW AND SUMMARY OF OUTSTANDING ITEMS (.3) | 2.2 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: PLAN AND DISCLOSURE STATEMENT
September 18, 2015

Invoice 685984
Page 4

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/11/15 | KELLY | FURTHER COMMENTS ON TRUST AGREEMENT | 1.4 |
| 08/11/15 | GUGLIELMOTTI | CONFERENCE WITH BARBARA KELLY RE: STATUTORY TRUST ISSUES | 0.2 |
| 08/12/15 | BOLLHEIMER | EMAIL TO SIDLEY AUSTIN AND POTTER ANDERSON RE: DISTRIBUTION TRUST AGREEMENT (.2); REVIEW OF INCOMING EMAILS RE: REVISIONS OF DISTRIBUTION TRUST AGREEMENT (.3) | 0.5 |
| 08/12/15 | KELLY | REVIEW OF DISTRIBUTION TRUST REVISIONS (1.4); REVIEW OF STUDENT TRUST AND COMMENTS (1.3); EMAIL SUMMARY OF APPLICABLE TAX CONSIDERATIONS AND PRACTICAL APPLICATIONS TO TRUST EXTENSION (1.1) | 3.8 |
| 08/12/15 | SCHWARTZ | ANALYSIS OF PLAN AND DISTRIBUTION TRUST PROVISION ISSUES | 3.3 |
| 08/12/15 | SCHWARTZ | CONSULTATIONS WITH DISTRIBUTION TRUST PROSPECTIVE TRUSTEE AND OVERSIGHT BOARD MEMBER RE OPENING TRUST ASSETS AND GUC RECOVERY RELATED PRE EFFECTIVE DATE MATTERS | 2.8 |
| 08/13/15 | MAYNOR | INCORPORATE COMMENTS FROM LENDERS AND DISTRIBUTION TRUSTEE INTO DISTRIBUTION TRUST AGREEMENT (3.0). INCORPORATE PROVISIONS REGARDING POTENTIAL ADMINISTRATIVE TRUSTEE INTO DISTRIBUTION TRUST AGREEMENT (2.5). FINAL REVISIONS TO CURRENT DRAFT OF DISTRIBUTION TRUST AGREEMENT BEFORE CIRCULATING (1.8) | 7.3 |
| 08/13/15 | SCHWARTZ | ANALYSIS OF DISTRIBUTION TRUST ASSET AND EXPENSE ISSUES IN CONSULTATION WITH DISTRIBUTION TRUST DESIGNEE, COMMITTEE FINANCIAL ADVISOR AND COMMITTEE DESIGNEE TO OVERSIGHT BOARD OF TRUST | 2.9 |
| 08/13/15 | KELLY | MULTIPLE REVISIONS TO DISTRIBUTION TRUST AGREEMENT FOR COMMENTS FROM INTERESTED PARTIES | 4.9 |
| 08/13/15 | GUGLIELMOTTI | REVIEW OF INCOMING CORRESPONDENCE RE: TRUST AGREEMENT(.1); PREPARATION OF RESPONSE TO SAME (.4) | 0.5 |
| 08/13/15 | SILVERBERG | TELEPHONE CONFERENCES WITH J. SCHWARTZ, W. WEITZ REGARDING LIQUIDATING TRUST AGREEMENT, COMPENSATION CONSIDERATIONS (.3); REVIEW AND FINALIZATION OF PLAN SUPPLEMENT DOCUMENTS, RETAINED ACTION SCHEDULE (1.5) | 1.8 |
| 08/13/15 | BOLLHEIMER | DRAFT OF ADDITIONAL DISTRIBUTION TRUSTEE PROVISIONS FOR THE DISTRIBUTION TRUST AGREEMENT (.6) CALL WITH MARY ALICE FROM WILMINGTON TRUST (.2); REVIEW OF INCOMING EMAIL FORM WILMINGTON TRUST RE: PROPOSED FEE SCHEDULE (.2); REVISIONS TO TRUST AGREEMENT BASED ON COMMENTS (3.1) | 4.1 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: PLAN AND DISCLOSURE STATEMENT
September 18, 2015

