# EXHIBIT C

## EXHIBIT C

## SUMMARY OF DISBURSEMENTS

The following is a breakdown of disbursements for the period from August 1, 2015 through August 31, 2015:

| | Service | Cost |
|---|---|---|
| 1. | Photocopy (In-house)<br>(3,301 pages × 10¢) | $330.10 |
| 2. | Telephone | $88.06 |
| 3. | UCC Lien Searches | $8,749.90 |
| 4. | Westlaw | $15.00 |
| 5. | PACER | $136.90 |
| 6. | Accuroute Scan | $0.80 |
| 7. | Teleconferencing | $55.82 |
| 8. | Database Hosting / Internal Hosting | $60.00 |
| 9. | Agent Fees / Lawyers Travel | $38.00 |
| 10. | Travel – Amtrak | $248.00 |
| 11. | Taxi | $25.80 |
| 12. | Certificates | $3,664.35 |
| 13. | Document Retrieval | $658.40 |
| | TOTAL | **$14,071.13** |

62084811

**BROWNRUDNICK**

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 685980 |
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:   COSTS ONLY

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0001 | COSTS ONLY | 0.00 | 14,071.13 | 14,071.13 |
| | Total | 0.00 | 14,071.13 | 14,071.13 |

| | |
|---|---|
| Total Current Costs | $14,071.13 |
| **Total Invoice** | **$14,071.13** |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

Invoice 685980
Page 2

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 08/04/15 | ACCUROUTE SCAN | 0.30 |
| 08/04/15 | ACCUROUTE SCAN | 0.40 |
| 08/04/15 | ACCUROUTE SCAN | 0.10 |
| 08/26/15 | CERTIFICATE - VENDOR: CT CORPORATION 08/05/15 | 3,664.35 |
| 08/03/15 | COLOR COPIES | 0.10 |
| 08/03/15 | COLOR COPIES | 0.50 |
| 08/03/15 | COLOR COPIES | 3.10 |
| 08/03/15 | COLOR COPIES | 4.10 |
| 08/04/15 | COLOR COPIES | 1.80 |
| 08/04/15 | COLOR COPIES | 0.60 |
| 08/04/15 | COLOR COPIES | 1.00 |
| 08/04/15 | COLOR COPIES | 2.60 |
| 08/04/15 | COLOR COPIES | 1.00 |
| 08/04/15 | COLOR COPIES | 2.60 |
| 08/04/15 | COLOR COPIES | 1.60 |
| 08/04/15 | COLOR COPIES | 2.00 |
| 08/04/15 | COLOR COPIES | 0.30 |
| 08/04/15 | COLOR COPIES | 3.40 |
| 08/04/15 | COLOR COPIES | 0.30 |
| 08/04/15 | COLOR COPIES | 3.40 |
| 08/06/15 | COLOR COPIES | 0.10 |
| 08/06/15 | COLOR COPIES | 0.20 |
| 08/06/15 | COLOR COPIES | 0.10 |
| 08/06/15 | COLOR COPIES | 0.20 |
| 08/06/15 | COLOR COPIES | 7.00 |
| 08/06/15 | COLOR COPIES | 0.20 |
| 08/06/15 | COLOR COPIES | 0.20 |
| 08/07/15 | COLOR COPIES | 0.50 |
| 08/11/15 | COLOR COPIES | 1.60 |
| 08/11/15 | COLOR COPIES | 0.50 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

