# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 1020** |

## CERTIFICATE OF SERVICE

I, Julia B. Klein, hereby certify that, on September 25, 2015, I caused a copy of the following documents to be served via First-Class Mail upon the parties listed on the attached **Exhibit A**:

- *Fourth Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Unsecured Creditors for Payment of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period August 1, 2015 through August 31, 2015* [D.I. 1020; filed 9/25/15].

Dated:  September 25, 2015
         Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*

{00016706. }

# **Exhibit A**

Corinthian Colleges, Inc.  
6 Hutton Centre Drive, Suite 400  
Santa Ana, CA 92707  
Attn: William J. Nolan

Richards, Layton & Finger, P.A.  
One Rodney Square  
920 N. King Street  
Wilmington, DE 19801  
Attn: Mark D. Collins, Esq.  
     Michael J. Merchant, Esq.

Sidley Austin LLP  
555 West Fifth Street, Suite 4000  
Los Angeles, CA 90013  
Attn: Jennifer Hagle, Esq.

Potter Anderson Corroon LLP  
Hercules Plaza  
1313 N. Market Street, 6th Floor  
P.O. Box 951  
Wilmington, DE 19801  
Attn: Jeremy Ryan, Esq.

Office of United States Trustee  
District of Delaware  
844 N. King Street, Suite 2207  
Wilmington, DE 19801  
Attn: Richard L. Schepacarter, Esq,

Robins Kaplan LLP  
2049 Century Park east, Suite 3400  
Los Angeles, CA 90067  
Attn: Scott F. Guatier, Esq.  
     Lorie A. Ball, Esq.  
     Cynthia C. Hernandez, Esq.

Polsinelli PC  
222 Delaware Avenue, Suite 1101  
Wilmington, DE 19801  
Attn: Christopher A. Ward, Esq.  
     Shanti M. Katona, Esq.

{00016706. }