# EXHIBIT B

**Proposed Order**

RLF1 13049337v.6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § § | |
| | § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § | |

-----------------------------------------------------

### ORDER AUTHORIZING FIRST AMERICAN TRUST, FSB TO (I) TRANSFER TRUST ASSETS TO DISTRIBUTION TRUST, (II) LIQUIDATE RELATED POLICIES AND (III) TERMINATE TRUST

Upon the motion (the "**Motion**")[2] of the Distribution Trustee for entry of an order, pursuant to Sections 105(a), 541 and 542 of the Bankruptcy Code, authorizing First American Trust, FSB (the "**Trustee**") to (a) transfer the assets (the "**Trust Assets**") of that certain trust (the "**Trust**") established pursuant to certain Master Trust Agreement for Corinthian Colleges, Inc. Deferred Compensation Plan, dated as of April 1, 2013, between Corinthian Colleges, Inc. and the Trustee, to the Distribution Trust, (b) liquidate the four remaining corporate-owned life insurance policies (the "**Policies**") in which the Trustee invested Trust Assets, and (c) terminate the Trust; and it appearing that the relief requested is in the best interests of the Beneficiaries of the Distribution Trust; and it appearing that proper and adequate notice has been given and that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion

2

no further notice is required; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth therein.

2. The Trustee is authorized to transfer the Trust Assets to the Distribution Trust in accordance with the terms of the Plan without liability to any third parties claiming an interest in the Trust Assets.

3. The Trustee is authorized deduct $_____ from the Trust Assets prior to transferring Trust Assets to the Distribution Trust in full satisfaction of all outstanding fees and expenses incurred in connection with the administration of the Trust, including reasonable attorney's fees.

4. The Trustee is authorized to liquidate the Trust Assets and distribute the proceeds thereof to the Distribution Trust.

5. Following the liquidation of the Trust Assets and the transfer of the Trust Assets to the Distribution Trust, the Trustee is authorized to terminate the Trust.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2015
       Wilmington, Delaware

                                  THE HONORABLE KEVIN J. CAREY
                                  UNITED STATES BANKRUPTCY JUDGE