IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al.[1] | § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § | Re: Docket Nos. 1025 & 1026 |

## ORDER SHORTENING NOTICE AND OBJECTION PERIODS REGARDING THE MOTION FOR ENTRY OF AN ORDER AUTHORIZING FIRST AMERICAN TRUST, FSB TO (I) TRANSFER TRUST ASSETS TO DISTRIBUTION TRUST, (II) LIQUIDATE RELATED POLICIES AND (III) TERMINATE TRUST

Upon the motion (the "**Motion**")[2] of the Distribution Trustee for entry of an order (this "**Order**") shortening the notice and objection periods regarding the *Motion for Entry of an Order Authorizing First American Trust, FSB to (I) Transfer Trust Assets to Distribution Trust, (II) Liquidate Related Policies and (III) Terminate Trust* (the "**Trust Motion**"), as set forth more fully in the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this district is proper under §§ 1408 and 1409; and the Court having found that the relief

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] Capitalized terms used but not defined in this Order shall have the meanings used in the Motion or the Settlement Motion.

RLF1 13106978v.1

requested in the Motion is in the best interests of the Beneficiaries of the Distribution Trust and other parties in interest; and the Court having found that the Distribution Trustee provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The hearing to consider the Settlement Motion shall be on **October 14, 2015 at 3:00 p.m. (ET)**; and parties may raise objections to the relief requested in the Settlement Motion, if any, **on or before October 13, 2015 at 12:00 p.m. (ET)**.

3. The Distribution Trustee is authorized to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. Notwithstanding any term to the contrary, this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: October 5, 2015
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1 13106978v.1