IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: Docket No. 626** |

### CERTIFICATION OF COUNSEL REGARDING ORDER ON MOTION OF AEROTEK, INC. FOR AN ORDER UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING LIMITED DISCOVERY FROM CORINTHIAN COLLEGES, INC.

Undersigned counsel for Aerotek, Inc. ("**Aerotek**") hereby certifies as follows:

On July 22, 2015, Aerotek filed its *Motion of Aerotek, Inc. for an Order Under Bankruptcy Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing Limited Discovery from Corinthian Colleges, Inc.* (the "**Motion**") [Docket No. 626]. On August 19, 2015, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Debtors' Objection to Motion of Aerotek, Inc. for an Order Under Bankruptcy Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing Limited Discovery from Corinthian Colleges, Inc.* [Docket 784].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

The Court held a hearing on the Motion on August 22, 2015. At the conclusion of that hearing, the Court stated that it would enter an order granting the Motion, to be submitted under certification of counsel, subject to an appropriate confidentiality agreement.

A proposed form of order (the "**Proposed Order**") granting the Motion is attached hereto as **Exhibit A**. The Proposed Order has been reviewed and approved by counsel for the Debtors and counsel for Aerotek.

WHEREFORE, Aerotek respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: Wilmington, Delaware
October 7, 2015

**SULLIVAN HAZELTINE ALLINSON LLC**

_/s/ William A. Hazeltine_
William A. Hazeltine (No. 3294)
901 N. Market St., Suite 1300
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

– and –

**SHOOK, HARDY & BACON L.L.P.**
Mark Moedritzer
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Counsel for Aerotek, Inc.*