# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.* [1]<br><br>Debtors. | § <br> § Chapter 11 <br> § <br> § Case No. 15-10952 (KJC) <br> § <br> § Jointly Administered <br> § <br> § **Re: Docket No. 626** |

### ORDER ON MOTION OF AEROTEK, INC. FOR AN ORDER UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING LIMITED DISCOVERY FROM CORINTHIAN COLLEGES, INC.

Upon consideration of the *Motion of Aerotek, Inc. for an Order Under Bankruptcy Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing Limited Discovery from Corinthian Colleges, Inc.* (the "**Motion**") [Docket No. 626] and the *Debtors' Objection to Motion of Aerotek, Inc. for an Order Under Bankruptcy Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing Limited Discovery from Corinthian Colleges, Inc.* [Docket 784]; and having heard the arguments of counsel at a hearing on August 26, 2015; and finding good cause to grant the Motion to the extent provided herein; it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED** solely to the extent set forth in this Order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

2.  Within five [5] business days after the date of the entry of an order by this Court approving a form of confidentiality agreement to be submitted by the parties, the Debtors shall provide to Aerotek[2] a copy of the Zenith APA, all amendments thereto, all schedules to the Zenith APA, including but not limited to the document referenced as Final Closing Working Capital and Schedules 1.3(j) and 1.6(a) and all amendments thereto.

3.  Any documents or information provided to Aerotek under the terms of this Order shall be used by Aerotek solely for the purposes as described under the Motion. Aerotek is not authorized to, and may not, use any documents or information provided pursuant to this Order for any business or other purpose.

4.  This Court shall retain jurisdiction to resolve any disputes arising under or related to this Order, including any discovery disputes that may arise between or among the parties, and to interpret, implement and enforce the provisions of this Order.

Dated: October ____, 2015

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY COURT

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.