## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on October 7, 2015, I caused one copy of the *Certification of Counsel Regarding Order on Motion of Aerotek, Inc. for an Order Under Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing Limited Discovery from Corinthian Colleges, Inc.* to be served upon the parties listed below via U.S. Mail, First Class, postage pre-paid.

Marcos A. Ramos, Esq.
Marisa Terranova, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

October 7, 2015
Date

/s/ William A. Hazeltine
William A. Hazeltine