# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al., | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND
## CERTIFICATION BY GOVERNMENT ATTORNEY

The undersigned attorney, Joseph M. Sanders, appears as counsel for the Illinois Attorney General's Office in this matter and files this certification of a government attorney in compliance with Local Rule 9010-1(e)(i). I am admitted to the State Bar of Illinois, the State Bar of New York, the United States District Court for the Northern District of Illinois and the United States District Court for the Eastern District of New York. I am in good standing in all jurisdictions in which I am admitted. I will be bound by the Local Rules and submit to the jurisdiction of this Court for disciplinary purposes.

Dated: October 7, 2015

Respectfully submitted,
*/s/ Joseph M. Sanders*
Joseph M. Sanders
Assistant Attorney General
Illinois Attorney General's Office
100 W Randolph St., 12th Fl.
Chicago, IL 60601
Telephone: 312-814-6796
Fax: 312-814-2593
E-mail: jsanders@atg.state.il.us

**CERTIFICATE OF SERVICE**

I, Joseph Sanders, hereby certify that on the 7th day of October, 2015, I caused a true and correct copy of the foregoing CERTIFICATION BY GOVERNMENT ATTORNEY to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding.

| | | |
|---|---|---|
| October 7, 2015 | Joseph M. Sanders | /s/ Joseph M. Sanders |
| *Date* | *Printed Name* | *Signature* |