## PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case. My business address is 300 S. Spring St., STE 1702, Los Angeles, CA 90013.

A true and correct copy of the foregoing document will be served or was served in the following manner:

1. **By Overnight Mail**: On October 8, 2015, I will serve the following persons and/or entities by overnight-mail service:

   The Honorable Kevin J. Carey
   824 North Market Street
   5th Floor
   Wilmington, DE 19801

2. **To Be Served By the Court Via Notice of Electronic Filing ("NEF")**: On October 7, 2015, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission:

   - Marc Abrams     mao@willkie.com
   - David G. Aelvoet     davida@publicans.com
   - Lorie Ann Ball     lball@robinskaplan.com, ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com;arichardson@publiccounsel.org
   - Elizabeth Banda Calvo     rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
   - Christopher R. Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
   - Rachel Layne Biblo     Biblo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
   - Karen C Bifferato     kbifferato@connollygallagher.com
   - William Pierce Bowden     wbowden@ashby-geddes.com
   - Kay Diebel Brock     bkecf@co.travis.tx.us
   - F Mark Bromley     bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us
   - William J. Burnett     william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com
   - Nicholas George Campins     nicholas.campins@doj.ca.gov, Corinthian.Bankruptcy@doj.ca.gov
   - Eboney Cobb     ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
   - Howard A. Cohen     howard.cohen@dbr.com
   - Howard A. Cohen     howard.cohen@dbr.com
   - Mark D. Collins     rbgroup@rlf.com
   - Kelly M. Conlan, Esquire     kconlan@connollygallagher.com
   - Robert L. Cook     Robert.Cook@tax.ny.gov
   - Joseph Corrigan     Bankruptcy2@ironmountain.com
   - John D. Demmy     jdd@stevenslee.com
   - Heather L. Donald     donaldh@michigan.gov
   - Bernard A. Eskandari     bernard.eskandari@doj.ca.gov
   - Timothy Jay Fox     timothy.fox@usdoj.gov
   - Joseph D. Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
   - Barry V. Freeman     bfreeman@jmbm.com, dmp@jmbm.com

- Scott F. Gautier    sgautier@robinskaplan.com, dwymore@robinskaplan.com
- Steven A. Ginther    deecf@dor.mo.gov
- Thomas Griffin    ttg@robainalaw.com, gpc@robainalaw.com
- Kevin A. Guerke    kguerke@svglaw.com, cwalters@svglaw.com
- Ruth A. Harvey    ruth.harvey@usdoj.gov
- William A. Hazeltine    Bankruptcy001@sha-llc.com
- Reed A. Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com
- Leslie C. Heilman    heilmanl@ballardspahr.com
- Cynthia C. Hernandez    chernandez@robinskaplan.com
- Brian David Huben    brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Courtney J Hull    bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- Cory D. Kandestin    kandestin@rlf.com, RBGroup@rlf.com
- Shanti M. Katona    skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Julia Bettina Klein    klein@teamrosner.com
- Matthew Ryan Koch    mkoch@mnat.com, aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com
- John Robert Kresse    John.Kresse@usdoj.gov
- Carl N. Kunz    ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Robert L. LeHane    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- Scott J. Leonhardt    leonhardt@teamrosner.com
- Cynthia Gooen Lesser    cynthia.lesser@cfpb.gov
- Christopher Dean Loizides    loizides@loizides.com
- Robert Charles Maddox    maddox@rlf.com, rbgroup@rlf.com
- Laura L. McCloud    agbankdelaware@ag.tn.gov
- Dennis A. Meloro    melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- Michael Joseph Merchant    merchant@rlf.com, rbgroup@rlf.com
- Eric J. Monzo    emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Steven Phillip Ordaz    sordaz@bmcgroup.com, ecfbk@bmcgroup.com
- Carter Ott    carter.ott@doj.ca.gov
- Ricardo Palacio    rpalacio@ashby-geddes.com
- Danielle Pham    danielle.pham@usdoj.gov
- Sarah E. Pierce    sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Jack A. Raisner    jar@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com
- Lloyd H. Randolph    lloyd.randolph@usdoj.gov, janice.murray@usdoj.gov
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Erica J. Richards    erichards@mofo.com
- Rene S. Roupinian    rsr@outtengolden.com, jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- Rust Consulting/Omni Bankruptcy    bosborne@omnimgt.com
- Jeremy William Ryan    jryan@potteranderson.com, bankruptcy@potteranderson.com
- Richard L. Schepacarter    richard.schepacarter@usdoj.gov
- Michael R. Sew Hoy    michael.r.sew.hoy@usdoj.gov
- Carren Shulman    cshulman@sheppardmullin.com, ny-docketing@sheppardmullin.com
- Ellen W. Slights    usade.ecfbankruptcy@usdoj.gov
- Owen M. Sonik    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
- Robert J. Stearn Jr.    stearn@rlf.com, rbgroup@rlf.com
- Amanda R. Steele    steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Benjamin Swartzendruber    bswartzendruber@arapahoegov.com

- William F. Taylor     bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Marisa A. Terranova     terranova@rlf.com, rbgroup@rlf.com
- bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
- United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
- William Anthony Van Roo     vanroolaw@gmail.com
- Carolyn G. Wade     carolyn.g.wade@doj.state.or.us
- Christopher A. Ward     cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jeffrey R Waxman     jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Jeremy Welch     jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
- Helen Elizabeth Weller     dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- Etta Ren Wolfe     ewolfe@potteranderson.com, bankruptcy@potteranderson.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed October 7, 2015, at Los Angeles, California.

_____
Bernard A. Eskandari