# Exhibit B

| Client | Trans Date | Tmkr | HP | Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 1688.00 Creditors' Committee | | | | | | | | | |
| 1688.00 | 08/03/2015 | 1 | P | BB100 | E101 | 0.100 | 11.00 | Duplicating | 85 |
| 1688.00 | 08/03/2015 | 1 | P | BB100 | E101 | 0.100 | 65.80 | Duplicating | 88 |
| 1688.00 | 08/05/2015 | 1 | P | BB100 | E101 | 0.100 | 21.70 | Duplicating | 86 |
| 1688.00 | 08/06/2015 | 1 | P | BB100 | E101 | 0.100 | 13.70 | Duplicating | 87 |
| 1688.00 | 08/10/2015 | 1 | P | BB100 | E101 | 0.100 | 11.80 | Duplicating | 89 |
| 1688.00 | 08/11/2015 | 1 | P | BB100 | E101 | 0.100 | 1.00 | Duplicating | 90 |
| 1688.00 | 08/12/2015 | 1 | P | BB100 | E101 | 0.100 | 89.80 | Duplicating | 91 |
| 1688.00 | 08/14/2015 | 1 | P | BB100 | E101 | 0.100 | 33.40 | Duplicating | 92 |
| 1688.00 | 08/20/2015 | 1 | P | BB100 | E101 | 0.100 | 326.50 | Duplicating | 93 |
| 1688.00 | 08/21/2015 | 1 | P | BB100 | E101 | 0.100 | 11.00 | Duplicating | 95 |
| 1688.00 | 08/21/2015 | 1 | P | BB100 | E101 | 0.100 | 177.20 | Duplicating | 96 |
| 1688.00 | 08/22/2015 | 1 | P | BB100 | E101 | 0.100 | 67.40 | Duplicating | 94 |
| 1688.00 | 08/25/2015 | 1 | P | BB100 | E101 | 0.100 | 4.80 | Duplicating | 98 |
| 1688.00 | 08/25/2015 | 1 | P | BB100 | E101 | 0.100 | 148.40 | Duplicating | 99 |
| 1688.00 | 08/26/2015 | 1 | P | BB100 | E101 | 0.100 | 98.00 | Duplicating | 97 |
| 1688.00 | 08/28/2015 | 1 | P | BB100 | E101 | 0.100 | 0.80 | Duplicating | 100 |
| | Subtotal for Activity ID E101 | | | | | Billable | 1,082.30 | Duplicating | |
| 1688.00 | 08/26/2015 | 1 | P | BB109 | E105 | | 30.00 | Courtcall sign up of Ben Silverberg (Court ID# 7120096; dated: 8/26/15). | 82 |
| | Subtotal for Activity ID E105 | | | | | Billable | 30.00 | Telephone | |
| 1688.00 | 08/31/2015 | 1 | P | BB108 | E106 | | 7.19 | WestlawNext Charges for August 2015. | 101 |
| 1688.00 | 08/31/2015 | 1 | P | BB108 | E106 | | 130.70 | PACER Charges for August 2015. | 102 |
| | Subtotal for Activity ID E106 | | | | | Billable | 137.89 | Online research | |
| 1688.00 | 08/03/2015 | 1 | P | BB119 | E108 | 2.520 | 17.64 | Postage | 72 |
| 1688.00 | 08/12/2015 | 1 | P | BB108 | E108 | 1.200 | 93.60 | Postage | 74 |
| 1688.00 | 08/17/2015 | 1 | P | BB108 | E108 | | 24.46 | FedEx Standard Overnight shipping (Tracking# 774301409026; dated: 8/17/15). | 75 |
| 1688.00 | 08/20/2015 | 1 | P | BB108 | E108 | 1.860 | 152.52 | Postage | 76 |
| 1688.00 | 08/21/2015 | 1 | P | BB108 | E108 | 1.640 | 11.48 | Postage | 77 |
| 1688.00 | 08/25/2015 | 1 | P | BB119 | E108 | 2.520 | 17.64 | Postage | 80 |
| 1688.00 | 08/25/2015 | 1 | P | BB108 | E108 | 1.200 | 99.60 | Postage | 81 |
| 1688.00 | 08/28/2015 | 1 | P | BB108 | E108 | | 17.65 | FedEx 2 Day AM Delivery (Tracking# 774389781018; shipped: 8/28/15) | 83 |
| | Subtotal for Activity ID E108 | | | | | Billable | 434.59 | Postage | |
| 1688.00 | 08/25/2015 | 1 | P | BB108 | E111 | | 21.98 | Working Lunch (Order # 29; dated 8/13/15). | 79 |
| | Subtotal for Activity ID E111 | | | | | Billable | 21.98 | Meals | |
| 1688.00 | 08/24/2015 | 1 | P | BB108 | E123 | 25.000 | 50.00 | Pro Hac Vice for Marc Abrams & Christopher S. Koenig (Tracking ID# 0311-1774918; dated: 8/24/15). | 78 |
| | Subtotal for Activity ID E123 | | | | | Billable | 50.00 | Other professionals | |
| Total for Client ID 1688.00 | | | | | | Billable | 1,756.76 | Creditors' Committee Corinthian Colleges, Inc. | |

**GRAND TOTALS**

| | | Billable | 1,756.76 | |
|---|---|---|---|---|