# **CERTIFICATION**

I, Julia B. Klein, hereby certify under the penalty of perjury under the laws of the State of Delaware that the following is true to the best of my knowledge, information and belief:

1. I am an associate at The Rosner Law Group LLC ("RLG"), located at 824 N. Market Street, Suite 810, Wilmington, Delaware 19801.

2. This certification is submitted in support of the foregoing application (the "Application") and all capitalized terms used herein but not otherwise defined shall have the meaning set forth in the Application.

3. I am familiar with the legal services rendered by RLG on behalf of the Committee during the Compensation Period and I am familiar with the compensation and reimbursement sought by the Application.

4. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2 and submit that the Application substantially complies with such Local Rule.

Dated: October 8, 2015
      Wilmington, Delaware

                                                    */s/ Julia B. Klein*
                                                    Julia B. Klein, Esq.