## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC. *et al.,*[1] | ) | Case No. 15-10952 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Obj. Deadline: November 8, 2015 at 4:00 p.m. (EST) |

### FOURTH MONTHLY AND FINAL FEE APPLICATION OF GAVIN/SOLMONESE LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 13, 2015 THROUGH SEPTEMBER 22, 2015

| | |
|---|---|
| Name of Applicant: | **Gavin/Solmonese LLC** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **June 23, 2015 *nunc pro tunc* to May 13, 2015** |
| Period for which Monthly Compensation sought as actual, reasonable and necessary: | **August 1, 2015 through September 22, 2015** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$50,262.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$49.94** |
| Period for which Final Compensation sought as actual, reasonable and necessary | **May 13, 2015 through September 22, 2015** |
| Amount of Final Compensation sought as actual, reasonable and necessary: | **$127,770.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$68.14** |
| This is a: | **Monthly and Final Fee Application** |

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

| Application Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filed | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 05/13/15-05/31/15 06/24/15 [D.I. 469] | $29,732.50 | $0.00 | 07/17/2015 [D.I. 590] | $23,786.00 | $0.00 | $5,946.50 |
| 06/01/15-06/30/15 08/03/15 [D.I. 691] | $16,450.00 | $0.90 | 08/28/15 [D.I. 905] | $13,160.00 | $0.90 | $3,290.00 |
| 07/01/15-07/31/15 08/25/15 [D.I. 878] | $31,325.50 | $17.30 | Pending | $25,060.40 | $17.30 | $6,265.10 |
| **TOTAL** | **$77,508.00** | **$18.20** | | **$62,006.40** | **$18.20** | **$15,501.60** |

**GAVIN/SOLMONESE LLC SUMMARY OF
PROFESSIONALS RENDERING SERVICES FROM
AUGUST 1, 2015 THROUGH SEPTEMBER 22, 2015**

| Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Edward T. Gavin, CTP | Managing Director, 2006 | $625.00(Prof.) $312.50 (Travel) | 1.60 0.00 | $1,000.00 0.00 |
| Wayne Weitz | Managing Director, 2012 | $525.00 (Prof.) $262.50 (Travel) | 52.30 0.00 | $27,457.50 $0.00 |
| Stanley W. Mastil | Director, 2012 | $400.00 (Prof.) $197.50 (Travel) | 14.70 0.00 | $5,880.00 $0.00 |
| Kathryn B. McGlynn | Director, 2014 | $400.00 (Prof.) $200.00 (Travel) | 34.10 0.00 | $13,640.00 $0.00 |
| Joseph F. Richman | Consultant, 2013 | $275.00 (Prof.) $137.50 (Travel) | 3.40 0.00 | $935.00 $0.00 |
| Christine M. Ward | Other Professional Staff, 2014 | $200.00 (Prof.) | 5.00 | $1,000.00 |
| Judy Sacher | Other Professional Staff, 2002 | $175.00 (Prof.) | 2.00 | $350.00 |
| | | **Totals** | **113.10** | **$50,262.50** |

**GAVIN/SOLMONESE LLC COMPENSATION BY PROJECT CATEGORY
FROM AUGUST 1, 2015 THROUGH SEPTEMBER 22, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.90 | $397.50 |
| Business Analysis | 8.70 | $3,672.50 |
| Business Operations | 2.60 | $1,265.00 |
| Case Administration | 0.30 | $157.50 |
| Claims Administration and Objections | 1.00 | $487.50 |
| Court Hearing | 7.00 | $3,675.00 |
| Fee/Employment Application | 12.00 | $3,830.00 |
| Meeting of Creditors | 4.50 | $2,012.50 |
| Plan and Disclosure Statement | 76.10 | $34,765.00 |
| **TOTAL** | **113.10** | **$50,262.50** |

**GAVIN/SOLMONESE LLC EXPENSE SUMMARY FROM
AUGUST 1, 2015 THROUGH SEPTEMBER 22, 2015**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Calls | RCI | $13.79 |
| Meals | | $29.25 |
| Printing | | $4.40 |
| Public Record Services | Pacer | $2.50 |
| **Total** | | **$49.94** |

