# EXHIBIT "B"

**GAVIN/SOLMONESE LLC COMPENSATION BY PROJECT CATEGORY
FROM AUGUST 1, 2015 THROUGH SEPTEMBER 22, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.90 | $397.50 |
| Business Analysis | 8.70 | $3,672.50 |
| Business Operations | 2.60 | $1,265.00 |
| Case Administration | 0.30 | $157.50 |
| Claims Administration and Objections | 1.00 | $487.50 |
| Court Hearing | 7.00 | $3,675.00 |
| Fee/Employment Application | 12.00 | $3,830.00 |
| Meeting of Creditors | 4.50 | $2,012.50 |
| Plan and Disclosure Statement | 76.10 | $34,765.00 |
| **TOTAL** | **113.10** | **$50,262.50** |

**GAVIN/SOLMONESE LLC COMPENSATION BY PROJECT CATEGORY
FROM MAY 13, 2015 THROUGH SEPTEMBER 22, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 13.40 | $5,822.50 |
| Business Analysis | 107.30 | $43,360.00 |
| Business Operations | 2.60 | $1,265.00 |
| Case Administration | 2.80 | $1,056.00 |
| Claims Administration and Objections | 7.00 | $2,793.50 |
| Court Hearing | 15.90 | $7,932.50 |
| Fee/Employment Application | 23.00 | $7,555.00 |
| Financing | 2.80 | $1,470.00 |
| Litigation Support | 3.70 | $1,942.50 |
| Meeting of Creditors | 14.50 | $6,378.50 |
| Plan and Disclosure Statement | 105.30 | $48,195.00 |
| **TOTAL** | **298.30** | **$127,770.50** |