# EXHIBIT "C"

5

### GAVIN/SOLMONESE LLC EXPENSE SUMMARY FROM
### AUGUST 1, 2015 THROUGH SEPTMEBER 22, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Conference Calls | RCI | $13.79 |
| Meals | | $29.25 |
| Printing | | $4.40 |
| Public Record Services | Pacer | $2.50 |
| **Total** | | **$49.94** |

### GAVIN/SOLMONESE LLC EXPENSE SUMMARY FROM
### MAY 13, 2015 THROUGH SEPTEMBER 22, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Calls | RCI | $13.79 |
| Meals | | $45.75 |
| Printing | | $4.40 |
| Public Record Services | Pacer | $4.20 |
| **Total** | | **$68.14** |