IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 14, 2015 AT *1:00 P.M.* (EDT)** [2]

*PLEASE NOTE THAT THE HEARING TIME HAS BEEN MOVED FROM 3:00 P.M. TO 1:00 P.M. AT THE DIRECTION OF THE COURT*

**I.    RESOLVED MATTERS:**

1. Debtors' Motion for Entry of an Order Extending the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 920- filed September 1, 2015]

   Objection / Response Deadline:   September 15, 2015 at 4:00 p.m. (EDT)

   Objections / Responses Received:   None.

   Related Documents:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] The hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the October 14, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, October 13, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

RLF1 12923291v.1

    i.    Order Extending the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 978- filed September 18, 2015]

Status: On September 18, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Motion of EFN Merrillville Property, LLC to Compel Debtors to Timely Comply with Their Obligations Under 11 U.S.C. § 365(d)(3) [Docket No. 975 - filed September 17, 2015]

Objection / Response Deadline:   October 7, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received:   None.

Related Documents:   None.

Status: Movant's counsel has confirmed that the payments relating to August rent have been received. Accordingly, the relief requested in the Motion is now moot and there is no longer a need for a hearing on the Motion.

## II.  UNCONTESTED MATTERS GOING FORWARD:

3. Debtors' Motion to (I) Assume and Assign Transition Services Agreement (as Amended) with Zenith Education Group, Inc. to Distribution Trust and (II) Approve Amendment to Transition Services Agreement and the Settlements Contained Therein [Docket No. 980 - filed September 18, 2015]

Objection / Response Deadline:   October 7, 2015 at 4:00 p.m. (EDT); extended to October 9, 2015 at 4:00 p.m. (EDT) for the Student Trust

Objections / Responses Received:   None.

Related Documents:   None.

Status: The hearing on this matter will go forward.

4. Motion for Entry of an Order Authorizing First American Trust, FSB to (I) Transfer Trust Assets to Distribution Trust, (II) Liquidate Related Policies and (III) Terminate Trust [Docket No. 1025 - filed October 2, 2015]

Objection / Response Deadline:   October 13, 2015 at 4:00 p.m. (EDT)

Objections / Responses Received:   None.

3

Related Documents:

i. Distribution Trustee's Motion for Entry of an Order Shortening Notice and Objection Periods Regarding Motion for Entry of an Order Authorizing First American Trust, FSB to (I) Transfer Trust Assets to Distribution Trust, (II) Liquidate Related Policies and (III) Terminate Trust [Docket No. 1026 - filed October 2, 2105]

ii. Order Shortening Notice and Objection Periods Regarding the Motion for Entry of an Order Authorizing First American Trust, FSB to (I) Transfer Trust Assets to Distribution Trust, (II) Liquidate Related Policies and (III) Terminate Trust [Docket No. 1029 - filed October 5, 2015]

Status: The hearing on this matter will go forward.

Dated: October 9, 2015
      Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      terranova@rlf.com
      steele@rlf.com

Counsel for the Distribution Trustee