IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CORINTHIAN COLLEGES, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10952 (KJC) <br><br> Jointly Administered. <br><br> **Hearing Date: Dec. 10, 2015, 1:00 pm** |

NOTICE OF MOTION OF COMMONWEALTH OF MASSACHUSETTS
TO DISMISS DEBTORS' OBJECTION AND
RESPONSE TO DEBTORS' OBJECTION (DOCKET NO. 968)

TO:

| **Counsel for Debtors** | **Office of the U.S. Trustee** |
|---|---|
| Rachel Layne Biblo | Timothy Jay Fox, Jr. |
| Mark D. Collins | Richard L. Schepacarter |
| Michael Joseph Merchant | 844 King Street, Suite 2207 |
| Amanda R. Steele | Lockbox #35 |
| Marisa A. Terranova | Wilmington, DE 19801 |
| Richards, Layton & Finger, P.A. | |
| One Rodney Square | |
| 920 North King Street | |
| Wilmington, DE 19801 | |

| **Committee of Unsecured Creditors** | **Student Committee** |
|---|---|
| Julia Bettina Klein | Christopher A. Ward |
| Scott J. Leonhardt | Shanti M. Katona |
| Frederick Rosner | Polsinelli PC |
| The Rosner Law Group LLC | 222 Delaware Ave., Suite 1101 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

| | |
|---|---|
| 824 Market Street, Suite 810 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | |
| | |
| H. Jeffrey Schwartz | Scott F. Gautier |
| Bennett S. Silverberg | Lorie A. Ball |
| Brown Rudnick LLP | Cynthia C. Hernandez |
| Seven Times Square | Robins Kaplan LLP |
| New York, NY 10036 | 20149 Century Park East, Ste. 3400 |
| | Los Angeles, CA 90067 |
| | |
| | Mark Rosenbaum |
| | Anne Richardson |
| | Alisa Hartz |
| | Dexter Rappleye |
| | Public Counsel LLP |
| | 610 S. Ardmore Ave. |
| | Los Angeles, CA 90005 |

The Commonwealth of Massachusetts has filed a Motion to Dismiss Debtors' Objection and Response to Debtors' Objection (Docket No. 968) which seeks to dismiss Debtors' Objection.

HEARING ON THE MOTION WILL BE HELD ON DECEMBER 10, 2015, at 1:00 p.m. at U.S. Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorneys:

>Peter Leight, Esq.
>Assistant Attorney General
>Commonwealth of Massachusetts
>One Ashburton Place, 18th Floor
>Boston, MA 02108
>617-727-2200, ext. 7706
>peter.leight@state.ma.us

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extend and validity of any security interest.

If no timely objection is made, the Motion may be granted and an order entered without a hearing.

Dated: October 9, 2015                    COMMONWEALTH OF MASSACHUSETTS

MAURA HEALEY
ATTORNEY GENERAL
By: /s/ Peter Leight

Peter Leight, BBO #631580
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
peter.leight@state.ma.us