# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al.[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | Re: Docket Nos. 626 & 1042 |

## ORDER APPROVING CONFIDENTIALITY TERMS

Upon consideration of the terms, attached hereto as **Exhibit A** (the "**Confidentiality Terms**"); the Court having determined that good and adequate cause exists for approval of the Confidentiality Terms; and the Court having determined that no further notice of the Confidentiality Terms must be given;

IT IS HEREBY ORDERED THAT:

1. The Confidentiality Terms are hereby approved and entered as an order of this Court.

2. The Court's entry of this order constitutes the Court's authority pursuant to Del. Bank. L.R. 9018-1 for the parties to file Confidential Information (as defined in the Confidentiality Terms) under seal without the requirement of any further motion or order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

3. This Court retains jurisdiction with respect to all matters arising from or related to the Confidentiality Terms and this Order.

Dated: October 13, 2015
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2

RLF1 12918445v.5