IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., ET AL.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered<br><br>**Doc. Nos. 578, 689, 783, 789, 830, 865** |

**ORDER CONCERNING MOTION FOR DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO THE STATES' ACTIONS AGAINST DEBTORS**

This matter coming before the Court on the *Motion of the Commonwealth of Massachusetts, People of the State of California, and State of Wisconsin for Determination that the Automatic Stay Provision Does Not Apply to States' Actions Against Debtors* [Doc. No. 578] and *Motion of California Bureau for Private Postsecondary Education for Determination that the Automatic Stay provision Does Not Apply to its Disciplinary Action* (a joinder motion) [Doc. No. 689] ("Motion");[1] the Court having reviewed the Motion and other filings in this matter, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. On August 28, 2015, the Court entered the Order Confirming Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 913] (the "Confirmation Order") confirming the Plan.

2. Section XIII.B of the Plan provides as follows: "All injunctions or stays provided for the Debtors in the Chapter 11 Cases under, inter alia, sections 105 and 362 of the Bankruptcy Code, and in existence on the Confirmation Date, shall remain in full force and effect until the Effective Date, at which time they will terminate. In addition, given the complete liquidation of the Debtors' property pursuant to the terms of the Plan, the Debtors are not receiving a discharge pursuant to section 1141(d)(3) of the Bankruptcy Code in these Chapter 11 Cases. Plan, Art.

---

[1] Capitalized terms not otherwise defined have the same meaning as in the Motion.

1

XIII.B.

3. Because the Effective Date has now occurred, the stay of actions against the Debtors (but not as against their Estates or assets), *see* Plan, Art.XIII.A & B, has automatically terminated and does not apply to the following state actions:

    a. *Commonwealth of Massachusetts v. Corinthian Colleges, Inc.*, Sup. Ct. C.A. 14 1093E;

    b. *People v. Heald College, LLC et al*, CGC-13-534793 (SF Superior Court); and

    c. *In the Matter of the Accusation Against Corinthian Colleges, Inc.; dba Everest College and WyoTech (California Schools Only); Jack Massimino, Chairman and CEO*, Case Number 1000393 (collectively, "States' Cases").

4. The Motion is therefore denied as moot.

5. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

Dated: Oct 14, 2015
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE