## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: Docket No. 980** |

-------------------------------------------------------------

### CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION TO (I) ASSUME AND ASSIGN TRANSITION SERVICES AGREEMENT (AS AMENDED) WITH ZENITH EDUCATION GROUP, INC. TO DISTRIBUTION TRUST AND (II) APPROVE AMENDMENT TO TRANSITION SERVICES AGREEMENT AND THE SETTLEMENTS CONTAINED THEREIN

The undersigned counsel to Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the distribution trust,[2] certifies that she has received no answer, objection or any other responsive pleading with respect to the *Debtors' Motion to (I) Assume and Assign Transition Services Agreement (as Amended) with Zenith Education Group, Inc. to Distribution Trust and (II) Approve Amendment to Transition Services Agreement and the Settlements Contained Therein* [Docket No. 980] (the "**Motion**") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 18, 2015. The

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]  The *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* (the "**Plan**") went effective on September 21, 2015 (the "**Effective Date**"). Pursuant to the terms of the Plan, as of the Effective, Date, the Distribution Trustee supplanted the Debtors with regards to prosecution of the relief requested in the Motion (as defined herein).

undersigned further certifies that no answer, objection or other responsive pleading to the Motion

has appeared on the Court's docket in the above-captioned chapter 11 case.  Pursuant to the

*Notice of Motion and Hearing*, filed with the Motion, any objection or response to the Motion

was to be filed and served no later than 4:00 p.m. (EDT) on October 7, 2015 (the "**Objection**

**Deadline**").[3]

WHEREFORE, the Distribution Trustee respectfully request that an order, substantially

in the form attached hereto as Exhibit A be entered at the earliest convenience of the Court.

Dated: October 14, 2015
      Wilmington, Delaware

*/s/ Amanda R. Steele*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      terranova@rlf.com
      steele@rlf.com

*Counsel for the Distribution Trustee*

---

[3] The Objection Deadline was extended for the Student Trust to October 9, 2015 at 4:00 p.m. (EDT).

RLF1 13153060v.1

**<u>EXHIBIT A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: Docket No. 980** |

--------------------------------------------------------

### ORDER (I) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF TRANSITION SERVICES AGREEMENT (AS AMENDED) WITH ZENITH EDUCATION GROUP, INC. TO DISTRIBUTION TRUST AND (II) APPROVING AMENDMENT OF THE TRANSITION SERVICES AGREEMENT AND THE SETTLEMENTS CONTAINED THEREIN

Upon the motion (the "**Motion**")[2] of Corinthian Colleges, Inc. ("**Corinthian**") and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") requesting the entry of an order, pursuant to sections 105(a), 363 and 365(a) and (f) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 6004, 6006 and 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), (i) authorizing the Debtors to assume and assign that certain Transition Services Agreement, dated February 2, 2015 (as amended, the "**TSA**"), as modified by the First Amendment to Transition Services Agreement, dated as of September 18, 2015 (the "**TSA Amendment**"), between Corinthian and Zenith Education

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]    Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion.

Group, Inc. ("**Zenith**") to the Distribution Trust; and (ii) approving the TSA Amendment and the settlements and releases contained therein; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing, and all the proceedings before the Court; and the Court having found and determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors are authorized, pursuant to section 365 of the Bankruptcy Code, to assume and assign the TSA (as modified by the TSA Amendment) to the Distribution Trust, effective as of the date of this Order.

3.      The TSA Amendment and the settlement and releases embodied therein are approved pursuant to Bankruptcy Rule 9019.

4.      The TSA (as modified by the TSA Amendment) and this Order constitute valid and binding obligations of the Debtors, their estates and the Distribution Trust, which shall

be enforceable in accordance with the terms thereof and shall be binding on the Debtors, their estates and any and all successors to and assigns of the Debtors, including the Distribution Trust.

5.      The fourteen-day (14-day) stays provided for by Bankruptcy Rules 6004(h) and 6006(d) are hereby waived.

6.      The Debtors, the Distribution Trust and their respective officers and agents are authorized and directed to execute, deliver, implement and fully perform any and all obligations, instruments, documents and papers and to take any and all actions reasonably necessary or appropriate to implement the relief granted in this Order.

7.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated:      _____, 2015
            Wilmington, Delaware

                                      _____
                                      THE HONORABLE KEVIN J. CAREY
                                      UNITED STATES BANKRUPTCY JUDGE