IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |
| § | **Re: Docket No. 1025** |

-----------------------------------------------------------

**CERTIFICATE OF COUNSEL REGARDING ORDER AUTHORIZING FIRST AMERICAN TRUST, FSB TO (I) TRANSFER TRUST ASSETS TO DISTRIBUTION TRUST, (II) LIQUIDATE RELATED POLICIES AND (III) TERMINATE TRUST**

The undersigned hereby certifies as follows:

1. On October 2, 2015, Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the distribution trust established pursuant to the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 909], filed the *Motion for Entry of an Order Authorizing First American Trust, FSB to (I) Transfer Trust Assets to Distribution Trust, (II) Liquidate Related Policies and (II) Terminate Trust* [Docket No. 1025] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Pursuant to the *Order Shortening Notice and Objection Periods Regarding the Motion for Entry of an Order Authorizing First American Trust, FSB to (I) Transfer Trust Assets*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*to Distribution Trust, (II) Liquidate Related Policies and (II) Terminate Trust* [Docket No. 1029] entered by the Court, objections, if any, to the Motion were to be filed and served by no later than October 13, 2015 at 12:00 p.m. (EDT).  The undersigned certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases.

      2.      The Distribution Trustee received certain informal comments to the proposed form of order attached to the Motion (the "**Proposed Order**") from counsel to First American Trust, FSB (the "**Trustee**").  The Distribution Trustee has resolved the informal comments of the Trustee and has prepared a revised Proposed Order (the "**Revised Order**"), a copy of which is attached hereto as **Exhibit A.**  The Revised Order has been circulated to, and is acceptable to, counsel to the Trustee.  For the convenience of the Court and other parties in interest, a blackline of the Revised Order against the Proposed Order is attached hereto as **Exhibit B**.

WHEREFORE, the Distribution Trustee respectfully requests that the Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: October 15, 2015  
      Wilmington, Delaware

*/s/ Amanda R. Steele*  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marisa A. Terranova (No. 5396)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone:  302-651-7700  
Facsimile:  302-651-7701  
Email:  collins@rlf.com  
      merchant@rlf.com  
      terranova@rlf.com  
      steele@rlf.com

Counsel to the Distribution Trustee