IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on October 9, 2015, I caused true and correct copies of the following document to be served (i) via facsimile to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of Agenda of Matters Scheduled for Hearing on October 14, 2015 at 1:00 P.M. (EDT)[2] [Docket No. 1040]**

Dated: October 15, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 15 day of Oct, 20 15, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

LINDA BRITTAIN
Commission # 2126609
Notary Public - California
Los Angeles County
My Comm. Expires Sep 13, 2019

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## **EXHIBIT A**

**EXHIBIT A**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>LEGAL DEPT<br>610-993-8493 | ASHBY & GEDDES, P.A.<br>LEIGH-ANNE RAPORT<br>302-654-2067 | ASHBY & GEDDES, P.A.<br>RICARDO PALACIO<br>302-654-2067 |
| ASHBY & GEDDES, P.A.<br>WILLIAM BOWDEN<br>302-654-2067 | COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN<br>617-722-0184 | COMMONWEALTH OF MASSACHUSETTS<br>PETER LEIGHT<br>617-722-0184 |
| COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>717-787-7671 | DEVELOPMENT RESOURCES, INC.<br>JOHN GIANNOPOULOS<br>312-822-0561 | DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>215-988-2757 |
| DRINKER BIDDLE & REATH LLP<br>HOWARD A. COHEN<br>302-467-4201 | DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>212-248-3141 | FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>303-830-1033 |
| FRANKGECKER LLP<br>JOSEPH FRANK<br>312-276-0035 | FRANKGECKER LLP<br>REED HEILIGMAN<br>312-276-0035 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>617-451-0409 |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN<br>310-712-8571 | KATTEN MUCHIN ROSENMAN LLP<br>BRIAN HUBEN<br>310-788-4471 | KATTEN MUCHIN ROSENMAN LLP<br>DUSTIN BRANCH<br>310-788-4471 |
| KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>212-808-7897 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DAVID G. AELVOET<br>210-225-6410 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>469-221-5003 |
| LOIZIDES, P.A.<br>CHRISTOPHER D. LOIZIDES<br>302-654-0728 | MISSOURI DEPARTMENT OF REVENUE<br>STEVEN A. GINTHER<br>573-751-7232 | MORRIS JAMES LLP<br>CARL N. KUNZ III<br>302-571-1750 |
| MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>302-571-1750 | MORRISON & FOERSTER LLP<br>ERICA RICHARDS<br>212-468-7900 | MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI<br>212-468-7900 |
| NYS DEPT. OF TAXATION & FINANCE<br>ROBERT COOK<br>518-435-8490 | OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>LEGAL DEPT<br>503-378-8395 | OFFICE OF THE U.S. ATTORNEY<br>KELLY T. CURRIE<br>718-254-7508 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>302-573-6497 | OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY FOX<br>302-573-6497 | PALM SPRINGS MILE ASSOCIATES, LTD<br>PHILLIP J. EISENBERG<br>212-545-1410 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.<br>OWEN M. SONIK<br>713-862-1429 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ELIZABETH BANDA CALVO<br>817-860-6509 | PIRCHER, NICHOLS & MEEKS<br>EUGENE J.M. LEONE<br>312-915-3348 |
| POLSINELLI PC<br>CHRISTOPHER WARD<br>302-252-0921 | POLSINELLI PC<br>SHANTI KATONA<br>302-252-0921 | POTTER ANDERSON & CORROON LLP<br>ETTA MAYERS<br>302-658-1192 |
| POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN<br>302-658-1192 | ROBAINA & KRESIN<br>THOMAS GRIFFIN<br>602-682-6455 | ROBINS KAPLAN LLP<br>CYNTHIA HERNANDEZ<br>310-229-5800 |
| ROBINS KAPLAN LLP<br>LORIE BALL<br>310-229-5800 | ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>310-229-5800 | RUDER WARE, L.L.S.C.<br>JEREMY M. WELCH<br>715-845-2718 |

| | | |
|---|---|---|
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE<br>212-818-9606 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>CARREN B. SHULMAN<br>212-653-8701 | SIDLEY AUSTIN LLP<br>ANNA GUMPORT<br>213-896-6600 |
| SIDLEY AUSTIN LLP<br>JENNIFER HAGLE<br>213-896-6600 | SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>317-263-7901 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>FELICIA GERBER PERLMAN<br>312-407-0411 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>SARAH E. PIERCE<br>302-651-3001 | SYNCHRONY BANK<br>RAMESH SINGH<br>305-374-8113 | TRAVIS COUNTY<br>KAY D. BROCK<br>512-854-4808 |
| TREASURER - TAX COLLECTOR<br>DAN MCALLISTER<br>619-685-2589 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>COURTNEY J. HULL<br>512-936-1409 | U.S. DEPARTMENT OF JUSTICE<br>LLOYD H. RANDOLPH<br>202-514-9163 |
| U.S. DEPARTMENT OF JUSTICE<br>MICHAEL R. SEW.HOY<br>202-514-9163 | WISCONSIN DEPARTMENT OF JUSTICE<br>F. MARK BROMLEY, AAG<br>608-267-8906 | ZENITH EDUCATION GROUP INC<br>DAN FISHER<br>651-325-4086 |

