# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

**Date & Time**

December 10, 2015 at 1:00 p.m. (EST)
(Final Fee Application Hearing)

**Location**

U.S. Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor, Courtroom 5
Wilmington, Delaware 19801

RLF1 13163149v.1