## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*<br><br><br>Debtors. | § <br> §    Chapter 11 <br> § <br> §    Case No. 15-10952 (KJC) <br> § <br> §    Jointly Administered <br> § |

---------------------------------------------------------------

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| December 10, 2015 at 1:00 p.m. (EST)<br>(Final Fee Application Hearing) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |

**Dated: October 16th, 2015**
**Wilmington, Delaware**

RLF1 13163149v.1

                                          **KEVIN J. CAREY**
                                          **UNITED STATES BANKRUPTCY JUDGE**