IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IN RE CORINTHIAN COLLEGES, INC., et al.,[1] | ) ) ) | Case No. 15-10952 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

**REQUEST FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM OF BRE/OC GRIFFIN, L.L.C.**

BRE/OC GRIFFIN, L.L.C. ("Claimant"), a Delaware limited liability company ("Landlord" or "Claimant"), as Landlord under the Lease (defined below), as subsequently amended and assigned, which is the subject herein, hereby files its Request For Allowance and Payment of Administrative Expense Claim ("Administrative Expense Claim Request"). Any and all notices and communications with respect to this Administrative Expense Claim Request should be addressed as follows:

> Ivan M. Gold, Esq.
> Thor D. McLaughlin, Esq.
> Allen Matkins Leck Gamble Mallory & Natsis LLP
> Three Embarcadero Center, 12th Floor
> San Francisco, CA 94111
> igold@allenmatkins.com
> tmclaughlin@allenmatkins.com

with a copy to:

> Karen C. Bifferato, Esq.
> CONNOLLY GALLAGHER LLP
> 1000 West Street, Suite 1400
> Wilmington, DE 19801
> (302) 888-6221
> Email: kbifferato@connollygallagher.com

---

[1] The Request For Allowance and Payment of Administrative Expense Claim of BRE/OC Griffin, L.L.C., is jointly filed against *In re Corinthian Colleges, Inc.*, and the jointly-administered case of *In re Corinthian Schools, Inc.*, Case No. 15-10955.

1.  **Basis For Claim.**

On or about October 7, 1996, GT Partners, as landlord, and Corinthian Schools, Inc., entered into a written Office Lease (the "Lease"), for certain premises located at 5 and 6 Hutton Centre Drive, Santa Ana, California, commonly known as Griffin Towers, as more particularly described in the Lease (the "Premises"). The Lease was subsequently amended thirty-one times, as set forth in the First Amendment to Lease through the Thirty-First Amendment to Lease. Pursuant to the Lease amendments, the current landlord and claimant is BRE/OC GRIFFIN, L.L.C. ("Claimant"), as successor in interest by acquisition to AG/LPC Griffin Towers, L.P., a Delaware limited partnership, as successor in interest by acquisition to Maguire Properties - Griffin Towers, LLC, a Delaware limited liability company, as successor in interest by acquisition to CA-Griffin Towers Limited Partnership, a Delaware limited partnership, as successor in interest pursuant to conversion from EOP-Griffin Towers, L.L.C, a Delaware limited liability company, as successor in interest pursuant to merger with Spieker Griffin/W9 Associates, L.L.C, a Delaware limited liability company, and as successor in interest to GT Partners, an Illinois general partnership. Also pursuant to the Lease amendments, on or around April 4, 2003, the Lease was assigned by Corinthian Schools, Inc., to Corinthian Colleges, Inc. (together, "Debtors").

On May 4, 2015 ("Petition Date"), Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

Pursuant to an order entered on September 17, 2015, Debtors rejected the Lease effective as of August 31, 2015.

2.  **Date Debt Incurred.**

Debtors' liability arises from Debtors' failure to perform their obligations under the Lease from and after the Petition date, until the Debtors' rejection of the Lease, effective August 31, 2015.

3.  **If Court Judgment, Date Obtained.**

No judgment has been entered on Claimant's administrative expense priority claim as of the date this Administrative Expense Claim Request is filed.

4.  **Classification of Claim.**

Claimant holds an administrative expense priority claims in the amount of $2,329.55, entitled to administrative expense priority under 11 U.S.C. §§ 365(d)(3) and 507(a)(2). *See* Exhibit A attached hereto. Alternatively, such claim is payable and entitled to administrative expense priority under 11 U.S.C. §503(b)(1)(A).

5.  **Total Amount of Administrative Expense Claim.**

Debtor is currently liable to Claimant in the amount of $2,329.55, representing accrued and unpaid post-petition, pre-rejection rent and charges, calculated at the rate specified in the Lease, from the Petition Date to the August 31, 2015 Lease rejection date.

Such claim is due and entitled to administrative expense priority under 11 U.S.C. §§ 365(d)(3). See, e.g., In re Montgomery Ward Holding Corp., 268 F.3d 204 (3d Cir. 2001); In re Pac-West TeleComm, Inc., 377 B.R. 119, 123 (Bankr. D. Del. 2007).

6.  **Credits and Setoffs.**

All payments on this Administrative Expense Claim Request have been credited and deducted for the purpose of making this Administrative Expense Claim Request.

7.     **Supporting Documents.**

A summary of accrued and unpaid post-petition, pre-rejection rent and charges under the Lease is attached hereto and made a part hereof. A copy of the Lease, as amended, is available upon request to Claimant's counsel.

8.     **Reservation of Rights.**

In executing and filing this Administrative Expense Claim Request, Claimant does not waive any obligation owed to it, or any right or rights of action that it has or may have against the Debtors or any other person or persons. Claimant reserves the right to amend or supplement this Administrative Expense Claim Request in any respect, including, but not limited to, the assertion, by Proof of Claim or other application to this Court, of a claim or claims for continuing costs, fees and expenses (including legal fees and disbursements) arising in relation to the claim asserted herein or any of the agreements relating to the claim and the assertion of an administrative expense priority for any such claim or claims.

Dated: October 20, 2015

/s/ Karen C. Bifferato
Karen C. Bifferato (No. 3279)
CONNOLLY GALLAGHER LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
(302) 888-6221
Email: kbifferato@connollygallagher.com

-and-

Ivan M. Gold, Esq.
Thor D. McLaughlin
Allen Matkins Leck Gamble
  Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 9411
Telephone: (415) 837-1515
Email: igold@allenmatkins.com
Attorneys for BRE/OC Griffin, LLC

#05198780