# EXHIBIT A

| CATEGORY | POST PETITION AMOUNTS OWED |
|---|---|
| Additional Monthly Charge | $1,112.28 |
| Misc Variable Electric | $201.14 |
| Elevator Code change fee | $1,016.13 |
| Total | $2,329.55 |

**Expiration of Lease Term: February 29, 2016** (based on the 31st Amendment to Lease)
**Base rent as of March 2015**: $33,134 .00
**Additional Monthly Charge (for CAM, tax, etc.)**: $1,112

| BUILDING | LEASEID | SUITID | OCCPNAME | MOCCPID | INVOICE DATE | CATEGORY | AMOUNT |
|---|---|---|---|---|---|---|---|
| 22572 | 464067_3 | 400 | Corinthian Colleges | 10928380 | 6/1/2015 | Additional Monthly Charge 6/1-6/30/15 | $1,112.28 |
| 22572 | 464067_3 | 400 | Corinthian Colleges | 10928380 | 6/18/2015 | EL-V (5/4-5/31/15) | $21.14 |
| 22572 | 464067_3 | 400 | Corinthian Colleges | 10928380 | 8/18/2015 | EL-V (6/1-6/30/15) | $48.00 |
| 22572 | 464067_3 | 400 | Corinthian Colleges | 10928380 | 8/18/2015 | EL-V (7/1-7/31/15) | $51.60 |
| 22572 | 464067_3 | 400 | Corinthian Colleges | 10928380 | 9/18/2015 | EL-V (8/1-8/31/15) | $80.40 |
| 22572 | 464067_3 | 400 | Corinthian Colleges | 10928380 | 6/18/2015 | Elevator Code change fee (5/4/15-5/31/15) | $1,016.13 |
|  |  |  |  |  |  |  | $2,329.55 |

SECURITY DEPOSIT $98,178.41

**Base rent as of March 2015**: $33,134.00
**Additional Monthly Charge (for CAM, tax, etc.)**: $1,112
**Expiration of Lease Term: February 29, 2016** (based on the 31st Amendment to Lease)
**Current Security Deposit**: $98,178.41