IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IN RE CORINTHIAN COLLEGES, INC. | ) | Case No. 15-10952 (KJC) |
| et al.[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket No.** \_\_\_\_\_ |

**ORDER GRANTING REQUEST OF BRE/OC GRIFFIN, L.L.C. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the request of BRE/OC Griffin, L.L.C. ("Claimant") for allowance and payment of an administrative expense claim in the amount of $2,329.55 (the "Request") and any and all objections or responses filed thereto, and this Court having found that: (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (ii) the Request is a core proceeding pursuant to 28 U.S.C. §157(b); (iii) notice of the Request was adequate and appropriate; and (iv) the Request was timely made; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief granted;

IT IS HEREBY ORDERED THAT:

1. Upon entry of this Order, Claimant shall have an administrative expense claim in the amount of $2,329.55; and

2. The administrative expense claim shall be paid within twenty (20) days of the entry of this Order in care of Claimant's counsel of record.

Dated: _____, 2015
         Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

05198804

---

[1] This Order grants the Request For Allowance and Payment of Administrative Expense Claim of BRE/OC Griffin, L.L.C. against both *In re Corinthian Colleges, Inc.*, and the jointly-administered case of *In re Corinthian Schools, Inc.*, Case No. 15-10955.