## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on the 20th day of October 2015, I caused a true and correct copy of the foregoing to be served as indicated upon the following parties and via first class mail upon the persons on the attached service list.

_____
Karen C. Bifferato (#3279)

**VIA ELECTRONIC MAIL**
U.S. Department of Justice
Civil Division
Attn:   Lloyd Randolph
         Danielle Pham
Email:  Lloyd.randolph@usdoj.gov
         Danielle.pham@usdoj.gov


U.S. Department of Justice
Attn:   John Kresse
Email:  john.kresse@usdoj.gov

{05186273.DOCX.}