American Express Travel Related Services
c/o Becket and Lee LLP
Attn: Gilbert B Weisman
POB 3001
Malvern, PA 19355-0701

Arapahoe County Treasurer
Attn: Benjamin Swartzendruber
5334 S. Prince Street
Littleton, CO 80166

Ashby & Geddes, P.A.
William Bowden
Ricardo Palacio
Leigh-Anne Raport
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150

BMC Group, Inc.
Attn: T. Feil
300 Continental Boulevard #570
El Segundo, CA 90245

Bovitz & Spitzer
Attn: J. Scott Bovitz
1100 Wilshire Blvd., Suite 2403
Los Angeles, CA 90017

Brown Rudnick LLP
H. Jeffrey Schwart
Bennett Silverberg
Seven Times Square
New York, NY 10036

Bureau of Labor and Industries
800 NE Oregon St., Suite 1045
Portland, OR 97232

CA Labor & Workforce Development Agency
Attn: PAGA Administrator
455 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Cal/OSHA
1515 Clay Street, Suite 1901
Oakland, CA 94612

California Department of Justice
Office of the Attorney General
Attn: Nancy Quach/Nicholas Campins
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

| | |
|---|---|
| Commonwealth of Massachusetts<br>Office of the Attorney General<br>Attn: Maura Healey, AG<br>Attn: Peter Leight AAG/Glenn Kaplan AAG<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108 | Commonwealth of Pennsylvania<br>Department of Labor & Industry<br>Collections Support Unit<br>Attn: Linda Mitten<br>651 Boas Street, Room 700<br>Harrisburg, PA 17121 |
| Consumer Financial Protection Bureau<br>Attn: Cynthia Gooen Lesser<br>Assistant Deputy Enforcement Director<br>1700 G Street, N.W.<br>Washington, D.C. 20552 | Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax Division<br>P.O. Box 898<br>Dover, DE 19903 |
| Dept of Labor & Industrial Relations<br>830 Punchbowl St #321<br>Honolulu, HI 96813 | Development Resources, Inc.<br>Attn: John Giannopoulos<br>333 North Des Plaines Street<br>Chicago, IL 60661 |
| Division of Safety & Health<br>One Hudson Square<br>75 Varick Street (7th Floor)<br>New York, NY 10013 | Division of Unemployment Ins.<br>Department Of Labor<br>4425 N. Market Street<br>Wilmington, DE 19802 |
| Drinker Biddle & Reath LLP<br>Attn: H. John Michel, Jr.<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103-6996 | Drinker Biddle & Reath LLP<br>Attn: Howard A. Cohen<br>222 Delaware Ave., Ste.1410<br>Wilmington, DE 19801-1621 |

Drinker Biddle & Reath LLP
Attn: Michael P. Pompeo
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714

Equity One, Inc.
Attn: Legal Department
1600 Northeast Miami Gardens Drive
North Miami Beach, FL 33179

Fairfield and Woods, P.C.
Attn: Caroline C. Fuller
1801 California Street, Suite 2600
Denver, CO 80202

FrankGecker LLP
Attn: Joseph Frank/Reed Heiligman
325 North LaSalle Street
Suite 625
Chicago, IL 60654

GE Information Technology Solutions
f/d/b/a IKON Financial Services
Bankruptcy Administration
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

Hawaii State Department of Education
1390 Miller St.
Honolulu, HI 96813

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Iron Mountain Information Management, LLC
Attn: Joseph Corrigan
One Federal Street
Boston, MA 02110

Jeffer Mangels Butler & Mitchell LLP
Attn: Barry Freeman/David Poitras
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Katten Muchin Rosenman LLP
Attn: Brian Huben/Dustin Branch
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Kelley Drye & Warren LLP
Attn: Robert L. LeHane
101 Park Avenue
New York, NY 10178

Kreis, Enderle, Hudgins & Borsos, PC
Attn: Thomas G. King
PO Box 4010
Kalamazoo, MI 49003-4010

Lampert 25500 Industrial Blvd., LLC
Attn: Roland Lampert
P.O. Box 712711
Cincinnati, OH 75271-2711

Law Office of Donald W. Sieveke
Attn: Donald W. Sieveke
1113 N. Spurgeon Street
Santa Ana, CA 92701

Linebarger Goggan Blair & Sampson LLP
Attn: David G. Aelvoet
711 Navarro Street, Ste 300
San Antonio, TX 78205

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Loizides, P.A.
Attn: Christopher D. Loizides
1225 King Street, Suite 800
Wilmington, DE 19801

Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
PO Box 475

Morris James LLP
Attn: Carl Kunz III/Jeffrey Waxman
500 Delaware Ave, Suite 1500
Po Box 2306
Wilmington, DE 19801

Morrison & Foerster LLP
Attn: Lorenzo Marinuzzi/Erica Richards
250 West 55th Street
New York, NY 10019-9601

New York State Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY 12240

NYC Department of Education
Tweed Courthouse
52 Chambers Street
New York, NY 10007

NYS Dept. of Taxation & Finance
Office of Counsel
Attn: Robert Cook/Amanda Hiller
340 East Main St.,
Rochester, NY 14604

Occupational Safety & Health
830 Punchbowl St # 425
Honolulu, HI 96813

Occupational Safety & Health Administration
800 W. Washington Street, 2nd Floor
Phoenix, AZ 85007

