# **Exhibit B**



RICHARDS
LAYTON &
FINGER

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

Tax I.D. No.:  51-0226371

October 15, 2015
Invoice 495176

Page 1
Client #  714352
Matter #  189111

For disbursements incurred through September 21, 2015
relating to  Reorganization Advice

OTHER CHARGES:

| | |
|---|---|
| Conference Calling | $86.00 |
| Court Reporter Services | $77.60 |
| Document Retrieval | $38.90 |
| Electronic Legal Research | $501.10 |
| Long distance telephone charges | $243.25 |
| Messenger and delivery service | $181.18 |
| Overtime | $65.54 |
| Photocopying/Printing | $581.30 |
| 1,156 @ $.10 pg./ 4,657 @ $.10/pg. | |
| Postage | $7.00 |
| RL&F Service Corp | $5,607.00 |

| | |
|---|---|
| Other Charges | $7,388.87 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$7,388.87** |
| BALANCE BROUGHT FORWARD | $39,914.08 |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176

Page 2

Client #  714352

Matter # 189111

**TOTAL DUE FOR THIS MATTER**                                    $47,302.95

Corinthian Colleges, Inc.                                    October 15, 2015
Stan A. Mortensen, Esq.                                      Invoice 495176
6 Hutton Centre Drive                                        Page 71
Suite 400
Santa Ana CA  92707                                          Client #  714352

Client:   Corinthian Colleges, Inc.

Matter:   Reorganization Advice
          Case Administration
          Creditor Inquiries
          Meetings
          Executory Contracts/Unexpired Leases
          Automatic Stay/Adequate Protection
          Plan of Reorganization/Disclosure Statement
          Use, Sale of Assets
          Cash Collateral/DIP Financing
          Claims Administration
          Court Hearings
          General Corporate/Real Estate
          Schedules/SOFA/U.S. Trustee Reports
          Employee Issues
          Tax Issues
          Litigation/Adversary Proceedings
          Retention of Others
          RLF Fee Applications
          Fee Applications of Others
          Utilities

| Date | Description | | Summary Phrase |
|------|-------------|--|----------------|
| 07/14/15 | 13122694050 Long Distance | | LD |
| | Amount = | $2.78 | |
| 09/01/15 | CourtCall | | CONFCALL |
| | Amount = | $86.00 | |
| 09/01/15 | Photocopies | | DUP.10CC |
| | Amount = | $15.50 | |
| 09/01/15 | 17049724101 Long Distance | | LD |
| | Amount = | $1.39 | |
| 09/01/15 | 15166082400 Long Distance | | LD |
| | Amount = | $12.51 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 72

Client #  714352

| Date | Description | | | Code |
|---|---|---|---|---|
| 09/01/15 | Messenger and delivery | | | MESS |
| | | Amount = | $83.15 | |
| 09/01/15 | Postage | | | POST |
| | | Amount = | $4.16 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.50 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.50 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.60 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.60 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $3.10 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.10 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.10 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.10 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.10 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.10 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.10 | |
| 09/01/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.10 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 73
Client #  714352

| Date | Description | | Code |
|---|---|---|---|
| 09/01/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/01/15 | Printing | | DUP.10CC |
| | | Amount =  $1.50 | |
| 09/01/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/01/15 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/01/15 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 09/01/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/01/15 | Westlaw | | ELEGALRE |
| | | Amount =  $49.50 | |
| 09/02/15 | CORINTHIAN  COLLEGES  INC -<br>Messenger and delivery | | MESS |
| | | Amount =  $17.67 | |
| 09/02/15 | 17272442802 Long Distance | | LD |
| | | Amount =  $6.95 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =  $10.10 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =  $3.70 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =  $1.50 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 74

