# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |
| § | Objection Deadline: November 10, 2015 at 4:00 p.m. (ET) |

-----------------------------------------------------------------

## NOTICE OF STAFFING REPORT

PLEASE TAKE NOTICE that FTI Consulting, Inc. has today filed the **Fifth Compensation and Staffing Report of FTI Consulting, Inc. for the Period of September 1, 2015 through October 12, 2015** (the "**Staffing Report**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").  The Staffing Report is attached hereto as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Staffing Report must be made in accordance with the *Amended Order (I) Authorizing the Retention and Employment of FTI Consulting, Inc. as Crisis Manager and (II) Designating William J. Nolan as Chief Restructuring Officer Nunc Pro Tunc to the Petition Date* [Docket No. 235] (the "**FTI Retention Order**") and must be served upon and received by (i) the Debtors, Corinthian Colleges, Inc., 6 Hutton Centre Drive, Suite 400, Santa Ana, CA 92707, Attn: Stan Mortensen; (ii) counsel to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Debtor, Richards, Layton & Finger, P.A., 920 N. King Street, One Rodney Square, Wilmington, Delaware 19807, Attn: Mark D. Collins; (iii) the U.S. Trustee, 844 North King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Richard Schepacarter; (iv) counsel to the Official Committee of Unsecured Creditors appointed in these chapter 11 cases, (a) Brown Rudnick LLP, Seven Times Square, New York, New York 10036, Attn: Bennett S. Silverberg and (b) The Rosner Law Group LLC, 824 Market Street, Suite 810, Wilmington, Delaware 19801, Attn: Julia B. Klein; and (v) counsel to the Official Committee of Student Creditors appointed in the Chapter 11 Case, (a) Robins Kaplan LLP, 2049 Century Park East, Suite 3400, Los Angeles, California 90067, Attn: Scott F. Gautier and (b) Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, Attn: Christopher A. Ward (collectively, the "**Notice Parties**") so as to be received by no later than **November 10, 2015 at 4:00 p.m. (Eastern Standard Time)**.

PLEASE TAKE FURTHER NOTICE that in the event an objection is timely raised and not consensually resolved, the Bankruptcy Court will review the Staffing Report and consider such objection.

RLF1 13173117v.1

<div style="display: flex;">

Date: October 21, 2015
    Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Amanda R. Steele*
Mark D. Collins (No. 2981)
Michael E. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
       merchant@rlf.com
       terranova@rlf.com
       steele@rlf.com

*Counsel for Debtors and Debtors in Possession*

</div>