# EXHIBIT A

## EXHIBIT A

## CORINTHIAN COLLEGES, INC., et al.

September 1, 2015 through September 21, 2015

| *a. Case Administration* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| Michael A. Jackson | 1.0 | $345.00 | $345.00 |
| Carol S. Ennis | 1.2 | $340.00 | $408.00 |
| | **2.2** | | **$753.00** |

| *b. Meetings and Communications with Creditors* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| H. Jeffrey Schwartz | 4.5 | $1,235.00 | $5,557.50 |
| Jacob T. Beiswenger | .3 | $570.00 | 171.00 |
| | **4.8** | | **$5,728.50** |

| *c. Employment and Fee Applications* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| Carol S. Ennis | 3.3 | $340.00 | $1,122.00 |
| | **3.3** | | **$1,122.00** |

| *d. Plan and Disclosure Statement* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| H. Jeffrey Schwartz | 2.2 | $1,235.00 | $2,717.00 |
| Bennett S. Silverberg | 2.3 | $885.00 | $2,035.50 |
| Barbara J. Kelly | 1.7 | $880.00 | $1,496.00 |
| Jacob T. Beiswenger | .2 | $570.00 | $114.00 |
| Stephanie N. Bollheimer | 1.3 | $475.00 | $617.50 |
| | **7.7** | | **$6,980.00** |

- 2 -

| e. *D&O Investigation* | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Hourly Rate** | **Total** |
| H. Jeffrey Schwartz | 8.2 | $1,235.00 | $10,127.00 |
| Lauren E. Curry | 6.9 | $730.00 | $5,037.00 |
| Lara N. Burke | 23.8 | $470.00 | $11,186.00 |
| Christian M. Seitz | 1.1 | $340.00 | $374.00 |
| | **40.0** | | **$26,724.00** |

**TOTAL HOURS:** 58.0
**TOTAL FEES:** $41,307.50