# EXHIBIT B

# BROWNRUDNICK

One Financial Center
Boston Massachusetts 02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice  687654
Date  Oct 21, 2015
Client  032615

RE: CASE ADMINISTRATION

# INVOICE

For professional services rendered in connection with the above captioned matter through September 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0002 | CASE ADMINISTRATION | 753.00 | 0.00 | 753.00 |
| | Total | 753.00 | 0.00 | 753.00 |

Total Current Fees                                      $753.00

**Total Invoice**                                           **$753.00**

## TIME DETAIL

| Date | Professional | Description | Hours |
|---|---|---|---|
| 09/01/15 | JACKSON | CIRCULATE NEWLY FILED PLEADINGS | 0.5 |
| 09/03/15 | JACKSON | CIRCULATE KEY PLEADINGS AND UPDATE CASE CALENDAR | 0.5 |
| 09/10/15 | ENNIS | CIRCULATE COPIES OF RECENTLY FILED SUBSTANTIVE PLEADINGS | 0.3 |
| 09/14/15 | ENNIS | CIRCULATE ORDERS ENTERED | 0.1 |
| 09/15/15 | ENNIS | CIRCULATE DEBTORS' OBJECTION TO JENNIFER STEVENS' MOTION FOR RELIEF | 0.1 |
| 09/15/15 | ENNIS | CIRCULATE AMENDED SCHEDULES | 0.5 |
| 09/21/15 | ENNIS | CIRCULATE MISCELLANEOUS PLEADINGS | 0.2 |
| | **Total Hours** | | **2.2** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| CAROL S. ENNIS | 1.2 | hours at | 340.00 | 408.00 |
| MICHAEL A. JACKSON | 1.0 | hours at | 345.00 | 345.00 |
| **Total Fees** | | | | **753.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BROWN**RUDNICK

One Financial Center
Boston Massachusetts 02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice   687654
Date   Oct 21, 2015
Client   032615

RE: CASE ADMINISTRATION

Remittance

**Balance Due: $753.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

Brown Rudnick LLP   Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



One Financial Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE  
OF UNSECURED CR  
C/O BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK NY 10036  
UNITED STATES  

Invoice      687655  
Date    Oct 21, 2015  
Client       032615  

RE:    MEETINGS AND COMMUNICATIONS WITH CREDITORS

# INVOICE

For professional services rendered in connection with the above captioned matter through September 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 5,728.50 | 0.00 | 5,728.50 |
|  | **Total** | **5,728.50** | **0.00** | **5,728.50** |

Total Current Fees                    $5,728.50

**Total Invoice**                         **$5,728.50**

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS
October 21, 2015

Invoice 787655
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|---|---|---|---|
| 09/01/15 | SCHWARTZ | PREP FOR AND PARTICIPATION IN ALL HANDS MEETING RE EFFECTIVE DATE | 1.8 |
| 09/02/15 | SCHWARTZ | PREPARE FOR COMMITTEE MEETING AND EFFECTIVE DATE | 2.7 |
| 09/10/15 | BEISWENGER | RESPOND TO CREDITOR INQUIRIES | 0.3 |
| | Total Hours | | 4.8 |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| H. JEFFREY SCHWARTZ | 4.5 | hours at | 1,235.00 | 5,557.50 |
| JACOB T. BEISWENGER | 0.3 | hours at | 570.00 | 171.00 |
| Total Fees | | | | 5,728.50 |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWNRUDNICK

One Financial Center
Boston Massachusetts 02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 687655 |
| Date | Oct 21, 2015 |
| Client | 032615 |

RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS



Remittance

**Balance Due: $5,728.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

# BROWNRUDNICK

One Financial Center
Boston Massachusetts 02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice 687656
Date Oct 21, 2015
Client 032615

RE:   EMPLOYMENT AND FEE APPLICATIONS

## INVOICE

For professional services rendered in connection with the above captioned matter through September 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0004 | EMPLOYMENT AND FEE APPLICATIONS | 1,122.00 | 0.00 | 1,122.00 |
| | **Total** | **1,122.00** | **0.00** | **1,122.00** |

Total Current Fees   $1,122.00

**Total Invoice**   **$1,122.00**

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

brownrudnick.com

## TIME DETAIL

| Date | Professional | Description | Hours |
|---|---|---|---|
| 09/15/15 | ENNIS | COORDINATE WITH LOCAL COUNSEL RE: FILING OF CNO IN CONNECTION WITH BROWN RUDNICK JULY FEE APPLICATION | 0.1 |
| 09/16/15 | ENNIS | DRAFT AUGUST FEE APPLICATION | 1.0 |
| 09/21/15 | ENNIS | MODIFICATIONS TO BROWN RUDNICK AUGUST FEE APPLICATION | 0.3 |
| 09/21/15 | ENNIS | MODIFICATIONS TO BROWN RUDNICK AUGUST FEE APPLICATION | 0.4 |
| 09/22/15 | ENNIS | MODIFICATIONS TO AUGUST FEE APPLICATION | 0.4 |
| 09/25/15 | ENNIS | FINALIZE BROWN RUDNICK AUGUST FEE APPLICATION (.6); COORDINATE FILING RE: SAME (.3); PROVIDE US TRUSTEE WITH LEDES FORMATTED INVOICES (.2) | 1.1 |
| **Total Hours** | | | **3.3** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| CAROL S. ENNIS | 3.3 | hours at | 340.00 | 1,122.00 |
| **Total Fees** | | | | **1,122.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# BROWN RUDNICK

