# Exhibit A

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| Client ID 1688.00 Creditors' Committee | | | | | | | | | | |
| 1688.00 | 09/01/2015 | 1 | P | BB105 | A108 | 275.00 | 0.60 | 165.00 | T/c misc. creditors re: plan and disc. statement (.6) | 679 |
| 1688.00 | 09/01/2015 | 1 | P | BB118 | A104 | 275.00 | 0.10 | 27.50 | Review email re: effective date of plan (.1) | 682 |
| 1688.00 | 09/02/2015 | 1 | P | BB101 | A108 | 275.00 | 0.30 | 82.50 | T/c misc. creditors re: case status | 683 |
| 1688.00 | 09/15/2015 | 1 | P | BB101 | A108 | 275.00 | 0.30 | 82.50 | T/c creditor re: return on unsecured claims (.2); email lead counsel re: same (.1) | 699 |
| | Subtotal for Timekeeper 1 | | | | | Billable | 1.30 | 357.50 | Frederick B. Rosner | |
| 1688.00 | 09/01/2015 | 3 | P | BB103 | A104 | 275.00 | 0.20 | 55.00 | Review Debtors' motion to extend deadline for assuming or rejecting executory contracts (.2). | 680 |
| 1688.00 | 09/01/2015 | 3 | P | BB119 | A107 | 275.00 | 0.20 | 55.00 | Communicate with Tamara, Jeffrey, Marc A and Wayne re professional fees (.2). | 681 |
| 1688.00 | 09/02/2015 | 3 | P | BB118 | A108 | 275.00 | 0.40 | 110.00 | Multiple email exchanges with Tamara/FTI re professional fees and effective date (.4). | 684 |
| 1688.00 | 09/03/2015 | 3 | P | BB102 | A107 | 275.00 | 0.70 | 192.50 | Participate in committee call (.7). | 685 |
| 1688.00 | 09/04/2015 | 3 | P | BB107 | A104 | 275.00 | 0.20 | 55.00 | Communicate with Carrie re: term sheet (.1); review same (.1). | 687 |
| 1688.00 | 09/06/2015 | 3 | P | BB107 | A103 | 275.00 | 0.80 | 220.00 | Email exchange with counsel for SVB re control ageements (.1); finish diligence document request letter (.7). | 686 |
| 1688.00 | 09/06/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review amended agenda for 9/8 hearing (.1). | 688 |
| 1688.00 | 09/08/2015 | 3 | P | BB107 | A104 | 275.00 | 0.10 | 27.50 | Review order denying UST's motion to extend challenge deadline (.1). | 689 |
| 1688.00 | 09/08/2015 | 3 | P | BB107 | A104 | 275.00 | 0.60 | 165.00 | Review COC and second stipulation regarding extension of Termination Date under Cash Collateral Order (.6). | 690 |
| 1688.00 | 09/09/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review CNO re motion to approve stipulation between Ds and McKinley Avenue (.1). | 691 |
| 1688.00 | 09/09/2015 | 3 | P | BB102 | A104 | 275.00 | 0.10 | 27.50 | Review email from JHS to committee re ITT Education (.1). | 692 |
| 1688.00 | 09/09/2015 | 3 | P | BB102 | A104 | 275.00 | 0.10 | 27.50 | Review cttee member email re ITT Education (.1). | 693 |
| 1688.00 | 09/11/2015 | 3 | P | BB101 | A108 | 275.00 | 0.40 | 110.00 | Telephone call from creditor with many questions about case (.4). | 694 |
| 1688.00 | 09/11/2015 | 3 | P | BB101 | A108 | 275.00 | 0.10 | 27.50 | Voicemail from MN attorney representing creditor; return her call, leave Voice mail (.1). | 695 |
| 1688.00 | 09/11/2015 | 3 | P | BB101 | A107 | 275.00 | 1.00 | 275.00 | Telephone call from creditor's counsel re: case, administrative expenses, etc. (.3); review follow-up email from same and supporting documentation (.6); send email to Ben S re same (.1). | 697 |
