# Exhibit B

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1688.00 Creditors' Committee** | | | | | | | | | |
| 1688.00 | 09/16/2015 | 1 | P | BB100 | E101 | 0.100 | 0.10 | Duplicating | 109 |
| 1688.00 | 09/18/2015 | 1 | P | BB100 | E101 | 0.100 | 4.60 | Duplicating | 108 |
| 1688.00 | 09/22/2015 | 1 | P | BB100 | E101 | 0.100 | 4.50 | Duplicating | 110 |
| 1688.00 | 09/22/2015 | 1 | P | BB100 | E101 | 0.100 | 1.10 | Duplicating | 111 |
| 1688.00 | 09/22/2015 | 1 | P | BB100 | E101 | 0.100 | 17.60 | Duplicating | 113 |
| 1688.00 | 09/25/2015 | 1 | P | BB100 | E101 | 0.100 | 58.80 | Duplicating | 112 |
| 1688.00 | 09/25/2015 | 1 | P | BB100 | E101 | 0.100 | 20.20 | Duplicating | 114 |
| 1688.00 | 09/25/2015 | 1 | P | BB100 | E101 | 0.100 | 0.60 | Duplicating | 115 |
| | Subtotal for Activity ID E101 | | | | | Billable | 107.50 | Duplicating | |
| 1688.00 | 09/30/2015 | 1 | P | BB100 | E106 | | 40.20 | PACER Charges for September 2015. | 116 |
| | Subtotal for Activity ID E106 | | | | | Billable | 40.20 | Online research | |
| 1688.00 | 09/18/2015 | 1 | P | BB108 | E108 | 1.200 | 36.00 | Postage | 104 |
| 1688.00 | 09/22/2015 | 1 | P | BB108 | E108 | 1.420 | 9.94 | Postage | 103 |
| 1688.00 | 09/22/2015 | 1 | P | BB108 | E108 | 1.200 | 48.00 | Postage | 105 |
| 1688.00 | 09/25/2015 | 1 | P | BB108 | E108 | 2.520 | 17.64 | Postage | 107 |
| | Subtotal for Activity ID E108 | | | | | Billable | 111.58 | Postage | |
| **Total for Client ID 1688.00** | | | | | | Billable | 259.28 | Creditors' Committee Corinthian Colleges, Inc. | |

**GRAND TOTALS**

| | | | | Billable | 259.28 | |
|---|---|---|---|---|---|---|