**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered)<br><br>Hearing Date: Dec. 10, 2015 at 1:00 p.m. (ET)<br>Obj. Deadline: Nov. 27, 2015 at 4:00 p.m. (ET) |

**FINAL APPLICATION OF THE ROSNER LAW GROUP LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM MAY 13, 2015 THROUGH SEPTEMBER 22, 2015**

| | |
|---|---|
| Name of Applicant: | The Rosner Law Group LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | June 23, 2015 (*nunc pro tunc* to May 13, 2011) |
| Period for which compensation and reimbursement are sought: | May 13, 2015 through September 22, 2015 |
| Amount of Compensation sought as actual, reasonable, and necessary. | $93,740.80[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $5,797.08[3] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] This amount includes compensation sought as actual, reasonable and necessary in the amounts of $90,615.00 for the period May 13, 2015 through September 22, 2015 and $2,025.80 for compensation associated with the review, filing and service of professional fee applications for the period September 23, 2015 through October 31, 2015. This amount also includes fees of $1,100.00 for an estimated 4.0 hours of compensation associated with the filing and service of Brown Rudnick's and RLG's respective final fee applications, and the attendance at the final fee hearing.

This is a(n):  _____ monthly     _____ interim     \_\_X\_\_ final application

**PRIOR FEE APPLICATIONS FILED**

| Date Filed/ D.I. | Period Covered | Requested | | Approved | | Amount of Holdback |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | |
| 6/26/15 [D.I. 479] | 5/13/15 to 5/31/2015 | $7,695.00 | $363.57 | $6,156.00 | $363.57 | $1,539.00 |
| 7/21/15 [D.I. 618] | 6/1/15 to 6/30/2015 | $22,402.50 | $2,256.40 | $17,922.00 | $2,256.40 | $4,480.50 |
| 8/21/15 [D.I. 810] | 7/1/15 to 7/31/2015 | $32,470.00 | $1,126.00 | $25,976.00 | $1,126.00 | $6,494.00 |
| 10/8/15 [D.I. 1035] | 8/1/15 to 8/31/2015 | $21,662.50 | $1,756.76 | $17,330.00 | $1,756.76 | $4,332.50 |
| 10/28/2015 [D.I. 1070] | 9/1/15 to 9/30/2015 | $7,165.00 | $259.28 | pending | | |
| **TOTAL** | | **$91,395.00** | **$5,762.01** | | | |

---

[3] This amount constitutes expense reimbursements sought as actual, reasonable and necessary in the amounts of $5,643.54 for the period May 13, 2015 through September 22, 2015 and $153.54 for actual expenses associated with the review, filing and service of professional fee applications for the period September 23, 2015 through October 31, 2015.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | Hearing Date: Dec. 10, 2015 at 1:00 p.m. (ET) |
| | Obj. Deadline: Nov. 26, 2015 at 4:00 p.m. (ET) |

**FINAL APPLICATION OF THE ROSNER LAW GROUP LLC**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR**
**REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM MAY 13, 2015 THROUGH SEPTEMBER 22, 2015**

Pursuant to Sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and this Court's *Order Confirming Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 913] (the "Confirmation Order"), The Rosner Law Group LLC ("RLG") hereby files its Final Application (the "Application") for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors (the "Committee") of Corinthian Colleges, Inc., *et al.* (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00016922. }

"Debtors"), for the period from May 13, 2015 through September 22, 2015 (the "Compensation Period").  By this Application, RLG seeks a final allowance with respect to sums of 93,740.80[2] for compensation and 5,797.08[3] for reimbursement of actual and necessary expenses, for a total allowance of $99,537.88.  In support of this Application, RLG respectfully represents as follows:

### Background

1. On May 4, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware (the "Court").  The Debtors continue to operate their business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in the Debtors' Chapter 11 Cases.

2. The Committee was appointed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") by notice dated May 13, 2015 [D.I. 100].  Following the Committee formation meeting, the Committee selected Brown Rudnick LLP ("Brown Rudnick") as its lead counsel and RLG as its Delaware counsel in these Chapter 11 Cases.

