# Exhibit A

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1688.00 Creditors' Committee** | | | | | | | | | | |
| 1688.00 | 10/15/2015 | 3 | P | BB100 | A104 | 275.00 | 0.10 | 27.50 | Review order authorizing assumption of TSA (.1). | 757 |
| | Subtotal for Phase ID BB100 | | | | | Billable | 0.10 | 27.50 | Case Administration | |
| 1688.00 | 09/29/2015 | 4 | P | BB101 | A108 | 275.00 | 0.20 | 55.00 | Call from Creditor with question re: notice of effective date. | 740 |
| | Subtotal for Phase ID BB101 | | | | | Billable | 0.20 | 55.00 | Creditor Inquiries | |
| 1688.00 | 09/25/2015 | 3 | P | BB102 | A104 | 275.00 | 1.00 | 275.00 | Review communication from HJS to Committee re: plan confirmation issues (.2); communicate with HJS re same (.1); review attachments to email re plan confirmation (.7). | 747 |
| | Subtotal for Phase ID BB102 | | | | | Billable | 1.00 | 275.00 | Creditors Committee Meetings | |
| 1688.00 | 10/16/2015 | 3 | P | BB103 | A104 | 275.00 | 0.10 | 27.50 | Review CNO re debtors' motion to reject Zenith TSA (.1). | 760 |
| | Subtotal for Phase ID BB103 | | | | | Billable | 0.10 | 27.50 | Executory Contracts/Unexpired Leases | |
| 1688.00 | 10/16/2015 | 3 | P | BB104 | A104 | 275.00 | 0.10 | 27.50 | Review Order Concerning Motion for Determination that the Automatic Stay does not Apply to the States' Actions against Debtors (.1). | 759 |
| | Subtotal for Phase ID BB104 | | | | | Billable | 0.10 | 27.50 | Automatic Stay/Adequate Protection | |
| 1688.00 | 10/05/2015 | 3 | P | BB106 | A104 | 275.00 | 0.10 | 27.50 | Review order shortening notice period with respect to motion by First American Trust to transfer assets into distribution trust (.1). | 742 |
| | Subtotal for Phase ID BB106 | | | | | Billable | 0.10 | 27.50 | Use, Sale, Lease of Assets | |
| 1688.00 | 09/23/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review email from A Schlitz re admin payment request (.1). | 734 |
| 1688.00 | 09/23/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review email from Ben S re A Schlitz re admin payment request (.1). | 735 |
| 1688.00 | 10/01/2015 | 3 | P | BB108 | A104 | 275.00 | 0.10 | 27.50 | Review email from chambers returning mail to creditor who sent correspondence directly to chambers (.1). | 741 |
| 1688.00 | 10/07/2015 | 3 | P | BB108 | A104 | 275.00 | 0.60 | 165.00 | Review response of The People of the State of California to Debtors' claim objection (.4); review response to claim objection filed by the Consumer Financial Protection Bureau (.2). | 743 |
| 1688.00 | 10/09/2015 | 3 | P | BB108 | A104 | 275.00 | 0.30 | 82.50 | Review Ma attorney general's response to claim objection and motion to dismiss same (.3). | 754 |
| 1688.00 | 10/20/2015 | 3 | P | BB108 | A104 | 275.00 | 0.20 | 55.00 | Review request for payment of administrative expense claim filed by BRE/OC Griffin (.2). | 762 |
| | Subtotal for Phase ID BB108 | | | | | Billable | 1.40 | 385.00 | Claims Administration | |
| 1688.00 | 10/16/2015 | 3 | P | BB109 | A104 | 275.00 | 0.10 | 27.50 | Review COC re omnibus hearing date (.1). | 758 |
| | Subtotal for Phase ID BB109 | | | | | Billable | 0.10 | 27.50 | Court Hearings | |
| 1688.00 | 10/13/2015 | 3 | P | BB115 | A104 | 275.00 | 0.10 | 27.50 | Review order approving Aerotek confidentiality terms (.1). | 755 |
| | Subtotal for Phase ID BB115 | | | | | Billable | 0.10 | 27.50 | Litigation/Adversary Proceedings | |
| 1688.00 | 10/08/2015 | 3 | P | BB118 | A103 | 275.00 | 1.40 | 385.00 | Prepare and review RLG fee statements for August (.3); finalize RLG fourth monthly fee application (.7); draft notice of fourth monthly fee application (.1); draft verification (.1); prepare all documents and exhibits for filing (.1); electronically file RLG fourth monthly fee application (.1). | 744 |
| 1688.00 | 10/28/2015 | 2 | P | BB118 | A103 | 150.00 | 0.20 | 30.00 | Draft and electronically file COS for RLG's fee application (.2). | 770 |
| 1688.00 | 10/28/2015 | 3 | P | BB118 | A104 | 275.00 | 0.10 | 27.50 | Review COS for RLG 5th monthly (.1). | 771 |
| 1688.00 | 10/29/2015 | 5 | P | BB118 | A103 | 75.00 | 1.60 | 120.00 | Draft Final Fee Application for RLG (1.3), notice (0.2), and certification (0.1) | 773 |
| 1688.00 | 10/30/2015 | 3 | P | BB118 | A103 | 275.00 | 1.30 | 357.50 | Revise RLG final fee application (1.2); telephone call with Amanda S re: hearing date (.1). | 775 |
