# Exhibit B

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1688.00 Creditors' Committee** | | | | | | | | | |
| 1688.00 | 09/25/2015 | 1 | P | BB100 | E101 | 0.100 | 58.80 | Duplicating | 112 |
| 1688.00 | 09/25/2015 | 1 | P | BB100 | E101 | 0.100 | 20.20 | Duplicating | 114 |
| 1688.00 | 09/25/2015 | 1 | P | BB100 | E101 | 0.100 | 0.60 | Duplicating | 115 |
| 1688.00 | 09/30/2015 | 1 | P | BB100 | E106 | | 40.20 | PACER Charges for September 2015. | 116 |
| 1688.00 | 09/25/2015 | 1 | P | BB100 | E108 | 2.520 | 17.64 | Postage | 107 |
| 1688.00 | 10/08/2015 | 1 | P | BB108 | E108 | 2.300 | 16.10 | Postage | 117 |
| **Total for Client ID 1688.00** | | | | | | Billable | 153.54 | Creditors' Committee<br>Corinthian Colleges, Inc. | |

**GRAND TOTALS**

                     Billable     153.54