# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 1073, 1074 and 1075 |

## CERTIFICATE OF SERVICE

I, Julia B. Klein, hereby certify that, on October 2, 2015, I caused a copy of the following documents to be served via First-Class Mail upon the parties listed on the attached **Exhibit A**:

- *Notice of Hearing on Final Application for Compensation of Gavin/Solmonese LLC, Financial Advisor to the Official Committee of Unsecured Creditors* [D.I. 1073; filed 11/2/15]; and

- *Final Application for Compensation of The Rosner Law Group LLC, as Delaware Counsel to the Official Committee of Unsecured Creditors* for the period *May 13, 2015* to *September 22, 2015* [D.I. 1074; filed 11/2/15] ; and

- *Final Application for Compensation of Brown Rudnick LLP, Counsel to the Official Committee of Unsecured Creditors* for the period *May 13, 2015* to *September 21, 2015* [D.I. 1075; filed 11/2/15].

Dated: October 3, 2015
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*

{00016946. }

# Exhibit A

Corinthian Colleges, Inc.
6 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707
Attn: William J. Nolan

Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Attn: Mark D. Collins, Esq.
    Michael J. Merchant, Esq.

Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Attn: Jennifer Hagle, Esq.

Potter Anderson Corroon LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801
Attn: Jeremy Ryan, Esq.

Office of United States Trustee
District of Delaware
844 N. King Street, Suite 2207
Wilmington, DE 19801
Attn: Richard L. Schepacarter, Esq,

Robins Kaplan LLP
2049 Century Park east, Suite 3400
Los Angeles, CA 90067
Attn: Scott F. Guatier, Esq.
    Lorie A. Ball, Esq.
    Cynthia C. Hernandez, Esq.

Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Attn: Christopher A. Ward, Esq.
    Shanti M. Katona, Esq.

{00016946. }