## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | **Obj. Deadline: November 25, 2015 at 4:00 p.m. (EST)** |
| | § | **Hearing Date: December 10, 2015 at 1:00 p.m. (EST)** |

-----------------------------------------------------------------

### FIRST AND FINAL FEE APPLICATION OF RUST CONSULTING/OMNI BANKRUPTCY FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT TO THE DEBTORS AND DEBTORS IN POSSESSION <u>FOR THE PERIOD FROM MAY 4, 2015 THROUGH SEPTEMBER 30, 2015</u>

Name of Applicant: <u>Rust Consulting/Omni Bankruptcy</u>

Authorized to Provide Professional Services to: <u>the above-captioned debtors and debtors in possession</u>

Date of Retention: <u>May 26, 2015 *nunc pro tunc* to May 4, 2015</u>

Period for which compensation and reimbursement are sought: <u>May 4, 2015 through September 30, 2015</u>

Amount of Compensation sought as actual, reasonable, and necessary: <u>$45,376.25</u>

Amount of Expense Reimbursement sought as actual, reasonable, and necessary: <u>$0.00</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

This is a(n): ___ monthly     ___ interim    X    final application

Prior Applications Filed:  None

**COMPENSATION BY PROFESSIONAL**
**MAY 4, 2015 THROUGH MAY 31, 2015**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Eric Schwarz | Senior Consultant | $125 | 8.4 | $1,050.00 |
| Catherine Nownes | Senior Consultant | $125 | 38.7 | $4,837.50 |
| Jennifer Castillo | Consultant | $80 | 52.0 | $4,160.00 |
| Linda Brittain | Consultant | $80 | 1.5 | $120.00 |
| Russell Buelna | Project Supervisor | $80 | 41.6 | $3,328.00 |
| Yelena Bederman | Consultant | $80 | 45.6 | $3,648.00 |
| Michelle Ignacio | Tech/Programming | $75 | 6.7 | $502.50 |
| Ah Yun Kim | Project Supervisor | $65 | .5 | $32.50 |
| Caesario Sumeru | Project Specialist | $45 | 3.1 | $139.50 |
| **TOTAL** | | | **198.1** | **$17,818.00** |

Grand Total       $17,818.00
Total Hours       198.1
Blended Rate      $89.94

**COMPENSATION BY PROFESSIONAL**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Eric Schwarz | Senior Consultant | $125 | 2.5 | $312.50 |
| Catherine Nownes | Senior Consultant | $125 | 36.2 | $4,525.00 |
| Jennifer Castillo | Consultant | $120 | 18.0 | $2,160.00 |
| Yelena Bederman | Consultant | $120 | 21.3 | $2,556.00 |
| Jennifer Castillo | Consultant | $80 | 20.8 | $1,664.00 |

| | | | | |
|---|---|---|---|---|
| Yelena Bederman | Consultant | $80 | 19.2 | $1,536.00 |
| Russell Buelna | Project Supervisor | $80 | 6.9 | $552.00 |
| Michelle Ignacio | Tech/Programming | $75 | 2.5 | $187.50 |
| **TOTAL** | | | **127.4** | **$13,493.00** |

Grand Total      $13,493.00
Total Hours      127.4
Blended Rate     $105.91

## COMPENSATION BY PROFESSIONAL
## AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Scott Ewing | Senior Consultant | $125 | 4.8 | $600.00 |
| Catherine Nownes | Senior Consultant | $125 | 42.5 | $5,312.50 |
| Jennifer Castillo | Consultant | $80 | 16.8 | $1,344.00 |
| Russell Buelna | Project Supervisor | $80 | 5.3 | $424.00 |
| Yelena Bederman | Consultant | $80 | 8.1 | $648.00 |
| Michelle Ignacio | Tech/Programming | $75 | 12.4 | $930.00 |
| Isabel Castillo | Project Supervisor | $75 | 12.8 | $960.00 |
| Sarina Haro | Project Supervisor | $67.50 | 18.3 | $1,235.25 |
| Eli Aleman | Project Specialist | $45 | 16.2 | $729.00 |
| Scanning Operator | Clerk | $20 | 41.3 | $826.00 |
| **TOTAL** | | | **178.5** | **$13,008.75** |

Grand Total      $13,008.75
Total Hours      178.5
Blended Rate     $72.88

**COMPENSATION BY PROFESSIONAL**
**SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Catherine Nownes | Senior Consultant | $125 | 2.2 | $275.00 |
| Yelena Bederman | Consultant | $80 | 2.9 | $232.00 |
| Michelle Ignacio | Tech/Programming | $75 | 7.3 | $547.50 |
| Scanning Operator | Clerk | $20 | .1 | $2.00 |
| **TOTAL** | | | **12.5** | **$1,056.50** |

| | |
|---|---|
| Grand Total | $1,056.50 |
| Total Hours | 12.5 |
| Blended Rate | $84.52 |

**COMPENSATION BY PROJECT CATEGORY**
**MAY 4, 2015 THROUGH SEPTEMBER 30, 2015**

| Project Category | Total Hours | Total Fees |
|---|---:|---|
| Preparation of Schedules and SoFA's | 360.4 | $34,450.50 |
| Balloting | 156.1 | $10,925.75 |
| **TOTAL** | | **$45,376.25** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | § |
| | §   Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § |
| | §   Case No. 15-10952 (KJC) |
| | § |
| | §   (Jointly Administered) |
| Debtors. | § |
| | §   **Obj. Deadline: November 25, 2015 at 4:00 p.m. (EST)** |
| | §   **Hearing Date: December 15, 2015 at 1:00 p.m. (EST)** |

