# Exhibit A

```
Inv#      2567
Date      Jun 23, 2015
Client Number  4700
```

Re:    Corinthian - Schedules & Sofas                                    470066

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Ah Yun Kim | AK | 65.00 | 0.50 | 32.50 |
| Caesario Sumeru | CS | 45.00 | 3.10 | 139.50 |
| Catherine Nownes | CN | 125.00 | 38.70 | 4,837.50 |
| Eric Schwarz | ES | 125.00 | 8.40 | 1,050.00 |
| Jennifer Castillo | JC | 80.00 | 52.00 | 4,160.00 |
| Linda Brittain | LB | 80.00 | 1.50 | 120.00 |
| Michelle Ignacio | MI | 75.00 | 6.70 | 502.50 |
| Russell Buelna | RB | 80.00 | 41.60 | 3,328.00 |
| Yelena Bederman | YB | 80.00 | 45.60 | 3,648.00 |

Total Fees:                                                              17,818.00

| Date | TK | Description | Hours | Fees |
|---|---|---|---|---|
| 05/18/15 | MI | Prepare tables for automated printing - populate with case and schedule form data. | 1.00 | 75.00 |
| 05/19/15 | MI | Meet with Katie Nownes, Russel Buelna, Brian Gelinas, Yelena Bederman to discuss Corinthian Schedules & SofA Virtual Data Room & Schedules Data upload, printing, consolidation. | 0.80 | 60.00 |
| 05/19/15 | MI | Assist with issues related to SofA printing and consolidation | 0.30 | 22.50 |
| 05/19/15 | CN | Meet with Yelena, Jennifer, Russell, Michelle, Brian G re: sofa and schedules process | 0.80 | 100.00 |
| 05/19/15 | CN | Preparation of statement of financial affairs. | 4.00 | 500.00 |
| 05/19/15 | YB | Meet with Katie, Jennifer, Russell, Michelle, Brian G re: sofa and schedules process | 0.80 | 64.00 |
| 05/19/15 | YB | Preparation of statement of financial affairs. | 3.70 | 296.00 |

```
                                        Inv#      2567
                                        Date      Jun 23, 2015
                                        Client Number  4700
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 05/19/15 | JC | Preparation of statement of financial affairs. | 3.20 | 256.00 |
| 05/19/15 | JC | Created Schedules/Sofa Workbook and updated it with Sofa Information provided for each debtor | 1.00 | 80.00 |
| 05/19/15 | CS | Preparation of statement of financial affairs. | 1.50 | 67.50 |
| 05/19/15 | RB | Meet with Katie N., Yelena B., Brian B., Michelle I., and Jennifer C. re: Sofas and Schedules VDR | 0.80 | 64.00 |
| 05/19/15 | RB | Preparation of statement of financial affairs. | 5.20 | 416.00 |
| 05/20/15 | CN | Preparation of schedule of assets and liabilities. | 0.30 | 37.50 |
| 05/20/15 | CN | Preparation of statement of financial affairs. | 4.90 | 612.50 |
| 05/20/15 | YB | Preparation of schedule of assets and liabilities. | 3.00 | 240.00 |
| 05/20/15 | YB | Preparation of statement of financial affairs. | 1.60 | 128.00 |
| 05/20/15 | JC | Preparation of statement of financial affairs. | 5.70 | 456.00 |
| 05/20/15 | CS | Preparation of statement of financial affairs. | 1.50 | 67.50 |
| 05/20/15 | RB | Preparation of statement of financial affairs. | 7.60 | 608.00 |
| 05/21/15 | CN | Preparation of schedule of assets and liabilities. | 0.50 | 62.50 |
| 05/21/15 | CN | Preparation of statement of financial affairs. | 4.50 | 562.50 |
| 05/21/15 | CN | Review e-mail received and respond to Marisa Terranova re: litigation under seal | 0.10 | 12.50 |
| 05/21/15 | YB | Preparation of statement of financial affairs. | 3.80 | 304.00 |
| 05/21/15 | YB | Preparation of schedule of assets and liabilities. | 1.00 | 80.00 |
| 05/21/15 | JC | Preparation of statement of financial affairs. | 5.50 | 440.00 |
| 05/21/15 | AK | Preparation of schedule of assets and liabilities. | 0.50 | 32.50 |
| 05/21/15 | RB | Preparation of statement of financial affairs. | 5.70 | 456.00 |
| 05/22/15 | ES | Review SOFA's and discuss changes with Katie Nownes and Jennifer Castillo. | 3.50 | 437.50 |
| 05/22/15 | CN | Review e-mail received and respond to Marisa Terranova re: insiders addresses under seal | 0.10 | 12.50 |

