## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | **Obj. Deadline: November 25, 2015 at 4:00 p.m. (EST)** |
| | § | **Hearing Date: December 10, 2015 at 1:00 p.m. (EST)** |

-----------------------------------------------------------

### FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A.
### FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
### AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
### DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
### <u>FROM MAY 4, 2015 THROUGH SEPTEMBER 21, 2015</u>

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors in possession |
| Date of Retention: | May 26, 2015 *nunc pro tunc* to May 4, 2015 |
| Period for which compensation and reimbursement are sought: | May 4, 2015 through September 21, 2015 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $1,814,475.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $85,132.45 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

This is a(n):  ___ monthly   ___ interim   <u>X</u>  final application

Prior Applications Filed:  None

| Date Filed | Period Covered | Fees | Expenses |
|:----------:|:--------------:|:----:|:--------:|
| 6/24/15 | 5/4/15 - 5/31/15 | $352,116.00 | $14,908.17 |
| 7/30/15 | 6/1/15 - 6/30/15 | $421,202.50 | $22,921.36 |
| 8/31/15 | 7/1/15 - 7/31/15 | $388,004.50 | $17,464.67 |
| 9/30/15 | 8/1/15 - 8/31/15 | $468,439.50 | $22,449.41 |
| 10/20/15 | 9/1/15 - 9/21/15 | $184,712.50 | $7,388.87 |

**FINAL COMPENSATION BY PROFESSIONAL**
**MAY 4, 2015 THROUGH SEPTEMBER 21, 2015**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $825 | 468.1 | $386,182.50 |
| William Haubert | Joined firm as associate in 1992. Director in 1999. Member of DE Bar since 1992. | $800 | 0.1 | $80.00 |
| Daniel J. DeFranceschi | Joined firm as associate in 1990. Director in 2000. Member of DE Bar since 1989. | $750 | 117.2 | $87,900.00 |
| Robert J. Stearn, Jr. | Joined firm as associate in 1990. Director in 1998. Member of DE Bar since 1990. | $750 | 72.6 | $54,450.00 |
| Russell C. Silberglied | Joined firm as associate in 1995. Director in 2002. Member of PA & DE Bars since 1996. | $725 | 0.3 | $217.50 |
| Michael J. Merchant | Joined firm as associate in 1999. Director in 2006. Member of DE Bar since 1999. | $650 | 701.7 | $456,105.00 |
| Richard J. Facciolo | Joined firm as associate in 1999. Director in 2004. Member of DE Bar since 1999. | $650 | 2.3 | $1,495.00 |
| Marcos A. Ramos | Joined firm as associate in 2002. Counsel in 2008. Director in 2010. Member of NY Bar since 1995, CA Bar since 1998, MD Bar since 2001 and DE Bar | $585 | 325.6 | $190,476.00 |

| | | | | |
|---|---|---|---|---|
| | since 2003. | | | |
| Monica M. Ayres | Joined firm as associate in 1999. Director in 2008. Member of DE Bar since 2000. | $585 | 4.5 | $2,632.50 |
| Stanford L. Stevenson | Joined firm as Director in 2007. Member of DE and PA Bars since 1995. | $575 | 6.3 | $3,622.50 |
| Mark A. Kurtz | Joined firm as associate in 2005. Counsel in 2013. Director in 2015. Member of DE Bar since 2005. | $525 | 31.5 | $16,537.50 |
| Joshua J. Novak | Joined firm as associate in 2007. Director in 2015. Member of DE Bar since 2008. | $525 | 8.6 | $4,515.00 |
| Brigitte V. Fresco | Joined firm as associate in 1995. Counsel in 2005. Member of DE Bar since 1996. | $510 | 9.0 | $4,590.00 |
| Cory D. Kandestin | Joined firm as associate in 2007. Member of DE Bar since 2008. | $490 | 3.6 | $1,764.00 |
| Zachary I. Shapiro | Joined firm as associate in 2007. Member of DE Bar since 2008. | $490 | 2.5 | $1,225.00 |
| Sara T. Toner | Joined firm as associate in 2004. Director in 2013. Member of DE Bar since 2005. | $485 | 0.2 | $97.00 |
| Marisa A. Terranova | Joined firm as associate in 2009. Member of NJ Bar since 2008. Member of DE Bar since 2009. Member of NY Bar since 2010. | $450 | 311.1 | $139,995.00 |
| Robert C. Maddox | Joined firm as associate in 2009. Member of DE | $450 | 103.1 | $46,395.00 |

