## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | |
| Debtors. | Case No. 15-10952-KJC |
| | **Objection Deadline: November 27, 2015 at 4:00 pm (ET)**<br>**Hearing Date: December 10, 2015 at 1:00 pm (ET)** |

**FIRST AND FINAL FEE APPLICATION OF POLSINELLI PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF STUDENT CREDITORS FOR THE PERIOD FROM MAY 21, 2015 THROUGH SEPTEMBER 21, 2015**

| | |
|---|---|
| Name of Applicant: | Polsinelli PC |
| Authorized to Provide Professional Services to: | Official Committee of Student Creditors |
| Date of Retention: | *nunc pro tunc* to May 21, 2015 |
| Period for which compensation and reimbursement is sought: | May 21, 2015 to September 21, 2015 |
| Final Amount of Compensation sought as actual, reasonable and necessary: | $151,424.55 |
| Final Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,486.51 |
| This is a(n): | ____ Monthly ____ Interim ✓ Final application |

This is the **first** and **final** fee application filed in this case.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

## Summary of Polsinelli's Monthly Fees and Expenses

| Compensation Period | 100% Fees | 100% Expenses | Total |
|---|---|---|---|
| May 21, 2015 – June 30, 2015 | $49,177.80 | $1,236.04 | $50,413.84 |
| July 1, 2015 – July 31, 2015 | $41,065.65 | $267.31 | $41,332.96 |
| August 1, 2015 – August 31, 2015 | $52,064.10 | $830.91 | $52,895.01 |
| September 1, 2015 – September 21, 2015 | $9,117.00 | $152.25 | $9,269.25 |
| **TOTAL:** | **$151,424.55** | **$2,486.51** | **$153,911.06** |

## Customary And Comparable Compensation Disclosures With Fee Applications

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $418.35 | $451.75 |
| Associate | $275.88 | $324.00 |
| Paralegal | $157.00 | $238.64 |
| **All Timekeepers Aggregate** | **$343.76** | **$414.52** |

51304114.1

## **Final Compensation Period Timekeeper Summary**

| Name of Professional Person | Description | Total Billed Hours | Hourly Billing Rate (including voluntary reduction) | Total Compensation | Number of Rate Increases |
|---|---|---|---|---|---|
| J. E. Bird | Shareholder since 1985. Joined firm in 1982. Member of MO Bar since 1980. Area of Expertise: Bankruptcy. | 0.1 | $531.00 | $53.10 | 0 |
| C.A. Ward | Shareholder since 2008. Joined firm in 2008. Member of DE Bar since 1999. Area of Practice: Bankruptcy. | 97.50 | $585.00 | $57,037.50 | 1 |
| C.A. Ward | Shareholder since 2008. Joined firm in 2008. Member of DE Bar since 1999. Area of Practice: Bankruptcy. | 6.40 | $607.50 | $3,888.00 | 0 |
| S.M. Katona | Shareholder since 2014. Joined firm in 2007. Member of MO Bar since 2007, IL Bar since 2008, DE Bar since 2009, PA Bar since 2013. Area of Practice: Bankruptcy. | 181.10 | 378.00 | $68,455.80 | 1 |
| S.M. Katona | Shareholder since 2014. Joined firm in 2007. Member of MO Bar since 2007, IL Bar since 2008, DE Bar since 2009, PA Bar since 2013. Area of Practice: Bankruptcy. | 12.50 | $400.50 | $5,006.25 | 0 |
| J.K. Vine | Associate since 2009. Joined firm in 2011. Member of DE Bar since 2009. Area of Practice: Bankruptcy | 9.70 | $324.00 | $3,142.80 | 0 |
| L.M. Suprum | Paralegal since 2007. Joined firm in 2010. Area of Practice: Bankruptcy. | 57.10 | $238.50 | $13,618.35 | 1 |
| L.M. Suprum | Paralegal since 2007. Joined firm in 2010. Area of Practice: Bankruptcy. | 0.90 | $247.50 | $222.75 | 0 |
| **Grand Total: $151,424.55** | | | | | |
| **Blended Rate all billing shareholders:  $451.75** | | | | | |
| **Blended Rate for all billing associates:  $324.00** | | | | | |
| **Blended Rate for all billing attorneys: $447.72** | | | | | |
| **Blended Rate for all billing timekeepers: $414.52** | | | | | |

## Summary of Final Compensation Requested by Project Category

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Asset Disposition | 4.50 | $ 2,322.00 |
| Assumption/Rejection of Leases & Contracts | 5.30 | $ 3,125.25 |
| Bankruptcy-Related Advice | 36.70 | $ 14,830.65 |
| Business Operations | 9.80 | $ 4,361.85 |
| Case Administration | 27.30 | $ 9,108.00 |
| Claims & Plan | 21.20 | $ 8,125.65 |
| Claims Administration & Objections | 13.80 | $ 6,965.55 |
| Employment/Fee Applications | 49.80 | $ 20,405.25 |
| Financing & Cash Collateral | 3.20 | $ 1,602.45 |
| General Bankruptcy Advice/Opinions | 0.80 | $ 280.80 |
| Litigation Contested Matters | 50.40 | $ 20,490.75 |
| Meetings of & Communications with Creditors or the Committee | 28.00 | $ 11,443.50 |
| Plan & Disclosure Statement | 73.90 | $ 31,360.50 |
| Relief from Stay/Adequate Protection Proceedings | 40.60 | $ 17,002.35 |
| | **365.30** | **$ 151,424.55** |

