# **Exhibit A**

**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**  Exhibit A
**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period August 1, 2015 through September 21, 2015**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| *Tax Advisor Services* | | |
| Income Tax Refund Services | 0.00 | $225,000.00 |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **0.00** | **$225,000.00** |
| **Hourly Services** | | |
| *Tax Advisor Services* | | |
| CA FTB Audit Support Services | 25.50 | $3,165.50 |
| **Subtotal - Hours and Compensation - Hourly Services** | **25.50** | **$3,165.50** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Monthly, Interim and Final Fee Applications | 4.40 | $2,420.00 |
| **Subtotal - Hours and Compensation - Case Administration** | **4.40** | **$2,420.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **29.90** | **$230,585.50** |