# **Exhibit B**

**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**  Exhibit B
**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period August 1, 2015 through September 21, 2015**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Tax Advisor Services* | | | | |
| Christopher A Whitney | Partner | $719 | 1.50 | $1,078.50 |
| George Yashou | Director | $488 | 2.50 | $1,220.00 |
| Nicole Rachel Rayhan | Senior Associate | $289 | 3.00 | $867.00 |
| *Subtotal - Hours and Compensation - Tax Advisor Services* | | | *7.00* | *$3,165.50* |
| **Subtotal - Hours and Compensation - Hourly Services** | | | **7.00** | **$3,165.50** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 4.40 | $2,420.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations* | | | *4.40* | *$2,420.00* |
| **Subtotal - Hours and Compensation - Case Administration** | | | **4.40** | **$2,420.00** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | **11.40** | **$5,585.50** |