# **Exhibit C**

**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**                                                                                               Exhibit C
**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2015 through September 21, 2015**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Hourly Services** | | | | | | |
| *Tax Advisor Services* | | | | | | |
| <u>CA FTB Audit Support Services</u> | | | | | | |
| 8/3/2015 | George Yashou | Director | 0915H001: Review apportionment information provided by client. | $488 | 0.50 | $244.00 |
| 8/4/2015 | George Yashou | Director | 0915H002: Review apportionment information provided by client. | $488 | 0.50 | $244.00 |
| 8/5/2015 | Nicole Rachel Rayhan | Senior Associate | 0915H003: Follow up with Connie Kane (CCI) regarding auditor's request for depreciation schedules. | $0 | 1.00 | $0.00 |
| 8/6/2015 | Nicole Rachel Rayhan | Senior Associate | 0915H004: Participate in the FTB audit meeting at Corinthian colleges. | $0 | 4.00 | $0.00 |
| 8/7/2015 | George Yashou | Director | 0915H005: Review apportionment information provided to the CA auditor; communication with the client. | $0 | 1.00 | $0.00 |
| 8/11/2015 | Christopher A Whitney | Partner | 0915H006: RITA - Review Subpoena to PwC. | $0 | 0.50 | $0.00 |
| 8/11/2015 | George Yashou | Director | 0915H007: Reviewed apportionment information provided to the CA auditor; communication with the client. | $0 | 0.50 | $0.00 |
| 8/12/2015 | Christopher A Whitney | Partner | 0915H008: RITA - Review Subpoena to PwC. | $0 | 0.50 | $0.00 |
| 8/12/2015 | George Yashou | Director | 0915H009: Reviewed apportionment information provided to the CA auditor. | $0 | 0.50 | $0.00 |
| 8/13/2015 | George Yashou | Director | 0915H010: Reviewed apportionment information provided to the CA auditor. | $0 | 1.00 | $0.00 |
| 8/14/2015 | George Yashou | Director | 0915H011: Review auditor's IDR regarding apportionment. | $0 | 1.00 | $0.00 |

**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**  Exhibit C
**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2015 through September 21, 2015**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/15/2015 | Nicole Rachel Rayhan | Senior Associate | 0915H012: Review the S&U tax issues and draft response to auditor. | $0 | 1.00 | $0.00 |
| 8/17/2015 | George Yashou | Director | 0915H013: Review IDR response to the CA auditor regarding payroll apportionment and laptops. | $0 | 1.00 | $0.00 |
| 8/17/2015 | Nicole Rachel Rayhan | Senior Associate | 0915H014: Review online payroll data, RCI balance sheet and income statement, laptop data, correspondence with FTB auditor. | $0 | 3.00 | $0.00 |
| 8/18/2015 | Nicole Rachel Rayhan | Senior Associate | 0915H015: Review online payroll data, RCI balance sheet and income statement, laptop data, correspondence with FTB auditor. | $0 | 1.50 | $0.00 |
| 8/19/2015 | George Yashou | Director | 0915H016: Review calculations for determining value of the EZ credit filing position. | $0 | 0.50 | $0.00 |
| 8/19/2015 | Nicole Rachel Rayhan | Senior Associate | 0915H017: Email correspondence with Patricia, FTB Auditor regarding outstanding information. | $0 | 1.00 | $0.00 |
| 8/20/2015 | Nicole Rachel Rayhan | Senior Associate | 0915H018: Follow up with Patricia regarding Corinthian audit. | $0 | 0.50 | $0.00 |
| 9/3/2015 | George Yashou | Director | 0915H019: Status update from CA auditor regarding the issuance of the AIPS for the EZ credit addback. | $488 | 0.50 | $244.00 |
| 9/3/2015 | Nicole Rachel Rayhan | Senior Associate | 0915H020: Emails with audit regarding AIPS 002. | $289 | 1.00 | $289.00 |
| 9/11/2015 | Christopher A Whitney | Partner | 0915H021: Communications with Connie Kane (CCI) regarding potential benefit. | $719 | 0.50 | $359.50 |
| 9/15/2015 | Nicole Rachel Rayhan | Senior Associate | 0915H022: Review AIPS 002 regarding EZ credit income adjustment. | $289 | 1.00 | $289.00 |

**CORINTHIAN COLLEGES, INC, et al., Case No. 15-10952 (KJC)**  Exhibit C
**PricewaterhouseCoopers LLP - Tax Advisor to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2015 through September 21, 2015**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/16/2015 | Christopher A Whitney | Partner | 0915H023: Review AIPS 002 regarding EZ credit income adjustment and outstanding requests. | $719 | 1.00 | $719.00 |
| 9/16/2015 | George Yashou | Director | 0915H024: Review AIPS regarding EZ credit income adjustment. | $488 | 1.00 | $488.00 |
| 9/16/2015 | Nicole Rachel Rayhan | Senior Associate | 0915H025: Discussions with Auditor regarding outstanding requests related to payroll information. | $289 | 1.00 | $289.00 |
| Subtotal - Hours and Compensation - CA FTB Audit Support Services | | | | | 25.50 | $3,165.50 |
| *Subtotal - Hours and Compensation - Tax Advisor Services* | | | | | *25.50* | *$3,165.50* |
| **Subtotal - Hours and Compensation - Hourly Services** | | | | | **25.50** | **$3,165.50** |

**Case Administration**

*Bankruptcy Requirements and Other Court Obligations*

<u>Monthly, Interim and Final Fee Applications</u>

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/4/2015 | Andrea Clark Smith | Director (Bankruptcy) | 0915H026: Review the First Monthly Fee Statement. | $550 | 2.00 | $1,100.00 |
| 9/9/2015 | Andrea Clark Smith | Director (Bankruptcy) | 0915H027: Review the revised First Monthly Fee Statement. | $550 | 0.20 | $110.00 |
| 9/14/2015 | Andrea Clark Smith | Director (Bankruptcy) | 0915H028: Revise updated Monthly Fee Statement for Court submission. | $550 | 2.20 | $1,210.00 |
| Subtotal - Hours and Compensation - Monthly, Interim and Final Fee Applications | | | | | 4.40 | $2,420.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations* | | | | | *4.40* | *$2,420.00* |
| **Subtotal - Hours and Compensation - Case Administration** | | | | | **4.40** | **$2,420.00** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **29.90** | **$5,585.50** |