**EXHIBIT A**

**FEE SUMMARY**

**MATTER TIME DETAIL**

Run Date & Time: 10/30/2015   9:44:33AM
Client: 123493   COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC
Matter: 00001   CORINTHIAN COLLEGES
Currency: USD

Worked 08/10/2015 Thru 09/21/2015
Billing Partner: ABRAMS M
Matter Type: BANKRUPTCY

| Id | Name | Title | Work Date | Task Code | Activity Code | Description | Worked Hours | Standard Rates Amount | For Acct Only Index |
|---|---|---|---|---|---|---|---|---|---|
| 00090 | ABRAMS M | PARTNER | 08/10/2015 | | | Calls w/J. Schwartz, L. Curry, J. Clancy re: nature of assignment and confer w/J. Clancy (.5); emails from Mark Collins, Jeff Schwartz, Jeff Clancy re: plan modification re: injunction (.1). | 0.6 | 765.00 | 17130001 |
| 13103 | CLANCY J B | ASSOCIATE | 08/12/2015 | | | Review of 2010/11, 2012/13, 2013/14 D&O Policy Periods (4-8). Review of correspondence from AIG, XL, Chubb, RSUI, and ACE Re: D&O coverage for various investigations and litigations, review of related emails and correspondence. (4.4). | 9.2 | 8,050.00 | 17145427 |
| 13103 | CLANCY J B | ASSOCIATE | 08/13/2015 | | | Continue review of 2010/11, 2012/13, 2013/14 D&O Policy Periods (2.5). Continue review of correspondence from AIG, XL, Chubb, RSUI, and ACE Re: D&O coverage for various investigations and litigations, review of related emails and correspondence. (5.3). | 7.8 | 6,825.00 | 17145430 |
| 13103 | CLANCY J B | ASSOCIATE | 08/14/2015 | | | Continue review of 2010/11, 2012/13, 2013/14 D&O Policy Periods (4.2). Continue review of correspondence from AIG, XL, Chubb, RSUI, and ACE Re: D&O coverage for various investigations and litigations, review of related emails and correspondence. (4.3). | 8.5 | 7,437.50 | 17145431 |
| 13103 | CLANCY J B | ASSOCIATE | 08/15/2015 | | | Continue review of correspondence from AIG, XL, Chubb, RSUI, and ACE Re: D&O coverage for various investigations and litigations, review of related emails and correspondence. | 2.6 | 2,275.00 | 17145432 |
| 00090 | ABRAMS M | PARTNER | 08/17/2015 | | | Confer w/J. Clancy re: diligence, D&O policy situation. | 0.2 | 255.00 | 17139751 |
| 13103 | CLANCY J B | ASSOCIATE | 08/17/2015 | | | Call with Sidley, Brown Rudnick and Potter Anderson Re: D&O insurance coverage history. (1.0) Continue review of correspondence from AIG, XL, Chubb, RSUI, and ACE Re: D&O coverage for various investigations and litigations, review of related emails and correspondence. (5.6) Draft of detailed internal memorandum Re: same. (3.8). | 10.4 | 9,100.00 | 17145433 |

1

# MATTER TIME DETAIL

Run Date & Time: 10/30/2015 9:44:33AM
Client: 123493 COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC
Matter: 00001 CORINTHIAN COLLEGES
Currency: USD

Worked 08/10/2015 Thru 09/21/2015
Billing Partner: ABRAMS M
Matter Type: BANKRUPTCY

| Id | Name | Title | Work Date | Task Code | Activity Code | Description | Worked Hours | Standard Rates Amount | For Acct Only Index |
|---|---|---|---|---|---|---|---|---|---|
| 13103 | CLANCY J B | ASSOCIATE | 08/18/2015 | | | Continue review of correspondence from AIG, XL, Chubb, RSUI, and ACE Re: D&O coverage for various investigations and litigations, review of related emails and correspondence. (2.2) Continue draft of detailed internal memorandum Re: same. (6.3). | 8.5 | 7,437.50 | 17145435 |
| 16002 | KOENIG C | ASSOCIATE | 08/19/2015 | | | Reviewing and revising memo on D&O insurance (.8); correspondence with J. Clancy re: same (.1). | 0.9 | 508.50 | 17164759 |
| 13103 | CLANCY J B | ASSOCIATE | 08/19/2015 | | | Continue draft of detailed internal memorandum Re: D&O coverage for various investigations and litigations. (6.3) Continue review of correspondence from AIG, XL, Chubb, RSUI, and ACE. (1.8) | 8.1 | 7,087.50 | 17176380 |
| 16002 | KOENIG C | ASSOCIATE | 08/20/2015 | | | Reviewing and revising insurance memo (.2); correspondence re: same with J. Clancy (.1). | 0.3 | 169.50 | 17164759 |
| 00090 | ABRAMS M | PARTNER | 08/20/2015 | | | review D&O coverage analysis; discuss w/J. Clancy re: revisions; emails from J. Clancy re: timing, memo content (2.0); confer w/J. Clancy re: memo revisions (.1). | 2.1 | 2,677.50 | 17149650 |
| 13103 | CLANCY J B | ASSOCIATE | 08/20/2015 | | | Continue draft of detailed internal memorandum, discuss same with M. Abrams Re: D&O coverage for various investigations and litigations. | 1.1 | 962.50 | 17176385 |
| 16002 | KOENIG C | ASSOCIATE | 08/20/2015 | | | Reviewing and revising insurance memo. | 0.4 | 226.00 | 17164760 |
| 13103 | CLANCY J B | ASSOCIATE | 08/21/2015 | | | Review of plan supplement, emails with L. Curry Re: same. | 0.7 | 612.50 | 17176399 |
| 16002 | KOENIG C | ASSOCIATE | 09/21/2015 | | | Continue draft of detailed coverage summary memorandum. | 0.9 | 787.50 | 17257531 |
| 16002 | KOENIG C | ASSOCIATE | 09/21/2015 | | | Reviewing and revising insurance memo (.8); correspondence re same with J. Clancy (.2) | 1.0 | 565.00 | 17247800 |
| | | | | | | **TOTAL 123493.00001** | **63.3** | **55,741.50** | |
| | | | | | | **TOTAL** | **63.3** | **55,741.50** | |

