**EXHIBIT B**

**EXPENSE SUMMARY**

**MATTER COST DETAIL**

Run Date & Time: 10/30/2015    9:44:33AM  
Client: 123493 COMMITTEE OF UNSECURED CREDITORS OF CORINTHIAN COLLEGES, INC  
Matter: 00001 CORINTHIAN COLLEGES  
Currency: USD

Worked 08/10/2015 Thru 09/21/2015  
Billing Partner: ABRAMS M  
Matter Type: BANKRUPTCY

For Accounting Only

| Cost Category | Code | Tran Date | Vendor Name / Incurred By Transaction Detail | Cost Amount | Batch Date | Batch Id | Index |
|---|---|---|---|---|---|---|---|
| Taxi, Car Service, & | 6020 | 08/17/2015 | Vital Transportation, In    CLANCY Taxi, Car Service, & Parking | 109.59 | 09/02/2015 | 315825 | 11576202 |
| | | | **TOTAL  6020** | **109.59** | | | |
| Telephone - Long Di | 6030 | 09/02/2015 | CourtCall, LLC    AMBEAULT Telephone - Long Distance - CourtCall, LLC 08/26/15 Telephonic appearance of Marc Abrams | 30.00 | 09/08/2015 | 316036 | 11581175 |
| | | | **TOTAL  6030** | **30.00** | | | |
| | | | **TOTAL MATTER** | **139.59** | | | |

1