## **DECLARATION**

Marc Abrams, declares and says:

1. I am a Partner in the applicant firm, Willkie Farr & Gallagher LLP, and have been admitted to the Bar of the State of Delaware since 1978, the Bar of the Commonwealth of Pennsylvania since 1985, the Bar of the State of New York since 1985 and the Bar of the State of New Jersey since 2001.

2. I have personally performed many of the legal services rendered by Willkie Farr & Gallagher LLP, as special insurance counsel to the Committee, and am thoroughly familiar with all other work performed on behalf of the Committee by the lawyers and paraprofessionals in the firm. Moreover, I have reviewed Rule 2016-2 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware, and submit that the Application substantially complies with such Rule.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

      /s/ Marc Abrams
      Marc Abrams