IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CORINTHIAN COLLEGES, INC., *et al.*[1] <br><br>  Debtors. | Chapter 11 <br><br> Case No. 15-10952-KJC <br><br> Objection Deadline: November 27, 2015 at 4:00 pm (ET) <br> Hearing Date: December 10, 2015 at 1:00 pm (ET) |

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE that Public Counsel, special counsel to the Official Committee of Student Creditors (the "**Student Committee**") of the above-captioned debtors, has filed its **First and Final Fee Application for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Student Creditors for the Period from May 16, 2015 to September 21, 2015** (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be filed with the Bankruptcy Court in accordance with the local rules and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 197] (the "**Order**") and served upon the undersigned counsel so as to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

51631938.1

be received on or before **November 27, 2015 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that a hearing on the Application will be held on **December 10, 2015 at 1:00 p.m. (Eastern Time)**.  Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures set forth herein will be considered by the Bankruptcy Court at such hearing.

Dated:  November 5, 2015  
        Wilmington, Delaware

**POLSINELLI PC**

By: *Christopher A. Ward*  
Christopher A. Ward (Del. Bar No. 3877)  
Shanti M. Katona (Del. Bar No. 5352)  
222 Delaware Avenue, Suite 1101  
Wilmington, Delaware 19801  
Telephone: (302) 252-0920  
Facsimile: (302) 252-0921  
cward@polsinelli.com  
skatona@polsinelli.com

CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF STUDENT CREDITORS

51631938.1