UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:

GRAND RAPIDS EDUCATIONAL CENTER, INC.

Debtor(s).

Case No. 15-10956-KJC

Chapter 11

Honorable Kevin J. Carey

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Priority Claim No. 3748, in the amount of $29,336.68 (twenty-nine thousand three hundred thirty-six and 68/100 dollars), dated July 28, 2015, is hereby withdrawn.

BILL SCHUETTE
Attorney General

/s/ Heather L. Donald
Heather L. Donald (P57351)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone:  (313) 456-0140
E-mail: donaldh@michigan.gov

Dated:  November 04, 2015

**FILED**

NOV 10 2015

By Rust / Omni, Claims Agent
For U.S. Bankruptcy Court
District of Delaware