## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC., *et al*. | ) | Case No. 15-10952 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date: December 10, 2015 at 1:00 p.m.** |
| | ) | **Objection Deadline: December 3, 2015 at 4:00 p.m.** |

### NOTICE OF REQUEST OF DEL PRADO PLAZA, INC. FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR RENTS AND FOR ORDER DIRECTING PAYMENT THEREOF

**PLEASE TAKE NOTICE** that on November 17, 2015, Plaza Del Prado, Inc. filed the *Request of Del Prado Plaza, Inc. for Allowance of Administrative Claims for Rents and for Order Directing Payment Thereof* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned counsel on or before **December 3, 2015 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if an objection is filed, a hearing on the Motion may be held before the Honorable Kevin J. Carey in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801, on **December 10, 2015 at 1:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

1

ME1 21492624v.1

Dated: November 17, 2015
      Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By:  */s/ Katharine L. Mayer*
Katharine L. Mayer (DE # 3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
kmayer@mccarter.com

 -  *and*  -

Donald W. Sieveke, Esq.
Law Office of Donald W. Sieveke
1113 N. Spurgeon Street
Santa Ana, CA 92701
Telephone: (714) 543-8419
Email: dws4lw@pacbell.net

*Counsel for Plaza Del Prado, Inc.*

2