## DECLARATION OF HABIB (HARRY) NAEIM

I, Habib (Harry) Naeim, declare:

1.I am the President of Plaza Del Prado, Inc., owner and lessor of the premises known as 1231 Cabrillo Avenue, Torrance, CA. If called as a witness, I could competently testify to the following.

2.On August 1, 2014, Plaza Del Prado and Corinthian Colleges, Inc. signed an "Amendment to Lease", a copy of which is attached as Exhibit "A". This is the fifteenth amendment to a lease originally entered into in 1994. Both Plaza Del Prado as well as Corinthian Colleges are successors in interest to the original lessor and lessee. Per the terms of the lease, Corinthian was to pay Monthly Minimum Rent of $15,093.08, effective November 1, 2014, through December 31, 2016. In addition to Monthly Minimum Rent, Corinthian was also required to pay its share of common area expenses ("CAM charges"). Effective November 1, 2014 and thereafter, Corinthian was required to pay $15,093.08 Minimum Monthly Rent plus CAM charges of $5,564.81 per month, for a total of $20,657.89, per month.

3.The Debtor, Corinthian Colleges, Inc., filed its Chapter 11 petition on May 4, 2015. The Debtor did not pay its May, 2015 rent and has not paid any further rent.

4.On May 21, 2015, I received notice from Corinthian Colleges that it had vacated the premises on the same date. I attach a copy of that notice as Exhibit "B".

5.On May 29, 2015, this Court entered an order authorizing the Debtor to reject the lease for 1231 Cabrillo Avenue, effective as of May 21, 2015; docket entry 234-1, page 4 of 4.

6.On June 12, 2015, I caused a Proof of Claim No. 114 to be filed with this court. In that Proof of Claim, Plaza Del Prado, Inc. sought administrative rents for the period May 1, 2015 through May 20, 2015 (20 days). Administrative rents are calculated at a daily rate of $688,

4

derived by monthly Minimum Rent of $15,093.08 plus monthly CAM charges of $5,564.81, and dividing by thirty (30).

7.   Until Corinthian Colleges vacated the premises, it occupied and used the entire Premises for its business. It is my opinion that $688 is the reasonable daily rental value of the Premises.

I declare under penalty of perjury the foregoing is true and correct. Executed this 11 day of November, 2015, at   Los Angeles  , California.

_____
Habib (Harry) Naeim

# EXHIBIT "A"

## AMENDMENT TO LEASE

THIS AMENDMENT TO LEASE ("Amendment") is made as of this 1st day of August, 2014, by and between PLAZA DEL PRADO, INC. ("Landlord") and CORINTHIAN COLLEGES, INC. ("Tenant").

WHEREAS, Landlord and Tenant are parties to that certain lease dated June 6, 1994, as subsequently amended (the "Lease") for the premises located at 1231 Cabrillo Avenue, Torrance, California (the "Premises"); and

WHEREAS, Landlord and Tenant have now agreed to modify the Lease as provided herein.

NOW THEREFORE, for valuable consideration, the parties hereby agree as follows:

1. **Rent.** Fifty percent (50%) of the Monthly Minimum Rent for the Premises for the period from August 1, 2014 through October 31, 2014 shall be abated (the "Abatement Period"). During the Abatement Period, the Monthly Minimum Rent shall be $7,134.91. The Monthly Minimum Rent for the remainder of the Term on and after November 1, 2014 through December 31, 2016 shall be increased by $823.26 such that the Monthly Minimum Rent shall be $15,093.08. Tenant shall continue to pay Tenant's Share of Common Area Expenses as and when provided in the Lease.

2. **Brokers.** Except for Hilco Real Estate LLC, who shall be paid a commission by Tenant pursuant to a separate written agreement, the parties warrant to each other that they have had no dealings with any real estate person, firm, broker, or agent, in connection with this Amendment.

3. **Miscellaneous.** Defined terms used herein shall have the same meanings as in the Lease unless otherwise specified. This Amendment shall be binding upon, and shall inure to the benefit of, the parties and their respective successors and permitted assigns. Any facsimile, PDF, or other copy or reproduction of an original of this Amendment shall be as fully effective and binding as the original. This Amendment may be executed in counterparts. Once executed, this Amendment merges with and becomes part of the Lease.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the date first written above.

**LANDLORD:**

PLAZA DEL PRADO, INC.

By: HABIB NAEIM
Name: 
Title: PRESIDENT

**TENANT:**

CORINTHIAN COLLEGES, INC.

By: 
Name: PAUL T. DIMEO
Title: VP - Real Estate

{10430612.1}                    1

# EXHIBIT "B"



**CCi**
CORINTHIAN COLLEGES, INC.

6 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707-5764
tel 714.427.3000 fax 714.427.5111
www.cci.edu

May 21, 2015

Plaza Del Prado Inc.
1261 Cabrillo Avenue, #210B
Torrance, CA 90501

Re: Lease with Corinthian Colleges, Inc. and/or its Subsidiaries

To whom it may concern,

You are receiving this notice as the lessor of property at 1231 Cabrillo Avenue, Torrance, CA leased to Corinthian Colleges, Inc. or one of its subsidiaries (collectively the entities listed on Exhibit A, the "Company"). This letter hereby notifies you that effective as of the date of this letter, the Company hereby unequivocally vacates the leased premises and unequivocally surrenders and returns the leased premises to you. Any keys were provided to a property management representative on May 21, 2015, and you may retake possession of the premises immediately. The Company is abandoning all personal property owned by the Company remaining at the premises. For the avoidance of doubt, the Company understands that certain equipment leased from HP Financial Services ("HPFS") and Ricoh Americas Corporation ("Ricoh") remains at the premises. On May 4, 2015, the Company notified HPFS and Ricoh of the need to recover the leased equipment on or before May 8, 2015. The Company understands that HPFS and Ricoh are or will soon be communicating with the landlords regarding the retrieval of the equipment.

If you have any questions, please contact me.

Sincerely,

*[signature]*

William J. Nolan
Chief Restructuring Officer
Corinthian Colleges, Inc.

26427600.2