1

# **PROPOSED FORM OF ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC., et al. | ) | Case No. 15-10952 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket No. ___** |

**ORDER GRANTING REQUEST OF DEL PRADO PLAZA, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM FOR RENTS**

Upon consideration of the request of Del Prado Plaza, Inc. ("Claimant") for allowance and payment of an administrative rent claim in the amount of $12,384 (the "Request") and any and all objections or responses filed thereto, and the Court having found that: (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (ii) the Request is a core proceeding pursuant to 28 U.S.C. §157(b); (iii) notice of the Request was adequate and appropriate; and (iv) the Request was timely made; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief granted;

IT IS HEREBY ORDERED THAT:

1. Upon entry of this order, Claimant shall have an administrative expense claim in the amount of $12,384; and

2. The administrative expense claim shall be paid within twenty (20) days of the entry of this Order in care of Claimant's counsel of record.

Dated: _____, 2015
Wilmington, Delaware

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

1

ME1 21492624v.1