**CERTIFICATE OF SERVICE**

  I, Katharine L. Mayer, hereby certify that on November 17, 2015, I caused a true and correct copy of the foregoing *Request of Del Prado Plaza, Inc. for Allowance of Administrative Claims for Rents and for Order Directing Payment Thereof* to be served upon the below listed parties by U.S. Mail, postage pre-paid, or in the manner so indicated.

                 /s/ *Katharine L. Mayer*
                 Katharine L. Mayer (#3758)

| | |
|---|---|
| Mark D. Collins, Esq.<br>Michael J. Merchant, Esq.<br>Marisa A. Terranova, Esq.<br>Amanda R. Steele, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 1980 | Frederick Rosner, Esq.<br>The Rosner Law Group LLC<br>824 N Market Street, Suite 810<br>Wilmington, DE 19801 |
| Bennett S. Silverberg, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | Rust Consulting/Omni Bankruptcy<br>5955 DeSoto Avenue<br>Suite 100<br>Woodland Hills, CA 91367 |
| Richard L. Schepacarter, Esq.<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | Chistopher A. Ward, Esq.<br>Polsinelli PC<br>222 Delaware Ave, Suite 1101<br>Wilmington, DE 19801 |
| Scott F. Gautier, Esq<br>Robins Kaplan LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067 | |