IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.¹ | (Jointly Administered) |
| | **Re: D.I. 1074** |

**SUPPLEMENT TO FINAL APPLICATION OF THE ROSNER LAW GROUP LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 13, 2015 THROUGH SEPTEMBER 21, 2015**

The Rosner Law Group LLC ("RLG"), hereby files this Supplement to its Final Application [D.I. 1074; filed 11/2/15] (the "Application") for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors (the "Committee") of Corinthian Colleges, Inc., *et al.* (the "Debtors"), for the period from May 13, 2015 through September 21, 2015 (the "Compensation Period").² In support of the Application, RLG respectfully represent as follows:

**FEE APPLICATION COVERED IN THE APPLICATION**

1. On June 26, 2015, RLG filed its First Monthly Fee Application (the "First Monthly Application") for the period May 13, 2015 through May 31, 2015 (the "First Monthly Fee Period"). The First Monthly Application sought interim allowance of compensation in the

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

² The Application misstates the Compensation Period as ending on September 22, 2015. This error does not affect the amount of compensation and reimbursement of fees sought by the Application.

{00016972. }

amount of $7,695.00 for fees and reimbursement of $363.57 in expenses incurred in the First Monthly Fee Period.

2. On July 21, 2015, RLG filed its Second Monthly Fee Application (the "Second Monthly Application") for the period June 1, 2015 through June 30, 2015 (the "Second Monthly Fee Period"). The Second Monthly Application sought interim allowance of compensation in the amount of $22,402.50 for fees and reimbursement of $2,256.40 in expenses incurred in the Second Monthly Fee Period.

3. On August 21, 2015, RLG filed its Third Monthly Fee Application (the "Third Monthly Application") for the period July 1, 2015 through July 31, 2015 (the "Third Monthly Fee Period"). The Third Monthly Application sought interim allowance of compensation in the amount of $32,470.00 for fees and reimbursement of $1,126.00 in expenses incurred in the Third Monthly Fee Period.

4. On October 8, 2015, RLG filed its Fourth Monthly Fee Application (the "Fourth Monthly Application") for the period August 1, 2015 through August 31, 2015 (the "Fourth Monthly Fee Period"). The Fourth Monthly Application sought interim allowance of compensation in the amount of $21,662.50 for fees and reimbursement of $1,756.76 in expenses incurred in the Fourth Monthly Fee Period.

5. On October 27, 2015, RLG filed its Fifth Monthly Fee Application (the "Fifth Monthly Application") for the period September 1, 2015 through September 30, 2015 (the "Fifth Monthly Fee Period"). The Fifth Monthly Application sought interim allowance of compensation in the amount of $7,165.00 for fees and reimbursement of $259.28 in expenses incurred in the Fifth Monthly Fee Period.

6. Consistent with the United State Trustees' Appendix B - Guidelines for U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "<u>U.S. Trustee Guidelines</u>"), effective November 1, 2013, I state as follows:

7. RLG had the following blended hourly rates for all attorneys and all timekeepers applicable to the First Monthly Fee Period:

    a. All Attorney's Blended Rate: $275.00

    b. All Timekeeper's Blended Rate: $267.18

During the First Monthly Fee Period, one RLG professional billed fewer than 15 hours.

8. RLG had the following blended hourly rates for all attorneys and all timekeepers applicable to the Second Monthly Fee Period:

    c. All Attorney's Blended Rate: $275.00

    d. All Timekeeper's Blended Rate: $223.57

During the Second Monthly Fee Period, two RLG professionals billed fewer than 15 hours.

9. RLG had the following blended hourly rates for all attorneys and all timekeepers applicable to the Third Monthly Fee Period:

    e. All Attorney's Blended Rate: $275.00

    f. All Timekeeper's Blended Rate: $248.80

During the Third Monthly Fee Period, one RLG professional billed fewer than 15 hours.

10. RLG had the following blended hourly rates for all attorneys and all timekeepers applicable to the Fourth Monthly Fee Period:

    g. All Attorney's Blended Rate: $275.00

      h.      All Timekeeper's Blended Rate:    $254.55

During the Fourth Monthly Fee Period, two RLG professionals billed fewer than 15 hours.

