# Exhibit A

| | | Hours to Bill | Amount | |
|---|---|---|---|---|
| Subtotal for Phase ID B421 | Billable | 0.50 | 137.50 | Adversary Proceeding |
| Subtotal for Phase ID BB100 | Billable | 6.00 | 1,185.00 | Case Administration |
| Subtotal for Phase ID BB101 | Billable | 9.10 | 2,282.50 | Creditor Inquiries |
| Subtotal for Phase ID BB102 | Billable | 25.90 | 7,110.00 | Creditors Committee Meetings |
| Subtotal for Phase ID BB103 | Billable | 6.40 | 1,760.00 | Executory Contracts/Unexpired Leases |
| Subtotal for Phase ID BB104 | Billable | 30.30 | 8,232.50 | Automatic Stay/Adequate Protection |
| Subtotal for Phase ID BB105 | Billable | 64.60 | 17,377.50 | Plan of Reorganization/Disclosure Statement |
| Subtotal for Phase ID BB106 | Billable | 14.40 | 3,960.00 | Use, Sale, Lease of Assets |
| Subtotal for Phase ID BB107 | Billable | 58.60 | 13,625.00 | Cash Collateral/DIP Financing |
| Subtotal for Phase ID BB108 | Billable | 15.50 | 4,175.00 | Claims Administration |
| Subtotal for Phase ID BB109 | Billable | 29.90 | 5,972.50 | Court Hearings |
| Subtotal for Phase ID BB111 | Billable | 10.30 | 2,772.50 | Schedules/SOFA/US Trustee Reports |
| Subtotal for Phase ID BB112 | Billable | 0.70 | 192.50 | Employee Issues |
| Subtotal for Phase ID BB115 | Billable | 10.20 | 1,225.00 | Litigation/Adversary Proceedings |
| Subtotal for Phase ID BB116 | Billable | 10.70 | 2,707.50 | RLG Retention |
| Subtotal for Phase ID BB117 | Billable | 37.20 | 9,337.50 | Retention of Others |
| Subtotal for Phase ID BB118 | Billable | 18.20 | 3,302.50 | RLG Fee Applications |
| Subtotal for Phase ID BB119 | Billable | 19.30 | 4,215.00 | Fee Applications of Others |
| Subtotal for Phase ID BB122 | Billable | 1.10 | 302.50 | Utilities |
| Subtotal for Phase ID BB123 | Billable | 2.70 | 742.50 | Insurance |
| **Total for Client ID 1688.00** | Billable | 371.60 | 90,615.00 | Creditors' Committee Corinthian Colleges, Inc. |

**GRAND TOTALS**

| | | | |
|---|---|---|---|
| | Billable | 371.60 | 90,615.00 |