# Exhibit B

|  |  | Amount |  |
|---|---|---:|---|
| Subtotal for Activity ID E101 | Billable | 3,263.80 | Duplicating |
| Subtotal for Activity ID E105 | Billable | 30.00 | Telephone |
| Subtotal for Activity ID E106 | Billable | 1,075.09 | Online research |
| Subtotal for Activity ID E108 | Billable | 1,092.67 | Postage |
| Subtotal for Activity ID E111 | Billable | 21.98 | Meals |
| Subtotal for Activity ID E112 | Billable | 60.00 | Court fees |
| Subtotal for Activity ID E123 | Billable | 100.00 | Other professionals |
| **Total for Client ID 1688.00** | Billable | 5,643.54 | Creditors' Committee Corinthian Colleges, Inc. |

**GRAND TOTALS**

|  | Billable | 5,643.54 |  |
|---|---|---:|---|