# Exhibit C

In re CORINTHIAN COLLEGES, INC., *et al.*, Case No. 15-10952 (KJC)

## ESTIMATED BUDGET AND STAFFING PLAN
## FOR THE ROSNER LAW GROUP LLC
## PERIOD: MAY 13, 2015 TO SEPTEMBER 30, 2015

|  | Hours | Rates | Range |
|---|---|---|---|
| **Case Administration (BB110)** | 10 | | |
| Partners of the Firm | 0 | 275 - 275 | 0 - 0 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 - 275 | 0 - 0 |
| Associates (generally less than 6 year's experience) | 4 | 275 - 275 | 1,100 - 1,100 |
| Paralegals and Assistants | 6 | 100 - 150 | 600 - 900 |
| **Creditor Inquiries (BB101)** | 7 | | |
| Partners of the Firm | 0 | 275 - 275 | 0 - 0 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 - 275 | 0 - 0 |
| Associates (generally less than 6 year's experience) | 7 | 6 - 275 | 42 - 1,925 |
| Paralegals and Assistants | 0 | 100 - 150 | 0 - 0 |
| **Asset Disposition (BB106)** | 13 | | |
| Partners of the Firm | 5 | 275 - 275 | 1,375 - 1,375 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 - 275 | 0 - 0 |
| Associates (generally less than 6 year's experience) | 8 | 275 - 275 | 2,200 - 2,200 |
| Paralegals and Assistants | 0 | 100 - 150 | 0 - 0 |
| **Relief from Stay Motions/Adequate Protection (BB104)** | 29 | | |
| Partners of the Firm | 10 | 275 - 275 | 2,750 - 2,750 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 - 275 | 0 - 0 |
| Associates (generally less than 6 year's experience) | 19 | 275 - 275 | 5,225 - 5,225 |
| Paralegals and Assistants | 0 | 100 - 150 | 0 - 0 |
| **Employee Issues (BB112)** | 2 | | |
| Partners of the Firm | 1 | 275 - 275 | 275 - 275 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 - 275 | 0 - 0 |
| Associates (generally less than 6 year's experience) | 1 | 275 - 275 | 275 - 275 |
| Paralegals and Assistants | 0 | 100 - 150 | 0 - 0 |
| **Meetings of and Communications with Creditors (BB102)** | 25 | | |
| Partners of the Firm | 4 | 275 - 275 | 1,100 - 1,100 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 - 275 | 0 - 0 |
| Associates (generally less than 6 year's experience) | 21 | 275 - 275 | 5,775 - 5,775 |
| Paralegals and Assistants | 0 | 100 - 150 | 0 - 0 |
| **Schedules/SOFA/US Trustee Reports (BB111)** | 8 | | |
| Partners of the Firm | 2 | 275 - 275 | 550 - 550 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 - 275 | 0 - 0 |
| Associates (generally less than 6 year's experience) | 6 | 275 - 275 | 1,650 - 1,650 |
| Paralegals and Assistants | 0 | 100 - 150 | 0 - 0 |
| **Employment Applications - RLG (BB116)** | 8 | | |
| Partners of the Firm | 1 | 275 - 275 | 275 - 275 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 - 275 | 0 - 0 |
| Associates (generally less than 6 year's experience) | 5 | 275 - 275 | 1,375 - 1,375 |
| Paralegals and Assistants | 2 | 100 - 150 | 200 - 300 |

