IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC., et al. | ) | Case No. 15-10952 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Donald W. Sieveke, Esq. of the Law Office of Donald W. Sieveke to represent the creditor Plaza Del Prado, Inc. in the above-captioned case.

Dated: November 17, 2015
      Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ Katharine L. Mayer*
Katharine L. Mayer (DE # 3758)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
kmayer@mccarter.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar in the state of California, and to submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*Donald W. Sieveke, Esq.*
Donald W. Sieveke, Esq.
Law Office of Donald W. Sieveke
1113 N. Spurgeon Street
Santa Ana, CA 92701
Telephone: (714) 543-8419
Email: dws4lw@pacbell.net

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: November 18th, 2015
    Wilmington, Delaware

ME1 21493239v.1

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**