# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 15-10952 (KJC) |
| | ) | |
| CORINTHIAN COLLEGES, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: **Dec. 10, 2015, 1:00 pm** |
| | ) | Obj. Deadline: **Dec. 3, 2015** |

To:     All parties listed in the attached certificate of service

Movant Thomson Reuters-West Publishing Corp.. ("Thomson,"), has filed the attached Motion for Allowance and Payment of Administrative Expenses Under and Pursuant to 11 U.S.C. § 503(b) (the "Motion").

You are required to file a response to the attached motion on or before **December 3, 2015**.

At the same time, you must also serve a copy of the response upon movant's attorney: David L. Finger, Finger & Slanina, LLC, One Commerce Center, 1201 N. Orange St., 7th fl., Wilmington, DE 19801-1186.

A HEARING ON THE MOTION WILL BE HELD on **Thursday, December 10, 2015 at 10:00 a.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

 /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street, 7th fl.
Wilmington, DE 19801-1186
(302) 573-2525
Attorney for movant Thomson Reuters-West Publishing Corp.

Dated: November 19, 2015

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 15-10952 (KJC) |
|  | ) |  |
| CORINTHIAN COLLEGES, INC., *et al.*, | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | Hearing Date: **Dec. 10, 2015, 1:00 pm** |
|  | ) | Obj. Deadline: **Dec. 3, 2015** |

### MOTION OF THOMSON REUTERS-WEST PUBLISHING CORP. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER AND PURSUANT TO 11 U.S.C. § 503(b)

Thomson Reuters-West Publishing Corp. ("West"), by and through counsel, hereby moves (the "Motion"), pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2), for an order, substantially in the form attached hereto, allowing its administrative expense claim in the aggregate amount of $14,807.41 (the "Administrative Claim") and directing payment of the Administrative Claim. In support of the Motion, West respectfully represents as follows:

### JURISDICTION

1.     This Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceedings pursuant to 28 U.S.C. § 157(b).

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The statutory predicate for the relief requested herein is 11 U.S.C. §§ 503(b)(1) and 507(a)(2).

### BACKGROUND

4.     On May 4, 2015 (the "Petition Date"), Corinthian Colleges, Inc. and its debtor affiliates (collectively, the "Debtors") filed voluntary petitions for relief under 11 U.S.C. § 101 *et*

*seq.* (the "Bankruptcy Code").

5.     West provided certain Westlaw services to the Debtors after the Petition Date (the "Services").  Specifically, the Services included, but were not limited to, the Paralegal Primary Law and Analytical Library on Westlaw and the Paralegal Premier Library on Westlaw.

6.     To date, West has not received payment for all of the Services it provided to the Debtors after the Petition Date.  The total outstanding balance for the Services provided by West following the Petition Date is $14,807.41.

7.     True and correct copies of the unpaid invoices for the post-Petition Date Services provided by West are attached hereto as Exhibit A.

### RELIEF REQUESTED

8.     Section 503(b)(1)(A) of the Bankruptcy Code provides that claims are allowable as administrative expenses for "the actual, necessary costs and expenses of preserving the estate."  The purpose of this provision is to provide an incentive to creditors and others to do business with an insolvent entity.  *See* 4 *Collier on Bankruptcy* ¶ 503.06[2] (Alan N. Resnick & Henry J. Sommer eds., 16th ed.).  Administrative claims will be allowed so long as the expense arises from a transaction with the debtor-in-possession and "the consideration supporting the claimant's right to payment was both supplied to and beneficial to the debtor-in-possession in the operation of its business." *Trustees of Amalgamated Ins. Fund v. McFarlin's, Inc.,* 789 F.2d 98, 101 (2d Cir. 1986); *see also In re BHS&B Holdings LLC,* 426 B.R. 478, 486 (Bankr. S.D.N.Y. 2010).

9.     West provided the above-described Services to the Debtors-In-Possession following the Petition Date.  The Services enabled the Debtors to maintain ordinary business operations and were beneficial to those operations.  Accordingly, West requests that the Court

allow and direct immediate payment of the Administrative Claim pursuant to section 503(b) of the Bankruptcy Code.

**WHEREFORE,** West respectfully requests that, pursuant to section 503(b) of the Bankruptcy Code, this Court enter an order (i) allowing and affording administrative priority to the Administrative Claim in the amount of $14,807.41 and directing that this amount be paid to West immediately; and (ii) granting such other and further relief as may be just and proper under the circumstances.

Dated:  November 19, 2015

Respectfully submitted,

/s/ David L. Finger_____
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th floor
Wilmington, DE  19801-1186
(302) 573-2525
Attorney for movant Thomson
Reuters-West Publishing Corp.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 15-10952 (KJC) |
|  | ) | (Jointly Administered) |
| CORINTHIAN COLLEGES, INC., *et al.*, | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | Re: D.I. _____ |

**ORDER GRANTING MOTION OF THOMSON REUTERS-WEST PUBLISHING CORP. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER AND PURSUANT TO 11 U.S.C. § 503(b)**

Upon the *Motion Of Thomson Reuters-West Publishing Corp. For Allowance And Payment Of Administrative Expense Claim Under And Pursuant to 11 U.S.C. § 503(b)* (the "Motion") filed by Thomson Reuters-West Publishing Corp. on November 19, 2015;  and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having considered the objections thereto, if any; and upon the findings and for the reasons made on the record of the Court's December 10, 2015 hearing on the Motion (the "Hearing"); and notice of the Motion and the Hearing having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED;

ORDERED that Thomson Reuters-West Publishing Corp. is allowed an administrative expense claim in the amount of $14,807.41 (the "Administrative Claim");

ORDERED that the Debtors are directed to remit payment of the Administrative Claim

to Thomson Reuters-West Publishing Corp.; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

_____

The Hon. Kevin J. Carey

# Exhibit A

ACCT#  1000194788


**THOMSON REUTERS**

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPT 11111
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE #  831903649 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2015 - MAY 31, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | 609.12 | 0.00 | 609.12 |

AMOUNT DUE  $609.12
LESS PAYMENT  *Adjustment @ $81.22 for 5/1 - 5/4*
TOTAL DUE  527.90

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
1-800-328-4880

1000194788                    A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831903649 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1000194788 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

| | |
|---|---|
| **AMOUNT DUE IN USD** | **609.12** |
| **DUE DATE** | **07/01/2015** |
| **AMOUNT ENCLOSED IN USD** | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPT 11111
P.O. Box 25115
SANTA ANA CA  92799-5115

0831903649 0000000000000000000000 20150601 ZCPG 000060912 0010 1000194788 7

ACCT# 1000194788

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPT 11111
PO BOX 25115
SANTA ANA CA 92799

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| | | | | |
|---|---|---|---|---|
| INVOICE # 831903649 | | **BILLING SUMMARY** | | **PAGE** |
| POSTING # 6101286191 | | MAY 01, 2015 - MAY 31, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 609.12 | 0.00 | 609.12 |
| TOTAL MONTHLY CHARGES | | 609.12S | 0.00S | 609.12S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **609.12SG** | **0.00SG** | **609.12SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **609.12SG** | **0.00SG** | **609.12SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **609.12G** | **0.00G** | **609.12G** |
| | | | | |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 50 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE FINDS | 12 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE CITATION CHECKING | 1 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

THOMSON REUTERS

ACCT#  1000194788

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPT 11111
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE #  832079523 | WEST INFORMATION CHARGES INVOICE  JUN 01, 2015 - JUN 30, 2015 | | | PAGE  1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE  IN USD | TAX  IN USD | TOTAL CHARGE  IN USD |
| WEST INFORMATION CHARGES | | 609.12 | 0.00 | 609.12 |

AMOUNT DUE  $609.12
LESS PAYMENT  Adjustment @ $568.51 for 6/3 - 6/30
TOTAL DUE  40.61

**IMPORTANT NEWS**

Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
1-800-328-4880

1000194788                                A

**RETURN BOTTOM PORTION WITH PAYMENT**

| INVOICE # | 832079523 |
|---|---|
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1000194788 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

| AMOUNT DUE IN USD | 609.12 |
|---|---|
| DUE DATE | 07/31/2015 |
| AMOUNT ENCLOSED IN USD | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPT 11111
P.O. Box 25115
SANTA ANA CA  92799-5115

0832079523 0000000000000000000000 20150701 ZCPG 000060912 0010 1000194788 8

ACCT# 1000194788

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPT 11111
PO BOX 25115
SANTA ANA CA 92799

## IMPORTANT NEWS
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| | | | | |
|---|---|---|---|---|
| INVOICE #   832079523 | **BILLING SUMMARY** | | | **PAGE** |
| POSTING #  6101899789 | JUN 01, 2015 - JUN 30, 2015 | | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 609.12 | 0.00 | 609.12 |
| TOTAL MONTHLY CHARGES | | 609.12S | 0.00S | 609.12S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **609.12SG** | **0.00SG** | **609.12SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **609.12SG** | **0.00SG** | **609.12SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **609.12G** | **0.00G** | **609.12G** |
| | | | | |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 1 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE FINDS | 2 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

# SUBSCRIPTION INVOICE SUMMARY


THOMSON REUTERS

**Bill To:**
HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPT 11111
P.O. Box 25115
SANTA ANA CA 92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul, MN 55164-0833

Page 1    of    1
02

**IMPORTANT NEWS**
Thank you for your business. For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

Customer Service: 1/800-328-4880
See reverse side for contact and payment information

| BILLING ACCOUNT #: | INVOICE NO: | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1000194788 | 831981321 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 131.50 |

| Description | PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|
| ANNUAL/MONTHLY CHARGES | 131.50 | 0.00 | 131.50 S |
| **TOTAL INVOICE AMOUNT** | | | **131.50 T** |

## RETURN BOTTOM PORTION WITH PAYMENT - THANK YOU

| | |
|---|---|
| INVOICE # | 831981321 |
| ACCOUNT # | 1000194788 |
| VENDOR # | 41-1426973 |
| VAT REG # | EU826006554 |
| PAYMENT DUE | 07/04/2015 |
| **AMOUNT DUE IN USD** | **131.50** |

AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPT 11111
P.O. Box 25115
SANTA ANA CA 92799-5115

0831981321 000000000000000000000000 20150604 ZCMI 000013150 0010 1000194788 2

# SUBSCRIPTION INVOICE DETAIL

 **THOMSON REUTERS**

Bill To:

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPT 11111
P.O. Box 25115
SANTA ANA CA  92799-5115

From:

Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1     of    1

02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1000194788 | 831981321 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 131.50 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | **ANNUAL/MONTHLY CHARGES** | | | | |
| 06/01  6101237562 | | Jun 01, 2015 - Jun 30, 2015 CD CFLR DISSOMASTER SUB | 1 | | 0.00 | 131.50 S |
| | | **ANNUAL/MONTHLY CHARGES TOTAL** | | | | **131.50 T** |

**Thank You**

THOMSON REUTERS

ACCT#  1000453187

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11101
P.O. Box 25115
SAN FRANCISCO CA  94103-3032

| INVOICE #  831911030 | WEST INFORMATION CHARGES INVOICE MAY 01, 2015 - MAY 31, 2015 | | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | | 540.60 | 0.00 | 540.60 |

AMOUNT DUE $ 540.60
LESS PAYMENT Adjustment @ $72 08 for 5/1 - 5/4
TOTAL DUE $ 468.52

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
  1-800-328-4880

1000453187                      A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831911030 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1000453187 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

| | |
|---|---|
| AMOUNT DUE IN USD | 540.60 |
| DUE DATE | 07/01/2015 |
| AMOUNT ENCLOSED IN USD | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11101
P.O. Box 25115
SAN FRANCISCO CA  94103-3032

0831911030 00000000000000000000000 20150601 ZCPG 000054060 0010 1000453187 B

ACCT# 1000453187

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11101
PO BOX 25115
SAN FRANCISCO CA 94103-3032

---

**IMPORTANT NEWS**
\* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  831911030 | | **BILLING SUMMARY** | | **PAGE** |
| POSTING # 6101303299 | | MAY 01, 2015 - MAY 31, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 540.60 | 0.00 | 540.60 |
| TOTAL MONTHLY CHARGES | | 540.60S | 0.00S | 540.60S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **540.60SG** | **0.00SG** | **540.60SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **540.60SG** | **0.00SG** | **540.60SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **540.60G** | **0.00G** | **540.60G** |
| | | | | |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| DOCUMENT DISPLAYS | 61 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

1000453187                                    A



ACCT# 1000453187

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11101
P.O. Box 25115
SAN FRANCISCO CA  94103-3032

| INVOICE # 832086997 | WEST INFORMATION CHARGES INVOICE | | PAGE |
| | JUN 01, 2015 - JUN 30, 2015 | | 1 |
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | 540.60 | 0.00 | 540.60 |

AMOUNT DUE  $540.60
LESS PAYMENT Adjustment @ $504.56 for 6/3 - 6/30
TOTAL DUE  $36.04

**IMPORTANT NEWS**

Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
    1-800-328-4880

1000453187                    A

RETURN BOTTOM PORTION WITH PAYMENT

INVOICE #             832086997
INVOICE DATE          07/01/2015
ACCOUNT #             1000453187                WEST INFORMATION CHARGES
VENDOR #              41-1426973                JUN 01, 2015 - JUN 30, 2015
VAT REG#              EU826006554

AMOUNT DUE IN USD     540.60
DUE DATE              07/31/2015
AMOUNT ENCLOSED IN USD  _____

Thomson Reuters - West
Payment Center                         HEALD BUSINESS COLLEGE
P.O. Box 6292                          CORINTHIAN COLLEGES INC
Carol Stream, IL 60197-6292            ACCOUNTS PAYABLE 11101
                                       P.O. Box 25115
                                       SAN FRANCISCO CA  94103-3032

0832086997 0000000000000000000000 20150701 ZCPG 000054060 0010 1000453187 1

ACCT# 1000453187

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11101
PO BOX 25115
SAN FRANCISCO CA 94103-3032

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| | | | | |
|---|---|---|---|---|
| INVOICE #  832086997<br>POSTING #  6101922696 | | **BILLING SUMMARY**<br>JUN 01, 2015 - JUN 30, 2015 | | **PAGE**<br>1 |
| DESCRIPTION | UNITS | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| PARALEGAL PREMIER LIBRARY ON WESTLAW | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 540.60 | 0.00 | 540.60 |
| TOTAL MONTHLY CHARGES | | 540.60S | 0.00S | 540.60S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **540.60SG** | **0.00SG** | **540.60SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **540.60SG** | **0.00SG** | **540.60SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **540.60G** | **0.00G** | **540.60G** |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| SUBSCRIPTION USAGE | | | | |
| WESTLAW USAGE CHARGES | | | | |
| DOCUMENT DISPLAYS | 80 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

1000453187                                                                        A

THOMSON REUTERS

ACCT#  1003641233

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
P.O. Box 29099
MILPITAS CA  92799-9099

| INVOICE # 831936072 | WEST INFORMATION CHARGES INVOICE | | | PAGE |
| | MAY 01, 2015 - MAY 31, 2015 | | | 1 |
| DESCRIPTION | | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| WEST INFORMATION CHARGES | | 382.03 | 0.00 | 382.03 |

AMOUNT DUE  $ 382.03
LESS PAYMENT  *Adjustment @ $ 50.94 for 5/1 - 5/4*
TOTAL DUE  $ 331.09

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
   1-800-328-4880

1003641233                    A

**RETURN BOTTOM PORTION WITH PAYMENT**

| INVOICE # | 831936072 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1003641233 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

| AMOUNT DUE IN USD | 382.03 |
| DUE DATE | 07/01/2015 |
| AMOUNT ENCLOSED IN USD | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
P.O. Box 29099
MILPITAS CA  92799-9099

0831936072 0000000000000000000000 20150601 ZCPG 000038203 0010 1003641233 8

ACCT# 1003641233

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
PO BOX 29099
MILPITAS CA 95035-8008

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  831936072 | **BILLING SUMMARY** | | **PAGE** |
| POSTING #  6101334024 | MAY 01, 2015 - MAY 31, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 348.32 | 0.00 | 348.32 |
| TOTAL MONTHLY CHARGES | | 348.32 S | 0.00 S | 348.32 S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **348.32 SG** | **0.00 SG** | **348.32 SG** |
| | | | | |
| **PARALEGAL EFORMS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 33.71 | 0.00 | 33.71 |
| TOTAL MONTHLY CHARGES | | 33.71 S | 0.00 S | 33.71 S |
| **TOTAL PARALEGAL EFORMS LIBRARY ON WESTLAW CHARGES** | | **33.71 SG** | **0.00 SG** | **33.71 SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **382.03 SG** | **0.00 SG** | **382.03 SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **382.03 G** | **0.00 G** | **382.03 G** |

 **THOMSON REUTERS**

ACCT# 1003641233

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
P.O. Box 29099
MILPITAS CA  92799-9099

| INVOICE # 832113802 | WEST INFORMATION CHARGES INVOICE JUN 01, 2015 - JUN 30, 2015 | | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| **WEST INFORMATION CHARGES** | | **382.03** | **0.00** | **382.03** |

*AMOUNT DUE  $ 382.03*
*LESS PAYMENT  Adjustment @ $356.56 for 6/3-6/30*
*TOTAL DUE  $25.47*

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
  1-800-328-4880

1003641233                    A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | | |
|---|---|---|
| INVOICE # | 832113802 | |
| INVOICE DATE | 07/01/2015 | |
| ACCOUNT # | 1003641233 | **WEST INFORMATION CHARGES** |
| VENDOR # | 41-1426973 | JUN 01, 2015 - JUN 30, 2015 |
| VAT REG# | EU826006554 | |

**AMOUNT DUE IN USD**    **382.03**
**DUE DATE**    **07/31/2015**
AMOUNT ENCLOSED IN USD  _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
P.O. Box 29099
MILPITAS CA  92799-9099

