

Karen M. Fine, Senior Attorney
Commercial Litigation

Walgreen Co.
104 Wilmot Road, MS 1431
Deerfield, IL 60015
P 847-315-3152  F 847-315-4826
karen.fine@walgreens.com
www.walgreens.com

November 19, 2015

**Via Electronic Filing**
Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 Market Street N, 3rd Floor
Wilmington, DE 19801
Attn: Administrative Claims Processing

Re: In re Corinthian Colleges, Inc., et al., Case No. 15-10952[1]
In re Heald College, LLC, Case No. 15-10969
Request for Allowance of Administrative Claim

Dear Sir or Madam:

Pursuant to the *Notice of (I) Occurrence of Effective Date of Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation and (II) Related Matters*, entered in this case on September 22, 2015 and Section VI.A of the Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation (the "Plan"), Walgreen of Hawaii, LLC, ("Walgreen"), hereby requests allowance and payment of Walgreen's administrative expense claim (the "Request") in the amount of $43,348.41 (the "Administrative Claim") against Heald College, LLC ("Debtor" or "Heald College") and together with the related debtors and debtors-in-possession, (the "Debtors") as further described herein.

Walgreen had leased property to Heald College pursuant to a Lease Agreement dated July 7, 1998 and amendments thereto (hereinafter "Lease Agreement"). On May 13, 2015, Debtor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition Inc. (7789), Pegasus Education Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp, (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education Inc. (3477).

# Walgreens

through William J. Nolan, Chief Restructuring Officer, Corinthian Colleges, Inc., served notice that, as of May 13, 2015, Debtor was vacating the leased premises and returning the property to Walgreen. (Exhibit A) On July 17, 2015, Walgreen timely filed proofs of claim numbers 2063 and 2064 (the "Unsecured Claims") against Heald College. These claims pertained to prepetition rent and monies accrued pursuant to the Lease Agreement and rejection damages pursuant to Section 502(b). This Administrative Claim is filed in addition to the Unsecured Claims, without prejudice thereto, and relates to amounts owed to Walgreens for the period between the petition date and May 13, 2015, the date on which the lease was terminated and the property surrendered.

The Administrative Claim is comprised of rent, common area maintenance charges and general excise tax owed to Walgreens by the Debtor for the period of occupancy between the petition date and May 13, 2015. The total amount owed for this period is $43,348.41. (Exhibit B)

Walgreen reserves its right to amend, supplement or modify this Request. The submission of this Request is without prejudice to Walgreen's Unsecured Claims.

Very truly yours,

Karen M. Fine
Senior Counsel, Commercial Litigation

cc: Russ Consulting/Omni Bankruptcy, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367 (via overnight delivery)

Exhibit A



6 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707-5764
tel 714.427.3000  fax 714.427.5111
www.cci.edu

May 13, 2015

Walgreens of Hawaii, LLC
Attn: Paul S. Lim
104 Wilmot Road, MS1420
Deerfield, IL 60015

Re: Lease with Corinthian Colleges, Inc. and/or its Subsidiaries

Dear Mr. Lim,

You are receiving this notice as the lessor of property at 1500 Kapiolani Blvd., Honolulu, HI leased to Corinthian Colleges, Inc. or one of its subsidiaries (collectively the entities listed on Exhibit A, the "Company"). This letter hereby notifies you that effective as of the date of this letter, the Company hereby unequivocally vacates the leased premises and unequivocally surrenders and returns the leased premises to you. You may retake possession of the premises immediately, and any property or other items remaining on or in the premises is abandoned to you. We understand your building maintenance personnel have already re-keyed the facility.

If you have any questions, please contact me.

Sincerely,

William J. Nolan
Chief Restructuring Officer
Corinthian Colleges, Inc.

26427600.2

## Exhibit A

### Debtors

Corinthian Colleges, Inc.
Corinthian Schools, Inc.
Rhodes Colleges, Inc.
Florida Metropolitan University, Inc.
Corinthian Property Group, Inc.
Titan Schools, Inc.
Career Choices, Inc.
Sequoia Education, Inc.
ETON Education, Inc.
Ashmead Education, Inc.
MJB Acquisition Corporation
ECAT Acquisition, Inc.
Pegasus Education, Inc.
Grand Rapids Educational Center, Inc.
Rhodes Business Group, Inc.
Everest College Phoenix, Inc.
CDI Education USA, Inc.
SP PE VII-B Heald Holdings Corp.
SD III-B Heald Holdings Corp.
Heald Capital LLC
Heald Real Estate, LLC
Heald Education, LLC
Heald College, LLC
QuickStart Intelligence Corporation
Socle Education, Inc.

