IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 15-10952 (KJC), *et seq.*<br><br>**Hearing Date: December 10, 2015 at 1:00 p.m.**<br>**Objection Deadline: December 3, 2015 at 4:00 p.m.** |

## NOTICE OF MOTION

TO:    All parties listed on the Certificate of Service.

Quality Investment Properties Sacramento, LLC has filed the attached Motion for Allowance and Payment of Administrative Expenses Claim Pursuant to 11 U.S.C. §503(b)(1)(A), which seeks the following relief:  Allowance of an administrative expense claim in the amount of $31,306.10.

You are required to file a response to the Motion on or before December 3, 2015 at 4:00 p.m.  At the same time, you must also serve a copy of the response upon the following persons:

| | |
|---|---|
| Adam Hiller, Esquire | Edwin H. Caldie, Esquire |
| Brian Arban, Esquire | Amanda K. Schlitz, Esquire |
| Hiller & Arban, LLC | Stinson Leonard Street LLP |
| 1500 North French Street, 2nd Floor | 150 South Fifth Street, Suite 2300 |
| Wilmington, DE 19801 | Minneapolis, MN  55402 |

PLEASE TAKE FURTHER NOTICE that the movant will present the Motion on **December 10, 2015, 1:00 p.m. Eastern Time** before the Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 20, 2015
      Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

 **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
Brian Arban (DE No. 4511)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
ahiller@hillerarban.com

-and-

Edwin H. Caldie, Esquire
Amanda K. Schlitz, Esquire
Stinson Leonard Street LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN  55402
(612) 335-1404
*amanda.schlitz@stinson.com*

*Attorneys for Quality Investment*
*Properties Sacramento, LLC*