**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 20, 2015, I caused a true and correct copy of the foregoing *Motion for Allowance and Payment of Administrative Expenses* to be served, via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: November 20, 2015
      Wilmington, Delaware

/s/ Adam Hiller
Adam Hiller (DE No. 4105)
HILLER & ARBAN, LLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone

*Attorneys for Quality Investment Properties Sacramento, LLC*