**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CORINTHIAN COLLEGES, INC., *et al.*,[1] | : | Case No. 15-10952 (KJC) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Related to Docket No. 909, 913, 1014** |

**MOTION OF WATT LONG BEACH, LLC**
**FOR ALLOWANCE AND PAYMENT OF**
**ADMINISTRATIVE RENT EXPENSE CLAIMS**
**PURSUANT TO 11 U.S.C. §§ 503 AND 365**

WATT LONG BEACH, LLC (the "Landlord") hereby files this Motion for Allowance and Payment of Administrative Expense Claims pursuant to 11 U.S.C. §§ 503 and 365(d)(3) (the "Motion"). In support of the Motion, Landlord respectfully states as follows:

**JURISDICTION**

1.      The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157. Venue is proper in the district pursuant to 28 U.S.C. § 1409. This motion is made pursuant to 11 U.S.C. §§ 503 and 365(d)(3).

**FACTUAL BACKGROUND**

2.      On or about May 9, 2003, the Debtor, CORINTHIAN COLLEGES, INC. (the "Debtor") executed and delivered to Landlord, a lease for the use of 2161 – 2181 Technology Place, Long Beach, CA 90810 (the "Leased Premises"), pursuant to which Debtor agreed to pay monthly rent and additional rent ("Lease").[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] A true and correct copy of the Lease will be provided upon request.

3.	Pursuant to the Lease, the Debtor is obligated to pay monthly rent to Landlord and Landlord is entitled to recover its reasonable attorney's fees and costs incurred in relation to enforcing the terms of the Lease.

## THE BANKRUPTCY PROCEEDING

4.	On May 4, 2015, the Debtor filed for protection under Chapter 11 of the Bankruptcy Code (the "Petition Date"). [D.I. 1]

5.	Before and during the pendency of the bankruptcy, the Debtor failed to make rent payments due from October 1, 2014, through July 20, 2015, the claims bar date.

6.	Accordingly, Landlord is owed Chapter 11 administrative rent from the Petition Date through July 20, 2015, in the amount of **$70,460.71**, plus attorney's fees and costs incurred.[3] A true and correct copy of the breakdown of administrative rent owed *excluding* attorney's fees and costs is attached hereto as **Exhibit "A"**.

## RELIEF REQUESTED

7.	11 U.S.C. § 503(b)(1)(A) provides for the allowance of administrative expenses, including in particular, actual, necessary costs and expenses of preserving the bankruptcy estate. "When third parties are induced to supply goods or services to the debtor-in-possession…the purposes of [§ 503] plainly require that their claims be afforded priority." In re Jartran, Inc., 732 F.2d 584, 586 (7th Cir. 1984); In re Goody's Family Clothing, Inc., 392 B.R. 604, 609 (Bankr. D. Del. 2008).

8.	In addition, 11 U.S.C. § 365(d)(3) provides, in pertinent part, that a "trustee shall timely perform all of the obligations of the debtor, except those specified in section 365(b)(2), arising from and after the order for relief under any unexpired lease of nonresidential real property…until such lease is assumed or rejected notwithstanding 503(b)(1) of this title."  11 U.S.C. § 365(b)(2).  *See also* In re Montgomery Ward Holding Corp., 268 F.3d 204 (3d Cir. 2001); In re Pac-West TeleComm, Inc., 377 B.R. 119, 123 (Bankr. D. Del. 2007).

---

[3] The Lease rejection date was May 26, 2015, but Landlord incurred additional costs through the end of July, 2015 for the storage of the Debtor's property. *See* D.I. 979.

9       Landlord submits that the Debtors' use of the Leased Premises has been actual and necessary in preserving the Debtor's bankruptcy estate.

10.     As a result, Landlord is entitled to an allowed administrative rent claim in the amount of $70,460.71 for amounts due under the Lease from October 1, 2014, through July 20, 2015, plus attorney's fees and costs incurred.

11.     Landlord files this Motion without prejudice to each and all of its remaining claims against the Debtor and the Estate, including but not limited to Landlord's unsecured claim for rejection damages and prepetition rent owed.

WHEREFORE, Landlord, through undersigned counsel, respectfully requests that the Court enter an Order granting Landlord an allowed Chapter 11 administrative rent expense claim for amounts incurred under the Lease from the Petition Date through July 20, 2015, in the amount of $70,460.71, plus attorney's fees and costs incurred, and for such other relief as is just and proper under the circumstances.

Dated:  November 20, 2015
Wilmington, Delaware

Respectfully submitted,

*/s/ Leslie C. Heilman*
Matthew G. Summers, Esquire (No. 5533)
Leslie C. Heilman, Esquire (No. 4716)
BALLARD SPAHR LLP
919 Market Street, 11th Floor
Wilmington, DE  19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  summersm@ballardspahr.com
            heilmanl@ballardspahr.com

and

KATTEN MUCHIN ROSENMAN LLP
Dustin P. Branch (SBN:  174909)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
E-mail:  dustin.branch@kattenlaw.com

*Attorneys for Watt Long Beach, LLC*