# EXHIBIT A

## PROOF OF CLAIM ATTACHMENT

**CASE NAME:** CORINTHIAN COLLEGES, INC.    **LOCATION:** CSULB I/Long Beach Tech Parks
**CASE NUMBER:** 15-10952

A. General Information:

| | | |
|---|---|---|
| 1. | Landlord Name: | Watt Long Beach, LLC |
| 2. | Property Location: | Long Beach, CA |
| 3. | Tenant Name: | Corinthian Colleges, Inc. |
| 4. | Debtor's Store No: | 2161-2181 |
| 5. | Petition Date: | 5/4/2015 |
| 6. | Lease Exp. Date: | 8/31/2020 |
| 7. | Lease Rej. Date: | 5/26/2015 |
| 8. | Security Deposit Held: | $51,254.00 [4] |
| | Remaining term: | 64.0 months |

B. Claim Information:

| | Rent & Charges | Interest | Totals |
|---|---|---|---|
| 1. Unsecured Non-Priority Rejection Claim Amount: (Section 502(b)(6)(A)) | $0.00 | n/a | $0.00 |
| 2. Unsecured Non-Priority Pre-Petition Claim Amount (Section 502(b)(6)(B)) | $0.00 | $0.00 | $0.00 |
| **Subtotal Unsecured Claims** | $0.00 | $0.00 [1] | $0.00 |
| 3. Administrative Post-Petition Priority Claim Amount (Section 503(b)(1)(A), 365(d)(3)) | $70,333.98 | $126.73 [2] | $70,460.71 |
| **Subtotal Administrative Claims** | $70,333.98 | $126.73 | $70,460.71 |
| **TOTAL CLAIM AMOUNT** | | | **$70,460.71** [3] |

---

[1] Interest calculated at 10.% through 05/03/15, based on a 365 day year.
[2] Interest calculated at 10.% through 07/20/15, (the Claims Bar Date) based on a 365 day year.
[3] Claimant reserves the right to supplement or amend this claim from time to time and at any time hereafter.
[4] Landlord holds a security deposit in the amount of $44,750.70. By including the security deposit amount in this claim, claimant asserts its right to offset, recoup, or otherwise apply the amount of the security deposit in partial satisfaction of its claim asserted herein to the full extent permissable by law.

## POST-PETITION CHARGES

**CASE NAME:** CORINTHIAN COLLEGES, INC.  **LOCATION:** CSULB I/Long Beach Tech Parks
**CASE NUMBER:** 15-10952

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 5/4/2015 | Pro-rated CAM - Parking Lot (5/4/15 - 5/26/15) | $4,803.13 | $10.26 | $4,813.39 |
| 5/4/2015 | Pro-rated Base Rent (5/4/15 - 5/26/15) | $34,744.75 | $74.25 | $34,819.00 |
| 5/4/2015 | Pro-rated CAM (5/4/1/5 - 5/26/15) | $5,393.05 | $11.52 | $5,404.57 |
| 5/4/2015 | Pro-rated CAM (5/4/1/5 - 5/26/15) | $5,393.05 | $11.52 | $5,404.57 |
| 6/1/2015 | Storage of Debtor's Property | $10,000.00 | $13.70 | $10,013.70 |
| 7/1/2015 | Storage of Debtor's Property | $10,000.00 | $5.48 | $10,005.48 |
|  |  | $70,333.98 | $126.73 |  |
|  | **TOTAL POST-PETITION CHARGES:** |  |  | **$70,460.71** |

[1] Interest calculated at 10.% through 07/20/15, the Claims Bar Date.

11/17/2015

114635944_1_1.XLS

110576184.1