IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*,[1] | Case No. 15-10952 (KJC) |
| | (Jointly Administered) |
| Debtors. | Related to Docket No. 909, 913, 1014 & ___ |

**ORDER GRANTING MOTION OF WATT LONG BEACH, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE RENT EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 503 AND 365**

Upon the *Motion of Watt Long Beach, LLC for Allowance and Payment of Administrative Rent Expense Claims Pursuant to 11 U.S.C. §§ 503 and 365* (the "Motion") filed by Watt Long Beach, LLC on November 20, 2015; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having considered the objections thereto, if any; and upon the findings and for the reasons made on the record of the Court at a hearing on the Motion (the "Hearing"); and notice of the Motion and the Hearing having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

ORDERED that Watt Long Beach, LLC is allowed an administrative expense claim in the amount of $70,460.71 (the "Administrative Claim");

ORDERED that the Debtors are directed to remit payment of the Administrative Claim to Watt Long Beach, LLC; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: _____
Wilmington, Delaware

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge