**CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, Esquire, hereby certify that on this 20th day of November, 2015, I caused a true and correct copy of the foregoing *Motion of Watt Long Beach, LLC for Allowance and Payment of Administrative Expense Claims pursuant to 11 U.S.C. §§ 503 and 365(d)(3)* to be served on the following parties.

| VIA HAND DELIVERY | VIA FIRST CLASS MAIL |
|---|---|
| Mark D. Collins, Esq.<br>Michael J. Merchant, Esq.<br>Marisa A. Terranova, Esq.<br>Amanda R. Steele, Esq.<br>RICHARDS LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware  19801<br><br>*Counsel for the Distribution Trustee* | Corinthian Colleges, Inc. et al., Claims Processing<br>Rust Consulting/Omni Bankruptcy<br>5955 Desoto Avenue<br>Suite 100<br>Woodland Hills, CA  91367<br><br>*Claims Agent* |
| Dated: November 20, 2015 | */s/ Leslie C. Heilman*<br>Leslie C. Heilman, Esquire (No. 4716)<br>BALLARD SPAHR LLP |