# EXHIBIT A

# PROOF OF CLAIM ATTACHMENT

**CASE NAME:** **CORINTHIAN COLLEGES, INC.**    **LOCATION:** **CSULB II/Long Beach Tech Parks**

**CASE NUMBER:** 15-10952

A. General Information:

| | | |
|---|---|---|
| 1. Landlord Name: | Watt Long Beach II, LLC | |
| 2. Property Location: | Long Beach, CA | |
| 3. Tenant Name: | Corinthian Colleges, Inc. | |
| 4. Debtor's Store No: | 2131 | |
| 5. Petition Date: | 5/4/2015 | |
| 6. Lease Exp. Date: | 8/31/2020 | |
| 7. Lease Rej. Date: | 8/28/2015 | |
| 8. **Security Deposit Held:** | **$44,750.70** [4] | |

Remaining term:    64.0    months

B. Claim Information:

| | Rent & Charges | Interest | Totals |
|---|---|---|---|
| 1. Unsecured Non-Priority Rejection Claim Amount: (Section 502(b)(6)(A)) | $0.00 | n/a | $0.00 |
| 2. Unsecured Non-Priority Pre-Petition Claim Amou (Section 502(b)(6)(B)) | $0.00 | $0.00 | $0.00 |
| **Subtotal Unsecured Claims** | $0.00 | $0.00 [1] | $0.00 |
| 3. Administrative Post-Petition Priority Claim Amou (Section 503(b)(1)(A), 365(d)(3)) | $4,108.31 | $9.56 | $4,117.87 |
| **Subtotal Administrative Claims** | $4,108.31 | $9.56 [2] | $4,117.87 |
| **TOTAL CLAIM AMOUNT** | | | **$4,117.87** [3] |

[1] Interest calculated at 10.% through 05/03/15, based on a 365 day year.

[2] Interest calculated at 10.% through 08/28/15, (the Lease Rejection Date) based on a 365 day year.

[3] Claimant reserves the right to supplement or amend this claim from time to time and at any time hereafter.

[4] Landlord holds a security deposit in the amount of $44,750.70. By including the security deposit amount in this claim, claimant asserts its right to offset, recoup, or otherwise apply the amount of the security deposit in partial satisfaction of its claim asserted herein to the full extent permissable by law.

110575877.1

## POST-PETITION CHARGES

CASE NAME: **CORINTHIAN COLLEGES, INC.**　　　　LOCATION: CSULB II/Long Beach Tech Parks

CASE NUMBER: **15-10952**

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 6/5/2015 | Base Rent Short Pay | $4,100.31 | $9.55 | $4,109.86 |
| 8/1/2015 | CAM Short Pay | $8.00 | $0.01 | $8.01 |
|  |  | $4,108.31 | $9.56 |  |
|  | **TOTAL POST-PETITION CHARGES:** |  |  | **$4,117.87** |

1 Interest calculated at 10% through 08/28/15, the Rejection Date.

110575877.1

111134572_1.XLS