IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
CORINTHIAN COLLEGES, INC, et al.,[1]                : Case No. 15-10952 (KJC)
                                                    : Jointly Administered
Debtors.                                            :
                                                    : Related to Docket No. 1101
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    :
                       :   SS
COUNTY OF BERGEN       :

Frances Pisano, being duly sworn according to law, deposes and says that she is employed as a Paralegal at the law firm Cole Schotz P.C., and that on November 20, 2015, she caused copies of the Request for Allowance/Payment of Administrative Expense Claim by FTI Consulting, Inc. [Docket No. 1101] to be served via First-Class Mail on the following parties:

> Richard L. Schepacarter, Esq.
> Office of the U.S. Trustee
> U.S. Department of Justice
> Federal Building, Lockbox 35
> 844 King Street, Suite 2207
> Wilmington, DE 19801
>
> Mark D. Collins, Esq.
> Michael J. Merchant, Esq.
> Marisa A. Terranova, Esq.
> Amanda R. Steele, Esq.
> Richards, Layton & Finger, P.A.
> 920 N. King Street
> Wilmington, DE 19801

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707The Debtors, together with the last four digits of each Debtor's tax identification number, are: Caché, Inc. (8181); Caché of Las Vegas, Inc. (9821); and Caché of Virginia, Inc. (9725). The location of the Debtors' headquarters and the service address for each of the Debtors is 256 W. 38th Street, New York, NY 10018

Bennett S. Silverberg, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Scott F. Gautier, Esq.
Robins Kaplan LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

Frederick Rosner, Esq.
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801

Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue
Suite 100
Woodland Hills, CA 91367

Christopher A. Ward, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801

_____
Frances Pisano, Paralegal
COLE SCHOTZ P.C.
25 Main Street
Hackensack, New Jersey 07602
Telephone: (201) 489-3000
Facsimile: (2301) 489-1536

SWORN TO AND SUBSCRIBED
before me this 24th day of November, 2015

_____
NOTARY PUBLIC
  KAREN L. CHIANDUSSE
  Notary Public of New Jersey
  Commission Expires July 13, 2017