**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC. *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 1036 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1036

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Fourth and Final Application of Gavin/Solmonese LLC, as Financial Advisor to The Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the period May 13, 2015 to September 22, 2015* [D.I. 1036] (the "Application"), filed on October 8, 2015. The undersigned further certifies that she has reviewed the Court's docket in these cases and no response to the Application appears thereon.

Pursuant to the Notice filed with the Application, responses to the Application were to be filed and served no later than November 9, 2015 at 4:00 p.m. (Prevailing Eastern Time).

Dated: November 30, 2015
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Frederick B. Rosner (DE #3995)
Julia B. Klein, Esq. (DE #5189)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
klein@teamrosner.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*

{00017128. }