## Exhibit A

## Budget and Staffing Plan

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § |
| | §  Case No. 15-10952 (KJC) |
| | § |
| | §  (Jointly Administered) |
| Debtors. | § |

-------------------------------------------------------------

**BUDGET FOR RICHARDS, LAYTON & FINGER, P.A.,
COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION,
FOR THE PERIOD MAY 4, 2015 THROUGH SEPTEMBER 21, 2015**

Date Retention Approved:  5/26/15

Date Budget Approved by Client:  The aggregate budget was reviewed and approved by the client in connection with the cash collateral budgets submitted and approved by the Court.  *See* Docket Nos. 24 346, 708 & 940.  This itemized budget and the related staffing report were created by counsel in connection with its final fee application at the request of the Office of the United States Trustee.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES* |
|---|---|---|
| Case Administration (A) | 50 | $26,750.00 |
| Creditor Inquiries (B) | 10 | $5,350.00 |
| Meetings (C) | 90 | $48,150.00 |
| Executory Contracts/Unexpired Leases (D) | 150 | $80,250.00 |
| Automatic Stay/Adequate Protection (E) | 200 | $107,000.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 750 | $401,250.00 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES* |
|---|---:|---:|
| Use, Sale, Lease of Assets (G) | 150 | $80,250.00 |
| Cash Collateral/DIP Financing (H) | 50 | $26,750.00 |
| Claims Administration (I) | 115 | $61,525.00 |
| Court Hearings (J) | 220 | $117,700.00 |
| General Corporate/Real Estate (K) | 70 | $37,450.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 80 | $42,800.00 |
| Employee Issues (M) | 20 | $10,700.00 |
| Environmental (N) | 0 | $0.00 |
| Tax Issues (O) | 15 | $8,025.00 |
| Litigation/Adversary Proceedings (P) | 600 | $321,000.00 |
| RL&F Retention (Q-1) | 40 | $21,400.00 |
| Retention of Others (Q-2) | 100 | $53,500.00 |
| RL&F Fee Applications (R-1) | 30 | $16,050.00 |
| Fee Applications of Others (R-2) | 20 | $10,700.00 |
| Vendor/Supplies (S) | 0 | $0.00 |
| Non-Working Travel (T) | 0 | $0.00 |
| Utilities (U) | 20 | $10,700.00 |
| Insurance (V) | 20 | $10,700.00 |
| **TOTAL** | **2800** | **$1,498,000.00** |

*The estimated fees for each project category were calculated by multiplying the estimated hours by $535.50, which is the average billable rate for the RL&F attorneys expected to work on the matter during the budget period per the Staffing Plan.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

**STAFFING PLAN FOR RICHARDS, LAYTON & FINGER, P.A.,
CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD MAY 4, 2015 THROUGH SEPTEMBER 21, 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 4 | $702 |
| Associates | 5 | $369 |
| Paralegal | 5 | $235 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).