**Exhibit B**
**Customary and Comparable Compensation Disclosures**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed Firm-wide for preceding year (2014)**[1] | **Billed May 4, 2015 through September 21, 2015** |
| Partner | $664.57 | $648.46 |
| Counsel | $465.93 | $500.00 |
| Associate | $358.44 | $347.27 |
| Paralegal | $209.96 | $234.29 |
| Aggregated | $424.73 | $432.51 |

---

[1] The billable rates for Richards, Layton and Finger, P.A. ("**RL&F**") attorneys are adjusted on January 1st of each year. The hourly rates for bankruptcy paralegals at RL&F increased from $225 per hour to $235 per hour effective May, 2014. In addition, the data in this column excludes 2014 blended hourly rate information for the Bankruptcy and Corporate Restructuring Department at RL&F.

RLF1 13378455v.1