**Exhibit C - Summary of Fees/Hours Budgeted Compared with Fee/Hours Billed**

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Case Administration | 50 | 58.4 | $26,750.00 | $19,981.00 |
| Creditor Inquiries | 10 | 19.1 | $5,350.00 | $7,076.00 |
| Meetings | 90 | 133.2 | $48,150.00 | $75,681.50 |
| Executory Contracts/Unexpired Leases | 150 | 239.8 | $80,250.00 | $118,977.00 |
| Automatic Stay/Adequate Protection | 200 | 280.1 | $107,000.00 | $138,635.00 |
| Plan of Reorganization/Disclosure Statement | 750 | 808.0 | $401,250.00 | $502,894.50 |
| Use, Sale, Lease of Assets | 150 | 295.1 | $80,250.00 | $152,480.50 |
| Cash Collateral/DIP Financing | 50 | 47.2 | $26,750.00 | $30,927.00 |
| Claims Administration | 115 | 141.2 | $61,525.00 | $71,694.50 |
| Court Hearings | 220 | 270.8 | $117,700.00 | $121,464.50 |
| General Corporate/Real Estate | 70 | 64.8 | $37,450.00 | $42,728.50 |
| Schedules/SOFA/U.S. Trustee Reports | 80 | 163.0 | $42,800.00 | $77,679.50 |
| Employee Issues | 20 | 16.1 | $10,700.00 | $7,134.00 |
| Environmental | 0 | 0.0 | $0.00 | $0.00 |
| Tax Issues | 15 | 6.4 | $8,025.00 | $3,216.50 |
| Litigation/Adversary Proceedings | 600 | 744.2 | $321,000.00 | $355,615.50 |
| RL&F Retention | 40 | 29.5 | $21,400.00 | $8,961.00 |
| Retention of Others | 100 | 113.2 | $53,500.00 | $48,148.50 |
| RL&F Fee Applications | 30 | 20.5 | $16,050.00 | $6,200.00 |
| Fee Applications of Others | 20 | 15.2 | $10,700.00 | $5,618.50 |
| Vendor/Suppliers | 0 | 0.0 | $0.00 | $0.00 |
| Non-Working Travel | 0 | 0.0 | $0.00 | $0.00 |
| Utilities | 20 | 20.8 | $10,700.00 | $11,905.50 |
| Insurance | 20 | 14.2 | $10,700.00 | $7,456.00 |
| **TOTAL** | **2800** | **3500.8** | **$1,498,000.00** | **$1,814,475.00** |

RLF1 13378455v.1