**Exhibit D - Additional Information Related to Final Fee Application**

| | |
|---|---|
| Are Rates in Final Fee Application Higher than those Approved or Disclosed at Retention? | No |
| Total Compensation[1] Requested: | $1,899,607.45 |
| Compensation Sought in this Final Application Approved to Date Pursuant to the Interim Compensation Order: | $1,536,712.45 |
| Compensation Sought in this Final Application Already Paid Pursuant to the Interim Compensation Order: | $984,352.57 |
| Compensation Sought in this Final Application Not Yet Paid: | $915,254.88 |
| Number of Professionals Included in this Final Application: | 36 |
| If Applicable, Number of Professionals in this Final Application Not Included in Staffing Plan: | 22[2] |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought for the Final Compensation Period: | $316,475[3] |

---

[1] Total compensation includes both fees of, and expenses incurred by, RL&F.

[2] These professionals were utilized to perform discrete, ancillary tasks that, in many instances, required special expertise.

[3] Pursuant to the *Order Approving Stipulation to Extend the Scheduled Termination Date Under the Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, and (III) Granting Related Relief* [Docket No. 708] (the "**Cash Collateral Stipulation**"), payment of fees incurred by RL&F was limited to $1.5 million. The Cash Collateral Stipulation further provided for, pursuant to Section VI.B of the Plan, payment of an additional $150,000 (30% of $500,000) in fees and expenses from the Unimpaired Claims Cash Reserves. RL&F will also apply any amounts held throughout these cases as an evergreen retainer to any final amounts approved by the Court. The Plan expressly limits the payment of any fees and expenses above such amounts.