**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC., *et al*. | ) | Case No. 15-10952 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket No. 1090** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING
REQUEST OF PLAZA DEL PRADO, INC. FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM FOR RENTS**

I, Katharine L. Mayer, counsel for Plaza Del Prado, Inc., hereby certify the following:

1. On November 17, 2015, Plaza Del Prado, Inc. ("Claimant") filed the *Request of Plaza Del Prado, Inc. for Allowance of Administrative Claims for Rents and for Order Directing Payment Thereof* (Docket No. 1090) (the "Motion") seeking the allowance and payment of an administrative claim in the amount of $12,384.00.

2. The Notice provided that any objections or responses to the Motion were to be filed with the Court and served upon the undersigned counsel no later than December 3, 2015.

3. The Debtors and Claimant have engaged in discussions regarding the Motion and have agreed to consensually resolve the Motion upon the terms set forth in the attached revised proposed Order and allows an administrative claim in the amount of $11,856.26.

4. Attached hereto is a proposed form of order incorporating the parties' agreement.

5. No other parties have submitted or filed any informal or formal objections or comments to the Motion.

1

**WHEREFORE** the undersigned, on behalf of the Plaza Del Prado, Inc., respectfully requests that the Court enter the Order attached hereto, at the Court's earliest convenience.

Dated: December 4, 2015
      Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ Katharine L. Mayer*
Katharine L. Mayer (DE # 3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
kmayer@mccarter.com

 - *and* -

Donald W. Sieveke, Esq.
Law Office of Donald W. Sieveke
1113 N. Spurgeon Street
Santa Ana, CA 92701
Telephone: (714) 543-8419
Email: dws4lw@pacbell.net

*Counsel for Plaza Del Prado, Inc.*