## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on December 2, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Supplement in Support of Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from May 4, 2015 through September 21, 2015 [Docket No. 1107]**

Dated: December 3, 2015

_____
Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 3rd day of Dec, 20 15, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



LINDA BRITTAIN
Commission # 2126609
Notary Public - California
Los Angeles County
My Comm. Expires Sep 13, 2019

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

| | | |
|---|---|---|
| BROWN RUDNICK LLP<br>ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | CORINTHIAN COLLEGES, INC<br>ATTN: WILLIAM J. NOLAN<br>6 HUTTON CENTRE DRIVE<br>SUITE 400<br>SANTA ANA CA 92707 | OFFICE OF THE US TRUSTEE FOR THE DISTRICT O<br>J. CALEB BOGGS<br>FEDERAL BUILDING<br>844 NORTH KING STREET<br>SUITE 2207<br>WILMINGTON, DELAWARE 19801 |
| POLSINELLI PC<br>ATTN: CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | POTTER ANDERSON CORROON LLP<br>ATTN: JEREMY RYAN<br>HERCULES PLAZA<br>1313 NORTH MARKET STREET, 6TH FLOOR<br>P.O. BOX 951<br>WILMINGTON, DELAWARE 19801 | RICHARDS, LAYTON & FINGER, P.A.<br>MARK D. COLLINS/MICHAEL J. MERCHANT<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
| ROBINS KAPLAN LLP<br>ATTN: SCOTT GAUTIER/LORIE BALL<br>ATTN: CYNTHIA HERNANDEZ<br>2049 CENTURY PARK EAST, SUITE 3400<br>LOS ANGELES, CA 90067 | SIDLEY AUSTIN LLP<br>ATTN: JENNIFER HAGLE<br>555 WEST FIFTH STREET, SUITE 4000<br>LOS ANGELES, CALIFORNIA 90013 | THE ROSNER LAW GROUP<br>ATTN: JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 |

Parties Served: 9