IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered<br><br>**Related Docket No. 1075** |

## SUPPLEMENT TO
## FINAL FEE APPLICATION OF BROWN RUDNICK LLP

Brown Rudnick LLP ("**Brown Rudnick**"), counsel to the official committee of unsecured creditors (the "**Committee**") in the above-captioned Chapter 11 cases, hereby supplements its final fee application [Docket No. 1075] (the "**Final Fee Application**") for the period from May 13, 2015 through September 21, 2015 (the "**Final Fee Period**") by attaching, as **Exhibit A** hereto, the Committee's approved budgets and staffing plans during the Final Fee Period, and as **Exhibit B**, Brown Rudnick's disclosure form relating to "Customary and Comparable Compensation" as requested by the United States Trustee (the "**U.S. Trustee**") in an email dated November 5, 2014 for compliance with the United States Trustee Fee Guidelines (the "**UST Guidelines**"). In addition, Brown Rudnick respectfully states as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters were located at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1. The following statements address the questions required under section C.5 of the UST Guidelines:

   a. During the Final Fee Period, Brown Rudnick did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement.

   b. The total amount of fees sought in the Final Fee Application was not higher by 10% or more as compared to the total amount of fees budgeted for the time period covered by the Final Fee Application. However, the total amount of fees billed for the months of May, July and August 2015 was higher by 10% or more as compared to the total amount of fees budgeted for those individual months. Brown Rudnick has discussed the reasons for the variation with the Committee.

   c. The professionals included in the Final Fee Application did not vary their hourly rate based on the geographic location of the bankruptcy case.

   d. The Final Fee Application does not include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices.

   e. The Final Fee Application does not include time or fees for reviewing time records to redact any privileged or other confidential information.

   f. The Final Fee Application did not include any rate increases since retention. The last firm-wide rate increase for Brown Rudnick's professionals became effective November 1, 2014.

2. Pursuant to section C.3 of the UST Guidelines, Brown Rudnick's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex Chapter 11 cases by

comparably skilled bankruptcy attorneys. In addition, Brown Rudnick's hourly rates for bankruptcy services are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. By way of example, Brown Rudnick's blended hourly rates for attorneys and paraprofessionals (excluding Chapter 11 engagements) in the Bankruptcy and Corporate Restructuring, Commercial Litigation, Corporate, Distressed Debt, ERISA, Finance, Government Contracts, Healthcare, Intellectual Property, International Disputes, Tax and White Collar Defense departments of the firm for the trailing twelve months are set forth on the attached **Exhibit B** (the "TTM Metrics").

3. During the Final Fee Period, the number of Brown Rudnick professionals billing fewer than 15 hours was 14. In response to informal comments from the United States Trustee, Brown Rudnick has agreed to reduce its requested fees by $2,082.00 on account of certain transitory attorney time.

4. With respect to the recorded time entries of H. Jeffrey Schwartz relating to cash collateral matters, such entries included negotiation of the cash collateral arrangement as well as preparation of papers relating to the enforcement thereof in favor of the Committee and thus the estates vis-à-vis the senior lender in connection with forestalling the granting of any release on behalf of the estates to the senior lender outside the context of the confirmed plan of reorganization. In addition, on information and belief, Brown Rudnick believes that the amount set forth as a lien carve out for the payment of Committee professional fees will result in a substantial shortfall in the payment of Brown Rudnick allowed compensation herein.

**WHEREFORE**, Brown Rudnick respectfully requests that the Court enter an Order (i) granting the Final Fee Application and authorizing final allowance of compensation in the amount of $990,713.50 (which includes a fee reduction of $2,082.00 on account of transitory attorney time and includes an estimate $10,000 for attorney time related to the preparation and filing of the Final Fee Application) for professional services rendered on behalf of the Committee and reimbursement for actual and necessary expenses in the amount of $24,244.74; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: December 7, 2015  
       New York, New York

**BROWN RUDNICK LLP**

By: /s/ *H. Jeffrey Schwartz*  
H. Jeffrey Schwartz, Esq.  
Bennett S. Silverberg, Esq.  
Seven Times Square  
New York, NY 10036  
Telephone: (212) 209-4800  
Facsimile: (212) 209-4801  
jschwartz@brownrudnick.com  
bsilverberg@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors*