# EXHIBIT A



PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

CORINTHIAN COLLEGES, INC. AND AFFILIATED CHAPTER 11 DEBTORS
BUDGET FOR BROWN RUDNICK LLP
MAY AND JUNE 2015

| Attorney Name/Description | | Rate | Notes / Scope of Work (May) | Hours Estimate (May 2015) | Time Value Estimate (May 2015) | Actual Hours (May 2015) | Actual Time Value (May 2015) | Hours Estimate (June 2015) | Time Value Estimate (June 2015) | Actual Hours (June 2015) | Actual Time Value (June 2015) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Equity Partners** | | | | | | | | | | | |
| Schwartz, H. Jeffrey | | $1,235 | Restructuring (Case Administration, Cash Collateral Order) | 25 | $30,875.00 | 36 | $44,584.00 | 80 | $98,800.00 | 103 | $127,576.00 |
| Silverberg, Bennett S. | | $885 | Restructuring (Case Administration, Cash Collateral Order) | 50 | $44,250.00 | 45 | $38,409.00 | 125 | $110,625.00 | 44 | $38,763.00 |
| **Income Partners** | | | | | | | | | | | |
| Curry, Lauren | | $730 | Litigation (D&O Investigation) | 10 | $7,300.00 | 5 | $3,796.00 | 30 | $21,900.00 | 6 | $4,088.00 |
| **Associate Year** | **Associate Name** | | | | | | | | | | |
| 3rd Year / PQE 2 | Beiswenger, Jacob | $570 | Restructuring (Case Administration) | 25 | $14,250.00 | 26 | $14,877.00 | 50 | $28,500.00 | 20 | $11,229.00 |
| | Others | | | | | 25 | $10,470.00 | | | 41.0 | $16,409.00 |
| | | | Grand Totals: | 110 | $96,675.00 | 137 | $112,136.00 | 285.0 | $259,825.00 | 214.0 | $198,065.00 |



PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

CORINTHIAN COLLEGES, INC. AND AFFILIATED CHAPTER 11 DEBTORS
BUDGET FOR BROWN RUDNICK LLP
JULY THROUGH SEPTEMBER 2015

| Attorney Name/Description | | Rate | Notes / Scope of Work (July/August) | Hours Estimate (July 2015) | Time Value Estimate (July 2015) | Actual Hours (July 2015) | Time Value (July 2015) | Bugeted Hours Estimate (August 2015) | Time Value Estimate (August 2015) | Bugeted Hours Estimate (Sept. 2015) | Time Value Estimate (Sept. 2015) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Equity Partners** | | | | | | | | | | | |
| Schwartz, H. Jeffrey | | $1,235 | Restructuring (Case Administration, Lien & Claim Investigation, Plan & Disclosure Statement) | 120 | $148,200.00 | 155 | $190,931.00 | 120 | $148,200.00 | 60 | $74,100.00 |
| Silverberg, Bennett S. | | $885 | Restructuring (Case Administration, Lien & Claim Investigation, Plan & Disclosure Statement) | 40 | $35,400.00 | 50 | $43,896.00 | 40 | $35,400.00 | 20 | $17,700.00 |
| **Income Partners** | | | | | | | | | | | |
| Curry, Lauren | | $730 | Litigation (D&O Investigation) | 20 | $14,600.00 | 24 | $17,812.00 | 20 | $14,600.00 | 5 | $3,650.00 |
| **Associate Year** | **Associate Name** | | | | | | | | | | |
| 3rd Year / PQE 2 | Beiswenger, Jacob | $570 | Restructuring (Case Administration) | 15 | $8,550.00 | 7 | $4,218.00 | 15 | $8,550.00 | 15 | $8,550.00 |
| | Others | | | | | 160 | $79,801.00 | | $60,000.00 | | |
| | | | **Grand Totals:** | 195 | $206,750.00 | 396 | $336,658.00 | 195.0 | $266,750.00 | 100.0 | $104,000.00 |
| | | | | | | Discounted Fees (@ 80%) | $269,326 | Discounted Fees (@ 80%) | $213,400 | Discounted Fees (@ 80%) | $83,200 |