# EXHIBIT B

BROWN RUDNICK LLP
Capsule International Holdings, LLC, *et al.*
For the Period from May 13, 2015 through September 21, 2015

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURE WITH FINAL FEE APPLICATION**

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | Billed In Comparable Practice Areas from October 2014 Through September 2015[2] | Billed All Boston & New York Practices from October 2014 Through September 2015[3] | Billed This Application |
| Partner | $780 | $755 | $1,075 |
| Associate | $451 | $452 | $503 |
| Paralegal | $328 | $328 | $340 |
| **Aggregated:** | **$576** | **$572** | **$854** |

---

[2] This column is limited to timekeepers in Brown Rudnick's New York and Boston offices because these are the only offices that billed at least 10% of the hours during the Final Fee Period, as provided under section C(3)(i) of the UST Guidelines. This column reflects the blended rates charged by Brown Rudnick for complex corporate and litigation matters (excluding Chapter 11 engagements) for October 2014 through September 2015 for the following departments by timekeepers in Brown Rudnick's New York and Boston offices: Bankruptcy and Corporate Restructuring, Commercial Litigation, Corporate, Distressed Debt, ERISA, Finance, Government Contracts, Healthcare, Intellectual Property, International Disputes, Tax and White Collar Defense. It excludes the Energy and Real Estate departments.

[3] This column is limited to timekeepers in Brown Rudnick's New York and Boston offices because these are the only offices that billed at least 10% of the hours during the Final Fee Period, as provided under section C(3)(i) of the UST Guidelines. This column reflects the blended rates charged by Brown Rudnick for complex corporate and litigation matters (excluding Chapter 11 engagements) for October 2014 through September 2015 for the following departments by timekeepers in Brown Rudnick's New York and Boston offices: Bankruptcy and Corporate Restructuring, Commercial Litigation, Corporate, Distressed Debt, ERISA, Finance, Government Contracts, Intellectual Property, International Disputes, Tax and White Collar Defense, Energy, Healthcare, and Real Estate.