# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC., et al. | ) | Case No. 15-10952 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related Docket No. 1090, 1110 |

## ORDER GRANTING REQUEST OF PLAZA DEL PRADO, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM FOR RENTS

Upon consideration of the Request of Plaza Del Prado, Inc. ("Claimant") for Allowance and Payment of an Administrative Rent Claim (the "Request") [D.I. # 1090] and any and all objections or responses filed thereto, and the Court having found that: (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (ii) the Request is a core proceeding pursuant to 28 U.S.C. §157(b); (iii) notice of the Request was adequate and appropriate; and (iv) the Request was timely made; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief granted;

IT IS HEREBY ORDERED THAT:

1. Upon entry of this order, Claimant shall have an administrative expense claim in the amount of $11,856.26; and

2. The administrative expense claim shall be paid within twenty (20) days of the entry of this Order in care of Claimant's counsel of record.

Dated: __Dec 7__, 2015
Wilmington, Delaware

The Honorable Kevin J. Carey
United States Bankruptcy Judge

ME1 21569667v.1