IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |

---

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 10, 2015 AT 1:00 P.M. (EST) [2]

**I.   RESOLVED MATTER:**

1. Request of Del Pardo Plaza, Inc. for Allowance of Administrative Claims for Rents and Order Directing Payment Thereof [Docket No. 1090 - filed November 17, 2015]

   Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

   Objections / Responses Received:   None.

   Related Documents:

   i.   Certification of Counsel Regarding Order Granting Request of Plaza Del Prado, Inc. for Allowance and Payment of Administrative Claim for Rents [Docket No. 1110 - filed December 4, 2015]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] The hearing will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the December 10, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EST) on Wednesday, December 9, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

RLF1 13167014v.1

    ii.    Order Granting Request of Plaza Del Prado, Inc. for Allowance and Payment of Administrative Claim for Rents [Docket No. 1114 - filed December 7, 2015]

    Status:  On December 7, 2015, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer required.

## II.    CONTINUED MATTER:

2.    Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

    Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

    Objections / Responses Received:    None.

    Related Documents:   None.

    Status: The hearing on this matter has been continued to a date to be determined.

## III.    CONTESTED MATTERS GOING FORWARD:

3.    Motion of the Commonwealth of Massachusetts to Dismiss Debtors' Objection and Response to Debtors' Objection (Docket No. 968) [Docket No. 1041 - filed October 9, 2015]

    Objection / Response Deadline:   November 24, 2015 at 4:00 p.m. (EST)

    Objections / Responses Received:

    A.    Distribution Trustee's Limited Response to Motion of the Commonwealth of Massachusetts to Dismiss Debtors' Objection and Response to Debtors' Objection [Docket No. 1108 - filed December 3, 2015]

    Related Documents:

    i.    Debtors' Objection to the Claims of the Commonwealth of Massachusetts [Docket No. 968 - filed September 16, 2015]

    Status: The hearing on this matter will go forward.

4.    Quality Investment Properties Sacramento, LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(1)(A) [Docket No. 1098 - filed November 20, 2015]

    Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

Objections / Responses Received:

A. Distribution Trustee's Objection to Quality Investment Properties Sacramento, LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [Docket No. 1109 - filed December 3, 2015]

Related Documents: None.

Status: The hearing on this matter will go forward.

### IV. FINAL FEE APPLICATIONS:

5. Final Fee Applications (See Exhibit A)

Status: The hearing on the final fee applications listed on Exhibit A will go forward.

Dated: December 8, 2015  /s/ Amanda R. Steele
Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
   merchant@rlf.com
   terranova@rlf.com
   steele@rlf.com

Counsel for the Distribution Trustee