# **<u>Exhibit A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

---

### *AMENDED*[2] INDEX OF FINAL FEE APPLICATIONS SCHEDULED FOR HEARING ON DECEMBER 10, 2015 AT 1:00 P.M. (EST)

1. Fourth Monthly and Final Fee Application of Gavin/Solmonese LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 13, 2015 Through September 22, 2015 [Docket No. 1036 - filed October 8, 2015]

   <u>Objection / Response Deadline</u>:   November 8, 2015 at 4:00 p.m. (EST)

   <u>Objections / Responses Received</u>:   None.

   <u>Related Documents</u>:

   i.   First Monthly Fee Application of Gavin/Solmonese LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 13, 2015 Through May 31, 2015 [Docket No. 469 - June 24, 2015]

   ii.   Certificate of No Objection Regarding Docket No. 469 [Docket No. 590 - filed July 17, 2015]

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]   **Amended items appear in bold.**

RLF1 13167014v.1

    iii.    Second Monthly Fee Application of Gavin/Solmonese LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period From June 1, 2015 Through June 30, 2015 [Docket No. 691 - filed August 3, 2015]

    iv.    Certificate of No Objection Regarding Docket No. 691 [Docket No. 905 - filed August 28, 2015]

    v.    Third Monthly Fee Application of Gavin/Solmonese LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period From July 1, 2015 Through July 31, 2015 [Docket No. 878 - filed August 25, 2015]

    vi.    Certificate of No Objection Regarding Docket No. 878 [Docket No. 1065 - filed October 23, 2015]

    vii.    Notice of Hearing on Fourth Monthly and Final Fee Application of Gavin/Solmonese LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 13, 2015 Through September 22, 2015 [Docket No. 1073 - filed November 2, 2015]

    viii.    Certificate of No Objection Regarding Docket No. 1036 [Docket No. 1106 -filed November 30, 2015]

2.    Final Application of The Rosner Law Group LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from May 13, 2015 Through September 22, 2015 [Docket No. 1074 - filed November 2, 2015]

    <u>Objection / Response Deadline</u>:   November 27, 2015 at 4:00 p.m. (EST)

    <u>Objections / Responses Received</u>:    None.

    <u>Related Documents</u>:

    i.    First Monthly Fee Application of The Rosner Law Group LLC, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period May 13, 2015 Through May 31, 2015 [Docket No. 479 - filed June 26, 2015]

    ii.    Certificate of No Objection Regarding Docket No. 479 [Docket No. 610 - filed July 21, 2015]

2

    iii.    Second Monthly Fee Application of The Rosner Law Group LLC, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period June 1, 2015 Through June 30, 2015 [Docket No. 618 - filed July 21, 2015]

    iv.    Certificate of No Objection Regarding Docket No. 618 [Docket No. 804 - filed August 20, 2015]

    v.    Third Monthly Fee Application of The Rosner Law Group LLC, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period July 1, 2015 Through July 31, 2015 [Docket No. 810 - filed August 21, 2015]

    vi.    Certificate of No Objection Regarding Docket No. 810 [Docket No. 942 - filed September 14, 2015]

    vii.    Supplement to Final Application of The Rosner Law Group LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from May 13, 2015 Through September 22, 2015 [Docket No. 1092 - filed November 17, 2015]

3.    Final Fee Application of Brown Rudnick LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From May 13, 2015 Through September 21, 2015 [Docket No. 1075 - filed November 2, 2015]

    <u>Objection / Response Deadline</u>:   November 27, 2015 at 4:00 p.m. (EST)

    <u>Objections / Responses Received</u>:   None.

    <u>Related Documents</u>:

    i.    First Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Unsecured Creditors for Payment of Interim Compensation and for Reimbursement of Disbursements Incurred (for the Period May 13, 2015 Through May 31, 2015) [Docket No. 473 - filed June 25, 2015]

    ii.    Certificate of No Objection Regarding Docket No. 473 [Docket No. 606 - filed July 20, 2015]

    iii.    Second Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Unsecured Creditors for Payment of Interim Compensation and for Reimbursement of Disbursements Incurred for the

                    Period June 1, 2015 Through June 30, 2015 [Docket No. 694 - filed August 3, 2015]

        iv.    Certificate of No Objection Regarding Docket No. 694 [Docket No. 904 - filed August 28, 2015]

        v.    Third Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Unsecured Creditors for Payment of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period July 1, 2015 Through July 31, 2015 [Docket No. 859 - filed August 24, 2015]

        vi.    Certificate of No Objection Regarding Docket No. 859 [Docket No. 965 - filed September 16, 2015]

        vii.    Fourth Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Unsecured Creditors for Payment of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period August 1, 2015 Through August 31, 2015 [Docket No. 1020 - filed September 25, 2015]

        viii.    Certificate of No Objection Regarding Docket No. 1020 [Docket No. 1064 - filed October 23, 2015]

        ix.    Fifth Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Unsecured Creditors for Payment of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period September 1, 2015 Through September 21, 2015 [Docket No. 1068 - filed October 27, 2015]

        x.    Certificate of No Objection Regarding Docket No. 1068 [Docket No. 1097 - filed November 20, 2015]

        xi.    **Supplement to Final Fee Application of Brown Rudnick LLP [Docket No. 1113 - filed December 7, 2015]**

4.    First and Final Fee Application of Rust Consulting/Omni Bankruptcy for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Administrative Agent to the Debtors and Debtors in Possession for the Period From May 4, 2015 Through September 30, 2015 [Docket No. 1077 - filed November 4, 2015]

    <u>Objection / Response Deadline</u>:   November 25, 2015 at 4:00 p.m. (EST)

    <u>Objections / Responses Received</u>:   None.

