IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CORINTHIAN COLLEGES, INC., *et al* | ) | Case No. 15-10952- KJC |
| | ) | Chapter 11 |
| Debtors. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Roger E. Haag, Carlin & Buchsbaum, LLP to represent Christina Newsomm, Krishawna Carranza, Angelica Casas, Eleanor Bailey, Gwendolyn Pawluck, and Stefanie Pelosi in this action.

Dated: December 4, 2015

/s/ Vivian A. Houghton
Vivian A. Houghton   (DE Bar No. 2010)
800 N. West Street, 1st Floor
Wilmington, Delaware 19801
302-658-0518

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Roger E. Haag (CA SBN: 225791)
Carlin & Buchsbaum, LLP
555 East Ocean Blvd., Suite 818
Long Beach, California 90802
(562)432-8933
Roger@carlinbuchsbaum.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                            _____
                                            United States Bankruptcy Judge