IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CORINTHIAN COLLEGES, INC., *et al.* | Chapter 11<br>Case No. 15-10952 (KJC) |

**Objections due by: January 7, 2016 at 4:00 pm**
**Hearing Date: January 12, 2016 at 2:00 pm**

### NOTICE OF MOTION OF CHRISTINA NEWSOM, CASEY HARWOOD, KRISHAWNA CARRANZA, ANGELICA CASAS, ELEANOR BAILEY, GWENDOLYN PAWLUCK, AND STEFANIE PELOSI FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:

**Richards, Layton & Finger, PA**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Attorneys for Debtor

**The Rosner Law Group LLC**
824 Market St., Suite 810
Wilmington, DE 19801
Phone: (302) 319-6300
Attorneys for the Official
Committee of Unsecured Creditors

**Polsinelli PC**
222 Delaware Ave, Suite 1101
Wilmington, DE 19801
Phone: (310) 552-0130

**U.S. Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Phone: (302) 573-6491

**Robins Kaplan LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Phone: (302) 252-0920
Attorneys for Official Committee of
Student Creditors

**Payne & Fears**
Robert Matsuishi
Jamboree Center
4 Park Plaza
(949) 851-1100
Attorneys for Defendants in
State Court Action

**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
Phone: (212) 209-4800

CHRISTINA NEWSOM, CASEY HARWOOD, KRISHAWNA CARRANZA, ANGELICA CASAS, ELEANOR BAILEY, GWENDOLYN PAWLUCK, AND STEFANIE PELOSI (the "Movants") have filed a Motion for Relief from Stay which seeks the following: relief from the automatic stay to seek only the insurance proceeds covering the underlying

state court action for claims of discrimination and harassment against debtors and other third-parties in violation of public policy and California Government Code §12940.

HEARING ON THE MOTION WILL BE HELD ON JANUARY 12, 2016, at 2:00 p.m.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorneys:

>Roger E. Haag (CA SBN: 225791)
>555 East Ocean Blvd., Suite 818
>Long Beach, California 90802
>(562)432-8933
>roger@carlinbuchsbaum.com

>Vivian A. Houghton, Esquire
>800 N West Street, 1st Floor
>Wilmington, Delaware 19801
>(302) 658-0518

The hearing date specified above may be a preliminary hearing or may be considered with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issue raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

/S/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 N West Street, 1st Floor
Wilmington, Delaware 19801
(302) 658-0518
Attorney for Movants


/S/ Roger R. Haag
Roger E. Haag (CA SBN: 225791)
Carlin & Buchsbaum, LLP
555 East Ocean Blvd., Suite 818
Long Beach, California 90802
(562)432-8933
Roger@carlinbuchsbaum.com

Attorneys for Movants