# DECLARATION OF ROGER E. HAAG

I, Roger E. Haag, hereby declare as follows:

1. I am a Senior Litigation Associate in the law firm of the Law Offices of Carlin & Buchsbaum, LLP in Los Angeles, California. I have personal knowledge of the following facts and, if called upon to do so, could and would competently testify thereto. I file this declaration in support of CHRISTINA NEWSOM, CASEY HARWOOD, KRISHAWNA CARRANZA, ANGELICA CASAS, ELEANOR BAILEY, GWENDOLYN PAWLUCK, AND STEFANIE PELOSI's ("Movants") motion for relief from stay of this action.

2. Movants filed an action in the California Superior Court, County of San Bernardino on November 8, 2012, against Corinthian Colleges, Inc., dba Everest Colleges as well as third-party non-debtors Richard Mallow and Lou Escanuelas. Movant asserted six causes of action against the Defendants: (1) Sex Discrimination in Violation of California's Fair Employment Housing Act ("FEHA"); (2) Sexual Harassment in Violation of FEHA; (3) Retaliation in Violation of FEHA; (4) Failure to Prevent Discrimination; (5) Wrongful Termination in Violation of Public Policy; (6) Wrongful Termination in Violation of FEHA. The case number for the state court action is CIVRS 1208650. Attached hereto as Exhibit A, and incorporated herein by this reference, is a true and correct copy of the Complaint filed in this action.

3. Movants are former employees of Corinthian Colleges, Inc. Prior to the Petition Date, Debtor and other third-parties subjected Movants to sexual harassment and discrimination based on their sex while they were employed in various positions at the Everest College campus in Ontario, California. Movants filed a state action against Debtor and other third-parties on November 8, 2012.

4. Corinthian Colleges, Inc. and other related debtors filed for voluntary Chapter 11 Bankruptcy in Delaware on May 4, 2015. On June 15, 2015, I caused to be filed proofs of claims on behalf of Movants. The claim number and claim amount are as follows: Christina Newsom, Claim No. 116, $400,000, Casey Harwood, Claim No. 118, $400,000, Krishawna Carranza, Claim No. 119, $400,000, Angelica Casas, Claim No. 120, $400,000, Eleanor Bailey, Claim No. 121, $400,000, Gwendolyn Pawluck, Claim No. 123, $250,000, and Stefanie Pelosl, Claim No. 122, $400,000. Attached hereto as Exhibit B, and incorporated herein by this reference, are true and correct conformed copies of Movants' Proof of Claim Forms.

5. Shortly thereafter, Robert Matsuishi, counsel for defendants in the state court action, and I began entered into settlement negotiations. On September 4, 2015, the parties agreed to settle the entire matter for $175,000. Attached hereto as Exhibit C, and incorporated herein by this reference, are true and correct copies of the chain of emails evidencing written acceptance of the settlement offer.

6. However, attorneys for defendant have not provided me a copy of the settlement agreement for the Movants to execute. I repeatedly requested a status of the settlement agreement. Each time, counsel for defendant suggested that the insurance carrier was reviewing and/or finalizing the settlement agreement. Further evidencing that the claims are covered by an insurance policy. Attached hereto as Exhibit D, and incorporated herein by this reference, are true and correct copies of email correspondence re: status of the settlement agreement.

7. The parties engaged in discovery during the litigation of this case. In response to a document production request, demanding documents evidencing an insurance policy applicable to the claims alleged, defendant Corinthian Colleges, Inc. produced a declaration page issued by National Union Fire Insurance Company of Pittsburg, PA. with a $5,000,000 policy limit. Attached hereto as Exhibit E, and incorporated herein by this reference, is true and correct of the insurance policy declaration page I received from defendant as part of my discovery request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 1st day of December 2015, in Los Angeles, California.

          /s/ Roger E. Haag
          Declarant