IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  
CORINTHIAN COLLEGES, INC., *et al.*

Chapter 11  
Case No. 15-10952 (KJC)

### CERTIFICATE OF SERVICE

I, Vivian A. Houghton, Esquire, do hereby certify this 9th day of December, 2015 that one (1) copy of Motion for Relief from Stay was delivered to:

Mailed to:

**Richards, Layton & Finger, PA**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Attorneys for Debtor

**Polsinelli PC**
222 Delaware Ave, Suite 1101
Wilmington, DE 19801
Phone: (310) 552-0130

**Robins Kaplan LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Phone: (302) 252-0920
Attorneys for Official Committee of Student Creditors

**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
Phone: (212) 209-4800

**The Rosner Law Group LLC**
824 Market St., Suite 810
Wilmington, DE 19801
Phone: (302) 319-6300
Attorneys for the Official
Committee of Unsecured Creditors

**U.S. Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Phone: (302) 573-6491

**Payne & Fears**
Robert Matsuishi
Jamboree Center
4 Park Plaza
(949) 851-1100
Attorneys for Defendants in
State Court Action

/s/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 North West Street, 1st Fl
Wilmington, DE 19801
(302) 658-0518
Attorney for Movant