<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Corinthian Colleges, Inc.                           Case No.  15-10952-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee       Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

       Disbursements made under the Plan:          $4,348,396.80

       Other Disbursements:                        $          0.00

       Total Disbursements:                        $4,348,396.80

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
    Date:  11/16/2015          Amount paid:  $13,000.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:  Pegasus Education, Inc.                    Case No.  15-10953-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  |  |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
        Date:  11/16/2015        Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015        _____

Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Heald Capital, LLC                              Case No.  15-10954-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee     Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  |  |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
     Date:  11/16/2015          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Corinthian Schools, Inc.                    Case No.  15-10955-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee    Tel. #: (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  |  |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

**All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.*

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan? If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought? Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date: 11/16/2015          Amount paid: $975.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated: November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel: (508) 543-1720
Fax: (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Grand Rapids Educational Center, Inc.           Case No.  15-10956-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee    Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

| | |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

***All disbursements made by the reorganized Debtor or on behalf of the reorganized
Debtor, be they under the Plan or otherwise, must be accounted for and reported herein
for the purposes of calculating quarterly fees.**

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  11/16/2015          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015                        _____

Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Rhodes Colleges, Inc.                      Case No.  15-10957-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  |  |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  11/16/2015          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Heald Real Estate, LLC                    Case No.   15-10958-KJC

Date Order was entered confirming plan:      August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  |  |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  11/16/2015           Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Rhodes Business Group, Inc.                          Case No.  15-10959-KJC

Date Order was entered confirming plan:   August 28, 2015

Responsible person for filing this report: Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):   Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  |  |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.  Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.  Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.  What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.  When was the most recent UST quarterly fee paid, and what was the amount of the payment?
    Date: 11/16/2015        Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Everest College Phoenix, Inc.                    Case No.  15-10960-KJC

Date Order was entered confirming plan:   August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):   Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

| | |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  11/16/2015          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   ETON Education, Inc.                          Case No.  15-10961-KJC

Date Order was entered confirming plan:      August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

           Disbursements made under the Plan:          $0.00

           Other Disbursements:                        $0.00

           Total Disbursements:                        $0.00


**_*All disbursements made by the reorganized Debtor or on behalf of the reorganized
Debtor, be they under the Plan or otherwise, must be accounted for and reported herein
for the purposes of calculating quarterly fees._**


1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action,
      and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan? If no, explain the circumstances which
      have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought? Reconciliation of Claims, and
      Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  11/16/2015          Amount paid:  $325.00


Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this
document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

                                    _____
                                    Craig R. Jalbert, DistributionTrustee
                                    Verdolino & Lowey, P.C.
                                    Pine Brook Office Park
                                    124 Washington Street
                                    Foxborough, MA  02035
                                    Tel:  (508) 543-1720
                                    Fax:  (508) 543-4114

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Florida Metropolitan University, Inc.                    Case No.  15-10962-KJC

Date Order was entered confirming plan:      August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

      Disbursements made under the Plan:          $0.00

      Other Disbursements:                        $0.00

      Total Disbursements:                        $0.00

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.     Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.     Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.     What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.     When was the most recent UST quarterly fee paid, and what was the amount of the payment?
       Date:  11/16/2015          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:    CDI Education USA, Inc.                     Case No.  15-10963-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee    Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

| | |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
       Date:  11/16/2015            Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Heald Education, LLC.                              Case No.  15-10964-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee    Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

| | |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  11/16/2015          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:  SP PE VII-B Heald Holdings Corporation          Case No.  15-10965-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  |  |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.     Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.     Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.     What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.     When was the most recent UST quarterly fee paid, and what was the amount of the payment?
       Date:  11/16/2015          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Corinthian Property Group, Inc.                    Case No.   15-10966-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report: Craig R. Jalbert, Distribution Trustee     Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

          Disbursements made under the Plan:          $0.00

          Other Disbursements:                        $0.00

          Total Disbursements:                        $0.00

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.     Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.     Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.     What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.     When was the most recent UST quarterly fee paid, and what was the amount of the payment?
       Date: 11/16/2015            Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Ashmead Education, Inc.                    Case No.  15-10967-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

