# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | § Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § |
| | § Case No. 15-10952 (KJC) |
| | § |
| | § (Jointly Administered) |
| Debtors. | § |
| | § Re: Docket Nos. 1036, 1074, 1075, 1077, 1078, 1079, |
| | § 1080, 1081, 1082, & 1083 |

### OMNIBUS ORDER AWARDING FINAL
### ALLOWANCE OF COMPENSATION FOR SERVICES
### RENDERED AND FOR REIMBURSEMENT OF EXPENSES

Upon consideration of the final applications (each a "**Final Application**" and collectively, the "**Final Applications**") of those professionals referenced on Exhibit A attached hereto (each an "**Applicant**" and collectively, the "**Applicants**"), pursuant to sections 330(a) and 331 of chapter 11 of title 11 of the United States Code, §§ 101-1532, and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for final allowance of compensation and reimbursement of expenses for professional services rendered and expenses incurred during the periods set forth on Exhibit A attached hereto (the "**Compensation Period**"), filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated May 26, 2015 [Docket No. 201] (the "**Interim Compensation Order**") and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 13483687v.1

the *Order Confirming Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 913], whereby the Court confirmed the Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 909] (the "**Plan**");[2] and the Court having reviewed the Final Applications of each Applicant for allowance of final compensation for professional services and for reimbursement of expenses referenced on Exhibit A attached hereto; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Applications was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Applications; and upon the full record of all proceedings in these cases; and sufficient cause having been shown therefor,

    IT IS HEREBY ORDERED THAT:

    1.    Each Final Application is GRANTED and APPROVED and each of the Applicants is allowed, on a final basis, compensation and reimbursement of expenses for the Compensation Period in the respective amounts set forth on Exhibit A, including any and all holdbacks.

    2.    Each of the Applicants is authorized to immediately apply any cash in its possession to its outstanding invoices and, to the extent of any unpaid amounts, the Distribution Trustee or the Student Trustee, as directed in the Plan, is authorized to make payment to each of the Applicants of 100% of any and all fees and 100% of any and all expenses listed on Exhibit A hereto that have not yet been paid in satisfaction of the allowed fees for services rendered and expenses incurred during the Compensation Period; provided, however, that nothing contained

---

[2] Capitalized terms not otherwise defined herein have the meaning give to them in the Plan.

herein shall require the Distribution Trustee or the Student Trustee, as the case maybe, to pay fees or expenses in excess of the limitations set forth in the Plan.

3. This Order shall be deemed a separate order with respect to each of the Final Applications. Any stay of this Order pending appeal with respect to any one Applicant shall only apply to the particular Applicant that is the subject of such appeal, and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Applicants.

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: December 10, 2015
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE