# Exhibit A

RLF1 13483687v.1

**Exhibit A**

**In re: Corinthian Colleges, Inc., Case No. 15-10952 (KJC)**

**Final Fee Application Chart**

| Name of Professional | Firms Role in Case | Interim Period | Fees Requested | Expenses Requested | United States Trustee Fee Reduction | United States Trustee Expense Reduction | Fees Approved | Expenses Approved | Total Fees and Expenses Approved |
|---|---|---|---|---|---|---|---|---|---|
| Gavin/ Solmonese LLC | Financial Advisor to the Official Committee of Unsecured Creditors | 5/13/15 - 9/22/15 | $127,770.50 | $68.14 | $0.00 | $0.00 | $127,770.50 | $68.14 | $127,838.64 |
| The Rosner Law Group LLC | Co-Counsel to the Official Committee of Unsecured Creditors | 5/13/15 - 9/22/15 | $93,740.80 | $5,797.08 | $0.00 | $0.00 | $93,740.80 | $5,797.08 | $99,537.88 |
| Brown Rudnick LLP | Co-Counsel to the Official Committee of Unsecured Creditors | 5/13/15 - 9/21/15 | $992,795.50 | $24,244.74 | $2,082.00 | $0.00 | $990,713.50 | $24,244.74 | $1,014,958.24 |
| Rust Consulting/ Omni Bankruptcy | Administrative Agent to the Debtors | 5/4/15 - 9/30/15 | $45,376.25 | $0.00 | $0.00 | $0.00 | $45,376.25 | $0.00 | $45,376.25 |
| Richards, Layton & Finger, P.A. | Counsel to the Debtors | 5/4/15 - 9/21/15 | $1,814,475.00 | $85,132.45 | $2,446.00 | $0.00 | $1,812,029.00 | $85,132.45 | $1,897,161.45 |
| Polsinelli PC | Co-Counsel to the Official Committee of Student Creditors | 5/21/15 - 9/21/15 | $151,424.55 | $2,486.51 | $53.10 | $0.00 | $151,371.45 | $2,486.51 | $153,857.96 |

RLF1 13483687v.1

| Name of Professional | Firms Role in Case | Interim Period | Fees Requested | Expenses Requested | United States Trustee Fee Reduction | United States Trustee Expense Reduction | Fees Approved | Expenses Approved | Total Fees and Expenses Approved |
|---|---|---|---|---|---|---|---|---|---|
| Pricewaterhouse Coopers LLP | Tax Advisor for the Debtors | 5/4/15 - 9/21/15 | $260,562.00 | $0.00 | $0.00 | $0.00 | $260,562.00 | $0.00 | $260,562.00 |
| Willie Farr & Gallagher LLP | Special Insurance Counsel to the Official Committee of Unsecured Creditors | 8/10/15 - 9/21/15 | $70,807.00 | $139.59 | $0.00 | $0.00 | $70,807.00 | $139.59 | $70,946.59 |
| Public Counsel | Special Counsel for the Official Committee of Student Creditors | 5/16/15 - 9/21/15 | $147,896.75 | $25.59 | $4,262.50 | $0.00 | $143,634.25 | $25.59 | $143,659.84 |
| Robins Kaplan LLP | Co-Counsel to the Official Committee of Student Creditors | 5/16/15 - 9/21/15 | $898,548.00 | $20,349.03 | $13,692.00 | $31.28 | $884,856.00 | $20,317.75 | $905,173.75 |
| TOTAL | | | $4,603,396.35 | $138,243.13 | $22,535.60 | $31.28 | $4,580,860.75 | $138,211.85 | $4,719,072.60 |

RLF1 13483687v.1