# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.
**CASE NO.:** 15-10952-KJC

**COURTROOM LOCATION:** 5
**DATE:** December 10, 2015

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lorie Ball | Robins Kaplan | Student Committee |
| Shanti Katona | Polsinelli | " |
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Michael Merchant | Richards, Layton & Finger | Distribution Trustee |
| Amanda Steele | " | " |
| Ben Silverberg | Brown Rudnick LLP | GUC Committee |
| Julia Klein | Rosner Law Group LLC | " " |
| Brian Arban | Hiller + Arban | Quincy Investment |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 12/10/2015
Calendar Time: 01:00 PM ET

2nd Revision 12/10/2015 05:16 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7312748 | Marc Abrams | 212-728-8000 | Willkie Farr & Gallagher LLP | Representing, Willkie Farr & Gallagher LLP / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7315570 | Andrea Clark Smith | (612) 596-6000 | PricewaterhouseCoopers LLP | Debtor, Corinthian Colleges, Inc. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7216114 | Bernard Eskandari | (213) 897-2652 | California Department of Justice | Creditor, California Department of Justice / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7315274 | Peter Leight | (617) 963-2448 | State of Massachusetts - Office of the Attorney General | Interested Party, State of Massachusetts - Office of the Attorney General / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7312515 | Anne K. Richardson | (213) 385-2977 | Public Counsel | Creditor, Committee of Student Creditors / LIVE |
| | | Corinthian Colleges, Inc. | 15-10959 2 | Hearing | 7313877 | Paul Deutch | (212) 302-3580 | Rust Consulting / Omni Management, LLC | Debtor, Corinthian Colleges, Inc. / LIVE |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.