## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on December 8, 2015, I caused true and correct copies of the following document to be served (i) via facsimile to the parties listed in in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of Agenda of Matters Scheduled for Hearing on December 10, 2015 at 1:00 P.M. (EST)[2] [Docket No. 1116]**

Dated: December 8, 2015

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 8th day of Dec, 20 15, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

LINDA BRITTAIN
Commission # 2126609
Notary Public - California
Los Angeles County
My Comm. Expires Sep 13, 2019

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]    The hearing will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the December 10, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to  12:00 p.m. (noon) (EST) on Wednesday, December 9, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

# **EXHIBIT A**

**Corinthian Colleges, Inc. - Service List to Facsimile Recipients**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>610-993-8493 | ASHBY & GEDDES, P.A.<br>LEIGH-ANNE RAPORT<br>302-654-2067 | ASHBY & GEDDES, P.A.<br>RICARDO PALACIO<br>302-654-2067 |
| ASHBY & GEDDES, P.A.<br>WILLIAM BOWDEN<br>302-654-2067 | COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN<br>617-722-0184 | COMMONWEALTH OF MASSACHUSETTS<br>PETER LEIGHT<br>617-722-0184 |
| COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>717-787-7671 | DEVELOPMENT RESOURCES, INC.<br>JOHN GIANNOPOULOS<br>312-822-0561 | DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>215-988-2757 |
| DRINKER BIDDLE & REATH LLP<br>HOWARD A. COHEN<br>302-467-4201 | DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>212-248-3141 | FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>303-830-1033 |
| FRANKGECKER LLP<br>JOSEPH FRANK<br>312-276-0035 | FRANKGECKER LLP<br>REED HEILIGMAN<br>312-276-0035 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>617-451-0409 |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN<br>310-712-8571 | KATTEN MUCHIN ROSENMAN LLP<br>BRIAN HUBEN<br>310-788-4471 | KATTEN MUCHIN ROSENMAN LLP<br>DUSTIN BRANCH<br>310-788-4471 |
| KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>212-808-7897 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DAVID G. AELVOET<br>210-225-6410 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>469-221-5003 |
| MISSOURI DEPARTMENT OF REVENUE<br>STEVEN A. GINTHER<br>573-751-7232 | MORRIS JAMES LLP<br>CARL N. KUNZ III<br>302-571-1750 | MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>302-571-1750 |
| MORRISON & FOERSTER LLP<br>ERICA RICHARDS<br>212-468-7900 | MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI<br>212-468-7900 | NYS DEPT. OF TAXATION & FINANCE<br>ROBERT COOK<br>518-435-8490 |
| OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>503-378-8395 | OFFICE OF THE ATTORNEY GENERAL<br>JOSEPH J. SANDERS<br>312-814-2593 | OFFICE OF THE U.S. ATTORNEY<br>KELLY T. CURRIE<br>718-254-7508 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>302-573-6497 | OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY FOX<br>302-573-6497 | OREGON DEPARTMENT OF JUSTICE<br>CAROLYN G. WADE<br>503-373-7067 |
| PALM SPRINGS MILE ASSOCIATES, LTD<br>PHILLIP J. EISENBERG<br>212-545-1410 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.<br>OWEN M. SONIK<br>713-862-1429 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ELIZABETH BANDA CALVO<br>817-860-6509 |
| PIRCHER, NICHOLS & MEEKS<br>EUGENE J.M. LEONE<br>312-915-3348 | POLSINELLI PC<br>CHRISTOPHER WARD<br>302-252-0921 | POLSINELLI PC<br>SHANTI KATONA<br>302-252-0921 |
| POTTER ANDERSON & CORROON LLP<br>ETTA MAYERS<br>302-658-1192 | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN<br>302-658-1192 | RICHARDS, LAYTON & FINGER, P.A.<br>MARISA TERRANOVA/AMANDA STEELE<br>302-651-7701 |
| RICHARDS, LAYTON & FINGER, P.A.<br>MARK D. COLLINS/MICHAEL J. MERCHANT<br>302-651-7701 | ROBAINA & KRESIN<br>THOMAS GRIFFIN<br>602-682-6455 | ROBINS KAPLAN LLP<br>CYNTHIA HERNANDEZ<br>310-229-5800 |

**Corinthian Colleges, Inc. -  Service List to Facsimile Recipients**                          Served 12/8/2015

ROBINS KAPLAN LLP
LORIE BALL
310-229-5800

ROBINS KAPLAN LLP
SCOTT F. GAUTIER
310-229-5800

RUDER WARE, L.L.S.C.
JEREMY M. WELCH
715-845-2718

SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE
212-818-9606

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CARREN B. SHULMAN
212-653-8701

SIDLEY AUSTIN LLP
ANNA GUMPORT
213-896-6600

SIDLEY AUSTIN LLP
JENNIFER HAGLE
213-896-6600

SIMON PROPERTY GROUP, INC.
RONALD M. TUCKER
317-263-7901

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FELICIA GERBER PERLMAN
312-407-0411

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
SARAH E. PIERCE
302-651-3001

