# Notice Recipients

District/Off: 0311−1               User: Al                    Date Created: 12/17/2015
Case: 15−10952−KJC               Form ID: ntcBK               Total: 10


**Recipients of Notice of Electronic Filing:**
ust     United States Trustee        USTPREGION03.WL.ECF@USDOJ.GOV
aty     Amanda R. Steele         steele@rlf.com
aty     Marisa A. Terranova        terranova@rlf.com
aty     Marisa A. Terranova        terranova@rlf.com
aty     Mark D. Collins         collins@RLF.com
aty     Michael Joseph Merchant        merchant@rlf.com
aty     Rachel Layne Biblo        Biblo@rlf.com
aty     Richard L. Schepacarter        richard.schepacarter@usdoj.gov
aty     Timothy Jay Fox, Jr.        timothy.fox@usdoj.gov

                                                          TOTAL: 9


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Corinthian Colleges, Inc.       6 Hutton Centre Drive, Suite 400       Santa Ana, CA 92707

                                                          TOTAL: 1