IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 15-10952 (KJC), *et seq.* |

**CERTIFICATION OF COUNSEL REGARDING CERTAIN CLAIMANT'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**
*(relates to Docket Nos. 1098 & 1109)*

The undersigned hereby certifies as follows:

1. On November 20, 2015, Quality Investment Properties Sacramento, LLC (the "Movant") filed its Motion for Allowance and Payment of Administrative Expense Claim Pursuant to § 503(b)(1)(A) [Docket No. 1098] (the "Motion").

2. Pursuant to the notice of this Motion, objections to the Motion were to be filed and served not later than December 3, 2015, at 4:00 p.m.

3. On December 3, 2015, Craig R. Jalbert, as distribution trustee (the "Distribution Trustee") filed the Distribution Trustee's Objection to Quality Investment Properties Sacramento, LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [Docket No. 1109].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1

4. Counsel to the Movant and the Distribution Trustee have agreed upon a revised form of order with respect thereto, which is attached hereto as **Exhibit 1** (the "Revised Order"). For the Court's convenience, a blackline highlighting the changes made to the original form of order attached to the Motion is attached hereto as **Exhibit 2**.

4. The Revised Order is submitted upon the consent of the Distribution Trustee and the Movant. The US Trustee does not object to entry of the Revised Order.

5. The undersigned has reviewed the Court's docket in this case and, as of the date hereof, no other answer, objection or responsive pleading to the Motion appears thereon.

6. It is respectfully requested that the Revised Order be entered without further notice or hearing.

Dated: December 22, 2015
      Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

 /s/ **Brian Arban**
Adam Hiller (DE No. 4105)
Brian Arban (DE No. 4511)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
barban@hillerarban.com

*Attorneys for Movant*