# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 15-10952 (KJC), *et seq.* |

**AGREED ORDER GRANTING QUALITY INVESTMENT PROPERTIES SACRAMENTO, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

UPON CONSIDERATION OF the Motion for Allowance and Payment of Administrative Expense Claim (the "Motion") filed by Quality Investment Properties Sacramento, LLC ("QTS") pursuant to 11 U.S.C. §§ 105(a) and 503(b)(1)(A); the Court having considered the Motion, any response or objection to the Motion, and the record in this case; and ~~the arguments presented at any hearing conducted in connection with~~ the Distribution Trustee and QTS having agreed to resolve the Motion upon the terms set forth in this Agreed Order; the Court finds that (a) ~~any responses to the Motion have either been withdrawn or are hereby denied on the merits; (b)~~ the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (~~c~~b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (~~d~~c) the Court may enter a final order consistent with Article III of the United States Constitution; (~~e~~d) venue of this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (~~f~~e) notice of the Motion was sufficient under

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

the circumstances and no other or further notice need to be given; and (~~g~~f) the legal and factual bases set forth in the Motion establish cause for the relief granted herein. Therefore, it is HEREBY ORDERED as follows:

1. The Motion is GRANTED as set forth herein. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. QTS is determined to hold an allowed priority administrative claim against the Debtors' estates in the amount of $~~31,306.~~10,000.00 ("Allowed Administrative Claim").

3. The Debtors shall ~~satisfy~~ pay $5,000.00 of the Allowed Administrative Claim ~~no later than~~to QTS within ten (10) days from the date of entry of this Order. The remaining $5,000.00 of the Allowed Administrative Claim at such time as the Distribution Trustee has sufficient funds on ~~which payment of other~~hand to make distributions to similarly situated allowed administrative claims~~ is made~~ in these Chapter 11 cases.

4. This Court shall retain jurisdiction to interpret and/or enforce this Order to the extent necessary or appropriate.

Dated: __________, 2015

_______________________________

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE