IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 15-10952 (KJC), *et seq.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2015, I caused copies of the foregoing Certification of Counsel Regarding Certain Claimant's Motion for Allowance and Payment of Administrative Expense Claim to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: December 22, 2015           /s/ **Brian Arban**
       Wilmington, Delaware            Brian Arban (DE No. 4511)
                                                          Hiller & Arban, LLC
                                                          1500 North French Street, 2nd Floor
                                                          Wilmington, Delaware 19801
                                                          (302) 442-7676 telephone
                                                          (302) 442-7045 facsimile

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.