| | |
|---|---|
| Mark D. Collins, Esq. | Timothy Jay Fox, Jr., Esq. |
| Michael J. Merchant, Esq. | Richard L. Schepacarter, Esq. |
| Marisa A. Terranova, Esq. | Office of the United States Trustee |
| Amanda R. Steele, Esq. | U.S. Department of Justice |
| RICHARDS, LAYTON & FINGER, P.A. | 844 King Street, Suite 2207 |
| 920 N. King Street | Lockbox #35 |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |