IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | Case No. 15-10952 (KJC) <br> Reference No.: 1120 |

### CERTIFICATE OF COUNSEL

I, Vivian A. Houghton, Esquire, hereby certify as follows, regarding the attached Order (hereinafter "Order"):

1. Movants, Christine Newsom, Casey Harwood, Krishawna Carranza, Angelica Casas, Eleanor Bailey, Gwendolyn Pawluck, and Stefanie Pelosi, filed a Motion for Relief from the Automatic Stay on December 9, 2015.

2. Distribution Trustee filed a Limited Response to Motion for Relief from the Automatic Stay on January 8, 2016.

3. Movants and Distribution Trustee have resolved the Limited Response to Motion for Relief from Automatic Stay with the attached Order.

4. The Order has been served on the parties indicated on the accompanying Certificate of Service.

WHEREFORE, Christine Newsom, Casey Harwood, Krishawna Carranza, Angelica Casas, Eleanor Bailey, Gwendolyn Pawluck, and Stefanie Pelosi, respectfully requests that the Court enter the Order.

Date: January 12, 2016

/s/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 North West Street, 1st Floor
Wilmington, DE 19801
(302) 658-0518
Attorney for Movants