IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | Case No. 15-10952 (KJC) <br> Reference No.: 1120 |

## CERTIFICATE OF SERVICE

I, Vivian A. Houghton, Esquire, certify that I am not less than 18 years of age; that service of this **Certification of Counsel and Proposed Order** was made via first class mail and electronic filing on January 12, 2016 in accordance with BR 7004 on:

**Richards, Layton & Finger, PA**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Attorneys for Debtor

**Polsinelli PC**
222 Delaware Ave, Suite 1101
Wilmington, DE 19801
Phone: (310) 552-0130

**Robins Kaplan LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Phone: (302) 252-0920
Attorneys for Official Committee of
Student Creditors

**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
Phone: (212) 209-4800

**The Rosner Law Group LLC**
824 Market St., Suite 810
Wilmington, DE 19801
Phone: (302) 319-6300
Attorneys for the Official
Committee of Unsecured Creditors

**U.S. Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Phone: (302) 573-6491

**Payne & Fears**
Robert Matsuishi
Jamboree Center
4 Park Plaza
(949) 851-1100
Attorneys for Defendants in
State Court Action

/s/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 North West Street, 1st Floor
Wilmington, DE 19801
(302) 658-0518
Attorney for Movants