IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

-----------------------------------------------------------------

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 12, 2016 AT 2:00 P.M. (EST)**

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING
HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

I.  **CONTINUED MATTER:**

   1. Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

   Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

   Objections / Responses Received:   None.

   Related Documents:   None.

   Status: The hearing on this matter has been continued to a date to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] **Amended items appear in bold.**

RLF1 13661427v.1

## II. CONTESTED MATTER GOING FORWARD:

2. Motion for Relief From the Automatic Stay [Docket No. 1120 - filed December 9, 2015]

    <u>Objection / Response Deadline</u>:   January 7, 2016 at 4:00 p.m. (EST); extended to January 8, 2016 at 12:00 p.m. (EST)

    <u>Objections / Responses Received</u>:

    A.  Distribution Trustee's Limited Response to Motion for Relief from the Automatic Stay [Docket No. 1134 - filed January 8, 2016]

    <u>Related Documents</u>:

    i.  **Certificate of Counsel [Docket No. 1139 - filed January 12, 2016]**

    <u>Status</u>: **On January 12, 2016, the movant submitted a proposed order resolving this matter under a Certificate of Counsel. The Court has indicated that a hearing regarding this matter is not required.**

Dated: January 12, 2016
Wilmington, Delaware

*/s/ Amanda R. Steele*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
   merchant@rlf.com
   terranova@rlf.com
   steele@rlf.com

Counsel for the Distribution Trustee