IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT DELAWARE

In re:

CORINTHIAN COLLEGES, INC., *et al.*

Chapter 11

Case No. 15-10952 (KJC)
Reference No.: 1120, 1139

### ORDER

IT IS SO ORDERED this 12th day of Jan., 2016 that

1. Relief from the automatic stay is hereby granted to permit the Movants to continue prosecution of their employment discrimination and derivative claims lawsuit against the Debtor in the Superior Court of the State of California (the "State Court Action") as further stated in the Motion to Lift Automatic Stay, provided, however, that with respect to any settlement or judgment against the Debtors in connection with the State Action, the Movants shall be limited by, and shall look strictly and solely to, the proceeds of insurance coverage, if any, to satisfy any such settlement or judgment.

2. Notwithstanding anything to the contrary herein, nothing in this Order shall modify the injunction provisions set forth in the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 909].

3. The Movants waive the ability to recover on any and all claims that they have or may have against the Debtors or their estates and the Distribution Trust arising out of, related to, or in connection with, the State Court Action, other than from insurance coverage.

4. The Movants waive their rights, if any, to file and/or seek recovery on any and all other claims that they may have against the Debtors or their estates and the Distribution Trust.

_____
Honorable. Kevin J. Carey
U.S Bankruptcy Judge