IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., ET AL.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered<br><br>**Doc. Nos. 968, 969, 970, 971, 1041** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING
THE MOTION OF THE COMMONWEALTH OF MASSACHUSETTS TO
DISMISS DEBTORS' OBJECTION, AND ORDER DISMISSING DEBTORS'
OBJECTIONS TO THE CLAIMS OF THE PEOPLE OF THE STATE OF
CALIFORNIA, ILLINOIS OFFICE OF THE ATTORNEY GENERAL,
AND THE CONSUMER FINANCIAL PROTECTION BUREAU**

The undersigned hereby certifies as follows:

1. On September 16, 2015, the Debtors[1] filed *Debtors' Objection to the Claims of the Commonwealth of Massachusetts* [Docket No. 968], *Debtors' Objection to the Claims of the People of the State of California* [Docket No. 969], *Debtors' Objection to the Claim of the Consumer Financial Protection Bureau* [Docket No. 970], and *Debtors' Objection to the Claim of the Illinois Office of the Attorney General* [Docket No. 971].

2. On October 9, 2015, the Commonwealth of Massachusetts filed the *Motion of Commonwealth of Massachusetts to Dismiss Debtors' Objection and Response to Debtors' Objection* [Docket No. 1041] (the "Motion"). California, Illinois, and the Consumer Financial Protection Bureau also filed responses to Debtors' objections to their claims [Docket Nos. 1031, 1033, and 1121].

2. On December 10, 2015, the Court held a hearing on the Motion, and indicated it would grant the Motion. The Court asked that a proposed Order be filed under certification of counsel.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).

1

3. Counsel for the Distribution Trustee, the Commonwealth of Massachusetts, the People of the State of California, the Attorney General of Illinois, and the Consumer Financial Protection bureau have agreed to the proposed form of Order attached hereto as Exhibit A. Counsel for the Student Trustee has not objected to this form of Order. A hard copy of the proposed Order has been mailed to the Court.

WHEREFORE, it is respectfully requested that the Court enter the Order attached hereto as Exhibit A.


Dated:  Boston Massachusetts
        January 19, 2016

By:  /s/ *Peter Leight*

Peter Leight, BBO #631580
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
fax: (617) 722-0184
peter.leight@state.ma.us