<u>**CERTIFICATE OF SERVICE**</u>

I, Jennifer Snow, hereby certify that on the 19th day of January 2016, I caused a true and correct copy of the foregoing *Certification of Counsel Regarding Order Granting the Motion of the Commonwealth of Massachusetts to Dismiss Debtors' Objection, and Order Dismissing Debtors' Objections to the Claims of the People of the State of California, Illinois Office of the Attorney General, and the Consumer Financial Protection Bureau* to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below.


Dated: January 19, 2016                                      /s/ *Jennifer Snow*
                                                             Jennifer Snow

<u>COUNSEL TO THE STUDENT COMMITTEE</u>
Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801  cward@polsinelli.com
skatona@polsinelli.com


Scott F. Gautier, Esq.
Lorie A. Ball, Esq.
Cynthia C. Hernandez, Esq.
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
sgautier@robinskaplan.com
lball@robinskaplan.com
chernandez@robinskaplan.com


Mark Rosenbaum,Esq.
Anne Richardson, Esq.
Alisa Hartz, Esq.
Dexter Rappleye, Esq.
PUBLIC COUNSEL LLP
610 S. Ardmore Avenue
Los Angeles, CA 90005
mrosenbaum@publiccounsel.org
arichardson@publiccounsel.org

ahartz@publiccounsel.org
drappleye@publiccounsel.org


COUNSEL TO THE DEBTORS
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marisa A. Terranova, Esq.
Amanda R. Steele, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
collins@rlf.com
merchant@rlf.com
terranova@rlf.com
steele@rlf.com


COUNSEL TO BANK OF AMERICA,
N.A., IN ITS CAPACITY AS ADMINISTRATIVE AGENT FOR THE LENDERS
POTTER ANDERSON & CORROON LLP
Jeremy W. Ryan
Etta R. Mayers
1313 North Market Street, Sixth Floor
Wilmington, DE 19899-0951
jryan@potteranderson.com
emayers@potteranderson.com


SIDLEY AUSTIN LLP
Jennifer C. Hagle
Anna Gumport
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
jhagle@sidley.com
agumport@sidley.com


OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
Jeffrey H. Schwartz, Esq.
Bennet S. Silverberg, Esq.
Brown Rudnick LLP
Seven Times Square

New York, NY 10036
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com

Frederick B. Rosner, Esq.
Julia B. Klein, Esq.
The Rosner Law Group LLC
824 Market St. Suite 810
Wilmington, DE 19801
rosner@teamrosner.com
klein@teamrosner.com

OFFICE OF THE UNITED STATES TRUSTEE
Richard L. Schepacarter, Esq.
Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
timothy.fox@usdoj.gov
richard.schepacarter@usdoj.gov