IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 15-10952 (KJC) |
| CORINTHIAN COLLEGES, INC., et al.,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket Nos. 968, 969, 970, 971, 1041, *1046* |
| ) | |

## ORDER GRANTING THE MOTION OF THE COMMONWEALTH OF MASSACHUSETTS TO DISMISS DEBTORS' OBJECTION, AND ORDER DISMISSING DEBTORS' OBJECTIONS TO THE CLAIMS OF THE PEOPLE OF THE STATE OF CALIFORNIA, ILLINOIS OFFICE OF THE ATTORNEY GENERAL, AND THE CONSUMER FINANCIAL PROTECTION BUREAU

Upon the Motion of the Commonwealth of Massachusetts to Dismiss Debtors' Objection and Response to Debtors' Objection (Docket No. 968), and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. §157(b); and that this Court may enter an order consistent with Article III of the United States Constitution; and venue being proper before this court under 28 U.S.C. §§1408 and 1409; and a hearing, if necessary, having been held to consider the relief requested in the Motion (the "Hearing"); and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425, Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Educations, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).

upon the record of all the proceedings before the Court; and the Court having found and determined that the legal and factual bases set forth in the Motion and at any Hearing establish just cause for the relief granted herein; and the Court having found and determined that the Debtors' objections to the claims of the People of the State of California, Illinois Office of the Attorney General, and the Consumer Financial Protection Bureau raise identical issues; and after due deliberation thereon and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors' Objection to the Claims of the Commonwealth of Massachusetts (Docket No. 968) is DISMISSED without prejudice.

3. The Debtors' Objections to the Claims of the People of the State of California (Docket No. 969), Illinois Office of the Attorney General (Docket No. 971), and the Consumer Financial Protection Bureau (Docket No. 970) are DISMISSED without prejudice.

4. Nothing in this Order alters the treatment of the claims or affects the Claims Objection Deadline set forth in *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* (the "Plan"). For the avoidance of doubt, nothing in this Order affects the ability of the Distribution Trustee, the Student Trustee or any other party in interest to subsequently object to the claims of the Commonwealth of Massachusetts, the People of the State of California, the Illinois Office of the Attorney General or the Consumer Financial Protection Bureau in accordance with the terms of the Plan.

Dated: _____, 2016
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE