# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC. | ) | Case No.: 1:15-bk-10952-KJC |
| | ) | |
| Debtor. | ) | Hon. Kevin J. Carey |
| | ) | |

## REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002(g) and (i), Gardena Professional Medical Plaza, LP ("GPMP") hereby requests that GPMP be added to the official mailing matrix and service lists in the above-captioned case. GPMP further requests that copies of all pleadings, motions, notices, and other papers, filed and/or served, in this case or any proceeding therein, be served upon the undersigned at the following:

Christian T. Kim
Dumas & Kim, APC
3435 Wilshire Blvd., Suite 990
Los Angeles, California 90010
ckim@dumas-law.com

The foregoing request includes the notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, and 9007, and also includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought before the Court in this case whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: January 28, 2016

DUMAS & KIM, APC

By: _____
Christian T. Kim, Attorneys for
Gardena Professional Medical Plaza, LP