IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |

-----------------------------------------------------------------

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 10, 2016 AT 2:00 P.M. (EST)

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.   CONTINUED MATTER:**

1. Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

   Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

   Objections / Responses Received:   None.

   Related Documents:   None.

   Status: The hearing on this matter has been continued to a date to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 13837729v.1

| | |
|---|---|
| Dated: February 5, 2016<br>Wilmington, Delaware | /s/ Amanda R. Steele<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>    merchant@rlf.com<br>    terranova@rlf.com<br>    steele@rlf.com<br><br>Counsel for the Distribution Trustee |

RLF1 13837729v.1