**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., et al.,<br><br>Debtors. | Case No. 15-10952-KJC<br><br>Chapter 11 |

**REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that Oracle America, Inc., successor-in-interest to Oracle USA, Inc. ("Oracle"), hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Shawn M. Christianson, Esq.
> Buchalter Nemer, A Professional Corporation
> 55 Second Street, 17th Floor
> San Francisco, California  94105-3493
> Telephone:     (415) 227-0900
> Facsimile:      (415) 227-0770
> schristianson@buchalter.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Oracle's:  (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Oracle is, or may be, entitled under agreements, in

-2-

law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: February 25, 2016         BUCHALTER NEMER
                                 A Professional Corporation


                                 By: */s/ Shawn M. Christianson*
                                     SHAWN M. CHRISTIANSON
                                     Attorneys for Oracle America, Inc.

**In re: Corinthian Colleges, Inc., et al.**
**Case No. 15-10952 KJC**

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at Buchalter Nemer, A Professional Corporation, 55 Second Street, 17th Floor, San Francisco, California 94105.

On **February 26, 2016**, I served the foregoing document described as:

### REQUEST FOR SPECIAL NOTICE

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:**
The foregoing documents will be served by the court via email and hyperlink to the document. On **February 26, 2016,** I checked the CM/ECF docket for this bankruptcy case and determined that the persons listed below are on the Electronic Mail Notice List to receive email notice/service for this case at the email addresses stated below.

- **Rachel Layne Biblo**: Biblo@rlf.com
- **Mark D. Collins**   collins@RLF.com
- **Michael Joseph Merchant**: merchant@rlf.com
- **Amanda R. Steele**: steele@rlf.com
- **Marisa A. Terranova:**  terranova@rlf.com
- **Timothy Jay Fox, Jr.:**  timothy.fox@usdoj.gov
- **Richard L. Schepacarter:**  richard.schepacarter@usdoj.gov
- **Marc Abrams**:  mao@willkie.com
- **Julia Bettina Klein:**  klein@teamrosner.com
- **Christopher S. Koenig:**  ckoenig@willkie.com
- **Scott J. Leonhardt:**  leonhardt@teamrosner.com
- **Frederick Rosner**:  rosner@teamrosner.com
- **H. Jeffrey Schwartz**:  jschwartz@brownrudnick.com
- **Bennett S. Silverberg**:  bsilverberg@brownrudnick.com

☒ **TO BE SERVED VIA U.S. MAIL:**  On **February 26, 2016** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

*Claims Agent*
**Rust Consulting/Omni Bankruptcy**
www.omnimgt.com
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA  91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on **February 26, 2016** at San Francisco, California.

        Chris Coopey        */s/ Chris Coopey*