**EXHIBIT C**
**CUSTOM NOTICE FORM**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered<br><br>**Objections Deadline: March 24, 2016 at 4:00 p.m. ET**<br>**Hearing Date: March 31, 2016 at 11:00 a.m. ET** |

**NOTICE OF THE STUDENT TRUSTEE'S (SUBSTANTIVE) FIRST OMNIBUS
OBJECTION TO CERTAIN CLAIMS
(RECLASSIFY FROM 507(a)(7) TO GENERAL UNSECURED STUDENT CLAIMS)**

TO THE FOLLOWING CLAIMANT:

| Name of Claimant | Claim No. Number | 507(a)(7) Claim Amount | Current Claim Classification | Modified Classification | Reason for Reclassification |
|---|---|---|---|---|---|
| | | | 507(a)(7) Priority | General Unsecured Student Claim | Claimant did not make a deposit with the Debtors for services that were not provided |

**PLEASE TAKE NOTICE** that on March 1, 2016, Development Specialists, Inc., solely in its capacity as Student Trustee (the "Student Trustee") of the CCI Student Creditors Trust, filed the (Substantive) First Omnibus Objection To Certain Claims (Reclassify From 507(a)(7) To General Unsecured Student Claims) (the "First Objection"), which objects to proofs of claims filed in this case and listed on Exhibit 1 to the proposed form of order to the First Objection.

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

**YOUR RIGHTS MAY BE AFFECTED BY THIS FIRST OBJECTION** and by any further objection that may be filed.  **YOU SHOULD THEREFORE LOCATE YOUR NAME AND CLAIM IN THE FIRST OBJECTION AND RELATED DOCUMENT AND TAKE NOTICE** that any response to the First Objection must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington Delaware 19801 on or before **4:00 p.m. Eastern Time on March 24, 2016** (the "**Response Deadline**").  At the same time, you must also serve a copy of the response upon the Student Trustee's counsel no later than the Response Deadline at the following addresses:

| **ROBINS KAPLIN LLP** | **POLSINELLI PC** |
|---|---|
| Scott F. Gautier, Esq. | Christopher A. Ward (Del. Bar No. 3877) |
| Lorie A. Ball, Esq. | Shanti M. Katona (Del. Bar No. 5352) |
| 2049 Century Park East, Suite 3400 | 222 Delaware Avenue, Suite 1101 |
| Los Angeles, California 90067 | Wilmington, Delaware 19801 |
| Telephone: (310) 552-0130 | Telephone:  (302) 252-0920 |
| Facsimile: (310) 229-5800 | Facsimile:  (302) 252-0921 |

A HEARING ON THE FIRST OBJECTION WILL BE HELD ON **MARCH 31, 2016 AT 11:00 A.M. (PREVAILING EASTERN TIME)**, BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF SOUGHT IN THE FIRST OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 1, 2016
Wilmington, Delaware

**POLSINELLI PC**

  */s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
skatona@polsinelli.com

-and-

**ROBINS KAPLAN LLP**
Scott F. Gautier, Esq.
Lorie A. Ball, Esq.
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
sgautier@robinskaplan.com
lball@robinskaplan.com
*Attorneys for CCI Student Creditors Trust*