# Exhibit A

**Proposed Order**

RLF1 13864412v.3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
:
In re: : Chapter 11
:
CORINTHIAN SCHOOLS, INC., :
: Case No. 15-10955 (KJC)
Debtor. :
:
:
----------------------------------------------------------x
:
In re: : Chapter 11
:
RHODES COLLEGES, INC., :
: Case No. 15-10957 (KJC)
Debtor. :
:
:
----------------------------------------------------------x
:
In re: : Chapter 11
:
FLORIDA METROPOLITAN UNIVERSITY, :
INC., : Case No. 15-10962 (KJC)
:
Debtor. :
:
----------------------------------------------------------x
:
In re: : Chapter 11
:
CORINTHIAN PROPERTY GROUP, INC., :
: Case No. 15-10966 (KJC)
:
Debtor. :
:
----------------------------------------------------------x

RLF1 13864412v.3

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| TITAN SCHOOLS, INC., | : : : | |
| Debtor. | : : : : | Case No. 15-10970 (KJC) |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| CAREER CHOICES, INC., | : : : | |
| Debtor. | : : : : | Case No. 15-10972 (KJC) |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| SEQUOIA EDUCATION, INC., | : : : | |
| Debtor. | : : : : | Case No. 15-10974 (KJC) |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| ETON EDUCATION, INC., | : : : | |
| Debtor. | : : : : | Case No. 15-10961 (KJC) |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| ASHMEAD EDUCATION, INC., | : : : | |
| Debtor. | : : : : | Case No. 15-10967 (KJC) |

-----------------------------------------------------------x

|  |  |
|---|---|
| In re:<br><br>MJB ACQUISITION CORPORATION,<br><br>                            Debtor. | Chapter 11<br><br>Case No. 15-10971 (KJC) |

----------------------------------------------------------x

|  |  |
|---|---|
| In re:<br><br>ECAT ACQUISITION, INC.,<br><br>                            Debtor. | Chapter 11<br><br>Case No. 15-10975 (KJC) |

----------------------------------------------------------x

|  |  |
|---|---|
| In re:<br><br>PEGASUS EDUCATION, INC.,<br><br>                            Debtor. | Chapter 11<br><br>Case No. 15-10953 (KJC) |

----------------------------------------------------------x

|  |  |
|---|---|
| In re:<br><br>GRAND RAPIDS EDUCATIONAL CENTER, INC.,<br><br>                            Debtor. | Chapter 11<br><br>Case No. 15-10956 (KJC) |

----------------------------------------------------------x

|  |  |
|---|---|
| In re:<br><br>RHODES BUSINESS GROUP, INC.,<br><br>                            Debtor. | Chapter 11<br><br>Case No. 15-10959 (KJC) |

----------------------------------------------------------x

| | | |
|---|---|---|
| In re:<br><br>EVEREST COLLEGE PHOENIX, INC.,<br><br>                              Debtor. | : : : : : : : : | Chapter 11<br><br>Case No. 15-10960 (KJC) |
| In re:<br><br>CDI EDUCATION USA, INC.,<br><br>                              Debtor. | : : : : : : : : | Chapter 11<br><br>Case No. 15-10963 (KJC) |
| In re:<br><br>SP PE VII-B HEALD HOLDINGS CORP.,<br><br>                              Debtor. | : : : : : : : : | Chapter 11<br><br>Case No. 15-10965 (KJC) |
| In re:<br><br>SD III-B HEALD HOLDINGS CORP.,<br><br>                              Debtor. | : : : : : : : : | Chapter 11<br><br>Case No. 15-10968 (KJC) |
| In re:<br><br>HEALD CAPITAL LLC,<br><br>                              Debtor. | : : : : : : : : | Chapter 11<br><br>Case No. 15-10954 (KJC) |

