### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., | Case No. 15-10952 (KJC) |
|  | Jointly Administered |
| Debtors. |  |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss:
COUNTY OF KINGS     )

I, Robert Rotman, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 1st day of March, 2016, I caused a true and accurate copy of the "Notice of the Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims)", as attached in Exhibit 1, to be served upon the parties as set forth in Exhibit 2, attached hereto, via First Class US Mail.

4.  On the 1st day of March, 2016, I caused a true and accurate copy of the "Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims)", along with a Notice Customized for Name of Claimant, Claim No., Claim Amount, Current Claim Classification, Modified Classification and Reason for Reclassification, a sample of which is attached as Exhibit 3, along with the relevant exhibits (Docket No. 1161), to be served upon the parties as set forth in Exhibit 4, attached hereto, via First Class US Mail.

CCI000001

5.   Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

6.   I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 2nd day of March, 2016 at Brooklyn, New York.

By _____
Robert Rotman

Sworn before me this
2nd day of March, 2016

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
NO. #01KI6211176
COMM. EXP. September 14, 2017

CCI000001

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al. [1] | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |
| | **Objections Deadline: March 24, 2016 at 4:00 p.m. ET**<br>**Hearing Date: March 31, 2016 at 11:00 a.m. ET** |

**NOTICE OF THE STUDENT TRUSTEE'S (SUBSTANTIVE) FIRST OMNIBUS**
**OBJECTION TO CERTAIN CLAIMS**
**(RECLASSIFY FROM 507(a)(7) TO GENERAL UNSECURED STUDENT CLAIMS)**

TO:    **THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES**
        **REQUESTING NOTICES PURSUANT TO BANKRUPTCY RULE 2002**

        **PLEASE TAKE NOTICE** that on March 1, 2016, Development Specialists, Inc., solely in its capacity as Student Trustee (the "**Student Trustee**") of the CCI Student Creditors Trust appointed pursuant to Article X of the Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation (the "Plan"), filed the (Substantive) First Omnibus Objection To Certain Claims To Certain Claims (Reclassify From 507(a)(7) To General Unsecured Student Claims (the "**First Objection**"), which objects to the proofs of claim filed in the above-captioned case listed on Exhibit 1 to the proposed form of order to the First Objection. Pursuant to Rule 3007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, you are receiving the exhibits to the First Objection which lists the proofs of claim affected by the First Objection.

        <u>**YOUR RIGHTS MAY BE AFFECTED BY THIS OBJECTION**</u> and by any further objection that may be filed. **YOU SHOULD THEREFORE LOCATE YOUR NAME AND CLAIM IN THE FIRST OBJECTION AND RELATED DOCUMENT AND TAKE**

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

NOTICE that any response to the First Objection must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington Delaware 19801 on or before **March 24, 2016 at 4:00 pm (ET)** (the "**Response Deadline**"). At the same time, you must also serve a copy of the response upon the Student Trustee's counsel no later than the Response Deadline at the following addresses:

| | |
|---|---|
| **ROBINS KAPLAN LLP**<br>Scott F. Gautier, Esq.<br>Lorie A. Ball, Esq.<br>2049 Century Park East, Suite 3400<br>Los Angeles, California 90067<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800 | **POLSINELLI PC**<br>Christopher A. Ward<br>Shanti M. Katona<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921 |

  A HEARING ON THE FIRST OBJECTION WILL BE HELD ON **MARCH 31, 2016** AT 11:00 A.M. **(PREVAILING EASTERN TIME)**, BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

  **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF SOUGHT IN THE FIRST OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 1, 2016  
Wilmington, Delaware

    **POLSINELLI PC**

    _/s/ Shanti M. Katona_  
    Christopher A. Ward (Del. Bar No. 3877)  
    Shanti M. Katona (Del. Bar No. 5352)  
    222 Delaware Avenue, Suite 1101  
    Wilmington, Delaware 19801  
    Telephone: (302) 252-0920  
    Facsimile: (302) 252-0921  
    skatona@polsinelli.com

    -and-

    **ROBINS KAPLAN LLP**  
    Scott F. Gautier, Esq.  
    Lorie A. Ball, Esq.  
    2049 Century Park East, Suite 3400  
    Los Angeles, California 90067  
    Telephone: (310) 552-0130  
    Facsimile: (310) 229-5800  
    sgautier@robinskaplan.com  
    lball@robinskaplan.com

    _Attorneys for CCI Student Creditors Trust_

# EXHIBIT 1

Diputed 507(a)(7) Claims

If a claim does not indicate a specific 507(a)(7) amount owed in section 5 of the Proof of Claim and the total claim amount is greater than $2,775.00, the Student Trust has assumed that the 507(a)(7) claim is for $2,775.00, the statutory cap.

If a claimant indicates that a claim is entitled to more than one priority amount, but the claim does not set forth the amount of the alleged 507(a)(7) priority, the Student Trust has assumed that the 507(a)(7) claim is for $2,775, the statutory cap.

