IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al.<sup>1</sup><br><br>                     Debtors. | Chapter 11<br><br>Case No. 15-10952-KJC<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1161** |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING THE STUDENT TRUSTEE'S (SUBSTANTIVE) FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS (RECLASSIFY FROM 507(A)(7) TO GENERAL UNSECURED STUDENT CLAIMS)**

PLEASE TAKE NOTICE that on March 17, 2016, Development Specialists, Inc., Student Trustee of the CCI Student Creditors Trust, as one of the successors-in-interest to the above-captioned Debtors, by and through its undersigned counsel, has delivered to Chambers courtesy copies of the proofs of claim (the "**Claims**"), along with all of the attachments, that are going forward and are subject of *The Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims)*, filed on March 1, 2016 [Docket No. 1161].

---

[1] The Debtors in these cases, along with the USBC case numbers, are: Corinthian Schools, Inc. 15-10955 (KJC); Rhodes Colleges, Inc. 15-10957 (KJC); Florida Metropolitan University, Inc., 15-10962 (KJC); Corinthian Property Group, Inc. 15-10966 (KJC); Titan Schools, Inc. 15-10970 (KJC); Career Choices, Inc. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., 15-10961 (KJC); Ashmead Education, Inc., 15-10967(KJC) ; MJB Acquisition Corporation, 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975 ; (KJC) Pegasus Education, Inc., 15-10953 (KJC); Grand Rapids Education Center, Inc., 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., 15-10960 (KJC); CDI Education USA, Inc. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); Socle Education, Inc., Case No. 15-10976 (KJC). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

52627072.1

PLEASE TAKE FURTHER NOTICE that the Claims have been duly noticed for hearing before The Honorable Kevin J. Carey on **March 31, 2016 at 11:00 a.m. (Eastern Time)**. Copies of the Claims may be requested from the undersigned counsel.

Dated: March 17, 2016
Wilmington, Delaware

**POLSINELLI PC**

   /s/ Shanti M. Katona
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

-and-

**ROBINS KAPLAN LLP**
Scott F. Gautier, Esq.
Lorie A. Ball, Esq.
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
sgautier@robinskaplan.com
lball@robinskaplan.com

COUNSEL FOR CCI STUDENT CREDITORS TRUST