Dennis Erroll Harvey Jr.

Plaintiff,

V.

CORINTHIAN COLLEGES, INC. , and

CORINTHIAN SCHOOLS, INC.,

Defendants.

## Introduction

I Dennis Erroll Harvey Jr. am seeking restitution , including the return of tuition and fee payments acquired by the defendants Corinthian Colleges, inc, and Corinthian Schools, Inc from its through the Berman Declaration associates with accounts verified to be Everest Inc from the action made by its employees, and administrative staff in connection with the identity Dennis Erroll Harvey Jr. I can personally attest to the unfair or deceptive practices acts to enroll, Everest University Uses to enroll ,and deceive students.

## Objection

I Dennis Erroll Harvey Jr. brings this action to hold Corinthian Colleges., Inc. ,and its subsidiaries that operate it "collectively "(CCI)" accountable ,and object to the change of claim status formulated by Development Specialist., Inc. one of the successors – in interest to the

above named debtors on the grounds that no education goods, or services were rendered by the Corinthian Colleges Inc. because the University has limited accreditation, never provided job placement, intern/ extern ship programs,and the degree is void within the region of Hillsborough County rendering it utterly useless.

The Berman Doctrine is clear and unequivocal in its description of the breach of duty in contract law. I attest that a Corinthian college has established a breach of duty that is essential to being a licensed operating Higher Institute of learning.

Grounds

Objection to reclassify to general unsecured student claims to 507 allowable claims as described in Section 502(a) in the United States Bankruptcy code. The Bankruptcy Code defines a claim as right to payment, right to equitable remedy for a failure of performance if the breach gives right to payment.

I have five reasons reason for grounds for objection. The first claim is that my enrollment was verified with the GI BILL Administration as of 03/10/2016 for the enrollment period of 2011 till 2013.I am currently waiting to receive this eligibility certification copy ;therefore , I did not submit it but will present it once it is received. The second claim is that Everest University ,and its employees and subsidies did violate my service members civil relief act through its deceptive loan practices ; I have include a copy of the recent favorable decision from the violation. It shows the charge off amount of the loan once the account was made current. I received 21.67 via

check to activate the terms of the agreement. Thirdly, I assert that Corinthian College and its employees did share my personal, background, and specialized information through its financial network. I have enclosed a copy of the correspondence from the Office of Personal Management verify that my indentify information was compromised. Fourth I can prove that the defendants did have knowingly in their possession my financial information, and were misusing it when they reported it to IRS. I have enclosed that document reporting an amount of app. 900.00 to IRS. This shows the defendant did in fact misuse, and breach the disclosure of information to a third party. Lastly I assert the defendant ,and its employees transferred ,and transmitted information regarding my enrollment ,background, personal information during the leak period with the Linked In education Internship program during the period of Sept 20111 till Oct 2014.

I attest that Corinthian College in my claim that Corinthian College utilized my enrollment as a GI / Bill Veteran student to violate the Service members Civil Relief Act and shared my Veteran demographic information within its employee online network to Linked in during the period of Sept.2011 till Oct. 2014.I ended my enrollment in Nov. 2014, when my GI bill paid the remaining cost OF 18,000, and I obtained acceptance into the VR&E PROGRAM with the VA.I have not attended Everest Inc. ,or its Universities any of 2015 , but did receive a tax statement for monies I did not receive. I attest that the named defendant have shared my information within its network, and used my enrollment to waste, and defraud me, and the U.S. Government of Title IV benefits in my name.

I have obtained institutional fees for all three Universities that I have graduated from Hillsborough Community College 2002, Everest University 2013, and Keiser University 2015.

For example, HCC at 2 years to completion is apx. $ 9,000 per year ,and$ 18,000 per program. Keiser University for 2 years and is apx. $36,000 till completion. At Everest University it is apx. $43,000 for 2 years paralegal degree. This demonstration shows it costs double the community college to attend, yet it is less accredited in US News Rankings ,and Best Colleges.

