IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In Re: ) Case No.: 15-10952 (KJC)
)
CORINTHIAN COLLEGES, INC., et ) RESPONSE TO OBJECTION
)
al. )
)
    Debtors. )
)
Chapter 11 )

OBJECTION TO RECLASSIFICATION OF CERTAIN CLAIMS

I, Sarah E. Moore, object to the request to reclassify my six hundred eight dollar ($608.00) claim as general unsecured student claim. This claim should stay as a 507(a)(7) priority. This was/is an overpayment by my private student loan and was/is to be credited to my private student loan upon graduation. This was not a payment for services rendered, this, once again, was/is an overpayment of my private loan. The school, Heald College - Portland, was closed and shut down prior to this payment being made on my behalf. All the documentation I have of this was previously submitted.

1
2  DATED: March 15, 2016
3                                              Sarah Moore
                                               5931 Ne 34th St
4                                              Vancouver, WA 98661
5
...
28

- 2 -
RESPONSE TO OBJECTION