UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   Ashmead Education, Inc.                          Case No.  15-10967-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

       Disbursements made under the Plan:          $0.00

       Other Disbursements:                        <u>$0.00</u>

       Total Disbursements:                        <u>$0.00</u>

***All disbursements made by the reorganized Debtor or on behalf of the reorganized
Debtor, be they under the Plan or otherwise, must be accounted for and reported herein
for the purposes of calculating quarterly fees.***

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action,
     and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which
     have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and
     Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
     Date: 3/25/2016            Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this
document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

                   _____
                   Craig R. Jalbert, Distribution Trustee
                   Verdolino & Lowey, P.C.
                   Pine Brook Office Park
                   124 Washington Street
                   Foxborough, MA  02035
                   Tel:  (508) 543-1720
                   Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   Career Choices, Inc.                        Case No.  15-10972-KJC

Date Order was entered confirming plan:      August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee     Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

       Disbursements made under the Plan:            $0.00

       Other Disbursements:                          <u>$0.00</u>

       Total Disbursements:                          <u>$0.00</u>

***All disbursements made by the reorganized Debtor or on behalf of the reorganized
Debtor, be they under the Plan or otherwise, must be accounted for and reported herein
for the purposes of calculating quarterly fees.**

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
     Date:  3/25/2016              Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   CDI Education USA, Inc.                                Case No.  15-10963-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee       Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

             Disbursements made under the Plan:           $0.00

             Other Disbursements:                         $0.00

             Total Disbursements:                         $0.00

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized
Debtor, be they under the Plan or otherwise, must be accounted for and reported herein
for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action,
      and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which
      have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and
      Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this
document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:  Corinthian Property Group, Inc.              Case No.  15-10966-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee     Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

         Disbursements made under the Plan:          $0.00

         Other Disbursements:                        $0.00

         Total Disbursements:                        $0.00


         ***All disbursements made by the reorganized Debtor or on behalf of the reorganized
         Debtor, be they under the Plan or otherwise, must be accounted for and reported herein
         for the purposes of calculating quarterly fees.***


1.    Projected date of final decree:   Dependent upon resolution of contested matters, potential causes of action,
      and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which
      have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and
      Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date: 3/25/2016          Amount paid:  $325.00


Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this
document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

                                        _____
                                        Craig R. Jalbert, Distribution Trustee
                                        Verdolino & Lowey, P.C.
                                        Pine Brook Office Park
                                        124 Washington Street
                                        Foxborough, MA  02035
                                        Tel:  (508) 543-1720
                                        Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   Corinthian Schools, Inc.                      Case No.  15-10955-KJC

Date Order was entered confirming plan:      August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

         Disbursements made under the Plan:          $0.00

         Other Disbursements:                        $0.00

         Total Disbursements:                        $0.00


**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized
Debtor, be they under the Plan or otherwise, must be accounted for and reported herein
for the purposes of calculating quarterly fees.**


1.    Projected date of final decree:   Dependent upon resolution of contested matters, potential causes of action,
      and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which
      have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and
      Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date: 3/25/2016            Amount paid:  $325.00


Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this
document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

### Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   ECAT Acquisition, Inc.                    Case No.  15-10975-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

       Disbursements made under the Plan:           $0.00

       Other Disbursements:                         $0.00

       Total Disbursements:                         $0.00


***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.***


1.   Projected date of final decree:   Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
     Date: 3/25/2016          Amount paid:  $325.00


Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   ETON Education, Inc.                      Case No.  15-10961-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee    Tel. #: (508) 543-1720

Disbursing Agent (if any):   Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

       Disbursements made under the Plan:        $0.00

       Other Disbursements:                      $0.00

       Total Disbursements:                      $0.00

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
    Date: 3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 31, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel: (508) 543-1720
Fax: (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   Everest College Phoenix, Inc.                    Case No.  15-10960-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee     Tel. #: (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

        Disbursements made under the Plan:          $0.00

        Other Disbursements:                        $0.00

        Total Disbursements:                        $0.00

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.  Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.  Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.  What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.  When was the most recent UST quarterly fee paid, and what was the amount of the payment?
    Date: 3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel: (508) 543-1720
Fax: (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:    Florida Metropolitan University, Inc.                     Case No.  15-10962-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee     Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

        Disbursements made under the Plan:          $0.00

        Other Disbursements:                             $0.00

        Total Disbursements:                             $0.00

**_*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees._**

1.    Projected date of final decree:   Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
    Date:  3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   Grand Rapids Educational Center, Inc.          Case No.  15-10956-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  |  |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.***

1.   Projected date of final decree:   Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
     Date:  3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   Heald Capital, LLC                          Case No.  15-10954-KJC

Date Order was entered confirming plan:   August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):   Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

        Disbursements made under the Plan:        $0.00

        Other Disbursements:                      $0.00

        Total Disbursements:                      $0.00

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 31, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   Heald College, LLC                          Case No.  15-10969-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee     Tel. #: (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

       Disbursements made under the Plan:        $0.00

       Other Disbursements:                      $0.00

       Total Disbursements:                      $0.00

*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.*

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
     Date: 3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   Heald Education, LLC.                    Case No.  15-10964-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

