IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al. [1] | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 1161 |

**NOTICE OF PARTIAL WITHDRAWAL REGARDING THE STUDENT TRUSTEE'S (SUBSTANTIVE) FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS (RECLASSIFY FROM 507(A)(7) TO GENERAL UNSECURED STUDENT CLAIMS)**

PLEASE TAKE NOTICE that Development Specialists, Inc., solely in its capacity as Student Trustee (the "**Student Trustee**") of the CCI Student Creditors Trust, hereby withdraws the *Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims)* [Docket No. 1161] only as it relates to the claims of Dennis Errol Harvey, Jr.; Sarah Moore; and Mark Pint.

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

52709208.1

| | |
|---|---|
| Dated: March 29, 2016<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>_/s/ Shanti M. Katona_<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br><br>-and-<br><br>**ROBINS KAPLAN LLP**<br>Scott F. Gautier, Esq.<br>Lorie A. Ball, Esq.<br>2049 Century Park East, Suite 3400<br>Los Angeles, California 90067<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800<br>sgautier@robinskaplan.com<br>lball@robinskaplan.com<br><br>_Attorneys for CCI Student Creditors Trust_ |