**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al.[1] | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1161** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING IN PART
STUDENT TRUSTEE'S (SUBSTANTIVE) FIRST OMNIBUS
OBJECTION TO CERTAIN CLAIMS
(RECLASSIFY FROM 507(A)(7) TO GENERAL UNSECURED STUDENT CLAIMS)**

I, Shanti M. Katona, Esq., of Polsinelli PC, co-counsel to the CCI Student Creditors Trust in the above-captioned case, hereby certify as follows:

1. On March 1, 2016, Development Specialists, Inc., solely in its capacity as Student Trustee (the "**Student Trustee**") of the CCI Student Creditors Trust, filed the *Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims)* [Docket No. 1161] (the "**First Omnibus Objection**").

2. Responses to the First Omnibus Objection were to be filed and served no later than March 24, 2016. The Student Trustee received responses from Sarah Moore, Dennis Errol Harvey, Jr., Mark Pint, and the California Department of Consumer Affairs- Bureau for

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

52706889.1

- 2 -

Private Postsecondary Education (collectively, the "**Responding Claimants**"). The Student Trustee has been working to resolve such claims amicably.

3. The Student Trustee has revised the form of order for the First Omnibus Objection by removing the claims of all Responding Claimants. The revised form of order is attached hereto as <u>Exhibit A</u> (the "**Order**").

4. Accordingly, the Student Trustee respectfully requests that this Court enter the Order at its earliest convenience.

Dated: March 29, 2016
       Wilmington, Delaware

**POLSINELLI PC**

  */s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

-and-

**ROBINS KAPLAN LLP**
Scott F. Gautier, Esq.
Lorie A. Ball, Esq.
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
sgautier@robinskaplan.com
lball@robinskaplan.com

*Attorneys for CCI Student Creditors Trust*

52706889.1