# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al. [1] | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1161** |

### ORDER GRANTING IN PART STUDENT TRUSTEE'S (SUBSTANTIVE) FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS (RECLASSIFY FROM 507(a)(7) TO GENERAL UNSECURED STUDENT CLAIMS)

Upon consideration of the Student Trustee's (Substantive) First Omnibus Objection To Certain Claims (Reclassify From 507(A)(7) To General Unsecured Student Claims) (the "**First Objection**") and the arguments contained therein and the claims listed on <u>Exhibit 1</u>, and any opposition thereto, if any; and any opposition to the First Objection having been overruled, resolved, or withdrawn; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2); and (c) notice of the First Objection was appropriate under the

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

circumstances and that no other or further notice need be given; and after due deliberation and

sufficient cause appearing therefore; it is **HEREBY ORDERED** that:

1.      The First Objection is sustained in part and the relief requested therein is granted

as set forth herein.

2.      The Disputed 507(a)(7) Claims as listed and set forth on <u>Exhibit 1</u> attached hereto

are hereby reclassified as general unsecured Student Claims.

3.      The Order is without prejudice of the Student Trustee's rights to: (a) object to the

Disputed 507(a)(7) Claims on any additional grounds, if necessary, other than as stated in the

First Objection; and (b) object, on any other available grounds, to any Student Claim or

Government Education Claim (as that term is defined in the Debtors' Third Amended and

Modified Combined Disclosure Statement And Chapter 11 Plan of Liquidation [Docket No.

909]).

4.      This Court shall retain jurisdiction over the Debtors' estates and the claimants

who filed Student Claims and Government Education Claims with respect to any matters related

to or arising from the implementation of this Order.


Dated:    Wilmington, Delaware

        _____, 2016


                                        _____
                                        The Honorable Kevin J. Carey
                                        United States Bankruptcy Judge

# **<u>EXHIBIT 1</u>**

Dipusted 507(a)(7) Claims

If a claim does not indicate a specific 507(a)(7) amount owed in section 5 of the Proof of Claim and the total claim amount is greater than $2,775.00, the Student Trust has assumed that the 507(a)(7) claim is for $2,775.00, the statutory cap.

If a claimant indicates that a claim is entitled to more than one priority amount, but the claim does not set forth the amount of the alleged 507(a)(7) priority, the Student Trust has assumed that the 507(a)(7) claim is for $2,775, the statutory cap.

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| ACHERBO, SHARON | C2059 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| AKRAM, BARBARA MARIE | C250 | $3,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ALLEN, JANINA M. | C670 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ATKINSON, ANTONIO | C3313 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BELCHER, VINCENT RAYNARD | C583 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BENITEZ, DALYON | C1328 | $1,788.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BLAKE, TERRI LYNN | C3388 | $2,342.76 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BROWN, RHONDA | C3731 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BROWN, RHONDA | C3731 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10957 | Claimant did not make a deposit with the Debtors for services that were not provided |

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| BROWN, RHONDA | C3731 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CARRADA, GINA GUADALUPE | C1719 | $2,628.22 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CAUDILL, TABITHA L. | C2582 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10962 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CHAABAN, ZAINAB | C987 | $725.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CLARK, LAWANDA RENAE | C783 | $1,049.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CUPCHOY, MARILYN | C2076 | $1,680.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CUPCHOY, MARILYN | C2076 | $1,680.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CURIEL-MARTINEZ, EDGAR | C2484 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CURIEL-MARTINEZ, EDGAR | C2484 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| DIAZ ELIAS, CHRISTIAN A | C2558 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| DIAZ ELIAS, CHRISTIAN A | C2558 | $8,060.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |

Dipusted 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| DOMINIQUE, TERAH A. | C2267 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FARFAN, ANGEL | C3695 | $8,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FARFAN, ANGEL | C3696 | $8,000.00 | 507(a)(7) Priority | General Unsecured | 15-10954 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FARFAN, ANGEL | C3693 | $8,000.00 | 507(a)(7) Priority | General Unsecured | 15-10964 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FARFAN, ANGEL | C3694 | $8,000.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FORD, ASHLEY | C3926 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FRANKLIN, CRYSTAL | C1790 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| GELIN, GETRO CHATELAIN | C441 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| GOODEN, KENYA | C3510 | $2,500.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| Green, Demi | C5254 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| GROGAN, JONATHON | C1039 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| HABTEGABER, REGAT A | C4139 | $524.27 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HAN, XU | C3479 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARMON, JOYCE KILGONE | C922 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HELEKUNIHI, KAMEA'ALOHA | C3609 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HELEKUNIHI, KAMEA'ALOHA | C3609 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HERNANDEZ, PAOLA | C3628 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HILLMAN, BRENDA | C2427 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HOYTE, BRODERICK ARKEEN | C1389 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ICO, REGIE | C2430 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ICO, REGIE | C2430 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JACKSON, BEATRIZ | C2049 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |

