**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

-----------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 31, 2016 AT 11:00 A.M. (EDT)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

I.  **CONTINUED MATTER:**

1.  Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

    Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

    Objections / Responses Received:   None.

    Related Documents:   None.

    Status: The hearing on this matter has been continued to a date to be determined.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 14213390v.1

**II.    RESOLVED MATTER:**

2.   Distribution Trustee's Motion for an Order Extending the Claims Objection Deadline [Docket No. 1163 - filed March 8, 2016]

   Objection / Response Deadline:    March 22, 2016 at 4:00 p.m. (EDT)

   Objections / Responses Received:    None.

   Related Documents:

   i.   Certificate of No Objection Regarding Distribution Trustee's Motion for an Order Extending the Claims Objection Deadline [Docket No. 1172 - filed March 23, 2016]

   ii.  Order Granting Distribution Trustee's Motion for an Order Extending the Claims Objection Deadline [Docket No. 1173 - filed March 24, 2016]

   Status: On March 24, 2016, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

**III.   UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION:**

3.   Distribution Trustee's Motion for an Order Closing Certain Chapter 11 Cases [Docket No. 1165 - filed March 10, 2016]

   Objection / Response Deadline:    March 24, 2016 at 4:00 p.m. (EDT)

   Objections / Responses Received:    Informal comments from the Office of the United States Trustee.

   Related Documents:

   i.   Certificate of No Objection Regarding Distribution Trustee's Motion for an Order Closing Certain Chapter 11 Cases [Docket No. 1176 - filed March 28, 2016]

   Status: On March 28, 2016, the Distribution Trustee filed a certificate of no objection regarding this matter. On March 29, 2016, the Court informed counsel for the Distribution Trustee that an order will be entered without the need for a hearing.

**IV.   CONTESTED MATTER WITH CERTIFICATION OF COUNSEL:**

4.   The Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify From 507(a)(7) to General Unsecured Claims) [Docket No. 1161 - filed March 1, 2016]

<u>Objection / Response Deadline</u>:    March 24, 2016 at 4:00 p.m. (EDT)

<u>Objections / Responses Received</u>:

A.   Letter Objection of Dennis Erroll Harvey Jr. [Docket No. 1169 - filed March 18, 2016]

B.   Objection to Reclassification of Certain Claims (filed by Sarah E. Moore) [Docket No. 1171 - filed March 22, 2016]

<u>Related Documents</u>:

i.   Notice of Submission of Copies of Proofs of Claim Regarding the Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims [Docket No. 1168 - filed March 17, 2016]

ii.  Notice of Partial Withdrawal Regarding the Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims) [Docket No. 1177 - filed March 29, 2016]

iii. Certification of Counsel Regarding Order Granting in Part Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims [Docket No. 1178 - filed March 29, 2016]

<u>Status</u>:  On March 29, 2016, the Student Trustee filed a revised proposed form of order under Certification of Counsel with respect to all non-responding claimants.  The Student Trustee has withdrawn the objection with respect to the claims of Sarah Moore, Dennis Errol Harvey, Jr. and Mark Pint. The hearing with respect to the claim of California Department of Consumer Affairs-Bureau for Private Postsecondary Education has been continued to the omnibus hearing scheduled for May 24, 2016 at 11:00 a.m. (ET).  On March 29, 2016, the Court informed counsel for the Distribution Trustee that an order will be entered without the need for a hearing.

|  |  |
|---|---|
| Dated: March 29, 2016<br>      Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Marisa A. Terranova (No. 5396)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>       merchant@rlf.com<br>       terranova@rlf.com<br>       steele@rlf.com<br><br>Counsel for the Distribution Trustee |

RLF1 14213390v.1