# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
CORINTHIAN COLLEGES, INC.,                               :
                                                         :    Case No. 15-10952 (KJC)
                             Debtor.                     :
                                                         :    Re: Docket No. ~~1150~~ 1165, 1176
                                                         :
---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
CORINTHIAN SCHOOLS, INC.,                                :
                                                         :    Case No. 15-10955 (KJC)
                             Debtor.                     :
                                                         :
                                                         :
---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
RHODES COLLEGES, INC.,                                   :
                                                         :    Case No. 15-10957 (KJC)
                             Debtor.                     :
                                                         :
                                                         :
---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
FLORIDA METROPOLITAN UNIVERSITY,                         :
INC.,                                                    :    Case No. 15-10962 (KJC)
                                                         :
                             Debtor.                     :
                                                         :
---------------------------------------------------------x

RLF1 14201220v.1

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CORINTHIAN PROPERTY GROUP, INC., | : | Case No. 15-10966 (KJC) |
| Debtor. | : | |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| TITAN SCHOOLS, INC., | : | Case No. 15-10970 (KJC) |
| Debtor. | : | |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CAREER CHOICES, INC., | : | Case No. 15-10972 (KJC) |
| Debtor. | : | |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SEQUOIA EDUCATION, INC., | : | Case No. 15-10974 (KJC) |
| Debtor. | : | |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ETON EDUCATION, INC., | : | Case No. 15-10961 (KJC) |
| Debtor. | : | |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ASHMEAD EDUCATION, INC., | : | |
| Debtor. | : | Case No. 15-10967 (KJC) |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MJB ACQUISITION CORPORATION, | : | |
| Debtor. | : | Case No. 15-10971 (KJC) |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ECAT ACQUISITION, INC., | : | |
| Debtor. | : | Case No. 15-10975 (KJC) |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PEGASUS EDUCATION, INC., | : | |
| Debtor. | : | Case No. 15-10953 (KJC) |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GRAND RAPIDS EDUCATIONAL CENTER, INC., | : | |
| Debtor. | : | Case No. 15-10956 (KJC) |

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RHODES BUSINESS GROUP, INC., | : | |
| Debtor. | : | Case No. 15-10959 (KJC) |

----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EVEREST COLLEGE PHOENIX, INC., | : | |
| Debtor. | : | Case No. 15-10960 (KJC) |

----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CDI EDUCATION USA, INC., | : | |
| Debtor. | : | Case No. 15-10963 (KJC) |

----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SP PE VII-B HEALD HOLDINGS CORP., | : | |
| Debtor. | : | Case No. 15-10965 (KJC) |

----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SD III-B HEALD HOLDINGS CORP., | : | |
| Debtor. | : | Case No. 15-10968 (KJC) |

----------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| QUICKSTART INTELLIGENCE CORPORATION, | : : : | Case No. 15-10973 (KJC) |
| Debtor. | : : |  |
| Tax I.D. No. 33-0975665 | | |

------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| SOCLE EDUCATION, INC., | : : : | Case No. 15-10976 (KJC) |
| Debtor. | : : |  |
| Tax I.D. No. 36-4743477 | | |

------------------------------------------------------------x

## ORDER CLOSING CERTAIN CHAPTER 11 CASES

This matter having come before the Court upon the *Distribution Trustee's Motion for an Order Closing Certain Chapter 11 Cases* (the "**Motion**");[1] and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their creditors and other parties in interest; and after due deliberation thereon; and good and adequate cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The chapter 11 cases of the twenty-four (24) Debtors identified on **Exhibit 1** attached hereto (the "**Subsidiary Cases**") are hereby closed.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. Case No. 15-10952 (KJC), Corinthian Colleges, Inc., shall remain open pending further order of this Court and shall be the chapter 11 case through which the Debtors' consolidated estate shall be administered.

4. The Clerk of this Court shall enter this Order individually on each of the dockets of the chapter 11 cases and each of the dockets of the Subsidiary Cases shall be marked as "Closed."

5. The Distribution Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. Entry of this final decree is without prejudice to the rights of the Distribution Trustee or any party in interest to seek to reopen the Subsidiary Cases for cause.

7. Following entry of this Order, the caption for Case No. 15-10952 (KJC) Corinthian Colleges, Inc., shall read as follows:

| In re: | § § § § § § § | Chapter 11<br><br>Case No. 15-10952 (KJC) |
|---|---|---|
| CORINTHIAN COLLEGES, INC.[1] | | |
| Debtors. | | |

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number is Corinthian Colleges, Inc. (7312).

8. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: March 30, 2016
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2

RLF1 14201220v.1