# __Exhibit 1__

**Subsidiary Cases**

## Subsidiary Cases

| DEBTOR | CASE NO. |
| --- | --- |
| Corinthian Schools, Inc. | Case No. 15-10955 |
| Rhodes Colleges, Inc. | Case No. 15-10957 |
| Florida Metropolitan University, Inc. | Case No. 15-10962 |
| Corinthian Property Group, Inc. | Case No. 15-10966 |
| Titan Schools, Inc. | Case No. 15-10970 |
| Career Choices, Inc. | Case No. 15-10972 |
| Sequoia Education, Inc. | Case No. 15-10974 |
| ETON Education, Inc. | Case No. 15-10961 |
| Ashmead Education, Inc. | Case No. 15-10967 |
| MJB Acquisition Corporation | Case No. 15-10971 |
| ECAT Acquisition, Inc. | Case No. 15-10975 |
| Pegasus Education, Inc. | Case No. 15-10953 |
| Grand Rapids Educational Center, Inc. | Case No. 15-10956 |
| Rhodes Business Group, Inc. | Case No. 15-10959 |
| Everest College Phoenix, Inc. | Case No. 15-10960 |
| CDI Education USA, Inc. | Case No. 15-10963 |
| SP PE VII-B Heald Holdings Corp. | Case No. 15-10965 |
| SD III-B Heald Holdings Corp. | Case No. 15-10968 |
| Heald Capital LLC | Case No. 15-10954 |
| Heald Real Estate, LLC | Case No. 15-10958 |
| Heald Education, LLC | Case No. 15-10964 |
| Heald College, LLC | Case No. 15-10969 |
| Quickstart Intelligence Corporation | Case No. 15-10973 |
| Socle Education, Inc. | Case No. 15-10976 |