IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al. [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered<br><br>Re: Docket No. 1161 *1178*<br>*)* |

**ORDER GRANTING IN PART STUDENT TRUSTEE'S (SUBSTANTIVE) FIRST
OMNIBUS OBJECTION TO CERTAIN CLAIMS
(RECLASSIFY FROM 507(a)(7) TO GENERAL UNSECURED STUDENT CLAIMS)**

Upon consideration of the Student Trustee's (Substantive) First Omnibus Objection To Certain Claims (Reclassify From 507(A)(7) To General Unsecured Student Claims) (the "**First Objection**") and the arguments contained therein and the claims listed on Exhibit 1, and any opposition thereto, if any; and any opposition to the First Objection having been overruled, resolved, or withdrawn; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2); and (c) notice of the First Objection was appropriate under the

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

61177669.2
52707339.1

1

circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore; it is **HEREBY ORDERED** that:

1. The First Objection is sustained in part and the relief requested therein is granted as set forth herein.

2. The Disputed 507(a)(7) Claims as listed and set forth on Exhibit 1 attached hereto are hereby reclassified as general unsecured Student Claims.

3. The Order is without prejudice of the Student Trustee's rights to: (a) object to the Disputed 507(a)(7) Claims on any additional grounds, if necessary, other than as stated in the First Objection; and (b) object, on any other available grounds, to any Student Claim or Government Education Claim (as that term is defined in the Debtors' Third Amended and Modified Combined Disclosure Statement And Chapter 11 Plan of Liquidation [Docket No. 909]).

4. This Court shall retain jurisdiction over the Debtors' estates and the claimants who filed Student Claims and Government Education Claims with respect to any matters related to or arising from the implementation of this Order.

Dated:   Wilmington, Delaware
         March 30, 2016

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

52707339.1

2