# **EXHIBIT 1**

Disputed 507(a)(7) Claims

If a claim does not indicate a specific 507(a)(7) amount owed in section 5 of the Proof of Claim and the total claim amount is greater than $2,775.00, the Student Trust has assumed that the 507(a)(7) claim is for $2,775.00, the statutory cap.

If a claimant indicates that a claim is entitled to more than one priority amount, but the claim does not set forth the amount of the alleged 507(a)(7) priority, the Student Trust has assumed that the 507(a)(7) claim is for $2,775, the statutory cap.

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| ACHERBO, SHARON | C2059 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| AKRAM, BARBARA MARIE | C250 | $3,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ALLEN, JANINA M. | C670 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ATKINSON, ANTONIO | C3313 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BELCHER, VINCENT RAYNARD | C583 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BENITEZ, DALYON | C1328 | $1,788.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BLAKE, TERRI LYNN | C3388 | $2,342.76 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BROWN, RHONDA | C3731 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| BROWN, RHONDA | C3731 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10957 | Claimant did not make a deposit with the Debtors for services that were not provided |

52707695.1

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| BROWN, RHONDA | C3731 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CARRADA, GINA GUADALUPE | C1719 | $2,628.22 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CAUDILL, TABITHA L. | C2582 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10962 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CHAABAN, ZAINAB | C987 | $725.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CLARK, LAWANDA RENAE | C783 | $1,049.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CUPCHOY, MARILYN | C2076 | $1,680.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CUPCHOY, MARILYN | C2076 | $1,680.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CURIEL-MARTINEZ, EDGAR | C2484 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| CURIEL-MARTINEZ, EDGAR | C2484 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| DIAZ ELIAS, CHRISTIAN A | C2558 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| DIAZ ELIAS, CHRISTIAN A | C2558 | $8,060.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |

52707695.1

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| DOMINIQUE, TERAH A. | C2267 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FARFAN, ANGEL | C3695 | $8,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FARFAN, ANGEL | C3696 | $8,000.00 | 507(a)(7) Priority | General Unsecured | 15-10954 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FARFAN, ANGEL | C3693 | $8,000.00 | 507(a)(7) Priority | General Unsecured | 15-10964 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FARFAN, ANGEL | C3694 | $8,000.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FORD, ASHLEY | C3926 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| FRANKLIN, CRYSTAL | C1790 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| GELIN, GETRO CHATELAIN | C441 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| GOODEN, KENYA | C3510 | $2,500.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| Green, Demi | C5254 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| GROGAN, JONATHON | C1039 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |

Case 15-10952-KJC   Doc 1178-1   Filed 03/29/16   Page 8 of 15
Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| HABTEGABER, REGAT A | C4139 | $524.27 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HAN, XU | C3479 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HARMON, JOYCE KILGONE | C922 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HELEKUNIHI, KAMEA'ALOHA | C3609 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HELEKUNIHI, KAMEA'ALOHA | C3609 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HERNANDEZ, PAOLA | C3628 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HILLMAN, BRENDA | C2427 | No Amount Listed | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| HOYTE, BRODERICK ARKEEN | C1389 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ICO, REGIE | C2430 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ICO, REGIE | C2430 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JACKSON, BEATRIZ | C2049 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |

52707695.1

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| JENKINS, DARRELL | C849 | $1,048.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JENKINS, DARRELL | C849 | $1,048.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JOHNSON, TIFFANY | C3268 | $1,014.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JONES, MARCUS | C1366 | $800.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JONES, MARCUS | C1366 | $800.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| JONES, MARCUS | C1366 | $800.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10953 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10955 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10957 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10961 | Claimant did not make a deposit with the Debtors for services that were not provided |

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10962 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10966 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10967 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10970 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10971 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10972 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KENNEY, JASON | C994 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10975 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KILPATRICK, KEELY K | C2877 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KING, MICHELLE I | C2621 | $1,768.04 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KING, STEVEN A | C2623 | $2,325.11 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

