UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                          Case No. 15-10955-KJC

CORINTHIAN SCHOOLS, INC.                        Chapter 11

        Debtor(s).                              Honorable Kevin J. Carey
_____/

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Amended Priority Claim No. 3749, in the amount of $300.00 (three hundred and xx / 100 dollars), dated November 9, 2015, is hereby withdrawn.

                                BILL SCHUETTE
                                Attorney General

                                /s/ Heather L. Donald
                                Heather L. Donald (P57351)
                                Assistant Attorney General
                                Cadillac Place, Ste. 10-200
                                3030 W. Grand Blvd.
                                Detroit, MI  48202
                                Telephone:  (313) 456-0140
                                E-mail: donaldh@michigan.gov

Dated:  May 03, 2016