IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

-----------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 24, 2016 AT 11:00 A.M. (EDT)**

> *AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE
> HEARING ON THIS MATTER HAS BEEN CANCELLED*

I.    **CONTINUED MATTERS**:

1.    Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

Objection / Response Deadline:    December 3, 2015 at 4:00 p.m. (EST)

Objections / Responses Received:    None.

Related Documents:    None.

Status: The hearing on this matter has been continued to a date to be determined.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

2.    The Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify From 507(a)(7) to General Unsecured Claims) [Docket No. 1161 - filed March 1, 2016]

Objection / Response Deadline:    March 24, 2016 at 4:00 p.m. (EDT)

Objections / Responses Received:

A.    Letter Objection of Dennis Erroll Harvey Jr. [Docket No. 1169 - filed March 18, 2016]

B.    Objection to Reclassification of Certain Claims (filed by Sarah E. Moore) [Docket No. 1171 - filed March 22, 2016]

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claim Regarding the Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims [Docket No. 1168 - filed March 17, 2016]

ii.    Notice of Partial Withdrawal Regarding the Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims) [Docket No. 1177 - filed March 29, 2016]

iii.    Order Granting in Part Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims [Docket No. 1181 - filed March 30, 2016]

Status:    On March 30, 2016, the Court entered an order with respect to all non-responding claimants.  The Student Trustee has withdrawn the objection with respect to the claims of Sarah Moore, Dennis Errol Harvey, Jr. and Mark Pint.    The hearing with respect to the claim of California Department of Consumer Affairs-Bureau for Private Postsecondary Education has been continued to the omnibus hearing scheduled for July 19, 2016 at 10:00 a.m. (EDT).

RLF1 14235091v.1

Dated: May 20, 2016
      Wilmington, Delaware

/s/ Amanda R. Steele
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      terranova@rlf.com
      steele@rlf.com

Counsel for the Distribution Trustee