IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on May 20, 2016, I caused true and correct copies of the following document to be served (i) via facsimile to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of Agenda Of Matters Scheduled for Hearing on May 24. 2016 at 11:00 A.M. (EDT) [Docket No. 1193]**

Dated: May 20, 2016

/s/ Alejandro Soria
Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this __20__ day of __May__, 20__16__, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Jennifer Castillo
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>610-993-8493 | ASHBY & GEDDES, P.A.<br>LEIGH-ANNE RAPORT<br>302-654-2067 | ASHBY & GEDDES, P.A.<br>WILLIAM BOWDEN/RICARDO PALACIO<br>302-654-2067 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATI(<br>SHAWN M. CHRISTIANSON<br>415-227-0770 | COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN/PETER LEIGHT<br>617-722-0184 | COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>717-787-7671 |
| DEVELOPMENT RESOURCES, INC.<br>JOHN GIANNOPOULOS<br>312-822-0561 | DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>215-988-2757 | DRINKER BIDDLE & REATH LLP<br>HOWARD A. COHEN<br>302-467-4201 |
| DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>212-248-3141 | FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>303-830-1033 | FRANKGECKER LLP<br>JOSEPH FRANK/REED HEILIGMAN<br>312-276-0035 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>617-451-0409 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN<br>310-712-8571 | KATTEN MUCHIN ROSENMAN LLP<br>DUSTIN BRANCH/BRIAN HUBEN<br>310-788-4471 |
| KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>212-808-7897 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DAVID G. AELVOET<br>210-225-6410 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>469-221-5003 |
| LOIZIDES, P.A.<br>CHRISTOPHER D. LOIZIDES<br>302-654-0728 | MISSOURI DEPARTMENT OF REVENUE<br>STEVEN A. GINTHER<br>573-751-7232 | MORRIS JAMES LLP<br>CARL N. KUNZ III/JEFFREY R. WAXMAN<br>302-571-1750 |
| MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI/ERICA RICHARDS<br>212-468-7900 | NYS DEPT. OF TAXATION & FINANCE<br>ROBERT COOK<br>518-435-8490 | OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>503-378-8395 |
| OFFICE OF THE ATTORNEY GENERAL<br>JOSEPH J. SANDERS<br>312-814-2593 | OFFICE OF THE U.S. ATTORNEY<br>KELLY T. CURRIE<br>718-254-7508 | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER/TIMOTHY FOX<br>302-573-6497 |
| OREGON DEPARTMENT OF JUSTICE<br>CAROLYN G. WADE<br>503-373-7067 | PALM SPRINGS MILE ASSOCIATES, LTD<br>PHILLIP J. EISENBERG<br>212-545-1410 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.I<br>OWEN M. SONIK<br>713-862-1429 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ELIZABETH BANDA CALVO<br>817-860-6509 | PIRCHER, NICHOLS & MEEKS<br>EUGENE J.M. LEONE<br>312-915-3348 | POLSINELLI PC<br>CHRISTOPHER WARD/SHANTI KATONA<br>302-252-0921 |
| POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN/ETTA MAYERS<br>302-658-1192 | ROBAINA & KRESIN<br>THOMAS GRIFFIN<br>602-682-6455 | ROBINS KAPLAN LLP<br>LORIE BALL/CYNTHIA HERNANDEZ<br>310-229-5800 |
| ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>310-229-5800 | RUDER WARE, L.L.S.C.<br>JEREMY M. WELCH<br>715-845-2718 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE<br>212-818-9606 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>CARREN B. SHULMAN<br>212-653-8701 | SIDLEY AUSTIN LLP<br>JENNIFER HAGLE/ANNA GUMPORT<br>213-896-6600 | SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>317-263-7901 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>FELICIA GERBER PERLMAN<br>312-407-0411 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>SARAH E. PIERCE<br>302-651-3001 | SYNCHRONY BANK<br>RAMESH SINGH<br>305-374-8113 |

TRAVIS COUNTY
KAY D. BROCK
512-854-4808

TREASURER - TAX COLLECTOR
DAN MCALLISTER
619-685-2589

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEY J. HULL
512-936-1409

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH/MICHAEL R. SEW.HOY
202-514-9163

WISCONSIN DEPARTMENT OF JUSTICE
F. MARK BROMLEY, AAG
608-267-8906

Parties Served: 50

# **EXHIBIT B**

ARAPAHOE COUNTY TREASURER
BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON CO  80166

