## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., et al.,[1]<br><br>      Debtors. | Case No. 15-10952 (KJC)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Hearing Date: July 19, 2016 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 21, 2016 at 4:00 p.m. (ET)** |

### NOTICE OF MOTION OF JACK P. MASSIMINO, KENNETH S. ORD, AND ROBERT C. OWEN FOR CONFIRMATORY ORDER ALLOWING PAYMENT OF PROPOSED SETTLEMENT UNDER DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICIES

    PLEASE TAKE NOTICE that Jack P. Massimino, Kenneth S. Ord, and Robert C. Owen (collectively, the "Movants") have today filed the attached **Motion of Jack P. Massimino, Kenneth S. Ord, and Robert C. Owen for Confirmatory Order Allowing Payment of Proposed Settlement Under Directors and Officers Liability Insurance Policies** (the "Motion").

    PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a written response or objection (an "Objection"), if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 21, 2016 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

    At the same time, you must serve any such Objection on the undersigned counsel so as to be received by the Objection Deadline.

    PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **JULY 19, 2016 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 7, 2016
      Wilmington, Delaware           MORRIS, NICHOLS, ARSHT & TUNNELL LLP


                                    */s/ Erin R. Fay*       
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
Erin R. Fay (No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel to Jack P. Massimino, Kenneth S. Ord,*
*and Robert C. Owen*

9724283.1