**CERTIFICATE OF SERVICE**

I, Erin R. Fay, certify that I am not less than 18 years of age, and that service of the **Motion of Jack P. Massimino, Kenneth S. Ord, and Robert C. Owen for Confirmatory Order Allowing Payment of Proposed Settlement Under Directors and Officers Liability Insurance Policies** was caused to be made on June 7, 2016, in the manner indicated, upon the entities identified on the attached service list.

Date: June 7, 2016                           */s/ Erin R. Fay*
                                                     Erin R. Fay (No. 5268)

9165470.1