IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al., ) | 15-10952 (KJC) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| _____ ) | |

## CERTIFICATION OF GOVERNMENT ATTORNEY

The undersigned attorney, Danielle A. Pham, files this certification of government attorney pursuant to Local Rule 9010-1(e)(i).

1. The undersigned attorney is admitted to the bars of the United States District Court for the Southern District of New York, the Eastern District of New York, the Northern District of California, the Southern District of California, the Central District of California and The Eastern District of California, and the Supreme Court of the States of New York and California.

2. The undersigned attorney is in good standing in all jurisdictions in which she has been admitted.

3. The undersigned attorney will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and the undersigned attorney submits to the jurisdiction of this Court for disciplinary purposes.

Dated: June 9, 2016

Respectfully submitted,

/s/ Danielle A. Pham
DANIELLE A. PHAM
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044
Tel. (202) 307-0958
Fax (202) 514-9163
danielle.pham@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2016, I caused a true and correct copy of foregoing document to be served via electronic mail upon all other parties receiving electronic notice under the Court's CM/ECF system.

/s/ Danielle A. Pham
Danielle A. Pham