# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., et al.,[1]<br><br>Debtors. | Case No. 15-10952 (KJC)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>RE: D.I. 1196 |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF JACK P. MASSIMINO, KENNETH S. ORD, AND ROBERT C. OWEN FOR CONFIRMATORY ORDER ALLOWING PAYMENT OF PROPOSED SETTLEMENT UNDER DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICIES**

The undersigned hereby certifies that, as of the date hereof, Jack P. Massimino, Kenneth S. Ord, and Robert C. Owen (collectively, "Movants") have received no answer, objection or other responsive pleading to the **Motion of Jack P. Massimino, Kenneth S. Ord, and Robert C. Owen for Confirmatory Order Allowing Payment of Proposed Settlement Under Directors and Officers Liability Insurance Policies** (the "Motion") (D.I. 1196), filed on June 7, 2016.

The undersigned further certifies that the Movants have caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections to the Motion were to be filed and served no later than June 21, 2016 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

WHEREFORE, the Movants respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: June 22, 2016  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
Erin R. Fay (No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsmile: (302) 658-3989
rdehney@mnat.com
cmiller@mnat.com
efay@mnat.com

*Counsel to Jack P. Massimino, Kenneth S. Ord, and Robert C. Owen*

10180047