# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., et al.,[1]<br><br>Debtors. | Case No. 15-10952 (KJC)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>RE: D.I. 1196, 1200 |

## ORDER GRANTING MOTION OF JACK P. MASSIMINO, KENNETH S. ORD, AND ROBERT C. OWEN FOR CONFIRMATORY ORDER ALLOWING PAYMENT OF PROPOSED SETTLEMENT UNDER DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICIES

Upon the motion (the "Motion")[2] of Jack P. Massimino, Kenneth S. Ord, and Robert C. Owen (collectively, the "Movants") for entry of an order (this "Order") (a) confirming that the proceeds under certain directors and officers liability insurance policies (the "D&O Policies") are not subject to the Plan Injunction and may be used by the Insurers to pay the Settlement Amount; or (b) granting immediate relief from or modifying the Plan Injunction, to the extent applicable, to allow the Insurers to pay the Settlement Amount with the insurance proceeds, consistent with the terms and conditions of the D&O Policies; and the Court having found that it has jurisdiction over this matter, and venue is proper in this district; and it appearing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

[2] Capitalized terms not defined herein are defined in the Motion.

that due and sufficient notice of the Motion has been given; and no other or further notice need be provided; and the Court having considered the Motion and any objections or responses thereto; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED** that

1. The Motion is GRANTED.

2. The Plan Injunction imposed under the Plan does not apply to the proceeds of the D&O Policies, or, to the extent it does apply, it is lifted and modified to allow the Insurers to pay the Settlement Amount provided for in the Proposed Settlement on behalf of Movants with the proceeds of the D&O Policies in accordance with the terms and conditions of the D&O Policies.

3. The Insured Persons and Debtors are authorized and directed to execute all documentation necessary to allow the Insurers to fund the Settlement Amount pursuant to the Proposed Settlement.

4. Nothing in this Order modifies the terms and conditions of the D&O Policies, and all parties reserve their rights thereunder.

5. Any payment or advancement made by the Insurers to, or on behalf of, the Insured Persons pursuant to the D&O Policies shall not be considered property of the Debtors' estates.

6. With the exception of any right of the Insurers to seek repayment of amounts advanced consistent with the terms of the D&O Policies, any payment or advancement made by the Insurers under the D&O Policies shall not be subject to disgorgement, avoidance, clawback, or any other similar action, claim, or proceeding, whether legal or equitable in nature, brought by any party in interest.

7.  This Order is effective immediately upon its entry.

8.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: June 23, 2016
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

3