THOMAS E. PEREZ, United States Secretary of Labor
CRISANTA JOHNSON, Regional Director
UNITED STATES DEPARTMENT OF LABOR
EMPLOYEE BENEFITS SECURITY ADMINISTRATION
Los Angeles Regional Office
1055 E. Colorado Blvd., Suite 200
Pasadena, CA 91106-2341

Telephone:    (626) 229-1000
Facsimile:    (626) 229-1098
Johnson.Crisanta@dol.gov

On behalf of CORINTHIAN COLLEGES, INC.
RETIREMENT SAVINGS PLAN AND CORINTHIAN
COLLEGES, INC. EMPLOYEE BENEFITS PLAN

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case No.: 15-10952 (KJC) |
| Corinthian Colleges, Inc., et al. | Chapter 11 |
| Debtor(s). | NOTICE OF WITHDRAWAL OF PROOF OF CLAIMS [CLAIM NO(s). <u>3788 and 3789</u>] |

YOU ARE HEREBY NOTIFIED that the U.S. Department of Labor, Employee Benefits Security Administration's unliquidated proof of claims, Claim Nos. <u>3788 and 3789</u>, filed on behalf of Corinthian Colleges, Inc. Retirement Savings Plan And Corinthian Colleges, Inc. Employee Benefits Plan are hereby WITHDRAWN.

FOR THE SECRETARY OF LABOR:

Dated: June 15th, 2016    By: _____
                             CRISANTA JOHNSON
                             Regional Director, on behalf of
                             CORINTHIAN COLLEGES, INC.
                             RETIREMENT SAVINGS PLAN AND
                             CORINTHIAN COLLEGES, INC. EMPLOYEE
                             BENEFITS PLAN

- 1 -