# CERTIFICATE OF SERVICE

I, Erin R. Fay, certify that I am not less than 18 years of age, and that service of the **Motion of Jack P. Massimino, Eva Deshon, Barbara Gordon, David Moore, Terry Rawls, and Karen Rose to Clarify or Amend Comfort Order and, to the Extent Applicable, for Relief from the Plan Injunction** was caused to be made on June 28, 2016, in the manner indicated, upon the entities identified on the attached service list.

Date: June 28, 2016                                             */s/ Erin R. Fay*
                                                                                                      Erin R. Fay (No. 5268)

10199422.1