# SERVICE LIST

**BY FIRST CLASS MAIL:**

Department Of Labor
Division of Unemployment Ins.
4425 N. Market Street
Wilmington, DE  19802

Howard A. Cohen
Drinker Biddle & Reath LLP
222 Delaware Ave.
Suite 1410
Wilmington, DE  19801-1621

Richard Schepacarter
Timothy Fox
Office of the United States Trustee
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE  19801-3519

Christopher Ward
Polsinelli PC
222 Delaware Ave
Wilmington, DE  19801

Jeremy Ryan
Etta Myers
Potter Anderson & Corroon LLP
1313 North Market Street
Sixth Floor
Wilmington, DE  19801

Mark D. Collins
Michael Merchant
Marisa Terranova
Amanda Steele
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE  19801

Sarah E. Pierce
Skadden Arps Slate Meagher
  & Flom LLP
One Rodney Square
Wilmington, DE  19801

State of Delaware
820 N. French Street
Division of Revenue - 8th Floor
Wilmington, DE  19801-0820

Julia B. Klein
Frederick B. Rosner
The Rosner Law Group
824 Market Street
Suite 810
Wilmington, DE  19801

U.S. Attorney's Office
1201 Market Street
Suite 1100
Wilmington, DE  19801

Carl N. Kunz III
Jeffrey Waxman
500 Delaware Ave.
Wilmington, DE  19801

Christopher Loizides
Loizides PA
1225 King St.
Wilmington, DE  19801

William Bowden
Ricardo Palacio
Leigh-Anne Raport
Ashby & Geddes P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801

Delaware Secretary of State
Division Of Corporations
Franchise Tax Division
P.O. Box 898
Dover, DE  19903

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Roland Lampert
Lampert 25500 Industrial Blvd. LLC
P.O. Box 712711
Cincinnati, OH  75271-2711

Secretary of The Treasury
P.O. Box 7040
Dover, DE  19903

Courtney J. Hull
John Mark Stern AAG
TX Comptroller of Public Accounts
Bankruptcy & Collections
  Division MC 008
P.O. Box 12548
Austin, TX  78711-2548

Lloyd H. Randolph
U.S. Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875

Brad D. Schimel AG
F. Mark Bromley AAG
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI  53707-7857

Laura L. McCloud
Office of the Attny General
Bankruptcy Division
PO Box 20207
Nashville, TN  37202

Kay D. Brock
Travis County Attorney
PO Box 1748
Austin, TX  78767

Steven Ginther
Missouri Dept. of Revenue
301 W. High St.
Room 670
PO Box 475
Jefferson City, MO  65105

John Kresse
U.S. Department of Justice
1100 L Street NW
Room 10100
PO Box 875
Washington, DC  20044

Danielle A. Pham
U.S. Department of Justive
1100 L. Street NW
Room 10100
PO Box 875
Washington, DC  20044

Amber Thompson
538 Troy Dr. Apt. #3
San Jose, CA  95117

Arizona Department of Education
1535 West Jefferson Street
P.O. Box 1150
Phoenix, AZ  85007

T. Feil
BMC Group Inc.
300 Continental Boulevard #570
El Segundo, CA  90245

Brittany Ann Smith Jackl
3532 Barrel Springs Dr.
Orange Park, FL  32073

H. Jeffrey Schwartz
Bennett Silverberg
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Bureau of Labor and Industries
800 NE Oregon Street
Suite 1045
Portland, OR  97232

PAGA Administrator
CA Labor & Workforce
   Development Agency
455 Golden Gate Avenue
9th Floor
San Francisco, CA  94102

Cal/OSHA
1515 Clay Street
Suite 1901
Oakland, CA  94612

California Department of Education
1430 N Street
Sacramento, CA  95814-5901

California Department of Justice
1300 I St. #1142
One Ashburton Place
18th Floor
Sacramento, CA  95814-5901

Maura Healey AG
Peter Leight AAG
Glenn Kaplan AAG
Commonwealth of Massachusetts
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA  02108

Crystal Loeser
4928 Valley Terrace Way
Salida, CA  95368

Dept of Labor & Industrial Relations
830 Punchbowl Street #321
Honolulu, HI  96813

Division of Safety & Health
One Hudson Square
75 Varick Street
7th Floor
New York, NY  10013

Michael P. Pompeo
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY  10036-2714

H. John Michel Jr.
Drinker Biddle & Reath LLP
One Logan Square
Suite 2000
Philadelphia, PA  19103-6996

Attn: Legal Department
Equity One Inc.
1600 Northeast Miami Gardens Drive
North Miami Beach, FL  33179

Hawaii State Department of Education
1390 Miller Street
Honolulu, HI  96813

Barry Freeman
David M. Poitras
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA  90067

