## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*,[1] | ) ) | Case No. 15-10952 (KJC) Jointly Administered |
| Debtors | ) ) ) ) ) | Hearing: July 19, 2016 at 10:00 a.m. (E.T.) Obj. Deadline: June 30, 2016 at 4:00 p.m (E.T.) |

### CERTIFICATION OF NO OBJECTION REGARDING UNITED STATES OF AMERICA'S MOTION FOR ORDER AUTHORIZING SET OFF OF MUTUAL PREPETITION DEBTS

The undersigned hereby certifies that, as of the date hereof, the United States has received no answer, objection or other responsive pleading to the *United States of America's Motion for Order Authorizing Set Off of Mutual Prepetition Debts* [Docket No. 1198] (the "Motion") filed on June 9, 2016. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than June 30, 2016 at 4:00 p.m. (E.T.)

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SPPE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1

Dated: July 5, 2016

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

        FLORENCE T. NAKAKUNI
        United States Attorney

        ELLEN W. SLIGHTS (DE Bar No. 2782)
        Assistant United States Attorney

        /s/ Danielle A. Pham
        RUTH A. HARVEY
        LLOYD H. RANDOLPH
        JOHN R. KRESSE
        DANIELLE A. PHAM
        Commercial Litigation Branch
        Civil Division
        United States Department of Justice
        P.O. Box 875
        Ben Franklin Station
        Washington D.C. 20044
        Tel. (202) 307-0958
        Fax (202) 514-9163
        danielle.pham@usdoj.gov

        Attorneys for the United States