UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FLORIDA METROPOLITAN
UNIVERSITY, INC.

    Debtor(s).
_____/

Case No. 15-10962-KJC
Chapter 13
Hon. Kevin J. Carey

## WITHDRAWAL OF MICHIGAN DEPARTMENT OF TREASURY'S PRIORITY PROOF OF CLAIM

NOW COMES the State of Michigan, Department of Treasury, by and through its attorneys, Bill Schuette, Attorney General, and Heather L. Donald, Assistant Attorney General, and WITHDRAWS its Priority Proof of Claim filed on July 28, 2015 in the amount of $4,779.00.

    Respectfully submitted,

    BILL SCHUETTE
    Attorney General

    /s/ Heather L. Donald
    Heather L. Donald (P57351)
    Assistant Attorney General
    3030 W. Grand Blvd., Suite 10-200
    Detroit, MI  48202
    (313) 456-0140
Dated: June 14, 2016    donaldh@michigan.gov