# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., et al.,[1]<br><br>Debtors. | Case No. 15-10952 (KJC)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**RE: D.I. 1205** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF JACK P. MASSIMINO, EVA DESHON, BARBARA GORDON, DAVID MOORE, TERRY RAWLS, AND KAREN ROSE TO CLARIFY OR AMEND COMFORT ORDER AND, TO THE EXTENT APPLICABLE, FOR RELIEF FORM THE PLAN INJUNCTION**

The undersigned hereby certifies that, as of the date hereof, Jack P. Massimino, Eva Deshon, Barbara Gordon, David Moore, Terry Rawls, and Karen Rose (collectively, "Movants") have received no answer, objection or other responsive pleading to the **Motion Of Jack P. Massimino, Eva Deshon, Barbara Gordon, David Moore, Terry Rawls, And Karen Rose To Clarify Or Amend Comfort Order And, To The Extent Applicable, For Relief Form The Plan Injunction** (the "Motion") (D.I. 1205), filed on June 28, 2016.

The undersigned further certifies that the Movants have caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections to the Motion were to be filed and served no later than July 12, 2016 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

WHEREFORE, the Movants respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: July 13, 2016<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Erin R. Fay*<br>Robert J. Dehney (No. 3578)<br>Curtis S. Miller (No. 4583)<br>Erin R. Fay (No. 5268)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsmile: (302) 658-3989<br>rdehney@mnat.com<br>cmiller@mnat.com<br>efay@mnat.com<br><br>*Counsel to the Movants* |

10180047