**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

-----------------------------------------------------------------

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 19, 2016 AT 11:00 A.M. (EDT)**

---

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING
HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

---

I.    **CONTINUED MATTERS:**

1.    Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

Objection / Response Deadline:    December 3, 2015 at 4:00 p.m. (EST)

Objections / Responses Received:    None.

Related Documents:    None.

Status: The hearing on this matter has been continued to a date to be determined.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]    **Amended items appear in bold.**

2.      The Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify From 507(a)(7) to General Unsecured Claims) [Docket No. 1161 - filed March 1, 2016]

Objection / Response Deadline:   March 24, 2016 at 4:00 p.m. (EDT)

Objections / Responses Received:

A.      Letter Objection of Dennis Erroll Harvey Jr. [Docket No. 1169 - filed March 18, 2016]

B.      Objection to Reclassification of Certain Claims (filed by Sarah E. Moore) [Docket No. 1171 - filed March 22, 2016]

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim Regarding the Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims [Docket No. 1168 - filed March 17, 2016]

ii.     Notice of Partial Withdrawal Regarding the Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims) [Docket No. 1177 - filed March 29, 2016]

iii.    Order Granting in Part Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims [Docket No. 1181 - filed March 30, 2016]

Status:  On March 30, 2016, the Court entered an order with respect to all non-responding claimants.  The Student Trustee has withdrawn the objection with respect to the claims of Sarah Moore, Dennis Errol Harvey, Jr. and Mark Pint.  The hearing with respect to the claim of California Department of Consumer Affairs-Bureau for Private Postsecondary Education has been continued to the omnibus hearing scheduled for September 20, 2016 at 2:30 p.m. (EDT).

## II.    RESOLVED MATTERS:

3.      Motion of Jack P. Massimino, Kenneth S. Ord, and Robert C. Owen for Confirmatory Order Allowing Payment of Proposed Settlement Under Directors and Officers Liability Insurance Policies [Docket No. 1196 - filed June 7, 2016]

Objection / Response Deadline:   June 21, 2016 at 4:00 p.m. (EDT)

Objections / Responses Received:     None.

2

Related Documents:

    i.    Certificate of No Objection Regarding Motion of Jack P. Massimino, Kenneth S. Ord, and Robert C. Owen for Confirmatory Order Allowing Payment of Proposed Settlement Under Directors and Officers Liability Insurance Policies [Docket No. 1200 - filed June 22, 2016]

    ii.    Order Granting Motion of Jack P. Massimino, Kenneth S. Ord, and Robert C. Owen for Confirmatory Order Allowing Payment of Proposed Settlement Under Directors and Officers Liability Insurance Policies [Docket No. 1201 - filed June 23, 2016]

Status: On June 23, 2016, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4.    United States of America's Motion for Order Authorizing Set off of Mutual Prepetition Debts [Docket No. 1198 - fled June 9, 2016]

Objection / Response Deadline:   June 30, 2016 at 4:00 p.m. (EDT)

Objections / Responses Received:   None.

Related Documents:

    i.    Certification of No Objection Regarding United States of America's Motion for Order Authorizing Set off of Mutual Prepetition Debts [Docket No. 1206 - filed July 5, 2016]

    ii.    Order Authorizing the United States' Set Off of Mutual Prepetition Debts [Docket No. 1209 - filed July 13, 2016]

Status: On July 13, 2016, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

### III.   **UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION:**

5.    Motion of Jack P. Massimino, Eva Deshon, Barbara Gordon, David Moore, Terry Rawls, and Karen Rose to Clarify or amend Comfort Order and, to the Extent Applicable, for Relief from the Plan Injunction [Docket No. 1205 - filed June 28, 2016]

Objection / Response Deadline:   July 12, 2016 at 4:00 p.m. (EDT)

Objections / Responses Received:   None.

Related Documents:

RLF1 14823776v.1

4

i.     Certificate of No Objection Regarding Motion of Jack P. Massimino, Eva Deshon, Barbara Gordon, David Moore, Terry Rawls, and Karen Rose to Clarify or Amend Comfort Order and, to the Extent Applicable, for Relief from the Plan Injunction [Docket No. 1210 - filed July 13, 2016]

Status: On July 13, 2016, Jack P. Massimino, Eva Deshon, Barbara Gordon, David Moore, Terry Rawls, and Karen Rose filed a certificate of no objection regarding this matter. **The Court has indicated that a hearing regarding this matter is not required.**

Dated: July 15, 2016
        Wilmington, Delaware

/s/ Amanda R. Steele
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marisa A. Terranova (No. 5396)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      terranova@rlf.com
      steele@rlf.com

Counsel for the Distribution Trustee

4

RLF1 14823776v.1