# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., et al.,[1]<br><br>Debtors. | Case No. 15-10952 (KJC)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**RE: D.I. 1214** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 18, 2016, a copy of the **Order Granting Motion of Jack P. Massimino, Eva Deshon, Barbara Gordon, David Moore, Terry Rawls, and Karen Rose to Clarify or Amend Comfort Order and, to the Extent Applicable, for Relief from the Plan Injunction** was served, in the manner indicated, upon the individuals identified on the attached service list.

Dated: July 18, 2016
Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
Erin R. Fay (No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel to Jack P. Massimino, Eva Deshon, Barbara Gordon, David Moore, Terry Rawls, and Karen Rose*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

## SERVICE LIST

**BY FIRST CLASS MAIL:**

Department Of Labor
Division of Unemployment Ins.
4425 N. Market Street
Wilmington, DE  19802

Howard A. Cohen
Drinker Biddle & Reath LLP
222 Delaware Ave.
Suite 1410
Wilmington, DE  19801-1621

Richard Schepacarter
Timothy Fox
Office of the United States Trustee
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE  19801-3519

Christopher Ward
Polsinelli PC
222 Delaware Ave
Wilmington, DE  19801

Jeremy Ryan
Etta Myers
Potter Anderson & Corroon LLP
1313 North Market Street
Sixth Floor
Wilmington, DE  19801

Mark D. Collins
Michael Merchant
Marisa Terranova
Amanda Steele
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE  19801

Sarah E. Pierce
Skadden Arps Slate Meagher
  & Flom LLP
One Rodney Square
Wilmington, DE  19801

State of Delaware
820 N. French Street
Division of Revenue - 8th Floor
Wilmington, DE  19801-0820

Julia B. Klein
Frederick B. Rosner
The Rosner Law Group
824 Market Street
Suite 810
Wilmington, DE  19801

U.S. Attorney's Office
1201 Market Street
Suite 1100
Wilmington, DE  19801

Carl N. Kunz III
Jeffrey Waxman
500 Delaware Ave.
Wilmington, DE  19801

Christopher Loizides
Loizides PA
1225 King St.
Wilmington, DE  19801

William Bowden
Ricardo Palacio
Leigh-Anne Raport
Ashby & Geddes P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801

Delaware Secretary of State
Division Of Corporations
Franchise Tax Division
P.O. Box 898
Dover, DE  19903

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Roland Lampert
Lampert 25500 Industrial Blvd. LLC
P.O. Box 712711
Cincinnati, OH  75271-2711

Secretary of The Treasury
P.O. Box 7040
Dover, DE  19903

Courtney J. Hull
John Mark Stern AAG
TX Comptroller of Public Accounts
Bankruptcy & Collections
  Division MC 008
P.O. Box 12548
Austin, TX  78711-2548

Lloyd H. Randolph  
U.S. Department of Justice  
Civil Division  
P.O. Box 875  
Ben Franklin Station  
Washington, DC  20044-0875  

Brad D. Schimel AG  
F. Mark Bromley AAG  
Wisconsin Department of Justice  
P.O. Box 7857  
Madison, WI  53707-7857  

Laura L. McCloud  
Office of the Attny General  
Bankruptcy Division  
PO Box 20207  
Nashville, TN  37202  

Kay D. Brock  
Travis County Attorney  
PO Box 1748  
Austin, TX  78767  

Steven Ginther  
Missouri Dept. of Revenue  
301 W. High St.  
Room 670  
PO Box 475  
Jefferson City, MO  65105  

John Kresse  
U.S. Department of Justice  
1100 L Street NW  
Room 10100  
PO Box 875  
Washington, DC  20044  

Danielle A. Pham  
U.S. Department of Justive  
1100 L. Street NW  
Room 10100  
PO Box 875  
Washington, DC  20044  

