# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CORINTHIAN COLLEGES, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 15-10952 (KJC)<br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF NICHOLAS G. CAMPINS AS COUNSEL

Pursuant to Local Rule 9010-2(b)(i), please withdraw the appearance of Nicholas G. Campins as counsel of record in this matter. As indicated by the signature below, the People of the State of California consent to my withdrawal as counsel in this matter. The California Department of Justice continues to serve as counsel for the People of the State of California in this matter and all future correspondence and papers in this action should continue to be directed to Bernard Eskandari of the Department who has previously entered a Notice of Appearance in this matter.

Respectfully Submitted,

Dated: July 19, 2016

*/s/ Nicholas G. Campins*
Nicholas G. Campins (SBN 238022)
Deputy Attorney General
1515 Clay Street, Suite 2100
Oakland, CA 94612

E-mail: Nicholas.Campins@doj.ca.gov

The People of the State of California consent to the withdrawal of Nicholas G. Campins as counsel of record in this matter.

Dated: July 19, 2016                                    KAMALA D. HARRIS
                                                        Attorney General of California


                                                        */s/ Bernard A. Eskandari*
                                                        Bernard A. Eskandari (SBN 244395)
                                                        Deputy Attorney General
                                                        California Department of Justice
                                                        Office of the Attorney General
                                                        300 S. Spring St., Ste. 1702
                                                        Los Angeles, CA 90013
                                                        Telephone: (213) 897-2652
                                                        E-mail: Bernard.Eskandari@doj.ca.gov

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 1515 Clay Street, Suite 2100, Oakland, CA 94612.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
The foregoing document entitled NOTICE OF WITHDRAWAL OF NICHOLAS G. CAMPINS AS COUNSEL will be served by the court via NEF and hyperlink to the document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 19, 2016 | Nicholas Campins | /s/ Nicholas G. Campins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |