# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CORINTHIAN COLLEGES, INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10952 (KJC) <br><br> Jointly Administered |

## NOTICE OF APPEARANCE AND
## CERTIFICATION BY GOVERNMENT ATTORNEY

The undersigned attorney, Craig D. Rust, appears as counsel for the California Department of Consumer Affairs, Bureau for Private Postsecondary Education, in this matter and files this certification of a government attorney in compliance with Local Rule 9010-1(e)(i). I am admitted to the State Bar of California, the District of Columbia Bar (inactive status), the United States District Court for the Eastern District of California, the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, the United States Court of Appeals for the D.C. Circuit, and the United States Court of Appeals for the Ninth Circuit. I am in good standing in all jurisdictions in which I am admitted. I will be bound by the Local Rules and submit to the jurisdiction of this Court for disciplinary purposes.

Dated: July 26, 2016

Respectfully submitted,
*/s/ Craig D. Rust*
Craig D. Rust (SBN 273774)
Deputy Attorney General
California Department of Justice
1300 I Street
Sacramento, CA 95814
Telephone: 916-322-0253
Fax: 916-324-5205
Email: craig.rust@doj.ca.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 26, 2016, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE AND CERTIFICATION BY GOVERNMENT ATTORNEY to be served via electronic mail upon all other parties receiving electronic notice under the Court's CM/ECF system.

| | | |
|---|---|---|
| July 26, 2016 | Craig D. Rust | /s/ Craig D. Rust |
| *Date* | *Printed Name* | *Signature* |