## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORINTHIAN COLLEGES, INC., *et al.*,[1] | ) | Case No. 15-10952 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |
| RHONDA L. GARDNER | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CORINTHIAN COLLEGES, INC., | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATION GRANTING RHONDA L. GARDNER RELIEF FROM THE
## AUTOMATIC STAY/PLAN INJUNCTION(S) TO LIQUIDATE PERSONAL INJURY
## CLAIM AGAINST DEBTOR CORINTHIAN COLLEGES, INC.

I, Elihu E. Allinson III, of Sullivan Hazeltine Allinson LLC, local counsel for Rhonda L.

Gardner ("Ms. Gardner"), hereby certify as follows:

1.      On May 4, 2015, (the "Petition Date"), each of the above captioned Debtors (the

"Debtors") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States

Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware

(the "Court").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan
University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc.
(1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB
Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids
Education Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI
Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707),
Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC
(9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate
headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

2.      On July 1, 2015, the Debtors filed their *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* (Docket No. 520) (the "Plan").  On July 27, 2016, the Debtors file their *Debtors' Second Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* (Docket No. 655) (the "Second Amended Plan").  On August 28, 2016, the Debtors filed their *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* (Docket No. 909) (the "This Amended Plan").  On that same date, the Third Amended Plan was confirmed by Order of the Court (Docket No. 913).  The Effective date of the Third Amended Plan was September 21, 2015 (Docket No. 1014).  Pursuant to the Third Amended Plan, Craig R. Jalbert was appointed as the distribution trustee (the "Distribution Trustee") for the distribution trust (the "Distribution Trust").

3.      In an effort to resolve Ms. Gardner's alleged pre-petition personal injury claim, the parties have engaged in good faith negotiations and reached an agreement to grant relief from the injunctive provisions of the Third Amended Plan in accordance with the terms and conditions set forth in the *Stipulation Granting Rhonda L. Gardner Relief from the Automatic Stay/Plan Injunction(s) to Liquidate Personal Injury Claim Against Debtor Corinthian Colleges, Inc.* (the "Stipulation").

4.      The Stipulation has been signed by counsel for the Distribution Trustee, who does not object to entry of the order requested herein.

WHEREFORE, Ms. Gardner respectfully requests that this Honorable Court enter the

Proposed Order attached hereto as Exhibit A approving the Stipulation.

Date:   August 11, 2016
        Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC


*/s/ E.E. Allinson III*
Elihu E. Allinson III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

and

Richard E. Stark, Esq.
Richard E. Stark, Attorney at Law
6445 Powers Ferry Road, N.W., Suite 265
Atlanta, GA  30339
Tel: (770) 952-0400
Fax: (770) 952-3358

*Attorneys for Rhonda L. Gardner*