## CERTIFICATE OF SERVICE

      I, Elihu E. Allinson III, do hereby certify I am not less than 18 years of age and that on this 11th day of August 2016, I caused a copy of the *Certification of Counsel Regarding Stipulation Granting Rhonda L. Gardner Relief from the Automatic Stay/Plan Injunction(s) to Liquidate Personal Injury Claim Against Debtor Corinthian Colleges, Inc.* to be served upon the parties listed below via First Class U.S. Mail. Postage pre-paid. All other parties that have requested notice in these cases will be served via the Bankruptcy Court's CM/ECF system by electronic mail.

| | |
|---|---|
| Mark D. Collins, Esq.<br>Amanda R. Steele, Esq.<br>Richards, Layton and Finger<br>920 N. King Street<br>Wilmington, DE 19801 | Timothy Jay Fox, Jr., Esq.<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Shanti M. Katona, Esq.<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 | Scott F. Gautier, Esq.<br>Lorie A. Ball, Esq.<br>Robins Kaplan LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067 |
| Axis Insurance Company<br>303 West Madison #500<br>Chicago, IL 60606 | Axis Insurance Company<br>11680 Great Oaks Way<br>Alpharetta, GA 30022 |

      I declare under penalty of perjury that the foregoing is true and correct.

August 11, 2016
Date

/s/ E.E. Allinson III
Elihu E. Allinson III