# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CORINTHIAN COLLEGES, INC., *et al.*,[2] ) | Case No. 15-10952 (KJC) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| _____) | |
| RHONDA L. GARDNER ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| CORINTHIAN COLLEGES, INC., ) | h I. 1222 |
| ) | |
| Respondent. ) | |
| _____) | |

## ORDER APPROVING STIPULATION GRANTING RHONDA L. GARDNER RELIEF FROM THE AUTOMATIC STAY/PLAN INJUNCTION(S) TO LIQUIDATE PERSONAL INJURY CLAIM AGAINST DEBTOR CORINTHIAN COLLEGES, INC.

Upon consideration of the *Stipulation Granting Rhonda L. Gardner Relief from the Automatic Stay/Plan Injunction(s) to Liquidate Personal Injury Claim Against Debtor Corinthian Colleges, Inc.* (the "Stipulation"), the Court having determined that good and adequate cause exists for approval of the Stipulation, and the Court having determined that no further notice of the Stipulation is necessary,

IT IS HEREBY ORDERED THAT:

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Education Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1.  The Stipulation attached hereto as Exhibit 1 is APPROVED.

2.  The terms of the Stipulation are incorporated in full as if set forth herein.

3.  This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

Dated: Aug 12, 2016

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge