# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Obj. Deadline: Sept. 6, 2016 at 4:00 p.m. (ET)** |
| | § | **Hearing Date: Sept. 20, 2016 at 2:30 p.m. (ET)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.  On August 17, 2016, Craig R. Jalbert, the distribution trustee (the "**Trustee**") for the distribution trust established under the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 909] filed the *Distribution Trustee's Motion to Require Anthem Blue Cross Life and Health Insurance Company to Turn Over the Records of Corinthian Colleges, Inc.'s Self-Funded Health Plan* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

2.  Any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned attorneys for the Trustee on or before **September 6, 2016 at 4:00 p.m. (ET)**.

---

[1] The debtors in these cases (the "**Debtors**"), along with the last four digits of each debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

3. A hearing to consider the Motion is scheduled before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **September 20, 2016 at 2:30 p.m. (ET)**.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 17, 2016
   Wilmington, Delaware

Respectfully submitted,

/s/ *Cory D. Kandestin*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Cory D. Kandestin (No. 5025)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email:  collins@rlf.com
   merchant@rlf.com
   Kandestin@rlf.com

*Counsel for the Distribution Trust*