# **EXHIBIT A**

**[Information Requested]**

| List of fields needed in data | Received Yes/No/Insufficient/NA | MRS Comments | MRS Additional Comments | Color Key | |
|---|---|---|---|---|---|
| Insured Name | No | **Required** Claim submitted is property of Employer not Anthem. This information is on the claim. | | Yellow | Not received/insufficient |
| Insured's SSN | Member ID is okay as long as not scrambled | Member ID provided, not SSN | | Green | Yes Received, No issues |
| Insured's DOB | Yes | As long as not scrambled | | | |
| Patient Name | No | **Required** Claim submitted is property of Employer not Anthem. This information is on the claim. | | | |
| Patient's SSN | Not provided. | | | | |
| Patient's DOB | Yes | As long as not scrambled | | | |
| Gender | Yes | | | | |
| Dependent number | Yes | As long as not scrambled | | | |
| Patient Relation | Yes | | | | |
| Group number | Yes | | | | |
| Plan number | Insufficient Column heading provided but all fields are blank. | We have not received any plan documents. At this time we are unsure if there is more than one plan. | | | |
| Coverage Type (medical, vision, dental, etc.) | No | **Required** Claim submitted is property of Employer not Anthem. This information is on the claim. Need to verify what coverage type claim was paid under. | | | |
| Claim number | Yes | | | | |
| Claim line | Yes | | | | |
| Claim type | Yes | | | | |
| Claim received date | Yes | | | | |
| Claim processed date | Yes | | | | |
| Provider Name | No | **Required** Claim submitted is property of Employer not Anthem. The provider name is on the claim. | Information is needed to identify different providers within a provider's facility/clinic such as Mayo Clinic. This enables us to determine if a code is allowed or disallowed. The provider specialty code does not always assist in the determination. | | |
| Provider Tax ID number | Insufficient - scrambled | **Required** Claim submitted is property of Employer not Anthem. The provider ID # is on the claim. | The tax ID number will identify a group of providers or an individual provider which determines if certain codes are appropriate based on group or individual. | | |
| Provider NPI number | Insufficient - scrambled | **Required** Claim submitted is property of Employer not Anthem. The provider NPI # is on the claim. | Assist in determining provider qualifications | | |
| Provider address (including city, state, zip) | No | **Required** Claim submitted is property of Employer not Anthem. The provider address is on the claim. | Location is used to approve certain services billed. As an example, it identifies duplicate services billed by the clinic and individual physician | | |
| Provider Specialty Code | Yes | | | | |
| Place of Service | Yes | | | | |
| Type of service | Yes | | | | |
| Units/Time (Anesthesia) | Yes | | | | |
| CPT/HCPCS Procedure Codes (outpatient hospitals and professional claims) | Yes | | | | |

| List of fields needed in data | Received Yes/No/Insufficient/NA | MRS Comments | MRS Additional Comments | Color Key |
|---|---|---|---|---|
| **CMS-1500 Field 19 description of service (If applicable)** | No | **Required** **Claim submitted is property of Employer not Anthem. This information is in field 19 on the claim form** | **Further describes services such as unlisted codes or NDC drug numbers.** | |
| All Modifiers (fields 1, 2, etc.) (outpatient hospitals and professional claims) | Yes | | | |
| All Diagnosis Codes – ICD-9-CM/ICD-10-CM (fields 1, 2, 3, 4, 5, etc.) | Yes | | | |
| In-network/out-of-network indicator | Yes | | | |
| Facility Volume 3 inpatient procedure codes/dates (Field 74) | Yes | | | |
| **Facility Present on admission (POA) (Field 66)** | No | **Required** **Claim submitted is property of Employer not Anthem. This information is on the claim form** | **Further describes if patient had certain conditions at time of admission, which may or may not be covered.** | |
| Facility Bill Type (Field 4) | Yes | | | |
| **Facility Discharge Status (Field 17)** | No | **Required** **Claim submitted is property of Employer not Anthem. This information is on the claim form** | **Used to determine if charges on day of discharge are billable.** | |
| Facility Revenue Codes | Yes | | | |
| **Facility DRG codes** | No | **Required** **Claim submitted is property of Employer not Anthem. This information is on the claim form** | **Required to determine if diagnosis and procedures codes are accurate hospital stay** | |
| From Date(s) of Service | Yes | | | |
| To Date(s) of Service | Yes | | | |
| Total Charge Amount | Yes | | | |
| **Allowed Amount/Eligible Amount** | No | **Required** | **Allowed amount is necessary to determine if discounts and coding reductions were taken appropriately and consistently with the same provider/same type service.** | |
| Deductible Amount | Yes | | | |
| **Ineligible Amount (Denied amount)** | No | **Required** | **Denied amount is necessary to determine if coding regulations and reductions were applied appropriately.** | |
| **Ineligible (denial/reject) codes and descriptions** | No | **Required** | **To further describe the ineligible amount** | |
| **Discount Amount** | No | **If allowed amount is received, this field will not be necessary** | | |
| Amount paid | Yes | | | |
| Co-pay Amount | Yes | | | |
| Co-insurance Amount | Yes | | | |
| COB Amount | Yes | | | |
| COB indicator (Yes or No) such as CMS-1500 field # 11d | Yes | | | |
| Paid dates | Yes | | | |
| **Check number** | No | **Required** | **Verification for duplicate services identified. Also confirms amount in pay field was disbursed** | |
| Claim status (paid or voided) | Yes | | | |
| **Accident Information** | No | **Required** | **Required for review and investigation related to covered injuries** | |
| **Accident date** | No | **Required** | **Required for review and investigation related to covered injuries** | |
| **Type of Accident** | No | **Required** | **Required for review and investigation related to covered injuries** | |

| List of fields needed in data | Received Yes/No/Insufficient/NA | MRS Comments | MRS Additional Comments | Color Key |
|---|---|---|---|---|
| Accident Indicator (Yes/No) | No | Required | Required for review and investigation related to covered injuries | |
| Precertification indicator and/or precertification penalty amount | No | Required Claim submitted is property of Employer not Anthem. This information is on the claim form | Required for review and investigation related to plan limits and pre-cert services. | |
| Precertification number | No | Required Claim submitted is property of Employer not Anthem. This information is on the claim form | Required for review and investigation related to plan limits and pre-cert services. | |
| Question requires a response | No | Are there lines contained in this data, where the paid amount is for a reimbursement to a repricing company or other vendor for their services. Yes/No | | |
| Additional Information and/or dictionaries may be required once all accurate data fields are supplied | | | | |

3