## EXHIBIT B

**[Proposed Order]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § | |
| | § | **Re: D.I. ____** |

-------------------------------------------------------------

### ORDER REQUIRING ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY TO TURN OVER CERTAIN RECORDS OF CORINTHIAN COLLEGES, INC.'S SELF-FUNDED HEALTH PLAN

Upon consideration of the *Distribution Trustee's Motion to Require Anthem Blue Cross Life and Health Insurance Company to Turn Over Certain Records of Corinthian Colleges, Inc.'s Self-Funded Health Plan* (the "**Motion**"), filed by Craig R. Jalbert, the distribution trustee for the distribution trust (the "**Distribution Trust**") established pursuant to the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 909]; the Court finding that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iii) notice of the Motion was sufficient under the circumstances and no other or further notice need be provided; the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and good cause appearing therefor,

---

[1] The debtors in these cases (the "**Debtors**"), along with the last four digits of each debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

THE COURT ORDERS THAT:

1. The Motion is granted.

2. Anthem Blue Cross Life and Health Insurance Company ("**Anthem**") is directed to turn over to the Distribution Trust the data listed in Exhibit A to the Motion, for the fiscal years ending June 30, 2013, June 30, 2014, and June 30, 2015, on or before fourteen days after the date of this Order. Anthem will deliver the data to the Distribution Trust by uploading the data to a Secured File Transfer Protocol (SFTP) link to be provided by the Distribution Trust.

3. The Court will retain jurisdiction to resolve any disputes arising under or related to this Order and to interpret and enforce the provisions of this Order.

Dated: _____, 2016
      Wilmington, Delaware

HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE