**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>CORINTHIAN COLLEGES, INC., *et al*[1],<br><br>Debtors. | Chapter 11<br>Bankr. Case No. 15-10952-KJC<br>(Joint Administration) |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CORINTHIAN COLLEGES, INC., HEALD CAPITAL, LLC, HEALD COLLEGE, LLC, HEALD EDUCATION, LLC, HEALD REAL ESTATE, LLC, SD III-B HEALD HOLDINGS CORP., and SP PE VII-B HEALD HOLDINGS CORP.,<br>Defendants. | Adv. Pro. No. 15-50309-KJC |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Outten & Golden LLP counsel for Guy Reynolds and Christine Seymour in the above-captioned adversary proceeding, has changed its address effective immediately as follows:

Outten & Golden LLP
685 Third Avenue, 25th Floor,
New York, New York 10017

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SPPE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

PLEASE TAKE FURTHER NOTICE that all documents directed to attorneys in Outten & Golden's New York office should be sent or forwarded to the above address effective immediately.

Telephone and facsimile numbers and email addresses for Outten & Golden LLP remain the same.

Dated: August 31, 2016

Respectfully submitted,

/s/ Jack A. Raisner
Jack A. Raisner
René S. Roupinian
**Outten & Golden LLP**
685 Third Avenue, 25th Floor,
New York, New York 10017
Telephone: (212) 245-1000
Email: jar@outtengolden.com
Email: rsr@outtengolden.com

Christopher D. Loizides (No. 3968)
**Loizides, P.A.**
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

*Attorneys for Plaintiffs and the putative class*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>CORINTHIAN COLLEGES, INC., *et al*[2],<br><br>Debtors. | Chapter 11<br>Bankr. Case No. 15-10952-KJC<br>(Joint Administration) |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CORINTHIAN COLLEGES, INC., HEALD CAPITAL, LLC, HEALD COLLEGE, LLC, HEALD EDUCATION, LLC, HEALD REAL ESTATE, LLC, SD III-B HEALD HOLDINGS CORP., and SP PE VII-B HEALD HOLDINGS CORP.,<br>Defendants. | Adv. Pro. No. 15-50309-KJC |

**CERTIFICATE OF SERVICE**

I, Rima Masubuchi, hereby certify that on August 31, 2016, I caused true and correct copies of the Notice of Change of Address to be served on the parties listed on the attached list in the manner indicated thereon.

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SPPE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

DATED: August 31, 2016

RIMA MASUBUCHI

**SERVICE LIST**

**VIA FIRST -CLASS MAIL and ELECTRONIC MAIL**

Mark D. Collins, Esq.
Robert J. Stearn, Jr., Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
collins@rlf.com
stearn@rlf.com

*Counsel for the Debtors and Debtors in Possession*