**CERTIFICATE OF SERVICE**

I, Ashley B. Stitzer, hereby certify that on this 9th day of September, 2016, I caused a copy of the **Objection of Anthem Blue Cross Life and Health Insurance Company to the Distribution Trustee's Motion to Require Anthem Blue Cross Life and Health Insurance Company to Turn Over Certain Records of Corinthian Colleges, Inc.'s Self-Funded Health Plan** to be served on the following parties in the manner indicated.

<u>Via Electronic and First Class Mail</u>
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, Delaware 19801
Email: Collins@rlf.com
         merchant@rlf.com
         Kandenstin@rlf.com

<u>Via First Class Mail</u>
Timothy Jay Fox, Jr., Esquire
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801

*/s/ Ashley B. Stitzer*
Ashley B. Stitzer (No. 3891)

2240291v1
000001.00023