## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CORINTHIAN COLLEGES, INC., *et al.*, | ) Case No. 15-10952 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related D.I.: 1225** |

## DECLARATION OF JANET ANDREA IN SUPPORT OF OBJECTION OF ANTHEM BLUE CROSS TO TRUSTEE'S MOTION TO REQUIRE ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY TO TURN OVER CERTAIN RECORDS OF CORINTHIAN COLLEGES, INC.'S SELF FUNDED HEALTH PLAN

I, JANET ANDREA, declare as follows:

1.  I am an attorney at law duly licensed to practice in the State of California. I am a Managing Senior Associate General Counsel for Anthem, Inc. and submit this declaration in support of the Objection of Anthem Blue Cross Life and Health Insurance Company to the Motion[1] of the Trustee. The information set forth herein is based on my review of the books and records of Blue Cross and on my personal knowledge, unless otherwise indicated, and if called upon, would so testify.

2.  Since approximately June, 2016, I have been the person at Blue Cross responsible for preparing responses to the Trustee's request for documents in the above referenced matter. I have had several discussions, both by telephone and email, with counsel for the Trustee regarding the production of documents by Blue Cross.

3.  Since the filing of the Motion, I have had additional discussions with counsel for the Trustee regarding the further production of documents by Blue Cross. As

---

[1] All capitalized terms have the same meaning as set forth in the Objection submitted concurrently with this Declaration, unless otherwise indicated.

1

a result of those discussions, Blue Cross has agreed to produce all of the documents requested by the Trustee with the sole exception of any documents that would disclose the name, address, identification number or any other identifying information regarding the providers Blue Cross has contracted with and who provided services to the Debtor's employees (the "Provider Information"). Blue Cross is not willing to produce the Provider Information because it contains trade secrets of Blue Cross and is subject to a confidentiality agreement between Blue Cross and the providers, contained in each of the provider contracts. Attached hereto and incorporated herein by reference as Exhibit "1" is a true and correct copy of the confidentiality provision found within each of the provider contracts entered into between Blue Cross and its providers, including those that provided services to the Debtor.

4. Blue Cross is unwilling and unable to produce any of the information relating to the providers with whom Blue Cross has contracted and who provide services to the Debtor and its employees, among other employer groups. The rates Blue Cross negotiated with its providers, which anyone with access to the Provider Information along with the payment information Blue Cross has agreed to produce, could then ascertain the rates Blue Cross negotiated with its providers. This information is proprietary and, as such, is protected as trade secrets, and, therefore, not subject to disclosure. No amount of redacting could solve this problem.

5. I am informed and believe that if the Provider Information sought by the Trustee was produced and disclosed, either intentionally or inadvertently, with one of Blue Cross's competitors, it would cause substantial harm to Blue Cross.

6. The institutions that provided services to the Debtor and its employees were not contracted with to provide services solely to the Debtor. These institutions provided services to a number of other employer groups which contract with Blue Cross.

2

The specific elements of the contracts between the Debtor and its providers were the subject of extensive negotiations between Blue Cross and its providers and are considered highly confidential. Blue Cross is informed and believes that the specific details of the Provider Information are a substantial part of the competitive edge Blue Cross has over other insurance carriers, such that if this information were to get into the market place, it could and would have a significant impact, not only on the contractual relationship between Blue Cross and its providers, but also between Blue Cross and its other insureds, which, in turn, could put those insured contracts in jeopardy.

7.    The Provider Information is not property of the Debtor. The provider contracts are agreements between Blue Cross and its providers. They are independent of the third party administrative agreements Blue Cross enters into employer groups it insures, such as the Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: */s/ Janet Andrea*
     JANET ANDREA
     Managing Senior Associate General Counsel for
     Anthem, Inc.