# Exhibit 1

2.24 Language Assistance Program. Anthem shall establish and maintain an ongoing language assistance program to ensure limited English proficient ("LEP") Covered Individuals have appropriate access to language assistance while accessing health care services as required by the Language Assistance Program Regulations. Facility shall cooperate and comply, as applicable, with Anthem's language assistance program, as set forth in Anthem's provider manual; however, Anthem shall maintain ongoing administrative and financial responsibility for implementing and operating on an ongoing basis the language assistance program for Covered Individuals. The foregoing requirement is effective as of January 1, 2009.

2.25 Utilization Management. Facility acknowledges and agrees that Anthem has established a utilization management process to determine whether Covered Services are Medically Necessary. Facility further acknowledges and agrees that it will cooperate with Anthem's utilization management process, including but not limited to, electronic census. Facility additionally agrees it will participate in the concurrent utilization management process and promptly notify Anthem in instances where it is anticipated that a Covered Individual's stay will extend beyond the day(s) authorized by Anthem as Medically Necessary.

### ARTICLE III
### CONFIDENTIALITY/RECORDS

3.1 Proprietary Information. Except as otherwise provided herein, all information and material provided by either party in contemplation of or in connection with this Agreement remains proprietary to the disclosing party. This Agreement, including but not limited to the Anthem Rates, is Anthem's proprietary information. Neither party shall disclose any information proprietary to the other, or use such information or material except: (1) as otherwise set forth in this Agreement; (2) as may be required to perform obligations hereunder; (3) as required to deliver Health Services or administer a Health Benefit Plan; (4) to Plan or its designees; (5) upon the express written consent of the parties; or (6) as required by law or regulation, except that either party may disclose such information to its legal advisors, lenders and business advisors, provided that such legal advisors, lenders and business advisors agree to maintain confidentiality of such information.

3.2 Confidentiality of Personally Identifiable Information. Both parties agree to abide by state and federal laws and regulations regarding confidentiality of the Covered Individual's personally identifiable information. Facility shall review all Covered Individual's personally identifiable information received from Anthem to ensure no misrouted Protected Health Information ("PHI") is included. Misrouted PHI includes information about Covered Individuals that Facility is not currently treating. Facility shall immediately destroy any misrouted PHI or safeguard the PHI for as long as it is retained. In no event shall Facility be permitted to misuse or re-disclose misrouted PHI. If Facility cannot destroy or safeguard misrouted PHI, Facility must contact Anthem to report receipt of misrouted PHI.

3.3 Plan Access to and Requests for Facility Records. Facility agrees that Anthem or its authorized representative may review, audit, and duplicate data and other records maintained on Covered Individuals, including but not limited to medical records or other records relating to billing, payment and assignment, to the extent permitted by state and federal law. Anthem or its authorized representatives shall have access at reasonable times upon demand to the books, records and papers of Facility relating to the services Facility provides to Covered Individuals, to the cost thereof, and to payments Facility receives from Covered Individuals or others on their behalf. Facility shall maintain such records and provide such information to Anthem or its authorized representatives and the Director of the California Department of Managed Health Care (DMHC) as may be necessary for Anthem's compliance with the requirements of the Knox-Keene Act. Facility shall maintain such records for at least six (6) years, and such obligations shall not be terminated upon a termination of this Agreement, whether by rescission or otherwise. Anthem agrees to reimburse Facility quarterly for reasonable expenses related to an audit not to exceed the lesser of ten (10) cents per page or a total of twenty-five dollars ($25.00) related to the duplication and preparation of requested records. Facility shall maintain such records and make such records available to applicable state and federal regulatory agencies, including the Director of the California Department of Managed Health Care, CMS and the Department of Health Services, as may be necessary for compliance by Anthem with the rules and regulations of said agencies. Anthem maintains the right to audit such records to determine the appropriateness of payments made. Anthem's audit policy is described in the Facility provider manual(s).

Facility agrees to provide Anthem and/or the DMHC with requested information necessary for Anthem's compliance with applicable regulatory and statutory requirements, including, but not limited to, a statement as to Facility's available bed capacity and other occupancy data, certified by an authorized officer of Facility.

Facility does not waive its rights pursuant to California Evidence Code Section 1156 through 1157.7 or successor provisions. These confidentiality provisions shall remain in effect notwithstanding any subsequent

11