## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 9th day of September, 2016, I caused a copy of the **Declaration of Janet Andrea In Support of Objection of Anthem Blue Cross Life and Health Insurance Company to the Distribution Trustee's Motion to Require Anthem Blue Cross Life and Health Insurance Company to Turn Over Certain Records of Corinthian Colleges, Inc.'s Self-Funded Health Plan** to be served on the following parties in the manner indicated.

Via Electronic and First Class Mail
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, Delaware 19801
Email: Collins@rlf.com
merchant@rlf.com
Kandenstin@rlf.com

Via First Class Mail
Timothy Jay Fox, Jr., Esquire
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801

*/s/ Ashley B. Stitzer*
Ashley B. Stitzer (No. 3891)

2240290v1
000001.00023