**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 20, 2016 AT 2:30 P.M. (EDT)**

***AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT***

**I. CONTINUED / RESOLVED MATTERS:**

1. Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

   Objection / Response Deadline: December 3, 2015 at 4:00 p.m. (EST)

   Objections / Responses Received: None.

   Related Documents: None.

   Status: The hearing on this matter has been continued to a date to be determined.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

2. The Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify From 507(a)(7) to General Unsecured Claims) [Docket No. 1161 - filed March 1, 2016]

Objection / Response Deadline: March 24, 2016 at 4:00 p.m. (EDT)

Objections / Responses Received:

A. Letter Objection of Dennis Erroll Harvey Jr. [Docket No. 1169 - filed March 18, 2016]

B. Objection to Reclassification of Certain Claims (filed by Sarah E. Moore) [Docket No. 1171 - filed March 22, 2016]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim Regarding the Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims [Docket No. 1168 - filed March 17, 2016]

ii. Notice of Partial Withdrawal Regarding the Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims) [Docket No. 1177 - filed March 29, 2016]

iii. Order Granting in Part Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims [Docket No. 1181 - filed March 30, 2016]

Status: On March 30, 2016, the Court entered an order with respect to all non-responding claimants. The Student Trustee has withdrawn the objection with respect to the claims of Sarah Moore, Dennis Errol Harvey, Jr. and Mark Pint. The Student Trustee has resolved the response of the California Department of Consumer Affairs-Bureau for Private Postsecondary Education. The California Department of Consumer Affairs-Bureau for Private Postsecondary Education has agreed to amend its proof of claim. Following such amendment, the Student Trust has agreed to withdraw the objection solely with respect to the claim of the California Department of Consumer Affairs-Bureau for Private Postsecondary Education. Accordingly, a hearing on this matter is not necessary at this time.

3. Distribution Trustee's Motion to Require Anthem Blue Cross Life and Health Insurance Company to Turn Over the Records of Corinthian Colleges, Inc.'s Self-Funded Health Plan [Docket No. 1225 - filed August 17, 2016]

Objection / Response Deadline: September 6, 2016 at 4:00 p.m. (EDT); extended for Anthem Blue Cross Life and Health Insurance Company to September 9. 2016 at 4:00 p.m. (EDT)

Objections / Responses Received:

A. Objection of Anthem Blue Cross Life and Health Insurance Company to Distribution Trustee's Motion to Require Anthem Blue Cross Life and Health Insurance Company to Turn Over the Records of Corinthian Colleges, Inc.'s Self-Funded Health Plan [Docket No. 1230 - filed September 9, 2016]

B. Declaration of Janet Andrea in Support of Objection of Anthem Blue Cross to Trustee's Motion to Require Anthem Blue Cross Life and Health Insurance Company to Turn Over the Records of Corinthian Colleges, Inc.'s Self-Funded Health Plan [Docket No. 1231 - filed September 9, 2016]

Related Documents: None.

Status: The hearing on this matter has been continued to October 13, 2016 at 1:30 p.m. (EDT).

Dated: September 16, 2016
Wilmington, Delaware

*/s/ Amanda R. Steele*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Cory D. Kandestin (No. 5025)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
merchant@rlf.com
kandestin@rlf.com
steele@rlf.com

Counsel for the Distribution Trustee