**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § § § § § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | | Case No. 15-10952 (KJC) |
| | | Jointly Administered |
| Debtors. | | |
| -------------------------------------------------------------- | | |
| GUY REYNOLDS, on behalf of himself and all others similarly situated, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Adv. Pro. No. 15-50309 (KJC) |
| CORINTHIAN COLLEGES, INC., | | |
| Defendant. | | |
| -------------------------------------------------------------- | | |

## NOTICE OF RESCHEDULED HEARING TIME

PLEASE TAKE NOTICE that the hearing scheduled for October 13, 2016 at 1:30 p.m. (EDT), has been rescheduled to **October 13, 2016 at 10:00 a.m. (EDT)**.


Dated: September 28, 2016
      Wilmington, Delaware

*/s/ Michael J. Merchant*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
       merchant@rlf.com
       steele@rlf.com

Counsel for the Distribution Trustee

RLF1 15250811v.1