**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § § § § § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | | Case No. 15-10952 (KJC) |
| | | Jointly Administered |
| Debtors. | | |

---

| | | |
|---|---|---|
| GUY REYNOLDS, on behalf of himself and all others similarly situated, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Adv. Pro. No. 15-50309 (KJC) |
| CORINTHIAN COLLEGES, INC., | | |
| Defendant. | | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 13, 2016 AT 10:00 A.M. (EDT)**

**I.    CONTINUED / RESOLVED MATTERS:**

1. Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

    Objection / Response Deadline:    December 3, 2015 at 4:00 p.m. (EST)

    Objections / Responses Received:    None.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Related Documents:   None.

Status: The hearing on this matter has been continued to a date to be determined.

2. Distribution Trustee's Second Motion for an Order Extending the Claims Objection Deadline through March 14, 2017 [Docket No. 1232 - filed September 15, 2016]

   Objection / Response Deadline:   September 29, 2016 at 4:00 p.m. (EDT)

   Objections / Responses Received:   None.

   Related Documents:

   i. Certificate of No Objection Regarding Distribution Trustee's Second Motion for an Order Extending the Claims Objection Deadline Through March 14, 2017 [Docket No. 1241 - filed October 3, 2016]

   ii. Order Granting Distribution Trustee's Second Motion for an Order Extending the Claims Objection Deadline through March 14, 2017 [Docket No. 1243 - filed October 4, 2016]

   Status:  On October 4, 2016, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II. CONTESTED MATTER GOING FORWARD:

3. Distribution Trustee's Motion to Require Anthem Blue Cross Life and Health Insurance Company to Turn Over the Records of Corinthian Colleges, Inc.'s Self-Funded Health Plan [Docket No. 1225 - filed August 17, 2016]

   Objection / Response Deadline:   September 6, 2016 at 4:00 p.m. (EDT); extended for Anthem Blue Cross Life and Health Insurance Company to September 9, 2016 at 4:00 p.m. (EDT)

   Objections / Responses Received:

   A. Objection of Anthem Blue Cross Life and Health Insurance Company to Distribution Trustee's Motion to Require Anthem Blue Cross Life and Health Insurance Company to Turn Over the Records of Corinthian Colleges, Inc.'s Self-Funded Health Plan [Docket No. 1230 - filed September 9, 2016]

   B. Declaration of Janet Andrea in Support of Objection of Anthem Blue Cross to Trustee's Motion to Require Anthem Blue Cross Life and Health Insurance Company to Turn Over the Records of Corinthian Colleges,

2

RLF1 15178609v.1

Inc.'s Self-Funded Health Plan [Docket No. 1231 - filed September 9, 2016]

Related Documents:

i. Distribution Trustee's Reply in Support of Motion to Require Anthem Blue Cross Life and Health Insurance Company to Turn Over the Records of Corinthian Colleges, Inc.'s Self-Funded Health Plan [Docket No. 1245 - filed October 10, 2016]

Status:  The hearing on this matter will go forward.

### III. STATUS CONFERENCE:

4. Amended Class Action Adversary Complaint for Violation of Warn Act 29 U.S.C. §§ 2101, *et seq.* and California Labor Code §§ 1400, *et seq.*, *Reynolds v. Corinthian Colleges, Inc.*, 15-50309 (KJC) [Adv. Docket No. 30 - filed August 20, 2016]

Answer Deadline:   June 8, 2015, extended to June 22, 2015

Answer:

A. Answer to Class Action Adversary Proceeding Complaint for Violation of WARN Act 29 U.S.C. § 2101, *et seq.* and California Labor Code §§ 1400, *et seq.*, [Adv. Docket No. 12 - filed June 22, 2015]

Related Documents:

i. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 5 - filed May 8, 2015]

ii. Pretrial Scheduling Order [Docket No. 19 - filed July 22, 2015]

iii. Case Status Report - Status E [Adv. Docket No. 31 - filed September 4, 2015]

iv. Case Status Report - Status E [Adv. Docket No. 33 - filed January 4, 2016]

v. Case Status Report - Status E [Adv. Docket No. 35 - filed April 25, 2016]

vi. Case Status Report - Status E [Adv. Docket No. 37 - filed August 15, 2016]

Status:  A status conference concerning this matter will go forward.

|  |  |
|---|---|
| Dated: October 11, 2016<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Robert J. Stearn, Jr. (No. 2915)<br>Michael J. Merchant (No. 3854)<br>Cory D. Kandestin (No. 5025)<br>Robert C. Maddox (No. 5356)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>            stearn@rlf.com<br>            merchant@rlf.com<br>            kandestin@rlf.com<br>            maddox@rlf.com<br>            steele@rlf.com<br><br>Counsel for the Distribution Trustee |