SIGN-IN-SHEET

CASE NAME: Corinthian Colleges, Inc.
CASE NO.: 15-10952 -KJC

COURTROOM LOCATION: 5
DATE: October 13, 2016

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ashley Stitzer | MacElree Harvey | Anthem BlueCross |
| Cory Kandestin | Richards, Layton, Finger | Distribution Trust |
| Robert Maddox | " " | " " |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 10/13/2016
Calendar Time: 10:00 AM ET

*Amended Calendar 10/13/2016 06:02 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 (15-50309) | Hearing | 7903483 | Matthew Chiappardi | (609) 805-1670 | Law 360 | Interested Party, Law 360 / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 (15-50309) | Hearing | 7899959 | Jack Raisner | (646) 825-9827 | Outten & Golden LLP | Plaintiff(s), Guy Reynolds / LIVE |

Raymond Reyes ext. 881

Copyright © 2016 CourtCall, LLC. All Rights Reserved.