IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CORINTHIAN COLLEGES, INC., *et al*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10952 (KJC) <br><br> (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on October 10, 2016, I caused true and correct copies of the following document to be served via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit A** attached hereto:

- **Distribution Trustee's Reply in Support of Motion to Require Anthem Blue Cross to Turn Over Certain Records of Corinthian Colleges, Inc.'s Self-Funded Health Plan**
  **[Docket No. 1245]**

Dated: October 12, 2016

/s/ Alejandro Soria
Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                          } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this _12_ day of _Oct._, 20_16_, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Jennifer Castillo
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

Corinthian Colleges, Inc. - Overnight Mail                                                                                    Served 10/10/2016

| | | |
|---|---|---|
| CREIM, MACIAS KOENIG & FREY LLP<br>STUART I. KOENIG<br>633 W. FIFTH STREET<br>48TH FLOOR<br>LOS ANGELES CA 90071 | MACELREE HARVEY, LTD.<br>ASHLEY B. STITZER<br>5721 KENNETT PIKE<br>CENTREVILLE DE  19807 | OFFICE OF THE U.S. TRUSTEE<br>R. SCHEPACARTER/T. FOX<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON DE  19801-3519 |

Parties Served: 3