IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al. [1] | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1161** |

### NOTICE OF PARTIAL WITHDRAWAL REGARDING THE STUDENT TRUSTEE'S (SUBSTANTIVE) FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS (RECLASSIFY FROM 507(A)(7) TO GENERAL UNSECURED STUDENT CLAIMS)

PLEASE TAKE NOTICE that Development Specialists, Inc., solely in its capacity as Student Trustee (the "**Student Trustee**") of the CCI Student Creditors Trust, hereby withdraws the *Student Trustee's (Substantive) First Omnibus Objection to Certain Claims (Reclassify from 507(a)(7) to General Unsecured Student Claims)* [Docket No. 1161] only as it relates to the claim of California Department of Consumer Affairs, Bureau for Private Postsecondary Education.

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

54977966.1

| | |
|---|---|
| Dated:  October 14, 2016<br>              Wilmington, Delaware | **POLSINELLI PC**<br><br>  */s/ Shanti M. Katona*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-0920<br>Facsimile:  (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br><br>-and-<br><br>**ROBINS KAPLAN LLP**<br>Scott F. Gautier, Esq.<br>Lorie A. Ball, Esq.<br>2049 Century Park East, Suite 3400<br>Los Angeles, California 90067<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800<br>sgautier@robinskaplan.com<br>lball@robinskaplan.com<br><br>*Attorneys for CCI Student Creditors Trust* |