IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | Case No. 15-10952 (KJC) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                                          :  SS.
NEW CASTLE COUNTY   :

Rebecca V. Speaker, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 12th day of October, 2016, she caused a copy of the following to be served in the manner indicated on the parties on the attached service list:

**Post-Confirmation Report for Period Ending September 30, 2016 [D.I. 1248]**

Rebecca V. Speaker, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 17th day of October, 2016

Notary Public

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 13515647v.1

## SERVICE LIST

*Via Hand Delivery*

OFFICE OF THE UNITED STATES TRUSTEE
U.S. Department of Justice
Attn: Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

RLF1 13515647v.1