# EXHIBIT C
# DECLARATION OF KEVIN D. MEEK

61231000.12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al. [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered<br><br>**Response Deadline: November 7, 2016 at 4:00 p.m. (ET)**<br>**Hearing Date: November 15, 2016 at 2:00 p.m. (ET)** |

### DECLARATION OF KEVIN D. MEEK IN SUPPORT OF THE MOTION OF STUDENT TRUST FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES REGARDING THE RETENTION, ABANDONMENT, OR DISPOSAL OF STUDENT RECORDS

I, Kevin D. Meek, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am an attorney with Robins Kaplan LLP, a national law firm with offices in Minneapolis, Los Angeles, New York, Boston, Naples, FL, and Mountain View, CA. I am resident in the Los Angeles office. I am duly licensed to practice before the United States Bankruptcy Court for the Central District of California.

2. I submit this declaration in support of the Motion Of Student Trust For Entry Of An Order Establishing Procedures Regarding The Retention, Abandonment, or Disposal of

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

Student Records (the "Motion").[2]  Except as otherwise indicated, each of the facts contained in this declaration is based upon my personal knowledge and, if called as a witness to do so, I could competently testify thereto.

3. Attached as Exhibit 1 hereto is a true and correct copy of several photographs of a portion of the boxes of Student Records possessed by the Student Trust, as they are stored in the warehouse located at 960 Riverside Parkway, Suites 10-60, West Sacramento, California 95605.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __ day of October, 2016

_Kevin D. Meek_

---

[2] Terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**EXHIBIT 1**



