IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| CORINTHIAN COLLEGES, INC., et al. ) | Case No. 15-10952 (KJC) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

### AFFIDAVIT OF SERVICE

I, Kevin Bennett, depose and say that I am employed by Reliable Companies and provided noticing services in the above-captioned case as follows:

On October 24th, 2016 at my direction and under my supervision, employees of Reliable caused to be served the following document (i) via first class mail on Exhibit A attached hereto (ii) via international mail on the parties listed on Exhibit B attached hereto (iii) via electronic mail on the parties listed on Exhibit C attached hereto:

**Notice of Motion Of CCI Student Creditors Trust For Entry Of
An Order Establishing Procedures Regarding The
Retention, Abandonment, Or Disposal Of Student Records**

X _____
Kevin Bennett

Dated: October 25, 2016

State of Pennsylvania
City of Philadelphia

Subscribed and sworn to (or affirmed) before me on this 25th day of October, 2016, by Kevin Bennett, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN J. HUBBERT III, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 25, 2019