IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 15-10952 (KJC)<br>)<br>) Jointly Administered<br>)<br>) <u>Related D.I.</u>: **1225, 1230, 1245** |

**CERTIFICATION OF COUNSEL REGARDING DISTRIBUTION TRUST'S MOTION TO REQUIRE ANTHEM BLUE CROSS TO TURN OVER CERTAIN RECORDS**

The undersigned certify as follows:

1. We are counsel to the distribution trust (the "**Distribution Trust**") established under the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation*.

2. On October 13, the Court held a hearing on the *Distribution Trustee's Motion to Require Anthem Blue Cross Life and Health Insurance Company to Turn Over Certain Records of Corinthian Colleges, Inc.'s Self-Funded Health Plan* [D.I. 1225] (the "**Motion**"), and the objection thereto filed by Anthem Blue Cross Life and Health Insurance Company ("**Anthem**") [D.I. 1230].

3. The Court granted the Motion and directed the parties to submit a protective order for the Court's consideration. The Distribution Trust and Anthem have agreed upon the attached proposed order, which grants the Motion and orders the production of records pursuant to agreed-upon confidentiality protections.

WHEREFORE, for the reasons stated on the record at the October 13 hearing, the Distribution Trust respectfully requests that the Court enter the attached proposed order at its earliest convenience.

[*Signature page follows*]

RLF1 15539819v.1

Dated: October 25, 2016
      Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Cory D. Kandestin (No. 5025)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      kandestin@rlf.com
      steele@rlf.com

*Counsel for the Distribution Trust*