<u>**Exhibit 2**</u>

## DECLARATION OF ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND BY THE CONFIDENTIALITY AGREEMENT

I, _____, declare under penalty of perjury that:

1. My address is _____.

2. My present employer is _____.

3. My present occupation or job description is _____.

4. I hereby certify and agree that I have read and understand the terms of the Order Directing Turn Over of Certain Records of Corinthian Colleges, Inc.'s Self-Funded Health Plana and Governing Production and Exchange of Confidential Information (the "**Bankruptcy Order**") entered by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") in the bankruptcy cases known as *In Re: Corinthian Colleges, et al.*, Case No. 15-10952 (KJC), and the confidentiality agreement attached thereto (the "**Confidentiality Agreement**").

5. I further certify that I will not use P/C Information for any purpose other than as permitted in the Confidentiality Agreement or the Bankruptcy Order, and will not disclose or cause P/C Information to be disclosed to anyone not expressly permitted by the Confidentiality Agreement or the Bankruptcy Order.

6. I agree to be bound by and comply with the terms and conditions of the Confidentiality Agreement and the Bankruptcy Order.

7.  I stipulate to the jurisdiction of the Bankruptcy Court solely with respect to the provisions of the Confidentiality Agreement.

Date: _____

_____
(Signature)