Melissa Jay Blair-Williams
09/01/1976  6106
4518 Bikini Drive
San Antonio TX 78218
210-996-6770



United States Bankruptcy Court for the District of Delaware
824Market Street
Wilmington, Delaware 19801

In re:   Corinthian Colleges, Inc. et al
         Case Number 15-10952 (KJC)
         MOTION OF CCI STUDENT CREDITORS TRUST FOR ENTRY OF AN ORDER
         ESTABLISHING PROCEDURES REGARDING THE RETENTION, ABANDONMENT, OR
         DISPOSAL OF STUDENT RECORDS

Dear Sir or Madame;

I am a former student of Everest through Corinthian Colleges. This serves as my official answer to the motion pending in court. I wish to have access or be provided copies of all my official documents. Thank you.

Melissa J. Blair (Williams)