**Response from former Everest University student:**

Kayla Konot

**Student enrollment number:**

1432689189

Case No. 15-10952

## RESPONSE TO THE NOTICE OF MOTION OF CCI STUDENT CREDITORS TRUST FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES REGARDING THE RETENTION, ABANDONMENT, OR DISPOSAL OF STUDENT RECORDS

I Kayla Konot was a former student at Everest University from April 2014 until April 2016. I attended the South Orlando Campus. Address of the University is the following: 9200 South Park Centerloop, Orlando, FL. 32819. I was in the Paralegal Associates Program. I graduated and walked June 3rd. I have recieved my diploma. I would like the following "Critical Documents," transcripts, student ledgers, enrollment agreements, and loan documents. They can be emailed at kaylakonot@gmail.com and/or mailed to 439 Long Drive, Kissimmee, FL. 34759. Any other efforts to contact me can be by phone at (407)279-7441. I give approval to the procedures said in the notice.

_____
Signature

10/28/16
_____
Date