TO; your honor,

I recieved a motion stating that Corinthian College is requesting for disposal of Student Records. This motion is set to go before you on November 15, 2016 at 2 pm. I was a student with them from Aug. 29, 2011 thru Feb. 21, 2016. My student number was 1122816305.

It states in the motion, that I can request for the critical Documents to be sent to me at no charge. It states these documents are dipolmas, transcripts, student ledgers, enrollment agreements, and loan documents. I would love for these documents be sent to me at the email: Sherry.hobby@everest.edu

I emailed everyone listed on the motion, but have not heard back from Polsinelli PC, and the email for Lorie A. Ball is not a good one. I did hear back from Scott F. Gautier, in which he stated that I will get the records.

Thank you for taking the time to read

this letter. Sorry, I messed my arm up and can't write very good.

Thank you,

Sherry Hobby
113 Magnolia Ave.
Great Falls, SC.
29055
~~(931) 287-~~ (931) 292-7310