Oct. 29, 2016

To Whom This May Concern,

    I would like to recieve all records and/or transcripts from Corinthians College Inc. This is to include all student records, also critical documents.

Sincerely,

*Chari Bennett*

Charli DeAnne Bennett

SSN#

DOB#

FILED 2016 NOV -4 AM 8:31 US BANKRUPTCY COURT DISTRICT OF DELAWARE