Stephanie Dutcher (Alexander)
108 North North Street
White Cloud, MI 49349
(231) 245-0957 or 231-660-2220
stephaniealexander231@yahoo.com

Case NO. 15-10952 (CKJC)
Jointly Administered
Corinthian College
Chapter 11

Hello, I am writing you in responce to a letter I recieved as well as a few other problems.

I am requesting my ENTIRE school record be sent to me in paper format as well as electronic. Since the laptop the school (Everest) promised me was refurbished and NOT new as I was told, it has not worked for 2 or 3 years now. Very disappointing!

I am also very upset about this whole situation. I went too this college for almost 4 years I only needed 2 credits to obtain my degree. I can no longer recieve my student loans at this time to even start college again like I want to do because Everest maxed my loans out. They over charged me and lied to me on numerous times.

I feel I should be entiled to something for all the credits I recieved as well as my time that was put into this and my computer.

I understand my loans will be paid back but what will I recieve for everything else? Its very unfair!

I worked very hard at this.
    Sorry for taking so much of your time. I hope you have a great day

Thank you!

Sincerely,
Stephanie Dutchin Alexander