Sent out:
Tuesday Nov-1
2016

Attention to: United States Bankruptcy Court

Att: The Honorable Kevin J. Carey for the District of Delaware

824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801

Tuesday Nov. 1rst, 2016

To whom this may concern, Ayo Paige Carter

I, Ayo Paige Carter, at 5590 Dorchester Drive
Signature: Ayo Paige Carter          Rockford, IL, 61108
Home Phone # 815-398-1438
Cell Phone # 815-566-2116
Email address(s): ayocarter335@yahoo.com
                  ayocarter@cs.com
Social Security #: ___-__-____
Birthdate: 04/01/83
School Name: Everest Online Campus
             (A division of Everest
                         University) CCI college
             5701 E. Hillsborough Ave.
             Suite 2300, Tampa, FL
             33610
School website: www.everestonline.edu
School student ID #: 1124035216

I, Ayo Paige Carter, am requesting the "Non-Student Party" to release and/or provide me with all of my student records I received while attending, Everest Online University.

Thank you very much,        Ayo Paige Carter
        Signature:           Ayo Paige Carter