Jeffrey W. Janssen
843 Tully Way
Concord, CA 94518
(925) 768-7477

FILED
2016 NOV -7 AM 11: 17
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

November 3, 2016

Ms. Lorie Ball
2049 Century Park East, #3400
Los Angeles, CA 90067

Dear Ms. Ball:

I am writing to you in response to the letter I received last week from Shanti Katona & Scott Gautier, Attorneys for CCI Student Creditors Trust.

I was a student at two (2) Heald College campuses from January 2014 to April 2015 and I would like copies of my official documents scanned and sent to me electronically before they are destroyed. Here is my information:

Name:					Jeffrey W. Janssen

**Heald San Francisco**
Dates of Enrollment:		01/27/14 – 10/4/14
Student ID #:			1332453377
Program:				Information Technology – Emphasis in Network Security AAS

**Heald Concord**
Dates of Enrollment:		10/20/14 – 04/05/15
Student ID #:			1434434506
Program:				Information Technology – Emphasis in Network Security AAS

Please send: transcripts, student ledgers, enrollment agreements, loan documents.

**Please send all correspondence to: smjanssen02@aol.com**

Sincerely,

*[signature: Jeffrey W Janssen]*

Jeffrey W. Janssen


cc: Scott Gautier, Esq., @ Robins Kaplan LLP, 2049 Century Park East, #3400, Los Angeles, CA 90067
    Chris Ward @ Polsinelli PC, 222 Delaware Ave., #1101, Wilmington, Delaware 19801
    Shanti Katona @ Polsinelli PC, 222 Delaware Ave., #1101, Wilmington, Delaware 19801

US Bankruptcy Court, for District of Delaware
824 Market Street, Wilmington, Delaware 19801