May C. Cha
605 Elizabeth St.
West Sacramento, CA 95605

November 2, 2016

United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

RE: Case No. 15 – 10952 (KJC) Jointly Administered.

Dear Sir/Madam:

My name is May C. Cha. I was a student at Heald College from 2014 up to when Heald was closed. I am writing in response to the court Notice of Motion of CCI student creditors trust for entry of an order establishing procedures regarding retention, abandonment, or disposal of student records. (Case No. 15 – 10952(KJC) Jointly Administered).

It stated that if I like to have a copy of my student record scan and send to me I would need to notify the court no later than 90 days after service of this notice. I am asking that a copy of my student record be scan and send to me to the address above. Thank you so much.

Sincerely,

*[signature]*

May C. Cha
Title