October 31, 2016

Re: case no. 15-10952 (KJC)

FILED
2016 NOV -7  AM 10: 28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Motion to be filled that I Samantha Wayne are giving my written notice that I am requesting that all my student records including transcripts, attendance and all financial records to be located by the student trust and that all those records be preserved and copies sent to me electronically.

Wickedbtfly @ yahoo.com

Thank you for your time

*Samantha Wayne* (signature)

Samantha Wayne