11/01/16

To whom it may concern,

I am requesting to receive copies of my diplomas, transcripts, student ledgers, enrollment agreements, loan document and all other misc documents from Corinthian College.

I have not received a single thing from this school and would like both a paper and electronic copy (if possible)

Please feel free to reach out to me for more information. Below are my personal details.

Name: Katie Saechao
Number: 415-577-8157
Email: katiesaechaosf@gmail.com
Address: 1958 Palov ave
San Francisco, CA
94124

Thank you for your time.

Best,
Katie Saechao

FILED 2016 NOV -7 AM 10:28 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE