October 31, 2016

Michael MacKendrick

9052 SE 56th Ave.

Runnells, IA 50237

FILED
2016 NOV -7 AM 10: 29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In accordance to the notice that I received on October 24, 2016. I'm responding to be included and awarded any all settlement due to me as a former student of the Corinthian Colleges Inc. Please send all correspondence to the address above. I was a student at Wyo Tech in Laramie Wyoming and graduated June 20, 2014

Thank You

Michael MacKendrick