November 1, 2016

FILED
2016 NOV -7 AM 10: 29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it my concern:

My name is Ella Marie Barnes, 32 Powell Road, New Hebron, MS I would like to request to the student trust to identify all records pertaing to me at the above address.