November 2, 2016

To: United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

To: Lorie Ball
2049 Century Park East, Suite 3400
Los Angeles, Ca 90067
Fax: (310)229-5800
iball@robinskaplan.com

To: Robins Kaplan LLP (Scott F. Gautier, Esq, & Lorie A. Ball, Esq)
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Fax: (310)229-5800
sgautier@robinskaplan.com
iball@robinskaplan.com

To: Polsinelli Pc
Christopher A. Ward
Shanti M. Katona
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Fax: (302)252-0921
skatona@polsinelli.com


Hello this letter is in response to the motion for Case No. 13-10952 (KJC)

My name is Joan T. Davis-Pinkney, I was also registered under a second name of Joan T. Gray which is my maiden name. I attended Heald College in Hayward California. I would like to request my student records, transcripts, as well as my diploma in writing as instructed per the notice sent. My address is 3742 McClelland St. Oakland, CA 94619. My telephone number is 510-689-9073 email address joantdavis@yahoo.com fax:(877)868-6391.

Thank you very much

Joan Davis-Pinkney