NOVEMBER 1, 2016

TO: WHOM EVER THIS MAY CONCERN

My name is Sandra Futch and I was a student at Everest College in Lakeland, Florida. I requesting a copy of my student records. If you have any questions please fill free to give me a call at 863-370-4776.

                                      Thank You

                                      Sandra Futch

*[signature: Sandra Futch]*