November 1st, 2016

FILED
2016 NOV -8 AM 9: 50
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Attention: Lorie Ball

    Robins Kaplan LLP

    2049 Century Park East, Suite 3400, Los Angeles, California 90067


    I did receive my letter in regards to having the Student Trust locate my Student Records and preserve them. I would like to please have this done as I am unable to get anyone at the campus I attended to give me my transcripts. My information:

    Full Name: Nicole Lea Hall

    Last 4 of Social: 9403

    Attended: Everest College, Thornton, CO

    Degree: AAS Accounting, 2009


If you should need additional information please let me know. You can contact me at (720)-883-8079 or by email at n.hall@navajo.com.


Nicole L. Hall