November 1, 2016

TO: The United States Bankruptcy Court
For the District of Deleware
Student Trust
CCI Student Creditor Trust

I am writing to request that any and all critical documents or student records pertaining to me, Beverly Lowe / Beverly Coleman, be located and scanned.
And, if possible, I would like to obtain copies of such records.

Thank you
Beverly Lowe  *Beverly Lowe*
P.O. Box 1552
Eufaula, AL 36072