11-04-2016

FILED

2016 NOV -8  AM 9: 54

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern I agree that I would like for Student Trust to receive document ("Critical Documents"). I would like to show my gratitude in advance for Student Trust providing me an electronic copie of all my records once it arrive. This is my written request.

Thanks !!!
Phillip Hunt

*Phillip Hunt*

Case No. 15-10952