To Whom this concerns,

I, Rabekah St.Vincent would like my records saved.

Thank you,
Rabekah St.Vincent
Rabekah St.Vincent

FILED
2016 NOV -8  AM 9:54
CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE