Ardrene Wright

10/06/1963 - 9886

904 N. New York Avenue

Lakeland, Florida 33815

United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

Corinthian Colleges, Inc. et al
Case Number 15-10952 (KJC)
MOTION OF CCI STUDENT CREDITORS TRUST FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES REGARDING THE RETENTION, ABANDONMENT, OR DISPOSAL OF STUDENT RECORDS

Dear Sir(s):

As a former student of Everest College in connection with Corinthian College, I ask that you do not destroy any documentation relating to my educational or financial experience with Corinthian College.

Thank you,

Ardrene Wright