Oct. 27, 2016

To Whom It May Concern:

FILED
2016 NOV -8  AM 9: 57
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I would like to request a copy of my critical documents. My information is as follows:

Fatima Jones
DOB: 12/02/1992
SSN:
Address: 3031 N. 23rd St, Philadelphia, PA 19132
Cell #: 267-538-7105

Sincerely,
Fatima