Student: Rosalie Latorre
209 Saint Cloud Village Ct. Apt. # 103
Kissimmee, FL 34744
Ph: (407) 288-7493
Student ID: 1331750777
Email: rosalie.latorre@everest.edu

FILED
2016 NOV -8  AM 9: 57
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

11/1/16

In re:
Corinthian Colleges, INC
Case No. 15-10952 (KJC) Jointly Administered

To Whom It May Concern/Attorneys for CCI Student Creditors Trust:

I am in receipt of a bankruptcy filing in the United States Bankruptcy Court for the District of Delaware. It is a notice of motion of CCI Student Creditors Trust for entry of an order establishing procedures regarding the retention, abandonment, or disposal of student records. Please locate and preserve all student records that pertain to me. I as a former student and graduate understand I have the right and option to request in writing that any and all of my student records in storage of any sort by Corinthian Colleges be preserved electronically in that they are scanned in an identifiable and searchable format. I am requesting to receive such copies of **all** the critical documents held in storage from my records at no charge per the letter. I kindly request that I receive verification, either by mail, phone, or email to my contact information I have provided above, acknowledging receipt of my letter and when to expect to receive the copies of my student documents. In addition to my mailed and emailed response to Lorie Ball from the office of Attorney Robins Kaplan, as a precautionary measure on my own behalf to authenticate I have met the response in accordance with the notice deadline of November 7, 2016 I have also mailed a copy of this response letter to the United States Bankruptcy Court for the District of Delaware and to the office of Attorney Polsinelli. Thank you greatly for taking the time and efforts from everyone involved to ensure I rightfully am able to have my critical documents preserved and in my possession.

Sincerely,

*Rosalie Latorre*

Rosalie Latorre