November 2, 2016



United States Bankruptcy Court

For District of Delaware

824 Market Street

Wilmington, Delaware 19801

To whom it may concern:

    I, Linda Louise Nguyen, in response to a recent action claim regarding files pertaining to students of any of the Corinthian College schools or campuses affiliated with Corinthian Colleges, namely, Everest College, do hereby request copies and electronic copies of my diploma and transcripts. If at all possible I would like to be made aware as to how I can obtain official sealed copies of my transcripts for future educational pursuits. Thank you.

Sincerely,

Linda Louise Nguyen
Birth: 07/07/1967
Mobile: 951-581-0569