Maurice Scarbrough                                              October 31, 2016
9422 SW 51st Street
Cooper City, FL 33328
Telephone (cell): (754)214.8120

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 Market Street
Wilmington, DELAWARE 19801

Case No. 15-10952 (KJC)

To whom it may concern:

I, Maurice Scarbrough, as a former student at Everest University Pompano Beach Campus, Florida & Corinthian Colleges, Inc., would like the Student Trust to attempt to locate and preserve all Student Records related to me in the case cited above.

A letter infoming the Student Trust of my request is addressed on this same day at the address mentioned on the Notice of Motion of CCI Student Creditors Trust for Entry of an Order Establishing Procedures Regarding the Retention, Abandonment, of Disposal of Student Records.

Sincerely,

Maurice Scarbrough

*Maurice Scarbrough*