11-03-2016

FILED

2016 NOV -9 AM 10: 55

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern,

My name is Maxine Winters I am a non student of Corinthian College, Inc. I am requesting copies of all documents on file.

Sincerely,
Maxine Winters

MAXINE WINTERS
9115. SOUTH DREXEL AVE
CHICAGO, IL. 60619