Case No. 15-10952 (KJC) Jointly Administered

November 4, 2016

FILED
2016 NOV -9  AM 8:40
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Lorie A. Ball, Esq.
Robins Kaplan LLP
2049 Century Park East, Suite 3400
Los Angele, CA 90067

Dear Lorie A. Ball, Esq.:

I received the *NOTICE OF MOTION OF CCI STUDENT CREDITORS TRUST FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES REGARDING THE RETENTION, ABANDONMENT, OR DISPOSAL OF STUDENT RECORDS*. Therefore, I am writing to you because I am a former student at Corinthian Colleges, Inc. and I am requesting for my documents to be scanned and preserved electronically and sent to me.

I appreciate your assistance, if you require additional information please mail your request to my address.

Sincerely,

*Ana Laura Ortiz*

Ana Laura Ortiz
1600 W Commonwealth Ave #C
Alhambra, CA 91803