FILED

2016 NOV -9  AM 8: 53

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

November 1, 2016

Brogan Rose
33 Marcus Drive
Morgantown, WV  26501

My name is Brogan Rose and I attended a Corinthian College (WyoTech – Daytona, Florida) January 2014 to February 2015.

This is my response to the motion for Case No 15-10952 (KJC) Jointly Administered to seek an order from the Court establishing procedures for the management of student records related to former students who attended Corinthian Colleges.

Thank You,

Brogan Rose