Jessica Sanders-Griffin
1923 1st Ave
Selma, Al 36703
JessicaSandersGriffin@ymail.com
Nov. 6, 2016

CCI Student Creditors Trust
C/o Reliable Companies
1801 Market Street, Suite 660
Philadphia, PA 9103

To Whom It May Concern:
    In response to the recent notice about the October 18, 2016, Development Specialists, Solely in its capacity as Trustee of the CCI Student Creditors Trust filing a Motion for Entry of an Order Establishing Procedures Regarding Student Records, including the Abandonment, Disposal, and/or Destruction of Certain of the Student Records. I am requesting all of my records be saved and copied as suggested.

Sincerely,
Jessica Sanders-Griffin
Jessica Sanders Griffin