TO: United States Bankruptcy Court, District of Delaware

824 Market Street, Wilmington, Delaware 19801

## Regarding Preservation of Student Records

I, Cameron Hemperly, formally request that my Critical Documents during my terms at Heald College, Concord Campus under the care of Corinthian Colleges be located and preserved, and a copy of said records be turned over into my possession.

Sincerely,

*Cameron Hemperly*

Cameron Hemperly