To whom it may concern                    11/7/16

This letter is to acknowledge Timothy Tyler Vance formerly 9811 Westport Road Louisville, Ky 40241 student at Wyo-Tech Blairsville, Penn. 2013-2014

Please save **all** information regarding my student account. Thank you.

Sincerely yours,

Timothy T. Vance
1801 Ballard Mill Ln
Louisville, Ky 40207
(502) 641-6328

Chapter 11
Case No. 15-10952 (KJC) Jointly Administered.
Corinthian College, Inc., et. al. Debtors.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al. [1] | Case No. 15-10952 (KJC)  Jointly Administered |
| Debtors. | Response Deadline: November 7, 2016 at 4:00 p.m. (ET)<br>Hearing Date: November 15, 2016 at 2:00 p.m. (ET) |

## NOTICE OF MOTION OF CCI STUDENT CREDITORS TRUST FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES REGARDING THE RETENTION, ABANDONMENT, OR DISPOSAL OF STUDENT RECORDS

**TO:** FORMER STUDENTS[2] ENROLLED AT CORINTHIAN COLLEGES, INC. OR CERTAIN CAMPUSES AFFILIATED WITH CORINTHIAN COLLEGES, INC, ALL CREDITORS, ALL INTERESTED PARTIES, AND ALL PARTIES REQUESTING NOTICE PURUSANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on October 18, 2016, Development Specialists, Inc., solely in its capacity as Trustee (the "Student Trustee") of the CCI Student Creditors Trust (the "Student Trust") filed the *Motion for Entry of an Order Establishing Procedures Regarding Student Records, including the Abandonment, Disposal, and/or Destruction of Certain of the Student Records* (the "Motion").

The Student Trust's Motion seeks an order from the Court establishing procedures for the management of student records related to former Students who attended Corinthian Colleges or any of its affiliated campuses ("Student Records"), including the abandonment, disposal, and/or destruction of certain Student Records. The Motion seeks approval of the following procedures:

a) A small number of documents will be scanned in an identifiable and searchable format for any Student for whom the Student Trust received documents (the "Critical Documents"). The Critical Documents will be preserved electronically, and copies of the Critical Documents will be provided to Students at no charge upon request. The types of Critical Documents that will be scanned will be limited to: (i) diplomas; (ii) transcripts; (iii) student ledgers; (iv) enrollment agreements; and (v) loan documents;

b) For any Student that sends a written request to the Student Trust **no later than 90 days after service of this Notice,** the Student Trust, or its professionals, will: (i) attempt to identify all records pertaining to that Student; (ii) scan the documents for that Student; and (iii) provide that Student with electronic

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

[2] As defined in section II(A)(140) of the Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation (the "Plan"), the term "Student" means any individual who has matriculated with any of the Debtors' schools whether in person or online.

61241357