November 2, 2016

To whom it may concern,

My name is Serena Alcala and I am a former student of Everest College on the Ontario campus. I was in school from the month and year of July 2013, to September 2014. I did graduate with my class with all the requirements done. Unfortunately I did not receive any form of Diploma or Transcripts that can be used for employment. I find it VERY unnecessary that I and as well as thousands of other students in my position did not receive any form of accomplishments, but still have to pay an overwhelming debt for nothing. I have not paid any loans from Everest college and it has corrupted my credit completely and I am only 21.

When I was enrolling in Everest I was told by the financial aide office that there would be only 3 loans taken out to cover the costs of my schooling, after Everest shut down and my many attempts to apply for loan forgiveness I had reached a line where the operator had told me I had 5 loans taken out on my name by CORRINTHIAN COLLEGES. At the time of enrollment I had just turned 18 and was eager to get into medical school. Not knowing they had taken out more than I was told. I'm 21 with no proof of schooling but a large debt behind my name.

Once I received the letter from the courts saying that there is going to be lawsuit I could not turn my back. All I want is the proof aside from the debt that I did complete my courses at Everest and that I did graduate and receive a diploma. Thank you so much.

Serena J. Alcala

2706 Lyndale Ave, Pomona CA 91768

(909)372-8056