In re: Corinthian Colleges, Inc et al.

Case no. 15-10952 (KJC)

Nov 7, 2016
United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

CC:
ROBINS KAPLAN LLP
Scott F Gautier, Esq.
sguatier@robinskaplan.com
Lorie A. Ball, Esq.
lball@robinskaplan.com

POLSINELLI PC
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
skatona@polsinelli.com

To Whom it may concern,

I, Cody Bertrand; social security number               ·; Student ID 1432692806, would like to send this formal written request to the Student Trust to attempt to identify all records pertaining to myself, (i) diplomas: (ii) transcripts; (iii) student ledgers, (iv) enrollment agreements, and (v) loan documents. Please identify and scan the documents and provide me with the electronic copies at no cost.  It should be noted that I have had no assistance with finding employment since completing the program.

I enrolled with Wyotech in September of 2014 into their Diesel Technology program with an end date of June 19th, 2015.

My home address has changed; please update your records to 2078 S Broadway, Grand Junction, CO 81507.  I can be reached via phone 307-399-3294 or email codyrme26@gmail.com.

Thank you,

Cody Bertrand