IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

-----------------------------------------------------------------

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 15, 2016 AT 2:00 P.M. (EST)[3]

### I.     CONTINUED MATTER:

1.      Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

Objections / Responses Received:     None.

Related Documents:   None.

Status: The hearing on this matter has been continued to a date to be determined.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]     **Amended items appear in bold.**

[3]     The hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the November 15, 2016 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EST) on Monday, November 14, 2016 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.

## II.    UNCONTESTED MATTER GOING FORWARD:

2.    Motion of Student Trust for Entry of an Order Establishing Procedures Regarding the Retention, Abandonment, or Disposal of Student Records [Docket No. 1225 - filed October 18, 2016]

Objection / Response Deadline:    November 7, 2016 at 4:00 p.m. (EST)

Objections / Responses Received:4

A.    Letter Response from Melissa Jay Blair-Williams [Docket No. 1262 - filed October 31, 2016]

B.    Response to the Notice of Motion of CCI Student Creditor Trust for Entry of an Order Establishing Procedures Regarding the Retention, Abandonment, or Disposal of Student Records [Docket No. 1264 - filed November 2, 2016]

C.    Letter Response from Dominque Taylor [Docket No. 1265 - filed November 3, 2016]

D.    Letter Response from Sherry Hobby [Docket No. 1266 - filed November 2, 2016]

E.    Letter Response from Charli DeAnne Bennett [Docket No. 1267 - filed November 4, 2016]

F.    Letter Response from Stephanie Dutcher (Alexander) [Docket No. 1268 - filed November 7, 2016]

G.    Letter Response from Ayo Paige Carter [Docket No. 1269 - filed November 7, 2016]

H.    Letter Response from Dennis Erroll Harvey Jr. [Docket No. 1270 - filed November 7, 2016]

I.    Letter Response from Jeffrey W. Janssen [Docket No. 1271 - filed November 7, 2016]

J.    Letter Response from Laura Parson-Rivera [Docket No. 1272 - filed November 7, 2016]

K.    Letter Response from May C. Cha [Docket No. 1273 - filed November 7, 2016]

---

4    With permission of the Court, all former students may appear at the hearing telephonically.

RLF1 15771315v.1

3

L.    Letter Response from Samantha Wayne [Docket No. 1274 - filed November 7, 2016]

M.    Letter Response from Katie Saechao [Docket no. 1275 - filed November 7, 2016]

N.    Letter Response from Michael MacKendrick [Docket no. 1276 - filed November 7, 2016]

O.    Letter Response from Ella Marie Barnes [Docket No. 1277 - filed November 7, 2016]

P.    Letter Response from Joan Davis-Pinckney [Docket No. 1278 - filed November 7, 2016]

Q.    Letter Response from Sandra Futch [Docket No. 1279 - filed November 7, 2016]

R.    Letter Response from Nicole L. Hall [Docket No. 1280 - filed November 8, 2016]

S.    Letter Response from Jose Alberto Rios [Docket No. 1281 - filed November 8, 2016]

T.    Letter Response from Beverly Lowe [Docket No. 1282 - filed November 8, 2016]

U.    Letter Response from Phillip Hunt [Docket No. 1283 - filed November 8, 2016]

V.    Letter Response from Rabekah St. Vincent [Docket No. 1284 - filed November 8, 2016]

W.    Letter Response from Ardene Wright [Docket No. 1285 - filed November 8, 2016]

X.    Letter Response from Fatima Jones [Docket No. 1286 - filed November 8, 2016]

Y.    Letter Response from Rosalie Latorre [Docket No. 1287 - filed November 8, 2016]

Z.    Letter Response from Charlotte Anne Sweeny [Docket No. 1288 - filed November 8, 2016]

AA.    Letter Response from Linda Louise Nguyen [Docket No. 1289 - filed November 8, 2016]

RLF1 15771315v.1

BB.    Letter Response from Maurice Scarborough [Docket No. 1290 - filed November 8, 2016]

CC.    Letter Response from Maxine Winters [Docket No. 1291 - filed November 9, 2016]

DD.    Letter Response from Ana Laura Ortiz [Docket No. 1292 - filed November 9, 2016]

EE.    Letter Response from Brogan Rose [Docket No. 1293 - filed November 9, 2016]

FF.    Numerous informal responses from former students seeking information regarding and preservation of respective student records

GG.    **Letter Response of Jessica Sanders-Griffin [Docket No. 1297 - filed November 14, 2016]**

HH.    **Letter Response of Cameron Hemperly [Docket No. 1298 - filed November 14, 2016]**

II.    **Letter Response of Timothy Tyler Vance [Docket No. 1299 - filed November 14, 2016]**

JJ.    **Letter Response of Serena J. Alcala [Docket No. 1300 - filed November 14, 2016]**

KK.    **Letter Response of Christine Wilford [Docket No. 1301 - filed November 14, 2016]**

LL.    **Letter Response of Cody Bertrand [Docket No. 1302 - filed November 14, 2016]**

Related Documents:   None.

Status:   The hearing on this matter will go forward.

RLF1 15771315v.1

5

Dated: November 14, 2016       /s/ Amanda R. Steele
    Wilmington, Delaware       Mark D. Collins (No. 2981)
    Michael J. Merchant (No. 3854)
    Amanda R. Steele (No. 5530)
    RICHARDS, LAYTON & FINGER, P.A.
    920 N. King Street
    Wilmington, Delaware 19801
    Telephone:  302-651-7700
    Facsimile:  302-651-7701
    Email: collins@rlf.com
        merchant@rlf.com
        steele@rlf.com

    Counsel for the Distribution Trustee

RLF1 15771315v.1