11/07/2016

United States Bankruptcy Court
for the District of Delaware
824 Market Street, Wilmington
Delaware 19801

Briksam M. Gad
9767 W. Arms Dr.
Crystal River, FL 34429

FILED
2016 NOV 15  AM 8: 44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

REF: Loan Dispute.
Student ID at Everest University: 1331961415
SS: XXX-XX-8945
Case No.  15-10952 (KJC) Jointly Administered

Dear,

Re. above reference please note:
I had gone to Everest University Address: 9200 south park Center Loop, Orlando, FL 32819. Online classes and I had earned 69.00 credits after one year and half.

Then, I have received a phone call from the University saying that I am not qualified for being student at their University because, I didn't complete the FCAT Exams and they asked me to pay my online loan.

Please, I do like you to dispute my loan because; I waste a year and a half from my life being student at this University. I have Finished 69.00 credits from 96.00 credits in order to earn my Associate degree.

So please, dispute my loan because, it wasn't my fault.  They should tell me that I wasn't qualified from the day I started.

Waiting for your respond, Please confirm

Thank you,
Best Regard

*Briksam Gad*

# Unofficial Transcript

Everest University
9200 Southpark Center Loop
Orlando, FL 32819
(813)902-6782

May 20, 2016
Name: Gad, Briksam M
Student ID: 1331961415

| Course Code | Course Description | Credits Required | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|---|
| ------- Honors Awarded ------- | | | | | |
| **Honors:** | | | | | |
| ------- Degrees Awarded ------- | | | | | |
| ------- Academic Program History ------- | | | | | |
| Program: | 11-25-2013    Business AS | | | | |
| Concentration(s): | Business AS v2-0 - Management Concentration | | | | |
| Status: | Drop | | | | |
| LOA: | 01/10/2016 | | | | |
| | Total Credits | 68.00 | 80.00 | 68.00 | |
| **Term: 2013 Fall Mini** | | | | | |
| 11/25/2013 - 1/12/2014 | | | | | |
| MAN1030 | Introduction to Business Enterprise | 4.00 | 4.00 | | B |
| SLS1105 | Strategies for Success | 4.00 | 4.00 | | A |
| | | 8.00 | 8.00 | | |
| | Term GPA: 3.50    Cum GPA: 3.50 | | | | |
| **Term: 2014 Winter** | | | | | |
| 1/13/2014 - 4/6/2014 | | | | | |
| CGS2060C | Computer Applications | 4.00 | 4.00 | | C |
| ENC1101 | Composition I | 4.00 | 4.00 | | B |
| MAN2021 | Principles of Management | 4.00 | 4.00 | | C |
| | | 12.00 | 12.00 | | |
| | Term GPA: 2.33    Cum GPA: 2.80 | | | | |

| Course Code | Course Description | Credits Required | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|---|
| **Term: 2014 Spring** | | | | | |
| 4/14/2014 - 7/6/2014 | | | | | |
| ENC1102 | Composition II | 4.00 | 4.00 | | C |
| EVS1001 | Environmental Science | 4.00 | 4.00 | | B |
| SPCP2300 | Fundamentals of Interpersonal Communications | 4.00 | 4.00 | | B |
| | | 12.00 | 12.00 | | |
| | Term GPA: 2.67    Cum GPA: 2.75 | | | | |
| **Term: 2014 Summer** | | | | | |
| 7/14/2014 - 10/5/2014 | | | | | |
| BUL2131 | Applied Business Law | 4.00 | 4.00 | | D |
| OST2335 | Business Communications | 4.00 | 4.00 | | C |
| PSY2012 | General Psychology | 4.00 | 4.00 | | C |
| | | 12.00 | 12.00 | | |
| | Term GPA: 1.67    Cum GPA: 2.45 | | | | |
| **Term: 2014 Fall** | | | | | |
| 10/13/2014 - 1/11/2015 | | | | | |
| FIN1103 | Finance | 4.00 | 4.00 | | D |
| SBM2000 | Small Business Management | 4.00 | 0.00 | | F ** |
| | | 8.00 | 4.00 | | |
| | Term GPA: 0.50    Cum GPA: 2.15 | | | | |

\*\* Indicates Retaken Course
R\* Indicates Retaken Override

+ This course is also counted in another program version on this transcript
~ This course has a corresponding course with a different number, name and unit value elsewhere on this transcript

