# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.  
**CASE NO.:** 15-10952-KJC  

**COURTROOM LOCATION:** 5  
**DATE:** November 15, 2016

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli | Student Trust |
| Shanti Katona | Polsinelli | Student Trust |
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Amanda Steele | Richards, Layton + Finger | Distribution Trust |
| Junior Valladares | | former student |

# Court Conference

Calendar Date: 11/15/2016
Calendar Time: 02:00 PM ET

# U.S. Bankruptcy Court-Delaware
# Confirmed Telephonic Appearance Schedule
# Honorable Kevin J. Carey

#5

*2nd Revision 11/15/2016 09:04 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7966569 | Geoffrey L. Berman | (213) 617-2717 | DSI Development Specialists, Inc. | Creditor, Student Trust / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7967452 | Scott F. Gautier | (310) 552-0130 | Robins Kaplan LLP | Creditor, Student Trust / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 7966552 | Kevin D. Meek | (310) 552-0130 | Robins Kaplan LLP | Creditor, CCI Student Creditors Trust / LIVE |