## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al*[1] | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on November 10, 2016, I caused true and correct copies of the following document to be served (i) via facsimile to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of Agenda of Matters Scheduled for Hearing on November 15, 2016 at 2: 00 P.M. (EST)[2] [Docket No. 1294]**

Dated: November 11, 2016

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this __11__ day of __Nov.__, 20_16_, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]     The hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the November 15, 2016 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EST) on Monday, November 14, 2016 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.

**<u>EXHIBIT A</u>**

AMERICAN EXPRESS TRAVEL RELATED SERVICES
C/O BECKET AND LEE LLP
610-993-8493

ASHBY & GEDDES, P.A.
ATTN: WILLIAM BOWDEN/RICARDO PALACIO
302-654-2067

BUCHALTER NEMER, A PROFESSIONAL CORPORATIO
ATTN: SHAWN M. CHRISTIANSON, ESQ
415-227-0770

CALIFORNIA DEPARTMENT OF JUSTICE
ATTN: CRAIG D. RUST, DEPUTY AG
916-324-5205

COMMONWEALTH OF MASSACHUSETTS
ATTN: GLENN KAPLAN
617-722-0184

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
717-787-7671

CREIM, MACIAS KOENIG & FREY LLP
STUART I. KOENIG
(213) 614-1961

DEVELOPMENT RESOURCES, INC.
ATTN: JOHN GIANNOPOULOS
312-822-0561

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
215-988-2757

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN
302-467-4201

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
212-248-3141

FAIRFIELD AND WOODS, P.C.
ATTN: CAROLINE C. FULLER
303-830-1033

FRANKGECKER LLP
ATTN: JOSEPH FRANK/REED HEILIGMAN
312-276-0035

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
ATTN: JOSEPH CORRIGAN
617-451-0409

JEFFER MANGELS BUTLER & MITCHELL LLP
ATTN: BARRY FREEMAN/DAVID POITRAS
310-712-8571

KATTEN MUCHIN ROSENMAN LLP
ATTN: BRIAN HUBEN/DUSTIN BRANCH
310-788-4471

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
212-808-7897

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET
210-225-6410

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
469-221-5003

MACELREE HARVEY, LTD.
ASHLEY B. STITZER, ESQ
(302) 654-4954

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
573-751-7232

MORRIS JAMES LLP
ATTN: CARL KUNZ III/JEFFREY WAXMAN
302-571-1750

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI/ERICA RICHARDS
212-468-7900

NYS DEPT. OF TAXATION & FINANCE
OFFICE OF COUNSEL
518-435-8490

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSEPH J. SANDERS
312-814-2593

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
718-254-7508

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX
302-573-6497

OREGON DEPARTMENT OF JUSTICE
ATTN: CAROLYN G. WADE
503-373-7067

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
212-545-1410

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.
ATTN: OWEN M. SONIK
713-862-1429

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA CALVO
817-860-6509

PIRCHER, NICHOLS & MEEKS
ATTN: EUGENE J.M. LEONE
312-915-3348

POLSINELLI PC
ATTN: CHRISTOPHER WARD/SHANTI KATONA
302-252-0921

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
302-658-1192

RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS/MICHAEL MERCHANT
302-498-7531

ROBAINA & KRESIN
ATTN: THOMAS GRIFFIN
602-682-6455

ROBINS KAPLAN LLP
ATTN: SCOTT GAUTIER/LORIE BALL
310-229-5800

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
715-845-2718

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW
212-818-9606

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: CARREN B. SHULMAN, ESQ.
212-653-8701

SIDLEY AUSTIN LLP
ATTN: JENNIFER HAGLE/ANNA GUMPORT
213-896-6600

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
317-263-7901

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: FELICIA GERBER PERLMAN
312-407-0411

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
302-651-3001

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
305-374-8113

**Corinthian Colleges, Inc. -  Service List to Facsimile Recipients**

TRAVIS COUNTY
ATTN: KAY D. BROCK
512-854-4808

TX COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: COURTNEY J. HULL
512-936-1409

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
202-514-9163

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
202-514-9163

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
608-267-8906

Parties Served:  50

**EXHIBIT B**

**Corinthian Colleges, Inc. - Overnight Mail**                                      Served 11/10/2016

ANA LAURA ORTIZ
1600 W COMMONWEALTH AVE #C
ALHAMBRA CA 91803

ARAPAHOE COUNTY TREASURER
BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON CO  80166

ARDENE WRIGHT
904 N. NEW YORK AVENUE
LAKELAND, FL 33815

AYO PAIGE CARTER
5590 DORCHESTER DRIVE
ROCKFORD IL 61108

BEVERLY LOWE
PO BOX 1552
EUFAULA AL 36072

BMC GROUP, INC.
T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO CA  90245

BOVITZ & SPITZER
J. SCOTT BOVITZ
1100 WILSHIRE BLVD., S
SUITE 2403
LOS ANGELES CA  90017

BROGAN ROSE
33 MARCUS DRIVE
MORGANTOWN WV 26501

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK NY  10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND OR  97232

CA DEPT. OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
1300 I ST.,
SACRAMENTO CA  95814-5901

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO CA  94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND CA  94612

