1

1

2   UNITED STATES BANKRUPTCY COURT

3   DISTRICT OF DELAWARE

4   Case No. 15-10952(KJC)

5   - - - - - - - - - - - - - - - - - - - -x

6   In the Matter of:

7   CORINTHIAN COLLEGES, INC., et al.,

8           Debtors.

9   - - - - - - - - - - - - - - - - - - - -x

10

11

12              United States Bankruptcy Court

13              824 North Market Street

14              Wilmington, Delaware

15

16              November 15, 2016

17              2:01 PM

18

19

20  B E F O R E:

21  HON. KEVIN J. CAREY

22  U.S. BANKRUPTCY JUDGE

23

24

25  ECR OPERATOR:  AL LUGANO

1

2  Motion of Student Trust for Entry of an Order Establishing

3  Procedures Regarding the Retention, Abandonment, or Disposal of

4  Student Records [Docket No. 1225 - filed October 18, 2016]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Transcribed by:  Paul T. Abramson

3

1

2  A P P E A R A N C E S :

3  RICHARDS, LAYTON & FINGER, P.A.

4        Attorneys for Distribution Trustee

5  BY:   AMANDA R. STEELE, ESQ.

6

7

8  POLSINELLI PC

9        Attorneys for CCI Student Creditor's Trust

10  BY:   SHANTI M. KATONA, ESQ.

11        CHRISTOPHER A. WARD, ESQ.

12

13

14  ROBINS KAPLAN LLP

15        Attorneys for CCI Student Creditor's Trust

16  BY:   SCOTT F. GAUTIER, ESQ. (TELEPHONICALLY)

17        KEVIN D. MEEK, ESQ. (TELEPHONICALLY)

18

19

20  UNITED STATES DEPARTMENT OF JUSTICE

21        Office of the United States Trustee

22  BY:   TIMOTHY J. FOX, JR., ESQ.

23

24

25

4

ALSO PRESENT:

     GEOFFREY L. BERMAN, Development Specialists, Inc.

     JUNIOR VALLADERES

**CORINTHIAN COLLEGES, INC., ET AL.**

1              P R O C E E D I N G S

2          THE CLERK:  All rise.  Be seated.

3          THE COURT:  Good afternoon, everyone.

4          IN UNISON:  Good afternoon, Your Honor.

5          MS. KATONA:  Good afternoon, Your Honor.  Shanti

6   Katona on behalf of the Student Trust, the CCI Student

7   Creditor's Trust.

8          THE COURT:  Um-hum.

9          MS. KATONA:  Your Honor, there's only one item going

10  forward on today's agenda, and it's the motion of the Student

11  Trust for entry of an order establishing procedures regarding

12  the retention, abandonment, and disposal of student records.

13          Your Honor, we're here on behalf of Development

14  Specialists, solely in its capacity as the trustee of the CCI

15  Student Creditor's Trust, and we're here seeking entry of the

16  order.  And by way of background, Your Honor -- as Your Honor

17  is already familiar, the CCI Student Creditor's Trust was

18  established pursuant to the debtors' third amended and modified

19  combined disclosure statement and plan of liquidation.

20          THE COURT:  Um-hum.

21          MS. KATONA:  And the Trust performs several vital

22  functions, including communicating with students regarding

23  student debt relief developments, administering the 507(a)(7)

24  deposit claims, advocating for the expansion of federal and

25  private student debt relief, and finally, preserving copies of

1  the available student records that were abandoned by the

2  debtors during bankruptcy cases.

3       Since its inception, the Student Trust has taken

4  possession of approximately 40,000 boxes containing between

5  sixty to a hundred million pages of alleged student-related

6  documents.  While certain of the documents are organized and

7  include some indexed details, for the most part the boxes are,

8  unfortunately, uncategorized and unlabeled.  And unfortunately,

9  documents for any given student are actually, we found out,

10  located across boxes in wholly different sections of a

11  particular warehouse.

12       So maintenance and administration of the student

13  records in the current state is both labor-intensive and is

14  becoming cost-prohibitive.  At present, for example, if an

15  individual student requests his or her student records, the

16  Trust is required to forge through thousands of pages and boxes

17  in order to discover if the -- in order to determine whether

18  the records even exist.

19       THE COURT:  Yes.  The photos were a nice touch.

20       MS. KATONA:  And we have another one, Your Honor, to

21  show just how disarrayed some of the boxes are.  And all of

22  this happens at great expense to the Trust with little

23  guarantee of success, unfortunately, for the students' benefit.

24       So while the Trust has made every effort to minimize

25  the cost, the cost to store and maintain the records is

1  approximately 25,000 dollars per month.  And this recurring

2  expense is simply unsustainable, and will ultimately exhaust

3  the Trust's limited funds.  Which brings us here today.

