# Notice Recipients

District/Off: 0311−1    User: Brandon    Date Created: 11/21/2016
Case: 15−10952−KJC    Form ID: ntcBK    Total: 11

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
aty    Amanda R. Steele    steele@rlf.com
aty    Cory D. Kandestin    kandestin@rlf.com
aty    Marisa A. Terranova    terranova@rlf.com
aty    Mark D. Collins    collins@RLF.com
aty    Michael Joseph Merchant    merchant@rlf.com
aty    Rachel Layne Biblo    Biblo@rlf.com
aty    Richard L. Schepacarter    richard.schepacarter@usdoj.gov
aty    Shanti M. Katona    skatona@polsinelli.com
aty    Timothy Jay Fox, Jr.    timothy.fox@usdoj.gov

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Corinthian Colleges, Inc.    6 Hutton Centre Drive, Suite 400    Santa Ana, CA 92707

TOTAL: 1