Date: 11/21/16

CCi Student: Tonya Moore

Case No. 15-10952 (KJC) Jointly Administered

FILED
2016 NOV 28  AM 8: 37
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Notice of Motion of CCi Student Creditors Trust for Entry of an Order Establishing Procedures Regarding the Retention, Abandonment, or Disposal of Student Records**

This is my written request to have my files and student records that relate to me, located and preserved. I would also like a copy sent to me for my records. These records include diplomas, transcripts, student ledgers, enrollment agreements, and loan documents.

My Information:

Tonya Moore

Student ID: 1227593755

Email: toncatbrown@yahoo.com

PO Box 665 Lake Dallas TX 75065

Thank You,

Tonya Moore