IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Corinthian Colleges, Inc. et al. | Case No. | 15-10952 |
|---|---|---|---|
|  |  | Chapter 11 |  |

*electronically filed 11/23/2016*
Debtors

## WITHDRAWAL OF PROOF OF CLAIM NO. 1277

Comes now the Arkansas Department of Finance & Administration (ADF&A) and states:

1. On 07/13/2015, the ADF&A filed herein Proof of Claim No. 1277, in the amount of $100.00.

2. Pacer Claim No. 1277 is hereby withdrawn.

> Respectfully submitted,
>
> ARKANSAS DEPARTMENT OF FINANCE &
> ADMINISTRATION
> P. O. Box 1272
> Little Rock, AR 72203
> Tel/Fax: (501) 682-7030/7599
> */s/ Michelle L. Baker*
> Michelle L. Baker, ABN 97120
> Michelle.Baker@dfa.arkansas.gov
> Attorney for ADF&A

### Certificate of Service

On this 23rd day of November, 2016, a copy of this Withdrawal was mailed by first class mail, postage paid, to Corinthian Colleges, Inc. Claims Processing, c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367.

> */s/ Michelle L. Baker*
> Michelle L. Baker