Nov/22/16

Case # FILED
15-10952

2016 DEC -5  AM 10: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Mildred Diaz

around The End oF Oct
or Begining oF Nov
I received a notice, That
If I need any documents
I need To Request them
I am Putting in a request
For my transcript that
I will be needing please
send to me thank you.

Mildred Diaz

642 Alpine St
Alta monte Spring
FL 32701