# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |

-----------------------------------------------------------

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| February 28, 2017 at 11:00 a.m. (EST) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |
| May 9, 2017 at 10:00 a.m. (EDT) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |

**Dated: December 22nd, 2016**
**Wilmington, Delaware**

RLF1 16305379v.1

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**