December 28, 2016

FILED

2017 JAN 17  AM 10: 03

Student Trust

Case Number 15-10952 (KJC)

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

2049 Century Park East, Suite 3400
Los Angeles, California 90067

Attention: Lorie Ball

Please accept my request to locate and scan my student records. My name is Cynthia Puga, date of birth 05/21/1991. I attended Heald College from April 2012 to January 2015. I attended the Heald campus in Fresno California. I would like all critical documents to be included such as: diplomas, transcripts, student ledgers, enrollment agreements, and loan documents. If you need any other information; then please contact me at cynthia.puga10@gmail.com or by mail 4878 East Edna Ave, Fresno California 93725. Thank you in advanced for fulfilling my request.

*[signature]*

Cynthia Puga


cc Polsinelli PC

US Bankruptcy Court