December 28, 2016

FILED
2017 JAN 17  AM 10: 14
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Student Trust

Case Number 15-10952 (KJC)

2049 Century Park East, Suite 3400
Los Angeles, California 90067

Attention: Lorie Ball

Please accept my request to locate and scan my student records. My name is Andrew Joseph Soto, date of birth 03/12/1991. I attended Heald College (Heald Student ID# 1225069310) from April 2012 to January 2015. I attended the Heald campus in Fresno, California. I would like all critical documents to be included such as: diplomas, transcripts, student ledgers, enrollment agreements, and loan documents. If you need any other information; then please contact me at drewds12@icloud.com or by mail 5161 E. Dwight Way Fresno California 93727. Thank you in advance for fulfilling my request.

Andrew Joseph Soto

cc Polsinelli PC

US Bankruptcy Court