# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORINTHIAN COLLEGES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 15-10952 (KJC), *et seq.* |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM MAILING MATRIX

PLEASE TAKE NOTICE that the undersigned attorneys hereby withdraw their appearance as counsel for Quality Investment Properties Sacramento, LLC in the above-captioned case(s) and hereby respectfully request that their names be removed from all service lists and matrices, including all electronic service lists and the ECF notification system.

Dated: February 13, 2017
       Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

 /s/ Brian Arban
Brian Arban (DE No. 4511)
Adam Hiller (DE No. 4105)
1500 N. French St., 2nd Fl.
Wilmington, Delaware 19801
(302) 442-7676 telephone
(302) 442-7045 facsimile
barban@hillerarban.com
ahiller@hillerarban.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.