**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al. | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Morris James LLP hereby withdraws their appearance as counsel for Lampert at 25500 Industrial Blvd., LLC (the "Company"), in the above-captioned case (the "Case"), and request that they be removed from any applicable service lists in the Case on behalf of the Company.

**PLEASE TAKE FURTHER NOTICE** that the Company currently has no controversy pending before the Court, and the undersigned certifies that the Company consents to this withdrawal of appearance.

Dated: February 15, 2017

**MORRIS JAMES LLP**

/s/ Carl N. Kunz, III
Carl N. Kunz, III (DE Bar No. 3201)
Jeffrey R. Waxman (DE Bar No. 4159)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: jwaxman@morrisjames.com