IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE      :
                                          : SS:
NEW CASTLE COUNTY  :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 15, 2017 I caused to be served:

### NOTICE OF WITHDRAWAL OF APPEARANCE

Service was completed upon the following individuals listed on the attached list as indicated thereon.

Date: February 15, 2017

_____
Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 15th day of February, 2017.

_____
Notary

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Amanda R. Steele, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
[Counsel to the Distribution Trustee]

Timothy J. Fox
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801