**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.* [1]<br><br>           Debtors. | § § § § § § § § Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered |

-----------------------------------------------------------------

**NOTICE OF DESTRUCTION OF MISCELLANEOUS BUSINESS RECORDS
STORED AT 960 RIVERSIDE PARKWAY, WEST SACRAMENTO, CA 95605**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    1.    On May 4, 2015, each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code.

    2.    On August 28, 2015, the Court entered an order [D.I. 913] confirming the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 909] (the "**Plan**"). The Plan became effective on September 21, 2015 (the "**Effective Date**").

    3.    The Plan provided that on the Effective Date all remaining assets of the Debtors' estates would transfer to (i) the Distribution Trust,[2] for the benefit of Holders of Allowed Administrative Expense Claims, Allowed Priority Tax Claims, Allowed Other Priority Claims (other than Student 507(a)(7) Deposit Claims), Allowed Prepetition Lenders Secured Claims, Allowed Other Secured Claims and Allowed General Unsecured Claims, and (ii) the Student Trust, for the benefit of Holders of Allowed Student Claims and Government Education Claims. Accordingly, on the Effective Date, books and records of the Debtors in the Debtors' actual or constructive possession, custody or control (excluding the Student Books and Records) were transferred to the Distribution Trust.

---

    [1] The Debtors in these cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

    [2] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

RLF1 17028770v.1

4. Pursuant to Article XI, Section L of the Plan, the Distribution Trust is free, in its discretion, upon prior written notice to the Administrative Agent and the Student Trustee, to destroy or dispose of books and records in compliance with applicable non-bankruptcy law, without the need for any other or further court order. However, out of an abundance of caution, the Distribution Trust is hereby providing notice of its intention to destroy certain miscellaneous documents and records (collectively, the "**Miscellaneous Records**") stored in large boxes at a warehouse facility located at 960 Riverside Parkway, West Sacramento, CA 95605 (the "**Property**"). The Miscellaneous Records are comprised of contents of desks and other workspaces disposed of by former employees of the Debtors when the Debtors' campuses closed in April 2015. Further, the Miscellaneous Records are unindexed, unorganized and after review by the Distribution Trustee are unrelated to any pending litigation involving the Debtors or the Distribution Trust, including any Causes of Action retained by the Distribution Trust pursuant to the Plan.

5. The Miscellaneous Records have been located at the Property since the closing of the Debtors' campuses and commencement of these Chapter 11 Cases and have been reviewed multiple times by, among others, the Office of the Attorney General of the State of California, the Student Trust, and the Distribution Trust. No other parties have come forward to claim interest in the Miscellaneous Records or review them. Specifically, the Distribution Trustee has reviewed the documents and records at the Property multiple times and has determined that the Miscellaneous Records are not relevant or necessary to the prosecution of any retained Causes of Action or to carry out the duties of the Distribution Trust. Any documents that the Distribution Trustee identified as necessary to the prosecution of any retained Causes of Action or to carry out the duties of the Distribution Trust were relocated to other storage facilities. Further, the Distribution Trustee has determined that retaining and/or moving the Miscellaneous Records would cause the Distribution Trust to incur burdensome and unnecessary expenses.

6. The landlord of the Property has informed the Distribution Trustee that the Distribution Trust must vacate the Property by March 16, 2017. In order to meet this deadline, the Distribution Trustee must begin the destruction of the Miscellaneous Records on March 6, 2017.

7. **<u>Any party that wishes to review the Miscellaneous Records before their destruction must do so at the Property before March 6, 2017. After that date the Miscellaneous Records will be destroyed.</u>**

Dated: February 23, 2017  
      Wilmington, Delaware

*/s/ Amanda R. Steele*  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
      merchant@rlf.com  
      steele@rlf.com

Counsel for the Distribution Trustee