# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*,[1] ) | |
| ) | Case No. 15-10952 (KJC) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## NOTICE OF CHANGE OF ATTORNEY ADDRESS AND LAW FIRM

PLEASE TAKE NOTICE that Dustin P. Branch, Esquire, counsel for Watt Long Beach, LLC (the "Landlord") in the above action, and formerly of the law firm of Katten Muchin Rosenman LLP, has changed firms. Effective immediately, Dustin P. Branch, Esquire should be served at Ballard Spahr LLP, as indicated below:

> Dustin P. Branch, Esquire
> BALLARD SPAHR LLP
> 2029 Century Park East, Suite 800
> Los Angeles, CA 90067-2909
> Telephone: (424) 204-4354
> Facsimile: (424) 204-4350
> E-mail: branchd@ballardspahr.com

PLEASE TAKE FURTHER NOTICE that – pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure – the Landlord requests that they be served with all documents at the above address.

---

[1] The Debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Coip. (0115), SD III-B Heald Holdings Coip. (9707), Heald Capital EEC (6164), Heald Real Estate, EEC (4281), Heald Education, EEC (1465), Heald College, EEC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

1

| | |
|---|---|
| Dated: February 24, 2017 | **BALLARD SPAHR LLP** |
| | /s/ Dustin P. Branch |
| | Dustin P. Branch, Esquire |
| | 2029 Century Park East, Suite 800 |
| | Los Angeles, CA 90067-2909 |
| | Telephone: (424) 204-4354 |
| | Facsimile: (424) 204-4350 |
| | E-mail: branchd@ballardspahr.com |
| | |
| | *Attorneys for Landlord Creditor* |
| | *Watt Long Beach, LLC* |

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Ballard Spahr LLP, 2029 Century Park East, Suite 800, Los Angeles, California 90067-2909.

  On February 24, 2017, I served the foregoing document described as **NOTICE OF CHANGE OF ATTORNEY ADDRESS AND LAW FIRM** on the interested parties as follows:

(X) **(BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – See attached service list)** Pursuant to Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 24, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated and further certify that a true and correct copy was sent via ECF Noticing to all parties receiving ECF Notices in this Chapter 11 case.

(__) **(BY MAIL – See attached service list)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day as filing (or within 24 hours of same) with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion upon the party served, that service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

(__) **(BY ELECTRONIC MAIL – See attached list)** By transmitting electronically to the parties at the email address indicated above. To the best of my knowledge the transmission was reported as complete and I did not receive a notice of failure of receipt of each such documents.

  I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  Executed on February 24, 2017, at Los Angeles, California.

                 */s/ Donna Carolo*
                 Donna Carolo

# **SERVICE LIST**

**VIA NEF**

Marc Abrams on behalf of Creditor Committee The Official Committee of Unsecured Creditors
mao@willkie.com

David G. Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

Brian L. Arban on behalf of Interested Party Quality Investment Properties Sacramento, LLC
barban@hillerarban.com

BMC Group, Inc.
jmyers@bmcgroup.com

Lorie Ann Ball on behalf of Interested Party The Official Committee of Student Creditors
lball@robinskaplan.com,
ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com;arichardson@publiccounsel.org

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD, Eagle Mountain-Saginaw ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Christopher R. Belmonte on behalf of Creditor Cengage Learning, Inc.
cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com

Rachel Layne Biblo on behalf of Debtor Corinthian Colleges, Inc.
Biblo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Karen C Bifferato on behalf of Creditor BRE/OC GRIFFIN, L.L.C.
kbifferato@connollygallagher.com

William Pierce Bowden on behalf of Creditor Campus Student Funding, LLC (f/k/a ASFG, LLC)
wbowden@ashby-geddes.com

Kay Diebel Brock on behalf of Creditor Travis County
bkecf@co.travis.tx.us

F Mark Bromley on behalf of Interested Party State of Wisconsin
bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us

F Mark Bromley on behalf of Interested Party State of Wisconsin-Dept. of Justice
bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us

William J. Burnett on behalf of Creditor Square 407 Limited Partnership
william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com

Nicholas George Campins on behalf of Interested Party The People of the State of California
nicholas.campins@doj.ca.gov, Corinthian.Bankruptcy@doj.ca.gov

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Eboney Cobb on behalf of Creditor Alief Independent School District
ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com

Eboney Cobb on behalf of Creditor Arlington ISD, Eagle Mountain-Saginaw ISD
ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com

Howard A. Cohen on behalf of Interested Party Zenith Education Group, Inc.
howard.cohen@dbr.com

