

**GLENN HEGAR**   TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

February 24, 2017

MARK D. COLLINS
RICHARDS, LAYTON & FINGER, P.A.
920 NORTH KING ST, ONE RODNEY SQUARE
WILMINGTON, DE 19801

Re:

| Taxpayer Number | Taxpayer Name | Case Number | Claim Number |
|---|---|---|---|
| x-xx-xxxx312-3 | Corinthian Colleges, Inc. | 15-10952 | 4141 |
| x-xx-xxxx312-3 | Corinthian Colleges, Inc. | 15-10952 | 4140 |
| x-xx-xxxx525-4 | Corinthian Schools, Inc. | 15-10955 | 1438 |
| x-xx-xxxx311-5 | Rhodes Colleges, Inc. | 15-10957 | 1430 |
| x-xx-xxxx709-9 | Rhodes Business Group, Inc. | 15-10959 | 1431 |
| x-xxxxx-x863-5 | Florida Metropolitan University, Inc. | 15-10962 | 1434 |
| x-xx-xxxx639-9 | Heald College, LLC | 15-10969 | 1432 |
| x-xxxxx-x556-2 | Titan Schools, Inc. | 15-10970 | 1428 |
| x-xx-xxxx912-1 | MJB Acquisition Corporation | 15-10971 | 1441 |
| x-xxxxx-x769-8 | Career Choices, Inc. | 15-10972 | 1433 |
| x-xx-xxxx739-1 | Sequoia Education, Inc. | 15-10974 | 1429 |
| x-xxxxx-x395-5 | Socle Education, Inc. | 15-10976 | 1427 |

Enclosed are copies of the withdrawals filed by the Comptroller of Public accounts in the above cases. Please keep these documents for your record.

Sincerely,

Lydia Hewett
Accounts Examiner
Revenue Accounting Division

Enclosures

cc: Corinthian Colleges, Inc., et al

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number    15-10952-KJC

In re: CORINTHIAN COLLEGES, INC.

Taxpayer number: X-XX-XXXX312-3

WITHDRAWAL OF

THIRD AMENDED CLAIM # 4141
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P. O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM            : 10/14/2015

2. TOTAL AMOUNT OF CLAIM    : $319,947.41
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2015

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/24/2017

_____
Lydia Hewett
Accounts Examiner    512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number     15-10952-KJC

In re: CORINTHIAN COLLEGES, INC.

Taxpayer number: X-XX-XXXX312-3

WITHDRAWAL OF

Claim # 4140
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
Bankruptcy & Collections Division MC-008
P. O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM            : 10/14/2015

2. TOTAL AMOUNT OF CLAIM    : $128,333.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 04/27/2015

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/24/2017

_____
Lydia Hewett
Accounts Examiner    512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number    15-10974-KJC

In re: SEQUOIA EDUCATION, INC.

Taxpayer number: X-XX-XXXX739-1

## WITHDRAWAL OF

Claim # 1429
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:   Office of the Attorney General
Bankruptcy & Collections Division MC-008
P. O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1. DATE OF CLAIM                : 07/13/2015

2. TOTAL AMOUNT OF CLAIM        : $385,156.07
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2015 TO 12/31/2015

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/24/2017

Lydia Hewett
Accounts Examiner    512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number     15-10970-KJC

In re: TITAN SCHOOLS, INC.

Taxpayer number: X-XXXXX-X556-2

WITHDRAWAL OF

Claim # 1428
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
Bankruptcy & Collections Division MC-008
P. O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM           : 07/13/2015

2. TOTAL AMOUNT OF CLAIM   : $385,156.07
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2015 TO 12/31/2015

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/24/2017

Lydia Hewett
Accounts Examiner      512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number 15-10957-KJC

In re: RHODES COLLEGES, INC.

Taxpayer number: X-XX-XXXX311-5

WITHDRAWAL OF

Claim # 1430
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
        Bankruptcy & Collections Division MC-008
        P. O. Box 12548
        Austin, TX 78711-2548
        Phone: 512-463-2173

1. DATE OF CLAIM : 07/13/2015

2. TOTAL AMOUNT OF CLAIM : $385,156.07
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2015 TO 12/31/2015

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/24/2017

Lydia Hewett
Accounts Examiner 512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number     15-10955-KJC

In re: CORINTHIAN SCHOOLS, INC.

