## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on March 13, 2017, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A** attached hereto:

- **Distribution Trustee's Third Motion for an Order Extending the Claims Objection Deadline through September 11, 2017 [Docket No. 1337]**

Dated: March 14, 2017

/s/ Darleen Sahagun
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 14th day of March, 20 17, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

SCOTT M. EWING
Notary Public - California
Los Angeles County
Commission # 2155599
My Comm. Expires Jun 3, 2020

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

AMERICAN EXPRESS TRAVEL RELATED SERVICES
C/O BECKET AND LEE LLP
ATTN: GILBERT B WEISMAN
POB 3001
MALVERN, PA 19355-0701

ARAPAHOE COUNTY TREASURER
ATTN: BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON, CO 80166

ASHBY & GEDDES, P.A.
ATTN: WILLIAM BOWDEN/RICARDO PALACIO
ATTN: LEIGH-ANNE RAPORT
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899-1150

BALLARD SPAHR LLP
ATTN: DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CA 90067-2909

BMC GROUP, INC.
ATTN: T. FEIL
3732 W. 120TH STREET
HAWTHORN, CA 90250

BOVITZ & SPITZER
ATTN: J. SCOTT BOVITZ
1100 WILSHIRE BLVD., SUITE 2403
LOS ANGELES, CA 90017

BROWN RUDNICK LLP
ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BUCHALTER NEMER, A PROFESSIONAL CORPORATIO
ATTN: SHAWN M. CHRISTIANSON, ESQ
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA DEPARTMENT OF JUSTICE
ATTN: CRAIG D. RUST, DEPUTY AG
1300 I STREET
SACRAMENTO, CA 95814

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
ATTN: BERNARD A. ESKANDARI
300 S. SPRING ST., STE. 1702
LOS ANGELES, CA 90013

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
ATTN: NANCY QUACH
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ATTN: MAURA HEALEY, AG
ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG
ONE ASHBURTON PLACE, 18TH FLOOR
BOSTON, MA 02108

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
ATTN: LINDA MITTEN
651 BOAS STREET, ROOM 700
HARRISBURG, PA 17121

CONSUMER FINANCIAL PROTECTION BUREAU
ATTN: CYNTHIA GOOEN LESSER
ASSISTANT DEPUTY ENFORCEMENT DIRECTOR
1700 G STREET, N.W.
WASHINGTON, D.C. 20552

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DEVELOPMENT RESOURCES, INC.
ATTN: JOHN GIANNOPOULOS
333 NORTH DES PLAINES STREET
CHICAGO, IL 60661

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
ONE LOGAN SQUARE, STE. 2000
PHILADELPHIA, PA 19103-6996

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN
222 DELAWARE AVE., STE.1410
WILMINGTON, DE 19801-1621

