IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on March 29, 2017, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A** attached hereto:

- **Order Granting Distribution Trustee's Third Motion for an Order Extending the Claims Objection Deadline through September 11, 2017 [Docket No. 1341]**

Dated: March 30, 2017

/s/ Darleen Sahagun
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 30 day of March, 2017, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>C/O BECKET AND LEE LLP<br>ATTN: GILBERT B WEISMAN<br>POB 3001<br>MALVERN, PA 19355-0701 | ARAPAHOE COUNTY TREASURER<br>ATTN: BENJAMIN SWARTZENDRUBER<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN/RICARDO PALACIO<br>ATTN: LEIGH-ANNE RAPORT<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150 |
| BALLARD SPAHR LLP<br>ATTN: DUSTIN BRANCH<br>2029 CENTURY PARK EAST, SUITE 800<br>LOS ANGELES, CA 90067-2909 | BMC GROUP, INC.<br>ATTN: T. FEIL<br>3732 W. 120TH STREET<br>HAWTHORN, CA 90250 | BOVITZ & SPITZER<br>ATTN: J. SCOTT BOVITZ<br>1100 WILSHIRE BLVD., SUITE 2403<br>LOS ANGELES, CA 90017 |
| BROWN RUDNICK LLP<br>ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUCHALTER NEMER, A PROFESSIONAL CORPORATIO<br>ATTN: SHAWN M. CHRISTIANSON, ESQ<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 |
| CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 | CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA DEPARTMENT OF JUSTICE<br>ATTN: CRAIG D. RUST, DEPUTY AG<br>1300 I STREET<br>SACRAMENTO, CA 95814 |
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BERNARD A. ESKANDARI<br>300 S. SPRING ST., STE. 1702<br>LOS ANGELES, CA 90013 | CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: NANCY QUACH<br>455 GOLDEN GATE, SUITE 11000<br>SAN FRANCISCO, CA 94102-7004 | COMMONWEALTH OF MASSACHUSETTS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY, AG<br>ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 |
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>ATTN: LINDA MITTEN<br>651 BOAS STREET, ROOM 700<br>HARRISBURG, PA 17121 | CONSUMER FINANCIAL PROTECTION BUREAU<br>ATTN: CYNTHIA GOOEN LESSER<br>ASSISTANT DEPUTY ENFORCEMENT DIRECTOR<br>1700 G STREET, N.W.<br>WASHINGTON, D.C. 20552 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 898<br>DOVER, DE 19903 |
| DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI 96813 | DEVELOPMENT RESOURCES, INC.<br>ATTN: JOHN GIANNOPOULOS<br>333 NORTH DES PLAINES STREET<br>CHICAGO, IL 60661 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY 10013 |
| DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE, STE. 2000<br>PHILADELPHIA, PA 19103-6996 | DRINKER BIDDLE & REATH LLP<br>ATTN: HOWARD A. COHEN<br>222 DELAWARE AVE., STE.1410<br>WILMINGTON, DE 19801-1621 |
| DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK, NY 10036-2714 | DUMAS & KIM, APC<br>ATTN: CHRISTIAN T. KIM<br>3435 WILSHIRE BLVD., SUITE 990<br>LOS ANGELES, CA 90010 | EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 |
| FAIRFIELD AND WOODS, P.C.<br>ATTN: CAROLINE C. FULLER<br>1801 CALIFORNIA STREET, SUITE 2600<br>DENVER, CO 80202 | FRANKGECKER LLP<br>ATTN: JOSEPH FRANK/REED HEILIGMAN<br>325 NORTH LASALLE STREET<br>SUITE 625<br>CHICAGO, IL 60654 | GE INFORMATION TECHNOLOGY SOLUTIONS<br>F/D/B/A IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON, GA 31208-3708 |
| HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>ATTN: JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON, MA 02110 |

