IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

-----------------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING
TOLLING AGREEMENT AND STIPULATION BETWEEN CRAIG R. JALBERT,
AS DISTRIBUTION TRUSTEE OF THE CORINTHIAN DISTRIBUTION TRUST, AND
FORMER OUTSIDE DIRECTORS OF CORINTHIAN COLLEGES, INC.**

The undersigned hereby certifies as follows:

1. We are counsel to Craig R. Jalbert, Distribution Trustee of the Corinthian Distribution Trust (the "**Distribution Trustee**").

2. The Distribution Trustee and certain former outside directors of Corinthian Colleges, Inc. (the "**Outside Directors**," and together with the Distribution Trustee, the "**Parties**") have entered into that certain *Tolling Agreement and Stipulation Between Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust, and Former Outside Directors of Corinthian Colleges, Inc.*, dated as of February 7, 2017 (the "**Tolling Agreement**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

3. A copy of the Tolling Agreement is attached as **Exhibit 1** to **Exhibit A** hereto. Under the Tolling Agreement, the Parties agreed that the Tolling Agreement was operative by its terms, but also agreed to submit the Tolling Agreement for approval by this Court.

4. Attached hereto as **Exhibit A** is the proposed form of order approved by the Parties approving the Tolling Agreement (the "**Order**"). As noted above, the executed Tolling Agreement is attached to the Order as **Exhibit 1**.

WHEREFORE, the Distribution Trustee respectfully requests that the Court enter the Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

| | |
|---|---|
| Dated: April 3, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Christopher M. De Lillo*<br>Mark D. Collins (No. 2981)<br>Marcos A. Ramos (No. 4450)<br>Amanda R. Steele (No. 5530)<br>Christopher M. De Lillo (No. 6355)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>        ramos@rlf.com<br>        steele@rlf.com<br>        delillo@rlf.com<br><br>Christopher P. Sullivan<br>Richard B. Allyn<br>James P. Menton, Jr.<br>ROBINS KAPLAN LLP<br>800 Boylston Street, Suite 2500<br>Boston, MA 02199<br>Telephone:  (617) 267-2300<br>Facsimile:  (617) 267-8288<br>Email:  csullivan@robinsraplan.com<br>         rallyn@robinskaplan.com<br>         jmenton@robinskaplan.com<br><br>Counsel to the Distribution Trustee |