IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on April 3, 2017, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A** attached hereto:

- **Motion of Distribution Trust Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Settlement by and Among Distribution Trust and Outside Directors [Docket No. 1344]**

Dated: April 4, 2017

/s/ Darleen Sahagun
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this __4__ day of __April__, 20__17__, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Jennifer Castillo
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALSTON & BIRD<br>JESSICA P. CORLEY<br>ONE ATLANTIC CENTER<br>1201 WEST PEACHTREE STREET<br>SUITE 4900<br>ATLANTA, GA 30309-3424 | AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>C/O BECKET AND LEE LLP<br>ATTN: GILBERT B WEISMAN<br>POB 3001<br>MALVERN, PA 19355-0701 | ARAPAHOE COUNTY TREASURER<br>ATTN: BENJAMIN SWARTZENDRUBER<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 |
| ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN/RICARDO PALACIO<br>ATTN: LEIGH-ANNE RAPORT<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150 | BALLARD SPAHR LLP<br>ATTN: DUSTIN BRANCH<br>2029 CENTURY PARK EAST, SUITE 800<br>LOS ANGELES, CA 90067-2909 | BETH WILSON<br>26512 BROKEN BIT LANE<br>LAGUNA HILLS, CA 92653 |
| BIENERT, MILLER & KATZMAN LLP<br>THOMAS H. BIENERT, JR.<br>903 CALLE AMANECER, SUITE 350<br>SAN CLEMENTE, CA 92673 | BMC GROUP, INC.<br>ATTN: T. FEIL<br>3732 W. 120TH STREET<br>HAWTHORN, CA 90250 | BOVITZ & SPITZER<br>ATTN: J. SCOTT BOVITZ<br>1100 WILSHIRE BLVD., SUITE 2403<br>LOS ANGELES, CA 90017 |
| BROWN RUDNICK LLP<br>ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUCHALTER NEMER, A PROFESSIONAL CORPORATIO<br>ATTN: SHAWN M. CHRISTIANSON, ESQ<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 | CALIFORNIA DEPARTMENT OF JUSTICE<br>ATTN: CRAIG D. RUST, DEPUTY AG<br>1300 I STREET<br>SACRAMENTO, CA 95814 |
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BERNARD A. ESKANDARI<br>300 S. SPRING ST., STE. 1702<br>LOS ANGELES, CA 90013 | COMMONWEALTH OF MASSACHUSETTS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY, AG<br>ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>ATTN: LINDA MITTEN<br>651 BOAS STREET, ROOM 700<br>HARRISBURG, PA 17121 |
| CONSUMER FINANCIAL PROTECTION BUREAU<br>ATTN: CYNTHIA GOOEN LESSER<br>ASSISTANT DEPUTY ENFORCEMENT DIRECTOR<br>1700 G STREET, N.W.<br>WASHINGTON, D.C. 20552 | COZEN O'CONNOR<br>ANGELO G. SAVINO<br>277 PARK AVENUE<br>NEW YORK, NY 10172 | COZEN O'CONNOR<br>ANGELO G. SAVINO<br>45 BROADWAY, 16TH FLOOR<br>NEW YORK, NY 10006 |
| CROWELL & MORING LLP<br>JANET I. LEVINE<br>515 SOUTH FLOWER ST<br>40TH FLOOR<br>LOS ANGELES, CA 90071 | DEVELOPMENT RESOURCES, INC.<br>ATTN: JOHN GIANNOPOULOS<br>333 NORTH DES PLAINES STREET<br>CHICAGO, IL 60661 | DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE, STE. 2000<br>PHILADELPHIA, PA 19103-6996 |
| DRINKER BIDDLE & REATH LLP<br>ATTN: HOWARD A. COHEN<br>222 DELAWARE AVE., STE.1410<br>WILMINGTON, DE 19801-1621 | DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK, NY 10036-2714 | DUMAS & KIM, APC<br>ATTN: CHRISTIAN T. KIM<br>3435 WILSHIRE BLVD., SUITE 990<br>LOS ANGELES, CA 90010 |
| EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 | FAIRFIELD AND WOODS, P.C.<br>ATTN: CAROLINE C. FULLER<br>1801 CALIFORNIA STREET, SUITE 2600<br>DENVER, CO 80202 | FRANKGECKER LLP<br>ATTN: JOSEPH FRANK/REED HEILIGMAN<br>325 NORTH LASALLE STREET<br>SUITE 625<br>CHICAGO, IL 60654 |
| GE INFORMATION TECHNOLOGY SOLUTIONS<br>F/D/B/A IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON, GA 31208-3708 | GIBSON, DUNN & CRUTCHER LLP<br>NICOLA T. HANNA<br>3161 MICHELSON DRIVE<br>IRVINE, CA 92612-4412 | HUESTON HENNIGAN LLP<br>JOHN C. HUESTON<br>620 NEWPORT CENTER DRIVE, SUITE 1300<br>NEWPORT BEACH, CA 92660 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>ATTN: JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON, MA 02110 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | KATTEN MUCHIN ROSENMAN LLP<br>ATTN: BRIAN HUBEN<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES, CA 90067-3012 |

