IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on April 4, 2017, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A** attached hereto:

- **Certification of Counsel Regarding Order Approving Tolling Agreement and Stipulation Between Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust, and Former Outside Directors of Corinthian Colleges, Inc. [Docket No. 1345]**

- **Order Approving Tolling Agreement and Stipulation Between Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust, and Former Outside Directors of Corinthian Colleges, Inc. [Docket No. 1346]**

Dated: April 4, 2017

/s/ Darleen Sahagun
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 4 day of April, 2017, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# EXHIBIT A

ALSTON & BIRD
JESSICA P. CORLEY
ONE ATLANTIC CENTER,
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424

BETH WILSON
26512 BROKEN BIT LANE
LAGUNA HILLS, CA 92653

BIENERT, MILLER & KATZMAN LLP
THOMAS H. BIENERT, JR.
903 CALLE AMANECER, SUITE 350
SAN CLEMENTE, CA 92673

COZEN O'CONNOR
ANGELO G. SAVINO
277 PARK AVENUE
NEW YORK, NY 10172

COZEN O'CONNOR
ANGELO G. SAVINO
45 BROADWAY, 16TH FLOOR
NEW YORK, NY 10006

CROWELL & MORING LLP
JANET I. LEVINE
515 SOUTH FLOWER ST, 40TH FLOOR
LOS ANGELES, CA 90071

GIBSON, DUNN & CRUTCHER LLP
NICOLA T. HANNA
3161 MICHELSON DRIVE
IRVINE, CA 92612-4412

HUESTON HENNIGAN LLP
JOHN C. HUESTON
620 NEWPORT CENTER DR, STE 1300
NEWPORT BEACH, CA 92660

KIRKLAND & ELLIS LLP
MARK HOLSCHER
333 SOUTH HOPE STREET
LOS ANGELES, CA 90071

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
ROBERT J. DEHNEY/CURTIS S. MILLER
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19801

MUNGER, TOLLES & OLSON LLP
JOHN W. SPIEGEL
350 SOUTH GRAND AVE, 50TH FLOOR
LOS ANGELES, CA 90071-3426

NICOLE CARNAGEY
312 GULF BLVD., UNIT D
INDIAN ROCKS BEACH, FL 33785

NICOLE CARNAGEY
5242 PINEHURST CT.
OLDSMAR, FL 34677

O'MELVENY & MYERS LLP
DANIEL H. BOOKIN
TWO EMBARCADERO CENTER
28TH FLOOR
SAN FRANCISCO, CA 94111-3823

ORRICK, HERRINGTON & SUTCLIFFE LLP
THOMAS S. MCCONVILLE
2050 MAIN STREET
SUITE 1100
IRVINE, CA 92614-8255

ORRICK, HERRINGTON & SUTCLIFFE LLP
THOMAS S. MCCONVILLE
777 SOUTH FIGUEROA ST
SUITE 3200
LOS ANGELES, CA 90017-5855

PROSKAUER ROSE LLP
JONATHAN E. RICHMAN
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299

PROSKAUER ROSE LLP
RALPH C. FERRARA
1001 PENNSYLVANIA AVE., N.W.
SUITE 600 SOUTH
WASHINGTON, DC 20004-2533

ROBERT DONALD BOSIC III
312 GULF BLVD., APT. D
INDIAN ROCKS BEACH, FL 33785

STAN MORTENSON
1518 GALAXY
NEWPORT BEACH, CA 92660

WALKER WILCOX MATOUSEK LLP
KEVIN G. MIKULANINEC
1 N. FRANKLIN STREET
SUITE 3200
CHICAGO, IL 60606

Parties Served: 21