IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: D.I. 1344** |

-----------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING SETTLEMENT
BY AND AMONG DISTRIBUTION TRUST AND OUTSIDE DIRECTORS**

The undersigned hereby certifies as follows:

1. We are counsel to Craig R. Jalbert, Distribution Trustee of the Corinthian Distribution Trust (the "**Distribution Trustee**").

2. On April 3, 2017, the Distribution Trustee filed the *Motion of Distribution Trust Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Settlement By and Among Distribution Trust and Outside Directors* [D.I. 1344] (the "**Motion**"). Attached to the Motion as **Exhibit A** was a proposed form of order (the "**Proposed Order**") approving the Settlement.[2]

3. Pursuant to the *Notice of Motion and Hearing* filed with the Motion, objections or responses to the Motion were due to be filed and received no later than April 17, 2017 at 4:00 p.m. (prevailing Eastern Time). The Distribution Trustee has received no answer, objection or any other responsive pleading with respect to the Motion. Further, no answer, objection or other

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

[2] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 case.

4. The Distribution Trustee, in consultation with counsel for the Outside Directors, has made modifications to the Proposed Order to conform the Proposed Order to the Settlement. Attached hereto as **Exhibit A** is a revised proposed form of order approved by the Parties (the "**Revised Proposed Order**"). Attached hereto as **Exhibit B** is a blackline comparison of the Revised Proposed Order against the Proposed Order. The Outside Directors have consented to the submission and entry of the Revised Proposed Order.

WHEREFORE, the Distribution Trustee respectfully requests that the Court enter the Revised Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: April 19, 2017
Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. De Lillo*
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701

Christopher P. Sullivan
Richard B. Allyn
James P. Menton, Jr.
ROBINS KAPLAN LLP
800 Boylston Street, Suite 2500
Boston, MA 02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288

Counsel to the Distribution Trustee