**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 24, 2017 AT 1:30 P.M. (EDT)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.   RESOLVED MATTER:**

1. Motion of Distribution Trust Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Settlement By and Among Distribution Trust and Outside Directors [Docket No. 1344 - filed April 3, 2017]

   Objection / Response Deadline:   April 17, 2017 at 4:00 p.m. (EDT)

   Objections / Responses Received:   None.

   Related Documents:

   i. Certification of Counsel Regarding Order Approving Settlement by and Among Distribution Trust and Outside Directors [Docket No. 1352 - filed April 19, 2017]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).  The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 17345146v.1

2

<u>Status</u>: On April 19, 2017, the Distribution Trustee submitted a revised proposed form of order under certification of counsel. On April 20, 2017, the Court informed counsel for the Distribution Trustee that an order will be entered regarding this matter without the need for a hearing.

| | |
|---|---|
| Dated: April 20, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Marcos A. Ramos (No. 4450)<br>Amanda R. Steele (No. 5530)<br>Christopher M. De Lillo (No. 6355)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>    ramos@rlf.com<br>    steele@rlf.com<br>    delillo@rlf.com<br><br>Christopher P. Sullivan<br>Richard B. Allyn<br>James P. Menton, Jr.<br>ROBINS KAPLAN LLP<br>800 Boylston Street, Suite 2500<br>Boston, MA 02199<br>Telephone: (617) 267-2300<br>Facsimile: (617) 267-8288<br>Email: csullivan@robinsraplan.com<br>    rallyn@robinskaplan.com<br>    jmenton@robinskaplan.com<br><br>Counsel for the Distribution Trustee |

RLF1 17345146v.1