IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on April 20, 2017, I caused true and correct copies of the following document to be served (i) via facsimile to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- **Notice of Agenda of Matters Scheduled for Hearing on April 24, 2017 at 1:30 P.M. (EST) [Docket No. 1353]**

Dated: April 20, 2017

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 20 day of April, 20 17, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

# **EXHIBIT A**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>ATTN: LEGAL DEPT<br>610-993-8493 | ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN/RICARDO PALACIO/LEIGH-A<br>302-654-2067 | BALLARD SPAHR LLP<br>ATTN: DUSTIN BRANCH<br>424-204-4350 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATI<br>ATTN: SHAWN M. CHRISTIANSON<br>415-227-0770 | CALIFORNIA DEPARTMENT OF JUSTICE<br>ATTN: CRAIG D. RUST<br>916-324-5205 | COMMONWEALTH OF MASSACHUSETTS<br>ATTN: GLENN KAPLAN/PETER LEIGHT<br>617-722-0184 |
| COMMONWEALTH OF PENNSYLVANIA<br>ATTN: LINDA MITTEN<br>717-787-7671 | DEVELOPMENT RESOURCES, INC.<br>ATTN: JOHN GIANNOPOULOS<br>312-822-0561 | DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>215-988-2757 |
| DRINKER BIDDLE & REATH LLP<br>ATTN: HOWARD A. COHEN<br>302-467-4201 | DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>212-248-3141 | FAIRFIELD AND WOODS, P.C.<br>ATTN: CAROLINE C. FULLER<br>303-830-1033 |
| FRANKGECKER LLP<br>ATTN: JOSEPH FRANK/REED HEILIGMAN<br>312-276-0035 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>ATTN: JOSEPH CORRIGAN<br>617-451-0409 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN<br>310-712-8571 |
| KATTEN MUCHIN ROSENMAN LLP<br>ATTN: BRIAN HUBEN<br>310-788-4471 | KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>212-808-7897 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DAVID G. AELVOET<br>210-225-6410 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>469-221-5003 | LOIZIDES, P.A.<br>ATTN: CHRISTOPHER D. LOIZIDES<br>302-654-0728 | MISSOURI DEPARTMENT OF REVENUE<br>ATTN: STEVEN A. GINTHER<br>573-751-7232 |
| MORRIS JAMES LLP<br>ATTN: CARL N. KUNZ III/JEFFREY R. WAXMAN<br>302-571-1750 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI/ERICA RICHARDS<br>212-468-7900 | NYS DEPT. OF TAXATION & FINANCE<br>ATTN: ROBERT COOK<br>518-435-8490 |
| OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>ATTN: LEGAL DEPT<br>503-378-8395 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSEPH J. SANDERS<br>312-814-2593 | OFFICE OF THE U.S. ATTORNEY<br>ATTN: KELLY T. CURRIE<br>718-254-7508 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX<br>302-573-6497 | OREGON DEPARTMENT OF JUSTICE<br>ATTN: CAROLYN G. WADE<br>503-373-7067 | PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>212-545-1410 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.<br>ATTN: OWEN M. SONIK<br>713-862-1429 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLF<br>ATTN: ELIZABETH BANDA CALVO<br>817-860-6509 | PIRCHER, NICHOLS & MEEKS<br>ATTN: EUGENE J.M. LEONE<br>312-915-3348 |
| POLSINELLI PC<br>ATTN: CHRISTOPHER WARD/SHANTI KATONA<br>302-252-0921 | POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/ETTA MAYERS<br>302-658-1192 | RICHARDS, LAYTON & FINGER, PA<br>ATTN: AMANDA STEELE<br>302-498-7701 |
| RICHARDS, LAYTON & FINGER, PA<br>ATTN: MARISA TERRANOVA FISSEL<br>302-498-7811 | RICHARDS, LAYTON & FINGER, PA<br>ATTN: MARK D. COLLINS<br>302-498-7531 | RICHARDS, LAYTON & FINGER, PA<br>ATTN: MICHAEL MERCHANT<br>302-498-7854 |
| ROBAINA & KRESIN<br>ATTN: THOMAS GRIFFIN<br>602-682-6455 | ROBINS KAPLAN LLP<br>ATTN: LORIE BALL/CYNTHIA HERNANDEZ/SCOTT F. C<br>310-229-5800 | RUDER WARE, L.L.S.C.<br>ATTN: JEREMY M. WELCH<br>715-845-2718 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER BELMONTE<br>212-818-9606 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ATTN: CARREN B. SHULMAN<br>212-653-8701 | SIDLEY AUSTIN LLP<br>ATTN: ANNA GUMPORT/JENNIFER HAGLE<br>213-896-6600 |

