**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Bethany J. Rubis of ASK LLP to represent Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust.

Dated: April 25, 2017         THE ROSNER LAW GROUP LLC

         */s/ Jason Gibson*
         Jason Gibson, Esq. (DE No. 6091)
         824 N. Market Street, Suite 810
         Wilmington, Delaware 19801
         Tel: (302) 777-1111
         Email: gibson@teamrosner.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

         */s/ Bethany J. Rubis*
         Bethany J. Rubis
         2600 Eagan Woods Drive, Suite 400
         St. Paul, MN 55121
         Tel: (651) 289-3846
         Email: brubis@askllp.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.