IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | Case No. 15-10952 (KJC) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Joseph L. Steinfeld, Jr. of ASK LLP to represent Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust.

Dated: April 25, 2017                 THE ROSNER LAW GROUP LLC

 */s/ Jason Gibson*
Jason Gibson, Esq. (DE No. 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel: (302) 777-1111
Email: gibson@teamrosner.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, Virginia and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Joseph L. Steinfeld, Jr.*
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Tel: (651) 289-3846
Email: jsteinfeld@askllp.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: April 26th, 2017**
**Wilmington, Delaware**

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**