# The Rosner Law Group LLC

Exhibit A

Defendant: **39 CASCADE DRIVE LLC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84328 | $5,000.00 | 4/29/2015 | W-4807 | 4/29/2015 | $5,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84327 | $21,576.00 | 4/24/2015 | W-4774 | 4/24/2015 | $21,576.00 |
| **Totals:** | | **2 transfer(s),** | **$26,576.00** | | | | |