# The Rosner Law Group LLC

# Exhibit A

Defendant: **A & K JANITORIAL, INC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12684 | $8,680.00 | 4/9/2015 | 8699 | 3/1/2015 | $8,680.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12654 | $1,910.00 | 4/8/2015 | 8668 | 1/28/2015 | $1,910.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11898 | $8,580.00 | 2/3/2015 | 8505 | 1/1/2015 | $8,580.00 |
| Totals: | 3 transfer(s), | $19,170.00 | | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.