# The Rosner Law Group LLC

**Exhibit A**

Defendant: **ACADEMIXDIRECT, INC.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11776 | $255,017.50 | 2/10/2015 | 12291 | 12/31/2014 | $255,017.50 |
| **Totals:** | | **1 transfer(s),** | **$255,017.50** | | | | |