# The Rosner Law Group LLC

Exhibit A

Defendant: **ALG LOCKSMITH LLC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84346 | $25,895.00 | 4/30/2015 | W-4811 | 4/30/2015 | $25,895.00 |
| **Totals:** | **1 transfer(s),** | **$25,895.00** | | | | | |