# The Rosner Law Group LLC

Exhibit A

Defendant: **ALIEF INDEPENDENT SCHOOL DISTRICT**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 10926 | $13,201.23 | 2/12/2015 | CKRQ0131500006 | 12/31/2014 | $13,201.23 |

| Totals: | 1 transfer(s), | $13,201.23 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.