# The Rosner Law Group LLC

## Exhibit A

| | |
|---|---|
| Defendant: | **AMERICAN EXPRESS** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84940 | $20,000.00 | 4/23/2015 | W-4767 | 4/23/2015 | $20,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84909 | $25,000.00 | 4/15/2015 | W-4742 | 4/15/2015 | $25,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84908 | $25,000.00 | 4/15/2015 | W-4741 | 4/15/2015 | $25,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84885 | $50,000.00 | 4/9/2015 | W-4726 | 4/9/2015 | $50,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84870 | $28,099.26 | 4/6/2015 | W-4717 | 4/6/2015 | $28,099.26 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 77535 | $50,000.00 | 3/18/2015 | W-4685 | 3/18/2015 | $50,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 77515 | $85,276.84 | 3/5/2015 | W-4674 | 3/5/2015 | $85,276.84 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11294 | $100,000.00 | 2/10/2015 | W-4636 | 2/10/2015 | $100,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11293 | $100,000.00 | 2/5/2015 | W-4631 | 2/5/2015 | $100,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11292 | $231,780.37 | 2/5/2015 | W-4629 | 2/5/2015 | $231,780.37 |

**Totals:    10 transfer(s),    $715,156.47**