# The Rosner Law Group LLC

Exhibit A

Defendant: **ANAGO OF HAWAII**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12446 | $9,090.35 | 3/16/2015 | 20037 | 1/10/2015 | $9,090.35 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11901 | $9,090.35 | 2/18/2015 | 19812 | 12/11/2014 | $9,090.35 |

**Totals:** **2 transfer(s),** **$18,180.70**

*As described in the Complaint, this Debtor is the ultimate transferor debtor.