# The Rosner Law Group LLC

**Exhibit A**

Defendant: **AREY JONES EDUCATIONAL SOLUTIONS**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12204 | $30,648.00 | 2/18/2015 | 0155451IN | 10/13/2014 | $2,400.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12204 | $30,648.00 | 2/18/2015 | 0155450IN | 10/13/2014 | $2,500.00 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12204 | $30,648.00 | 2/18/2015 | 0155449IN | 10/13/2014 | $42,265.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12204 | $30,648.00 | 2/18/2015 | 0155409IN | 10/13/2014 | $7,900.00 |

**Totals:** 1 transfer(s), $30,648.00