# The Rosner Law Group LLC

Exhibit A

Defendant: **BENEFIT RESOURCE INC.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12556 | $2,150.11 | 3/31/2015 | BR199922 | 1/31/2015 | $965.50 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12556 | $2,150.11 | 3/31/2015 | BR197969 | 12/31/2014 | $1,184.61 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 84943 | $9,520.95 | 4/21/2015 | ACH-10621-2 | 4/23/2015 | $8,062.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84943 | $9,520.95 | 4/21/2015 | ACH-10621-1 | 4/23/2015 | $1,458.95 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 77541 | $10,140.95 | 3/11/2015 | ACH-10593-2 | 3/11/2015 | $8,557.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 77541 | $10,140.95 | 3/11/2015 | ACH-10593-1 | 3/11/2015 | $1,583.95 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 77497 | $10,251.95 | 2/20/2015 | ACH-10579-2 | 2/24/2015 | $8,557.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 77497 | $10,251.95 | 2/20/2015 | ACH-10579-1 | 2/24/2015 | $1,694.95 |

**Totals:** 4 transfer(s), $32,063.96

*As described in the Complaint, this Debtor is the ultimate transferor debtor.