# The Rosner Law Group LLC

**Exhibit A**

Defendant: **CAMBRIDGE SECURITY SERVICES CORP.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84326 | $218,600.00 | 4/27/2015 | W-4782 | 4/27/2015 | $218,600.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84325 | $200,000.00 | 4/24/2015 | W-4778 | 4/24/2015 | $200,000.00 |
| **Totals:** | | **2 transfer(s),** | **$418,600.00** | | | | |