# The Rosner Law Group LLC

Exhibit A

Defendant: **CHANFRAU & CHANFRAU, P.I.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84323 | $245,000.00 | 4/27/2015 | W-4791 | 4/27/2015 | $245,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: | 1 transfer(s), | $245,000.00 | | | | | |