# The Rosner Law Group LLC

Exhibit A

| | |
|---|---|
| Defendant: | **CONRAD ENTERPRISES INC.** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB7211 | 8/4/2014 | $31.94 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB0845 | 5/30/2014 | $7.52 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB1267 | 6/3/2014 | $1,514.54 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB3186 | 6/26/2014 | $1,298.71 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB3373 | 6/27/2014 | $20.47 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB3725 | 7/1/2014 | $4.42 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB4006 | 7/7/2014 | $61.23 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB4415 | 7/9/2014 | $145.78 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB4423 | 7/10/2014 | $682.41 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB5750 | 7/22/2014 | $124.80 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB5826 | 7/22/2014 | $79.10 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB6569 | 7/28/2014 | $54.13 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB0707 | 5/29/2014 | $76.47 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB7043 | 7/31/2014 | $27.22 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JC2046 | 9/25/2014 | $3,732.96 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB7882 | 8/12/2014 | $305.19 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

CONRAD ENTERPRISES INC. (CCOCON006)
Bankruptcy Case: Corinthian Colleges, Inc.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB8076 | 8/13/2014 | $65.37 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB8492 | 8/18/2014 | $13.65 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB8706 | 8/20/2014 | $59.12 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB9483 | 8/28/2014 | $20.64 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB9854 | 9/2/2014 | $46.03 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB9990 | 9/4/2014 | $3,494.58 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JC0026 | 9/4/2014 | $10.35 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JC0027 | 9/4/2014 | $38.51 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JC0605 | 9/10/2014 | $62.73 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JC1511 | 9/19/2014 | $66.99 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12089 | $12,476.21 | 2/4/2015 | 01JB6648 | 7/29/2014 | $435.77 |

**Totals:**        1 transfer(s),    $12,476.21

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

CONRAD ENTERPRISES INC. (CCOCON006)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 25, 2017

Exhibit A