# The Rosner Law Group LLC

Exhibit A

Defendant: **CORNER COMPANY LLC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12704 | $3,659.24 | 4/21/2015 | APR2015RENT0285SUPUS0006 | 4/1/2015 | $3,659.24 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12574 | $85,558.17 | 4/21/2015 | APR2015RENT0283MAINUS0028 | 3/25/2015 | $85,558.17 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12394 | $91,480.91 | 4/21/2015 | MAR2015RENT0278MAINUS0029 | 2/18/2015 | $91,480.91 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12033 | $82,332.90 | 2/4/2015 | FEB2015RENT0269MAINUS0028 | 1/22/2015 | $82,332.90 |
| **Totals:** | **4 transfer(s),** | **$263,031.22** | | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.