# The Rosner Law Group LLC

Exhibit A

Defendant: **CWSP-I-J, LLC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 12575 | $85,474.34 | 4/6/2015 | APR2015RENT0283 MAINUS0043 | 3/25/2015 | $85,474.34 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 12395 | $85,474.34 | 4/20/2015 | MAR2015RENT0278 MAINUS0045 | 2/18/2015 | $85,474.34 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 12090 | $86,249.71 | 2/4/2015 | FEB2015RENT0267 MAINUS0074 | 1/22/2015 | $86,249.71 |
| **Totals:** | | **3 transfer(s),** | **$257,198.39** | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.