# The Rosner Law Group LLC

Exhibit A

Defendant: **DYNTEK SERVICES**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11957 | $100,428.13 | 2/12/2015 | D108464 | 11/30/2014 | $24,525.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11957 | $100,428.13 | 2/12/2015 | D107854 | 10/31/2014 | $25,675.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11957 | $100,428.13 | 2/12/2015 | D107236 | 9/30/2014 | $478.13 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11957 | $100,428.13 | 2/12/2015 | D107075 | 9/30/2014 | $19,500.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11957 | $100,428.13 | 2/12/2015 | D106457 | 8/31/2014 | $14,125.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11957 | $100,428.13 | 2/12/2015 | D105955 | 7/31/2014 | $16,125.00 |

Totals:    1 transfer(s),    $100,428.13