# The Rosner Law Group LLC

# Exhibit A

| | |
|---|---|
| Defendant: | **ENTERPRISE FLEET MANAGEMENT, INC.** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Titan Schools, Inc.* and Corinthian Colleges, Inc. | Titan Schools, Inc. | 12118 | $66,308.41 | 2/10/2015 | FBN2657249 | 11/5/2014 | $66,308.41 |
| Titan Schools, Inc.* and Corinthian Colleges, Inc. | Titan Schools, Inc. | 12091 | $39,571.08 | 2/5/2015 | FBN2674956 | 12/3/2014 | $39,571.08 |
| **Totals:** | **2 transfer(s),** | **$105,879.49** | | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.