# The Rosner Law Group LLC

Exhibit A

Defendant: **EPLUS TECHNOLOGY, INC.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-58 | 11/4/2014 | $47.46 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-45 | 11/4/2014 | $47.46 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-7 | 11/4/2014 | $15.53 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-69 | 11/4/2014 | $22.74 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-68 | 11/4/2014 | $88.67 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-67 | 11/4/2014 | $34.36 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-66 | 11/4/2014 | $47.46 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-65 | 11/4/2014 | $41.58 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-64 | 11/4/2014 | $23.77 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-63 | 11/4/2014 | $68.07 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-62 | 11/4/2014 | $51.58 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-61 | 11/4/2014 | $76.31 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-60 | 11/4/2014 | $92.06 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-71 | 11/4/2014 | $55.70 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-59 | 11/4/2014 | $47.46 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-72 | 11/4/2014 | $47.46 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-57 | 11/4/2014 | $84.55 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-56 | 11/4/2014 | $55.70 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-55 | 11/4/2014 | $55.70 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-54 | 11/4/2014 | $51.58 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-53 | 11/4/2014 | $63.95 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-52 | 11/4/2014 | $51.58 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-51 | 11/4/2014 | $47.46 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-50 | 11/4/2014 | $87.94 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-5 | 11/4/2014 | $48.49 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-49 | 11/4/2014 | $59.83 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-48 | 11/4/2014 | $43.34 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-47 | 11/4/2014 | $47.46 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11958 | $48,186.48 | 2/5/2015 | V1671895-99 | 11/4/2014 | $98.68 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-6 | 11/4/2014 | $40.25 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-85 | 11/4/2014 | $198.47 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-1 | 11/4/2014 | $30.98 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-97 | 11/4/2014 | $24.06 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-96 | 11/4/2014 | $120.90 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-95 | 11/4/2014 | $45.40 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-94 | 11/4/2014 | $98.97 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-93 | 11/4/2014 | $82.49 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-92 | 11/4/2014 | $115.46 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-91 | 11/4/2014 | $139.45 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-90 | 11/4/2014 | $70.13 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-9 | 11/4/2014 | $23.77 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-89 | 11/4/2014 | $120.90 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-88 | 11/4/2014 | $127.82 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-70 | 11/4/2014 | $88.67 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-86 | 11/4/2014 | $123.70 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-44 | 11/4/2014 | $84.55 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-84 | 11/4/2014 | $43.34 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-83 | 11/4/2014 | $55.70 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-82 | 11/4/2014 | $43.34 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-81 | 11/4/2014 | $72.19 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-80 | 11/4/2014 | $49.52 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-8 | 11/4/2014 | $40.25 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-79 | 11/4/2014 | $129.73 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-78 | 11/4/2014 | $273.09 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-77 | 11/4/2014 | $64.98 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-76 | 11/4/2014 | $22.74 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-75 | 11/4/2014 | $63.95 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-74 | 11/4/2014 | $68.07 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-73 | 11/4/2014 | $35.10 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1671895-87 | 11/4/2014 | $66.01 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-111 | 11/4/2014 | $47.46 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-46 | 11/4/2014 | $55.70 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-15 | 11/4/2014 | $19.65 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-14 | 11/4/2014 | $15.53 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-13 | 11/4/2014 | $15.53 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-120 | 11/4/2014 | $14.38 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-12 | 11/4/2014 | $15.53 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-119 | 11/4/2014 | $129.15 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-118 | 11/4/2014 | $55.70 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-117 | 11/4/2014 | $72.19 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-116 | 11/4/2014 | $63.95 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-115 | 11/4/2014 | $59.83 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-114 | 11/4/2014 | $47.46 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-17 | 11/4/2014 | $19.65 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-112 | 11/4/2014 | $70.72 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-18 | 11/4/2014 | $15.53 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-110 | 11/4/2014 | $122.23 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-11 | 11/4/2014 | $15.53 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-109 | 11/4/2014 | $189.64 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-108 | 11/4/2014 | $59.83 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-107 | 11/4/2014 | $22.74 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-106 | 11/4/2014 | $26.86 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-105 | 11/4/2014 | $72.19 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-104 | 11/4/2014 | $54.67 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-103 | 11/4/2014 | $59.83 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-102 | 11/4/2014 | $68.07 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-101 | 11/4/2014 | $47.46 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-100 | 11/4/2014 | $40.25 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-10 | 11/4/2014 | $48.49 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-113 | 11/4/2014 | $39.22 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-30 | 11/4/2014 | $59.83 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-43 | 11/4/2014 | $30.98 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-42 | 11/4/2014 | $72.19 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-41 | 11/4/2014 | $51.58 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-40 | 11/4/2014 | $63.95 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-4 | 11/4/2014 | $47.46 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-39 | 11/4/2014 | $51.58 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-38 | 11/4/2014 | $51.58 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-37 | 11/4/2014 | $51.58 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-36 | 11/4/2014 | $26.86 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-35 | 11/4/2014 | $38.49 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-34 | 11/4/2014 | $47.46 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-33 | 11/4/2014 | $51.58 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-16 | 11/4/2014 | $15.53 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-31 | 11/4/2014 | $43.34 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-1 | 11/4/2014 | $146.89 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-3 | 11/4/2014 | $47.46 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-29 | 11/4/2014 | $55.70 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-28 | 11/4/2014 | $59.83 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-27 | 11/4/2014 | $63.95 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-26 | 11/4/2014 | $96.91 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-25 | 11/4/2014 | $51.58 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-24 | 11/4/2014 | $44.37 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-23 | 11/4/2014 | $55.70 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-22 | 11/4/2014 | $55.70 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-21 | 11/4/2014 | $1,009.17 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-20 | 11/4/2014 | $62.62 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-2 | 11/4/2014 | $26.86 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-19 | 11/4/2014 | $15.53 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1671895-32 | 11/4/2014 | $80.43 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-58 | 11/4/2014 | $225.05 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-45 | 11/4/2014 | $225.05 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-7 | 11/4/2014 | $73.62 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-69 | 11/4/2014 | $107.81 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-68 | 11/4/2014 | $420.45 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-67 | 11/4/2014 | $162.94 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-66 | 11/4/2014 | $225.05 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-65 | 11/4/2014 | $197.14 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-64 | 11/4/2014 | $112.70 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-63 | 11/4/2014 | $322.75 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-62 | 11/4/2014 | $244.59 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-61 | 11/4/2014 | $361.83 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-60 | 11/4/2014 | $436.50 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-71 | 11/4/2014 | $264.13 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-59 | 11/4/2014 | $225.05 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-72 | 11/4/2014 | $225.05 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-57 | 11/4/2014 | $400.91 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-56 | 11/4/2014 | $264.13 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-55 | 11/4/2014 | $264.13 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-54 | 11/4/2014 | $244.59 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-53 | 11/4/2014 | $303.21 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-52 | 11/4/2014 | $244.59 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-51 | 11/4/2014 | $225.05 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-50 | 11/4/2014 | $416.96 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-5 | 11/4/2014 | $229.94 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-49 | 11/4/2014 | $283.67 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-48 | 11/4/2014 | $205.51 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-47 | 11/4/2014 | $225.05 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11958 | $48,186.48 | 2/5/2015 | V1671895-98 | 11/4/2014 | $209.80 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-6 | 11/4/2014 | $190.86 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-85 | 11/4/2014 | $941.06 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11958 | $48,186.48 | 2/5/2015 | V1672080-98 | 11/4/2014 | $994.79 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-97 | 11/4/2014 | $114.09 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-96 | 11/4/2014 | $573.28 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-95 | 11/4/2014 | $215.28 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-94 | 11/4/2014 | $469.30 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-93 | 11/4/2014 | $391.14 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-92 | 11/4/2014 | $547.46 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-91 | 11/4/2014 | $661.21 |

