# The Rosner Law Group LLC

# Exhibit A

Defendant: **FALL CREEK PROPERTIES, LLC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12349 | $63,840.00 | 3/5/2015 | CKRQ020415 | 2/4/2015 | $53,160.00 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12349 | $63,840.00 | 3/5/2015 | 124 | 2/2/2015 | $10,680.00 |
| **Totals:** | | **1 transfer(s),** | **$63,840.00** | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.