# The Rosner Law Group LLC

# Exhibit A

Defendant: **GENESIS LENDING SERVICES, INC.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Career Choices, Inc.* and Corinthian Colleges, Inc. | Career Choices, Inc. | 77496 | $23,144.67 | 2/26/2015 | W-4659 | 2/26/2015 | $23,144.67 |
| Career Choices, Inc.* and Corinthian Colleges, Inc. | Career Choices, Inc. | 11309 | $9,346.42 | 2/12/2015 | W-4638 | 2/12/2015 | $9,346.42 |
| **Totals:** | | 2 transfer(s), | $32,491.09 | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.