# The Rosner Law Group LLC

# Exhibit A

Defendant: **GLASS TREE, INC.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11911 | $7,042.00 | 2/5/2015 | 1665 | 12/21/2014 | $7,042.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 10857 | $7,042.00 | 2/4/2015 | 1640 | 12/1/2014 | $7,042.00 |
| Totals: | 2 transfer(s), | $14,084.00 | | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.