# The Rosner Law Group LLC

# Exhibit A

Defendant: **GROWTH CAPITAL SERVICES**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12265 | $30,000.00 | 2/25/2015 | 20150206 | 2/6/2015 | $30,000.00 |

| Totals: | 1 transfer(s), | $30,000.00 |
|---|---|---|