# The Rosner Law Group LLC  Exhibit A

Defendant: **HARR LAW FIRM., INC., THE**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 77454 | $16,200.00 | 2/18/2015 | W-4647 | 2/18/2015 | $16,200.00 |
| **Totals:** | | **1 transfer(s),** | **$16,200.00** | | | | |