# The Rosner Law Group LLC

# Exhibit A

Defendant: **HAWAII MEDICAL SERVICE ASSOCIATION**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12782 | $39,603.80 | 4/27/2015 | CKRQ040215 | 4/2/2015 | $39,603.80 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12483 | $42,920.70 | 3/24/2015 | CKRQ021915 | 2/19/2015 | $42,920.70 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12350 | $87,150.96 | 3/5/2015 | CKRQ020615 | 2/6/2015 | $87,150.96 |
| **Totals:** | **3 transfer(s),** | **$169,675.46** | | | | | |