# The Rosner Law Group LLC

# Exhibit A

| | | |
|---|---|---|
| Defendant: | **HEWLETT-PACKARD FINANCIAL SERVICES CO.** | |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** | |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600419400A | 8/1/2014 | $45,688.08 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600071214A | 8/1/2014 | $39,474.78 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600397635A | 2/23/2014 | $707.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600416037 | 4/1/2014 | $24,306.89 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600416038 | 7/8/2014 | $776.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600418232 | 8/1/2014 | $22,951.08 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600418233 | 8/31/2014 | $4,906.37 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600418234 | 8/1/2014 | $15,338.63 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600418235 | 8/1/2014 | $25,707.98 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600071114 | 8/1/2014 | $809.29 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600418359 | 8/1/2014 | $29,791.56 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600424565 | 8/1/2014 | $11,332.60 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600419401 | 8/1/2014 | $23,909.75 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600419402 | 8/1/2014 | $40,111.97 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600419403 | 8/1/2014 | $15,830.61 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600419404 | 8/1/2014 | $34,191.07 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600419405 | 8/1/2014 | $39,705.11 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600419406 | 8/1/2014 | $24,306.89 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600420269A | 8/5/2014 | $12,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600424564 | 7/1/2014 | $11,332.60 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11963 | $438,244.32 | 2/4/2015 | 600418236 | 8/1/2014 | $15,066.06 |

**Totals:** 1 transfer(s), $438,244.32

HEWLETT-PACKARD FINANCIAL SERVICES CO. (CCOHEW003)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 25, 2017        Exhibit A        P. 1