# The Rosner Law Group LLC

# Exhibit A

Defendant: **HIGH PLAINS MECHANICAL SERVICE INC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 63154 | 12/10/2014 | $669.94 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 62944 | 12/10/2014 | $978.94 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 62734 | 11/21/2014 | $1,081.94 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 62717 | 12/10/2014 | $1,545.44 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 62671 | 12/10/2014 | $2,324.36 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 62531 | 11/13/2014 | $1,953.12 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 62427 | 10/29/2014 | $515.44 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 62404 | 12/10/2014 | $2,888.62 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 62366 | 12/10/2014 | $1,351.44 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 62333 | 10/29/2014 | $2,185.30 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 61792 | 9/11/2014 | $412.44 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 61788 | 9/11/2014 | $721.44 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

HIGH PLAINS MECHANICAL SERVICE INC (CCOHIG001)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 25, 2017     Exhibit A     P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12351 | $17,535.10 | 2/27/2015 | 60778 | 7/1/2014 | $1,953.61 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 60598 | 6/17/2014 | $2,775.35 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12351 | $17,535.10 | 2/27/2015 | 60550 | 6/24/2014 | $561.50 |

**Totals:**   1 transfer(s),   $17,535.10

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

HIGH PLAINS MECHANICAL SERVICE INC (CCOHIG001)

Bankruptcy Case: Corinthian Colleges, Inc.

Apr 25, 2017                                              Exhibit A                                              P. 2