# The Rosner Law Group LLC  Exhibit A

Defendant: **INTER-CON SECURITY SYSTEMS, INC.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12195 | $24,300.00 | 2/13/2015 | CKRQ120214 | 12/2/2014 | $24,300.00 |
| **Totals:** | | **1 transfer(s),** | **$24,300.00** | | | | |