# The Rosner Law Group LLC

# Exhibit A

Defendant: **JONES LANG LASALLE AMERICAS, INC.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12484 | $28,748.92 | 3/20/2015 | 686751114FM | 11/18/2014 | $15,716.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12484 | $28,748.92 | 3/20/2015 | 686751014FM | 10/13/2014 | $12,887.70 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12484 | $28,748.92 | 3/20/2015 | 06829FM1304060 | 11/18/2014 | $145.22 |

Totals:   1 transfer(s),   $28,748.92