# The Rosner Law Group LLC

# Exhibit A

| | |
|---|---|
| Defendant: | **KAIL** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12158 | $25,366.55 | 2/13/2015 | 108171 | 9/30/2014 | $1,496.85 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12158 | $25,366.55 | 2/13/2015 | 107311 | 8/31/2014 | $8,068.20 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12158 | $25,366.55 | 2/13/2015 | 105571 | 7/31/2014 | $8,800.05 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12158 | $25,366.55 | 2/13/2015 | 104411 | 6/30/2014 | $7,001.45 |
| **Totals:** | | 1 transfer(s), | $25,366.55 | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.