# The Rosner Law Group LLC                                              Exhibit A

Defendant: **KBCW-TV**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12159 | $40,506.75 | 2/13/2015 | 8051468885 | 11/30/2014 | $6,893.50 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12159 | $40,506.75 | 2/13/2015 | 8051468478 | 11/2/2014 | $2,091.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12159 | $40,506.75 | 2/13/2015 | 8051468363 | 10/26/2014 | $7,106.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12159 | $40,506.75 | 2/13/2015 | 8051468040 | 10/5/2014 | $1,258.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12159 | $40,506.75 | 2/13/2015 | 8051467983 | 9/28/2014 | $8,585.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12159 | $40,506.75 | 2/13/2015 | 8051467188 | 7/27/2014 | $14,573.25 |

Totals:    1 transfer(s),    $40,506.75

*As described in the Complaint, this Debtor is the ultimate transferor debtor.