# The Rosner Law Group LLC                     Exhibit A

Defendant: **KCBA**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12160 | $33,332.75 | 2/12/2015 | 832071 | 11/30/2014 | $5,095.75 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12160 | $33,332.75 | 2/12/2015 | 738542 | 11/30/2014 | $1,481.55 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12160 | $33,332.75 | 2/12/2015 | 738541 | 10/26/2014 | $6,022.25 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12160 | $33,332.75 | 2/12/2015 | 669332 | 10/26/2014 | $755.65 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12160 | $33,332.75 | 2/12/2015 | 669331 | 9/28/2014 | $6,238.15 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12160 | $33,332.75 | 2/12/2015 | 590741 | 8/31/2014 | $6,796.60 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12160 | $33,332.75 | 2/12/2015 | 518602 | 8/31/2014 | $1,458.60 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12160 | $33,332.75 | 2/12/2015 | 518601 | 7/27/2014 | $5,230.05 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12160 | $33,332.75 | 2/12/2015 | 427192 | 7/27/2014 | $254.15 |

Totals:   1 transfer(s),   $33,332.75

*As described in the Complaint, this Debtor is the ultimate transferor debtor.