# The Rosner Law Group LLC

# Exhibit A

Defendant: **KFRE-TV**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12162 | $50,175.50 | 2/13/2015 | 3356521 | 11/9/2014 | $1,275.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12162 | $50,175.50 | 2/13/2015 | 3259991 | 10/31/2014 | $14,020.75 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12162 | $50,175.50 | 2/13/2015 | 3148291 | 9/30/2014 | $13,425.75 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12162 | $50,175.50 | 2/13/2015 | 3055101 | 8/31/2014 | $10,157.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12162 | $50,175.50 | 2/13/2015 | 2934151 | 7/31/2014 | $11,296.50 |
| **Totals:** | | **1 transfer(s),** | **$50,175.50** | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.