# The Rosner Law Group LLC

# Exhibit A

Defendant: **KITV ME TV**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12165 | $30,724.15 | 2/13/2015 | 12511801 | 11/16/2014 | $605.24 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12165 | $30,724.15 | 2/13/2015 | 12511791 | 11/16/2014 | $872.25 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12165 | $30,724.15 | 2/13/2015 | 12397131 | 10/31/2014 | $3,480.10 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12165 | $30,724.15 | 2/13/2015 | 12315081 | 10/31/2014 | $2,865.97 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12165 | $30,724.15 | 2/13/2015 | 12267371 | 9/30/2014 | $3,364.40 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12165 | $30,724.15 | 2/13/2015 | 12267051 | 9/30/2014 | $2,598.95 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12165 | $30,724.15 | 2/13/2015 | 12170001 | 8/31/2014 | $3,003.93 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12165 | $30,724.15 | 2/13/2015 | 12169991 | 8/31/2014 | $7,859.16 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12165 | $30,724.15 | 2/13/2015 | 11848291 | 7/31/2014 | $2,750.26 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12165 | $30,724.15 | 2/13/2015 | 11848281 | 7/31/2014 | $6,737.69 |

Totals:    1 transfer(s),    $30,724.15

*As described in the Complaint, this Debtor is the ultimate transferor debtor.