# The Rosner Law Group LLC

# Exhibit A

Defendant: **KMPH-TV**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12167 | $32,878.00 | 2/13/2015 | 3356471 | 11/9/2014 | $680.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12167 | $32,878.00 | 2/13/2015 | 3260171 | 10/31/2014 | $6,120.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12167 | $32,878.00 | 2/13/2015 | 3147861 | 9/30/2014 | $5,746.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12167 | $32,878.00 | 2/13/2015 | 3052831 | 8/31/2014 | $10,072.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12167 | $32,878.00 | 2/13/2015 | 2934311 | 7/31/2014 | $10,259.50 |
| **Totals:** | | **1 transfer(s),** | **$32,878.00** | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.