# The Rosner Law Group LLC

# Exhibit A

Defendant: **KOFY - TV**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12186 | $184,871.43 | 2/17/2015 | 356973 | 9/30/2014 | $17,617.95 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12186 | $184,871.43 | 2/17/2015 | 346015 | 7/27/2014 | $170.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12186 | $184,871.43 | 2/17/2015 | 347016 | 7/31/2014 | $29,541.75 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12186 | $184,871.43 | 2/17/2015 | 347017 | 7/31/2014 | $6,519.50 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12186 | $184,871.43 | 2/17/2015 | 347018 | 7/31/2014 | $15,940.05 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12186 | $184,871.43 | 2/17/2015 | 347019 | 7/31/2014 | $5,236.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12186 | $184,871.43 | 2/17/2015 | 352202 | 8/31/2014 | $35,190.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12186 | $184,871.43 | 2/17/2015 | 352203 | 8/31/2014 | $6,086.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12186 | $184,871.43 | 2/17/2015 | 346014 | 7/27/2014 | $838.95 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12186 | $184,871.43 | 2/17/2015 | 352205 | 8/31/2014 | $4,930.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12186 | $184,871.43 | 2/17/2015 | 367090 | 11/30/2014 | $5,057.50 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12186 | $184,871.43 | 2/17/2015 | 356974 | 9/30/2014 | $4,981.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12186 | $184,871.43 | 2/17/2015 | 356975 | 9/30/2014 | $6,239.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12186 | $184,871.43 | 2/17/2015 | 361789 | 10/31/2014 | $19,176.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12186 | $184,871.43 | 2/17/2015 | 361790 | 10/31/2014 | $5,465.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12186 | $184,871.43 | 2/17/2015 | 361794 | 10/31/2014 | $6,817.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12186 | $184,871.43 | 2/17/2015 | 367087 | 11/30/2014 | $14,262.15 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12186 | $184,871.43 | 2/17/2015 | 367088 | 11/30/2014 | $4,046.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12186 | $184,871.43 | 2/17/2015 | 352204 | 8/31/2014 | $17,298.35 |

Totals:    1 transfer(s),    $184,871.43

*As described in the Complaint, this Debtor is the ultimate transferor debtor.