# The Rosner Law Group LLC         Exhibit A

Defendant: **KTLA**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12079 | $29,112.50 | 2/10/2015 | LA14080020 | 8/24/2014 | $3,060.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12079 | $29,112.50 | 2/10/2015 | LA14080019 | 8/24/2014 | $2,040.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12079 | $29,112.50 | 2/10/2015 | LA14080018 | 8/24/2014 | $24,012.50 |

Totals:    1 transfer(s),    $29,112.50