# The Rosner Law Group LLC

# Exhibit A

Defendant: **KTXL-TV**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12172 | $39,995.90 | 2/17/2015 | 6117931 | 9/28/2014 | $1,227.40 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12172 | $39,995.90 | 2/17/2015 | 6028351 | 8/31/2014 | $2,305.20 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12172 | $39,995.90 | 2/17/2015 | 5937111 | 7/31/2014 | $1,060.80 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12172 | $39,995.90 | 2/17/2015 | 5238601 | 9/28/2014 | $6,426.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12172 | $39,995.90 | 2/17/2015 | 5238591 | 8/31/2014 | $18,623.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12172 | $39,995.90 | 2/17/2015 | 5238561 | 7/31/2014 | $10,353.00 |

**Totals:** 1 transfer(s), $39,995.90

*As described in the Complaint, this Debtor is the ultimate transferor debtor.