# The Rosner Law Group LLC

# Exhibit A

Defendant: **LAURA BROWN & ASSOCIATES**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12439 | $25,000.00 | 3/11/2015 | 20151 | 2/18/2015 | $25,000.00 |
| **Totals:** | **1 transfer(s),** | **$25,000.00** | | | | | |