# The Rosner Law Group LLC  Exhibit A

**Defendant:** **LEGALINK, INC.**
**Bankruptcy Case:** **Corinthian Colleges, Inc.**
**Preference Period:** **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192361 | 7/18/2014 | $656.50 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17191716 | 6/30/2014 | $150.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17191876 | 7/15/2014 | $2,481.75 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17191922 | 7/7/2014 | $1,221.90 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192063 | 7/10/2014 | $1,033.70 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192109 | 7/14/2014 | $1,959.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192110 | 7/10/2014 | $853.20 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192157 | 7/14/2014 | $803.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192162 | 7/17/2014 | $806.25 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17190119 | 6/11/2014 | $1,841.25 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192346 | 7/21/2014 | $1,533.33 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 1757817 | 11/22/2014 | $1,370.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192467 | 7/22/2014 | $1,166.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192512 | 7/22/2014 | $1,112.05 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192526 | 7/23/2014 | $1,910.45 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192551 | 7/28/2014 | $1,181.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192944 | 8/4/2014 | $532.50 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17193496 | 8/20/2014 | $100.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17193751 | 8/26/2014 | $963.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17193924 | 9/3/2014 | $561.20 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 1745492 | 10/31/2014 | $3,284.40 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12139 | $26,322.58 | 2/11/2015 | 17192246 | 7/17/2014 | $802.10 |

**Totals:** 1 transfer(s), $26,322.58