# The Rosner Law Group LLC

# Exhibit A

Defendant: **LIM HOLDINGS, INC,DBA CLASSESUSA.COM**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12009 | $173,689.00 | 2/10/2015 | INV00077431 | 1/13/2015 | $173,689.00 |
| **Totals:** | | **1 transfer(s),** | **$173,689.00** | | | | |