# The Rosner Law Group LLC

# Exhibit A

Defendant: **MARSDEN SOUTH, L.L.C.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11917 | $16,351.28 | 2/3/2015 | 14569 | 1/1/2015 | $6,224.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11917 | $16,351.28 | 2/3/2015 | 14456 | 1/1/2015 | $4,048.68 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11917 | $16,351.28 | 2/3/2015 | 14248 | 12/30/2014 | $2,026.20 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11917 | $16,351.28 | 2/3/2015 | 14081 | 12/16/2014 | $2,026.20 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11917 | $16,351.28 | 2/3/2015 | 14035 | 12/3/2014 | $2,026.20 |

**Totals:** 1 transfer(s), $16,351.28

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

MARSDEN SOUTH, L.L.C. (CCOMAR009)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 25, 2017                Exhibit A                P. 1