# The Rosner Law Group LLC

# Exhibit A

| | |
|---|---|
| Defendant: | **HARRIS COUNTY TAX ASSESSOR - COLLECTOR** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11809 | $8,828.11 | 2/10/2015 | CKRQ01221500017 | 1/20/2015 | $8,828.11 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 10942 | $21,288.86 | 2/10/2015 | CKRQ01131500008 | 1/3/2015 | $21,288.86 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 10941 | $14,170.18 | 2/10/2015 | CKRQ0131500005 | 12/31/2014 | $14,170.18 |

| | | | |
|---|---|---|---|
| **Totals:** | 3 transfer(s), | $44,287.15 | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

MIKE SULLIVAN - HARRIS COUNTY (CCOMIK001)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 25, 2017                    Exhibit A                    P. 1