# The Rosner Law Group LLC

**Exhibit A**

Defendant: **MODESTO IRRIGATION DISTRICT**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12518 | $5,408.27 | 3/23/2015 | 144590215 | 2/3/2015 | $5,408.27 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12509 | $5,117.63 | 3/19/2015 | 144590315 | 3/3/2015 | $5,117.63 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11438 | $5,237.52 | 2/4/2015 | 144590115 | 1/3/2015 | $5,237.52 |
| Totals: | 3 transfer(s), | $15,763.42 | | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.