# The Rosner Law Group LLC

# Exhibit A

| | |
|---|---|
| Defendant: | **MUNGER, TOLLES & OLSON LLP** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84911 | $43,059.94 | 4/16/2015 | W-4752 | 4/16/2015 | $43,059.94 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84910 | $66,721.15 | 4/16/2015 | W-4747 | 4/16/2015 | $66,721.15 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84874 | $62,523.38 | 4/2/2015 | W-4714 | 4/2/2015 | $62,523.38 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84873 | $40,073.24 | 4/2/2015 | W-4708 | 4/2/2015 | $40,073.24 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84872 | $53,882.46 | 4/1/2015 | W-4707 | 4/1/2015 | $53,882.46 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84298 | $137,418.48 | 4/28/2015 | W-4794 | 4/28/2015 | $137,418.48 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84297 | $94,422.03 | 4/24/2015 | W-4771 | 4/24/2015 | $94,422.03 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 77537 | $80,316.67 | 3/18/2015 | W-4687 | 3/18/2015 | $80,316.67 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 77517 | $46,660.89 | 3/5/2015 | W-4673 | 3/5/2015 | $46,660.89 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 77505 | $52,185.15 | 2/27/2015 | W-4664 | 2/27/2015 | $52,185.15 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 77486 | $72,770.47 | 2/20/2015 | W-4656 | 2/20/2015 | $72,770.47 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11295 | $19,836.77 | 2/4/2015 | W-4626 | 2/4/2015 | $19,836.77 |

**Totals:**    **12 transfer(s),**    **$769,870.63**