# The Rosner Law Group LLC

# Exhibit A

| | |
|---|---|
| Defendant: | **PACIFIC GAS & ELECTRIC COMPANY** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12477 | $187.83 | 3/16/2015 | 444970215 | 2/27/2015 | $187.83 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12440 | $10,438.07 | 3/9/2015 | 9282310115 | 1/30/2015 | $10,438.07 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12470 | $600.16 | 3/16/2015 | 9206410215 | 2/8/2015 | $600.16 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12471 | $7,723.05 | 3/16/2015 | 9888260215 | 2/6/2015 | $7,723.05 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12472 | $1,398.61 | 3/16/2015 | 5859200215 | 2/10/2015 | $1,398.61 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12473 | $14,684.87 | 3/16/2015 | 886740215 | 2/18/2015 | $14,684.87 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12474 | $10,140.61 | 3/16/2015 | 2274280215 | 2/18/2015 | $10,140.61 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12279 | $630.72 | 2/23/2015 | 444970115 | 1/28/2015 | $630.72 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12476 | $14,743.08 | 3/16/2015 | 4868490215 | 2/13/2015 | $14,743.08 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12865 | $14,613.78 | 4/28/2015 | 886740315 | 3/19/2015 | $14,613.78 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12610 | $12,115.92 | 4/2/2015 | 9282310315 | 3/3/2015 | $12,115.92 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12859 | $271.69 | 4/21/2015 | 9206410315 | 3/11/2015 | $271.69 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12860 | $7,852.53 | 4/21/2015 | 9888260315 | 3/10/2015 | $7,852.53 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12861 | $1,023.93 | 4/21/2015 | 5859200315 | 3/12/2015 | $1,023.93 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12863 | $15,010.27 | 4/27/2015 | 9245850315 | 3/18/2015 | $15,010.27 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12864 | $9,207.64 | 4/27/2015 | 2274280315 | 3/19/2015 | $9,207.64 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

PACIFIC GAS & ELECTRIC COMPANY (CCOPAC002)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 25, 2017                          Exhibit A                          P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12475 | $14,298.98 | 3/16/2015 | 9245850215 | 2/15/2015 | $14,298.98 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:** | **17 transfer(s),** | **$134,941.74** | | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.