# The Rosner Law Group LLC

# Exhibit A

Defendant: **PERFORMLINE INC.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11815 | $20,000.00 | 2/10/2015 | 1470-2 | 12/1/2014 | $2,350.86 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11815 | $20,000.00 | 2/10/2015 | 1470-1 | 12/1/2014 | $17,649.14 |
| **Totals:** | | **1 transfer(s),** | **$20,000.00** | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.