# The Rosner Law Group LLC

# Exhibit A

| | |
|---|---|
| Defendant: | **PLATINUM RESOURCE GROUP** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5239 | 11/8/2014 | $3,100.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5177 | 10/25/2014 | $2,140.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5179 | 10/25/2014 | $3,000.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5206 | 11/1/2014 | $2,140.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5208 | 11/1/2014 | $3,200.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5235 | 11/8/2014 | $2,140.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5236 | 11/8/2014 | $620.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5149 | 10/18/2014 | $2,140.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5238 | 11/8/2014 | $4,640.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5302 | 11/22/2014 | $3,100.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5268 | 11/15/2014 | $2,140.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5269 | 11/15/2014 | $3,520.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5270 | 11/15/2014 | $4,640.00 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5271 | 11/15/2014 | $3,300.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5299 | 11/22/2014 | $2,140.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5300 | 11/22/2014 | $3,520.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5301 | 11/22/2014 | $4,640.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11980 | $53,640.00 | 2/5/2015 | 5237 | 11/8/2014 | $3,520.00 |

**Totals:**       **1 transfer(s),**    **$53,640.00**

*As described in the Complaint, this Debtor is the ultimate transferor debtor.