# The Rosner Law Group LLC

# Exhibit A

Defendant: **QUALITY TECHNOLOGY SERVICES**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12869 | $15,001.00 | 4/24/2015 | SACINV06269 | 2/25/2015 | $15,001.00 |
| **Totals:** | **1 transfer(s),** | **$15,001.00** | | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.