# The Rosner Law Group LLC                                    Exhibit A

Defendant: **QUINSTREET, INC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12102 | $18,150.00 | 2/3/2015 | 65456 | 1/26/2015 | $18,150.00 |
| **Totals:** | | **1 transfer(s),** | **$18,150.00** | | | | |