# The Rosner Law Group LLC                                    Exhibit A

| | | |
|---|---|---|
| Defendant: | **ROCKY MOUNTAIN POWER** | |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** | |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11681 | $32,791.61 | 2/3/2015 | 7103961214 | 12/26/2014 | $32,791.61 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11680 | $3,101.95 | 2/3/2015 | 4500251214 | 12/24/2014 | $3,101.95 |
| **Totals:** | **2 transfer(s),** | **$35,893.56** | | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.