# The Rosner Law Group LLC  Exhibit A

Defendant: **ROSS LAW GROUP**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 77452 | $40,000.00 | 2/18/2015 | W-4645 | 2/18/2015 | $40,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: | 1 transfer(s), | $40,000.00 | | | | | |