# The Rosner Law Group LLC

# Exhibit A

| | |
|---|---|
| Defendant: | **RTM PRODUCTIONS, INC.** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12873 | $37,870.82 | 4/20/2015 | 201409168 | 6/30/2014 | $32,787.50 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12873 | $37,870.82 | 4/20/2015 | 201408165 | 6/30/2014 | $2,541.66 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12873 | $37,870.82 | 4/20/2015 | 201408164 | 6/1/2014 | $2,541.66 |

**Totals:** **1 transfer(s),** **$37,870.82**