# The Rosner Law Group LLC         Exhibit A

Defendant: **SHIPPINGSOURCE.COM, INC.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11870 | $12,040.00 | 2/3/2015 | S648510 | 1/5/2015 | $12,040.00 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 84316 | $2,732.00 | 4/27/2015 | W-4792 | 4/27/2015 | $2,732.00 |
| **Totals:** | | **2 transfer(s),** | **$14,772.00** | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.