# The Rosner Law Group LLC

# Exhibit A

Defendant: **SOURCE GAS DISTRIBUTION LLC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11686 | $30,040.54 | 2/3/2015 | 109970115 | 1/7/2015 | $30,040.54 |
| **Totals:** | **1 transfer(s),** | **$30,040.54** | | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.