# The Rosner Law Group LLC

# Exhibit A

Defendant: **SUNGARD AVAILABILITY SERVICES**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11984 | $23,231.96 | 2/3/2015 | 152530351 | 11/19/2014 | $23,231.96 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11983 | $4,394.00 | 2/13/2015 | 152531429 | 11/19/2014 | $4,394.00 |
| **Totals:** | | **2 transfer(s),** | **$27,625.96** | | | | |