# The Rosner Law Group LLC                   Exhibit A

| | |
|---|---|
| Defendant: | **TAMPA ELECTRIC COMPANY** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12185 | $3,487.04 | 2/13/2015 | 1019400115 | 1/30/2015 | $3,487.04 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12184 | $3,763.63 | 2/13/2015 | 1458020115 | 1/30/2015 | $3,763.63 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12183 | $3,273.34 | 2/13/2015 | 1019401214A | 12/31/2014 | $3,273.34 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12182 | $3,735.70 | 2/13/2015 | 1458021214A | 12/31/2014 | $3,735.70 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11692 | $32.76 | 2/4/2015 | 8307950115 | 1/9/2015 | $32.76 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11691 | $265.80 | 2/4/2015 | 1740910115 | 1/8/2015 | $265.80 |

Totals:    6 transfer(s),    $14,558.27

*As described in the Complaint, this Debtor is the ultimate transferor debtor.