# The Rosner Law Group LLC

# Exhibit A

Defendant: **TRI DIMENSIONAL SOLUTIONS INC.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 12883 | $20,828.00 | 4/21/2015 | ASO120 | 10/12/2014 | $17,400.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 12883 | $20,828.00 | 4/21/2015 | ASO119 | 10/6/2014 | $17,400.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 12883 | $20,828.00 | 4/21/2015 | ASO118 | 9/28/2014 | $16,140.00 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 12883 | $20,828.00 | 4/21/2015 | ASO117 | 9/21/2014 | $17,680.00 |

**Totals:** 1 transfer(s), $20,828.00

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

TRI DIMENSIONAL SOLUTIONS INC. (CCOTRI001)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 25, 2017                              Exhibit A                              P. 1