# The Rosner Law Group LLC                                    Exhibit A

Defendant: **TRI-AD**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12511 | $19,845.92 | 3/23/2015 | 47935268 | 1/8/2015 | $19,845.92 |
| **Totals:** | | **1 transfer(s),** | **$19,845.92** | | | | |