# The Rosner Law Group LLC

# Exhibit A

| | |
|---|---|
| Defendant: | **TRU SPLENDOR COMMERCIAL BUILDING MAINT** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12688 | $7,815.50 | 4/8/2015 | 2652085 | 3/11/2015 | $7,815.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12683 | $7,700.00 | 4/7/2015 | 2652081 | 2/11/2015 | $7,700.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12651 | $7,815.50 | 4/3/2015 | 2652083 | 3/11/2015 | $7,815.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11935 | $8,000.00 | 2/6/2015 | 2652069 | 1/5/2015 | $8,000.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11934 | $8,000.00 | 2/6/2015 | 2652070 | 1/5/2015 | $8,000.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11933 | $8,000.00 | 2/6/2015 | 2652071 | 1/5/2015 | $8,000.00 |

**Totals:** 6 transfer(s), $47,331.00

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

TRU SPLENDOR COMMERCIAL BUILDING MAINT (CCOTRU001)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 25, 2017    Exhibit A    P. 1