Defendant: **VCOM SOLUTIONS**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-4 | 2/12/2015 | $365.31 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-11 | 2/12/2015 | $1,824.63 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-10 | 2/12/2015 | $309.58 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12692 | $106,982.90 | 4/9/2015 | 0006770215-1 | 2/12/2015 | $289.73 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | CORP00067720150312 | 3/12/2015 | $52,661.28 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-9 | 2/12/2015 | $1,181.70 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-8 | 2/12/2015 | $1,631.97 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-7 | 2/12/2015 | $776.15 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-31 | 2/12/2015 | $1,781.24 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-5 | 2/12/2015 | $2,462.19 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-14 | 2/12/2015 | $1,626.97 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-38 | 2/12/2015 | $380.67 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-37 | 2/12/2015 | $31.16 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-36 | 2/12/2015 | $2,469.26 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-35 | 2/12/2015 | $271.46 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-34 | 2/12/2015 | $3,493.35 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-33 | 2/12/2015 | $1,351.42 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-32 | 2/12/2015 | $448.52 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-6 | 2/12/2015 | $968.07 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-21 | 2/12/2015 | $270.52 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12692 | $106,982.90 | 4/9/2015 | 0006770215-3 | 2/12/2015 | $632.60 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-29 | 2/12/2015 | $1,181.66 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-28 | 2/12/2015 | $1,511.05 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-27 | 2/12/2015 | $308.52 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-26 | 2/12/2015 | $1,180.88 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-25 | 2/12/2015 | $2,012.55 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-24 | 2/12/2015 | $283.47 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-12 | 2/12/2015 | $2,361.84 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-22 | 2/12/2015 | $6,555.23 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-13 | 2/12/2015 | $421.26 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-20 | 2/12/2015 | $1,181.13 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12692 | $106,982.90 | 4/9/2015 | 0006770215-2 | 2/12/2015 | $1,330.67 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-19 | 2/12/2015 | $1,461.35 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-18 | 2/12/2015 | $284.20 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-17 | 2/12/2015 | $1,177.56 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-16 | 2/12/2015 | $6,096.47 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

VCOM SOLUTIONS (CCOVCO001)

Bankruptcy Case: Corinthian Colleges, Inc.

Apr 25, 2017

Exhibit A

P. 2

| Debtor Transferor(s) | Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-15 | 2/12/2015 | $349.43 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-30 | 2/12/2015 | $1,925.82 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12692 | $106,982.90 | 4/9/2015 | 0006770215-23 | 2/12/2015 | $2,132.03 |

**Totals:** 1 transfer(s), $106,982.90

*As described in the Complaint, this Debtor is the ultimate transferor debtor.