# The Rosner Law Group LLC

# Exhibit A

Defendant: **VFMS LLC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5697S | 12/29/2014 | $6,871.69 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5550L | 10/27/2014 | $1,850.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5551J | 10/27/2014 | $10,100.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5568L | 11/21/2014 | $1,850.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5569J | 11/21/2014 | $10,100.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5570S | 11/21/2014 | $6,409.53 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5571J | 11/21/2014 | $1,200.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12718 | $5,102.07 | 4/16/2015 | 5549S | 10/27/2014 | $5,102.07 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5695J | 12/29/2014 | $10,100.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5935J | 2/27/2015 | $10,100.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5749S | 1/12/2015 | $452.90 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5805J | 1/30/2015 | $10,100.00 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5807L | 1/30/2015 | $1,850.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5808S | 1/30/2015 | $5,882.50 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5932S | 2/27/2015 | $5,094.05 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5934L | 2/27/2015 | $1,850.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12911 | $85,660.67 | 4/28/2015 | 5694L | 12/29/2014 | $1,850.00 |

**Totals:**    2 transfer(s),    $90,762.74

*As described in the Complaint, this Debtor is the ultimate transferor debtor.