# The Rosner Law Group LLC

# Exhibit A

| | |
|---|---|
| Defendant: | **WALTERS WHOLESALE ELECTRIC CO.** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12327 | $20,285.64 | 2/24/2015 | 711156100 | 12/5/2014 | $2,061.25 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12326 | $5,563.37 | 2/24/2015 | 140795002 | 12/23/2014 | $85.53 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12326 | $5,563.37 | 2/24/2015 | 710030600 | 11/12/2014 | $4,028.20 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12326 | $5,563.37 | 2/24/2015 | 710148502 | 12/1/2014 | $1,228.60 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12327 | $20,285.64 | 2/24/2015 | 103858601 | 12/12/2014 | $247.49 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12327 | $20,285.64 | 2/24/2015 | 103858602 | 12/12/2014 | $246.81 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12327 | $20,285.64 | 2/24/2015 | 103865101 | 12/12/2014 | $5,994.93 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12327 | $20,285.64 | 2/24/2015 | 103894800 | 12/12/2014 | $43.76 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12327 | $20,285.64 | 2/24/2015 | 103894900 | 12/12/2014 | $38.47 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12326 | $5,563.37 | 2/24/2015 | 140795001 | 12/16/2014 | $221.04 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12327 | $20,285.64 | 2/24/2015 | 103935300 | 12/31/2014 | $8,707.37 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12380 | $12,184.65 | 3/3/2015 | 104034201 | 1/30/2015 | $5,994.93 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

WALTERS WHOLESALE ELECTRIC CO. (CCOWAL004)
Bankruptcy Case: Corinthian Colleges, Inc.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12327 | $20,285.64 | 2/24/2015 | 711339500 | 12/11/2014 | $1,500.93 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12327 | $20,285.64 | 2/24/2015 | 711339501 | 12/11/2014 | $45.68 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12327 | $20,285.64 | 2/24/2015 | 711339800 | 12/11/2014 | $920.59 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12327 | $20,285.64 | 2/24/2015 | 711339900 | 12/11/2014 | $280.19 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12380 | $12,184.65 | 3/3/2015 | 103935303 | 1/5/2015 | $234.57 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12380 | $12,184.65 | 3/3/2015 | 103935304 | 1/6/2015 | $964.60 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12380 | $12,184.65 | 3/3/2015 | 103976200 | 1/8/2015 | $4,407.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12380 | $12,184.65 | 3/3/2015 | 103994000 | 1/6/2015 | $583.55 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12327 | $20,285.64 | 2/24/2015 | 103932300 | 12/22/2014 | $198.17 |

**Totals:**    **3 transfer(s),**    **$38,033.66**

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

WALTERS WHOLESALE ELECTRIC CO. (CCOWAL004)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 25, 2017

Exhibit A