# The Rosner Law Group LLC

# Exhibit A

| | |
|---|---|
| Defendant: | **WASHINGTON DEPT OF LABOR AND INDUSTRIES** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12112 | $2,764.76 | 2/4/2015 | CKRQ011415F | 1/14/2015 | $2,764.76 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12111 | $82.32 | 2/4/2015 | CKRQ011415E | 1/14/2015 | $82.32 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12110 | $3,452.11 | 2/4/2015 | CKRQ011415D | 1/14/2015 | $3,452.11 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12109 | $10,653.44 | 2/4/2015 | CKRQ011415C | 1/14/2015 | $10,653.44 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12108 | $819.73 | 2/4/2015 | CKRQ011515 | 1/15/2015 | $819.73 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12107 | $152.02 | 2/4/2015 | CKRQ011415B | 1/14/2015 | $152.02 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12106 | $312.05 | 2/4/2015 | CKRQ011415A | 1/14/2015 | $312.05 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12105 | $1,571.25 | 2/4/2015 | CKRQ011415 | 1/14/2015 | $1,571.25 |

**Totals:** 8 transfer(s), $19,807.68