# The Rosner Law Group LLC

# Exhibit A

Defendant: **ZENG'S INVESTMENT LLC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 84329 | $62,827.20 | 4/27/2015 | W-4787 | 4/27/2015 | $62,827.20 |
| **Totals:** | | 1 transfer(s), | $62,827.20 | | | | |