

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **225 North Federal Highway LLC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-18 | 12/16/2014 | $214.50 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-10 | 12/16/2014 | $26,241.17 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-11 | 12/16/2014 | $22,666.17 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-12 | 12/16/2014 | $500.00 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-13 | 12/16/2014 | $10,268.38 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-14 | 12/16/2014 | $4,815.33 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-15 | 12/16/2014 | $368.84 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-1 | 12/16/2014 | $112,359.97 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-17 | 12/16/2014 | $1,359.97 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-9 | 12/16/2014 | $3,575.00 |

225 North Federal Highway LLC (CCO225001)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                             Exhibit A                             P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-2 | 12/16/2014 | $47,560.60 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-3 | 12/16/2014 | $80,255.42 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-4 | 12/16/2014 | $275.64 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-5 | 12/16/2014 | $2,700.72 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-6 | 12/16/2014 | $3,170.73 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-7 | 12/16/2014 | $52,500.00 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-8 | 12/16/2014 | $58,647.09 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10165 | $430,629.53 | 2/4/2015 | JAN2015RENT0255US0077-16 | 12/16/2014 | $3,150.00 |

Totals:    1 transfer(s),    $430,629.53

*As described in the Complaint, this Debtor is the ultimate transferor debtor.