| ATTORNEYS AT LAW

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **The Abernathy MacGregor Group Inc.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084931 | $50,000.00 | 4/16/2015 | W-4746 | 4/16/2015 | $50,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084914 | $50,000.00 | 4/10/2015 | W-4736 | 4/10/2015 | $50,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084304 | $50,000.00 | 4/28/2015 | W-4796 | 4/28/2015 | $50,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084303 | $100,000.00 | 4/24/2015 | W-4776 | 4/24/2015 | $100,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0077489 | $50,000.00 | 2/20/2015 | W-4650 | 2/20/2015 | $50,000.00 |

**Totals:     5 transfer(s),    $300,000.00**

The Abernathy MacGregor Group Inc. (CCOABE001)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                    Exhibit A                    P. 1