

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **ABM Building Solutions, LLC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 153038 | 12/16/2014 | $874.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12304 | $7,644.00 | 2/23/2015 | 153045 | 12/16/2014 | $2,548.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12304 | $7,644.00 | 2/23/2015 | 153046 | 12/16/2014 | $2,548.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 151879 | 10/1/2014 | $874.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 151880 | 10/1/2014 | $647.17 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 151882 | 10/1/2014 | $3,399.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 151883 | 10/1/2014 | $2,611.25 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 152010 | 10/1/2014 | $2,548.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 152259 | 10/31/2014 | $874.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 152260 | 10/31/2014 | $647.17 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 152261 | 10/31/2014 | $3,399.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12304 | $7,644.00 | 2/23/2015 | 152271 | 10/31/2014 | $2,548.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 153037 | 12/16/2014 | $874.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 768981 | 12/16/2014 | $2,474.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 153039 | 12/16/2014 | $647.17 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 153040 | 12/16/2014 | $647.17 |

ABM Building Solutions, LLC (CCOABM001)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                                    Exhibit A                                    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 153041 | 12/16/2014 | $3,399.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 153042 | 12/16/2014 | $3,399.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 153044 | 12/16/2014 | $2,611.25 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 153096 | 12/18/2014 | $1,498.08 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 153126 | 12/22/2014 | $1,485.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 766883 | 10/1/2014 | $2,474.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 767060 | 9/30/2014 | $330.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 768979 | 12/16/2014 | $2,474.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 768980 | 12/16/2014 | $2,474.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12445 | $43,176.51 | 3/9/2015 | 152262 | 10/31/2014 | $2,611.25 |

Totals:    2 transfer(s),    $50,820.51

*As described in the Complaint, this Debtor is the ultimate transferor debtor.