ATTORNEYS AT LAW

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Ambassador College Bookstores, Inc. dba Ambassador Education Solutions**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | Wire:2/26/2015 | $74,390.22 | 2/26/2015 | O/A:Wire:2/26/2015 |  | $74,390.22 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084928 | $316,528.70 | 3/5/2015 | W-4675ADJ | 3/5/2015 | $316,528.70 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084927 | $167,437.18 | 2/19/2015 | W-4649ADJ | 2/19/2015 | $167,437.18 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084926 | $152,274.72 | 2/12/2015 | W-4639ADJ | 2/12/2015 | $152,274.72 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084925 | $1,931,855.17 | 2/5/2015 | W-4630ADJ | 2/5/2015 | $1,931,855.17 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084900 | $239,295.61 | 4/16/2015 | W-4748 | 4/16/2015 | $239,295.61 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084878 | $117,346.71 | 4/8/2015 | W-4720 | 4/8/2015 | $117,346.71 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084863 | $70,764.81 | 4/2/2015 | W-4709 | 4/2/2015 | $70,764.81 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084853 | $57,564.63 | 3/26/2015 | W-4697 | 3/26/2015 | $57,564.63 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0077547 | $51,564.90 | 3/11/2015 | W-4679 | 3/11/2015 | $51,564.90 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0077546 | $22,468.27 | 3/19/2015 | W-4688 | 3/19/2015 | $22,468.27 |

**Totals:    11 transfer(s),    $3,201,490.92**

Ambassador College Bookstores, Inc. dba Ambassador Education Solutions (CCOAMB001)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                        Exhibit A                        P. 1