

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

**Defendant:** **Arkansas State Board of Private Career Education**
**Bankruptcy Case:** **Corinthian Colleges, Inc.**
**Preference Period:** **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 10602 | $22,375.00 | 2/6/2015 | CKRQ12181405666 | 12/31/2014 | $22,375.00 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 10545 | $50.00 | 2/6/2015 | CKRQ12291404177 | 12/29/2014 | $50.00 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10477 | $375.00 | 2/6/2015 | CKRQ12091449033 | 12/9/2014 | $375.00 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 10334 | $50.00 | 2/6/2015 | CKRQ12031404174 | 12/3/2014 | $50.00 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 10333 | $50.00 | 2/6/2015 | CKRQ12031404173 | 12/3/2014 | $50.00 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 10332 | $50.00 | 2/6/2015 | CKRQ12031404172 | 12/3/2014 | $50.00 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 10331 | $50.00 | 2/6/2015 | CKRQ12031404171 | 12/3/2014 | $50.00 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 10330 | $50.00 | 2/6/2015 | CKRQ12031404170 | 12/3/2014 | $50.00 |

**Totals:** 8 transfer(s), $23,050.00

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Arkansas State Board of Private Career Education (CCOARK003)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                                              Exhibit A                                              P. 1