

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Autonomy, Inc.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-12 | 9/25/2014 | $156.88 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-88 | 8/22/2014 | $35.02 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-89 | 8/22/2014 | $711.11 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-9 | 8/22/2014 | $139.13 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-90 | 8/22/2014 | $40.32 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-1 | 9/25/2014 | $35.68 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-71 | 8/22/2014 | $214.56 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-11 | 9/25/2014 | $96.42 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-85 | 8/22/2014 | $149.32 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-13 | 9/25/2014 | $93.68 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-14 | 9/25/2014 | $532.92 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-15 | 9/25/2014 | $121.69 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-16 | 9/25/2014 | $119.63 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-17 | 9/25/2014 | $207.41 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-18 | 9/25/2014 | $115.92 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-10 | 9/25/2014 | $100.48 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-8 | 8/22/2014 | $83.65 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-1 | 8/22/2014 | $17.92 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-73 | 8/22/2014 | $103.94 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-74 | 8/22/2014 | $64.72 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-75 | 8/22/2014 | $56.34 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-76 | 8/22/2014 | $47.04 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-77 | 8/22/2014 | $69.59 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-87 | 8/22/2014 | $63.64 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-79 | 8/22/2014 | $117.49 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-86 | 8/22/2014 | $39.92 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-80 | 8/22/2014 | $120.30 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-81 | 8/22/2014 | $95.84 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-82 | 8/22/2014 | $70.08 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-83 | 8/22/2014 | $96.96 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-84 | 8/22/2014 | $36.05 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-20 | 9/25/2014 | $48.08 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-78 | 8/22/2014 | $108.90 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-43 | 9/25/2014 | $166.99 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-19 | 9/25/2014 | $99.37 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-37 | 9/25/2014 | $134.15 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-38 | 9/25/2014 | $96.34 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-39 | 9/25/2014 | $188.26 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-4 | 9/25/2014 | $34.31 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-40 | 9/25/2014 | $275.39 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-35 | 9/25/2014 | $70.52 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-42 | 9/25/2014 | $100.07 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-34 | 9/25/2014 | $63.24 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-44 | 9/25/2014 | $90.83 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-45 | 9/25/2014 | $166.10 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-46 | 9/25/2014 | $286.08 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-47 | 9/25/2014 | $190.62 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-48 | 9/25/2014 | $768.52 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-49 | 9/25/2014 | $155.70 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-41 | 9/25/2014 | $180.01 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-28 | 9/25/2014 | $165.07 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11838 | $51,816.44 | 2/3/2015 | 40140731-70 | 8/22/2014 | $671.35 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-21 | 9/25/2014 | $63.70 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-22 | 9/25/2014 | $34.47 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-23 | 9/25/2014 | $135.88 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-24 | 9/25/2014 | $102.91 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-25 | 9/25/2014 | $109.54 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-36 | 9/25/2014 | $94.22 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-27 | 9/25/2014 | $125.82 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-2 | 9/25/2014 | $83.39 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-29 | 9/25/2014 | $55.03 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-3 | 9/25/2014 | $47.63 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-30 | 9/25/2014 | $119.55 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-31 | 9/25/2014 | $95.11 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-32 | 9/25/2014 | $101.16 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-33 | 9/25/2014 | $15.64 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-26 | 9/25/2014 | $155.63 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-32 | 8/22/2014 | $87.07 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-26 | 8/22/2014 | $131.62 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-27 | 8/22/2014 | $116.46 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-28 | 8/22/2014 | $160.02 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-29 | 8/22/2014 | $38.20 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-3 | 8/22/2014 | $21.95 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-72 | 8/22/2014 | $33.69 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-31 | 8/22/2014 | $161.24 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-23 | 8/22/2014 | $127.77 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-34 | 8/22/2014 | $47.02 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-35 | 8/22/2014 | $57.07 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-36 | 8/22/2014 | $82.58 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-37 | 8/22/2014 | $104.60 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-38 | 8/22/2014 | $82.75 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-39 | 8/22/2014 | $177.65 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-30 | 8/22/2014 | $109.79 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-18 | 8/22/2014 | $106.05 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-10 | 8/22/2014 | $87.62 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-11 | 8/22/2014 | $81.67 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-12 | 8/22/2014 | $149.49 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-13 | 8/22/2014 | $78.30 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-14 | 8/22/2014 | $575.21 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-15 | 8/22/2014 | $111.16 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-25 | 8/22/2014 | $98.50 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-17 | 8/22/2014 | $207.33 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-24 | 8/22/2014 | $85.61 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-19 | 8/22/2014 | $84.92 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-2 | 8/22/2014 | $69.37 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-20 | 8/22/2014 | $39.05 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-21 | 8/22/2014 | $47.82 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-22 | 8/22/2014 | $15.34 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-41 | 8/22/2014 | $178.23 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-16 | 8/22/2014 | $109.91 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-64 | 8/22/2014 | $1,712.56 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-4 | 8/22/2014 | $15.97 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-58 | 8/22/2014 | $331.42 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-59 | 8/22/2014 | $73.01 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-6 | 8/22/2014 | $411.83 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-60 | 8/22/2014 | $213.02 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-61 | 8/22/2014 | $159.70 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-56 | 8/22/2014 | $60.27 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-63 | 8/22/2014 | $5,095.28 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-55 | 8/22/2014 | $74.78 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-65 | 8/22/2014 | $352.17 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-66 | 8/22/2014 | $160.27 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-67 | 8/22/2014 | $43.48 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-68 | 8/22/2014 | $119.33 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11838 | $51,816.44 | 2/3/2015 | 40140731-69 | 8/22/2014 | $20.68 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-7 | 8/22/2014 | $44.76 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-62 | 8/22/2014 | $254.97 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-49 | 8/22/2014 | $150.89 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-51 | 9/25/2014 | $58.27 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-42 | 8/22/2014 | $88.30 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-43 | 8/22/2014 | $163.27 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-44 | 8/22/2014 | $123.99 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-45 | 8/22/2014 | $162.28 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-46 | 8/22/2014 | $294.66 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-57 | 8/22/2014 | $169.72 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-48 | 8/22/2014 | $911.35 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-40 | 8/22/2014 | $271.86 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-5 | 8/22/2014 | $1.92 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-50 | 8/22/2014 | $101.70 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-51 | 8/22/2014 | $41.72 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-52 | 8/22/2014 | $137.57 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-53 | 8/22/2014 | $57.62 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-54 | 8/22/2014 | $177.20 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40140731-47 | 8/22/2014 | $189.13 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-52 | 10/27/2014 | $182.86 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-46 | 10/27/2014 | $291.04 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-47 | 10/27/2014 | $192.49 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-48 | 10/27/2014 | $739.52 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-49 | 10/27/2014 | $158.55 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-5 | 10/27/2014 | $22.71 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-5 | 9/25/2014 | $22.41 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-51 | 10/27/2014 | $58.95 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-43 | 10/27/2014 | $170.81 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-53 | 10/27/2014 | $89.18 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-54 | 10/27/2014 | $76.46 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-55 | 10/27/2014 | $192.37 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-56 | 10/27/2014 | $340.65 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-57 | 10/27/2014 | $93.37 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-58 | 10/27/2014 | $217.81 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-50 | 10/27/2014 | $114.86 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-38 | 10/27/2014 | $98.20 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-30 | 10/27/2014 | $121.75 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-31 | 10/27/2014 | $96.58 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-32 | 10/27/2014 | $102.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-33 | 10/27/2014 | $15.95 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-34 | 10/27/2014 | $64.77 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-35 | 10/27/2014 | $71.89 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-45 | 10/27/2014 | $168.54 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-37 | 10/27/2014 | $130.89 |
| ETON Education, Inc.* and Corinthian Colleges, Inc. | ETON Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-44 | 10/27/2014 | $93.72 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-39 | 10/27/2014 | $191.18 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-4 | 10/27/2014 | $33.68 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-40 | 10/27/2014 | $282.16 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-41 | 10/27/2014 | $184.09 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-42 | 10/27/2014 | $102.81 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-60 | 10/27/2014 | $252.93 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-36 | 10/27/2014 | $98.49 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-83 | 10/27/2014 | $96.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-59 | 10/27/2014 | $169.89 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-77 | 10/27/2014 | $84.05 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-78 | 10/27/2014 | $124.11 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-79 | 10/27/2014 | $128.31 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-8 | 10/27/2014 | $98.63 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-80 | 10/27/2014 | $119.47 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-75 | 10/27/2014 | $73.96 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-82 | 10/27/2014 | $93.67 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-74 | 10/27/2014 | $83.00 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-84 | 10/27/2014 | $56.41 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-85 | 10/27/2014 | $157.61 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-86 | 10/27/2014 | $79.16 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-87 | 10/27/2014 | $52.89 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-88 | 10/27/2014 | $679.11 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-89 | 10/27/2014 | $59.32 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-81 | 10/27/2014 | $107.21 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-68 | 10/27/2014 | $129.66 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-28 | 10/27/2014 | $168.75 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-61 | 10/27/2014 | $4,237.13 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-62 | 10/27/2014 | $1,877.16 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-63 | 10/27/2014 | $72.60 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-64 | 10/27/2014 | $146.34 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-65 | 10/27/2014 | $329.14 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-76 | 10/27/2014 | $64.25 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-67 | 10/27/2014 | $60.09 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-6 | 10/27/2014 | $395.30 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11838 | $51,816.44 | 2/3/2015 | 40145932-69 | 10/27/2014 | $39.75 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-7 | 10/27/2014 | $65.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11838 | $51,816.44 | 2/3/2015 | 40145932-70 | 10/27/2014 | $649.39 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-71 | 10/27/2014 | $218.02 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-72 | 10/27/2014 | $52.28 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-73 | 10/27/2014 | $115.75 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-66 | 10/27/2014 | $166.24 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-74 | 9/25/2014 | $82.39 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-80 | 9/25/2014 | $125.50 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-68 | 9/25/2014 | $127.87 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11838 | $51,816.44 | 2/3/2015 | 40143354-69 | 9/25/2014 | $39.24 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-7 | 9/25/2014 | $63.47 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11838 | $51,816.44 | 2/3/2015 | 40143354-70 | 9/25/2014 | $687.38 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-71 | 9/25/2014 | $213.41 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-66 | 9/25/2014 | $163.12 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-73 | 9/25/2014 | $114.45 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-65 | 9/25/2014 | $336.72 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-75 | 9/25/2014 | $71.53 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-76 | 9/25/2014 | $63.18 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-77 | 9/25/2014 | $85.98 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-78 | 9/25/2014 | $119.15 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-79 | 9/25/2014 | $126.47 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-3 | 10/27/2014 | $48.26 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-72 | 9/25/2014 | $51.17 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-59 | 9/25/2014 | $86.60 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-9 | 10/27/2014 | $151.75 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-52 | 9/25/2014 | $144.52 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-53 | 9/25/2014 | $72.40 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-54 | 9/25/2014 | $180.25 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-55 | 9/25/2014 | $87.68 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-56 | 9/25/2014 | $74.92 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-67 | 9/25/2014 | $59.75 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-58 | 9/25/2014 | $319.54 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-81 | 9/25/2014 | $106.45 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-6 | 9/25/2014 | $390.46 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-60 | 9/25/2014 | $213.35 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-61 | 9/25/2014 | $165.11 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-62 | 9/25/2014 | $249.38 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-63 | 9/25/2014 | $4,653.60 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-64 | 9/25/2014 | $1,584.50 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-57 | 9/25/2014 | $195.84 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-22 | 10/27/2014 | $35.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-8 | 9/25/2014 | $96.93 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-16 | 10/27/2014 | $121.67 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-17 | 10/27/2014 | $232.57 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-18 | 10/27/2014 | $117.23 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-19 | 10/27/2014 | $100.74 |
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-2 | 10/27/2014 | $86.15 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-14 | 10/27/2014 | $561.58 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-21 | 10/27/2014 | $64.61 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-13 | 10/27/2014 | $96.08 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-23 | 10/27/2014 | $147.15 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-24 | 10/27/2014 | $104.52 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-25 | 10/27/2014 | $110.98 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-26 | 10/27/2014 | $158.08 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-27 | 10/27/2014 | $127.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-50 | 9/25/2014 | $112.29 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-20 | 10/27/2014 | $48.76 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-9 | 9/25/2014 | $146.98 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-82 | 9/25/2014 | $91.15 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-83 | 9/25/2014 | $94.45 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-84 | 9/25/2014 | $53.22 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-85 | 9/25/2014 | $155.01 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-86 | 9/25/2014 | $56.54 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-87 | 9/25/2014 | $78.24 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-15 | 10/27/2014 | $126.65 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-89 | 9/25/2014 | $669.91 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-29 | 10/27/2014 | $55.79 |
| Socle Education, Inc.* and Corinthian Colleges, Inc. | Socle Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-90 | 9/25/2014 | $56.40 |
| CDI Education USA, Inc.* and Corinthian Colleges, Inc. | CDI Education USA, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143443 | 9/25/2014 | $2,463.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-1 | 10/27/2014 | $35.34 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-10 | 10/27/2014 | $102.79 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-11 | 10/27/2014 | $103.10 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40145932-12 | 10/27/2014 | $161.50 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11838 | $51,816.44 | 2/3/2015 | 40143354-88 | 9/25/2014 | $52.78 |

**Totals:** 1 transfer(s), $51,816.44

*As described in the Complaint, this Debtor is the ultimate transferor debtor.