

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Avisan Design Group, Inc.** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11994 | $30,644.33 | 2/5/2015 | 1853 | 1/12/2015 | $16,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11994 | $30,644.33 | 2/5/2015 | 1852 | 1/12/2015 | $14,644.33 |
| **Totals:** | | 1 transfer(s), | $30,644.33 | | | | |