

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **C.E.B.M. Inc.** |
|---|---|
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11383 | 2/1/2015 | $3,200.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12347 | $20,149.00 | 3/3/2015 | 11353 | 1/2/2015 | $5,575.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12347 | $20,149.00 | 3/3/2015 | 11354 | 1/2/2015 | $496.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12347 | $20,149.00 | 3/3/2015 | 11356 | 1/2/2015 | $1,491.00 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12347 | $20,149.00 | 3/3/2015 | 11357 | 1/2/2015 | $5,862.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12347 | $20,149.00 | 3/3/2015 | 11358 | 1/2/2015 | $6,725.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12660 | $5,815.00 | 4/8/2015 | 11377 | 2/1/2015 | $5,575.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12660 | $5,815.00 | 4/8/2015 | 11378 | 2/1/2015 | $240.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11379 | 2/1/2015 | $7,995.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11380 | 2/1/2015 | $1,499.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12346 | $7,996.00 | 3/3/2015 | 11355 | 1/2/2015 | $7,996.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11382 | 2/1/2015 | $5,725.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12928 | $9,485.00 | 4/30/2015 | 11442 | 4/1/2015 | $1,490.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11384 | 2/1/2015 | $3,200.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11405 | 3/1/2015 | $5,575.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11406 | 3/1/2015 | $558.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11407 | 3/1/2015 | $7,995.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11408 | 3/1/2015 | $1,192.00 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11409 | 3/1/2015 | $5,862.00 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11410 | 3/1/2015 | $3,200.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11411 | 3/1/2015 | $5,725.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12928 | $9,485.00 | 4/30/2015 | 11441 | 4/1/2015 | $7,995.00 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12695 | $57,588.00 | 4/9/2015 | 11381 | 2/1/2015 | $5,862.00 |

Totals:    5 transfer(s),    $101,033.00

*As described in the Complaint, this Debtor is the ultimate transferor debtor.