

|  | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

**Defendant:** **CPS Energy fdba City Public Service**
**Bankruptcy Case:** **Corinthian Colleges, Inc.**
**Preference Period:** **Feb 3, 2015 - May 4, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11354 | $15,935.77 | 2/4/2015 | 1104261214 | 12/30/2014 | $15,935.77 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11353 | $66.89 | 2/4/2015 | 3280221214 | 12/29/2014 | $66.89 |

**Totals:** 2 transfer(s), $16,002.66

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

CPS Energy fdba City Public Service (CCOCIT056)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                                Exhibit A                                P. 1