

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **CMC Broadcasting Company, Incorporated dba CMC-TV**  
Bankruptcy Case: **Corinthian Colleges, Inc.**  
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12154 | $31,693.95 | 2/12/2015 | 34101 | 11/30/2014 | $4,479.50 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12154 | $31,693.95 | 2/12/2015 | 34071 | 11/30/2014 | $1,734.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12154 | $31,693.95 | 2/12/2015 | 34001 | 10/31/2014 | $6,060.50 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12154 | $31,693.95 | 2/12/2015 | 33771 | 10/31/2014 | $2,346.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12154 | $31,693.95 | 2/12/2015 | 33561 | 9/30/2014 | $2,142.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12154 | $31,693.95 | 2/12/2015 | 33541 | 9/30/2014 | $5,533.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12154 | $31,693.95 | 2/12/2015 | 33211 | 8/31/2014 | $5,533.50 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12154 | $31,693.95 | 2/12/2015 | 33201 | 8/31/2014 | $1,785.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12154 | $31,693.95 | 2/12/2015 | 32791 | 7/31/2014 | $1,275.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12154 | $31,693.95 | 2/12/2015 | 32781RV1 | 7/31/2014 | $4,326.50 |

**Totals:** 1 transfer(s), $31,693.95

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

CMC Broadcasting Company, Incorporated dba CMC-TV (CCOCMC001)  
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017    Exhibit A    P. 1