

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Coco (WY) QRS 16-51, Inc.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12116 | $21,401.84 | 2/11/2015 | CKRQ012715 | 1/27/2015 | $21,401.84 |
| **Totals:** | 1 transfer(s), | $21,401.84 | | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.