

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** **DSA Technologies, Inc. dba Delta Systems Associates**
**Bankruptcy Case:** **Corinthian Colleges, Inc.**
**Preference Period:** **Feb 3, 2015 - May 4, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12706 | $31,332.51 | 4/17/2015 | 15709 | 10/10/2014 | $31,332.51 |
| **Totals:** | **1 transfer(s),** | **$31,332.51** | | | | | |

DSA Technologies, Inc. dba Delta Systems Associates (CCODSA001)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                                 Exhibit A                                 P. 1