

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **eCharter Bus LLC** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12450 | $12,860.00 | 3/16/2015 | 4659 | 12/31/2014 | $8,060.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12450 | $12,860.00 | 3/16/2015 | 4656 | 12/31/2014 | $4,800.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12189 | $86,205.00 | 2/19/2015 | 4616 | 11/30/2014 | $9,280.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12189 | $86,205.00 | 2/19/2015 | 4613 | 11/30/2014 | $6,080.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12189 | $86,205.00 | 2/19/2015 | 4584 | 10/31/2014 | $12,120.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12189 | $86,205.00 | 2/19/2015 | 4581 | 10/31/2014 | $4,200.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12189 | $86,205.00 | 2/19/2015 | 4535 | 9/30/2014 | $11,400.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12189 | $86,205.00 | 2/19/2015 | 4531 | 9/30/2014 | $6,800.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12189 | $86,205.00 | 2/19/2015 | 4504 | 9/15/2014 | $875.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12189 | $86,205.00 | 2/19/2015 | 4463 | 8/31/2014 | $11,080.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12189 | $86,205.00 | 2/19/2015 | 4459 | 8/31/2014 | $6,520.00 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12189 | $86,205.00 | 2/19/2015 | 4387 | 6/30/2014 | $12,100.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12189 | $86,205.00 | 2/19/2015 | 4383 | 6/30/2014 | $5,750.00 |

Totals:    2 transfer(s),    $99,065.00

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

eCharter Bus LLC (CCOECH002)  
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                              Exhibit A                              P. 1