

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Eduvize, LLC** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084893 | $30,000.00 | 4/10/2015 | W-4730 | 4/10/2015 | $30,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084861 | $30,000.00 | 3/27/2015 | W-4701 | 3/27/2015 | $30,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084313 | $773.65 | 4/29/2015 | W-4801 | 4/29/2015 | $773.65 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0077543 | $30,665.82 | 3/13/2015 | W-4683 | 3/13/2015 | $30,665.82 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0077506 | $30,000.00 | 2/27/2015 | W-4667 | 2/24/2015 | $30,000.00 |

**Totals:** 5 transfer(s), $121,439.47