

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Feldstein Grinberg Lang & McKee, P.C.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084945 | $10,000.00 | 4/22/2015 | W-4766 | 4/22/2015 | $10,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084918 | $15,000.00 | 4/16/2015 | W-4751 | 4/16/2015 | $15,000.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084917 | $15,000.00 | 4/10/2015 | W-4734 | 4/10/2015 | $15,000.00 |
| **Totals:** | **3 transfer(s),** | | **$40,000.00** | | | | |

Feldstein Grinberg Lang & McKee, P.C. (CCOFEL001)  
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                                Exhibit A                                P. 1