

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Health Fitness Corporation** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12452 | $15,848.08 | 3/12/2015 | 0090464IN | 11/13/2014 | $15,848.08 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 11962 | $16,223.10 | 2/9/2015 | 0090096IN | 10/14/2014 | $16,223.10 |
| **Totals:** | | **2 transfer(s),** | **$32,071.18** | | | | |

Health Fitness Corporation (CCOHEA004)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017

Exhibit A

P. 1