| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **HP Inc. fdba Hewlett-Packard Company** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11306 | $74,457.85 | 2/20/2015 | 54477365-1 | 6/19/2014 | $124,987.50 |

| | | |
|---|---|---|
| **Totals:** | **1 transfer(s),** | **$74,457.85** |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

HP Inc. fdba Hewlett-Packard Company (CCOHEW002)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017

Exhibit A