

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| Defendant: | **Homer Bonner Jacobs, P.A.** |
|---|---|
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965914 | 1/4/2015 | $18,778.46 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965913 | 1/4/2015 | $495.10 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965911 | 2/4/2015 | $846.06 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965910 | 1/31/2015 | $12,142.20 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965909 | 2/4/2015 | $1,308.80 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965908 | 2/4/2015 | $1,460.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965907 | 2/4/2015 | $397.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965906 | 2/4/2015 | $981.34 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965905 | 2/24/2015 | $671.73 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965689 | 1/6/2015 | $7,318.13 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965687 | 1/6/2015 | $5,092.32 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965686 | 1/6/2015 | $2,464.29 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965685 | 1/6/2015 | $553.50 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12783 | $56,578.21 | 4/21/2015 | 965683 | 1/6/2015 | $4,069.28 |

**Totals:**    1 transfer(s),    $56,578.21