

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Intralinks, Inc.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12709 | $49,916.04 | 4/14/2015 | INV00052509 | 2/17/2015 | $49,916.04 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12132 | $139,212.83 | 2/11/2015 | J10323903 | 12/29/2014 | $708.33 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12132 | $139,212.83 | 2/11/2015 | J10321194 | 11/30/2014 | $708.33 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12132 | $139,212.83 | 2/11/2015 | INV00031815 | 11/16/2014 | $84,381.67 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12132 | $139,212.83 | 2/11/2015 | INV00025504 | 10/16/2014 | $53,414.50 |

Totals:    2 transfer(s),    $189,128.87