

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **J K Moving & Storage, Inc.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084330 | $156,790.92 | 4/24/2015 | W-4770 | 4/24/2015 | $156,790.92 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084344 | $65,370.18 | 5/1/2015 | W-4818 | 5/1/2015 | $65,370.18 |
| **2 Preference Period transfer(s), $222,161.10** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084350 | $81,657.90 | 5/8/2015 | W-4821 | 5/8/2015 | $81,657.90 |
| **1 Post Petition transfer(s), $81,657.90** | | | | | | | |

**Totals: 3 transfer(s), $303,819.00**

J K Moving & Storage, Inc. (CCOJKM001)
Bankruptcy Case: Corinthian Colleges, Inc.
Apr 26, 2017

Exhibit A

P. 1