

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Fox Television Services, LLC dba KICU-TV; and Cox Media Group, LLC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12163 | $177,449.44 | 2/13/2015 | 804317 | 10/7/2014 | $5,559.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12163 | $177,449.44 | 2/13/2015 | 804316 | 10/7/2014 | $1,173.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12163 | $177,449.44 | 2/13/2015 | 803796 | 9/30/2014 | $23,562.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12163 | $177,449.44 | 2/13/2015 | 803794 | 9/30/2014 | $17,340.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12163 | $177,449.44 | 2/13/2015 | 795418 | 8/31/2014 | $36,312.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12163 | $177,449.44 | 2/13/2015 | 795417 | 8/31/2014 | $23,256.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12163 | $177,449.44 | 2/13/2015 | 791330 | 7/31/2014 | $41,310.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12163 | $177,449.44 | 2/13/2015 | 791329 | 7/31/2014 | $25,704.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12163 | $177,449.44 | 2/13/2015 | 785701 | 6/30/2014 | $22,950.00 |
| **Totals:** | | 1 transfer(s), | $177,449.44 | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Fox Television Services, LLC dba KICU-TV; and Cox Media Group, LLC (CCOKIC001)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017    Exhibit A    P. 1