

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Hearst Television Inc. dba KQCA** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12169 | $82,359.05 | 2/13/2015 | 11258771 | 9/14/2014 | $850.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12169 | $82,359.05 | 2/13/2015 | 11258761 | 8/31/2014 | $1,910.80 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12169 | $82,359.05 | 2/13/2015 | 11258732 | 8/3/2014 | $489.60 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12169 | $82,359.05 | 2/13/2015 | 11258731 | 7/27/2014 | $1,856.40 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12169 | $82,359.05 | 2/13/2015 | 11254231 | 9/14/2014 | $9,477.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12169 | $82,359.05 | 2/13/2015 | 11254211 | 8/31/2014 | $36,167.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12169 | $82,359.05 | 2/13/2015 | 11254192 | 8/3/2014 | $6,936.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12169 | $82,359.05 | 2/13/2015 | 11254191 | 7/27/2014 | $24,671.25 |

**Totals:**      **1 transfer(s),**    **$82,359.05**

*As described in the Complaint, this Debtor is the ultimate transferor debtor.