

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Nexstar Broadcasting, Inc. dba KRON-TV**  
**Bankruptcy Case:** **Corinthian Colleges, Inc.**  
**Preference Period:** **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12170 | $104,660.50 | 2/13/2015 | 670129 | 11/30/2014 | $15,172.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12170 | $104,660.50 | 2/13/2015 | 667261 | 11/2/2014 | $3,570.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12170 | $104,660.50 | 2/13/2015 | 664046 | 10/26/2014 | $15,640.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12170 | $104,660.50 | 2/13/2015 | 658378 | 10/5/2014 | $1,785.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12170 | $104,660.50 | 2/13/2015 | 652638 | 9/28/2014 | $16,617.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12170 | $104,660.50 | 2/13/2015 | 646470 | 8/31/2014 | $18,530.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12170 | $104,660.50 | 2/13/2015 | 646469 | 8/31/2014 | $10,642.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12170 | $104,660.50 | 2/13/2015 | 646468 | 8/31/2014 | $6,783.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12170 | $104,660.50 | 2/13/2015 | 642162 | 8/3/2014 | $2,040.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12170 | $104,660.50 | 2/13/2015 | 642137 | 8/3/2014 | $2,550.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12170 | $104,660.50 | 2/13/2015 | 639555 | 7/27/2014 | $1,768.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12170 | $104,660.50 | 2/13/2015 | 639361 | 7/27/2014 | $9,562.50 |

**Totals:** 1 transfer(s), $104,660.50

*As described in the Complaint, this Debtor is the ultimate transferor debtor.