

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Fox Television Stations, LLC dba KTVU-TV; and Cox Media Group, LLC** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12171 | $189,742.93 | 2/13/2015 | 804318 | 10/7/2014 | $15,461.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12171 | $189,742.93 | 2/13/2015 | 803800 | 9/30/2014 | $66,759.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12171 | $189,742.93 | 2/13/2015 | 795421 | 8/31/2014 | $65,747.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12171 | $189,742.93 | 2/13/2015 | 791331 | 7/31/2014 | $62,857.50 |

**Totals:** 1 transfer(s),   $189,742.93

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Fox Television Stations, LLC dba KTVU-TV; and Cox Media Group, LLC (CCOKTV001)  
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                                       Exhibit A                                       P. 1