

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Lincoln Printing Plus, Inc.** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51294 | 11/5/2014 | $15.90 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51329 | 11/13/2014 | $187.28 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51318 | 11/5/2014 | $491.16 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51317 | 11/6/2014 | $175.79 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51316 | 11/6/2014 | $814.96 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51304 | 11/7/2014 | $666.57 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51303 | 11/7/2014 | $27.03 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51200 | 10/27/2014 | $86.93 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51301 | 11/7/2014 | $25.44 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51360 | 11/25/2014 | $823.77 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51293 | 11/5/2014 | $179.19 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51292 | 11/5/2014 | $113.63 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51242 | 10/31/2014 | $2,559.22 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51241 | 11/5/2014 | $216.10 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51240 | 11/5/2014 | $996.04 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51239 | 11/5/2014 | $2,296.86 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51302 | 11/7/2014 | $12.72 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51403 | 12/15/2014 | $602.08 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51570 | 12/22/2014 | $27.76 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51569 | 12/22/2014 | $174.38 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51517 | 12/15/2014 | $227.11 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51496 | 12/11/2014 | $10.07 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51495 | 12/11/2014 | $15.26 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51451 | 12/18/2014 | $122.93 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51330 | 11/13/2014 | $86.06 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51449 | 12/18/2014 | $615.29 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51359 | 11/25/2014 | $741.27 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51402 | 12/15/2014 | $1,807.08 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51401 | 12/15/2014 | $1,649.29 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51364 | 11/25/2014 | $191.15 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51363 | 11/25/2014 | $2,462.19 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51362 | 11/26/2014 | $1,281.73 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51361 | 12/4/2014 | $4,561.16 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51571 | 12/22/2014 | $63.07 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 12096 | $24,738.00 | 2/6/2015 | 51450 | 12/18/2014 | $411.53 |

**Totals:**     1 transfer(s),     $24,738.00

*As described in the Complaint, this Debtor is the ultimate transferor debtor.