

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Maintenance of Austin, Inc.**
**Bankruptcy Case:** **Corinthian Colleges, Inc.**
**Preference Period:** **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11916 | $17,171.67 | 2/3/2015 | 915327 | 1/1/2015 | $17,171.67 |

| Totals: | 1 transfer(s), | $17,171.67 |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Maintenance of Austin, Inc. (CCOMAI003)  
Bankruptcy Case: Corinthian Colleges, Inc.  
Apr 26, 2017

Exhibit A

P. 1