

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Modern Parking, Inc.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12934 | $3,790.00 | 4/30/2015 | 5679 | 4/6/2015 | $3,790.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12674 | $3,027.50 | 4/7/2015 | 5671 | 3/4/2015 | $3,027.50 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12377 | $5,277.50 | 3/3/2015 | 5651 | 2/9/2015 | $1,680.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12377 | $5,277.50 | 3/3/2015 | 5649A | 2/2/2015 | $3,597.50 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12133 | $3,272.50 | 2/11/2015 | 5631 | 1/7/2015 | $3,272.50 |

Totals:    4 transfer(s),    $15,367.50

*As described in the Complaint, this Debtor is the ultimate transferor debtor.