ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Oceanic Time Warner Cable LLC**

Bankruptcy Case: **Corinthian Colleges, Inc.**

Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12176 | $130,343.49 | 2/12/2015 | INV122156 | 8/31/2014 | $6,675.39 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12176 | $130,343.49 | 2/12/2015 | INV121839 | 7/27/2014 | $27,836.38 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12176 | $130,343.49 | 2/12/2015 | INV121585 | 7/27/2014 | $867.80 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12175 | $246.02 | 2/23/2015 | 8901490115 | 1/24/2015 | $246.02 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11463 | $362.96 | 2/6/2015 | 8901491214 | 12/20/2014 | $246.02 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11463 | $362.96 | 2/6/2015 | 4601091214 | 12/20/2014 | $116.94 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12519 | $116.94 | 3/31/2015 | 4601090215 | 2/17/2015 | $116.94 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12176 | $130,343.49 | 2/12/2015 | INV124896 | 11/30/2014 | $18,343.95 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12176 | $130,343.49 | 2/12/2015 | INV124512 | 11/30/2014 | $5,006.54 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12176 | $130,343.49 | 2/12/2015 | INV123996 | 10/26/2014 | $16,675.12 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12176 | $130,343.49 | 2/12/2015 | INV123740 | 10/26/2014 | $3,337.70 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12176 | $130,343.49 | 2/12/2015 | INV123197 | 9/28/2014 | $18,343.82 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12176 | $130,343.49 | 2/12/2015 | INV122457 | 8/31/2014 | $33,256.79 |

**Totals:**     **4 transfer(s),    $131,069.41**

*As described in the Complaint, this Debtor is the ultimate transferor debtor.