

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Orange Park Commerce Center II, LLLP** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10261 | $22,724.12 | 2/3/2015 | JAN2015RENT0255US0069-4 | 12/16/2014 | $1,211.00 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10261 | $22,724.12 | 2/3/2015 | JAN2015RENT0255US0069-3 | 12/16/2014 | $275.62 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10261 | $22,724.12 | 2/3/2015 | JAN2015RENT0255US0069-2 | 12/16/2014 | $3,937.50 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10261 | $22,724.12 | 2/3/2015 | JAN2015RENT0255US0069-1 | 12/16/2014 | $17,300.00 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 8709 | $22,269.37 | 2/3/2015 | DEC2014RENT0245US0139-4 | 11/17/2014 | $1,181.25 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 8709 | $22,269.37 | 2/3/2015 | DEC2014RENT0245US0139-3 | 11/17/2014 | $275.62 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 8709 | $22,269.37 | 2/3/2015 | DEC2014RENT0245US0139-2 | 11/17/2014 | $3,937.50 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 8709 | $22,269.37 | 2/3/2015 | DEC2014RENT0245US0139-1 | 11/17/2014 | $16,875.00 |

Totals:    2 transfer(s),    $44,993.49

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Orange Park Commerce Center II, LLLP (CCOORA003)  
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                    Exhibit A                    P. 1