

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Orange Park Commerce Center, LLLP** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 8708 | $43,983.77 | 3/2/2015 | DEC2014RENT0245US0137-4 | 11/17/2014 | $2,205.00 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 8708 | $43,983.77 | 3/2/2015 | DEC2014RENT0245US0137-3 | 11/17/2014 | $672.44 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 8708 | $43,983.77 | 3/2/2015 | DEC2014RENT0245US0137-2 | 11/17/2014 | $9,606.33 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 8708 | $43,983.77 | 3/2/2015 | DEC2014RENT0245US0137-1 | 11/17/2014 | $31,500.00 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10260 | $44,832.63 | 3/2/2015 | JAN2015RENT0255US0067-4 | 12/16/2014 | $2,260.53 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10260 | $44,832.63 | 3/2/2015 | JAN2015RENT0255US0067-3 | 12/16/2014 | $672.44 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10260 | $44,832.63 | 3/2/2015 | JAN2015RENT0255US0067-2 | 12/16/2014 | $9,606.33 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 10260 | $44,832.63 | 3/2/2015 | JAN2015RENT0255US0067-1 | 12/16/2014 | $32,293.33 |

Totals:    2 transfer(s),    $88,816.40

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Orange Park Commerce Center, LLLP (CCOORA004)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                                  Exhibit A                                  P. 1