

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **PacifiCorp dba Pacific Power** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12866 | $5,228.82 | 5/1/2015 | 9500190315 | 3/11/2015 | $5,228.82 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12531 | $4,854.93 | 3/26/2015 | 9500190215 | 2/10/2015 | $4,854.93 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 11477 | $5,365.94 | 2/4/2015 | 9500190115 | 1/13/2015 | $5,365.94 |
| **Totals:** | | **3 transfer(s),** | **$15,449.69** | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

PacifiCorp dba Pacific Power (CCOPAC005)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017     Exhibit A     P. 1