

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **PCM Sales, Inc.** | | | | | | |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** | | | | | | |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084919 | $25,101.00 | 4/10/2015 | W-4731 | 4/10/2015 | $25,101.00 |
| **Totals:** | **1 transfer(s),** | **$25,101.00** | | | | | |