

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **PECO Energy Company**

Bankruptcy Case: **Corinthian Colleges, Inc.**

Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Ashmead Education, Inc.* and Corinthian Colleges, Inc. | Ashmead Education, Inc. | 11478 | $17,630.60 | 2/3/2015 | 4610180115 | 1/14/2015 | $17,630.60 |

| Totals: | 1 transfer(s), | $17,630.60 |
|---|---|---|

\*As described in the Complaint, this Debtor is the ultimate transferor debtor.