

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Plainfield Charter Township** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 12355 | $31,906.42 | 3/9/2015 | CKRQ021315 | 2/13/2015 | $31,906.42 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 12280 | $6,162.09 | 3/3/2015 | CKRQ02091500002 | 2/6/2015 | $6,162.09 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 9204 | $10,069.58 | 3/9/2015 | CKRQ09031400006-2 | 9/3/2014 | $5,034.79 |
| Grand Rapids Educational Center, Inc.* and Corinthian Colleges, Inc. | Grand Rapids Educational Center, Inc. | 9204 | $10,069.58 | 3/9/2015 | CKRQ09031400006-1 | 9/3/2014 | $5,034.79 |

Totals:    3 transfer(s),    $48,138.09

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Plainfield Charter Township (CCOPLA002)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                         Exhibit A                         P. 1