

## ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **J.E.S.V. Inc. dba Premier Cleaning Services** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11921 | $29,477.45 | 2/4/2015 | EVCLGP123114 | 12/15/2014 | $5,984.80 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11921 | $29,477.45 | 2/4/2015 | EVCHSTN123114 | 12/15/2014 | $6,706.71 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11921 | $29,477.45 | 2/4/2015 | EVCDLS123114 | 12/15/2014 | $9,825.94 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11921 | $29,477.45 | 2/4/2015 | EVCARL123114 | 12/15/2014 | $6,960.00 |
| **Totals:** | | **1 transfer(s),** | **$29,477.45** | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

J.E.S.V. Inc. dba Premier Cleaning Services (CCOPRE006)  
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                                                                 Exhibit A                                                                 P. 1