

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **PS Promotions, Inc.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12101 | $69,061.80 | 2/24/2015 | DECEMBER2014 | 12/29/2014 | $69,061.80 |
| **Totals:** | **1 transfer(s),** | **$69,061.80** | | | | | |

PS Promotions, Inc. (CCOPSP001)
Bankruptcy Case: Corinthian Colleges, Inc.
Apr 26, 2017

Exhibit A

P. 1