

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Reliant Energy Retail Services, LLC**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11662 | $8,728.28 | 2/3/2015 | 3545860115 | 1/14/2015 | $8,728.28 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11661 | $10,447.89 | 2/3/2015 | 2935940115 | 1/2/2015 | $10,447.89 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 11660 | $3,421.35 | 2/3/2015 | 4716381214 | 12/30/2014 | $3,421.35 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11659 | $6,484.74 | 2/3/2015 | 4148691214 | 12/19/2014 | $6,484.74 |
| **Totals:** | | **4 transfer(s),** | **$29,082.26** | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Reliant Energy Retail Services, LLC (CCOREL002)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                                    Exhibit A                                    P. 1