| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Securitas Security Services USA, Inc.** |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4590931 | 11/15/2014 | $3,161.06 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4548940 | 11/7/2014 | $6,707.94 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4620428 | 12/12/2014 | $2,604.20 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4614572 | 12/5/2014 | $35.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4605815 | 11/28/2014 | $2,745.02 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4604885 | 11/29/2014 | $3,356.80 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4604884 | 11/29/2014 | $3,702.97 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4604471 | 11/28/2014 | $2,541.34 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4604127 | 11/28/2014 | $2,586.24 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4604011 | 11/28/2014 | $3,753.64 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4620656 | 12/12/2014 | $2,599.71 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4603971 | 11/28/2014 | $2,622.16 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4621673 | 12/12/2014 | $2,933.88 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4590930 | 11/15/2014 | $3,482.68 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4589888 | 11/14/2014 | $2,660.53 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4589467 | 12/5/2014 | $5,448.36 |

Securitas Security Services USA, Inc. (CCOSEC003)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4589068 | 11/14/2014 | $2,873.60 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4588910 | 11/14/2014 | $3,839.49 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4588857 | 11/14/2014 | $2,909.52 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4588116 | 11/14/2014 | $2,747.88 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4580971 | 11/7/2014 | $35.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4570346 | 10/31/2014 | $2,801.76 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4570224 | 10/31/2014 | $4,191.42 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4603972 | 11/28/2014 | $71.84 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4650030 | 1/2/2015 | $35.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4671786 | 1/23/2015 | $2,907.33 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4671324 | 1/23/2015 | $2,878.26 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4670247 | 1/23/2015 | $3,017.28 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4670093 | 1/23/2015 | $2,914.10 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4657915 | 1/10/2015 | $2,507.11 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4657914 | 1/10/2015 | $3,157.49 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4654881 | 1/9/2015 | $1,988.59 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4654410 | 1/9/2015 | $2,065.40 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4654250 | 1/9/2015 | $2,720.94 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4620479 | 12/12/2014 | $3,762.62 |

Securitas Security Services USA, Inc. (CCOSEC003)

Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4654130 | 1/9/2015 | $2,407.06 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4673049 | 1/23/2015 | $3,797.38 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4639735 | 12/26/2014 | $2,433.68 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4639734 | 12/26/2014 | $3,325.33 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4639170 | 12/26/2014 | $2,307.86 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4638920 | 12/26/2014 | $2,927.48 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4638880 | 12/26/2014 | $2,469.50 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4638366 | 12/26/2014 | $2,316.84 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4638005 | 12/26/2014 | $2,417.00 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4625557 | 12/12/2014 | $3,188.96 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4622974 | 12/12/2014 | $2,435.02 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4622214 | 1/3/2015 | $6,161.88 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12282 | $136,709.39 | 2/18/2015 | W4654201 | 1/9/2015 | $2,155.24 |

Totals:    1 transfer(s),    $136,709.39

*As described in the Complaint, this Debtor is the ultimate transferor debtor.