

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Sheboygan Holdings, LLC; and Maestas & Ward Commercial Real Estate, LLC dba Nai_Mae**
**Bankruptcy Case:** **Corinthian Colleges, Inc.**
**Preference Period:** **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12126 | $32,020.65 | 2/9/2015 | CKRQ012715 | 1/27/2015 | $32,020.65 |
| **Totals:** | **1 transfer(s),** | **$32,020.65** | | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Sheboygan Holdings, LLC; and Maestas & Ward Commercial Real Estate, LLC dba Nai_Maestas & Ware (CCOSHE001)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017         Exhibit A         P. 1