

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Southern California Edison Company**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12650 | $43,621.55 | 4/6/2015 | 6850020215-4 | 2/26/2015 | $2,662.37 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12283 | $41,918.27 | 2/18/2015 | 6850020115-2 | 1/27/2015 | $4,880.59 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12283 | $41,918.27 | 2/18/2015 | 6850020115-3 | 1/27/2015 | $5,532.80 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12283 | $41,918.27 | 2/18/2015 | 6850020115-4 | 1/27/2015 | $3,144.62 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12283 | $41,918.27 | 2/18/2015 | 6850020115-5 | 1/27/2015 | $12,667.63 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12283 | $41,918.27 | 2/18/2015 | 6850020115-6 | 1/27/2015 | $6,878.98 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12283 | $41,918.27 | 2/18/2015 | 6850020115-7 | 1/27/2015 | $7,453.08 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12620 | $2,199.81 | 4/1/2015 | 6219880315 | 3/7/2015 | $2,199.81 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12649 | $62.40 | 4/8/2015 | 9293880315 | 3/14/2015 | $62.40 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12650 | $43,621.55 | 4/6/2015 | 6850020215-1 | 2/26/2015 | $1,526.32 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12283 | $41,918.27 | 2/18/2015 | 6850020115-1 | 1/27/2015 | $1,360.57 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12650 | $43,621.55 | 4/6/2015 | 6850020215-3 | 2/26/2015 | $5,812.82 |

Southern California Edison Company (CCOSOU007)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                          Exhibit A                          P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12924 | $43,875.21 | 4/28/2015 | 6850020315-7 | 3/27/2015 | $8,219.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12650 | $43,621.55 | 4/6/2015 | 6850020215-5 | 2/26/2015 | $13,124.73 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12650 | $43,621.55 | 4/6/2015 | 6850020215-6 | 2/26/2015 | $7,219.59 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12650 | $43,621.55 | 4/6/2015 | 6850020215-7 | 2/26/2015 | $8,170.95 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12677 | $2,168.44 | 4/6/2015 | 6219880215 | 2/5/2015 | $2,168.44 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12924 | $43,875.21 | 4/28/2015 | 6850020315-1 | 3/27/2015 | $1,476.20 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12924 | $43,875.21 | 4/28/2015 | 6850020315-2 | 3/27/2015 | $5,000.84 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12924 | $43,875.21 | 4/28/2015 | 6850020315-3 | 3/27/2015 | $5,875.71 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12924 | $43,875.21 | 4/28/2015 | 6850020315-4 | 3/27/2015 | $2,848.01 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12924 | $43,875.21 | 4/28/2015 | 6850020315-5 | 3/27/2015 | $12,996.72 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12924 | $43,875.21 | 4/28/2015 | 6850020315-6 | 3/27/2015 | $7,458.73 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12650 | $43,621.55 | 4/6/2015 | 6850020215-2 | 2/26/2015 | $5,104.77 |

Totals:   6 transfer(s),   $133,845.68

*As described in the Complaint, this Debtor is the ultimate transferor debtor.