

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Squar Milner LLP** | | | | | | |
| Bankruptcy Case: | **Corinthian Colleges, Inc.** | | | | | | |
| Preference Period: | **Feb 3, 2015 - May 4, 2015** | | | | | | |

Transfers During Preference Period

| **Debtor Transferor(s)** | **Debtor(s) Incurring Antecedent Debt** | **Check Number** | **Check Amt** | **Clear Date** | **Invoice Number** | **Invoice Date** | **Invoice Amt** |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12462 | $262,440.00 | 3/9/2015 | 124049 | 2/9/2015 | $262,440.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084342 | $100,000.00 | 5/1/2015 | W-4819 | 5/1/2015 | $100,000.00 |
| **Totals:** | | **2 transfer(s),** | **$362,440.00** | | | | |