

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **United Parcel Service, Inc.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-11 | 3/21/2015 | $29.20 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-10 | 2/21/2015 | $135.54 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-1 | 2/21/2015 | $7.04 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-17 | 3/21/2015 | $36.46 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-16 | 3/21/2015 | $23.96 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-15 | 3/21/2015 | $26.18 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-14 | 3/21/2015 | $18.15 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-5 | 2/14/2015 | $60.27 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-12 | 3/21/2015 | $40.66 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-13 | 2/21/2015 | $283.36 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 1N01-10 | 3/21/2015 | $64.52 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12689 | $7,492.93 | 4/13/2015 | 1N01-1 | 3/21/2015 | $74.54 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-9 | 2/14/2015 | $16.89 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-8 | 2/14/2015 | $336.06 |

United Parcel Service, Inc. (CCOUNI008)
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                                    Exhibit A                                    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-7 | 2/14/2015 | $184.89 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-3 | 2/21/2015 | $64.31 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-13 | 3/21/2015 | $23.96 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-2 | 2/21/2015 | $19.95 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-10 | 3/7/2015 | $6.98 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-26 | 2/21/2015 | $46.20 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-25 | 2/21/2015 | $22.60 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-24 | 2/21/2015 | $60.58 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-23 | 2/21/2015 | $8.93 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-22 | 2/21/2015 | $41.17 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-11 | 2/21/2015 | $1,029.72 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-20 | 2/21/2015 | $22.60 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-12 | 2/21/2015 | $22.60 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-19 | 2/21/2015 | $32.05 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-18 | 2/21/2015 | $45.53 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-17 | 2/21/2015 | $51.18 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-16 | 2/21/2015 | $71.53 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-15 | 2/21/2015 | $22.60 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-14 | 2/21/2015 | $53.36 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-4 | 2/14/2015 | $73.87 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-21 | 2/21/2015 | $22.60 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-5 | 3/7/2015 | $6.98 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-12 | 2/14/2015 | $22.60 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-11 | 2/14/2015 | $7.04 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-10 | 2/14/2015 | $3,598.00 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-1 | 2/14/2015 | $9.45 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-9 | 3/7/2015 | $372.17 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-8 | 3/7/2015 | $22.60 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-6 | 2/14/2015 | $20.55 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-6 | 3/7/2015 | $81.44 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-15 | 2/14/2015 | $32.05 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-4 | 3/7/2015 | $13.95 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-3 | 3/7/2015 | $6.97 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-2 | 3/7/2015 | $6.97 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-13 | 3/7/2015 | $22.47 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-12 | 3/7/2015 | $6.97 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-11 | 3/7/2015 | $507.03 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-7 | 3/7/2015 | $561.56 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-21 | 2/14/2015 | $22.60 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-3 | 2/14/2015 | $7.04 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-28 | 2/14/2015 | $21.65 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-27 | 2/14/2015 | $526.39 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-26 | 2/14/2015 | $25.05 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-25 | 2/14/2015 | $22.60 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-24 | 2/14/2015 | $22.60 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-13 | 2/14/2015 | $417.36 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-22 | 2/14/2015 | $22.60 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-14 | 2/14/2015 | $37.83 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-20 | 2/14/2015 | $22.