

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Defendant:** | **Ingersoll-Rand Company dba US Equipment Co.** | | | | | | |
| **Bankruptcy Case:** | **Corinthian Colleges, Inc.** | | | | | | |
| **Preference Period:** | **Feb 3, 2015 - May 4, 2015** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12152 | $1,170.55 | 2/11/2015 | 731931 | 10/21/2014 | $1,170.55 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 12151 | $11,550.51 | 2/11/2015 | 743351 | 11/26/2014 | $11,550.51 |
| **Totals:** | **2 transfer(s),** | **$12,721.06** | | | | | |

*As described in the Complaint, this Debtor is the ultimate transferor debtor.

Ingersoll-Rand Company dba US Equipment Co. (CCOUSE001)  
Bankruptcy Case: Corinthian Colleges, Inc.

Apr 26, 2017                                              Exhibit A                                              P. 1