

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Waste Management, Inc.**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11721 | $568.74 | 2/9/2015 | 5018070115 | 1/1/2015 | $568.74 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11713 | $161.21 | 2/9/2015 | 9220600115 | 1/1/2015 | $161.21 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11714 | $173.75 | 2/9/2015 | 6014610115 | 1/1/2015 | $173.75 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11715 | $864.66 | 2/9/2015 | 2014640115 | 1/1/2015 | $864.66 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11716 | $248.02 | 2/9/2015 | 9223160115 | 1/1/2015 | $248.02 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11717 | $62.00 | 2/9/2015 | 6223130115 | 1/1/2015 | $62.00 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11718 | $184.01 | 2/9/2015 | 223150115 | 1/1/2015 | $184.01 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11712 | $161.21 | 2/9/2015 | 220680115 | 1/1/2015 | $161.21 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11720 | $537.13 | 2/9/2015 | 3018020115 | 1/1/2015 | $537.13 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 12906 | $1,102.02 | 5/1/2015 | 5222520415 | 4/1/2015 | $1,102.02 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11722 | $435.41 | 2/9/2015 | 6007380115 | 1/1/2015 | $435.41 |
| Rhodes Business Group, Inc.* and Corinthian Colleges, Inc. | Rhodes Business Group, Inc. | 11724 | $1,098.07 | 2/6/2015 | 5222520115 | 1/1/2015 | $1,098.07 |
| Corinthian Schools, Inc.* and Corinthian Colleges, Inc. | Corinthian Schools, Inc. | 11725 | $569.17 | 2/6/2015 | 5178880115 | 1/1/2015 | $569.17 |
| MJB Acquisition Corporation* and Corinthian Colleges, Inc. | MJB Acquisition Corporation | 11726 | $7,782.46 | 2/6/2015 | 1006600115 | 1/1/2015 | $7,782.46 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 12286 | $18.30 | 2/27/2015 | 6219410215 | 2/1/2015 | $18.30 |
| Rhodes Colleges, Inc.* and Corinthian Colleges, Inc. | Rhodes Colleges, Inc. | 12288 | $797.37 | 2/19/2015 | 7251590215 | 2/1/2015 | $797.37 |
| Florida Metropolitan University, Inc.* and Corinthian Colleges, Inc. | Florida Metropolitan University, Inc. | 11719 | $199.07 | 2/9/2015 | 6219410115 | 1/1/2015 | $199.07 |

Totals:    17 transfer(s),    $14,962.60

*As described in the Complaint, this Debtor is the ultimate transferor debtor.