# The Rosner Law Group LLC                                   Exhibit A

Defendant: **Faegre Baker Daniels LLP**
Bankruptcy Case: **Corinthian Colleges, Inc.**
Preference Period: **Feb 3, 2015 - May 4, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084877 | $17,061.23 | 4/1/2015 | W-4706 | 4/1/2015 | $17,061.23 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084315 | $11,250.00 | 4/29/2015 | W-4805 | 4/29/2015 | $11,250.00 |
| Corinthian Colleges, Inc. | Corinthian Colleges, Inc. | 0084314 | $39,148.95 | 4/28/2015 | W-4795 | 4/28/2015 | $39,148.95 |

Totals:    3 transfer(s),    $67,460.18