**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| § | Jointly Administered |
| Debtors. § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 9, 2017 AT 10:00 A.M. (EDT)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.   CONTINUED / RESOLVED MATTERS:**

1. Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

   Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

   Objections / Responses Received:   None.

   Related Documents:   None.

   Status: The hearing on this matter has been continued to a date to be determined.

2. Distribution Trustee's Third Motion for an Order Extending the Claims Objection Deadline through September 11, 2017 [Docket No. 1337 - filed March 13, 2017]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

2

<u>Objection / Response Deadline</u>:   March 27, 2017 at 4:00 p.m. (EDT)

<u>Objections / Responses Received</u>:   None.

<u>Related Documents</u>:

i. Certificate of No Objection Regarding Distribution Trustee's Third Motion for an Order Extending the Claims Objection Deadline through September 11, 2017 [Docket No. 1340 - filed March 28, 2017]

ii. Order Granting Distribution Trustee's Third Motion for an Order Extending the Claims Objection Deadline through September 11, 2017 [Docket No. 1431 - filed March 29, 2017]

<u>Status</u>: On March 29, 2017, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated: May 4, 2017　　　　　　　　　　　　*/s/ Amanda R. Steele*
    Wilmington, Delaware　　　　　　　　Mark D. Collins (No. 2981)
                                       Michael J. Merchant (No. 3854)
                                       Amanda R. Steele (No. 5530)
                                       RICHARDS, LAYTON & FINGER, P.A.
                                       920 N. King Street
                                       Wilmington, Delaware 19801
                                       Telephone:  302-651-7700
                                       Facsimile:  302-651-7701
                                       Email: collins@rlf.com
                                                 merchant@rlf.com
                                                 steele@rlf.com

                                       Counsel for the Distribution Trustee

2