IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*[1] | § § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § | |

-----------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING AGREED PROTECTIVE ORDER**

The undersigned certify as follows:

1. We are counsel for Craig R. Jalbert, the distribution trustee (the "Distribution Trustee") for the distribution trust (the "Distribution Trust") of the above-captioned debtors.

2. On July 19, 2016, the United States Securities and Exchange Commission (the "SEC" and together with the Distribution Trustee, the "Parties") issued a subpoena to the Distribution Trustee in connection with an SEC investigation.

3. The Distribution Trustee intends to search for and produce non-privileged documents responsive to the SEC's subpoena and/or the Parties related discussions regarding the scope thereof, to the extent any such documents are located.

4. In connection with the foregoing, the Parties have entered into the *Agreed Protective Order* (the "Agreement"), attached to the proposed form of order as Exhibit 1, which

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

RLF1 17564539v.1

by its terms protects privileged or otherwise protected information, including pursuant to Federal Rule of Evidence 502(d) and (e).

WHEREFORE, the Distribution Trustee respectfully requests that the Court enter the proposed form of order, attached hereto as Exhibit A, approving the Agreement, at its earliest convenience.

Dated: May 23, 2017
Wilmington, Delaware

/s/ Robert C. Maddox
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
Robert C. Maddox (No. 5356)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700

*Counsel for the Distribution Trustee*