# Exhibit "A"

| **Defendant Name** | **Adversary Number** |
|---|---|
| 225 North Federal Highway LLC | 17-50421 |
| 39 Cascade Drive LLC | 17-50353 |
| A & K Janitorial, Inc. | 17-50354 |
| ABM Building Solutions, LLC | 17-50423 |
| Academixdirect, Inc. | 17-50355 |
| ALG Locksmith LLC | 17-50356 |
| Alief Independent School District | 17-50357 |
| Ambassador College Bookstores, Inc. dba Ambassador Education Solutions | 17-50424 |
| American Express | 17-50358 |
| Anago Of Hawaii | 17-50359 |
| Arey Jones Educational Solutions | 17-50360 |
| Arkansas State Board of Private Career Education | 17-50425 |
| Autonomy, Inc. | 17-50426 |
| Avisan Design Group, Inc. | 17-50427 |
| Barco Assignments Ltd. | 17-50361 |
| Benefit Resource Inc. | 17-50362 |
| C.E.B.M. Inc. | 17-50428 |
| Cambridge Security Services Corp. | 17-50363 |
| CE Smith Law Firm | 17-50364 |
| Cebra B. Graves | 17-50429 |
| Chanfrau & Chanfrau, P.L. | 17-50365 |
| CMC Broadcasting Company, Incorporated dba CMC-TV | 17-50431 |
| Coco (WY) QRS 16-51, Inc. | 17-50432 |
| Conrad Enterprises Inc. | 17-50366 |
| Corner Company LLC | 17-50367 |
| CWSP-I-J, LLC | 17-50368 |
| Datavail Corporation | 17-50433 |
| DSA Technologies, Inc. dba Delta Systems Associates | 17-50434 |
| Dyntek Services | 17-50369 |
| eCharter Bus LLC | 17-50435 |
| Eduvize, LLC | 17-50436 |
| Enterprise Fleet Management, Inc. | 17-50370 |
| Eplus Technology, Inc. | 17-50371 |
| Fall Creek Properties, LLC | 17-50372 |
| Feldstein Grinberg Lang & McKee, P.C. | 17-50437 |
| Fox Television Services, LLC dba KICU-TV; and Cox Media Group, LLC | 17-50445 |

| | |
|---|---|
| Fox Television Stations, LLC dba KTVU-TV; and Cox Media Group, LLC | 17-50448 |
| Genesis Lending Services, Inc. | 17-50373 |
| Glass Tree, Inc. | 17-50374 |
| Granite Telecommunications, LLC | 17-50438 |
| Growth Capital Services | 17-50375 |
| Harris County Tax Assessor - Collector | 17-50396 |
| Hawaii Medical Service Association | 17-50377 |
| Health Fitness Corporation | 17-50439 |
| Healthy San Francisco | 17-50378 |
| Hewlett-Packard Financial Services Co. | 17-50379 |
| High Plains Mechanical Service Inc. | 17-50380 |
| HP Inc. fdba Hewlett-Packard Company | 17-50440 |
| Ingersoll-Rand Company dba US Equipment Co. | 17-50472 |
| Inter-Con Security Systems, Inc. | 17-50381 |
| Intralinks, Inc. | 17-50442 |
| J K Moving & Storage, Inc. | 17-50444 |
| J.E.S.V. Inc. dba Premier Cleaning Services | 17-50462 |
| Jones Lang Lasalle Americas, Inc. | 17-50382 |
| KAIL | 17-50383 |
| KBCW-TV | 17-50384 |
| KCBA | 17-50385 |
| KFRE-TV | 17-50386 |
| KITV ME TV | 17-50387 |
| KMPH-TV | 17-50388 |
| KOFY - TV | 17-50389 |
| KTLA | 17-50390 |
| KTXL-TV | 17-50391 |
| Laura Brown & Associates | 17-50392 |
| Legalink, Inc. | 17-50393 |
| LIM Holdings, Inc, DBA Classesusa.com | 17-50394 |
| Lincoln Printing Plus, Inc. | 17-50450 |
| Maintenance of Austin, Inc. | 17-50451 |
| Mark Fabiani LLC | 17-50452 |
| Marsden South, L.L.C. | 17-50395 |
| Microsoft Corporation | 17-50453 |
| Modern Parking, Inc. | 17-50454 |
| Modesto Irrigation District | 17-50397 |
| Nexstar Broadcasting, Inc. dba KRON-TV | 17-50447 |

| | |
|---|---|
| Oceanic Time Warner Cable LLC | 17-50455 |
| Orange Park Commerce Center II, LLLP | 17-50456 |
| Orange Park Commerce Center, LLLP | 17-50457 |
| Pacific Gas & Electric Company | 17-50399 |
| PacifiCorp dba Pacific Power | 17-50458 |
| PECO Energy Company | 17-50460 |
| Percipio Media LLC | 17-50400 |
| Performline Inc. | 17-50401 |
| Platinum Resource Group | 17-50402 |
| Quality Technology Services | 17-50403 |
| Quinstreet, Inc. | 17-50404 |
| Rocky Mountain Power | 17-50405 |
| Ross Law Group | 17-50406 |
| RTM Productions, Inc. | 17-50407 |
| Rudner Law Offices aka Law Offices of Steven M. Rudner | 17-50449 |
| Securitas Security Services USA, Inc. | 17-50466 |
| Shavitz Law Group, P.A. | 17-50408 |
| Sheboygan Holdings, LLC; and Maestas & Ward Commercial Real Estate, LLC dba Nai/Maestas & Ware | 17-50467 |
| Shippingsource.com, Inc. | 17-50409 |
| Source Gas Distribution LLC | 17-50410 |
| Squar Milner LLP | 17-50469 |
| Sungard Availability Services | 17-50411 |
| Tampa Electric Company | 17-50412 |
| Thaddeus Phillip Martin IV aka Thaddeus P. Martin | 17-50470 |
| The Abernathy MacGregor Group Inc. | 17-50422 |
| The Harr Law Firm., Inc. | 17-50376 |
| Tri Dimensional Solutions Inc. | 17-50413 |
| Tri-Ad | 17-50414 |
| Tru Splendor Commercial Building Maintenance | 17-50415 |
| United Parcel Service, Inc. | 17-50471 |
| vCom Solutions | 17-50416 |
| VFMS LLC | 17-50417 |
| Walters Wholesale Electric Co. | 17-50418 |
| Washington Department Of Labor And Industries | 17-50419 |
| Waste Management, Inc. | 17-50473 |
| Zeng's Investment LLC | 17-50420 |