# Exhibit D

**Mediator List**

1. Ian Connor Bifferato, Esq.
   Bifferato LLC
   800 N. King Street
   Wilmington, DE 19801

2. Mark E. Felger , Esq.
   Cozen O'Connor
   1201 N Market St #1001
   Wilmington, DE 19801

3. Paul Rubin, Esq.
   Rubin LLC
   345 Seventh Avenue, 21st Floor
   New York, NY 10001