# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*,<br><br>                                                  Debtors.[1] | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |
| Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust,<br><br>                                                  Plaintiff,<br><br>vs.<br><br>Defendants Listed on <u>Exhibit A</u>,<br><br>                                                  Defendants. | **Obj. Deadline: June 28, 2017 at 4:00 p.m. (ET)**<br>**Hrg. Date:  July 20, 2017 at 1:30 p.m.**<br><br>Adv. No.: *See* <u>Exhibit A</u> |

## NOTICE OF HEARING AND RESPONSE DATE FOR MOTION AND DEFENDANTS' ELECTION AS TO PROCEDURES ORDER TRACK

**PLEASE TAKE NOTICE** that Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust (the "<u>Plaintiff</u>"), has filed *Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to 11 U.S.C. §§ 502, 547, 548, 549 and 550 of the Bankruptcy Code* (the "<u>Procedures Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").[2]

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2]  Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Procedures Motion.

<u>Your rights might be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

1. The Procedures Motion requests that the Court enter separate procedure orders for adversary proceedings based on the total amount in controversy: (a) one for cases with total amount in controversy less than or equal to $75,000.00; and (b) one for cases with total amount in controversy greater than $75,000.00.

   a. All cases with total transfers **equal to or less than $75,000** are currently placed on <u>Exhibit 1</u> to the proposed order attached as <u>Exhibit B</u> to the Procedures Motion, which proposed order provides that mediation occurs prior to formal discovery. Any Defendant currently listed on <u>Exhibit 1</u> to <u>Exhibit B</u> to the Procedures Motion who wishes to be placed on <u>Exhibit 2</u> to the proposed order attached as <u>Exhibit C</u> to the Procedures Motion, which proposed order provides for formal discovery prior to mediation, must fill out the enclosed election form and send to Plaintiff's counsel either (1) by scanning the ballot and emailing it to the email address listed on the balloting form or (2) by mailing the ballot to the address listed on the balloting form. **This ballot must be sent so as to be <u>received by Plaintiff's counsel no later than 5 p.m. ET on June 26, 2017</u>.** If you wish to remain on <u>Exhibit 1</u> to <u>Exhibit B</u> to the Procedures Motion, which provides for mediation prior to formal discovery, you do not have to fill out any form.

   b. If a Defendant notifies the Plaintiff by this deadline, the Plaintiff will move the Defendant(s) in cases with total transfers equal to or less than $75,000.00 so requesting the change to the proposed order attached as <u>Exhibit C</u> to the Procedures Motion. **Should a Defendant not notify Plaintiff of its election to move to <u>Exhibit C</u> by the deadline, that Defendant is deemed to have waived its right to elect to change orders.**

2. PLEASE TAKE FURTHER NOTICE that objections, if any, to the Procedures Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served, so as to be received by the undersigned, by not later than **June 28, 2017 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>").

3. **PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before the Honorable Kevin J. Carey, United States Bankruptcy Judge**,** at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on July 20, 2017 at 1:30 p.m. (ET).  Only those objections that are timely filed and served so as to be received by the Notice Parties on or before the Objection Deadline will be considered by the Court.

4. **PLEASE TAKE FURTHER NOTICE THAT IF AN OBJECTION IS NOT FILED, SERVED AND RECEIVED BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER HEARING OR NOTICE.**

Dated: June 14, 2017

**THE ROSNER LAW GROUP LLC**

<u>*/s/ Jason A. Gibson*</u>
Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: gibson@teamrosner.com

-*and*-

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
(*Admitted Pro Hac Vice*)
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Fax: (651) 406-9676
Email: kcasteel@askllp.com

-*and*-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel f*or *Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust*