## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |
| Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust,<br><br>Plaintiff,<br>vs.<br><br>Defendants Listed on Exhibit A,<br><br>Defendants. | Adv. No.: *See* Exhibit A |

### CERTIFICATE OF SERVICE

I, Kara E. Casteel, hereby certify that on June 14, 2017 a copy of *Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to 11 U.S.C. §§ 502, 547, 548, 549 and 550 of the Bankruptcy Code* was caused to be served via first class mail to those parties listed on the attached service list.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Dated: June 14, 2017                                **ASK LLP**

                                                */s/ Kara E. Casteel*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292 (*admitted pro hac vice*)
Kara E. Casteel, Esq., MN SBN 0389115 (*admitted pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
e-mail: kcasteel@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

-and-

**THE ROSNER LAW GROUP LLC**
Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: gibson@teamrosner.com

*Counsel for Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust*

# Exhibit "A"

| Defendant Name | Adversary Number |
| --- | --- |
| 225 North Federal Highway LLC | 17-50421 |
| ABM Building Solutions, LLC | 17-50423 |
| Ambassador College Bookstores, Inc. dba Ambassador Education Solutions | 17-50424 |
| Arkansas State Board of Private Career Education | 17-50425 |
| Autonomy, Inc. | 17-50426 |
| Avisan Design Group, Inc. | 17-50427 |
| C.E.B.M. Inc. | 17-50428 |
| Cebra B. Graves | 17-50429 |
| CMC Broadcasting Company, Incorporated dba CMC-TV | 17-50431 |
| Coco (WY) QRS 16-51, Inc. | 17-50432 |
| Datavail Corporation | 17-50433 |
| DSA Technologies, Inc. dba Delta Systems Associates | 17-50434 |
| eCharter Bus LLC | 17-50435 |
| Eduvize, LLC | 17-50436 |
| Feldstein Grinberg Lang & McKee, P.C. | 17-50437 |
| Fox Television Services, LLC dba KICU-TV; and Cox Media Group, LLC | 17-50445 |
| Fox Television Stations, LLC dba KTVU-TV; and Cox Media Group, LLC | 17-50448 |
| Granite Telecommunications, LLC | 17-50438 |
| Health Fitness Corporation | 17-50439 |
| HP Inc. fdba Hewlett-Packard Company | 17-50440 |
| Ingersoll-Rand Company dba US Equipment Co. | 17-50472 |
| Intralinks, Inc. | 17-50442 |
| J K Moving & Storage, Inc. | 17-50444 |
| J.E.S.V. Inc. dba Premier Cleaning Services | 17-50462 |
| Lincoln Printing Plus, Inc. | 17-50450 |
| Maintenance of Austin, Inc. | 17-50451 |
| Mark Fabiani LLC | 17-50452 |
| Microsoft Corporation | 17-50453 |
| Modern Parking, Inc. | 17-50454 |
| Nexstar Broadcasting, Inc. dba KRON-TV | 17-50447 |
| Oceanic Time Warner Cable LLC | 17-50455 |
| Orange Park Commerce Center II, LLLP | 17-50456 |
| Orange Park Commerce Center, LLLP | 17-50457 |
| PacifiCorp dba Pacific Power | 17-50458 |
| PECO Energy Company | 17-50460 |

| | |
|---|---|
| Rudner Law Offices aka Law Offices of Steven M. Rudner | 17-50449 |
| Securitas Security Services USA, Inc. | 17-50466 |
| Sheboygan Holdings, LLC; and Maestas & Ward Commercial Real Estate, LLC dba Nai/Maestas & Ware | 17-50467 |
| Squar Milner LLP | 17-50469 |
| Thaddeus Phillip Martin IV aka Thaddeus P. Martin | 17-50470 |
| The Abernathy MacGregor Group Inc. | 17-50422 |
| United Parcel Service, Inc. | 17-50471 |
| Waste Management, Inc. | 17-50473 |

\* 43 Adversary Proceedings

Scott Brenner, RegAgt/Officer
**225 North Federal Highway LLC**
1500 W. Cypress Creek Road, Suite 409
Fort Lauderdale, FL 33309

Jesse Schneider
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(Counsel for **The Abernathy MacGregor Group Inc.**)

Stephen Vaughn
ABM Industries, Inc.
General Counsel
Atlanta, GA 30319
(Counsel for **ABM Building Solutions, LLC**)

Thomas McGowan
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
(Counsel for **Ambassador College Bookstores, Inc. dba Ambassador Education Solutions**)

Brenda Germann, Officer
**Arkansas State Board of Private Career Education**
501 Woodlane, Suite 312
Little Rock, AR 72201

Christopher Yelland, President
**Autonomy, Inc.**
1 Market Plaza, Floor 19
San Francisco, CA 94105

Shawn Bowen, RegAgt/President
**Avisan Design Group, Inc.**
8800 Venice Boulevard, #206
Los Angeles, CA 90034

William Dazalla, President
**C.E.B.M. Inc.**
3100 E. Cedar Street, #17
Ontario, CA 91761

Officer, Managing Agent, Or General Agent
**Cebra B. Graves**
86 Lafayette Avenue
Brooklyn, NY 11217

John Christian
Attorney at Law
5111 Telegraph Ave, #276
Oakland, CA 94609
(Counsel for **CMC Broadcasting Company, Incorporated dba CMC-TV**)

