# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>(Jointly Administered) |
| Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Defendants Listed on Exhibit A,<br><br>Defendants. | Adv. No.: *See* Exhibit A |

## CERTIFICATE OF SERVICE

I, Jason A. Gibson, hereby certify that on June 14, 2017 a copy of *Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to 11 U.S.C. §§ 502, 547, 548, 549 and 550 of the Bankruptcy Code* was caused to be served via first class mail to those parties listed on the attached service list.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Aslunead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, Cafifomia 92707.

Dated: June 14, 2017 **THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: gibson@teamrosner.com

*Counsel for Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust*

2

# Exhibit "A"

| Defendant Name | Adversary Number |
|---|---|
| 39 Cascade Drive LLC | 17-50353 |
| A & K Janitorial, Inc. | 17-50354 |
| Academixdirect, Inc. | 17-50355 |
| ALG Locksmith LLC | 17-50356 |
| Alief Independent School District | 17-50357 |
| American Express | 17-50358 |
| Anago Of Hawaii | 17-50359 |
| Arey Jones Educational Solutions | 17-50360 |
| Barco Assignments Ltd. | 17-50361 |
| Benefit Resource Inc. | 17-50362 |
| Cambridge Security Services Corp. | 17-50363 |
| CE Smith Law Firm | 17-50364 |
| Chanfrau & Chanfrau, P.L. | 17-50365 |
| Conrad Enterprises Inc. | 17-50366 |
| Corner Company LLC | 17-50367 |
| CWSP-I-J, LLC | 17-50368 |
| Dyntek Services | 17-50369 |
| Enterprise Fleet Management, Inc. | 17-50370 |
| Eplus Technology, Inc. | 17-50371 |
| Fall Creek Properties, LLC | 17-50372 |
| Genesis Lending Services, Inc. | 17-50373 |
| Glass Tree, Inc. | 17-50374 |
| Growth Capital Services | 17-50375 |
| The Harr Law Firm., Inc. | 17-50376 |
| Hawaii Medical Service Association | 17-50377 |
| Healthy San Francisco | 17-50378 |
| Hewlett-Packard Financial Services Co. | 17-50379 |
| High Plains Mechanical Service Inc. | 17-50380 |
| Inter-Con Security Systems, Inc. | 17-50381 |
| Jones Lang Lasalle Americas, Inc. | 17-50382 |
| KAIL | 17-50383 |
| KBCW-TV | 17-50384 |
| KCBA | 17-50385 |
| KFRE-TV | 17-50386 |
| KITV ME TV | 17-50387 |
| KMPH-TV | 17-50388 |
| KOFY - TV | 17-50389 |
| KTLA | 17-50390 |
| KTXL-TV | 17-50391 |
| Laura Brown & Associates | 17-50392 |
| Legalink, Inc. | 17-50393 |

| | |
|---|---|
| LIM Holdings, Inc, DBA Classesusa.com | 17-50394 |
| Marsden South, L.L.C. | 17-50395 |
| Harris County Tax Assessor - Collector | 17-50396 |
| Modesto Irrigation District | 17-50397 |
| Pacific Gas & Electric Company | 17-50399 |
| Percipio Media LLC | 17-50400 |
| Performline Inc. | 17-50401 |
| Platinum Resource Group | 17-50402 |
| Quality Technology Services | 17-50403 |
| Quinstreet, Inc. | 17-50404 |
| Rocky Mountain Power | 17-50405 |
| Ross Law Group | 17-50406 |
| RTM Productions, Inc. | 17-50407 |
| Shavitz Law Group, P.A. | 17-50408 |
| Shippingsource.com, Inc. | 17-50409 |
| Source Gas Distribution LLC | 17-50410 |
| Sungard Availability Services | 17-50411 |
| Tampa Electric Company | 17-50412 |
| Tri Dimensional Solutions Inc. | 17-50413 |
| Tri-Ad | 17-50414 |
| Tru Splendor Commercial Building Maintenance | 17-50415 |
| vCom Solutions | 17-50416 |
| VFMS LLC | 17-50417 |
| Walters Wholesale Electric Co. | 17-50418 |
| Washington Department Of Labor And Industries | 17-50419 |
| Zeng's Investment LLC | 17-50420 |

\* 67 Adversary Proceedings

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

39 CASCADE DRIVE LLC

259 ALEXANDER ST.

ROCHESTER, NY 14607

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

ACADEMIXDIRECT, INC.

