IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

---

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING
SECOND TOLLING AGREEMENT AND STIPULATION BETWEEN CRAIG R.
JALBERT, AS DISTRIBUTION TRUSTEE OF THE CORINTHIAN DISTRIBUTION
TRUST, AND *F*ORMER MANAGEMENT OF CORINTHIAN COLLEGES, INC.**

The undersigned hereby certifies as follows:

1. We are counsel to Craig R. Jalbert, Distribution Trustee of the Corinthian Distribution Trust (the "**Distribution Trustee**").

2. The Distribution Trustee and certain former officers of Corinthian Colleges, Inc. (the "**Former Officers**," and together with the Distribution Trustee, the "**Parties**") have entered into that certain *Second Tolling Agreement and Stipulation Between Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust, and Former Management of Corinthian Colleges, Inc.*, dated as of April 24, 2017 (the "**Second Tolling Agreement**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

75795524.1

2

3. A copy of the Second Tolling Agreement is attached as **Exhibit 1** to **Exhibit A** hereto. Under the Second Tolling Agreement, the Parties agreed that the Tolling Agreement was operative by its terms, but also agreed to submit the Second Tolling Agreement for approval by this Court.

4. Attached hereto as **Exhibit A** is the proposed form of order approved by the Parties approving the Second Tolling Agreement (the "**Order**"). As noted above, the executed Second Tolling Agreement is attached to the Order as **Exhibit 1**.

WHEREFORE, the Distribution Trustee respectfully requests that the Court enter the Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

3

| | |
|---|---|
| Dated: June 21, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Christopher M. De Lillo*<br>Mark D. Collins (No. 2981)<br>Marcos Ramos  (No. 4450)<br>Amanda R. Steele (No. 5530)<br>Christopher M. De Lillo (No. 6355)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>        ramos@rlf.com<br>        steele@rlf.com<br>        delillo@rlf.com<br><br>Christopher P. Sullivan<br>David E. Marder<br>Richard B. Allyn<br>James P. Menton, Jr.<br>ROBINS KAPLAN LLP<br>800 Boylston Street, Suite 2500<br>Boston, MA 02199<br>Telephone:  (617) 267-2300<br>Facsimile:  (617) 267-8288<br>Email:  csullivan@robinsraplan.com<br>         dmarder@robinskaplan.com<br>         rallyn@robinskaplan.com<br>         jmenton@robinskaplan.com<br><br>Counsel to the Distribution Trustee |

75795524.1