## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust, | |
| Plaintiff, | Adv. No.: *See* Exhibit A |
| vs. | |
| Defendants Listed on Exhibit A, | |
| Defendants. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 20, 2017 AT 1:30 P.M. (ET)

I.    **CONTINUED MATTER:**

1.    Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [D.I. 1095 - filed 11/19/15].

Response Deadline:  December 3, 2015 at 4:00 p.m. (EST).

Responses Received:  None.

Related Documents:  None.

Status:    The hearing on this matter has been continued to a date to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

II.   **UNCONTESTED MATTER (IF NOT MOOTED BY ITEM 3, ADJOURNMENT REQUESTED):**

2.   Pre-Trial Scheduling Conference in Adversary Proceedings identified on Exhibit A, attached hereto.

   Status:   The entry of Item 3 will moot the requirement to conduct pretrial conferences.  In the event the Court is not inclined to grant the relief in Item 3, Plaintiff respectfully requests the pretrial conferences be adjourned to an August omnibus hearing.

III.   **CONTESTED MATTER WITH CERTIFICATION OF COUNSEL:**

3.   Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant To Sections 502, 547, 548, 549 and 550 of the Bankruptcy Code [D.I. 1501; filed 6/14/17].

   Related Documents:

   a)  Proposed Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total in Controversy Less Than or Equal to $75,000.00 [D.I. 1501; filed 6/14/17].

   b)  Proposed Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total in Controversy Greater Than $75,000.00 [D.I. 1501; filed 6/14/17].

   c)  Notice of Withdrawal of Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant To Sections 502, 547, 548, 549 and 550 of the Bankruptcy Code [17-50456 Adv. Pro. D.I. 5; 17-50457 Adv. Pro. D.I. 5; filed 7/13/17].

   d)  Certification of Counsel [D.I. 1510; filed 7/17/17].

   Response Deadline:  June 28, 2017 at 4:00 p.m. (ET).

   Responses Received:

   (i)   Preference Defendants' Limited Objection to Distribution Trustee's Motion for Orders Approving Streamlined Procedures in Preference Actions (the "Orange Park Objection") filed by Orange Park Commerce Center, LLLP and Orange Park Commerce Center II, LLLP (together, the "Orange Park Defendants")  [D.I. 1506; filed 6/28/17].

   (ii)  Letter to the Honorable Kevin J. Carey from Julia B. Klein Concerning Why Withdrawing the Procedures Motion from Orange Park's Adversary Proceedings to Deprive them of Standing to Pursue their Objection and 95 Other Adversary Defendants Decision not to Object Does Not Cure the

Procedures Orders Provisions Violative of the Federal Rules of Civil Procedure (the "Orange Park Letter") [D.I. 1511; filed 7/18/17]

Status: Plaintiff only received the Orange Park Objection. No other party objected, formally or informally. Plaintiff thereafter revised the proposed order to delete the Orange Park Defendants (and other adversary proceedings that have been resolved and closed). As set forth in the Certification of Counsel and Orange Park Letter, the Orange Park Defendants still oppose entry of the order. If the Court does not enter the revised order prior to the hearing, this matter will go forward on a contested basis. As set forth in Item 4 below, Plaintiff intends to seek entry of a proposed scheduling order for the Orange Park Defendants' adversary proceedings.

## IV.    CONTESTED MATTER GOING FORWARD:

4.    Adversary Pre-Trial Scheduling Conferences in (i) In re: Corinthian Colleges, Inc. *et al.* v. Orange Park Commerce Center II, LLLP; Adversary No. 17-50456 (KJC) and (ii) In re: Corinthian Colleges, Inc. *et al.* v. Orange Park Commerce Center, LLLP; Adversary No. 17-50457 (KJC).

Related Documents:

a) Notice of Filing of Proposed Scheduling Order [Adv. D.I. 8; filed 7/17/17]

Response Deadline: July 19, 2017

Responses Received:

(i)    Letter to the Honorable Kevin J. Carey from Julia B. Klein Concerning Why Withdrawing the Procedures Motion from Orange Park's Adversary Proceedings to Deprive them of Standing to Pursue their Objection and 95 Other Adversary Defendants Decision not to Object Does Not Cure the Procedures Orders Provisions Violative of the Federal Rules of Civil Procedure [D.I. 1511; filed 7/18/17]

Status: Plaintiff circulated a proposed scheduling order to Defendants' counsel on July 13, 2017. As of the date hereof, Defendants have not provided any comments. Plaintiff intends to seek entry of its proposed form of scheduling order.

Respectfully submitted,

Dated: July 18, 2017
        Wilmington, Delaware        **THE ROSNER LAW GROUP LLC**

                                    */s/ Jason A. Gibson*

{00020871.2 }

Frederick B. Rosner (DE# 3995)
Scott J. Leonhardt (DE #4885)
Jason A. Gibson (DE #6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
gibson@teamrosner.com

- and -

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
(Admitted *Pro Hac Vice*)
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
Fax: (651) 406-9676
Email: kcasteel@askllp.com

- and -

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Craig R. Jalbert, as Distribution*
*Trustee of the Corinthian Distribution Trust*

{00020871.2 }