**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>F-Squared Investment Management, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11469 (LSS) |

**CERTIFICATION OF COUNSEL REGARDING
SCHEDULING OMNIBUS HEARING DATE**

The undersigned hereby certifies that he has obtained the omnibus hearing date set forth on the proposed order (the "Proposed Order") attached hereto as **Exhibit A** (the "Omnibus Hearing Date") from the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

WHEREFORE, the Liquidating Trustee of the estate of the above-captioned Debtors respectfully requests that the Bankruptcy Court enter the Proposed Order scheduling the Omnibus Hearing Date at its earliest convenience.

Dated: July 19, 2017
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: /s/ *Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Telephone: (302) 777-1111
Email: gibson@teamrosner.com

-*and*-

**BROWN RUDNICK LLP**
William R. Baldiga (admitted *pro hac vice*)

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is F-Squared Investment Management, LLC (9247). The Debtor's address is Verdolino & Lowey, P.C., 124 Washington Street, Suite 101, Foxboro, Massachusetts 02035, Attn: Craig R. Jalbert.

{00020340. }

Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Email: wbaldiga@brownrudnick.com

*-and-*

Sunni P. Beville (admitted *pro hac vice*)
Shari I. Dwoskin (admitted *pro hac vice*)
One Financial Center
18th Floor
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Email: sbeveille@brownrudnick.com
          sdwoskin@brownrudnick.com

*Counsel to the F2 Liquidating Trust*