# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| F-Squared Investment Management, LLC,[1] | Case No. 15-11469 (LSS) |
| Debtor. | **Re: D.I. 1516** |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBERS 1516

PLEASE TAKE NOTICE that on July 19, 2017, the Liquidating Trustee in the above-captioned matter filed the *Certification of Counsel Regarding Scheduling Omnibus Hearing Date* [D.I. 1516].

PLEASE TAKE FURTHER NOTICE that the above referenced document is hereby withdrawn from the docket.

Dated: July 19, 2017                    **THE ROSNER LAW GROUP LLC**

By: */s/ Jason A. Gibson*
    Jason A. Gibson (#6091)
    824 N. Market Street, Suite 810
    Wilmington, DE 19801
    302-777-1111
    gibson@teamrosner.com

*Counsel for the Liquidating Trustee*

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is F-Squared Investment Management, LLC (9247). The Debtor's address is Verdolino & Lowey, P.C., 124 Washington Street, Suite 101, Foxboro, Massachusetts 02035, Attn: Craig R. Jalbert.

{00020747. }