# Exhibit "2"

{00020597. }

| Defendant Name | Adversary Number |
|---|---|
| 225 North Federal Highway LLC | 17-50421 |
| Academixdirect, Inc. | 17-50355 |
| Ambassador College Bookstores, Inc. dba Ambassador Education Solutions | 17-50424 |
| American Express | 17-50358 |
| Barco Assignments Ltd. | 17-50361 |
| C.E.B.M. Inc. | 17-50428 |
| Cambridge Security Services Corp. | 17-50363 |
| Chanfrau & Chanfrau, P.L. | 17-50365 |
| Corner Company LLC | 17-50367 |
| CWSP-I-J, LLC | 17-50368 |
| Dyntek Services | 17-50369 |
| eCharter Bus LLC | 17-50435 |
| Enterprise Fleet Management, Inc. | 17-50370 |
| Fox Television Services, LLC dba KICU-TV; and Cox Media Group, LLC | 17-50445 |
| Fox Television Stations, LLC dba KTVU-TV; and Cox Media Group, LLC | 17-50448 |
| Hawaii Medical Service Association | 17-50377 |
| Hewlett-Packard Financial Services Co. | 17-50379 |
| J K Moving & Storage, Inc. | 17-50444 |
| KOFY - TV | 17-50389 |
| LIM Holdings, Inc, DBA Classesusa.com | 17-50394 |
| Nexstar Broadcasting, Inc. dba KRON-TV | 17-50447 |
| Oceanic Time Warner Cable LLC | 17-50455 |
| Pacific Gas & Electric Company | 17-50399 |
| Squar Milner LLP | 17-50469 |
| The Abernathy MacGregor Group Inc. | 17-50422 |
| vCom Solutions | 17-50416 |
| VFMS LLC | 17-50417 |

* 27 Adversary Proceedings

{00020597. }