# Court Conference

Calendar Date: 07/20/2017

Calendar Time: 01:30 PM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

*Amended Calendar  Jul 20 2017  9:42AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10592 (17-5039 4) | Hearing | 8482923 | Erin N. Brady | (213) 243-2407 ext. | Jones Day | Defendant(s), Lim Holdings Inc. dba Classes USA.com / LIVE |
| | | Corinthian Colleges, Inc. | 15-10592 (17-5039 4) | Hearing | 8482497 | Anna Kordas | (212) 326-3795 ext. | Jones Day | Defendant(s), Lim Holdings Inc. dba Classes USA.com / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 8482561 | Neil E. Asnen | (212) 246-0900 ext. | Klein Moynihan Turco LLP | Defendant(s), Academix Direct, Inc. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 8483351 | Karen C. Bifferato | (302) 757-7300 ext. | Connolly Gallagher LLP | Client, PG&E / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 8482470 | Ian Chuang | (562) 594-1360 ext. | Madden, Jones, Cole & Johnson | Representing, Walter's Wholesale Electric Company / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 8483748 | Lars Fuller | (303) 764-4114 ext. | Baker & Hostetler, LLP | Creditor, Percipio Media LLC / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 8482294 | Jason Gibson | (302) 777-1111 ext. | The Rosner Law Group LLC | Plaintiff(s), Craig R Jalbert / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 8482190 | Gwendolyn Godfrey | (404) 233-7000 ext. | Morris Manning & Martin, LLP | Interested Party, Fox Television Station, LLC, et al. / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 8483588 | Lea Goff | (502) 333-6000 ext. | Stoll Keenon Ogden PLLC | Creditor, Oceanic Time Warner Cable / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 8485386 | Curtis A. Hehn | (302) 295-5044 ext. | The Law Office of Curtis A Hehn | Creditor, Arey Jones Educational Services, et al / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 8482273 | Julia Klein | (302) 438-0456 ext. | Klein, LLC | Creditor, Creditor / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 8482283 | Scott J. Leonhardt | (302) 777-1111 ext. | The Rosner Law Group LLC | Plaintiff(s), Craig R Jalbert / LIVE |
| | | Corinthian Colleges Inc. | 15-10952 | Hearing | 8483127 | Merle C. Meyers | (415) 362-7500 ext. | Meyers Law Group, P.C. | Creditor, Modesto Irrigation District / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 8482456 | James E. O'Neill | (302) 778-6407 ext. | Pachulski Stang Ziehl & Jones | Interested Party, LIM Holdings / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Corinthian Colleges, Inc. | 15-10952 | Hearing | 8483737 | Madison S. Spach, Jr. | (949) 852-0710 ext. | Spach, Capaldi & Waggaman, LLP | Defendant(s), Squar Milner LLP / LIVE |
| Corinthian Colleges, Inc. | 15-10952 | Hearing | 8477904 | Marianna Udem | (212) 267-7342 ext. | ASK LLP | Plaintiff(s), Craig R. Galbert / LIVE |
| Corinthian Colleges, Inc. | 15-10952 | Hearing | 8481941 | Gary Underdahl | (651) 289-3857 ext. | ASK LLP | Plaintiff(s), Craig R. Jalbert / LISTEN ONLY |
| Corinthian Colleges, Inc. | 15-10952 | Hearing | 8483553 | Randy Willard | (970) 224-5678 ext. | Willard & Associates PC | Defendant(s), High Plains Mechanical Service / LISTEN ONLY |
| Corinthian Colleges, Inc. | 15-10952 (ALL) | Hearing | 8482967 | Jill Bienstock | (201) 525-6328 ext. | Cole Schotz P.C. | Defendant(s), Hewlett-Packard Financial Services Co. and Autonomy, Inc. / LIVE |
| Corinthian Colleges, Inc. | 15-10952 (17-5041 2) | Hearing | 8469101 | Patrick T. Lennon | (813) 273-4360 ext. | MacFarlane Ferguson & McMullen, P.A. | Defendant(s), Tampa Electric Company / LIVE |