1

2   UNITED STATES BANKRUPTCY COURT

3   DISTRICT OF DELAWARE

4   Case No. 15-10952 (KJC)

5   - - - - - - - - - - - - - - - - - - - -x

6   In the Matter of:

7   CORINTHIAN COLLEGES, INC., et al.,

8           Debtors.

9   - - - - - - - - - - - - - - - - - - - -x

10

11

12               United States Bankruptcy Court

13               824 North Market Street

14               Wilmington, Delaware

15

16               July 20, 2017

17               1:30 PM

18

19

20   B E F O R E:

21   HON. KEVIN J. CAREY

22   U.S. BANKRUPTCY JUDGE

23

24   ECR OPERATOR:  AL LUGANO

25

1

2  Motion of Thomson Reuters-West Publishing Corp. for Allowance

3  and Payment of Administrative Expense Claim Under and Pursuant

4  to 11 U.S.C. § 503(b) [D.I. 1095 - filed 11/19/15]

5

6  Pre-Trial Scheduling Conference in Adversary Proceedings

7  identified on Exhibit A

8

9  Plaintiff's Motion for Orders Establishing Streamlined

10  Procedures Governing Adversary Proceedings Brought by Plaintiff

11  Pursuant To Sections 502, 547, 548, 549 and 550 of the

12  Bankruptcy Code[D.I. 1501; filed 6/14/17]

13

14  Adversary Pre-Trial Scheduling Conferences in (i) In re:

15  Corinthian Colleges, Inc. et al. v. Orange Park Commerce Center

16  II, LLLP; Adversary No. 17-50456 (KJC) and (ii) In re:

17  Corinthian Colleges, Inc. et al. v. Orange Park Commerce

18  Center, LLLP; Adversary No. 17-50457 (KJC)

19

20

21

22

23

24

25  Transcribed by:  Melissa Cannata

1

2  A P P E A R A N C E S :

3  THE ROSNER LAW GROUP LLC

4        Attorneys for Craig R. Jalbert

5  BY:   SCOTT J. LEONHARDT, ESQ. (TELEPHONICALLY)

6        JASON A. GIBSON, ESQ. (TELEPHONICALLY)

7

8

9  KLEIN, LLC

10        Attorneys for Orange Park Commerce Center LLLP, et al.

11  BY:   JULIA KLEIN, ESQ. (TELEPHONICALLY)

12

13

14  ASK LLP

15        Attorneys for Craig R. Jalbert

16  BY:   MARIANNA UDEM, ESQ. (TELEPHONICALLY)

17        GARY D. UNDERDAHL, ESQ. (TELEPHONICALLY)

18

19

20  THE LAW OFFICE OF CURTIS A. HEHN

21        Attorneys for Arey Jones Educational Services, et al.

22  BY:   CURTIS A. HEHN, ESQ. (TELEPHONICALLY)

23

24

25

1

2   PACHULSKI STANG ZIEHL & JONES

3          Attorneys for LIM Holdings Inc. dba Classes USA.com

4   BY:   JAMES E. O'NEILL, ESQ. (TELEPHONICALLY)

5

6

7   JONES DAY

8          Attorneys for LIM Holdings Inc. dba Classes USA.com

9   BY:   ERIN N. BRADY, ESQ. (TELEPHONICALLY)

10         ANNA KORDAS, ESQ. (TELEPHONICALLY)

11

12

13  KLEIN MOYNIHAN TURCO LLP

14         Attorneys for Academix Direct, Inc.

15  BY:   Neil E. Asnen, ESQ. (TELEPHONICALLY)

16

17

18  CONNOLLY GALLAGHER LLP

19         Attorneys for PG&E

20  BY:   Karen C. Bifferato, ESQ. (TELEPHONICALLY)

21

22

23  MADDEN, JONES, COLE & JOHNSON

24         Attorneys for Walter's Wholesale Electric Company

25  BY:   Ian Chuang, ESQ. (TELEPHONICALLY)

1

2  BAKER & HOSTETLER, LLP

3         Attorneys for Percipio Media LLC

4  BY:   Lars Fuller, ESQ. (TELEPHONICALLY)

5

6

7  MORRIS MANNING & MARTIN, LLP

8         Attorneys for Fox Television Station, LLC, et al.

9  BY:   Gwendolyn Godfrey, ESQ. (TELEPHONICALLY)

10

11

12  STOLL KEENON OGDEN PLLC

13         Attorneys for Oceanic Time Warner Cable

14  BY:   Lea Goff, ESQ. (TELEPHONICALLY)

15

16

17  MEYERS LAW GROUP, P.C.

18         Attorneys for Modesto Irrigation District

19  BY:   Merle C. Meyers, ESQ. (TELEPHONICALLY)

20

21

22  SPACH, CAPALDI & WAGGAMAN, LLP

23         Attorneys for Squar Milner LLP

24  BY:   Madison S. Spach, Jr., ESQ. (TELEPHONICALLY)

25

1

2    WILLARD & ASSOCIATES PC

3           Attorneys for High Plains Mechanical Service

4    BY:    Randy Willard, ESQ. (TELEPHONICALLY)

5

6

7    COLE SCHOTZ P.C.

8           Attorneys for Hewlett-Packard Financial Services, et al.

9    BY:    Jill Bienstock, ESQ. (TELEPHONICALLY)

10

11

12   MACFARLANE FERGUSON & MCMULLEN, P.A.

13           Attorneys for Tampa Electric Company

14   BY:    Patrick T. Lennon, ESQ. (TELEPHONICALLY)

15

16

17

18

19

20

21

22

23

24

25

1                     P R O C E E D I N G S

2              THE COURT:  Good afternoon, everyone.  This is Judge

3    Carey.  We're on the record in the Corinthian College's Chapter

4    11 proceedings.  Let me just start by saying that according to

5    the amended agenda, I ordered that this hearing be by phone

6    only.  And although the trustee had requested a continuance of

7    the pre-trials, I wanted to have a chat with counsel anyway

8    about the issue that had been raised for certain of the

9    defendants, the Orange Park defendants.

