# Notice Recipients

District/Off: 0311−1  User: Brandon  Date Created: 7/26/2017
Case: 15−10952−KJC  Form ID: ntcBK  Total: 21

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Amanda R. Steele | steele@rlf.com |
| aty | Christopher Michael De Lillo | delillo@rlf.com |
| aty | Cory D. Kandestin | kandestin@rlf.com |
| aty | Jason A. Gibson | gibson@teamrosner.com |
| aty | Marcos Alexis Ramos | ramos@rlf.com |
| aty | Marianna Udem | mudem@askllp.com |
| aty | Marisa A. Terranova | terranova@rlf.com |
| aty | Mark D. Collins | collins@RLF.com |
| aty | Michael Joseph Merchant | merchant@rlf.com |
| aty | Rachel Layne Biblo | Biblo@rlf.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Robert Charles Maddox | maddox@rlf.com |
| aty | Shanti M. Katona | skatona@polsinelli.com |
| aty | Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |

TOTAL: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Corinthian Colleges, Inc. | 6 Hutton Centre Drive, Suite 400 | Santa Ana, CA 92707 | | |
| aty | Bethany J. Rubis | ASK LLP | 2600 Eagan Woods Drive | Suite 400 | St. Paul, MN 55121 |
| aty | Brigette G. McGrath | ASK LLP | 151 W. 46th Street | 4th Floor | New York, NY 10036 |
| aty | Gary D. Underdahl | ASK LLP | 2600 Eagan Woods Drive, Suite 400 | | St. Paul, MN 55121 |
| aty | Joseph L. Steinfeld, Jr. | ASK LLP | 2600 Eagan Woods Drive | Suite 400 | St. Paul, MN 55121 |
| aty | Kara E Casteel | ASK Financial LLP | 2600 Eagan Woods Drive, Suite 400 | | St.Paul, MN 55121 |

TOTAL: 6