1  California Department of Tax and Fee Administration
   Special Operations Branch, MIC:55
2  450 N Street
   P O Box 942879
3  Sacramento CA 94279-0055
   Telephone (916) 445-1122
4

5

6                    UNITED STATES BANKRUPTCY COURT

7                         DISTRICT OF DELAWARE

8

9  In re: QUICKSTART INTELLIGENCE    )    Bkcy. Case No. 15-10973
                                     )
10 CORPORATION, Debtor(s)            )
                                     )
11                                   )    NOTICE OF WITHDRAWAL OF
                                     )
12                                   )    PRIORITY PROOF
                                     )           OF CLAIM FOR TAXES
13                                   )
                                          Chapter No. 11
14
                                          Account No. SR EA 100-134599
15

16 ─────────────────────────────────
   AMY E. EVERSON, undersigned states
17
   1)  That I am one of the authorized representatives of the State of California Department of Tax
18
   and Fee Administration (functional successor to the State Board of Equalization); that as such I
19
   am qualified and empowered to and do withdraw the Department's claim in the amount of
20
   $7,942.44 as filed in these proceedings on 8/28/15 as Claim 3993.
21

22

23                                        CALIFORNIA DEPARTMENT OF
                                          TAX AND FEE ADMINISTRATION
24

25                                        *Amy E. Everson*
   Dated: 7/25/17
26 At Sacramento, California              Amy E. Everson
                                          Authorized Representative
27   :

-1-