# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Corinthian Colleges, Inc.
6 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707
 **EIN:** 33–0717312

**Chapter:** 11

*Case No.*: 15–10952–KJC

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 7/20/2017 was filed on 7/26/2017 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 8/16/2017 .

If a request for redaction is filed, the redacted transcript is due 8/28/2017 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 10/24/2017 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

_____
Una O'Boyle, Clerk of Court

Date: 7/26/17

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                              Case No. 15-10952-KJC
Corinthian Colleges, Inc.                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: Brandon              Page 1 of 1              Date Rcvd: Jul 26, 2017
                              Form ID: ntcBK             Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
db              #+Corinthian Colleges, Inc.,    6 Hutton Centre Drive, Suite 400,    Santa Ana, CA 92707-8762
aty              +Bethany J. Rubis,    ASK LLP,    2600 Eagan Woods Drive,    Suite 400,    St. Paul, MN 55121-1169
aty              +Brigette G. McGrath,    ASK LLP,    151 W. 46th Street,    4th Floor,    New York, NY 10036-8512
aty              +Gary D. Underdahl,    ASK LLP,    2600 Eagan Woods Drive, Suite 400,    St. Paul, MN 55121-1169
aty              +Joseph L. Steinfeld, Jr.,    ASK LLP,    2600 Eagan Woods Drive,    Suite 400,
                  St. Paul, MN 55121-1169
aty              +Kara E Casteel,    ASK Financial LLP,    2600 Eagan Woods Drive, Suite 400,
                  St.Paul, MN 55121-1169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
NONE.                                                                                               TOTAL: 0