## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

-------------------------------------------------------------

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING THIRD TOLLING AGREEMENT AND STIPULATION BETWEEN CRAIG R. JALBERT, AS DISTRIBUTION TRUSTEE OF THE CORINTHIAN DISTRIBUTION TRUST, AND FORMER MANAGEMENT OF CORINTHIAN COLLEGES, INC.

The undersigned hereby certifies as follows:

1.      We are counsel to Craig R. Jalbert, Distribution Trustee of the Corinthian Distribution Trust (the "**Distribution Trustee**").

2.      The Distribution Trustee and certain former officers of Corinthian Colleges, Inc. (the "**Former Officers**," and together with the Distribution Trustee, the "**Parties**") have entered into that certain *Third Tolling Agreement and Stipulation Between Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust, and Former Management of Corinthian Colleges, Inc.*, dated as of August 11, 2017 (the "**Third Tolling Agreement**").

3.      A copy of the Third Tolling Agreement is attached as **Exhibit 1** to **Exhibit A** hereto.  Under the Third Tolling Agreement, the Parties agreed that the Third Tolling Agreement

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

was operative by its terms, but also agreed to submit the Third Tolling Agreement for approval by this Court.

4.      Attached hereto as **Exhibit A** is the proposed form of order approved by the Parties approving the Third Tolling Agreement (the "**Order**").  As noted above, the executed Third Tolling Agreement is attached to the Order as **Exhibit 1**.

WHEREFORE, the Distribution Trustee respectfully requests that the Court enter the Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

75810260.1

Dated:  August 15, 2017
        Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. De Lillo*
Mark D. Collins (No. 2981)
Marcos Ramos (No. 4450)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
        ramos@rlf.com
        steele@rlf.com
        delillo@rlf.com

Christopher P. Sullivan
David E. Marder
Richard B. Allyn
James P. Menton, Jr.
ROBINS KAPLAN LLP
800 Boylston Street, Suite 2500
Boston, MA 02199
Telephone:  (617) 267-2300
Facsimile:  (617) 267-8288
Email:  csullivan@robinsraplan.com
        dmarder@robinskaplan.com
        rallyn@robinskaplan.com
        jmenton@robinskaplan.com

Counsel to the Distribution Trustee

75810260.1