# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                                                    **Case No.:** 15–10952–KJC

Corinthian Colleges, Inc.

                                                                                                    **Chapter:** 11

### *Notice of Deficiency*

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, if your intention is for this document to be docketed as a Proof of Claim (or Amended Proof of Claim), it must be submitted using Official Form B410. Official forms can be found on our website at www.uscourts.gov/forms/bankruptcy–forms/proof–claim. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court – District of Delaware website at www.deb.uscourts.gov. When resubmitting your claim, please either include this Notice or ensure that you make reference to the docket number initially assigned to your filing.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, the case is currently closed. If you desire to reopen the case, a Motion to Reopen must be filed along with the appropriate filing fee.

☑ The document(s) you submitted to the Court was received on 8/28/2017 and has been docketed at Docket # 1530. However, it is not in compliance with our Local Rules.

☐ Other:

**Local Rules and Official Forms can be found on the Court's website at www.deb.uscourts.gov**

---

I certify that this Notice of Deficiency was mailed on the date indicated below to:
Baker & Hostetler LLP
☑ Attn: Lars H. Fuller
1801 California Street, Suite 4400
Denver, CO 80202

*Una O'Boyle*
Una O'Boyle, Clerk of Court

Date: 8/30/17                                                          By: /s/Lisa M. Dunwody, Deputy Clerk

(VAN–489)