# Notice Recipients

District/Off: 0311−1    User: LisaD    Date Created: 8/30/2017
Case: 15−10952−KJC    Form ID: van489    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    Lars H. Fuller    Baker & Hostetler LLP    1801 California Street    Suite 4400    Denver, CO 80202

TOTAL: 1