UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 15 - 10952 (KJC)

Debtor: Corinthian Colleges, Inc.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Lars H. Fuller

to represent Percipio Media LLC, n/k/a Jobcase Inc.

in this action.

/s/ Lars Fuller

Firm Name: Baker & Hostetler LLP
Address: 1801 California Street, Ste. 4400
Denver, CO 80202
Phone: 303-764-4114
Email: lfuller@bakerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Colorado and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Lars H. Fuller

Firm Name: Baker & Hostetler LLP
Address: 1801 California Street, Ste. 4400
Denver, CO 80202
Phone: 303-764-4114
Email: lfuller@bakerlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

August 31, 2017

/s/ Kevin J. Carey

Local Form 105