# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Corinthian Colleges, Inc.

**Case No.:** 15–10952–KJC

**Chapter:** 11

### *Notice of Deficiency*

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, if your intention is for this document to be docketed as a Proof of Claim (or Amended Proof of Claim), it must be submitted using Official Form B410. Official forms can be found on our website at www.uscourts.gov/forms/bankruptcy–forms/proof–claim. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court – District of Delaware website at www.deb.uscourts.gov. When resubmitting your claim, please either include this Notice or ensure that you make reference to the docket number initially assigned to your filing.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, the case is currently closed. If you desire to reopen the case, a Motion to Reopen must be filed along with the appropriate filing fee.

☑ The document(s) you submitted to the Court was received on 8/28/2017 and has been docketed at Docket # 1530. However, it is not in compliance with our Local Rules.

☐ Other:

**Local Rules and Official Forms can be found on the Court's website at www.deb.uscourts.gov**

---

I certify that this Notice of Deficiency was mailed on the date indicated below to:
Baker & Hostetler LLP
☑ Attn: Lars H. Fuller
1801 California Street, Suite 4400
Denver, CO 80202

*Una O'Boyle*
Una O'Boyle, Clerk of Court

Date: 8/30/17                    By: /s/Lisa M. Dunwody, Deputy Clerk

(VAN–489)

```
                        United States Bankruptcy Court
                              District of Delaware
In re:                                                    Case No. 15-10952-KJC
Corinthian Colleges, Inc.                                 Chapter 11
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: LisaD              Page 1 of 7           Date Rcvd: Aug 30, 2017
                              Form ID: van489          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
aty            +Lars H. Fuller,   Baker & Hostetler LLP,   1801 California Street,   Suite 4400,
                 Denver, CO 80202-2662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
              Amanda R. Steele    on behalf of Defendant    Corinthian Colleges, Inc. steele@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Amanda R. Steele    on behalf of Trustee    Craig R. Jalbert as Distribution Trustee steele@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Amanda R. Steele    on behalf of Attorney    Richards, Layton & Finger, P.A. steele@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Amanda R. Steele    on behalf of Debtor    Corinthian Colleges, Inc. steele@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Amanda R. Steele    on behalf of Other Prof.    FTI Consulting, Inc. steele@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Ashley B. Stitzer    on behalf of Interested Party    Anthem Blue Cross Life and Health Insurance
               Co. astitzer@macelree.com
              BMC Group, Inc.    jmyers@bmcgroup.com
              Barry V. Freeman    on behalf of Interested Party    Jeffer Mangels Butler & Mitchell LLP
               bfreeman@jmbm.com,    dmp@jmbm.com
              Benjamin  Swartzendruber    on behalf of Creditor    Arapahoe County Treasurer
               bswartzendruber@arapahoegov.com
              Benjamin W. Keenan    on behalf of Defendant    Inter-Con Security Systems, Inc.
               bkeenan@ashby-geddes.com,    bkeenan@ashby-geddes.com
              Bernard A. Eskandari    on behalf of Interested Party    The People of the State of California
               bernard.eskandari@doj.ca.gov
              Brian David Huben    on behalf of Creditor    Watt Long Beach, LLC hubenb@ballardspahr.com,
               carolod@ballardspahr.com
              Carl N. Kunz, III    on behalf of Creditor    EFN Merrillville Property LLC ckunz@morrisjames.com,
               wweller@morrisjames.com;jdawson@morrisjames.com
              Carl N. Kunz, III    on behalf of Interested Party    Jennifer Stevens ckunz@morrisjames.com,
