IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § <br> § <br> CORINTHIAN COLLEGES, INC., *et al.* [1] § <br> § <br> § <br> § <br> Debtors. § <br> § <br> § | Chapter 11 <br><br> Case No. 15-10952 (KJC) <br><br> Jointly Administered <br><br> **Obj. Deadline: September 19, 2017 at 4:00 p.m. (ET)** <br> **Hr'g Date: September 26, 2017 at 1:15 p.m. (ET)** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on September 5, 2017, Craig R. Jalbert, the distribution trustee (the "**Trustee**") for the Corinthian Distribution Trust (the "**Distribution Trust**") filed the *Motion of Distribution Trust Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Settlement By and Among Distribution Trust and Former Management of Corinthian Colleges, Inc.* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Distribution Trustee on or before **September 19, 2017 at 4:00 p.m. (prevailing Eastern Time).**

---

[1] The Debtors in these cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477).

RLF1 18081700v.1

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion, if required, will be held before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **September 26, 2017 at 1:15 p.m. (prevailing Eastern Time).**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: September 5, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Christopher M. De Lillo*<br>Mark D. Collins (No. 2981)<br>Marcos A. Ramos (No. 4450)<br>Amanda R. Steele (No. 5530)<br>Christopher M. De Lillo (No. 6355)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>       ramos@rlf.com<br>       steele@rlf.com<br>       delillo@rlf.com<br><br>Christopher P. Sullivan<br>Richard B. Allyn<br>James P. Menton, Jr.<br>ROBINS KAPLAN LLP<br>800 Boylston Street, Suite 2500<br>Boston, MA 02199<br>Telephone: (617) 267-2300<br>Facsimile: (617) 267-8288<br>Email: csullivan@robinsraplan.com<br>       rallyn@robinskaplan.com<br>       jmenton@robinskaplan.com<br><br>Counsel for the Distribution Trustee |