IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § | |
| ---------------------------------------------------------------- | | Re: Docket No. 1539 |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| October 3, 2016 at 3:00 p.m. (EDT) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |

**Dated: September 12th, 2017**
**Wilmington, Delaware**

RLF1 18096245v.1

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**