# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al[1].<br>          Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br>(Jointly Administered) |
| GUY REYNOLDS, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>          Defendant. | Adversary No. 15-50309 (KJC) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2017, true and correct copies of *Case Status Report – Status E* and this *Certificate of Service* were served via electronic mail and first class mail upon the following:

Mark D. Collins, Esq.
Robert J. Stearn, Jr., Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SPPE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Wilmington, Delaware 19801
collins@rlf.com
stearn@rlf.com

*Counsel for the Debtors and Debtors in Possession*

**DATED:** September 12, 2017

        /s/ Jack A. Raisner
        Jack A. Raisner
        René S. Roupinian
        OUTTEN & GOLDEN LLP
        685 Third Avenue, 25th Floor
        New York, NY  10019
        Telephone: (212) 245-1000
        E-mail: jar@outtengolden.com
               rsr@outtengolden.com

        *Attorneys for Plaintiff and all others similarly situated*