IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | §   Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § |
| | §   Case No. 15-10952 (KJC) |
| | § |
| | §   Jointly Administered |
| Debtors. | § |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 26, 2017 AT 1:15 P.M. (EDT)

*AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.   UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION:**

1. Motion of Distribution Trust Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Settlement By and Among Distribution Trust and Former Management of Corinthian Colleges, Inc. [Docket No. 1535 - filed September 5, 2017]

    Objection / Response Deadline:   September 19, 2017 at 4:00 p.m. (EDT)

    Objections / Responses Received:   None.

    Related Documents:

    i.   Certificate of No Objection Regarding Motion of Distribution Trust Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Settlement by and Among Distribution Trust and Former Management of Corinthian Colleges, Inc. [Docket No. 1547 - filed September 20, 2017]

<u>Status</u>: The Court has informed counsel for the Distribution Trustee that an order will be entered on this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated: September 22, 2017
     Wilmington, Delaware

*/s/ Christopher M. De Lillo*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       delillo@rlf.com

Counsel for the Distribution Trustee