UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 15-10952 (KJC)

Debtor: CORINTHIAN COLLEGES, INC., et. al.,

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Lea Pauley Goff to represent Oceanic Time Warner Cable LLC in this action.

Joseph H. Huston (DE Bar No. 4035)

Firm Name: Stevens & Lee, P.C.

Address: 919 North Market Street, Suite 1300
Wilmington, DE 19801

Phone: 302-425-3310

Email: jhh@stevenslee.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Kentucky and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name: Stoll Keenon Ogden PLLC

Address: 500 West Jefferson Street, 2000 PNC Plaza
Louisville, KY 40202

Phone: (502) 333-6000

Email: lea.goff@skofirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105