# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Corinthian Colleges, Inc., *et al.*, | ) | Case No. 15-10952 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust, | ) ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 17-50369 (KJC) |
| | ) | |
| v. | ) | |
| | ) | |
| Dyntek Services, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF TELEPHONIC HEARING
## SCHEDULED FOR FEBRUARY 27, 2018 AT 9:00 A.M. (ET)

**PLEASE TAKE NOTICE** that, at the Court's direction, a telephonic hearing (the "Telephonic Hearing") will be held with respect to the *Letter from Julia B. Klein (DE 5198) to the Honorable Kevin J. Carey Regarding Discovery Dispute* [Adv. D.I 20l filed 02/20/18] on **February 27, 2018 at 9:00 a.m. (prevailing Eastern Time)** before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that those parties wishing to participate in the Telephonic Hearing must make arrangements through CourtCall by telephone at 866-582-6878. When making the arrangement, please notify CourtCall that the Court has authorized telephonic participation by the parties.

|  |  |
|---|---|
| Dated: February 23, 2018<br>Wilmington, Delaware | KLEIN LLC<br><br>*/s/ Julia Klein*<br>Julia B. Klein (DE 5198)<br>919 North Market Street<br>Suite 600<br>Wilmington, Delaware 19801<br>(302) 438-0456<br>klein@kleinllc.com<br><br>*Counsel for DynTek Services, Inc.* |