# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.,* | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust, | |
| Plaintiff, | Adv. No.: 17-50369 (KJC) |
| vs. | |
| Dyntek Services, | |
| Defendant. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR *TELEPHONIC* HEARING ON FEBRAURY 27, 2018 AT 9:00 A.M. (ET)**

**\*AT THE REQUEST OF THE COURT, THIS HEARING WILL BE CONDUCTED BY TELEPHONE ONLY. PARTIES WISHING TO APPEAR MUST MAKE ARRANGEMENTS WITH COURTCALL (866-582-6878) IN ACCORDANCE WITH THE INSTRUCTIONS FOR TELEPHONIC APPEARANCES EFFECTIVE JANUARY 5, 2005, REVISED APRIL 27, 2009**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00022461. }

**I.     CONTESTED ADVERSARY MATTER GOING FORWARD – DISCOVERY DISPUTE IN ADV. NO. 17-50369:**

1. Letter from Julia B. Klein to the Honorable Kevin J. Carey Regarding Discovery Dispute [Adv. D.I. 20; filed 2/20/18]

   Response Deadline:  February 22, 2018

   Responses Received:

   a. Letter from Jason Gibson to the Honorable Kevin J. Carey Regarding Discovery Dispute [Adv. D.I. 21; filed 2/22/18]

   Related Documents:

   i. Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total in Controversy Greater the $75,000.00 Brought by Plaintiff Pursuant To Sections 502, 547, 548, 549 and 550 of the Bankruptcy Code Order [Adv. D.I. 8; entered 7/20/17]

   ii. Notice of Telephonic Hearing [Adv. D.I. 22; filed 2/23/18]

   Status:  This matter is going forward.

                                                                    Respectfully submitted,

Dated: February 23, 2018
           Wilmington, Delaware             **THE ROSNER LAW GROUP LLC**

                                                                    */s/ Scott J. Leonhardt*
                                                                    Frederick B. Rosner (DE# 3995)
                                                                    Scott J. Leonhardt (DE #4885)
                                                                    Jason A. Gibson (DE #6091)
                                                                    824 N. Market Street, Suite 810
                                                                    Wilmington, Delaware 19801
                                                                    Telephone: (302) 777-1111
                                                                    gibson@teamrosner.com

                                                                    *Counsel for Craig R. Jalbert, as Distribution*
                                                                    *Trustee of the Corinthian Distribution Trust*