# Court Conference

**Calendar Date:** 02/27/2018
**Calendar Time:** 09:00 AM ET

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

1st Revision  Feb 26 2018  4:11PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 8919132 | Lars Fuller | (303) 764-4114 ext. | Baker & Hostetler, LLP | Creditor, Percipio Media LLC / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 (17-50369) | Hearing | 8919525 | Jason Gibson | (302) 777-1111 ext. | The Rosner Law Group LLC | Plaintiff(s), Craig R. Jalbert, as Distribution Trustee / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 (17-50369) | Hearing | 8916671 | Julia Klein | (302) 438-0456 ext. | Klein, LLC | Defendant(s), Dyntec / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 (17-50369) | Hearing | 8916681 | Marianne S. Mortimer | (424) 214-7000 ext. | Stradling, Yocca, Carlson & Rauth | Defendant(s), Dyntec / LIVE |