IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § § | Case No. 15-10952 (KJC) |
| | § § | Jointly Administered |
| Debtors. | § § | |
| | § | **Re: Docket No. 1581** |

---------------------------------------------------------------

**CERTIFICATE OF NO OBJECTION REGARDING DISTRIBUTION
TRUSTEE'S FIFTH MOTION FOR AN ORDER EXTENDING THE
CLAIMS OBJECTION DEADLINE THROUGH SEPTEMBER 10, 2018**

The undersigned hereby certifies that Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust (the "**Distribution Trust**") has received no answer, objection or any other responsive pleading with respect to the *Distribution Trustee's Fifth Motion for an Order Extending the Claims Objection Deadline through September 10, 2018* [Docket No. 1581] (the "**Motion**") filed by the Distribution Trust with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on March 2, 2018. The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 case. Pursuant to the *Notice of Motion and Hearing*, filed with the Motion, any objection or response to the Motion was to be filed and served no later than 4:00 p.m. (EDT) on March 16, 2018.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 19023439v.1

WHEREFORE, the Distribution Trustee respectfully requests that an order, substantially in the form attached hereto as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: March 19, 2018<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Christopher M. De Lillo*<br>Mark D. Collins (No. 2981)<br>Marcos A. Ramos (No. 4450)<br>Amanda R. Steele (No. 5530)<br>Christopher M. De Lillo (No. 6355)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>      ramos@rlf.com<br>      steele@rlf.com<br>      delillo@rlf.com<br><br>Counsel for the Distribution Trustee |