# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| ------------------------------------------------ | § | |
| | § | |
| CRAIG R. JALBERT, as Distribution Trustee of | § | |
| the Corinthian Distribution Trust, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Proc. No. 17-50364 (KJC) |
| | § | |
| CE SMITH LAW FIRM; | § | |
| and TERREN BECKER, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 4, 2018 AT 11:00 A.M. (EDT) [2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

[2] The hearing will be held before The Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the April 4, 2018 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, April 3, 2018 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

RLF1 18964962v.1

**I. CONTINUED / RESOLVED MATTERS:**

1. Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

    Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

    Objections / Responses Received:   None.

    Related Documents:   None.

    Status: The hearing on this matter has been continued to a date to be determined.

2. Distribution Trustee's Fifth Motion for an Order Extending the Claims Objection Deadline through September 10, 2018 [Docket No. 1581 - filed March 2, 2018]

    Objection / Response Deadline:   March 16, 2018 at 4:00 p.m. (EDT)

    Objections / Responses Received:   None.

    Related Documents:

    i. Certificate of No Objection Regarding Distribution Trustee's Fifth Motion for an Order Extending the Claims Objection Deadline through September 10, 2018  [Docket No. 1585 - filed March 19, 2018]

    ii. Order Granting Distribution Trustee's Fifth Motion for an Order Extending the Claims Objection Deadline through September 10, 2018 [Docket No. 1586 - entered March 20, 2018]

    Status: On March 20, 2018, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

**II. ORAL ARGUMENT:**

3. Motion to Dismiss Amended Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, 549 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502, *Jalbert v. CE Smith Law Firm*, Adv. Proc. No. 17-50364 (KJC) [Adv. Docket No. 18 - filed January 11, 2018]

    Objection / Responses Received:

    A. [SEALED] Plaintiff's Response to Defendant Terren Becker's Motion to Dismiss Amended Complaint [Adv. Docket No. 21 - filed January 24, 2018]

B.    [REDACTED] Plaintiff's Response to Defendant Terren Becker's Motion to Dismiss [Adv. Docket No. 23 - filed January 24, 2018]

Related Documents:

i.    Memorandum of Law in Support of the Motion to Dismiss [Adv. Docket No. 19 - filed January 11, 2018]

ii.    Plaintiff's Motion to File Under Seal Plaintiff's Response to Defendant Terren Becker's Motion to Dismiss [Adv. Docket No. 22 - filed January 24, 2018]

iii.    Defendant Terren Becker's Reply in Support of the Motion to Dismiss [Adv. Docket No. 26 - filed February 5, 2018]

iv.    Defendant Terren Becker's Request for Oral Argument [Adv. Docket No. 27 - filed February 12, 2018]

v.    Notice of Completion of Briefing [Adv. Docket No. 28 - filed February 26, 2018]

vi.    Notice of Hearing Regarding Defendant's Motion to Dismiss [Adv. Docket No. 29 - filed March 7, 2018]

Status:  Oral argument regarding this matter is going forward.

4

| | |
|---|---|
| Dated: April 2, 2018<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Christopher M. De Lillo (No. 6355)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>merchant@rlf.com<br>steele@rlf.com<br>delillo@rlf.com<br><br>-and-<br><br>Frederick B. Rosner (No. 3995)<br>Scott J. Leonhardt (No. 4885)<br>Jason A. Gibson (No. 6091)<br>THE ROSNER LAW GROUP LLC<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Telephone: 302-777-1111<br>Email: gibson@teamrosner.com<br><br>Counsel for the Distribution Trustee |

RLF1 18964962v.1