# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.

**CASE NO:** 15-10952 -KJC

**COURTROOM LOCATION: 5**

**DATE:** April 4, 2018

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| S. Alexander Faris | Archer & Greiner | CG Smith + Terren Becker |
| Fred Rosner | Rosner Law Group | Plaintiff, Trustee |
| Douglas Leney | Archer & Greiner | CG Smith + Terren Becker |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |