# SIGN-IN-SHEET

**CASE NAME:** Corinthian Colleges, Inc.
**CASE NO:** 15-10952-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 4, 2018

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| S. Alexander Faris | Archer + Greiner | CCI Smith + Terren Beeler |
| Fred Rosner | Rosner Law Group | Plaintiff, Trustee |
| Douglas Leney | Archer + Greiner | CCI Smith + Terren Beeler |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |