**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| Debtor. § | |
| § | |

---

**NOTICE OF DESTRUCTION OF BOOKS AND RECORDS
STORED AT 2702 N OGDEN, SUITE 105, MESA, ARIZONA 85215**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 4, 2015, each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code.

2. On August 28, 2015, the Court entered an order [D.I. 913] confirming the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 909] (the "**Plan**"). The Plan became effective on September 21, 2015 (the "**Effective Date**").

3. Pursuant to the terms of the Plan the Debtors' remaining assets (with certain exceptions) were transferred to the Distribution Trust[2] on the Effective Date, including the Debtors' books and records.

4. Article XI, Section L of the Plan provides that the Distribution Trust is free, in its discretion, and upon prior written notice to the Administrative Agent and the Student Trustee, to destroy or dispose of books and records in compliance with applicable non-bankruptcy law, without the need for any other or further court order.

5. The Distribution Trust has determined that it no longer needs to retain certain of the Debtors' books and records (the "**Records**"), which are being stored at 2702 N Ogden, Suite 105 Mesa, Arizona 85215 (the "**Property**").

6. Out of an abundance of caution, the Distribution Trust is hereby providing notice of its intention to destroy the Records. The Records are comprised of certain educational and student related records and financial and business records of the Debtors that relate to the Debtors' former Everest University locations in Arizona, most of which appear to have been

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

[2] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

RLF1 19086901v.1

created prior to 2012.  The Debtors indexed and organized the Records and after reviewing such inventory the Trust has determined that it can dispose of the Records.

7.  The Records (or the indexes/inventories thereof) also have been reviewed by the Student Trust.  No other parties have come forward to claim interest in the Records or review them.

8.  The landlord of the Property has informed the Distribution Trustee that the Distribution Trust must vacate the Property by April 30, 2018.  In order to meet this deadline, the Distribution Trustee must begin the destruction of the Records on April 23, 2018.

**9.  Any party that wishes to review the Records before their destruction must do so at the Property before April 23, 2018.  After that date the Records will be destroyed.**

Dated: April 10, 2018  
Wilmington, Delaware

/s/    Robert C. Maddox  
Mark D. Collins (No. 2981)  
Marcos A. Ramos (No. 4450)  
Robert C. Maddox (No. 5356)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone:  302-651-7700  
Facsimile:  302-651-7701  
Email:  collins@rlf.com  
            ramos@rlf.com  
            maddox@rlf.com  
            steele@rlf.com

Counsel for the Distribution Trustee

2