# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al[1].<br>                      Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br>(Jointly Administered) |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>    v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>                      Defendant. | Adversary No. 15-50309 (KJC) |

## CASE STATUS REPORT – STATUS E

Pursuant to the Order dated March 29, 2018 [Docket No. 51] that Plaintiffs' Counsel file a status report in this matter, Plaintiffs Guy Reynolds and Christine Seymour ("Plaintiffs") on behalf of themselves and all others similarly situated, hereby submit this Case Status Report.

<u>Nature of the Matters in Issue/ Status of the Case</u>

On May 5, 2015, Plaintiff Guy Reynolds filed a *Class Action Adversary Proceeding Complaint* [Docket No. 1] alleging that Defendant Corinthian Colleges, Inc. violated the Worker

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SPPE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Adjustment Retraining and Notification Act and its California counterpart, Cal. Labor Code, § 1400 et. seq. (collectively "the WARN Acts") and seeking, on behalf of himself and all others similarly situated, an allowed claim in an amount equal to 60 days wages and benefits for each affected employee. On August 20, 2015, Mr. Reynolds filed an amended complaint adding Ms. Seymour as a plaintiff and Heald Capital, LLC, Heald College, LLC, Heald Education, LLC, Heald Real Estate, LLC, SD III-B Heald Holdings Corp., and SP PE VII-B Heald Holdings Corp. as defendants. [Docket No 30].

On August 21, 2015, Plaintiffs filed their Objection to Confirmation of Debtors' Second Amended and Modified Chapter 11 Plan of Liquidation (the "Objection")[Docket No. 822].

Settlement Status

At the Plan confirmation hearing held on August 26, 2015, the parties stated on the record that Plaintiffs were withdrawing the Objection based on a settlement in principle in the WARN Act litigation reached prior to the hearing. The parties are in the process of documenting the settlement and preparing necessary documents and filings for the formal consummation of the settlement, approval of a class for settlement purposes, and final disposition of the adversary.

Since the last status report was filed on January 2, 2018 [Docket No. 50], the parties have discussed the status of the estate and its impact on the timing and the amount of the distribution in furtherance of finalizing the settlement agreement, as well as securing complete employee data for the contemplated distribution of funds. Plaintiffs have continued to diligently monitor the efforts of the Distribution Trustee and Oversight Board of the Distribution Committee to realize assets that would fund a creditor distribution inclusive of the settlement.

DATED: April 19, 2018

/s/ Jack A. Raisner
Jack A. Raisner
René S. Roupinian

2

OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
E-mail: jar@outtengolden.com
        rsr@outtengolden.com

Christopher D. Loizides (No.3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
E-mail: loizides@loizides.com

*Counsel for Plaintiffs and all others similarly situated*