# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 05/02/2018
Calendar Time: 11:00 AM ET

*Amended Calendar  May 2 2018 5:21AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 (17-50369) | Hearing | 9052255 | Jason Gibson | (302) 777-1111 ext. | The Rosner Law Group LLC | Plaintiff(s), Craig R. Jalbert, as Distribution Trustee / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 (17-50369) | Hearing | 9051978 | Julia Klein | (302) 438-0456 ext. | Klein, LLC | Defendant(s), Dyntec / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 (17-50369) | Hearing | 9051972 | Marianne S. Mortimer | (424) 214-7000 ext. | Stradling, Yocca, Carlson & Rauth | Defendant(s), Dyntec / LIVE |

Peggy Drasal ext. 802

CourtConfCal2009

Page 1 of 2