# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § <br> § <br> CORINTHIAN COLLEGES, INC.,[1] § <br> § <br> § <br> Debtor. § <br> § <br> --------------------------------------------------------------- | Chapter 11 <br><br> Case No. 15-10952 (KJC) <br><br> **Re: Docket No. 1610** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, on June 8, 2018, Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust filed the *Notice of Destruction of Books and Records Stored at 960 Riverside Parkway, West Sacramento, CA 95605* [Docket No. 1610] (the "**Notice**").

PLEASE TAKE FURTHER NOTICE that the Distribution Trustee hereby withdraws the Notice without prejudice.

Dated: June 8, 2018
     Wilmington, Delaware

                                 */s/ Robert C. Maddox*
                                 Mark D. Collins (No. 2981)
                                 Marcos A. Ramos (No. 4450)
                                 Robert C. Maddox (No. 5356)
                                 RICHARDS, LAYTON & FINGER, P.A.
                                 920 N. King Street
                                 Wilmington, Delaware 19801
                                 Telephone:  302-651-7700
                                 Facsimile:  302-651-7701
                                 Email: collins@rlf.com
                                               ramos@rlf.com
                                               maddox@rlf.com

                                 Counsel for the Distribution Trustee

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

RLF1 19485234v.1