**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
CORINTHIAN COLLEGES, INC.,[1]             :        Case No. 15-10952 (KJC)
                                          :
                            Debtor.       :
                                          :
-------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM SERVICE LISTS**

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP

hereby withdraws its appearance on behalf of Patrick Fitzgerald as federally-appointed monitor

(the "Monitor") in the above-captioned chapter 11 case.

PLEASE TAKE FURTHER NOTICE that service of pleadings and notices in

this case, including CM/ECF electronic notification, upon the following counsel should be

discontinued.

> Felicia Gerber Perlman, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> 155 N. Wacker Drive
> Chicago, Illinois 60606-1720
> felicia.perlman@skadden.com
>
> Sarah E. Pierce, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware 19899-0636
> sarah.pierce@skadden.com

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is
Corinthian Colleges, Inc. (7312).

Dated: Wilmington, Delaware
June 14, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Alison M. Keefe (I.D. No. 6187)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone:  (302) 651-3000

- and -

/s/ Felicia Gerber Perlman
Felicia Gerber Perlman
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone:  (312) 407-0700

*Counsel for Patrick Fitzgerald as federally-appointed monitor*

2