IN THE UNITED STATES BANKRUPTCY COURT

FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Corinthian College, Inc. | ) | Case No. 15-10952-KJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

NOTICE OF WITHDRAWAL OF VIVIAN A. HOUGHTON
AS COUNSEL FOR ANGELICA CASAS, CASEY HARWOOD, CHRISTINA NEWSOM,
ELEANOR BAILEY, GWENDOLYN PAWLUCK, KRISHAWNA CARRANZA, AND
STEFANIE PELOSI.

Vivian A. Houghton hereby withdraws as counsel for Angelica Casas, Casey Harwood, Christina Newsom, Eleanor Bailey, Gwendolyn Pawluck, Krishawna Carranza, and Stefanie Pelosi in the above-captioned bankruptcy proceeding. Pursuant to L.B.R. 9010-2(b), the undersigned certifies that Angelica Casas, Casey Harwood, Christina Newsom, Eleanor Bailey, Gwendolyn Pawluck, Krishawna Carranza, and Stefanie Pelosi consent to the withdrawal. Please remove Vivian A. Houghton from all service lists in this case, including all electronic service lists and the ECF notification system.

/S/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 N West Street, 1st Floor
Wilmington, Delaware 19801
(302) 658-0518
Attorney for Angelica Casas,
Casey Harwood, Christina
Newsom, Eleanor Bailey,
Gwendolyn Pawluck,
Krishawna Carranza, and
Stefanie Pelosi.