# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On August 8, 2018, at my direction and under my supervision, employees of Reliable caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 08/08/2018 | 1620 | Motion of the CCI Student Creditors Trustee to Terminate the CCI Student Creditors Trust Filed by Development Specialists, Inc., the Student Trustee of the CCI Student Creditors Trust. Hearing scheduled for 8/29/2018 at 11:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 8/22/2018. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Katona, Shanti) Modified docket text on 8/8/2018 (LMD). (Entered: 08/08/2018) |

x /s/ Gene Matthews
**Gene Matthews**

Dated: August 15, 2018
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 15th day of August, 2018, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x /s/ Jacqueline Lately

[Notary Seal: JACQUELINE LATELY, MY COMMISSION EXPIRES August 23, 2019, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

| | |
|---|---|
| Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax Division<br>P.O. Box 898<br>Dover, DE 19903 | State of Delaware<br>820 N. French Street<br>Division of Revenue - 8th Floor<br>Wilmington, DE 19801-0820 |
| Office of the U.S. Attorney<br>Attn: Charles M. Oberly, III<br>Nemours Building<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19801 | Securities & Exchange Commission<br>New York Regional Office<br>Attn: George S. Canellos, Reg. Director<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 |
| Division of Unemployment Ins.<br>Department Of Labor<br>4425 N. Market Street<br>Wilmington, DE 19802 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Office of the United States Trustee<br>Attn: Richard Schepacarter/Timothy Fox<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street, NE<br>Washington, DC 20549 |
| The Industrial Commission of Arizona<br>Labor Department<br>Attn: Karen Axsom, Director<br>800 W. Washington St<br>Phoenix, AZ 85007 | Hawaii State Department of Education<br>1390 Miller St.<br>Honolulu, HI 96813 |

| | |
|---|---|
| NYC Department of Education<br>Tweed Courthouse<br>52 Chambers Street<br>New York, NY 10007 | Office of Private Postsecondary Education<br>Oregon Higher Education Coordinating Commission<br>775 Court Street NE<br>Salem, OR 97301 |
| Office of the U.S. Attorney<br>District of Arizona<br>Attn: John S. Leonardo<br>Two Renaissance Square<br>40 N. Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4408 | Office of the U.S. Attorney<br>District of Hawaii<br>Attn: Florence T. Nakakuni<br>300 Ala Moana Blvd., #6-100<br>Honolulu, HI 96850 |
| Office of the Attorney General<br>California Department of Justice<br>1300 I St.<br>Sacramento, CA 95814-5901 | Office of the U.S. Attorney<br>Southern District of New York<br>Attn: Preet Bharara<br>One Saints Andrew Plaza<br>New York, NY 10007 |
| Office of the U.S. Attorney<br>Eastern District of New York<br>Attn: Kelly T. Currie<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Jeffer Mangels Butler & Mitchell LLP<br>Attn: Barry Freeman/David Poitras<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | Ballard Spahr LLP<br>Attn: Dustin Branch<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067-2909 |

| | |
|---|---|
| Katten Muchin Rosenman LLP<br>Attn: Brian Huben<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 | Kelley Drye & Warren LLP<br>Attn: Robert L. LeHane<br>101 Park Avenue<br>New York, NY 10178 |
| TX Comptroller of Public Accounts<br>Attn: Courtney J. Hull<br>Attn: John Mark Stern, AAG<br>Bankruptcy & Collections Division, MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Potter Anderson & Corroon LLP<br>Attn: Jeremy Ryan/Etta Myers<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| BMC Group, Inc.<br>Attn: T. Feil<br>3732 W. 120th Street<br>Hawthorn, CA 90250 | U.S. Department of Justice<br>Civil Division<br>Attn: Lloyd Randolph/Danielle Pham<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 |
| Morrison & Foerster LLP<br>Attn: Lorenzo Marinuzzi/Erica Richards<br>250 West 55th Street<br>New York, NY 10019-9601 | Ashby & Geddes, P.A.<br>Attn: William Bowden/Ricardo Palacio<br>Attn: Leigh-Anne Raport<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Sarah E. Pierce<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Felicia Gerber Perlman<br>155 N. Wacker Drive<br>Chicago, IL 60606-1720 |

