# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., et al. [1] | Case No. 15-10952 (KJC) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1620** |

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING MOTION OF THE CCI STUDENT CREDITORS TRUSTEE TO TERMINATE THE CCI STUDENT CREDITORS TRUST

I, Shanti M. Katona, Esq., of Polsinelli PC, counsel to Development Specialists, Inc., solely in its capacity as Trustee (the "**Student Trustee**") under the CCI Student Creditors Trust (the "**Student Trust**"), appointed pursuant to the Debtors' *Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation*, hereby certify and state as follows:

1. On August 8, 2018, the Student Trust filed the *Motion of the CCI Student Trust to Terminate the CCI Student Creditors' Trust* [Docket No. 1620] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

64936522.1

2. The deadline to file objections or responses to the Motion was August 22, 2018 at 4:00 p.m. (ET).

3. The Student Trust received informal comments to the Motion from the Distribution Trustee.

4. The Student Trust has revised the proposed form of order approving the Motion (the "**Order**") incorporating the Distribution Trust's comments. A copy of the Order is attached hereto as Exhibit A. For the convenience of the Court and other interested parties, a blackline comparison of the Order and the order originally filed with the Motion is attached hereto as Exhibit B.

5. Accordingly, the Student Trust respectfully requests that the Court enter the Order attached hereto as Exhibit A at the earliest convenience of the Court.

| | |
|---|---|
| Dated: August 24, 2018<br>Wilmington, Delaware | **POLSINELLI PC**<br><br> /s/ Shanti M. Katona<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br><br>*Attorneys for CCI Student Trust* |

2

64936522.1