**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| Debtor. | § | |
| | § | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 29, 2018 AT 11:00 A.M. (EDT)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.  CONTINUED / RESOLVED MATTER:**

1. Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

   Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

   Objections / Responses Received:   None.

   Related Documents:   None.

   Status: The hearing on this matter has been continued to a date to be determined.

**II.  MATTER WITH CERTIFICATION OF COUNSEL:**

2. Motion of the CCI Student Creditors Trustee to Terminate the CCI Student Creditors Trust [Docket No. 1620 - filed August 8, 2018]

   Objection / Response Deadline:   August 22, 2018 at 4:00 p.m. (EDT)

   Objections / Responses Received:   Informal comments from the Distribution Trustee

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

<u>Related Documents</u>:

i. Certification of Counsel Regarding Order Granting Motion of the CCI Student Creditors Trustee to Terminate the CCI Student Creditors Trust [Docket No. 1623 - filed August 24, 2018]

<u>Status</u>: On August 24, 2018, the CCI Student Creditors Trustee submitted a revised form of order under certification of counsel. The Court has advised counsel for the Distribution Trustee that a hearing on this matter is not necessary.

Dated: August 24, 2018
Wilmington, Delaware

*<u>/s/ Robert C. Maddox</u>*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Christopher M. De Lillo (No. 6355)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
maddox@rlf.com
delillo@rlf.com

Counsel for the Distribution Trustee