# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § § | Case No. 15-10952 (KJC) |
| | § | |
| Debtor. | § § | |
| | § | |

---

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATE

The undersigned hereby certifies that the Court has provided the hearing date set forth on the proposed order, attached hereto, for the above-captioned chapter 11 case.

WHEREFORE, counsel for Craig R. Jalbert, the distribution trustee, requests that the Court enter the proposed order, attached hereto, at its earliest convenience.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

RLF1 19939019v.1

| | |
|---|---|
| Dated: September 4, 2018<br>　　　Wilmington, Delaware | */s/ Amanda R. Steele*　　　　　　　　　<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Robert C. Maddox (No. 5356)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>　　　　merchant@rlf.com<br>　　　　maddox@rlf.com<br>　　　　steele@rlf.com<br><br>Counsel to the Distribution Trustee |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § § § § § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., | | |
| | | Case No. 15-10952 (KJC) |
| Debtor. | | |

-------------------------------------------------------------

**ORDER SCHEDULING OMNIBUS HEARING DATE**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| November 8, 2018 at 2:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |

RLF1 19939019v.1