IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., | § § | Case No. 15-10952 (KJC) |
| Debtor. | § § § | Re: Docket No. 1627 |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

**Date & Time**

November 8, 2018 at 2:00 p.m. (ET)

**Location**

U.S. Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor, Courtroom 5
Wilmington, Delaware 19801

**Dated: September 5th, 2018**
**Wilmington, Delaware**

RLF1 19939019v.1

*(signature)*

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**