**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § § | Case No. 15-10952 (KJC) |
| | § | |
| Debtor. | § § | |
| | § | Re: Docket No. 1629 |

-------------------------------------------------------------

**CERTIFICATE OF NO OBJECTION REGARDING DISTRIBUTION TRUSTEE'S
SIXTH MOTION FOR AN ORDER EXTENDING THE CLAIMS OBJECTION
DEADLINE THROUGH MARCH 11, 2019**

The undersigned hereby certifies that Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust (the "**Distribution Trust**") has received no answer, objection or any other responsive pleading with respect to the *Distribution Trustee's Sixth Motion for an Order Extending the Claims Objection Deadline through March 11, 2019* [Docket No. 1629] (the "**Motion**") filed by the Distribution Trust with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 6, 2018. The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 case. Pursuant to the *Notice of Motion and Hearing*, filed with the Motion, any objection or response to the Motion was to be filed and served no later than 4:00 p.m. (EDT) on September 20, 2018.

WHEREFORE, the Distribution Trustee respectfully requests that an order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

| | |
|---|---|
| Dated: September 21, 2018<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Marcos A. Ramos (No. 4450)<br>Amanda R. Steele (No. 5530)<br>Christopher M. De Lillo (No. 6355)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>       ramos@rlf.com<br>       steele@rlf.com<br>       delillo@rlf.com<br><br>Counsel for the Distribution Trustee |