IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Corinthian Colleges, Inc., | Case No. 15-10952 (KJC) |
| Debtor. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM SERVICE LISTS AND ELECTRONIC NOTICING

PLEASE WITHDRAW the appearance of L. John Bird, Esquire, formerly of Fox Rothschild LLP, as counsel for Microsoft Corporation in the above matter, including electronic noticing.

Dated:  October 3, 2018

                                          **FOX ROTHSCHILD LLP**

By:    */s/ Jeffrey M. Schlerf*
         Jeffrey M. Schlerf (DE No. 3047)
         919 N. Market Street, Suite 300
         Wilmington, DE  19801
         Telephone: (302) 654-7444
         Facsimile: (302) 656-8920
         jschlerf@foxrothschild.com