**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § § § § § § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | | Case No. 15-10952 (KJC) |
| Debtor. | | |
| ----------------------------------------------------------- | | |
| CRAIG R. JALBERT, as Distribution Trustee of the Corinthian Distribution Trust, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Adv. Proc. No. 17-50387 (KJC) |
| HEARST STATIONS INC. f/d/b/a KITV ME TV, | | |
| Defendant. | | |
| ----------------------------------------------------------- | | |

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 8, 2018 AT 2:00 P.M. (EST)**

**I.   CONTINUED / RESOLVED MATTERS:**

1.  Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

    Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

    Objections / Responses Received:   None.

    Related Documents:   None.

    Status: The hearing on this matter has been continued to a date to be determined.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

RLF1 19953219v.1

2. Distribution Trustee's Sixth Motion for an Order Extending the Claims Objection Deadline Through March 11, 2019 [Docket No. 1629 - filed September 6, 2018]

    Objection / Response Deadline:   September 20, 2018 at 4:00 p.m. (EDT)

    Objections / Responses Received:   None.

    Related Documents:

    i. Certificate of No Objection Regarding Distribution Trustee's Sixth Motion for an Order Extending the Claims Objection Deadline Through March 11, 2019 [Docket No. 1632 - filed September 21, 2018]

    ii. Order Granting Distribution Trustee's Sixth Motion for an order Extending the Claims Objection Deadline Through March 11, 2019 [Docket No. 1633 - entered September 24, 218]

    Status: On September 24, 218, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II. ADJOURNED ADVERSARY MATTER:

3. Second Amended Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, 549 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502, *Jalbert v. Hearst Stations,* 17-50387 (KJC) [Adv. Docket No. 29 - filed July 6, 2018]

    Related Documents:

    i. Alias Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 30 - filed October 4, 2018]

    ii. Amended Notice of Dispute Resolution Alternatives [Adv. Docket No. 31 - filed October 4, 2018]

3

Status: The parties in the above-referenced adversary proceeding have reached a settlement in principle. Accordingly, the pre-trial conference has been adjourned while the parties document their agreement.

Dated: November 6, 2018  /s/ Amanda R. Steele
      Wilmington, Delaware  Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Christopher M. De Lillo (No. 6355)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      maddox@rlf.com
      delillo@rlf.com

Counsel for the Distribution Trustee