**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC.,[1]<br><br>　　　　　　Debtor | Chapter 11<br><br>Case No. 15-10952 (KJC) |
| CRAIG R. JALBERT, as Distribution Trustee of<br>the Corinthian Distribution Trust,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>HEARST STATIONS INC. f/d/b/a KITV ME TV,<br><br>　　　　　　Defendant. | Adv. Proc. No. 17-50387 (KJC) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on November 6, 2018, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document(s) to be served (i) via e-mail to the parties listed in **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit C** attached hereto:

- **Notice of Agenda of Matters Scheduled for Hearing on November 8, 2018 at 2:00 P.M. (EST) [Docket No. 1638]**

Dated: November 7, 2018

　　　　　　　　　　　　　　　　/s/ Darleen Sahagun
　　　　　　　　　　　　　　　　Darleen Sahagun
　　　　　　　　　　　　　　　　Omni Management Group
　　　　　　　　　　　　　　　　5955 DeSoto Avenue, Suite 100
　　　　　　　　　　　　　　　　Woodland Hills, CA 91367
　　　　　　　　　　　　　　　　818-906-8300

{State of California　　　　}
{　　　　　　　　　　　　} ss.
{County of Los Angeles　　}

Subscribed and sworn to (or affirmed) before me on this 7th day of November 20 18, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

# EXHIBIT A

**Corinthian Colleges, Inc., et al. -  Service List to e-mail Recipients**

AMERICAN EXPRESS TRAVEL RELATED SERVICES
NOTICES@BECKET-LEE.COM

ARAPAHOE COUNTY TREASURER
BENJAMIN SWARTZENDRUBER
BSWARTZENDRUBER@ARAPAHOEGOV.COM

ARAPAHOE COUNTY TREASURER
WENDY ROSSMAN
WROSSMAN@ARAPAHOEGOV.COM

ASHBY & GEDDES, P.A.
LEIGH-ANNE RAPORT
LRAPORT@ASHBY-GEDDES.COM

ASHBY & GEDDES, P.A.
RICARDO PALACIO
RPALACIO@ASHBY-GEDDES.COM

ASHBY & GEDDES, P.A.
WILLIAM BOWDEN
WBOWDEN@ASHBY-GEDDES.COM

BALLARD SPAHR LLP
BRIAN HUBEN
HUBENB@BALLARDSPAHR.COM

BALLARD SPAHR LLP
DUSTIN BRANCH
BRANCHD@BALLARDSPAHR.COM

BMC GROUP, INC.
T. FEIL
TFEIL@BMCGROUP.COM

BOVITZ & SPITZER
J. SCOTT BOVITZ
BOVITZ@BOVITZ-SPITZER.COM

BROWN RUDNICK LLP
BENNETT SILVERBERG
BSILVERBERG@BROWNRUDNICK.COM

BUCHALTER NEMER, A PROFESSIONAL CORPORATIO
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CALIFORNIA DEPARTMENT OF JUSTICE
BERNARD A. ESKANDARI
BERNARD.ESKANDARI@DOJ.CA.GOV

CALIFORNIA DEPARTMENT OF JUSTICE
CRAIG D. RUST
CRAIG.RUST@DOJ.CA.GOV

CALIFORNIA DEPARTMENT OF JUSTICE
NANCY QUACH
NANCY.QUACH@DOJ.CA.GOV

COMMONWEALTH OF MASSACHUSETTS
GLENN KAPLAN
GLENN.KAPLAN@STATE.MA.US

COMMONWEALTH OF MASSACHUSETTS
PETER LEIGHT
PETER.LEIGHT@STATE.MA.US

COMMONWEALTH OF PENNSYLVANIA
LINDA MITTEN
RA-LI-UCTS-BANKRUPT@STATE.PA.US

CONSUMER FINANCIAL PROTECTION BUREAU
CYNTHIA GOOEN LESSER
CYNTHIA.LESSER@CFPB.GOV

DEVELOPMENT RESOURCES, INC.
JOHN GIANNOPOULOS
JOHNG@DEVRESINC.COM

DRINKER BIDDLE & REATH LLP
H. JOHN MICHEL, JR.
JOHN.MICHEL@DBR.COM

DRINKER BIDDLE & REATH LLP
MICHAEL P. POMPEO
MICHAEL.POMPEO@DBR.COM

DUMAS & KIM, APC
CHRISTIAN KIM
CKIM@DUMAS-LAW.COM

FAIRFIELD AND WOODS, P.C.
CAROLINE C. FULLER
CFULLER@FWLAW.COM

FRANKGECKER LLP
JOSEPH FRANK
JFRANK@FGLLP.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

HAWAII STATE DEPARTMENT OF EDUCATION
DOE_INFO@HAWAIIDOE.ORG

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
JOSEPH CORRIGAN
BANKRUPTCY2@IRONMOUNTAIN.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
BARRY FREEMAN
BFREEMAN@JMBM.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
DAVID POITRAS
DPOITRAS@JMBM.COM

