UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CORINTHIAN COLLEGES, INC. et al.<br>Debtor. | Chapter:  11<br>Case No:  15-10952 (kjc)<br>Jointly Administered |

NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Michael D. Morris substitutes for F. Mark Bromley as attorney of record for the State of Wisconsin and its Department of Justice, in the above-referenced case.

Dated this 8th day of November, 2018.

                                      BRAD D. SCHIMEL
                                      Wisconsin Attorney General

                                      s/Michael D. Morris

                                      MICHAEL D. MORRIS
                                      Assistant Attorney General
                                      State Bar #1112934
                                      Attorneys for State of Wisconsin

Michael D. Morris, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI  53707-7857
Telephone:  608-266-3936
Fax:  608-267-8906
morrismd@doj.state.wi.us