# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al[1].<br>      Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br>(Jointly Administered) |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>      Defendant. | Adversary No. 15-50309 (KJC) |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on November 28, 2018, true and correct copies of *Case Status Report – Status E* and this *Certificate of Service* were served via electronic mail and first class mail upon the following:

Mark D. Collins
Robert J. Stearn, Jr.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SPPE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Wilmington, Delaware 19801
collins@rlf.com
stearn@rlf.com

*Counsel for the Debtors and Debtors in Possession*

**DATED:** November 28, 2018

_____
Stephanie Quinonez