**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.,* | Case No. 15-10952 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust, | |
| Plaintiff, | |
| vs. | |
| Fall Creek Properties, LLC, | Adv. No.: 17-50372 (KJC) |
| Inter-Con Security Systems, Inc., | Adv. No.: 17-50381 (KJC) |
| Legalink, Inc., | Adv. No.: 17-50393 (KJC) |
| Platinum Resource Group, | Adv. No.: 17-50402 (KJC) |
| Ross Law Group, | Adv. No.: 17-50406 (KJC) |
| Tri Dimensional Solutions Inc., | Adv. No.: 17-50413 (KJC) |
| Defendant. | |

**STATUS REPORT ON OPEN PREFERENCE ADVERSARY**
**ACTIONS ASSIGNED TO THE HONORABLE KEVIN J. CAREY**

Pursuant to the Court's November 20, 2018 *Notice and Order of Request for Status Report with Certificate of Service*, Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust, Plaintiff, in the above-captioned adversary proceedings, by and through his

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

{00024677. }

undersigned counsel, hereby submits the status report, attached hereto as Exhibit A, relating to

each of the above-captioned adversary proceedings.

Respectfully submitted,

Dated:  December 11, 2018                          **THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
Zhao Liu (DE 6436)
824 North Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email:  rosner@teamrosner.com
        leonhardt@teamrosner.com
        gibson@teamrosner.com
        liu@@teamrosner.com

*Counsel to Plaintiff*

## Exhibit A – Status Report

{00024677. }

## CATEGORY "A"

### Cases where service has not been completed.

| Defendant(s) Name | Adv. Case No. | Comments |
|---|---|---|
|  |  |  |

*None

## CATEGORY "B"

**Cases where service is complete, but answers are still due.**

| Defendant(s) Name | Adv. Case No. | Answer Due Date | Comments |
|---|---|---|---|

*None

## CATEGORY "C"

**Cases where service has been completed, no answer has been filed, and a Motion/Request for Default Judgment to be filed.**

| Defendant(s) Name | Adv. Case No. | Answer Due Date | Date of Default/Default Judgment | Comments |
|---|---|---|---|---|
| | | | | |

*None.

{00024677. }

## CATEGORY "D"

**Cases where a settlement agreement has been filed.**

| Defendant(s) Name | Adv. Case No. | Answer Due Date | Date of Default/Default Judgment | Comments |
|---|---|---|---|---|
| | | | | |

*None.

## CATEGORY "E"

**Cases that have been resolved/settled, but Notice/Stipulation of
Dismissal cannot yet be filed.**

| Defendant(s) Name | Adv. Case No. | Comments |
|---|---|---|
| Fall Creek Properties, LLC | 17-50372 | Matter has been settled.  Defendant is making installment payments.  Final installment payment due on December 15, 2019 |
| Inter-Con Security Systems, Inc. | 17-50381 | Matter has been settled.  Defendant is making installment payments.  Final installment payment due on February 1, 2019 |
| Tri Dimensional Solutions Inc. | 17-50413 | Matter has been settled.  A Stipulation of Dismissal will be filed on or before December 17, 2018 |

*3 cases.

{00024677. }

## CATEGORY "F"

**Cases where service is completed, answer has been filed, discovery/disclosures are underway.**

| Defendant(s) Name | Adv. Case No. | Date Answer Filed | Comments |
|---|---|---|---|
| Legalink, Inc. | 17-50393 | 8/21/2017 | Pursuant to the Procedures Order, discovery has not yet commenced.  The Parties are exploring filing motions for summary judgment, or alternatively, stipulating to have the matter assigned to mediation. |

*1 case.

## CATEGORY "G"

### Mediator has been selected or appointed.

| Defendant(s) Name | Adv. Case No. | Name of Mediator | Comments |
|---|---|---|---|
| Platinum Resource Group | 17-50402 | GianClaudio Finizio | |
| Ross Law Group | 17-50406 | GianClaudio Finizio | |

*2 cases.

## CATEGORY "H"

**Cases that are ready for trial.**

| Defendant(s) Name | Adv. Case No. | Comments |
|---|---|---|
| | | |

*None.

{00024677. }

## CATEGORY "I"

**Cases in which there are dispositive motions pending.**

| Defendant(s) Name | Adv. Case No. | Identity and Status of Motion | Comments |
|---|---|---|---|
| | | | |

*None.

{00024677. }

## CATEGORY "J"

**Cases which are stayed by the filing of another bankruptcy action.**

| Defendant(s) Name | Adv. Case No. | Comments |
|---|---|---|
|  |  |  |

*None.

{00024677. }

## CATEGORY "K"

### Cases in which an appeal is pending.

| Defendant(s) Name | Adv. Case No. | Comments |
|---|---|---|
|  |  |  |

\*None.