# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § § § § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | | Case No. 15-10952 (KJC) |
| Debtor. | | |

-----------------------------------------------------------

| | | |
|---|---|---|
| CRAIG R. JALBERT, as Distribution Trustee of the Corinthian Distribution Trust, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Adv. Proc. No. 17-50355 (KJC) |
| ACADEMIXDIRECT, INC., | | |
| Defendant. | | |

-----------------------------------------------------------

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON DECEMBER 14, 2018 AT 10:00 A.M. (EST)

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.   CONTINUED MATTER:**

1. Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

    Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

    Objections / Responses Received:   None.

    Related Documents:   None.

    Status: The hearing on this matter has been continued to a date to be determined.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

**II.   ADVERSARY MATTER:**

2.   Plaintiff's Motion for Partial Summary Judgment, *Jalbert v. AcademixDirect,* 17-50355 (KJC) [Adv. Docket No. 26 - filed July 17, 2018]

   Responses Received:

   A.   Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment [Adv. Docket No. 30 - filed August 17, 2018]

   Related Documents:

   i.   Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. § 547, 548, 549 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 [Adv. Docket No. 1 - filed April 28, 2017]

   ii.   Answer and Affirmative Defenses on Behalf of Academixdirect, Inc. [Adv. Docket No. 15 - filed October 31, 2017]

   iii.   [SEALED] Opening Brief in Support of Plaintiff's Motion for Partial Summary Judgment [Adv. Docket No. 27 - filed July 17, 2018]

   iv.   Motion to File Under Seal the Opening Brief and Exhibits in Support of Plaintiff's Motion for Partial Summary Judgment [Adv. Docket No. 28 - filed July 17, 2018]

   v.   Reply Brief in Further Support of Plaintiff's Motion for Partial Summary Judgment [Adv. Docket No. 31 - filed October 5, 2018]

   vi.   Plaintiff's Request for Oral Argument [Adv. Docket No. 33 - filed October 11, 2018]

   vii.   Notice of Completion of Briefing on Plaintiff's Motion for Partial Summary Judgment [Adv. Docket No. 34 - filed October 17, 2018]

   viii.   Notice of Hearing on: Plaintiff's Motion for Partial Summary Judgment [Adv. Docket No. 36 - filed October 22, 2018]

   ix.   Re-Notice of Hearing on Plaintiff's Motion for Partial Summary Judgment [Adv. Docket No. 38 - filed November 26, 2018]

   Status: The parties have reached a settlement in principle and are working to document the settlement. Accordingly, oral argument will not go forward at this time.

|  |  |
|---|---|
| Dated: December 11, 2018<br>       Wilmington, Delaware | */s/ Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Christopher M. De Lillo (No. 6355)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>         merchant@rlf.com<br>         steele@rlf.com<br>         maddox@rlf.com<br>         delillo@rlf.com<br><br>Counsel for the Distribution Trustee |

RLF1 20178029v.1