IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC.,<br><br>Debtor.<br>------------------------------------------------------------- | § <br>§   Chapter 11<br>§<br>§   Case No. 15-10952 (KJC)<br>§<br>§<br>§   Re: Docket No. 1651 |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| April 16, 2019 at 2:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |

*(signature: Kevin J. Carey)*

**Dated: March 5th, 2019**
**Wilmington, Delaware**

RLF1 20901957v.1

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**