**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| Debtor. | § | **Obj. Deadline: March 20, 2019 at 4:00 p.m. (ET)** |
| | § | **Hearing Date: April 16, 2019 at 2:00 p.m. (ET)** |

--------------------------------------------------------------

**NOTICE OF MOTION AND HEARING**

PLEASE TAKE NOTICE that, on March 6, 2019, Craig R. Jalbert, the distribution trustee (the "**Trustee**") for the Corinthian Distribution Trust (the "**Distribution Trust**") filed the *Distribution Trustee's Seventh Motion for an Order Extending the Claims Objection Deadline Through September 9, 2019* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 20, 2019 at 4:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion, if required, will be held before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **April 16, 2019 at 2:00 p.m. (prevailing Eastern Time).**

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

2

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND SERVED IN

ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE

RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 6, 2019                       Respectfully submitted,
       Wilmington, Delaware

*/s/ Sarah E. Silveira*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Sarah E. Silveira (No. 6580)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email:  collins@rlf.com
        merchant@rlf.com
        steele@rlf.com
        silveira@rlf.com

Counsel for the Distribution Trustee

2

RLF1 20905388v.1