IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] § | |
| § | Case No. 15-10952 (KJC) |
| § | |
| Debtor. § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 16, 2019 AT 2:00 P.M. (EDT)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.   CONTINUED / RESOLVED MATTERS:**

1.  Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

    Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

    Objections / Responses Received:   None.

    Related Documents:   None.

    Status: The hearing on this matter has been continued to a date to be determined.

2.  Distribution Trustee's Seventh Motion for an Order Extending the Claims Objection Deadline Through September 9, 2019 [Docket No. 1653 – filed March 6, 2019]

    Objection / Response Deadline:   March 20, 2019 at 4:00 p.m. (EDT)

    Objections / Responses Received:   None.

    Related Documents:

    i.   Certificate of No Objection Regarding Distribution Trustee's Seventh Motion for an Order Extending the Claims Objection Deadline Through September 9, 2019 [Docket No. 1657 –filed March 21, 2019]

---

1   The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

RLF1 20905736v.1

ii. Order Granting Distribution Trustee's Seventh Motion for an Order Extending the Claims Objection Deadline Through September 9, 2019 [Docket No. 1658 – entered March 26, 2019]

Status: On March 26, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

| | |
|---|---|
| Dated: March 29, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sarah E. Silveira*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Sarah E. Silveira (No. 6580)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>         merchant@rlf.com<br>         steele@rlf.com<br>         silveira@rlf.com<br><br>Counsel for the Distribution Trustee |