IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Corinthian Colleges, Inc. | ) | Case No. 15-10952 (CSS) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER OF REASSIGNMENT OF JUDGE

AND NOW, this 11th day of April, 2019, it is hereby ORDERED that the above Chapter 11 case (and all associated cases) is TRANSFERRED to the Honorable Christopher S. Sontchi for all further proceedings and dispositions.[1]

_____
Christopher S. Sontchi
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.