IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Corinthian Colleges, Inc** | ) | **Case No. 15-10952 (JTD)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**ORDER OF REASSIGNMENT OF JUDGE**

**AND NOW, this** 12th day of June, 2019, **it is hereby ORDERED** that the above Chapter 11 case (and all associated cases) is **TRANSFERRED** to the **Honorable John T. Dorsey** for all further proceedings and dispositions.[1]

Christopher S. Sontchi
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.