# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Corinthian Colleges, Inc., *et al.*, | ) | Case No. 15-10952 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER

The Court (by Judge John T. Dorsey) will hold an in-court status conference in your case on June 21, 2019, beginning at 10:00 a.m., in Courtroom No. 4. All parties are directed to attend either in person or telephonically. If the case involves adversary proceedings, the Debtor or the Trustee shall promptly send a copy of the Order to opposing counsel.

SO ORDERED.

Dated: June 13, 2019

JOHN T. DORSEY, U.S.B.J.