IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § § § § | Chapter 11<br><br>Case No. 15-10952 (JTD) |
| CORINTHIAN COLLEGES, INC.[1] | | |
| Debtor. | | |
| GUY REYNOLDS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>Defendant. | § § § § § § § § § § | Adv. Pro. No. 15-50309 (JTD) |
| CORINTHIAN COLLEGES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>[SEE ATTACHED EXHIBIT A]<br><br>Defendant. | § § § § § § § § § § § § | Adv. Pro. No. [See Attached Exhibit A] (JTD) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 21, 2019 AT 10:00 A.M. (EDT)** [2]

**I.     STATUS CONFERENCE:**

   1.     Status Conference

---

[1]     The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

[2]     The hearing will be held before The Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the June 21, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

RLF1 21414380v.2

2

<u>Status</u>:  In accordance with the Court's Order [Docket No. 1668] entered on June 13, 2019, a status conference regarding the above-captioned cases is going forward.

| | |
|---|---|
| Dated: June 19, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Christopher M. De Lillo*<br>Mark D. Collins (No. 2981)<br>Marcos A. Ramos (No. 4450)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Christopher M. De Lillo (No. 6355)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>          ramos@rlf.com<br>          steele@rlf.com<br>          maddox@rlf.com<br>          delillo@rlf.com<br><br>Counsel for the Distribution Trustee |