# **EXHIBIT A**

## ADVERSARY PROCEEDINGS

| Case No. | Defendant |
|---|---|
| 17-50355 (JTD) | Academixdirect, Inc. |
| 17-50360 (JTD) | Arey Jones Educational Solutions |
| 17-50372 (JTD) | Fall Creek Properties, LLC |
| 17-50393 (JTD) | Legalink, Inc. |
| 17-50402 (JTD) | Platinum Resource Group |
| 17-50406 (JTD) | Ross Law Group |
| 17-50412 (JTD) | Tampa Electric Company |
| 17-50417 (JTD) | VFMS LLC |