# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | Case No. 15-10952 (KJC) |
| Debtor |  |

## <u>AFFIDAVIT OF SERVICE</u>

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on June 19, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit C** attached hereto:

- **Notice of Agenda of Matters Scheduled for Hearing on June 21, 2019 at 10:00 A.M. (EDT)** **[Docket No. 1670]**

Dated: June 20, 2019

Colin Linebaugh
Omni Management Group
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 20th day of June, 2019, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

# EXHIBIT A

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>NOTICES@BECKET-LEE.COM | ARAPAHOE COUNTY TREASURER<br>BENJAMIN SWARTZENDRUBER<br>BSWARTZENDRUBER@ARAPAHOEGOV.COM | ARAPAHOE COUNTY TREASURER<br>WENDY ROSSMAN<br>WROSSMAN@ARAPAHOEGOV.COM |
| ASHBY & GEDDES, P.A.<br>LEIGH-ANNE RAPORT<br>LRAPORT@ASHBY-GEDDES.COM | ASHBY & GEDDES, P.A.<br>RICARDO PALACIO<br>RPALACIO@ASHBY-GEDDES.COM | ASHBY & GEDDES, P.A.<br>WILLIAM BOWDEN<br>WBOWDEN@ASHBY-GEDDES.COM |
| BALLARD SPAHR LLP<br>BRIAN HUBEN<br>HUBENB@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>DUSTIN BRANCH<br>BRANCHD@BALLARDSPAHR.COM | BMC GROUP, INC.<br>T. FEIL<br>TFEIL@BMCGROUP.COM |
| BOVITZ & SPITZER<br>J. SCOTT BOVITZ<br>BOVITZ@BOVITZ-SPITZER.COM | BROWN RUDNICK LLP<br>BENNETT SILVERBERG<br>BSILVERBERG@BROWNRUDNICK.COM | BUCHALTER NEMER, A PROFESSIONAL CORPORATI<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM |
| CALIFORNIA DEPARTMENT OF JUSTICE<br>BERNARD A. ESKANDARI<br>BERNARD.ESKANDARI@DOJ.CA.GOV | CALIFORNIA DEPARTMENT OF JUSTICE<br>CRAIG D. RUST<br>CRAIG.RUST@DOJ.CA.GOV | CALIFORNIA DEPARTMENT OF JUSTICE<br>NANCY QUACH<br>NANCY.QUACH@DOJ.CA.GOV |
| COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN<br>GLENN.KAPLAN@STATE.MA.US | COMMONWEALTH OF MASSACHUSETTS<br>PETER LEIGHT<br>PETER.LEIGHT@STATE.MA.US | COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| CONSUMER FINANCIAL PROTECTION BUREAU<br>CYNTHIA GOOEN LESSER<br>CYNTHIA.LESSER@CFPB.GOV | DEVELOPMENT RESOURCES, INC.<br>JOHN GIANNOPOULOS<br>JOHNG@DEVRESINC.COM | DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>JOHN.MICHEL@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>MICHAEL.POMPEO@DBR.COM | DUMAS & KIM, APC<br>CHRISTIAN KIM<br>CKIM@DUMAS-LAW.COM | FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>CFULLER@FWLAW.COM |
| FRANKGECKER LLP<br>JOSEPH FRANK<br>JFRANK@FGLLP.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | HAWAII STATE DEPARTMENT OF EDUCATION<br>DOE  INFO@HAWAIIDOE.ORG |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>BANKRUPTCY2@IRONMOUNTAIN.COM | JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN<br>BFREEMAN@JMBM.COM | JEFFER MANGELS BUTLER & MITCHELL LLP<br>DAVID POITRAS<br>DPOITRAS@JMBM.COM |
| KELLEY DRYE & WARREN LLP<br>BANKRUPTCY DEPARTMENT<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.CO | KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>RLEHANE@KELLEYDRYE.COM | KLEIN LLC<br>JULIA B. KLEIN<br>KLEIN@KLEINLLC.COM |
| KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>THOMAS G. KING<br>TKING@KREISENDERLE.COM | LAW OFFICE OF DONALD W. SIEVEKE<br>DONALD W. SIEVEKE<br>DWS4LAW@PACBELL.NET | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DAVID G. AELVOET<br>SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | LOIZIDES, P.A.<br>CHRISTOPHER D. LOIZIDES<br>LOIZIDES@LOIZIDES.COM | MORRIS JAMES LLP<br>CARL N. KUNZ III<br>CKUNZ@MORRISJAMES.COM |
| MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>JWAXMAN@MORRISJAMES.COM | MORRISON & FOERSTER LLP<br>ERICA RICHARDS<br>ERICHARDS@MOFO.COM | MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI<br>LMARINUZZI@MOFO.COM |
| NYS DEPT. OF TAXATION & FINANCE<br>ROBERT COOK<br>ROBERT.COOK@TAX.NY.GOV | OFFICE OF THE ATTORNEY GENERAL<br>JOSEPH J. SANDERS<br>JSANDERS@ATG.STATE.IL.US | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>RICHARD.SCHEPACARTER@USDOJ.GOV |

