# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 4    **DATE:** 6/21/2019 (10:00 AM) - *STATUS CONFERENCES*

**CASE(S):** 14-12545 (Baxano Surgical, Inc.); 15-10952 (Corinthian Colleges, Inc.); 16-11290 (VSI Liquidating Inc.); 16-11991 (ScripsAmerica, Inc.); 17-10805 (Unilife Corporation); 17-10828 (Venoco, LLC); 18-10518 (Orexigen Therapeutics, Inc.); 18-11120 (VG Liquidation, Inc.); 18-11814 (Noon Mediterranean, Inc.); 19-10603 (MabVax Therapeutics Holdings, Inc.); 19-10760 (L.K. Bennett USA Inc.); 19-10851 (NanoMech, Inc.)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Demmy | Saul Ewing | Ironridge et al (ScripsAmerica) |
| Daniel Pereira | Schnader Harrison Segal & Lewis | Larry Waslow |
| Dan Dew | Cole Schotz | Videology Debtors |
| Seth Van Aalten | Cooley | Videology Creditors Committee |
| Joe Orbach | Hahn & Hessen | VSI Liquidating Trust |
| Andrew Remming | MNAT | Venoco Liquidating Trustee |
| Bob Burns | Bracewell | " " " |
| Mark Dendinger | " | " " " |
| David Buchbinder | UST / DOJ | UST / DOJ |
| Ben Hackman | UST / DOJ | UST / DOJ |
| Joe McMahon | Girardi Keese & Ashe | DIP/Debtor (Noon Mediterranean, Inc.) |
| Benjamin Hackman | | U.S. Trustee |
| Bill Hazeltine | Sullivan Hazeltine | Jim Phillips |
| Shannon Humiston | McCarter | Charles Stanziale |
| Mike Joyce | OEJ | MeliBio / SHN |
| Daniel Hogan | Hogan McDaniel | Triumph Healthcare Finance |

# SIGN-IN SHEET

**JUDGE:** Dorsey   **COURTROOM:** 4   **DATE:** 6/21/2019 (10:00 AM) - *STATUS CONFERENCES*

CASE(S): 14-12545 (Baxano Surgical, Inc.); 15-10952 (Corinthian Colleges, Inc.); 16-11290 (VSI Liquidating Inc.); 16-11991 (ScripsAmerica, Inc.); 17-10805 (Unilife Corporation); 17-10828 (Venoco, LLC); 18-10518 (Orexigen Therapeutics, Inc.); 18-11120 (VG Liquidation, Inc.); 18-11814 (Noon Mediterranean, Inc.); 19-10603 (MabVax Therapeutics Holdings, Inc.); 19-10760 (L.K. Bennett USA Inc.); 19-10851 (NanoMech, Inc.)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kaitlin MacKenzie | DLA Piper | LK Bennett (Debtor) + VSI |
| Dale Cathell | DLA Piper | + VG Liquidation |
| Jeffrey Testa | McCarter & English | Chapter 7 Trustee ScripsAm |
| Edward K. Black | DDOJ | State of California (Venoco) |
| David Fournier | Pepper Hamilton | California State Lands Commission |
| Marc Cohen | Loeb & Loeb | " " " " |
| Steven Rosenthal | " " | " " " " |
| Mike Busakell | Gellert Scali Busakell & Brown | NanoMech |
| Gary Bresler | A'Elig Deutsch Mulvey Carpenter | Larry Hartley Trustee (Unilife) |
| James Tobia | Law Office of James Tobia | Niche Corporation |
| Thomas Francella | Cozen O'Connor | Noon Enterprise/Lorwick Holdings |
| Martin Weis | Dilworth Paxson | Brian Communications |
| Doreen Abbott | MLA? | Wells Fargo |
| Marcos A. Ramos | RL&F | Corinthian Distribution Trust |
| Robert C. Maddox | " | " |
| Brendan Schlauch | RLF | Robert Schneiderman |
| Matthew Murphy | RLF | " |

# SIGN-IN SHEET

**JUDGE:** Dorsey  **COURTROOM:** 4  **DATE:** 6/21/2019 (10:00 AM) - *STATUS CONFERENCES*

**CASE(S):** 14-12545 (Baxano Surgical, Inc.); 15-10952 (Corinthian Colleges, Inc.); 16-11290 (VSI Liquidating Inc.); 16-11991 (ScripsAmerica, Inc.); 17-10805 (Unilife Corporation); 17-10828 (Venoco, LLC); 18-10518 (Orexigen Therapeutics, Inc.); 18-11120 (VG Liquidation, Inc.); 18-11814 (Noon Mediterranean, Inc.); 19-10603 (MabVax Therapeutics Holdings, Inc.); 19-10760 (L.K. Bennett USA Inc.); 19-10851 (NanoMech, Inc.).

