# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § § § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | | Case No. 15-10952 (JTD) |
| Debtor. | | |
| Craig R. Jalbert, as Distribution Trustee of the Corinthian College Distribution Trust, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Adv. Pro. No. 17-50393 (JTD) |
| Legalink, Inc., | | |
| Defendant. | | |

## NOTICE OF CANCELLATION OF TRIAL
## SCHEDULED FOR JULY 24, 2019 AT 10:00 A.M. (EDT)

PLEASE TAKE NOTICE that, as the parties to the above-captioned adversary proceeding have reached a settlement agreement, the trial previously scheduled to commence at 10:00 a.m. (Eastern Daylight Time) on July 24, 2019 has been cancelled with the permission of the Court.

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

Case 15-10952-JTD    Doc 1675    Filed 07/22/19    Page 2 of 2

| | |
|---|---|
| Dated: July 22, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Christopher M. De Lillo*<br>Mark D. Collins (No. 2981)<br>Marcos A. Ramos (No. 4450)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Christopher M. De Lillo (No. 6355)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email:  collins@rlf.com<br>            ramos@rlf.com<br>            steele@rlf.com<br>            maddox@rlf.com<br>            delillo@rlf.com<br><br>Counsel for the Distribution Trustee |