## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                            §
                                                  §          Chapter 11
CORINTHIAN COLLEGES, INC.,[1]                     §
                                                  §          Case No. 15-10952 (JTD)
                                                  §
          Debtor.                                 §
                                                  §
-----------------------------------------------------------------

## AMENDED CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATE

The undersigned hereby certifies that the Court has provided the hearing date set forth on

the proposed order, attached hereto, for the above-captioned chapter 11 case.

WHEREFORE, counsel for Craig R. Jalbert, the distribution trustee, requests that the

Court enter the proposed order, attached hereto, at its earliest convenience.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

Dated: July 31, 2019
      Wilmington, Delaware

*/s/ Robert C. Maddox*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Christopher M. De Lillo (No. 6355)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email:  collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       maddox@rlf.com
       delillo@rlf.com

Counsel to the Distribution Trustee

RLF1 21764629v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § | |
| | § | **Re: Docket No. ____** |

-------------------------------------------------------------

**AMENDED ORDER SCHEDULING OMNIBUS HEARING DATE**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| August 26, 2019 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 6<br>Wilmington, Delaware 19801 |