# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al[1].<br>                    Debtors. | Chapter 11<br><br>Case No. 15-10952 (JTD)<br>(Jointly Administered) |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>                    Defendant. | Adversary No. 15-50309 (JTD)<br><br>**Objection Deadline: August 15, 2019 at 4:00 p.m.**<br>**Hearing Date: August 26, 2019 at 10 00 a.m.** |

**JOINT MOTION OF DISTRIBUTION TRUST AND PROPOSED CLASS REPRESENTATIVES, PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9019 AND 7023 TO: (I) CERTIFY THE WARN CLASS FOR SETTLEMENT PURPOSES, INCLUDING THE APPOINTMENT OF CLASS COUNSEL AND THE CLASS REPRESENTATIVES, (II) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT, (III) APPROVE THE FORM AND MANNER OF NOTICE TO CLASS MEMBERS OF THE SETTLEMENT, (IV) SCHEDULE A FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT AGREEMENT, (V) FINALLY APPROVE THE SETTLEMENT AGREEMENT FOLLOWING THE FAIRNESS HEARING, AND (VI) GRANT RELATED RELIEF**

Plaintiffs Guy Reynolds and Christine Seymour ("Plaintiffs"), on behalf of themselves and all others similarly situated (the "Putative Class"), together with Craig R. Jalbert, the distribution trustee (the "Distribution Trustee") for the Corinthian Distribution Trust (the "Distribution Trust"), by and through their respective counsel, hereby jointly submit this motion,

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: Corinthian Colleges, Inc. (7312). Pursuant to an order of the Court dated March 30, 2016 [D.I. 1181] Corinthian Colleges Inc.'s affiliated debtors' cases were closed.

pursuant to section 105 of title 11 of the United States Code, Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 23 of the Federal Rules of Civil Procedure, applicable hereto by Bankruptcy Rule 7023, for (A) entry of an order: 1) certifying the WARN class for settlement purposes only, including the appointment of Class Counsel[2] and the Class Representatives; 2) preliminarily approving the Settlement and Release Agreement between the Plaintiffs and the Distribution Trust (the "Settlement Agreement"); 3) approving the form and manner of notice of the Settlement to the members of the Class; and 4) scheduling a Fairness Hearing to consider final approval of the Settlement Agreement; and (B) following the Fairness Hearing, entry of a final order finally approving the Settlement Agreement and granting related relief (the "Joint Motion").  In support of the Joint Motion, the Parties rely upon, and incorporate herein by reference, the accompanying Memorandum of Law.

[*Remainder of page intentionally blank*]

---

[2] Capitalized terms used, but not otherwise defined herein shall have the meaning ascribed to them in the Settlement Agreement.

Dated: August 1, 2019

| | |
|---|---|
| */s/ Jack A. Raisner* | */s/ Robert C. Maddox* |
| Jack A. Raisner | Mark D. Collins (No. 2981) |
| René S. Roupinian | Robert J. Stearn, Jr. (No. 2915) |
| **OUTTEN & GOLDEN LLP** | Michael J. Merchant (No. 3854) |
| 685 Third Avenue, 25th Floor | Amanda R. Steele (No. 5530) |
| New York, NY 10017 | Robert C. Maddox (No. 5356) |
| Telephone: (212) 245-1000 | **RICHARDS, LAYTON & FINGER, P.A.** |
| Facsimile: (212) 977-4005 | 920 N. King Street |
| | Wilmington, Delaware 19801 |
| *Counsel for Plaintiffs and Putative Class Counsel* | Telephone: 302-651-7700 |
| | Facsimile: 302-651-7701 |
| | Email: collins@rlf.com |
| | stearn@rlf.com |
| | merchant@rlf.com |
| | steele@rlf.com |
| | maddox@rlf.com |
| | |
| | *Counsel for Distribution Trustee* |