IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al[1].<br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-10952 (JTD)<br>(Jointly Administered) |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>　　　　　　　　　　　Defendant. | Adversary No. 15-50309 (JTD)<br><br>**Obj. Deadline: August 15, 2019 at 4:00 p.m.**<br>**Hearing Date: August 26, 2019 at 10:00 a.m.** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on August 1, 2019, Plaintiffs Guy Reynolds and Christine Seymour ("Plaintiffs"), on behalf of themselves and all others similarly situated (the "Putative Class"), together with Craig R. Jalbert, the distribution trustee (the "Trustee") for the Corinthian Distribution Trust (the "Distribution Trust") filed the *Joint Motion of Distribution Trust and Proposed Class Representatives, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Certify the WARN Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (II) Preliminarily Approve the Settlement Agreement, (III) Approve the Form and Manner of Notice to Class*

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: Corinthian Colleges, Inc. (7312). Pursuant to an order of the Court dated March 30, 2016 [D.I. 1181] Corinthian Colleges Inc.'s affiliated debtors' cases were closed.

RLF1 21742181v.1

*Members of the Settlement, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (V) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VI) Grant Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **August 15, 2019 at 4:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion, if required, will be held before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **August 26, 2019 at 10:00 a.m. (prevailing Eastern Time).**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: August 1, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Robert C. Maddox*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>    merchant@rlf.com<br>    steele@rlf.com<br>    maddox@rlf.com<br><br>*Counsel for the Distribution Trustee* |

RLF1 21742181v.1