August 2, 2019

Re:   Loan number: ▮▮▮▮▮▮▮▮▮
        Loan number: ▮▮▮▮▮▮▮▮▮

To Whom It May Concern:

I write to determine the reason for the lack of communication from you regarding either of the two separate filings for forgiveness I've submitted; these were Direct Parent Plus loans I have taken out for my son, Zachary Seaburn. I first filed in July 2017 and again in May 2018.

My son, Zachary Seaburn, attended Wyotech, Blairsville, PA campus. We were informed by the Financial Aid office that it was mandatory the loans were issued in my name even though we wanted the loans in his name and he had the credit to do so. He attended Wyotech from September 2013 and graduated in June 2014. Zachary attended Wyotech with a former High School classmate, Daniel Baker. They were both in various Diesel Automotive classes, attended and graduated at the same time. Daniel Baker had his loans forgiven in 2016, yet we have heard nothing other than the fact that his loans are nearing the end of their deferment. When we filed in July 2017, we opted not to defer the loans and continued to pay and received no correspondence. When we filed a second time in May 2018, we opted to defer the payments and still received no contact other than that his deferment is coming to an end. His file has now been placed in forbearance until March 30, 2029.

I also filed a claim in January 2017 to have his records retained and not shredded through CCI Student Trust. CCI Student Trust emailed me back on January 23, 2017 to inform they had inherited a warehouse full of 40,000 boxes of documents. We also received an email stating that they cannot locate his documents.

Please direct your attention to resolving this matter immediately as all indicators suggest these loans should be forgiven.

Thank you for your time and attention to this matter.

V/R,

*Heather M Fisher*

Heather M. Fisher
235 Bleachery St
Beech Island, SC 29842
706-830-3637

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al. [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)  Jointly Administered<br><br>**Response Deadline: November 7, 2016 at 4:00 p.m. (ET)**<br>**Hearing Date: November 15, 2016 at 2:00 p.m. (ET)** |

## NOTICE OF MOTION OF CCI STUDENT CREDITORS TRUST FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES REGARDING THE RETENTION, ABANDONMENT, OR DISPOSAL OF STUDENT RECORDS

TO: FORMER STUDENTS[2] ENROLLED AT CORINTHIAN COLLEGES, INC. OR CERTAIN CAMPUSES AFFILIATED WITH CORINTHIAN COLLEGES, INC, ALL CREDITORS, ALL INTERESTED PARTIES, AND ALL PARTIES REQUESTING NOTICE PURUSANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on October 18, 2016, Development Specialists, Inc., solely in its capacity as Trustee (the "Student Trustee") of the CCI Student Creditors Trust (the "Student Trust") filed the *Motion for Entry of an Order Establishing Procedures Regarding Student Records, including the Abandonment, Disposal, and/or Destruction of Certain of the Student Records* (the "Motion").

The Student Trust's Motion seeks an order from the Court establishing procedures for the management of student records related to former Students who attended Corinthian Colleges or any of its affiliated campuses ("Student Records"), including the abandonment, disposal, and/or destruction of certain Student Records. The Motion seeks approval of the following procedures:

a) A small number of documents will be scanned in an identifiable and searchable format for any Student for whom the Student Trust received documents (the "Critical Documents"). The Critical Documents will be preserved electronically, and copies of the Critical Documents will be provided to Students at no charge upon request. The types of Critical Documents that will be scanned will be limited to: (i) diplomas; (ii) transcripts; (iii) student ledgers; (iv) enrollment agreements; and (v) loan documents;

b) For any Student that sends a written request to the Student Trust **no later than 90 days after service of this Notice,** the Student Trust, or its professionals, will: (i) attempt to identify all records pertaining to that Student; (ii) scan the documents for that Student; and (iii) provide that Student with electronic

---

[1] The Debtors' bankruptcy cases are: Corinthian Schools, Inc. Case No. 15-10955 (KJC); Rhodes Colleges, Inc. Case No. 15-10957 (KJC); Florida Metropolitan University, Inc., Case No. 15-10962 (KJC); Corinthian Property Group, Inc. Case No. 15-10966 (KJC); Titan Schools, Inc. Case No. 15-10970 (KJC); Career Choices, Inc. Case No. 15-10972 (KJC); Sequoia Education, Case No. 15-10974 (KJC); Eton Education, Inc., Case No. 15-10961 (KJC); Ashmead Education, Inc., Case No. 15-10967(KJC); MJB Acquisition Corporation, Case No. 15-10971 (KJC); ECAT Acquisition, Inc., Case No. 15-10975; (KJC) Pegasus Education, Inc., Case No. 15-10953 (KJC); Grand Rapids Education Center, Inc., Case No. 15-10956 (KJC); Rhodes Business Group, Inc., Case No. 15-10959 (KJC); Everest College Phoenix, Inc., Case No. 15-10960 (KJC); CDI Education USA, Inc. Case No. 15-10963 (KJC); SP PE VII-B Heald Holdings Corp., Case No. 15-1096 5(KJC); SD III-B Heald Holdings Corp., Case No. 15-10968 (KJC); Heald Capital LLC, Case No. 15-10954 (KJC); Heald Real Estate, LLC, Case No. 15-10958 (KJC); Heald Education, LLC, Case No. 15-10964 (KJC); Heald College, LLC, Case No. 15-10969 (KJC); Quickstart Intelligence Corporation, Case No. 15-10973 (KJC); and Socle Education, Inc., Case No. 15-10976 (KJC).

