## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al[1].<br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (JTD)<br>(Jointly Administered) |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>Defendant. | Adversary No. 15-50309 (JTD)<br><br>**Re: Docket No. 1683; Adv. Docket No. 65** |

**CERTIFICATE OF NO OBJECTION REGARDING JOINT
MOTION OF DISTRIBUTION TRUST AND PROPOSED CLASS
REPRESENTATIVES, PURSUANT TO SECTION 105 OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 9019 AND 7023
TO: (I) CERTIFY THE WARN CLASS FOR SETTLEMENT PURPOSES,
INCLUDING THE APPOINTMENT OF CLASS COUNSEL AND THE
CLASS REPRESENTATIVES, (II) PRELIMINARILY APPROVE THE
SETTLEMENT AGREEMENT, (III) APPROVE THE FORM AND MANNER OF
NOTICE TO CLASS MEMBERS OF THE SETTLEMENT, (IV) SCHEDULE A
FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT
AGREEMENT, (V) FINALLY APPROVE THE SETTLEMENT AGREEMENT
FOLLOWING THE FAIRNESS HEARING, AND (VI) GRANT RELATED RELIEF**

The undersigned hereby certifies that Craig R. Jalbert, the distribution trustee (the "Distribution Trustee") for the Corinthian Colleges, Inc. distribution trust (the "Distribution Trust") has received no answer, objection or any other responsive pleading with respect to the

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: Corinthian Colleges, Inc. (7312).  Pursuant to an order of the Court dated March 30, 2016 [D.I. 1181] Corinthian Colleges Inc.'s affiliated debtors' cases were closed.

*Joint Motion of Distribution Trust and Proposed Class Representatives, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Certify the WARN Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (II) Preliminarily Approve the Settlement Agreement, (III) Approve the Form and Manner of Notice to Class Members of the Settlement, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (V) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VI) Grant Related Relief* [Docket No. 1683; Adv. Docket No. 65] (the "Motion") filed by the Distribution Trust and Plaintiffs Guy Reynolds and Christine Seymour ("Plaintiffs"), on behalf of themselves and all others similarly situated (the "Putative Class") with the United States Bankruptcy Court for the District of Delaware (the "Court") on August 1, 2019.  The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 case.  Pursuant to the *Notice of Motion and Hearing*, filed with the Motion, any objection or response to the Motion was to be filed and served no later than 4:00 p.m. (EDT) on August 15, 2019.

WHEREFORE, the Distribution Trustee respectfully requests that an order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

2

Dated: August 19, 2019
       Wilmington, Delaware

Respectfully submitted,

/s/ Robert C. Maddox
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
**RICHARDS, LAYTON & FINGER, P.A.**
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
        stearn@rlf.com
        merchant@rlf.com
        steele@rlf.com
        maddox@rlf.com

*Counsel for Distribution Trustee*

3

RLF1 21889014v.1