# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al[1].<br>                    Debtors. | Chapter 11<br><br>Case No. 15-10952 (JTD)<br>(Jointly Administered) |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>    v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>                  Defendant. | Adversary No. 15-50309 (JTD) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 26, 2019 AT 10:00 A.M. (EDT)

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.** **CONTINUED MATTER:**

    1.    Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

          Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

          Objections / Responses Received:   None.

          Related Documents:   None.

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: Corinthian Colleges, Inc. (7312). Pursuant to an order of the Court dated March 30, 2016 [D.I. 1181] Corinthian Colleges Inc.'s affiliated debtors' cases were closed.

Status: The hearing on this matter has been continued to a date to be determined.

**II.  RESOLVED MATTER:**

2. Joint Motion of Distribution Trust and Proposed Class Representatives, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Certify the WARN Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (II) Preliminarily Approve the Settlement Agreement, (III) Approve the Form and Manner of Notice to Class Members of the Settlement, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (V) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VI) Grant Related Relief [Docket No. 1683; Adv. Docket No. 65 - filed August 1, 2019]

   Objection / Response Deadline:   August 15, 2019 at 4:00 p.m. (ET)

   Objections / Responses Received:   None.

   Related Documents:

   i. Memorandum of Law in Support of Joint Motion to: (I) Certify the WARN Class for Settlement Purposes, (II) Preliminarily Approve the Settlement Agreement, (III) Approve the Form and Manner of Notice to Class, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (V) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VI) Grant Related Relief [Docket No. 1684; Adv. Docket No. 66 – filed August 1, 2019]

   ii. Certificate of No Objection Regarding Joint Motion of Distribution Trust and Proposed Class Representatives, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Certify the WARN Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (II) Preliminarily Approve the Settlement Agreement, (III) Approve the Form and Manner of Notice to Class Members of the Settlement, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (V) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VI) Grant Related Relief [Docket No. 1688; Adv. Docket No. 68 - filed August 19, 2019]

   iii. Order (I) Granting Joint Motion, (II) Certifying WARN Class for Settlement Purposes, (III) Preliminarily Approving the Settlement Agreement (IV) Approving the Form and Manner of Notice to Class, and (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement [Docket No. 1689; Adv. Docket No. 69 – entered August 20, 2019]

RLF1 21795624v.1

    <u>Status</u>:  On August 20, 2019 the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary at this time. Pursuant to the order [Docket No. 1689; Adv. Docket No. 69], the Fairness Hearing with respect to final approval of the motion will be held on September 25, 2019 at 11:00 a.m. ET.

Dated: August 20, 2019  
      Wilmington, Delaware

Respectfully submitted,

*/s/ Amanda R. Steele*  
Mark D. Collins (No. 2981)  
Marcos A. Ramos (No. 4450)  
Amanda R. Steele (No. 5530)  
Robert C. Maddox (No. 5356)  
Christopher M. De Lillo (No. 6355)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
      ramos@rlf.com  
      steele@rlf.com  
      maddox@rlf.com  
      delillo@rlf.com

Counsel for the Distribution Trustee