**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § | |
| | § | Case No. 15-10952 (KJC) |
| | § | |
| Debtor. | § | |
| | § | **Re: Docket No. 1693** |

---------------------------------------------------------------

**CERTIFICATE OF NO OBJECTION REGARDING DISTRIBUTION
TRUSTEE'S EIGHTH MOTION FOR AN ORDER EXTENDING
THE CLAIMS OBJECTION DEADLINE THROUGH MARCH 9, 2020**

The undersigned hereby certifies that Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust (the "**Distribution Trust**") has received no answer, objection or any other responsive pleading with respect to the *Distribution Trustee's Eighth Motion for an Order Extending the Claims Objection Deadline through March 9, 2020* [Docket No. 1693] (the "**Motion**") filed by the Distribution Trust with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 9, 2019. The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 case. Pursuant to the *Notice of Motion and Hearing*, filed with the Motion, any objection or response to the Motion was to be filed and served no later than 4:00 p.m. (EDT) on September 19, 2019.

WHEREFORE, the Distribution Trustee respectfully requests that an order, substantially in the form attached hereto as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

Dated: September 20, 2019
       Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. De Lillo*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      delillo@rlf.com

Counsel for the Distribution Trustee