IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al.[1]<br>                Debtors. | Chapter 11<br><br>Case No. 15-10952 (JTD)<br>(Jointly Administered) |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>                Defendant. | Adversary No. 15-50309 (JTD)<br><br>**Re: Docket No. 1683; Adv. Docket No. 65** |

**CERTIFICATE OF NO OBJECTION REGARDING JOINT MOTION OF DISTRIBUTION TRUST AND PROPOSED CLASS REPRESENTATIVES, PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9019 AND 7023 TO: (I) CERTIFY THE WARN CLASS FOR SETTLEMENT PURPOSES, INCLUDING THE APPOINTMENT OF CLASS COUNSEL AND THE CLASS REPRESENTATIVES, (II) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT, (III) APPROVE THE FORM AND MANNER OF NOTICE TO CLASS MEMBERS OF THE SETTLEMENT, (IV) SCHEDULE A FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT AGREEMENT, (V) FINALLY APPROVE THE SETTLEMENT AGREEMENT FOLLOWING THE FAIRNESS HEARING, AND (VI) GRANT RELATED RELIEF**

The undersigned hereby certifies that Craig R. Jalbert, the distribution trustee (the "Distribution Trustee") for the Corinthian Colleges, Inc. distribution trust (the "Distribution Trust") has received no answer, objection or any other responsive pleading with respect to the *Joint Motion of Distribution Trust and Proposed Class Representatives, Pursuant to Section 105*

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: Corinthian Colleges, Inc. (7312). Pursuant to an order of the Court dated March 30, 2016 [D.I. 1181] Corinthian Colleges Inc.'s affiliated debtors' cases were closed.

RLF1 22077946v.1

*of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Certify the WARN Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (II) Preliminarily Approve the Settlement Agreement, (III) Approve the Form and Manner of Notice to Class Members of the Settlement, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (V) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VI) Grant Related Relief* [Docket No. 1683; Adv. Docket No. 65] (the "Motion") filed by the Distribution Trust and Plaintiffs Guy Reynolds and Christine Seymour ("Plaintiffs"), on behalf of themselves and all others similarly situated (the "Putative Class") with the United States Bankruptcy Court for the District of Delaware (the "Court") on August 1, 2019.

On August 20, 2019, the Court entered the *Order (I) Granting Joint Motion, (II) Certifying WARN Class for Settlement Purposes, (III) Preliminarily Approving the Settlement Agreement (IV) Approving the Form and Manner of Notice to Class, and (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement* [Docket No. 1689; Adv. Docket No. 69] (the "Order") scheduling a final hearing regarding the Motion for September 25, 2019 at 11:00 a.m.

On September 20, 2019, in accordance with the Order, Class Counsel filed the *Declaration of Class Counsel Concerning Class Member Objections and Opt Outs* [Adv. Docket No. 73] certifying that Class Counsel did not receive any objections, but that it had received three opt-outs.[2] The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11

---

[2] The Settlement Agreement permitted Putative Class members to opt out of the Putative Class. An opt-out is not an objection to the settlement, but instead excludes a Putative Class member from the class and the settlement and preserves that Putative Class member's rights, if any, against the Debtors. If more than ten-percent of the Putative Class opted out, then the Settlement Agreement was voidable by the Distribution Trustee. The three opt-outs received by the Plaintiffs' counsel fall well below that threshold percentage.

2

RLF1 22077946v.1

3

case. Pursuant to the Order, any objection or response to the final relief requested in the Motion was to be filed and served no later than 4:00 p.m. (EDT) on September 16, 2019.

WHEREFORE, the Distribution Trustee respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: September 23, 2019
       Wilmington, Delaware

Respectfully submitted,

*/s/Robert C. Maddox*
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
**RICHARDS, LAYTON & FINGER, P.A.**
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      stearn@rlf.com
      merchant@rlf.com
      steele@rlf.com
      maddox@rlf.com

*Counsel for Distribution Trustee*