# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al.[1]<br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-10952 (JTD)<br>(Jointly Administered) |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>　　　　　　　Defendant. | Adversary No. 15-50309 (JTD) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 25, 2019 AT 11:00 A.M. (EDT)

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.     CONTINUED / RESOLVED MATTERS:**

1. Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

   Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (EST)

   Objections / Responses Received:   None.

   Related Documents:   None.

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: Corinthian Colleges, Inc. (7312). Pursuant to an order of the Court dated March 30, 2016 [D.I. 1181] Corinthian Colleges Inc.'s affiliated debtors' cases were closed.

Status: The hearing on this matter has been continued to a date to be determined.

**II.     UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:**

2. Joint Motion of Distribution Trust and Proposed Class Representatives, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Certify the WARN Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (II) Preliminarily Approve the Settlement Agreement, (III) Approve the Form and Manner of Notice to Class Members of the Settlement, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (V) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VI) Grant Related Relief [Docket No. 1683; Adv. Docket No. 65 - filed August 1, 2019]

   Objection / Response Deadline:     September 16, 2019 at 4:00 p.m. (ET)

   Objections / Responses Received:   None.

   Related Documents:

   i.   Memorandum of Law in Support of Joint Motion to: (I) Certify the WARN Class for Settlement Purposes, (II) Preliminarily Approve the Settlement Agreement, (III) Approve the Form and Manner of Notice to Class, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (V) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VI) Grant Related Relief [Docket No. 1684; Adv. Docket No. 66 – filed August 1, 2019]

   ii.  Order (I) Granting Joint Motion, (II) Certifying WARN Class for Settlement Purposes, (III) Preliminarily Approving the Settlement Agreement (IV) Approving the Form and Manner of Notice to Class, and (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement [Docket No. 1689; Adv. Docket No. 69 – entered August 20, 2019]

   iii. Affidavit of Mailing of Notice of Proposed Settlement [Adv. Docket No. 72 – filed August 26, 2019]

   iv.  Declaration of Class Counsel Concerning Class Member Objections and Opt Outs [Adv. Docket No. 73 – filed September 20, 2019]

   v.   Certificate of No Objection Regarding Joint Motion of Distribution Trust and Proposed Class Representatives, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Certify the WARN Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (II) Preliminarily Approve the Settlement Agreement, (III) Approve the Form and Manner of Notice to Class Members of the Settlement, (IV) Schedule a Fairness Hearing to

        Consider Final Approval of the Settlement Agreement, (V) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VI) Grant Related Relief [Docket No. 1696; Adv. Docket No. 74 - filed September 23, 2019]

    vi.    Final Order: (A) Approving the WARN Settlement Under Fed. R. Civ. P. 23, Fed. Bankr. R. 7023, and Bankr. R. 9019; (B) Approving Class Counsel's Fees and Expenses; and (C) Authorizing Distributions to the Class [Docket No. 1697; Adv. Docket No. 75 – entered September 24, 2019]

Status: On September 24, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3.    Distribution Trustee's Eighth Motion for an Order Extending the Claims Objection Deadline through March 9, 2020 [Docket No. 1693 – filed September 9, 2019]

Objection / Response Deadline:    September 19, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i.    Certificate of No Objection Regarding Distribution Trustee's Eighth Motion for an Order Extending the Claims Objection Deadline through March 9, 2020 [Docket No. 1695 – filed September 20, 2019]

ii.    Order Granting Distribution Trustee's Eighth Motion for an Order Extending the Claims Objection Deadline through March 9, 2020 [Docket No. 1698 – entered September 24, 2019]

Status: On September 24, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

| | |
|---|---|
| Dated: September 24, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Christopher M. De Lillo*<br>Mark D. Collins (No. 2981)<br>Marcos A. Ramos (No. 4450)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Christopher M. De Lillo (No. 6355)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>      ramos@rlf.com<br>      steele@rlf.com<br>      maddox@rlf.com<br>      delillo@rlf.com<br><br>Counsel for the Distribution Trustee |