## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | Case No. 15-10952 (JTD) |
| | (Jointly Administered) |
| Debtor | |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 24, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed in **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit C** attached hereto:

- **Notice of Agenda of Matters Scheduled for Hearing on September 25, 2019 at 11:00 A.M. (EDT) [Docket No. 1699]**

Dated: September 25, 2019

Colin Linebaugh
Omni Management Group
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 20 19, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: Corinthian Colleges, Inc. (7312). Pursuant to an order of the Court dated March 30, 2016 [D.I. 1181] Corinthian Colleges Inc.'s affiliated debtors' cases were closed.

# EXHIBIT A

**Corinthian Colleges, Inc., et al. -  Service List to e-mail Recipients**

AMERICAN EXPRESS TRAVEL RELATED SERVICES
NOTICES@BECKET-LEE.COM

ARAPAHOE COUNTY TREASURER
BENJAMIN SWARTZENDRUBER
BSWARTZENDRUBER@ARAPAHOEGOV.COM

ARAPAHOE COUNTY TREASURER
WENDY ROSSMAN
WROSSMAN@ARAPAHOEGOV.COM

ASHBY & GEDDES, P.A.
LEIGH-ANNE RAPORT
LRAPORT@ASHBY-GEDDES.COM

ASHBY & GEDDES, P.A.
RICARDO PALACIO
RPALACIO@ASHBY-GEDDES.COM

ASHBY & GEDDES, P.A.
WILLIAM BOWDEN
WBOWDEN@ASHBY-GEDDES.COM

BALLARD SPAHR LLP
BRIAN HUBEN
HUBENB@BALLARDSPAHR.COM

BALLARD SPAHR LLP
DUSTIN BRANCH
BRANCHD@BALLARDSPAHR.COM

BMC GROUP, INC.
T. FEIL
TFEIL@BMCGROUP.COM

BOVITZ & SPITZER
J. SCOTT BOVITZ
BOVITZ@BOVITZ-SPITZER.COM

BROWN RUDNICK LLP
BENNETT SILVERBERG
BSILVERBERG@BROWNRUDNICK.COM

BUCHALTER NEMER, A PROFESSIONAL CORPORATI
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CALIFORNIA DEPARTMENT OF JUSTICE
BERNARD A. ESKANDARI
BERNARD.ESKANDARI@DOJ.CA.GOV

CALIFORNIA DEPARTMENT OF JUSTICE
CRAIG D. RUST
CRAIG.RUST@DOJ.CA.GOV

CALIFORNIA DEPARTMENT OF JUSTICE
NANCY QUACH
NANCY.QUACH@DOJ.CA.GOV

COMMONWEALTH OF MASSACHUSETTS
GLENN KAPLAN
GLENN.KAPLAN@STATE.MA.US

COMMONWEALTH OF MASSACHUSETTS
PETER LEIGHT
PETER.LEIGHT@STATE.MA.US

COMMONWEALTH OF PENNSYLVANIA
LINDA MITTEN
RA-LI-UCTS-BANKRUPT@STATE.PA.US

CONSUMER FINANCIAL PROTECTION BUREAU
CYNTHIA GOOEN LESSER
CYNTHIA.LESSER@CFPB.GOV

DEVELOPMENT RESOURCES, INC.
JOHN GIANNOPOULOS
JOHNG@DEVRESINC.COM

DRINKER BIDDLE & REATH LLP
H. JOHN MICHEL, JR.
JOHN.MICHEL@DBR.COM

DRINKER BIDDLE & REATH LLP
MICHAEL P. POMPEO
MICHAEL.POMPEO@DBR.COM

DUMAS & KIM, APC
CHRISTIAN KIM
CKIM@DUMAS-LAW.COM

FAIRFIELD AND WOODS, P.C.
CAROLINE C. FULLER
CFULLER@FWLAW.COM

FRANKGECKER LLP
JOSEPH FRANK
JFRANK@FGLLP.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

HAWAII STATE DEPARTMENT OF EDUCATION
DOE_INFO@HAWAIIDOE.ORG

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
JOSEPH CORRIGAN
BANKRUPTCY2@IRONMOUNTAIN.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
BARRY FREEMAN
BFREEMAN@JMBM.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
DAVID POITRAS
DPOITRAS@JMBM.COM

