# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                : Case No. 15-10952-KJC
**In re**                                       : (Chapter 11/Jointly Administered)
                                                :
**CORINTHIAN COLLEGES, INC.,** *et al.*         :
                                                :
                              **Debtors.**      :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to Local Rule 9010-2(b), Danielle Pham hereby withdraws as counsel for the United States of America in the above-captioned case. John Kresse remains as attorney of record for the United States.

Dated: January 13, 2020                 Respectfully submitted

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        DAVID C. WEISS
                                        United States Attorney

                                        ELLEN SLIGHTS
                                        Assistant United States Attorney

                                        /s/ Danielle A. Pham
                                        RUTH A. HARVEY
                                        LLOYD H. RANDOLPH
                                        JOHN KRESSE
                                        DANIELLE A. PHAM

                                        Department of Justice
                                        Commercial Litigation Branch,
                                        Civil Division
                                        1100 L Street, NW
                                        Washington, DC 20530
                                        TEL: (202) 514-7451
                                        FAX: (202) 514-9163
                                        Email: danielle.pham@usdoj.gov

                                        ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF SERVICE

On January 13, 2020, I caused a copy of the foregoing NOTICE OF WITHDRAWAL to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below.

Dated: January 13, 2020                    /s/ Danielle A. Pham
                                           Danielle A. Pham
                                           Trial Attorney