**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] § | |
| § | Case No. 15-10952 (JTD) |
| § | |
| Debtor. § | |
| § | |

---

**NOTICE OF DESTRUCTION OF THE REMAINING BOOKS AND RECORDS
IN THE DISTRIBUTION TRUST'S POSSESSION**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 4, 2015, each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code.

2. On August 28, 2015, the Court entered an order [D.I. 913] confirming the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 909] (the "**Plan**"). The Plan became effective on September 21, 2015 (the "**Effective Date**").

3. Pursuant to the terms of the Plan, the Debtors' remaining assets (with certain exceptions) were transferred to the Distribution Trust[2] on the Effective Date, including the Debtors' books and records that were not Student Books and Records.

4. Pursuant to Article XI, Section L of the Plan, the Distribution Trust is free, in its discretion, upon prior written notice to the Administrative Agent and the Student Trustee, to destroy or dispose of books and records in compliance with applicable non-bankruptcy law, without the need for any other or further court order.

5. The Distribution Trust has determined that it no longer needs to retain the remaining books and records (including computers and other electronic media) transferred to the Distribution Trust that remains in the Distribution Trust's possession (the "**Records**"). However, out of an abundance of caution, the Distribution Trust is hereby providing notice of its intention to destroy the Records.

6. The Records are being stored at 4601 Beloit Dr., Sacramento, CA 95838 (the "**Sacramento Property**"), 11 Centre Park, Rochester, NY 14614 (the "**Rochester Property**"), 66 Southeast Morrison Street, Portland, OR 97202 (the **"Portland Property"**), and 124

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

[2] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Washington Street, Suite 101, Foxborough, MA 02035 and 12 High Street, Plainville, MA 02762 (the "**Foxborough Properties**") (collectively, the "**Properties**").

7. The Records being stored at the Sacramento Property are held in approximately 3,395 storage boxes. These records include certain business records, corporate records, financial records, human resources records, academic program records and other documents and records.

8. The Records being stored at the Rochester Property are held in approximately 1,426 storage boxes. These records include certain educational and student related records and financial and business records of the Debtors that relate to the Debtors' former Everest University locations in New York.

9. The Records being stored at the Portland Property are held in approximately 279 storage boxes. These records include certain educational and student related records and financial and business records of the Debtors that relate to the Debtors' former Everest University locations in Oregon.

10. The Records being stored at the Foxborough Properties include approximately 31 desktops and laptops and approximately 3,569 storage boxes containing certain business records, corporate records, financial records, human resources records, academic program records and other documents and records.

11. Personnel under the direction of the Distribution Trustee reviewed the inventory of the Records that was created and maintained by the Debtors and/or the Records themselves, and updated the inventory where necessary. After such review, the Distribution Trustee determined based on the inventory description and/or storage date or the contents of the Records that the Records do not appear to be related to any pending litigation involving the Debtors or the Distribution Trust, including any Causes of Action retained by the Distribution Trust pursuant to the Plan. Accordingly, the Distribution Trust has determined that it can dispose of the Records, although the Distribution Trust reserves the right to retain any Records for an additional period of time in its sole discretion.

12. On August 28, 2018, on motion of the Student Trust and in accordance with the terms of the Plan, the Court entered an order terminating the Student Trust. *See* D.I. 1625. Prior to its termination, the Student Trust was provided access to the Records and, upon information and belief, the Student Trust removed materials that the Student Trust determined were Student Books and Records. *See* D.I. 1620 at 5 ¶ 16.

13. In addition, upon information and belief, the Records at the Sacramento Property have been searched, and/or their contents and/or inventory descriptions considered, by the Office of the Attorney General of the State of California, in addition to the Student Trust and the Distribution Trust. No other parties have come forward to claim interest in the Records or to review them.

14. **Any party that wishes to review the Records before their destruction must do so at the Properties before February 28, 2020. After that date the Records will be destroyed. Any party that wishes to review an inventory of the Records also may, before**

**February 21, 2020, contact the undersigned counsel for the Distribution Trustee in order to discuss any such request.**

Dated: February 5, 2020
      Wilmington, Delaware

          */s/ Robert C. Maddox*
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
Robert C. Maddox (No. 5356)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
      ramos@rlf.com
      maddox@rlf.com

Counsel for the Distribution Trustee