| 08/14/15 | BOLLHEIMER | REVIEW OF INCOMING EMAILS WITH SUGGESTED CHANGES TO DISTRIBUTION TRUST (.5); REVISIONS TO THE DISTRIBUTION TRUST AGREEMENT (.9) | 1.4 |
|---|---|---|---|
| 08/14/15 | GUGLIELMOTTI | ATTENTION TO TRUST AND DISCLOSURE ISSUES (.6); TELECONFERENCE WITH BARBARA KELLY RE: SAME (.3) | 0.9 |
| 08/14/15 | SCHWARTZ | ANALYSIS, NEGOTIATION AND MODIFICATION OF DRAFT DISTRIBUTION TRUST AS PART OF PLAN SUPPLEMENT | 5.8 |
| 08/14/15 | SCHWARTZ | ANALYSIS OF DISTRIBUTION TRUST PROJECTED ASSETS, LIABILITIES AND LIQUIDITY UNDER SECOND MODIFIED PLAN AS OF THE EFFECTIVE DATE | 2.8 |
| 08/14/15 | SILVERBERG | PREPARATION OF PLAN SUPPLEMENT DOCUMENTATION (TRUST AGREEMENT/RETAINED ACTION SCHEDULE) (4.3); TELEPHONE CONFERENCES WITH W. WEITZ, J. SCHWARTZ REGARDING RETAINED ACTION SCHEDULE (.4); REVIEW ISSUES REGARDING APPLICABLE D&O COVERAGE IN CONNECTION WITH RETAINED ACTION PROSECUTION FEASIBILITY (.4) | 5.1 |
| 08/14/15 | KELLY | REVISIONS TO DISTRIBUTION TRUST AGREEMENT, INCLUDING ANALYSIS OF COMMENTS FROM INTERESTED PARTIES | 4.6 |
| 08/14/15 | MAYNOR | INCORPORATE ADDITIONAL COMMENTS RECEIVED TO DISTRIBUTION TRUST AGREEMENT | 3.5 |
| 08/17/15 | SCHWARTZ | ANALYSIS AND NEGOTIATION OF DISTRIBUTION TRUST AGREEMENT | 3.9 |
| 08/17/15 | SCHWARTZ | ANALYSIS OF PLAN CONFIRMATION OBJECTIONS FROM GOVERNMENTAL ENTITIES | 2.8 |
| 08/17/15 | SILVERBERG | REVIEW OPPOSITIONS BY CALIFORNIA DEPT OF CONSUMER AFFAIRS TO OBJECTION TO PLAN CONFIRMATION | 0.7 |
| 08/18/15 | ENNIS | CIRCULATE TEXAS COMPTROLLER OBJECTION TO DISCLOSURE STATEMENT AND PLAN | 0.1 |
| 08/18/15 | SCHWARTZ | ANALYSIS OF BANKRUPTCY PLAN RELATED INSURANCE COVERAGE VALUE ISSUES IN PREP FOR GLOBAL CALL THEREON | 3.7 |
| 08/18/15 | SCHWARTZ | ANALYSIS OF ZENITH AND DISTRIBUTION TRUST FINANCIAL, LEGAL AND ADMINISTRATIVE ISSUES | 2.3 |
| 08/18/15 | SILVERBERG | TELEPHONE CONFERENCE WITH J. SCHWARTZ, M. COLLINS, J. RYAN, ET AL., REGARDING PLAN FEASIBILITY ISSUES (.6); ATTENTION TO PLAN TRANSITION ISSUES (2.5); MEETING WITH W. WEITZ REGARDING TRUST ADMINISTRATION (1.0) | 4.1 |
| 08/18/15 | BEISWENGER | RESEARCH CASE LAW IN CONNECTION WITH CERTAIN POTENTIAL PLAN OBJECTIONS | 0.4 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: PLAN AND DISCLOSURE STATEMENT
September 18, 2015