Invoice 685980
Page 3

| Date | Description | Amount |
|---|---|---|
| 08/11/15 | COLOR COPIES | 0.10 |
| 08/11/15 | COLOR COPIES | 0.10 |
| 08/11/15 | COLOR COPIES | 0.20 |
| 08/11/15 | COLOR COPIES | 0.30 |
| 08/11/15 | COLOR COPIES | 0.30 |
| 08/11/15 | COLOR COPIES | 0.10 |
| 08/11/15 | COLOR COPIES | 1.60 |
| 08/11/15 | COLOR COPIES | 3.70 |
| 08/11/15 | COLOR COPIES | 0.10 |
| 08/12/15 | COLOR COPIES | 0.10 |
| 08/12/15 | COLOR COPIES | 0.40 |
| 08/12/15 | COLOR COPIES | 3.70 |
| 08/13/15 | COLOR COPIES | 1.80 |
| 08/13/15 | COLOR COPIES | 1.90 |
| 08/13/15 | COLOR COPIES | 0.10 |
| 08/13/15 | COLOR COPIES | 2.20 |
| 08/13/15 | COLOR COPIES | 0.20 |
| 08/13/15 | COLOR COPIES | 5.00 |
| 08/13/15 | COLOR COPIES | 2.20 |
| 08/17/15 | COLOR COPIES | 1.00 |
| 08/18/15 | COLOR COPIES | 1.00 |
| 08/19/15 | COLOR COPIES | 2.10 |
| 08/19/15 | COLOR COPIES | 2.10 |
| 08/25/15 | COLOR COPIES | 7.50 |
| 08/03/15 | COPIES | 0.20 |
| 08/03/15 | COPIES | 0.20 |
| 08/03/15 | COPIES | 0.20 |
| 08/03/15 | COPIES | 0.10 |
| 08/03/15 | COPIES | 0.10 |
| 08/03/15 | COPIES | 0.10 |
| 08/03/15 | COPIES | 0.80 |
| 08/03/15 | COPIES | 0.10 |
| 08/03/15 | COPIES | 0.10 |
| 08/03/15 | COPIES | 1.30 |
| 08/03/15 | COPIES | 0.10 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

Invoice 685980
Page 4

| 08/03/15 | COPIES | 1.80 |
|----------|--------|------|
| 08/03/15 | COPIES | 1.80 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.30 |
| 08/04/15 | COPIES | 0.80 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.60 |
| 08/04/15 | COPIES | 0.70 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.30 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.30 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.10 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

| 08/04/15 | COPIES | 0.30 |
|---|---|---|
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.30 |
| 08/04/15 | COPIES | 0.80 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 1.60 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.50 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.30 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.10 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

| 08/04/15 | COPIES | 0.10 |
|---|---|---|
| 08/04/15 | COPIES | 0.80 |
| 08/04/15 | COPIES | 0.50 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.80 |
| 08/04/15 | COPIES | 0.60 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.30 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.30 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.40 |
| 08/04/15 | COPIES | 0.10 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
September 18, 2015

Invoice 685980
Page 7

| 08/04/15 | COPIES | 0.10 |
|---|---|---|
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 1.00 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.90 |
| 08/04/15 | COPIES | 0.90 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.30 |
| 08/04/15 | COPIES | 0.10 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 3.70 |
| 08/04/15 | COPIES | 0.20 |
| 08/04/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 1.20 |
| 08/05/15 | COPIES | 0.40 |
| 08/05/15 | COPIES | 1.00 |
| 08/05/15 | COPIES | 0.50 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 1.60 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.30 |
| 08/05/15 | COPIES | 0.50 |
| 08/05/15 | COPIES | 1.60 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.50 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.50 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

| 08/05/15 | COPIES | 0.30 |
| 08/05/15 | COPIES | 0.30 |
| 08/05/15 | COPIES | 0.50 |
| 08/05/15 | COPIES | 0.60 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.30 |
| 08/05/15 | COPIES | 1.40 |
| 08/05/15 | COPIES | 0.40 |
| 08/05/15 | COPIES | 0.50 |
| 08/05/15 | COPIES | 0.40 |
| 08/05/15 | COPIES | 0.50 |
| 08/05/15 | COPIES | 0.40 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.40 |
| 08/05/15 | COPIES | 1.20 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.10 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

Invoice 685980
Page 9

| 08/05/15 | COPIES | 0.20 |
|----------|--------|------|
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
September 18, 2015

Invoice 685980
Page 10

| 08/05/15 | COPIES | 0.10 |
|----------|--------|------|
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 1.00 |
| 08/05/15 | COPIES | 0.80 |
| 08/05/15 | COPIES | 3.50 |
| 08/05/15 | COPIES | 3.20 |
| 08/05/15 | COPIES | 0.30 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.10 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 2.40 |
| 08/05/15 | COPIES | 3.80 |
| 08/05/15 | COPIES | 0.20 |
| 08/05/15 | COPIES | 0.30 |
| 08/05/15 | COPIES | 0.30 |
| 08/05/15 | COPIES | 0.30 |
| 08/06/15 | COPIES | 4.60 |
| 08/06/15 | COPIES | 1.70 |
| 08/06/15 | COPIES | 1.70 |
| 08/06/15 | COPIES | 1.70 |
| 08/06/15 | COPIES | 0.30 |
| 08/06/15 | COPIES | 0.20 |
| 08/06/15 | COPIES | 0.70 |
| 08/06/15 | COPIES | 0.10 |
| 08/06/15 | COPIES | 0.10 |
| 08/06/15 | COPIES | 0.10 |
| 08/06/15 | COPIES | 3.50 |
| 08/06/15 | COPIES | 3.20 |
| 08/06/15 | COPIES | 0.30 |
| 08/06/15 | COPIES | 0.40 |
| 08/06/15 | COPIES | 3.20 |
| 08/06/15 | COPIES | 0.30 |
| 08/07/15 | COPIES | 0.90 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