**GAVIN/SOLMONESE LLC SUMMARY OF
PROFESSIONALS RENDERING SERVICES FROM
MAY 13, 2015 THROUGH SEPTEMBER 22, 2015**

| Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Edward T. Gavin, CTP | Managing Director, 2006 | $625.00 (Prof.)<br>$312.50 (Travel) | 1.60<br>0.00 | $1,000.00<br>0.00 |
| Wayne Weitz | Managing Director, 2012 | $525.00 (Prof.)<br>$262.50 (Travel) | 115.90<br>0.00 | $60,847.50<br>$0.00 |
| Meg Manning | Senior Director & Counsel, 2015 | $425.00 (Prof.)<br>$212.50 (Travel) | 2.50<br>0.00 | $1,062.50<br>$0.00 |
| Stanley W. Mastil | Director, 2012 | $400.00 (Prof.)<br>$197.50 (Travel) | 27.40<br>0.00 | $10,960.00<br>$0.00 |
| Kathryn B. McGlynn | Director, 2014 | $400.00 (Prof.)<br>$200.00 (Travel) | 101.60<br>0.00 | $40,640.00<br>$0.00 |
| Charles Lewis | Senior Consultant, 2008 | $295.00 (Prof.)<br>$147.50 (Travel) | 33.90<br>0.00 | $10,000.50<br>$0.00 |
| Joseph F. Richman | Consultant, 2013 | $275.00 (Prof.)<br>$137.50 (Travel) | 3.40<br>0.00 | $935.00<br>$0.00 |
| Christine M. Ward | Other Professional Staff, 2014 | $200.00 (Prof.) | 9.00 | $1,800.00 |
| Judy Sacher | Other Professional Staff, 2002 | $175.00 (Prof.) | 3.00 | $525.00 |
| | | **Totals** | **298.30** | **$127,770.50** |

**GAVIN/SOLMONESE LLC COMPENSATION BY PROJECT CATEGORY**
**FROM MAY 13, 2015 THROUGH SEPTEMBER 22, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 13.40 | $5,822.50 |
| Business Analysis | 107.30 | $43,360.00 |
| Business Operations | 2.60 | $1,265.00 |
| Case Administration | 2.80 | $1,056.00 |
| Claims Administration and Objections | 7.00 | $2,793.50 |
| Court Hearing | 15.90 | $7,932.50 |
| Fee/Employment Application | 23.00 | $7,555.00 |
| Financing | 2.80 | $1,470.00 |
| Litigation Support | 3.70 | $1,942.50 |
| Meeting of Creditors | 14.50 | $6,378.50 |
| Plan and Disclosure Statement | 105.30 | $48,195.00 |
| **TOTAL** | **298.30** | **$127,770.50** |

**GAVIN/SOLMONESE LLC EXPENSE SUMMARY FROM
MAY 13, 2015 THROUGH SEPEMBER 22, 2015**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Calls | RCI | $13.79 |
| Meals | | $45.75 |
| Printing | | $4.40 |
| Public Record Services | Pacer | $4.20 |
| **Total** | | **$68.14** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC. *et al.,*[1] | ) | Case No. 15-10952 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Obj. Deadline: November 8, 2015 at 4:00 p.m. (EST) |

### FOURTH MONTHLY AND FINAL FEE APPLICATION OF GAVIN/SOLMONESE LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 13, 2015 THROUGH SEPTEMBER 22, 2015

Pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules") and the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated May 26, 2015 (The "Administration Order") [D.I. 201], Gavin/Solmonese LLC ("Applicant" or "G/S") hereby files this application (the "Application") for allowance of reasonable compensation with respect to the bankruptcy cases of Corinthian Colleges, Inc. *et al.*, (the "Debtors") for services rendered as the Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") in the amount of $50,262.50, together with the reimbursement for actual and necessary expenses incurred in the amount of $49.94 (the "Application") for the period from August 1, 2015 through and including September 22, 2015 (the "Monthly Compensation Period"); and for services

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College, Phoenix, Inc. (6173), CDI Education USA, Inc. (1515), SP PE VII-B Heald Real Estate, LLC (0115), SD III-B Heald Holdings Corp., (9707) Heald Capital, LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC

rendered in the amount of $127,770.50 together with reimbursement for actual and necessary expenses incurred in the amount of 68.14 for the period of May 16, 2015 through September 22, 2015 (the "Final Compensation Period").  In support of the Application, Applicant submits the affidavit of Edward T. Gavin, CTP attached hereto as Exhibit "A". In further support of the Application, Applicant respectfully represents as follows:

**JURISDICTION**

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for this Application are 11 U.S.C. §§ 328 and 1103.

**FACTUAL BACKGROUND**

2.      Corinthian Colleges, Inc. *et al.* (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on May 4, 2015.  Pursuant to Sections 1107 and 118 of the Bankruptcy Code, the debtors operate their businesses as Debtors-in-possession.  No trustee or examiner has been appointed in these cases.

3.      On May 13, 2015, the Office of the United States Trustee, pursuant to Section 1102 of the Bankruptcy Code, appointed the Committee [D.I. 100].

4.      On June 23, 2015, the Court entered that certain Order Authorizing Employment and Retention of Gavin/Solmonese LLC *Nunc Pro Tunc* to May 13, 2015 as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 457], approving the Committee's retention of G/S *nunc pro tunc* to May 13, 2015.

_____

(1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors'

## COMPENSATION AND REIMBURSEMENT OF EXPENSES

5.      Applicant submits this Application to the Bankruptcy Court for an allowance of reasonable compensation for actual and necessary professional services provided to the Committee as its Financial Advisor in this case during the Monthly Compensation Period and the Final Compensation Period and for reimbursement of actual and necessary out-of-pocket expenses incurred in advising the Committee during the Monthly Compensation Period and the Final Compensation Period.   All included services and costs for which Applicant seeks compensation were performed for, or on behalf of, the Committee during the Compensation Period.