Parties Served: 60

# **EXHIBIT B**

| | | |
|---|---|---|
| ARAPAHOE COUNTY TREASURER<br>BENJAMIN SWARTZENDRUBER<br>5334 S. PRINCE STREET<br>LITTLETON CO  80166 | BMC GROUP, INC.<br>T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO CA  90245 | BOVITZ & SPITZER<br>J. SCOTT BOVITZ<br>1100 WILSHIRE BLVD., S<br>SUITE 2403<br>LOS ANGELES CA  90017 |
| BROWN RUDNICK LLP<br>H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK NY  10036 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND OR  97232 | CA DEPT. OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I ST.,<br>SACRAMENTO CA  95814-5901 |
| CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO CA  94102 | CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND CA  94612 | CONSUMER FINANCIAL PROTECTION BUREAU<br>CYNTHIA GOOEN LESSER<br>1700 G STREET, N.W.<br>WASHINGTON D.C.  20552 |
| DE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>P.O. BOX 898<br>FRANCHISE TAX DIVISION<br>DOVER DE  19903 | DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU HI  96813 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK NY  10013 |
| DIVISION OF UNEMPLOYMENT INS.<br>4425 N. MARKET STREET<br>WILMINGTON DE  19802 | EQUITY ONE, INC.<br>LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL  33179 | GE INFO TECH SOLUTIONS<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON GA  31208-3708 |
| HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU HI  96813 | INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAILSTOP 5-Q30.133<br>PHILADELPHIA PA  19101-7346 | KREIS, ENDERLE, HUDGINS & BORSOS<br>THOMAS G. KING<br>PO BOX 4010<br>KALAMAZOO MI  49003-4010 |
| LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI OH  75271-2711 | LAW OFFICE OF DONALD W. SIEVEKE<br>DONALD W. SIEVEKE<br>1113 N. SPURGEON ST<br>SANTA ANA CA  92701 | NEW YORK STATE DEPARTMENT OF LABOR<br>BLDG. 12, W.A. HARRIMAN CAMPUS<br>ALBANY NY  12240 |
| NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK NY  10007 | OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU HI  96813 | OCCUPATIONAL SAFETY & HEALTH ADMIN.<br>800 W. WASHINGTON STREET<br>2ND FLOOR<br>PHOENIX AZ  85007 |
| OFFICE OF THE ATTORNEY GENERAL<br>MAURA HEALEY/P. LEIGHT/G. KAPLAN<br>ONE ASHBURTON PLACE<br>18TH FLOOR<br>BOSTON MA  2108 | OFFICE OF THE ATTORNEY GENERAL<br>NANCY QUACH/NICHOLAS CAMPINS<br>455 GOLDEN GATE, SUITE 11000<br>SAN FRANCISCO CA  94102-7004 | OFFICE OF THE U.S. ATTORNEY<br>FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU HI  96850 |
| OFFICE OF THE U.S. ATTORNEY<br>JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX AZ  85004-4408 | OFFICE OF THE U.S. ATTORNEY<br>PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK NY  10007 | OREGON DEPARTMENT OF JUSTICE<br>CAROLYN G. WADE<br>1162 COURT STREET NE<br>SALEM OR  97301-4096 |
| OUTTEN & GOLDEN LLP<br>JACK RAISNER/RENÉ ROUPINIAN<br>3 PARK AVENUE<br>29TH FLOOR<br>NEW YORK NY  10016 | SECURITIES & EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON DC  20549 | SECURITIES & EXCHANGE COMMISSION<br>GEORGE S. CANELLOS<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK NY  10281-1022 |

| | | |
|---|---|---|
| STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON DE  19801-0820 | STATE OF MI/DEPT. OF TREASURY<br>BILL SCHUETTE/HEATHER DONALD<br>3030 W. GRAND BLVD.<br>CADILLAC PLACE, SUITE 10-200<br>DETROIT MI  48202 | STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND OR  97701 |
| THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT/KAREN AXSOM<br>800 W. WASHINGTON ST<br>PHOENIX AZ  85007 | THE ROSNER LAW GROUP<br>JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET<br>SUITE 810<br>WILMINGTON DE  19801 | TN DEPT OF REVENUE<br>TN ATTY GENERAL'S OFFICE<br>PO BOX 20207<br>BANKRUPTCY DIVISION<br>NASHVILLE TN  37202-0207 |
| U.S. ATTORNEY'S OFFICE<br>CHARLES M. OBERLY, III<br>P.O. BOX 2046<br>1201 MARKET ST., STE. 1100<br>WILMINGTON DE  19801 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC  20530-0001 | UNITED STATES DEPARTMENT OF LABOR<br>THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON DC  20210 |
| WATT LONG BEACH, LLC<br>JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA CA  90405 | | |

Parties Served: 43