Office of Private Postsecondary Education
Oregon Higher Education Coordinating Commission
775 Court Street NE
Salem, OR 97301

Office of the Attorney General
California Department of Justice
1300 I St.
Sacramento, CA 95814-5901

Office of the U.S. Attorney
Attn: Charles M. Oberly, III
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

Office of the U.S. Attorney
District of Arizona
Attn: John S. Leonardo
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

Office of the U.S. Attorney
District of Hawaii
Attn: Florence T. Nakakuni
300 Ala Moana Blvd., #6-100
Honolulu, HI 96850

Office of the U.S. Attorney  
Eastern District of New York  
Attn: Kelly T. Currie  
271 Cadman Plaza East  
Brooklyn, NY 11201  

Office of the U.S. Attorney  
Southern District of New York  
Attn: Preet Bharara  
One Saints Andrew Plaza  
New York, NY 10007  

Office of the United States Trustee  
Attn: Richard Schepacarter/Timothy Fox  
844 King Street, Suite 2207  
Lockbox 35  
Wilmington, DE 19801-3519  

Oregon Department of Justice  
Attn: Carolyn G. Wade  
1162 Court Street NE  
Salem, OR 97301-4096  

Outten & Golden LLP  
Attn: Jack Raisner/René Roupinian  
3 Park Avenue, 29th Floor  
New York, NY 10016  

Palm Springs Mile Associates, Ltd  
Attn: Phillip J. Eisenberg  
c/o Phillips International  
295 Madison Ave., 2nd Floor  
New York, NY 10017  

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.  
Attn: Owen M. Sonik  
1235 North Loop West, Suite 600  
Houston, TX 77008  

Perdue, Brandon, Fielder, Collins & Mott, LLP  
Attn: Elizabeth Banda Calvo  
500 E. Border Street, Suite 640  
Arlington, TX 76010  

Pircher, Nichols & Meeks  
Attn: Eugene J.M. Leone  
900 N. Michigan Avenue  
Suite 1000  
Chicago, IL 60611  

Polsinelli PC  
Attn: Christopher Ward/Shanti Katona  
222 Delaware Avenue, Suite 1101  
Wilmington, DE 19801

Potter Anderson & Corroon LLP
Attn: Jeremy Ryan/Etta Myers
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951

Robaina & Kresin
Attn: Thomas Griffin
One East Camelback Road
Suite 710
Phoenix, AZ 85012

Robins Kaplan LLP
Attn: Scott Gautier/Lorie Ball
Attn: Cynthia Hernandez
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

Ruder Ware, L.L.S.C.
Attn: Jeremy M. Welch
500 North First Street, Suite 8000
P.O. Box 8050
Wausau, WI 54402-8050

Satterlee Stephens Burke & Burke LLP
Attn: Christopher Belmonte/Abigail Snow
230 Park Avenue, Suite 1130
New York, NY 10169

Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Reg. Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

Sheppard, Mullin, Richter & Hampton LLP
Attn: Carren B. Shulman, Esq.
30 Rockefeller Plaza
New York, NY 10112

Sidley Austin LLP
Attn: Jennifer Hagle/Anna Gumport
555 West Fifth Street, #4000
Los Angeles, CA 90013

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Felicia Gerber Perlman
155 N. Wacker Drive
Chicago, IL 60606-1720

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Sarah E. Pierce
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

State of Delaware
820 N. French Street
Division of Revenue - 8th Floor
Wilmington, DE 19801-0820

State of Michigan
Department of Treasury
Attn: Bill Schuette/Heather Donald
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

State of Oregon Osha Office
1230 NE 3rd St #115
Bend, OR 97701

Synchrony Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

The Industrial Commission of Arizona
Labor Department
Attn: Karen Axsom, Director
800 W. Washington St
Phoenix, AZ 85007

The Rosner Law Group
Attn: Julia Klein/Frederick Rosner
824 Market Street, Suite 810
Wilmington, DE 19801

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

Travis County
Attn: Kay D. Brock
P.O. Box 1748
Austin, TX 78767

Treasurer - Tax Collector
Dan McAllister
Attn: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, CA 92101

TX Comptroller of Public Accounts
Attn: Courtney J. Hull
Attn: John Mark Stern, AAG
Bankruptcy & Collections Division, MC 008
P.O. Box 12548
Austin, TX 78711-2548

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Department of Justice
Civil Division
Attn: Lloyd Randolph/Danielle Pham
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

U.S. Department of Justice
Civil Division
Michael R. Sew Hoy
1100 L Street, N.W., Room 10048
Washington, D.C. 20005

United States Department of Labor
Attn: Thomas E. Perez, Secretary
200 Constitution Ave., NW
Washington, DC 20210

Watt Long Beach, LLC
Attn: James Maginn
2716 Ocean Park Blvd.
Santa Monica, CA 90405

Wisconsin Department of Justice
Attn: Brad D. Schimel, AG
Attn: F. Mark Bromley, AAG
Post Office Box 7857
Madison, WI 53707-7857

Richards, Layton & Finger, PA
Attn: Mark D. Collins/Michael Merchant
Attn: Marisa Terranova/Amanda Steele
One Rodney Square
920 North King Street
Wilmington, DE 19801