Client #  714352

| Date | Description | | Code |
|------|-------------|--|------|
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/02/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/03/15 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 09/03/15 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 09/03/15 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 09/03/15 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 75
Client #  714352

| Date | Description | | Code |
|---|---|---|---|
| 09/03/15 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 09/03/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 09/03/15 | Printing | | DUP.10CC |
| | | Amount = $10.70 | |
| 09/03/15 | Printing | | DUP.10CC |
| | | Amount = $4.00 | |
| 09/03/15 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/03/15 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/03/15 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 09/03/15 | Printing | | DUP.10CC |
| | | Amount = $1.60 | |
| 09/03/15 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 09/03/15 | Printing | | DUP.10CC |
| | | Amount = $1.80 | |
| 09/03/15 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 09/03/15 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |
| 09/03/15 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/03/15 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/04/15 | 18165592317 Long Distance | | LD |
| | | Amount = $15.29 | |
| 09/04/15 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 09/04/15 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 76
Client #  714352

| Date | Description | | Code |
|------|-------------|------|------|
| 09/04/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 09/04/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/04/15 | Printing | | DUP.10CC |
| | | Amount =  $1.40 | |
| 09/04/15 | Printing | | DUP.10CC |
| | | Amount =  $1.80 | |
| 09/04/15 | Westlaw | | ELEGALRE |
| | | Amount =  $49.50 | |
| 09/08/15 | 14142787000 Long Distance | | LD |
| | | Amount =  $1.39 | |
| 09/08/15 | 14155682004 Long Distance | | LD |
| | | Amount =  $9.73 | |
| 09/08/15 | Messenger and delivery | | MESS |
| | | Amount =  $7.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $1.60 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $1.40 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $9.70 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $8.90 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 77

Client #  714352

| Date | Description | | |
|---|---|---|---|
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $9.60 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $1.70 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $10.70 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $1.50 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $1.40 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/08/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Corinthian Colleges, Inc.  
Stan A. Mortensen, Esq.  
6 Hutton Centre Drive  
Suite 400  
Santa Ana CA  92707

October 15, 2015  
Invoice 495176  
Page 78

Client #  714352

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 09/08/15 | Printing | Amount =  $9.70 | DUP.10CC |
| 09/08/15 | Printing | Amount =  $9.60 | DUP.10CC |
| 09/08/15 | Printing | Amount =  $8.90 | DUP.10CC |
| 09/08/15 | Printing | Amount =  $0.60 | DUP.10CC |
| 09/08/15 | Printing | Amount =  $0.70 | DUP.10CC |
| 09/09/15 | Messenger and delivery | Amount =  $5.40 | MESS |
| 09/09/15 | PACER | Amount =  $3.00 | DOCRETRI |
| 09/09/15 | PACER | Amount =  $0.70 | DOCRETRI |
| 09/09/15 | PACER | Amount =  $1.00 | DOCRETRI |
| 09/09/15 | PACER | Amount =  $0.20 | DOCRETRI |
| 09/09/15 | PACER | Amount =  $0.10 | DOCRETRI |
| 09/09/15 | PACER | Amount =  $0.20 | DOCRETRI |
| 09/09/15 | PACER | Amount =  $0.20 | DOCRETRI |
| 09/09/15 | PACER | Amount =  $0.30 | DOCRETRI |
| 09/09/15 | Printing | Amount =  $0.10 | DUP.10CC |
| 09/09/15 | Printing | Amount =  $1.10 | DUP.10CC |
| 09/09/15 | Printing | Amount =  $3.70 | DUP.10CC |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 79
Client #  714352

| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $10.10 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.70 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $1.50 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $1.90 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.90 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176

Page 80

Client #  714352

| | | | |
|---|---|---|---|
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/09/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/10/15 | 16123351943 Long Distance | | LD |
| | | Amount =  $1.39 | |
| 09/10/15 | 17144273000 Long Distance | | LD |
| | | Amount =  $2.78 | |
| 09/10/15 | 16123351943 Long Distance | | LD |
| | | Amount =  $4.17 | |
| 09/10/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount =  $1.50 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount =  $1.50 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount =  $8.90 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount =  $9.60 | |