One Financial Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice       687656
Date      Oct 21, 2015
Client        032615

RE:   EMPLOYMENT AND FEE APPLICATIONS



# Remittance

**Balance Due: $1,122.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

**BROWN RUDNICK**

One Financial Center
Boston
Massachusetts 02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 687657 |
| Date | Oct 21, 2015 |
| Client | 032615 |

RE:    PLAN AND DISCLOSURE STATEMENT

# INVOICE

For professional services rendered in connection with the above captioned matter through September 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0006 | PLAN AND DISCLOSURE STATEMENT | 6,980.00 | 0.00 | 6,980.00 |
| | Total | 6,980.00 | 0.00 | 6,980.00 |

| | |
|---|---|
| Total Current Fees | $6,980.00 |
| **Total Invoice** | **$6,980.00** |


CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE OF UNSECURED CR
RE: PLAN AND DISCLOSURE STATEMENT
October 21, 2015
Case 15-10952-JTD    Doc 1068-2    Filed 10/27/15    Page 12 of 17
Invoice 687657
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours |
|---|---|---|---|
| 09/09/15 | SCHWARTZ | ANALYSIS OF EFFECTIVE DATE RELATED DATA AND ASSET PROSECUTION ISSUES | 2.2 |
| 09/10/15 | BOLLHEIMER | REVIEW OF REVISED DISTRIBUTION TRUST AGREEMENT | 0.7 |
| 09/10/15 | KELLY | REVIEW OF TRUST AGREEMENT AND SUMMARY CONFIRMATION OF SAME | 0.8 |
| 09/15/15 | SILVERBERG | TELEPHONE CONFERENCE WITH CCI, FTI, BOA, RLF, C. JALPERT REGARDING EFFECTIVE DATE PREPARATIONS | 1.0 |
| 09/16/15 | SILVERBERG | ATTENTION TO EFFECTIVE DATE ISSUES | 1.3 |
| 09/17/15 | BOLLHEIMER | REVIEW OF EMAIL AND ATTACHMENTS FROM CHRISTOPHER SLAYBAUGH OF WILMINGTON TRUST (.3); CALL TO CHRISTOPHER SLAYBAUGH OF WILMINGTON TRUST RE: TRUST AGREEMENT AND FILLING (.3) | 0.6 |
| 09/17/15 | KELLY | ATTENTION TO FINALIZING DISTRIBUTION TRUST AND APPROVAL OF TRUST TERMS | 0.9 |
| 09/25/15 | BEISWENGER | REVIEW AND ANALYZE PLAN PROVISIONS RE: EXCEPTIONS TO COMMITTEE DISSOLUTION | 0.2 |
| **Total Hours** | | | **7.7** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| H. JEFFREY SCHWARTZ | 2.2 | hours at | 1,235.00 | 2,717.00 |
| BENNETT S. SILVERBERG | 2.3 | hours at | 885.00 | 2,035.50 |
| BARBARA J KELLY | 1.7 | hours at | 880.00 | 1,496.00 |
| JACOB T. BEISWENGER | 0.2 | hours at | 570.00 | 114.00 |
| STEPHANIE N. BOLLHEIMER | 1.3 | hours at | 475.00 | 617.50 |
| **Total Fees** | | | | **6,980.00** |

INCLUDES ONLY TIME AND COSTS TO DATE
KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT
PAYABLE WITHIN 30 DAYS

TAX IDENTIFICATION # 04-3108175

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWN RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice    687657
Date       Oct 21, 2015
Client     032615

RE:    PLAN AND DISCLOSURE STATEMENT

## Remittance

**Balance Due: $6,980.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996

# BROWNRUDNICK

One Financial Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

| | |
|---|---|
| Invoice | 687658 |
| Date | Oct 21, 2015 |
| Client | 032615 |

RE:  D&O INVESTIGATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through September 30, 2015:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 032615.0020 | D&O INVESTIGATION | 26,724.00 | 0.00 | 26,724.00 |
| | Total | 26,724.00 | 0.00 | 26,724.00 |

| | |
|---|---|
| Total Current Fees | $26,724.00 |
| **Total Invoice** | **$26,724.00** |