| 1688.00 | 09/14/2015 | 3 | P | BB118 | A103 | 275.00 | 0.40 | 110.00 | Review docket for objections to RLG 3d monthly fee application (.1); draft CNO re same (.1); electronically file CNO and send email to Ds counsel requesting payment of July fees/expenses (.2). | 698 |
| 1688.00 | 09/14/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review order approving stip between Debtors and McKinley Avenue (.1). | 748 |
| 1688.00 | 09/15/2015 | 3 | P | BB119 | A107 | 275.00 | 0.10 | 27.50 | Communicate with Carol E re BR 3d monthly fee application (.1). | 702 |
| 1688.00 | 09/15/2015 | 3 | P | BB105 | A104 | 275.00 | 0.10 | 27.50 | Review notice of effective date of Plan (.1). | 733 |
| 1688.00 | 09/15/2015 | 3 | P | BB123 | A104 | 275.00 | 0.10 | 27.50 | Review Quarterly Notice Pursuant to D&O Insurance Order (.1). | 749 |
| 1688.00 | 09/15/2015 | 3 | P | BB111 | A104 | 275.00 | 1.10 | 302.50 | Review amended schedules (1.1). | 750 |
| 1688.00 | 09/16/2015 | 3 | P | BB109 | A104 | 275.00 | 0.20 | 55.00 | Review agenda for 9/18 hearing (.1); email exchanges with Ben S re same (.1). | 700 |
| 1688.00 | 09/16/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review COC re 4th order authorizing the rejection of certain nonresidential leases nunc pro tunc to date that Debtors surrender possession (.1). | 701 |
| 1688.00 | 09/16/2015 | 3 | P | BB119 | A103 | 275.00 | 0.30 | 82.50 | Review docket for objections to BR third monthly fee application (.1); draft CNO re BR third monthly fee application (.1); electronically file same and confirm filing to Carol E. (.1). | 703 |
| 1688.00 | 09/16/2015 | 3 | P | BB101 | A104 | 275.00 | 0.20 | 55.00 | Review correspondence from chamber regarding letter from student creditor to chambers; review student letter and law clerk's response thereto (.2). | 704 |
| 1688.00 | 09/16/2015 | 3 | P | BB108 | A104 | 275.00 | 0.50 | 137.50 | Review notice of satisfaction in part or in full of certain employee and tax claims (.5). | 706 |
| 1688.00 | 09/16/2015 | 3 | P | BB108 | A104 | 275.00 | 0.70 | 192.50 | Review Debtor's objection to claim filed by Illinois Office of the Attorney General (.7). | 707 |
| 1688.00 | 09/16/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review withdrawal of claims asserted by Dept of Treasury (.1). | 709 |
| 1688.00 | 09/17/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review fourth order authorizing Ds to Reject Certain Unexpired Leases of Nonresidential Real Property Effective Nunc Pro Tunc to surrender date (.1). | 705 |
| 1688.00 | 09/17/2015 | 3 | P | BB108 | A104 | 275.00 | 1.90 | 522.50 | Review Debtors' objection to claim filed by Consumer Financial Protection Bureau (.5); review Debtors' objection to claim by The People of the State of California (.8); review Debtors' objection to claim asserted by Commonwealth of Massachusetts (.6). | 708 |
| 1688.00 | 09/17/2015 | 3 | P | BB119 | A104 | 275.00 | 0.40 | 110.00 | Review staffing report for month of August (.4). | 710 |
| 1688.00 | 09/17/2015 | 3 | P | BB106 | A104 | 275.00 | 0.40 | 110.00 | Review motion by EFN Merrillville Property to compel immediate payment of rent pursuant to 365(d)(3) (.4). | 712 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| Client ID 1688.00 Creditors' Committee | | | | | | | | | | |
| 1688.00 | 09/17/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review Ds COC re fifth omnibus order authorizing rejection of nonresidential property leases (.1). | 713 |