3. On May 26, 2015, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [D.I. 201] (the "Administrative Order").  By the Administrative Order, the Court authorized certain professionals (each a "Professional" and, collectively, the "Professionals") to submit monthly fee applications for

---

[2] This amount includes compensation sought as actual, reasonable and necessary in the amounts of $90,615.00 for the period May 13, 2015 through September 22, 2015 and $2,025.80 for compensation associated with the review, filing and service of professional fee applications for the period September 23, 2015 through October 31, 2015.  *See* **Exhibit A**.  This amount also includes fees of $1,100.00 for an estimated 4.0 hours of compensation associated with the filing and service of Brown Rudnick's and RLG's respective final fee applications, and the attendance at the final fee hearing.

[3] This amount constitutes expense reimbursements sought as actual, reasonable and necessary in the amounts of $5,643.54 for the period May 13, 2015 through September 22, 2015 and $153.54 for actual expenses associated with the review, filing and service of professional fee applications for the period September 23, 2015 through October 31, 2015.  *See* **Exhibit B**.

4

{00016922. }

monthly compensation and reimbursement for expenses (each a "Monthly Fee Application"), pursuant to the procedures specified therein. The Administrative Order provides, among other things, that if no objections are made within twenty-one (21) days after service of the Monthly Fee Application, the Debtors are authorized to pay the Professionals eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application.

4. On June 1, 2015 the Committee filed *Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of The Rosner Law Group LLC as Delaware Counsel to Creditors' Committee Nunc Pro Tunc to May 13, 2015* [D.I. 256] (the "RLG Retention Application"). On June 23, 2015, the Court entered the *Order Authorizing the Retention and Employment of The Rosner Law Group LLC as Delaware Counsel to the Committee Nunc Pro Tunc to May 13, 2015* [D.I. 458].

5. During the pendency of these cases, RLG provided local counsel services to the Committee and/or Brown Rudnick.

6. On August 28, 2015, this Court entered Confirmation Order confirming the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 913-2] (the "Plan").

7. The Plan became effective on September 22, 2015 (the "Effective Date"). *See* D.I. 1014. Pursuant to the Confirmation Order, the Committee's duties with respect to applications for payment of fees and reimbursement of Professionals survived the Effective Date. Confirmation Order at ¶ 13.

## RLG'S APPLICATION FOR COMPENSATION
## AND FOR REIMBURSEMENT OF EXPENSES

### A.    Compensation Paid and Its Source

8.    All services for which RLG requests compensation were performed for or on behalf of the Committee and/or Brown Rudnick.

9.    RLG has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application for the Compensation Period. There is no agreement or understanding between RLG and any persons other than the partners of RLG for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

### Summary of Services Rendered

9.    The partner and associates of RLG who have rendered professional services in these cases are:  Frederick B. Rosner, Scott J. Leonhardt and Julia B. Klein. Frederick Sassler and Hena Kumar are paraprofessionals of RLG who have also rendered services in this case.

10.    RLG, by and through the above-named persons, has submitted substantive and procedural pleadings to the Court for consideration on behalf of the Committee, assisted-out-of state counsel, attorneys at Brown Rudnick, with respect to various matters in connection with this case, and attended and participated in Court hearings.

11.    The total sum due to RLG for professional services rendered on behalf of the Committee for the Compensation Period is $90,615.00. Detailed fee and expense statements were submitted with each of RLG's monthly fee applications.  RLG submits that the professional services it rendered on behalf of the Committee during this time were reasonable and necessary under the circumstances.  RLG also expended costs on behalf of the Committee during the Compensation Period in the sum of $5,643.54.

12. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RLG is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in other cases. Moreover, RLG has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

**WHEREFORE**, RLG respectfully requests that the Court authorize that for the final period from May 13, 2015 through September 22, 2015, a final allowance be made to RLG with respect to the sum of 93,740.80 for compensation and $5,797.08 for reimbursement of actual and necessary expenses, for a total allowance of $99,537.88, less what has been paid previously to RLG pursuant to the Administrative Order, and for such other and further relief as this Court may deem just and proper.

Dated: November 2, 2015
Wilmington, Delaware

Respectfully Submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Julia B. Klein (DE 5189)
Frederick B. Rosner (DE 3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Tel.: (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Counsel for the Official
Committee of Unsecured Creditors*

7

{00016922. }