| 1688.00 | 10/30/2015 | 2 | P | BB118 | A103 | 150.00 | 0.10 | 15.00 | Draft CNO for the Rosner Law Group fourth monthly fee application (.1). | 776 |
| | Subtotal for Phase ID BB118 | | | | | Billable | 4.70 | 935.00 | RLG Fee Applications | |
| 1688.00 | 09/23/2015 | 3 | P | BB119 | A104 | 275.00 | 0.10 | 27.50 | Review CNO re RLG's third monthly fee application (.1). | 745 |
| 1688.00 | 09/25/2015 | 5 | P | BB119 | A103 | 75.00 | 0.10 | 7.50 | Draft notice for Brown Rudnicks fourth monthly fee application | 736 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1688.00 Creditors' Committee** | | | | | | | | | | |
| 1688.00 | 09/25/2015 | 5 | P | BB119 | A101 | 75.00 | 0.10 | 7.50 | Scan and save Brown Rudnick's fee application and exhibits | 737 |
| 1688.00 | 09/25/2015 | 5 | P | BB119 | A101 | 75.00 | 0.20 | 15.00 | Electronically file BR's fourth fee app, exhibits and notice (.2) | 738 |
| 1688.00 | 09/25/2015 | 5 | P | BB119 | A101 | 75.00 | 0.10 | 7.50 | Electronically file COS for BR's fourth monthly fee application | 739 |
| 1688.00 | 09/25/2015 | 3 | P | BB119 | A104 | 275.00 | 1.20 | 330.00 | Review email from Ben S to committee re RB August fee application (.1); communicate with Carol E re: same (.1); review fee application (.7); telephone calls with law clerk re: drafting of notice and filing of fee application (.1); review as-filed version (.2). | 746 |
| 1688.00 | 10/08/2015 | 3 | P | BB119 | A104 | 275.00 | 0.70 | 192.50 | Communicate with Judy of G/S re 4th and final fee application (.3); review draft of same (.4). | 751 |
| 1688.00 | 10/08/2015 | 3 | P | BB119 | A104 | 275.00 | 0.50 | 137.50 | Review fourth monthly application of compensation of RLF (.5). | 752 |
| 1688.00 | 10/08/2015 | 3 | P | BB119 | A104 | 275.00 | 0.40 | 110.00 | Review final draft of G/S final fee application to ensure compliance with local rules and standards (.2); confirm filing to Judy (.1); review and respond to email from Carol E. of BR re: same (.1). | 753 |
| 1688.00 | 10/14/2015 | 3 | P | BB119 | A107 | 275.00 | 0.40 | 110.00 | Communicate with Chris of WFG re first monthly fee application (.1); review docket for objections and draft CNO re same (.2); email draft CNO to Chris and advise of filing due date (.1). | 756 |
| 1688.00 | 10/21/2015 | 3 | P | BB119 | A104 | 275.00 | 0.40 | 110.00 | Review FTI staffing report for September 1, 2015 through October 12, 2015 (.4). | 761 |
| 1688.00 | 10/23/2015 | 3 | P | BB119 | A108 | 275.00 | 0.20 | 55.00 | Review and respond to email from Carol E re BR August fee application (.1); review docket for objections (.1). | 763 |
| 1688.00 | 10/23/2015 | 5 | P | BB119 | A103 | 75.00 | 0.20 | 15.00 | Draft CNO for Brown Rudnick's fourth monthly fee application | 764 |
| 1688.00 | 10/23/2015 | 5 | P | BB119 | A101 | 75.00 | 0.10 | 7.50 | Electronically file CNO for Brown Rudnick's fourth monthly fee application. | 765 |
| 1688.00 | 10/23/2015 | 3 | P | BB119 | A104 | 275.00 | 0.10 | 27.50 | Review CNO re Fourth Monthly Fee application of Brown Rudnick (.1). | 766 |
| 1688.00 | 10/23/2015 | 3 | P | BB119 | A103 | 275.00 | 0.30 | 82.50 | Review docket, draft and file CNO re G/S 3rd monthly fee application, and confirm filing to G/S (.3). | 767 |
| 1688.00 | 10/27/2015 | 3 | P | BB119 | A103 | 275.00 | 1.70 | 467.50 | Prepare fee statements for September 2015 and proof time entries (.3); draft RLG 5th monthly fee application (1.0); draft notice of RLG 5th monthly fee application (.2); draft verification (.1); electronically file all documents and instruct paralegal re: service (.1). | 768 |
| 1688.00 | 10/28/2015 | 2 | P | BB119 | A103 | 150.00 | 0.20 | 30.00 | Draft and electronically file COS for BR fee application (.2). | 769 |
| 1688.00 | 10/28/2015 | 3 | P | BB119 | A104 | 275.00 | 0.10 | 27.50 | Review COS for Brown Rudnick 5th monthly (.1). | 772 |
| 1688.00 | 10/29/2015 | 3 | P | BB119 | A108 | 275.00 | 0.10 | 27.50 | Communicate with Carol E re filing of final fee applications (.1). | 774 |
| 1688.00 | 10/30/2015 | 3 | P | BB119 | A104 | 275.00 | 0.50 | 137.50 | Review fourth monthly fee application of Richards Layton & Finger (.5). | 778 |
| Subtotal for Phase ID BB119 | | | | | | Billable | 7.70 | 1,932.50 | Fee Applications of Others | |
| **Total for Client ID 1688.00** | | | | | | Billable | 15.60 | 3,747.50 | Creditors' Committee Corinthian Colleges, Inc. | |

**GRAND TOTALS**

| | | Billable | 15.60 | 3,747.50 |
|---|---|---|---|---|