-------------------------------------------------------------

**FIRST AND FINAL FEE APPLICATION OF RUST CONSULTING/OMNI
BANKRUTPCY FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS
ADMINISTRATIVE AGENT TO THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM MAY 4, 2015 THROUGH SEPTEMBER 30, 2015**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated May 26, 2015 [Docket No. 201] (the "**Interim Compensation Order**"), Rust Consulting/Omni Bankruptcy ("**Rust Omni**") hereby files this *First and Final Fee Application of Rust Consulting/Omni Bankruptcy for Allowance of Compensation for Services*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*Rendered and for Reimbursement of Expenses as Administrative Agent to the Debtors and Debtors in Possession for the Period From May 4, 2015 Through September 30, 2015* (the "**Application**").  By this Application, Rust Omni seeks final allowance pursuant to the Interim Compensation Order with respect to the sums of **$45,376.25** as compensation and $0.00 for reimbursement of actual and necessary expenses, for a total of **$45,376.25** for the period May 4, 2015 through and including September 30, 2015 (the "**Compensation Period**").  In support of this Application, Rust Omni respectfully represents as follows:

**Background**

1.      On May 4, 2015 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.      Rust Omni was retained effective as of the Petition Date by this Court's Order, dated May 26, 2015 [Docket No. 202] (the "**Retention Order**").  The Retention Order authorized Rust Omni to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**Compensation Paid and Its Source**

3.      All services for which compensation is requested by Rust Omni were performed for or on behalf of the Debtors.

4.      Except to the extent of any retainer paid to Rust Omni, Rust Omni has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Rust Omni and any other person for the sharing of compensation to be received for services rendered in these cases.

- 2 -

## Fee Statement

5.      The fee statement for the Compensation Period is attached hereto as <u>Exhibit A</u>. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period.  To the best of Rust Omni's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Interim Compensation Order.

## Actual and Necessary Expenses

6.      Rust Omni incurred no actual and necessary expenses during the Compensation Period.

## Summary of Services Rendered

7.      The employees of Rust Omni who have rendered professional services in these cases are as follows:  Eric Schwarz, Catherine Nownes, Jennifer Castillo, Linda Brittain, Russell Buelna, Yelena Bederman, Michelle Ignacio, Ah Yun Kim, Caesario Sumeru, Scott Ewing, Isabel Castillo, Sarina Haro, Eli Aleman, and Scanning Operator.

8.      Rust Omni, by and through the above-named persons, has large-scale administrative service on behalf of the Debtors, advised the Debtors on a regular basis with respect to various administrative matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services By Project

9.      The services rendered by Rust Omni during the Compensation Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached

- 3 -

<u>Exhibit A</u>.  The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in <u>Exhibit A</u> attached hereto.

     A.     <u>Preparation of Schedules and SoFA's</u>

     Fees:  $34,450.50     Total Hours:  360.4

This category includes all work performed by Rust Omni in assisting the Debtors in the preparation of each of their schedules and statements of financial affairs.

     B.     <u>Creditor Inquiries</u>

     Fees:  $10,925.75     Total Hours: 156.1

Rust Omni, by and through its employees assisted the Debtors with all aspects of the balloting of the Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation.  These services included the collection of all voted ballots, as well as the review of same, and the preparation of a ballot tabulation certification

<u>**Valuation of Services**</u>

10.     Professionals of Rust Omni have expended a total of 516.5 hours in connection with this matter during the Compensation Period, as follows:

| Professional | Hourly Rate | Total Hours Billed |
|---|---|---|
| Eric Schwarz | $125 | 10.9 |
| Catherine Nownes | $125 | 119.6 |
| Scott Ewing | $125 | 4.8 |
| Jennifer Castillo | $120 | 18 |
| Yelena Bederman | $120 | 21.3 |

- 4 -

| | | |
|---|---|---|
| Jennifer Castillo | $80 | 89.6 |
| Linda Brittain | $80 | 1.5 |
| Russell Buelna | $80 | 53.8 |
| Yelena Bederman | $80 | 75.8 |
| Michelle Ignacio | $75 | 28.9 |
| Ah Yun Kim | $65 | 0.5 |
| Caesario Sumeru | $45 | 3.1 |
| Isabel Castillo | $75 | 12.8 |
| Sarina Haro | $67.50 | 18.3 |
| Eli Aleman | $45 | 16.2 |
| Scanning Operator | $20 | 41.4 |

The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are Rust Omni's normal hourly rates for work of this character. The reasonable value of the services rendered by Rust Omni to the Debtors during the Compensation Period is **$45,376.25**.

11.     In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Rust Omni is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, Rust Omni has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

- 5 -

WHEREFORE, Rust Omni respectfully requests that the Court authorize that for the Compensation Period, an allowance be made to Rust Omni pursuant to the terms of the Interim Compensation Order, with respect to the sum of **$45,376.25** as compensation for necessary professional services rendered, and the sum of $0.00 as 100% reimbursement of actual necessary costs and expenses, for a total of **$45,376.25** and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: October 15, 2015
      New York, NY

PAUL H. DEUTCH
RUST CONSULTING/OMNI
BANKRUPTCY
1120 Avenue of the Americas, 4th Fl.
New York, NY 10036
Telephone:  212-302-3580
Email: paul@omnimgt.com

Administrative Agent for the Debtors and
Debtors in Possession

- 6 -

## AFFIRMATION

Paul H. Deutch, hereby affirms as follows:

a)       I am the Executive Managing Director of Rust Consulting/Omni Bankruptcy.

b)       I am familiar with the work performed on behalf of the Debtors by the professionals in the firm.

c)       I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
Paul H. Deutch