```
                                          Inv#      2567
                                          Date    Jun 23, 2015
                                          Client Number  4700
```

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/22/15 | CN | Preparation of schedule of assets and liabilities. | 0.30 | 37.50 |
| 05/22/15 | CN | Preparation of statement of financial affairs. | 4.30 | 537.50 |
| 05/22/15 | YB | Preparation of schedule of assets and liabilities. | 3.50 | 280.00 |
| 05/22/15 | YB | Preparation of statement of financial affairs. | 2.40 | 192.00 |
| 05/22/15 | YB | Preparation of statement of financial affairs. | 2.30 | 184.00 |
| 05/22/15 | JC | Printed Sofas for review | 0.30 | 24.00 |
| 05/22/15 | JC | Preparation of statement of financial affairs. | 6.50 | 520.00 |
| 05/22/15 | LB | Preparation of statement of financial affairs. | 1.50 | 120.00 |
| 05/22/15 | CS | Preparation of statement of financial affairs. | 0.10 | 4.50 |
| 05/22/15 | RB | Preparation of statement of financial affairs. | 6.90 | 552.00 |
| 05/23/15 | CN | Preparation of statement of financial affairs. | 4.00 | 500.00 |
| 05/23/15 | YB | Preparation of statement of financial affairs. | 4.30 | 344.00 |
| 05/23/15 | JC | Preparation of statement of financial affairs. | 4.00 | 320.00 |
| 05/26/15 | MI | Troubleshoot issue with Sched E printing. | 0.30 | 22.50 |
| 05/26/15 | CN | Preparation of statement of financial affairs. | 0.40 | 50.00 |
| 05/26/15 | CN | Preparation of schedule of assets and liabilities. | 0.40 | 50.00 |
| 05/26/15 | YB | Preparation of schedule of assets and liabilities. | 2.10 | 168.00 |
| 05/26/15 | YB | Preparation of statement of financial affairs. | 4.60 | 368.00 |
| 05/26/15 | JC | Preparation of statement of financial affairs. | 2.30 | 184.00 |
| 05/26/15 | JC | Preparation of schedule of assets and liabilities. | 5.00 | 400.00 |
| 05/26/15 | RB | Preparation of statement of financial affairs. | 8.20 | 656.00 |
| 05/27/15 | MI | Assist with issue of Schedule G Excel file, research method to add footnote to single page of Schedule B where property 24 appears only.  Troubleshoot printing issues. | 3.00 | 225.00 |
| 05/27/15 | CN | Review e-mail received and respond to James Chu and Michael Yoshimura re: updated drafts | 0.10 | 12.50 |

```
                                        Inv#      2567
                                        Date     Jun 23, 2015
                                        Client Number  4700
```

| Date | | Description | | |
|---|---|---|---|---|
| 05/27/15 | CN | Preparation of schedule of assets and liabilities. | 0.50 | 62.50 |
| 05/27/15 | YB | Preparation of schedule of assets and liabilities. | 6.70 | 536.00 |
| 05/27/15 | JC | Preparation of schedule of assets and liabilities. | 6.00 | 480.00 |
| 05/28/15 | ES | Review schedules of assets and liabilities. | 1.50 | 187.50 |
| 05/28/15 | MI | Updates to customized note in Schedule B | 0.30 | 22.50 |
| 05/28/15 | MI | Incorporate requested updates into Schedule E forms | 1.00 | 75.00 |
| 05/28/15 | CN | Review e-mail received and respond to James Chu and Michael Yoshimura re: updated drafts, information and deadlines, etc. | 0.10 | 12.50 |
| 05/28/15 | CN | Preparation of schedule of assets and liabilities. | 1.70 | 212.50 |
| 05/28/15 | YB | Preparation of statement of financial affairs. | 0.50 | 40.00 |
| 05/28/15 | YB | Preparation of schedule of assets and liabilities. | 3.30 | 264.00 |
| 05/28/15 | JC | Preparation of schedule of assets and liabilities. | 3.20 | 256.00 |
| 05/28/15 | JC | Preparation of statement of financial affairs. | 1.80 | 144.00 |
| 05/28/15 | RB | Preparation of statement of financial affairs. | 0.70 | 56.00 |
| 05/29/15 | ES | Review schedules of assets and liabilities. | 3.40 | 425.00 |
| 05/29/15 | CN | Preparation of statement of financial affairs. | 0.50 | 62.50 |
| 05/29/15 | CN | Preparation of schedule of assets and liabilities. | 3.30 | 412.50 |
| 05/29/15 | YB | Preparation of schedule of assets and liabilities. | 1.50 | 120.00 |
| 05/29/15 | YB | Preparation of statement of financial affairs. | 0.50 | 40.00 |
| 05/29/15 | JC | Preparation of schedule of assets and liabilities. | 2.00 | 160.00 |
| 05/29/15 | JC | Preparation of statement of financial affairs. | 2.00 | 160.00 |
| 05/29/15 | RB | Preparation of statement of financial affairs. | 6.50 | 520.00 |
| 05/30/15 | CN | Review e-mail received and respond to James Chu and Michael Yoshimura re: updated drafts, information and deadlines, etc. | 0.10 | 12.50 |
| 05/30/15 | CN | Preparation of statement of financial affairs. | 1.00 | 125.00 |

```
                                              Inv#      2567
                                              Date      Jun 23, 2015
                                              Client Number  4700
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/30/15 | CN | Preparation of schedule of assets and liabilities. | 2.00 | 250.00 |
| 05/31/15 | CN | Preparation of schedule of assets and liabilities. | 0.40 | 50.00 |
| 05/31/15 | CN | Preparation of statement of financial affairs. | 4.00 | 500.00 |
| 05/31/15 | CN | Review e-mail received and respond to James Chu and Michael Yoshimura re: updated drafts, information and deadlines, etc. | 0.10 | 12.50 |
| 05/31/15 | CN | Call with James Chu and Michael Yoshimura re: updated drafts, information and deadlines, etc. | 0.30 | 37.50 |
| 05/31/15 | JC | Preparation of schedule of assets and liabilities. | 3.50 | 280.00 |

```
Total Services                                     17,818.00


Total Expenses                                           .00
                                              ---------------
Total This Matter                                  17,818.00
                                              ---------------
```

```
Inv#      2573
Date      Jul 17, 2015
Client Number  4700
```

Corinthian Colleges, Inc.
Stan A. Mortensen, EVP and General Counsel
Corinthain Colleges Inc
6 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707

Re:   Corinthian - Schedules & Sofas                           470066

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Catherine Nownes | CN | 125.00 | 36.20 | 4,525.00 |
| Eric Schwarz | ES | 125.00 | 2.50 | 312.50 |
| Jennifer Castillo | JC | 80.00 | 20.80 | 1,664.00 |
| Michelle Ignacio | MI | 75.00 | 2.50 | 187.50 |
| Russell Buelna | RB | 80.00 | 6.90 | 552.00 |
| Yelena Bederman | YB | 80.00 | 19.20 | 1,536.00 |