| | | | | |
|---|---|---|---|---|
| | Bar since 2009. | | | |
| Tyler D. Semmelman | Joined firm as associate in 2009. Member of DE Bar since 2009. | $450 | 29.0 | $13,050.00 |
| Amanda R. Steele | Joined firm as associate in 2010. Member of DE Bar since 2010. | $425 | 451.2 | $191,760.00 |
| Michael F. Collins | Joined firm as associate in 2005. Member of DE Bar since 2005. | $295 | 4.7 | $1,386.50 |
| Alexander G. Najemy | Joined firm as associate in 2014. | $260 | 205.9 | $53,534.00 |
| Rachel L. Biblo | Joined firm as associate in 2014. Member of DE Bar since 2014. | $260 | 156.7 | $40,742.00 |
| Joseph C. Barsalona, II | Joined firm as associate in 2014. Member of NJ Bar since 2012, NY Bar since 2013 and DE Bar since 2014. | $260 | 88.0 | $22,880.00 |
| Andrew M. Holt | Joined firm as associate in 2015. | $260 | 9.7 | $2,522.00 |
| David T. Queroli | Summer Associate. | $220 | 11.1 | $2,442.00 |
| Rebecca V. Speaker | Paralegal since 2001. Joined firm in 2001. | $235 | 192.4 | $45,214.00 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $235 | 55.2 | $12,972.00 |
| Caroline E. Dougherty | Paralegal since 2015. Joined firm in 2015. | $235 | 22.3 | $5,240.50 |
| Lindsey A. Edinger | Paralegal since 2013. Joined firm in 2013. | $235 | 20.6 | $4,841.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $235 | 13.8 | $3,243.00 |
| Cynthia McMenamin | Paralegal since 2003. | $235 | 5.2 | $1,222.00 |

| | | | | |
|---|---|---|---|---|
| | Joined firm in 2015. | | | |
| Janel Gates | Paralegal since 2007. Joined firm in 2007. | $230 | 3.7 | $851.00 |
| Erica M. Nantais | MIS Department. | $235 | 46.7 | $10,974.50 |
| Benjamin J. Cohen | MIS Department. | $210 | 15.1 | $3,171.00 |
| Lesley Morris | CMA | $125 | 1.2 | $150.00 |
| **TOTAL** | | | **3500.8** | **$1,814,475.00** |

| | |
|---|---|
| Grand Total | $1,814,475.00 |
| Attorney Compensation | 1,726,596.00 |
| Total Attorney Hours | 3,124.6 |
| Blended Rate | $552.58 |

## FINAL COMPENSATION BY PROJECT CATEGORY
## MAY 4, 2015 THROUGH SEPTEMBER 21, 2015

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 58.4 | $19,981.00 |
| Creditor Inquiries (B) | 19.1 | $7,076.00 |
| Meetings (C) | 133.2 | $75,681.50 |
| Executory Contracts/Unexpired Leases (D) | 239.8 | $118,977.00 |
| Automatic Stay/Adequate Protection (E) | 280.1 | $138,635.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 808.0 | $502,894.50 |
| Use, Sale, Lease of Assets (G) | 295.1 | $152,480.50 |
| Cash Collateral/DIP Financing (H) | 47.2 | $30,927.00 |
| Claims Administration (I) | 141.2 | $71,694.50 |
| Court Hearings (J) | 270.8 | $121,464.50 |
| General Corporate/Real Estate (K) | 64.8 | $42,728.50 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 163.0 | $77,679.50 |
| Employee Issues (M) | 16.1 | $7,134.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 6.4 | $3,216.50 |
| Litigation/Adversary Proceedings (P) | 744.2 | $355,615.50 |
| RL&F Retention (Q-1) | 29.5 | $8,961.00 |
| Retention of Others (Q-2) | 113.2 | $48,148.50 |
| RL&F Fee Applications (R-1) | 20.5 | $6,200.00 |
| Fee Applications of Others (R-2) | 15.2 | $5,618.50 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 20.8 | $11,905.50 |
| Insurance (V) | 14.2 | $7,456.00 |
| **TOTAL** | **3,500.8** | **$1,814,475.00** |