## Summary of Final Expense Reimbursement Requested by Category

| Category | Amount |
|---|---|
| Document Reproduction | $ 572.40 |
| Deliveries (including Mailouts) | $ 387.74 |
| Filing Fees (Pro Hac Motions) | $ 100.00 |
| Meals | $ 885.37 |
| Miscellaneous (Telephonic Appearances) | $ 541.00 |
| | **$ 2,486.51** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | |
| Debtors. | Case No. 15-10952-KJC |
| | **Objection Deadline: November 27, 2015 at 4:00 pm (ET)**<br>**Hearing Date: December 10, 2015 at 1:00 pm (ET)** |

**FIRST AND FINAL FEE APPLICATION OF POLSINELLI PC FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF STUDENT CREDITORS FOR THE PERIOD
FROM MAY 21, 2015 THROUGH SEPTEMBER 21, 2015**

Polsinelli PC ("**Polsinelli**"), co-counsel to the Official Committee of Student Creditors

(the "**Student Committee**") in the above-captioned chapter 11 cases of Corinthian Colleges, Inc.

and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), hereby submits

its first and final fee application (the "**Application**") for entry of an order pursuant to 11 U.S.C.

§§ 330 and 331 for allowance of its compensation and reimbursement of expenses for the period

from May 21, 2015 through September 21, 2015.   In support of this Application, Polsinelli

respectfully represents as follows:

## I.  JURISDICTION, VENUE AND STATUTORY
PREDICATES FOR RELIEF SOUGHT

1.      This Court has jurisdiction to consider this Application pursuant to 28

U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District*

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

*Court for the District of Delaware*, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are 11 U.S.C. §§ 1103 and 330, Bankruptcy Rule 2016, and Local Rule 2016-2 and the order governing interim compensation of professionals entered in this case.

## II. <u>BACKGROUND</u>

2.      On May 4, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**") commencing the above-captioned chapter 11 cases (the "**Cases**").  The factual background regarding the Debtors, including their business operations and the events leading to the filing of these Cases, is set forth in detail in the *Declaration of William J. Nolan In Support of Chapter 11 Petitions and First Day Motions* [Docket No. 10].

3.      On May 13, 2015, the Office of the United States Trustee appointed a Committee of Unsecured Creditors in connection with the cases [Docket No. 100].

4.      On May 15, 2015, the Office of the United States Trustee subsequently appointed the Student Committee pursuant to Section 1102(a)(1) of the Bankruptcy Code [Docket No. 120].  The seven Student Committee members include: Tasha Courtright, Jessica King, Amber Thompson, Crystal Loeser, Michael Adorno-Miranda, Krystle Powell, and Brittany Ann Smith Jackl.

5.      The Student Committee retained Robins Kaplan LLP ("**Robins Kaplan**") as its bankruptcy counsel, Public Counsel as its special counsel, and Polsinelli as its co-counsel.

6.      On July 13, 2015, this Court entered an Order (the "**Retention Order**") approving the retention of Polsinelli as co-counsel to the Student Committee, *nunc pro tunc* to May 21, 2015 [Docket No. 571].

7.      This Court confirmed the *Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* on August 28, 2015 (the "**Plan**") [Docket No. 913], the effective date for which occurred on September 21, 2015.

### III.  FEES AND EXPENSES

8.      All services for which compensation is requested by Polsinelli were performed for or on behalf of the Student Committee.  Polsinelli has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application for the Compensation Period.  There is no agreement or understanding between Polsinelli and any persons for the sharing of compensation to be received for services rendered in these cases.

9.      Polsinelli has continuously rendered services on behalf of the Student Committee for the period from May 21, 2015 through September 21, 2015 (the "**Compensation Period**"), totaling 365.30 hours, representing 307.30 hours of professional services and 58.00 hours of paraprofessional services.

10.      In the ordinary course of Polsinelli's practice, Polsinelli maintains computerized records of the time expended to render professional services required by the Student Committee as well as a record of expenses incurred while rendering professional services to the Student Committee.

11.     In accordance with Rule 2016-2(e)(iii) of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), all copying charges are billed at no more than $0.10 per page.

12.     The total sum due to Polsinelli for services rendered on behalf of the Student Committee for the Compensation Period is $151,424.55.  Polsinelli also expended costs on behalf of the Student Committee that became due during the Compensation Period in the sum of $2,486.51.