**MATTER TIME DETAIL**

Run Date & Time: 10/30/2015   9:44:33AM
Client: 123493   COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC
Matter: 00002   RETENTION
Currency: USD

Worked 08/10/2015 Thru 09/21/2015
Billing Partner: ABRAMS M
Matter Type: BANKRUPTCY

| Id | Name | Title | Work Date | Task Code | Activity Code | Description | Worked Hours | Standard Rates Amount | For Acct Only Index |
|---|---|---|---|---|---|---|---|---|---|
| 00090 | ABRAMS M | PARTNER | 08/10/2015 | | | T/c w/C. Koenig, review 327(e) declaration and discuss (.2); review J. Schwartz emails re: case link, background, emails to C. Koenig (.1); emails from and to C. Koenig; review Abrams Declaration draft #1 (.3). | 0.6 | 765.00 | 17218259 |
| 16002 | KOENIG C | ASSOCIATE | 08/10/2015 | | | Correspondence with M. Abrams re: 327(e) application/declaration (.3); reviewing and revising declaration in support of 327(e) application and corresponding schedules of current and former clients (2.6). | 2.9 | 1,638.50 | 17164718 |
| | | | 08/11/2015 | | | Reviewing and revising schedules of current and former clients for 327(e) declaration (1.6). | 1.6 | 904.00 | 17164718 |
| | | | 08/12/2015 | | | Correspondence with M. Abrams and J. Clancy re: retention (.4); reviewing and revising schedules of current and former clients (.9); correspondence with Brown Rudnick attorneys re: application (.2). | 1.5 | 847.50 | 17164722 |
| 00090 | ABRAMS M | PARTNER | 08/13/2015 | | | Review WFG retention app (3); multiple emails from C. Koenig, J. Clancy re: comments (.1); review and sign declaration, confer w/C. Koenig; lengthy emails from C. Koenig re: WFG app, declaration discussion; review revisions to app, declaration; emails to and from C. Koenig, emails from C. Koenig to Jacob Beiswenger re: full set of revised retention papers (.5). | 0.9 | 1,147.50 | 17137581 |
| 16002 | KOENIG C | ASSOCIATE | 08/13/2015 | | | Reviewing and revising WF&G retention application (.5); reviewing and revising WF&G declaration (.4); correspondence with M. Abrams re: WF&G retention (.1); correspondence with Brown Rudnick re: same (.5). | 1.5 | 847.50 | 17206041 |
| 00090 | ABRAMS M | PARTNER | 08/17/2015 | | | Review multiple emails to and from C. Koenig re: WFG retention. | 0.1 | 127.50 | 17218259 |
| 16002 | KOENIG C | ASSOCIATE | 08/17/2015 | | | Correspondence with counsel for the Committee re: WF&G retention (.1). | 0.1 | 56.50 | 17164743 |
| | | | 08/19/2015 | | | Reviewing and revising retention documents (.3); correspondence re: same with M. Abrams (.1). | 0.4 | 226.00 | 17218260 |

**MATTER TIME DETAIL**
Run Date & Time: 10/30/2015  9:44:33AM
Client: 123493  COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC
Matter: 00002  RETENTION
Currency: USD

Worked 08/10/2015 Thru 09/21/2015
Billing Partner: ABRAMS M
Matter Type: BANKRUPTCY