11.    RLG had the following blended hourly rates for all attorneys and all timekeepers applicable to the Fifth Monthly Fee Period:

      i.      All Attorney's Blended Rate:    $275.00

      j.      All Timekeeper's Blended Rate:    $250.52

During the Fifth Monthly Fee Period, three RLG professionals billed fewer than 15 hours.

12.    The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by RLG during the Compensation Period as well as other detailed information required to be included in its fee applications. A summary of services rendered by project categories is attached hereto as **Exhibit A**. A summary of expenses incurred during the Compensation Period is attached hereto as **Exhibit B**.

13.    RLG prepared a budget projecting fees for services to be rendered as Delaware counsel to the Committee during the Compensation Period (the "Budget"). A copy of the Budget is attached hereto as **Exhibit C**. The Committee approved the Budget. RLG exceeded the Budget by less than ten percent (10%) due to unanticipated circumstances. At the time RLG prepared the Budget, it was not anticipated that RLG would lead the Committee's initial investigation into any affirmative claims against Bank of America, N.A. The Committee was advised that RLG exceeded the Budget and approved the additional fees.

**Summary of Compensation by Timekeeper During the Compensation Period**

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Frederick B. Rosner (Tmkr 1) | Partner; practicing 28 years, member of Delaware (2000) and New York (1987) bars | $275 | 75.1 | $20,652.50 |
| Julia B. Klein (Tmkr 3) | Associate; practicing for 6 years; member of the Pennsylvania (2008) and Delaware (2008) bars | $275 | 223.8 | $61,545.00 |
| Scott Leonhardt (Tmkr 4) | Associate; practicing for 8 years; member of the Delaware (2006) bar | $275 | 2.4 | $660.00 |
| Fred Sassler (Tmkr 2) | Paralegal | $150 | 32.8 | $4,920.00 |
| Hena Kumar (Tmkr 5) | Law Clerk | $75 | 37.5 | $2,837.50 |

**Total Fees:** $90,615.00

**Total Hours:** 371.6

**Blended Rate:** $243.85

**Blended Rate for Associates:** $275.00

14.     Pursuant to section C.3 of the U.S. Trustee Guidelines I hereby certify that RLG's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex Chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, RLG's hourly rates for bankruptcy services are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.

**Customary and Comparable Compensation Disclosures with Fee Applications**

| | Blended Rate | Blended Rate |
|---|---|---|
| **Category of Timekeeper**<br><br>(using categories already maintained by the firm) | **Billed Preceding Year, Excluding Bankruptcy** | **Billed This Fee Application** |
| Partner | $437.50 | $275 |
| Associate | $300.00 | $275 |
| Paralegal | $150 | $150 |
| All Timekeepers Aggregated | $295.83 | $243.85 |

15. In accordance with section C.5 of the U.S. Trustee Guidelines, RLG states the following:

    a. During the Compensation, RLG did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement, except as follows: RLG agreed to reduce its standard customary billing rates to $275/hour for all professionals.

    b. The professionals included in the Application did not vary their hourly rate based on the geographic location of the bankruptcy case.

    c. The Application does not include time or fees for reviewing time records to redact any privileged or other confidential information.

    d. The Application does not include any rate increases since retention.

{00016972. }

- 6 -

- 7 -

16.    In accordance with the factors enumerated at § 330 of the Bankruptcy Code, RLG respectfully submits that the amount requested by RLG as compensation for its services is fair and reasonable.

**WHEREFORE**, RLG respectfully requests that the Court authorize that for the final period from May 13, 2015 through September 21, 2015, a final allowance be made to RLG with respect to the sum of 93,740.80 for compensation and $5,797.08 for reimbursement of actual and necessary expenses, for a total allowance of $99,537.88, less what has been paid previously to RLG pursuant to the Administrative Order, and for such other and further relief as this Court may deem just and proper.

Dated:   November 17, 2014　　　　　　　　　　　Respectfully submitted,
           Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Frederick B. Rosner (DE 3995)
Julia B. Klein, Esq. (DE #5189)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
klein@teamrosner.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*

- 7 -