|  | Hours | Rates | | | Range | | |
|---|---|---|---|---|---|---|---|
| **Fee Applications - RLG (BB118)** | 8 | | | | | | |
| Partners of the Firm | 0 | 275 | - | 275 | 0 | - | 0 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 | - | 275 | 0 | - | 0 |
| Associates (generally less than 6 year's experience) | 7 | 275 | - | 275 | 1,925 | - | 1,925 |
| Paralegals and Assistants | 4 | 100 | - | 150 | 400 | | 600 |
| **Employment Applications - Others (BB117)** | 37 | | | | | | |
| Partners of the Firm | 1 | 275 | - | 275 | 275 | - | 275 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 | - | 275 | 0 | - | 0 |
| Associates (generally less than 6 year's experience) | 30 | 275 | - | 275 | 8,250 | - | 8,250 |
| Paralegals and Assistants | 6 | 100 | - | 150 | 600 | | 900 |
| **Fee Applications - Others (BB119)** | 12 | | | | | | |
| Partners of the Firm | 0 | 275 | - | 275 | 0 | - | 0 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 | - | 275 | 0 | - | 0 |
| Associates (generally less than 6 year's experience) | 8 | 275 | - | 275 | 2,200 | - | 2,200 |
| Paralegals and Assistants | 4 | 100 | - | 150 | 400 | | 600 |
| **Assumption/Rejection of Executory Contracts/Lease Issues (BB103)** | 6 | | | | | | |
| Partners of the Firm | 1 | 275 | - | 275 | 275 | - | 275 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 | - | 275 | 0 | - | 0 |
| Associates (generally less than 6 year's experience) | 5 | 275 | - | 275 | 1,375 | - | 1,375 |
| Paralegals and Assistants | 0 | 100 | - | 150 | 0 | | 0 |
| **Cash Collateral/DIP Financing (BB107)** | 53 | | | | | | |
| Partners of the Firm | 10 | 275 | - | 275 | 2,750 | - | 2,750 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 | - | 275 | 0 | - | 0 |
| Associates (generally less than 6 year's experience) | 42 | 275 | - | 275 | 11,550 | - | 11,550 |
| Paralegals and Assistants | 1 | 100 | - | 150 | 100 | | 150 |
| **Claims Administration (BB108)** | 10 | | | | | | |
| Partners of the Firm | 5 | 275 | - | 275 | 1,375 | - | 1,375 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 | - | 275 | 0 | - | 0 |
| Associates (generally less than 6 year's experience) | 5 | 275 | - | 275 | 1,375 | - | 1,375 |
| Paralegals and Assistants | 0 | 100 | - | 150 | 0 | | 0 |
| **Plan and Disclosure Statement (BB105)** | 57 | | | | | | |
| Partners of the Firm | 22 | 275 | - | 275 | 6,050 | - | 6,050 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 | - | 275 | 0 | - | 0 |
| Associates (generally less than 6 year's experience) | 35 | 275 | - | 275 | 9,625 | - | 9,625 |
| Paralegals and Assistants | 0 | 100 | - | 150 | 0 | | 0 |
| **Adversary Proceedings (BB115)** | 5 | | | | | | |
| Partners of the Firm | 0 | 275 | - | 275 | 0 | - | 0 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 | - | 275 | 0 | - | 0 |
| Associates (generally less than 6 year's experience) | 5 | 275 | - | 275 | 1,375 | - | 1,375 |
| Paralegals and Assistants | 0 | 100 | - | 150 | 0 | | 0 |
| **Court Hearings (BB109)** | 22 | | | | | | |
| Partners of the Firm | 6 | 275 | - | 275 | 1,650 | - | 1,650 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 | - | 275 | 0 | - | 0 |
| Associates (generally less than 6 year's experience) | 10 | 275 | - | 275 | 2,750 | - | 2,750 |
| Paralegals and Assistants | 6 | 100 | - | 150 | 600 | | 900 |

|  | Hours | Rates | | | Range | | |
|---|---|---|---|---|---|---|---|
| **Utilities (BB122)** | 2 | | | | | | |
| Partners of the Firm | 0 | 275 | - | 275 | 0 | - | 0 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 | - | 275 | 0 | - | 0 |
| Associates (generally less than 6 year's experience) | 2 | 275 | - | 275 | 550 | - | 550 |
| Paralegals and Assistants | 0 | 100 | - | 150 | 0 | | 0 |
| **Insurance (BB123)** | 4 | | | | | | |
| Partners of the Firm | 1 | 275 | - | 275 | 275 | - | 275 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 275 | - | 275 | 0 | - | 0 |
| Associates (generally less than 6 year's experience) | 3 | 275 | - | 275 | 825 | - | 825 |
| Paralegals and Assistants | 0 | 100 | - | 150 | 0 | | 0 |
| Total Estimate | | | | | 79,667 | - | 83,000 |

In re CORINTHIAN COLLEGES, INC., et al., Case No. 15-10952 (KJC)

| Timekeeper | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Expected to Work on the Matter During the Budget Period? | Hourly Rate |
|---|---|---|---|
| Frederick B. Rosner (Tmkr. 1) | Partner; practicing 26 years, member of Delaware (2000) and New York (1987) bars; area of expertise: bankruptcy | Yes | $275 |
| Scott J. Leonhardt (Tmkr. 4) | Associate; practicing for 7 years; member of the Delaware bar (2006); area of expertise: bankruptcy | Yes. | $275 |
| Julia B. Klein (Tmkr. 3) | Associate; practicing for 6 years; member of the Delaware and Pennsylvania bars (2008); area of expertise: bankruptcy | Yes. | $275 |
| Frederick Sassler (Tmkr. 2) | Paralegal | Yes. | $150 |
| Hena Kumar (Tmkr. 5) | Law Clerk | Yes. | $100 |