0832113802 0000000000000000000000 20150701 ZCPG 000038203 0010 1003641233 0

ACCT# 1003641233

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
PO BOX 29099
MILPITAS CA 95035-8008

---

**IMPORTANT NEWS**
\* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  832113802 | | BILLING SUMMARY | | PAGE |
| POSTING # 6101959114 | | JUN 01, 2015 - JUN 30, 2015 | | 1 |
|---|---|---|---|---|
| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 348.32 | 0.00 | 348.32 |
| TOTAL MONTHLY CHARGES | | 348.32 S | 0.00 S | 348.32 S |
| TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES | | **348.32 SG** | **0.00 SG** | **348.32 SG** |
| | | | | |
| PARALEGAL EFORMS LIBRARY ON WESTLAW | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 33.71 | 0.00 | 33.71 |
| TOTAL MONTHLY CHARGES | | 33.71 S | 0.00 S | 33.71 S |
| TOTAL PARALEGAL EFORMS LIBRARY ON WESTLAW CHARGES | | **33.71 SG** | **0.00 SG** | **33.71 SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **382.03 SG** | **0.00 SG** | **382.03 SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **382.03 G** | **0.00 G** | **382.03 G** |

1003641233

A


**THOMSON REUTERS**

ACCT#  1003827160

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
341 GREAT MALL PKWY
MILPITAS CA  95035-8008

| INVOICE # 831937546 | WEST INFORMATION CHARGES INVOICE MAY 01, 2015 - MAY 31, 2015 | | PAGE 1 |
|---|---|---|---|
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| **WEST INFORMATION CHARGES** | **415.74** | **0.00** | **415.74** |

AMOUNT DUE  $ 415.74
LESS PAYMENT  Adjustment @ $55.43 for 5/1 - 5/4
TOTAL DUE  $360.31

**IMPORTANT NEWS**

Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
    1-800-328-4880

                            1003827160                          A

---

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831937546 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1003827160 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

**AMOUNT DUE IN USD**      415.74
**DUE DATE**               07/01/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
341 GREAT MALL PKWY
MILPITAS CA  95035-8008

0831937546 0000000000000000000000 20150601 ZCPG 000041574 0010 1003827160 5

ACCT# 1003827160

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
341 GREAT MALL PKWY
MILPITAS CA 95035-8008

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| | | | |
|---|---|---|---|
| INVOICE #  831937546 | **BILLING SUMMARY** | | **PAGE** |
| POSTING # 6101335157 | MAY 01, 2015 - MAY 31, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 379.78 | 0.00 | 379.78 |
| TOTAL MONTHLY CHARGES | | 379.78S | 0.00S | 379.78S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **379.78SG** | **0.00SG** | **379.78SG** |
| **PARALEGAL EFORMS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 35.96 | 0.00 | 35.96 |
| TOTAL MONTHLY CHARGES | | 35.96S | 0.00S | 35.96S |
| **TOTAL PARALEGAL EFORMS LIBRARY ON WESTLAW CHARGES** | | **35.96SG** | **0.00SG** | **35.96SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **415.74SG** | **0.00SG** | **415.74SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **415.74G** | **0.00G** | **415.74G** |

THOMSON REUTERS

ACCT#  1003827160

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
341 GREAT MALL PKWY
MILPITAS CA  95035-8008

| INVOICE #  832114790 | WEST INFORMATION CHARGES INVOICE | | PAGE |
| | JUN 01, 2015 - JUN 30, 2015 | | 1 |

| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|
| WEST INFORMATION CHARGES | 415.74 | 0.00 | 415.74 |

AMOUNT DUE  $415.74
LESS PAYMENT  Adjustment @ $388.03 for 6/3-6/30
TOTAL DUE  $27.71

**IMPORTANT NEWS**

Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
1-800-328-4880

1003827160                    A

RETURN BOTTOM PORTION WITH PAYMENT

| INVOICE # | 832114790 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003827160 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

**AMOUNT DUE IN USD**          415.74
**DUE DATE**          07/31/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
341 GREAT MALL PKWY
MILPITAS CA  95035-8008

0832114790 0000000000000000000000 20150701 ZCPG 000041574 0010 1003827160 7

ACCT# 1003827160

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
341 GREAT MALL PKWY
MILPITAS CA 95035-8008

___
___
___
___

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| INVOICE #  832114790<br>POSTING #  6101961700 | BILLING SUMMARY<br>JUN 01, 2015 - JUN 30, 2015 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | UNITS | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **DETAIL OF CHARGES** | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 379.78 | 0.00 | 379.78 |
| TOTAL MONTHLY CHARGES | | 379.78S | 0.00S | 379.78S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **379.78SG** | **0.00SG** | **379.78SG** |
| **PARALEGAL EFORMS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 35.96 | 0.00 | 35.96 |
| TOTAL MONTHLY CHARGES | | 35.96S | 0.00S | 35.96S |
| **TOTAL PARALEGAL EFORMS LIBRARY ON WESTLAW CHARGES** | | **35.96SG** | **0.00SG** | **35.96SG** |
| **TOTAL DETAIL OF CHARGES** | | **415.74SG** | **0.00SG** | **415.74SG** |
| **TOTAL WEST INFORMATION CHARGES** | | **415.74G** | **0.00G** | **415.74G** |

# SUBSCRIPTION INVOICE SUMMARY

 THOMSON REUTERS

**Bill To:**
HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul, MN 55164-0833

Page 1    of    1
02

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

Customer Service: 1/800-328-4804
See reverse side for contact and payment information

| BILLING ACCOUNT #: | INVOICE NO: | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003827160 | 832060864 | 06/26/2015 | MAY 27, 2015 - JUN 26, 2015 | 07/26/2015 | 280.04 |

| Description | PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|
| ANNUAL/MONTHLY CHARGES | 257.50 | 22.54 | 280.04 S |
| TOTAL INVOICE AMOUNT | | | 280.04 T |

## RETURN BOTTOM PORTION WITH PAYMENT - THANK YOU

| | |
|---|---|
| INVOICE # | 832060864 |
| ACCOUNT # | 1003827160 |
| VENDOR # | 41-1426973 |
| VAT REG # | EU826006554 |
| PAYMENT DUE | 07/26/2015 |
| **AMOUNT DUE IN USD** | **280.04** |

AMOUNT ENCLOSED IN USD  _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
P.O. Box 25115
SANTA ANA CA  92799-5115

0832060864  000000000000000000000  20150626 ZCMI  000028004  0010 1003827160 7

THOMSON REUTERS

# SUBSCRIPTION INVOICE DETAIL

— — —

**Bill To:**
HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11105
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1   of   1

02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003827160 | 832060864 | 06/26/2015 | MAY 27, 2015 - JUN 26, 2015 | 07/26/2015 | 280.04 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | **ANNUAL/MONTHLY CHARGES** | | | | |
| | | 1003827160 HEALD BUSINESS COLLEGE CORINTHIAN COLLEGES INC ACCOUNTS PAYABLE 11105 341 GREAT MALL PKWY MILPITAS CA  95035-8008 | | | | |
| | | Jun 01, 2015 - Jun 30, 2015 | | | | |
| 06/01  6101226403 | | CD CFLR DISSOMASTER SUB | 1 | | 22.54 | 280.04 S |
| | | **Account Subtotal** | | | | **280.04 S** |
| | | **ANNUAL/MONTHLY CHARGES TOTAL** | | | | **280.04 T** |

**Thank You**

THOMSON REUTERS

ACCT#  1003925810

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
2ND PARALEGAL WESTLAW ACCOUNT
341 GREAT MALL PKWY
MILPITAS CA  95035-8008

| INVOICE #  831939645 | WEST INFORMATION CHARGES INVOICE | | | PAGE |
| | MAY 01, 2015 - MAY 31, 2015 | | | 1 |
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD | |
| WEST INFORMATION CHARGES | 415.74 | 0.00 | 415.74 | |

AMOUNT DUE  $ 415.74
LESS PAYMENT  Adjustment @ $55.43 for 5/1  5/4
TOTAL DUE  $ 360.31

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
1-800-328-4880

1003925810                    A

### RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| INVOICE # | 831939645 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1003925810 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

| | |
|---|---|
| AMOUNT DUE IN USD | 415.74 |
| DUE DATE | 07/01/2015 |
| AMOUNT ENCLOSED IN USD | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
2ND PARALEGAL WESTLAW ACCOUNT
341 GREAT MALL PKWY
MILPITAS CA  95035-8008

0831939645 0000000000000000000000 20150601 ZCPG 000041574 0010 1003925810 4

ACCT# 1003925810

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
2ND PARALEGAL WESTLAW ACCOUNT
341 GREAT MALL PKWY
MILPITAS CA 95035-8008

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business. For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

INVOICE #  831939645
POSTING # 6101337823

**BILLING SUMMARY**
MAY 01, 2015 - MAY 31, 2015

PAGE 1

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| DETAIL OF CHARGES | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 379.78 | 0.00 | 379.78 |
| TOTAL MONTHLY CHARGES | | 379.78S | 0.00S | 379.78S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **379.78SG** | **0.00SG** | **379.78SG** |
| | | | | |
| **PARALEGAL EFORMS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 35.96 | 0.00 | 35.96 |
| TOTAL MONTHLY CHARGES | | 35.96S | 0.00S | 35.96S |
| **TOTAL PARALEGAL EFORMS LIBRARY ON WESTLAW CHARGES** | | **35.96SG** | **0.00SG** | **35.96SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **415.74SG** | **0.00SG** | **415.74SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **415.74G** | **0.00G** | **415.74G** |

ACCT#  1003925810

**THOMSON REUTERS**

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
2ND PARALEGAL WESTLAW ACCOUNT
341 GREAT MALL PKWY
MILPITAS CA  95035-8008

| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|
| **WEST INFORMATION CHARGES** | 415.74 | 0.00 | 415.74 |

INVOICE #  832117800

**WEST INFORMATION CHARGES INVOICE**
JUN 01, 2015 - JUN 30, 2015

PAGE 1

AMOUNT DUE $ 415.74
LESS PAYMENT  Adjustment @ $358.03 for 6/3-6/30
TOTAL DUE  $ 27.71

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
1-800-328-4880

1003925810                                         A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 832117800 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003925810 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

**AMOUNT DUE IN USD**   415.74
**DUE DATE**   07/31/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
2ND PARALEGAL WESTLAW ACCOUNT
341 GREAT MALL PKWY
MILPITAS CA  95035-8008

0832117800  0000000000000000000000  20150701 ZCPG 000041574 0010 1003925810 7

ACCT# 1003925810

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
2ND PARALEGAL WESTLAW ACCOUNT
341 GREAT MALL PKWY
MILPITAS CA 95035-8008

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  832117800 POSTING #  6101963018 | BILLING SUMMARY JUN 01, 2015 - JUN 30, 2015 | | PAGE 1 |
|---|---|---|---|

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| DETAIL OF CHARGES | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 379.78 | 0.00 | 379.78 |
| TOTAL MONTHLY CHARGES | | 379.78S | 0.00S | 379.78S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **379.78SG** | **0.00SG** | **379.78SG** |
| | | | | |
| **PARALEGAL EFORMS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 35.96 | 0.00 | 35.96 |
| TOTAL MONTHLY CHARGES | | 35.96S | 0.00S | 35.96S |
| **TOTAL PARALEGAL EFORMS LIBRARY ON WESTLAW CHARGES** | | **35.96SG** | **0.00SG** | **35.96SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **415.74SG** | **0.00SG** | **415.74SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **415.74G** | **0.00G** | **415.74G** |

ACCT# 1004000936

 **THOMSON REUTERS**

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPARTMENT 11115/ PARALEGAL
P.O. Box 25115
SALIDA CA  92799-5115

| INVOICE #  831943115 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2015 - MAY 31, 2015 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | | **620.73** | **0.00** | **620.73** |

AMOUNT DUE ~~$~~ _620.73_
LESS PAYMENT _Adjustment @ $82⁷⁶ for 5/1-5/4_
TOTAL DUE _$537.97_

---

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

**FOR BILLING INFORMATION CALL**
   1-800-328-4880

                    1004000936                         A

---

**RETURN BOTTOM PORTION WITH PAYMENT**

INVOICE #              831943115
INVOICE DATE           06/01/2015
ACCOUNT #              1004000936          WEST INFORMATION CHARGES
VENDOR #               41-1426973          MAY 01, 2015 - MAY 31, 2015
VAT REG#               EU826006554

AMOUNT DUE IN USD      620.73
DUE DATE               07/01/2015
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West                HEALD BUSINESS COLLEGE
Payment Center                        CORINTHIAN COLLEGES INC
P.O. Box 6292                         AP DEPARTMENT 11115/ PARALEGAL
Carol Stream, IL 60197-6292           P.O. Box 25115
                                      SALIDA CA  92799-5115

0831943115 0000000000000000000000 20150601 ZCPG 000062073 0010 1004000936 4

ACCT# 1004000936

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPARTMENT 11115/ PARALEGAL
PO BOX 25115
SALIDA CA 95368-9094

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

INVOICE #  831943115
POSTING # 6101340892

**BILLING SUMMARY**
MAY 01, 2015 - MAY 31, 2015

PAGE
1

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 569.73 | 0.00 | 569.73 |
| TOTAL MONTHLY CHARGES | | 569.73S | 0.00S | 569.73S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **569.73SG** | **0.00SG** | **569.73SG** |
| | | | | |
| **PARALEGAL EFORMS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 51.00 | 0.00 | 51.00 |
| TOTAL MONTHLY CHARGES | | 51.00S | 0.00S | 51.00S |
| **TOTAL PARALEGAL EFORMS LIBRARY ON WESTLAW CHARGES** | | **51.00SG** | **0.00SG** | **51.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **620.73SG** | **0.00SG** | **620.73SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **620.73G** | **0.00G** | **620.73G** |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 30 | 0.00 | * * * * * | * * * * * |
| DOCUMENT DISPLAYS | 15 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

THOMSON REUTERS

ACCT#  1004000936

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPARTMENT 11115/ PARALEGAL
P.O. Box 25115
SALIDA CA  92799-5115

| INVOICE #  832119682 | WEST INFORMATION CHARGES INVOICE | | | PAGE |
| | JUN 01, 2015 - JUN 30, 2015 | | | 1 |

| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| --- | --- | --- | --- |
| WEST INFORMATION CHARGES | 623.28 | 0.00 | 623.28 |

AMOUNT DUE  $623.28
LESS PAYMENT Adjustment @ $581.73 for 6/3-6/30
TOTAL DUE  $41.55

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
1-800-328-4880

1004000936                                 A

**RETURN BOTTOM PORTION WITH PAYMENT**

| INVOICE # | 832119682 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1004000936 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

| AMOUNT DUE IN USD | 623.28 |
| DUE DATE | 07/31/2015 |
| AMOUNT ENCLOSED IN USD | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPARTMENT 11115/ PARALEGAL
P.O. Box 25115
SALIDA CA  92799-5115

0832119682 000000000000000000000 20150701 ZCPG 000062328 0010 1004000936 7

HEALD BUSINESS COLLEGE
CORINTHIAN COLLEGES INC
AP DEPARTMENT 11115/ PARALEGAL
PO BOX 25115
SALIDA CA 95368-9094

## IMPORTANT NEWS

\* INDICATES A SYSTEM CREDIT
Thank you for your business. For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| | | BILLING SUMMARY | | PAGE |
|---|---|---|---|---|
| INVOICE #  832119682 | | | | 1 |
| POSTING #  6101966389 | | JUN 01, 2015 - JUN 30, 2015 | | |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 569.73 | 0.00 | 569.73 |
| TOTAL MONTHLY CHARGES | | 569.73S | 0.00S | 569.73S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **569.73SG** | **0.00SG** | **569.73SG** |
| | | | | |
| **PARALEGAL EFORMS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 53.55 | 0.00 | 53.55 |
| TOTAL MONTHLY CHARGES | | 53.55S | 0.00S | 53.55S |
| **TOTAL PARALEGAL EFORMS LIBRARY ON WESTLAW CHARGES** | | **53.55SG** | **0.00SG** | **53.55SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **623.28SG** | **0.00SG** | **623.28SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **623.28G** | **0.00G** | **623.28G** |



ACCT#  1003826961

HEALD BUSINESS COLLEGE LTD
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11104
P.O. Box 25115
HAYWARD CA  94545-2352

| INVOICE #  831937529 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2015 - MAY 31, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | 464.28 | 0.00 | 464.28 |

*[handwritten]* AMOUNT DUE  $464.28
LESS PAYMENT  Adjustment @ $61.90 for 5/1 - 5/4
TOTAL DUE  $402.38

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
   1-800-328-4880

1003826961                    A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831937529 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1003826961 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

| | |
|---|---|
| **AMOUNT DUE IN USD** | **464.28** |
| **DUE DATE** | **07/01/2015** |
| **AMOUNT ENCLOSED IN USD** | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD BUSINESS COLLEGE LTD
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11104
P.O. Box 25115
HAYWARD CA  94545-2352

0831937529 0000000000000000000000 20150601 ZCPG 000046428 0010 1003826961 7

ACCT# 1003826961

HEALD BUSINESS COLLEGE LTD
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11104
PO BOX 25115
HAYWARD CA 94545-2352

**IMPORTANT NEWS**
\* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| | | CHARGE | TAX | TOTAL CHARGE |
|---|---|---|---|---|
| INVOICE #  831937529 | **BILLING SUMMARY** | | | **PAGE** |
| POSTING # 6101334906 | MAY 01, 2015 - MAY 31, 2015 | | | 1 |
| DESCRIPTION | UNITS | IN USD | IN USD | IN USD |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 464.28 | 0.00 | 464.28 |
| TOTAL MONTHLY CHARGES | | 464.28S | 0.00S | 464.28S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **464.28SG** | **0.00SG** | **464.28SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **464.28SG** | **0.00SG** | **464.28SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **464.28G** | **0.00G** | **464.28G** |