HEALD COLLEGE - MAY 4, 2015 TO MAY 13, 2015 RENT CHARGES

| Location | May 2015 Rents | May 2015 Prorated Rent |
|---|---|---|
| Upper Floors - Gross Rent | $124,703.21 | $37,410.96 |
| Ground Flr Base Rent | $9,146.12 | $2,743.84 |
| Gr Flr CAM | $4,143.15 | $1,242.95 |
| Sub-Total | | $41,397.74 |
| GET @ 4.712% | | $1,950.66 |
| Grand Total | | $43,348.41 |

CM Inquiry Report for Occupant: HEALD COLLEGE
Sorted by Date for Open / Closed Charges.

| | | |
|---|---|---|
| Master Occupant ID: | | |
| Address Id: | | |
| Building ID: | CNB001 | |
| Lease ID: | 9/14/1901 | |
| Income Category: | All | |
| Receipt Type Id: | All | |
| Receipt Descriptor: | All | |

From 5/1/2015 to 11/18/2015

| | |
|---|---|
| Balance Forward: | 259,891.41 |
| Charges (Debit): | 914,054.61 |
| Receipts (Credit): | 0.00 |
| Prepaid: | 0.00 |
| Net: | 1,173,946.02 |
| Security Deposit: | 58,199.81 |

| Cat | Date | BatchID | Building ID | Lease ID | Src | Description | Charges (Debit) | Receipts (Credit) | Receipt Type Id | Receipt Descriptor | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Balance Forward: | | | | | 259,891.41 |
| RNT | 5/1/2015 | 76973 | CNB001 | | 623 CH | AUTOCHRG @T5/31/2015 | 124,703.21 | 0.00 | | | 384,594.62 |
| STX | 5/1/2015 | 76973 | CNB001 | | 623 CH | Tax for RNT | 5,876.02 | 0.00 | | | 390,470.64 |
| RNT | 6/1/2015 | 77703 | CNB001 | | 623 CH | AUTOCHRG @T6/30/2015 | 124,703.21 | 0.00 | | | 515,173.85 |
| STX | 6/1/2015 | 77703 | CNB001 | | 623 CH | Tax for RNT | 5,876.02 | 0.00 | | | 521,049.87 |
| RNT | 7/1/2015 | 78382 | CNB001 | | 623 CH | AUTOCHRG @T7/31/2015 | 124,703.21 | 0.00 | | | 645,753.08 |
| STX | 7/1/2015 | 78382 | CNB001 | | 623 CH | Tax for RNT | 5,876.02 | 0.00 | | | 651,629.10 |
| RNT | 8/1/2015 | 79062 | CNB001 | | 623 CH | AUTOCHRG @T8/31/2015 | 124,703.21 | 0.00 | | | 776,332.31 |
| STX | 8/1/2015 | 79062 | CNB001 | | 623 CH | Tax for RNT | 5,876.02 | 0.00 | | | 782,208.33 |
| RNT | 9/1/2015 | 79747 | CNB001 | | 623 CH | AUTOCHRG @T9/30/2015 | 124,703.21 | 0.00 | | | 906,911.54 |
| STX | 9/1/2015 | 79747 | CNB001 | | 623 CH | Tax for RNT | 5,876.02 | 0.00 | | | 912,787.56 |
| RNT | 10/1/2015 | 80354 | CNB001 | | 623 CH | AUTOCHRG @T10/31/2015 | 124,703.21 | 0.00 | | | 1,037,490.77 |
| STX | 10/1/2015 | 80354 | CNB001 | | 623 CH | Tax for RNT | 5,876.02 | 0.00 | | | 1,043,366.79 |
| RNT | 11/1/2015 | 80855 | CNB001 | | 623 CH | AUTOCHRG @T11/30/2015 | 124,703.21 | 0.00 | | | 1,168,070.00 |
| STX | 11/1/2015 | 80855 | CNB001 | | 623 CH | Tax for RNT | 5,876.02 | 0.00 | | | 1,173,946.02 |
| | | | | | | | 914,054.61 | 0.00 | | | |

Case 15-10952-JTD    Doc 1096    Filed 11/19/15    Page 7 of 7

CM Inquiry Report for Occupant: HEALD COLLEGE
Sorted by Date for Open / Closed Charges.

| | | |
|---|---|---|
| Master Occupant ID: | | |
| Address Id:: | | |
| Building ID: | CNB001 | Balance Forward:: 27,273.04 |
| Lease ID: | 9/25/1910 | Charges (Debit): 110,224.57 |
| Income Category:: | All | Receipts (Credit): 0.00 |
| Receipt Type Id: | All | Prepaid:: 0.00 |
| Receipt Descriptor: | All | Net: 137,497.61 |
| | | Security Deposit: 0.00 |