    <u>Related Documents</u>:   None.

5.   Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From May 4, 2015 Through September 21, 2015 [Docket No. 1078 - filed November 4, 2015]

Objection / Response Deadline:   November 25, 2015 at 4:00 p.m. (EST)

Objections / Responses Received:   None.

Related Documents:

i.   First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period From May 4, 2015 Through May 31, 2015 [Docket No. 467 - filed June 24, 2015]

ii.   Certificate of No Objection Regarding First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period From May 4, 2015 Through May 31, 2015 (No Order Required) [Docket No. 589 - filed July 17, 2015]

iii.   Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period From June 1, 2015 Through June 30, 2015 [Docket No. 675 - filed July 30, 2015]

iv.   Certificate of No Objection Regarding Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period From June 1, 2015 Through June 30, 2015 (No Order Required) [Docket No. 860 - filed August 24, 2015]

v.   Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From July 1, 2015 Through July 31, 2015 [Docket No. 915 - filed August 31, 2015]

vi.   Certificate of No Objection Regarding Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From July 1, 2015

        Through July 31, 2015 (No Order Required) [Docket No. 1017 - filed September 23, 2015]

    vii.    Fourth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From August 1, 2015 Through August 31, 2015 [Docket No. 1024 - filed September 30, 2015]

    viii.    Certificate of No Objection Regarding Fourth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From August 1, 2015 Through August 31, 2015 (No Order Required) [Docket No. 1066 - filed October 23, 2015]

    ix.    Fifth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From September 1, 2015 Through September 21, 2015 [Docket No. 1060 - filed October 20, 2015]

    x.    Certificate of No Objection Regarding Fifth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From September 1, 2015 Through September 21, 2015 (No Order Required) [Docket No. 1089 - filed November 16, 2015]

    xi.    Supplement in Support of Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From May 4, 2015 Through September 21, 2015 [Docket No. 1107 - filed December 2, 2015]

6.    First and Final Fee Application of Polsinelli PC for compensation and Reimbursement of Expenses as Co-Counsel to the Official Committee of Student Creditors for the Period from May 21, 2015 Through May 21, 2015 [Docket No. 1079 - filed November 4, 2015]

    Objection / Response Deadline:    November 27, 2015 at 4:00 p.m. (EST)

    Objections / Responses Received:    None.

    Related Documents:    None.

7.    Combined Second Monthly and Final Fee Application of PricewaterhouseCoopers LLP for Allowance of Compensation for Services Rendered and for

6

Reimbursement of Expenses as Administrative Agent to the Debtors and Debtors in Possession for the Period From May 4, 2015 Through September 21, 2015 [Docket No. 1080 - filed November 4, 2015]

<u>Objection / Response Deadline</u>:   November 25, 2015 at 4:00 p.m. (EST)

<u>Objections / Responses Received</u>:   None.

<u>Related Documents</u>:

  i.   First Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses for Tax Advisor Services for the Period May 4, 2015 Through July 31, 2015 [Docket No. 962 - filed September 15, 2015]

  ii.  Certification of No Objection Regarding First Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses for Tax Advisor Services for the Period May 4, 2015 Through July 31, 2015 (No Order Required) [Docket No. 1037 - filed October 8, 2015]

8. Second Monthly and Final Application of Willkie Farr & Gallagher LLP, as Special Insurance Counsel to the Official Committee of Unsecured Creditors, for Allowance of (I) Interim Compensation and Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Monthly Period from September 1, 2015 Through September 21, 2015 and (II) Final Compensation and Final Reimbursement of All Actual and Necessary Expenses Incurred for the Final Period from August 10, 2015 Through September 21, 2015 [Docket No. 1081 - filed November 5, 2015]

<u>Objection / Response Deadline</u>:   November 27, 2015 at 4:00 p.m. (EST)

<u>Objections / Responses Received</u>:   None.

<u>Related Documents</u>:

  i.   First Monthly Application of Willkie Farr & Gallagher LLP, as Special Insurance Counsel to the Official Committee of Unsecured Creditors, for Allowance and Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 10, 2015 Through August 31, 2015 [Docket No. 1013 - filed September 22, 2015]

  ii.  Certificate of No Objection Regarding Docket No. 1013 [Docket No. 1051 - filed October 15, 2015]

  iii. **Certificate of No Objection Regarding Docket No. 1081 [Docket No. 1112 - filed December 7, 2015]**

9.     First and Final Fee Application of Public Counsel for Compensation and Reimbursement of Expenses as Special Counsel to the Official Committee of Student Creditors for the Period From May 16, 2015 Through September 21, 2015 [Docket No. 1082 - filed November 5, 2015]

    Objection / Response Deadline:    November 27, 2015 at 4:00 p.m. (EST)

    Objections / Responses Received:    None.

    Related Documents:    None.

10.     First and Final Fee Application of Robins Kaplan LLP for Compensation and Reimbursement of Expenses as Co-Counsel to the Official Committee of Student Creditors for the Period From May 16, 2015 Through September 21, 2015 [Docket No. 1083 - filed November 5, 2015]

    Objection / Response Deadline:    November 27, 2015 at 4:00 p.m. (EST)

    Objections / Responses Received:    None.

    Related Documents:    None.