        Disbursements made under the Plan:          $0.00

        Other Disbursements:                        $0.00

        Total Disbursements:                        $0.00

**All disbursements made by the reorganized Debtor or on behalf of the reorganized
Debtor, be they under the Plan or otherwise, must be accounted for and reported herein
for the purposes of calculating quarterly fees.*

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action,
      and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which
      have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and
      Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  11/16/2015            Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this
document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

                                        _____
                                        Craig R. Jalbert, DistributionTrustee
                                        Verdolino & Lowey, P.C.
                                        Pine Brook Office Park
                                        124 Washington Street
                                        Foxborough, MA  02035
                                        Tel:  (508) 543-1720
                                        Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   SD III-B Heald Holdings Corporation                    Case No.  15-10968-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

        Disbursements made under the Plan:          $0.00

        Other Disbursements:                                $0.00

        Total Disbursements:                                $0.00

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  11/16/2015      Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

                            _____
                            Craig R. Jalbert, DistributionTrustee
                            Verdolino & Lowey, P.C.
                            Pine Brook Office Park
                            124 Washington Street
                            Foxborough, MA  02035
                            Tel:  (508) 543-1720
                            Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Heald College, LLC                          Case No.  15-10969-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee     Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  |  |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
        Date:  11/16/2015              Amount paid:  $650.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Titan Schools, Inc.                          Case No.  15-10970-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

| | |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.***

1.     Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.     Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.     What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.     When was the most recent UST quarterly fee paid, and what was the amount of the payment?
       Date: 11/16/2015          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   MJB Acquisition Corporation                    Case No.   15-10971-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee     Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

      Disbursements made under the Plan:          $0.00

      Other Disbursements:                              $0.00

      Total Disbursements:                              $0.00

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.***

1.     Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.     Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.     What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.     When was the most recent UST quarterly fee paid, and what was the amount of the payment?
       Date:  11/16/2015          Amount paid:  $650.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

           _____
           Craig R. Jalbert, DistributionTrustee
           Verdolino & Lowey, P.C.
           Pine Brook Office Park
           124 Washington Street
           Foxborough, MA  02035
           Tel:  (508) 543-1720
           Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Career Choices, Inc.                                    Case No.  15-10972-KJC

Date Order was entered confirming plan:   August 28, 2015

Responsible person for filing this report: Craig R. Jalbert, Distribution Trustee    Tel. #:  (508) 543-1720

Disbursing Agent (if any):   Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

        Disbursements made under the Plan:          $0.00

        Other Disbursements:                        $0.00

        Total Disbursements:                        $0.00

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
    Date:  11/16/2015          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

                _____
                Craig R. Jalbert, DistributionTrustee
                Verdolino & Lowey, P.C.
                Pine Brook Office Park
                124 Washington Street
                Foxborough, MA  02035
                Tel:  (508) 543-1720
                Fax:  (508) 543-4114

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   QuickStart Intelligence Corporation                    Case No.  15-10973-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee     Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

      Disbursements made under the Plan:           $0.00

      Other Disbursements:                         <u>$0.00</u>

      Total Disbursements:                         <u>$0.00</u>

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
     Date:  11/16/2015          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Sequoia Education, Inc.                           Case No.  15-10974-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

    Disbursements made under the Plan:            $0.00

    Other Disbursements:                                     $0.00

    Total Disbursements:                                     $0.00

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
    Date:  11/16/2015          Amount paid:  $1,950.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:    ECAT Acquisition, Inc.                    Case No.  15-10975-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee    Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  |  |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
       Date: 11/16/2015        Amount paid: $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel: (508) 543-1720
Fax: (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending September 30, 2015

Case Name:   Socle Education, Inc.                           Case No.   15-10976-KJC

Date Order was entered confirming plan:      August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|                                        |           |
|----------------------------------------|-----------|
| Disbursements made under the Plan:     | $0.00     |
| Other Disbursements:                   | $0.00     |
| Total Disbursements:                   | $0.00     |

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  11/16/2015          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  November 16, 2015

_____
Craig R. Jalbert, DistributionTrustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114