SYNCHRONY BANK
RAMESH SINGH
305-374-8113

TRAVIS COUNTY
KAY D. BROCK
512-854-4808

TREASURER - TAX COLLECTOR
DAN MCALLISTER
619-685-2589

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEY J. HULL
512-936-1409

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
202-514-9163

U.S. DEPARTMENT OF JUSTICE
MICHAEL R. SEW.HOY
202-514-9163

WISCONSIN DEPARTMENT OF JUSTICE
F. MARK BROMLEY, AAG
608-267-8906

Parties Served:  62

## **<u>EXHIBIT B</u>**

**Corinthian Colleges, Inc. - Overnight Mail**

ARAPAHOE COUNTY TREASURER
BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON CO 80166

BMC GROUP, INC.
T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO CA 90245

BOVITZ & SPITZER
J. SCOTT BOVITZ
1100 WILSHIRE BLVD., S
SUITE 2403
LOS ANGELES CA 90017

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK NY 10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND OR 97232

CA DEPT. OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
1300 I ST.,
SACRAMENTO CA 95814-5901

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND CA 94612

COMMONWEALTH OF MASSACHUSETTS
DEPT OF THE STATE TREASURER
UNCLAIMED PROPERTY DIVISION
ONE ASHBURTON, 12TH FLOOR
BOSTON, MA 02108-1608

COMMONWEALTH OF MASSACHUSETTS
MAURA HEALEY/PETER LEIGHT/GLENN KAPLAN
ONE ASHBURTON PL, 18TH FL
BOSTON, MA 02108

CONSUMER FINANCIAL PROTECTION BUREAU
CYNTHIA GOOEN LESSER
1700 G STREET, N.W.
WASHINGTON D.C. 20552

DE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
FRANCHISE TAX DIVISION
DOVER DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK NY 10013

DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON DE 19802

EQUITY ONE, INC.
LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

GAVIN.SOLMONESE LLC
EDWARD T. GAVIN, CTP
919 N. MARKET ST, STE 600
WILMINGTON, DE 19801

GE INFO TECH SOLUTIONS
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON GA 31208-3708

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU HI 96813

HILLER & ARBAN, LLC
RE: QUALITY INVESTMENT PROPERTIES SACRAMENT
ADAM HILLER/BRIAN ARBAN
1500 NORTH FRENCH STREET, 2ND FLOOR
WILMINGTON, DELAWARE 19801

HILLER & ARBAN, LLC
RE: QUALITY INVESTMENT PROPERTIES SACRAME
EDWIN H. CALDIE/AMANDA K. SCHLITZ
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN 55402

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAILSTOP 5-Q30.133
PHILADELPHIA PA 19101-7346

KREIS, ENDERLE, HUDGINS & BORSOS
THOMAS G. KING
PO BOX 4010
KALAMAZOO MI 49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI OH 75271-2711

LAW OFFICE OF DONALD W. SIEVEKE
DONALD W. SIEVEKE
1113 N. SPURGEON ST
SANTA ANA CA 92701

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801

NEW YORK STATE DEPARTMENT OF LABOR
BLDG. 12, W.A. HARRIMAN CAMPUS
ALBANY NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMIN.
800 W. WASHINGTON STREET
2ND FLOOR
PHOENIX AZ 85007

OFFICE OF THE ATTORNEY GENERAL
MAURA HEALEY/P. LEIGHT/G. KAPLAN
ONE ASHBURTON PLACE
18TH FLOOR
BOSTON MA 2108

OFFICE OF THE ATTORNEY GENERAL
NANCY QUACH/NICHOLAS CAMPINS
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO CA 94102-7004

OFFICE OF THE U.S. ATTORNEY
FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU HI 96850

Corinthian Colleges, Inc. - Overnight Mail

OFFICE OF THE U.S. ATTORNEY
JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX AZ  85004-4408

OFFICE OF THE U.S. ATTORNEY
PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK NY  10007

OUTTEN & GOLDEN LLP
JACK RAISNER/RENÉ ROUPINIAN
3 PARK AVENUE
29TH FLOOR
NEW YORK NY  10016

PRICEWATERHOUSECOOPERS
CHRIS WHITNEY
601 S FIGUEROA ST
LOS ANGELES, CA 90017

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC  20549

SECURITIES & EXCHANGE COMMISSION
GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY  10281-1022

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON DE  19801-0820

STATE OF MI/DEPT. OF TREASURY
BILL SCHUETTE/HEATHER DONALD
3030 W. GRAND BLVD.
CADILLAC PLACE, SUITE 10-200
DETROIT MI  48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND OR  97701

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT/KAREN AXSOM
800 W. WASHINGTON ST
PHOENIX AZ  85007

THE ROSNER LAW GROUP
JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET
SUITE 810
WILMINGTON DE  19801

TN DEPT OF REVENUE
TN ATTY GENERAL'S OFFICE
PO BOX 20207
BANKRUPTCY DIVISION
NASHVILLE TN  37202-0207

U.S. ATTORNEY'S OFFICE
CHARLES M. OBERLY, III
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON DE  19801

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC  20530-0001

UNITED STATES DEPARTMENT OF LABOR
THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON DC  20210

WATT LONG BEACH, LLC
JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA CA  90405

WILLKIE FARR & GALLAGHER LLP
MARC ABRAMS
787 SEVENTH AVE
NEW YORK, NY 10019

Parties Served: 50