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| HEALD REAL ESTATE, LLC, | : : : | |
| Debtor. | : : | Case No. 15-10958 (KJC) |
| Tax I.D. No. 20-8964281 | : : | |
| ------------------------------------------------------x | | |
| In re: | : : : | Chapter 11 |
| HEALD EDUCATION, LLC, | : : : | |
| Debtor. | : : | Case No. 15-10964 (KJC) |
| Tax I.D. No. 20-8621465 | : : | |
| ------------------------------------------------------x | | |
| In re: | : : : | Chapter 11 |
| HEALD COLLEGE, LLC, | : : : | |
| Debtor. | : : | Case No. 15-10969 (KJC) |
| Tax I.D. No. 20-8699639 | : : | |
| ------------------------------------------------------x | | |
| In re: | : : : | Chapter 11 |
| QUICKSTART INTELLIGENCE CORPORATION, | : : : | Case No. 15-10973 (KJC) |
| Debtor. | : : | |
| Tax I.D. No. 33-0975665 | : : | |
| ------------------------------------------------------x | | |
| In re: | : : : | Chapter 11 |
| SOCLE EDUCATION, INC., | : : : | |
| Debtor. | : : | Case No. 15-10976 (KJC) |
| Tax I.D. No. 36-4743477 | : : | **Re: Docket No. _____** |
| ------------------------------------------------------x | | |

## ORDER CLOSING CERTAIN CHAPTER 11 CASES

This matter having come before the Court upon the *Distribution Trustee's Motion for an Order Closing Certain Chapter 11 Cases* (the "**Motion**");[1] and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their creditors and other parties in interest; and after due deliberation thereon; and good and adequate cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The chapter 11 cases of the twenty-four (24) Debtors identified on **Exhibit 1** attached hereto (the "**Subsidiary Cases**") are hereby closed.

3. Case No. 15-10952 (KJC), Corinthian Colleges, Inc., shall remain open pending further order of this Court and shall be the chapter 11 case through which the Debtors' consolidated estate shall be administered.

4. The Clerk of this Court shall enter this Order individually on each of the dockets of the chapter 11 cases and each of the dockets of the Subsidiary Cases shall be marked as "Closed."

5. The Distribution Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. Entry of this final decree is without prejudice to the rights of the Distribution Trustee or any party in interest to seek to reopen the Subsidiary Cases for cause.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

2

7. Following entry of this Order, the caption for Case No. 15-10952 (KJC) Corinthian Colleges, Inc., shall read as follows:

| In re: | § | |
| --- | --- | --- |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | |
| Debtors. | § | |

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number is Corinthian Colleges, Inc. (7312).

8. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2016
 Wilmington, Delaware _____
 THE HONORABLE KEVIN J. CAREY
 UNITED STATES BANKRUPTCY JUDGE

# __Exhibit 1__

**Subsidiary Cases**

**Subsidiary Cases**

| DEBTOR | CASE NO. |
|---|---|
| Corinthian Schools, Inc. | Case No. 15-10955 |
| Rhodes Colleges, Inc. | Case No. 15-10957 |
| Florida Metropolitan University, Inc. | Case No. 15-10962 |
| Corinthian Property Group, Inc. | Case No. 15-10966 |
| Titan Schools, Inc. | Case No. 15-10970 |
| Career Choices, Inc. | Case No. 15-10972 |
| Sequoia Education, Inc. | Case No. 15-10974 |
| ETON Education, Inc. | Case No. 15-10961 |
| Ashmead Education, Inc. | Case No. 15-10967 |
| MJB Acquisition Corporation | Case No. 15-10971 |
| ECAT Acquisition, Inc. | Case No. 15-10975 |
| Pegasus Education, Inc. | Case No. 15-10953 |
| Grand Rapids Educational Center, Inc. | Case No. 15-10956 |
| Rhodes Business Group, Inc. | Case No. 15-10959 |
| Everest College Phoenix, Inc. | Case No. 15-10960 |
| CDI Education USA, Inc. | Case No. 15-10963 |
| SP PE VII-B Heald Holdings Corp. | Case No. 15-10965 |
| SD III-B Heald Holdings Corp. | Case No. 15-10968 |
| Heald Capital LLC | Case No. 15-10954 |
| Heald Real Estate, LLC | Case No. 15-10958 |
| Heald Education, LLC | Case No. 15-10964 |
| Heald College, LLC | Case No. 15-10969 |
| Quickstart Intelligence Corporation | Case No. 15-10973 |
| Socle Education, Inc. | Case No. 15-10976 |