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| ACHERBO, SHARON | C2059 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| AKRAM, BARBARA MARIE | C250 | $3,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ALLEN, JANINA M. | C670 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ATKINSON, ANTONIO | C3313 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BELCHER, VINCENT RAYNARD | C583 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BENITEZ, DALYON | C1328 | $1,788.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BLAKE, TERRI LYNN | C3388 | $2,342.76 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BROWN, RHONDA | C3731 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BROWN, RHONDA | C3731 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10957 | Claimant did not make a deposit with the Debtors for services that were not provided |

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| BROWN, RHONDA | C3731 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| California Dept. of Consumer Affairs, Bureau for Private Postsecondary Education | C4214 | $35,889,195.97 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CARRADA, GINA GUADALUPE | C1719 | $2,628.22 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CAUDILL, TABITHA L. | C2582 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10962 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CHAABAN, ZAINAB | C987 | $725.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CLARK, LAWANDA RENAE | C783 | $1,049.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CUPCHOY, MARILYN | C2076 | $1,680.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CUPCHOY, MARILYN | C2076 | $1,680.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CURIEL-MARTINEZ, EDGAR | C2484 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CURIEL-MARTINEZ, EDGAR | C2484 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| DIAZ ELIAS, CHRISTIAN A | C2558 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| DIAZ ELIAS, CHRISTIAN A | C2558 | $8,060.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| DOMINIQUE, TERAH A. | C2267 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FARFAN, ANGEL | C3695 | $8,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FARFAN, ANGEL | C3696 | $8,000.00 | 507(a)(7) Priority | General Unsecured | 15-10954 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FARFAN, ANGEL | C3693 | $8,000.00 | 507(a)(7) Priority | General Unsecured | 15-10964 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FARFAN, ANGEL | C3694 | $8,000.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FORD, ASHLEY | C3926 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FRANKLIN, CRYSTAL | C1790 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| GELIN, GETRO CHATELAIN | C441 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| GOODEN, KENYA | C3510 | $2,500.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| Green, Demi | C5254 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

Dipusted 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|----------|-----------|---------------------|----------------------------|-----------------------------------|-------------------|---------------------------|
| GROGAN, JONATHON | C1039 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HABTEGABER, REGAT A | C4139 | $524.27 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HAN, XU | C3479 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARMON, JOYCE KILGONE | C922 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C432 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C3888 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C432 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10955 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C3888 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10955 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C432 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10957 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C3888 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10957 | Claimant did not make a deposit with the Debtors for services that were not provided |

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| HARVEY, DENNIS ERROLL  JR. | C432 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10959 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C3888 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10959 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C432 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C3888 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C432 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10962 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C3888 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10962 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C432 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10963 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C3888 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10963 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C432 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10972 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARVEY, DENNIS ERROLL  JR. | C3888 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10972 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HELEKUNIHI, KAMEA'ALOHA | C3609 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| HELEKUNIHI, KAMEA'ALOHA | C3609 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HERNANDEZ, PAOLA | C3628 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HILLMAN, BRENDA | C2427 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HOYTE, BRODERICK ARKEEN | C1389 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ICO, REGIE | C2430 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ICO, REGIE | C2430 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JACKSON, BEATRIZ | C2049 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JENKINS, DARRELL | C849 | $1,048.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JENKINS, DARRELL | C849 | $1,048.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JOHNSON, TIFFANY | C3268 | $1,014.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JONES, MARCUS | C1366 | $800.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| JONES, MARCUS | C1366 | $800.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JONES, MARCUS | C1366 | $800.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10953 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10955 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10957 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10961 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10962 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10966 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10967 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10970 | Claimant did not make a deposit with the Debtors for services that were not provided |

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|----------|-----------|----------------------|------------------------------|--------------------------------------|-------------------|------------------------------|
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10971 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10972 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10975 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KILPATRICK, KEELY K | C2877 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KING, MICHELLE I | C2621 | $1,768.04 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KING, STEVEN A | C2623 | $2,325.11 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KIRKPATRICK, CHRISTAN NICOLE | C486 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KLUTH, LADINE | C439 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10964 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KOSIER, JEREMY T. | C613 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KY, BRYAN | C3156 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| KY, BRYAN | C3156 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| LOPEZ, NANCY | C2740 | $60.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| LOPEZ-DIAZ, KARINA L | C2747 | $114.90 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| LOPEZ-DIAZ, KARINA LIZETH | C2742 | $114.90 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| LU, ZHONGXIN | c3635 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MARTINEZ, OSCAR | C1991 | $10,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MASTON, CHRISTOPHER | C1966 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MEDDER, ZURI | C3604 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MERO, RIKKI | C381 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MILBOURNE, SHAKEIRA LINDSEY | C3794 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MILBOURNE, SHAKEIRA LINDSEY | C3794 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| MOORE, BREANNA | C4048 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MOORE, SARAH E | C475 | $608.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NELSON, SHANE | C1311 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NIETO, FRANK | C3720 | $307.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NORWOOD, MICHAEL TERRILL | C3596 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NORWOOD, MICHAEL TERRILL | C3596 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NUNEZ, JOSE | C2473 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PALERMO, ALICIA LOPEZ | C4064 | $663.84 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PEAIRS, RYAN D. | C1070 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PEARSON, KIARRA | C2771 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PERRY, SIMONE | C3491 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| PINT, MARK F | C800 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PITTS, JAMES A. | C562 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PITTS, JAMES A. | C562 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PLASCENCIA, KRISTINA | C3413 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| POWELL, DEMARCUS JABREE | C539 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| QUESADA, MATTEO | C3456 | 1660.75 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| RAMIREZ, DANA | C3755 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| RAMIREZ, MIRIAM | C2437 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| RAMOS, GUY MICHAEL | C2209 | $13,795.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ROITZ, SHAYLI | C516 | $211,420.96 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SADLER, SUSAN | C3262 | $3,000.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| SANDERS, MARKESHA LATRELL | C1874 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SHIRLEY, RYAN E | C763 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SIMPSON, JEREMY L. | C1655 | $1,750.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SKIVER, MICHAEL | C644 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SMITH, CHRISTY | C438 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SMITH, CHRISTY | C438 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SMITH, CHRISTY | C438 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10962 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SPANN, WANNER | C4203 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| TATE, AAJAH | C3410 | $2,440.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| VALENCIA, ROCKY E. | C2617 | $50,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| VONSCHIMPF-GANGOY, CHRISTIANA | C847 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