## Relief Requested

The determination of a secured status proceed under this clause:

(1)

An allowed claim of a creditor secured by a lien on property in which the estate has an interest, or that is subject to set off under <u>section 553 of this title</u>, is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, or to the extent of the amount subject to set off, as the case may be, and is an unsecured claim to the extent that the value of such creditor's interest or the amount so subject to set off is less than the amount of such allowed claim. Such value shall be determined in light of the purpose of the valuation and of the proposed disposition or use of such property, and in conjunction with any hearing on such disposition or use or on a plan affecting such creditor's interest.

(2)

If the debtor is an individual in a case under chapter 7 or 13, such value with respect to personal property securing an allowed claim shall be determined based on the replacement value of such property as of the date of the filing of the petition without deduction for costs of sale or marketing. With respect to property acquired for personal, family, or household purposes,

replacement value shall mean the price a retail merchant would charge for property of that kind considering the age and condition of the property at the time value is determined.

(b)

To the extent that an allowed secured claim is secured by property the value of which, after any recovery under subsection (c) of this section, is greater than the amount of such claim, there shall be allowed to the holder of such claim, interest on such claim, and any reasonable fees, costs, or charges provided for under the agreement or State statute under which such claim arose.

(c)

The trustee may recover from property securing an allowed secured claim the reasonable, necessary costs and expenses of preserving, or disposing of, such property to the extent of any benefit to the holder of such claim, including the payment of all ad valorem property taxes with respect to the property.

(d) To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void, unless—

(1)

Such claim was disallowed only under section 502(b) (5) or 502(e) of this title; or

(2)

Such claim is not an allowed secured claim due only to the failure of any entity to file a proof of such claim under section 501 of this title.


In section 506(a) of the United States Bankruptcy chapter 11 Code determination of a secured status clearly defines the setoff amount or any amount subject to set-off as one of the claim status

that is defined as secured. I request that my objection be honored and precedent be upheld in regards to my claim status. I have submitted prima facie evidence of the Fed Loan Servicing copy account, tax documents from moneys in 2015, and a copy of the official certification of unauthorized use of my educational/ background info during the cyber intrusion. I have a current request in writing to the GI bill Administration for formal certification of my enrollent. In my original claim I asserted economic damages totaling 103,000. My student loan debit alone is 43,000 based on exhibit A.

Yours

Dennis E. Harvey Jr.

*Dennis E. Harvey Jr.*

Dennis E. Harvey Jr.
11740 N. 17TH ST. Apt #6
Tampa, FL, 33612
e-mail sigma244@yahoo.com
paralegal



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
Washington, DC 20415

| | A | B | C | D | E |
|---|---|---|---|---|---|
| PIN NUMBER: | 93061 | 91476 | 78342 | 66540 | 61384 |

Dear DENNIS HARVEY:

As you may know, the Office of Personnel Management (OPM) was the target of a malicious cyber intrusion carried out against the U.S. Government, which resulted in the theft of background investigation records. Most of the individuals whose information was stolen previously provided information for a background investigation or were listed on a background investigation form by a spouse or co-habitant.

You are receiving this notification because we have determined that your Social Security Number and other personal information was included in the intrusion. As someone whose information was also taken, I share your concern and frustration and want you to know we are working hard to help those impacted by this incident. The Federal government will provide you and your dependent minor children with comprehensive identity theft protection and monitoring services, at no cost to you.

**If you applied for a position or submitted a background investigation form,** the information in our records may include your name, Social Security number, address, date and place of birth, residency, educational, and employment history, personal foreign travel history, information about immediate family as well as business and personal acquaintances, and other information used to conduct and adjudicate your background investigation.

**If your information was listed on a background investigation form by a spouse, or co-habitant,** the information in our records may include your name, Social Security number, address, date and place of birth, and in some cases, your citizenship information.

While we are not aware of any misuse of your information, we are providing a comprehensive suite of identity theft protection and monitoring services. We are offering you, and any of your dependent children who were under the age of 18 as of July 1, 2015, credit monitoring, identity monitoring, identity theft insurance and identity restoration services for the next three years through ID Experts, a company that specializes in identity theft protection. The identity theft insurance and identity restoration service coverage has already begun. You have access to these services at any time during the next three years if your identity is compromised.