       Disbursements made under the Plan:          $0.00

       Other Disbursements:                              $0.00

       Total Disbursements:                              $0.00

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:   Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
    Date: 3/25/2016        Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   Heald Real Estate, LLC                     Case No.  15-10958-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee     Tel. #: (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  | |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.*

1.     Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.     Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.     What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.     When was the most recent UST quarterly fee paid, and what was the amount of the payment?
       Date: 3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   MJB Acquisition Corporation                    Case No.  15-10971-KJC

Date Order was entered confirming plan:   August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

        Disbursements made under the Plan:          $0.00

        Other Disbursements:                            $0.00

        Total Disbursements:                            $0.00

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
    Date: 3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:    Pegasus Education, Inc.                        Case No.  15-10953-KJC

Date Order was entered confirming plan:      August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

        Disbursements made under the Plan:          $0.00

        Other Disbursements:                                $0.00

        Total Disbursements:                                $0.00


       ***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.***


1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  3/25/2016          Amount paid:  $325.00


Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   QuickStart Intelligence Corporation          Case No.  15-10973-KJC

Date Order was entered confirming plan:      August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #: (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

        Disbursements made under the Plan:        $0.00

        Other Disbursements:                      <u>$0.00</u>

        Total Disbursements:                      <u>$0.00</u>

*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.*

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date: 3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:    Rhodes Business Group, Inc.                    Case No.  15-10959-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  | |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.***

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
       Date:  3/25/2016            Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:  Rhodes Colleges, Inc.                    Case No.  15-10957-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

        Disbursements made under the Plan:          $0.00

        Other Disbursements:                        $0.00

        Total Disbursements:                        $0.00

     ***All disbursements made by the reorganized Debtor or on behalf of the reorganized
     Debtor, be they under the Plan or otherwise, must be accounted for and reported herein
     for the purposes of calculating quarterly fees.**

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action,
      and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which
      have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and
      Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date:  3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this
document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

                                    _____
                                    Craig R. Jalbert, Distribution Trustee
                                    Verdolino & Lowey, P.C.
                                    Pine Brook Office Park
                                    124 Washington Street
                                    Foxborough, MA  02035
                                    Tel:  (508) 543-1720
                                    Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:  SD III-B Heald Holdings Corporation          Case No.  15-10968-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee    Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

|  |  |
|---|---|
| Disbursements made under the Plan: | $0.00 |
| Other Disbursements: | $0.00 |
| Total Disbursements: | $0.00 |

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.***

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
     Date: 3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:  Sequoia Education, Inc.                    Case No.  15-10974-KJC

Date Order was entered confirming plan:    August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee    Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

      Disbursements made under the Plan:          $0.00

      Other Disbursements:                        <u>$0.00</u>

      Total Disbursements:                        <u>$0.00</u>

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1. Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2. Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3. What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4. When was the most recent UST quarterly fee paid, and what was the amount of the payment?
Date: 3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   Socle Education, Inc.                          Case No.  15-10976-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

        Disbursements made under the Plan:          $0.00

        Other Disbursements:                        <u>$0.00</u>

        Total Disbursements:                        <u>$0.00</u>

   ***All disbursements made by the reorganized Debtor or on behalf of the reorganized
   Debtor, be they under the Plan or otherwise, must be accounted for and reported herein
   for the purposes of calculating quarterly fees.***

1.    Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action,
      and reconciliation of claims.

2.    Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which
      have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.    What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and
      Causes of Action.

4.    When was the most recent UST quarterly fee paid, and what was the amount of the payment?
      Date: 3/25/2016            Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this
document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

                                    _____
                                    Craig R. Jalbert, Distribution Trustee
                                    Verdolino & Lowey, P.C.
                                    Pine Brook Office Park
                                    124 Washington Street
                                    Foxborough, MA  02035
                                    Tel:  (508) 543-1720
                                    Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Post-Confirmation Status Report</u>
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   SP PE VII-B Heald Holdings Corporation                Case No.  15-10965-KJC

Date Order was entered confirming plan:      August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee      Tel. #:  (508) 543-1720

Disbursing Agent (if any):    Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

Disbursements made under the Plan:          $0.00

Other Disbursements:                        $0.00

Total Disbursements:                        $0.00

***All disbursements made by the reorganized Debtor or on behalf of the reorganized
Debtor, be they under the Plan or otherwise, must be accounted for and reported herein
for the purposes of calculating quarterly fees.***

1.   Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.   Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.   What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.   When was the most recent UST quarterly fee paid, and what was the amount of the payment?
     Date: 3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Month Ending March 31, 2016

Case Name:   Titan Schools, Inc.                                    Case No.  15-10970-KJC

Date Order was entered confirming plan:     August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee       Tel. #:  (508) 543-1720

Disbursing Agent (if any):     Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

        Disbursements made under the Plan:          $0.00

        Other Disbursements:                        $0.00

        Total Disbursements:                        $0.00

**\*All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.**

1.      Projected date of final decree:  Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2.      Have plan payments been timely disbursed as required by the Plan?  If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3.      What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4.      When was the most recent UST quarterly fee paid, and what was the amount of the payment?
        Date: 3/25/2016          Amount paid:  $325.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  March 25, 2016

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel:  (508) 543-1720
Fax:  (508) 543-4114