Dipusted 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|----------|-----------|---------------------|----------------------------|-----------------------------------|-------------------|----------------------------|
| JENKINS, DARRELL | C849 | $1,048.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JENKINS, DARRELL | C849 | $1,048.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JOHNSON, TIFFANY | C3268 | $1,014.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JONES, MARCUS | C1366 | $800.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JONES, MARCUS | C1366 | $800.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JONES, MARCUS | C1366 | $800.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10953 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10955 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10957 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10961 | Claimant did not make a deposit with the Debtors for services that were not provided |

Dipusted 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10962 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10966 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10967 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10970 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10971 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10972 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10975 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KILPATRICK, KEELY K | C2877 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KING, MICHELLE I | C2621 | $1,768.04 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KING, STEVEN A | C2623 | $2,325.11 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

Dipusted 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| KIRKPATRICK, CHRISTAN NICOLE | C486 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KLUTH, LADINE | C439 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10964 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KOSIER, JEREMY T. | C613 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KY, BRYAN | C3156 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KY, BRYAN | C3156 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| LOPEZ, NANCY | C2740 | $60.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| LOPEZ-DIAZ, KARINA L | C2747 | $114.90 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| LOPEZ-DIAZ, KARINA LIZETH | C2742 | $114.90 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| LU, ZHONGXIN | c3635 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MARTINEZ, OSCAR | C1991 | $10,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MASTON, CHRISTOPHER | C1966 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

Dipusted 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| MEDDER, ZURI | C3604 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MERO, RIKKI | C381 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MILBOURNE, SHAKEIRA LINDSEY | C3794 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MILBOURNE, SHAKEIRA LINDSEY | C3794 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MOORE, BREANNA | C4048 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NELSON, SHANE | C1311 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NIETO, FRANK | C3720 | $307.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NORWOOD, MICHAEL TERRILL | C3596 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NORWOOD, MICHAEL TERRILL | C3596 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NUNEZ, JOSE | C2473 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PALERMO, ALICIA LOPEZ | C4064 | $663.84 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| PEAIRS, RYAN D. | C1070 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PEARSON, KIARRA | C2771 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PERRY, SIMONE | C3491 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PITTS, JAMES A. | C562 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PITTS, JAMES A. | C562 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PLASCENCIA, KRISTINA | C3413 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| POWELL, DEMARCUS JABREE | C539 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| QUESADA, MATTEO | C3456 | 1660,75 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| RAMIREZ, DANA | C3755 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| RAMIREZ, MIRIAM | C2437 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| RAMOS, GUY MICHAEL | C2209 | $13,795.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

Dipusted 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| ROITZ, SHAYLI | C516 | $211,420.96 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SADLER, SUSAN | C3262 | $3,000.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SANDERS, MARKESHA LATRELL | C1874 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SHIRLEY, RYAN E | C763 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SIMPSON, JEREMY L. | C1655 | $1,750.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SKIVER, MICHAEL | C644 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SMITH, CHRISTY | C438 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SMITH, CHRISTY | C438 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SMITH, CHRISTY | C438 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10962 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SPANN, WANNER | C4203 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| TATE, AAJAH | C3410 | $2,440.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

Dipusted 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| VALENCIA, ROCKY E. | C2617 | $50,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| VONSCHIMPF-GANGOY, CHRISTIANA | C847 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WALLACE, STEPHANIE | C3726 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WALLACE, STEPHANIE | C3726 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WASHINGTON, CASSAUNDRA | C3742 | $9,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WATSON, SHANN JUSTIN | C3252 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WATSON, SHANN JUSTIN | C3252 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WEBB, MONEQUA | C3778 | $2,500.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WILSON, HENRY | C3513 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| YEUNG, CHING YEE | C279 | $16,600.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ZACHERY, BRITTNE S. | C3764 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| Total | | $494,397.00 | | | | |

52707695.1