52707695.1

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| KIRKPATRICK, CHRISTAN NICOLE | C486 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KLUTH, LADINE | C439 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10964 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KOSIER, JEREMY T. | C613 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KY, BRYAN | C3156 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| KY, BRYAN | C3156 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| LOPEZ, NANCY | C2740 | $60.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| LOPEZ-DIAZ, KARINA L | C2747 | $114.90 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| LOPEZ-DIAZ, KARINA LIZETH | C2742 | $114.90 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| LU, ZHONGXIN | c3635 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MARTINEZ, OSCAR | C1991 | $10,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MASTON, CHRISTOPHER | C1966 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

52707695.1

Adjusted 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| MEDDER, ZURI | C3604 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MERO, RIKKI | C381 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MILBOURNE, SHAKEIRA LINDSEY | C3794 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MILBOURNE, SHAKEIRA LINDSEY | C3794 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| MOORE, BREANNA | C4048 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NELSON, SHANE | C1311 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NIETO, FRANK | C3720 | $307.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NORWOOD, MICHAEL TERRILL | C3596 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NORWOOD, MICHAEL TERRILL | C3596 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| NUNEZ, JOSE | C2473 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PALERMO, ALICIA LOPEZ | C4064 | $663.84 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |

52707695.1

Case 15-10952-KJC    Doc 1178-1    Filed 03/29/16    Page 13 of 15

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| PEAIRS, RYAN D. | C1070 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PEARSON, KIARRA | C2771 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PERRY, SIMONE | C3491 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PITTS, JAMES A. | C562 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PITTS, JAMES A. | C562 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| PLASCENCIA, KRISTINA | C3413 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| POWELL, DEMARCUS JABREE | C539 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| QUESADA, MATTEO | C3456 | 1660.75 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| RAMIREZ, DANA | C3755 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| RAMIREZ, MIRIAM | C2437 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| RAMOS, GUY MICHAEL | C2209 | $13,795.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

52707695.1

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| ROITZ, SHAYLI | C516 | $211,420.96 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SADLER, SUSAN | C3262 | $3,000.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SANDERS, MARKESHA LATRELL | C1874 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SHIRLEY, RYAN E | C763 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SIMPSON, JEREMY L. | C1655 | $1,750.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SKIVER, MICHAEL | C644 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10969 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SMITH, CHRISTY | C438 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SMITH, CHRISTY | C438 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SMITH, CHRISTY | C438 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10962 | Claimant did not make a deposit with the Debtors for services that were not provided |
| SPANN, WANNER | C4203 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| TATE, AAJAH | C3410 | $2,440.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |

52707695.1

Disputed 507(a)(7) Claims

| Creditor | Claim No. | 507(a)(7) Claim Amt. | Claim Classification Status | Re-classification/ Modified Status | Filed in Case No. | Reason for Reclassification |
|---|---|---|---|---|---|---|
| VALENCIA, ROCKY E. | C2617 | $50,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| VONSCHIMPF-GANGOY, CHRISTIANA | C847 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WALLACE, STEPHANIE | C3726 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WALLACE, STEPHANIE | C3726 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WASHINGTON, CASSAUNDRA | C3742 | $9,000.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WATSON, SHANN JUSTIN | C3252 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WATSON, SHANN JUSTIN | C3252 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10974 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WEBB, MONEQUA | C3778 | $2,500.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| WILSON, HENRY | C3513 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| YEUNG, CHING YEE | C279 | $16,600.00 | 507(a)(7) Priority | General Unsecured | 15-10960 | Claimant did not make a deposit with the Debtors for services that were not provided |
| ZACHERY, BRITTNE S. | C3764 | $2,775.00 | 507(a)(7) Priority | General Unsecured | 15-10952 | Claimant did not make a deposit with the Debtors for services that were not provided |
| Total | | $494,397.00 | | | | |

52707695.1