BMC GROUP, INC.
T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO CA  90245

BOVITZ & SPITZER
J. SCOTT BOVITZ
1100 WILSHIRE BLVD., S
SUITE 2403
LOS ANGELES CA  90017

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK NY  10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND OR  97232

CA DEPT. OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
1300 I ST.,
SACRAMENTO CA  95814-5901

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO CA  94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND CA  94612

CONSUMER FINANCIAL PROTECTION BUREAU
CYNTHIA GOOEN LESSER
1700 G STREET, N.W.
WASHINGTON DC  20552

DE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
FRANCHISE TAX DIVISION
DOVER DE  19903

DENNIS E. HARVEY JR.
11740 N 17TH ST
APT 6
TAMPA FL  33612

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU HI  96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK NY  10013

DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON DE  19802

DUMAS & KIM, APC
CHRISTIAN T. KIM
3435 WILSHIRE BLVD
SUITE 990
LOS ANGELES CA  90010

EQUITY ONE, INC.
LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL  33179

FINGER & SLANINA
DAVID L. FINGER
ONE COMMERCE CENTER
1201 N ORANGE ST. 7TH FL
WILMINGTON DE  19801

GE INFO TECH SOLUTIONS
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON GA  31208-3708

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU HI  96813

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAILSTOP 5-Q30.133
PHILADELPHIA PA  19101-7346

KREIS, ENDERLE, HUDGINS & BORSOS
THOMAS G. KING
PO BOX 4010
KALAMAZOO MI  49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI OH  75271-2711

LAW OFFICE OF DONALD W. SIEVEKE
DONALD W. SIEVEKE
1113 N. SPURGEON ST
SANTA ANA CA  92701

NEW YORK STATE DEPARTMENT OF LABOR
BLDG. 12, W.A. HARRIMAN CAMPUS
ALBANY NY  12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK NY  10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU HI  96813

OCCUPATIONAL SAFETY & HEALTH ADMIN.
800 W. WASHINGTON STREET
2ND FLOOR
PHOENIX AZ  85007

OFFICE OF THE ATTORNEY GENERAL
MAURA HEALEY/P. LEIGHT/G. KAPLAN
ONE ASHBURTON PLACE
18TH FLOOR
BOSTON MA  2108

OFFICE OF THE ATTORNEY GENERAL
NANCY QUACH/NICHOLAS CAMPINS
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO CA  94102-7004

OFFICE OF THE U.S. ATTORNEY
FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU HI  96850

OFFICE OF THE U.S. ATTORNEY
JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX AZ  85004-4408

OFFICE OF THE U.S. ATTORNEY
PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK NY  10007

OUTTEN & GOLDEN LLP
JACK RAISNER/RENÉ ROUPINIAN
3 PARK AVENUE
29TH FLOOR
NEW YORK NY  10016

| | | |
|---|---|---|
| SARAH MOORE<br>5931 NE 34TH ST<br>VANCOUVER WA 98661 | SECURITIES & EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON DC 20549 | SECURITIES & EXCHANGE COMMISSION<br>GEORGE S. CANELLOS<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK NY 10281-1022 |
| STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON DE 19801-0820 | STATE OF MI/DEPT. OF TREASURY<br>BILL SCHUETTE/HEATHER DONALD<br>3030 W. GRAND BLVD.<br>CADILLAC PLACE, SUITE 10-200<br>DETROIT MI 48202 | STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND OR 97701 |
| THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT/KAREN AXSOM<br>800 W. WASHINGTON ST<br>PHOENIX AZ 85007 | THE ROSNER LAW GROUP<br>JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET<br>SUITE 810<br>WILMINGTON DE 19801 | TN DEPT OF REVENUE<br>TN ATTY GENERAL'S OFFICE<br>PO BOX 20207<br>BANKRUPTCY DIVISION<br>NASHVILLE TN 37202-0207 |
| U.S. ATTORNEY'S OFFICE<br>CHARLES M. OBERLY, III<br>P.O. BOX 2046<br>1201 MARKET ST., STE. 1100<br>WILMINGTON DE 19801 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | UNITED STATES DEPARTMENT OF LABOR<br>THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON DC 20210 |
| WATT LONG BEACH, LLC<br>JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA CA 90405 | | |

Parties Served: 46