Jessica King
653 Clinton Drive
Newport News, VA  23605

Dustin Branch
Brian Huben
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Robert L. LeHane
Bankruptcy Department
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Krystle Powell
150 Gardiner Ave. #3
South San Francisco, CA  94080

Labor Department
800 W Washington St
Phoenix, AZ  85007

Michael Adorno-Miranda
6583 Trenton Street
Colorado Springs, CO  80923

Lorenzo Marinuzzi
Erica Richards
Morrison & Foerster LLP
250 West 55th Street
New York, NY  10019-9601

New York State
   Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY  12240

NYC Department of Education
Tweed Courthouse
52 Chambers Street
New York, NY  10007

Occupational Safety & Health
   Administration
800 W. Washington Street
2nd floor
Phoenix, AZ  85007

Occupational Safety & Health
   Administration
830 Punchbowl St # 425
Honolulu, HI  96813

Office of the U.S. Attorney
District of Arizona
Two Renaissance Square
40 N. Central Avenue
Suite 1200
Phoenix, AZ  85004-4408

Office of the U.S. Attorney
District of Hawaii
300 Ala Moana Blvd. #6-100
Honolulu, HI  96850

Office of the U.S. Attorney
Southern District of New York
One Saints Andrew Plaza
New York, NY  10007

Office of the U.S. Attorney
Eastern District of New York
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY  11201

Oregon Department of Education
255 Capitol Street NE
Salem, OR  97310-0203

Oregon Department of Justice
1162 Court Street NE
Salem, OR  97301-4096

Phillip J. Eisenberg
Palm Springs Mile Associates Ltd
c/o Phillips International
295 Madison Avenue
2nd Floor
New York, NY  10017

George S. Canellos
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center
Suite 400
New York, NY  10281-1022

Secretary of the Treasury
Securities & Exchange Commission
100 F Street NE
Washington, DC  20549

Jennifer Hagle
Anna Gumport
Sidley Austin LLP
555 West Fifth Street #4000
Los Angeles, CA  90013

Felicia Gerber Perlman
Skadden Arps Slate Meagher
   & Flom LLP
155 N. Wacker Drive
Chicago, IL  60606-1720

State of Oregon Osha Office
1230 NE 3rd Street #115
Bend, OR  97701

Tasha Courtright
32209 Riverside Dr. Apt. K4
Lake Elsinore, CA  92530

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

James Maginn
Watt Long Beach LLC
2716 Ocean Park Blvd.
Santa Monica, CA  90405

Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX  75207

Ronald Tucker
Simon Property Group
225 West Washington St
Indianapolis, IN  46204

Scott Gautier
Lorie Ball
Cynthia Hernandez
Robins Kaplan LLP
2049 Century Park East
Suite 3400
Los Angeles, CA  90067

Carren Shulman
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY  10112

Elizabeth Banda Calvo
Perdue Brandon Fielder Collins
 & Mott LLP
500 E Border St.
Ste. 640
Arlington, TX  76010

Caroline Fuller
Fairfield and Woods PC
1801 California St.
Ste. 2600
Denver, CO  80202

Christopher Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Ave.
New York, NY  10169

Joseph Frank
Reed Heiligman
FrankGecker LLP
325 N. LaSalle St.
Ste. 625
Chicago, IL  60654

David Aelvoet
Linebarger Goggan Blair & Sampson LLP
711 Navarro St.
San Antonio, TX  78205

J. Scott Bovitz
Bovitz & Spitzer
1100 Wilshire Blvd.
Ste 2403
Los Angeles, CA  90017

Caroyln Wade
Oregon Dept. of Justice
1162 Court St. NE
Salem, OR  97301

Heather L. Donald
State of Michigan Attorney General
Cadillac Place Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202

Owen M. Sonik
Perdue Brandon Fielder Collins
 & Mott LLP
1235 N. Loop West
Ste 600
Houston, TX  77008

Jack Raisner
Rene Roupinian
Outten & Golden LLP
3 Park Ave.
New York, NY  10016

Donald W. Sieveke
Law Offices of Donald W. Sieveke
1113 N. Spurgeon St.
Santa Ana, CA  92701

Cynthia Gooen Lesser
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC  20552

Michael R. Sew Hoy
U.S. Department of Justice
Civil Division
1100 L. Street NW
Room 10048
Washington, DC  20005

Robert Cook
NY State Department of Taxation
 and Finance
Office of Counsel
340 East Main St.
Rochester, NY  14604

Joseph M. Sanders
Illinois Attorney General's Office
100 W Randolph St.
12th Fl.
Chicago, IL  60601

Geoffrey L. Berman
Development Specialists Inc.
333 South Grand Ave.
Ste. 4070
Los Angeles, CA  90071

Christian T. Kim
Dumas & Kim APC
3435 Wilshire Blvd. Suite 990
Los Angeles, CA  90010

Shawn M. Christianson
Buchalter Nemer
55 Second Street 17th Floor
San Francisco, CA  94105-3493