Amber Thompson  
538 Troy Dr. Apt. #3  
San Jose, CA  95117  

Arizona Department of Education  
1535 West Jefferson Street  
P.O. Box 1150  
Phoenix, AZ  85007  

T. Feil  
BMC Group Inc.  
300 Continental Boulevard #570  
El Segundo, CA  90245  

Brittany Ann Smith Jackl  
3532 Barrel Springs Dr.  
Orange Park, FL  32073  

H. Jeffrey Schwartz  
Bennett Silverberg  
Brown Rudnick LLP  
Seven Times Square  
New York, NY  10036  

Bureau of Labor and Industries  
800 NE Oregon Street  
Suite 1045  
Portland, OR  97232  

PAGA Administrator  
CA Labor & Workforce  
  Development Agency  
455 Golden Gate Avenue  
9th Floor  
San Francisco, CA  94102  

Cal/OSHA  
1515 Clay Street  
Suite 1901  
Oakland, CA  94612  

California Department of Education  
1430 N Street  
Sacramento, CA  95814-5901  

California Department of Justice  
1300 I St. #1142  
One Ashburton Place  
18th Floor  
Sacramento, CA  95814-5901  

Maura Healey AG  
Peter Leight AAG  
Glenn Kaplan AAG  
Commonwealth of Massachusetts  
Office of the Attorney General  
One Ashburton Place  
18th Floor  
Boston, MA  02108  

Crystal Loeser  
4928 Valley Terrace Way  
Salida, CA  95368  

Dept of Labor & Industrial Relations  
830 Punchbowl Street #321  
Honolulu, HI  96813

Division of Safety & Health
One Hudson Square
75 Varick Street
7th Floor
New York, NY  10013

Michael P. Pompeo
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY  10036-2714

H. John Michel Jr.
Drinker Biddle & Reath LLP
One Logan Square
Suite 2000
Philadelphia, PA  19103-6996

Attn: Legal Department
Equity One Inc.
1600 Northeast Miami Gardens Drive
North Miami Beach, FL  33179

Hawaii State Department of Education
1390 Miller Street
Honolulu, HI  96813

Barry Freeman
David M. Poitras
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA  90067

Jessica King
653 Clinton Drive
Newport News, VA  23605

Dustin Branch
Brian Huben
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Robert L. LeHane
Bankruptcy Department
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Krystle Powell
150 Gardiner Ave. #3
South San Francisco, CA  94080

Labor Department
800 W Washington St
Phoenix, AZ  85007

Michael Adorno-Miranda
6583 Trenton Street
Colorado Springs, CO  80923

Lorenzo Marinuzzi
Erica Richards
Morrison & Foerster LLP
250 West 55th Street
New York, NY  10019-9601

New York State
    Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY  12240

NYC Department of Education
Tweed Courthouse
52 Chambers Street
New York, NY  10007

Occupational Safety & Health
    Administration
800 W. Washington Street
2nd floor
Phoenix, AZ  85007

Occupational Safety & Health
    Administration
830 Punchbowl St # 425
Honolulu, HI  96813

Office of the U.S. Attorney
District of Arizona
Two Renaissance Square
40 N. Central Avenue
Suite 1200
Phoenix, AZ  85004-4408

Office of the U.S. Attorney
District of Hawaii
300 Ala Moana Blvd. #6-100
Honolulu, HI  96850

Office of the U.S. Attorney
Southern District of New York
One Saints Andrew Plaza
New York, NY  10007

Office of the U.S. Attorney
Eastern District of New York
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY  11201

Oregon Department of Education
255 Capitol Street NE
Salem, OR  97310-0203

Oregon Department of Justice  
1162 Court Street NE  
Salem, OR  97301-4096  

Phillip J. Eisenberg  
Palm Springs Mile Associates Ltd  
c/o Phillips International  
295 Madison Avenue  
2nd Floor  
New York, NY  10017  

George S. Canellos  
Regional Director  
Securities & Exchange Commission  
New York Regional Office  
3 World Financial Center  
Suite 400  
New York, NY  10281-1022  