# Unofficial Transcript

Everest University
9200 Southpark Center Loop
Orlando, FL 32819
(813)902-6782

May 20, 2016
Name: Gad, Briksam M
Student ID: 1331961415

| Course Code | Course Description | Credits Required | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|---|
| **Term: 2015 Winter** | | | | | |
| 1/12/2015 - 4/5/2015 | | | | | |
| MAT1033 | College Algebra | | 4.00 | 4.00 | A |
| SBM2000 | Small Business Management | | 4.00 | 4.00 | A |
| SLS1321 | Career Skills and Portfolio Development | | 2.00 | 2.00 | A |
| SLS1505 | Basic Critical Thinking | | 2.00 | 2.00 | B |
| | | | 12.00 | 12.00 | |

Term GPA: 3.83    Cum GPA: 2.63

| | | | | | |
|---|---|---|---|---|---|
| **Term: 2015 Spring** | | | | | |
| 4/13/2015 - 7/5/2015 | | | | | |
| APA2111 | Principles of Accounting I | | 4.00 | 0.00 | F ** |
| MAN2300 | Introduction to Human Resources | | 4.00 | 0.00 | F |
| | | | 8.00 | 0.00 | |

Term GPA: 0.00    Cum GPA: 2.32

| | | | | | |
|---|---|---|---|---|---|
| **Term: 2015 Fall** | | | | | |
| 10/12/2015 - 1/10/2016 | | | | | |
| MAR1011 | Introduction to Marketing | | 4.00 | 4.00 | B |
| APA2111 | Principles of Accounting I | | 4.00 | 4.00 | C |
| | | | 8.00 | 8.00 | |

Term GPA: 2.50    Cum GPA: 2.47

**Business AS**
Total Credits:   68.00   GPA:   2.47   80.00   68.00
Concentration(s) Business AS v2-0 - Management Concentration

*** End of Transcript ***

_____    _____
Authorized Signature                Date

+ This course is also counted in another program version on this transcript.
~ This course has a corresponding course with a different number, name and unit value elsewhere on this transcript.

** Indicates Retaken Course
R* Indicates Retaken Override

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC) Jointly Administered<br><br>**Response Deadline: November 7, 2016 at 4:00 p.m. (ET)**<br>**Hearing Date: November 15, 2016 at 2:00 p.m. (ET)** |

### NOTICE OF MOTION OF CCI STUDENT CREDITORS TRUST FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES REGARDING THE RETENTION, ABANDONMENT, OR DISPOSAL OF STUDENT RECORDS

TO: FORMER STUDENTS[2] ENROLLED AT CORINTHIAN COLLEGES, INC. OR CERTAIN CAMPUSES AFFILIATED WITH CORINTHIAN COLLEGES, INC, ALL CREDITORS, ALL INTERESTED PARTIES, AND ALL PARTIES REQUESTING NOTICE PURUSANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on October 18, 2016, Development Specialists, Inc., solely in its capacity as Trustee (the "Student Trustee") of the CCI Student Creditors Trust (the "Student Trust") filed the *Motion for Entry of an Order Establishing Procedures Regarding Student Records, including the Abandonment, Disposal, and/or Destruction of Certain of the Student Records* (the "Motion").

The Student Trust's Motion seeks an order from the Court establishing procedures for the management of student records related to former Students who attended Corinthian Colleges or any of its affiliated campuses ("Student Records"), including the abandonment, disposal, and/or destruction of certain Student Records. The Motion seeks approval of the following procedures:

a) A small number of documents will be scanned in an identifiable and searchable format for any Student for whom the Student Trust received documents (the "Critical Documents"). The Critical Documents will be preserved electronically, and copies of the Critical Documents will be provided to Students at no charge upon request. The types of Critical Documents that will be scanned will be limited to: (i) diplomas; (ii) transcripts; (iii) student ledgers; (iv) enrollment agreements; and (v) loan documents;

b) For any Student that sends a written request to the Student Trust **no later than 90 days after service of this Notice,** the Student Trust, or its professionals, will: (i) attempt to identify all records pertaining to that Student; (ii) scan the documents for that Student; and (iii) provide that Student with electronic

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

[2] As defined in section II(A)(140) of the Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation (the "Plan"), the term "Student" means any individual who has matriculated with any of the Debtors' schools whether in person or online.

61241357.