CALIFORNIA DEPARTMENT OF JUSTICE
BERNARD A. ESKANDARI
300 S. SPRING ST., STE. 1702
LOS ANGELES CA  90013

CHARLOTTE ANNE SWEENY
710 N 5TH ST
STEUBENVILLE OH 43952

CONSUMER FINANCIAL PROTECTION BUREAU
CYNTHIA GOOEN LESSER
1700 G STREET, N.W.
WASHINGTON D.C.  20552

DE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
FRANCHISE TAX DIVISION
DOVER DE  19903

DENNIS E HARVEY JR.
11740 N. 17TH ST APT # 6
TAMPA FL 33612

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU HI  96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK NY  10013

DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON DE  19802

DUMAS & KIM, APC
ATTN: CHRISTIAN T. KIM
3435 WILSHIRE BLVD., SUITE 990
LOS ANGELES CA  90010

ELLA MARIE BARNES
32 POWELL ROAD
NEW HEBRON MS 39140

EQUITY ONE, INC.
LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL  33179

FATIMA JONES
3031 N. 23RD ST
PHILIDELPHIA PA 19132

GE INFO TECH SOLUTIONS
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON GA  31208-3708

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU HI  96813

INTERNAL REVENUE SERVICE
MAILSTOP 5-Q30.133
2970 MARKET STREET
PHILADELPHIA PA  19101-7346

JEFFREY W JANSSEN
843 TULLY WAY
CONCORD CA  94518

JOAN DAVIS-PINCKNEY
3742 MCCLELLAND ST
OAKLAND CA 94619

JOSE ALBERTO RIOS
7113 W. CREEK DR.
TAMPA FL 33615

KATIE SAECHAO
1958 PALOV AVE
SAN FRANCISCO CA 94124

KAYIA KONOT
439 LONG DRIVE
KISSIMMEE FL 34759

KREIS, ENDERLE, HUDGINS & BORSOS
THOMAS G. KING
PO BOX 4010
KALAMAZOO MI 49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI OH 75271-2711

LAURA PARSON-RIVERA
94-944 MEHEULA PARKWAY APT 354
MILILANI HI 96789

LAW OFFICE OF DONALD W. SIEVEKE
DONALD W. SIEVEKE
1113 N. SPURGEON ST
SANTA ANA CA 92701

LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
1225 KING STREET
SUITE 800
WILMINGTON DE 19801

MAURICE SCARBOROUGH
9422 SW 51ST STREET
COOPER CIT FL 33328

MAXINE WINTERS
9115 SOUTH DREXEL AVE
CHICAGO IL 60619

MAY C. CHA
605 ELIZABETH ST
WEST SACRAMENTO CA 95605

MELISSA JAY BLAIR-WILLIAMS
4518 BIKINI DRIVE
SAN ANTONIO TX 78218

MICHAEL MACKENDRICK
9052 SE 56TH AVE
RUNNELLS IA 50237

NEW YORK STATE DEPARTMENT OF LABOR
BLDG. 12, W.A. HARRIMAN CAMPUS
ALBANY NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMIN.
800 W. WASHINGTON STREET
2ND FLOOR
PHOENIX AZ 85007

OFFICE OF PRIVATE POSTSECONDARY EDUCATIO
OR HIGHER ED. COORDINATING COMMISSION
775 COURT STREET NE
SALEM OR 97301

OFFICE OF THE ATTORNEY GENERAL
MAURA HEALEY/P. LEIGHT/G. KAPLAN
ONE ASHBURTON PLACE
18TH FLOOR
BOSTON MA 2108

OFFICE OF THE ATTORNEY GENERAL
NANCY QUACH
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO CA 94102-7004

OFFICE OF THE U.S. ATTORNEY
FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU HI 96850

OFFICE OF THE U.S. ATTORNEY
JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK NY 10007

OUTTEN & GOLDEN LLP
JACK RAISNER/RENÉ ROUPINIAN
685 THIRD AVENUE
25TH FLOOR
NEW YORK NY 10017

ROSALIE LATORRE
209 SAINT CLOUD VILLAGE CT. APT. # 103
KISSIMMEE FL 34744

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC 20549

SECURITIES & EXCHANGE COMMISSION
GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY 10281-1022

SHERRY HOBBY
113 MAGNOLIA AVE
GREAT FALLS SC 29055

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON DE 19801-0820

STATE OF MI/DEPT. OF TREASURY
BILL SCHUETTE/HEATHER DONALD
3030 W. GRAND BLVD.
CADILLAC PLACE, SUITE 10-200
DETROIT MI 48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND OR 97701

STEPHANIE DUTCHER(ALEXANDER)
108 NORTH, NORTH STREET
WHITE CLOUD MI 49349

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT/KAREN AXSOM
800 W. WASHINGTON ST
PHOENIX AZ 85007

THE ROSNER LAW GROUP
JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET
SUITE 810
WILMINGTON DE 19801

TN DEPT OF REVENUE
TN ATTY GENERAL'S OFFICE
PO BOX 20207
BANKRUPTCY DIVISION
NASHVILLE TN 37202-0207

TREASURER - TAX COLLECTOR
BANKRUPTCY DESK
1600 PACIFIC HIGHWAY
ROOM 162
SAN DIEGO CA 92101

**Corinthian Colleges, Inc. - Overnight Mail**

U.S. ATTORNEY'S OFFICE
CHARLES M. OBERLY, III
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON DE  19801

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC  20530-0001

UNITED STATES DEPARTMENT OF LABOR
THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON DC  20210

WATT LONG BEACH, LLC
JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA CA  90405

Parties Served: 70