4          Oh, and we've also looked into having the entirety of

5  the records scanned, and the estimates have come back between

6  five to ten million dollars which already exceeds the amount

7  that the Trust has in its deposit.

8          So the proposed procedures provide that critical

9  documents -- and by critical documents we mean transcripts,

10  diplomas, student ledgers, enrollment information, and loan

11  documentation -- will all be scanned and preserved

12  electronically and made available to students at no cost.

13  Students also have through January 23rd of 2017 to contact the

14  Trust, any of its counsel, as well as Donlin Recano, who is the

15  current website provider for the Student Trust, and request

16  that any and all documents -- not just the critical documents

17  we mentioned before -- any and all documents relating to them

18  be located, preserved, and made electronically available to

19  them at no cost.

20          Any nonstudent requesting records may also obtain

21  access to certain documents with expressed permission with the

22  applicable student or from this Court.  And under the Trust's

23  proposed procedures, nonstudents requesting access to records

24  are the only parties who will be required to pay the cost and

25  fees associated with retrieval of the documents.

8

1          And finally, the Trust seeks to destroy all

2     unrequested, noncritical documents, that don't appear related

3     to job prospects, education history, litigation, or student

4     debt relief.

5          THE COURT:  After January 17th or --

6          MS. KATONA:  January 23rd of 2017.

7          THE COURT:  -- 23rd?  All right.

8          And how confident are you that you have contact

9     information for everyone who would be affected?

10         MS. KATONA:  We served out approximately 141,000

11    students.  Your Honor, we are still culling through some of the

12    returned mail.  To date, we've received over, and spoken with,

13    nearly a thousand students between my firm, Donlin Recano, and

14    Robins Kaplan, as well as the Student Trust.  We have actually

15    spoken with nearly 1,000 students.  We've received emails from

16    probably just as many seeking access to their documents.

17         So we believe that we've attempted to reach the

18    universe of students.  Many students claim that they weren't

19    ever aware of the bankruptcy case, which leads us to think that

20    we've expanded on the list, possibly that -- more so than what

21    the debtors had during the actual Chapter 11.  But that's the

22    best that we can say.

23         And like I -- it also is highlighted in the motion.

24    The student managers are also making every effort through

25    social media to ensure that students who don't otherwise have

## CORINTHIAN COLLEGES, INC., ET AL.

9

1    access to mail are also aware of what the Student Trust is

2    trying to do through this procedures motion.

3            So the Trust estimates that the cost of locating and

4    preserving the critical documents for the benefit of the

5    students is probably going to cost about a million dollars if

6    not in excess of a million dollars.  And while that is

7    substantial, the Trust believes that the failure to preserve

8    the critical documents in a useable form clearly will prejudice

9    the students that need the documents for debt relief or future

10   job prospects.

11           So, Your Honor, the Student Trust seeks authority to

12   proceed with these proposed procedures pursuant to Section

13   554(a) of the Bankruptcy Code.  And 554 provides that a trustee

14   may abandon any property of the estate that is burdensome to

15   the estate or that is of inconsequential value and benefit to

16   the estate.  And liquidating trustees are often afforded the

17   same process and procedures as those specified in this section.

18           And the Court's guided by the business judgment rule

19   standard in reviewing the Student Trust decision to abandon the

20   property and about whether or not it's inconsequential and

21   burdensome.  And ultimately, we believe that the Court only

22   need to find that the trustee made a business judgment, in good

23   faith, upon some reasonable basis, and that this judgment

24   behavior was an action within the trustee's scope of authority.

25   We believe that standard is met here.

## CORINTHIAN COLLEGES, INC., ET AL.

1       Moreover, Section 363(b)(1) further allows the trustee

2   to undertake these nonordinary course procedures so long as the

3   use of the assets is within reasonable business judgment.

4       As already mentioned, the Student Trust performs many

5   critical functions, the most important of which is advocating

6   for federal and private debt cancellation for former Corinthian

7   students.

8       In the current state, the student records are of

9   little to no value to the students, and the cost of preserving

10  the millions of pages is simply unsustainable and diverts funds

11  away from the other efforts of (sic) the Student Trust is

12  attempting to do, including meaningfully expand debt relief for

13  students.

14      The proposed procedures protect the Student Trust's

15  funds by eliminating the significant storage cost while

16  insuring that the documents most important to the students and

17  affected by Corinthian are preserved and available.

18      As such, we believe that the proposed student records

19  procedures satisfy the business judgment standard as set forth

20  by Sections 554 and 363, and we don't believe that any party is

21  unduly prejudiced by the proposed procedures.