Howard A. Cohen on behalf of Interested Party Zenith Education Group, Inc.
howard.cohen@dbr.com

Mark D. Collins on behalf of Debtor Ashmead Education, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor CDI Education USA, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Career Choices, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Corinthian Colleges, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Corinthian Property Group, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Corinthian Schools, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor ECAT Acquisition, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor ETON Education, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Everest College Phoenix, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Florida Metropolitan University, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Grand Rapids Educational Center, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Heald Capital LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Heald College, LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Heald Education, LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Heald Real Estate, LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor MJB Acquisition Corporation
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Pegasus Education, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor QuickStart Intelligence Corporation
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Rhodes Business Group, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Rhodes Colleges, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor SD III-B Heald Holdings Corp.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor SP PE VII-B Heald Holdings Corp.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Sequoia Education, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Socle Education, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Titan Schools, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Defendant Corinthian Colleges, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kelly M. Conlan, Esquire on behalf of Creditor C.W. Swenson, Inc.
kconlan@connollygallagher.com

Robert L. Cook on behalf of Creditor New York State Department Of Taxation And Finance
Robert.Cook@tax.ny.gov

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

John D. Demmy on behalf of Creditor Rochester Gas and Electric Corporation
jdd@stevenslee.com

John D. Demmy on behalf of Creditor Salt River Project
jdd@stevenslee.com

John D. Demmy on behalf of Creditor Southern California Edison Company
jdd@stevenslee.com

John D. Demmy on behalf of Interested Party Pennsylvania Electric Company
jdd@stevenslee.com

Heather L. Donald on behalf of Creditor State of Michigan, Department of Treasury
donaldh@michigan.gov

John H. Drucker on behalf of Interested Party FTI Consulting Inc.
jdrucker@coleschotz.com

John H. Drucker on behalf of Interested Party William J. Nolan
jdrucker@coleschotz.com

Bernard A. Eskandari on behalf of Interested Party The People of the State of California
bernard.eskandari@doj.ca.gov

David L. Finger on behalf of Creditor Thomson Reuters-West Publishing Corp.
dfinger@delawgroup.com

Timothy Jay Fox, Jr. on behalf of U.S. Trustee United States Trustee
timothy.fox@usdoj.gov

Joseph D. Frank on behalf of Creditor Jones Lang LaSalle Americas, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

Barry V. Freeman on behalf of Interested Party Jeffer Mangels Butler & Mitchell LLP
bfreeman@jmbm.com, dmp@jmbm.com

Caroline C. Fuller on behalf of Interested Party RCS-Corporate Ridge
cfuller@fwlaw.com, dfilipek@fwlaw.com

Scott F. Gautier on behalf of Interested Party Certain Student Creditors
sgautier@robinskaplan.com, dwymore@robinskaplan.com

Scott F. Gautier on behalf of Interested Party The Official Committee of Student Creditors
sgautier@robinskaplan.com, dwymore@robinskaplan.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Thomas Griffin on behalf of Interested Party Karen Brown
ttg@robainalaw.com, gpc@robainalaw.com

Kevin A. Guerke on behalf of Creditor Shaco, Inc.
kguerke@svglaw.com, cwalters@svglaw.com

Ruth A. Harvey on behalf of Creditor United States on behalf of U.S. Department of Education
ruth.harvey@usdoj.gov

William A. Hazeltine on behalf of Interested Party Aerotek, Inc.
Bankruptcy001@sha-llc.com

Reed A. Heiligman on behalf of Creditor Jones Lang LaSalle Americas, Inc.
rheiligman@fgllp.com, ccarpenter@fgllp.com

Leslie C. Heilman on behalf of Creditor Watt Long Beach II, LLC
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Watt Long Beach, LLC
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Watt Management Company
heilmanl@ballardspahr.com

Adam Hiller on behalf of Interested Party Quality Investment Properties Sacramento, LLC
ahiller@hillerarban.com

Vivian A. Houghton on behalf of Interested Party Angelica Casas
bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com

Vivian A. Houghton on behalf of Interested Party Casey Harwood
bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com

Vivian A. Houghton on behalf of Interested Party Christina Newsom
bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com

Vivian A. Houghton on behalf of Interested Party Eleanor Bailey
bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com

Vivian A. Houghton on behalf of Interested Party Gwendolyn Pawluck
bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com

Vivian A. Houghton on behalf of Interested Party Krishawna Carranza
bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com

Vivian A. Houghton on behalf of Interested Party Stefanie Pelosi
bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com