Taxpayer number: X-XX-XXXX525-4

WITHDRAWAL OF

Claim # 1438
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:   Office of the Attorney General
                  Bankruptcy & Collections Division MC-008
                  P. O. Box 12548
                  Austin, TX 78711-2548
                  Phone: 512-463-2173

1. DATE OF CLAIM             : 07/13/2015

2. TOTAL AMOUNT OF CLAIM   : $385,156.07
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2015 TO 12/31/2015

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/24/2017

_____
Lydia Hewett
Accounts Examiner    512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number    15-10976-KJC

In re: SOCLE EDUCATION, INC.

Taxpayer number: X-XXXXX-X395-5

WITHDRAWAL OF

Claim # 1427
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P. O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM              : 07/13/2015

2. TOTAL AMOUNT OF CLAIM      : $385,156.07
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2015 TO 12/31/2015

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/24/2017

Lydia Hewett
Accounts Examiner    512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number       15-10959-KJC

In re: RHODES BUSINESS GROUP, INC.

Taxpayer number: X-XX-XXXX709-9

WITHDRAWAL OF

Claim # 1431
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:   Office of the Attorney General
                   Bankruptcy & Collections Division MC-008
                   P. O. Box 12548
                   Austin, TX 78711-2548
                   Phone: 512-463-2173

1. DATE OF CLAIM                  : 07/13/2015

2. TOTAL AMOUNT OF CLAIM          : $385,156.07
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2015 TO 12/31/2015

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/24/2017

_____
Lydia Hewett
Accounts Examiner    512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number   15-10972-KJC

In re: CAREER CHOICES, INC.

Taxpayer number: X-XXXXX-X769-8

WITHDRAWAL OF

Claim # 1433
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:   Office of the Attorney General
                   Bankruptcy & Collections Division MC-008
                   P. O. Box 12548
                   Austin, TX 78711-2548
                   Phone:  512-463-2173

1. DATE OF CLAIM                : 07/13/2015

2. TOTAL AMOUNT OF CLAIM        : $385,156.07
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2015 TO 12/31/2015

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/24/2017

_____
Lydia Hewett
Accounts Examiner    512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number       15-10969-KJC

In re: HEALD COLLEGE, LLC

Taxpayer number: X-XX-XXXX639-9

WITHDRAWAL OF

Claim # 1432
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
                  Bankruptcy & Collections Division MC-008
                  P. O. Box 12548
                  Austin, TX 78711-2548
                  Phone:  512-463-2173

1. DATE OF CLAIM            : 07/13/2015

2. TOTAL AMOUNT OF CLAIM    : $385,156.07
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2015 TO 12/31/2015

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/24/2017

Lydia Hewett
Accounts Examiner    512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number     15-10962-KJC

In re: FLORIDA METROPOLITAN UNIVERSITY, INC.

Taxpayer number: X-XXXXX-X863-5

## WITHDRAWAL OF

Claim # 1434
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
                  Bankruptcy & Collections Division MC-008
                  P. O. Box 12548
                  Austin, TX 78711-2548
                  Phone:  512-463-2173

1. DATE OF CLAIM              : 07/13/2015

2. TOTAL AMOUNT OF CLAIM      : $385,156.07
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2015 TO 12/31/2015

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/24/2017

Lydia Hewett
Accounts Examiner     512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number    15-10971-KJC

In re: MJB ACQUISITION CORPORATION

Taxpayer number: X-XX-XXXX912-1

## WITHDRAWAL OF

Claim # 1441
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:   Office of the Attorney General
                   Bankruptcy & Collections Division MC-008
                   P. O. Box 12548
                   Austin, TX 78711-2548
                   Phone: 512-463-2173

1. DATE OF CLAIM          : 07/13/2015

2. TOTAL AMOUNT OF CLAIM  : $385,156.07
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2015 TO 12/31/2015

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/24/2017

_____
Lydia Hewett
Accounts Examiner   512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)