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

DUMAS & KIM, APC
ATTN: CHRISTIAN T. KIM
3435 WILSHIRE BLVD., SUITE 990
LOS ANGELES, CA 90010

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

FAIRFIELD AND WOODS, P.C.
ATTN: CAROLINE C. FULLER
1801 CALIFORNIA STREET, SUITE 2600
DENVER, CO 80202

FRANKGECKER LLP
ATTN: JOSEPH FRANK/REED HEILIGMAN
325 NORTH LASALLE STREET
SUITE 625
CHICAGO, IL 60654

GE INFORMATION TECHNOLOGY SOLUTIONS
F/D/B/A IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON, GA 31208-3708

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
ATTN: JOSEPH CORRIGAN
ONE FEDERAL STREET
BOSTON, MA 02110

| | | |
|---|---|---|
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | KATTEN MUCHIN ROSENMAN LLP<br>ATTN: BRIAN HUBEN<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES, CA 90067-3012 | KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>ATTN: THOMAS G. KING<br>PO BOX 4010<br>KALAMAZOO, MI 49003-4010 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ATTN: ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI, OH 75271-2711 | LAW OFFICE OF DONALD W. SIEVEKE<br>ATTN: DONALD W. SIEVEKE<br>1113 N. SPURGEON STREET<br>SANTA ANA, CA 92701 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DAVID G. AELVOET<br>711 NAVARRO STREET, STE 300<br>SAN ANTONIO, TX 78205 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | LOIZIDES, P.A.<br>ATTN: CHRISTOPHER D. LOIZIDES<br>1225 KING STREET, SUITE 800<br>WILMINGTON, DE 19801 |
| MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MORRIS JAMES LLP<br>ATTN: CARL KUNZ III/JEFFREY WAXMAN<br>500 DELAWARE AVE, SUITE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19801 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601 |
| NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 | NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 | NYS DEPT. OF TAXATION & FINANCE<br>OFFICE OF COUNSEL<br>ATTN: ROBERT COOK/AMANDA HILLER<br>340 EAST MAIN ST.,<br>ROCHESTER, NY 14604 |
| OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION<br>800 W. WASHINGTON STREET, 2ND FLOOR<br>PHOENIX, AZ 85007 | OFFICE OF PRIVATE POSTSECONDARY EDUCATIO<br>OREGON HIGHER EDUCATION COORDINATING CO<br>775 COURT STREET NE<br>SALEM, OR 97301 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSEPH J. SANDERS<br>100 W RANDOLPH ST., 12TH FL.<br>CHICAGO, IL 60601 | OFFICE OF THE ATTORNEY GENERAL<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST.<br>SACRAMENTO, CA 95814-5901 | OFFICE OF THE U.S. ATTORNEY<br>ATTN: CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 |
| OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF ARIZONA<br>ATTN: JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF HAWAII<br>ATTN: FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 | OFFICE OF THE U.S. ATTORNEY<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: KELLY T. CURRIE<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 |
| OFFICE OF THE U.S. ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | OREGON DEPARTMENT OF JUSTICE<br>ATTN: CAROLYN G. WADE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 |
| OUTTEN & GOLDEN LLP<br>ATTN: JACK RAISNER/RENÉ ROUPINIAN<br>685 THIRD AVENUE, 25TH FLOOR<br>NEW YORK, NY 10017 | PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>C/O PHILLIPS INTERNATIONAL<br>295 MADISON AVE., 2ND FLOOR<br>NEW YORK, NY 10017 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.<br>ATTN: OWEN M. SONIK<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ATTN: ELIZABETH BANDA CALVO<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010 | PIRCHER, NICHOLS & MEEKS<br>ATTN: EUGENE J.M. LEONE<br>900 N. MICHIGAN AVENUE<br>SUITE 1000<br>CHICAGO, IL 60611 | POLSINELLI PC<br>ATTN: CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 |

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

ROBAINA & KRESIN
ATTN: THOMAS GRIFFIN
ONE EAST CAMELBACK ROAD
SUITE 710
PHOENIX, AZ  85012

ROBINS KAPLAN LLP
ATTN: SCOTT GAUTIER/LORIE BALL
ATTN: CYNTHIA HERNANDEZ
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU, WI 54402-8050

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW
230 PARK AVENUE, SUITE 1130
NEW YORK, NY 10169

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: CARREN B. SHULMAN, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

SIDLEY AUSTIN LLP
ATTN: JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: FELICIA GERBER PERLMAN
155 N. WACKER DRIVE
CHICAGO, IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ATTN: BILL SCHUETTE/HEATHER DONALD
CADILLAC PLACE, SUITE 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT
ATTN: KAREN AXSOM, DIRECTOR
800 W. WASHINGTON ST
PHOENIX, AZ 85007

THE ROSNER LAW GROUP
ATTN: JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207

TRAVIS COUNTY
ATTN: KAY D. BROCK
P.O. BOX 1748
AUSTIN, TX 78767

TREASURER - TAX COLLECTOR
DAN MCALLISTER
ATTN: BANKRUPTCY DESK
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101

TX COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: COURTNEY J. HULL
ATTN: JOHN MARK STERN, AAG
BANKRUPTCY & COLLECTIONS DIVISION, MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN: LLOYD RANDOLPH/DANIELLE PHAM
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
MICHAEL R. SEW HOY
1100 L STREET, N.W., ROOM 10048
WASHINGTON, D.C. 20005

UNITED STATES DEPARTMENT OF LABOR
ATTN: THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON, DC 20210

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
ATTN: F. MARK BROMLEY, AAG
POST OFFICE BOX 7857
MADISON, WI 53707-7857

Parties Served: 94