| | | |
|---|---|---|
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | KATTEN MUCHIN ROSENMAN LLP<br>ATTN: BRIAN HUBEN<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES, CA 90067-3012 | KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>ATTN: THOMAS G. KING<br>PO BOX 4010<br>KALAMAZOO, MI 49003-4010 | LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ATTN: ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI, OH 75271-2711 | LAW OFFICE OF DONALD W. SIEVEKE<br>ATTN: DONALD W. SIEVEKE<br>1113 N. SPURGEON STREET<br>SANTA ANA, CA 92701 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DAVID G. AELVOET<br>711 NAVARRO STREET, STE 300<br>SAN ANTONIO, TX 78205 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | LOIZIDES, P.A.<br>ATTN: CHRISTOPHER D. LOIZIDES<br>1225 KING STREET, SUITE 800<br>WILMINGTON, DE 19801 |
| MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MORRIS JAMES LLP<br>ATTN: CARL KUNZ III/JEFFREY WAXMAN<br>500 DELAWARE AVE, SUITE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19801 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601 |
| NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 | NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 | NYS DEPT. OF TAXATION & FINANCE<br>OFFICE OF COUNSEL<br>ATTN: ROBERT COOK/AMANDA HILLER<br>340 EAST MAIN ST.,<br>ROCHESTER, NY 14604 |
| OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION<br>800 W. WASHINGTON STREET, 2ND FLOOR<br>PHOENIX, AZ 85007 | OFFICE OF PRIVATE POSTSECONDARY EDUCATIO<br>OREGON HIGHER EDUCATION COORDINATING CO<br>775 COURT STREET NE<br>SALEM, OR 97301 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSEPH J. SANDERS<br>100 W RANDOLPH ST., 12TH FL.<br>CHICAGO, IL 60601 | OFFICE OF THE ATTORNEY GENERAL<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST.<br>SACRAMENTO, CA 95814-5901 | OFFICE OF THE U.S. ATTORNEY<br>ATTN: CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 |
| OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF ARIZONA<br>ATTN: JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF HAWAII<br>ATTN: FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 | OFFICE OF THE U.S. ATTORNEY<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: KELLY T. CURRIE<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 |
| OFFICE OF THE U.S. ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | OREGON DEPARTMENT OF JUSTICE<br>ATTN: CAROLYN G. WADE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 |
| OUTTEN & GOLDEN LLP<br>ATTN: JACK RAISNER/RENÉ ROUPINIAN<br>685 THIRD AVENUE, 25TH FLOOR<br>NEW YORK, NY 10017 | PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>C/O PHILLIPS INTERNATIONAL<br>295 MADISON AVE., 2ND FLOOR<br>NEW YORK, NY 10017 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.<br>ATTN: OWEN M. SONIK<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ATTN: ELIZABETH BANDA CALVO<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010 | PIRCHER, NICHOLS & MEEKS<br>ATTN: EUGENE J.M. LEONE<br>900 N. MICHIGAN AVENUE<br>SUITE 1000<br>CHICAGO, IL 60611 | POLSINELLI PC<br>ATTN: CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 |

| | | |
|---|---|---|
| POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/ETTA MYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>P.O. BOX 951<br>WILMINGTON, DE 19899-0951 | ROBAINA & KRESIN<br>ATTN: THOMAS GRIFFIN<br>ONE EAST CAMELBACK ROAD<br>SUITE 710<br>PHOENIX, AZ 85012 | ROBINS KAPLAN LLP<br>ATTN: SCOTT GAUTIER/LORIE BALL<br>ATTN: CYNTHIA HERNANDEZ<br>2049 CENTURY PARK EAST, SUITE 3400<br>LOS ANGELES, CA 90067 |
| RUDER WARE, L.L.S.C.<br>ATTN: JEREMY M. WELCH<br>500 NORTH FIRST STREET, SUITE 8000<br>P.O. BOX 8050<br>WAUSAU, WI 54402-8050 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW<br>230 PARK AVENUE, SUITE 1130<br>NEW YORK, NY 10169 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REG. DIRECTOR<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ATTN: CARREN B. SHULMAN, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | SIDLEY AUSTIN LLP<br>ATTN: JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES, CA 90013 |
| SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: FELICIA GERBER PERLMAN<br>155 N. WACKER DRIVE<br>CHICAGO, IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 |
| STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: BILL SCHUETTE/HEATHER DONALD<br>CADILLAC PLACE, SUITE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 |
| SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT<br>ATTN: KAREN AXSOM, DIRECTOR<br>800 W. WASHINGTON ST<br>PHOENIX, AZ 85007 | THE ROSNER LAW GROUP<br>ATTN: JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 |
| TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | TREASURER - TAX COLLECTOR<br>DAN MCALLISTER<br>ATTN: BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 |
| TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>ATTN: JOHN MARK STERN, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION, MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN: LLOYD RANDOLPH/DANIELLE PHAM<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 |
| U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MICHAEL R. SEW HOY<br>1100 L STREET, N.W., ROOM 10048<br>WASHINGTON, D.C. 20005 | UNITED STATES DEPARTMENT OF LABOR<br>ATTN: THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20210 | WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 |
| WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: BRAD D. SCHIMEL, AG<br>ATTN: F. MARK BROMLEY, AAG<br>POST OFFICE BOX 7857<br>MADISON, WI 53707-7857 | | |

Parties Served: 94