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

KIRKLAND & ELLIS LLP
MARK HOLSCHER
333 SOUTH HOPE STREET
LOS ANGELES, CA 90071

KREIS, ENDERLE, HUDGINS & BORSOS, PC
ATTN: THOMAS G. KING
PO BOX 4010
KALAMAZOO, MI 49003-4010

LAW OFFICE OF DONALD W. SIEVEKE
ATTN: DONALD W. SIEVEKE
1113 N. SPURGEON STREET
SANTA ANA, CA 92701

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET
711 NAVARRO STREET, STE 300
SAN ANTONIO, TX 78205

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MORRIS JAMES LLP
ATTN: CARL KUNZ III/JEFFREY WAXMAN
500 DELAWARE AVE, SUITE 1500
PO BOX 2306
WILMINGTON, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
ROBERT J. DEHNEY/CURTIS S. MILLER
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK, NY 10019-9601

MUNGER, TOLLES & OLSON LLP
JOHN W. SPIEGEL
350 SOUTH GRAND AVENUE
50TH FLOOR
LOS ANGELES, CA 90071-3426

NICOLE CARNAGEY
312 GULF BLVD., UNIT D
INDIAN ROCKS BEACH, FL 33785

NICOLE CARNAGEY
5242 PINEHURST CT.
OLDSMAR, FL 34677

NYS DEPT. OF TAXATION & FINANCE
OFFICE OF COUNSEL
ATTN: ROBERT COOK/AMANDA HILLER
340 EAST MAIN ST.,
ROCHESTER, NY 14604

O'MELVENY & MYERS LLP
DANIEL H. BOOKIN
TWO EMBARCADERO CENTER
28TH FLOOR
SAN FRANCISCO, CA 94111-3823

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSEPH J. SANDERS
100 W RANDOLPH ST., 12TH FL.
CHICAGO, IL 60601

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

OREGON DEPARTMENT OF JUSTICE
ATTN: CAROLYN G. WADE
1162 COURT STREET NE
SALEM, OR 97301-4096

ORRICK, HERRINGTON & SUTCLIFFE LLP
THOMAS S. MCCONVILLE
2050 MAIN STREET
SUITE 1100
IRVINE, CA 92614-8255

ORRICK, HERRINGTON & SUTCLIFFE LLP
THOMAS S. MCCONVILLE
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CA 90017-5855

OUTTEN & GOLDEN LLP
ATTN: JACK RAISNER/RENÉ ROUPINIAN
685 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN: OWEN M. SONIK
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LI
ATTN: ELIZABETH BANDA CALVO
500 E. BORDER STREET, SUITE 640
ARLINGTON, TX 76010

PIRCHER, NICHOLS & MEEKS
ATTN: EUGENE J.M. LEONE
900 N. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60611

POLSINELLI PC
ATTN: CHRISTOPHER WARD/SHANTI KATONA
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

PROSKAUER ROSE LLP
JONATHAN E. RICHMAN
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299

PROSKAUER ROSE LLP
RALPH C. FERRARA
1001 PENNSYLVANIA AVE., N.W.
SUITE 600 SOUTH
WASHINGTON, DC 20004-2533

ROBAINA & KRESIN
ATTN: THOMAS GRIFFIN
ONE EAST CAMELBACK ROAD
SUITE 710
PHOENIX, AZ 85012

ROBERT DONALD BOSIC III
312 GULF BLVD., APT. D
INDIAN ROCKS BEACH, FL 33785

ROBINS KAPLAN LLP
ATTN: SCOTT GAUTIER/LORIE BALL
ATTN: CYNTHIA HERNANDEZ
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU, WI 54402-8050

| | | |
|---|---|---|
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW<br>230 PARK AVENUE, SUITE 1130<br>NEW YORK, NY 10169 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ATTN: CARREN B. SHULMAN, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | SIDLEY AUSTIN LLP<br>ATTN: JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES, CA 90013 |
| SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: FELICIA GERBER PERLMAN<br>155 N. WACKER DRIVE<br>CHICAGO, IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 |
| STAN MORTENSON<br>1518 GALAXY<br>NEWPORT BEACH, CA 92660 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: BILL SCHUETTE/HEATHER DONALD<br>CADILLAC PLACE, SUITE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 |
| THE ROSNER LAW GROUP<br>ATTN: JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 | TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN, TX 78767 |
| TREASURER - TAX COLLECTOR<br>DAN MCALLISTER<br>ATTN: BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>ATTN: JOHN MARK STERN, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION, MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN: LLOYD RANDOLPH/DANIELLE PHAM<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 |
| U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MICHAEL R. SEW HOY<br>1100 L STREET, N.W., ROOM 10048<br>WASHINGTON, D.C. 20005 | WALKER WILCOX MATOUSEK LLP<br>KEVIN G. MIKULANINEC<br>1 N. FRANKLIN STREET<br>SUITE 3200<br>CHICAGO, IL 60606 | WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 |
| WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: BRAD D. SCHIMEL, AG<br>ATTN: F. MARK BROMLEY, AAG<br>POST OFFICE BOX 7857<br>MADISON, WI 53707-7857 | | |

Parties Served: 85