| | | |
|---|---|---|
| SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER<br>317-263-7901 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: FELICIA GERBER PERLMAN<br>312-407-0411 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>302-651-3001 |
| SYNCHRONY BANK<br>ATTN: RAMESH SINGH<br>305-374-8113 | TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>512-854-4808 | TREASURER - TAX COLLECTOR<br>ATTN: DAN MCALLISTER<br>619-685-2589 |
| TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>512-936-1409 | U.S. DEPARTMENT OF JUSTICE<br>ATTN: DANIELLE PHAM<br>202-514-9163 | U.S. DEPARTMENT OF JUSTICE<br>ATTN: LLOYD H. RANDOLPH/MICHAEL R. SEW.HOY<br>202-514-9163 |
| WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: F. MARK BROMLEY, AAG<br>608-267-8906 | | |

Parties Served: 55

| | | |
|---|---|---|
| SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER<br>317-263-7901 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: FELICIA GERBER PERLMAN<br>312-407-0411 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>302-651-3001 |

# EXHIBIT B

| | | |
|---|---|---|
| ALSTON & BIRD<br>JESSICA P. CORLEY<br>ONE ATLANTIC CENTER<br>1201 WEST PEACHTREE STREET<br>SUITE 4900<br>ATLANTA, GA 30309-3424 | ARAPAHOE COUNTY TREASURER<br>ATTN: BENJAMIN SWARTZENDRUBER<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | BETH WILSON<br>26512 BROKEN BIT LANE<br>LAGUNA HILLS, CA 92653 |
| BIENERT, MILLER & KATZMAN LLP<br>THOMAS H. BIENERT, JR.<br>903 CALLE AMANECER, SUITE 350<br>SAN CLEMENTE, CA 92673 | BMC GROUP, INC.<br>ATTN: T. FEIL<br>3732 W. 120TH STREET<br>HAWTHORN, CA 90250 | BOVITZ & SPITZER<br>ATTN: J. SCOTT BOVITZ<br>1100 WILSHIRE BLVD., SUITE 2403<br>LOS ANGELES, CA 90017 |
| BROWN RUDNICK LLP<br>ATTN: H. JEFFREY SCHWARTZ/BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 | CA LABOR & WORKFORCE DEVELOPMENT AGENC<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 |
| CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BERNARD A. ESKANDARI<br>300 S. SPRING ST., STE. 1702<br>LOS ANGELES, CA 90013 | CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: NANCY QUACH<br>455 GOLDEN GATE, SUITE 11000<br>SAN FRANCISCO, CA 94102-7004 |
| COMMONWEALTH OF MASSACHUSETTS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY, AG<br>ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 | CONSUMER FINANCIAL PROTECTION BUREAU<br>ATTN: CYNTHIA GOOEN LESSER<br>ASSISTANT DEPUTY ENFORCEMENT DIRECTOR<br>1700 G STREET, N.W.<br>WASHINGTON, D.C. 20552 | COZEN O'CONNOR<br>ANGELO G. SAVINO<br>277 PARK AVENUE<br>NEW YORK, NY 10172 |
| COZEN O'CONNOR<br>ANGELO G. SAVINO<br>45 BROADWAY, 16TH FLOOR<br>NEW YORK, NY 10006 | CROWELL & MORING LLP<br>JANET I. LEVINE<br>515 SOUTH FLOWER ST<br>40TH FLOOR<br>LOS ANGELES, CA 90071 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 898<br>DOVER, DE 19903 |
| DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI 96813 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY 10013 | DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 |
| DUMAS & KIM, APC<br>ATTN: CHRISTIAN T. KIM<br>3435 WILSHIRE BLVD., SUITE 990<br>LOS ANGELES, CA 90010 | EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1600 NORTHEAST MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 | GE INFORMATION TECHNOLOGY SOLUTIONS<br>F/D/B/A IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON, GA 31208-3708 |
| GIBSON, DUNN & CRUTCHER LLP<br>NICOLA T. HANNA<br>3161 MICHELSON DRIVE<br>IRVINE, CA 92612-4412 | HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 | HUESTON HENNIGAN LLP<br>JOHN C. HUESTON<br>620 NEWPORT CENTER DRIVE, SUITE 1300<br>NEWPORT BEACH, CA 92660 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | KIRKLAND & ELLIS LLP<br>MARK HOLSCHER<br>333 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071 | KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>ATTN: THOMAS G. KING<br>PO BOX 4010<br>KALAMAZOO, MI 49003-4010 |
| LAMPERT 25500 INDUSTRIAL BLVD., LLC<br>ATTN: ROLAND LAMPERT<br>P.O. BOX 712711<br>CINCINNATI, OH 75271-2711 | LAW OFFICE OF DONALD W. SIEVEKE<br>ATTN: DONALD W. SIEVEKE<br>1113 N. SPURGEON STREET<br>SANTA ANA, CA 92701 | MORRIS, NICHOLS, ARSHT & TUNNELL, LLP<br>ROBERT J. DEHNEY/CURTIS S. MILLER<br>1201 NORTH MARKET STREET<br>P.O. BOX 1347<br>WILMINGTON, DE 19801 |