EPLUS TECHNOLOGY, INC. (CCOEPL001)

Bankruptcy Case: Corinthian Colleges, Inc.

Apr 25, 2017

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Exhibit A

P. 11

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-90 | 11/4/2014 | $332.52 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-9 | 11/4/2014 | $112.70 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-89 | 11/4/2014 | $573.28 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-88 | 11/4/2014 | $606.08 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-70 | 11/4/2014 | $420.45 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-86 | 11/4/2014 | $586.54 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-44 | 11/4/2014 | $400.91 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-84 | 11/4/2014 | $205.51 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-83 | 11/4/2014 | $264.13 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-82 | 11/4/2014 | $205.51 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-81 | 11/4/2014 | $342.29 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-80 | 11/4/2014 | $234.82 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-8 | 11/4/2014 | $190.86 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-79 | 11/4/2014 | $615.15 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-78 | 11/4/2014 | $1,294.87 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-77 | 11/4/2014 | $308.10 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-76 | 11/4/2014 | $107.81 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-75 | 11/4/2014 | $303.21 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-74 | 11/4/2014 | $322.75 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-73 | 11/4/2014 | $166.43 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11958 | $48,186.48 | 2/5/2015 | V1672080-87 | 11/4/2014 | $312.98 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-111 | 11/4/2014 | $225.05 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-46 | 11/4/2014 | $264.13 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-15 | 11/4/2014 | $93.16 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-14 | 11/4/2014 | $73.62 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-13 | 11/4/2014 | $73.62 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-120 | 11/4/2014 | $68.12 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-12 | 11/4/2014 | $73.62 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

EPLUS TECHNOLOGY, INC. (CCOEPL001)

Bankruptcy Case: Corinthian Colleges, Inc.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-119 | 11/4/2014 | $612.36 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-118 | 11/4/2014 | $264.13 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-117 | 11/4/2014 | $342.29 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-116 | 11/4/2014 | $303.21 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-115 | 11/4/2014 | $283.67 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-114 | 11/4/2014 | $225.05 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-17 | 11/4/2014 | $93.16 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-112 | 11/4/2014 | $335.31 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-18 | 11/4/2014 | $73.62 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-110 | 11/4/2014 | $579.56 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-11 | 11/4/2014 | $73.62 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-109 | 11/4/2014 | $899.18 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-108 | 11/4/2014 | $283.67 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-107 | 11/4/2014 | $107.81 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-106 | 11/4/2014 | $127.35 |

EPLUS TECHNOLOGY, INC. (CCOEPL001)
Bankruptcy Case: Corinthian Colleges, Inc.
Apr 25, 2017

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Exhibit A

P. 14

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-105 | 11/4/2014 | $342.29 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-104 | 11/4/2014 | $259.25 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-103 | 11/4/2014 | $283.67 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-102 | 11/4/2014 | $322.75 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-101 | 11/4/2014 | $225.05 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-100 | 11/4/2014 | $190.86 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-10 | 11/4/2014 | $229.94 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-113 | 11/4/2014 | $185.97 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-30 | 11/4/2014 | $283.67 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-43 | 11/4/2014 | $146.89 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-42 | 11/4/2014 | $342.29 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-41 | 11/4/2014 | $244.59 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-40 | 11/4/2014 | $303.21 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-4 | 11/4/2014 | $225.05 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-39 | 11/4/2014 | $244.59 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-38 | 11/4/2014 | $244.59 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-37 | 11/4/2014 | $244.59 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-36 | 11/4/2014 | $127.35 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-35 | 11/4/2014 | $182.48 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-34 | 11/4/2014 | $225.05 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-33 | 11/4/2014 | $244.59 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-16 | 11/4/2014 | $73.62 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-31 | 11/4/2014 | $205.51 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11958 | $48,186.48 | 2/5/2015 | V1672080-99 | 11/4/2014 | $467.91 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-3 | 11/4/2014 | $225.05 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-29 | 11/4/2014 | $264.13 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-28 | 11/4/2014 | $283.67 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-27 | 11/4/2014 | $303.21 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-26 | 11/4/2014 | $459.53 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-25 | 11/4/2014 | $244.59 |

EPLUS TECHNOLOGY, INC. (CCOEPL001)
Bankruptcy Case: Corinthian Colleges, Inc.
Apr 25, 2017

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Exhibit A

P. 16

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-24 | 11/4/2014 | $210.40 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-23 | 11/4/2014 | $264.13 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-22 | 11/4/2014 | $264.13 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-21 | 11/4/2014 | $4,785.11 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-20 | 11/4/2014 | $296.93 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-2 | 11/4/2014 | $127.35 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-19 | 11/4/2014 | $73.62 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11958 | $48,186.48 | 2/5/2015 | V1672080-32 | 11/4/2014 | $381.37 |

**Totals:**   1 transfer(s),   $48,186.48

*As described in the Complaint, this Debtor is the ultimate transferor debtor.