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-2 | 2/14/2015 | $71.35 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-19 | 2/14/2015 | $22.60 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-18 | 2/14/2015 | $54.06 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-17 | 2/14/2015 | $50.46 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-16 | 2/14/2015 | $29.64 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-4 | 2/21/2015 | $7.04 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 021415PLAN0393PEC-23 | 2/14/2015 | $7.14 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12689 | $7,492.93 | 4/13/2015 | 1N01-25 | 3/21/2015 | $27.88 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 7L39-10 | 3/14/2015 | $43.23 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 12689 | $7,492.93 | 4/13/2015 | 7L39-1 | 3/14/2015 | $185.58 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 1N01-8 | 3/21/2015 | $1.78 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 1N01-7 | 3/21/2015 | $15.36 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 1N01-6 | 3/21/2015 | $40.15 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 1N01-5 | 3/21/2015 | $1.32 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-19 | 3/21/2015 | $24.89 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 1N01-3 | 3/21/2015 | $9.31 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 7L39-13 | 3/14/2015 | $24.10 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12689 | $7,492.93 | 4/13/2015 | 1N01-24 | 3/21/2015 | $2.83 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-23 | 3/21/2015 | $25.08 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-22 | 3/21/2015 | $25.63 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-21 | 3/21/2015 | $35.67 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-20 | 3/21/2015 | $33.69 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-27 | 2/21/2015 | $9.45 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 1N01-4 | 3/21/2015 | $52.95 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 7L39-2 | 3/14/2015 | $48.60 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 7L39-8 | 3/14/2015 | $88.06 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 7L39-7 | 3/14/2015 | $13.13 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 7L39-6 | 3/14/2015 | $26.50 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 7L39-5 | 3/14/2015 | $9.31 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 7L39-4 | 3/14/2015 | $161.98 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 7L39-3 | 3/14/2015 | $43.66 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 7L39-11 | 3/14/2015 | $24.78 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 7L39-20 | 3/14/2015 | $24.04 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 7L39-12 | 3/14/2015 | $63.39 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 7L39-19 | 3/14/2015 | $25.72 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 7L39-18 | 3/14/2015 | $36.79 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 7L39-17 | 3/14/2015 | $25.98 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 7L39-16 | 3/14/2015 | $76.75 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 7L39-15 | 3/14/2015 | $52.17 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 7L39-14 | 3/14/2015 | $24.10 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 1N01-18 | 3/21/2015 | $74.97 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12689 | $7,492.93 | 4/13/2015 | 7L39-21 | 3/14/2015 | $12.67 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-10 | 2/28/2015 | $116.73 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-18 | 2/28/2015 | $70.69 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-17 | 2/28/2015 | $100.41 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-16 | 2/28/2015 | $82.11 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-15 | 2/28/2015 | $65.14 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-14 | 2/28/2015 | $74.59 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-13 | 2/28/2015 | $82.30 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12689 | $7,492.93 | 4/13/2015 | 1N01-2 | 3/21/2015 | $11.94 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-11 | 2/28/2015 | $22.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-20 | 2/28/2015 | $56.62 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-1 | 2/28/2015 | $19.84 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-9 | 2/21/2015 | $77.66 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-8 | 2/21/2015 | $83.92 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-7 | 2/21/2015 | $54.22 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-6 | 2/21/2015 | $24.99 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022115PLAN0393PE-5 | 2/21/2015 | $37.55 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-12 | 2/28/2015 | $408.75 |
| Sequoia Education, Inc.* and Corinthian Colleges, Inc. | Sequoia Education, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-27 | 2/28/2015 | $41.78 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 030715PLAN0393PEC-1 | 3/7/2015 | $6.98 |
| Everest College Phoenix, Inc.* and Corinthian Colleges, Inc. | Everest College Phoenix, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-9 | 2/28/2015 | $1,469.74 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-8 | 2/28/2015 | $57.25 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-7 | 2/28/2015 | $46.81 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-6 | 2/28/2015 | $145.22 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-5 | 2/28/2015 | $26.35 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-19 | 2/28/2015 | $55.69 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-3 | 2/28/2015 | $57.25 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-2 | 2/28/2015 | $48.24 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-26 | 2/28/2015 | $11.03 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-25 | 2/28/2015 | $61.69 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-24 | 2/28/2015 | $84.74 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-23 | 2/28/2015 | $75.84 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-22 | 2/28/2015 | $231.34 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-21 | 2/28/2015 | $55.69 |
| Heald College, LLC* and Corinthian Colleges, Inc. | Heald College, LLC | 12689 | $7,492.93 | 4/13/2015 | 7L39-9 | 3/14/2015 | $45.22 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12678 | $7,703.96 | 4/7/2015 | 022815PLAN0393PEC-4 | 2/28/2015 | $154.17 |

**Totals:** 2 transfer(s), $15,196.89

*As described in the Complaint, this Debtor is the ultimate transferor debtor.