Ji Kim
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(Counsel for **Coco (WY) QRS 16-51, Inc.**)

Kyler Burgi
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202
(Counsel for **Datavail Corporation**)

Jule Oelsner
Weintraub Tobin
400 Capital Mall 11 Floor
Sacramento, FL 95814
(Counsel for **DSA Technologies, Inc. dba Delta Systems Associates**)

Patrick Yeh, Officer
**eCharter Bus LLC**
3040 Scott Boulevard
Santa Clara, CA 95054

Koenig Stuart
LeechTishman
633 W. 5th Street, 48th Floor
Los Angeles, CA 90071
(Counsel for **Eduvize, LLC**)

Jeffrey Lalama, President
**Feldstein Grinberg Lang & McKee, P.C.**
428 Boulevard of the Allies, Suite 600
Pittsburgh, PA 15219

Robert T. Hale, Jr., Officer
**Granite Telecommunications, LLC**
100 Newport Avenue Extension
Quincy, MA  02171

Paul Lotharius, President
**Health Fitness Corporation**
1700 West 82nd Street, Suite 200
Minneapolis, MN  55431

Dion Wesiler, President
**HP Inc. fdba Hewlett-Packard Company**
1501 Page Mill Road
Palo Alto, CA  94304

William Weintraub
Goodwin Procter LLP
620 Eighth Avenue, The New York Times Buildin
New York, NY  10018
(Counsel for **Intralinks, Inc.**)

Charles Kuhn, Officer
**J K Moving & Storage, Inc.**
44112 Mercure Circle
Sterling, VA  20166

Kathleen Blaszak, Esq.
Eversheds Sutherland (US) LLP
700 Sixth Street, NW
Washington, DC  20001
(Counsel for **Fox Television Services, LLC dba KICU-TV; and Cox Media Group, LLC**)

Perry Sook, Chief Executive Officer
**Nexstar Broadcasting, Inc. dba KRON-TV**
545 East John Carpenter Freeway, Suite 700
Irving, TX  75062

Kathleen Blaszak, Esq.
Eversheds Sutherland (US) LLP
700 Sixth Street, NW
Washington, DC  20001
(Counsel for **Fox Television Stations, LLC dba KTVU-TV; and Cox Media Group, LLC**)

Kevin Mann, Esq.
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE  19801
(Counsel for **Rudner Law Offices aka Law Offices of Steven M. Rudner**)

Elmer Gary
Ciardi Ciardi & Astin
402 West Broadway, Suite 400
San Diego, CA  92101
(Counsel for **Lincoln Printing Plus, Inc.**)

Susan Johnson Foster
Foster & Foster, P.C.
2500 Dallas Parkway, #108
Plano, TX  75093
(Counsel for **Maintenance of Austin, Inc.**)

Mark Fabiani, RegAgt/Owner
**Mark Fabiani LLC**
1601 India Street, Suite 107
San Diego, CA  92101

Maria Milano
Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154-1192
(Counsel for **Microsoft Corporation**)

Mohammed Islam, RegAgt/Officer
**Modern Parking, Inc.**
303 South Union Avenue, 1st Floor
Los Angeles, CA  90017

Bob Barlow, President
**Oceanic Time Warner Cable LLC**
200 Akamainui Street
Mililani, HI  96789

Frederick Brock
Gartner, Brock and Simon
P.O. Box 10697
Jacksonville, FL  32247
(Counsel for **Orange Park Commerce Center II, LLLP**)

John Thornton, RegAgt/Officer
**Orange Park Commerce Center, LLLP**
751 Oak Street, Suite 503
Jacksonville, FL  32204

Stefan Bird, President
**PacifiCorp dba Pacific Power**
825 NE Multnomah, Suite 2000
Portland, OR  97232

Craig Adams, President
**PECO Energy Company**
2301 Market Street
Philadelphia, PA  19103

Elizabeth Vargas, Chief Executive Officer
**J.E.S.V. Inc. dba Premier Cleaning Services**
La Gran Plaza Town Hall Office, 4200 South Freeway, Suite 1820
Fort Worth, TX  76115

Denis Brown, President
**Securitas Security Services USA, Inc.**
2 Campus Drive
Parsippany, NJ  07054

Steven Blumenthal
Funkhouser Vegosen Liebman & Dunn LTD.
55 West Monroe Street, Suite 2300
Chicago, IL  60603
(Counsel for **Sheboygan Holdings, LLC; and Maestas & Ward Commercial Real Estate, LLC dba Nai/Maestas & Ware**)

Madison Spach, Jr.
Spach, Capaldi & Waggaman, LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA  92660
(Counsel for **Squar Milner LLP**)

Officer, Managing Agent, Or General Agent
**Thaddeus Phillip Martin IV aka Thaddeus P. Martin**
8121 31st Street West
University Place, WA  98466

Ronald Rowland, Esq.
Receivable Management Services
305 Fellowship Road, Suite 100
Mount Laurel, NJ  08054
(Counsel for **United Parcel Service, Inc.**)

Michael Lamach, President
**Ingersoll-Rand Company dba US Equipment Co.**
800-E Beaty Street
Davidson, NC  28036

James C. Fish, President
**Waste Management, Inc.**
1001 Fannin Street, Suite 40
Houston, TX  77002