DEPT 2453, PO BOX 122453

DALLAS, TX 75312-2453

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

A & K JANITORIAL, INC

3663 ROLLINGSIDE DRIVE

SAN JOSE, CA 95148-2824

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

ALG LOCKSMITH LLC

2938 N. 61ST PLACE #255

SCOTTSDALE, AZ 85251

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

ALIEF INDEPENDENT SCHOOL DISTRICT

PO BOX 368

ALIEF, TX 77411

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

AMERICAN EXPRESS

PO Box 0001

Los Angeles, CA 90096-0001

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

ANAGO OF HAWAII

615 PIIKOI ST., STE#2000

HONOLULU, HI 96814

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

AREY JONES EDUCATIONAL SOLUTIONS

1055 SIXTH AVE., STE 101

SAN DIEGO, CA 92101

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

BARCO ASSIGNMENTS LTD.

GROUND FLOOR, BELLEVILLE CORPORATE CENTER, #38 PINE ROAD

**BARBADOS**

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

BENEFIT RESOURCE INC.

245 KENNETH DRIVE

ROCHESTER, NY 14623-4277

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

CAMBRIDGE SECURITY SERVICES CORP.

90 MULBERRY ST.

NEWARK, NJ 07102

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

CE SMITH LAW FIRM

1117 VILLAGE DRIVE

OCEANSIDE, CA 92057

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

CHANFRAU & CHANFRAU, P.I.

701 N. PENINSULA DR.

DAYTONA BEACH, FL 32118

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

CONRAD ENTERPRISES INC.

301 SAND ISLAND ACCESS RD

HONOLULU, HI 96819

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

CORNER COMPANY LLC

700 S. FLOWER, STE#2600

LOS ANGELES, CA 90017

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

CWSP-I-J, LLC

LOCKBOX #911276, PO BOX 31001-1276

PASADENA, CA 91110-1276

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

DYNTEK SERVICES

75 REMITTANCE DR., DEPT#1351

CHICAGO, IL 60675-1351

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

ENTERPRISE FLEET MANAGEMENT, INC.

PO BOX 800089

KANSAS CITY, MO 64180-0089

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

EPLUS TECHNOLOGY, INC.

2355 Main Street, Suite 140

Invine, CA 92614

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

FAEGRE BAKER DANIELS LLP

2200 Wells Fargo Center, 90 S. Seventh Street

Minneapolis, MN 55402

{00020611. }

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

FALL CREEK PROPERTIES, LLC

C/O MIKE COOLEY, 4579 BROADVIEW COURT

CASTLE ROCK, CO 80109

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

GENESIS LENDING SERVICES, INC.

8405 SW NIMBUS AVE., STE A

BEAVERTON, OR 97008

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

GLASS TREE, INC.

1542 WOOD CREEK TRAIL

BARTLETT, IL 60103

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

GROWTH CAPITAL SERVICES

582 MARKET ST., #300

SAN FRANCISCO, CA 94104

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

HARR LAW FIRM., INC., THE

517 SOUTH RIDGEWOOD AVENUE, SUITE TWELVE

DAYTONA BEACH, FL 32114

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

HAWAII MEDICAL SERVICE ASSOCIATION

PO BOX 860

HONOLULU, HI 96808-0860

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

HEALTHY SAN FRANCISCO-EMPLOYER PYMT CTR

201 THIRD STREET 7TH FLOOR

SAN FRANCISCO, CA 94103

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

HEWLETT-PACKARD FINANCIAL SERVICES CO.

PO BOX 402582

ATLANTA, GA 30384-2582

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

HIGH PLAINS MECHANICAL SERVICE INC

2020 AIRWAY AVE.

FORT COLLINS, CO 80524

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

INTER-CON SECURITY SYSTEMS, INC.

210 S. DE LACEY AVE.

PASADENA, CA 91105

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

JONES LANG LASALLE AMERICAS, INC.