10             But at this point, I'll just stop and turn the matter

11   over to counsel.

12             MR. LEONHARDT:  Thank you, Your Honor.  Good

13   afternoon.  This is Scott Leonhardt from The Rosner Law Group

14   appearing on behalf of Craig Jalbert as the distribution

15   trustee of the Corinthian Distribution Trust.  Also joining us

16   on the line this afternoon is my cocounsel, Marianna Udem, from

17   ASK LLP.

18             Your Honor previously entered an order granting her

19   admission pro hac vice.  As your Honor noted, we have four

20   matters on the agenda for today.  The first matter is

21   adjourned.  The second matter is pre-trial conferences in

22   various adversary proceedings.  The third matter is a motion to

23   approve streamlined procedures.  And the fourth matter is a

24   separate pre-trial scheduling conference in those two Orange

25   Park adversary proceedings.

1      THE COURT:  I will note that with respect to item
2  number 4, literally minutes before the hearing I received a
3  submission under certification with respect to an agreed, or at
4  least uncontested, pre-trial order.  I have signed that.  So
5  unless there's anything further to be said on that matter, we
6  can move on to the others.
7      MR. LEONHARDT:  That sounds fine, Your Honor.  And
8  with that, I will turn it over to my cocounsel.  I think, Your
9  Honor, it might make sense to start with agenda item number 3,
10  which are the procedures order.
11      THE COURT:  Yes.
12      MR. LEONHARDT:  So with that, I'll turn it over to Ms.
13  Udem.
14      THE COURT:  All right.
15      MS. KLEIN:  Excuse me --
16      MS. UDEM:  Good afternoon, Your Honor.
17      MS. KLEIN:  Sorry, I didn't mean to interrupt.  Your
18  Honor, I just wanted to let Your Honor know that Julia Klein
19  for the record for the Orange Park defendants, that I am on the
20  phone and I don't have any further comments on the pre-trial
21  either.
22      THE COURT:  All right.
23      MS. KLEIN:  Thank you.
24      THE COURT:  If you wish to be excused at this point,
25  you're free to go.  But you're also welcome to stay, of course.

1            MS. KLEIN:  Okay.  Thank you, Your Honor.

2            MS. UDEM:  Good afternoon, Your Honor.  Marianna Udem,

3    ASK LLP for Craig Jalbert as distribution trustee of the

4    Corinthian Distribution Trust.  Thank you for taking the time

5    to schedule this, Your Honor.  If it is okay with the Court, I

6    would like to proceed with the third item and that is our

7    motion to establish streamlined procedures governing adversary

8    proceedings brought in this matter.

9            There are a little bit under one hundred currently

10   pending adversary proceedings.  With respect to ninety-five of

11   these, we currently have pending our motion to establish

12   streamlined procedures and two proposed orders.  One addressing

13   cases with an amount in controversy of less than or equal to

14   75,000 and a different form of order for those cases with an

15   amount in controversy that is greater than 75,000.

16           As noted, we submitted a separate scheduling order and

17   we have withdrawn our motion to establish these procedures with

18   respect to the Orange Park adversary proceeding.  Our reasoning

19   for doing so is we have received an objection from the Orange

20   Park parties to our procedures motion, and while we attempted

21   to negotiate a part out of those procedures that Orange Park

22   had taken issues with, those negotiations were not successful.

23   So we withdrew the motion and circulated a different form of

24   proposed scheduling order that more closely mirrors the form of

25   scheduling order that Your Honor suggests for individual cases

1    that is part of the court's procedures.

2            And that I believe is the order that Your Honor has

3    just signed and we submitted earlier today.  We just finally

4    received final comments and approval on that order from counsel

5    to the Orange Park parties this morning.  So I apologize for

6    the late submission.

7            With respect to the remaining parties, we are still

8    seeking our streamlined procedures.  They are similar to

9    procedures this Court and others in this jurisdiction have

10   entered in a number of bankruptcy matters that involved

11   significant avoidance action litigation.  Our goal in proposing

12   these procedures is to streamline the matters and lead to,

13   hopefully, an effective resolution that limits both the

14   expenses for various parties, including individual defendants,

15   as well as the expenditures of the Court's time.

16           To that end, we sought some provisions that slightly

17   modify the general scheduling order that is available on the

18   court's procedures, as well as certain provisions for pre-

19   trials as well as conferences under Rule 26(f).  Of course, we

20   are endeavoring to have discussions, both about the specific

21   issues in the cases as well as settlement with all of the

22   defendants that have thus far reached out to us.

23           But filed this procedures motion on June 14, about a

24   week or so before answers would have been due in the adversary

25   proceedings, to seek an extension of parties' time to respond

1  to hopefully enable more matters to be settled without

2  expenditures by the defendants, as well as to propose certain

3  procedures that we believe would be very helpful in the

4  resolution of these matters, in particular our procedures with

5  respect to mediation.  That would eliminate the need for

6  separate orders sending the matters to mediation.  And by

7  selecting a smaller subset of mediators, allow for scheduling

8  by those mediators in a more consistent and effective manner.

9          I would be happy to go through the provisions of those

10 orders individually, or I can certain answer any questions that

11 the Court may have.  We believe this matter is currently

12 uncontested as the sole objection really is to matters where

13 these motions have been withdrawn and it is our position that

14 as a result, the Orange Park parties do not have standing to

15 address the procedures in the other adversary proceedings where

16 they are not parties.