               wweller@morrisjames.com;jdawson@morrisjames.com
              Caroline C. Fuller    on behalf of Interested Party    RCS-Corporate Ridge cfuller@fwlaw.com,
               dfilipek@fwlaw.com
              Carolyn G. Wade    on behalf of Interested Party    State of Oregon, Department of Justice
               carolyn.g.wade@doj.state.or.us
              Carren  Shulman    on behalf of Creditor    MARRIOTT HOTEL SERVICES, INC.
               cshulman@sheppardmullin.com,    ny-docketing@sheppardmullin.com
              Carter Ott    on behalf of Interested Party    The People of the State of California
               carter.ott@doj.ca.gov
              Christopher A. Ward    on behalf of Interested Party    The Official Committee of Student Creditors
               cward@polsinelli.com,    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher Dean Loizides    on behalf of Interested Party Guy  Reynolds, on behalf of himself and
               all others similarly situated loizides@loizides.com
              Christopher Dean Loizides    on behalf of Plaintiff Guy  Reynolds loizides@loizides.com
```

```
District/off: 0311-1          User: LisaD                  Page 2 of 7               Date Rcvd: Aug 30, 2017
                              Form ID: van489              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Christopher Dean Loizides    on behalf of Interested Party Christine  Seymour, on Behalf of Herself and Others Similarly Situated loizides@loizides.com
          Christopher Michael De Lillo    on behalf of Trustee    Craig R. Jalbert as Distribution Trustee delillo@rlf.com, rbgroup@rlf.com
          Christopher R. Belmonte    on behalf of Creditor    Cengage Learning, Inc. cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Cory D. Kandestin    on behalf of Defendant    Corinthian Colleges, Inc. kandestin@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Cory D. Kandestin    on behalf of Trustee    Craig R. Jalbert as Distribution Trustee kandestin@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Courtney J Hull    on behalf of Creditor    Texas Comptroller of Public Accounts bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
          Craig Rust    on behalf of Creditor    California Department of Consumer Affairs, Bureau for Private Postsecondary Education craig.rust@doj.ca.gov, Lindsay.Bensen@doj.ca.gov
          Curtis A Hehn    on behalf of Defendant    Tri Dimensional Solutions Inc. curtishehn@comcast.net
          Curtis A Hehn    on behalf of Defendant    Ross Law Group curtishehn@comcast.net
          Curtis A Hehn    on behalf of Defendant    Nexstar Broadcasting, Inc. curtishehn@comcast.net
          Curtis A Hehn    on behalf of Defendant    Avisan Design Group, Inc. curtishehn@comcast.net
          Curtis A Hehn    on behalf of Defendant    eCharter Bus LLC curtishehn@comcast.net
          Curtis A Hehn    on behalf of Defendant    vCom Solutions curtishehn@comcast.net
          Curtis A Hehn    on behalf of Defendant    Arey Jones Educational Solutions curtishehn@comcast.net
          Cynthia Gooen Lesser    on behalf of Creditor    Consumer Financial Protection Bureau cynthia.lesser@cfpb.gov
          Danielle  Pham    on behalf of Creditor    United States on behalf of U.S. Department of Education danielle.pham@usdoj.gov
          Danielle Ann Pham    on behalf of Creditor    United States/USAO Danielle.pham@usdoj.gov
          David G. Aelvoet    on behalf of Creditor    Bexar County davida@publicans.com
          David L. Finger    on behalf of Creditor    Thomson Reuters-West Publishing Corp. dfinger@delawgroup.com
          David W. Carickhoff    on behalf of Defendant    225 North Federal Highway LLC dcarickhoff@archerlaw.com, mfriedman@archerlaw.com
          Dennis A. Meloro    on behalf of Interested Party    Thomas Education Ventures, LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com;fordj@gtlaw.com
          Dennis A. Meloro    on behalf of Defendant    Legalink, Inc. melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com;fordj@gtlaw.com