| | |
|---|---|
| Wisconsin Department of Justice<br>Attn: Brad D. Schimel, AG<br>Attn: F. Mark Bromley, AAG<br>Post Office Box 7857<br>Madison, WI 53707-7857 | Drinker Biddle & Reath LLP<br>Attn: Michael P. Pompeo<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714 |
| Drinker Biddle & Reath LLP<br>Attn: H. John Michel, Jr.<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103-6996 | Drinker Biddle & Reath LLP<br>Attn: Howard A. Cohen<br>222 Delaware Ave., Ste.1410<br>Wilmington, DE 19801-1621 |
| Brown Rudnick LLP<br>Attn: H. Jeffrey Schwartz/Bennett Silverberg<br>Seven Times Square<br>New York, NY 10036 | CA Labor & Workforce Development Agency<br>Attn: PAGA Administrator<br>455 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102 |
| New York State Department of Labor<br>Building 12<br>W.A. Harriman Campus<br>Albany, NY 12240 | Bureau of Labor and Industries<br>800 NE Oregon St., Suite 1045<br>Portland, OR 97232 |
| Dept of Labor & Industrial Relations<br>830 Punchbowl St #321<br>Honolulu, HI 96813 | Occupational Safety & Health Administration<br>800 W. Washington Street, 2nd Floor<br>Phoenix, AZ 85007 |

| | |
|---|---|
| Cal/OSHA<br>1515 Clay Street, Suite 1901<br>Oakland, CA 94612 | State of Oregon Osha Office<br>1230 NE 3rd St #115<br>Bend, OR 97701 |
| Division of Safety & Health<br>One Hudson Square<br>75 Varick Street (7th Floor)<br>New York, NY 10013 | Occupational Safety & Health<br>830 Punchbowl St # 425<br>Honolulu, HI 96813 |
| United States Department of Labor<br>Attn: Thomas E. Perez, Secretary<br>200 Constitution Ave., NW<br>Washington, DC 20210 | Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, IN 46204 |
| Fairfield and Woods, P.C.<br>Attn: Caroline C. Fuller<br>1801 California Street, Suite 2600<br>Denver, CO 80202 | Satterlee Stephens Burke & Burke LLP<br>Attn: Christopher Belmonte/Abigail Snow<br>230 Park Avenue, Suite 1130<br>New York, NY 10169 |
| Travis County<br>Attn: Kay D. Brock<br>P.O. Box 1748<br>Austin, TX 78767 | Iron Mountain Information Management, LLC<br>Attn: Joseph Corrigan<br>One Federal Street<br>Boston, MA 02110 |

| | |
|---|---|
| FrankGecker LLP<br>Attn: Joseph Frank/Reed Heiligman<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Linebarger Goggan Blair & Sampson LLP<br>Attn: David G. Aelvoet<br>711 Navarro Street, Ste 300<br>San Antonio, TX 78205 |
| Equity One, Inc.<br>Attn: Legal Department<br>1600 Northeast Miami Gardens Drive<br>North Miami Beach, FL 33179 | U.S. Department of Justice<br>Civil Division<br>Michael R. Sew Hoy<br>1100 L Street, N.W., Room 10048<br>Washington, D.C. 20005 |
| Synchrony Bank<br>c/o Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | American Express Travel Related Services<br>c/o Becket and Lee LLP<br>Attn: Gilbert B Weisman<br>POB 3001<br>Malvern, PA 19355-0701 |
| NYS Dept. of Taxation & Finance<br>Office of Counsel<br>Attn: Robert Cook/Amanda Hiller<br>340 East Main St.<br>Rochester, NY 14604 | Office of the Attorney General<br>Attn: Joseph J. Sanders<br>100 W Randolph St., 12th Fl.<br>Chicago, IL 60601 |
| Dumas & Kim, APC<br>Attn: Christian T. Kim<br>3435 Wilshire Blvd., Suite 990<br>Los Angeles, CA 90010 | Buchalter Nemer, A Professional Corporation<br>Attn: Shawn M. Christianson, Esq<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 |