KELLEY DRYE & WARREN LLP
BANKRUPTCY DEPARTMENT
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
RLEHANE@KELLEYDRYE.COM

KLEIN LLC
JULIA B. KLEIN
KLEIN@KLEINLLC.COM

KREIS, ENDERLE, HUDGINS & BORSOS, PC
THOMAS G. KING
TKING@KREISENDERLE.COM

LAW OFFICE OF DONALD W. SIEVEKE
DONALD W. SIEVEKE
DWS4LAW@PACBELL.NET

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DAVID G. AELVOET
SANANTONIO.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ELIZABETH WELLER
DALLAS.BANKRUPTCY@PUBLICANS.COM

LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
LOIZIDES@LOIZIDES.COM

MORRIS JAMES LLP
CARL N. KUNZ III
CKUNZ@MORRISJAMES.COM

MORRIS JAMES LLP
JEFFREY R. WAXMAN
JWAXMAN@MORRISJAMES.COM

MORRISON & FOERSTER LLP
ERICA RICHARDS
ERICHARDS@MOFO.COM

MORRISON & FOERSTER LLP
LORENZO MARINUZZI
LMARINUZZI@MOFO.COM

NYS DEPT. OF TAXATION & FINANCE
ROBERT COOK
ROBERT.COOK@TAX.NY.GOV

OFFICE OF THE ATTORNEY GENERAL
JOSEPH J. SANDERS
JSANDERS@ATG.STATE.IL.US

OFFICE OF THE UNITED STATES TRUSTEE
RICHARD SCHEPACARTER
RICHARD.SCHEPACARTER@USDOJ.GOV

**Corinthian Colleges, Inc., et al. -  Service List to e-mail Recipients**                                     Served 11/6/2018

OFFICE OF THE UNITED STATES TRUSTEE
TIMOTHY FOX
TIMOTHY.FOX@USDOJ.GOV

OREGON DEPARTMENT OF JUSTICE
CAROLYN G. WADE
CAROLYN.G.WADE@DOJ.STATE.OR.US

OUTTEN & GOLDEN LLP
JACK RAISNER
JAR@OUTTENGOLDEN.COM

OUTTEN & GOLDEN LLP
RENÉ ROUPINIAN
RSR@OUTTENGOLDEN.COM

PALM SPRINGS MILE ASSOCIATES, LTD
PHILLIP J. EISENBERG
PEISENBERG@PIHC.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.
OWEN M. SONIK
OSONIK@PBFCM.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ELIZABETH BANDA CALVO
EBCALVO@PBFCM.COM

PIRCHER, NICHOLS & MEEKS
EUGENE J.M. LEONE
ELEONE@PIRCHER.COM

POLSINELLI PC
CHRISTOPHER WARD
CWARD@POLSINELLI.COM

POLSINELLI PC
SHANTI KATONA
SKATONA@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
ETTA MAYERS
EMAYERS@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY RYAN
JRYAN@POTTERANDERSON.COM

RICHARDS, LAYTON & FINGER, PA
AMANDA STEELE
STEELE@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MARISA TERRANOVA FISSEL
TERRANOVAFISSEL@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MICHAEL MERCHANT
MERCHANT@RLF.COM

ROBINS KAPLAN LLP
SCOTT F. GAUTIER
SGAUTIER@ROBINSKAPLAN.COM

SATTERLEE STEPHENS BURKE & BURKE LLP
ABIGAIL SNOW
ASNOW@SSBB.COM

SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE
CBELMONTE@SSBB.COM

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
NY-DOCKETING@SHEPPARDMULLIN.COM