OFFICE OF THE UNITED STATES TRUSTEE
TIMOTHY FOX
TIMOTHY.FOX@USDOJ.GOV

OREGON DEPARTMENT OF JUSTICE
CAROLYN G. WADE
CAROLYN.G.WADE@DOJ.STATE.OR.US

OUTTEN & GOLDEN LLP
JACK RAISNER
JAR@OUTTENGOLDEN.COM

OUTTEN & GOLDEN LLP
RENÉ ROUPINIAN
RSR@OUTTENGOLDEN.COM

PALM SPRINGS MILE ASSOCIATES, LTD
PHILLIP J. EISENBERG
PEISENBERG@PIHC.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L
OWEN M. SONIK
OSONIK@PBFCM.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLF
ELIZABETH BANDA CALVO
EBCALVO@PBFCM.COM

PIRCHER, NICHOLS & MEEKS
EUGENE J.M. LEONE
ELEONE@PIRCHER.COM

POLSINELLI PC
CHRISTOPHER WARD
CWARD@POLSINELLI.COM

POLSINELLI PC
SHANTI KATONA
SKATONA@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
ETTA MAYERS
EMAYERS@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY RYAN
JRYAN@POTTERANDERSON.COM

RICHARDS, LAYTON & FINGER, PA
AMANDA STEELE
STEELE@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MARISA TERRANOVA FISSEL
TERRANOVAFISSEL@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MICHAEL MERCHANT
MERCHANT@RLF.COM

ROBINS KAPLAN LLP
SCOTT F. GAUTIER
SGAUTIER@ROBINSKAPLAN.COM

SATTERLEE STEPHENS BURKE & BURKE LLP
ABIGAIL SNOW
ASNOW@SSBB.COM

SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE
CBELMONTE@SSBB.COM

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
NY-DOCKETING@SHEPPARDMULLIN.COM

SIDLEY AUSTIN LLP
ANNA GUMPORT
AGUMPORT@SIDLEY.COM

SIDLEY AUSTIN LLP
JENNIFER HAGLE
JHAGLE@SIDLEY.COM

SIMON PROPERTY GROUP, INC.
RONALD M. TUCKER
RTUCKER@SIMON.COM

STATE OF MICHIGAN
HEATHER DONALD
DONALDH@MICHIGAN.GOV

SYNCHRONY BANK
RAMESH SINGH
CLAIMS@RECOVERYCORP.COM

THE ROSNER LAW GROUP
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TN DEPT OF REVENUE
AGBANKDELAWARE@AG.TN.GOV

TRAVIS COUNTY
KAY D. BROCK
KAY.BROCK@CO.TRAVIS.TX.US

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEY J. HULL
COURTNEY.HULL@TEXASATTORNEYGENERAL.GOV

U.S. DEPARTMENT OF JUSTICE
DANIELLE PHAM
DANIELLE.PHAM@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
JOHN KRESSE
JOHN.KRESSE@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
MICHAEL R. SEW.HOY
MICHAEL.R.SEW.HOY@USDOJ.GOV

WISCONSIN DEPARTMENT OF JUSTICE
MICHAEL MORRIS
MORRISMD@DOJ.STATE.WI.US

Parties Served:  79

# EXHIBIT B

**Corinthian Colleges, Inc., et al. -  Service List to Facsimile Recipients**                                                    **Served 6/19/2019**

| | | |
|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE<br>STEVEN A. GINTHER<br>573-751-7232 | OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>503-378-8395 | OFFICE OF THE U.S. ATTORNEY<br>KELLY T. CURRIE<br>718-254-7508 |
| ROBAINA & KRESIN<br>THOMAS GRIFFIN<br>602-682-6455 | RUDER WARE, L.L.S.C.<br>JEREMY M. WELCH<br>715-845-2718 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>CARREN B. SHULMAN<br>212-653-8701 |
| TREASURER - TAX COLLECTOR<br>DAN MCALLISTER<br>619-685-2589 | | |

Parties Served:  7

# **EXHIBIT C**

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES
1225 KING STREET, SUITE 800
WILMINGTON, DELAWARE 19801

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

CA DEPT. OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
1300 I ST.,
SACRAMENTO, CA 95814-5901

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

DE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
FRANCHISE TAX DIVISION
DOVER, DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON, DE 19802

EQUITY ONE, INC.
LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

GE INFO TECH SOLUTIONS
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON, GA 31208-3708

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAILSTOP 5-Q30.133
PHILADELPHIA, PA 19101-7346

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

NEW YORK STATE DEPARTMENT OF LABOR
BLDG. 12, W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMIN.
800 W. WASHINGTON STREET
2ND FLOOR
PHOENIX, AZ 85007

OFFICE OF THE ATTORNEY GENERAL
MAURA HEALEY/P. LEIGHT/G. KAPLAN
ONE ASHBURTON PLACE
18TH FLOOR
BOSTON, MA 2108

OFFICE OF THE U.S. ATTORNEY
FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OUTTEN & GOLDEN LLP
ATTN: JACK A. RAISNER/RENÉ S. ROUPINIAN
3 PARK AVENUE, 29TH FLOOR
NEW YORK, NEW YORK 10016

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281-1022

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT/KAREN AXSOM
800 W. WASHINGTON ST
PHOENIX, AZ 85007

U.S. ATTORNEY'S OFFICE
CHARLES M. OBERLY, III
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON, DE 19801

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPARTMENT OF LABOR
THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON, DC 20210

WATT LONG BEACH, LLC
JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

Parties Served: 31