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Seth Niederman | Fox Rothschild | Ettinger Group |
| Eric Sutty | Elliott Greenleaf | Orexigen creditors' committee |
| Zhao (Ruby) Liu | The Rosner Law Group | MabVax (Debtors) Corinthian (Distribution Trustee) VG Liquidation (Contrarian Funds, J.H Lane Partners & Rocky Point claims) |
| Vincent Capone | General Counsel Michaelson Capital Partner | Michaelson Capital Partners |
| Jonathan Helfat | Otterbourg | " |
| Katherine Good | Potter Anderson & Corroon LLP | Videology Committee |
| Christopher Samis | " | Videology Committee, Orexigen Liquidating Trustee |
| Brenna A. Dolphin | Polsinelli PC | LK Bennett Committee, ScripsAmerica Ch.7 Trustee |
| Joseph H. Huston, Jr. | Stevens + Lee P.C | Baxano Surgical |
| Rick Miller | Ferry Joseph PA | KMJ Corbin & Co. |
| Waxman | Morris James | Trustee Ucatellos |
| | | |
| | | |
| | | |
| | | |

# Court Conference

**Calendar Date:** 06/21/2019
**Calendar Time:** 10:00 AM ET

# U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable John T. Dorsey
### Courtroom

*Amended Calendar Jun 21 2019 6:35AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 9872136 | Curtis A. Hehn | (302) 295-5044 ext. | The Law Office of Curtis A Hehn | Interested Party, Arey Jones Educational Solutions and Ross Law Group / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 9871836 | Craig Jalbert | (508) 543-1720 ext. | Verdolino & Lowey, P.C. | Trustee, Craig R. Jalbert as Distribution Trustee / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 9859291 | Danielle Pham | (202) 514-7451 ext. | U.S. Department of Justice - Civil Division | Interested Party, United States / LISTEN ONLY |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 9871841 | MaryJo Schindler | (508) 543-1720 ext. | Verdolino & Lowey, P.C. | Trustee, Craig R. Jalbert as Distribution Trustee / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 | Hearing | 9866156 | Gary D. Underdahl | (651) 289-3857 ext. | ASK LLP | Trustee, Craig R. Jalbert / LIVE |
| | | Corinthian Colleges, Inc. | 15-10952 (15-50309) | Hearing | 9867203 | Jack Raisner | (646) 825-9827 ext. | Outten & Golden LLP | Plaintiff(s), Guy Reynolds / LIVE |
| | | ScripsAmerica, Inc. | 16-11991 | Hearing | 9872069 | Steven Beckelman | (973) 622-4444 ext. | McCarter & English, LLP | Trustee, Charles A. Stanziale, Jr. / LIVE |
| | | ScripsAmerica, Inc. | 16-11991 | Hearing | 9873147 | Sean Collier | (908) 581-7180 ext. | Collier Legal LLC. | Creditor, Ironridge Global IV Limited / LIVE |
| | | ScripsAmerica, Inc. | 16-11991 | Hearing | 9872055 | Charles A. Stanziale, Jr. | (201) 306-0066 ext. | Law Office of Charles A. Stanziale, Jr. | Trustee, Charles A. Stanziale, Jr. / LIVE |
| | | ScripsAmerica, Inc. | 16-11991 (18-50717) | Hearing | 9861320 | Efren A. Compean | (626) 577-9500 ext. | Garrett & Tully | Defendant(s), KMJ Corbin & Co. / LIVE |
| | | Unilife Corporation | 17-10805 | Hearing | 9872079 | Curtis A. Hehn | (302) 295-5044 ext. | The Law Office of Curtis A Hehn | Interested Party, Prudential Cleanroom Services / LIVE |
| | | Unilife Corporation | 17-10805 (18-50965) | Hearing | 9871751 | Greg W. Hauswirth | (302) 332-7181 ext. | Leech Tishman Fuscaldo & Lampl, LLC | Defendant(s), Advanced Recovery Services, Inc. / LIVE |
| | | Venoco, LLC | 17-10828 | Hearing | 9873823 | Jason B. Hutt | (212) 508-6100 ext. | Bracewell LLP | Debtor, Venoco, LLC / LISTEN ONLY |
| | | Venoco, LLC | 17-10828 | Hearing | 9869029 | Kelli M. Norfleet | (713) 547-2000 ext. | Haynes and Boone, LLP | Creditor, Exon Mobil / LISTEN ONLY |