[2] As defined in section II(A)(140) of the Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation (the "Plan"), the term "Student" means any individual who has matriculated with any of the Debtors' schools whether in person or online.

61241357.

copies at no cost. However, if locating and scanning the documents becomes cost-prohibitive, the Student Trust may decide to modify or withdraw this option. **If you are a Student and you would like the Student Trust to attempt to locate and preserve all Student Records related to you, then you must send a written request to Lorie Ball at 2049 Century Park East, Suite 3400, Los Angeles, California 90067, Facsimile: (310) 229-5800, lball@robinskaplan.com so that the request is received no later than January 23, 2017;**

c) For any non-Student that requests Student Records that are in the possession of the Student Trust, the non-Student making such request (the "Non-Student Party") must identify the Student(s) for which the Non-Student Party seeks records, and provide the Student Trust with either: (i) the consent of the Student to turn over the Student Records; or (ii) a Court order granting the Non-Student Party with access to the requested Student Records. The Non-Student Party must post a deposit and will be required to pay all costs and fees associated with such efforts, as set forth in the Motion; and

d) All Student Records that are scanned or not requested will be destroyed.

**A HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 15, 2016 AT 2:00 P.M, (PREVAILING EASTERN TIME),** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

**YOUR RIGHTS MAY BE AFFECTED BY THIS MOTION**. PLEASE TAKE NOTICE that any response to this Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 **on or before November 7, 2016 at 4:00 pm (ET)** (the "Response Deadline"). At the same time, you must also serve a copy of the response upon counsel for the Student Trust no later than the Response Deadline of November 7, 2016 at the following addresses:

| ROBINS KAPLAN LLP | POLSINELLI PC |
|---|---|
| Scott F. Gautier, Esq. | Christopher A. Ward (Del. Bar No. 3877) |
| Lorie A. Ball, Esq. | Shanti M. Katona (Del. Bar No. 5352) |
| 2049 Century Park East, Suite 3400 | 222 Delaware Avenue, Suite 1101 |
| Los Angeles, California 90067 | Wilmington, Delaware 19801 |
| Telephone: (310) 552-0130 | Telephone: (302) 252-0920 |
| Facsimile: (310) 229-5800 | Facsimile: (302) 252-0921 |
| sgautier@robinskaplan.com | skatona@polsinelli.com |
| lball@robinskaplan.com | |

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

A copy of the Motion and information on how to obtain transcripts, useful links related to student debt cancellation, and updates on the Bankruptcy Case and efforts of the CCI Student Creditor Trust may be found on the CCI Student Creditor Trust WebPage at: https://www.donlinrecano.com/Clients/cci/Index. You may also contact Lorie A. Ball at the contact information listed above for a copy of the Motion.

Dated: October 18, 2016  
Wilmington, Delaware

POLSINELLI PC  
_Shanti M. Katona_

ROBINS KAPLAN LLP  
_Scott F. Gautier_

*Attorneys for CCI Student Creditors Trust*

61241357.

Case 15-10952-JTD    Doc 1687    Filed 08/12/19    Page 4 of 7

**NAVIENT.** Department of Education Loan Servicing

PO BOX 9635
WILKES-BARRE, PA 18773-9635

HEATHER M FISHER
1106 BROOKWOOD DR
AUGUSTA GA 30909-2306

## HEATHER, we received important information regarding your loan forgiveness request.

The U.S. Department of Education (ED) has notified us to process a 12-month administrative forbearance on your loans listed below. This forbearance, which also covers any past due amounts on your loans, will allow time for ED to review your loan forgiveness request under the borrower defense to repayment provision.

We have processed an administrative forbearance on the loans listed below from 10/25/2018 through 2/28/2019.

**What you need to know**
During your administrative forbearance, no payments will be due. However, interest will continue to accrue. Interest that accrues during this period will not be capitalized (added to your principal balance) at the end of the forbearance, but you will still be responsible for it. At any time during the forbearance period, you may voluntarily make payments.

You can monitor and pay the accrued interest or request to have the forbearance shortened or canceled at any time.