KELLEY DRYE & WARREN LLP
BANKRUPTCY DEPARTMENT
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COI

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
RLEHANE@KELLEYDRYE.COM

KLEIN LLC
JULIA B. KLEIN
KLEIN@KLEINLLC.COM

KREIS, ENDERLE, HUDGINS & BORSOS, PC
THOMAS G. KING
TKING@KREISENDERLE.COM

LAW OFFICE OF DONALD W. SIEVEKE
DONALD W. SIEVEKE
DWS4LAW@PACBELL.NET

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DAVID G. AELVOET
SANANTONIO.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ELIZABETH WELLER
DALLAS.BANKRUPTCY@PUBLICANS.COM

LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
LOIZIDES@LOIZIDES.COM

MORRIS JAMES LLP
CARL N. KUNZ III
CKUNZ@MORRISJAMES.COM

MORRIS JAMES LLP
JEFFREY R. WAXMAN
JWAXMAN@MORRISJAMES.COM

MORRISON & FOERSTER LLP
ERICA RICHARDS
ERICHARDS@MOFO.COM

MORRISON & FOERSTER LLP
LORENZO MARINUZZI
LMARINUZZI@MOFO.COM

NYS DEPT. OF TAXATION & FINANCE
ROBERT COOK
ROBERT.COOK@TAX.NY.GOV

OFFICE OF THE ATTORNEY GENERAL
JOSEPH J. SANDERS
JSANDERS@ATG.STATE.IL.US

OFFICE OF THE UNITED STATES TRUSTEE
RICHARD SCHEPACARTER
RICHARD.SCHEPACARTER@USDOJ.GOV

| | | |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY FOX<br>TIMOTHY.FOX@USDOJ.GOV | OREGON DEPARTMENT OF JUSTICE<br>CAROLYN G. WADE<br>CAROLYN.G.WADE@DOJ.STATE.OR.US | OUTTEN & GOLDEN LLP<br>JACK RAISNER<br>JAR@OUTTENGOLDEN.COM |
| OUTTEN & GOLDEN LLP<br>RENÉ ROUPINIAN<br>RSR@OUTTENGOLDEN.COM | PALM SPRINGS MILE ASSOCIATES, LTD<br>PHILLIP J. EISENBERG<br>PEISENBERG@PIHC.COM | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.<br>OWEN M. SONIK<br>OSONIK@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ELIZABETH BANDA CALVO<br>EBCALVO@PBFCM.COM | PIRCHER, NICHOLS & MEEKS<br>EUGENE J.M. LEONE<br>ELEONE@PIRCHER.COM | POLSINELLI PC<br>CHRISTOPHER WARD<br>CWARD@POLSINELLI.COM |
| POLSINELLI PC<br>SHANTI KATONA<br>SKATONA@POLSINELLI.COM | POTTER ANDERSON & CORROON LLP<br>ETTA MAYERS<br>EMAYERS@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN<br>JRYAN@POTTERANDERSON.COM |
| RICHARDS, LAYTON & FINGER, PA<br>AMANDA STEELE<br>STEELE@RLF.COM | RICHARDS, LAYTON & FINGER, PA<br>MARISA TERRANOVA FISSEL<br>TERRANOVAFISSEL@RLF.COM | RICHARDS, LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM |
| RICHARDS, LAYTON & FINGER, PA<br>MICHAEL MERCHANT<br>MERCHANT@RLF.COM | ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>SGAUTIER@ROBINSKAPLAN.COM | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ABIGAIL SNOW<br>ASNOW@SSBB.COM |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE<br>CBELMONTE@SSBB.COM | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>NY-DOCKETING@SHEPPARDMULLIN.COM | SIDLEY AUSTIN LLP<br>ANNA GUMPORT<br>AGUMPORT@SIDLEY.COM |
| SIDLEY AUSTIN LLP<br>JENNIFER HAGLE<br>JHAGLE@SIDLEY.COM | SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>RTUCKER@SIMON.COM | STATE OF MICHIGAN<br>HEATHER DONALD<br>DONALDH@MICHIGAN.GOV |
| SYNCHRONY BANK<br>RAMESH SINGH<br>CLAIMS@RECOVERYCORP.COM | THE ROSNER LAW GROUP<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TN DEPT OF REVENUE<br>AGBANKDELAWARE@AG.TN.GOV |
| TRAVIS COUNTY<br>KAY D. BROCK<br>KAY.BROCK@CO.TRAVIS.TX.US | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>COURTNEY J. HULL<br>COURTNEY.HULL@TEXASATTORNEYGENERAL.GOV | U.S. DEPARTMENT OF JUSTICE<br>DANIELLE PHAM<br>DANIELLE.PHAM@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE<br>JOHN KRESSE<br>JOHN.KRESSE@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>LLOYD H. RANDOLPH<br>LLOYD.RANDOLPH@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>MICHAEL R. SEW.HOY<br>MICHAEL.R.SEW.HOY@USDOJ.GOV |
| WISCONSIN DEPARTMENT OF JUSTICE<br>MICHAEL MORRIS<br>MORRISMD@DOJ.STATE.WI.US | | |