Invoice 685984
Page 6

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/19/15 | SCHWARTZ | PREP FOR AND PARTICIPATE IN NEGOTIATION RE PLAN MODIFICATIONS AND DISTRIBUTION TRUST STAFFING AND TERMS | 3.3 |
| 08/19/15 | SILVERBERG | TELEPHONE CONFERENCE WITH ZENITH, FTI, W. WEITZ, ET AL., REGARDING TRANSITION SERVICES AGREEMENT (1.1); TELEPHONE CONFERENCE WITH J. HAGLE, M. COLLINS, S. GAUTIER, J. SCHWARTZ, ET AL., REGARDING PLAN CONFIRMATION (1.0); FOLLOWUP REGARDING SAME (.3) | 2.4 |
| 08/20/15 | SCHWARTZ | ANALYSIS AND NEGOTIATION OF PLAN CONFIRMATION AND DISTRIBUTION TRUST ISSUES | 3.7 |
| 08/21/15 | SILVERBERG | REVIEW PLAN EFFECTIVE DATE ISSUES | 2.0 |
| 08/24/15 | ENNIS | CIRCULATE BALLOT TABULATION DECLARATION (.1); PREPARE BINDER OF PLAN OBJECTIONS (1.0); CIRCULATE CONFIRMATION HEARING AGENDA (.1); CIRCULATE ALIEF ISD PLAN OBJECTION (.1) | 1.3 |
| 08/24/15 | SCHWARTZ | ANALYSIS OF PLAN CONFIRMATION OBJECTIONS | 3.3 |
| 08/24/15 | SILVERBERG | TELEPHONE CONFERENCE WITH J. SCHWARTZ, J. HAGLE, S. GAUTIER, M. COLLINS, ET AL., REGARDING PLAN CONFIRMATION (.8); TELEPHONE CONFERENCES WITH M. POMPEO, M. MERCHANT REGARDING ZENITH SETTLEMENT AGREEMENT, TSA (.8); TELEPHONE CONFERENCES WITH W. WEITZ REGARDING ZENITH TSA, RETAINED ACTION SCHEDULE (.6); CONSULT ON ISSUES REGARDING CONFIRMATION, PLAN EFFECTIVE DATE (2.0) | 4.2 |
| 08/25/15 | ENNIS | CIRCULATE DEBTORS' OMNIBUS RESPONSE TO PLAN OBJECTIONS (.1); CIRCULATE THIRD AMENDED PLAN (.1); CIRCULATE BLACKLINE VERSION OF PLAN (.1); CIRCULATE PROPOSED ORDER TO CONFIRM PLAN, AMENDED HEARING AGENDA FOR CONFIRMATION HEARING AND DECLARATION IN SUPPORT OF PLAN CONFIRMATION (.3); CIRCULATE PLAN SUPPLEMENTS (.2); CIRCULATE STUDENT COMMITTEE'S OMNIBUS REPLY TO PLAN OBJECTIONS BY US AND STATE GOVERNMENTS (.1) | 0.9 |
| 08/25/15 | SCHWARTZ | NEGOTIATION OF WARN ACT CLAIMANTS OBJECTION TO PLAN CONFIRMATION | 2.8 |
| 08/25/15 | SILVERBERG | TELEPHONE CONFERENCE WITH W. WEITZ, C. JALPERT REGARDING EFFECTIVE DATE PLANNING (.8); REVIEW AND FINALIZE RETAINED ACTION SCHEDULE (.2); REVIEW AND FINALIZE NOTICE OF TRUSTEE BOARD (.1) | 1.1 |
| 08/26/15 | SILVERBERG | TELEPHONIC ATTENDANCE OF CONFIRMATION HEARING. | 2.0 |
| 08/26/15 | SCHWARTZ | PREP FOR (4.3) AND APPEAR (2.0) AT CONFIRMATION HEARING | 6.3 |
| 08/26/15 | ENNIS | CIRCULATE PLAN SUPPLEMENT AND SECOND AMENDED HEARING AGENDA | 0.1 |
| **Total Hours** | | | **191.5** |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: PLAN AND DISCLOSURE STATEMENT
September 18, 2015

Invoice 685984
Page 7

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| VINCENT J. GUGLIELMOTTI | 2.1 | hours at | 785.00 | 1,648.50 |
| H. JEFFREY SCHWARTZ | 95.8 | hours at | 1,235.00 | 118,313.00 |
| BENNETT S. SILVERBERG | 23.4 | hours at | 885.00 | 20,709.00 |
| BARBARA J KELLY | 28.1 | hours at | 880.00 | 24,728.00 |
| JACOB T. BEISWENGER | 0.6 | hours at | 570.00 | 342.00 |
| STEPHANIE N. BOLLHEIMER | 28.3 | hours at | 475.00 | 13,442.50 |
| JAMES M. MAYNOR | 10.8 | hours at | 570.00 | 6,156.00 |
| CAROL S. ENNIS | 2.4 | hours at | 340.00 | 816.00 |
| **Total Fees** | | | | **186,155.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE     Invoice    685984
OF UNSECURED CR     Date     Sep 18, 2015
C/O BROWN RUDNICK LLP     Client     032615
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