| 08/07/15 | COPIES | 0.10 |
|---|---|---|
| 08/07/15 | COPIES | 0.40 |
| 08/07/15 | COPIES | 2.40 |
| 08/07/15 | COPIES | 0.30 |
| 08/07/15 | COPIES | 0.30 |
| 08/07/15 | COPIES | 0.30 |
| 08/08/15 | COPIES | 1.40 |
| 08/10/15 | COPIES | 1.20 |
| 08/10/15 | COPIES | 0.70 |
| 08/10/15 | COPIES | 1.80 |
| 08/10/15 | COPIES | 0.10 |
| 08/10/15 | COPIES | 0.20 |
| 08/10/15 | COPIES | 0.30 |
| 08/10/15 | COPIES | 0.50 |
| 08/10/15 | COPIES | 0.60 |
| 08/10/15 | COPIES | 0.20 |
| 08/10/15 | COPIES | 1.70 |
| 08/10/15 | COPIES | 3.20 |
| 08/10/15 | COPIES | 0.50 |
| 08/10/15 | COPIES | 3.20 |
| 08/10/15 | COPIES | 0.30 |
| 08/10/15 | COPIES | 0.20 |
| 08/11/15 | COPIES | 0.70 |
| 08/11/15 | COPIES | 3.70 |
| 08/11/15 | COPIES | 0.10 |
| 08/11/15 | COPIES | 4.70 |
| 08/11/15 | COPIES | 0.40 |
| 08/11/15 | COPIES | 0.30 |
| 08/11/15 | COPIES | 0.10 |
| 08/11/15 | COPIES | 0.10 |
| 08/11/15 | COPIES | 2.10 |
| 08/11/15 | COPIES | 0.30 |
| 08/11/15 | COPIES | 11.40 |
| 08/11/15 | COPIES | 0.80 |
| 08/12/15 | COPIES | 0.80 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

| 08/12/15 | COPIES | 3.60 |
|----------|--------|------|
| 08/12/15 | COPIES | 0.20 |
| 08/12/15 | COPIES | 0.10 |
| 08/12/15 | COPIES | 0.10 |
| 08/12/15 | COPIES | 0.10 |
| 08/13/15 | COPIES | 0.10 |
| 08/13/15 | COPIES | 0.70 |
| 08/13/15 | COPIES | 0.10 |
| 08/13/15 | COPIES | 0.90 |
| 08/13/15 | COPIES | 0.10 |
| 08/14/15 | COPIES | 0.80 |
| 08/17/15 | COPIES | 2.20 |
| 08/17/15 | COPIES | 0.40 |
| 08/17/15 | COPIES | 4.30 |
| 08/17/15 | COPIES | 1.70 |
| 08/17/15 | COPIES | 0.20 |
| 08/17/15 | COPIES | 1.80 |
| 08/17/15 | COPIES | 0.10 |
| 08/18/15 | COPIES | 1.00 |
| 08/18/15 | COPIES | 0.20 |
| 08/18/15 | COPIES | 1.70 |
| 08/18/15 | COPIES | 0.10 |
| 08/18/15 | COPIES | 0.40 |
| 08/19/15 | COPIES | 0.20 |
| 08/19/15 | COPIES | 0.20 |
| 08/19/15 | COPIES | 0.10 |
| 08/19/15 | COPIES | 2.00 |
| 08/19/15 | COPIES | 1.70 |
| 08/19/15 | COPIES | 0.10 |
| 08/19/15 | COPIES | 0.20 |
| 08/19/15 | COPIES | 0.10 |
| 08/19/15 | COPIES | 0.20 |
| 08/20/15 | COPIES | 0.70 |
| 08/20/15 | COPIES | 0.30 |
| 08/20/15 | COPIES | 0.30 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