6.      By this Application, Applicant thus seeks (a) allowance of compensation in the amount of $50,262.50 for services rendered as Financial Advisor during the Monthly Compensation period, (b) allowance of reimbursement and immediate payment in the amount of $49.94 for expenses incurred and disbursed during the Monthly Compensation Period; (c) allowance of compensation in the amount of $127,770.50 for services rendered as Financial Advisors for the Final Compensation period; and (d) allowance of reimbursement and immediate payment in the amount of $68.14 for expenses incurred and disbursed during the Final Compensation Period.

7.      Exhibit "B" is a summary covering all the services performed by Applicant with respect to this matter during the Monthly and Final Compensation Period.   This detailed itemization complies with Local Bankruptcy Rules in that each time entry contains a separate time allotment and a description of the type of activity and the subject matter of the activity; all time is billed in increments of one-tenth of an hour; the time entries are presented chronologically in categories, and; all meetings or hearings are individually identified.

---

corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California, 92707.

Following is the detailed itemization, task category, of all services performed by Applicant with respect to this matter during the Monthly and Final Compensation Period.  Non-working travel time (to the extent applicable) is billed at 50% of normal rates.

       8.    The Applicant has divided its time into the following categories:

       a)    **Asset Disposition (13.40 Hours - $5,822.50)**  This category includes sales, leases (§365 matters), abandonment and transaction work related to asset disposition, including §363 sales and other dispositions of assets.

       b)    **Business Analysis (107.30 Hours - $43,360.00)**  This category includes time spent in the review of debtors' business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies and general review of business matters as they pertain to the bankruptcy case.

       c)    **Business Operations (2.60 Hours - $1,265.00)**  This category includes work undertaken in providing advisory services or analysis relative to the operation of the business, including: developing operating procedures; implementation of cash flow plans; meeting or speaking with vendors and state auditors; and interaction with others in a management role concerning various management issues.

       d)    **Case Administration (2.80 Hours - $1,056.00)**  This category includes time spent in coordination and compliance matters including case management tasks; schedules; contacts with the Office of the United States Trustee; general record keeping and documentation requirements.

e)  **Claims Administration and Objections (7.00 Hours - $2,793.50)**  This category includes general and specific claim inquiries; bar date motions; analyses, objections and allowance of claims.

f)  **Court Hearing (15.90 Hours - $7,932.50)**  Time billed to this category includes time related to attending and preparing for hearings held before the United States Bankruptcy Court for the District of Delaware. During the Compensation Period, the Applicant, among other things, attended hearings before the Bankruptcy Court.

g)  **Fee/Employment Application (23.00 Hours - $7,555.00)**  This category includes the preparation and/or review of employment and fee applications for self or others; motions to establish interim procedures.

h)  **Financing (2.80 Hours - $1,470.00)**  Matters under §§ 361, 363 and 364 including cash collateral and secured claims; debtor-in-possession credit facilities; loan document analysis and tasks related thereto.

i)  **Litigation Support (3.70 Hours - $1,942.50)**  Time billed to this category represents the Financial Advisor's efforts in preparing and reviewing motions, objections and supporting data related to bring or defending adversarial proceedings or objections to pending or future motions.

j)  **Meetings of Creditors (14.50 Hours - $6,378.50)**  Time billed to this category represents the Applicant's interactions with members of and counsel for the Official Committee of Unsecured Creditors.

k)  **Plan and Disclosure Statement (105.30 Hours - $48,195.00)**  This category includes review, discussion of or formulation of actual, theoretical or proposed Plan(s) and/or Disclosure Statement(s), including

presentation and confirmation; compliance with plan confirmation orders, if any; and related activities, such as communication and correspondence, related thereto.

9.      Attached hereto as Exhibit "C" is a summary of the costs actually expended by the Applicant during Monthly and Final Compensation Period in the performance of services rendered on behalf of the Committee.  The costs for which reimbursement is requested total $68.14.  The breakdown of the costs includes the rate of copying charges ($.10/page) and the basis for each rate, telephone charges, facsimile charges ($1.00/page – outgoing transmission only), messenger service, travel expenses, court reporter services, overnight delivery fees, outside reproduction, legal research and PACER charges.  By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

WHEREFORE, Gavin/Solmonese LLC respectfully requests (i) allowance of monthly compensation in the amount of $50,262.50 for professional services rendered and $49.94 for reimbursement for actual and necessary costs; (ii) allowance of final compensation in the amount of $127,770.50 for professional services rendered and 68.14 for reimbursement of actual and necessary costs; (iii) allowance and immediate payment of 100% of the allowed compensation in the amount of $127,770.50; (iv) immediate payment of 100% of the allowed actual and necessary costs of $68.14; and (iv) such other and further relief as this Court deems necessary and just.