Corinthian Colleges, Inc.                                    October 15, 2015
Stan A. Mortensen, Esq.                                      Invoice 495176
6 Hutton Centre Drive                                        Page 81
Suite 400
Santa Ana CA  92707                                          Client #  714352

| Date | Description | | Code |
|---|---|---|---|
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount = $9.70 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount = $1.40 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount = $1.60 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount = $1.50 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount = $0.90 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount = $1.60 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount = $1.60 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount = $1.60 | |
| 09/10/15 | Printing | | DUP.10CC |
| | | Amount = $1.60 | |
| 09/11/15 | 13109486418 Long Distance | | LD |
| | | Amount = $6.95 | |
| 09/11/15 | 17144242606 Long Distance | | LD |
| | | Amount = $11.12 | |
| 09/11/15 | 13077427896 Long Distance | | LD |
| | | Amount = $23.63 | |
| 09/11/15 | 12133212371 Long Distance | | LD |
| | | Amount = $1.39 | |
| 09/11/15 | 14156276327 Long Distance | | LD |
| | | Amount = $2.78 | |
| 09/11/15 | SECRETARIAL OT THRU 9/15/15 | | OT |
| | | Amount = $65.54 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount = $2.20 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount = $2.10 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount = $3.30 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 82
Client #  714352

| 09/11/15 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =   $1.00 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $10.70 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $3.70 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $1.70 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $3.80 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $0.50 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $3.80 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $0.50 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $0.60 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $0.60 | |
| 09/11/15 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 83

Client #  714352

| 09/11/15 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $0.60 | |
| 09/14/15 | Docket Search | | ELEGALRE |
| | | Amount =  $35.00 | |
| 09/14/15 | Document Retrieval (Electronic) | | ELEGALRE |
| | | Amount =  $0.50 | |
| 09/14/15 | Document Retrieval (Electronic) | | ELEGALRE |
| | | Amount =  $1.10 | |
| 09/14/15 | 12122483184 Long Distance | | LD |
| | | Amount =  $18.07 | |
| 09/14/15 | 13077427896 Long Distance | | LD |
| | | Amount =  $13.90 | |
| 09/14/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 09/14/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 09/14/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 09/14/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 09/14/15 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount =  $0.70 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount =  $1.80 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount =  $0.70 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount =  $0.90 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 84
Client #  714352

| Date | Description | | Code |
|------|-------------|--|------|
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $1.60 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $10.70 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $1.50 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $1.50 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $1.40 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/14/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 85

Client #  714352

| Date | Description | | Amount | Code |
|------|-------------|--|--------|------|
| 09/14/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.90 | |
| 09/14/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 09/14/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 09/14/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 09/14/15 | Printing | | | DUP.10CC |
| | | Amount = | $3.80 | |
| 09/14/15 | Printing | | | DUP.10CC |
| | | Amount = | $3.80 | |
| 09/14/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.40 | |
| 09/14/15 | Westlaw | | | ELEGALRE |
| | | Amount = | $291.50 | |
| 09/15/15 | Photocopies | | | DUP.10CC |
| | | Amount = | $81.20 | |
| 09/15/15 | Photocopies | | | DUP.10CC |
| | | Amount = | $1.10 | |
| 09/15/15 | Photocopies | | | DUP.10CC |
| | | Amount = | $1.10 | |
| 09/15/15 | 13128453454 Long Distance | | | LD |
| | | Amount = | $1.39 | |
| 09/15/15 | 13102295812 Long Distance | | | LD |
| | | Amount = | $16.68 | |
| 09/15/15 | 18182566421 Long Distance | | | LD |
| | | Amount = | $2.78 | |
| 09/15/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 09/15/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.30 | |
| 09/15/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 86
Client #  714352

| | | | |
|---|---|---|---|
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $1.70 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $3.70 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $1.50 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $2.00 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $0.70 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $2.10 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $4.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 87

Client #  714352

| | | | |
|---|---|---|---|
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $1.10 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $4.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 88