brownrudnick.com

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

## TIME DETAIL

| Date | Professional | Description | Hours |
|---|---|---|---|
| 09/02/15 | SEITZ | REVIEW CASE DATABASE FOR LIST OF CORPORATE OFFICERS AND DIRECTORS DURING LOOK BACK PERIOD | 1.1 |
| 09/03/15 | BURKE | COMPILE LIST OF TARGET CCI DIRECTORS AND OFFICERS SERVING OVER THE BREACH OF FIDUCIARY DUTY "LOOK BACK" PERIOD | 0.7 |
| 09/04/15 | SCHWARTZ | ANALYSIS OF EFFECTIVE DATE ISSUES RE DATA AS RELATES TO CLAIMS PROSECUTION | 2.8 |
| 09/08/15 | CURRY | REVIEW AND REVISE D&O CLAIMS CHART | 0.9 |
| 09/08/15 | SCHWARTZ | ANALYSIS OF EFFECTIVE DATE ISSUES RE DATA AND DOCUMENT RETENTION TO SUPPORT LITIGATION | 2.6 |
| 09/08/15 | BURKE | STRATEGIZE REGARDING BREACH OF FIDUCIARY DUTY CLAIMS | 0.3 |
| 09/08/15 | BURKE | ADD DETAILED CLAIM INFORMATION TO CHART OF CLAIMS AGAINST DIRECTORS AND OFFICERS | 3.1 |
| 09/09/15 | BURKE | REVISE CHART OF CLAIMS ASSERTED AGAINST CORINTHIAN COLLEGES INC | 3.3 |
| 09/09/15 | CURRY | PREPARE D&O SUMMARIES | 2.3 |
| 09/10/15 | CURRY | CORRESPONDENCE RE D&O POLICIES | 0.8 |
| 09/11/15 | BURKE | RESEARCH AND ANALYZE CLAIMS OF BREACH OF FIDUCIARY DUTY | 5.1 |
| 09/11/15 | BURKE | REVIEW SECURITIES AND EXCHANGE COMMISSION FILINGS AND COMPILE LIST OF DIRECTORS AND OFFICERS WHOSE COMMUNICATIONS SHOULD BE PRESERVED | 1.6 |
| 09/13/15 | BURKE | RESEARCH POSSIBLE BREACH OF FIDUCIARY DUTY CLAIMS | 0.9 |
| 09/15/15 | BURKE | RESEARCH BREACH OF FIDUCIARY DUTY CLAIMS | 2.5 |
| 09/15/15 | BURKE | DRAFT MEMORANDUM ADDRESSING POSSIBLE BREACH OF FIDUCIARY CLAIMS TO BE ASSERTED AGAINST DIRECTORS AND OFFICERS | 3.1 |
| 09/15/15 | BURKE | REVISE MEMORANDUM ADDRESSING POSSIBLE BREACH OF FIDUCIARY DUTY CLAIMS TO BE BROUGHT AGAINST DIRECTORS AND OFFICERS | 0.6 |
| 09/17/15 | BURKE | STRATEGIZE REGARDING DOCUMENT REQUESTS AND OTHER FIRM DOCUMENT REQUESTS AS TEMPLATES | 0.2 |
| 09/17/15 | CURRY | CORRESPONDENCE RE DOCUMENT REQUEST | 1.1 |


Case 15-10952-JTD   Doc 1068-2   Filed 10/27/15   Page 16 of 17

CORINTHIAN COLLEGES, INC. - OFFICIAL COMMITTEE OF UNSECURED CR  
RE: D&O INVESTIGATION  
October 21, 2015  
Invoice 1687658  
Page 3

| Date | Professional | Description | Hours |
|---|---|---|---|
| 09/18/15 | CURRY | REVISE DOCUMENT REQUEST | 1.8 |
| 09/18/15 | BURKE | RESEARCH (.9) AND DRAFT (1.5) DISCOVERY REQUEST | 2.4 |
| 09/21/15 | SCHWARTZ | ANALYSIS OF LITIGATION STRATEGIC AND RESOLUTION STRATEGIES | 2.8 |
| **Total Hours** | | | **40.0** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| LAUREN E. CURRY | 6.9 | hours at | 730.00 | 5,037.00 |
| H. JEFFREY SCHWARTZ | 8.2 | hours at | 1,235.00 | 10,127.00 |
| LARA N. BURKE | 23.8 | hours at | 470.00 | 11,186.00 |
| CHRISTIAN M. SEITZ | 1.1 | hours at | 340.00 | 374.00 |
| **Total Fees** | | | | **26,724.00** |

INCLUDES ONLY TIME AND COSTS TO DATE  
KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT  
PAYABLE WITHIN 30 DAYS

TAX IDENTIFICATION # 04-3108175

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# BROWNRUDNICK

One Financial Center
Boston Massachusetts 02111
tel 617.856.8200
fax 617.856.8201

CORINTHIAN COLLEGES, INC. OFFICIAL COMMITTEE
OF UNSECURED CR
C/O BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036
UNITED STATES

Invoice     687658
Date        Oct 21, 2015
Client      032615

RE:    D&O INVESTIGATION



## Remittance

**Balance Due: $26,724.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 4987322996