| 1688.00 | 09/17/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review CNO re Ds motion to extend time by which Ds must reject or assume nonresidential real property leases (.1). | 714 |
| 1688.00 | 09/18/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review amended hearing agenda (.1). | 711 |
| 1688.00 | 09/18/2015 | 3 | P | BB109 | A101 | 275.00 | 1.70 | 467.50 | Plan, prepare for and attend 9/18 hearing (1.7). | 715 |
| 1688.00 | 09/18/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review order granting Ds motion to extend time to reject or assume nonresidential real property leases (.1). | 716 |
| 1688.00 | 09/18/2015 | 3 | P | BB119 | A108 | 275.00 | 0.10 | 27.50 | Review and respond to email from Judy of G/S re G/S 4th monthly fee application (.1). | 717 |
| 1688.00 | 09/18/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review fifth order authorizing the Debtors to reject certain unexpired nonresidential leases and abandon personal property (.1). | 718 |
| 1688.00 | 09/18/2015 | 3 | P | BB104 | A104 | 275.00 | 0.10 | 27.50 | Review order approving stipulation for stay relief with Jennifer Stevens (.1). | 721 |
| 1688.00 | 09/18/2015 | 3 | P | BB102 | A104 | 275.00 | 0.30 | 82.50 | Review email from HJS to Committee regarding effective date and with information/press releases regarding today's hearing (.3). | 723 |
| 1688.00 | 09/18/2015 | 3 | P | BB102 | A104 | 275.00 | 1.80 | 495.00 | Review email from Brown Rudnick to Committee regarding distribution trust agreement (.1); review executed distribution trust agreement (1.6); send email to JHS re Certificate of Trust (.1). | 724 |
| 1688.00 | 09/18/2015 | 3 | P | BB106 | A104 | 275.00 | 0.50 | 137.50 | Review debtors' operation report for August (.5). | 725 |
| 1688.00 | 09/21/2015 | 3 | P | BB119 | A107 | 275.00 | 0.20 | 55.00 | Communicate with Ds counsel and BR re final fee applications (.2). | 727 |
| 1688.00 | 09/21/2015 | 3 | P | BB119 | A107 | 275.00 | 0.60 | 165.00 | Communicate with Chris of Willkie re Willkie's first monthly fee application (.2); review same and provide comments to Chris (.4). | 729 |
| 1688.00 | 09/21/2015 | 3 | P | BB105 | A107 | 275.00 | 0.80 | 220.00 | Communication from HJS re CCI Plan executed Effective Date documents (.1); review same (.7). | 731 |
| 1688.00 | 09/22/2015 | 3 | P | BB119 | A103 | 275.00 | 1.50 | 412.50 | Review updated Willkie fee application (.6); draft notice of fee application (.3); prepare all documents for filing (.3); electronically file Willkie's first monthly fee application (.1); email communication with Chris K re same (.2). | 728 |
| 1688.00 | 09/22/2015 | 3 | P | BB102 | A104 | 275.00 | 0.10 | 27.50 | Review Committee email re occurrence of effective date (.1). | 730 |
| 1688.00 | 09/22/2015 | 3 | P | BB103 | A104 | 275.00 | 1.00 | 275.00 | Review Debtors' motion to approve assumption and assignment of Transition Services Agreement with Zenith (1.0). | 732 |
| 1688.00 | 09/23/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review email from A Schlitz re admin payment request (.1). | 734 |
| 1688.00 | 09/23/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review email from Ben S re A Schlitz re admin payment request (.1). | 735 |