Total Fees:                                                    8,777.00

| | | | | |
|---|---|---|---|---|
| 06/01/15 | MI | Apply customizations requested by client to Schedule A.  Update table, add VBA code functionality, test and debug. | 0.80 | 60.00 |
| 06/01/15 | CN | Review e-mail received and respond to James Chu and Michael Yoshimura re: updated drafts, information and deadlines, etc. | 0.10 | 12.50 |
| 06/01/15 | CN | Preparation of statement of financial affairs. | 0.50 | 62.50 |
| 06/01/15 | CN | Preparation of schedule of assets and liabilities. | 1.00 | 125.00 |
| 06/01/15 | YB | Preparation of statement of financial affairs. | 2.20 | 176.00 |
| 06/01/15 | YB | Preparation of schedule of assets and liabilities. | 1.20 | 96.00 |
| 06/01/15 | JC | Preparation of schedule of assets and liabilities. | 2.00 | 160.00 |
| 06/02/15 | MI | Apply updates to schedules per custom request from client | 0.70 | 52.50 |
| 06/02/15 | CN | Review e-mail received and respond to James Chu and Michael Yoshimura re: updated drafts, information and deadlines, etc. | 0.10 | 12.50 |

```
                                        Inv#      2573
                                        Date    Jul 17, 2015
                                        Client Number  4700
```

| Date | | Description | Hours | Amount |
|------|------|------|------|------|
| 06/02/15 | CN | Preparation of statement of financial affairs. | 1.00 | 125.00 |
| 06/02/15 | CN | Preparation of schedule of assets and liabilities. | 1.50 | 187.50 |
| 06/02/15 | YB | Preparation of schedule of assets and liabilities. | 0.80 | 64.00 |
| 06/02/15 | YB | Preparation of statement of financial affairs. | 0.40 | 32.00 |
| 06/02/15 | JC | Preparation of statement of financial affairs. | 2.00 | 160.00 |
| 06/02/15 | JC | Preparation of schedule of assets and liabilities. | 2.50 | 200.00 |
| 06/02/15 | RB | Preparation of statement of financial affairs. | 2.20 | 176.00 |
| 06/03/15 | CN | Review e-mail received and respond to James Chu and Michael Yoshimura re: updated drafts, information and deadlines, etc. | 0.10 | 12.50 |
| 06/03/15 | CN | Preparation of statement of financial affairs. | 0.40 | 50.00 |
| 06/03/15 | CN | Preparation of schedule of assets and liabilities. | 2.20 | 275.00 |
| 06/03/15 | YB | Preparation of schedule of assets and liabilities. | 1.90 | 152.00 |
| 06/03/15 | YB | Preparation of statement of financial affairs. | 0.70 | 56.00 |
| 06/03/15 | JC | Preparation of schedule of assets and liabilities. | 2.00 | 160.00 |
| 06/03/15 | JC | Preparation of statement of financial affairs. | 1.30 | 104.00 |
| 06/04/15 | ES | Review draft versions of SOFA and Schedules | 2.50 | 312.50 |
| 06/04/15 | MI | Apply corrections to database tables for Schedules | 0.50 | 37.50 |
| 06/04/15 | CN | Call with James Chu re: updated drafts, information and deadlines, etc. | 0.30 | 37.50 |
| 06/04/15 | CN | Preparation of statement of financial affairs. | 0.30 | 37.50 |
| 06/04/15 | CN | Preparation of schedule of assets and liabilities. | 4.10 | 512.50 |
| 06/04/15 | YB | Preparation of statement of financial affairs. | 4.80 | 384.00 |
| 06/04/15 | YB | Preparation of schedule of assets and liabilities. | 1.80 | 144.00 |
| 06/04/15 | JC | Preparation of statement of financial affairs. | 3.00 | 240.00 |
| 06/04/15 | JC | Preparation of schedule of assets and liabilities. | 3.00 | 240.00 |
| 06/04/15 | RB | Preparation of statement of financial affairs. | 1.80 | 144.00 |

```
                                          Inv#      2573
                                          Date     Jul 17, 2015
                                          Client Number  4700
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 06/05/15 | MI | Support for issues with schedules | 0.50 | 37.50 |
| 06/05/15 | CN | Review e-mail received and respond to James Chu re: updated drafts, information and deadlines, etc. | 0.10 | 12.50 |
| 06/05/15 | CN | Preparation of statement of financial affairs. | 1.00 | 125.00 |
| 06/05/15 | CN | Preparation of schedule of assets and liabilities. | 2.00 | 250.00 |
| 06/05/15 | YB | Preparation of schedule of assets and liabilities. | 4.70 | 376.00 |
| 06/05/15 | YB | Preparation of statement of financial affairs. | 0.40 | 32.00 |
| 06/05/15 | JC | Preparation of statement of financial affairs. | 2.30 | 184.00 |
| 06/05/15 | JC | Preparation of schedule of assets and liabilities. | 2.50 | 200.00 |
| 06/05/15 | JC | Call with James Chu re: Time Frame of Schedules & SOFAs updates | 0.20 | 16.00 |
| 06/05/15 | RB | Preparation of statement of financial affairs. | 2.90 | 232.00 |
| 06/06/15 | CN | Preparation of schedule of assets and liabilities. | 5.60 | 700.00 |
| 06/06/15 | CN | Preparation of statement of financial affairs. | 3.60 | 450.00 |
| 06/06/15 | CN | Review e-mail received and respond to James Chu re: updated drafts, information and deadlines, etc. | 0.10 | 12.50 |
| 06/07/15 | CN | Preparation of schedule of assets and liabilities. | 6.40 | 800.00 |
| 06/07/15 | CN | Preparation of statement of financial affairs. | 5.00 | 625.00 |
| 06/07/15 | CN | Call with James Chu and Krishan Sutharshana re: updated drafts, information and deadlines, etc. | 0.80 | 100.00 |
| 06/11/15 | YB | Preparation of schedule of assets and liabilities. (schedule B) | 0.30 | 24.00 |