## FINAL EXPENSE SUMMARY
## MAY 4, 2015 THROUGH SEPTEMBER 21, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Conference Calling | | $1,484.40 |
| Long Distance Telephone | | $3,485.59 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 36,777 @ $.10 pg. Printing: 105,585 @ $10 pg. | $14,236.20 |
| Outside Reproduction | | $9,846.50 |
| Legal Research | Bloomberg, Westlaw | $30,102.04 |
| Filing/Court Fees | American Express | $1,288.06 |
| Court Reporting | Escribers, Inc. | $3,751.25 |
| Travel Expenses | *[See individual charts attached to each previously filed Monthly Fee Application]* | $1,059.80 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Blue Marble, Fed Ex | $1,848.80 |
| Postage | | $24.60 |
| Binding | | $200.00 |
| Business Meals | *[See individual charts attached to each previously filed Monthly Fee Application]* | $2,313.89 |
| Document Retrieval | Pacer | $1,161.99 |
| Record Retrieval | | $0.00 |
| Professional Services | | $0.00 |
| Data Hosting | | $4,988.86 |
| Overtime | | $2,476.11 |
| RLF Service Corp. | | $5,607.00 |
| Room Rental | Double Tree | $1,220.00 |
| Stationery Supplies | | $37.36 |
| **TOTAL** | | **$85,132.45** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | **Obj. Deadline: November 25, 2015 at 4:00 p.m. (EST)** |
| | § | **Hearing Date: December 10, 2015 at 1:00 p.m. (EST)** |

-----------------------------------------------------------

### FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A.
### FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
### AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
### DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
### FROM MAY 4, 2015 THROUGH SEPTEMBER 21, 2015

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated May 26, 2015 [Docket No. 201] (the "**Interim Compensation Order**"), Richards, Layton & Finger, P.A. ("**RL&F**") hereby files this *Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for*

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From May 4, 2015 Through September 21, 2015* (the "**Application**"). By the Application, RL&F seeks a final allowance pursuant to the Interim Compensation Order with respect to the sums of $1,814,475.00 as compensation and $85,132.45 for reimbursement of actual and necessary expenses for a total of $1,899,607.45 for the period May 4, 2015 through and including September 21, 2015 (the "**Final Compensation Period**"). In support of this Application, RL&F submits the Declaration of Mark D. Collins, a director for RL&F (the "**Collins Declaration**"), which is attached hereto as <u>Exhibit A</u>. In further support of this Application, RL&F respectfully represents as follows:

<u>Background</u>

1.      On May 4, 2015 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.      RL&F was retained effective as of the Petition Date by this Court's Order, dated May 26, 2015 [Docket No. 202] (the "**Retention Order**"). The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3.      The Court confirmed the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* (the "**Plan**") on August 28, 2015. The Plan became effective by its terms on September 21, 2015 and on September 22, 2015, the Debtors filed the *Notice of (I) Occurrence of Effective Date of Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation and (II) Related Matters* [Docket No. 1014].

- 2 -

## Compensation Paid and Its Source

4.      All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

5.      Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases. The fees charged by RL&F in these cases are billed in accordance with its existing billing rates and procedures in effect during the Final Compensation Period.

## Fee Statements

6.      The fee statements for the Final Compensation Period were attached as Exhibit A to each of the previously filed monthly fee applications. These statements contain daily time logs describing the time spent by each attorney and paraprofessional for these periods. To the best of RL&F's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Interim Compensation Order.

## Actual and Necessary Expenses

7.      A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Final Compensation Period were attached as Exhibit B to each of the previously filed monthly fee applications. RL&F charges all of its bankruptcy clients $0.10 per

- 3 -

page for photocopying expenses and $0.10 per page for printing jobs. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

8.      Regarding providers of on-line legal research (*e.g.*, LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F adjusts the standard usage rates each fiscal year in an attempt to meet actual cost with respect to such charges. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

9.      RL&F believes the foregoing rates are the market rates that the majority of law firms charges clients for such services. In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

10.      The directors, counsels and associates of RL&F who have rendered professional services in these cases during the Final Compensation Period are as follows: Mark D. Collins, William Haubert, Daniel J. DeFranceschi, Robert J. Stearn, Jr., Russell C. Silberglied, Michael J. Merchant, Richard J. Facciolo, Marcos A. Ramos, Monica M. Ayres, Stanford L. Stevenson, Mark A. Kurtz, Joshua J. Novak, Brigitte V. Fresco, Cory D. Kandestin, Zachary I. Shapiro, Sara T. Toner, Marisa A. Terranova, Robert C. Maddox, Tyler D. Semmelman, Amanda R. Steele, Michael F. Collins, Alexander G. Najemy, Rachel L. Biblo, Joseph C. Barsalona, II, Andrew M.