13.     Subject to redaction where necessary to preserve privilege, attached hereto as <u>Exhibit A</u> is a full and detailed statement for the Compensation Period setting forth:  (i) a detailed description of the professional services rendered by each Polsinelli attorney and paraprofessional; (ii) a detailed list of costs incurred by Polsinelli on behalf of the Student Committee; and (iii) a summary of services provided by Polsinelli to the Student Committee sorted by Bankruptcy Project Codes.  Attached hereto as <u>Exhibit B</u> is a full description of Polsinelli's Bankruptcy Project Codes.

14.     The fees charged by Polsinelli are billed in accordance with Polsinelli's existing billing rates and procedures in effect during the Compensation Period.

## IV.  <u>SERVICES RENDERED</u>

15.     This Application is the first and final fee application for compensation that Polsinelli has filed with the Court in these cases.  During the Compensation Period, Polsinelli provided significant professional and paraprofessional services to the Student Committee in its efforts to maximize value to the estates' student stakeholders.  Working with Robins Kaplan and Public Counsel, Polsinelli (i) prepared various pleadings, motions, responses and other documents; (ii) met with and advised Student Committee members; (iii) regularly responded to

student creditors seeking information and guidance on the bankruptcy process; (iv) attended hearings; (v) reviewed the proposed combined plan and disclosure statement; and (vi) performed all of the other services that are described in detail in the attached time records.

16.     A review of the attached computerized time records reflects that the majority of the services rendered by Polsinelli relate to discrete activities.  Specifically, working with Robins Kaplan and Public Counsel, Polsinelli expended substantial time working on and finalizing the *Motion of the Committee of Student Creditors for an Order Applying the Automatic Stay Pursuant to 11 U.S.C. §§ 362(A) and 105(A) and Granting Related Relief* [Docket No. 363] (the "**Stay Motion**"), and subsequently negotiating a consensual resolution of the Stay Motion with the United States Department of Education and the interested lenders.  Polsinelli further assisted Public Counsel and Robins Kaplan with all discovery matters, including document production and subsequent negotiation with subpoena recipients regarding scope of production. Finally, throughout the course of its engagement as co-counsel to the Student Committee, Polsinelli responded to communications from hundreds of former students seeking (i) facts on the bankruptcy, (ii) guidance on the claims process, and (iii) information relating to the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation* and voting thereon.

17.     Polsinelli submits that the services it rendered on behalf of the Student Committee during this time were reasonable and necessary under the circumstances of the cases, and the services performed by Polsinelli were in the best interests of the Student Committee and other parties in interest.  The compensation sought for the services as requested is commensurate with the complexity and importance of the issues involved.  The services were performed in an efficient manner and Polsinelli took all reasonable measures to avoid duplicative work.

18.     In all respects, Polsinelli's fees and expenses meet the standard for

allowance under 11 U.S.C. § 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees in this circuit.

19.    In compliance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "**UST Guidelines**"), Polsinelli represents as follows:

    a.    Polsinelli agreed to a reduction of 10% from its customary billing rates for services provided to the Student Committee in this case.

    b.    The fees sought by Polsinelli in this Application are well within the cumulative fees budgeted pursuant to the budgets created by Polsinelli for the case for this Compensation Period.  Attached as Exhibit C are copies of Polsinelli's estimated budgets covering the Compensation Period.

    c.    No professionals from Polsinelli covered by the Application have varied their hourly rates based upon the geographical location of these cases.

    d.    To the best of the undersigned's knowledge, the fees covered by this Application include approximately 3.0 hours reviewing invoices to ensure that the time entries attached to this application are properly coded to comply with the UST Guidelines.

    e.    The fees covered by this Application include approximately 0.5 hours in reviewing time records to redact any privileged or other confidential information.

    f.    The hourly rates disclosed in Polsinelli's retention application were increased one time during the pendency of these cases, which increase occurred on September 1, 2015, and was pursuant to Polsinelli's ordinary practice and disclosed to and approved in advance by the Student Committee [Docket No. 817].

20.    The facts set forth in this Application are true and correct to the best of the undersigned's knowledge, information and belief.

21.    The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Polsinelli hereby requests that the Court approve the Application, pursuant to 11 U.S.C. §§ 330 and 331, granting it final compensation for professional services rendered in the amount of $151,424.55, and the sum of $2,486.51 for reimbursement of actual

and necessary costs expended as co-counsel to the Committee for the period from May 21, 2015

through September 21, 2015.

Dated:  November 4, 2015                **POLSINELLI PC**
        Wilmington, Delaware

                                     By:    *Christopher A. Ward*
                                     Christopher A. Ward (Del. Bar No. 3877)
                                     Shanti M. Katona (Del. Bar No. 5352)
                                     222 Delaware Avenue, Suite 1101
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 252-0920
                                     Facsimile: (302) 252-0921
                                     cward@polsinelli.com
                                     skatona@polsinelli.com

                                     CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF
                                     STUDENT CREDITORS