Page 2

| Id | Name | Title | Work Date | Task Code | Activity Code | Description | Worked Hours | Standard Rates Amount | For Acct Only Index |
|---|---|---|---|---|---|---|---|---|---|
| 00090 | ABRAMS M | PARTNER | 08/20/2015 | | | Review and sign declaration; emails to and from C. Koenig re: AIG question, emails from and to C. Koenig re: schedules (.3); multiple emails from and to B. Silverberg, C. Koenig re: declaration filings, disclosures; emails from B. Silverberg re: final retention documents; emails from B. Silverberg, emails from J. Klein to U.S.T. re: WFG application (.3); emails from and to C. Koenig re: revised disclosure, email to U.S.T.; multiple emails from T. Fox, J. Schwartz, J. Klein, C. Koenig re: M. Abrams declaration revision and clarifications (.3); multiple emails from T. Fox, J. Schwartz; multiple emails from and to C. Koenig re: responses to U.S.T. questions, hearing date; emails from J. Klein re: motion to shorten, notice of hearing; multiple emails to C. Koenig re: hearing coverage; emails from J. Klein re: hearing attendance; emails from and to J. Schwartz re: hearing coverage; multiple emails re: Court Call and appearance requirements (.6); emails from J. Klein, J. Schwartz, emails from and to C. Koenig re: same (.1). | 1.6 | 2,040.00 | 17218261 |
| 16002 | KOENIG C | ASSOCIATE | 08/20/2015 | | | Finalizing retention application documents (.3); correspondence with U.S. Trustee re: application (.4); correspondence with M. Abrams re: same (.2). | 0.9 | 508.50 | 17218262 |
| 00090 | ABRAMS M | PARTNER | 08/25/2015 | | | Multiple emails from and to C. Koenig re: hearing prep.; review agenda, review materials re: disclosure. | 0.2 | 255.00 | 17156311 |
| 16002 | KOENIG C | ASSOCIATE | 08/25/2015 | | | Preparing binder of documents for court hearing 8/26 (.3); reviewing same to prepare for hearing (.4) | 0.7 | 395.50 | 17166162 |
| 00090 | ABRAMS M | PARTNER | 08/26/2015 | | | Review materials for hearing; emails from and to C. Koenig re: hearing (.7); participate in 2:00 hearings re: WFG retention motion; review Pacer, order as entered (.5). | 1.2 | 1,530.00 | 17159101 |
| 16002 | KOENIG C | ASSOCIATE | 08/26/2015 | | | Traveling by train to Delaware for hearing (.9 of 1.9); attending hearing (.6); returning to New York by train from hearing (.9 of 1.8) | 2.4 | 1,356.00 | 17166163 |

```
MATTER TIME DETAIL                                                                                                                         1
Run Date & Time:  10/30/2015    9:44:33AM                                                           Worked 08/10/2015 Thru 09/21/2015
Client:  123493   COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC                      Billing Partner: ABRAMS M
Matter:  00003    WF&G FEE APPLICATIONS                                                             Matter Type: BANKRUPTCY
Currency: USD                                                                                                           For Acct
                                                                                                                          Only
                                          Work         Task   Activity                                 Worked  Standard Rates
Id    Name          Title                 Date         Code   Code       Description                    Hours        Amount    Index

00090 ABRAMS M      PARTNER               09/16/2015                     Work on interim                  0.2        255.00   17215242
                                                                         application/review time records
                                                                         and set write-offs (.1);
                                                                         multiple emails from and to C.
                                                                         Koenig re: same (.1).

13086 AMBEAULT A    LEGAL ASSISTANT       09/16/2015                     Corr. w/ C. Koenig re: monthly   0.2         68.00   17262793
                                                                         fee app.

16002 KOENIG C      ASSOCIATE             09/16/2015                     Reviewing time sheets for        0.4        226.00   17247782
                                                                         monthly fee statements (.2);
                                                                         correspondence with M. Abrams
                                                                         and A. Ambeault re: same (.2)

13086 AMBEAULT A    LEGAL ASSISTANT       09/18/2015                     Draft first monthly fee app      1.3        442.00   17262800
                                                                         (1.2); related corr. w/ C.
                                                                         Koenig (.1).

16002 KOENIG C      ASSOCIATE             09/18/2015                     Reviewing and revising monthly   0.4        226.00   17247795
                                                                         fee app (.3); correspondence
                                                                         with A. Ambeault re: same (.1)

00090 ABRAMS M      PARTNER               09/21/2015                     Review 1st Interim fee app,      0.5        637.50   17222222
                                                                         discuss w/C. Koenig (.2);
                                                                         review revised fee app (.1);
                                                                         emails from C. Koenig, J. Klein
                                                                         re: comments to WFG fee app.
                                                                         and fee app. prep (.1);
                                                                         multiple emails from and to C.
                                                                         Koenig re: fee app (.1).

13086 AMBEAULT A    LEGAL ASSISTANT       09/21/2015                     Finalize first monthly fee app   1.0        340.00   17264622
                                                                         (.7); related corr. w/ C.
                                                                         Koenig (.3).

16002 KOENIG C      ASSOCIATE             09/21/2015                     Reviewing and revising monthly   0.4        226.00   17247800
                                                                         fee application (.3);
                                                                         correspondence with lead
                                                                         counsel for Committee re: same
                                                                         (.1).

                                                              TOTAL 123493.00003                          4.4      2,420.50

                                                                                                TOTAL     4.4      2,420.50
```