ACCT# 1003826961

**THOMSON REUTERS**

HEALD BUSINESS COLLEGE LTD
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11104
P.O. Box 25115
HAYWARD CA  94545-2352

| INVOICE #  832114782 | WEST INFORMATION CHARGES INVOICE JUN 01, 2015 - JUN 30, 2015 | | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| **WEST INFORMATION CHARGES** | | **464.28** | **0.00** | **464.28** |

AMOUNT DUE  $464.28
LESS PAYMENT  Adjustment @ $433.33 for 6/3- 6/30
TOTAL DUE  $30.95

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                           1003826961                              A
    1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 832114782 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003826961 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

**AMOUNT DUE IN USD**        464.28
**DUE DATE**        07/31/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD BUSINESS COLLEGE LTD
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11104
P.O. Box 25115
HAYWARD CA  94545-2352

0832114782 000000000000000000000 20150701 ZCPG 000046428 0010 1003826961 3

ACCT# 1003826961

HEALD BUSINESS COLLEGE LTD
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11104
PO BOX 25115
HAYWARD CA 94545-2352

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| INVOICE # 832114782 POSTING # 6101961647 | | BILLING SUMMARY JUN 01, 2015 - JUN 30, 2015 | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| <u>**PARALEGAL PREMIER LIBRARY ON WESTLAW**</u> | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 464.28 | 0.00 | 464.28 |
| TOTAL MONTHLY CHARGES | | 464.28S | 0.00S | 464.28S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **464.28SG** | **0.00SG** | **464.28SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **464.28SG** | **0.00SG** | **464.28SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **464.28G** | **0.00G** | **464.28G** |

# SUBSCRIPTION INVOICE SUMMARY

**THOMSON REUTERS**

**Bill To:**
HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11104
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1    of    1
02

## IMPORTANT NEWS
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

Customer Service: 1/800-328-4880
See reverse side for contact and payment information

| BILLING ACCOUNT #: | INVOICE NO: | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003826961 | 832023651 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 212.50 |

| Description | PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|
| ANNUAL/MONTHLY CHARGES | 212.50 | 0.00 | 212.50 S |
| **TOTAL INVOICE AMOUNT** | | | **212.50 T** |

## RETURN BOTTOM PORTION WITH PAYMENT - THANK YOU

| | |
|---|---|
| INVOICE # | 832023651 |
| ACCOUNT # | 1003826961 |
| VENDOR # | 41-1426973 |
| VAT REG # | EU826006554 |
| PAYMENT DUE | 07/04/2015 |
| **AMOUNT DUE IN USD** | **212.50** |

AMOUNT ENCLOSED IN USD  _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11104
P.O. Box 25115
SANTA ANA CA  92799-5115

0832023651 000000000000000000000000 20150604 ZCMI 000021250 0010 1003826961 4

# SUBSCRIPTION INVOICE DETAIL

**THOMSON REUTERS**

Bill To:

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11104
P.O. Box 25115
SANTA ANA CA  92799-5115

From:

Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1     of    1

02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE |
|---|---|---|---|---|---|
| 1003826961 | 832023651 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | AMOUNT IN USD: |
| | | | | | 212.50 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | **ANNUAL/MONTHLY CHARGES** | | | | |
| | | 1003826961 HEALD BUSINESS COLLEGE LTD CORINTHIAN COLLEGES INC ACCOUNTS PAYABLE 11104 P.O. Box 25115 Santa Ana CA  94545-2352 | | | | |
| | | Jun 01, 2015 - Jun 30, 2015 | | | | |
| 06/01 | 6101222337 | CD CFLR DISSOMASTER SUB | 1 | | 0.00 | 212.50 S |
| | | **Account Subtotal** | | | | **212.50 S** |
| | | **ANNUAL/MONTHLY CHARGES TOTAL** | | | | **212.50 T** |

**Thank You**

THOMSON REUTERS

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE #11109
P.O. Box 251115
SANTA ANA CA   92799-5115

| INVOICE #  831938994 | WEST INFORMATION CHARGES INVOICE MAY 01, 2015 - MAY 31, 2015 | | PAGE 1 |
|---|---|---|---|
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | 464.28 | 0.00 | 464.28 |

AMOUNT DUE   $464.28
LESS PAYMENT   Adjustment @ $61.90 for 5/1-5/4
TOTAL DUE   $402.38

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
   1-800-328-4880

1003672830                                     A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831938994 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1003672830 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

| | |
|---|---|
| **AMOUNT DUE IN USD** | **464.28** |
| **DUE DATE** | **07/01/2015** |
| AMOUNT ENCLOSED IN USD | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE #11109
P.O. Box 251115
SANTA ANA CA   92799-5115

0831938994 0000000000000000000000 20150601 ZCPG 000046428 0010 1003672830 0

ACCT# 1003672830

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE #11109
PO BOX 251115
SANTA ANA CA 92799-5115

—
—
—
—

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  831938994 | **BILLING SUMMARY** | | **PAGE** |
|---|---|---|---|
| POSTING #  6101337442 | MAY 01, 2015 - MAY 31, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 464.28 | 0.00 | 464.28 |
| TOTAL MONTHLY CHARGES | | 464.28S | 0.00S | 464.28S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **464.28SG** | **0.00SG** | **464.28SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **464.28SG** | **0.00SG** | **464.28SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **464.28G** | **0.00G** | **464.28G** |
| | | | | |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 2 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |



ACCT# 1003672830

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE #11109
P.O. Box 251115
SANTA ANA CA  92799-5115

| INVOICE #  832112217 | WEST INFORMATION CHARGES INVOICE<br>JUN 01, 2015 - JUN 30, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | **464.28** | **0.00** | **464.28** |

*(handwritten)* AMOUNT DUE $464.28
LESS PAYMENT Adjustment @ $433.30 for 6/3-6/30
TOTAL DUE $30.95

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
1-800-328-4880

1003672830                          A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 832112217 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003672830 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

**AMOUNT DUE IN USD**     464.28
**DUE DATE**     07/31/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE #11109
P.O. Box 251115
SANTA ANA CA  92799-5115

0832112217 0000000000000000000000 20150701 ZCPG 000046428 0010 1003672830 4

ACCT# 1003672830

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE #11109
PO BOX 251115
SANTA ANA CA 92799-5115

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  832112217 | BILLING SUMMARY | | PAGE |
| POSTING #  6101959656 | JUN 01, 2015 - JUN 30, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 464.28 | 0.00 | 464.28 |
| TOTAL MONTHLY CHARGES | | 464.28S | 0.00S | 464.28S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **464.28SG** | **0.00SG** | **464.28SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **464.28SG** | **0.00SG** | **464.28SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **464.28G** | **0.00G** | **464.28G** |


**THOMSON REUTERS**

ACCT# 1003675388

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11114
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE #  831935367 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2015 - MAY 31, 2015 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | | 527.09 | 0.00 | 527.09 |

AMOUNT DUE  $ 527.09
LESS PAYMENT  *Adjustment @ $70.27) for 5/1 - 5/4*
TOTAL DUE  $ 456.82

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                    1003675388                    A
    1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

INVOICE #            831935367
INVOICE DATE         06/01/2015               WEST INFORMATION CHARGES
ACCOUNT #            1003675388               MAY 01, 2015 - MAY 31, 2015
VENDOR #             41-1426973
VAT REG#             EU826006554

AMOUNT DUE IN USD        527.09
DUE DATE                 07/01/2015
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West          HEALD COLLEGE
Payment Center                  CORINTHIAN COLLEGES INC
P.O. Box 6292                   ACCOUNTS PAYABLE 11114
Carol Stream, IL 60197-6292     P.O. Box 25115
                                SANTA ANA CA  92799-5115

0831935367 00000000000000000000000 20150601 ZCPG 000052709 0010 1003675388 7

ACCT# 1003675388

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11114
PO BOX 25115
SANTA ANA CA 92799-5115

---

**IMPORTANT NEWS**
\* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| | | CHARGE | TAX | TOTAL CHARGE |
|---|---|---|---|---|
| INVOICE #  831935367 | **BILLING SUMMARY** | | | **PAGE** |
| POSTING # 6101334737 | MAY 01, 2015 - MAY 31, 2015 | | | 1 |
| DESCRIPTION | UNITS | IN USD | IN USD | IN USD |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON** | | | | |
| **WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 527.09 | 0.00 | 527.09 |
| TOTAL MONTHLY CHARGES | | 527.09S | 0.00S | 527.09S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON** | | | | |
| **WESTLAW CHARGES** | | **527.09SG** | **0.00SG** | **527.09SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **527.09SG** | **0.00SG** | **527.09SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **527.09G** | **0.00G** | **527.09G** |
| | | | | |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 133 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL MULTI-SEARCHES | 2 | 0.00 | * * * * * | * * * * * |
| DOCUMENT DISPLAYS | 15 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE FINDS | 90 | 0.00 | * * * * * | * * * * * |
| OFFLINE TRANSMISSION | | | | |
| WESTLAW LINES | 1,704 | 0.00 | * * * * * | * * * * * |
| TOTAL OFFLINE TRANSMISSION | 1,704 | 0.00 | * * * * * | * * * * * |
| ALERT SERVICES | 4 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE CITATION CHECKING | 11 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |



ACCT# 1003675388

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11114
P.O. Box 25115
SANTA ANA CA 92799-5115

| INVOICE # 832112274 | WEST INFORMATION CHARGES INVOICE<br>JUN 01, 2015 - JUN 30, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | 527.09 | 0.00 | 527.09 |

AMOUNT DUE $527.09
LESS PAYMENT Adjustment @ $491.95 for 6/3- 6/30
TOTAL DUE $35.14

**IMPORTANT NEWS**
Thank you for your business. For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
  1-800-328-4880

1003675388                    A

---

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 832112274 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003675388 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

**AMOUNT DUE IN USD**        527.09
**DUE DATE**        07/31/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11114
P.O. Box 25115
SANTA ANA CA 92799-5115

0832112274 000000000000000000000 20150701 ZCPG 000052709 0010 1003675388 3

ACCT# 1003675388

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11114
PO BOX 25115
SANTA ANA CA 92799-5115

___
___
___

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE # 832112274<br>POSTING # 6101960077 | | BILLING SUMMARY<br>JUN 01, 2015 - JUN 30, 2015 | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | UNITS | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON** | | | | |
| **WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 527.09 | 0.00 | 527.09 |
| TOTAL MONTHLY CHARGES | | 527.09S | 0.00S | 527.09S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON** | | | | |
| **WESTLAW CHARGES** | | **527.09SG** | **0.00SG** | **527.09SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **527.09SG** | **0.00SG** | **527.09SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **527.09G** | **0.00G** | **527.09G** |
| | | | | |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 37 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL MULTI-SEARCHES | 6 | 0.00 | * * * * * | * * * * * |
| DOCUMENT DISPLAYS | 10 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE FINDS | 35 | 0.00 | * * * * * | * * * * * |
| ALERT SERVICES | 5 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE CITATION CHECKING | 6 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

# SUBSCRIPTION INVOICE SUMMARY

 THOMSON REUTERS

**Bill To:**
HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11114
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1    of    1
02

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

Customer Service: 1/800-328-4880
See reverse side for contact and payment information

| BILLING ACCOUNT #: | INVOICE NO: | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003675388 | 832023772 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 317.46 |

| Description | PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|
| ANNUAL/MONTHLY CHARGES | 257.50 | 0.00 | 257.50 S |
| SUBSCRIPTION PRODUCT CHARGES | 55.00 | 4.96 | 59.96 S |
| **TOTAL INVOICE AMOUNT** | | | **317.46 T** |

## RETURN BOTTOM PORTION WITH PAYMENT - THANK YOU

| | |
|---|---|
| INVOICE # | 832023772 |
| ACCOUNT # | 1003675388 |
| VENDOR # | 41-1426973 |
| VAT REG # | EU826006554 |
| PAYMENT DUE | 07/04/2015 |
| **AMOUNT DUE IN USD** | **317.46** |

AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11114
P.O. Box 25115
SANTA ANA CA  92799-5115

0832023772 0000000000000000000000 20150604 ZCMI 000031746 0010 1003675388 2

# SUBSCRIPTION INVOICE DETAIL

THOMSON REUTERS

**Bill To:**
HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11114
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1    of    1
02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003675388 | 832023772 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 317.46 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | **ANNUAL/MONTHLY CHARGES** | | | | |
| | | 1003675388 HEALD COLLEGE CORINTHIAN COLLEGES INC ACCOUNTS PAYABLE 11114 P.O. Box 25115 SANTA ANA CA  92799-5115 | | | | |
| | | Jun 01, 2015 - Jun 30, 2015 | | | | |
| 06/01 | 6101228842 | CD CFLR DISSOMASTER SUB | 1 | | 0.00 | 257.50 S |
| | | **Account Subtotal** | | | | **257.50 S** |
| | | **ANNUAL/MONTHLY CHARGES TOTAL** | | | | **257.50 T** |
| | | **SUBSCRIPTION PRODUCT CHARGES** | | | | |
| | | 1003955803 HEALD COLLEGE CORINTHIAN COLLEGES INC STOCKTON CAMPUS 1605 E MARCH LN STOCKTON CA  95210-5667 | | | | |
| 06/01 | 6101240344  419552374 | TRG LSI OFFICE PRC MAN 2015 CONT/HL #1 | | | | |
| | | TRG LSI LAW OFFICE PROCEDURES MANUAL 2015 HIGHLIGHT #1 | 1 | 0.00 | | 0.00 |
| | | TRG LSI LAW OFFICE PROCEDURE MANUAL 2015 UPDATE #1 | 1 | 55.00 | | 55.00 |
| | | Subtotal | | 55.00 | 4.96 | 59.96 S |
| | | **Account Subtotal** | | | | **59.96 S** |
| | | **SUBSCRIPTION PRODUCT CHARGES** | | | | **59.96 T** |
| | | TOTAL | | | | |

# Thank You

THOMSON REUTERS

ACCT#  1003837780

HEALD COLLEGE
CORINTHIAN COLLEGES INC
MAUREEN HAYES
6035 NE 78TH CT
PORTLAND OR  97218-2852

| INVOICE #  831938013 | WEST INFORMATION CHARGES INVOICE  MAY 01, 2015 - MAY 31, 2015 | | | PAGE  1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE  IN USD | TAX  IN USD | TOTAL CHARGE  IN USD |
| WEST INFORMATION CHARGES | | 616.00 | 0.00 | 616.00 |

AMOUNT DUE  $616.00
LESS PAYMENT  Adjustment @$82.13  for 5/1 - 5/4
TOTAL DUE  $533.87

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

FOR BILLING INFORMATION CALL                              1003837780                      A
          1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| INVOICE # | 831938013 |
|---|---|
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1003837780 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

| AMOUNT DUE IN USD | 616.00 |
|---|---|
| DUE DATE | 07/01/2015 |
| AMOUNT ENCLOSED IN USD | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE
CORINTHIAN COLLEGES INC
MAUREEN HAYES
6035 NE 78TH CT
PORTLAND OR  97218-2852

0831938013 0000000000000000000000 20150601 ZCPG 00006600 0010 1003837780 4

ACCT# 1003837780

HEALD COLLEGE
CORINTHIAN COLLEGES INC
MAUREEN HAYES
6035 NE 78TH CT
PORTLAND OR 97218-2852

**IMPORTANT NEWS**
INDICATES A SYSTEM CREDIT
hank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
LEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

INVOICE #  831938013
POSTING # 6101336372

**BILLING SUMMARY**
MAY 01, 2015 - MAY 31, 2015

PAGE 1

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY W/NEWS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | 616.00 | 0.00 | 616.00 |
| DATABASE CHARGES | | 616.00S | 0.00S | 616.00S |
| TOTAL MONTHLY CHARGES | | | | |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY W/NEWS LIBRARY ON WESTLAW CHARGES** | | **616.00SG** | **0.00SG** | **616.00SG** |
| **TOTAL DETAIL OF CHARGES** | | **616.00SG** | **0.00SG** | **616.00SG** |
| **TOTAL WEST INFORMATION CHARGES** | | **616.00G** | **0.00G** | **616.00G** |
| **DETAIL OF INCLUDED USAGE** **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | 1 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE FINDS | | 0.00S | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

ACCT#  1003837780

**THOMSON REUTERS**

HEALD COLLEGE
CORINTHIAN COLLEGES INC
MAUREEN HAYES
6035 NE 78TH CT
PORTLAND OR  97218-2852

| INVOICE #  832115496 | WEST INFORMATION CHARGES INVOICE<br>JUN 01, 2015 - JUN 30, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | **616.00** | **0.00** | **616.00** |

AMOUNT DUE ___ $ 616.00
LESS PAYMENT  Adjustment @ $574.93 for 6/3 - 6/30
TOTAL DUE  $ 41.07

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                    1003837780                    A
    1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 832115496 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003837780 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

**AMOUNT DUE IN USD**        616.00
**DUE DATE**        07/31/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE
CORINTHIAN COLLEGES INC
MAUREEN HAYES
6035 NE 78TH CT
PORTLAND OR  97218-2852