From 5/1/2015 to 11/18/2015

| Cat | Date | BatchID | Building ID | Lease ID | Src | Description | Charges (Debit) | Receipts (Credit) | Receipt Type Id | Receipt Descriptor | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Balance Forward: | | | | | 27,273.04 |
| CAM | 5/1/2015 | 76973 | CNB001 | | 3921 CH | AUTOCHRG @T5/31/2015 | 4,143.15 | 0.00 | | | 31,416.19 |
| STX | 5/1/2015 | 76973 | CNB001 | | 3921 CH | Tax for CAM | 195.23 | 0.00 | | | 31,611.42 |
| RNT | 5/1/2015 | 76973 | CNB001 | | 3921 CH | AUTOCHRG @T5/31/2015 @R | 9,146.12 | 0.00 | | | 40,757.54 |
| STX | 5/1/2015 | 76973 | CNB001 | | 3921 CH | Tax for RNT | 430.97 | 0.00 | | | 41,188.51 |
| CMY | 5/1/2015 | 76973 | CNB001 | | 3921 CH | 2014 Prior Yr CAM recon | 13,307.80 | 0.00 | | | 54,496.31 |
| STX | 5/1/2015 | 77677 | CNB001 | | 3921 CH | Tax for CMY | 627.06 | 0.00 | | | 55,123.37 |
| CAM | 6/1/2015 | 77677 | CNB001 | | 3921 CH | AUTOCHRG @T6/30/2015 @R | 3,965.11 | 0.00 | | | 59,088.48 |
| STX | 6/1/2015 | 77703 | CNB001 | | 3921 CH | Tax for CAM | 186.84 | 0.00 | | | 59,275.32 |
| RNT | 6/1/2015 | 77703 | CNB001 | | 3921 CH | AUTOCHRG @T6/30/2015 | 9,146.12 | 0.00 | | | 68,421.44 |
| STX | 6/1/2015 | 77703 | CNB001 | | 3921 CH | Tax for RNT | 430.97 | 0.00 | | | 68,852.41 |
| CAM | 7/1/2015 | 78382 | CNB001 | | 3921 CH | AUTOCHRG @T7/31/2015 | 3,965.11 | 0.00 | | | 72,817.52 |
| STX | 7/1/2015 | 78382 | CNB001 | | 3921 CH | Tax for CAM | 186.84 | 0.00 | | | 73,004.36 |
| RNT | 7/1/2015 | 78382 | CNB001 | | 3921 CH | AUTOCHRG @T7/31/2015 | 9,146.12 | 0.00 | | | 82,150.48 |
| STX | 7/1/2015 | 78382 | CNB001 | | 3921 CH | Tax for RNT | 430.97 | 0.00 | | | 82,581.45 |
| CAM | 8/1/2015 | 79062 | CNB001 | | 3921 CH | AUTOCHRG @T8/31/2015 | 3,965.11 | 0.00 | | | 86,546.56 |
| STX | 8/1/2015 | 79062 | CNB001 | | 3921 CH | Tax for CAM | 186.84 | 0.00 | | | 86,733.40 |
| RNT | 8/1/2015 | 79062 | CNB001 | | 3921 CH | AUTOCHRG @T8/31/2015 | 9,146.12 | 0.00 | | | 95,879.52 |
| STX | 8/1/2015 | 79062 | CNB001 | | 3921 CH | Tax for RNT | 430.97 | 0.00 | | | 96,310.49 |
| CAM | 9/1/2015 | 79747 | CNB001 | | 3921 CH | AUTOCHRG @T9/30/2015 | 3,965.11 | 0.00 | | | 100,275.60 |
| STX | 9/1/2015 | 79747 | CNB001 | | 3921 CH | Tax for CAM | 186.84 | 0.00 | | | 100,462.44 |
| RNT | 9/1/2015 | 79747 | CNB001 | | 3921 CH | AUTOCHRG @T9/30/2015 | 9,146.12 | 0.00 | | | 109,608.56 |
| STX | 9/1/2015 | 79747 | CNB001 | | 3921 CH | Tax for RNT | 430.97 | 0.00 | | | 110,039.53 |
| CAM | 10/1/2015 | 80354 | CNB001 | | 3921 CH | AUTOCHRG @T10/31/2015 | 3,965.11 | 0.00 | | | 114,004.64 |
| STX | 10/1/2015 | 80354 | CNB001 | | 3921 CH | Tax for CAM | 186.84 | 0.00 | | | 114,191.48 |
| RNT | 10/1/2015 | 80354 | CNB001 | | 3921 CH | AUTOCHRG @T10/31/2015 | 9,146.12 | 0.00 | | | 123,337.60 |
| STX | 10/1/2015 | 80354 | CNB001 | | 3921 CH | Tax for RNT | 430.97 | 0.00 | | | 123,768.57 |
| CAM | 11/1/2015 | 80855 | CNB001 | | 3921 CH | AUTOCHRG @T11/30/2015 | 3,965.11 | 0.00 | | | 127,733.68 |
| STX | 11/1/2015 | 80855 | CNB001 | | 3921 CH | Tax for CAM | 186.84 | 0.00 | | | 127,920.52 |
| RNT | 11/1/2015 | 80855 | CNB001 | | 3921 CH | AUTOCHRG @T11/30/2015 | 9,146.12 | 0.00 | | | 137,066.64 |
| STX | 11/1/2015 | 80855 | CNB001 | | 3921 CH | Tax for RNT | 430.97 | 0.00 | | | 137,497.61 |
| | | | | | | | 110,224.57 | 0.00 | | | |