Adjusted 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification/ Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| WALLACE, STEPHANIE | C3726 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WALLACE, STEPHANIE | C3726 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WASHINGTON, CASSAUNDRA | C3742 | $9,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WATSON, SHANN JUSTIN | C3252 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WATSON, SHANN JUSTIN | C3252 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WEBB, MONEQUA | C3778 | $2,500.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WILSON, HENRY | C3513 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| YEUNG, CHING YEE | C279 | $16,600.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ZACHERY, BRITTNE S. | C3764 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| Total | | $36,431,375.97 | | | | |

EXHIBIT 2

# CCI Student Trust
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000001P001-5033S-001<br>AMERICAN EXPRESS TRAVEL RELATED SVCS<br>GILBERT B WEISMAN<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>POB 3001<br>MALVERN PA 19355-0701 | 000002P001-5033S-001<br>ARAPAHOE COUNTY TREASURER<br>BENJAMIN SWARTZENDRUBER<br>5334 S PRINCE ST<br>LITTLETON CO 80166 | 000003P001-5033S-001<br>ARAPAHOE COUNTY TREASURER<br>WENDY ROSSMAN<br>5334 S PRINCE ST<br>LITTLETON CO 80166 | 000004P001-5033S-001<br>ASHBY AND GEDDES PA<br>WILLIAM BOWDEN<br>500 DELAWARE AVE 8TH FL<br>PO BOX 1150<br>WILMINGTON DE 19899-1150 |
| 000005P001-5033S-001<br>ASHBY AND GEDDES PA<br>LEIGH ANNE RAPORT<br>500 DELAWARE AVE 8TH FL<br>PO BOX 1150<br>WILMINGTON DE 19899-1150 | 000006P001-5033S-001<br>ASHBY AND GEDDES PA<br>RICARDO PALACIO<br>500 DELAWARE AVE 8TH FL<br>PO BOX 1150<br>WILMINGTON DE 19899-1150 | 000007P001-5033S-001<br>BMC GROUP INC<br>T FEIL<br>300 CONTINENTAL BLVD #570<br>EL SEGUNDO CA 90245 | 000008P001-5033S-001<br>BOVITZ AND SPITZER<br>J SCOTT BOVITZ<br>1100 WILSHIRE BLVD STE 2403<br>LOS ANGELES CA 90017 |
| 000009P001-5033S-001<br>BROWN RUDNICK LLP<br>H JEFFREY SCHWARTZ<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 | 000010P001-5033S-001<br>BROWN RUDNICK LLP<br>BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 | 000011P001-5033S-001<br>BUCHALTER NEMER A PROFESSIONAL CORP<br>SHAWN M CHRISTIANSON ESQ<br>55 SECOND ST 17TH FL<br>SAN FRANCISCO CA 94105-3493 | 000012P001-5033S-001<br>BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST STE 1045<br>PORTLAND OR 97232 |
| 000013P001-5033S-001<br>CA LABOR AND WORKFORCE DEVELOPMENT AGENCY<br>PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVE 9TH FL<br>SAN FRANCISCO CA 94102 | 000014P001-5033S-001<br>CAL OSHA<br>1515 CLAY STREET STE 1901<br>OAKLAND CA 94612 | 000015P001-5033S-001<br>CALIFORNIA DEPT OF JUSTICE<br>NANCY QUACH<br>OFFICE OF THE ATTORNEY GENERAL<br>455 GOLDEN GATE STE 11000<br>SAN FRANCISCO CA 94102-7004 | 000016P001-5033S-001<br>CALIFORNIA DEPT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>455 GOLDEN GATE STE 11000<br>SAN FRANCISCO CA 94102-7004 |
| 000017P001-5033S-001<br>COMMONWEALTH OF MASSACHUSETTS<br>MAURA HEALEY AG<br>OFFICE OF THE ATTORNEY GENERAL<br>ONE ASHBURTON PL 18TH FL<br>BOSTON MA 02108 | 000018P001-5033S-001<br>COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN AAG<br>OFFICE OF THE ATTORNEY GENERAL<br>ONE ASHBURTON PL 18TH FL<br>BOSTON MA 02108 | 000019P001-5033S-001<br>COMMONWEALTH OF MASSACHUSETTS<br>PETER LEIGHT AAG<br>OFFICE OF THE ATTORNEY GENERAL<br>ONE ASHBURTON PL 18TH FL<br>BOSTON MA 02108 | 000020P001-5033S-001<br>COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>DEPARTMENT OF LABOR AND INDUSTRY<br>651 BOAS ST RM 700<br>COLLECTIONS SUPPORT UNIT<br>HARRISBURG PA 17121 |
| 000021P001-5033S-001<br>CONSUMER FINANCIAL PROTECTION BUREAU<br>CYNTHIA GOOEN LESSER<br>ASSISTANT DEPUTY ENFORCEMENT DIRECTOR<br>1700 G ST NW<br>WASHINGTON D.C 20552 | 000022P001-5033S-001<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 898<br>DOVER DE 19903 | 000023P001-5033S-001<br>DEPT OF LABOR AND INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU HI 96813 | 000024P001-5033S-001<br>DEVELOPMENT RESOURCES INC<br>JOHN GIANNOPOULOS<br>333 NORTH DES PLAINES ST<br>CHICAGO IL 60661 |
| 000025P001-5033S-001<br>DIVISION OF SAFETY AND HEALTH<br>75 VARICK ST 7TH FL<br>ONE HUDSON SQUARE<br>NEW YORK NY 10013 | 000026P001-5033S-001<br>DIVISION OF UNEMPLOYMENT INS<br>DEPARTMENT OF LABOR<br>4425 N MARKET ST<br>WILMINGTON DE 19802 | 000027P001-5033S-001<br>DRINKER BIDDLE AND REATH LLP<br>H JOHN MICHEL JR<br>ONE LOGAN SQUARE STE 2000<br>PHILADELPHIA PA 19103-6996 | 000028P001-5033S-001<br>DRINKER BIDDLE AND REATH LLP<br>HOWARD A COHEN<br>222 DELAWARE AVE STE1410<br>WILMINGTON DE 19801-1621 |