**To take advantage of the additional credit and identity monitoring services, you must enroll with ID Experts using the PIN code at the top of this letter.** To enroll go to https://www.opm.gov/cybersecurity. You may also call 800-750-3004 to enroll in or ask questions about these services. I hope you will take advantage of these services.

**Please note that OPM and ID Experts will not contact you to confirm any personal information.** If you are contacted by anyone asking for your personal information in relation to this incident, do not provide it.

For additional resources such as information you may share with people listed on your forms, sample background investigation forms, types of information which may have been taken, and tips on how to protect your personal information, visit https://www.opm.gov/cybersecurity.

Sincerely,

*[signature]*

Beth F. Cobert
Acting Director
Office of Personnel Management

# Everest University

Upon the Recommendation of the President and Faculty and by the authority of the Board of Directors, Everest University has conferred upon

## Dennis L. Harvey Jr.

The degree of

Associate in Science

with a major in

Business

Cum Laude

with all the honors and privileges appertaining thereto.

In testimony, whereof, the Board of Directors, has granted this diploma bearing the seal of the University.

Given at Tampa, Florida, on the seventh Day of July 2013

_____  _____
School President    Academic Dean

_____
Chief Executive Officer



3924 Coconut Palm Drive · Tampa, Florida 33619

NAVIENT CLAIMS ADMINISTRATION
c/o Garden City Group, LLC
P.O. Box 10140
Dublin, OH 43017-3140

| | |
|---|---|
| ID Number: | 3016716 |
| Check Number: | 00061825 |
| Check Date: | 6/12/2015 |
| Check Amount: | $21.57 |

DENNIS HARVEY
11740 N 17TH ST
APT 6
TAMPA, FL 33612-9006

## NOTICE AND RELEASE OF CLAIMS

Dear DENNIS HARVEY,

...Mae, Inc., now known as Navient Solutions, Inc. and SLM DE Corporation, now known as Navient DE Corporation and Sallie Mae Bank (hereinafter collectively "Defendants") recently entered into a settlement with the United States Department of Justice regarding alleged violations of the Servicemembers Civil Relief Act ("SCRA"). In connection with this settlement, you have been identified as a person who may be eligible, or who may have been eligible, for SCRA benefits with respect to your account/loan.

Please read this notice and the notices included on the accompanying check. If you agree to these terms, you may endorse and/or cash the accompanying check. If you do not agree to all of the terms and conditions of this letter and the accompanying check, you should not cash or otherwise endorse the check, and should instead return the check to Defendants.

In consideration for the parties' agreement to the terms of the Consent Order entered in United States v Sallie Mae, Inc., et al., and Defendants' payment to me of $21.57, I, DENNIS HARVEY, understand that cashing or endorsing the enclosed check constitutes a final, complete, and full accord and satisfaction, settlement, release and discharge of any and all claims, arising prior to the date of this Release, related to the facts at issue in the litigation referenced above and related to the alleged violations of the Servicemembers Civil Relief Act, that I may have against Defendants and all related entities, parents, predecessors, successors, subsidiaries, and affiliates and all of its past and present directors, officers, agents manager, supervisors, shareholders, and employees and its heirs, executors, administrators, successors or assigns, except that the following claims are specifically reserved and not released: Any action that may be taken by the Federal Deposit Insurance Corporation (hereinafter "FDIC") against Sallie Mae Bank or Sallie Mae, Inc. For California Residents only: I further understand that by cashing or endorsing the enclosed check, I expressly waive all rights under California Civil Code § 1542.

You should be aware that the money you may receive might have consequences with respect to your federal, state, or local tax liability, as well as eligibility for any public assistance benefits you may receive. Neither Defendants nor the Department of Justice can advise you on tax liability or any effect on public assistance benefits. You may wish to consult with a qualified individual or organization about any possible tax or other consequences resulting from your receipt of this payment.