Secretary of the Treasury  
Securities & Exchange Commission  
100 F Street NE  
Washington, DC  20549  

Jennifer Hagle  
Anna Gumport  
Sidley Austin LLP  
555 West Fifth Street #4000  
Los Angeles, CA  90013  

Felicia Gerber Perlman  
Skadden Arps Slate Meagher  
   & Flom LLP  
155 N. Wacker Drive  
Chicago, IL  60606-1720  

State of Oregon Osha Office  
1230 NE 3rd Street #115  
Bend, OR  97701  

Tasha Courtright  
32209 Riverside Dr. Apt. K4  
Lake Elsinore, CA  92530  

U.S. Department of Justice  
950 Pennsylvania Avenue NW  
Washington, DC  20530-0001  

James Maginn  
Watt Long Beach LLC  
2716 Ocean Park Blvd.  
Santa Monica, CA  90405  

Elizabeth Weller  
Linebarger Goggan Blair & Sampson LLP  
2777 N. Stemmons Freeway  
Suite 1000  
Dallas, TX  75207  

Ronald Tucker  
Simon Property Group  
225 West Washington St  
Indianapolis, IN  46204  

Scott Gautier  
Lorie Ball  
Cynthia Hernandez  
Robins Kaplan LLP  
2049 Century Park East  
Suite 3400  
Los Angeles, CA  90067  

Carren Shulman  
Sheppard Mullin Richter & Hampton LLP  
30 Rockefeller Plaza  
New York, NY  10112  

Elizabeth Banda Calvo  
Perdue Brandon Fielder Collins  
 & Mott LLP  
500 E Border St.  
Ste. 640  
Arlington, TX  76010  

Caroline Fuller  
Fairfield and Woods PC  
1801 California St.  
Ste. 2600  
Denver, CO  80202  

Christopher Belmonte  
Satterlee Stephens Burke & Burke LLP  
230 Park Ave.  
New York, NY  10169  

Joseph Frank  
Reed Heiligman  
FrankGecker LLP  
325 N. LaSalle St.  
Ste. 625  
Chicago, IL  60654  

David Aelvoet  
Linebarger Goggan Blair & Sampson LLP  
711 Navarro St.  
San Antonio, TX  78205  

J. Scott Bovitz  
Bovitz & Spitzer  
1100 Wilshire Blvd.  
Ste 2403  
Los Angeles, CA  90017  

Caroyln Wade  
Oregon Dept. of Justice  
1162 Court St. NE  
Salem, OR  97301

Heather L. Donald
State of Michigan Attorney General
Cadillac Place Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202

Owen M. Sonik
Perdue Brandon Fielder Collins
 & Mott LLP
1235 N. Loop West
Ste 600
Houston, TX  77008

Jack Raisner
Rene Roupinian
Outten & Golden LLP
3 Park Ave.
New York, NY  10016

Donald W. Sieveke
Law Offices of Donald W. Sieveke
1113 N. Spurgeon St.
Santa Ana, CA  92701

Cynthia Gooen Lesser
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC  20552

Michael R. Sew Hoy
U.S. Department of Justice
Civil Division
1100 L. Street NW
Room 10048
Washington, DC  20005

Robert Cook
NY State Department of Taxation
 and Finance
Office of Counsel
340 East Main St.
Rochester, NY  14604

Joseph M. Sanders
Illinois Attorney General's Office
100 W Randolph St.
12th Fl.
Chicago, IL  60601

Geoffrey L. Berman
Development Specialists Inc.
333 South Grand Ave.
Ste. 4070
Los Angeles, CA  90071

Christian T. Kim
Dumas & Kim APC
3435 Wilshire Blvd. Suite 990
Los Angeles, CA  90010

Shawn M. Christianson
Buchalter Nemer
55 Second Street 17th Floor
San Francisco, CA  94105-3493