22      While approximately forty students filed responses to

23  the motion, none of the responses were true objections, but

24  rather actual requests to preserve and have access to their

25  student records.

1   THE COURT:  I did read each of them, and I agree, none

2   of them contain an objection.  A couple contain some

3   complaints, but not related to the relief that's been

4   requested.

5   MS. KATONA:  And, additionally, as I mentioned before,

6   Your Honor, Polsinelli and Robins Kaplan have fielded calls

7   from well over 1,000 students, as well as the U.S. Department

8   of Justice on behalf of the Department of Education seeking

9   additional information regarding the proposed procedures.  And

10   my understanding, as I stand here today, is that there are only

11   two known students who presently contest the motion, neither of

12   whom who filed a formal objections but have raised issues with

13   us or with the Office of the United States Trustee, and we

14   attempted to reach out to them and try to resolve the issue

15   prior to this hearing.  I don't believe either are on the

16   phone, but we just wanted to bring it to Your Honor's attention

17   that there were two --

18   THE COURT:  Will you identify them, please?

19   MS. KATONA:  Yes.  Ms. Shawanda Petty (ph.) and Mr.

20   Brown (ph.).  And Mr. Brown has not provided us with any

21   additional identifying information about himself.

22   THE COURT:  Okay.

23   MS. KATONA:  And Your Honor, unless -- and also there

24   is one student today in the courtroom who, unfortunately, did

25   not -- was under the impression that our notice was much more

1   dire than what we had hoped and came all the way from Virginia,

2   and I'd like to be able to give him the opportunity to address

3   Your Honor if he has any concerns.

4        THE COURT:  All right.  First, I note that neither of

5   the declarants, with respect to the declarations that were

6   submitted with the motion, are present in the courtroom, but

7   I'll ask, was it your intention to offer them into evidence?

8        MS. KATONA:  No.  We believe that the facts in the

9   actual motion, as well as the circumstances of the case that

10  are pretty well known publicly, support the business judgment

11  standard, and I don't believe that we need to, at this time,

12  enter their declarations into evidence in support of the

13  procedures motion.

14       THE COURT:  All right.  Do you have anything further

15  in support of your motion?

16       MS. KATONA:  No, Your Honor, but both declarants are

17  on the phone, should Your Honor have any questions regarding

18  logistics or procedures.

19       THE COURT:  All right.  Thank you.  No, I've read the

20  declarations.  Don't have any questions.  I will ask, for the

21  record, does anyone else wish to be heard in connection with

22  this motion?

23       Would you like to be heard, sir?  Please come forward

24  to the podium and identify yourself.

25       MR. VALLADARES:  My name is Junior Valladares.

1          THE COURT:  Can you spell your last name for the
2    record, please?

3          MR. VALLADARES:  V-A-L-L-A-D-A-R-E-S.

4          THE COURT:  Thank you.

5          MR. VALLADARES:  My concerns was (sic) like -- so
6    basically, what's going to happen to me; like, do I have to pay
7    monthly or would I have to --

8          THE COURT:  To obtain your records?

9          MR. VALLADARES:  Yes.

10          THE COURT:  You're a student?

11          MR. VALLADARES:  Yes.

12          THE COURT:  Nothing.  You will have to pay nothing.
13    All you will have to do is submit a request and your records
14    will be provided to you without expense to you.

15          MR. VALLADARES:  Um-hum.  So my records will be saved?
16    Everything that worth will be saved?

17          THE COURT:  Certain of them will be saved.  The ones
18    that the Trust thinks are necessary, that you might need, but
19    if you want all of them, you may also request anything that
20    they have.

21          MR. VALLADARES:  Okay.

22          THE COURT:  All right.  Do you have any other
23    questions?

24          MR. VALLADARES:  No.  Thank you.

25          THE COURT:  All right.  Thank you, sir.

## CORINTHIAN COLLEGES, INC., ET AL.

14

1          MR. VALLADARES:  Thank you.

2          THE COURT:  Does anyone else wish to be heard in

3     connection with this motion?

4          I hear no further response.

5          MS. KATONA:  And Your Honor, just one caveat that I

6     want to bring to Your Honor's attention is, at this time,

7     unfortunately, because of the volume of the boxes and the

8     number of documents, we don't have definitive proof that we

9     have any single student's records.  We're hopeful that we do,

10    and we're hopeful that we're going to be able to compile

11    everything and preserve it in a meaningful way.  But at this

12    time, we can't certify that we have any individual student's

13    records.

14         THE COURT:  Well, let me ask you this question.  Are

15    you aware of any place, other than that, where you have records

16    that may still have them?

17         MS. KATONA:  I believe that there is only one other

18    warehouse that the Distribution Trust has -- that has control

19    over where there may be student records there, and we are

20    working actively with the Distribution Trustee to determine

21    which documents belong to the Student Trust and which documents

22    belong to them.