Courtney J Hull on behalf of Creditor Texas Comptroller of Public Accounts
bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Cory D. Kandestin on behalf of Defendant Corinthian Colleges, Inc.
kandestin@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Shanti M. Katona on behalf of Interested Party The Official Committee of Student Creditors
skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Shanti M. Katona on behalf of Trustee Development Specialists, Inc., the Student Trustee of the CCI Student Creditors Trust
skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Julia Bettina Klein on behalf of Creditor Committee The Official Committee of Unsecured Creditors
klein@teamrosner.com

John Robert Kresse on behalf of Creditor United States on behalf of U.S. Department of Education
John.Kresse@usdoj.gov

Carl N. Kunz, III on behalf of Creditor EFN Merrillville Property LLC
ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Carl N. Kunz, III on behalf of Creditor Lampert at 25500 Industrial Blvd., LLC
ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Carl N. Kunz, III on behalf of Interested Party Jennifer Stevens
ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Robert L. LeHane on behalf of Creditor Equity One LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor Philips International Holding Co.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Scott J. Leonhardt on behalf of Creditor Committee The Official Committee of Unsecured Creditors
leonhardt@teamrosner.com

Cynthia Gooen Lesser on behalf of Creditor Consumer Financial Protection Bureau
cynthia.lesser@cfpb.gov

Christopher Dean Loizides on behalf of Interested Party Christine Seymour, on Behalf of Herself and Others Similarly Situated
loizides@loizides.com

Christopher Dean Loizides on behalf of Interested Party Guy Reynolds, on behalf of himself and all others similarly situated
loizides@loizides.com

Christopher Dean Loizides on behalf of Plaintiff Guy Reynolds
loizides@loizides.com

Robert Charles Maddox on behalf of Defendant Corinthian Colleges, Inc.
maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Scott Mann on behalf of Creditor Walgreen of Hawaii, LLC
kmann@crosslaw.com, smacdonald@crosslaw.com

Katharine L. Mayer on behalf of Creditor Plaza Del Prado, Inc.
kmayer@mccarter.com

Laura L. McCloud on behalf of Creditor Tennessee Department of Revenue
agbankdelaware@ag.tn.gov

Dennis A. Meloro on behalf of Interested Party Thomas Education Ventures, LLC
melorod@gtlaw.com,
bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Michael Joseph Merchant on behalf of Debtor Ashmead Education, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor CDI Education USA, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Career Choices, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Corinthian Colleges, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Corinthian Property Group, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Corinthian Schools, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor ECAT Acquisition, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor ETON Education, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Everest College Phoenix, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Florida Metropolitan University, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Grand Rapids Educational Center, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Heald Capital LLC
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Heald College, LLC
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Heald Education, LLC
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Heald Real Estate, LLC
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor MJB Acquisition Corporation
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Pegasus Education, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor QuickStart Intelligence Corporation
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Rhodes Business Group, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Rhodes Colleges, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor SD III-B Heald Holdings Corp.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor SP PE VII-B Heald Holdings Corp.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Sequoia Education, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Socle Education, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant on behalf of Debtor Titan Schools, Inc.
merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Eric J. Monzo on behalf of Creditor BB&S Development, LLC
emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Steven Phillip Ordaz on behalf of Interested Party BMC Group, Inc.
sordaz@bmcgroup.com, ecfbk@bmcgroup.com

Carter Ott on behalf of Interested Party The People of the State of California
carter.ott@doj.ca.gov

Ricardo Palacio, Esq on behalf of Creditor Campus Student Funding, LLC (f/k/a ASFG, LLC)
rpalacio@ashby-geddes.com

Danielle Pham on behalf of Creditor United States on behalf of U.S. Department of Education
danielle.pham@usdoj.gov

Sarah E. Pierce on behalf of Interested Party Patrick Fitzgerald as federally-appointed monitor
sarah.pierce@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com

Jack A. Raisner on behalf of Interested Party Guy Reynolds, on behalf of himself and all others similarly situated
jar@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com

Jack A. Raisner on behalf of Plaintiff Guy Reynolds
jar@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com

Lloyd H. Randolph on behalf of Creditor United States on behalf of U.S. Department of Education
lloyd.randolph@usdoj.gov, janice.murray@usdoj.gov

Patrick J. Reilley on behalf of Other Prof. FTI Consulting, Inc.
preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com

Erica J. Richards on behalf of Creditor Campus Student Funding, LLC (f/k/a ASFG, LLC)
erichards@mofo.com