| | | |
|---|---|---|
| MUNGER, TOLLES & OLSON LLP<br>JOHN W. SPIEGEL<br>350 SOUTH GRAND AVENUE<br>50TH FLOOR<br>LOS ANGELES, CA 90071-3426 | NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 | NICOLE CARNAGEY<br>312 GULF BLVD., UNIT D<br>INDIAN ROCKS BEACH, FL 33785 |
| NICOLE CARNAGEY<br>5242 PINEHURST CT.<br>OLDSMAR, FL 34677 | NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 | O'MELVENY & MYERS LLP<br>DANIEL H. BOOKIN<br>TWO EMBARCADERO CENTER<br>28TH FLOOR<br>SAN FRANCISCO, CA 94111-3823 |
| OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 | OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION<br>800 W. WASHINGTON STREET, 2ND FLOOR<br>PHOENIX, AZ 85007 | OFFICE OF THE ATTORNEY GENERAL<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST.<br>SACRAMENTO, CA 95814-5901 |
| OFFICE OF THE U.S. ATTORNEY<br>ATTN: CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF ARIZONA<br>ATTN: JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF HAWAII<br>ATTN: FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 |
| OFFICE OF THE U.S. ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>THOMAS S. MCCONVILLE<br>2050 MAIN STREET<br>SUITE 1100<br>IRVINE, CA 92614-8255 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>THOMAS S. MCCONVILLE<br>777 SOUTH FIGUEROA STREET<br>SUITE 3200<br>LOS ANGELES, CA 90017-5855 |
| OUTTEN & GOLDEN LLP<br>ATTN: JACK RAISNER/RENÉ ROUPINIAN<br>685 THIRD AVENUE, 25TH FLOOR<br>NEW YORK, NY 10017 | PROSKAUER ROSE LLP<br>JONATHAN E. RICHMAN<br>ELEVEN TIMES SQUARE<br>NEW YORK, NY 10036-8299 | PROSKAUER ROSE LLP<br>RALPH C. FERRARA<br>1001 PENNSYLVANIA AVE., N.W.<br>SUITE 600 SOUTH<br>WASHINGTON, DC 20004-2533 |
| ROBERT DONALD BOSIC III<br>312 GULF BLVD., APT. D<br>INDIAN ROCKS BEACH, FL 33785 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REG. DIRECTOR<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| STAN MORTENSON<br>1518 GALAXY<br>NEWPORT BEACH, CA 92660 | STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: BILL SCHUETTE/HEATHER DONALD<br>CADILLAC PLACE, SUITE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 |
| STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT<br>ATTN: KAREN AXSOM, DIRECTOR<br>800 W. WASHINGTON ST<br>PHOENIX, AZ 85007 | THE ROSNER LAW GROUP<br>ATTN: JULIA KLEIN/FREDERICK ROSNER<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 |
| TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES DEPARTMENT OF LABOR<br>ATTN: THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20210 |
| WALKER WILCOX MATOUSEK LLP<br>KEVIN G. MIKULANINEC<br>1 N. FRANKLIN STREET<br>SUITE 3200<br>CHICAGO, IL 60606 | WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 | |