ATTN: LEASE ADMINISTRATION DEPT, 33845 TREASURY CENTER

CHICAGO, IL 60694-3800

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

KAIL

1590 ALLUVIAL

CLOVIS, CA 93611-9567

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

KBCW-TV

PO BOX 100970

PASADENA, CA 91189-0970

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

KCBA

PO BOX 39000, DEPT 34872

SAN FRANCISCO, CA 94139

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

KFRE-TV

C/O KUTV, 299 S. MAIN ST. #150

SALT LAKE CITY, UT 84111

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

KITV ME TV

PO BOX 26865

LEHIGH VALLEY, PA 18002-6865

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

KMPH-TV

C/O KUTV, 299 S. MAIN ST. STE#150

SALT LAKE CITY, UT 84111

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

KOFY - TV

2500 MARIN STREET

SAN FRANCISCO, CA 94124

| | |
|---|---|
| Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process | Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process |
| KTLA | KTXL-TV |
| 5800 Sunset Blvd. | 4655 Fruitridge Road |
| LOS ANGELES, CA 90028 | SACRAMENTO, CA 95820 |

{00020611. }

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

LAURA BROWN & ASSOCIATES

915 L STREET, SUITE C-195

SACRAMENTO, CA 95814

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

LEGALINK, INC./DTI

20750 Ventura Blvd.

Woodland Hills, CA 91364

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

LIM HOLDINGS, INC,DBA CLASSESUSA.COM

12181 BLUFF CREEK DRIVE, STE 250

PLAYA VISTA, CA 90094

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

MARSDEN SOUTH, L.L.C.

4227 Gatecrest

San Antonio, TX 78217

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

HARRIS COUNTY - TAX ASSESSOR - COLLECTOR

PO BOX 4622

HOUSTON, TX 77210-4622

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

MODESTO IRRIGATION DISTRICT

PO BOX 5355

MODESTO, CA 95352-5355

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

MUNGER, TOLLES & OLSON LLP

P.O. BOX 515065

LOS ANGELES, CA 90051-5065

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

PACIFIC GAS & ELECTRIC COMPANY

Box 997300

Sacramento, CA 95899-7300

{00020611. }

| | |
|---|---|
| Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process<br>PERCIPIO MEDIA LLC<br>201 BROADWAY, SUITE 7<br>CAMBRIDGE, MA 02139-1955 | Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process<br>PERFORMLINE INC.<br>30 WEST PARK PLACE, 3RD FL<br>MORRISTOWN, NJ 07960 |

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

PLATINUM RESOURCE GROUP

17310 RED HILL AVE., STE#105

IRVINE, CA 92614

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

QUALITY TECHNOLOGY SERVICES

SACRAMENTO II, LLC, PO BOX 74455

CLEVELAND, OH 44194-4455

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

QUINSTREET, INC

PO BOX 8398

PASADENA, CA 91109-8398

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

ROCKY MOUNTAIN POWER

PO BOX 26000

PORTLAND, OR 97256-0001

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

ROSS LAW GROUP

1104 SAN ANTONIO ST.

AUSTIN, TX 78701

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

RTM PRODUCTIONS, INC.

130 SOUTHEAST PARKWAY COURT

FRANKLIN, TN 37064

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

SHAVITZ LAW GROUP, P.A.

1515 S. FEDERAL HIGHWAY, STE#404

BOCA RATON, FL 33432

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

SHIPPINGSOURCE.COM, INC.

103 MOVEIT DR., PO BOX 159

BREDA, IA 51436

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process
SOURCE GAS DISTRIBUTION LLC
PO BOX 660474
DALLAS, TX 75266-0474

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process
SUNGARD AVAILABILITY SERVICES
680 E. SWEDESFORD ROAD
WAYNE, PA 19087

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

TAMPA ELECTRIC COMPANY

P.O. BOX 31318

TAMPA, FL 33631-3318

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

TRI DIMENSIONAL SOLUTIONS INC.

6321 SAN BONITA AVE

CLAYTON, MO 63105

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

TRI-AD

221 WEST CREST , SUITE 300

ESCONDIDO, CA 92025-1737

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

TRU SPLENDOR COMMERCIAL BUILDING MAINT

1807 ALICE WAY.

SACRAMENTO, CA 95834

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

VCOM SOLUTIONS

PO BOX  849491

LOS ANGELES, CA 90084-9491

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

VFMS LLC

43185 OSGOOD RD.

FREMONT, CA 94539

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

WALTERS WHOLESALE ELECTRIC CO.

PO BOX 91929

LONG BEACH, CA 90809-1929

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

WASHINGTON DEPT OF LABOR AND INDUSTRIES

PO BOX 24106

SEATTLE, WA 98124-6524

Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process

ZENG'S INVESTMENT LLC

2065-B S. BERETANIA ST.

HONOLULU, HI 96826

{00020611. }