17          THE COURT:  All right, I happen to agree with that,

18 but I will tell you that I did review all of the submissions in

19 connection with the issue that the Orange Park defendants had

20 raised, and I do appreciate Ms. Klein's having raised it

21 because it's not an issue that I had faced before.  As the

22 submissions indicate, I've entered orders -- I don't know if

23 they're identical, but somewhat similar to the ones that have

24 been requested here in cases in which many adversaries have

25 been filed in order to more efficiently and economically

1  administer them.

2         But I did want you to address, if you would, whether I

3  have authority to order the relief that you've requested.

4         MS. UDEM:  Certainly, Your Honor.  And I believe the

5  first item in that manner you should address is Rule 16 of the

6  Federal Rules of Civil Procedure, which is applicable here by

7  Rule 716 of the Federal Rules of Bankruptcy Procedure.

8  Specifically, I am referring to the ability to enter a

9  scheduling order and the timing for doing so.  The rule

10  provides that a scheduling order must issue after receiving the

11  parties' report under Rule 26(f), or after consulting with the

12  parties' attorneys and any unrepresented parties at a

13  scheduling conference.

14         And I would like to -- of course, this contains a

15  provision that this is applicable in actions unless exempted by

16  local rule.  And I think that our local rules in Delaware are

17  very relevant here, as there's a specific provision in the

18  local rules that eliminates the submission of Rule 26 reports

19  unless specifically ordered by the court in a matter where the

20  court deems it appropriate to receive such a report.

21         THE COURT:  But local rule 716-1 also says that while

22  the pre-trial conference can be deemed to be the scheduling

23  conference under 16(b), 716-1(a)(i) says that attorneys for all

24  the parties shall confer at least seven days prior to the 16(b)

25  scheduling conference.  And of course while, as I hear what you

1   say, you may have consulted some of the parties, you likely

2   have not consulted everyone.  So does that provision stand in

3   the way of my being able to grant the relief that you've been

4   requested?

5         MS. UDEM:  We believe this provision is covered by the

6   filing of our procedures motion prior to the scheduled date for

7   the initial conference, which is the date of the pre-trial, and

8   setting that conference for the same date.  In sending the

9   procedures motion, our proposal after the procedures was

10  disseminated to all parties.  And while there are some parties

11  that have perhaps ignored the document, there are many that

12  indeed saw it and we have had discussions with parties that

13  have appeared in this matter.

14        We believe that the filing of the motion and the

15  serving of the motion is a communication that helps us to

16  determine a course of action with these parties.  It is very

17  common for us when we file these procedures motions, to receive

18  informal comments as well as some objections, and to work with

19  each of those parties that have specific modifications that

20  they would like to the way that discovery may be conducted or

21  mediation may be conducted to work with them consensually.

22        And we believe this satisfies the requirement in that

23  it is proposed far earlier than the seven days that are

24  traditional under the rules and allows parties additional time

25  to review and voice their opinions in an informal manner before

1  they would even need to object to our procedures motion.

2          THE COURT:  All right.  Frankly, as with many things

3  that come before the Court, in the absence of objection, I'm

4  inclined to approve it, generally under the view that a court

5  has almost unfettered discretion to govern the litigation

6  matters before it.  But let me just ask for the record now,

7  there's an extensive sign up list for today's hearing on the

8  telephone, whether any other defendant wishes to be heard.

9          MR. HEHN:  Your Honor?

10          THE COURT:  Yes.

11          MR. HEHN:  If I may, this Curtis Hehn from the The Law

12  Office of Curtis A. Hehn.  I'm appearing telephonically upon

13  behalf of seven different defendants that have a collective

14  amount in controversy of $432,828.73.  Your Honor, looked at

15  the procedures motion, do not object to it, and in fact, want

16  to support the procedures motion, wanted to let the Court know

17  that I've worked in the past with ASK and the Rosner Group

18  both, under similar orders.

19          And from my perspective as an attorney for a

20  preference defendant, it's actually been very, very helpful.

21  From a defense perspective, I know exactly what I need to do

22  and what I need to prove to ASK to settle these, hopefully.

23  And this order relaxes some of the time constraints that would

24  otherwise be applicable.  And I found it to be very helpful.

25  And I think it resolves in a greater success rate, at least in

1   my experience, with getting things resolved consensually.

2          And I think it helps to protect my clients by giving

3   them more time.  Counsel for the plaintiff, both the Rosner

4   firm and ASK, have always been incredibly responsive whenever

5   I've had to deal with them on procedural issues in prior cases,

6   and I would support the entry of the order on behalf of my

7   clients here because I think it inures to their benefit.

8          THE COURT:  Thank you.  Does any other defendant wish

9   to be heard?

10          MS. KLEIN:  Your Honor, this is Julia Klein -- sorry.

11          THE COURT:  Ms. Klein?

12          MS. KLEIN:  Yes, may I be heard just briefly?

13          THE COURT:  I tend to agree with the plaintiff here

14   that given the resolution of your matter, you do not have

15   standing to raise the issue.  I did review your submissions and

16   I've done the inquiry I thought was necessary.

17          Any other defendants wish to be heard?

18          MR. O'NEILL:  Your Honor, this is James O'Neill from

19   Pachulski Stang Ziehl & Jones appearing on behalf of one of the

20   defendants, LIM Holdings, in adversary 17-50394.  And I'm

21   joined by my cocounsel, Anna Kordas and Erin Brady from the

22   Jones Day firm on behalf of this defendant.  And we filed

23   motions for admission for their admission pro hac vice, which

24   are currently pending, and I'd like to introduce to the Court,

25   Ms. Kordas, who would like to be heard with respect to this

1    matter.