          Dustin Parker Branch    on behalf of Creditor    Watt Long Beach, LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com
          Eboney  Cobb    on behalf of Creditor    Alief Independent School District ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
          Eboney  Cobb    on behalf of Creditor    Arlington ISD, Eagle Mountain-Saginaw ISD ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
          Elihu Ezekiel Allinson, III    on behalf of Creditor Rhonda  Gardner ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Elizabeth Banda Calvo    on behalf of Creditor    Arlington ISD, Eagle Mountain-Saginaw ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Ellen  Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
          Eric J. Monzo    on behalf of Creditor    BB&S Development, LLC emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
          Erica J. Richards    on behalf of Creditor    Campus Student Funding, LLC (f/k/a ASFG, LLC) erichards@mofo.com, erica-richards-1053@ecf.pacerpro.com
          Erin N. Brady    on behalf of Defendant    LIM Holdings, Inc enbrady@jonesday.com
          Erin R Fay    on behalf of Interested Party    Jack P. Massimino, Kenneth S. Ord, and Robert C. Owen efay@bayardlaw.com, lmorton@bayardlaw.com;sfetrow@bayardlaw.com
          Etta Ren Wolfe    on behalf of Interested Party    Bank of America, N.A., in its capacity as administrative agent for the prepetition first lien secured lenders under that certain Fourth Amended and Restated Credit Agreement dated May 17, 2012 ewolfe@potteranderson.com, bankruptcy@potteranderson.com
          F Mark Bromley    on behalf of Interested Party    State of Wisconsin bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us
          F Mark Bromley    on behalf of Interested Party    State of Wisconsin-Dept. of Justice bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us
          Frank W. DeBorde    on behalf of Defendant    Cox Media Group, LLC fwd@mmmlaw.com, lwolgast@mmmlaw.com
          Gregory A. Taylor    on behalf of Defendant    Cox Media Group, LLC gtaylor@ashby-geddes.com
          Heather L. Donald    on behalf of Creditor    State of Michigan, Department of Treasury donaldh@michigan.gov
          Helen Elizabeth Weller    on behalf of Creditor    Bexar County dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
          Howard A. Cohen    on behalf of Interested Party    Zenith Education Group, Inc. hcohen@gibbonslaw.com
          Jack A. Raisner    on behalf of Interested Party Christine  Seymour, on Behalf of Herself and Others Similarly Situated jar@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com
          Jack A. Raisner    on behalf of Plaintiff Guy  Reynolds jar@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jack A. Raisner   on behalf of Interested Party Guy  Reynolds, on behalf of himself and all others similarly situated jar@outtengolden.com,  jxh@outtengolden.com;kdeleon@outtengolden.com
          James E. Huggett   on behalf of Defendant   Rocky Mountain Power jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
          James E. Huggett   on behalf of Defendant   PacifiCorp jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
          James E. O'Neill   on behalf of Defendant   LIM Holdings, Inc jo'neill@pszjlaw.com, efile1@pszyj.com
          Jason A. Gibson   on behalf of Plaintiff   Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust gibson@teamrosner.com
          Jason A. Gibson   on behalf of Trustee   Craig R. Jalbert as Distribution Trustee gibson@teamrosner.com
          Jason Custer Powell   on behalf of Defendant   Platinum Resource Group jpowell@delawarefirm.com, dtroiano@delawarefirm.com
          Jeffrey R Waxman   on behalf of Creditor   EFN Merrillville Property LLC jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
          Jeffrey R. Lalama   on behalf of Defendant   Feldstein Grinberg Lang & McKee, P.C. jlalama@fgsmlaw.com
          Jeremy  Welch   on behalf of Creditor   Graebel Relocation Services Worldwide, Inc. jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