| | |
|---|---|
| Watt Long Beach, LLC<br>Attn: James Maginn<br>2716 Ocean Park Blvd.<br>Santa Monica, CA 90405 | Commonwealth of Massachusetts<br>Office of the Attorney General<br>Attn: Maura Healey, AG<br>Attn: Peter Leight AAG/Glenn Kaplan AAG<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108 |
| Pircher, Nichols & Meeks<br>Attn: Eugene J.M. Leone<br>900 N. Michigan Avenue<br>Suite 1000<br>Chicago, IL 60611 | Development Resources, Inc.<br>Attn: John Giannopoulos<br>333 North Des Plaines Street<br>Chicago, IL 60661 |
| Robaina & Kresin<br>Attn: Thomas Griffin<br>5343 N 16th St # 200<br>Phoenix, AZ 85016-3231 | Kreis, Enderle, Hudgins & Borsos, PC<br>Attn: Thomas G. King<br>PO Box 4010<br>Kalamazoo, MI 49003-4010 |
| Bovitz & Spitzer<br>Attn: J. Scott Bovitz<br>1100 Wilshire Blvd., Suite 2403<br>Los Angeles, CA 90017 | Oregon Department of Justice<br>Attn: Carolyn G. Wade<br>1162 Court Street NE<br>Salem, OR 97301-4096 |
| Morris James LLP<br>Attn: Carl Kunz III/Jeffrey Waxman<br>500 Delaware Ave, Suite 1500<br>Po Box 2306<br>Wilmington, DE 19801 | State of Michigan<br>Department of Treasury<br>Attn: Bill Schuette/Heather Donald<br>Cadillac Place, Suite 10-200<br>3030 W. Grand Blvd.<br>Detroit, MI 48202 |

Treasurer - Tax Collector
Dan McAllister
Attn: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, CA 92101

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Owen M. Sonik
1235 North Loop West, Suite 600
Houston, TX 77008

The Rosner Law Group
Attn: Julia Klein/Frederick Rosner
824 Market Street, Suite 810
Wilmington, DE 19801

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Commonwealth of Pennsylvania
Department of Labor & Industry
Collections Support Unit
Attn: Linda Mitten
651 Boas Street, Room 700
Harrisburg, PA 17121

Robins Kaplan LLP
Attn: Scott Gautier/Lorie Ball
Attn: Cynthia Hernandez
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
PO Box 475
Jefferson City, MO 65105-0475

Sheppard, Mullin, Richter & Hampton LLP
Attn: Carren B. Shulman, Esq.
30 Rockefeller Plaza
New York, NY 10112

Ruder Ware, L.L.S.C.
Attn: Jeremy M. Welch
500 North First Street, Suite 8000
P.O. Box 8050
Wausau, WI 54402-8050

Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: Elizabeth Banda Calvo
500 E. Border Street, Suite 640
Arlington, TX 76010

| | |
|---|---|
| Arapahoe County Treasurer<br>Attn: Benjamin Swartzendruber<br>5334 S. Prince Street<br>Littleton, CO 80166 | GE Information Technology Solutions<br>f/d/b/a IKON Financial Services<br>Bankruptcy Administration<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 |
| Lampert 25500 Industrial Blvd., LLC<br>Attn: Roland Lampert<br>P.O. Box 712711<br>Cincinnati, OH 75271-2711 | Palm Springs Mile Associates, Ltd<br>Attn: Phillip J. Eisenberg<br>c/o Phillips International<br>295 Madison Ave., 2nd Floor<br>New York, NY 10017 |
| Sidley Austin LLP<br>Attn: Jennifer Hagle/Anna Gumport<br>555 West Fifth Street, #4000<br>Los Angeles, CA 90013 | TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| California Department of Justice<br>Office of the Attorney General<br>Attn: Bernard A. Eskandari<br>300 S. Spring St., Ste. 1702<br>Los Angeles, CA 90013 | California Department of Justice<br>Attn: Craig D. Rust, Deputy AG<br>1300 I Street<br>Sacramento, CA 95814 |
| Richards, Layton & Finger, PA<br>Attn: Mark D. Collins/Michael Merchant<br>Attn: Marisa Terranova/Amanda Steele<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Loizides, P.A.<br>Attn: Christopher D. Loizides<br>1225 King Street, Suite 800<br>Wilmington, DE 19801 |

| | |
|---|---|
| Outten & Golden LLP<br>Attn: Jack Raisner/René Roupinian<br>685 Third Avenue, 25th Floor<br>New York, NY 10017 | Law Office of Donald W. Sieveke<br>Attn: Donald W. Sieveke<br>1113 N. Spurgeon Street<br>Santa Ana, CA 92701 |
| California Department of Justice<br>Office of the Attorney General<br>Attn: Nancy Quach<br>455 Golden Gate, Suite 11000<br>San Francisco, CA 94102-7004 | Consumer Financial Protection Bureau<br>Attn: Cynthia Gooen Lesser<br>Assistant Deputy Enforcement Director<br>1700 G Street, N.W.<br>Washington, D.C. 20552 |