SIDLEY AUSTIN LLP
ANNA GUMPORT
AGUMPORT@SIDLEY.COM

SIDLEY AUSTIN LLP
JENNIFER HAGLE
JHAGLE@SIDLEY.COM

SIMON PROPERTY GROUP, INC.
RONALD M. TUCKER
RTUCKER@SIMON.COM

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FELICIA GERBER PERLMAN
FELICIA.PERLMAN@SKADDEN.COM

STATE OF MICHIGAN
HEATHER DONALD
DONALDH@MICHIGAN.GOV

SYNCHRONY BANK
RAMESH SINGH
CLAIMS@RECOVERYCORP.COM

THE ROSNER LAW GROUP
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TN DEPT OF REVENUE
AGBANKDELAWARE@AG.TN.GOV

TRAVIS COUNTY
KAY D. BROCK
KAY.BROCK@CO.TRAVIS.TX.US

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEY J. HULL
COURTNEY.HULL@TEXASATTORNEYGENERAL.GOV

U.S. DEPARTMENT OF JUSTICE
DANIELLE PHAM
DANIELLE.PHAM@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
JOHN KRESSE
JOHN.KRESSE@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
MICHAEL R. SEW.HOY
MICHAEL.R.SEW.HOY@USDOJ.GOV

WISCONSIN DEPARTMENT OF JUSTICE
F. MARK BROMLEY, AAG
BROMLEYFM@DOJ.STATE.WI.US

Parties Served:  80

## **EXHIBIT B**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>610-993-8493 | ASHBY & GEDDES, P.A.<br>LEIGH-ANNE RAPORT/RICARDO PALACIO/WILLIAM BO<br>302-654-2067 | BALLARD SPAHR LLP<br>DUSTIN BRANCH/BRIAN HUBEN<br>424-204-4350 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATIO<br>SHAWN M. CHRISTIANSON<br>415-227-0770 | CALIFORNIA DEPARTMENT OF JUSTICE<br>CRAIG D. RUST<br>916-324-5205 | COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN/PETER LEIGHT<br>617-722-0184 |
| COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>717-787-7671 | DEVELOPMENT RESOURCES, INC.<br>JOHN GIANNOPOULOS<br>312-822-0561 | DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>215-988-2757 |
| DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>212-248-3141 | FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>303-830-1033 | FRANKGECKER LLP<br>JOSEPH FRANK<br>312-276-0035 |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>302-429-6294 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>617-451-0409 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN<br>310-712-8571 |
| KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>212-808-7897 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DAVID G. AELVOET<br>210-225-6410 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>469-221-5003 |
| LOIZIDES, P.A.<br>CHRISTOPHER D. LOIZIDES<br>302-654-0728 | MISSOURI DEPARTMENT OF REVENUE<br>STEVEN A. GINTHER<br>573-751-7232 | MORRIS JAMES LLP<br>CARL KUNZ III/JEFFREY WAXMAN<br>302-571-1750 |
| MORRISON & FOERSTER LLP<br>ERICA RICHARDS/LORENZO MARINUZZI<br>212-468-7900 | NYS DEPT. OF TAXATION & FINANCE<br>ROBERT COOK<br>518-435-8490 | OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>503-378-8395 |
| OFFICE OF THE ATTORNEY GENERAL<br>JOSEPH J. SANDERS<br>312-814-2593 | OFFICE OF THE U.S. ATTORNEY<br>KELLY T. CURRIE<br>718-254-7508 | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER/TIMOTHY FOX<br>302-573-6497 |
| OREGON DEPARTMENT OF JUSTICE<br>CAROLYN G. WADE<br>503-373-7067 | PALM SPRINGS MILE ASSOCIATES, LTD<br>PHILLIP J. EISENBERG<br>212-545-1410 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.<br>OWEN M. SONIK<br>713-862-1429 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ELIZABETH BANDA CALVO<br>817-860-6509 | PIRCHER, NICHOLS & MEEKS<br>EUGENE J.M. LEONE<br>312-915-3348 | POLSINELLI PC<br>CHRISTOPHER WARD/SHANTI KATONA<br>302-252-0921 |
| POTTER ANDERSON & CORROON LLP<br>ETTA MAYERS/JEREMY RYAN<br>302-658-1192 | ROBAINA & KRESIN<br>THOMAS GRIFFIN<br>602-682-6455 | ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>310-229-5800 |
| RUDER WARE, L.L.S.C.<br>JEREMY M. WELCH<br>715-845-2718 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE<br>212-818-9606 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>CARREN B. SHULMAN<br>212-653-8701 |
| SIDLEY AUSTIN LLP<br>ANNA GUMPORT/JENNIFER HAGLE<br>213-896-6600 | SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>317-263-7901 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>FELICIA GERBER PERLMAN<br>312-407-0411 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>SARAH E. PIERCE<br>302-651-3001 | TRAVIS COUNTY<br>KAY D. BROCK<br>512-854-4808 | TREASURER - TAX COLLECTOR<br>DAN MCALLISTER<br>619-685-2589 |