| Venoco, LLC | 17-10828 (18-50908) | Hearing | 9869753 | Leah V. Lerman | (202) 307-0452 ext. | U.S. Department of Justice - Civil Division | Creditor, United States of America / LIVE |
|---|---|---|---|---|---|---|---|
| Orexigen Therapeutics, Inc. | 18-10518 | Hearing | 9860358 | Christopher R. Bryant | (212) 909-0626 ext. | Hogan Lovells US LLP | Debtor, Orexigen Therapeutics, Inc. / LIVE |
| Orexigen Therapeutics, Inc. | 18-10518 | Hearing | 9863233 | Amish R. Doshi | (516) 622-2335 ext. | Doshi Legal Group, P.C. | Creditor/Claimant, Oracle America, Inc. / LIVE |
| Orexigen Therapeutics, Inc. | 18-10518 | Hearing | 9872429 | Bennett Murphy | (213) 443-3682 ext. | Quinn Emanuel Urquhart & Sullivan, LLP | Representing, Baupost, BVF, EcoR1 and Highbridge / LIVE |
| Orexigen Therapeutics, Inc. | 18-10518 | Hearing | 9859529 | Jeffrey M. Reisner | (949) 760-5242 ext. | Irell & Manella LLP (All Offices) | Creditor, Official Committee of Unsecured Creditors / LIVE |
| VG Liquidation, Inc. | 18-11120 | Hearing | 9863234 | Amish R. Doshi | (516) 622-2335 ext. | Doshi Legal Group, P.C. | Creditor/Claimant, Oracle America, Inc. / LIVE |
| VG Liquidation, Inc. | 18-11120 | Hearing | 9871926 | Kimberly B. Gianis | (203) 862-8250 ext. | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| VG Liquidation, Inc. | 18-11120 | Hearing | 9869608 | Catherine LoTempio | (212) 574-1632 ext. | Seward & Kissel LLP | Creditor/Claimant, Sky UK Limited / LIVE |
| VG Liquidation, Inc. | 18-11120 | Hearing | 9864777 | Lawrence Park | (201) 266-6988 ext. | CRG Financial LLC | Creditor, CRG Financial / LISTEN ONLY |
| VG Liquidation, Inc. | 18-11120 | Hearing | 9872137 | Justin H. Rucki | (302) 545-7764 ext. | Rucki Fee Review, LLC | Interested Party, Rucki Fee Review, LLC / LIVE |
| VG Liquidation, Inc. | 18-11120 | Hearing | 9860035 | Eric Silver | (305) 789-4175 ext. | Stearns Weaver Miller Weissler Alhadeff & Siterson, PA | Interested Party, AIG / LIVE |
| VG Liquidation, Inc. | 18-11120 | Hearing | 9867482 | Irving Walker | (410) 528-2970 ext. | Cole Schotz P.C. | Debtor, VG Liquidation Inc. / LIVE |
| VG Liquidation, Inc. | 18-11120 | Hearing | 9874428 | Edward Waters | (203) 829-9285 ext. | Rocky Point Claims, LLC | Interested Party, Rocky Point Claims, LLC / LISTEN ONLY |
| Noon Mediterranean, Inc. | 18-11814 | Hearing | 9872170 | Stefan Boyd - Client | (302) 658-1100 ext. | Ciardi Ciardi & Astin | Client, Stefan Boyd / LIVE |
| MabVax Therapeutics Holdings, Inc. | 19-10603 | Hearing | 9867762 | Jonathan Koevary | (212) 451-2265 ext. | Olshan Frome & Wolosky LLP | Creditor, Memorial Sloan Kettering Cancer Center / LIVE |
| MabVax Therapeutics Holdings, Inc. | 19-10603 | Hearing | 9869857 | Gabriella Zahn-Bielski | (212) 841-1255 ext. | Covington & Burling LLP | Creditor, BioNtec / LIVE |
| L.K. Bennett U.S.A., Inc. | 19-10760 | Hearing | 9873493 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| L.K. Bennett U.S.A., Inc. | 19-10760 | Hearing | 9870437 | Jamila Willis | (212) 335-4969 ext. | DLA Piper US, LLP | Debtor, L.K. Bennett USA, Inc. / LIVE |