*If you have other federal or private education loans,* please continue to make your regularly scheduled payments.

**What to expect next**
We'll contact you once we receive an update from ED on your loan forgiveness request.

If your loans are in the administrative forbearance and ED determines your loans are not eligible for forgiveness, the forbearance will end and you will be required to resume repayment in accordance with the terms of your Promissory Notes. At that time, you'll receive an updated payment schedule.

**Borrower defense to repayment questions**
We are unable to assist you with borrower defense to repayment questions. Please call the ED borrower defense hotline at 855-279-6207. Their representatives are available to assist you with these questions Monday – Friday from 8:00 a.m. to 8:00 p.m., ET.

**We're here to help**
We want to help you manage your account in a way that's convenient for you. If you have any questions about your account or your options, visit us online or give us a call.

**Account number**
[redacted]

**Date**
03/06/18

**Manage your account online**
Navient.com

**Payment address**
P.O. Box 740351
Atlanta, GA 30374-0351

**Phone number**
800-722-1300

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (800) 722-1300, y marque el numero correspondiente.

L237        E16517        ED        4880



**NAVIENT.** Department of Education Loan Servicing

PO BOX 9635
WILKES-BARRE, PA 18773-9635

HEATHER M FISHER
1106 BROOKWOOD DR
AUGUSTA GA 30909-2306

## HEATHER, we received important information regarding your loan forgiveness request.

The U.S. Department of Education (ED) has notified us to process an administrative forbearance on your loans listed below. This forbearance, which also covers any Past Due Amounts on your loans, will allow time for ED to review your loan forgiveness request under the borrower defense to repayment provision.

**What you need to know**
During your administrative forbearance, no payments will be due. However, interest will continue to accrue. Interest that accrues during this period will not be capitalized (added to your principal balance) at the end of the forbearance, but you will still be responsible for it. At any time during the forbearance period, you may voluntarily make payments.

You can monitor and pay the Accrued Interest or request to have the forbearance shortened or canceled at any time.

*If you have other federal or private education loans,* please continue to make your regularly scheduled payments.

**What to expect next**
We'll contact you once we receive an update from ED on your loan forgiveness request.

If your loans are in the administrative forbearance and ED determines your loans are not eligible for forgiveness, the forbearance will end and you will be required to resume repayment in accordance with the terms of your loan agreements. At that time, you'll receive an updated payment schedule.

**Borrower defense to repayment questions**
We are unable to assist you with borrower defense to repayment questions. Please call the ED borrower defense hotline at 855-279-6207. Their representatives are available to assist you with these questions Monday – Friday from 8:00 a.m. to 8:00 p.m., ET.

**We're here to help**
We want to help you manage your account in a way that's convenient for you. If you have any questions about your account or your options, visit us online or give us a call.

**Account number**

**Date**
04/03/19

**Manage your account online**
Navient.com

**Payment address**
P.O. Box 4450
Portland, OR 97208-4450

**Phone number**
800-722-1300

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (800) 722-1300, y marque el numero correspondiente.

L237      E16517      ED      4880



Important disclosure(s)

*Servicing of federal student loans*
Your federal student loans referenced in this letter are owned by the U.S. Department of Education. The terms of the federal student loan programs are not determined by Navient, they are established by federal law, in particular by the Higher Education Act of 1965, as amended, and U.S. Department of Education regulations. Among other things, the law and regulations set borrowing limits, interest rates, eligibility for subsidies, repayment plans, capitalization of interest, and loan forgiveness. As your loan servicer, Navient is required to administer your loans on behalf of the U.S. Department of Education in accordance with the law.

**Loan Information**

| LOAN PROGRAM | DISBURSEMENT DATE | LOAN STATUS | INTEREST RATE | REPAYMENT BEGIN DATE | ORIGINAL PRINCIPAL | UNPAID PRINCIPAL | MONTHLY PAYMENT AMOUNT |
|---|---|---|---|---|---|---|---|
| DLPLUS | 10/10/13 | AWAITING FORN | 6.410 | 10/10/13 | $ 27,535.00 | $ 20,337.73 | $ 278.05 |
| DLPLUS | 05/13/14 | AWAITING FORN | 6.410 | 05/13/14 | $ 5,371.00 | $ 3,849.34 | $ 52.93 |

January 19, 2017

To Whom It May Concern:

I, Zachary Seaburn xxx-xx-1983  DOB ███ 1993, would like for the Student Trust to preserve all of my Student Records related to my time at WyoTech Blairsville, PA.

My current information is as follows:

New Address:
235 Bleachery St
Beech Island, SC 29842
706-830-6122
chevy68impala@yahoo.com

Old Address:
1106 Brookwood Dr
Augusta, GA 30909

Thank you,

*[signature]*

Zachary D. Seaburn