Parties Served:  79

# **EXHIBIT B**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>610-993-8493 | ASHBY & GEDDES, P.A.<br>LEIGH-ANNE RAPORT/RICARDO PALACIO/WILLIAM B<br>302-654-2067 | BALLARD SPAHR LLP<br>DUSTIN BRANCH/BRIAN HUBEN<br>424-204-4350 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATI<br>SHAWN M. CHRISTIANSON<br>415-227-0770 | CALIFORNIA DEPARTMENT OF JUSTICE<br>CRAIG D. RUST<br>916-324-5205 | COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN/PETER LEIGHT<br>617-722-0184 |
| COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>717-787-7671 | DEVELOPMENT RESOURCES, INC.<br>JOHN GIANNOPOULOS<br>312-822-0561 | DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>215-988-2757 |
| DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>212-248-3141 | FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>303-830-1033 | FRANKGECKER LLP<br>JOSEPH FRANK<br>312-276-0035 |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>302-429-6294 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>617-451-0409 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN<br>310-712-8571 |
| KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>212-808-7897 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DAVID G. AELVOET<br>210-225-6410 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>469-221-5003 |
| LOIZIDES, P.A.<br>CHRISTOPHER D. LOIZIDES<br>302-654-0728 | MISSOURI DEPARTMENT OF REVENUE<br>STEVEN A. GINTHER<br>573-751-7232 | MORRIS JAMES LLP<br>CARL N. KUNZ III/JEFFREY R. WAXMAN<br>302-571-1750 |
| MORRISON & FOERSTER LLP<br>ERICA RICHARDS/LORENZO MARINUZZI<br>212-468-7900 | NYS DEPT. OF TAXATION & FINANCE<br>ROBERT COOK<br>518-435-8490 | OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>503-378-8395 |
| OFFICE OF THE ATTORNEY GENERAL<br>JOSEPH J. SANDERS<br>312-814-2593 | OFFICE OF THE U.S. ATTORNEY<br>KELLY T. CURRIE<br>718-254-7508 | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER/TIMOTHY FOX<br>302-573-6497 |
| OREGON DEPARTMENT OF JUSTICE<br>CAROLYN G. WADE<br>503-373-7067 | PALM SPRINGS MILE ASSOCIATES, LTD<br>PHILLIP J. EISENBERG<br>212-545-1410 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.<br>OWEN M. SONIK<br>713-862-1429 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLF<br>ELIZABETH BANDA CALVO<br>817-860-6509 | PIRCHER, NICHOLS & MEEKS<br>EUGENE J.M. LEONE<br>312-915-3348 | POLSINELLI PC<br>CHRISTOPHER WARD/SHANTI KATONA<br>302-252-0921 |
| POTTER ANDERSON & CORROON LLP<br>ETTA MAYERS<br>302-658-1192 | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN<br>302-658-1192 | ROBAINA & KRESIN<br>THOMAS GRIFFIN<br>602-682-6455 |
| ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>310-229-5800 | RUDER WARE, L.L.S.C.<br>JEREMY M. WELCH<br>715-845-2718 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE<br>212-818-9606 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>CARREN B. SHULMAN<br>212-653-8701 | SIDLEY AUSTIN LLP<br>ANNA GUMPORT/JENNIFER HAGLE<br>213-896-6600 | SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>317-263-7901 |
| SYNCHRONY BANK<br>RAMESH SINGH<br>305-374-8113 | TRAVIS COUNTY<br>KAY D. BROCK<br>512-854-4808 | TREASURER - TAX COLLECTOR<br>DAN MCALLISTER<br>619-685-2589 |

**Corinthian Colleges, Inc., et al. -  Service List to Facsimile Recipients**

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEY J. HULL
512-936-1409

U.S. DEPARTMENT OF JUSTICE
DANIELLE PHAM/LLOYD RANDOLPH/MICHAEL HOY
202-514-9163

WISCONSIN DEPARTMENT OF JUSTICE
MICHAEL MORRIS
608-267-8906

Parties Served:  48

**<u>EXHIBIT C</u>**

Corinthian Colleges, Inc., et al. - Overnight Mail                                                    Served 9/24/2019