RE:    PLAN AND DISCLOSURE STATEMENT



Remittance

**Balance Due: $186,155.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice    685985
Date    Sep 18, 2015
Client    032615

RE:    ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0010 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 755.50 | 0.00 | 755.50 |
| | Total | 755.50 | 0.00 | 755.50 |

Total Current Fees                                        $755.50

**Total Invoice**                                        **$755.50**



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS
September 18, 2015

Invoice 685985
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|--------------|-------------|-------|
| 08/12/15 | SILVERBERG | REVIEW AMENDMENT REGARDING ZENITH TSA | 0.7 |
| 08/18/15 | ENNIS | CIRCULATE MOTION TO APPROVE COMPROMISE WITH ZENITH EDUCATION | 0.1 |
| 08/19/15 | ENNIS | CIRCULATE ORDER SHORTENING NOTICE RE: ZENITH SETTLEMENT MOTION (.1); CIRCULATE NOTICE OF HEARING RE: SAME (.1); CIRCULATE OBJECTION TO AEROTEK MOTION (.1) | 0.3 |
| | **Total Hours** | | **1.1** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 0.7 | hours at | 885.00 | 619.50 |
| CAROL S. ENNIS | 0.4 | hours at | 340.00 | 136.00 |
| **Total Fees** | | | | **755.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

| | | |
|---|---|---|
| CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE | Invoice | 685985 |
| OF UNSECURED CR | Date | Sep 18, 2015 |
| C/O BROWN RUDNICK LLP | Client | 032615 |
| SEVEN TIMES SQUARE | | |
| NEW YORK NY 10036 | | |
| UNITED STATES | | |

RE:    ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS



Remittance

**Balance Due: $755.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 685986 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:    RELIEF FROM STAY AND ADEQUATE PROTECTION

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0012 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 238.00 | 0.00 | 238.00 |
| | **Total** | **238.00** | **0.00** | **238.00** |

| | |
|---|---|
| Total Current Fees | $238.00 |
| **Total Invoice** | **$238.00** |

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: RELIEF FROM STAY AND ADEQUATE PROTECTION
September 18, 2015

Invoice 685986
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 08/19/15 | ENNIS | CIRCULATE MOTION FOR RELIEF FROM STAY BY JENNIFER STEVENS (.1); CIRCULATE DEBTORS' MOTION REQUESTING THAT AUTOMATIC STAY DOES NOT APPLY (.1); CIRCULATE MOTION TO SHORTEN RE: SAME (.1) | 0.3 |
| 08/20/15 | ENNIS | CIRCULATE CALIFORNIA'S OBJECTION TO DEBTORS' MOTION FOR DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY | 0.1 |
| 08/24/15 | ENNIS | CIRCULATE MISCELLANEOUS PLEADINGS RE: MODIFICATION OF AUTOMATIC STAY | 0.2 |
| 08/25/15 | ENNIS | 32615/12 CIRCULATE ORDER GRANTING BB&S MOTION FOR RELIEF | 0.1 |
| | **Total Hours** | | **0.7** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| CAROL S. ENNIS | 0.7 | hours at | 340.00 | 238.00 |
| **Total Fees** | | | | **238.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice        685986
Date      Sep 18, 2015
Client        032615

RE:    RELIEF FROM STAY AND ADEQUATE PROTECTION

Remittance 

**Balance Due: $238.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 685987 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:    AVOIDANCE ACTION ANALYSIS

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0014 | AVOIDANCE ACTION ANALYSIS | 367.50 | 0.00 | 367.50 |
| | **Total** | **367.50** | **0.00** | **367.50** |

| | |
|---|---|
| Total Current Fees | $367.50 |
| **Total Invoice** | **$367.50** |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: AVOIDANCE ACTION ANALYSIS
September 18, 2015

Invoice 685987
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 08/19/15 | SILVERBERG | TELEPHONE CONFERENCE WITH B. NOLAN, W. WEITZ, T. MCGRATH REGARDING PREFERENCE CLAIM ANALYSIS | 0.3 |
| 08/24/15 | ENNIS | CIRCULATE AMENDED SCHEDULES | 0.3 |
| | **Total Hours** | | **0.6** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| BENNETT S. SILVERBERG | 0.3 | hours at | 885.00 | 265.50 |
| CAROL S. ENNIS | 0.3 | hours at | 340.00 | 102.00 |
| **Total Fees** | | | | **367.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE     Invoice     685987
OF UNSECURED CR     Date     Sep 18, 2015
C/O BROWN RUDNICK LLP     Client     032615
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