| 08/20/15 | COPIES | 0.30 |
|---|---|---|
| 08/20/15 | COPIES | 1.10 |
| 08/20/15 | COPIES | 0.20 |
| 08/20/15 | COPIES | 0.20 |
| 08/21/15 | COPIES | 0.10 |
| 08/21/15 | COPIES | 0.10 |
| 08/21/15 | COPIES | 0.10 |
| 08/21/15 | COPIES | 0.50 |
| 08/21/15 | COPIES | 0.10 |
| 08/21/15 | COPIES | 0.20 |
| 08/21/15 | COPIES | 0.10 |
| 08/21/15 | COPIES | 0.10 |
| 08/21/15 | COPIES | 0.10 |
| 08/21/15 | COPIES | 1.60 |
| 08/21/15 | COPIES | 4.30 |
| 08/21/15 | COPIES | 1.70 |
| 08/24/15 | COPIES | 1.00 |
| 08/24/15 | COPIES | 2.90 |
| 08/24/15 | COPIES | 0.20 |
| 08/24/15 | COPIES | 0.80 |
| 08/24/15 | COPIES | 2.20 |
| 08/24/15 | COPIES | 0.10 |
| 08/24/15 | COPIES | 0.10 |
| 08/24/15 | COPIES | 0.90 |
| 08/24/15 | COPIES | 0.20 |
| 08/24/15 | COPIES | 0.10 |
| 08/24/15 | COPIES | 0.90 |
| 08/24/15 | COPIES | 0.40 |
| 08/24/15 | COPIES | 0.10 |
| 08/24/15 | COPIES | 5.30 |
| 08/24/15 | COPIES | 1.70 |
| 08/24/15 | COPIES | 0.20 |
| 08/24/15 | COPIES | 0.10 |
| 08/24/15 | COPIES | 1.30 |
| 08/24/15 | COPIES | 0.50 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

Invoice 685980
Page 14

| | | |
|---|---|---|
| 08/24/15 | COPIES | 0.50 |
| 08/24/15 | COPIES | 0.10 |
| 08/24/15 | COPIES | 0.70 |
| 08/24/15 | COPIES | 0.20 |
| 08/24/15 | COPIES | 3.90 |
| 08/24/15 | COPIES | 0.10 |
| 08/24/15 | COPIES | 1.80 |
| 08/24/15 | COPIES | 1.40 |
| 08/24/15 | COPIES | 1.80 |
| 08/24/15 | COPIES | 1.80 |
| 08/24/15 | COPIES | 2.40 |
| 08/24/15 | COPIES | 2.00 |
| 08/24/15 | COPIES | 1.00 |
| 08/24/15 | COPIES | 1.60 |
| 08/24/15 | COPIES | 0.60 |
| 08/24/15 | COPIES | 1.00 |
| 08/24/15 | COPIES | 2.80 |
| 08/24/15 | COPIES | 1.00 |
| 08/24/15 | COPIES | 0.20 |
| 08/24/15 | COPIES | 0.40 |
| 08/24/15 | COPIES | 0.40 |
| 08/24/15 | COPIES | 3.40 |
| 08/25/15 | COPIES | 7.50 |
| 08/25/15 | COPIES | 0.90 |
| 08/25/15 | COPIES | 6.60 |
| 08/25/15 | COPIES | 0.10 |
| 08/25/15 | COPIES | 0.20 |
| 08/25/15 | COPIES | 0.20 |
| 08/26/15 | COPIES | 1.00 |
| 08/11/15 | DATABASE HOSTING/INTERNAL HOSTING - USER CHARGE JULY 2015 | 60.00 |
| 08/19/15 | DOCUMENT RETRIEVAL - VENDOR: CT CORPORATION 07/30/15 | 658.40 |
| 08/05/15 | LAWYERS TRAVEL - AGENT FEE J. SCHWARTZ 06/29/15 | 38.00 |
| 08/07/15 | PACER - JULY 2015 | 28.60 |
| 08/07/15 | PACER - JULY 2015 | 95.40 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