Dated: October 7, 2015

Edward T. Gavin, CTP
Gavin/Solmonese LLC
919 N. Market Street, Suite 600
Wilmington, DE 19801
(302) 655-8997 ext. 151

6

Corinthian Colleges, Inc

Gavin/Solmonese, LLC
919 N. Market Street
Suite 600
Wilmington, DE 19801

Invoice submitted to:
Corinthian Colleges, Inc.
C/O Brown Rudnick LLP
Attn: Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY 10036

Invoice# 25358          Services Through 8/31/2015          *NEW WIRE INSTRUCTIONS BELOW*

| | |
|---|---|
| Total Professional Fees | $46,047.50 |
| Expenses | $47.24 |
| Total This Invoice | $46,094.74 |
| **Balance Due** | $46,094.74 |

**Please remit to the address shown:**

Wire transfer instructions:
Gavin Solmonese LLC
ABA Number: 031100089
Account Number: 5693586093
PNC Bank National Association
300 Delaware Avenue
Wilmington, DE 19801
Telephone notification to Judy Sacher (302) 655-8997

Principal _____

Corinthian Colleges, Inc

## Consultant Summary

| Name | Hours | Amount |
|---|---|---|
| Christine Ward | 5.00 | 1,000.00 |
| Joe Richman | 1.00 | 275.00 |
| Judy Sacher | 2.00 | 350.00 |
| Kathryn McGlynn | 32.10 | 12,840.00 |
| Stanley Mastil | 11.30 | 4,520.00 |
| Ted Gavin | 1.30 | 812.50 |
| Wayne Weitz | 50.00 | 26,250.00 |

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/03/2015 | - ETG | Fee/Employment Application<br>Review/revise fee application for June 2015; comments to CMW | 0.20 | 125.00 |
| | - KBM | Fee/Employment Application<br>Review and revise July invoice | 0.60 | 240.00 |
| 8/05/2015 | - KBM | Business Analysis<br>Review updates from counsel and materials for upcoming Committee call | 0.90 | 360.00 |
| | - WPW | Fee/Employment Application<br>Email corr. Debtors re: payment information | 0.20 | 105.00 |
| | - ETG | Fee/Employment Application<br>Corr. Debtor representative re: payment of admin fees | 0.20 | 125.00 |
| 8/06/2015 | - WPW | Meetings of Creditors<br>OCUC conference call | 0.90 | 472.50 |
| | - WPW | Case Administration<br>Review revised case calendar from counsel and update internal case calendar accordingly | 0.30 | 157.50 |
| | - WPW | Plan and Disclosure Statement<br>Review summary of Trust Distribution Agreement prepared by OCUC counsel | 0.30 | 157.50 |
| | - WPW | Plan and Disclosure Statement<br>T/c J. Schwartz re: Trust Distribution Agreement provisions | 0.50 | 262.50 |
| | - WPW | Plan and Disclosure Statement<br>Email corr. J. Schwartz re: trust structure and post-confirmation professional comp | 0.80 | 420.00 |
| | - KBM | Meetings of Creditors<br>Participate in OCUC call | 0.90 | 360.00 |
| 8/07/2015 | - WPW | Plan and Disclosure Statement<br>T/c J. Ryan re: post-confirmation responsibilities | 0.30 | 157.50 |
| | - WPW | Plan and Disclosure Statement<br>Email corr. J. Schwartz re: post-confirmation responsibilties | 0.30 | 157.50 |

Corinthian Colleges, Inc

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | - WPW | Plan and Disclosure Statement<br>Conf call SOLIC re: post-confirmation planning | 0.40 | 210.00 |
| 8/10/2015 | - KBM | Asset Disposition<br>Participate in IP auction sale call | 0.30 | 120.00 |
|  | - WPW | Asset Disposition<br>Telephonic participation in auction for IP assets | 0.30 | 157.50 |
|  | - WPW | Claims Administration and Objections<br>T/c B. Nolan re: reconciliation of claims | 0.30 | 157.50 |
|  | - KBM | Business Operations<br>Review Zenith Settlements and Transition Services Agreement | 0.30 | 120.00 |
|  | - KBM | Asset Disposition<br>Prepare for IP auction | 0.30 | 120.00 |
| 8/11/2015 | - WPW | Business Operations<br>T/c case professionals re: Zenith transitional services | 0.50 | 262.50 |
|  | - WPW | Business Operations<br>Call with B. Nolan and KBM re: Zenith settlement | 0.50 | 262.50 |
|  | - KBM | Business Operations<br>Call with B. Nolan and WPW re: Zenith settlement | 0.50 | 200.00 |
|  | - KBM | Plan and Disclosure Statement<br>Call with B. Nolan and WPW re: Distribution Trust | 0.80 | 320.00 |
|  | - WPW | Business Operations<br>T/c KBM, B. Nolan re: transition services | 0.80 | 420.00 |
| 8/12/2015 | - KBM | Plan and Disclosure Statement<br>Call with J. Schwartz, B. Silverberg, and WPW re: Distribution Trust | 0.60 | 240.00 |
|  | - WPW | Plan and Disclosure Statement<br>Review draft Trust Agreement | 1.70 | 892.50 |
|  | - WPW | Plan and Disclosure Statement<br>Mtg. KBM re: Distribution Trust budget | 0.70 | 367.50 |
|  | - KBM | Plan and Disclosure Statement<br>Call with WPW re: trust budget | 0.70 | 280.00 |
|  | - KBM | Plan and Disclosure Statement<br>Review Distribution Trust Agreement | 0.60 | 240.00 |
|  | - WPW | Plan and Disclosure Statement<br>Email corr. OCUC counsel re: Distribution Trust Agreement | 0.30 | 157.50 |
|  | - WPW | Plan and Disclosure Statement<br>T/c OCUC counsel and KBM re: Distribution Trust budget | 0.60 | 315.00 |