Client #  714352

| Date | Description | | Code |
|---|---|---|---|
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/15/15 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/15/15 | Westlaw | | ELEGALRE |
| | | Amount =   $74.00 | |
| 09/16/15 | 17144242606 Long Distance | | LD |
| | | Amount =   $40.31 | |
| 09/16/15 | 13128453454 Long Distance | | LD |
| | | Amount =   $2.78 | |
| 09/16/15 | 13128453454 Long Distance | | LD |
| | | Amount =   $1.39 | |
| 09/16/15 | 19494006938 Long Distance | | LD |
| | | Amount =   $2.78 | |
| 09/16/15 | Messenger and delivery | | MESS |
| | | Amount =   $5.40 | |
| 09/16/15 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 09/16/15 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 09/16/15 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 89

Client #  714352

| 09/16/15 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 09/16/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 09/16/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 09/16/15 | PACER | | DOCRETRI |
| | | Amount = $0.90 | |
| 09/16/15 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 09/16/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount = $1.30 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount = $1.40 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount = $1.10 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount = $1.60 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount = $1.60 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount = $2.10 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |

Corinthian Colleges, Inc.                          October 15, 2015
Stan A. Mortensen, Esq.                            Invoice 495176
6 Hutton Centre Drive                              Page 90
Suite 400
Santa Ana CA  92707                                Client #  714352

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 09/16/15 | Printing | Amount = $0.80 | DUP.10CC |
| 09/16/15 | Printing | Amount = $0.70 | DUP.10CC |
| 09/16/15 | Printing | Amount = $0.70 | DUP.10CC |
| 09/16/15 | Printing | Amount = $1.70 | DUP.10CC |
| 09/16/15 | Printing | Amount = $0.70 | DUP.10CC |
| 09/16/15 | Printing | Amount = $2.70 | DUP.10CC |
| 09/16/15 | Printing | Amount = $0.20 | DUP.10CC |
| 09/16/15 | Printing | Amount = $3.00 | DUP.10CC |
| 09/16/15 | Printing | Amount = $0.20 | DUP.10CC |
| 09/16/15 | Printing | Amount = $0.10 | DUP.10CC |
| 09/16/15 | Printing | Amount = $0.10 | DUP.10CC |
| 09/16/15 | Printing | Amount = $2.80 | DUP.10CC |
| 09/16/15 | Printing | Amount = $0.40 | DUP.10CC |
| 09/16/15 | Printing | Amount = $0.20 | DUP.10CC |
| 09/16/15 | Printing | Amount = $0.10 | DUP.10CC |
| 09/16/15 | Printing | Amount = $1.50 | DUP.10CC |
| 09/16/15 | Printing | Amount = $0.20 | DUP.10CC |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 91

Client #  714352

| Date | Description | | Code |
|---|---|---|---|
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount =  $2.70 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount =  $1.30 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount =  $1.50 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount =  $1.30 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount =  $6.10 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount =  $1.70 | |
| 09/16/15 | Printing | | DUP.10CC |
| | | Amount =  $4.00 | |
| 09/17/15 | OFFICE OF PROGRAM COMPLIANCE - Messenger and delivery | | MESS |
| | | Amount =  $10.86 | |
| 09/17/15 | 12133793841 Long Distance | | LD |
| | | Amount =  $5.56 | |
| 09/17/15 | 16602694715 Long Distance | | LD |
| | | Amount =  $2.78 | |
| 09/17/15 | 16602694715 Long Distance | | LD |
| | | Amount =  $4.17 | |
| 09/17/15 | 18628121367 Long Distance | | LD |
| | | Amount =  $1.39 | |

Corinthian Colleges, Inc.  
Stan A. Mortensen, Esq.  
6 Hutton Centre Drive  
Suite 400  
Santa Ana CA  92707