| 1688.00 | 09/23/2015 | 3 | P | BB119 | A104 | 275.00 | 0.10 | 27.50 | Review CNO re RLG's third monthly fee application (.1). | 745 |
| 1688.00 | 09/25/2015 | 3 | P | BB119 | A104 | 275.00 | 1.20 | 330.00 | Review email from Ben S to committee re RB August fee application (.1); communicate with Carol E re: same (.1); review fee application (.7); telephone calls with law clerk re: drafting of notice and filing of fee application (.1); review as-filed version (.2). | 746 |
| 1688.00 | 09/25/2015 | 3 | P | BB102 | A104 | 275.00 | 1.00 | 275.00 | Review communication from HJS to Committee re: plan confirmation issues (.2); communicate with HJS re same (.1); review attachments to email re plan confirmation (.7). | 747 |
| | Subtotal for Timekeeper 3 | | | | | Billable | 23.60 | 6,490.00 | Julia Klein | |
| 1688.00 | 09/29/2015 | 4 | P | BB101 | A108 | 275.00 | 0.20 | 55.00 | Call from Creditor with question re: notice of effective date. | 740 |
| | Subtotal for Timekeeper 4 | | | | | Billable | 0.20 | 55.00 | Scott Leonhardt | |
| 1688.00 | 09/11/2015 | 5 | P | BB100 | A104 | 75.00 | 0.10 | 7.50 | Review docket to see if CNOs need to be filed. | 696 |
| 1688.00 | 09/18/2015 | 5 | P | BB119 | A104 | 75.00 | 1.30 | 97.50 | Review Procedure Order and Order confirming plan after effective date (0.5) and distribution trustee agreement (0.8) | 719 |
| 1688.00 | 09/18/2015 | 5 | P | BB100 | A101 | 75.00 | 0.10 | 7.50 | Calendar last day to file fee applications | 720 |
| 1688.00 | 09/18/2015 | 5 | P | BB118 | A101 | 75.00 | 0.20 | 15.00 | Review and Print Bill/Time Sheets for August - RLG's fourth fee application | 722 |
| 1688.00 | 09/18/2015 | 5 | P | BB118 | A103 | 75.00 | 1.30 | 97.50 | Created Fourth Monthly Fee Application, and updated compensation by time keeper, category chart and expense summary chart. | 726 |
| 1688.00 | 09/25/2015 | 5 | P | BB119 | A103 | 75.00 | 0.10 | 7.50 | Draft notice for Brown Rudnicks fourth monthly fee application | 736 |
| 1688.00 | 09/25/2015 | 5 | P | BB119 | A101 | 75.00 | 0.10 | 7.50 | Scan and save Brown Rudnick's fee application and exhibits | 737 |
| 1688.00 | 09/25/2015 | 5 | P | BB119 | A101 | 75.00 | 0.20 | 15.00 | Electronically file BR's fourth fee app, exhibits and notice (.2) | 738 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1688.00 Creditors' Committee** | | | | | | | | | | |
| 1688.00 | 09/25/2015 | 5 | P | BB119 | A101 | 75.00 | 0.10 | 7.50 | Electronically file COS for BR's fourth monthly fee application | 739 |
| Subtotal for Timekeeper 5 | | | | | | Billable | 3.50 | 262.50 | Hena Kumar | |
| **Total for Client ID 1688.00** | | | | | | Billable | 28.60 | 7,165.00 | Creditors' Committee Corinthian Colleges, Inc. | |

**GRAND TOTALS**

| | | | | | | Billable | 28.60 | 7,165.00 | | |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1688.00 Creditors' Committee** | | | | | | | | | | |
| 1688.00 | 09/11/2015 | 5 | P | BB100 | A104 | 75.00 | 0.10 | 7.50 | Review docket to see if CNOs need to be filed. | 696 |
| 1688.00 | 09/18/2015 | 5 | P | BB100 | A101 | 75.00 | 0.10 | 7.50 | Calendar last day to file fee applications | 720 |
| | Subtotal for Phase ID BB100 | | | | | Billable | 0.20 | 15.00 | Case Administration | |
| 1688.00 | 09/02/2015 | 1 | P | BB101 | A108 | 275.00 | 0.30 | 82.50 | T/c misc. creditors re: case status | 683 |