```
Total Services                                     8,777.00



Total Expenses                                          .00
                                          ----------------
Total This Matter                                  8,777.00
                                          ----------------
```

```
                                        Inv#      2573
                                        Date    Jul 17, 2015
                                        Client Number  4700
```

Re:    Corinthian — Schedules & Sofas (OT)                    470076

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Jennifer Castillo | JC | 120.00 | 18.00 | 2,160.00 |
| Yelena Bederman | YB | 120.00 | 21.30 | 2,556.00 |

Total Fees:                                                      4,716.00

| | | | | |
|---|---|---|---|---|
| 06/06/15 | YB | Preparation of statement of financial affairs. | 0.30 | 36.00 |
| 06/06/15 | YB | Preparation of schedule of assets and liabilities. | 9.00 | 1,080.00 |
| 06/06/15 | JC | Preparation of statement of financial affairs. | 4.50 | 540.00 |
| 06/06/15 | JC | Preparation of schedule of assets and liabilities. | 4.00 | 480.00 |
| 06/07/15 | YB | Preparation of schedule of assets and liabilities. | 11.80 | 1,416.00 |
| 06/07/15 | YB | Preparation of statement of financial affairs. | 0.20 | 24.00 |
| 06/07/15 | JC | Preparation of statement of financial affairs. | 5.00 | 600.00 |
| 06/07/15 | JC | Preparation of schedule of assets and liabilities. | 4.50 | 540.00 |

Total Services                                                  4,716.00


Total Expenses                                                       .00
                                                            ---------------

Total This Matter                                               4,716.00
                                                            ---------------

```
Inv#      2707
Date     Sep 17, 2015
Client Number  4700
```

Corinthian Colleges, Inc.
Stan A. Mortensen, EVP and General Counsel
Corinthain Colleges Inc
6 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707

Re:    Corinthian - Balloting                                        470064

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scanning Operator | SCAN | 20.00 | 41.30 | 826.00 |
| Catherine Nownes | CN | 125.00 | 34.90 | 4,362.50 |
| Eli Aleman | EA | 45.00 | 16.20 | 729.00 |
| Isabel Castillo | IC | 75.00 | 12.80 | 960.00 |
| Jennifer Castillo | JC | 80.00 | 16.80 | 1,344.00 |
| Michelle Ignacio | MI | 75.00 | 1.00 | 75.00 |
| Russell Buelna | RB | 80.00 | 5.30 | 424.00 |
| Sarina Haro | SH | 67.50 | 18.30 | 1,235.25 |
| Scott Ewing | SE | 125.00 | 4.80 | 600.00 |
| Yelena Bederman | YB | 80.00 | 4.60 | 368.00 |

Total Fees:                                                      10,923.75

| | | | | |
|---|---|---|---|---|
| 08/03/15 | CN | Prepare ballot tabulation reports. | 0.10 | 12.50 |
| 08/03/15 | CN | Verification of processed ballots | 0.10 | 12.50 |
| 08/03/15 | CN | Call with multiple students re: class 5 treatment | 2.00 | 250.00 |
| 08/03/15 | CN | Researching creditors names to determine if their class, then reply to multiple emails regarding which class they are in | 0.50 | 62.50 |
| 08/03/15 | CN | Review e-mail received and respond to Amanda Steele, Mark Collins, Michael Merchant, Stan Mortenson and William Nolan re: tabulation results | 0.10 | 12.50 |
| 08/03/15 | SCAN | Scan ballots | 0.10 | 2.00 |
| 08/03/15 | JC | Review and process incoming ballots. | 0.20 | 16.00 |
| 08/03/15 | RB | Review and process incoming ballots. | 0.10 | 8.00 |
| 08/04/15 | CN | Prepare ballot tabulation reports. | 0.10 | 12.50 |
| 08/04/15 | CN | Verification of processed ballots | 0.20 | 25.00 |