- 4 -

Holt and David T. Queroli. The paraprofessionals of RL&F who have provided services during the Final Compensation Period are as follows: Rebecca V. Speaker, Ann Jerominski, Caroline E. Dougherty, Lindsey A. Edinger, Barbara J. Witters, Cynthia McMenamin, Janel Gates, Erica M. Nantais, Benjamin J. Cohen and Lesley Morris.

11.    RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

**Summary of Services By Project**

12.    The services rendered by RL&F during the Final Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on Exhibit A to each of the previously filed monthly fee applications. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, on Exhibit B to each of the previously filed monthly fee applications.

A.    Case Administration/Miscellaneous Matters

Final Compensation Period: Fees: $19,981.00; Total Hours: 58.4

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

- 5 -

B.   Creditor Inquiries

Final Compensation Period:  Fees: $7,076.00; Total Hours: 19.1

This category includes all matters related to responding to creditor inquiries.

C.   Meetings

Final Compensation Period:  Fees: $75,681.50; Total Hours: 133.2

This category includes all matters related to preparing for and attending meetings with the Debtors, the creditors' committee, and the student committee, individual creditors, and the Office of the United States Trustee (the "U.S. Trustee").

D.   Executory Contracts/Unexpired Leases

Final Compensation Period:  Fees: $118,977.00; Total Hours: 239.8

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.   Automatic Stay/Adequate Protection

Final Compensation Period:  Fees: $138,635.00; Total Hours: 280.1

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

F.   Plan of Reorganization/Disclosure Statement

Final Compensation Period:  Fees: $502,894.50; Total Hours: 808.0

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

- 6 -

G.   Use, Sale, Lease of Assets

Final Compensation Period:  Fees: $152,480.50; Total Hours: 295.1

This category includes all matters related to acquisitions, dispositions and other postpetition uses of property of the estate.

H.   Cash Collateral/DIP Financing

Final Compensation Period:  Fees: $30,927.00; Total Hours: 47.2

This category includes all matters related to negotiation and documentation of Debtors in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I.   Claims Administration

Final Compensation Period:  Fees: $71,694.50; Total Hours: 141.2

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J.   Court Hearings

Final Compensation Period:  Fees: $121,464.50; Total Hours: 270.8

This category includes all matters relating to preparation for and attendance at court hearings.

K.   General Corporate/Real Estate

Final Compensation Period:  Fees: $42,728.50; Total Hours: 64.8

This category includes all matters related to transactional, corporate governance and related matters involving the Debtors' business operations that are not part of a plan of reorganization or disclosure statement.

- 7 -

L.      Schedules/SOFA/U.S. Trustee Reports

Final Compensation Period: Fees: $77,679.50; Total Hours: 163.0

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or this Court.

M.      Employee Issues

Final Compensation Period: Fees: $7,134.00; Total Hours: 16.1

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N.      Environmental

Final Compensation Period: Fees: $0.00; Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of plan of reorganization.

O.      Tax Issues

Final Compensation Period: Fees: $3,216.50; Total Hours: 6.4

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of plan of reorganization.

P.      Litigation/Adversary Proceedings

Final Compensation Period: Fees: $355,615.50; Total Hours: 744.2

This category includes all matters related to litigation and adversary proceedings.

Q-1.    RL&F Applications

Final Compensation Period: Fees: $8,961.00; Total Hours: 29.5

- 8 -

This category includes all matters related to preparing applications to retain RL&F and the preparation of any supplements thereto.

Q-2.    <u>Retention of Others</u>

Final Compensation Period: Fees: $48,148.50; Total Hours: 113.2

This category includes time spent reviewing applications for retention by other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1.    <u>RL&F Fee Applications</u>

Final Compensation Period: Fees: $6,200.00; Total Hours: 20.5

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RL&F.

R-2.    <u>Fee Applications of Others</u>

Final Compensation Period: Fees: $5,618.50; Total Hours: 15.2

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.    <u>Vendor/Suppliers</u>

Final Compensation Period: Fees: $0.00; Total Hours: 0.0

This category includes all matters related to vendors and suppliers, including reclamation issues.

T.    <u>Non-Working Travel</u>

Final Compensation Period: Fees: $0.00; Total Hours: 0.0

This category includes all travel time not otherwise chargeable.