0832115496 0000000000000000000000 20150701 ZCPG 00006160O 0010 1003837780 0

ACCT# 1003837780

HEALD COLLEGE
CORINTHIAN COLLEGES INC
MAUREEN HAYES
6035 NE 78TH CT
PORTLAND OR 97218-2852

---

## IMPORTANT NEWS
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  832115496 | BILLING SUMMARY | | PAGE |
|---|---|---|---|
| POSTING #  6101962803 | JUN 01, 2015 - JUN 30, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| DETAIL OF CHARGES | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY W/NEWS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 616.00 | 0.00 | 616.00 |
| TOTAL MONTHLY CHARGES | | 616.00S | 0.00S | 616.00S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY W/NEWS LIBRARY ON WESTLAW CHARGES** | | **616.00SG** | **0.00SG** | **616.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **616.00SG** | **0.00SG** | **616.00SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **616.00G** | **0.00G** | **616.00G** |
| | | | | |
| DETAIL OF INCLUDED USAGE | | | | |
| (FOR INFORMATIONAL PURPOSES ONLY) | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL ONLINE FINDS | 5 | 0.00 | * * * * * | * * * * * |
| OFFLINE TRANSMISSION | | | | |
| WESTLAW LINES | 3,853 | 0.00 | * * * * * | * * * * * |
| TOTAL OFFLINE TRANSMISSION | 3,853 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

# THOMSON REUTERS

## SUBSCRIPTION INVOICE SUMMARY

**Bill To:**
HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11115
P.O. Box 25115
SANTA ANA CA 92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul, MN 55164-0833

Page 1    of    1
02

### IMPORTANT NEWS
Thank you for your business. For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

Customer Service: 1/800-328-4880
See reverse side for contact and payment information

| BILLING ACCOUNT #: | INVOICE NO: | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003963784 | 832026347 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 151.22 |

| Description | PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|
| ANNUAL/MONTHLY CHARGES | 140.50 | 10.72 | 151.22 S |
| **TOTAL INVOICE AMOUNT** | | | **151.22 T** |

### RETURN BOTTOM PORTION WITH PAYMENT - THANK YOU

| | |
|---|---|
| INVOICE # | 832026347 |
| ACCOUNT # | 1003963784 |
| VENDOR # | 41-1426973 |
| VAT REG # | EU826006554 |
| PAYMENT DUE | 07/04/2015 |
| **AMOUNT DUE IN USD** | **151.22** |

AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11115
P.O. Box 25115
SANTA ANA CA 92799-5115

0832026347 0000000000000000000000 20150604 ZCMI 000015122 0010 1003963784 5

# SUBSCRIPTION INVOICE DETAIL

 THOMSON REUTERS

**Bill To:**
HEALD COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11115
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1     of    1

02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003963784 | 832026347 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 151.22 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | **ANNUAL/MONTHLY CHARGES** | | | | |
| | | 1003963784 HEALD COLLEGE CORINTHIAN COLLEGES INC ACCOUNTS PAYABLE 11115 P.O. Box 25115 SANTA ANA CA  95368-9095 | | | | |
| | | Jun 01, 2015 - Jun 30, 2015 | | | | |
| 06/01 | 6101219775 | CD CFLR DISSOMASTER SUB | 1 | | 10.72 | 151.22 S |
| | | **Account Subtotal** | | | | **151.22 S** |
| | | **ANNUAL/MONTHLY CHARGES TOTAL** | | | | **151.22 T** |

# Thank You

# SUBSCRIPTION INVOICE SUMMARY

**THOMSON REUTERS**

**Bill To:**
HEALD COLLEGE
CORINTHIAN COLLEGES INC
ROSEVILLE 11156
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1    of    1
02

### IMPORTANT NEWS
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

Customer Service: 1/800-328-4880
See reverse side for contact and payment information

| BILLING ACCOUNT #: | INVOICE NO: | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1004071467 | 832028560 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 395.60 |

| Description | PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|
| SUBSCRIPTION PRODUCT CHARGES | 368.00 | 27.60 | 395.60 S |
| **TOTAL INVOICE AMOUNT** | | | **395.60 T** |

## RETURN BOTTOM PORTION WITH PAYMENT - THANK YOU

| | |
|---|---|
| INVOICE # | 832028560 |
| ACCOUNT # | 1004071467 |
| VENDOR # | 41-1426973 |
| VAT REG # | EU826006554 |
| PAYMENT DUE | 07/04/2015 |
| **AMOUNT DUE IN USD** | **395.60** |

AMOUNT ENCLOSED IN USD  _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ROSEVILLE 11156
P.O. Box 25115
SANTA ANA CA  92799-5115

0832028560 0000000000000000000000 20150604 ZCMI 000039560 0010 1004071467 1

# SUBSCRIPTION INVOICE DETAIL

**THOMSON REUTERS**

---

**Bill To:**

HEALD COLLEGE
CORINTHIAN COLLEGES INC
ROSEVILLE 11156
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**

Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1     of     1

02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1004071467 | 832028560 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 395.60 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | **SUBSCRIPTION PRODUCT CHARGES** | | | | |
| 05/06   6100834655 | 419224360 | CA J I CIV (CACI) V1-2 SPRG 2015 PAM | | | | |
| | | CA JURY INSTRUCTIONS CIVIL CACI V1 SPRING 2015 PAMPHLET | 2 | 92.00 | | 184.00 |
| | | CA JURY INSTRUCTIONS CIVIL CACI V2 SPRING 2015 PAMPHLET | 2 | 92.00 | | 184.00 |
| | | Subtotal | | 368.00 | 27.60 | 395.60 S |
| | | **SUBSCRIPTION PRODUCT CHARGES** TOTAL | | | | **395.60 T** |

**Thank You**

ACCT#   1003658243

**THOMSON REUTERS**

HEALD COLLEGE FRESNO
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11112
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE #  831937056 | WEST INFORMATION CHARGES INVOICE MAY 01, 2015 - MAY 31, 2015 | | PAGE 1 |
|---|---|---|---|
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| **WEST INFORMATION CHARGES** | **829.00** | **0.00** | **829.00** |

AMOUNT DUE  $829.00
LESS PAYMENT  *Adjustment @ $110.53 for 5/1- 5/4*
TOTAL DUE  $718.47

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**              1003658243                    A
    1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831937056 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1003658243 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

**AMOUNT DUE IN USD**       829.00
**DUE DATE**       07/01/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE FRESNO
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11112
P.O. Box 25115
SANTA ANA CA  92799-5115

0831937056 0000000000000000000000 20150601 ZCPG 000082900 0010 1003658243 9

ACCT# 1003658243

HEALD COLLEGE FRESNO
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11112
PO BOX 25115
SANTA ANA CA 92799-5115

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

INVOICE #  831937056
POSTING # 6101335433

**BILLING SUMMARY**
MAY 01, 2015 - MAY 31, 2015

PAGE
1

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY W/NEWS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 760.00 | 0.00 | 760.00 |
| TOTAL MONTHLY CHARGES | | 760.00S | 0.00S | 760.00S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY W/NEWS LIBRARY ON WESTLAW CHARGES** | | **760.00SG** | **0.00SG** | **760.00SG** |
| | | | | |
| **PARALEGAL EFORMS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 69.00 | 0.00 | 69.00 |
| TOTAL MONTHLY CHARGES | | 69.00S | 0.00S | 69.00S |
| **TOTAL PARALEGAL EFORMS LIBRARY ON WESTLAW CHARGES** | | **69.00SG** | **0.00SG** | **69.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **829.00SG** | **0.00SG** | **829.00SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **829.00G** | **0.00G** | **829.00G** |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 75 | 0.00 | * * * * * | * * * * * |
| DOCUMENT DISPLAYS | 181 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE CITATION CHECKING | 6 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

THOMSON REUTERS

ACCT# 1003658243

HEALD COLLEGE FRESNO
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11112
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE #  832113969 | WEST INFORMATION CHARGES INVOICE<br>JUN 01, 2015 - JUN 30, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | 829.00 | 0.00 | 829.00 |

AMOUNT DUE $829.00
LESS PAYMENT Adjustment @ $773.73 for 6/3 - 6/30
TOTAL DUE $55.27

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                    1003658243                    A
1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| INVOICE # | 832113969 |
|---|---|
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003658243 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

AMOUNT DUE IN USD         829.00
DUE DATE               07/31/2015
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE FRESNO
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11112
P.O. Box 25115
SANTA ANA CA  92799-5115

0832113969 0000000000000000000000 20150701 ZCPG 000082900 0010 1003658243 0

ACCT# 1003658243

HEALD COLLEGE FRESNO
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11112
PO BOX 25115
SANTA ANA CA 92799-5115

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| | | | | |
|---|---|---|---|---|
| INVOICE #   832113969<br>POSTING # 6101961071 | | **BILLING SUMMARY**<br>JUN 01, 2015 - JUN 30, 2015 | | **PAGE**<br>1 |
| DESCRIPTION | UNITS | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **DETAIL OF CHARGES** | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY W/NEWS**<br>**LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 760.00 | 0.00 | 760.00 |
| TOTAL MONTHLY CHARGES | | 760.00S | 0.00S | 760.00S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY**<br>**W/NEWS LIBRARY ON WESTLAW CHARGES** | | **760.00SG** | **0.00SG** | **760.00SG** |
| **PARALEGAL EFORMS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 69.00 | 0.00 | 69.00 |
| TOTAL MONTHLY CHARGES | | 69.00S | 0.00S | 69.00S |
| **TOTAL PARALEGAL EFORMS LIBRARY ON WESTLAW CHARGES** | | **69.00SG** | **0.00SG** | **69.00SG** |
| **TOTAL DETAIL OF CHARGES** | | **829.00SG** | **0.00SG** | **829.00SG** |
| **TOTAL WEST INFORMATION CHARGES** | | **829.00G** | **0.00G** | **829.00G** |
| **DETAIL OF INCLUDED USAGE**<br>**(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 84 | 0.00 | * * * * * | * * * * * |
| DOCUMENT DISPLAYS | 136 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE CITATION CHECKING | 13 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| **TOTAL DETAIL OF INCLUDED USAGE** | | **0.00G** | * * * * * | * * * * * |

# SUBSCRIPTION INVOICE SUMMARY

THOMSON REUTERS

**Bill To:**
HEALD COLLEGE FRESNO
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11112
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul, MN 55164-0833

Page 1      of      1
02

---

### IMPORTANT NEWS
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

Customer Service: 1/800-328-4880
See reverse side for contact and payment information

| BILLING ACCOUNT #: | INVOICE NO: | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003658243 | 832023092 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 259.47 |

| Description | PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|
| ANNUAL/MONTHLY CHARGES | 240.25 | 19.22 | 259.47 S |
| **TOTAL INVOICE AMOUNT** | | | **259.47 T** |

---

## RETURN BOTTOM PORTION WITH PAYMENT - THANK YOU

| | |
|---|---|
| INVOICE # | 832023092 |
| ACCOUNT # | 1003658243 |
| VENDOR # | 41-1426973 |
| VAT REG # | EU826006554 |
| PAYMENT DUE | 07/04/2015 |
| **AMOUNT DUE IN USD** | **259.47** |

AMOUNT ENCLOSED IN USD  _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE FRESNO
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11112
P.O. Box 25115
SANTA ANA CA  92799-5115

0832023092 0000000000000000000000 20150604 ZCMI 000025947 0010 1003658243 8

# SUBSCRIPTION INVOICE DETAIL

THOMSON REUTERS

**Bill To:**
HEALD COLLEGE FRESNO
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11112
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1    of    1

02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003658243 | 832023092 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 259.47 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | **ANNUAL/MONTHLY CHARGES** | | | | |
| | | Jun 01, 2015 - Jun 30, 2015 | | | | |
| 06/01   6101220584 | | CD CFLR DISSOMASTER SUITE SUB | 1 | | 19.22 | 259.47 S |
| | | | | | | |
| | | **ANNUAL/MONTHLY CHARGES TOTAL** | | | | **259.47 T** |

**Thank You**



ACCT# 1003676348

HEALD COLLEGE LLC
CORINTHIAN COLLEGES INC
MARIO SELVA - ACCT 11103
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE #  831935388 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2015 - MAY 31, 2015 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | | 585.00 | 0.00 | 585.00 |

AMOUNT DUE   $585.00
LESS PAYMENT  *Adjustment @ 78⁰⁰ for 5/1 - 5/4*
TOTAL DUE  $507.00

### IMPORTANT NEWS
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**            1003676348            A
    1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831935388 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1003676348 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

**AMOUNT DUE IN USD**      585.00
**DUE DATE**      07/01/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE LLC
CORINTHIAN COLLEGES INC
MARIO SELVA - ACCT 11103
P.O. Box 25115
SANTA ANA CA  92799-5115

0831935388 000000000000000000000000 20150601 ZCPG 000058500 0010 1003676348 2

ACCT# 1003676348

HEALD COLLEGE LLC
CORINTHIAN COLLEGES INC
MARIO SELVA - ACCT 11103
PO BOX 25115
SANTA ANA CA 92799-5115

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  831935388 | BILLING SUMMARY | | PAGE |
| POSTING #  6101334911 | MAY 01, 2015 - MAY 31, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 585.00 | 0.00 | 585.00 |
| TOTAL MONTHLY CHARGES | | 585.00S | 0.00S | 585.00S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **585.00SG** | **0.00SG** | **585.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **585.00SG** | **0.00SG** | **585.00SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **585.00G** | **0.00G** | **585.00G** |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 13 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL MULTI-SEARCHES | 63 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE FINDS | 244 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE CITATION CHECKING | 25 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |



ACCT#  1003676348

HEALD COLLEGE LLC
CORINTHIAN COLLEGES INC
MARIO SELVA - ACCT 11103
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE #  832112294 | WEST INFORMATION CHARGES INVOICE | | PAGE |
|---|---|---|---|
| | JUN 01, 2015 - JUN 30, 2015 | | 1 |
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | 585.00 | 0.00 | 585.00 |

AMOUNT DUE ___$ 585.00___
LESS PAYMENT  Adjustment @ $546ºº for 6/3–6/30
TOTAL DUE ___$ 39.00___

### IMPORTANT NEWS

Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                                1003676348                              A
  1-800-328-4880

### RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| INVOICE # | 832112294 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003676348 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

**AMOUNT DUE IN USD**        585.00
**DUE DATE**        07/31/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE LLC
CORINTHIAN COLLEGES INC
MARIO SELVA - ACCT 11103
P.O. Box 25115
SANTA ANA CA  92799-5115

0832112294 00000000000000000000000 20150701 ZCPG 000058500 0010 1003676348 9

ACCT# 1003676348

HEALD COLLEGE LLC
CORINTHIAN COLLEGES INC
MARIO SELVA - ACCT 11103
PO BOX 25115
SANTA ANA CA 92799-5115

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  832112294 | | BILLING SUMMARY | | PAGE |
|---|---|---|---|---|
| POSTING # 6101960611 | | JUN 01, 2015 - JUN 30, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| DETAIL OF CHARGES | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 585.00 | 0.00 | 585.00 |
| TOTAL MONTHLY CHARGES | | 585.00S | 0.00S | 585.00S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **585.00SG** | **0.00SG** | **585.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **585.00SG** | **0.00SG** | **585.00SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **585.00G** | **0.00G** | **585.00G** |
| | | | | |
| | | | | |
| DETAIL OF INCLUDED USAGE | | | | |
| (FOR INFORMATIONAL PURPOSES ONLY) | | | | |
| | | | | |
| SUBSCRIPTION USAGE | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 17 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL MULTI-SEARCHES | 108 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE FINDS | 257 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE CITATION CHECKING | 18 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |



ACCT#  1003677575

HEALD COLLEGE LLC
CORINTHIAN COLLEGES INC
RACHEL ALSAGOFF 111136
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE #  831937110 | WEST INFORMATION CHARGES INVOICE | | PAGE |
|---|---|---|---|
| | MAY 01, 2015 - MAY 31, 2015 | | 1 |
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| **WEST INFORMATION CHARGES** | **653.90** | **0.00** | **653.90** |

AMOUNT DUE ___ $653.90___
LESS PAYMENT Adjustment @ $87.19 for 5/1 - 5/4
TOTAL DUE ___ $566.71___

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                    1003677575                    A
   1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

INVOICE #                831937110
INVOICE DATE             06/01/2015
ACCOUNT #                1003677575                    WEST INFORMATION CHARGES
VENDOR #                 41-1426973                    MAY 01, 2015 - MAY 31, 2015
VAT REG#                 EU826006554

**AMOUNT DUE IN USD**        653.90
**DUE DATE**                 07/01/2015
**AMOUNT ENCLOSED IN USD** _____

                         Thomson Reuters - West
                         Payment Center                    HEALD COLLEGE LLC
                         P.O. Box 6292                      CORINTHIAN COLLEGES INC
                         Carol Stream, IL 60197-6292        RACHEL ALSAGOFF 111136
                                                            P.O. Box 25115
                                                            SANTA ANA CA  92799-5115

0831937110 000000000000000000000000 20150601 ZCPG 000065390 0010 1003677575 1

ACCT# 1003677575

HEALD COLLEGE LLC
CORINTHIAN COLLEGES INC
RACHEL ALSAGOFF 111136
PO BOX 25115
SANTA ANA CA 92799-5115

---

## IMPORTANT NEWS

\* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| | | | | |
|---|---|---|---|---|
| INVOICE #   831937110 | | **BILLING SUMMARY** | | **PAGE** |
| POSTING #  6101335207 | | MAY 01, 2015 - MAY 31, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL CIVIL PLEADINGS MOTIONS AND MEMORANDA ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 82.90 | 0.00 | 82.90 |
| TOTAL MONTHLY CHARGES | | 82.90S | 0.00S | 82.90S |
| **TOTAL PARALEGAL CIVIL PLEADINGS MOTIONS AND MEMORANDA ON WESTLAW CHARGES** | | **82.90SG** | **0.00SG** | **82.90SG** |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 571.00 | 0.00 | 571.00 |
| TOTAL MONTHLY CHARGES | | 571.00S | 0.00S | 571.00S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **571.00SG** | **0.00SG** | **571.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **653.90SG** | **0.00SG** | **653.90SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **653.90G** | **0.00G** | **653.90G** |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 49 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL MULTI-SEARCHES | 14 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE FINDS | 216 | 0.00 | * * * * * | * * * * * |
| OFFLINE TRANSMISSION | | | | |
| WESTLAW LINES | 340,492 | 0.00 | * * * * * | * * * * * |
| PRINT IMAGES | 1 | 0.00 | * * * * * | * * * * * |
| TOTAL OFFLINE TRANSMISSION | 340,493 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE CITATION CHECKING | 139 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |



ACCT# 1003677575

HEALD COLLEGE LLC
CORINTHIAN COLLEGES INC
RACHEL ALSAGOFF 111136
P.O. Box 25115
SANTA ANA CA 92799-5115

| INVOICE # 832114216 | WEST INFORMATION CHARGES INVOICE<br>JUN 01, 2015 - JUN 30, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | **653.90** | **0.00** | **653.90** |

AMOUNT DUE $653.90
LESS PAYMENT Adjustment @ $610.30 for 6/3 - 6/30
TOTAL DUE $43.60

**IMPORTANT NEWS**
Thank you for your business. For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**        1003677575                     A
    1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 832114216 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003677575 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

AMOUNT DUE IN USD        653.90
DUE DATE        07/31/2015
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE LLC
CORINTHIAN COLLEGES INC
RACHEL ALSAGOFF 111136
P.O. Box 25115
SANTA ANA CA 92799-5115

0832114216 0000000000000000000000 20150701 ZCPG 000065390 0010 1003677575 9

ACCT# 1003677575

HEALD COLLEGE LLC
CORINTHIAN COLLEGES INC
RACHEL ALSAGOFF 111136
PO BOX 25115
SANTA ANA CA 92799-5115

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  832114216 | | BILLING SUMMARY | | PAGE |
|---|---|---|---|---|
| POSTING #  6101960633 | | JUN 01, 2015 - JUN 30, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| PARALEGAL CIVIL PLEADINGS MOTIONS AND MEMORANDA ON WESTLAW | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 82.90 | 0.00 | 82.90 |
| TOTAL MONTHLY CHARGES | | 82.90S | 0.00S | 82.90S |
| TOTAL PARALEGAL CIVIL PLEADINGS MOTIONS AND MEMORANDA ON WESTLAW CHARGES | | **82.90SG** | **0.00SG** | **82.90SG** |
| PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 571.00 | 0.00 | 571.00 |
| TOTAL MONTHLY CHARGES | | 571.00S | 0.00S | 571.00S |
| TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES | | **571.00SG** | **0.00SG** | **571.00SG** |
| | | | | |
| TOTAL DETAIL OF CHARGES | | **653.90SG** | **0.00SG** | **653.90SG** |
| | | | | |
| TOTAL WEST INFORMATION CHARGES | | **653.90G** | **0.00G** | **653.90G** |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| SUBSCRIPTION USAGE | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL ONLINE FINDS | 5 | 0.00 | * * * * * | * * * * * |
| OFFLINE TRANSMISSION | | | | |
| WESTLAW LINES | 18,401 | 0.00 | * * * * * | * * * * * |
| TOTAL OFFLINE TRANSMISSION | 18,401 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

THOMSON REUTERS

ACCT# 1004580211

HEALD COLLEGE ONLINE
ACCOUNTS PAYABLE 11199
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE # 831947686 | WEST INFORMATION CHARGES INVOICE | | | PAGE |
| | MAY 01, 2015 - MAY 31, 2015 | | | 1 |
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD | |
| **WEST INFORMATION CHARGES** | **264.00** | **0.00** | **264.00** | |

AMOUNT DUE ___ $264.00
LESS PAYMENT _Adjustment_ @ $35²⁰ for 5/1 - 5/4
TOTAL DUE ___ $228.8⁰

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                                   1004580211                          A
    1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831947686 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1004580211 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

| | |
|---|---|
| **AMOUNT DUE IN USD** | **264.00** |
| **DUE DATE** | **07/01/2015** |
| **AMOUNT ENCLOSED IN USD** | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE ONLINE
ACCOUNTS PAYABLE 11199
P.O. Box 25115
SANTA ANA CA  92799-5115

0831947686 000000000000000000000 20150601 ZCPG 000026400 0010 1004580211 4

ACCT# 1004580211

HEALD COLLEGE ONLINE
ACCOUNTS PAYABLE 11199
PO BOX 25115
SANTA ANA CA 92799-5115

---

**IMPORTANT NEWS**
\* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  831947686 | **BILLING SUMMARY** | | **PAGE** |
|---|---|---|---|
| POSTING # 6101347562 | MAY 01, 2015 - MAY 31, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY W/NEWS** | | | | |
| **LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 241.00 | 0.00 | 241.00 |
| TOTAL MONTHLY CHARGES | | 241.00S | 0.00S | 241.00S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY** | | | | |
| **W/NEWS LIBRARY ON WESTLAW CHARGES** | | **241.00SG** | **0.00SG** | **241.00SG** |
| | | | | |
| **PARALEGAL EFORMS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 23.00 | 0.00 | 23.00 |
| TOTAL MONTHLY CHARGES | | 23.00S | 0.00S | 23.00S |
| **TOTAL PARALEGAL EFORMS LIBRARY ON WESTLAW CHARGES** | | **23.00SG** | **0.00SG** | **23.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **264.00SG** | **0.00SG** | **264.00SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **264.00G** | **0.00G** | **264.00G** |



**THOMSON REUTERS**

ACCT# 1004580211

HEALD COLLEGE ONLINE
ACCOUNTS PAYABLE 11199
P.O. Box 25115
SANTA ANA CA 92799-5115

| INVOICE # 832124804 | WEST INFORMATION CHARGES INVOICE | | | PAGE |
|---|---|---|---|---|
| | JUN 01, 2015 - JUN 30, 2015 | | | 1 |
| DESCRIPTION | | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| **WEST INFORMATION CHARGES** | | **264.00** | **0.00** | **264.00** |

*(handwritten)* AMOUNT DUE $264.00
LESS PAYMENT Adjustment @ $246.40 for 6/2 - 6/30
TOTAL DUE $17.60

**IMPORTANT NEWS**
Thank you for your business. For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                    1004580211                    A
1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 832124804 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1004580211 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

AMOUNT DUE IN USD        264.00
DUE DATE        07/31/2015
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE ONLINE
ACCOUNTS PAYABLE 11199
P.O. Box 25115
SANTA ANA CA 92799-5115

0832124804 0000000000000000000000 20150701 ZCPG 000026400 0010 1004580211 3

ACCT# 1004580211

HEALD COLLEGE ONLINE
ACCOUNTS PAYABLE 11199
PO BOX 25115
SANTA ANA CA 92799-5115

—— 
—— 
—— 
——

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| | | CHARGE | TAX | TOTAL CHARGE |
|---|---|---|---|---|
| INVOICE # 832124804 | **BILLING SUMMARY** | | | **PAGE** |
| POSTING # 6101972500 | JUN 01, 2015 - JUN 30, 2015 | | | 1 |
| DESCRIPTION | UNITS | IN USD | IN USD | IN USD |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY W/NEWS** | | | | |
| **LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 241.00 | 0.00 | 241.00 |
| TOTAL MONTHLY CHARGES | | 241.00S | 0.00S | 241.00S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY** | | | | |
| **W/NEWS LIBRARY ON WESTLAW CHARGES** | | **241.00SG** | **0.00SG** | **241.00SG** |
| | | | | |
| **PARALEGAL EFORMS LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 23.00 | 0.00 | 23.00 |
| TOTAL MONTHLY CHARGES | | 23.00S | 0.00S | 23.00S |
| **TOTAL PARALEGAL EFORMS LIBRARY ON WESTLAW CHARGES** | | **23.00SG** | **0.00SG** | **23.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **264.00SG** | **0.00SG** | **264.00SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **264.00G** | **0.00G** | **264.00G** |

 **THOMSON REUTERS**

ACCT#  1003196368

HEALD COLLEGE ROSEVILLE CAMPUS
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11156
P.O. Box 29099
ROSEVILLE CA  95678-6602

| INVOICE #  831927181 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2015 - MAY 31, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | 929.65 | 0.00 | 929.65 |

AMOUNT DUE  $ 929.65
LESS PAYMENT  Adjustment @ $123.95 for 5/1 - 5/4
TOTAL DUE  $ 805.70

**IMPORTANT NEWS**
Thank you for your business. For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
1-800-328-4880

1003196368                                A

---

**RETURN BOTTOM PORTION WITH PAYMENT**

| INVOICE # | 831927181 |
|---|---|
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1003196368 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

| **AMOUNT DUE IN USD** | **929.65** |
|---|---|
| **DUE DATE** | **07/01/2015** |
| **AMOUNT ENCLOSED IN USD** | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE ROSEVILLE CAMPUS
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11156
P.O. Box 29099
ROSEVILLE CA  95678-6602

0831927181 000000000000000000000 20150601 ZCPG 000092965 0010 1003196368 2

ACCT# 1003196368

HEALD COLLEGE ROSEVILLE CAMPUS
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11156
PO BOX 29099
ROSEVILLE CA 95678-6602

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| | | | BILLING SUMMARY | | PAGE |
|---|---|---|---|---|---|
| INVOICE #  831927181 | | | MAY 01, 2015 - MAY 31, 2015 | | 1 |
| POSTING # 6101325542 | | | | | |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 929.65 | 0.00 | 929.65 |
| TOTAL MONTHLY CHARGES | | 929.65S | 0.00S | 929.65S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **929.65SG** | **0.00SG** | **929.65SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **929.65SG** | **0.00SG** | **929.65SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **929.65G** | **0.00G** | **929.65G** |
| | | | | |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 5 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL MULTI-SEARCHES | 2 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

---

1003196368                                                                                          A

ACCT# 1003196368

**THOMSON REUTERS**

HEALD COLLEGE ROSEVILLE CAMPUS
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11156
P.O. Box 29099
ROSEVILLE CA  95678-6602

| INVOICE #  832105050 | WEST INFORMATION CHARGES INVOICE | PAGE |
| --- | --- | --- |
| | JUN 01, 2015 - JUN 30, 2015 | 1 |

| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| --- | --- | --- | --- |
| WEST INFORMATION CHARGES | 929.65 | 0.00 | 929.65 |

AMOUNT DUE   $929.65
LESS PAYMENT  *Adjustment @ $867.67 for 6/3 - 6/30*
TOTAL DUE   $61.98

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                    1003196368                    A
1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | | | |
| --- | --- | --- | --- |
| INVOICE # | 832105050 | | |
| INVOICE DATE | 07/01/2015 | WEST INFORMATION CHARGES | |
| ACCOUNT # | 1003196368 | JUN 01, 2015 - JUN 30, 2015 | |
| VENDOR # | 41-1426973 | | |
| VAT REG# | EU826006554 | | |

AMOUNT DUE IN USD        929.65
DUE DATE                07/31/2015
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

HEALD COLLEGE ROSEVILLE CAMPUS
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11156
P.O. Box 29099
ROSEVILLE CA  95678-6602

0832105050 0000000000000000000000 20150701 ZCPG 000092965 0010 1003196368 3

ACCT# 1003196368

HEALD COLLEGE ROSEVILLE CAMPUS
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE 11156
PO BOX 29099
ROSEVILLE CA 95678-6602

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| INVOICE #  832105050  POSTING # 6101951521 | | **BILLING SUMMARY**  JUN 01, 2015 - JUN 30, 2015 | | **PAGE**  1 |
|---|---|---|---|---|
| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| DETAIL OF CHARGES | | | | |
| | | | | |
| PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 929.65 | 0.00 | 929.65 |
| TOTAL MONTHLY CHARGES | | 929.65S | 0.00S | 929.65S |
| **TOTAL PARALEGAL PRIMARY LAW AND ANALYTICAL LIBRARY ON WESTLAW CHARGES** | | **929.65SG** | **0.00SG** | **929.65SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **929.65SG** | **0.00SG** | **929.65SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **929.65G** | **0.00G** | **929.65G** |
| | | | | |
| DETAIL OF INCLUDED USAGE | | | | |
| (FOR INFORMATIONAL PURPOSES ONLY) | | | | |
| | | | | |
| SUBSCRIPTION USAGE | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 1 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

THOMSON REUTERS

ACCT# 1003883179

CORINTHIAN COLLEGE
EVEREST COLLEGE
LIBRARY
1819 EXCISE AVE
ONTARIO CA 91761-8525

| INVOICE # 831938366 | WEST INFORMATION CHARGES INVOICE | | | PAGE |
|---|---|---|---|---|
| | MAY 01, 2015 - MAY 31, 2015 | | | 1 |
| DESCRIPTION | | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | | 510.00 | 0.00 | 510.00 |

AMOUNT DUE  510.00
LESS PAYMENT  Adjustment @ $68.00 for 5/1 - 5/4
TOTAL DUE  * 442.00

**IMPORTANT NEWS**
Thank you for your business. For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
1-800-328-4880

1003883179                                    A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | | |
|---|---|---|
| INVOICE # | 831938366 | |
| INVOICE DATE | 06/01/2015 | WEST INFORMATION CHARGES |
| ACCOUNT # | 1003883179 | MAY 01, 2015 - MAY 31, 2015 |
| VENDOR # | 41-1426973 | |
| VAT REG# | EU826006554 | |

**AMOUNT DUE IN USD**      510.00
**DUE DATE**      07/01/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

CORINTHIAN COLLEGE
EVEREST COLLEGE
LIBRARY
1819 EXCISE AVE
ONTARIO CA 91761-8525

0831938366 00000000000000000000 20150601 ZCPG 000051000 0010 1003883179 5

ACCT# 1003883179

CORINTHIAN COLLEGE
EVEREST COLLEGE
LIBRARY
1819 EXCISE AVE
ONTARIO CA 91761-8525

---

**IMPORTANT NEWS**

* INDICATES A SYSTEM CREDIT

Thank you for your business. For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com

PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| | | | BILLING SUMMARY | | | PAGE |
|---|---|---|---|---|---|---|
| INVOICE #  831938366 | | | MAY 01, 2015 - MAY 31, 2015 | | | 1 |
| POSTING # 6101336028 | | | | | | |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 510.00 | 0.00 | 510.00 |
| TOTAL MONTHLY CHARGES | | 510.00S | 0.00S | 510.00S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **510.00SG** | **0.00SG** | **510.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **510.00SG** | **0.00SG** | **510.00SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **510.00G** | **0.00G** | **510.00G** |

**THOMSON REUTERS**

ACCT#  1003883179

CORINTHIAN COLLEGE
EVEREST COLLEGE
LIBRARY
6 HUTTON CENTRE DR STE 400
SANTA ANA CA  92707-8762

| INVOICE #  832116540 | WEST INFORMATION CHARGES INVOICE | | | PAGE |
| --- | --- | --- | --- | --- |
| | JUN 01, 2015 - JUN 30, 2015 | | | 1 |
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD | |
| **WEST INFORMATION CHARGES** | **510.00** | **0.00** | **510.00** | |

AMOUNT DUE   $510.00
LESS PAYMENT   Adjustment @ $476.00 for 6/3 - 6/30
TOTAL DUE   $34.00

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
    1-800-328-4880

1003883179                                          A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
| --- | --- |
| INVOICE # | 832116540 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003883179 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

| | |
| --- | --- |
| **AMOUNT DUE IN USD** | **510.00** |
| **DUE DATE** | **07/31/2015** |
| **AMOUNT ENCLOSED IN USD** | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

CORINTHIAN COLLEGE
EVEREST COLLEGE
LIBRARY
6 HUTTON CENTRE DR STE 400
SANTA ANA CA  92707-8762

0832116540  0000000000000000000000  20150701 ZCPG 000051000  0010 1003883179 5

ACCT# 1003883179

CORINTHIAN COLLEGE
EVEREST COLLEGE
LIBRARY
6 HUTTON CENTRE DR STE 400
SANTA ANA CA 92707-8762

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| INVOICE #  832116540 POSTING #  6101962501 | | **BILLING SUMMARY** JUN 01, 2015 - JUN 30, 2015 | | **PAGE** 1 |
|---|---|---|---|---|
| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| PARALEGAL PREMIER LIBRARY ON WESTLAW | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 510.00 | 0.00 | 510.00 |
| TOTAL MONTHLY CHARGES | | 510.00S | 0.00S | 510.00S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **510.00SG** | **0.00SG** | **510.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **510.00SG** | **0.00SG** | **510.00SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **510.00G** | **0.00G** | **510.00G** |

1003883179                                                                                          A

 **THOMSON REUTERS**

# SUBSCRIPTION INVOICE SUMMARY

**Bill To:**

CORINTHIAN COLLEGES INC
EVEREST COLLEGE
P.O. Box 25115
SANTA ANA CA 92799-5115

**From:**

Thomson Reuters - West
P.O. Box 64833
St. Paul, MN 55164-0833

Page 1 of 1
02

---

**IMPORTANT NEWS**

Thank you for your business. For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

Customer Service: 1/800-328-4880
See reverse side for contact and payment information

| BILLING ACCOUNT #: | INVOICE NO: | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003883179 | 832024476 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 59.41 |

| Description | PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|
| SUBSCRIPTION PRODUCT CHARGES | 55.00 | 4.41 | 59.41 S |
| **TOTAL INVOICE AMOUNT** | | | **59.41 T** |

---

## RETURN BOTTOM PORTION WITH PAYMENT - THANK YOU

| | |
|---|---|
| INVOICE # | 832024476 |
| ACCOUNT # | 1003883179 |
| VENDOR # | 41-1426973 |
| VAT REG # | EU826006554 |
| PAYMENT DUE | 07/04/2015 |
| **AMOUNT DUE IN USD** | **59.41** |

AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

CORINTHIAN COLLEGES INC
EVEREST COLLEGE
P.O. Box 25115
SANTA ANA CA 92799-5115

0832024476 0000000000000000000000 20150604 ZCMI 000005941 0010 1003883179 9

# SUBSCRIPTION INVOICE DETAIL

 THOMSON REUTERS

**Bill To:**

CORINTHIAN COLLEGES INC
EVEREST COLLEGE
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**

Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1    of    1

02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003883179 | 832024476 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 59.41 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | **SUBSCRIPTION PRODUCT CHARGES** | | | | |
| | | 1003883179 CORINTHIAN COLLEGE EVEREST COLLEGE LIBRARY 1819 EXCISE AVE ONTARIO CA  91761-8525 | | | | |
| 06/01  6101240522 | 419552700 | TRG LSI OFFICE PRC MAN 2015 CONT/HL #1 | | | | |
| | | TRG LSI LAW OFFICE PROCEDURES MANUAL 2015 HIGHLIGHT #1 | 1 | 0.00 | | 0.00 |
| | | TRG LSI LAW OFFICE PROCEDURE MANUAL 2015 UPDATE #1 | 1 | 55.00 | | 55.00 |
| | | Subtotal | | 55.00 | 4.41 | 59.41 S |
| | | **Account Subtotal** | | | | **59.41 S** |
| | | **SUBSCRIPTION PRODUCT CHARGES** TOTAL | | | | **59.41 T** |

# Thank You

THOMSON REUTERS

ACCT#  1000285456

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE #  831905335 | WEST INFORMATION CHARGES INVOICE MAY 01, 2015 - MAY 31, 2015 | | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | | 438.00 | 0.00 | 438.00 |

*AMOUNT DUE $438.00*
*LESS PAYMENT Adjustment @ $58.40 for 5/1 - 5/4*
*TOTAL DUE $379.60*

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
   1-800-328-4880

1000285456                          A

**RETURN BOTTOM PORTION WITH PAYMENT**

| INVOICE # | 831905335 |
|---|---|
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1000285456 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

| AMOUNT DUE IN USD | 438.00 |
|---|---|
| DUE DATE | 07/01/2015 |
| AMOUNT ENCLOSED IN USD | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE
P.O. Box 25115
SANTA ANA CA  92799-5115

0831905335 0000000000000000000000 20150601 ZCPG 000043800 0010 1000285456 7

**IMPORTANT NEWS**
*INDICATES A SYSTEM CREDIT
Thank you for your business. For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

ACCT# 1000285456
EVEREST COLLEGE
SANTA ANA, CA 92799-5115

**BILLING DETAIL**
MAY 01, 2015 - MAY 31, 2015

INVOICE # 831905335
POSTING # 610129040I

PAGE
1

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| DETAIL OF CHARGES | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 438.00 | 0.00 | 438.00 |
| TOTAL MONTHLY CHARGES | | 438.00T | 0.00T | 438.00T |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **438.00SG** | **0.00SG** | **438.00SG** |
| **TOTAL DETAIL OF CHARGES** | | **438.00SG** | **0.00SG** | **438.00SG** |
| **TOTAL WEST INFORMATION CHARGES** | | **438.00G** | **0.00G** | **438.00G** |
| DETAIL OF INCLUDED USAGE (FOR INFORMATIONAL PURPOSES ONLY) | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 23S | 0.00S | ***** | ***** |
| DOCUMENT DISPLAYS | 639S | 0.00S | ***** | ***** |
| TOTAL WESTLAW USAGE CHARGES | | 0.00T | ***** | ***** |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | ***** | ***** |

1000285456

A



THOMSON REUTERS

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES
SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

**USER BY CLIENT/REFERENCE BY DAY DETAIL**

MAY 01, 2015 - MAY 31, 2015

ACCT# 1000285456
EVEREST COLLEGE
SANTA ANA, CA 92799-5115

INVOICE # 831905535
POSTING # 610129040l

PAGE 1

| USER | DATABASE TIME | TRANS | CONNECT/COMMUNICATION | DOCLINES | TOTAL CHARGE IN USD* |
|---|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | | |
| **13226370  BYNUM, JAMES** | | | | | |
| ESTATE | | | | | |
| 05/13/2015   SPECIAL  PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 0.00 |
| DOCUMENT DISPLAYS | | 227 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00l | 229l | .00l | 0l | 0.00l |
| 05/14/2015   SPECIAL  PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 6 | | | 0.00 |
| DOCUMENT DISPLAYS | | 126 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00l | 132l | .00l | 0l | 0.00l |
| 05/18/2015   SPECIAL  PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 0.00 |
| DOCUMENT DISPLAYS | | 14 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00l | 15l | .00l | 0l | 0.00l |
| **ROY DIVORCE** | | | | | |
| 05/04/2015   SPECIAL  PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 13 | | | 0.00 |
| DOCUMENT DISPLAYS | | 268 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00l | 281l | .00l | 0l | 0.00l |
| 05/14/2015   SPECIAL  PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 0.00 |
| DOCUMENT DISPLAYS | | 4 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00l | 5l | .00l | 0l | 0.00l |
| TOTAL 13226370 BYNUM, JAMES CHARGES | .00S | 662S | .00S | 0S | 0.00S |
| TOTAL DETAIL OF CHARGES | .00S | 662S | .00S | 0S | 0.00S |
| **CHARGES ASSIGNED TO USERS** | .00T | 662T | .00T | 0T | 0.00T |

1000285456

A

* INCLUDES APPLICABLE TAXES



ACCT#  1000285456

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE #  832082633 | WEST INFORMATION CHARGES INVOICE | | PAGE |
| | JUN 01, 2015 - JUN 30, 2015 | | 1 |

| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|
| WEST INFORMATION CHARGES | 438.00 | 0.00 | 438.00 |

AMOUNT DUE  $438.00
LESS PAYMENT  Adjustment @ $408.80 for 6/3 - 6/30
TOTAL DUE  $29.20

### IMPORTANT NEWS
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**          1000285456                    A
  1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

INVOICE #                    832082633
INVOICE DATE          07/01/2015                    WEST INFORMATION CHARGES
ACCOUNT #              1000285456                    JUN 01, 2015 - JUN 30, 2015
VENDOR #                41-1426973
VAT REG#                EU826006554

**AMOUNT DUE IN USD**          438.00
**DUE DATE**                    07/31/2015
**AMOUNT ENCLOSED IN USD**  _____

    Thomson Reuters - West              EVEREST COLLEGE
    Payment Center                        CORINTHIAN COLLEGES INC
    P.O. Box 6292                          ACCOUNTS PAYABLE
    Carol Stream, IL 60197-6292            P.O. Box 25115
                                    SANTA ANA CA  92799-5115

0832082633 0000000000000000000000 20150701 ZCPG 000043800 0010 1000285456 0

**IMPORTANT NEWS**
*INDICATES A SYSTEM CREDIT
Thank you for your business. For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| ACCT# 1000285456 | BILLING DETAIL | INVOICE # 832082633 | PAGE 1 |
| EVEREST COLLEGE | JUN 01, 2015 - JUN 30, 2015 | POSTING # 6101907074 | |
| SANTA ANA, CA 92799-5115 | | | |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 438.00 | 0.00 | 438.00 |
| TOTAL MONTHLY CHARGES | | 438.00T | 0.00T | 438.00T |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | 438.00SG | 0.00SG | 438.00SG |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | 438.00SG | 0.00SG | 438.00SG |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | 438.00G | 0.00G | 438.00G |
| | | | | |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 73S | 0.00S | * * * * | * * * * |
| DOCUMENT DISPLAYS | 284S | 0.00S | * * * * | * * * * |
| TRANSACTIONAL ONLINE CITATION CHECKING | | | | |
| KEYCITE | 9 | 0.00 | * * * * | * * * * |
| TOTAL TRANSACTIONAL ONLINE CITATION CHECKING | 9S | 0.00S | * * * * | * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00T | * * * * | * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * | * * * * |

1000285456                                    ^

 **THOMSON REUTERS**   THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES
SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

ACCT# 1000285456
EVEREST COLLEGE
SANTA ANA, CA 92799-5115

**USER BY CLIENT/REFERENCE BY DAY DETAIL**
JUN 01, 2015 - JUN 30, 2015

INVOICE # 832082633
POSTING # 6101907074

PAGE 1

| USER | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
|---|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | | |
| **13226370  BYNUM, JAMES** | | | | | |
| **DV INTENT** | | | | | |
| 06/15/2015  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 8 | | | 0.00 |
| DOCUMENT DISPLAYS | | 40 | | | 0.00 |
| KEYCITE | | 4 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | 521 | .001 | .01 | 0.001 |
| **EARL (CUSTODY)** | | | | | |
| 06/10/2015  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 18 | | | 0.00 |
| DOCUMENT DISPLAYS | | 11 | | | 0.00 |
| KEYCITE | | 1 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | 301 | .001 | .01 | 0.001 |
| 06/15/2015  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 0.00 |
| DOCUMENT DISPLAYS | | 61 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | 631 | .001 | .01 | 0.001 |
| **ERAL (VACA)** | | | | | |
| 06/10/2015  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 4 | | | 0.00 |
| DOCUMENT DISPLAYS | | 2 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | 61 | .001 | .01 | 0.001 |
| **PEORIA** | | | | | |
| 06/30/2015  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 17 | | | 0.00 |
| DOCUMENT DISPLAYS | | 12 | | | 0.00 |
| KEYCITE | | 3 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | 321 | .001 | .01 | 0.001 |
| **PRIVATE** | | | | | |
| 06/26/2015  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 3 | | | 0.00 |
| DOCUMENT DISPLAYS | | 1 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | 41 | .001 | .01 | 0.001 |
| **ROY (CUSTODY)** | | | | | |
| 06/10/2015  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 17 | | | 0.00 |

1000285456

A

* INCLUDES APPLICABLE TAXES

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

ACCT# 1000285456
EVEREST COLLEGE
SANTA ANA, CA 92799-5115

INVOICE # 83208263
POSTING # 610190074

PAGE 2

**USER BY CLIENT/REFERENCE BY DAY DETAIL**

JUN 01, 2015 - JUN 30, 2015

| USER | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
|---|---|---|---|---|---|
| DOCUMENT DISPLAYS | | 41 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 58I | :00I | 0I | 0.00I |
| 06/15/2015  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 3 | | | 0.00 |
| DOCUMENT DISPLAYS | | 100 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 103I | :00I | 0I | 0.00I |
| **ROY DEFIALT** | | | | | |
| 06/03/2015  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 0.00 |
| DOCUMENT DISPLAYS | | 16 | | | 0.00 |
| KEYCITE | | 1 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 18I | :00I | 0I | 0.00I |
| TOTAL 13226370 BYNUM, JAMES  CHARGES | :00S | 366S | :00S | 0S | 0.00S |
| TOTAL DETAIL OF CHARGES | :00S | 366S | :00S | 0S | 0.00S |
| **CHARGES ASSIGNED TO USERS** | **:00T** | **366T** | **:00T** | **0T** | **0.00T** |

1000285456

A

* INCLUDES APPLICABLE TAXES



**THOMSON REUTERS**

# SUBSCRIPTION INVOICE SUMMARY

**THOMSON REUTERS**

**Bill To:**
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul, MN 55164-0833

Page 1    of    1
02

---

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

Customer Service: 1/800-328-4880
See reverse side for contact and payment information

| BILLING ACCOUNT #: | INVOICE NO: | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1000285456 | 831985137 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 759.66 |

| Description | PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|
| LIBRARY PLAN CHARGES | 703.43 | 56.23 | 759.66 S |
| **TOTAL INVOICE AMOUNT** | | | **759.66 T** |

---

## RETURN BOTTOM PORTION WITH PAYMENT - THANK YOU

| | |
|---|---|
| INVOICE # | 831985137 |
| ACCOUNT # | 1000285456 |
| VENDOR # | 41-1426973 |
| VAT REG # | EU826006554 |
| PAYMENT DUE | 07/04/2015 |
| **AMOUNT DUE IN USD** | **759.66** |

AMOUNT ENCLOSED IN USD  _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE
P.O. Box 25115
SANTA ANA CA  92799-5115

0831985137 0000000000000000000000 20150604 ZCMI 000075966 0010 1000285456 9

# SUBSCRIPTION INVOICE DETAIL

 **THOMSON REUTERS**

**Bill To:**
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE
P.O. Box 25115
SANTA ANA CA 92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul, MN 55164-0833

Page 1    of    1
02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1000285456 | 831985137 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 759.66 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | **LIBRARY PLAN CHARGES** | | | | |
| | | 1000285456 EVEREST COLLEGE CORINTHIAN COLLEGES INC ACCOUNTS PAYABLE P.O. Box 25115 SANTA ANA CA 92799-5115 | | | | |
| | | WEST COMPLETE LIBRARY SUB (480966) | | | | |
| | | Included Shipments | | | | |
| 05/21  6100930988 | 419280504 | AZ DIG 2D V19-19A (2 VOLS) | | | | |
| | | AZ DIGEST 2D V19 MUNICIPAL CORPORATIONS 646 -- NEWSPAPERS | 1 | Incl | | |
| | | AZ DIGEST 2D V19A NEW TRIAL -- PAYMENT | 1 | Incl | | |
| 05/21  6100930989 | 419361985 | AZ RULES OF COURT STATE V.I MAY 2015 STICKY SUPP | 1 | Incl | | |
| 05/21  6100930990 | 419417879 | AZ REV STAT V17A PT1 & PT2 (2BKS) | | | | |
| | | AZ REVISED STAT ANNO V17A PART 1 RULES OF EVIDENCE - INDEX | 1 | Incl | | |
| | | AZ REVISED STAT ANNO V17A PART 2 RULES OF THE SUPREME COURT - INDEX | 1 | Incl | | |
| 06/01  6101268399 6101268399 | | Jun 01, 2015 - Jun 30, 2015 WEST COMPLETE LIBRARY SUB (480966) | | | | |
| | | BOOKS & BOUND VOLUMES | | 703.43 | 56.23 | 759.66 |
| | | Subtotal | | 703.43 | 56.23 | 759.66 S |
| | | **Account Subtotal** | | | | **759.66 S** |
| | | **TOTAL** | | | | **759.66 T** |

## Thank You

# SUBSCRIPTION INVOICE SUMMARY

 THOMSON REUTERS

**Bill To:**
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE
EVEREST INSTITUTE 00692
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul, MN 55164-0833

Page 1   of   1
02

---

**IMPORTANT NEWS**
Thank you for your business. For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

Customer Service: 1/800-328-4880
See reverse side for contact and payment information

| BILLING ACCOUNT #: | INVOICE NO: | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1000285456 | 831985138 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 20.49 |

| Description | PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|
| LIBRARY PLAN CHARGES | 18.97 | 1.52 | 20.49 S |
| **TOTAL INVOICE AMOUNT** | | | **20.49 T** |

---

### RETURN BOTTOM PORTION WITH PAYMENT - THANK YOU

| | |
|---|---|
| INVOICE # | 831985138 |
| ACCOUNT # | 1000285456 |
| VENDOR # | 41-1426973 |
| VAT REG # | EU826006554 |
| PAYMENT DUE | 07/04/2015 |
| **AMOUNT DUE IN USD** | **20.49** |

AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE
EVEREST INSTITUTE 00692
P.O. Box 25115
SANTA ANA CA  92799-5115

0831985138 0000000000000000000000 20150604 ZCMI 000002049 0010 1000285456 0

# SUBSCRIPTION INVOICE DETAIL

 **THOMSON REUTERS**

**Bill To:**
CORINTHIAN COLLEGES INC
ACCOUNTS PAYABLE
EVEREST INSTITUTE 00692
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1    of    1

02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1000285456 | 831985138 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 20.49 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | **LIBRARY PLAN CHARGES** | | | | |
| | | 1000285456 EVEREST COLLEGE CORINTHIAN COLLEGES INC ACCOUNTS PAYABLE P.O. Box 25115 SANTA ANA CA  92799-5115 | | | | |
| 06/01   6101268400 6101268400 | | Jun 01, 2015 - Jun 30, 2015 WEST COMPLETE LIBRARY SUB (480966) | | | | |
| | | BOOKS & BOUND VOLUMES | | 18.97 | 1.52 | 20.49 |
| | | Subtotal | | 18.97 | 1.52 | 20.49 S |
| | | **Account Subtotal** | | | | **20.49 S** |
| | | **TOTAL** | | | | **20.49 T** |

**Thank You**



ACCT# 1003426627

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
DINA PELLER
5237 N RIVERSIDE DR STE 101
FORT WORTH TX  76137-2473

| INVOICE #  831932544 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2015 - MAY 31, 2015 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | | 900.01 | 59.40 | 959.41 |

AMOUNT DUE  $959.41
LESS PAYMENT  Adjustment @ $127.92 for 5/1 - 5/4
TOTAL DUE  831.49

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
  1-800-328-4880                                          1003408542                          A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831932544 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1003426627 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

**AMOUNT DUE IN USD**      959.41
**DUE DATE**      07/01/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
DINA PELLER
5237 N RIVERSIDE DR STE 101
FORT WORTH TX  76137-2473

0831932544 0000000000000000000000 20150601 ZCPG 000095941 0010 1003426627 8

ACCT# 1003426627

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
DINA PELLER
5237 N RIVERSIDE DR STE 101
FORT WORTH TX 76137-2473

_____
_____

_____

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| INVOICE # 831932544 | | BILLING SUMMARY | | PAGE |
| POSTING # 6101329163 | | MAY 01, 2015 - MAY 31, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **WEST PROFLEX (34408)** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 900.01 | 59.40 | 959.41 |
| TOTAL MONTHLY CHARGES | | 900.01 S | 59.40 S | 959.41 S |
| **TOTAL WEST PROFLEX (34408) CHARGES** | | **900.01 SG** | **59.40 SG** | **959.41 SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **900.01 SG** | **59.40 SG** | **959.41 SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **900.01 G** | **59.40 G** | **959.41 G** |