# CCI Student Trust
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000029P001-5033S-001<br>DRINKER BIDDLE AND REATH LLP<br>MICHAEL P POMPEO<br>1177 AVE OF THE AMERICAS 41ST FL<br>NEW YORK NY 10036-2714 | 000030P001-5033S-001<br>DUMAS AND KIM APC<br>CHRISTIAN T KIM<br>3435 WILSHIRE BLVD SUITE 990<br>LOS ANGELES CA 90010 | 000031P001-5033S-001<br>EQUITY ONE INC<br>LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DR<br>NORTH MIAMI BEACH FL 33179 | 000032P001-5033S-001<br>FAIRFIELD AND WOODS PC<br>CAROLINE C FULLER<br>1801 CALIFORNIA ST STE 2600<br>DENVER CO 80202 |
| 000033P001-5033S-001<br>FRANKGECKER LLP<br>JOSEPH FRANK<br>325 NORTH LASALLE ST STE 625<br>CHICAGO IL 60654 | 000034P001-5033S-001<br>FRANKGECKER LLP<br>REED HEILIGMAN<br>325 NORTH LASALLE ST STE 625<br>CHICAGO IL 60654 | 000035P001-5033S-001<br>GE INFORMATION TECHNOLOGY SOLUTIONS<br>FDBA IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS RD<br>PO BOX 13708<br>MACON GA 31208-3708 | 000036P001-5033S-001<br>HAWAII STATE DEPT OF EDUCATION<br>1390 MILLER ST<br>HONOLULU HI 96813 |
| 000037P001-5033S-001<br>INTERNAL REVENUE SVCS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000038P001-5033S-001<br>IRON MOUNTAIN INFORMATION MANAGEMENT LLC<br>JOSEPH CORRIGAN<br>ONE FEDERAL ST<br>BOSTON MA 02110 | 000039P001-5033S-001<br>JEFFER MANGELS BUTLER AND MITCHELL LLP<br>BARRY FREEMAN<br>1900 AVENUE OF THE STARS 7TH FL<br>LOS ANGELES CA 90067 | 000040P001-5033S-001<br>JEFFER MANGELS BUTLER AND MITCHELL LLP<br>DAVID POITRAS<br>1900 AVENUE OF THE STARS 7TH FL<br>LOS ANGELES CA 90067 |
| 000041P001-5033S-001<br>KATTEN MUCHIN ROSENMAN LLP<br>DUSTIN BRANCH<br>2029 CENTURY PARK EAST STE 2600<br>LOS ANGELES CA 90067-3012 | 000042P001-5033S-001<br>KATTEN MUCHIN ROSENMAN LLP<br>BRIAN HUBEN<br>2029 CENTURY PARK EAST STE 2600<br>LOS ANGELES CA 90067-3012 | 000043P001-5033S-001<br>KELLEY DRYE AND WARREN LLP<br>ROBERT L LEHANE<br>101 PARK AVE<br>NEW YORK NY 10178 | 000044P001-5033S-001<br>KELLEY DRYE AND WARREN LLP<br>BANKRUPTCY DEPARTMENT<br>101 PARK AVE<br>NEW YORK NY 10178 |
| 000045P001-5033S-001<br>KREIS ENDERLE HUDGINS AND BORSOS PC<br>THOMAS G KING<br>PO BOX 4010<br>KALAMAZOO MI 49003-4010 | 000046P001-5033S-001<br>LAMPERT 25500 INDUSTRIAL BLVD LLC<br>ROLAND LAMPERT<br>PO BOX 712711<br>CINCINNATI OH 75271-2711 | 000047P001-5033S-001<br>LAW OFFICE OF DONALD W SIEVEKE<br>DONALD W SIEVEKE<br>1113 N SPURGEON ST<br>SANTA ANA CA 92701 | 000048P001-5033S-001<br>LINEBARGER GOGGAN BLAIR AND SAMPSON LLP<br>DAVID G AELVOET<br>711 NAVARRO ST STE 300<br>SAN ANTONIO TX 78205 |
| 000049P001-5033S-001<br>LINEBARGER GOGGAN BLAIR AND SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FWY STE 1000<br>DALLAS TX 75207 | 000050P001-5033S-001<br>LOIZIDES PA<br>CHRISTOPHER D LOIZIDES<br>1225 KING ST STE 800<br>WILMINGTON DE 19801 | 000051P001-5033S-001<br>MISSOURI DEPT OF REVENUE<br>STEVEN A GINTHER<br>PO BOX 475<br>BANKRUPTCY UNIT<br>JEFFERSON CITY MO 65105-0475 | 000052P001-5033S-001<br>MORRIS JAMES LLP<br>CARL KUNZ III<br>500 DELAWARE AVE STE 1500<br>PO BOX 2306<br>WILMINGTON DE 19801 |
| 000053P001-5033S-001<br>MORRIS JAMES LLP<br>JEFFREY WAXMAN<br>500 DELAWARE AVE STE 1500<br>PO BOX 2306<br>WILMINGTON DE 19801 | 000054P001-5033S-001<br>MORRISON AND FOERSTER LLP<br>LORENZO MARINUZZI<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601 | 000055P001-5033S-001<br>MORRISON AND FOERSTER LLP<br>ERICA RICHARDS<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601 | 000056P001-5033S-001<br>NEW YORK STATE DEPT OF LABOR<br>WA HARRIMAN CAMPUS<br>BUILDING 12<br>ALBANY NY 12240 |