If you have any questions concerning this release or the settlement, please call us toll-free at (855) 382-6421 or email us at info@navientclaimsadministration.com.

We deeply appreciate your service to our country. We are committed to serving the needs of our customers who serve in the military, and we regret any error that may have occurred on your account.

Sincerely,

Navient Solutions

☐ **CORRECTED** (if checked)

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number<br><br>Zenith Education Group, Inc.<br>5 Hutton Centre Dr.<br># 500<br>Santa Ana CA 92707<br><br>714.825.7657 / QUESTIONS CALL: 1.877.467.3821 | 1 Payments received for qualified tuition and related expenses<br>$ | OMB No. 1545-1574<br><br>2015<br><br>Form 1098-T | **Tuition Statement** |
|---|---|---|---|
| | 2 Amounts billed for qualified tuition and related expenses<br>$ | | |
| FILER'S Federal identification no.<br>47-2237466 | STUDENT'S social security number<br>***-**-6866 | 3 Check if you have changed your reporting method for 2015  ☐ | **Copy B**<br>For Student |
| STUDENT'S name, street address, city or town, province or state, country, and ZIP or foreign postal code<br><br>5632    01<br><br>Dennis E Harvey<br>11740 N 17th St Apt 6<br>Tampa FL 33612 | 4 Adjustments made for a prior year<br>$ | 5 Scholarships or grants<br>$ | This is important tax information and is being furnished to the Internal Revenue Service |
| | 6 Adjustments to Scholarships or grants for a prior year<br>$    906.64 | 7 Check this box if the amount in box 1 or 2 include amounts for an academic period beginning January - March 2016  ☐ | |
| Service Provider/Account Number (optional)  QUESTIONS:<br>1.877.467.3821 | 8 Check if at least half-time student  [X] | 9 Check if a graduate student  ☐ | 10 Ins Contract reimb/refund<br>$ |

Form **1098-T**    (keep for your records)    Department of the Treasury - Internal Revenue Service

**WHAT IS IRS FORM 1098-T**

**IRS Form 1098-T** – A college or university that received qualified tuition and related expenses on your behalf is required to file Form 1098-T, above, with the Internal Revenue Service (IRS). A copy of Form 1098-T must be furnished to you. The information being reported to the IRS verifies your enrollment with regard to certain eligibility criteria for the American Opportunity Tax Credit, the Lifetime Learning Tax Credit and the Higher Education Tuition and Fees Deduction. However, the enrollment information by itself does not establish eligibility for either credit or deduction.

**Box 1.** Indicates the total payments received for qualified tuition and related expenses less any related reimbursements or refunds. If an amount is provided in Box 1 then Box 2 is blank.
**Box 2.** Indicates the total amounts billed for qualified tuition and related expenses less any related reductions in charges. If an amount is provided in Box 2 then Box 1 is be blank.
**Box 3.** Indicates if the school has changed its 1098-T reporting method (amounts billed or amounts paid) for 2015.
**Box 4.** Indicates any adjustment made for a prior year for qualified tuition and related expenses that were reported on a prior year Form 1098-T. This amount may reduce any allowable education credit or deduction you may claim for the prior year. See Form 8863, 8917 or Pub. 970 for more information.
**Box 5.** Indicates the total of all scholarships or grants administered and processed by the eligible educational institution. The amount of scholarships or grants for the calendar year (including those not reported by the institution) may reduce the amount of any education credit or deduction you may claim for the year. See Form 8863 or 8917 for how to report these amounts.
**Box 6.** Indicates an adjustment to scholarships or grants for a prior year. This amount may affect the amount of any allowable education credit or deduction you may claim for the prior year. See Form 8863 or 8917 for how to report these amounts.
**Box 7.** If this Box is checked, the amount in Box 1 or 2 includes amounts for an academic period beginning January-March 2016. See Pub. 970 for how to report these amounts.
**Box 8.** Indicates whether your school considers you to have carried at least one-half the normal full-time workload for your course of study for an academic term during tax year 2015. If you were at least a half-time student for at least one academic term during 2015, you meet one of the requirements for the American Opportunity Credit. You do not have to meet the workload requirement to qualify for the Tuition and Fees Deduction or the Lifetime Learning Credit.
**Box 9.** Indicates whether your school considers you to have been enrolled in a program leading to a graduate degree, graduate-level certificate, or other recognized graduate-level educational credential during tax year 2015. If you were enrolled in a graduate program, you are not eligible for the American Opportunity Credit, but you may qualify for the Tuition and Fees Deduction or the Lifetime Learning Credit.
**Box 10.** Indicates the total amount of reimbursements or refunds of qualified tuition and related expenses made by an insurer. The amount of reimbursements or refunds for the calendar year may reduce the amount of any allowable tuition and fees deduction or the education credit you may claim for the year.