23         THE COURT:  Understood.

24         MR. BERMAN:  Your Honor, if I may, this is Geoff

25    Berman on behalf of Development Specialists as the trustee.

## CORINTHIAN COLLEGES, INC., ET AL.

1    THE COURT:  Go ahead.

2    MR. BERMAN:  Your Honor, we received, yesterday, an

3  external hard drive of student records from Zenith Education

4  who acquired a number of the Corinthian locations, and they

5  have given to us electronic copies of student records that they

6  have.  We have not yet gone through the what may be thousands

7  of records, but we do have that from DCMC/Zenith.  But that

8  would be in addition to the warehouses of records that Ms.

9  Katona has talked about.

10    THE COURT:  All right.  Thank you, Mr. Berman.  Are

11  you aware of any other place or location where there would be

12  other student records?

13    MR. BERMAN:  No, Your Honor, I'm not.

14    THE COURT:  All right.  Thank you.

15    All right.  In the absence of objection and based upon

16  the argument of counsel, it seems to me that this is a

17  practical solution to what I'm sure is an enormous problem, and

18  I'm prepared to approve the relief that's been requested.

19    Do you have a form of order for me?

20    MS. KATONA:  I do, Your Honor.  May I approach?

21    THE COURT:  Yes.  Thank you.

22    That order has been signed.

23    Is there anything further for today?

24    MS. KATONA:  No, Your Honor.

25    THE COURT:  All right.  Thank you very much.  That

**CORINTHIAN COLLEGES, INC., ET AL.**

16

1   concludes this hearing.  Court will stand adjourned.

2          MR. BERMAN:  Thank you, Your Honor.

3       (Whereupon these proceedings were concluded at 2:14 PM)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

17

1                    **I N D E X**

2                       RULINGS

3                                              Page      Line

4    Motion for relief is granted              15        15

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

18

1                        C E R T I F I C A T I O N

2

3    I, Paul T. Abramson, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5

6

7    *[signature: Paul T. Abramson]*              November 16, 2016

8    _____    _____

9    PAUL T. ABRAMSON                          DATE

10

11

12

13   eScribers, LLC

14   700 West 192nd Street, Suite #607

15   New York, NY 10040

16   (973)406-2250

17   operations@escribers.net

18

19

20

21

22

23

24

25

## A

**abandon (2)**
9:14,19
**abandoned (1)**
6:1
**abandonment (1)**
5:12
**able (2)**
12:2;14:10
**absence (1)**
15:15
**access (5)**
7:21,23;8:16;9:1;
10:24
**acquired (1)**
15:4
**across (1)**
6:10
**action (1)**
9:24
**actively (1)**
14:20
**actual (3)**
8:21;10:24;12:9
**actually (2)**
6:9;8:14
**addition (1)**
15:8
**additional (2)**
11:9,21
**additionally (1)**
11:5
**address (1)**
12:2
**adjourned (1)**
16:1
**administering (1)**
5:23
**administration (1)**
6:12
**advocating (2)**
5:24;10:5
**affected (2)**
8:9;10:17
**afforded (1)**
9:16
**afternoon (3)**
5:3,4,5
**agenda (1)**
5:10
**agree (1)**
11:1
**ahead (1)**
15:1
**alleged (1)**
6:5
**allows (1)**
10:1
**amended (1)**
5:18
**amount (1)**

## 7:6

**appear (1)**
8:2
**applicable (1)**
7:22
**approach (1)**
15:20
**approve (1)**
15:18
**approximately (4)**
6:4;7:1;8:10;10:22
**argument (1)**
15:16
**assets (1)**
10:3
**associated (1)**
7:25
**attempted (2)**
8:17;11:14
**attempting (1)**
10:12
**attention (2)**
11:16;14:6
**authority (2)**
9:11,24
**available (4)**
6:1;7:12,18;10:17
**aware (4)**
8:19;9:1;14:15;
15:11
**away (1)**
10:11

## B

**back (1)**
7:5
**background (1)**
5:16
**bankruptcy (3)**
6:2;8:19;9:13
**based (1)**
15:15
**basically (1)**
13:6
**basis (1)**
9:23
**becoming (1)**
6:14
**behalf (4)**
5:6,13;11:8;14:25
**behavior (1)**
9:24
**believes (1)**
9:7
**belong (2)**
14:21,22
**benefit (3)**
6:23;9:4,15
**BERMAN (7)**
4:3;14:24,25;15:2,
10,13;16:2
**best (1)**