Rene S. Roupinian on behalf of Interested Party Guy Reynolds, on behalf of himself and all others similarly situated
rsr@outtengolden.com,
jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.com;rima-8863@ecf.pacerpro.com

Rene S. Roupinian on behalf of Plaintiff Guy Reynolds
rsr@outtengolden.com,
jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.com;rima-8863@ecf.pacerpro.com

Rust Consulting/Omni Bankruptcy
bosborne@omnimgt.com

Jeremy William Ryan on behalf of Interested Party Bank of America, N.A., in its capacity as administrative agent for the prepetition first lien secured lenders under that certain Fourth Amended and Restated Credit Agreement dated May 17, 2012
jryan@potteranderson.com, bankruptcy@potteranderson.com

Joseph Sanders on behalf of Creditor Attorney General of Illinois
jsanders@atg.state.il.us

Richard L. Schepacarter on behalf of U.S. Trustee United States Trustee
richard.schepacarter@usdoj.gov

Michael R. Sew Hoy on behalf of Creditor United States on behalf of U.S. Department of Education
michael.r.sew.hoy@usdoj.gov

Carren Shulman on behalf of Creditor MARRIOTT HOTEL SERVICES, INC.
cshulman@sheppardmullin.com, ny-docketing@sheppardmullin.com

Ellen W. Slights on behalf of Creditor United States/USAO
usade.ecfbankruptcy@usdoj.gov

Owen M. Sonik on behalf of Creditor Alief Independent School District
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Robert J. Stearn Jr. on behalf of Defendant Corinthian Colleges, Inc.
stearn@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Amanda R. Steele on behalf of Attorney Richards, Layton & Finger, P.A.
steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Amanda R. Steele on behalf of Debtor Corinthian Colleges, Inc.
steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Amanda R. Steele on behalf of Defendant Corinthian Colleges, Inc.
steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Amanda R. Steele on behalf of Other Prof. FTI Consulting, Inc.
steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Amanda R. Steele on behalf of Trustee Craig R. Jalbert as Distribution Trustee
steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Benjamin Swartzendruber on behalf of Creditor Arapahoe County Treasurer
bswartzendruber@arapahoegov.com

William F. Taylor, Jr. on behalf of Interested Party Pennsylvania Electric Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

Marisa A. Terranova on behalf of Attorney Richards, Layton & Finger, P.A.
terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marisa A. Terranova on behalf of Debtor Ashmead Education, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Career Choices, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Corinthian Colleges, Inc.
terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marisa A. Terranova on behalf of Debtor Corinthian Colleges, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Corinthian Property Group, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Corinthian Schools, Inc.
terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marisa A. Terranova on behalf of Debtor ECAT Acquisition, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Everest College Phoenix, Inc.
terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marisa A. Terranova on behalf of Debtor Florida Metropolitan University, Inc.
terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marisa A. Terranova on behalf of Debtor Heald College, LLC
terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marisa A. Terranova on behalf of Debtor MJB Acquisition Corporation
terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marisa A. Terranova on behalf of Debtor QuickStart Intelligence Corporation
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Rhodes Business Group, Inc.
terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marisa A. Terranova on behalf of Debtor Rhodes Colleges, Inc.
terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marisa A. Terranova on behalf of Debtor SD III-B Heald Holdings Corp.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor SP PE VII-B Heald Holdings Corp.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Sequoia Education, Inc.
terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marisa A. Terranova on behalf of Debtor Socle Education, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Debtor Titan Schools, Inc.
terranova@rlf.com, rbgroup@rlf.com

Marisa A. Terranova on behalf of Interested Party PriceWaterhouseCoopers, LLP
terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Ronald Mark Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

William Anthony Van Roo on behalf of Creditor C. W. SWENSON, LLC
vanroolaw@gmail.com

Carolyn G. Wade on behalf of Interested Party State of Oregon, Department of Justice
carolyn.g.wade@doj.state.or.us

Christopher A. Ward on behalf of Interested Party The Official Committee of Student Creditors
cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Jeffrey R Waxman on behalf of Creditor EFN Merrillville Property LLC
jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Jeremy Welch on behalf of Creditor Graebel Relocation Services Worldwide, Inc.
jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com

Helen Elizabeth Weller on behalf of Creditor Bexar County
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Helen Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Etta Ren Wolfe on behalf of Interested Party Bank of America, N.A., in its capacity as administrative agent for the prepetition first lien secured lenders under that certain Fourth Amended and Restated Credit Agreement dated May 17, 2012
ewolfe@potteranderson.com, bankruptcy@potteranderson.com