2             THE COURT:  Very well.

3             MS. KORDAS:  Good afternoon, Your Honor.  Anna Kordas

4    for Jones Day on behalf of LIM Holdings.  We do not object to

5    the motion; however, I just wanted to state on the record that

6    we have reached out to trustee's counsel on a number of

7    occasions regarding potential settlement and we have not heard

8    back, so we were just hoping that perhaps the entry of this

9    order would actually encourage settlement discussions between

10   our client and the trustee's counsel.  Thank you.

11            THE COURT:  All right, thank you.  I would hope so

12   too.

13            Any other defendant wish to be heard?

14            I hear no further response.  All right, well in the

15   absence of objection by the defendants who are affected by the

16   proposed orders, I am inclined to sign both of them and will do

17   so.

18            Having said that, let me turn to the plaintiff and

19   ask, is there anything else we need to talk about today?

20            MS. UDEM:  Your Honor, I believe this is everything.

21   Thank you very much.  And in response to that issue, we will

22   absolutely review all the materials that have been provided to

23   us and are eager to engage in settlement discussions,

24   absolutely.

25            MR. LEONHARDT:  Your Honor, this is Scott Leonhardt

1  from The Rosner Law Group on behalf of the plaintiff.  Clean

2  orders were tendered to the Court with the agenda binder.  I

3  don't know if Your Honor still has them or if you would like us

4  to resubmit them.

5        THE COURT:  I just signed them, Mr. Leonhardt, thank

6  you.

7        MR. LEONHARDT:  Okay.  Thank you, Your Honor.

8        THE COURT:  All right.  Thank you all very much.  That

9  concludes this hearing.  Court will stand adjourned.

10     (Whereupon these proceedings were concluded at 1:47 PM)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                           I N D E X

3                            RULINGS

4                                          Page     Line

5   Plaintiff's Proposed Scheduling Order    8        4

6   [Adv. D.I. 8; filed 7/17/17] granted

7   Plaintiff's Motion for Orders            9        18

8   Establishing Streamlined Procedures

9   Governing Adversary Proceedings

10  Brought by Plaintiff Pursuant To

11  Sections 502, 547, 548, 549 and 550 of

12  the Bankruptcy Code [17-50456 Adv.

13  Pro. D.I. 5; 17-50457 Adv. Pro. D.I.

14  5; filed 7/13/17] withdrawn

15  Plaintiff's Proposed Order              16       17

16  Establishing Streamlined Procedures

17  Governing Adversary Proceedings with

18  Total in Controversy Less Than or

19  Equal to $75,000.00 [D.I.1501; filed

20  6/14/17] granted

21  Plaintiff's Proposed Order              16       17

22  Establishing Streamlined Procedures

23  Governing Adversary Proceedings with

24  Total in Controversy Greater Than

25  $75,000.00 [D.I. 1501; filed 6/14/17] granted

1

# C E R T I F I C A T I O N

2

3

I, Melissa Cannata, certify that the foregoing transcript is a

4

true and accurate record of the proceedings.

5

6

7

8

July 24, 2017

_____        _____

9

MELISSA CANNATA                          DATE

10

11

12

eScribers, LLC

13

352 Seventh Avenue, Suite #604

14

New York, NY 10001

15

(973) 406-2250

16

operations@escribers.net

17

18

19

20

21

22

23

24

25

Case 15-10952-JTD   Doc 1522   Filed 07/26/17   Page 20 of 24

CORINTHIAN COLLEGES, INC., et al.
Case No. 15-10952 (KJC)

July 20, 2017

**$**

**$432,828.73 (1)**
14:14

**[**

**[DI (1)**
2:4

**A**

**ability (1)**
12:8
**able (1)**
13:3
**absence (2)**
14:3;16:15
**absolutely (2)**
16:22,24
**Academix (1)**
4:14
**according (1)**
7:4
**action (2)**
10:11;13:16
**actions (1)**
12:15
**actually (2)**
14:20;16:9
**additional (1)**
13:24
**address (3)**
11:15;12:2,5
**addressing (1)**
9:12
**adjourned (2)**
7:21;17:9
**administer (1)**
12:1
**Administrative (1)**
2:3
**admission (3)**
7:19;15:23,23
**adversaries (1)**
11:24
**Adversary (13)**
2:6,10,14,16,18;
7:22,25;9:7,10,18;
10:24;11:15;15:20
**affected (1)**
16:15
**afternoon (6)**
7:2,13,16;8:16;
9:2;16:3
**agenda (4)**
7:5,20;8:9;17:2
**agree (2)**
11:17;15:13
**agreed (1)**
8:3
**al (4)**

**2:15,17;5:8;6:8**

**allow (1)**
11:7
**Allowance (1)**
2:2
**allows (1)**
13:24
**almost (1)**
14:5
**although (1)**
7:6
**always (1)**
15:4
**amended (1)**
7:5
**amount (3)**
9:13,15;14:14
**ANNA (3)**
4:10;15:21;16:3
**apologize (1)**
10:5
**appeared (1)**
13:13
**appearing (3)**
7:14;14:12;15:19
**applicable (3)**
12:6,15;14:24
**appreciate (1)**
11:20
**appropriate (1)**
12:20
**approval (1)**
10:4
**approve (2)**
7:23;14:4
**Asnen (1)**
4:15
**ASSOCIATES (1)**
6:2
**attempted (1)**
9:20
**attorney (1)**
14:19
**Attorneys (15)**
4:3,8,14,19,24;5:3,
8,13,18,23;6:3,8,13;
12:12,23
**authority (1)**
12:3
**available (1)**
10:17
**avoidance (1)**
10:11