          Jeremy William Ryan   on behalf of Interested Party   Bank of America, N.A., in its capacity as administrative agent for the prepetition first lien secured lenders under that certain Fourth Amended and Restated Credit Agreement dated May 17, 2012 jryan@potteranderson.com, bankruptcy@potteranderson.com
          John D. Demmy   on behalf of Interested Party   Pennsylvania Electric Company jdd@stevenslee.com
          John D. Demmy   on behalf of Creditor   Southern California Edison Company jdd@stevenslee.com
          John D. Demmy   on behalf of Creditor   Salt River Project jdd@stevenslee.com
          John D. Demmy   on behalf of Creditor   Rochester Gas and Electric Corporation jdd@stevenslee.com
          John H. Drucker   on behalf of Interested Party   FTI Consulting Inc. jdrucker@coleschotz.com
          John H. Drucker   on behalf of Interested Party William J. Nolan jdrucker@coleschotz.com
          John Robert Kresse   on behalf of Creditor   United States on behalf of U.S. Department of Education John.Kresse@usdoj.gov
          Joseph  Corrigan   on behalf of Creditor   Iron Mountain Information Management, LLC Bankruptcy2@ironmountain.com
          Joseph  Sanders   on behalf of Creditor   Attorney General of Illinois jsanders@atg.state.il.us
          Joseph D. Frank   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph J. McMahon, Jr.   on behalf of Defendant   Lincoln Printing Plus, Inc. jmcmahon@ciardilaw.com, mflores@ciardilaw.com
          Julia Bettina Klein   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors klein@kleinllc.com,  r63115@notify.bestcase.com
          Julia Bettina Klein   on behalf of Defendant   Orange Park Commerce Center, LLLP klein@kleinllc.com,  r63115@notify.bestcase.com
          Julia Bettina Klein   on behalf of Defendant   Orange Park Commerce Center II, LLLP klein@kleinllc.com,  r63115@notify.bestcase.com
          Julia Bettina Klein   on behalf of Interested Party   Orange Park Commerce Center, LLLP and Orange Park Commerce Center II, LLLP klein@kleinllc.com,  r63115@notify.bestcase.com
          Karen C. Bifferato   on behalf of Creditor   BRE/OC GRIFFIN, L.L.C. kbifferato@connollygallagher.com
          Karen C. Bifferato   on behalf of Defendant   Pacific Gas & Electric Company kbifferato@connollygallagher.com
          Katharine L. Mayer   on behalf of Creditor   Plaza Del Prado, Inc. kmayer@mccarter.com
          Kathleen M. Miller   on behalf of Defendant   American Express kmiller@skjlaw.com,  llb@skjlaw.com
          Kay Diebel Brock   on behalf of Creditor   Travis County bkecf@co.travis.tx.us
          Kelly M. Conlan   on behalf of Creditor   C.W. Swenson, Inc. kconlan@connollygallagher.com
          Kevin A. Guerke   on behalf of Creditor   Shaco, Inc. kguerke@svglaw.com,  cwalters@svglaw.com
          Kevin Scott Mann   on behalf of Creditor   Walgreen of Hawaii, LLC kmann@crosslaw.com, smacdonald@crosslaw.com
          Kevin Scott Mann   on behalf of Defendant   Rudner Law Offices kmann@crosslaw.com, smacdonald@crosslaw.com
          L. John  Bird   on behalf of Defendant   Microsoft Corporation jbird@foxrothschild.com, idensmore@foxrothschild.com
          Lars Henrik Fuller   on behalf of Defendant   Percipio Media LLC lfuller@bakerlaw.com
          Laura L. McCloud   on behalf of Creditor   Tennessee Department of Revenue agbankdelaware@ag.tn.gov
          Laurel D. Roglen   on behalf of Defendant   Genesis Lending Services, Inc. roglenl@ballardspahr.com,  chiggesd@ballardspahr.com
          Lauren Dunkle Fortunato   on behalf of Defendant   Cox Media Group, LLC lfortunato@ashby-geddes.com
          Leslie C. Heilman   on behalf of Creditor   Watt Long Beach II, LLC heilmanl@ballardspahr.com, chiggesd@ballardspahr.com
          Leslie C. Heilman   on behalf of Creditor   Watt Long Beach, LLC heilmanl@ballardspahr.com, chiggesd@ballardspahr.com
          Leslie C. Heilman   on behalf of Creditor   Watt Management Company heilmanl@ballardspahr.com, chiggesd@ballardspahr.com
          Lloyd H. Randolph   on behalf of Creditor   United States on behalf of U.S. Department of Education lloyd.randolph@usdoj.gov,  janice.murray@usdoj.gov