**Corinthian Colleges, Inc., et al. -  Service List to Facsimile Recipients**

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEY J. HULL
512-936-1409

U.S. DEPARTMENT OF JUSTICE
DANIELLE PHAM/LLOYD RANDOLPH/MICHAEL SEW.H
202-514-9163

WISCONSIN DEPARTMENT OF JUSTICE
F. MARK BROMLEY, AAG
608-267-8906

Parties Served:  48

**<u>EXHIBIT C</u>**

ARAPAHOE COUNTY TREASURER
BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON CO 80120

BMC GROUP, INC.
T. FEIL
3732 W. 120TH STREET
HAWTHORNE CA 90250

BOVITZ & SPITZER
J. SCOTT BOVITZ
1100 WILSHIRE BLVD., S
SUITE 2403
LOS ANGELES CA 90017

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK NY 10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND OR 97232

CA DEPT. OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
1300 I ST.,
SACRAMENTO CA 95814-5901

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND CA 94612

CALIFORNIA DEPARTMENT OF JUSTICE
BERNARD A. ESKANDARI
300 S. SPRING ST., STE. 1702
LOS ANGELES CA 90013

CONSUMER FINANCIAL PROTECTION BUREAU
CYNTHIA GOOEN LESSER
1700 G STREET
WASHINGTON D.C. 20552

DE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
FRANCHISE TAX DIVISION
DOVER DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK NY 10013

DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON DE 19802

DUMAS & KIM, APC
CHRISTIAN T. KIM
3435 WILSHIRE BLVD.
SUITE 990
LOS ANGELES CA 90010

EQUITY ONE, INC.
LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

GE INFO TECH SOLUTIONS
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
MACON GA 31208-3708

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU HI 96813

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAILSTOP 5-Q30.133
PHILADELPHIA PA 19101-7346

KREIS, ENDERLE, HUDGINS & BORSOS
THOMAS G. KING
PO BOX 4010
KALAMAZOO MI 49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI OH 75271-2711

LAW OFFICE OF DONALD W. SIEVEKE
DONALD W. SIEVEKE
1113 N. SPURGEON ST
SANTA ANA CA 92701

NEW YORK STATE DEPARTMENT OF LABOR
BLDG. 12, W.A. HARRIMAN CAMPUS
ALBANY NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMIN.
800 W. WASHINGTON STREET
2ND FLOOR
PHOENIX AZ 85007

OFFICE OF THE ATTORNEY GENERAL
MAURA HEALEY/P. LEIGHT/G. KAPLAN
ONE ASHBURTON PLACE
18TH FLOOR
BOSTON MA 2108

OFFICE OF THE ATTORNEY GENERAL
NANCY QUACH
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO CA 94102-7004

OFFICE OF THE U.S. ATTORNEY
FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU HI 96850

OFFICE OF THE U.S. ATTORNEY
JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK NY 10007

OUTTEN & GOLDEN LLP
JACK RAISNER/RENÉ ROUPINIAN
685 THIRD AVENUE
25TH FLOOR
NEW YORK NY 10017

RECOVERY MANAGEMENT SYSTEMS CORP.
RAMESH SINGH
25 SE 2ND AVENUE
SUITE 1120
MIAMI FL 33131-1605

**Corinthian Colleges, Inc., et al. - Overnight Mail**                                                                   Served 11/6/2018

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC  20549

SECURITIES & EXCHANGE COMMISSION
GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY  10281-1022

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON DE  19801-0820

STATE OF MI/DEPT. OF TREASURY
BILL SCHUETTE/HEATHER DONALD
3030 W. GRAND BLVD.
CADILLAC PLACE, SUITE 10-200
DETROIT MI  48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND OR  97701

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT/KAREN AXSOM
800 W. WASHINGTON ST
PHOENIX AZ  85007

THE ROSNER LAW GROUP
JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET
SUITE 810
WILMINGTON DE  19801

TN DEPT OF REVENUE
TN ATTY GENERAL'S OFFICE
PO BOX 20207
BANKRUPTCY DIVISION
NASHVILLE TN  37202-0207

U.S. ATTORNEY'S OFFICE
CHARLES M. OBERLY, III
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON DE  19801

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC  20530-0001

UNITED STATES DEPARTMENT OF LABOR
THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON DC  20210

WATT LONG BEACH, LLC
JAMES MAGINN
PO BOX 13708
2716 OCEAN PARK BLVD.
SANTA MONICA CA  90405

Parties Served: 45