ARAPAHOE COUNTY TREASURER
BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON, CO  80166

BMC GROUP, INC.
T. FEIL
3732 W. 120TH STREET
HAWTHORNE, CA  90250

BOVITZ & SPITZER
J. SCOTT BOVITZ
1100 WILSHIRE BLVD., S
SUITE 2403
LOS ANGELES, CA  90017

BROWN RUDNICK LLP
H. JEFFREY SCHWARTZ/BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK, NY  10036

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR  97232

CA DEPT. OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
1300 I ST.,
SACRAMENTO, CA  95814-5901

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA  94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA  94612

CALIFORNIA DEPARTMENT OF JUSTICE
BERNARD A. ESKANDARI
300 S. SPRING ST., STE. 1702
LOS ANGELES, CA  90013

CONSUMER FINANCIAL PROTECTION BUREAU
CYNTHIA GOOEN LESSER
1700 G STREET
WASHINGTON, D.C.  20552

DE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
FRANCHISE TAX DIVISION
DOVER, DE  19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI  96813

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY  10013

DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON, DE  19802

DUMAS & KIM, APC
CHRISTIAN T. KIM
3435 WILSHIRE BLVD.
SUITE 990
LOS ANGELES, CA  90010

EQUITY ONE, INC.
LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL  33179

GE INFO TECH SOLUTIONS
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON, GA  31208-3708

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI  96813

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAILSTOP 5-Q30.133
PHILADELPHIA, PA  19101-7346

KREIS, ENDERLE, HUDGINS & BORSOS
THOMAS G. KING
PO BOX 4010
KALAMAZOO, MI  49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH  75271-2711

LAW OFFICE OF DONALD W. SIEVEKE
DONALD W. SIEVEKE
1113 N. SPURGEON ST
SANTA ANA, CA  92701

LOIZIDES, P.A.
CHRISTOPHER DEAN LOIZIDES
1225 KING STREET SUITE 800
WILMINGTON, DE  19801

NEW YORK STATE DEPARTMENT OF LABOR
BLDG. 12, W.A. HARRIMAN CAMPUS
ALBANY, NY  12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY  10007

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI  96813

OCCUPATIONAL SAFETY & HEALTH ADMIN.
800 W. WASHINGTON STREET
2ND FLOOR
PHOENIX, AZ  85007

OFFICE OF THE ATTORNEY GENERAL
MAURA HEALEY/P. LEIGHT/G. KAPLAN
ONE ASHBURTON PLACE
18TH FLOOR
BOSTON, MA  2108

OFFICE OF THE ATTORNEY GENERAL
NANCY QUACH
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

OFFICE OF THE U.S. ATTORNEY
FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI  96850

OFFICE OF THE U.S. ATTORNEY
JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ  85004-4408

OFFICE OF THE U.S. ATTORNEY
PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY  10007

OUTTEN & GOLDEN LLP
JACK RAISNER/RENÉ ROUPINIAN
685 THIRD AVENUE
25TH FLOOR
NEW YORK, NY  10017

**Corinthian Colleges, Inc., et al. - Overnight Mail**

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC  20549

SECURITIES & EXCHANGE COMMISSION
GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY  10281-1022

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE  19801-0820

STATE OF MI/DEPT. OF TREASURY
BILL SCHUETTE/HEATHER DONALD
3030 W. GRAND BLVD.
CADILLAC PLACE, SUITE 10-200
DETROIT, MI  48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR  97701

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT/KAREN AXSOM
800 W. WASHINGTON ST
PHOENIX, AZ  85007

THE ROSNER LAW GROUP
JULIA KLEIN/FREDERICK ROSNER
824 MARKET STREET
SUITE 810
WILMINGTON, DE  19801

TN DEPT OF REVENUE
TN ATTY GENERAL'S OFFICE
PO BOX 20207
BANKRUPTCY DIVISION
NASHVILLE, TN  37202-0207

U.S. ATTORNEY'S OFFICE
CHARLES M. OBERLY, III
P.O. BOX 2046
1201 MARKET ST., STE. 1100
WILMINGTON, DE  19801

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530-0001

UNITED STATES DEPARTMENT OF LABOR
THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON, DC  20210

WATT LONG BEACH, LLC
JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA  90405

Parties Served: 45