RE:     AVOIDANCE ACTION ANALYSIS



Remittance

**Balance Due: $367.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 685988 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:   CLAIMS ADMINISTRATION AND OBJECTIONS

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0016 | CLAIMS ADMINISTRATION AND OBJECTIONS | 34.00 | 0.00 | 34.00 |
| | Total | 34.00 | 0.00 | 34.00 |

| | |
|---|---|
| Total Current Fees | $34.00 |
| **Total Invoice** | **$34.00** |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: CLAIMS ADMINISTRATION AND OBJECTIONS
September 18, 2015

Invoice 685988
Page 2

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| | | **T I M E   D E T A I L** | |
| 08/10/15 | ENNIS | CIRCULATE DEBTORS' RESPONSE TO STUDENT COMMITTEE'S MOTION TO FILE COLLECTIVE CLAIM | 0.1 |
| | **Total Hours** | | **0.1** |

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| | | **T I M E   S U M M A R Y** | | |
| CAROL S. ENNIS | 0.1 | hours at | 340.00 | 34.00 |
| | **Total Fees** | | | **34.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| Invoice | 685988 |
|---------|--------|
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:    CLAIMS ADMINISTRATION AND OBJECTIONS



Remittance

---

**Balance Due: $34.00**

---

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 685989 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:    LIEN AND CLAIM INVESTIGATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0019 | LIEN AND CLAIM INVESTIGATION | 31,739.00 | 0.00 | 31,739.00 |
| | Total | **31,739.00** | **0.00** | **31,739.00** |

| | |
|---|---|
| Total Current Fees | $31,739.00 |
| **Total Invoice** | **$31,739.00** |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: LIEN AND CLAIM INVESTIGATION
September 18, 2015

Invoice 685989
Page 2

| | TIME DETAIL | |
|---|---|---|

| Date | Professional | Description | Hours |
|---|---|---|---|
| 08/03/15 | VIGLIOTTI | CORRESPONDENCE REGARDING TITLE SEARCHES | 0.1 |
| 08/03/15 | WALLACH | ANALYZE STATEMENT OF FINANCIAL AFFAIRS (2.0); PREPARE LIST OF DEPOSIT ACCOUNTS AND SEND REQUEST TO DEBTORS' COUNSEL FOR ACCOUNT STATEMENTS FOR ALL DEPOSIT ACCOUNTS NOT SUBJECT TO BANK OF AMERICA'S LIEN (3.2) | 5.2 |
| 08/03/15 | ANDROMALOS | ANALYSIS OF VARIOUS PERFECTION RELATED ISSUES | 0.3 |
| 08/03/15 | SELVAM | REVIEWED CORINTHIAN DILIGENCE RE: PERFECTION ANALYSIS | 1.1 |
| 08/03/15 | SILVERBERG | FOLLOWUP ISSUES REGARDING LIEN PERFECTION, CASH COLLATERAL MATURITY DATE | 0.8 |
| 08/03/15 | KRAMER | PROCESS CERTIFIED CHARTERS | 0.4 |
| 08/04/15 | ANDROMALOS | ANALYSIS OF NUMEROUS PERFECTION ISSUES AND STATUS OF REVIEW | 1.3 |
| 08/04/15 | SELVAM | REVIEWED AND ANALYZED ESCROW AGREEMENTS | 0.7 |
| 08/04/15 | SILVERBERG | TELEPHONE CONFERENCE WITH A. ANDROMALOS REGARDING OUTSTANDING ITEMS TO COMPLETE LIEN/PREFERENCE ANALYSIS (.4), FOLLOWUP REGARDING SAME WITH J. SCHWARTZ (.2), ANALYSIS OF PERFECTION MEMORANDUM (.3) | 0.9 |
| 08/04/15 | WALLACH | ANALYZE ESCROW AGREEMENTS (2.0); REVIEW UCC SEARCH RESULTS AND FILINGS MADE BY BANK OF AMERICA (1.0); PREPARE SUMMARY OF UCC ANALYSIS (2.7) | 5.7 |
| 08/04/15 | KRAMER | FOLLOW UP ON STATUS OF CERTIFIED CHARTER DOCUMENTS (1.0);  REVIEW UCC SEARCH MATTERS 9.8) | 1.8 |
| 08/05/15 | WALLACH | ANALYZE UCC-3 AMENDMENTS RELEASING COLLATERAL SOLD IN CONNECTION WITH CERTAIN PURCHASE AGREEMENTS (1.0); REVIEW SCHEDULES TO DETERMINE WHETHER ASSETS INCLUDE ANY RECEIVABLES OF STATE AND/OR FEDERAL GRANT FUNDS (1.8 | 2.8 |
| 08/05/15 | KRAMER | PROCESS CERTIFIED CHARTERS AND CIRCULATE | 0.5 |
| 08/06/15 | BUCCI | ANALYSIS RE: PERFECTION ISSUES (W/ TEAM) | 0.4 |
| 08/06/15 | ANDROMALOS | PREPARE EXECUTIVE SUMMARY OF PERFECTION ANALYSIS FOR COMMITTEE | 1.4 |
| 08/06/15 | SELVAM | REVISED EXECUTIVE SUMMARY FOR CREDITORS COMMITTEE (1.8); ATTENTION TO EMAIL CORRESPONDENCE RE: PERFECTION REVIEW (.6) | 2.4 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: LIEN AND CLAIM INVESTIGATION
September 18, 2015