Invoice 685980
Page 15

| 08/07/15 | PACER - JULY 2015 | 12.90 |
|---|---|---|
| 08/27/15 | SEARCHES - VENDOR: MADISON TITLE AGENCY LLC 08/10/15 | 225.00 |
| 08/27/15 | SEARCHES - VENDOR: MADISON TITLE AGENCY LLC 08/10/15 | 300.00 |
| 08/27/15 | SEARCHES - VENDOR: MADISON TITLE AGENCY LLC 08/10/15 | 300.00 |
| 08/27/15 | SEARCHES - VENDOR: MADISON TITLE AGENCY LLC 08/18/15 | 155.00 |
| 08/19/15 | TAXI - AFTER HOURS OFFICE TO RESIDENCE: TIA C. WALLACH 07/24/15 | 13.80 |
| 08/14/15 | TAXI - VENDOR: TIA C. WALLACH 07/23/15 | 12.00 |
| 07/23/15 | TELECONFERENCING Readyconference Plus Audio 032615.0001 | 20.67 |
| 07/30/15 | TELECONFERENCING Readyconference Plus Audio 032615.0001 | 8.86 |
| 07/31/15 | TELECONFERENCING Readyconference Plus Audio 032615.0001 | 2.66 |
| 08/06/15 | TELECONFERENCING Readyconference Plus Audio 032615.0001 | 21.20 |
| 08/10/15 | TELECONFERENCING Readyconference Plus Audio 032615.0001 | 2.43 |
| 06/22/15 | TELEPHONE | 5.78 |
| 06/26/15 | TELEPHONE | 0.68 |
| 07/20/15 | TELEPHONE | 0.34 |
| 08/03/15 | TELEPHONE | 4.42 |
| 08/03/15 | TELEPHONE | 0.34 |
| 08/03/15 | TELEPHONE | 0.34 |
| 08/03/15 | TELEPHONE | 24.82 |
| 08/03/15 | TELEPHONE | 0.68 |
| 08/03/15 | TELEPHONE | 0.68 |
| 08/04/15 | TELEPHONE | 7.14 |
| 08/04/15 | TELEPHONE | 7.48 |
| 08/04/15 | TELEPHONE | 2.72 |
| 08/05/15 | TELEPHONE | 1.70 |
| 08/05/15 | TELEPHONE | 0.34 |
| 08/05/15 | TELEPHONE | 4.42 |
| 08/06/15 | TELEPHONE | 1.36 |
| 08/06/15 | TELEPHONE | 0.34 |
| 08/07/15 | TELEPHONE | 0.34 |
| 08/07/15 | TELEPHONE | 0.34 |
| 08/07/15 | TELEPHONE | 0.34 |
| 08/07/15 | TELEPHONE | 1.36 |
| 08/07/15 | TELEPHONE | 6.80 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED
CR
RE: COSTS ONLY
September 18, 2015

Invoice 685980
Page 16

| | | |
|---|---|---|
| 08/07/15 | TELEPHONE | 0.68 |
| 08/10/15 | TELEPHONE | 0.34 |
| 08/10/15 | TELEPHONE | 1.36 |
| 08/10/15 | TELEPHONE | 0.68 |
| 08/12/15 | TELEPHONE | 0.34 |
| 08/13/15 | TELEPHONE | 0.34 |
| 08/14/15 | TELEPHONE | 0.34 |
| 08/17/15 | TELEPHONE | 0.68 |
| 08/17/15 | TELEPHONE | 2.04 |
| 08/18/15 | TELEPHONE | 1.70 |
| 08/18/15 | TELEPHONE | 0.34 |
| 08/20/15 | TELEPHONE | 0.34 |
| 08/24/15 | TELEPHONE | 0.34 |
| 08/24/15 | TELEPHONE | 0.34 |
| 08/24/15 | TELEPHONE | 0.68 |
| 08/25/15 | TELEPHONE | 4.76 |
| 08/05/15 | TRAIN TRAVEL - NY/DEL. J. SCHWARTZ 06/30/15 | 248.00 |
| 08/17/15 | UCC / LIEN SEARCHES - VENDOR: CT LIEN SOLUTIONS 07/27/15 | 7,769.90 |
| 08/18/15 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| | **Total Costs** | **14,071.13** |

## COST SUMMARY

| Description | Value |
|---|---|
| CERTIFICATE | 4,322.75 |
| COLOR COPIES | 76.80 |
| COPIES | 254.00 |
| COPIES | 0.10 |
| DATABASE HOSTING/INTERNAL HOSTING | 60.00 |
| LAWYERS TRAVEL | 38.00 |
| PACER | 136.90 |
| SPECIALIZED ONLINE RESEARCH SERVICES | 980.00 |
| TAXI | 25.80 |
| TELECONFERENCING | 55.82 |



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: COSTS ONLY
September 18, 2015

Invoice 685980
Page 17

| | |
|---|---|
| TELEPHONE | 88.06 |
| TRAIN TRAVEL | 248.00 |
| UCC / LIEN SEARCHES | 7,769.90 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES | 15.00 |
| **Total Costs** | **14,071.13** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| Invoice | 685980 |
|---------|--------|
| Date | Sep 18, 2015 |
| Client | 032615 |

RE:    COSTS ONLY



Remittance

**Balance Due: $14,071.13**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996