Corinthian Colleges, Inc

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - WPW | Plan and Disclosure Statement<br>Prelminary development of Distribution Trust budget | 1.20 | 630.00 |
| | - KBM | Plan and Disclosure Statement<br>Prepare Distribution Trust budget and correspondence with counsel<br>and WPW re: distribution trust budget | 1.60 | 640.00 |
| 8/13/2015 | - KBM | Plan and Disclosure Statement<br>Review SOFAs and Schedules for potential recoveries | 2.10 | 840.00 |
| | - KBM | Plan and Disclosure Statement<br>Review list of assets and recovery analysis included in Disclosure<br>Statement | 0.60 | 240.00 |
| | - SWM | Meetings of Creditors<br>OCUC update call | 0.50 | 200.00 |
| | - WPW | Plan and Disclosure Statement<br>T/c J. Schwartz re: Distribution Trust budget; email corr J. Ryan re:<br>same | 0.70 | 367.50 |
| | - KBM | Plan and Disclosure Statement<br>Review additional items to Trust budget | 0.60 | 240.00 |
| | - WPW | Plan and Disclosure Statement<br>T/c J. Schwartz, B. Silverberg re: Distribution Trust budget line items | 0.20 | 105.00 |
| | - KBM | Meetings of Creditors<br>Participate in Committee call | 0.50 | 200.00 |
| | - KBM | Plan and Disclosure Statement<br>Call with WPW re: Distribution Trust Agreement and budget | 0.70 | 280.00 |
| | - KBM | Plan and Disclosure Statement<br>Update and revise Distribution Trust budget | 1.30 | 520.00 |
| | - KBM | Plan and Disclosure Statement<br>Call with WPW re: Distribution Trust budget | 0.90 | 360.00 |
| | - WPW | Plan and Disclosure Statement<br>Call with KBM re: Distribution Trust budget | 0.90 | 472.50 |
| | - WPW | Plan and Disclosure Statement<br>Call with KBM re: Distribution Trust Agreement and budget | 0.70 | 367.50 |
| | - WPW | Meetings of Creditors<br>OCUC conference call | 0.50 | 262.50 |
| | - WPW | Plan and Disclosure Statement<br>Develop draft Distribution Trust budget | 2.60 | 1,365.00 |
| 8/14/2015 | - KBM | Plan and Disclosure Statement<br>Organize items included in Schedule 3b by Debtor for Distribution<br>Trust | 1.60 | 640.00 |

Corinthian Colleges, Inc

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - SWM | Plan and Disclosure Statement<br>Review SOFA 23 and preparation of related schedules for retained actions | 1.80 | 720.00 |
| | - WPW | Plan and Disclosure Statement<br>T/c KBM, FTI re: assets being contributed to Distribution Trust | 0.60 | 315.00 |
| | - KBM | Plan and Disclosure Statement<br>Analyze and review recovery analysis prepared by the Debtors | 0.60 | 240.00 |
| | - KBM | Plan and Disclosure Statement<br>Call with B. Nolan, T. McGrath, and WPW re: recovery analysis | 0.60 | 240.00 |
| | - WPW | Plan and Disclosure Statement<br>Prepare information for inclusion in Plan Supplement; various t/c counsel re: same | 2.40 | 1,260.00 |
| | - KBM | Plan and Disclosure Statement<br>Call with WPW and SWM re: potential retained actions to be included in Distribution Trust Agreement | 0.40 | 160.00 |
| | - KBM | Plan and Disclosure Statement<br>Review correspondence re: Distribution Trust Agreement | 0.40 | 160.00 |
| | - KBM | Plan and Disclosure Statement<br>Review correspondence with counsel re: potential retained actions to be included in Distribution Trust Agreement | 0.40 | 160.00 |
| | - SWM | Plan and Disclosure Statement<br>Call with WPW and KBM re: potential retained actions to be included in Distribution Trust Agreement | 0.40 | 160.00 |
| | - WPW | Plan and Disclosure Statement<br>T/c B. Osborne and P. Deutch re: post-confirmation engagement terms | 0.30 | 157.50 |
| | - SWM | Plan and Disclosure Statement<br>Review of retained actions; related t/cs WPW and counsel | 0.80 | 320.00 |
| | - WPW | Plan and Disclosure Statement<br>Call with KBM and SWM re: potential retained actions to be included in Distribution Trust Agreement | 0.40 | 210.00 |
| | - KBM | Plan and Disclosure Statement<br>Review items to be listed as potential retained actions for Distribution Trust Agreement purposes | 1.60 | 640.00 |
| 8/16/2015 | - WPW | Fee/Employment Application<br>Review July invoice; revisions to JLS | 0.30 | 157.50 |
| 8/17/2015 | - WPW | Business Analysis<br>Review preference payment listing with JV; corr. OCUC Counsel re: same | 0.80 | 420.00 |