October 15, 2015  
Invoice 495176  
Page 92  

Client #  714352

| Date | Description | | Code |
|------|-------------|--|------|
| 09/17/15 | 16602694715 Long Distance | | LD |
| | Amount = $6.95 | | |
| 09/17/15 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | Amount = $6.45 | | |
| 09/17/15 | PACER | | DOCRETRI |
| | Amount = $0.40 | | |
| 09/17/15 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 09/17/15 | PACER | | DOCRETRI |
| | Amount = $0.60 | | |
| 09/17/15 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = $0.90 | | |
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 93

Client #  714352

| Date | Description | | |
|---|---|---|---|
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $4.10 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $4.00 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $1.70 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |

Corinthian Colleges, Inc.                                    October 15, 2015
Stan A. Mortensen, Esq.                                      Invoice 495176
6 Hutton Centre Drive                                        Page 94
Suite 400
Santa Ana CA  92707                                          Client #  714352

| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $1.50 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $1.70 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 09/17/15 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176

Page 95

Client #  714352

| | | | |
|---|---|---|---|
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/17/15 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/18/15 | ESCRIBERS, LLC: Transcript | | CTRPT |
| | Amount = | $77.60 | |
| 09/18/15 | Photocopies | | DUP.10CC |
| | Amount = | $15.00 | |
| 09/18/15 | 19494006938 Long Distance | | LD |
| | Amount = | $1.39 | |
| 09/18/15 | 13102018908 Long Distance | | LD |
| | Amount = | $2.78 | |
| 09/18/15 | 13102822225 Long Distance | | LD |
| | Amount = | $1.39 | |
| 09/18/15 | 13102822225 Long Distance | | LD |
| | Amount = | $6.95 | |
| 09/18/15 | 17144242606 Long Distance | | LD |
| | Amount = | $2.78 | |
| 09/18/15 | Richards Layton and Finger/POLSINELLI SHALTON FLANIGAN SUELTHAUS Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 09/18/15 | Richards Layton and Finger/THE ROSNER LAW GROUP LLC Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 09/18/15 | Richards Layton and Finger/US Trustee Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 09/18/15 | Messenger and delivery | | MESS |
| | Amount = | $5.40 | |
| 09/18/15 | Messenger and delivery | | MESS |
| | Amount = | $10.15 | |
| 09/18/15 | Messenger and delivery | | MESS |
| | Amount = | $10.15 | |
| 09/18/15 | Postage | | POST |
| | Amount = | $2.84 | |

Corinthian Colleges, Inc.                                    October 15, 2015
Stan A. Mortensen, Esq.                                      Invoice 495176
6 Hutton Centre Drive                                        Page 96
Suite 400
Santa Ana CA  92707                                          Client #  714352

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $0.70 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $2.10 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $1.60 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $1.70 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $7.00 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $0.70 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $2.50 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 09/18/15 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 97
Client #  714352

| Date | Description | | Amount | Code |
|---|---|---|---|---|
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.10 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $3.70 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.50 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.40 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $1.40 | |
| 09/18/15 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 98

Client #  714352

| Date | Description | Amount | Code |
|---|---|---|---|
| 09/18/15 | Printing | Amount =  $0.10 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.10 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $1.20 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.10 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $2.10 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.30 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $1.00 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.10 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.20 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.20 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.10 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.10 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.80 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.10 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.70 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.30 | DUP.10CC |
| 09/18/15 | Printing | Amount =  $0.20 | DUP.10CC |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176

Page 99

Client #  714352

| Date | | Description | Amount | | Code |
|---|---|---|---|---|---|
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $0.40 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $0.20 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $0.10 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $0.10 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $0.10 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $3.00 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $0.20 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $1.20 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $1.10 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $0.20 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $1.40 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $0.10 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $0.10 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $0.10 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $0.20 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $0.10 | |
| 09/18/15 | | Printing | | | DUP.10CC |
| | | | Amount = | $1.70 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176
Page 100