| 1688.00 | 09/11/2015 | 3 | P | BB101 | A108 | 275.00 | 0.40 | 110.00 | Telephone call from creditor with many questions about case (.4). | 694 |
| 1688.00 | 09/11/2015 | 3 | P | BB101 | A108 | 275.00 | 0.10 | 27.50 | Voicemail from MN attorney representing creditor; return her call, leave Voice mail (.1). | 695 |
| 1688.00 | 09/11/2015 | 3 | P | BB101 | A107 | 275.00 | 1.00 | 275.00 | Telephone call from creditor's counsel re: case, administrative expenses, etc. (.3); review follow-up email from same and supporting documentation (.6); send email to Ben S re same (.1). | 697 |
| 1688.00 | 09/15/2015 | 1 | P | BB101 | A108 | 275.00 | 0.30 | 82.50 | T/c creditor re: return on unsecured claims (.2); email lead counsel re: same (.1) | 699 |
| 1688.00 | 09/16/2015 | 3 | P | BB101 | A104 | 275.00 | 0.20 | 55.00 | Review correspondence from chamber regarding letter from student creditor to chambers; review student letter and law clerk's response thereto (.2). | 704 |
| 1688.00 | 09/29/2015 | 4 | P | BB101 | A108 | 275.00 | 0.20 | 55.00 | Call from Creditor with question re: notice of effective date. | 740 |
| | Subtotal for Phase ID BB101 | | | | | Billable | 2.50 | 687.50 | Creditor Inquiries | |
| 1688.00 | 09/03/2015 | 3 | P | BB102 | A107 | 275.00 | 0.70 | 192.50 | Participate in committee call (.7). | 685 |
| 1688.00 | 09/09/2015 | 3 | P | BB102 | A104 | 275.00 | 0.10 | 27.50 | Review email from JHS to committee re ITT Education (.1). | 692 |
| 1688.00 | 09/09/2015 | 3 | P | BB102 | A104 | 275.00 | 0.10 | 27.50 | Review cttee member email re ITT Education (.1). | 693 |
| 1688.00 | 09/18/2015 | 3 | P | BB102 | A104 | 275.00 | 0.30 | 82.50 | Review email from HJS to Committee regarding effective date and with information/press releases regarding today's hearing (.3). | 723 |
| 1688.00 | 09/18/2015 | 3 | P | BB102 | A104 | 275.00 | 1.80 | 495.00 | Review email from Brown Rudnick to Committee regarding distribution trust agreement (.1); review executed distribution trust agreement (1.6); send email to JHS re Certificate of Trust (.1). | 724 |
| 1688.00 | 09/22/2015 | 3 | P | BB102 | A104 | 275.00 | 0.10 | 27.50 | Review Committee email re occurrence of effective date (.1). | 730 |
| 1688.00 | 09/25/2015 | 3 | P | BB102 | A104 | 275.00 | 1.00 | 275.00 | Review communication from HJS to Committee re: plan confirmation issues (.2); communicate with HJS re same (.1); review attachments to email re plan confirmation (.7). | 747 |
| | Subtotal for Phase ID BB102 | | | | | Billable | 4.10 | 1,127.50 | Creditors Committee Meetings | |
| 1688.00 | 09/01/2015 | 3 | P | BB103 | A104 | 275.00 | 0.20 | 55.00 | Review Debtors' motion to extend deadline for assuming or rejecting executory contracts (.2). | 680 |
| 1688.00 | 09/16/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review COC re 4th order authorizing the rejection of certain nonresidential leases nunc pro tunc to date that Debtors surrender possession (.1). | 701 |
| 1688.00 | 09/17/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review fourth order authorizing Ds to Reject Certain Unexpired Leases of Nonresidential Real Property Effective Nunc Pro Tunc to surrender date (.1). | 705 |