```
                                          Inv#      2707
                                          Date      Sep 17, 2015
                                          Client Number  4700
```

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/04/15 | CN | Call with multiple students re: class 5 treatment | 0.50 | 62.50 |
| 08/04/15 | CN | Researching creditors names to determine if their class, then reply to multiple emails regarding which class they are in | 0.20 | 25.00 |
| 08/04/15 | CN | Review e-mail received and respond to Amanda Steele, Mark Collins, Michael Merchant, Stan Mortensen, William Nolan re: voting tabulation daily report | 0.10 | 12.50 |
| 08/04/15 | CN | Call with Lorie Ball re: students on committee and ballots, letter to students and committee ballot | 0.40 | 50.00 |
| 08/04/15 | SE | Review e-mail received and respond to Amanda Steele @ RLF re: California Dept of Justice Solicitation package; research; send duplicative materials to Nancy Quach @ DOJ via e-mail. | 0.30 | 37.50 |
| 08/04/15 | EA | Review and process incoming ballots. | 0.40 | 18.00 |
| 08/05/15 | CN | Review e-mail received and respond to Jack Wong re: copies of plan and disclosure statement | 0.10 | 12.50 |
| 08/05/15 | YB | Verification of processed ballots | 0.20 | 16.00 |
| 08/05/15 | YB | Reprinting ballot for claim 2079 per request of L.Ball @ Robins Kaplan LLP; reply to Katie's email | 0.20 | 16.00 |
| 08/05/15 | JC | Printed Ballots for processing | 0.10 | 8.00 |
| 08/05/15 | JC | Verification of processed ballots | 0.20 | 16.00 |
| 08/05/15 | EA | Review and process incoming ballots. | 0.50 | 22.50 |
| 08/06/15 | CN | Prepare ballot tabulation reports. | 0.20 | 25.00 |
| 08/06/15 | CN | Verification of processed ballots | 0.30 | 37.50 |
| 08/06/15 | CN | Call with multiple students re: class 5 treatment | 0.40 | 50.00 |
| 08/06/15 | CN | Researching creditors names to determine if their class, then reply to multiple emails regarding which class they are in | 0.20 | 25.00 |
| 08/06/15 | YB | Verification of processed ballots | 0.50 | 40.00 |
| 08/06/15 | SCAN | Scan ballots | 0.10 | 2.00 |
| 08/06/15 | SCAN | Scan ballots | 1.50 | 30.00 |
| 08/06/15 | JC | Printed Ballots for processing | 0.10 | 8.00 |
| 08/06/15 | JC | Confirming receipt of ballot submission to creditors via email | 0.50 | 40.00 |
| 08/06/15 | JC | Review and process incoming ballots. | 0.30 | 24.00 |
| 08/06/15 | JC | Verification of processed ballots | 0.50 | 40.00 |

|  |  |  | Inv# | 2707 |  |
|  |  |  | Date | Sep 17, 2015 |  |
|  |  |  | Client Number | 4700 |  |

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/15 | EA | Review and process incoming ballots. | 0.60 | 27.00 |
| 08/06/15 | IC | Review and process incoming ballots. | 1.50 | 112.50 |
| 08/07/15 | CN | Prepare ballot tabulation reports. | 0.20 | 25.00 |
| 08/07/15 | CN | Verification of processed ballots | 1.00 | 125.00 |
| 08/07/15 | CN | Call with multiple students re: class 5 treatment | 0.20 | 25.00 |
| 08/07/15 | CN | Researching creditors names to determine if their class, then reply to multiple their class, then which class they are in | 0.10 | 12.50 |
| 08/07/15 | SCAN | Scan ballots | 1.10 | 22.00 |
| 08/07/15 | JC | Printed Ballots for processing | 0.10 | 8.00 |
| 08/07/15 | JC | Confirming receipt of ballot submission to creditors via email | 0.20 | 16.00 |
| 08/07/15 | JC | Verification of processed ballots | 1.00 | 80.00 |
| 08/07/15 | EA | Review and process incoming ballots. | 2.90 | 130.50 |
| 08/07/15 | EA | Scan ballots | 0.80 | 36.00 |
| 08/07/15 | IC | Review and process incoming ballots. | 2.50 | 187.50 |
| 08/08/15 | SE | Review and process incoming ballots. | 0.30 | 37.50 |
| 08/10/15 | MI | Research issue with Class 5 ballots sent. | 0.50 | 37.50 |
| 08/10/15 | CN | Call with multiple students re: class 5 treatment | 0.20 | 25.00 |
| 08/10/15 | CN | Verification of processed ballots | 2.50 | 312.50 |
| 08/10/15 | CN | Researching creditors names to determine if their class, then reply to multiple emails regarding which class they are in; reprint and email ballots due to being lost, etc. | 0.40 | 50.00 |
| 08/10/15 | YB | Verification of processed ballots | 2.00 | 160.00 |
| 08/10/15 | SCAN | Scan ballots | 2.50 | 50.00 |
| 08/10/15 | SCAN | Scan ballots | 0.70 | 14.00 |
| 08/10/15 | EA | Review and process incoming ballots. | 3.40 | 153.00 |
| 08/10/15 | IC | Review and process incoming ballots. | 5.30 | 397.50 |
| 08/11/15 | CN | Prepare ballot tabulation reports. | 0.20 | 25.00 |
| 08/11/15 | CN | Verification of processed ballots | 1.00 | 125.00 |
| 08/11/15 | CN | Call with multiple students re: class 5 treatment | 0.20 | 25.00 |
| 08/11/15 | CN | Researching creditors names to determine if their class, then reply to multiple emails regarding which class they are in; reprint and email ballots due to being | 0.20 | 25.00 |

```
                                    Inv#       2707
                                    Date     Sep 17, 2015
                                    Client Number   4700
                    lost, etc.
08/11/15   SCAN  Scan ballots                      4.60      92.00
08/11/15   SCAN  Scan ballots                      0.70      14.00
08/11/15   JC    Printed Ballot for processing     0.10       8.00
08/11/15   JC    Reviewed Tabulation Report for any 0.20     16.00
                 duplicates
08/11/15   EA    Review and process incoming       2.40     108.00
                 ballots.
08/11/15   IC    Review and process incoming       0.50      37.50
                 ballots.
08/12/15   CN    Prepare ballot tabulation reports. 0.20     25.00
08/12/15   CN    Verification of processed ballots  0.30     37.50
08/12/15   CN    Call with multiple students re:    0.20     25.00
                 class 5 treatment
08/12/15   SE    Review DKT 742 re: Dennis Erroll   0.20     25.00
                 Harvey Jr. ballot/claim submission
08/12/15   SCAN  Scan ballots                       2.20     44.00
08/12/15   JC    Verification of processed ballots  1.00     80.00
08/12/15   JC    Prepare ballot tabulation reports. 0.10      8.00
08/12/15   JC    Reviewed Tabulation Report for any 0.50     40.00
                 duplicates
08/12/15   SH    Review and process incoming        1.50    101.25
                 ballots.
08/12/15   SH    Review and organize case           0.50     33.75
                 documents; file.
08/13/15   CN    Call with multiple students re:    0.30     37.50
                 class 5 treatment
08/13/15   CN    Reviewing tabulation report for    0.30     37.50
                 comments and duplicates
08/13/15   YB    Verification of processed ballots  1.00     80.00
08/13/15   SE    Review and process incoming        0.30     37.50
                 ballots.
08/13/15   SCAN  Scan ballots                       0.70     14.00
08/13/15   SCAN  Scan ballots                       1.50     30.00
08/13/15   JC    Printed Ballots for processing     0.10      8.00
08/13/15   EA    Review and process incoming        1.20     54.00
                 ballots.
08/13/15   RB    Review and process incoming        0.10      8.00
                 ballots.
08/13/15   IC    Review and process incoming        2.00    150.00
                 ballots.
08/13/15   SH    Review and process incoming        2.00    135.00
                 ballots.
08/13/15   SH    Review and organize case           1.00     67.50
                 documents; file.
08/14/15   CN    Prepare ballot tabulation reports. 0.30     37.50
08/14/15   CN    Verification of processed ballots  1.50    187.50
```