- 9 -

U.    <u>Utilities</u>

Final Compensation Period:  Fees:  $11,905.50; Total Hours:  20.8

This category includes all matters related to utility issues.

V.    <u>Insurance</u>

Final Compensation Period:  Fees:  $7,456.00; Total Hours:  14.2

This category includes all matters related to insurance policies or coverage.

**Valuation of Services**

13.    Attorneys and paraprofessionals of RL&F have expended a total of 3500.8 hours in connection with this matter during the Final Compensation Period, as follows:

**Valuation of Services**

14.    Attorneys and paraprofessionals of RL&F have expended a total of 3500.8 hours in connection with this matter during Final Compensation Period, as follows:

**FINAL COMPENSATION PERIOD**

| ATTORNEYS | HOURS | HOURLY RATE |
| --- | --- | --- |
| Mark D. Collins | 468.1 | $825 |
| William Haubert | 0.1 | $800 |
| Daniel J. DeFranceschi | 117.2 | $750 |
| Robert J. Stearn, Jr. | 72.6 | $750 |
| Russell C. Silberglied | 0.3 | $725 |
| Michael J. Merchant | 701.7 | $650 |
| Richard J. Facciolo | 2.3 | $650 |
| Marcos A. Ramos | 325.6 | $585 |
| Monica M. Ayres | 4.5 | $585 |
| Stanford L. Stevenson | 6.3 | $575 |
| Mark A. Kurtz | 31.5 | $525 |
| Joshua J. Novak | 8.6 | $525 |
| Brigitte V. Fresco | 9.0 | $510 |
| Cory D. Kandestin | 3.6 | $490 |
| Zachary I. Shapiro | 2.5 | $490 |
| Sara T. Toner | 0.2 | $485 |
| Marisa A. Terranova | 311.1 | $450 |
| Robert C. Maddox | 103.1 | $450 |
| Tyler D. Semmelman | 29.0 | $450 |

- 10 -

| | | |
|---|---|---|
| Amanda R. Steele | 451.2 | $425 |
| Michael F. Collins | 4.7 | $295 |
| Alexander G. Najemy | 205.9 | $260 |
| Rachel L. Biblo | 156.7 | $260 |
| Joseph C. Barsalona, II | 88.0 | $260 |
| Andrew M. Holt | 9.7 | $260 |
| David T. Queroli | 11.1 | $220 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Rebecca V. Speaker | 192.4 | $235 |
| Ann Jerominski | 55.2 | $235 |
| Caroline E. Dougherty | 22.3 | $235 |
| Lindsey A. Edinger | 20.6 | $235 |
| Barbara J. Witters | 13.8 | $235 |
| Cynthia McMenamin | 5.2 | $235 |
| Janel Gates | 3.7 | $230 |
| Erica M. Nantais | 46.7 | $235 |
| Benjamin J. Cohen | 15.1 | $210 |
| Lesley Morris | 1.2 | $125 |

15.　　In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Moreover, RL&F has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

[*Remainder of the page left intentionally blank*]

- 11 -

WHEREFORE, RL&F respectfully requests that the Court authorize that, for the Final Compensation Period, an allowance be made to RL&F pursuant to the terms of the Interim Compensation Order, with respect to the sum of $1,814,475.00 as compensation for necessary professional services rendered, and the sum of $85,132.45 as reimbursement of actual necessary costs and expenses, for a total of $1,899,607.45 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: November 4, 2015
     Wilmington, Delaware

            Mark D. Collins (No. 2981)
            Michael J. Merchant (No. 3854)
            Marisa A. Terranova (No. 5396)
            Amanda R. Steele (No. 5530)
            RICHARDS, LAYTON & FINGER, P.A.
            920 N. King Street
            Wilmington, Delaware 19801
            Telephone:  302-651-7700
            Facsimile:  302-651-7701
            Email: collins@rlf.com
                  merchant@rlf.com
                  terranova@rlf.com
                  steele@rlf.com

RLF1 13134570v.1

## VERIFICATION

STATE OF DELAWARE        )
                                 ) SS:
COUNTY OF NEW CASTLE    )

Amanda R. Steele, after being duly sworn according to law, deposes and says:

a)    I am an associate with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

b)    I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

Amanda R. Steele (No. 5530)

SWORN AND SUBSCRIBED before me
this 4th day of November, 2015

Notary Public
My Commission Expires: 2/3/17