ACCT#  1003426627

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
DINA PELLER
5237 N RIVERSIDE DR STE 101
FORT WORTH TX  76137-2473

| INVOICE #  832110155 | WEST INFORMATION CHARGES INVOICE<br>JUN 01, 2015 - JUN 30, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | **900.01** | **59.40** | **959.41** |

AMOUNT DUE   $959.41
LESS PAYMENT   Adjustment @ $ 895.44 for 6/3 - 6/30
TOTAL DUE   $63.97

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
   1-800-328-4880

1003408542                                    A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 832110155 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003426627 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

**AMOUNT DUE IN USD**       959.41
**DUE DATE**                07/31/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
DINA PELLER
5237 N RIVERSIDE DR STE 101
FORT WORTH TX  76137-2473

0832110155 0000000000000000000000 20150701 ZCPG 000095941 0010 1003426627 8

ACCT# 1003426627

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
DINA PELLER
5237 N RIVERSIDE DR STE 101
FORT WORTH TX 76137-2473

## IMPORTANT NEWS
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| | | | | |
|---|---|---|---|---|
| INVOICE #  832110155<br>POSTING #  6101954540 | | **BILLING SUMMARY**<br>JUN 01, 2015 - JUN 30, 2015 | | **PAGE**<br>1 |
| DESCRIPTION | UNITS | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **DETAIL OF CHARGES** | | | | |
| **WEST PROFLEX (34408)** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 900.01 | 59.40 | 959.41 |
| TOTAL MONTHLY CHARGES | | 900.01 S | 59.40 S | 959.41 S |
| **TOTAL WEST PROFLEX (34408) CHARGES** | | **900.01 SG** | **59.40 SG** | **959.41 SG** |
| **TOTAL DETAIL OF CHARGES** | | **900.01 SG** | **59.40 SG** | **959.41 SG** |
| **TOTAL WEST INFORMATION CHARGES** | | **900.01 G** | **59.40 G** | **959.41 G** |



ACCT#  1003440871

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
MESA LIBRARY
5416 E BASELINE RD STE 200
MESA AZ  85206-4704

| INVOICE #  831932874 | WEST INFORMATION CHARGES INVOICE MAY 01, 2015 - MAY 31, 2015 | | PAGE 1 |
|---|---|---|---|
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | 336.91 | 0.00 | 336.91 |

AMOUNT DUE  $ 336.91
LESS PAYMENT  Adjustment @ $44.92 for 5/1- 5/4
TOTAL DUE  $ 291.99

### IMPORTANT NEWS
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                        1003440871                        A
   1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

INVOICE #                831932874
INVOICE DATE            06/01/2015
ACCOUNT #                1003440871              WEST INFORMATION CHARGES
VENDOR #                 41-1426973              MAY 01, 2015 - MAY 31, 2015
VAT REG#                 EU826006554

AMOUNT DUE IN USD          336.91
DUE DATE                07/01/2015
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West              EVEREST COLLEGE
Payment Center                      CORINTHIAN COLLEGES INC
P.O. Box 6292                       MESA LIBRARY
Carol Stream, IL 60197-6292         5416 E BASELINE RD STE 200
                                    MESA AZ  85206-4704

0831932874 000000000000000000000 20150601 ZCPG 000033691 0010 1003440871 3

ACCT# 1003440871

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
MESA LIBRARY
5416 E BASELINE RD STE 200
MESA AZ 85206-4704

---

**IMPORTANT NEWS**

* INDICATES A SYSTEM CREDIT

Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com

PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| | | CHARGE | TAX | TOTAL CHARGE |
|---|---|---|---|---|
| INVOICE #  831932874 | **BILLING SUMMARY** | | | **PAGE** |
| POSTING #  6101330059 | MAY 01, 2015 - MAY 31, 2015 | | | 1 |
| DESCRIPTION | UNITS | IN USD | IN USD | IN USD |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 336.91 | 0.00 | 336.91 |
| TOTAL MONTHLY CHARGES | | 336.91S | 0.00S | 336.91S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **336.91SG** | **0.00SG** | **336.91SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **336.91SG** | **0.00SG** | **336.91SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **336.91G** | **0.00G** | **336.91G** |
| | | | | |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 10 | 0.00 | * * * * * | * * * * * |
| DOCUMENT DISPLAYS | 6 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE CITATION CHECKING | 1 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |



ACCT#  1003440871

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
MESA LIBRARY
5416 E BASELINE RD STE 200
MESA AZ   85206-4704

| INVOICE #  832107473 | WEST INFORMATION CHARGES INVOICE | | | PAGE |
| --- | --- | --- | --- | --- |
| | JUN 01, 2015 - JUN 30, 2015 | | | 1 |
| DESCRIPTION | | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | | 367.00 | 0.00 | 367.00 |

*(handwritten)* AMOUNT DUE  $367.00
LESS PAYMENT  Adjustment @ $342.53 for 6/3 - 6/30
TOTAL DUE  24.47

### IMPORTANT NEWS
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
    1-800-328-4880

1003440871                                A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
| --- | --- |
| INVOICE # | 832107473 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003440871 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

**AMOUNT DUE IN USD**        367.00
**DUE DATE**              07/31/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
MESA LIBRARY
5416 E BASELINE RD STE 200
MESA AZ   85206-4704

0832107473 0000000000000000000000 20150701 ZCPG 000036700 0010 1003440871 8

ACCT# 1003440871

EVEREST COLLEGE
CORINTHIAN COLLEGES INC
MESA LIBRARY
5416 E BASELINE RD STE 200
MESA AZ 85206-4704

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE # 832107473<br>POSTING # 6101954271 | | **BILLING SUMMARY**<br>JUN 01, 2015 - JUN 30, 2015 | | **PAGE**<br>1 |
|---|---|---|---|---|
| DESCRIPTION | UNITS | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| DETAIL OF CHARGES | | | | |
| | | | | |
| PARALEGAL PREMIER LIBRARY ON WESTLAW | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 367.00 | 0.00 | 367.00 |
| TOTAL MONTHLY CHARGES | | 367.00S | 0.00S | 367.00S |
| TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES | | 367.00SG | 0.00SG | 367.00SG |
| | | | | |
| TOTAL DETAIL OF CHARGES | | 367.00SG | 0.00SG | 367.00SG |
| | | | | |
| TOTAL WEST INFORMATION CHARGES | | 367.00G | 0.00G | 367.00G |

1003440871                                              A

# SUBSCRIPTION INVOICE SUMMARY

**THOMSON REUTERS**

**Bill To:**
CORINTHIAN COLLEGES INC
00576 EVEREST COLLEGE MESA LIBRARY
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul, MN 55164-0833

Page 1   of   1
02

## IMPORTANT NEWS

Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

Customer Service: 1/800-328-4880
See reverse side for contact and payment information

| BILLING ACCOUNT #: | INVOICE NO: | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003440871 | 832020489 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 775.49 |

| Description | PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|
| LIBRARY PLAN CHARGES | 716.06 | 59.43 | 775.49 S |
| **TOTAL INVOICE AMOUNT** | | | **775.49 T** |

## RETURN BOTTOM PORTION WITH PAYMENT - THANK YOU

| | |
|---|---|
| INVOICE # | 832020489 |
| ACCOUNT # | 1003440871 |
| VENDOR # | 41-1426973 |
| VAT REG # | EU826006554 |
| PAYMENT DUE | 07/04/2015 |
| **AMOUNT DUE IN USD** | **775.49** |

AMOUNT ENCLOSED IN USD  _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

CORINTHIAN COLLEGES INC
00576 EVEREST COLLEGE MESA LIBRARY
P.O. Box 25115
SANTA ANA CA  92799-5115

0832020489 0000000000000000000000 20150604 ZCMI 000077549 0010 1003440871 4

# SUBSCRIPTION INVOICE DETAIL

THOMSON REUTERS

**Bill To:**
CORINTHIAN COLLEGES INC
00576 EVEREST COLLEGE MESA LIBRARY
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1    of    2

02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE |
|---|---|---|---|---|---|
| 1003440871 | 832020489 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | AMOUNT IN USD: 775.49 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | **LIBRARY PLAN CHARGES** | | | | |
| | | 1003440871 EVEREST COLLEGE CORINTHIAN COLLEGES INC MESA LIBRARY 5416 E BASELINE RD STE 200 MESA AZ  85206-4704 | | | | |
| | | WEST COMPLETE LIBRARY SUB (480938) | | | | |
| | | Included Shipments | | | | |
| 05/21 | 6100934770 419296566 | AZ DIG 2D V19-19A (2 VOLS) | | | | |
| | | AZ DIGEST 2D V19 MUNICIPAL CORPORATIONS 646 -- NEWSPAPERS | 1 | Incl | | |
| | | AZ DIGEST 2D V19A NEW TRIAL -- PAYMENT | 1 | Incl | | |
| 05/21 | 6100934771 419366491 | AZ RULES OF COURT STATE V.I MAY 2015 STICKY SUPP | 1 | Incl | | |
| 05/21 | 6100934772 419424301 | AZ REV STAT V17A PT1 & PT2 (2BKS) | | | | |
| | | AZ REVISED STAT ANNO V17A PART 1 RULES OF EVIDENCE - INDEX | 1 | Incl | | |
| | | AZ REVISED STAT ANNO V17A PART 2 RULES OF THE SUPREME COURT - INDEX | 1 | Incl | | |
| 06/01 | 6101291588 6101291588 | Jun 01, 2015 - Jun 30, 2015 WEST COMPLETE LIBRARY SUB (480938) | | | | |
| | | BOOKS & BOUND VOLUMES | | 685.21 | 56.86 | 742.07 |
| | | TANGIBLE PERSONAL PROP. | | 30.85 | 2.57 | 33.42 |
| | | Subtotal | | 716.06 | 59.43 | 775.49 S |
| | | **Account Subtotal** | | | | **775.49 S** |

# SUBSCRIPTION INVOICE DETAIL

 **THOMSON REUTERS**

**Bill To:**
CORINTHIAN COLLEGES INC
00576 EVEREST COLLEGE MESA LIBRARY
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 2      of      2

02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|---|
| 1003440871 | 832020489 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | | 07/04/2015 | 775.49 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | TOTAL | | | | 775.49 T |

**Thank You**

THOMSON REUTERS

ACCT#  1003907976

EVEREST COLLEGE
LIBRARY
3000 S ROBERTSON BLVD STE 300
LOS ANGELES CA  90034-3169

| INVOICE #  831936698 | **WEST INFORMATION CHARGES INVOICE**<br>MAY 01, 2015 - MAY 31, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | **381.06** | **0.00** | **381.06** |

AMOUNT DUE $ 381.06
LESS PAYMENT Adjustment @ $50.80 for 5/1 - 5/4
TOTAL DUE $ 330.26

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**            1003907976                    A
    1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831936698 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1003907976 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

**AMOUNT DUE IN USD**            **381.06**
**DUE DATE**                    **07/01/2015**
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

EVEREST COLLEGE
LIBRARY
3000 S ROBERTSON BLVD STE 300
LOS ANGELES CA  90034-3169

0831936698 0000000000000000000000 20150601 ZCPG 000038106 0010 1003907976 9

ACCT# 1003907976

EVEREST COLLEGE
LIBRARY
3000 S ROBERTSON BLVD STE 300
LOS ANGELES CA 90034-3169

___

___

___

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE # 831936698 | | BILLING SUMMARY | | PAGE |
| POSTING # 6101335348 | | MAY 01, 2015 - MAY 31, 2015 | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| DETAIL OF CHARGES | | | | |
| | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 381.06 | 0.00 | 381.06 |
| TOTAL MONTHLY CHARGES | | 381.06S | 0.00S | 381.06S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **381.06SG** | **0.00SG** | **381.06SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **381.06SG** | **0.00SG** | **381.06SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **381.06G** | **0.00G** | **381.06G** |

 **THOMSON REUTERS**

ACCT# 1003907976

EVEREST COLLEGE
LIBRARY
6 HUTTON CENTRE DR STE 400
SANTA ANA CA  92707-8762

| INVOICE #  832115372 | WEST INFORMATION CHARGES INVOICE<br>JUN 01, 2015 - JUN 30, 2015 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | | 381.06 | 0.00 | 381.06 |

AMOUNT DUE _$ 381.06_
LESS ~~PAYMENT~~ _Adjustment @ $355.66 for 4/3 - 6/30_
TOTAL DUE _$ 25.40_

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**               1003907976                    A
   1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 832115372 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003907976 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

**AMOUNT DUE IN USD**          **381.06**
**DUE DATE**              **07/31/2015**
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

EVEREST COLLEGE
LIBRARY
6 HUTTON CENTRE DR STE 400
SANTA ANA CA  92707-8762

0832115372 0000000000000000000000 20150701 ZCPG 000038106 0010 1003907976 3

ACCT# 1003907976

EVEREST COLLEGE
LIBRARY
6 HUTTON CENTRE DR STE 400
SANTA ANA CA 92707-8762

---

**IMPORTANT NEWS**

\* INDICATES A SYSTEM CREDIT

Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com

PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  832115372 | | | | PAGE |
|---|---|---|---|---|
| POSTING #  6101961875 | | | | 1 |

| | | **BILLING SUMMARY** | | |
|---|---|---|---|---|
| | | JUN 01, 2015 - JUN 30, 2015 | | |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 381.06 | 0.00 | 381.06 |
| TOTAL MONTHLY CHARGES | | 381.06S | 0.00S | 381.06S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **381.06SG** | **0.00SG** | **381.06SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **381.06SG** | **0.00SG** | **381.06SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **381.06G** | **0.00G** | **381.06G** |
| | | | | |
| | | | | |
| **DETAIL OF INCLUDED USAGE** | | | | |
| **(FOR INFORMATIONAL PURPOSES ONLY)** | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 12 | 0.00 | * * * * * | * * * * * |
| DOCUMENT DISPLAYS | 7 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE FINDS | 13 | 0.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE CITATION CHECKING | 3 | 0.00 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 0.00G | * * * * * | * * * * * |

1003907976                                                         A

# SUBSCRIPTION INVOICE SUMMARY

 **THOMSON REUTERS**

**Bill To:**
EVEREST COLLEGE 241
ACCOUNTS PAYABLE
P.O. Box 25115
SANTA ANA CA 92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul, MN 55164-0833

Page 1    of    1
02

---

**IMPORTANT NEWS**
Thank you for your business. For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

Customer Service: 1/800-328-4880
See reverse side for contact and payment information

| BILLING ACCOUNT #: | INVOICE NO: | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003907976 | 832025059 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 59.96 |

| Description | PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|
| SUBSCRIPTION PRODUCT CHARGES | 55.00 | 4.96 | 59.96 S |
| **TOTAL INVOICE AMOUNT** | | | **59.96 T** |

---

## RETURN BOTTOM PORTION WITH PAYMENT - THANK YOU

| | |
|---|---|
| INVOICE # | 832025059 |
| ACCOUNT # | 1003907976 |
| VENDOR # | 41-1426973 |
| VAT REG # | EU826006554 |
| PAYMENT DUE | 07/04/2015 |
| **AMOUNT DUE IN USD** | **59.96** |

AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

EVEREST COLLEGE 241
ACCOUNTS PAYABLE
P.O. Box 25115
SANTA ANA CA 92799-5115

0832025059 0000000000000000000000 20150604 ZCMI 000005996 0010 1003907976 9

# THOMSON REUTERS

## SUBSCRIPTION INVOICE DETAIL

**Bill To:**
EVEREST COLLEGE 241
ACCOUNTS PAYABLE
P.O. Box 25115
SANTA ANA CA  92799-5115

**From:**
Thomson Reuters - West
P.O. Box 64833
St. Paul,  MN 55164-0833

Page 1    of    1

02

Customer Service: 1/800-328-4880

| BILLING ACCOUNT #: | INVOICE | INVOICE DATE: | BILLING PERIOD: | PAYMENT DUE: | TOTAL INVOICE AMOUNT IN USD: |
|---|---|---|---|---|---|
| 1003907976 | 832025059 | 06/04/2015 | MAY 05, 2015 - JUN 04, 2015 | 07/04/2015 | 59.96 |

| SHIP/POST DATE POSTING NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|---|
| | | **SUBSCRIPTION PRODUCT CHARGES** | | | | |
| | | 1003907976<br>EVEREST COLLEGE<br>LIBRARY<br>3000 S ROBERTSON BLVD STE 300<br>LOS ANGELES CA  90034-3169 | | | | |
| 06/01  6101240066 | 419552714 | TRG LSI OFFICE PRC MAN 2015 CONT/HL #1 | | | | |
| | | TRG LSI LAW OFFICE PROCEDURES MANUAL 2015 HIGHLIGHT #1 | 1 | 0.00 | | 0.00 |
| | | TRG LSI LAW OFFICE PROCEDURE MANUAL 2015 UPDATE #1 | 1 | 55.00 | | 55.00 |
| | | Subtotal | | 55.00 | 4.96 | 59.96 S |
| | | **Account Subtotal** | | | | **59.96 S** |
| | | **SUBSCRIPTION PRODUCT CHARGES** TOTAL | | | | **59.96 T** |

**Thank You**



ACCT# 1003908233

EVEREST COLLEGE
EVEREST COLLEGE INDUSTRY
LIBRARY
12801 CROSSROADS PKWY S STE 190
LA PUENTE CA  91746-3506

| INVOICE #  831939403 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2015 - MAY 31, 2015 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | | 402.00 | 0.00 | 402.00 |