# CCI Student Trust
## Exhibit Pages

03/01/2016 05:38:02 PM

---

000057P001-5033S-001
NYC DEPT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS ST
NEW YORK NY 10007

000058P001-5033S-001
NYS DEPT OF TAXATION AND FINANCE
ROBERT COOK/AMANDA HILLER
OFFICE OF COUNSEL
340 EAST MAIN ST
ROCHESTER NY 14604

000059P001-5033S-001
OCCUPATIONAL SAFETY AND HEALTH
830 PUNCHBOWL ST # 425
HONOLULU HI 96813

000060P001-5033S-001
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
800 W WASHINGTON ST 2ND FL
PHOENIX AZ 85007

000061P001-5033S-001
OFFICE OF PRIVATE POSTSECONDARY EDUCATION
OREGON HIGHER EDUCATION COORDINATING COMM
775 COURT ST NE
SALEM OR 97301

000062P001-5033S-001
OFFICE OF THE ATTORNEY GENERAL
JOSEPH J SANDERS
100 W RANDOLPH ST 12TH FL
CHICAGO IL 60601

000063P001-5033S-001
OFFICE OF THE ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE
1300 I ST
SACRAMENTO CA 95814-5901

000069P001-5033S-001
OFFICE OF THE UNITED STATES TRUSTEE
RICHARD SCHEPACARTER
844 KING ST STE 2207
LOCKBOX 35
WILMINGTON DE 19801-3519

000070P001-5033S-001
OFFICE OF THE UNITED STATES TRUSTEE
TIMOTHY FOX
844 KING ST STE 2207
LOCKBOX 35
WILMINGTON DE 19801-3519

000064P001-5033S-001
OFFICE OF THE US ATTORNEY
CHARLES M OBERLY III
NEMOURS BUILDING
1007 ORANGE ST STE 700
WILMINGTON DE 19801

000065P001-5033S-001
OFFICE OF THE US ATTORNEY
JOHN S LEONARDO
DISTRICT OF ARIZONA
40 N CENTRAL AVE STE 1200
TWO RENAISSANCE SQUARE
PHOENIX AZ 85004-4408

000066P001-5033S-001
OFFICE OF THE US ATTORNEY
FLORENCE T NAKAKUNI
DISTRICT OF HAWAII
300 ALA MOANA BLVD #6 100
HONOLULU HI 96850

000067P001-5033S-001
OFFICE OF THE US ATTORNEY
KELLY T CURRIE
EASTERN DISTRICT OF NEW YORK
271 CADMAN PLAZA EAST
BROOKLYN NY 11201

000068P001-5033S-001
OFFICE OF THE US ATTORNEY
PREET BHARARA
SOUTHERN DISTRICT OF NEW YORK
ONE SAINTS ANDREW PLZ
NEW YORK NY 10007

000071P001-5033S-001
OREGON DEPT OF JUSTICE
CAROLYN G WADE
1162 COURT ST NE
SALEM OR 97301-4096

000072P001-5033S-001
OUTTEN AND GOLDEN LLP
JACK RAISNER
3 PARK AVE 29TH FL
NEW YORK NY 10016

000073P001-5033S-001
OUTTEN AND GOLDEN LLP
RENÃ‰ ROUPINIAN
3 PARK AVE 29TH FL
NEW YORK NY 10016

000074P001-5033S-001
PALM SPRINGS MILE ASSOCIATES LTD
PHILLIP J EISENBERG
PHILLIPS INTERNATIONAL
295 MADISON AVE 2ND FL
NEW YORK NY 10017