**BACKGROUND INFORMATION**

The Taxpayer Relief Act of 1997 (TRA97) established two education tax credits: the *Hope Tax Credit (currently modified as the American Opportunity Credit by the American Recovery and Reinvestment Act of 2009)* for students who are enrolled in one of the first four years of postsecondary education and are carrying at least a half-time workload while pursuing an undergraduate degree, certificate, or other recognized credential; and the *Lifetime Learning Tax Credit* for students who take one or more classes from a college or university to pursue an undergraduate or graduate degree, certificate, other recognized credential, or to acquire or improve job skills.
The Economic Growth and Tax Relief Reconciliation Act of 2001 (EGTRRA) established a *Higher Education Tuition and Fees Deduction* for students who have a modified adjusted gross income that exceeds the defined thresholds for the tax credits.
To claim the *American Opportunity (Hope) or Lifetime Learning Tax Credit*, use IRS Form 8863, Education Credits. To claim a Higher Education Tuition and Fees Deduction, use IRS form 8917 but it is not necessary to file an itemized federal income tax return. The deduction is claimed on Line19 on IRS Form 1040A, or Line 34 on IRS Form 1040. *If you are claimed as a dependent by another person (including your parent(s)), you cannot claim the American Opportunity (Hope) Tax Credit, Lifetime Learning Credit or a Higher Education Tuition and Fees Deduction. However, the person claiming you may be entitled to the credit on his or her tax return.*

**Resources:** For more information see IRS Publication 970: Tax Benefits for Higher Education and IRS Notice 97-60: provides consumer guidance on Education Tax Incentives. These documents and IRS Form 8863 and 8917 are available at www.irs.gov or by calling the IRS at 1-800-829-1040. For additional 1098-T information and instructions from your college or university go to www.1098-T.com.

---

**YOUR SCHOOL MAY HAVE PROVIDED ADDITIONAL FINANCIAL INFORMATION ON THE BACK OF THIS FORM, OR YOU MAY USE YOUR PERSONAL FINANCIAL RECORDS TO ASSIST YOU IN DETERMINING ELIGIBILITY FOR AN EDUCATION TAX CREDIT OR DEDUCTION. YOUR PERSONAL FINANCIAL RECORDS SERVE AS THE SUPPORTING DOCUMENTATION FOR YOUR FEDERAL INCOME TAX RETURN. PLEASE SEE THE ENCLOSED INFORMATIONAL BROCHURE OR WWW.1098-T.COM FOR ADDITIONAL INFORMATION REGARDING ELIGIBILITY AND INCOME LIMITS.**

*Other Side May Provide More Information*

INFORMATION FOR DETERMING
FEDERAL TAX BENEFITS FOR HIGHER EDUCATION EXPENSES

## Dennis E Harvey
## Zenith Education Group, Inc. - Everest University Brandon

**YOU MAY BE ABLE TO REDUCE YOUR FEDERAL INCOME TAX LIABILITY**

**NOTICE TO STUDENT:** You may be able to reduce your federal income tax liability by claiming the American Opportunity or Lifetime Learning Education Tax Credit or Higher Education Tuition and Fees Deduction. These tax benefits apply to the tuition and related expenses[a] paid by you or on your behalf in 2015. The information provided below is a summary of the information on file at your college or university regarding qualified tuition and related expense payments, as well as any scholarships and grants you received. This information may be of use to you in calculating the amount of the tax credit or deduction you may be eligible to claim, but your personal financial records serve as the official supporting documentation for your federal income tax return. Note: To claim the American Opportunity or Lifetime Learning Tax Credit IRS Form 8863 is required. To claim an education deduction IRS Form 8917 is required. (Additional detail is available at www.1098-T.com.)