## 8:22

**both (2)**
6:13;12:16
**boxes (6)**
6:4,7,10,16,21;14:7
**bring (2)**
11:16;14:6
**brings (1)**
7:3
**Brown (2)**
11:20,20
**burdensome (2)**
9:14,21
**business (5)**
9:18,22;10:3,19;
12:10

## C

**calls (1)**
11:6
**came (1)**
12:1
**can (2)**
8:22;13:1
**cancellation (1)**
10:6
**capacity (1)**
5:14
**case (2)**
8:19;12:9
**cases (1)**
6:2
**caveat (1)**
14:5
**CCI (3)**
5:6,14,17
**certain (3)**
6:6;7:21;13:17
**certify (1)**
14:12
**Chapter (1)**
8:21
**circumstances (1)**
12:9
**claim (1)**
8:18
**claims (1)**
5:24
**clearly (1)**
9:8
**CLERK (1)**
5:2
**Code (1)**
9:13
**combined (1)**
5:19
**communicating (1)**
5:22
**compile (1)**
14:10
**complaints (1)**
11:3

**concerns (2)**
12:3;13:5
**concluded (1)**
16:3
**concludes (1)**
16:1
**confident (1)**
8:8
**connection (2)**
12:21;14:3
**contact (2)**
7:13;8:8
**contain (2)**
11:2,2
**containing (1)**
6:4
**contest (1)**
11:11
**control (1)**
14:18
**copies (2)**
5:25;15:5
**Corinthian (3)**
10:6,17;15:4
**cost (9)**
6:25,25;7:12,19,
24;9:3,5;10:9,15
**cost-prohibitive (1)**
6:14
**counsel (2)**
7:14;15:16
**couple (1)**
11:2
**course (1)**
10:2
**COURT (31)**
5:3,8,20,6:19;7:22;
8:5,7,9:21;11:1,18,
22;12:4,14,19;13:1,4,
8,10,12,17,22,25;
14:2,14,23;15:1,10,
14,21,25;16:1
**courtroom (2)**
11:24;12:6
**Court's (1)**
9:18
**Creditor's (3)**
5:7,15,17
**critical (6)**
7:8,9,16;9:4,8;10:5
**culling (1)**
8:11
**current (3)**
6:13;7:15;10:8

## D

**date (1)**
8:12
**DCMC/Zenith (1)**
15:7
**debt (6)**
5:23,25;8:4;9:9;

## 10:6,12

**debtors (2)**
6:2;8:21
**debtors' (1)**
5:18
**decision (1)**
9:19
**declarants (2)**
12:5,16
**declarations (3)**
12:5,12,20
**definitive (1)**
14:8
**Department (2)**
11:7,8
**deposit (2)**
5:24;7:7
**destroy (1)**
8:1
**details (1)**
6:7
**determine (2)**
6:17;14:20
**Development (3)**
4:3;5:13;14:25
**developments (1)**
5:23
**different (1)**
6:10
**diplomas (1)**
7:10
**dire (1)**
12:1
**disarrayed (1)**
6:21
**disclosure (1)**
5:19
**discover (1)**
6:17
**disposal (1)**
5:12
**Distribution (2)**
14:18,20
**diverts (1)**
10:10
**documentation (1)**
7:11
**documents (19)**
6:6,6,9;7:9,16,16,
17,21,25;8:2,16;9:4,
8,9;10:16;14:8,21,21
**dollars (4)**
7:1,6;9:5,6
**Donlin (2)**
7:14;8:13
**drive (1)**
15:3
**during (2)**
6:2;8:21

## E

**education (3)**

CORINTHIAN COLLEGES, INC., et al.

8:3;11:8;15:3
**effort (2)**
6:24;8:24
**efforts (1)**
10:11
**either (1)**
11:15
**electronic (1)**
15:5
**electronically (2)**
7:12,18
**eliminating (1)**
10:15
**else (2)**
12:21;14:2
**emails (1)**
8:15
**enormous (1)**
15:17
**enrollment (1)**
7:10
**ensure (1)**
8:25
**enter (1)**
12:12
**entirety (1)**
7:4
**entry (2)**
5:11,15
**established (1)**
5:18
**establishing (1)**
5:11
**estate (3)**
9:14,15,16
**estimates (2)**
7:5;9:3
**even (1)**
6:18
**everyone (2)**
5:3;8:9
**evidence (2)**
12:7,12
**example (1)**
6:14
**exceeds (1)**
7:6
**excess (1)**
9:6
**exhaust (1)**
7:2
**exist (1)**
6:18
**expand (1)**
10:12
**expanded (1)**
8:20
**expansion (1)**
5:24
**expense (3)**
6:22;7:2;13:14
**expressed (1)**
7:21