**B**

**back (1)**
16:8
**BAKER (1)**
5:2
**Bankruptcy (3)**
2:12;10:10;12:7
**behalf (7)**

**7:14;14:13;15:6,
19,22;16:4;17:1**

**benefit (1)**
15:7
**Bienstock (1)**
6:9
**Bifferato (1)**
4:20
**binder (1)**
17:2
**bit (1)**
9:9
**both (5)**
10:13,20;14:18;
15:3;16:16
**BRADY (2)**
4:9;15:21
**briefly (1)**
15:12
**Brought (2)**
2:10;9:8

**C**

**Cable (1)**
5:13
**can (3)**
8:6;11:10;12:22
**Cannata (1)**
2:25
**CAPALDI (1)**
5:22
**Carey (1)**
7:3
**cases (6)**
9:13,14,25;10:21;
11:24;15:5
**Center (2)**
2:15,18
**certain (4)**
7:8;10:18;11:2,10
**Certainly (1)**
12:4
**certification (1)**
8:3
**Chapter (1)**
7:3
**chat (1)**
7:7
**Chuang (1)**
4:25
**circulated (1)**
9:23
**Civil (1)**
12:6
**Claim (1)**
2:3
**Classes (2)**
4:3,8
**Clean (1)**
17:1
**client (1)**
16:10

**clients (2)**
15:2,7
**closely (1)**
9:24
**cocounsel (3)**
7:16;8:8;15:21
**Code[DI (1)**
2:12
**COLE (2)**
4:23;6:7
**collective (1)**
14:13
**Colleges (2)**
2:15,17
**College's (1)**
7:3
**comments (3)**
8:20;10:4;13:18
**Commerce (2)**
2:15,17
**common (1)**
13:17
**communication (1)**
13:15
**Company (2)**
4:24;6:13
**concluded (1)**
17:10
**concludes (1)**
17:9
**conducted (2)**
13:20,21
**confer (1)**
12:24
**Conference (8)**
2:6;7:24;12:13,22,
23,25;13:7,8
**Conferences (3)**
2:14;7:21;10:19
**connection (1)**
11:19
**CONNOLLY (1)**
4:18
**consensually (2)**
13:21;15:1
**consistent (1)**
11:8
**constraints (1)**
14:23
**consulted (2)**
13:1,2
**consulting (1)**
12:11
**contains (1)**
12:14
**continuance (1)**
7:6
**controversy (3)**
9:13,15;14:14
**Corinthian (5)**
2:15,17;7:3,15;9:4
**Corp (1)**
2:2

**counsel (6)**
7:7,11;10:4;15:3;
16:6,10
**course (5)**
8:25;10:19;12:14,
25;13:16
**COURT (28)**
7:2;8:1,11,14,22,
24;9:5;10:9;11:11,
17;12:19,20,21;14:2,
3,4,10,16;15:8,11,13,
24;16:2,11;17:2,5,8,
9
**court's (3)**
10:1,15,18
**covered (1)**
13:5
**Craig (2)**
7:14;9:3
**currently (4)**
9:9,11;11:11;
15:24
**Curtis (2)**
14:11,12

**D**

**date (3)**
13:6,7,8
**DAY (3)**
4:7;15:22;16:4
**days (2)**
12:24;13:23
**dba (2)**
4:3,8
**deal (1)**
15:5
**deemed (1)**
12:22
**deems (1)**
12:20
**defendant (5)**
14:8,20;15:8,22;
16:13
**defendants (11)**
7:9,9;8:19;10:14,
22;11:2,19;14:13;
15:17,20;16:15
**defense (1)**
14:21
**Delaware (1)**
12:16
**determine (1)**
13:16
**different (3)**
9:14,23;14:13
**Direct (1)**
4:14
**discovery (1)**
13:20
**discretion (1)**
14:5
**discussions (4)**

Case 15-10952-JTD   Doc 1522   Filed 07/26/17   Page 21 of 24

CORINTHIAN COLLEGES, INC., et al.
Case No. 15-10952 (KJC)

July 20, 2017

10:20;13:12;16:9,
23
disseminated (1)
13:10
distribution (4)
7:14,15;9:3,4
District (1)
5:18
document (1)
13:11
done (1)
15:16
due (1)
10:24

**E**

eager (1)
16:23
earlier (2)
10:3;13:23
economically (1)
11:25
effective (2)
10:13;11:8
efficiently (1)
11:25
either (1)
8:21
Electric (2)
4:24;6:13
eliminate (1)
11:5
eliminates (1)
12:18
else (1)
16:19
enable (1)
11:1
encourage (1)
16:9
end (1)
10:16
endeavoring (1)
10:20
engage (1)
16:23
enter (1)
12:8
entered (3)
7:18;10:10;11:22
entry (2)
15:6;16:8
equal (1)
9:13
ERIN (2)
4:9;15:21
ESQ (14)
4:4,9,10,15,20,25;
5:4,9,14,19,24;6:4,9,
14
establish (3)
9:7,11,17

Establishing (1)
2:9
et (1)
2:15,17;5:8;6:8
even (1)
14:1
everyone (2)
7:2;13:2
exactly (1)
14:21
Excuse (1)
8:15
excused (1)
8:24
exempted (1)
12:15
Exhibit (1)
2:7
expenditures (2)
10:15;11:2
Expense (1)
2:3
expenses (1)
10:14
experience (1)
15:1
extension (1)
10:25
extensive (1)
14:7

**F**

faced (1)
11:21
fact (1)
14:15
far (2)
10:22;13:23
Federal (2)
12:6,7
FERGUSON (1)
6:12
file (1)
13:17
filed (5)
2:4,12;10:23;
11:25;15:22
filing (2)
13:6,14
final (1)
10:4
finally (1)
10:3
Financial (1)
6:8
fine (1)
8:7
firm (2)
15:4,22
first (2)
7:20;12:5
form (3)