```
District/off: 0311-1                User: LisaD                  Page 4 of 7                  Date Rcvd: Aug 30, 2017
                                    Form ID: van489              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Lorie Ann Ball    on behalf of Interested Party    The Official Committee of Student Creditors
          lball@robinskaplan.com,
          ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com;arichardson@publiccounsel.org
        Marc Abrams    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
          mao@willkie.com
        Marc J. Phillips    on behalf of Defendant    J K Moving & Storage, Inc., mphillips@mgmlaw.com
        Marcos Alexis Ramos    on behalf of Trustee    Craig R. Jalbert as Distribution Trustee
          ramos@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Maria Ann Milano    on behalf of Defendant    Microsoft Corporation mmilano@riddellwilliams.com,
          vmagda@riddellwilliams.com;jshickich@riddellwilliams.com
        Marianna Udem    on behalf of Trustee    Craig R. Jalbert as Distribution Trustee mudem@askllp.com
        Marisa A. Terranova    on behalf of Debtor    Titan Schools, Inc. terranova@rlf.com,
          rbgroup@rlf.com
        Marisa A. Terranova    on behalf of Debtor    Rhodes Business Group, Inc. terranova@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Marisa A. Terranova    on behalf of Debtor    Rhodes Colleges, Inc. terranova@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Marisa A. Terranova    on behalf of Debtor    Corinthian Property Group, Inc. terranova@rlf.com,
          rbgroup@rlf.com
        Marisa A. Terranova    on behalf of Interested Party    PriceWaterhouseCoopers, LLP
          terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Marisa A. Terranova    on behalf of Debtor    Florida Metropolitan University, Inc.
          terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Marisa A. Terranova    on behalf of Debtor    Career Choices, Inc. terranova@rlf.com,
          rbgroup@rlf.com
        Marisa A. Terranova    on behalf of Debtor    Corinthian Colleges, Inc. terranova@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Marisa A. Terranova    on behalf of Debtor    Everest College Phoenix, Inc. terranova@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Marisa A. Terranova    on behalf of Debtor    MJB Acquisition Corporation terranova@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Marisa A. Terranova    on behalf of Debtor    Sequoia Education, Inc. terranova@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Marisa A. Terranova    on behalf of Debtor    Heald College, LLC terranova@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Marisa A. Terranova    on behalf of Debtor    QuickStart Intelligence Corporation terranova@rlf.com,
          rbgroup@rlf.com
        Marisa A. Terranova    on behalf of Debtor    Corinthian Schools, Inc. terranova@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Marisa A. Terranova    on behalf of Debtor    Socle Education, Inc. terranova@rlf.com,
          rbgroup@rlf.com
        Marisa A. Terranova    on behalf of Attorney    Richards, Layton & Finger, P.A. terranova@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Marisa A. Terranova    on behalf of Debtor    SD III-B Heald Holdings Corp. terranova@rlf.com,
          rbgroup@rlf.com
        Marisa A. Terranova    on behalf of Debtor    SP PE VII-B Heald Holdings Corp. terranova@rlf.com,
          rbgroup@rlf.com
        Marisa A. Terranova    on behalf of Debtor    ECAT Acquisition, Inc. terranova@rlf.com,
          rbgroup@rlf.com
        Marisa A. Terranova    on behalf of Debtor    Ashmead Education, Inc. terranova@rlf.com,
          rbgroup@rlf.com
        Mark D. Collins    on behalf of Debtor    Grand Rapids Educational Center, Inc.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins    on behalf of Debtor    Career Choices, Inc.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins    on behalf of Debtor    Heald College, LLC
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins    on behalf of Debtor    Sequoia Education, Inc.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins    on behalf of Debtor    Ashmead Education, Inc.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins    on behalf of Debtor    SD III-B Heald Holdings Corp.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins    on behalf of Debtor    Pegasus Education, Inc.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins    on behalf of Debtor    Corinthian Colleges, Inc.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins    on behalf of Debtor    Heald Capital LLC