Invoice 685989
Page 3

| | | | |
|---|---|---|---|
| 08/06/15 | SILVERBERG | PREPARE EXECUTIVE SUMMARY REGARDING LIEN AND CLAIM CHALLENGE | 1.3 |
| 08/06/15 | BEISWENGER | CALL WITH F. ROSNER RE: MOTION TO EXTEND TERMINATION DATE FOR LIEN INVESTIGATION PERIOD (.2); PREPARE MOTION TO EXTEND TERMINATION DATE FOR LIEN INVESTIGATION PERIOD (.7) | 0.9 |
| 08/06/15 | WALLACH | ANALYZE BANKRUPTCY SCHEDULES AND THE STATEMENT OF FINANCIAL AFFAIRS REGARDING WHETHER ANY NEW YORK STATE GRANTS WERE OWED, BUT NOT YET PAID, TO THE DEBTORS (1.0); DRAFT EXECUTIVE SUMMARY OF PERFECTION ANALYSIS TO PRESENT TO THE COMMITTEE. (2.7) | 3.7 |
| 08/07/15 | ANDROMALOS | PREPARE PERFECTION MEMO | 3.7 |
| 08/07/15 | SELVAM | REVISE COMMITTEE PERFECTION MEMO | 0.4 |
| 08/07/15 | WALLACH | REVISE EXECUTIVE SUMMARY OF PERFECTION AND LIEN ANALYSIS | 1.1 |
| 08/07/15 | BEISWENGER | DRAFT MOTION TO EXTEND INVESTIGATION TERMINATION DATE | 1.2 |
| 08/08/15 | BEISWENGER | DRAFT MOTION TO EXTEND INVESTIGATION TERMINATION DATE (INCLUDING DECLARATION AND PROPOSED ORDER RELATED THERETO) | 4.1 |
| 08/10/15 | ANDROMALOS | RESPOND TO INQUIRY RE: CONTRACT (.2) AND ISSUE RE GRANT FUNDS (.3) | 0.5 |
| 08/10/15 | SCHWARTZ | DOCUMENTATION AND NEGOTIATION OF LIEN CHALLENGE PERIOD EXTENSION | 1.8 |
| 08/10/15 | WALLACH | ANALYZE INFORMATION REGARDING STATE GRANT FUNDS | 1.1 |
| 08/11/15 | ANDROMALOS | RESOLUTION OF LAST FEW OPEN ITEMS RE: PERFECTIN ANALYSIS (.2) AND CORRESPONDENCE RE; SAME (.3) | 0.5 |
| 08/11/15 | SCHWARTZ | RESOLUTION OF CLAIMS INVESTIGATION AND PREP OF REPORT TO COMMITTEE | 1.8 |
| 08/11/15 | WALLACH | ANALYZE THE CALIFORNIA GRANTS TO BE RECEIVED BY THE DEBTORS AND TREATMENT OF SUCH GRANTS UNDER THE SECOND AMENDED PLAN | 0.4 |
| 08/11/15 | VIGLIOTTI | CORRESPONDENCE REGARDING TITLE SEARCHES | 0.3 |
| 08/12/15 | WALLACH | ANALYZE DECLARATION OF WILLIAM J. NOLAN IN SUPPORT OF SALE OF CERTAIN INTELLECTUAL PROPERTY ASSETS TO THOMAS EDUCATION VENTURES, LLC AND QUESTIONS REGARDING THE SPECIFIC COLLATERAL TO BE SOLD IN THE PROPOSED SALE | 2.2 |
| 08/12/15 | ANDROMALOS | SEVERAL ROUNDS OF REVISIONS TO PERFECTION MEMO | 0.5 |
| | **Total Hours** | | 51.3 |

 CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: LIEN AND CLAIM INVESTIGATION
September 18, 2015

Invoice 685989
Page 4

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| ANDREAS ANDROMALOS | 8.2 | hours at | 825.00 | 6,765.00 |
| MARY D. BUCCI | 0.4 | hours at | 825.00 | 330.00 |
| H. JEFFREY SCHWARTZ | 3.6 | hours at | 1,235.00 | 4,446.00 |
| BENNETT S. SILVERBERG | 3.0 | hours at | 885.00 | 2,655.00 |
| JACOB T. BEISWENGER | 6.2 | hours at | 570.00 | 3,534.00 |
| PRIYA F. SELVAM | 4.6 | hours at | 525.00 | 2,415.00 |
| JEFFREY L. VIGLIOTTI | 0.4 | hours at | 605.00 | 242.00 |
| TIA WALLACH | 22.2 | hours at | 470.00 | 10,434.00 |
| MARY ANN KRAMER | 2.7 | hours at | 340.00 | 918.00 |
| **Total Fees** | | | | **31,739.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice     685989
Date        Sep 18, 2015
Client       032615

RE:     LIEN AND CLAIM INVESTIGATION



Remittance

**Balance Due: $31,739.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 685990 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:    D&O INVESTIGATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0020 | D&O INVESTIGATION | 36,006.00 | 0.00 | 36,006.00 |
| | Total | 36,006.00 | 0.00 | 36,006.00 |

| | |
|---|---|
| Total Current Fees | $36,006.00 |
| Total Invoice | $36,006.00 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: D&O INVESTIGATION
September 18, 2015

Invoice 685990
Page 2

| | TIME DETAIL | |
|---|---|---|

| Date | Professional | Description | Hours |
|---|---|---|---|
| 08/01/15 | CURRY | REVIEW D&O POLICY INFORMATION CORRESPONDENCE WITH CCI AND SIDLEY AUSTIN {FROM 7/31} | 4.3 |
| 08/03/15 | CURRY | CORRESPONDENCE RE: D&O POLICIES | 2.3 |
| 08/03/15 | SCHWARTZ | ANALYSIS OF D&O INSURANCE AND PLAN PRESERVATION ISSUES | 2.7 |
| 08/04/15 | CURRY | CORRESPONDENCE RE D&O POLICIES | 0.7 |
| 08/05/15 | SCHWARTZ | ANALYSIS OF D&O COVERAGE RETENTION ISSUES STEMMING FROM INJUNCTIVE AND RELATED PROVISIONS | 2.8 |
| 08/06/15 | CURRY | CORRESPONDENCE RE D&O POLICIES AND COVERAGE COUNSEL | 1.3 |
| 08/07/15 | CURRY | CORRESPONDENCE RE D&O POLICIES | 1.2 |
| 08/07/15 | SCHWARTZ | RECRUITMENT OF SPECIAL INSURANCE COVERAGE COUNSEL RE CCI D&O INSURANCE PLANS | 2.8 |
| 08/07/15 | SILVERBERG | REVIEW COVERAGE ISSUES | 1.0 |
| 08/10/15 | CURRY | CORRESPONDENCE WITH J. SCHWARTZ, B. SILVERBERG AND COUNSEL AT WILLKIE FARR & GALLAGHER RE D&O POLICIES | 2.2 |
| 08/10/15 | SCHWARTZ | RECRUITMENT OF SPECIAL TAX COUNSEL AND OBTAINING OF COMMITTEE APPROVAL THEREOF | 2.7 |
| 08/10/15 | SILVERBERG | REVIEW COVERAGE ISSUES REGARDING AVAILABLE D&O INSURANCE COVERAGE | 1.0 |
| 08/10/15 | BURKE | REVIEW DOCUMENTS | 0.6 |
| 08/11/15 | CURRY | CORRESPONDENCE WITH CCI AND WILLKIE RE D&O POLICIES | 1.9 |
| 08/12/15 | BURKE | REVIEW DOCUMENTS | 5.4 |
| 08/13/15 | CURRY | CORRESPONDENCE RE D&O COVERAGE REVIEW | 0.4 |
| 08/13/15 | BURKE | REVIEW DOCUMENTS RE: FTI RETENTION | 4.5 |
| 08/17/15 | BURKE | TELECONFERENCE WITH INSURANCE COUNSEL TO DISCUSS REMAINING COVERAGE ON DIRECTORS & OFFICERS INSURANCE POLICIES AND STRATEGY GOING FORWARD | 0.8 |
| 08/17/15 | BURKE | REVIEW DOCUMENTS | 1.3 |
| 08/17/15 | CURRY | TELECONFERENCES WITH J. SCHWARTZ, B. SILVERBERG, J. CLANCY, SIDLEY AND POTTER ANDERSON (1.5); REVIEW D&O DOCUMENTS (2.6) | 4.1 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: D&O INVESTIGATION
September 18, 2015