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - KBM | Business Analysis<br>Correspondence with counsel re: preferences | 0.40 | 160.00 |
| 8/18/2015 | - KBM | Plan and Disclosure Statement<br>Meeting with WPW re: Distribution Trust | 0.30 | 120.00 |
| | - KBM | Plan and Disclosure Statement<br>Correspondence with counsel re: Distribution Trust | 0.60 | 240.00 |
| | - KBM | Business Analysis<br>Correspondence with FTI re: additional information requests | 0.60 | 240.00 |
| | - CMW | Fee/Employment Application<br>Prepare and finalize 1st interim fee application for filing with the court | 3.00 | 600.00 |
| | - CMW | Fee/Employment Application<br>Prepare and finalize 3rd monthly fee application for filing with the court | 2.00 | 400.00 |
| | - WPW | Plan and Disclosure Statement<br>Mtg B. Silverberg, J. Schwartz re: Plan provisions and transition requirments | 1.70 | 892.50 |
| | - WPW | Plan and Disclosure Statement<br>Email corr. and mtg. KBM re: records retention | 0.70 | 367.50 |
| 8/19/2015 | - KBM | Plan and Disclosure Statement<br>Call with B. Nolan, T. McGrath, B. Silverberg, M. Popio, D. King, B. Own, M. Merchant, WPW, and SWM re: document transfer issues | 1.10 | 440.00 |
| | - WPW | Plan and Disclosure Statement<br>T/c KBM, FTI, B. Silverbeg re: transitional issues and information | 1.40 | 735.00 |
| | - SWM | Business Analysis<br>Call with B. Nolan, T. McGrath, WPW, and KBM re: preference analysis | 1.40 | 560.00 |
| | - WPW | Plan and Disclosure Statement<br>Conf call FTI, RLF, KBM, SWM, Zenith, Drinker re: Zenith data transition issues | 1.10 | 577.50 |
| | - KBM | Business Analysis<br>Call with B. Nolan, T. McGrath, WPW, and SWM re: preference analysis | 1.40 | 560.00 |
| | - KBM | Business Analysis<br>Analyze and prepare preference analysis | 0.60 | 240.00 |
| | - KBM | Plan and Disclosure Statement<br>Correspondence with IT re: data transfer | 0.30 | 120.00 |
| | - ETG | Business Analysis<br>Corr. KBM, Kyle David re: database access and hosting | 0.30 | 187.50 |

Corinthian Colleges, Inc

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | - SWM | Plan and Disclosure Statement<br>Conf case professionals re: Trust transition | 1.10 | 440.00 |
| 8/20/2015 | - WPW | Meetings of Creditors<br>OCUC conference call | 0.30 | 157.50 |
| | - WPW | Claims Administration and Objections<br>Prepare claims analysis summary for OCUC | 0.40 | 210.00 |
| | - KBM | Claims Administration and Objections<br>Correspondence with counsel re: filed and scheduled claims | 0.30 | 120.00 |
| | - KBM | Meetings of Creditors<br>Participate in Committee call | 0.30 | 120.00 |
| | - KBM | Plan and Disclosure Statement<br>Review scheduled and filed claims and prepare for Plan confirmation<br>hearing | 0.40 | 160.00 |
| 8/21/2015 | - WPW | Plan and Disclosure Statement<br>Prepare and revise Retained Action Schedule; associated email<br>corr. re: same | 1.30 | 682.50 |
| | - SWM | Plan and Disclosure Statement<br>Review retained causes of actions supplement and related<br>comments | 0.20 | 80.00 |
| | - SWM | Plan and Disclosure Statement<br>Analysis and related corr re: follow up call with Zenith | 0.90 | 360.00 |
| | - WPW | Plan and Disclosure Statement<br>Review filed Plan objections | 2.10 | 1,102.50 |
| | - SWM | Plan and Disclosure Statement<br>Conf WPW, Debtor and Zenith re: trust transition | 0.70 | 280.00 |
| | - WPW | Plan and Disclosure Statement<br>T/c Zenith IT team and SWM re: data transition | 0.70 | 367.50 |
| 8/24/2015 | - WPW | Business Analysis<br>T/c B. Nolan re: leases | 0.40 | 210.00 |
| | - WPW | Plan and Disclosure Statement<br>Review proposed Zenith settlement agreement; email corr OCUC<br>counsel re: potential causes of action related to proposed release | 1.10 | 577.50 |
| | - WPW | Plan and Disclosure Statement<br>Further revisions to Retained Actions Schedule including research | 1.40 | 735.00 |
| | - JLS | Fee/Employment Application<br>Prepare supporting documentation for preparation of fee application | 1.00 | 175.00 |
| | - WPW | Fee/Employment Application<br>Review interim fee app; changes to CMW | 0.20 | 105.00 |