Client #  714352

| 09/18/15 | Printing | DUP.10CC |
|---|---|---|
| | Amount =  $0.80 | |
| 09/18/15 | Printing | DUP.10CC |
| | Amount =  $0.10 | |
| 09/18/15 | Other - Franchise Tax Report Filing Fee: RL&F Service Corp | RLFSC |
| | Amount =  $200.00 | |
| 09/18/15 | Other - Franchise Tax Report Filing Fee: RL&F Service Corp | RLFSC |
| | Amount =  $200.00 | |
| 09/18/15 | Other - Franchise Tax Report Filing Fee: RL&F Service Corp | RLFSC |
| | Amount =  $150.00 | |
| 09/21/15 | Photocopies | DUP.10CC |
| | Amount =  $1.70 | |
| 09/21/15 | 17733546690 Long Distance | LD |
| | Amount =  $2.78 | |
| 09/21/15 | PACER | DOCRETRI |
| | Amount =  $0.20 | |
| 09/21/15 | PACER | DOCRETRI |
| | Amount =  $0.50 | |
| 09/21/15 | Printing | DUP.10CC |
| | Amount =  $0.20 | |
| 09/21/15 | Printing | DUP.10CC |
| | Amount =  $1.20 | |
| 09/21/15 | Printing | DUP.10CC |
| | Amount =  $1.40 | |
| 09/21/15 | Printing | DUP.10CC |
| | Amount =  $1.40 | |
| 09/21/15 | Printing | DUP.10CC |
| | Amount =  $1.20 | |
| 09/21/15 | Printing | DUP.10CC |
| | Amount =  $1.70 | |
| 09/21/15 | Printing | DUP.10CC |
| | Amount =  $0.30 | |

Corinthian Colleges, Inc.                                          October 15, 2015
Stan A. Mortensen, Esq.                                           Invoice 495176
6 Hutton Centre Drive                                            Page 101
Suite 400
Santa Ana CA  92707                                             Client #  714352

| 09/21/15 | Filing - Approval - Dissolution: RL&F Service Corp | RLFSC |
|---|---|---|
| | Amount =    $297.00 | |
| 09/21/15 | Filing - Approval - Cancellation: RL&F Service Corp | RLFSC |
| | Amount =    $250.00 | |
| 09/21/15 | Filing - Approval - Cancellation : RL&F Service Corp | RLFSC |
| | Amount =    $375.00 | |
| 09/21/15 | Filing - Approval - Dissolution: RL&F Service Corp | RLFSC |
| | Amount =    $397.00 | |
| 09/21/15 | Filing - Approval - Dissolution: RL&F Service Corp | RLFSC |
| | Amount =    $397.00 | |
| 09/21/15 | Filing - Approval - Dissolution: RL&F Service Corp | RLFSC |
| | Amount =    $397.00 | |
| 09/21/15 | Filing - Approval - Dissolution: RL&F Service Corp | RLFSC |
| | Amount =    $397.00 | |
| 09/21/15 | Filing - Approval - Dissolution: RL&F Service Corp | RLFSC |
| | Amount =    $297.00 | |
| 09/21/15 | Filing - Approval - Dissolution: RL&F Service Corp | RLFSC |
| | Amount =    $387.00 | |
| 09/21/15 | Filing - Approval - Dissolution: RL&F Service Corp | RLFSC |
| | Amount =    $397.00 | |
| 09/21/15 | Filing - Approval - Cancellation: RL&F Service Corp | RLFSC |
| | Amount =    $375.00 | |
| 09/21/15 | Filing - Approval - Dissolution: RL&F Service Corp | RLFSC |
| | Amount =    $397.00 | |
| 09/21/15 | Filing - Approval - Dissolution: RL&F Service Corp | RLFSC |
| | Amount =    $397.00 | |

Corinthian Colleges, Inc.
Stan A. Mortensen, Esq.
6 Hutton Centre Drive
Suite 400
Santa Ana CA  92707

October 15, 2015
Invoice 495176

Page 102

Client #  714352

| 09/21/15 | Filing - Approval - Dissolution: RL&F Service Corp | RLFSC |
|---|---|---|

Amount =   $297.00

TOTALS FOR   714352                    Corinthian Colleges, Inc.

Expenses      $7,388.87