| 1688.00 | 09/17/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review Ds COC re fifth omnibus order authorizing rejection of nonresidential property leases (.1). | 713 |
| 1688.00 | 09/17/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review CNO re Ds motion to extend time by which Ds must reject or assume nonresidential real property leases (.1). | 714 |
| 1688.00 | 09/18/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review order granting Ds motion to extend time to reject or assume nonresidential real property leases (.1). | 716 |
| 1688.00 | 09/18/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review fifth order authorizing the Debtors to reject certain unexpired nonresidential leases and abandon personal property (.1). | 718 |
| 1688.00 | 09/22/2015 | 3 | P | BB103 | A104 | 275.00 | 1.00 | 275.00 | Review Debtors' motion to approve assumption and assignment of Transition Services Agreement with Zenith (1.0). | 732 |
| | Subtotal for Phase ID BB103 | | | | | Billable | 1.80 | 495.00 | Executory Contracts/Unexpired Leases | |
| 1688.00 | 09/18/2015 | 3 | P | BB104 | A104 | 275.00 | 0.10 | 27.50 | Review order approving stipulation for stay relief with Jennifer Stevens (.1). | 721 |
| | Subtotal for Phase ID BB104 | | | | | Billable | 0.10 | 27.50 | Automatic Stay/Adequate Protection | |
| 1688.00 | 09/01/2015 | 1 | P | BB105 | A108 | 275.00 | 0.60 | 165.00 | T/c misc. creditors re: plan and disc. statement (.6). | 679 |
| 1688.00 | 09/15/2015 | 3 | P | BB105 | A104 | 275.00 | 0.10 | 27.50 | Review notice of effective date of Plan (.1). | 733 |
| 1688.00 | 09/21/2015 | 3 | P | BB105 | A107 | 275.00 | 0.80 | 220.00 | Communication from HJS re CCI Plan executed Effective Date documents (.1); review same (.7). | 731 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| Client ID 1688.00 Creditors' Committee | | | | | | | | | | |
| | Subtotal for Phase ID BB105 | | | | | Billable | 1.50 | 412.50 | Plan of Reorganization/Disclosure Statement | |
| 1688.00 | 09/17/2015 | 3 | P | BB106 | A104 | 275.00 | 0.40 | 110.00 | Review motion by EFN Merrillville Property to compel immediate payment of rent pursuant to 365(d)(3) (.4). | 712 |
| 1688.00 | 09/18/2015 | 3 | P | BB106 | A104 | 275.00 | 0.50 | 137.50 | Review debtors' operation report for August (.5). | 725 |
| | Subtotal for Phase ID BB106 | | | | | Billable | 0.90 | 247.50 | Use, Sale, Lease of Assets | |
| 1688.00 | 09/04/2015 | 3 | P | BB107 | A104 | 275.00 | 0.20 | 55.00 | Communicate with Carrie re: term sheet (.1); review same (.1). | 687 |
| 1688.00 | 09/06/2015 | 3 | P | BB107 | A103 | 275.00 | 0.80 | 220.00 | Email exchange with counsel for SVB re control ageements (.1); finish diligence document request letter (.7). | 686 |
| 1688.00 | 09/08/2015 | 3 | P | BB107 | A104 | 275.00 | 0.10 | 27.50 | Review order denying UST's motion to extend challenge deadline (.1). | 689 |
| 1688.00 | 09/08/2015 | 3 | P | BB107 | A104 | 275.00 | 0.60 | 165.00 | Review COC and second stipulation regarding extension of Termination Date under Cash Collateral Order (.6). | 690 |
| | Subtotal for Phase ID BB107 | | | | | Billable | 1.70 | 467.50 | Cash Collateral/DIP Financing | |
| 1688.00 | 09/09/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review CNO re motion to approve stipulation between Ds and McKinley Avenue (.1). | 691 |