```
                                        Inv#      2707
                                        Date      Sep 17, 2015
                                        Client Number  4700
```

| Date | | Description | Hours | Amount |
|------|------|------|------|------|
| 08/14/15 | CN | Review e-mail received and respond to Amanda Steele, Mark Collins, Michael Merchant, Stan Mortensen, William Nolan re: voting tabulation daily report | 0.10 | 12.50 |
| 08/14/15 | SE | Verification of processed ballots | 0.40 | 50.00 |
| 08/14/15 | SE | Review and process incoming ballots. | 0.40 | 50.00 |
| 08/14/15 | SCAN | Scan ballots | 2.30 | 46.00 |
| 08/14/15 | SCAN | Scan ballots | 0.80 | 16.00 |
| 08/14/15 | JC | Printed Ballots for processing | 0.30 | 24.00 |
| 08/14/15 | JC | Responded to creditors confirming we received their ballot | 0.50 | 40.00 |
| 08/14/15 | JC | Verification of processed ballots | 1.00 | 80.00 |
| 08/14/15 | EA | Review and process incoming ballots. | 0.70 | 31.50 |
| 08/14/15 | RB | Review and process incoming ballots. | 0.10 | 8.00 |
| 08/14/15 | SH | Review and process incoming ballots. | 2.00 | 135.00 |
| 08/14/15 | SH | Review and organize case documents; file. | 0.60 | 40.50 |
| 08/17/15 | CN | Reprint and send Babi Malonne ballot for voting | 0.10 | 12.50 |
| 08/17/15 | CN | Verification of processed ballots | 1.30 | 162.50 |
| 08/17/15 | CN | Review e-mail received and respond to Amanda Steele, Mark Collins, Michael Merchant, Stan Mortensen, William Nolan re: voting tabulation daily report | 0.10 | 12.50 |
| 08/17/15 | SE | Review and process incoming ballots. | 0.30 | 37.50 |
| 08/17/15 | SE | Call with Lee Echols re: Ballot Request | 0.10 | 12.50 |
| 08/17/15 | SE | Review e-mail received and respond to Crystal Stanley re: Ballot Request | 0.10 | 12.50 |
| 08/17/15 | SCAN | Scan ballots | 0.70 | 14.00 |
| 08/17/15 | SCAN | Scan ballots | 1.80 | 36.00 |
| 08/17/15 | JC | Verification of processed ballots | 1.70 | 136.00 |
| 08/17/15 | EA | Review and process incoming ballots. | 1.70 | 76.50 |
| 08/17/15 | RB | Review and process incoming ballots. | 1.60 | 128.00 |
| 08/17/15 | IC | Review and process incoming ballots. | 1.00 | 75.00 |
| 08/17/15 | SH | Review and process incoming ballots. | 2.10 | 141.75 |
| 08/17/15 | SH | Review and organize case documents; file. | 1.20 | 81.00 |

```
                                          Inv#      2707
                                          Date    Sep 17, 2015
                                          Client Number  4700
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/18/15 | CN | Create ballot for MA Attorney General, after approval received from Amanda Steele, email to Jennifer Snow | 0.30 | 37.50 |
| 08/18/15 | CN | Verification of processed ballots | 2.10 | 262.50 |
| 08/18/15 | CN | Review e-mail received and respond to Amanda Steele, Mark Collins, Michael Morchant, Stan Mortensen, William Nolan re: voting tabulation daily report | 0.10 | 12.50 |
| 08/18/15 | CN | Reviewing tabulation report for comments, duplicates, objected parties, etc | 0.40 | 50.00 |
| 08/18/15 | CN | Review Orgeon AG claim/ballot, email to Amanda Steele, emails on how to process | 0.20 | 25.00 |
| 08/18/15 | CN | Review letter from student, email to Amanda Steele, verify student was served properly, email ballot to student | 0.20 | 25.00 |
| 08/18/15 | YB | Printing ballot 81592 | 0.10 | 8.00 |
| 08/18/15 | YB | Create 31 dup ballots for American Express | 0.20 | 16.00 |
| 08/18/15 | SE | Review and process incoming ballots. | 0.20 | 25.00 |
| 08/18/15 | SE | Review e-mail received and respond to Katie Nownes re: Ballot Request: Attorney General - Massachusetts | 0.10 | 12.50 |
| 08/18/15 | SCAN | Scan ballots | 1.00 | 20.00 |
| 08/18/15 | SCAN | Scan ballots | 2.00 | 40.00 |
| 08/18/15 | SCAN | Scan ballots | 4.10 | 82.00 |
| 08/18/15 | JC | Verification of processed ballots | 2.00 | 160.00 |
| 08/18/15 | RB | Review and process incoming ballots. | 1.80 | 144.00 |
| 08/18/15 | SH | Review and process incoming ballots. | 0.50 | 33.75 |
| 08/18/15 | SH | Reviewing tabulation reports | 1.40 | 94.50 |
| 08/18/15 | SH | Reviewing tabulation reports | 0.50 | 33.75 |
| 08/19/15 | MI | Update code for tabulation - non vote parties identified as Invalid in reports. | 0.50 | 37.50 |
| 08/19/15 | CN | Prepare tabulation declaration | 0.70 | 87.50 |
| 08/19/15 | CN | Prepare ballot tabulation reports. | 0.10 | 12.50 |
| 08/19/15 | CN | Verification of processed ballots | 1.50 | 187.50 |
| 08/19/15 | CN | Review ballots, respond to Amanda Steele, process Oregon AG ballot as requested | 0.30 | 37.50 |

```
                                    Inv#      2707
                                    Date     Sep 17, 2015
                                    Client Number  4700
```