AMOUNT DUE  $402.00
LESS PAYMENT  Adjustment @ $53.60 for 5/1 - 5/4
TOTAL DUE  $348.40

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
1-800-328-4880

1003908233                                          A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831939403 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1003908233 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

| | |
|---|---|
| AMOUNT DUE IN USD | 402.00 |
| DUE DATE | 07/01/2015 |
| AMOUNT ENCLOSED IN USD | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

EVEREST COLLEGE
EVEREST COLLEGE INDUSTRY
LIBRARY
12801 CROSSROADS PKWY S STE 190
LA PUENTE CA  91746-3506

0831939403 000000000000000000000 20150601 ZCPG 000040200 0010 1003908233 5

ACCT# 1003908233

EVEREST COLLEGE
EVEREST COLLEGE INDUSTRY
LIBRARY
12801 CROSSROADS PKWY S STE 190
LA PUENTE CA 91746-3506

---

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

INVOICE #  831939403
POSTING #  6101335375

**BILLING SUMMARY**
MAY 01, 2015 - MAY 31, 2015

**PAGE**
1

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 402.00 | 0.00 | 402.00 |
| TOTAL MONTHLY CHARGES | | 402.00S | 0.00S | 402.00S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **402.00SG** | **0.00SG** | **402.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **402.00SG** | **0.00SG** | **402.00SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **402.00G** | **0.00G** | **402.00G** |

1003908233                                                                   A

ACCT#  1003908233

THOMSON REUTERS

EVEREST COLLEGE
EVEREST COLLEGE INDUSTRY
LIBRARY
12801 CROSSROADS PKWY S STE 190
LA PUENTE CA  91746-3506

| INVOICE #  832115377 | WEST INFORMATION CHARGES INVOICE | | | PAGE |
| | JUN 01, 2015 - JUN 30, 2015 | | | 1 |
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD | |
| WEST INFORMATION CHARGES | 402.00 | 0.00 | 402.00 | |

AMOUNT DUE _____ $402.00 $375.20 for 4/3 - 6/30
LESS PAYMENT _____ Adjustment @
TOTAL DUE $26.80

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
    1-800-328-4880

1003908233                          A

**RETURN BOTTOM PORTION WITH PAYMENT**

| INVOICE # | 832115377 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1003908233 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

| AMOUNT DUE IN USD | 402.00 |
| DUE DATE | 07/31/2015 |
| AMOUNT ENCLOSED IN USD | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

EVEREST COLLEGE
EVEREST COLLEGE INDUSTRY
LIBRARY
12801 CROSSROADS PKWY S STE 190
LA PUENTE CA  91746-3506

0832115377 0000000000000000000000 20150701 ZCPG 000040200 0010 1003908233 3

ACCT# 1003908233

EVEREST COLLEGE
EVEREST COLLEGE INDUSTRY
LIBRARY
12801 CROSSROADS PKWY S STE 190
LA PUENTE CA 91746-3506

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| | | | |
|---|---|---|---|
| INVOICE #  832115377<br>POSTING # 6101962022 | **BILLING SUMMARY**<br>JUN 01, 2015 - JUN 30, 2015 | | **PAGE**<br>1 |

| DESCRIPTION | UNITS | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
|---|---|---|---|---|
| DETAIL OF CHARGES | | | | |
| | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 402.00 | 0.00 | 402.00 |
| TOTAL MONTHLY CHARGES | | 402.00S | 0.00S | 402.00S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **402.00SG** | **0.00SG** | **402.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **402.00SG** | **0.00SG** | **402.00SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **402.00G** | **0.00G** | **402.00G** |



ACCT# 1004046735

EVEREST COLLEGE
ACCOUNTS PAYABLE
CAMPUS/BUSINESS UNIT #171
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE #  831943465 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2015 - MAY 31, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | **402.00** | **0.00** | **402.00** |

AMOUNT DUE   $402.00
LESS PAYMENT   Adjustment @ $53.60 for 5/1 - 5/4
TOTAL DUE   $348.40

### IMPORTANT NEWS
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**           1004046735                        A
    1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831943465 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1004046735 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

**AMOUNT DUE IN USD**        402.00
**DUE DATE**        07/01/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

EVEREST COLLEGE
ACCOUNTS PAYABLE
CAMPUS/BUSINESS UNIT #171
P.O. Box 25115
SANTA ANA CA  92799-5115

0831943465 0000000000000000000000 20150601 ZCPG 000040200 0010 1004046735 3

ACCT# 1004046735

EVEREST COLLEGE
ACCOUNTS PAYABLE
CAMPUS/BUSINESS UNIT #171
PO BOX 25115
SANTA ANA CA 92799-5115

## IMPORTANT NEWS
* INDICATES A SYSTEM CREDIT
Thank you for your business. For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| INVOICE # 831943465 POSTING # 6101341999 | | BILLING SUMMARY MAY 01, 2015 - MAY 31, 2015 | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| PARALEGAL PREMIER LIBRARY ON WESTLAW | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 402.00 | 0.00 | 402.00 |
| TOTAL MONTHLY CHARGES | | 402.00S | 0.00S | 402.00S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **402.00SG** | **0.00SG** | **402.00SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **402.00SG** | **0.00SG** | **402.00SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **402.00G** | **0.00G** | **402.00G** |

1004046735

A



ACCT#   1004046735

EVEREST COLLEGE
ACCOUNTS PAYABLE
CAMPUS/BUSINESS UNIT #171
P.O. Box 25115
SANTA ANA CA  92799-5115

| INVOICE #  832118198 | WEST INFORMATION CHARGES INVOICE JUN 01, 2015 - JUN 30, 2015 | | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | | 402.00 | 0.00 | 402.00 |

AMOUNT DUE  $ 402.00
LESS PAYMENT  Adjustment @ $375.20 for 6/3 - 6/30
TOTAL DUE  26.80

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
   1-800-328-4880

1004046735                    A

RETURN BOTTOM PORTION WITH PAYMENT

| INVOICE # | 832118198 |
|---|---|
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1004046735 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

| AMOUNT DUE IN USD | 402.00 |
|---|---|
| DUE DATE | 07/31/2015 |
| AMOUNT ENCLOSED IN USD | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

EVEREST COLLEGE
ACCOUNTS PAYABLE
CAMPUS/BUSINESS UNIT #171
P.O. Box 25115
SANTA ANA CA  92799-5115

0832118198 00000000000000000000000 20150701 ZCPG 000040200 0010 1004046735 4

ACCT# 1004046735

EVEREST COLLEGE
ACCOUNTS PAYABLE
CAMPUS/BUSINESS UNIT #171
PO BOX 25115
SANTA ANA CA 92799-5115

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| | | | | |
|---|---|---|---|---|
| INVOICE #   832118198<br>POSTING # 6101966556 | | **BILLING SUMMARY**<br>JUN 01, 2015 - JUN 30, 2015 | | **PAGE**<br>1 |
| DESCRIPTION | UNITS | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **DETAIL OF CHARGES** | | | | |
| **PARALEGAL PREMIER LIBRARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 402.00 | 0.00 | 402.00 |
| TOTAL MONTHLY CHARGES | | 402.00S | 0.00S | 402.00S |
| **TOTAL PARALEGAL PREMIER LIBRARY ON WESTLAW CHARGES** | | **402.00SG** | **0.00SG** | **402.00SG** |
| **TOTAL DETAIL OF CHARGES** | | **402.00SG** | **0.00SG** | **402.00SG** |
| **TOTAL WEST INFORMATION CHARGES** | | **402.00G** | **0.00G** | **402.00G** |

1004046735

A



ACCT# 1004303505

EVEREST COLLEGE INC
EVEREST INSTITUTE ROCHESTER
1630 PORTLAND AVE
ROCHESTER NY  14621-3007

| INVOICE # 831925494 | **WEST INFORMATION CHARGES INVOICE**<br>MAY 01, 2015 - MAY 31, 2015 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | | **50.00** | **4.00** | **54.00** |

AMOUNT DUE $54.00
LESS PAYMENT Adjustment @ $7.20 for 5/1 - 5/4
TOTAL DUE $46.80

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
    1-800-328-4880

1003028087                A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831925494 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1004303505 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

**AMOUNT DUE IN USD**        **54.00**
**DUE DATE**            **07/01/2015**
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

EVEREST COLLEGE INC
EVEREST INSTITUTE ROCHESTER
1630 PORTLAND AVE
ROCHESTER NY  14621-3007

0831925494 00000000000000000000000 20150601 ZCPG 000005400 0010 1004303505 9

ACCT# 1004303505

EVEREST COLLEGE INC
EVEREST INSTITUTE ROCHESTER
1630 PORTLAND AVE
ROCHESTER NY 14621-3007

## IMPORTANT NEWS
* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| | | | | | |
|---|---|---|---|---|---|
| INVOICE # 831925494 | | **BILLING SUMMARY** | | | **PAGE** |
| POSTING # 6101321360 | | MAY 01, 2015 - MAY 31, 2015 | | | 1 |
| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD | |
| **SUMMARY OF CHARGES** | | | | | |
| | | | | | |
| **WL SPECIAL OFFER (34019)** | | | | | |
| DATABASE CHARGES | | 50.00 | 4.00 | 54.00 | |
| TOTAL WL SPECIAL OFFER (34019) CHARGES | | 50.00S | 4.00S | 54.00S | |
| | | | | | |
| TOTAL SUMMARY OF CHARGES | | 50.00S | 4.00S | 54.00S | |
| | | | | | |
| **OFFER ADJUSTMENT FOR MAY,2015 =** | **36.75CR** | | | | |
| | | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **50.00 G** | **4.00 G** | **54.00 G** | |
| | | | | | |
| **DETAIL OF CHARGES** | | | | | |
| | | | | | |
| **WL SPECIAL OFFER (34019)** | | | | | |
| WESTLAW USAGE CHARGES | | | | | |
| TRANSACTIONAL SEARCHES | 2 | 62.00 | * * * * * | * * * * * | |
| TRANSACTIONAL ONLINE FINDS | 2 | 12.00 | * * * * * | * * * * * | |
| TRANSACTIONAL ONLINE CITATION CHECKING | 3 | 12.75 | * * * * * | * * * * * | |
| TOTAL WESTLAW USAGE CHARGES | | 86.75S | * * * * * | * * * * * | |
| TOTAL OFFER INCLUSION CHARGES | | 86.75T | * * * * * | * * * * * | |
| OFFER ADJUSTMENT FOR MAY,2015 | | 36.75CR | * * * * * | * * * * * | |
| **TOTAL WL SPECIAL OFFER (34019) CHARGES** | | **50.00SG** | **4.00SG** | **54.00SG** | |
| | | | | | |
| **TOTAL DETAIL OF CHARGES** | | **50.00SG** | **4.00SG** | **54.00SG** | |
| | | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **50.00 G** | **4.00 G** | **54.00 G** | |



ACCT#  1004303505

EVEREST COLLEGE INC
EVEREST INSTITUTE ROCHESTER
1630 PORTLAND AVE
ROCHESTER NY  14621-3007

| INVOICE #  832101509 | WEST INFORMATION CHARGES INVOICE | | | PAGE |
| --- | --- | --- | --- | --- |
| | JUN 01, 2015 - JUN 30, 2015 | | | 1 |
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD | |
| WEST INFORMATION CHARGES | 50.00 | 4.00 | 54.00 | |

AMOUNT DUE  $ 54.00
LESS PAYMENT  Adjustment @ $ 50.40 for 6/3 - 6/30
TOTAL DUE  $ 3.60

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
1-800-328-4880

1003028087                        A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
| --- | --- |
| INVOICE # | 832101509 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1004303505 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

| | |
| --- | --- |
| **AMOUNT DUE IN USD** | **54.00** |
| **DUE DATE** | **07/31/2015** |
| **AMOUNT ENCLOSED IN USD** | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

EVEREST COLLEGE INC
EVEREST INSTITUTE ROCHESTER
1630 PORTLAND AVE
ROCHESTER NY  14621-3007

0832101509 0000000000000000000000 20150701 ZCPG 000005400 0010 1004303505 2

ACCT# 1004303505

EVEREST COLLEGE INC
EVEREST INSTITUTE ROCHESTER
1630 PORTLAND AVE
ROCHESTER NY 14621-3007

---

**IMPORTANT NEWS**
\* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| | | CHARGE | TAX | TOTAL CHARGE |
|---|---|---|---|---|
| INVOICE # 832101509 | **BILLING SUMMARY** | | | **PAGE** |
| POSTING # 6101944474 | JUN 01, 2015 - JUN 30, 2015 | | | 1 |
| DESCRIPTION | UNITS | IN USD | IN USD | IN USD |
| **SUMMARY OF CHARGES** | | | | |
| | | | | |
| **WL SPECIAL OFFER (39286)** | | | | |
| DATABASE CHARGES | | 50.00 | 4.00 | 54.00 |
| TOTAL WL SPECIAL OFFER (39286) CHARGES | | 50.00 S | 4.00 S | 54.00 S |
| | | | | |
| TOTAL SUMMARY OF CHARGES | | 50.00 S | 4.00 S | 54.00 S |
| | | | | |
| **OFFER ADJUSTMENT FOR JUN,2015 =** | **50.00** | | | |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **50.00 G** | **4.00 G** | **54.00 G** |
| | | | | |
| | | | | |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **WL SPECIAL OFFER (39286)** | | | | |
| TOTAL OFFER INCLUSION CHARGES | | 0.00 T | * * * * * | * * * * * |
| OFFER ADJUSTMENT FOR JUN,2015 | | 50.00 | * * * * * | * * * * * |
| **TOTAL WL SPECIAL OFFER (39286) CHARGES** | | **50.00 SG** | **4.00 SG** | **54.00 SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **50.00 SG** | **4.00 SG** | **54.00 SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **50.00 G** | **4.00 G** | **54.00 G** |

1003028087                                                                          A

THOMSON REUTERS

ACCT#  1002014238

EVEREST INSTITUTE ROCHESTER
1630 PORTLAND AVE
ROCHESTER NY  14621-3007

| INVOICE #  831921806 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2015 - MAY 31, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | **383.51** | **30.68** | **414.19** |

AMOUNT DUE  $414.19
LESS PAYMENT  Adjustment @ $55 26 for 5/1 - 5/4
TOTAL DUE  358.93

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                                        1002014238                    A
    1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831921806 |
| INVOICE DATE | 06/01/2015 |
| ACCOUNT # | 1002014238 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAY 01, 2015 - MAY 31, 2015

**AMOUNT DUE IN USD**        414.19
**DUE DATE**        07/01/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

EVEREST INSTITUTE ROCHESTER
1630 PORTLAND AVE
ROCHESTER NY  14621-3007

0831921806 0000000000000000000000 20150601 ZCPG 000041419 0010 1002014238 0

ACCT# 1002014238

EVEREST INSTITUTE ROCHESTER
1630 PORTLAND AVE
ROCHESTER NY 14621-3007

---

**IMPORTANT NEWS**
\* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

---

| INVOICE #  831921806 | | **BILLING SUMMARY** | | **PAGE** |
| POSTING # 6101319352 | | MAY 01, 2015 - MAY 31, 2015 | | 1 |
| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| --- | --- | --- | --- | --- |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **WEST PROFLEX (32668)** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 383.51 | 30.68 | 414.19 |
| TOTAL MONTHLY CHARGES | | 383.51S | 30.68S | 414.19S |
| **TOTAL WEST PROFLEX (32668) CHARGES** | | **383.51SG** | **30.68SG** | **414.19SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **383.51SG** | **30.68SG** | **414.19SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **383.51G** | **30.68G** | **414.19G** |



ACCT#  1002014238

EVEREST INSTITUTE ROCHESTER
1630 PORTLAND AVE
ROCHESTER NY  14621-3007

| INVOICE #  832098829 | WEST INFORMATION CHARGES INVOICE | | PAGE |
| --- | --- | --- | --- |
| | JUN 01, 2015 - JUN 30, 2015 | | 1 |
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | 383.51 | 30.68 | 414.19 |

AMOUNT DUE  $ 414.19
LESS PAYMENT  Adjustment @ $386.88 for 6/3 - 6/30
TOTAL DUE  27.61

### IMPORTANT NEWS
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                                1002014238                    A
   1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
| --- | --- |
| INVOICE # | 832098829 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | 1002014238 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

| | |
| --- | --- |
| AMOUNT DUE IN USD | 414.19 |
| DUE DATE | 07/31/2015 |
| AMOUNT ENCLOSED IN USD | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

EVEREST INSTITUTE ROCHESTER
1630 PORTLAND AVE
ROCHESTER NY  14621-3007

0832098829 00000000000000000000000 20150701 ZCPG 000041419 0010 1002014238 0

ACCT# 1002014238

EVEREST INSTITUTE ROCHESTER
1630 PORTLAND AVE
ROCHESTER NY 14621-3007

_____

_____

_____

**IMPORTANT NEWS**
\* INDICATES A SYSTEM CREDIT
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

| INVOICE # 832098829 POSTING # 6101942952 | | BILLING SUMMARY JUN 01, 2015 - JUN 30, 2015 | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **WEST PROFLEX (32668)** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 383.51 | 30.68 | 414.19 |
| TOTAL MONTHLY CHARGES | | 383.51 S | 30.68 S | 414.19 S |
| **TOTAL WEST PROFLEX (32668) CHARGES** | | **383.51 SG** | **30.68 SG** | **414.19 SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **383.51 SG** | **30.68 SG** | **414.19 SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **383.51 G** | **30.68 G** | **414.19 G** |

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 19th day of November, 2015, I caused a copy of the foregoing document to be served via hand-delivery upon the below-listed counsel of record:

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Frederick Rosner, Esq.
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th floor
Wilmington, DE  19801-1186
(302) 573-2525
Attorney for movant Thomson
Reuters-West Publishing Corp.