000075P001-5033S-001
PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
OWEN M SONIK
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008

000076P001-5033S-001
PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
ELIZABETH BANDA CALVO
500 E BORDER ST STE 640
ARLINGTON TX 76010

000077P001-5033S-001
PIRCHER NICHOLS AND MEEKS
EUGENE JM LEONE
900 N MICHIGAN AVE STE 1000
CHICAGO IL 60611

000078P001-5033S-001
POLSINELLI PC
CHRISTOPHER WARD
222 DELAWARE AVE STE 1101
WILMINGTON DE 19801

000079P001-5033S-001
POLSINELLI PC
SHANTI KATONA
222 DELAWARE AVE STE 1101
WILMINGTON DE 19801

000080P001-5033S-001
POTTER ANDERSON AND CORROON LLP
JEREMY RYAN
1313 NORTH MARKET ST SIXTH FL
PO BOX 951
WILMINGTON DE 19899-0951

000081P001-5033S-001
POTTER ANDERSON AND CORROON LLP
ETTA MYERS
1313 NORTH MARKET ST SIXTH FL
PO BOX 951
WILMINGTON DE 19899-0951

000082P001-5033S-001
RICHARDS LAYTON AND FINGER PA
MARK D COLLINS
920 NORTH KING ST ONE RODNEY SQUARE
WILMINGTON DE 19801

000083P001-5033S-001
RICHARDS LAYTON AND FINGER PA
AMANDA STEELE
920 NORTH KING ST ONE RODNEY SQUARE
WILMINGTON DE 19801

000084P001-5033S-001
RICHARDS LAYTON AND FINGER PA
MARISA TERRANOVA
920 NORTH KING ST ONE RODNEY SQUARE
WILMINGTON DE 19801

# CCI Student Trust
## Exhibit Pages

03/01/2016 05:38:02 PM

| | | | |
|---|---|---|---|
| 000088P001-5033S-001<br>RICHARDS LAYTON AND FINGER PA<br>MICHAEL MERCHANT<br>920 NORTH KING ST ONE RODNEY SQUARE<br>WILMINGTON DE 19801 | 000086P001-5033S-001<br>ROBAINA AND KRESIN<br>THOMAS GRIFFIN<br>ONE EAST CAMELBACK RD STE 710<br>PHOENIX AZ 85012 | 000087P001-5033S-001<br>ROBINS KAPLAN LLP<br>SCOTT GAUTIER<br>2049 CENTURY PARK EAST STE 3400<br>LOS ANGELES CA 90067 | 000088P001-5033S-001<br>ROBINS KAPLAN LLP<br>CYNTHIA HERNANDEZ<br>2049 CENTURY PARK EAST STE 3400<br>LOS ANGELES CA 90067 |
| 000089P001-5033S-001<br>ROBINS KAPLAN LLP<br>LORIE BALL<br>2049 CENTURY PARK EAST STE 3400<br>LOS ANGELES CA 90067 | 000090P001-5033S-001<br>RUDER WARE LLSC<br>JEREMY M WELCH<br>500 NORTH FIRST ST STE 8000<br>PO BOX 8050<br>WAUSAU WI 54402-8050 | 000091P001-5033S-001<br>SATTERLEE STEPHENS BURKE AND BURKE LLP<br>CHRISTOPHER BELMONTE<br>230 PARK AVE STE 1130<br>NEW YORK NY 10169 | 000092P001-5033S-001<br>SATTERLEE STEPHENS BURKE AND BURKE LLP<br>ABIGAIL SNOW<br>230 PARK AVE STE 1130<br>NEW YORK NY 10169 |
| 000093P001-5033S-001<br>SECURITIES AND EXCHANGE COMMISSION<br>GEORGE S CANELLOS REG DIRECTOR<br>NEW YORK REGIONAL OFFICE<br>3 WORLD FINANCIAL CTR STE 400<br>NEW YORK NY 10281-1022 | 000094P001-5033S-001<br>SECURITIES AND EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET NE<br>WASHINGTON DC 20549 | 000095P001-5033S-001<br>SHEPPARD MULLIN RICHTER AND HAMPTON LLP<br>CARREN B SHULMAN ESQ<br>30 ROCKEFELLER PLZ<br>NEW YORK NY 10112 | 000096P001-5033S-001<br>SHEPPARD MULLIN RICHTER AND HAMPTON LLP<br>30 ROCKEFELLER PLZ<br>NEW YORK NY 10112 |
| 000097P001-5033S-001<br>SIDLEY AUSTIN LLP<br>JENNIFER HAGLE<br>555 WEST FIFTH ST #4000<br>LOS ANGELES CA 90013 | 000098P001-5033S-001<br>SIDLEY AUSTIN LLP<br>ANNA GUMPORT<br>555 WEST FIFTH ST #4000<br>LOS ANGELES CA 90013 | 000099P001-5033S-001<br>SIMON PROPERTY GROUP INC<br>RONALD M TUCKER ESQ<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204 | 000100P001-5033S-001<br>SKADDEN ARPS SLATE MEAGHER AND FLOM LLP<br>FELICIA GERBER PERLMAN<br>155 N WACKER DR<br>CHICAGO IL 60606-1720 |
| 000101P001-5033S-001<br>SKADDEN ARPS SLATE MEAGHER AND FLOM LLP<br>SARAH E PIERCE<br>PO BOX 636  ONE RODNEY SQUARE<br>WILMINGTON DE 19899-0636 | 000102P001-5033S-001<br>STATE OF DELAWARE<br>820 N FRENCH ST DIVISION OF REVENUE 8TH FL<br>WILMINGTON DE 19801-0820 | 000103P001-5033S-001<br>STATE OF MICHIGAN<br>HEATHER DONALD<br>DEPARTMENT OF TREASURY<br>3030 W GRAND BLVD CADILLAC PLACE STE 10 200<br>DETROIT MI 48202 | 000104P001-5033S-001<br>STATE OF MICHIGAN<br>BILL SCHUETTE<br>DEPARTMENT OF TREASURY<br>3030 W GRAND BLVD CADILLAC PLACE STE 10 200<br>DETROIT MI 48202 |
| 000105P001-5033S-001<br>STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND OR 97701 | 000106P001-5033S-001<br>SYNCHRONY BANK<br>RAMESH SINGH<br>RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131-1605 | 000107P001-5033S-001<br>THE INDUSTRIAL COMMISSION OF ARIZONA<br>KAREN AXSOM DIRECTOR<br>LABOR DEPARTMENT<br>800 W WASHINGTON ST<br>PHOENIX AZ 85007 | 000108P001-5033S-001<br>THE ROSNER LAW GROUP<br>JULIA KLEIN<br>824 MARKET ST STE 810<br>WILMINGTON DE 19801 |
| 000109P001-5033S-001<br>THE ROSNER LAW GROUP<br>FREDERICK ROSNER<br>824 MARKET ST STE 810<br>WILMINGTON DE 19801 | 000110P001-5033S-001<br>TN DEPT OF REVENUE<br>TN ATTORNEY GENERALS OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000111P001-5033S-001<br>TRAVIS COUNTY<br>KAY D BROCK<br>PO BOX 1748<br>AUSTIN TX 78767 | 000112P001-5033S-001<br>TREASURER TAX COLLECTOR<br>DAN MCALLISTER<br>BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY ROOM 162<br>SAN DIEGO CA 92101 |