*If you are claimed as a dependent on another person's tax return (such as your parent's return), please give this notice to that person.*

The American Opportunity Tax Credit may be claimed by eligible single tax filers with a maximum modified adjusted gross income (MAGI) of $80,000 or by joint tax filers with a maximum MAGI of up to $180,000. The Lifetime Learning Tax Credit may be claimed by eligible single tax filers with a maximum modified adjusted gross income (MAGI) of up to $65,000 or by joint tax filers with a maximum MAGI of up to $130,000. Please visit www.irs.gov for the most recent information regarding current availability, income limits, and documentation applicable to the Higher Education Tuition and Fees Deduction.

The school listed above and the Tax Credit Reporting Service (TCRS) are unable to provide individual income tax advice. *Please contact the Internal Revenue Service at 1-800-829-1040 or your personal tax advisor for further information relating to your eligibility for and/or calculation of these tax benefits.*

### TAX YEAR 2015 AMOUNTS

| Part 1: Payments Received for Tuition and Related Expenses | Part 2: Scholarships or Grants[b] |
|---|---|
| Not Applicable | Not Applicable |
| Qualified Expenses Total for Jan 1 - Dec 31, 2015[a]    $ 0.00    Total for Jan 1 - Dec 31, 2015 | $ 0.00 |

### TAX YEAR 2015 ADJUSTMENTS TO PRIOR TAX YEAR AMOUNTS [c]

| Part 3: Adjustments Made for a Prior Year to Qualified Tuition and Related Expenses | Part 4: Adjustments Made for a Prior Year to Scholarships or Grants |
|---|---|
|  | Reductions to Prior Year Gift Aid    ($906.64) |
| Not Applicable |  |
| Total for Jan 1 - Dec 31, 2015    $ 0.00    Total for Jan 1 - Dec 31, 2015 | $ 906.64 |

(a) **"Qualified Tuition and Related Expenses":** The expenses reported on this form must be required by and paid to the institution for enrollment purposes. They include tuition and certain fees; they do not include books, room and board, athletics (unless part of the student's degree program), insurance, equipment, transportation, or other similar personal living expenses. As a result, the amount of Qualified Tuition and Related Expenses listed above will likely be less than the total amount of money you have paid to the school providing this notice. Additional detail may be available at www.1098-T.com. Prepaid Qualified Tuition and Related Expenses are payments received for qualified tuition and related expenses in 2015 that relate to the academic period January through March 2016.

(b) **Important information regarding "Scholarships and Grants":** Some portion of your Scholarships and Grants may be subject to income tax. Please consult with the IRS or your tax advisor to determine the taxability of your Scholarships and Grants and how such amounts may affect the amount of your education tax credit or deduction. For additional information on these issues, please reference IRS Notice 97-60: Consumer Guidance on Education Tax Incentives and IRS Publication 970: Tax Benefits for Higher Education. These documents, as well copies of IRS Forms 8863 and 8917, can be obtained at the IRS web site, www.irs.gov, or by calling the IRS at 1-800-829-1040. Forms 8863 and 8917 are also available at www.1098-T.com.

(c) **"Adjustments to Prior Tax Year Amounts"** represent transactions processed in Tax Year 2015 that may affect your transactions for a prior tax year. If amounts are shown in these sections, and if the American Opportunity or Lifetime Learning Tax Credit was claimed by you or on your behalf for a prior tax year, please refer to the instructions for IRS Form 8863 or IRS Publication 970 regarding how such amounts must be accounted for on your current year tax return. If no amounts appear in Parts 3 and 4 and you believe you have adjustments to charges and/or credits, please go to www.1098-T.com and view the detailed transactions for the amounts shown in Parts 1 and 2 on this form.