**external (1)**
15:3

## F

**facts (1)**
12:8
**failure (1)**
9:7
**faith (1)**
9:23
**familiar (1)**
5:17
**federal (2)**
5:24;10:6
**fees (1)**
7:25
**fielded (1)**
11:6
**filed (2)**
10:22;11:12
**finally (2)**
5:25;8:1
**find (1)**
9:22
**firm (1)**
8:13
**First (1)**
12:4
**five (1)**
7:6
**forge (1)**
6:16
**form (2)**
9:8;15:19
**formal (1)**
11:12
**former (1)**
10:6
**forth (1)**
10:19
**forty (1)**
10:22
**forward (2)**
5:10;12:23
**found (1)**
6:9
**functions (2)**
5:22;10:5
**funds (3)**
7:3;10:10,15
**further (4)**
10:1;12:14;14:4;
15:23
**future (1)**
9:9

## G

**Geoff (1)**
14:24
**GEOFFREY (1)**
4:3

**given (2)**
6:9;15:5
**Good (4)**
5:3,4,5;9:22
**great (1)**
6:22
**guarantee (1)**
6:23
**guided (1)**
9:18

## H

**happen (1)**
13:6
**happens (1)**
6:22
**hard (1)**
15:3
**hear (1)**
14:4
**heard (3)**
12:21,23;14:2
**hearing (2)**
11:15;16:1
**highlighted (1)**
8:23
**himself (1)**
11:21
**history (1)**
8:3
**Honor (21)**
5:4,5,9,13,16,16;
6:20;8:11;9:11;11:6,
23;12:3,16,17;14:5,
24;15:2,13,20,24;
16:2
**Honor's (2)**
11:16;14:6
**hoped (1)**
12:1
**hopeful (2)**
14:9,10
**hundred (1)**
6:5

## I

**identify (2)**
11:18;12:24
**identifying (1)**
11:21
**important (2)**
10:5,16
**impression (1)**
11:25
**Inc (1)**
4:3
**inception (1)**
6:3
**include (1)**
6:7
**including (2)**

5:22;10:12
**inconsequential (2)**
9:15,20
**indexed (1)**
6:7
**individual (2)**
6:15;14:12
**information (4)**
7:10;8:9;11:9,21
**insuring (1)**
10:16
**intention (1)**
12:7
**into (3)**
7:4;12:7,12
**issue (1)**
11:14
**issues (1)**
11:12
**item (1)**
5:9

## J

**January (3)**
7:13;8:5,6
**job (2)**
8:3;9:10
**judgment (6)**
9:18,22,23;10:3,
19;12:10
**JUNIOR (2)**
4:4;12:25
**Justice (1)**
11:8

## K

**Kaplan (2)**
8:14;11:6
**KATONA (17)**
5:5,6,9,21;6:20;
8:6,10;11:5,19,23;
12:8,16;14:5,17;15:9,
20,24
**known (2)**
11:11;12:10

## L

**labor-intensive (1)**
6:13
**last (1)**
13:1
**leads (1)**
8:19
**ledgers (1)**
7:10
**limited (1)**
7:3
**liquidating (1)**
9:16
**liquidation (1)**

5:19
**list (1)**
8:20
**litigation (1)**
8:3
**little (2)**
6:22;10:9
**loan (1)**
7:10
**located (2)**
6:10;7:18
**locating (1)**
9:3
**location (1)**
15:11
**locations (1)**
15:4
**logistics (1)**
12:18
**long (1)**
10:2
**looked (1)**
7:4

## M

**mail (2)**
8:12;9:1
**maintain (1)**
6:25
**maintenance (1)**
6:12
**making (1)**
8:24
**managers (1)**
8:24
**many (3)**
8:16,18;10:4
**may (8)**
7:20;9:14;13:19;
14:16,19,24;15:6,20
**mean (1)**
7:9
**meaningful (1)**
14:11
**meaningfully (1)**
10:12
**media (1)**
8:25
**mentioned (3)**
7:17;10:4;11:5
**met (1)**
9:25
**might (1)**
13:18
**million (4)**
6:5;7:6;9:5,6
**millions (1)**
10:10
**minimize (1)**
6:24
**modified (1)**
5:18

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

CORINTHIAN COLLEGES, INC., et al.