9:14,23,24
found (1)
14:24
four (1)
7:19
fourth (1)
7:23
Fox (1)
5:8
Frankly (1)
14:2
free (1)
8:25
Fuller (1)
5:4
further (3)
8:5,20;16:14

**G**

GALLAGHER (1)
4:18
general (1)
10:17
generally (1)
14:4
given (1)
15:14
giving (1)
15:2
goal (1)
10:11
Godfrey (1)
5:9
Goff (1)
5:14
Good (5)
7:2,12;8:16;9:2;
16:3
govern (1)
14:5
Governing (2)
2:10;9:7
grant (1)
13:3
granting (1)
7:18
greater (2)
9:15;14:25
GROUP (4)
5:17;7:13;14:17;
17:1
Gwendolyn (1)
5:9

**H**

hac (2)
7:19;15:23
happen (1)
11:17
happy (1)
11:9

hear (2)
12:25;16:14
heard (7)
14:8;15:9,12,17,
25;16:7,13
hearing (4)
7:5;8:2;14:7;17:9
HEHN (4)
14:9,11,11,12
helpful (3)
11:3;14:20,24
helps (2)
13:15;15:2
Hewlett-Packard (1)
6:8
High (1)
6:3
Holdings (4)
4:3,8;15:20;16:4
Honor (23)
7:12,18,19;8:7,9,
16,18,18;9:1,2,5,25;
10:2;12:4;14:9,14;
15:10,18;16:3,20,25;
17:3,7
hope (1)
16:11
hopefully (3)
10:13;11:1;14:22
hoping (1)
16:8
HOSTETLER (1)
5:2
hundred (1)
9:9

**I**

Ian (1)
4:25
identical (1)
11:23
identified (1)
2:7
ignored (1)
13:11
II (2)
2:16,16
Inc (5)
2:15,17;4:3,8,14
inclined (2)
14:4;16:16
including (1)
10:14
incredibly (1)
15:4
indeed (1)
13:12
indicate (1)
11:22
individual (2)
9:25;10:14
individually (1)

11:10
informal (2)
13:18,25
initial (1)
13:7
inquiry (1)
15:16
interrupt (1)
8:17
introduce (1)
15:24
inures (1)
15:7
involved (1)
10:10
Irrigation (1)
5:18
issue (6)
7:8;11:19,21;
12:10;15:15;16:21
issues (3)
9:22;10:21;15:5
item (4)
8:1,9;9:6;12:5

**J**

Jalbert (2)
7:14;9:3
JAMES (2)
4:4;15:18
Jill (1)
6:9
JOHNSON (1)
4:23
joined (1)
15:21
joining (1)
7:15
JONES (6)
4:2,7,23;15:19,22;
16:4
Jr (1)
5:24
Judge (1)
7:2
Julia (2)
8:18;15:10
June (1)
10:23
jurisdiction (1)
10:9

**K**

Karen (1)
4:20
KEENON (1)
5:12
KJC (2)
2:16,18
KLEIN (10)
4:13;8:15,17,18,

Case 15-10952-JTD    Doc 1522    Filed 07/26/17    Page 22 of 24

CORINTHIAN COLLEGES, INC., et al.
Case No. 15-10952 (KJC)

July 20, 2017

23;9:1;15:10,10,11,
12
**Klein's (1)**
11:20
**KORDAS (5)**
4:10;15:21,25;
16:3,3

**L**

**Lars (1)**
5:4
**late (1)**
10:6
**LAW (4)**
5:17;7:13;14:11;
17:1
**Lea (1)**
5:14
**lead (1)**
10:12
**least (3)**
8:4;12:24;14:25
**Lennon (1)**
6:14
**LEONHARDT (8)**
7:12,13;8:7,12;
16:25,25;17:5,7
**less (1)**
9:13
**likely (1)**
13:1
**LIM (4)**
4:3,8;15:20;16:4
**limits (1)**
10:13
**line (1)**
7:16
**list (1)**
14:7
**literally (1)**
8:2
**litigation (2)**
10:11;14:5
**little (1)**
9:9
**LLC (2)**
5:3,8
**LLLP (2)**
2:16,18
**LLP (8)**
4:13,18;5:2,7,22,
23;7:17;9:3
**local (4)**
12:16,16,18,21
**looked (1)**
14:14

**M**

**MACFARLANE (1)**
6:12
**MADDEN (1)**

4:23
**Madison (1)**
5:24
**manner (3)**
11:8;12:5;13:25
**MANNING (1)**
5:7
**many (3)**
11:24;13:11;14:2
**Marianna (2)**
7:16;9:2
**MARTIN (1)**
5:7
**materials (1)**
16:22
**matter (12)**
7:10,20,21,22,23;
8:5;9:8;11:11;12:19;
13:13;15:14;16:1
**matters (8)**
7:20;10:10,12;
11:1,4,6,12;14:6
**may (6)**
11:11;13:1,20,21;
14:11;15:12
**MCMULLEN (1)**
6:12
**mean (1)**
8:17
**Mechanical (1)**
6:3
**Media (1)**
5:3
**mediation (3)**
11:5,6;13:21
**mediators (2)**
11:7,8
**Melissa (1)**
2:25
**Merle (1)**
5:19
**MEYERS (2)**
5:17,19
**might (1)**
8:9
**Milner (1)**
5:23
**minutes (1)**
8:2
**mirrors (1)**
9:24
**Modesto (1)**
5:18
**modifications (1)**
13:19
**modify (1)**
10:17
**more (5)**
9:24;11:1,8,25;
15:3
**morning (1)**
10:5
**MORRIS (1)**

5:7
**Motion (17)**
2:2,9;7:22;9:7,11,
17,20,23;10:23;13:6,
9,14,15;14:1,15,16;
16:5
**motions (3)**
11:13;13:17;15:23
**move (1)**
8:6
**MOYNIHAN (1)**
4:13
**much (2)**
16:21;17:8
**must (1)**
12:10