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins    on behalf of Debtor    Heald Education, LLC
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins    on behalf of Debtor    SP PE VII-B Heald Holdings Corp.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins    on behalf of Debtor    Florida Metropolitan University, Inc.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins    on behalf of Debtor    ETON Education, Inc.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

```
District/off: 0311-1          User: LisaD                 Page 5 of 7              Date Rcvd: Aug 30, 2017
                              Form ID: van489             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mark D. Collins   on behalf of Debtor   CDI Education USA, Inc.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Debtor   Corinthian Property Group, Inc.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Debtor   Rhodes Colleges, Inc.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Debtor   Heald Real Estate, LLC
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Debtor   Titan Schools, Inc.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Debtor   Corinthian Schools, Inc.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Debtor   QuickStart Intelligence Corporation
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Debtor   MJB Acquisition Corporation
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Defendant   Corinthian Colleges, Inc.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Debtor   Socle Education, Inc.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Debtor   Everest College Phoenix, Inc.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Debtor   Rhodes Business Group, Inc.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Debtor   ECAT Acquisition, Inc.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Olivere   on behalf of Defendant   Squar Milner LLP olivere@chipmanbrown.com,
           dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Matthew Ryan Koch   on behalf of Interested Party   Robert Bosic, Michael Brase, Linda Buchanan,
           William Buchanan, Nicole Carnagey, Eeva Deshon, Christian Dieckman, John Dionisio, Ann Marie
           Dunlap, John Fioretto, Barbara Gordon, Terry Hartshorn, Alice mkoch@milbank.com,
           JWolf@milbank.com;BLowe@milbank.com
          Matthew Ryan Koch   on behalf of Interested Party   David Poldoian, Terry Rawls, Sharon Robinson,
           Karen Rose, Sumi Shrishrimal, Linda Skladany, Paul St. Pierre, Tim Sullivan, Peter Waller, Beth
           Wilson and Michelle Reed Zagorski mkoch@milbank.com,   JWolf@milbank.com;BLowe@milbank.com
          Matthew Ryan Koch   on behalf of Interested Party   Hank Adler mkoch@milbank.com,
           JWolf@milbank.com;BLowe@milbank.com
          Matthew Ryan Koch   on behalf of Interested Party   Robert Kenyon, Don King, Robert Lee, Jack
           Massimino, David Moore, Marc Morial, Kenneth Ord, Robert Owen mkoch@milbank.com,
           JWolf@milbank.com;BLowe@milbank.com
          Michael Joseph Merchant   on behalf of Debtor   Pegasus Education, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   Corinthian Colleges, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   Rhodes Colleges, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   Florida Metropolitan University, Inc.
           merchant@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   Socle Education, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   Corinthian Schools, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   Heald Real Estate, LLC merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   Heald Education, LLC merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   Everest College Phoenix, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   MJB Acquisition Corporation merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   Grand Rapids Educational Center, Inc.
           merchant@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   Career Choices, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   Ashmead Education, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   ETON Education, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Trustee   Craig R. Jalbert as Distribution Trustee
           merchant@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   Rhodes Business Group, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   CDI Education USA, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   SD III-B Heald Holdings Corp. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant   on behalf of Debtor   QuickStart Intelligence Corporation
           merchant@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