Invoice 685990
Page 3

| Date | Professional | Description | Hours |
|------|-----------|-------------|-------|
| 08/17/15 | SILVERBERG | TELEPHONE CONFERENCE WITH J. SCHWARTZ, J. RYAN, SIDLEY, WILLIE FARR ATTORNEYS REGARDING D&O INSURANCE COVERAGE ISSUES (.8), FOLLOWUP TELEPHONE CONFERENCE WITH J. SCHWARTZ, WILLKIE FAR, L. CURRY REGARDING INSURANCE COVERAGE ISSUES (.4) | 1.2 |
| 08/18/15 | BURKE | DRAFT MEMORANDUM SUMMARIZING TELECONFERENCE HELD ON AUGUST 17, 2015 RE: D&O ISSUES | 0.5 |
| | **Total Hours** | | **45.7** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-----------|-------|---|------|-------|
| LAUREN E. CURRY | 18.4 | hours at | 730.00 | 13,432.00 |
| H. JEFFREY SCHWARTZ | 11.0 | hours at | 1,235.00 | 13,585.00 |
| BENNETT S. SILVERBERG | 3.2 | hours at | 885.00 | 2,832.00 |
| LARA N. BURKE | 13.1 | hours at | 470.00 | 6,157.00 |
| **Total Fees** | | | | **36,006.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice     685990
Date     Sep 18, 2015
Client     032615

RE:    D&O INVESTIGATION

Remittance 

**Balance Due: $36,006.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| Invoice | 685991 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:    DIP FINANCING/CASH COLLATERAL

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|------------|-------------|------|-------|-------|
| 032615.0022 | DIP FINANCING/CASH COLLATERAL | 1,429.50 | 0.00 | 1,429.50 |
| | **Total** | **1,429.50** | **0.00** | **1,429.50** |

Total Current Fees                                      $1,429.50

**Total Invoice**                                       **$1,429.50**



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: DIP FINANCING/CASH COLLATERAL
September 18, 2015

Invoice 685991
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 08/05/15 | ENNIS | CIRCULATE CERTIFICATION OF COUNSEL RE: STIPULATION TO EXTEND CASH COLLATERAL TERMINATION DATE | 0.1 |
| 08/06/15 | SILVERBERG | PREPARE BRIDGE MOTION TO EXCHANNGE INVESTIGATION TERMINATION DATE UNDER FINAL DIP ORDER | 1.0 |
| 08/10/15 | SILVERBERG | CONSULT ON ISSUES REGARDING STIPULATION EXTENDED INVESTIGATION TERMINATION DATE | 0.5 |
| 08/12/15 | ENNIS | CIRCULATE ORDER EXTENDING INVESTIGATION PERIOD | 0.1 |
| 08/25/15 | ENNIS | CIRCULATE BANK OF AMERICA OBJECTION TO MOTION TO EXTEND TERMINATION DATE IN CASH COLLATERAL ORDER | 0.1 |
| | **Total Hours** | | **1.8** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 1.5 | hours at | 885.00 | 1,327.50 |
| CAROL S. ENNIS | 0.3 | hours at | 340.00 | 102.00 |
| **Total Fees** | | | | **1,429.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice        685991
Date       Sep 18, 2015
Client        032615

RE:    DIP FINANCING/CASH COLLATERAL

## Remittance 

**Balance Due: $1,429.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996