Corinthian Colleges, Inc

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | - JLS | Fee/Employment Application<br>Prepare supporting documentation for preparation of interim fee application | 1.00 | 175.00 |
|  | - WPW | Plan and Disclosure Statement<br>Var email corr re: Retained Action Schedule and additional required information | 0.60 | 315.00 |
|  | - WPW | Plan and Disclosure Statement<br>Edits to Retained Action Schedule; email OCUC counsel re: same | 0.30 | 157.50 |
|  | - ETG | Fee/Employment Application<br>Corr. CMW re: and review/revise 1st interim fee application | 0.30 | 187.50 |
|  | - ETG | Fee/Employment Application<br>Corr. CMW re: and review/revisions to 3rd monthly fee application | 0.30 | 187.50 |
|  | - WPW | Fee/Employment Application<br>Review July fee app; changes to CMW | 0.40 | 210.00 |
|  | - SWM | Plan and Disclosure Statement<br>Review and analyze retained actions; mtgs WPW and confs counsel re: same | 2.20 | 880.00 |
| 8/25/2015 | - KBM | Plan and Disclosure Statement<br>Review correspondence and information related to data transfer | 0.60 | 240.00 |
|  | - WPW | Court Hearing<br>Prepare for confirmation hearing: retrieve and review documents | 1.70 | 892.50 |
|  | - KBM | Plan and Disclosure Statement<br>Review correspondence regarding Distribution Trust | 1.40 | 560.00 |
|  | - KBM | Plan and Disclosure Statement<br>Review agenda for Plan confirmation hearing | 0.40 | 160.00 |
|  | - SWM | Plan and Disclosure Statement<br>Conf. WPW, B. Silverberg & C. Albert re: Trust record retention | 0.80 | 320.00 |
|  | - SWM | Plan and Disclosure Statement<br>Review revised budget and related corr re: Trust | 0.30 | 120.00 |
|  | - KBM | Plan and Disclosure Statement<br>Review correspondence and information related to retained causes of action | 0.90 | 360.00 |
|  | - KBM | Business Analysis<br>Review correspondence and analysis related to lender payments | 0.70 | 280.00 |
|  | - WPW | Plan and Disclosure Statement<br>Review proposed Trust budget received from BofA | 0.70 | 367.50 |

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - WPW | Plan and Disclosure Statement<br>Prepare for and participate in kickoff conference call with Distribution<br>Trustee and Committee counsel | 1.20 | 630.00 |
| | - WPW | Plan and Disclosure Statement<br>T/c B. Nolan re: lease extension | 0.20 | 105.00 |
| | - WPW | Plan and Disclosure Statement<br>Coordinate logistics for kickoff call with distribution trustee | 0.30 | 157.50 |
| | - KBM | Plan and Disclosure Statement<br>Review information related to Distribution Trustee | 0.40 | 160.00 |
| 8/26/2015 | - KBM | Plan and Disclosure Statement<br>Call with WPW re: Plan confirmation hearing and Trust updates | 0.30 | 120.00 |
| | - WPW | Plan and Disclosure Statement<br>All-hands pre-hearing meeting at Richards Layton offices | 3.50 | 1,837.50 |
| | - WPW | Court Hearing<br>Confirmation hearing prep and document retrieval and review | 2.30 | 1,207.50 |
| | - WPW | Court Hearing<br>Attend confirmation hearing | 3.00 | 1,575.00 |
| | - KBM | Plan and Disclosure Statement<br>Review information related to Plan confirmation hearing | 0.40 | 160.00 |
| 8/27/2015 | - SWM | Plan and Disclosure Statement<br>T/c WPW re: hearing update and TSA | 0.20 | 80.00 |
| | - WPW | Plan and Disclosure Statement<br>T/c SWM re: case update | 0.20 | 105.00 |
| 8/31/2015 | - WPW | Business Analysis<br>T/c JFR and case professionals re: cost of data retrieval | 0.20 | 105.00 |
| | - JFR | Plan and Disclosure Statement<br>Follow-up t/c WPW and case professionals re: cost of data retrieval | 0.60 | 165.00 |
| | - KBM | Plan and Disclosure Statement<br>Discuss Distribution Trust updates with WPW | 0.30 | 120.00 |
| | - JFR | Business Analysis<br>T/c WPW and case professionals re: cost of data retrieval | 0.20 | 55.00 |
| | - WPW | Plan and Disclosure Statement<br>Follow-up t/c JFR and case professionals re: cost of data retrieval | 0.60 | 315.00 |
| | - JFR | Business Analysis<br>Review corr with counsel re: data retrieval | 0.20 | 55.00 |

Corinthian Colleges, Inc

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - WPW | Plan and Disclosure Statement<br>Conf call case professionals and Distribution Trustee re: data transfer | 0.70 | 367.50 |
| | | For professional services rendered | 102.70 | $46,047.50 |

Expenses

| | | | Amount |
|---|---|---|---|
| 8/19/2015 | - WPW | Expense Rate<br>Working lunch - WPW, KBM, SWM | 29.25 |
| 8/31/2015 | - ADMIN | Expense Rate<br>Pacer - Public record search for the month of August | 2.50 |
| | - ADMIN | Expense Rate<br>Conference calls for the month of August | 13.79 |
| | - ADMIN | Expense Rate<br>August Printing: 17 Pages @ .10 = 1.70 | 1.70 |
| | | Total expenses | $47.24 |
| | | Total amount of this bill | $46,094.74 |