| 1688.00 | 09/14/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review order approving stip between Debtors and McKinley Avenue (.1). | 748 |
| 1688.00 | 09/16/2015 | 3 | P | BB108 | A104 | 275.00 | 0.50 | 137.50 | Review notice of satisfaction in part or in full of certain employee and tax claims (.5). | 706 |
| 1688.00 | 09/16/2015 | 3 | P | BB108 | A104 | 275.00 | 0.70 | 192.50 | Review Debtor's objection to claim filed by Illinois Office of the Attorney General (.7). | 707 |
| 1688.00 | 09/16/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review withdrawal of claims asserted by Dept of Treasury (.1). | 709 |
| 1688.00 | 09/17/2015 | 3 | P | BB108 | A104 | 275.00 | 1.90 | 522.50 | Review Debtors' objection to claim filed by Consumer Financial Protection Bureau (.5); review Debtors' objection to claim by The People of the State of California (.8); review Debtors' objection to claim asserted by Commonwealth of Massachusetts (.6). | 708 |
| 1688.00 | 09/23/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review email from A Schlitz re admin payment request (.1). | 734 |
| 1688.00 | 09/23/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review email from Ben S re A Schlitz re admin payment request (.1). | 735 |
| | Subtotal for Phase ID BB108 | | | | | Billable | 3.60 | 990.00 | Claims Administration | |
| 1688.00 | 09/06/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review amended agenda for 9/8 hearing (.1). | 688 |
| 1688.00 | 09/16/2015 | 3 | P | BB109 | A104 | 275.00 | 0.20 | 55.00 | Review agenda for 9/18 hearing (.1); email exchanges with Ben S re same (.1). | 700 |
| 1688.00 | 09/18/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review amended hearing agenda (.1). | 711 |
| 1688.00 | 09/18/2015 | 3 | P | BB109 | A101 | 275.00 | 1.70 | 467.50 | Plan, prepare for and attend 9/18 hearing (1.7). | 715 |
| | Subtotal for Phase ID BB109 | | | | | Billable | 2.10 | 577.50 | Court Hearings | |
| 1688.00 | 09/15/2015 | 3 | P | BB111 | A104 | 275.00 | 1.10 | 302.50 | Review amended schedules (1.1). | 750 |
| | Subtotal for Phase ID BB111 | | | | | Billable | 1.10 | 302.50 | Schedules/SOFA/US Trustee Reports | |
| 1688.00 | 09/01/2015 | 1 | P | BB118 | A104 | 275.00 | 0.10 | 27.50 | Review email re: effective date of plan (.1) | 682 |
| 1688.00 | 09/02/2015 | 3 | P | BB118 | A108 | 275.00 | 0.40 | 110.00 | Multiple email exchanges with Tamara/FTI re professional fees and effective date (.4). | 684 |
| 1688.00 | 09/14/2015 | 3 | P | BB118 | A103 | 275.00 | 0.40 | 110.00 | Review docket for objections to RLG 3d monthly fee application (.1); draft CNO re same (.1); electronically file CNO and send email to Ds counsel requesting payment of July fees/expenses (.2). | 698 |
| 1688.00 | 09/18/2015 | 5 | P | BB118 | A101 | 75.00 | 0.20 | 15.00 | Review and Print Bill/Time Sheets for August - RLG's fourth fee application | 722 |
| 1688.00 | 09/18/2015 | 5 | P | BB118 | A103 | 75.00 | 1.30 | 97.50 | Created Fourth Monthly Fee Application, and updated compensation by time keeper, category chart and expense summary chart. | 726 |
| | Subtotal for Phase ID BB118 | | | | | Billable | 2.40 | 360.00 | RLG Fee Applications | |
| 1688.00 | 09/01/2015 | 3 | P | BB119 | A107 | 275.00 | 0.20 | 55.00 | Communicate with Tamara, Jeffrey, Marc A and Wayne re professional fees (.2). | 681 |