| Date | | Description | | |
|------|------|------|------|------|
| 08/19/15 | CN | Review e-mail received and respond to Amanda Steele, Mark Collins, Michael Merchant, Stan Mortensen, William Nolan re: voting tabulation daily report | 0.10 | 12.50 |
| 08/19/15 | YB | Research ballots and update the name of the voter of The Harr Law firm; reply to Katie's email | 0.40 | 32.00 |
| 08/19/15 | SE | Review and process incoming ballots. | 0.60 | 75.00 |
| 08/19/15 | SE | Review e-mail received and respond to Katie Nownes re: Student Committee ballot; research | 0.20 | 25.00 |
| 08/19/15 | SCAN | Scan ballots | 2.50 | 50.00 |
| 08/19/15 | SCAN | Scan ballots | 0.20 | 4.00 |
| 08/19/15 | JC | Updated ballot class and resent to student | 0.10 | 8.00 |
| 08/19/15 | JC | Verification of processed ballots | 2.00 | 160.00 |
| 08/20/15 | CN | Prepare ballot tabulation reports. | 0.20 | 25.00 |
| 08/20/15 | CN | Verification of processed ballots | 2.10 | 262.50 |
| 08/20/15 | CN | Review ballots, respond to Amanda Steele, process Wisconsin DOJ ballot as requested | 0.20 | 25.00 |
| 08/20/15 | CN | Emails with voters re: ballots and voting, verify ballots were tabulated, research voting classes, etc. | 0.40 | 50.00 |
| 08/20/15 | CN | Call with Lorie Ball re: student committee ballot information | 0.20 | 25.00 |
| 08/20/15 | CN | Review docket 798, update and tabulate Bank of America pursuant to order | 0.30 | 37.50 |
| 08/20/15 | CN | Review e-mail received and respond to Amanda Steele, Mark Collins, Michael Merchant, stan mortensen, William Nolan re: voting tabulation daily report | 0.10 | 12.50 |
| 08/20/15 | SE | Review and process incoming ballots. | 0.60 | 75.00 |
| 08/20/15 | SCAN | Scan ballots | 2.70 | 54.00 |
| 08/20/15 | JC | Verification of processed ballots | 1.50 | 120.00 |
| 08/20/15 | EA | Review and process incoming ballots. | 0.80 | 36.00 |
| 08/20/15 | RB | Review and process incoming ballots. | 0.20 | 16.00 |
| 08/21/15 | CN | Prepare ballot tabulation reports. | 0.30 | 37.50 |
| 08/21/15 | CN | Verification of processed ballots | 2.00 | 250.00 |

```
                                         Inv#      2707
                                         Date     Sep 17, 2015
                                         Client Number  4700

08/21/15  CN    Review e-mail received and respond      0.10        12.50
                to Amanda Steele, Mark Collins,
                Michael Merchant, stan mortensen,
                William Nolan re: voting
                tabulation daily report
08/21/15  CN    Review ballots, respond to Amanda       0.30        37.50
                Steele, process ballots as
                requested
08/21/15  CN    Emails with voters re: ballots and      0.50        62.50
                voting, verify ballots were
                tabulated, research voting
                classes, etc.
08/21/15  CN    Review e-mail received and respond      0.10        12.50
                to Lorie Ball re: student
                committee ballot information
08/21/15  SE    Review and process incoming             0.30        37.50
                ballots.
08/21/15  SCAN  Scan ballots                            1.00        20.00
08/21/15  SCAN  Scan ballots                            1.80        36.00
08/21/15  SCAN  Scan ballots                            1.70        34.00
08/21/15  JC    Verification of processed ballots       1.50       120.00
08/21/15  SH    Reviewing tabulation report             1.50       101.25
08/21/15  SH    Filing Ballots                          1.50       101.25
08/23/15  CN    Updating tabulation declaration         1.50       187.50
                and exhibits, forward to Amanda
                Steele for filing
08/24/15  CN    Review e-mail received and respond      0.10        12.50
                to Amanda Steele re: voting
                tabulation
08/24/15  CN    Emails with voters re: ballots and      0.30        37.50
                voting late
08/24/15  CN    Review all scanned ballots for CD       0.20        25.00
08/24/15  SE    Review and organize incoming late       0.30        37.50
                ballots.
08/24/15  SCAN  Scan ballots                            0.20         4.00
08/24/15  JC    Burned all Ballots on CD (2 CDs &       0.30        24.00
                2 Labels)
08/24/15  JC    Reviewed and organized ballots for      0.70        56.00
                final tabulation report
08/24/15  EA    Review and process incoming             0.30        13.50
                ballots.
08/24/15  RB    Review all scanned images to            1.40       112.00
                verify they are readable and all
                have been scanned correctly.
08/24/15  SH    Verifying all class 5 ballots are       2.00       135.00
                scanned
08/25/15  CN    Review e-mail received and respond      0.10        12.50
                to Amanda Steele re: ballots on
                CD's
08/25/15  SCAN  Scan ballots                            2.00        40.00
```

```
                                        Inv#      2707
                                        Date      Sep 17, 2015
                                        Client Number  4700
```

| Date | Code | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/26/15 | CN | Prepare and attend the confirmation hearing telephonically | 3.50 | 437.50 |
| 08/26/15 | SE | Review and organizing incoming late ballots | 0.10 | 12.50 |
| 08/26/15 | SCAN | Scan ballots | **0.50** | 10.00 |
| 08/28/15 | SCAN | Scan ballots | **0.30** | 6.00 |
| 08/31/15 | EA | Review and process incoming ballots. | **0.50** | 22.50 |

```
Total Services                                     10,923.75


Total Expenses                                           .00
                                             ---------------

Total This Matter                                  10,923.75
                                             ---------------
```

```
                                    Inv#      2707
                                    Date    Sep 17, 2015
                                    Client Number  4700
```

Re:    Corinthian – Schedules & Sofas                    470066

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Catherine Nownes | CN | 125.00 | 7.60 | 950.00 |
| Michelle Ignacio | MI | 75.00 | 11.40 | 855.00 |
| Yelena Bederman | YB | 80.00 | 3.50 | 280.00 |