**CCI Student Trust**
**Exhibit Pages**

000113P001-5033S-001
TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEY J HULL
BANKRUPTCY AND COLLECTIONS DIVISION MC 008
PO BOX 12548
AUSTIN TX 78711-2548

000114P001-5033S-001
TX COMPTROLLER OF PUBLIC ACCOUNTS
JOHN MARK STERN AAG
BANKRUPTCY AND COLLECTIONS DIVISION MC 008
PO BOX 12548
AUSTIN TX 78711-2548

000121P001-5033S-001
UNITED STATES DEPT OF LABOR
THOMAS E PEREZ SECRETARY
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

000115P001-5033S-001
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

000116P001-5033S-001
US DEPT OF JUSTICE
LLOYD RANDOLPH
CIVIL DIVISION
PO BOX 875 BEN FRANKLIN STATION
WASHINGTON DC 20044-0875

000117P001-5033S-001
US DEPT OF JUSTICE
DANIELLE PHAM
CIVIL DIVISION
PO BOX 875 BEN FRANKLIN STATION
WASHINGTON DC 20044-0875

000118P001-5033S-001
US DEPT OF JUSTICE
MICHAEL R SEW HOY
CIVIL DIVISION
1100 L ST NW ROOM 10048
WASHINGTON D.C 20005

000119P001-5033S-001
US DEPT OF JUSTICE
DANIELLE PHAM
CIVIL DIVISION
1100 L ST NW ROOM 10048
WASHINGTON D.C 20005

000120P001-5033S-001
US DEPT OF JUSTICE
JOHN KRESSE
CIVIL DIVISION
1100 L ST NW ROOM 10048
WASHINGTON D.C 20005

000122P001-5033S-001
WATT LONG BEACH LLC
JAMES MAGINN
2716 OCEAN PARK BLVD
SANTA MONICA CA 90405

000123P001-5033S-001
WISCONSIN DEPT OF JUSTICE
F MARK BROMLEY AAG
PO BOX 7857
MADISON WI 53707-7857

000124P001-5033S-001
WISCONSIN DEPT OF JUSTICE
BRAD D SCHIMEL AG
PO BOX 7857
MADISON WI 53707-7857

Records Printed :                    **124**

EXHIBIT 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al.[1] | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |
| | **Objections Deadline: March 24, 2016 at 4:00 p.m. ET**<br>**Hearing Date: March 31, 2016 at 11:00 a.m. ET** |

### NOTICE OF THE STUDENT TRUSTEE'S (SUBSTANTIVE) FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS (RECLASSIFY FROM 507(a)(7) TO GENERAL UNSECURED STUDENT CLAIMS)

TO THE FOLLOWING CLAIMANT:

| Name of Claimant | Claim No. Number | Claim Amount | Current Claim Classification | Modified Classification | Reason for Reclassification |
|---|---|---|---|---|---|
| Acherbo, Sharon | C2059 | $2,775.00 | 507(a)(7) Priority | General Unsecured Student Claim | Claimant did not make a deposit with the Debtors for services that were not provided |

**PLEASE TAKE NOTICE** that on March 1, 2016, Development Specialists, Inc., solely in its capacity as Student Trustee (the "Student Trustee") of the CCI Student Creditors Trust, filed the (Substantive) First Omnibus Objection To Certain Claims (Reclassify From 507(a)(7) To General Unsecured Student Claims) (the "First Objection"), which objects to proofs of claims filed in this case and listed on Exhibit 1 to the proposed form of order to the First Objection.