*For more detailed information pertaining to the amounts listed above, visit the Tax Credit Reporting Service (TCRS) web site at www.1098-T.com.*

# Hillsborough Community College

Tampa, Florida

This Certifies That

## Dennis E. Hurey

having successfully completed the Course of Study
as prescribed by the Board of Trustees and
upon recommendation of the Faculty
is hereby conferred the degree

### Associate in Arts

Given at Tampa in the State of Florida
11th Day of December in the Year 2002

Daniel Coston, Chairperson Board of Trustees



Gwendolyn W. Stephenson, Ph. D., President

**Claim ID:** YLCXV-DFXRB-PSSMY

## NOTICE OF PENDING CLASS ACTION AND NOTICE OF PROPOSED SETTLEMENT
*PERKINS V. LINKEDIN CORP.*

---

### You are receiving this e-mail because you may have used LinkedIn's Add Connections feature between September 17, 2011 and October 31, 2014.

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

SUBJECT: Confirmation of receipt of your online Perkins v. LinkedIn Claim

Thank you for filing your claim online on 10/14/2015 8:23:19 AM.

Your **Submission ID is: LNKD1-115424059-2**

Please retain this information in your records and use the Submission ID in any communications with Gilardi & Co., LLC regarding this case.

You must keep us informed if your address changes. You may use the case specific website at: www.addconnectionssettlement.com to contact us or to obtain further updates 24 hours a day.

Gilardi & Co. LLC

www.gilardi.com

 



**WE WILL START BILLING YOU IN 3 MONTHS.**



December 18, 2015

```
#BWBBCFT
#B441 9814 2212 18L4#
DENNIS E HARVEY JR
11740 N 17TH ST APT 6
TAMPA FL 33612-9006
```

### Your Loans Will Enter Repayment Soon

When you graduated or dropped to less than half time enrollment from KEISER UNIVERSITY - TAMPA the loans listed on the back of this letter entered their six-month grace period, during which you are not required to make payments. We are contacting you **now** because you will have to start paying back your loans in three months. To help you with the repayment process, we will begin to contact you more frequently.

### "To-Do" List for the Next 3 Months

- Consider making payments **now**

    Paying before your first bill arrives can help you start budgeting for the future, as well as reduce your total balance or outstanding interest. The easiest way to make a payment is online through Account Access, our account management tool, at **MyFedLoan.org**.

- Explore Income-Driven Repayment

    Review your payment estimates at MyFedLoan.org/Estimator. Income-Driven Repayment (IDR) plans are available and take your income and family size into consideration when determining how much you pay each month. On an IDR plan, you may receive loan forgiveness after 20 or 25 years of qualifying payments. Apply for an IDR plan online at StudentLoans.gov.

- Confirm your **contact information**

    You can update your contact information in Account Access. We'll be reaching out to you more frequently over the next few months, as you enter repayment, with information you will need to successfully repay your student loans. You can also **contact us if you have any questions.**

**Are you going back to school?** If you are enrolled at least half-time and will start classes within the next three months, repayment will be postponed for you once your school notifies us of your enrollment.

---

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | ☎ 800-699-2908 | International 717-720-1985 | 📠 717-720-1628 | ☎ 711
**MyFedLoan.org**

Privacy Notice: Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and can be viewed anytime at MyFedLoan.org/PrivacyPolicy. We will mail you a copy if you contact us.

TXXJH    FS06BMDGRG 1005612115    FLS1CL    2705515351000870



**Loan Information**

| Loan Type | Disbursement Date | Current Principal | Interest Rate |
|---|---|---|---|
| DLSTFD | 09/16/2011 | $1,025.00 | 3.400% |
| DLUNST | 09/16/2011 | $8,475.00 | 6.800% |
| DLUNST | 04/24/2012 | $10,500.00 | 6.800% |
| DLUNST | 02/19/2013 | $3,472.00 | 6.800% |
| DLUNST | 11/13/2013 | $2,132.00 | 3.860% |