November 15, 2016

**month (1)**
7:1
**monthly (1)**
13:7
**more (2)**
8:20;11:25
**Moreover (1)**
10:1
**most (3)**
6:7;10:5,16
**motion (11)**
5:10;8:23;9:2;
10:23;11:11;12:6,9,
13,15,22;14:3
**much (2)**
11:25;15:25

**N**

**name (2)**
12:25;13:1
**nearly (2)**
8:13,15
**necessary (1)**
13:18
**need (4)**
9:9,22;12:11;13:18
**neither (2)**
11:11;12:4
**nice (1)**
6:19
**noncritical (1)**
8:2
**none (2)**
10:23;11:1
**nonordinary (1)**
10:2
**nonstudent (1)**
7:20
**nonstudents (1)**
7:23
**note (1)**
12:4
**notice (1)**
11:25
**number (2)**
14:8;15:4

**O**

**objection (2)**
11:2;15:15
**objections (2)**
10:23;11:12
**obtain (2)**
7:20;13:8
**offer (1)**
12:7
**Office (1)**
11:13
**often (1)**
9:16
**one (5)**

5:9;6:20;11:24;
14:5,17
**ones (1)**
13:17
**only (5)**
5:9;7:24;9:21;
11:10;14:17
**opportunity (1)**
12:2
**order (6)**
5:11,16;6:17,17;
15:19,22
**organized (1)**
6:6
**otherwise (1)**
8:25
**out (3)**
6:9;8:10;11:14
**over (3)**
8:12;11:7;14:19

**P**

**pages (3)**
6:5,16;10:10
**part (1)**
6:7
**particular (1)**
6:11
**parties (1)**
7:24
**party (1)**
10:20
**pay (3)**
7:24;13:6,12
**per (1)**
7:1
**performs (2)**
5:21;10:4
**permission (1)**
7:21
**Petty (1)**
11:19
**ph (2)**
11:19,20
**phone (2)**
11:16;12:17
**photos (1)**
6:19
**place (2)**
14:15;15:11
**plan (1)**
5:19
**please (3)**
11:18;12:23;13:2
**PM (1)**
16:3
**podium (1)**
12:24
**Polsinelli (1)**
11:6
**possession (1)**
6:4

**possibly (1)**
8:20
**practical (1)**
15:17
**prejudice (1)**
9:8
**prejudiced (1)**
10:21
**prepared (1)**
15:18
**PRESENT (3)**
4:2;6:14;12:6
**presently (1)**
11:11
**preserve (3)**
9:7;10:24;14:11
**preserved (3)**
7:11,18;10:17
**preserving (3)**
5:25;9:4;10:9
**pretty (1)**
12:10
**prior (1)**
11:15
**private (2)**
5:25;10:6
**probably (2)**
8:16;9:5
**problem (1)**
15:17
**procedures (13)**
5:11;7:8,23;9:2,12,
17;10:2,14,19,21;
11:9;12:13,18
**proceed (1)**
9:12
**proceedings (1)**
16:3
**process (1)**
9:17
**proof (1)**
14:8
**property (2)**
9:14,20
**proposed (7)**
7:8,23;9:12;10:14,
18,21;11:9
**prospects (2)**
8:3;9:10
**protect (1)**
10:14
**provide (1)**
7:8
**provided (2)**
11:20;13:14
**provider (1)**
7:15
**provides (1)**
9:13
**publicly (1)**
12:10
**pursuant (2)**
5:18;9:12

**R**

**raised (1)**
11:12
**rather (1)**
10:24
**reach (2)**
8:17;11:14
**read (2)**
11:1;12:19
**reasonable (2)**
9:23;10:3
**Recano (2)**
7:14;8:13
**received (3)**
8:12,15;15:2
**record (2)**
12:21;13:2
**records (24)**
5:12;6:1,13,15,18,
25;7:5,20,23;10:8,18,
25;13:8,13,15;14:9,
13,15,19;15:3,5,7,8,
12
**recurring (1)**
7:1
**regarding (4)**
5:11,22;11:9;12:17
**related (2)**
8:2;11:3
**relating (1)**
7:17
**relief (7)**
5:23,25;8:4;9:9;
10:12;11:3;15:18
**request (3)**
7:15;13:13,19
**requested (2)**
11:4;15:18
**requesting (2)**
7:20,23
**requests (2)**
6:15;10:24
**required (2)**
6:16;7:24
**resolve (1)**
11:14
**respect (1)**
12:5
**response (1)**
14:4
**responses (2)**
10:22,23
**retention (1)**
5:12
**retrieval (1)**
7:25
**returned (1)**
8:12
**reviewing (1)**
9:19
**right (10)**

8:7;12:4,14,19;
13:22,25;15:10,14,
15,25
**rise (1)**
5:2
**Robins (2)**
8:14;11:6
**rule (1)**
9:18

**S**

**same (1)**
9:17
**satisfy (1)**
10:19
**saved (3)**
13:15,16,17
**scanned (2)**
7:5,11
**scope (1)**
9:24
**seated (1)**
5:2
**Section (3)**
9:12,17;10:1
**sections (2)**
6:10;10:20
**seeking (3)**
5:15;8:16;11:8
**seeks (2)**
8:1;9:11
**seems (1)**
15:16
**served (1)**
8:10
**set (1)**
10:19
**several (1)**
5:21
**Shanti (1)**
5:5
**Shawanda (1)**
11:19
**show (1)**
6:21
**sic (2)**
10:11;13:5
**signed (1)**
15:22
**significant (1)**
10:15
**simply (2)**
7:2;10:10
**single (1)**
14:9
**sixty (1)**
6:5
**social (1)**
8:25
**solely (1)**
5:14
**solution (1)**

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

CORINTHIAN COLLEGES, INC., et al.