**N**

**necessary (1)**
15:16
**need (5)**
11:5;14:1,21,22;
16:19
**negotiate (1)**
9:21
**negotiations (1)**
9:22
**Neil (1)**
4:15
**ninety-five (1)**
9:10
**note (1)**
8:1
**noted (2)**
7:19;9:16
**number (4)**
8:2,9;10:10;16:6

**O**

**object (3)**
14:1,15;16:4
**objection (4)**
9:19;11:12;14:3;
16:15
**objections (1)**
13:18
**occasions (1)**
16:7
**Oceanic (1)**
5:13
**Office (1)**
14:12
**OGDEN (1)**
5:12
**one (3)**
9:9,12;15:19
**O'NEILL (3)**
4:4;15:18,18
**ones (1)**
11:23
**only (1)**

7:6
**opinions (1)**
13:25
**Orange (11)**
2:15,17;7:9,24;
8:19;9:18,19,21;
10:5;11:14,19
**order (7)**
7:18;8:4,10;9:14,
16,24,25;10:2,4,17;
11:25;12:3,9,10;
14:23;15:6;16:9
**ordered (2)**
7:5;12:19
**Orders (8)**
2:9;9:12;11:6,10,
22;14:18;16:16;17:2
**others (2)**
8:6;10:9
**otherwise (1)**
14:24
**out (3)**
9:21;10:22;16:6
**over (3)**
7:11;8:8,12

**P**

**PA (1)**
6:12
**PACHULSKI (2)**
4:2;15:19
**Park (11)**
2:15,17;7:9,25;
8:19;9:18,20,21;
10:5;11:14,19
**part (2)**
9:21;10:1
**particular (1)**
11:4
**parties (15)**
9:20;10:5,7,14;
11:14,16;12:12,24;
13:1,10,10,12,16,19,
24
**parties' (3)**
10:25;12:11,12
**past (1)**
14:17
**Patrick (1)**
6:14
**Payment (1)**
2:3
**PC (3)**
5:17;6:2,7
**pending (3)**
9:10,11;15:24
**Percipio (1)**
5:3
**perhaps (2)**
13:11;16:8
**perspective (2)**
14:19,21

**PG&E (1)**
4:19
**phone (2)**
7:5;8:20
**Plains (1)**
6:3
**Plaintiff (5)**
2:10;15:3,13;
16:18;17:1
**Plaintiff's (1)**
2:9
**PLLC (1)**
5:12
**PM (1)**
17:10
**point (2)**
7:10;8:24
**position (1)**
11:13
**potential (1)**
16:7
**pre- (1)**
10:18
**preference (1)**
14:20
**Pre-Trial (8)**
2:6,14;7:21,24;
8:4,20;12:22;13:7
**pre-trials (1)**
7:7
**previously (1)**
7:18
**prior (3)**
12:24;13:6;15:5
**pro (2)**
7:19;15:23
**procedural (1)**
15:5
**Procedure (2)**
12:6,7
**Procedures (24)**
2:10;7:23;8:10;
9:7,12,17,20,21;
10:1,8,9,12,18,23;
11:3,4,15;13:6,9,9,
17;14:1,15,16
**proceed (1)**
9:6
**proceeding (1)**
9:18
**Proceedings (10)**
2:6,10;7:4,22,25;
9:8,10;10:25;11:15;
17:10
**proposal (1)**
13:9
**propose (1)**
11:2
**proposed (4)**
9:12,24;13:23;
16:16
**proposing (1)**
10:11

Case 15-10952-JTD    Doc 1522    Filed 07/26/17    Page 23 of 24

CORINTHIAN COLLEGES, INC., et al.
Case No. 15-10952 (KJC)

July 20, 2017

**protect (1)**
15:2
**prove (1)**
14:22
**provided (1)**
16:22
**provides (1)**
12:10
**provision (4)**
12:15,17;13:2,5
**provisions (3)**
10:16,18;11:9
**Publishing (1)**
2:2
**Pursuant (2)**
2:3,11

**R**

**raise (1)**
15:15
**raised (3)**
7:8;11:20,20
**Randy (1)**
6:4
**rate (1)**
14:25
**re (2)**
2:14,16
**reached (2)**
10:22;16:6
**really (1)**
11:12
**reasoning (1)**
9:18
**receive (2)**
12:20;13:17
**received (3)**
8:2;9:19;10:4
**receiving (1)**
12:10
**record (4)**
7:3;8:19;14:6;16:5
**referring (1)**
12:8
**regarding (1)**
16:7
**relaxes (1)**
14:23
**relevant (1)**
12:17
**relief (2)**
12:3;13:3
**remaining (1)**
10:7
**report (2)**
12:11,20
**reports (1)**
12:18
**requested (4)**
7:6;11:24;12:3;
13:4
**requirement (1)**

13:22
**resolution (3)**
10:13;11:4;15:14
**resolved (1)**
15:1
**resolves (1)**
14:25
**respect (7)**
8:1,3;9:10,18;
10:7;11:5;15:25
**respond (1)**
10:25
**response (2)**
16:14,21
**responsive (1)**
15:4
**resubmit (1)**
17:4
**result (1)**
11:14
**Reuters-West (1)**
2:2
**review (3)**
11:18;13:25;
15:15;16:22
**right (7)**
8:14,22;11:17;
14:2;16:11,14;17:8
**Rosner (4)**
7:13;14:17;15:3;
17:1
**Rule (8)**
10:19;12:5,7,9,11,
16,18,21
**Rules (5)**
12:6,7,16,18;13:24