```
District/off: 0311-1           User: LisaD                 Page 6 of 7                  Date Rcvd: Aug 30, 2017
                               Form ID: van489             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Michael Joseph Merchant    on behalf of Debtor    ECAT Acquisition, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant    on behalf of Debtor    Heald College, LLC merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant    on behalf of Debtor    Heald Capital LLC merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant    on behalf of Debtor    Corinthian Property Group, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant    on behalf of Debtor    SP PE VII-B Heald Holdings Corp. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant    on behalf of Debtor    Sequoia Education, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael Joseph Merchant    on behalf of Debtor    Titan Schools, Inc. merchant@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Michael R. Sew Hoy    on behalf of Creditor    United States on behalf of U.S. Department of
           Education michael.r.sew.hoy@usdoj.gov
          Owen M. Sonik    on behalf of Defendant    City of Houston osonik@pbfcm.com,
           tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Owen M. Sonik    on behalf of Defendant    Alief Independent School District osonik@pbfcm.com,
           tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Owen M. Sonik    on behalf of Creditor    Alief Independent School District osonik@pbfcm.com,
           tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Patrick J. Reilley    on behalf of Other Prof.    FTI Consulting, Inc. preilley@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          Paul S. Groschadl    on behalf of Defendant    39 Cascade Drive LLC pgroschadl@woodsoviatt.com,
           ehousel@woodsoviatt.com
          Rachel Layne Biblo    on behalf of Debtor    Corinthian Colleges, Inc. Biblo@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Reed A. Heiligman    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
           rheiligman@fgllp.com,   ccarpenter@fgllp.com
          Rene S. Roupinian    on behalf of Plaintiff Guy  Reynolds rsr@outtengolden.com,
           jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.co
           m;rima-8863@ecf.pacerpro.com
          Rene S. Roupinian    on behalf of Interested Party Christine  Seymour, on Behalf of Herself and
           Others Similarly Situated rsr@outtengolden.com,
           jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.co
           m;rima-8863@ecf.pacerpro.com
          Rene S. Roupinian    on behalf of Interested Party Guy  Reynolds, on behalf of himself and all
           others similarly situated rsr@outtengolden.com,
           jxh@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.co
           m;rima-8863@ecf.pacerpro.com
          Ricardo  Palacio, Esq    on behalf of Creditor    Campus Student Funding, LLC (f/k/a ASFG, LLC)
           rpalacio@ashby-geddes.com
          Richard L. Schepacarter    on behalf of U.S. Trustee    U.S. Trustee richard.schepacarter@usdoj.gov
          Rick S. Miller    on behalf of Defendant    Healthy San Francisco rmiller@ferryjoseph.com,
           dsacconey@ferryjoseph.com
          Robert Charles Maddox    on behalf of Trustee    Craig R. Jalbert as Distribution Trustee
           maddox@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Robert Charles Maddox    on behalf of Defendant    Corinthian Colleges, Inc. maddox@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Robert J. Stearn, Jr.    on behalf of Defendant    Corinthian Colleges, Inc. stearn@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Robert L. Cook    on behalf of Creditor    New York State Department Of Taxation And Finance
           Robert.Cook@tax.ny.gov
          Robert L. LeHane    on behalf of Creditor    Philips International Holding Co.
           KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Robert L. LeHane    on behalf of Creditor    Equity One LLC
           KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Ronald Mark Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
           bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
          Rust Consulting/Omni Bankruptcy    bosborne@omnimgt.com
          Ruth A. Harvey    on behalf of Creditor    United States on behalf of U.S. Department of Education
           ruth.harvey@usdoj.gov
          S. Alexander Faris    on behalf of Defendant    225 North Federal Highway LLC afaris@archerlaw.com
          Scott F. Gautier    on behalf of Interested Party    The Official Committee of Student Creditors
           sgautier@robinskaplan.com,   dwymore@robinskaplan.com
          Scott F. Gautier    on behalf of Interested Party    Certain Student Creditors
           sgautier@robinskaplan.com,   dwymore@robinskaplan.com
          Scott J. Leonhardt    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors leonhardt@teamrosner.com
          Shanti M. Katona    on behalf of Interested Party    The Official Committee of Student Creditors
           skatona@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Shanti M. Katona    on behalf of Trustee    Development Specialists, Inc., the Student Trustee of
           the CCI Student Creditors Trust skatona@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com

```
District/off: 0311-1          User: LisaD                  Page 7 of 7                 Date Rcvd: Aug 30, 2017
                              Form ID: van489              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
          Steven Phillip Ordaz    on behalf of Interested Party    BMC Group, Inc. sordaz@bmcgroup.com, ecfbk@bmcgroup.com
          Theodore J. Tacconelli    on behalf of Defendant    Alief Independent School District ttacconelli@ferryjoseph.com
          Thomas Griffin    on behalf of Interested Party Karen Brown ttg@robainalaw.com, gpc@robainalaw.com
          Timothy Jay Fox, Jr.    on behalf of U.S. Trustee    U.S. Trustee timothy.fox@usdoj.gov
          U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
          Vivian A. Houghton    on behalf of Interested Party Stefanie Pelosi bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com
          Vivian A. Houghton    on behalf of Interested Party Casey Harwood bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com
          Vivian A. Houghton    on behalf of Interested Party Eleanor Bailey bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com
          Vivian A. Houghton    on behalf of Interested Party Gwendolyn Pawluck bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com
          Vivian A. Houghton    on behalf of Interested Party Christina Newsom bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com
          Vivian A. Houghton    on behalf of Interested Party Krishawna Carranza bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com
          Vivian A. Houghton    on behalf of Interested Party Angelica Casas bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com
          William A. Hazeltine    on behalf of Interested Party    Aerotek, Inc. Bankruptcy001@sha-llc.com
          William Anthony Van Roo    on behalf of Creditor    C. W. SWENSON, LLC vanroolaw@gmail.com
          William F. Taylor, Jr.    on behalf of Interested Party    Pennsylvania Electric Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William J. Burnett    on behalf of Creditor    Square 407 Limited Partnership william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com
          William Pierce Bowden    on behalf of Creditor    Campus Student Funding, LLC (f/k/a ASFG, LLC) wbowden@ashby-geddes.com

                                                                                                    TOTAL: 239