Corinthian Colleges, Inc

Gavin/Solmonese, LLC
919 N. Market Street
Suite 600
Wilmington, DE 19801

Invoice submitted to:
Corinthian Colleges, Inc.
C/O Brown Rudnick LLP
Attn: Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY 10036

Invoice# 25405          Services Through 9/30/2015                    *NEW WIRE INSTRUCTIONS BELOW*

|  |  |
|---|---:|
| Total Professional Fees | $4,215.00 |
| Expenses | $2.70 |
| Total This Invoice | $4,217.70 |
| **Balance Due** | $4,217.70 |

**Please remit to the address shown:**

Wire transfer instructions:
Gavin Solmonese LLC
ABA Number: 031100089
Account Number: 5693586093
PNC Bank National Association
300 Delaware Avenue
Wilmington, DE 19801
Telephone notification to Judy Sacher (302) 655-8997

Principal _____

Corinthian Colleges, Inc

## Consultant Summary

| Name | Hours | Amount |
|------|-------|--------|
| Joe Richman | 2.40 | 660.00 |
| Kathryn McGlynn | 2.00 | 800.00 |
| Stanley Mastil | 3.40 | 1,360.00 |
| Ted Gavin | 0.30 | 187.50 |
| Wayne Weitz | 2.30 | 1,207.50 |

## Professional Services

| | | | Hours | Amount |
|--|--|--|-------|--------|
| 9/01/2015 | - SWM | Business Analysis<br>Conf C. Jalbert, B. Nolan, and CCI staff re: taxes | 0.60 | 240.00 |
| | - WPW | Plan and Disclosure Statement<br>T/c JFR re: technology transfer call recap | 0.20 | 105.00 |
| | - WPW | Plan and Disclosure Statement<br>All-hands transition planning conference call | 0.80 | 420.00 |
| | - JFR | Plan and Disclosure Statement<br>All-hands transition planning conference call | 0.80 | 220.00 |
| | - WPW | Plan and Disclosure Statement<br>T/c JFR re: summary of call on data retrieval | 0.30 | 157.50 |
| | - SWM | Plan and Disclosure Statement<br>Mtg WPW re: tax prep conference call recap | 0.20 | 80.00 |
| | - JFR | Plan and Disclosure Statement<br>Conf C. Jalbert, B. Nolan and CCI staff re: taxes | 0.60 | 165.00 |
| | - SWM | Plan and Disclosure Statement<br>Review distribution trust Trustee information; related attempt to contact to discuss taxes | 0.20 | 80.00 |
| | - JFR | Plan and Disclosure Statement<br>T/c case professionals and IT specialists re: data retrieval | 0.70 | 192.50 |
| | - SWM | Fee/Employment Application<br>Preliminary review of monthly invoice for fee application | 0.20 | 80.00 |
| | - SWM | Plan and Disclosure Statement<br>Conf case professionals re: transition issues | 0.80 | 320.00 |
| | - JFR | Plan and Disclosure Statement<br>T/c WPW re: summary of call on data retrieval | 0.30 | 82.50 |
| | - WPW | Plan and Disclosure Statement<br>Mtg SWM re: tax prep conference call recap | 0.20 | 105.00 |
| 9/02/2015 | - WPW | Plan and Disclosure Statement<br>Prepare estimate of anticipated fees through effective date; email corr FTI re: same | 0.40 | 210.00 |

Corinthian Colleges, Inc

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - SWM | Plan and Disclosure Statement<br>Review pre-effective date fees | 0.20 | 80.00 |
| 9/03/2015 | - KBM | Meetings of Creditors<br>Participate in Committee call | 0.30 | 120.00 |
| | - SWM | Meetings of Creditors<br>Participate in OCUC call | 0.30 | 120.00 |
| | - SWM | Plan and Disclosure Statement<br>Conf call case professionals re: priority claims | 0.30 | 120.00 |
| 9/09/2015 | - KBM | Fee/Employment Application<br>Review and revise August invoice | 0.80 | 320.00 |
| 9/16/2015 | - WPW | Fee/Employment Application<br>Review August invoice; changes to JLS | 0.40 | 210.00 |
| 9/17/2015 | - ETG | Fee/Employment Application<br>Review fee application for August 2015; comments/changes to JLS | 0.30 | 187.50 |
| | - SWM | Fee/Employment Application<br>Review and revise August fee application | 0.40 | 160.00 |
| 9/18/2015 | - KBM | Plan and Disclosure Statement<br>Review updates from counsel re: trustee and trust agreement | 0.90 | 360.00 |
| 9/22/2015 | - SWM | Fee/Employment Application<br>Review and revise monthly invoice for inclusion in fee app | 0.20 | 80.00 |
| | | For professional services rendered | 10.40 | $4,215.00 |

Expenses

| | | | Amount |
|---|---|---|---|
| 9/22/2015 | - ADMIN | Expense Rate<br>September Printing: 27 Pages @ .10 = 2.70 | 2.70 |
| | | Total expenses | $2.70 |
| | | Total amount of this bill | $4,217.70 |