| 1688.00 | 09/15/2015 | 3 | P | BB119 | A107 | 275.00 | 0.10 | 27.50 | Communicate with Carol E re BR 3d monthly fee application (.1). | 702 |
| 1688.00 | 09/16/2015 | 3 | P | BB119 | A103 | 275.00 | 0.30 | 82.50 | Review docket for objections to BR third monthly fee application (.1); draft CNO re BR third monthly fee application (.1); electronically file same and confirm filing to Carol E. (.1). | 703 |
| 1688.00 | 09/17/2015 | 3 | P | BB119 | A104 | 275.00 | 0.40 | 110.00 | Review staffing report for month of August (.4). | 710 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1688.00 Creditors' Committee** | | | | | | | | | | |
| 1688.00 | 09/18/2015 | 3 | P | BB119 | A108 | 275.00 | 0.10 | 27.50 | Review and respond to email from Judy of G/S re G/S 4th monthly fee application (.1). | 717 |
| 1688.00 | 09/18/2015 | 5 | P | BB119 | A104 | 75.00 | 1.30 | 97.50 | Review Procedure Order and Order confirming plan after effective date (0.5) and distribution trustee agreement (0.8) | 719 |
| 1688.00 | 09/21/2015 | 3 | P | BB119 | A107 | 275.00 | 0.20 | 55.00 | Communicate with Ds counsel and BR re final fee applications (.2). | 727 |
| 1688.00 | 09/21/2015 | 3 | P | BB119 | A107 | 275.00 | 0.60 | 165.00 | Communicate with Chris of Willkie re Willkie's first monthly fee application (.2); review same and provide comments to Chris (.4). | 729 |
| 1688.00 | 09/22/2015 | 3 | P | BB119 | A103 | 275.00 | 1.50 | 412.50 | Review updated Willkie fee application (.6); draft notice of fee application (.3); prepare all documents for filing (.3); electronically file Willkie's first monthly fee application (.1); email communication with Chris K re same (.2). | 728 |
| 1688.00 | 09/23/2015 | 3 | P | BB119 | A104 | 275.00 | 0.10 | 27.50 | Review CNO re RLG's third monthly fee application (.1). | 745 |
| 1688.00 | 09/25/2015 | 5 | P | BB119 | A103 | 75.00 | 0.10 | 7.50 | Draft notice for Brown Rudnicks fourth monthly fee application | 736 |
| 1688.00 | 09/25/2015 | 5 | P | BB119 | A101 | 75.00 | 0.10 | 7.50 | Scan and save Brown Rudnick's fee application and exhibits | 737 |
| 1688.00 | 09/25/2015 | 5 | P | BB119 | A101 | 75.00 | 0.20 | 15.00 | Electronically file BR's fourth fee app, exhibits and notice (.2) | 738 |
| 1688.00 | 09/25/2015 | 5 | P | BB119 | A101 | 75.00 | 0.10 | 7.50 | Electronically file COS for BR's fourth monthly fee application | 739 |
| 1688.00 | 09/25/2015 | 3 | P | BB119 | A104 | 275.00 | 1.20 | 330.00 | Review email from Ben S to committee re RB August fee application (.1); communicate with Carol E re: same (.1); review fee application (.7); telephone calls with law clerk re: drafting of notice and filing of fee application (.1); review as-filed version (.2). | 746 |
| | Subtotal for Phase ID BB119 | | | | | Billable | 6.50 | 1,427.50 | Fee Applications of Others | |
| 1688.00 | 09/15/2015 | 3 | P | BB123 | A104 | 275.00 | 0.10 | 27.50 | Review Quarterly Notice Pursuant to D&O Insurance Order (.1). | 749 |
| | Subtotal for Phase ID BB123 | | | | | Billable | 0.10 | 27.50 | Insurance | |
| **Total for Client ID 1688.00** | | | | | | Billable | 28.60 | 7,165.00 | Creditors' Committee Corinthian Colleges, Inc. | |

| | | | **GRAND TOTALS** | | |
|---|---|---|---|---|---|
| | | Billable | 28.60 | 7,165.00 | |