Total Fees:                                              2,085.00

| | | | | |
|---|---|---|---|---|
| 08/12/15 | YB | Creating snapshot of original schedules | 0.20 | 16.00 |
| 08/14/15 | MI | Updates to tables and printing of amended schedules for individual debtors.  Verify changes were captured in PDF files. | 2.50 | 187.50 |
| 08/14/15 | CN | Preparation of schedule of assets and liabilities. Amended Schedule E and F | 3.00 | 375.00 |
| 08/14/15 | CN | Call with James Chu and Michael Yoshimura re: amending schedules | 0.30 | 37.50 |
| 08/14/15 | CN | Review and circulate amended Schedule F report with student refund claims and LTI added | 0.20 | 25.00 |
| 08/14/15 | YB | Preparation of schedule of assets and liabilities. | 1.30 | 104.00 |
| 08/15/15 | CN | Preparation of schedule of assets and liabilities. amended schedules | 1.00 | 125.00 |
| 08/15/15 | YB | Preparation of schedule of assets and liabilities. | 0.50 | 40.00 |
| 08/16/15 | CN | Preparation of schedule of assets and liabilities. amended schedules | 2.00 | 250.00 |
| 08/16/15 | YB | Preparation of schedule of assets and liabilities. | 0.50 | 40.00 |
| 08/17/15 | MI | Custom Schedule E and F individualized forms – create new forms for mailing service. Create custom tables, queries.  Identify issues with groups in service. Prepare samples for review. Update Schedule E queries, reports – reprint Amended schedules for review. | 5.00 | 375.00 |

```
                                        Inv#      2707
                                        Date      Sep 17, 2015
                                        Client Number  4700
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/17/15 | CN | Preparation of schedule of assets and liabilities. | 0.20 | 25.00 |
| 08/17/15 | CN | Call with James Chu re: amending schedules and declaration pages | 0.50 | 62.50 |
| 08/17/15 | CN | Review e-mail received and respond to Amanda Steele re: amended schedules exhibits | 0.10 | 12.50 |
| 08/17/15 | CN | Prepare and circulate amended Schedule declarations | 0.30 | 37.50 |
| 08/17/15 | YB | Preparation of schedule of assets and liabilities. | 1.00 | 80.00 |
| 08/18/15 | MI | Prepare updated amended schedule notices data with changes made. Test samples for mailing | 0.40 | 30.00 |
| 08/21/15 | MI | Create custom amended schedule notices for various envelope sizes separated by Debtors into PDF files for service.  Print individual notices for service in separate files and parties in both Sch E & F debtor files in order for matching into envelopes. | 3.50 | 262.50 |

```
Total Services                                        2,085.00



Total Expenses                                              .00
                                                  ---------------

Total This Matter                                     2,085.00
                                                  ---------------
```

```
                                        Inv#      2782
                                        Date    Oct 12, 2015
                                        Client Number  4700
```

Corinthian Colleges, Inc.
Stan A. Mortensen, EVP and General Counsel
Corinthain Colleges Inc
6 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707

Re:    Corinthian - Balloting                          470064

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scanning Operator | SCAN | 20.00 | 0.10 | 2.00 |

Total Fees:                                                    2.00

| 09/29/15 | SCAN | Scan ballots | | 0.10 | 2.00 |
|---|---|---|---|---|---|

Total Services                                                2.00


Total Expenses                                            .00
                                                   ----------------
Total This Matter                                         2.00
                                                   ----------------

```
                                        Inv#      2782
                                        Date      Oct 12, 2015
                                        Client Number  4700
```

Re:   Corinthian - Schedules & Sofas                      470066

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Catherine Nownes | CN | 125.00 | 2.20 | 275.00 |
| Michelle Ignacio | MI | 75.00 | 7.30 | 547.50 |
| Yelena Bederman | YB | 80.00 | 2.90 | 232.00 |

Total Fees:                                              1,054.50

| | | | | |
|---|---|---|---|---|
| 09/09/15 | MI | Updates to schedules data received from CCI for new amended schedules.  Update forms and queries for individualized noticing and Amended Schedule drafts.  Move prior amended data into claims database. | 3.00 | 225.00 |
| 09/09/15 | CN | Call with James Chu and Michael Yoshimura re: amended schedules | 0.30 | 37.50 |
| 09/09/15 | CN | Preparation of schedule of assets and liabilities. amended CCI | 0.20 | 25.00 |
| 09/09/15 | YB | Preparation of amended schedule of assets and liabilities. | 1.20 | 96.00 |
| 09/10/15 | MI | Updates to amended schedules - data and forms.  Prepare updated reports, exhibits | 2.00 | 150.00 |
| 09/10/15 | CN | Preparation of schedule of assets and liabilities. amended CCI | 1.00 | 125.00 |
| 09/10/15 | CN | Call with James Chu re: amended schedule F for CCI | 0.40 | 50.00 |
| 09/10/15 | YB | Preparation of schedule of assets and liabilities. | 1.70 | 136.00 |
| 09/11/15 | MI | Prepare samples of individualized notices for Amended schedules. Prepare complete sets of individualized notices by Debtor for mailing.  Prepare service lists for AOS in Excel | 1.50 | 112.50 |
| 09/11/15 | CN | Preparation of amended schedule of assets and liabilities. | 0.30 | 37.50 |
| 09/14/15 | MI | Identify changes in amended schedules.  note issues with printed schedules for filing | 0.50 | 37.50 |

```
                                        Inv#      2782
                                        Date      Oct 12, 2015
                                        Client Number  4700
09/15/15  MI   Prepare updated Amended Schedule      0.30         22.50
               notices for service.


Total Services                                               1,054.50



Total Expenses                                                    .00
                                                        ---------------
Total This Matter                                            1,054.50
                                                        ---------------
```