<u>**YOUR RIGHTS MAY BE AFFECTED BY THIS FIRST OBJECTION**</u> and by any further objection that may be filed. **YOU SHOULD THEREFORE LOCATE YOUR NAME**

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

AND CLAIM IN THE FIRST OBJECTION AND RELATED DOCUMENT AND TAKE **NOTICE** that any response to the First Objection must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington Delaware 19801 on or before **4:00 p.m. Eastern Time on March 24, 2016** (the "**Response Deadline**"). At the same time, you must also serve a copy of the response upon the Student Trustee's counsel no later than the Response Deadline at the following addresses:

| ROBINS KAPLIN LLP | POLSINELLI PC |
|---|---|
| Scott F. Gautier, Esq. | Christopher A. Ward (Del. Bar No. 3877) |
| Lorie A. Ball, Esq. | Shanti M. Katona (Del. Bar No. 5352) |
| 2049 Century Park East, Suite 3400 | 222 Delaware Avenue, Suite 1101 |
| Los Angeles, California 90067 | Wilmington, Delaware 19801 |
| Telephone: (310) 552-0130 | Telephone: (302) 252-0920 |
| Facsimile: (310) 229-5800 | Facsimile: (302) 252-0921 |

A HEARING ON THE FIRST OBJECTION WILL BE HELD ON **MARCH 31, 2016** AT 11:00 A.M. **(PREVAILING EASTERN TIME)**, BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

   **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF SOUGHT IN THE FIRST OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 1, 2016
Wilmington, Delaware

**POLSINELLI PC**

   _/s/ Shanti M. Katona_
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
skatona@polsinelli.com

-and-

**ROBINS KAPLAN LLP**
Scott F. Gautier, Esq.
Lorie A. Ball, Esq.
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
sgautier@robinskaplan.com
lball@robinskaplan.com

*Attorneys for CCI Student Creditors Trust*

EXHIBIT 4

AAJAH TATE

ALICIA LOPEZ PALERMO

ANGEL FARFAN

ANTONIO ATKINSON

ASHLEY FORD

BARBARA MARIE AKRAM

JANINA ALLEN

BEATRIZ JACKSON

BREANNA MOORE

BRENDA HILLMAN

BRITTNE S ZACHERY

BRODERICK ARKEEN HOYTE

BRYAN KY

California Department of Consumer Affairs
Bureau for Private Postsecondary Education
c/o California Department of Justice
Attn: Craig D. Rust, Deputy Attorney General

CASSAUNDRA WASHINGTON

CHRISTOPHER MASTON

CHRISTY SMITH

CHING YEE YEUNG

CHRISTAN NICOLE KIRKPATRICK

CHRISTIAN A DIAZ ELIAS

CHRISTIANA VONSCHIMPF-GANGOY

CRYSTAL FRANKLIN

DALYON BENITEZ

DANA RAMIREZ

DARRELL JENKINS

DEMARCUS JABREE POWELL

DEMI GREEN

DENNIS ERROLL HARVEY JR.

EDGAR CURIEL-MARTINEZ

FRANK NIETO

GETRO CHATELAIN GELIN

GINA GUADALUPE CARRADA

GUY MICHAEL RAMOS

HENRY WILSON

JAMES A. PITTS

JASON KENNEY

JEREMY L. SIMPSON

JEREMY T. KOSIER

JONATHON GROGAN

JOSE NUNEZ

JOYCE KILGONE HARMON

KAMEA'ALOHA HELEKUNIHI

KARINA L LOPEZ-DIAZ

KEELY K KILPATRICK

KENYA GOODEN

KIARRA PEARSON

KRISTINA PLASCENCIA

LADINE KLUTH

LAWANDA RENAE CLARK

MARCUS JONES

MARILYN CUPCHOY

MARK F PINT

MARKESHA LATRELL SANDERS

MATTEO QUESADA

MICHAEL SKIVER

MICHAEL TERRILL NORWOOD

MICHELLE I KING

MIRIAM RAMIREZ

MONEQUA WEBB

NANCY LOPEZ

OSCAR MARTINEZ

PAOLA HERNANDEZ

REGAT A HABTEGABER

REGIE ICO

RHONDA BROWN

RIKKI MERO

ROCKY E. VALENCIA

RYAN D. PEAIRS

RYAN E. SHIRLEY

SARAH E MOORE

SHAKEIRA LINDSEY MILBOURNE

SHANE NELSON

SHANN JUSTIN WATSON

SHARON ACHERBO

SHAYLI ROITZ

SIMONE PERRY

STEPHANIE WALLACE

STEVEN A KING

SUSAN SADLER

TABITHA L. CAUDILL

TERAH A. DOMINIQUE

TERRI LYNN BLAKE

TIFFANY JOHNSON

VINCENT RAYNARD BELCHER



WANNER SPANN

XU HAN

ZAINAB CHAABAN

ZHONGXIN LU

ZURI MEDDER