November 15, 2016

15:17
**Specialists (3)**
4:3;5:14;14:25
**specified (1)**
9:17
**spell (1)**
13:1
**spoken (2)**
8:12,15
**stand (2)**
11:10;16:1
**standard (4)**
9:19,25;10:19;
12:11
**state (2)**
6:13;10:8
**statement (1)**
5:19
**States (1)**
11:13
**still (2)**
8:11;14:16
**storage (1)**
10:15
**store (1)**
6:25
**Student (36)**
5:6,6,10,12,15,17,
23,25;6:1,3,9,12,15,
15;7:10,15,22;8:3,14,
24;9:1,11,19;10:4,8,
11,14,18,25;11:24;
13:10;14:19,21;15:3,
5,12
**student-related (1)**
6:5
**students (18)**
5:22;7:12,13;8:11,
13,15,18,18,25;9:5,9;
10:7,9,13,16,22;11:7,
11
**students' (1)**
6:23
**student's (2)**
14:9,12
**submit (1)**
13:13
**submitted (1)**
12:6
**substantial (1)**
9:7
**success (1)**
6:23
**support (3)**
12:10,12,15
**sure (1)**
15:17

**T**

**talked (1)**
15:9
**ten (1)**

7:6
**third (1)**
5:18
**thousand (1)**
8:13
**thousands (2)**
6:16;15:6
**today (4)**
7:3;11:10,24;15:23
**today's (1)**
5:10
**touch (1)**
6:19
**transcripts (1)**
7:9
**true (1)**
10:23
**Trust (25)**
5:6,7,11,15,17,21;
6:3,16,22,24;7:7,14,
15;8:1,14;9:1,3,7,11,
19;10:4,11;13:18;
14:18,21
**trustee (7)**
5:14;9:13,22;10:1;
11:13;14:20,25
**trustees (1)**
9:16
**trustee's (1)**
9:24
**Trust's (3)**
7:3,22;10:14
**try (1)**
11:14
**trying (1)**
9:2
**two (2)**
11:11,17

**U**

**ultimately (2)**
7:2;9:21
**Um-hum (3)**
5:8,20;13:15
**uncategorized (1)**
6:8
**under (2)**
7:22;11:25
**Understood (1)**
14:23
**undertake (1)**
10:2
**unduly (1)**
10:21
**unfortunately (5)**
6:8,8,23;11:24;
14:7
**UNISON (1)**
5:4
**United (1)**
11:13
**universe (1)**

8:18
**unlabeled (1)**
6:8
**unless (1)**
11:23
**unrequested (1)**
8:2
**unsustainable (2)**
7:2;10:10
**upon (2)**
9:23;15:15
**use (1)**
10:3
**useable (1)**
9:8

**V**

**Valladares (10)**
12:25,25;13:3,5,9,
11,15,21,24;14:1
**V-A-L-L-A-D-A-R-E-S (1)**
13:3
**VALLADERES (1)**
4:4
**value (2)**
9:15;10:9
**Virginia (1)**
12:1
**vital (1)**
5:21
**volume (1)**
14:7

**W**

**warehouse (2)**
6:11;14:18
**warehouses (1)**
15:8
**way (3)**
5:16;12:1;14:11
**website (1)**
7:15
**weren't (1)**
8:18
**what's (1)**
13:6
**Whereupon (1)**
16:3
**wholly (1)**
6:10
**wish (2)**
12:21;14:2
**within (2)**
9:24;10:3
**without (1)**
13:14
**working (1)**
14:20
**worth (1)**
13:16

**Y**

**yesterday (1)**
15:2

**Z**

**Zenith (1)**
15:3

**1**

**1,000 (2)**
8:15;11:7
**11 (1)**
8:21
**141,000 (1)**
8:10
**17th (1)**
8:5

**2**

**2:14 (1)**
16:3
**2017 (1)**
7:13;8:6
**23rd (3)**
7:13;8:6,7
**25,000 (1)**
7:1

**3**

**363 (1)**
10:20
**363b1 (1)**
10:1

**4**

**40,000 (1)**
6:4

**5**

**507a7 (1)**
5:23
**554 (2)**
9:13;10:20
**554a (1)**
9:13