**S**

**same (1)**
13:8
**satisfies (1)**
13:22
**saw (1)**
13:12
**saying (1)**
7:4
**schedule (1)**
9:5
**scheduled (1)**
13:6
**Scheduling (13)**
2:6,14;7:24;9:16,
24,25;10:17;11:7;
12:9,10,13,22,25
**SCHOTZ (1)**
6:7
**Scott (2)**
7:13;16:25
**second (1)**
7:21
**Sections (1)**
2:11

**seek (1)**
10:25
**seeking (1)**
10:8
**selecting (1)**
11:7
**sending (2)**
11:6;13:8
**sense (1)**
8:9
**separate (3)**
7:24;9:16;11:6
**Service (1)**
6:3
**Services (1)**
6:8
**serving (1)**
13:15
**setting (1)**
13:8
**settle (1)**
14:22
**settled (1)**
11:1
**settlement (4)**
10:21;16:7,9,23
**seven (3)**
12:24;13:23;14:13
**shall (1)**
12:24
**sign (2)**
14:7;16:16
**signed (3)**
8:4;10:3;17:5
**significant (1)**
10:11
**similar (3)**
10:8;11:23;14:18
**slightly (1)**
10:16
**smaller (1)**
11:7
**sole (1)**
11:12
**somewhat (1)**
11:23
**Sorry (2)**
8:17;15:10
**sought (1)**
10:16
**sounds (1)**
8:7
**SPACH (2)**
5:22,24
**specific (3)**
10:20;12:17;13:19
**Specifically (2)**
12:8,19
**Squar (1)**
5:23
**stand (2)**
13:2;17:9
**standing (2)**

11:14;15:15
**STANG (2)**
4:2;15:19
**start (2)**
7:4;8:9
**state (1)**
16:5
**Station (1)**
5:8
**stay (1)**
8:25
**still (2)**
10:7;17:3
**STOLL (1)**
5:12
**stop (1)**
7:10
**streamline (1)**
10:12
**Streamlined (5)**
2:9;7:23;9:7,12;
10:8
**submission (3)**
8:3;10:6;12:18
**submissions (3)**
11:18,22;15:15
**submitted (2)**
9:16;10:3
**subset (1)**
11:7
**success (1)**
14:25
**successful (1)**
9:22
**suggests (1)**
9:25
**support (2)**
14:16;15:6

**T**

**talk (1)**
16:19
**Tampa (1)**
6:13
**telephone (1)**
14:8
**TELEPHONICALLY (15)**
4:4,9,10,15,20,25;
5:4,9,14,19,24;6:4,9,
14;14:12
**Television (1)**
5:8
**tend (1)**
15:13
**tendered (1)**
17:2
**third (2)**
7:22;9:6
**Thomson (1)**
2:2
**thought (1)**
15:16

**thus (1)**
10:22
**timing (1)**
12:9
**today (3)**
7:20;10:3;16:19
**today's (1)**
14:7
**traditional (1)**
13:24
**Transcribed (1)**
2:25
**trials (1)**
10:19
**Trust (2)**
7:15;9:4
**trustee (3)**
7:6,15;9:3
**trustee's (2)**
16:6,10
**TURCO (1)**
4:13
**turn (4)**
7:10;8:8,12;16:18
**two (2)**
7:24;9:12

**U**

**Udem (8)**
7:16;8:13,16;9:2,
2;12:4;13:5;16:20
**uncontested (2)**
8:4;11:12
**Under (9)**
2:3;8:3;9:9;10:19;
12:11,23;13:24;14:4,
18
**unfettered (1)**
14:5
**unless (3)**
8:5;12:15,19
**unrepresented (1)**
12:12
**up (1)**
14:7
**upon (1)**
14:12
**USAcom (2)**
4:3,8
**USC (1)**
2:4

**V**

**various (2)**
7:22;10:14
**vice (2)**
7:19;15:23
**view (1)**
14:4
**voice (1)**
13:25

CORINTHIAN COLLEGES, INC., et al.
Case No. 15-10952 (KJC)

July 20, 2017

## W

**WAGGAMAN (1)**
  5:22
**Walter's (1)**
  4:24
**Warner (1)**
  5:13
**way (2)**
  13:3,20
**week (1)**
  10:24
**welcome (1)**
  8:25
**whenever (1)**
  15:4
**Whereupon (1)**
  17:10
**Wholesale (1)**
  4:24
**WILLARD (2)**
  6:2,4
**wish (4)**
  8:24;15:8,17;
  16:13
**wishes (1)**
  14:8
**withdrawn (2)**
  9:17;11:13
**withdrew (1)**
  9:23
**without (1)**
  11:1
**work (2)**
  13:18,21
**worked (1)**
  14:17

## Z

**ZIEHL (2)**
  4:2;15:19

## 1

**1:47 (1)**
  17:10
**1095 (1)**
  2:4
**11 (2)**
  2:4;7:4
**11/19/15] (1)**
  2:4
**14 (1)**
  10:23
**1501 (1)**
  2:12
**16 (1)**
  12:5
**16b (2)**
  12:23,24
**17-50394 (1)**

  15:20
**17-50456 (1)**
  2:16
**17-50457 (1)**
  2:18

## 2

**26 (1)**
  12:18
**26f (2)**
  10:19;12:11

## 3

**3 (1)**
  8:9

## 4

**4 (1)**
  8:2

## 5

**502 (1)**
  2:11
**503b (1)**
  2:4
**547 (1)**
  2:11
**548 (1)**
  2:11
**549 (1)**
  2:11
**550 (1)**
  2:11

## 6

**6/14/17] (1)**
  2:12

## 7

**716 (1)**
  12:7
**716-1 (1)**
  12:21
**716-1ai (1)**
  12:23
**75,000 (2)**
  9:14,15