## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC.[1]<br><br>Debtor | Chapter 11<br><br>Case No. 15-10952 (JTD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on February 5, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Notice of Destruction of the Remaining Books and Records in the Distribution Trust's Possession [Docket No. 1708]**

Dated: February 7, 2020

Colin Linebaugh
Omni Management Group
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 7th day of February, 2020, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: Corinthian Colleges, Inc. (7312). Pursuant to an order of the Court dated March 30, 2016 [D.I. 1181] Corinthian Colleges Inc.'s affiliated debtors' cases were closed.

## EXHIBIT A

**Corinthian Colleges, Inc., et al. -  Service List to e-mail Recipients**

RICHARDS, LAYTON & FINGER, PA
AMANDA STEELE
STEELE@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MARISA TERRANOVA FISSEL
TERRANOVAFISSEL@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MICHAEL MERCHANT
MERCHANT@RLF.COM

Parties Served:  4

## EXHIBIT B

Corinthian Colleges, Inc., et al. - U.S. Mail

ACHYUT PHADKE
C/O MUNGER, TOLLES & OLSON LLP
560 MISSION STREET
27TH FLOOR
SAN FRANCISCO, CA 94105

ACTION LEAD SOLUTIONS
C/O GHOZLAND LAW FIRM PC
ATTN: MICHAEL F. GHOZLAND
555 WEST FIFTH STREET, SUITE 3100
LOS ANGELES, CA 90013

AEROTEK, INC.
C/O SHOOK HARDY & BACON LLP
ATTN: COURTNEY A. HASSELBERG
JAMBOREE CENTER
5 PARK PLAZA, SUITE 1600
IRVINE, CA 92614

AIG PROPERTY CASUALTY
ATTN: ANDREW TRAGER
COMPLEX CLAIMS DIRECTOR – D&O
175 WATER STREET
NEW YORK, NY 10038

AILEEN E. COHEN, ESQ.
C/O FARMER CASE HACK & FEDOR
9065 SOUTH PECOS ROAD, SUITE 200
HENDERSON, NV 89074

ALETHA WILLIAMS
C/O LAW OFFICES OF GREGORY A. WILLIAMS
ATTN: GREGORY A. WILLIAMS
1315 SOUTH L STREET
TACOMA, WA 98405

ALISA CORDELL
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

AMANDA INGRAM
C/O EISENBERG & ASSOCIATES
ATTN: MICHAEL EISENBERG
3580 WILSHIRE BLVD.
SUITE 1260
LOS ANGELES, CA 90010

AMERICAN EXPRESS TRAVEL RELATED SERVICES
C/O BECKET AND LEE LLP
ATTN: GILBERT B WEISMAN
POB 3001
MALVERN, PA 19355-0701

ANDREW R. CAHILL
C/O LESNICK PRINCE & PAPPAS LLP
315 W. NINTH STREET, SUITE 705
LOS ANGELES, CA 90015

ANGELA WILBORN
C/O ANDREWS & STEMBRIDGE LLC
ATTN: JOHN T. STEMBRIDGE
2951 PIEDMONT ROAD, SUITE 300
ATLANTA , GA 30305

ANGELICA CASAS
C/O LAW OFFICES OF CARLIN & BUCHSBAUM LLP
ATTN: ROBERT E. HAAG
555 E. OCEAN BLVD., SUITE 818
LONG BEACH , CA 90802

ANNETTE G. LONG
C/O GRAY RUST ST. AMAND MOFFETT &
BRIESKE LLP
1700 ATLANTA PLAZA
950 EAST PACES FERRY ROAD
ATLANTA, GA 30326

ARAPAHOE COUNTY TREASURER
ATTN: BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON, CO 80166

ARLANDIS MCCLAIN
C/O EISENBERG & ASSOCIATES
ATTN: MICHAEL EISENBERG
3580 WILSHIRE BLVD.
SUITE 1260
LOS ANGELES, CA 90010

ARTHUR HERMAN
FELDSTEIN GRINBERG LANG & MCKEE
428 BOULEVARD OF THE ALLIES
PITTSBURGH, PA 15219

ASHBY & GEDDES, P.A.
ATTN: WILLIAM BOWDEN/RICARDO PALACIO
ATTN: LEIGH-ANNE RAPORT
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899-1150

BALLARD SPAHR LLP
ATTN: BRIAN HUBEN
2029 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CA 90067-2909

BALLARD SPAHR LLP
ATTN: DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CA 90067-2909

BARBARA PALES
C/O NELSON, BESCONTI & MCCLAIN LLC
ATTN: DARREN D. MCCLAIN
1005 N. MARION STREET
TAMPA, FL 33602

BEDFORD PARK PROPERTIES
C/O ROBERTSON LAW GROUP, LLC
ATTN: SEAN ROBERTSON
1000 ESSINGTON ROAD
JOLIET, IL 60435

BIENERT, MILLER & KATZMAN, PLC
ATTN: THOMAS BEINERT, ARIANA HAWBECKER
RE: KENNETH ORD AND CHRISTIAN DIECKMAN
903 CALLE AMANECER, SUITE 350
SAN CLEMENTE, CA 92673

BMC GROUP, INC.
ATTN: T. FEIL
3732 W. 120TH STREET
HAWTHORN, CA 90250

BOVITZ & SPITZER
ATTN: J. SCOTT BOVITZ
1100 WILSHIRE BLVD., SUITE 2403
LOS ANGELES, CA 90017

BROWN RUDNICK LLP
ATTN: BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRUCE E. RENDE, ESQ.
C/O ROBB LEONARD MULVIHILL LLP
BNY MELLON CENTER
500 GRANT STREET, 23RD FLOOR
PITTSBURGH, PA 15219

BUCHALTER NEMER, A PROFESSIONAL CORPORAT
ATTN: SHAWN M. CHRISTIANSON, ESQ
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

BURRELL TOWNSHIP
ROBB LEONARD MULVIHILL
BNY MELLON CENTER
500 GRANT STREET
23RD FLOOR
PITTSBURGH, PA 15219

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA DEPARTMENT OF JUSTICE
ATTN: CRAIG D. RUST, DEPUTY AG
1300 I STREET
SACRAMENTO, CA 95814

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
ATTN: BERNARD A. ESKANDARI
300 S. SPRING ST., STE. 1702
LOS ANGELES, CA 90013

Corinthian Colleges, Inc., et al. - U.S. Mail                                                                                          **Served 2/5/2020**

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
ATTN: NANCY QUACH
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

CANDACE QUESADA
C/O THE HARR LAW FIRM
ATTN: JASON L. HARR
1326 SOUTH RIDGEWOOD AVE., SUITE 12
DAYTONA BEACH, FL 32114

CANDACE WHITE
C/O LAW OFFICE OF MICHAEL J. CURLS
ATTN: MICHAEL CURLS
4340 LEIMERT BLVD.
SUITE 200
LOS ANGELES, CA 90008

CARL MASSOUD
C/O MANCINI & ASSOCIATES, APLC
ATTN: MARCUS A. MANCINI
15303 VENTURA BLVD.
SUITE 600
SHERMAN OAKS, CA 91403

CARMELITA ALEXIS
TAMMY HUSSIN
1100 SUMER ST.
3RD FLOOR
STAMFORD, CT 06905

CARMEN FREEMAN
C/O PONCIO LAW OFFICES, P.C.
ATTN: ADAM PONCIO
5410 FREDERICKSBURG ROAD
SUITE 109
SAN ANTONIO, TX 78229

CARMINE BERMUDEZ
C/O MORGAN & MORGAN
ATTN: JARED MICHAEL LEE
ONE TAMPA CITY CENTER
201 N. FRANKLIN STREET, 7TH FLOOR
TAMPA, FL 33602

CASEY HARWOOD
C/O LAW OFFICES OF CARLIN & BUCHSBAUM LLP
ATTN: ROBERT E. HAAG
555 E. OCEAN BLVD., SUITE 818
LONG BEACH , CA 90802

CBRE INC.
ATTN: PYATT SILVESTRI
701 BRIDGER AVENUE
SUITE 600
LAS VEGAS, NV 89101

CHARLES ALVARADO
FARMER CASE HACK & FEDOR
3900 MEADOWS LANE
SUITE 213
LAS VEGAS, NV 89107

CHARLES E. PELL, ASSISTANT US ATTORNEY
UNITED STATES COURTHOUSE
411 WEST FOURTH STREET
SUITE 8000
SANTA ANA, CA 92701

CHRISTINE WAGNER
C/O THE EMPLOYMENT LAW GROUP
ATTN: DAVID SCHER
888 17TH STREET NW, SUITE 900
WASHINGTON, DC 20006

CLEOPATRA CROWDER
C/O FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
ATTN: ROBERT FOOTE
10 WEST STATE STREET, SUITE 200
GENEVA, IL 60134

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ATTN: MAURA HEALEY, AG
ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG
ONE ASHBURTON PLACE, 18TH FLOOR
BOSTON, MA 02108

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
ATTN: LINDA MITTEN
651 BOAS STREET, ROOM 700
HARRISBURG, PA 17121

CONSUMER FINANCIAL PROTECTION BUREAU
ATTN: CYNTHIA GOOEN LESSER
ASSISTANT DEPUTY ENFORCEMENT DIRECTOR
1700 G STREET, N.W.
WASHINGTON, D.C. 20552

CORINTHIAN COLLEGES, INC.
ATTN: BRENDAN SHEEHEY
6 HUTTON CENTRE DRIVE
SUITE 400
SANTA ANA, CA 92707

CORINTHIAN COLLEGES, INC.
OFFICE OF GENERAL COUNSEL
6 HUTTON CENTRE DRIVE
SUITE 400
SANTA ANA, CA 92707

CROWELL & MORING LLP
ATTN: JANET LEVINE
515 SOUTH FLOWER STREET
40TH FLOOR
LOS ANGELES, CA 90071

CRYSTAL PEREZ
ATTN: ANDREW M. SCHMIDT, ESQ.
300 STATE STREET
SUITE 300
ERIE, PA 16507

CSI LEASING
C/O JENKINS AND KLING
ATTN: CONN QUERTERMOUS DAVIS
150 NORTH MERAMEC
SUITE 400
CLAYTON, MO 63105

CUNTHIA FOLDY
C/O THE HARR LAW FIRM
ATTN: JASON L. HARR
1326 SOUTH RIDGEWOOD AVE., SUITE 12
DAYTONA BEACH, FL 32114

DANIEL ALONSO
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

DANIEL LALOWSKI
TIM HUIZENGA, SUPERVISORY ATTORNEY
C/O LAF
120 SOUTH LASALLE ST., SUITE 900
CHICAGO, IL 60603

DARREN J. GOLD
515 OCCIDENTAL AVE.
SAN MATEO, CA 94402

DAVID JOSEPH FORSYTHE
400 W. ORANGETHORPE AVENUE
UNIT 218D
FULLERTON, CA 92832

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DEMETRIUS C. NICKENS
KEEGAN LAW FIRM, LLC
1418 DRESDEN DR.
SUITE#240
ATLANTA, GA 30319

DENISE GRECCO
HOMER BONNER JACOBS
1200 FOUR SEASON TOWER
1441 BRICKELL AVENUE
MIAMI, FL 33131

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DEVELOPMENT RESOURCES, INC.
ATTN: JOHN GIANNOPOULOS
333 NORTH DES PLAINES STREET
CHICAGO, IL 60661

DICKSTEIN SHAPIRO LLP
ATTN: MILTON A. MARQUIS
1825 EYE STREET NW
WASHINGTON, DC 20006

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

**Corinthian Colleges, Inc., et al. - U.S. Mail**

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
ONE LOGAN SQUARE, STE. 2000
PHILADELPHIA, PA 19103-6996

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

DUMAS & KIM, APC
ATTN: CHRISTIAN T. KIM
3435 WILSHIRE BLVD., SUITE 990
LOS ANGELES, CA 90010

ELANOR BAILEY
C/O LAW OFFICES OF CARLIN & BUCHSBAUM LLP
ATTN: ROBERT E. HAAG
555 E. OCEAN BLVD., SUITE 818
LONG BEACH , CA 90802

EMILY NEHRING
LAW OFFICE OF KELLY Y. CHEN
1811 S. DEL MAR
SECOND FLOOR
SAN GABRIEL, CA 91176

EN POINTE TECHNOLOGIES SALES INC
JACOB J. STETTIN
P.O. BOX 480432
LOS ANGELES, CA 90048

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1600 NORTHEAST MIAMI GARDENS DRIVE
NORTH MIAMI BEACH, FL 33179

ESTATE OF PATRICIA MONTANO-CORRIPIO
DECEASED
LAW OFFICE OF KATHERINE M. BARKER
823 SOUTH LAS VEGAS BOULEVARD
SUITE 300
LAS VEGAS, NV 89101

FAIRFIELD AND WOODS, P.C.
ATTN: CAROLINE C. FULLER
1801 CALIFORNIA STREET, SUITE 2600
DENVER, CO 80202

FIRST FINANCIAL CORPORATE LEASING, LLC
C/O LAW OFFICES OF CHRISTOPHER G PARSONS
ATTN: CHRISTOPHER G. PARSONS
34437A VIA VERDE
CAPISTRANO BEACH, CA 92624

FIRST NATIONAL CAPITAL
C/O CARLSON & NICHOLAS LLP
301 E. COLORADO BLVD.
SUITE 320
PASADENA, CA 91101

FRANCIS A. BOTTINI, JR.
CHAPIN FITZGERALD & BOTTINI LLP
550 WEST C STREET
SUITE 2000
SAN DIEGO, CA 92101

FRANKGECKER LLP
ATTN: JOSEPH FRANK
325 NORTH LASALLE STREET
SUITE 625
CHICAGO, IL 60654

GARRY ROY
CHARLES H. BROWER
900 FORT STREET
SUITE 1210
HONOLULU, HI 96813

GARY MCMILLON
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

GE INFORMATION TECHNOLOGY SOLUTIONS
F/D/B/A IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON, GA 31208-3708

GENESIS LENDING SERVICES
C/O SESSIONS FISHMAN NATHAN & ISRAEL LLC
ATTN: DAYLE VAN HOOSE
3350 BUSCHWOOD PARK DRIVE
SUITE 195
TAMPA, FL 33618

GEORGE ZAMBRANO
C/O THE HARR LAW FIRM
ATTN: JASON L. HARR
1326 SOUTH RIDGEWOOD AVE., SUITE 12
DAYTONA BEACH, FL 32114

GIBBONS P.C.
ATTN: HOWARD A. COHEN
300 DELAWARE AVENUE, SUITE 1015
WILMINGTON, DE 19801-1671

GIBSON, DUNN & CRUTCHER LLP
ATTN: NICOLA T. HANNA
3161 MICHELSON DRIVE
IRVINE, CA 92612

GLENN SCHLACTUS
C/O RELMAN, DANE & KOLFAX
1225 19TH STREET, N.W., SUITE 600
WASHINGTON, DC 20036

GUARDSMARK
C/O BROWNSTEIN WYATT FARBER SCHRECK LLP
ATTN: JONATHAN C. SANDLER
2049 CENTURY PARK EAST
SUITE 3550
LOS ANGELES, CA 90067

GWENDOLYN
C/O LAW OFFICES OF CARLIN & BUCHSBAUM LLP
ATTN: ROBERT E. HAAG
555 E. OCEAN BLVD., SUITE 818
LONG BEACH , CA 90802

HARRISON EICHENBERG & MURPHY LLP
155 E. WILBUR ROAD
SUITE 200
THOUSAND OAKS, CA 91360

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

HENRY ANTONIO
ALEJANDRO GONZALEZ
800 BELL STREET
SUITE 1533J
HOUSTON, TX 77002

HIGHER ED GROWTH
C/O LAW OFFICE OF DIMITRI P. GROSS
ATTN: DIMITRI P. GROSS
19200 VON KARMAN AVENUE
SUITE 900
IRVINE, CA 92612

HUESTON HENNIGAN LLP
ATTN: JOHN HUESTON
620 NEWPORT CENTER DRIVE
SUITE 1300
NEWPORT BEACH, CA 92660

HUESTON HENNIGAN LLP
ATTN: JOHN HUESTON, LEANNE VANECEK
RE: ROBERT BOSIC
523 WEST 6TH STREET, SUITE 400
LOS ANGELES, CA 90014

INNER GREEN TROPICAL PLANT SERVICE
7861 CELESTE AVE.
FONTANA, CA 92336

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
ATTN: JOSEPH CORRIGAN
ONE FEDERAL STREET
BOSTON, MA 02110

Corinthian Colleges, Inc., et al. - U.S. Mail

JAMES D. KOLE
CHIEF CONSUMER FRAUD BUREAU
100 WEST RANDOLPH STREET, 12TH FLOOR
CHICAGO, IL 60601

JAMES THOMAS
FELDSTEIN GRINBERG LANG & MCKEE
428 BOULEVARD OF THE ALLIES
PITTSBURGH, PA 15219

JANE DOE PHIPPS
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

JANET O'CONNELL
C/O HEYRICH KALISH MCUIGAN PLLC
ATTN: MARGARET PAK ENSLOW
600 STEWART
SUITE 901
SEATTLE, WA 98101

JASON PLEGGENKUHLE
ASST. ATTORNEY GENERAL
445 MINNESOTA STREET, SUITE 1100
ST. PAUL, MN 55101

JAY TREZEVANT
ASSISTANT US ATTORNEY
U.S. ATTORNEY'S OFFICE
400 N. TAMPA STREET, SUITE 3200
TAMPA, FL 33602

JEFFER MANGELS BUTLER & MITCHELL LLP
ATTN: BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

JENNIFER BROWN
C/O STEPTER LAW OFFICE
ATTN: RAYL L. STEPTER
200 EAST CAMPUS VIEW BLVD.
SUITE 200
COLUMBUS, OH 43235

JENNIFER HAGLE C/O SIDLEY AUSTIN LLP
555 WEST FIFTH STREET #4000
LOS ANGELES, CA 90013

JENNIFER JAMES
C/O KROHN & MOSS LTD.
ATTN: SHIREEN HORMOZDI
10474 SANTA MONICA BLVD.
SUITE 405
LOS ANGELES, CA 90025

JENNY O'NEAL
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

JENNY PRADO
HOMER BONNER JACOBS
1200 FOUR SEASON TOWER
1441 BRICKELL AVENUE
MIAMI, FL 33131

JERMAINE MYERS
C/O ANDREWS & STEMBRIDGE LLC
ATTN: JOHN T. STEMBRIDGE
2951 PIEDMONT ROAD, SUITE 300
ATLANTA , GA 30305

JESSICA JOSEPH
C/O THE LEGAL SVCS CENTER OF
HARVARD LAW SCHOOL
ATTN: TOBY MERRILL
122 BOYLSTON STREET
JAMAICA PLAIN, MA 02130

JIMMY ELIAS KARAM
C/O LABATON SUCHAROW LLP
ATTN: GREGORY S. ASCIOLLA
140 BROADWAY
NEW YORK, NY 10005

JOEY PINDER
C/O LEMBERG & ASSOCIATES LLC
ATTN: SEIGEI LEMBERG
1100 SUMER ST.
STAMFORD, CT 06909

JOHN GLADNEY
C/O HEYRICH KALISH MCUIGAN PLLC
ATTN: MARGARET PAK ENSLOW
600 STEWART
SUITE 901
SEATTLE, WA 98101

JOHN HAMMOND
C/O LAW OFFICE OF JEFFREY C. MCINTYRE
ATTN: JEFFREY C. MCINTYRE
22440 CLARENDON STREET
SUITE 200
WOODLAND HILLS, CA 91376

JONES LANG LASALLE MIDWEST LLC
OSHANA LAW
20 NORTH CLARK STREET
SUITE 3100
CHICAGO, IL 60602

JOSHUA H. VANVALKENBURG
ATTN: ANDREW M. SCHMIDT, ESQ.
300 STATE STREET
SUITE 300
ERIE, PA 16507

K&L GATES LLP
ATTN: THOMAS F. HOLT, JR.
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111

KAREN L. PHU
C/O PREG O'DONNELL & GILLETT PLLC
901 5FH AVENUE, SUITE 3400
SEATTLE, WA 98164

KEITH M. COCHRAN
CHAPIN FITZGERALD & BOTTINI LLP
550 WEST C STREET
SUITE 2000
SAN DIEGO, CA 92101

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

KELLY BLACK
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

KENNETH FOLDY
C/O THE HARR LAW FIRM
ATTN: JASON L. HARR
1326 SOUTH RIDGEWOOD AVE., SUITE 12
DAYTONA BEACH, FL 32114

KENYATTA MCAFEE
C/O ROSS LAW GROUP
ATTN: JONATHAN SANDSTROM HILL
1104 SAN ANTONIO STREET
AUSTIN, TX 78701

KEVIN A. MAXIM
C/OTHE MAXIM LAW FIRM, P.C.
1718 PEACHTREE ST. N.W., SUITE 599
ATLANTA , GA 30309

KIRKLAND & ELLIS LLP
ATTN: MARK HOLSCHER
RE: STAN MORTENSEN
333 SOUTH HOPE STREET
LOS ANGELES, CA 90071

KLEIN LLC
ATTN: JULIA KLEIN
919 N. MARKET STREET, SUITE 600
WILMINGTON, DE 19801

KREIS, ENDERLE, HUDGINS & BORSOS, PC
ATTN: THOMAS G. KING
PO BOX 4010
KALAMAZOO, MI 49003-4010

KRISHAWNA CARRAZA
C/O LAW OFFICES OF CARLIN & BUCHSBAUM LLP
ATTN: ROBERT E. HAAG
555 E. OCEAN BLVD., SUITE 818
LONG BEACH , CA 90802

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

**Corinthian Colleges, Inc., et al. - U.S. Mail**

LANI TOWNSEND
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

LASHAWN HINES
7904 E. LAFAYETTE
DETROIT, MI 48214

LAW OFFICES OF SCOTT D. LEVY
1010 LAMAR STREET
HOUSTON, TX 77002

LINDSEY RYAN
C/O ANTONELLI LAW LTD.
ATTN: MELISSA BRABENDER
100 N. LASALLE
SUITE 2400
CHICAGO, IL 60602

LISA HOLLAND
C/O HEYRICH KALISH MCUIGAN PLLC
ATTN: MARGARET PAK ENSLOW
600 STEWART
SUITE 901
SEATTLE, WA 98101

LOUIS MOBLEY
KANNER & PINTALUGA
101 PUGLIESE'S WAY
1ST FLOOR
DELRAY BEACH, FL 33444

MARK REYNOLDS
FELDSTEIN GRINBERG LANG & MCKEE
428 BOULEVARD OF THE ALLIES
PITTSBURGH, PA 15219

MATTHEW A. RABIN, ESQ.
C/O DOUBERLEY, MCGUINNES & CICERO
1000 SAWGRASS CORP PKWY, SUITE 590
SUNRISE, FL 33323

MEGANN KNICKERBOCKER
C/O HEYRICH KALISH MCUIGAN PLLC
ATTN: MARGARET PAK ENSLOW
600 STEWART
SUITE 901
SEATTLE, WA 98101

MIA CANADA
C/O ANDREWS & STEMBRIDGE LLC
ATTN: JOHN T. STEMBRIDGE
2951 PIEDMONT ROAD, SUITE 300
ATLANTA , GA 30305

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

LARA SUTHERLINE, ASST. ATTORNEY GENERAL
17 W. MAIN STREET
P.O. BOX 7857
MADISON, WI 53707

LAURA NOLPH
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

LAWANA SHIPLEY
C/O STEPTER LAW OFFICE
ATTN: RAYL L. STEPTER
5650 BLAZER PKWY
DUBLIN, OH 43017-3562

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET
711 NAVARRO STREET, STE 300
SAN ANTONIO, TX 78205

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801

LOYD SMITH C/O MURANE & BOSTWICK, LLC
508 WEST 27TH STREET
CHEYENNE, WY 82001

MARTIN F. EHRENBERG
REASH LAW OFFICES, LLC
1170 OLD HENDERSON ROAD
SUITE 118
COLUMBUS, OH 43220

MATTHEW MCLAUGHLIN
C/O MCLAUGHLIN & LORING
3630 PEACHTREE ROAD, SUITE 1525
ATLANTA , GA 30326

MELODY PATTON
C/O LEMBERG & ASSOCIATES LLC
ATTN: SEIGEI LEMBERG
1100 SUMER ST.
STAMFORD, CT 06906

MICHAEL AUGUSTUS
HOMER BONNER JACOBS
1200 FOUR SEASON TOWER
1441 BRICKELL AVENUE
MIAMI, FL 33131

MNA PROPERTIES, LLC
C/O LAW OFFICES OF ESTHER B. NICKAS
ATTN: CRAIG MONTZ
800 DOUGLAS ROAD
SUITE 750, NORTH TOWER
CORAL GABLES, FL 33134

LASALLE SYSTEMS LEASING, INC.
C/O ASKOUNIS & DARCY PC
ATTN: DEBRA DEVASSY BABU
444 NORTH MICHIGAN AVE.
SUITE 3270
CHICAGO, IL 60611

LAW OFFICE OF DONALD W. SIEVEKE
ATTN: DONALD W. SIEVEKE
1113 N. SPURGEON STREET
SANTA ANA, CA 92701

LESLIE KLEVAY
REASH LAW OFFICES, LLC
1170 OLD HENDERSON ROAD
SUITE 118
COLUMBUS, OH 43220

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

LOUIS MOBLEY
C/O LAW OFFICES OF ESTHER B. NICKAS
ATTN: CRAIG MONTZ
800 DOUGLAS ROAD
SUITE 750, NORTH TOWER
CORAL GABLES, FL 33134

MAINTENANCE & SUPPLIES UNLIMITED
AKA JB MAINTENANCE AND SUPPLY
C/O ROBINSON & ROBINSON LLP
ATTN: GREGORY E. ROBINSON
2301 DUPONT DRIVE, SUITE 530
IRVINE , CA 92612

MARY TROTTER CAMPBELL
C/O MORGAN & MORGAN PA
ATTN: MICHAEL J. VITORIA
ONE TAMPA CITY CENTER
201 N. FRANKLIN STREET, 7TH FLOOR
TAMPA, FL 33602

MEGAN WHELPLEY
C/O ANDREWS & STEMBRIDGE LLC
ATTN: JOHN T. STEMBRIDGE
2951 PIEDMONT ROAD, SUITE 300
ATLANTA , GA 30305

MEREDITH EVANS
C/O LEMBERG LAW LLC
ATTN: AMY L. CUELLER
1100 SUMMER STREET
3RD FLOOR
STAMFORD, CT 06905

MICHAEL WHITACRE
C/O THE BARTON LAW FIRM
ATTN: JOHN G. BARTON
1463 E. REPUBLICAN ST.
NO. 202
SEATTLE, WA 98112

MORGAN LEWIS & BOCKIUS LLP
ATTN: NICHOLAS M. GESS
2020 K STREET NW
WASHINGTON, DC 20006

Corinthian Colleges, Inc., et al. - U.S. Mail                                                                                                    **Served 2/5/2020**

MORRIS JAMES LLP
ATTN: CARL KUNZ III/JEFFREY WAXMAN
500 DELAWARE AVE, SUITE 1500
PO BOX 2306
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK, NY 10019-9601

MTI PROPERTIES LLC
GINA E. SHARRON
411 BOREL AVENUE
SUITE 510
SAN MATEO, CA 94402

MUNGER TOLLES & OLSON LLP
ATTN: JOHN W. SPIEGEL
355 SOUTH GRAND AVENUE
35TH FLOOR
LOS ANGELES, CA 90071

MUNGER, TOLLES & OLSON LLP
ATTN: BLANCA FROMM YOUNG
560 MISSION STREET
27TH FLOOR
SAN FRANCISCO, CA 94105

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

NYOKA LEE
LAW OFFICES OF SCOTT D. LEVY
1010 LAMAR STREET
HOUSTON, TX 77002

NYS DEPT. OF TAXATION & FINANCE
OFFICE OF COUNSEL
ATTN: ROBERT COOK/AMANDA HILLER
340 EAST MAIN ST.,
ROCHESTER, NY 14604

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OFFICE OF INSPECTOR GENERAL
RODNEY FAIR, SPECIAL AGENT
61 FORSYTHE STREET, SW, SUITE 19T30
ATLANTA, GA 30303

OFFICE OF PRIVATE POSTSECONDARY EDUCATION
OREGON HIGHER EDUCATION COORDINATING COMMI
775 COURT STREET NE
SALEM, OR 97301

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSEPH J. SANDERS
100 W RANDOLPH ST., 12TH FL.
CHICAGO, IL 60601

OFFICE OF THE ATTORNEY GENERAL
BILL SCHUETTE
525 W. OTTAWA ST.
P.O. BOX 30212
LANSING, MI 48909-0212

OFFICE OF THE ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST., SE
PO BOX 40100
OLYMPIA, WA 98504-0100

OFFICE OF THE ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE
1300 I ST.
SACRAMENTO, CA 95814-5901

OFFICE OF THE ATTORNEY GENERAL
CATHERINE CORTEZ
OLD SUPREME CT. BLDG.
100 N. CARSON ST.
CARSON CITY, NV 89701

OFFICE OF THE ATTORNEY GENERAL
CHRIS KOSTER
SUPREME CT. BLDG.
207 W. HIGH ST.
JEFFERSON CITY, MO 65101

OFFICE OF THE ATTORNEY GENERAL
DAVID LOUIE
425 QUEEN ST.
HONOLULU, HI 96813

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS F. GANSLER
200 ST. PAUL PLACE
BALTIMORE, MD 21202-2202

OFFICE OF THE ATTORNEY GENERAL
ELLEN F. ROSENBLUM
JUSTICE BLDG.
1162 COURT ST., NE
SALEM, OR 97301

OFFICE OF THE ATTORNEY GENERAL
ERIC SCHNEIDERMAN
DEPT. OF LAW - THE CAPITOL
2ND FLOOR
ALBANY, NY 12224

OFFICE OF THE ATTORNEY GENERAL
ERIC T. SCHNEIDERMAN, AG
120 BROADWAY, 3RD FLOOR
NEW YORK, NY 10271

OFFICE OF THE ATTORNEY GENERAL
GREG ABBOTT
CAPITOL STATION
P.O. BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE ATTORNEY GENERAL
GREG ZOELLER
INDIANA GOVERNMENT CENTER SOUTH
302 WEST WASHINGTON STREET
5TH FLOOR
INDIANAPOLIS, IN 46204

OFFICE OF THE ATTORNEY GENERAL
IRVIN NATHAN
441 4TH STREET, NW
SUITE 1100S
WASHINGTON, DC 20001

OFFICE OF THE ATTORNEY GENERAL
JIM HOOD
DEPARTMENT OF JUSTICE
P.O. BOX 220
JACKSON, MS 39205

OFFICE OF THE ATTORNEY GENERAL
JOHN JAY HOFFMAN
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET STREET
P.O. BOX 080
TRENTON, NJ 08625

OFFICE OF THE ATTORNEY GENERAL
JOHN SUTHERS
RALPH L. CARR COLORADO JUDICIAL CENTER
1300 BROADWAY
10TH FLOOR
DENVER, CO 80203

OFFICE OF THE ATTORNEY GENERAL
KAMALA HARRIS, AG
1300 I ST., SUITE. 1740
SACRAMENTO, CA 95814

OFFICE OF THE ATTORNEY GENERAL
KAMALA HARRIS, AG
455 GOLDEN GATE AVE., SUITE 11000
SAN FRANCISCO, CA 94102

OFFICE OF THE ATTORNEY GENERAL
KATHLEEN KANE
1600 STRAWBERRY SQUARE
HARRISBURG, PA 17120

Corinthian Colleges, Inc., et al. - U.S. Mail

OFFICE OF THE ATTORNEY GENERAL
LISA MADIGAN
JAMES R. THOMPSON CTR.
100 W. RANDOLPH ST.
CHICAGO, IL 60601

OFFICE OF THE ATTORNEY GENERAL
LISA MADIGAN, AG
100 WEST RANDOLPH STREET, 12TH FLOOR
CHICAGO, IL 60601

OFFICE OF THE ATTORNEY GENERAL
LORI SWANSON
STATE CAPITOL
STE. 102
ST. PAUL, MN 55155

OFFICE OF THE ATTORNEY GENERAL
LORI SWANSON, AG
445 MINNESOTA STREET, SUITE 1100
ST. PAUL, MN 55101

OFFICE OF THE ATTORNEY GENERAL
MARK HERRING
900 EAST MAIN STREET
RICHMOND, VA 23219

OFFICE OF THE ATTORNEY GENERAL
MARTHA COAKLEY, AG
1 ASHBURTON PLACE
BOSTON, MA 02108

OFFICE OF THE ATTORNEY GENERAL
MATTHEW DENN
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON, DE 19801

OFFICE OF THE ATTORNEY GENERAL
MELVIN L. GOLDBERG, AAG
120 BROADWAY, 3RD FLOOR
NEW YORK, NY 10271

OFFICE OF THE ATTORNEY GENERAL
MIKE DEWINE
STATE OFFICE TOWER
30 E BROAD ST.
COLUMBUS, OH 43266-0410

OFFICE OF THE ATTORNEY GENERAL
NICHOLAS G. CAMPINS
DEPUTY GENERAL COUNSEL
455 GOLDEN GATE AVE., SUITE 11000
SAN FRANCISCO, CA 94102

OFFICE OF THE ATTORNEY GENERAL
PAM BONDI
THE CAPITOL
PL 01
TALLAHASSEE, FL 32399-1050

OFFICE OF THE ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL
1900 KANAWHA BLVD., E.
CHARLESTON, WV 25305

OFFICE OF THE ATTORNEY GENERAL
PETER K. MICHAEL
STATE CAPITOL BLDG.
CHEYENNE, WY 82002

OFFICE OF THE ATTORNEY GENERAL
PETER LEIGHT, AAG
1 ASHBURTON PLACE
BOSTON, MA 02108

OFFICE OF THE ATTORNEY GENERAL
RENÉ D. HARROD, AAG
110 S.E. 6TH STREET #10
FT. LAUDERDALE, FL 33301

OFFICE OF THE ATTORNEY GENERAL
SAM OLENS
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334-1300

OFFICE OF THE ATTORNEY GENERAL
SEAN REYES
STATE CAPITOL
RM. 236
SALT LAKE CITY, UT 84114-0810

OFFICE OF THE ATTORNEY GENERAL
THERESA EDWARDS, AAG
110 S.E. 6TH STREET #10
FT. LAUDERDALE, FL 33301

OFFICE OF THE ATTORNEY GENERAL
TOM HORNE
1275 W. WASHINGTON ST.
PHOENIX, AZ 85007

OFFICE OF THE U.S. ATTORNEY
ATTN: CHARLES M. OBERLY, III
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE 19801

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
ATTN: JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
ATTN: FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
ATTN: KELLY T. CURRIE
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ATTN: PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

O'MELVENY & MYERS LLP
ATTN: DANIEL BOOKIN
TWO EMBARCADERO CENTER
28TH FLOOR
SAN FRANCISCO, CA 94111

OMNI LIMO, INC.
FARMER CASE HACK & FEDOR
3900 MEADOWS LANE
SUITE 213
LAS VEGAS, NV 89107

ONESOURCE PRINT SOLUTIONS
C/O SLATER HERSEY & LIEBERMAN LLPA
ATTN: MICHAEL A. WALLIN
28301 VON KARMAN AVE.
SUITE 1060
IRVINE, CA 92612

OREGON DEPARTMENT OF JUSTICE
ATTN: CAROLYN G. WADE
1162 COURT STREET NE
SALEM, OR 97301-4096

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: THOMAS S. MCCONVILLE
2050 MAIN STREET
SUITE 1100
IRVINE, CA 92614

OSCAR TUCKER
C/O THE HARR LAW FIRM
ATTN: JASON L. HARR
1326 SOUTH RIDGEWOOD AVE., SUITE 12
DAYTONA BEACH, FL 32114

OTILLA MANZO
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

OUTTEN & GOLDEN LLP
ATTN: JACK RAISNER/RENÉ ROUPINIAN
685 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017

**Corinthian Colleges, Inc., et al. - U.S. Mail**                                        Served 2/5/2020

P&D VENTURES AKA JANPRO CLEANING SYSTEMS
SHEROL ZUNIGA, VP/GENERAL MANAGER
3875 HOPYARD ROAD #194
PLEASANTON, CA 94588

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

PATRICIA TRIPP
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

PAUL DIMEO
FAEGRE BAKER DANIELS LLP
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN: OWEN M. SONIK
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LL
ATTN: ELIZABETH BANDA CALVO
500 E. BORDER STREET, SUITE 640
ARLINGTON, TX 76010

PERFORMANT RECOVERY, INC.
URBAN, THIER, FEDERER & CHINNERY, PA
200 SOUTH ORANGE AVENUE
SUITE 2000
ORLANDO, FL 32801

PHILIP S. FERGUSON
C/O CHRISTENSEN & JENSEN, PC
15 WEST SOUTH TEMPLE, SUITE 800
SALT LAKE CITY, CA 84101

PIRCHER, NICHOLS & MEEKS
ATTN: EUGENE J.M. LEONE
900 N. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60611

POLSINELLI PC
ATTN: CHRISTOPHER WARD/SHANTI KATONA
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

PROSKAUER ROSE LLP
ATTN: RALPH C. FERRARA
RE: OUTSIDE DIRECTORS
1001 PENNSYLVANIA AVENUE, N.W.
SUITE 600
WASHINGTON, DC 2004

REASH LAW OFFICES, LLC
1170 OLD HENDERSON ROAD
SUITE 118
COLUMBUS, OH 43220

REENA HENSHAW
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

RELMAN, DANE & KOLFAX
ATTN: GLENN SCHLACTUS
1225 19TH STREET, N.W.
SUITE 600
WASHINGTON, DC 20036

REMEDY INTELLIGENT STAFFING
C/O KINGSTON MARTINEZ & HOGAN LLP
ATTN: BRUCE W. HOGAN
1300 SANTA BARBARA STREET
SANTA BARBARA, CA 93101

RICHARD FOLEY
C/O THE HARR LAW FIRM
ATTN: JASON L. HARR
1326 SOUTH RIDGEWOOD AVE., SUITE 12
DAYTONA BEACH, FL 32114

RICHARD MALLOW
HOMER BONNER JACOBS
1200 FOUR SEASON TOWER
1441 BRICKELL AVENUE
MIAMI, FL 33131

RITA FALL ROBERTS
REASH LAW OFFICES, LLC
1170 OLD HENDERSON ROAD
SUITE 118
COLUMBUS, OH 43220

ROBAINA & KRESIN
ATTN: THOMAS GRIFFIN
5343 N 16TH ST # 200
PHOENIX, AZ 85016-3231

ROBBINS GELLER RUDMAN & DOWD LLP
ATTN: DARREN ROBBINS
RE: KARAM CASE
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

ROBERT MAKI
500-439 UNIVERSITY AVE.
TORONTO, ON MSG 2H6
CANADA

ROBERT RUST
C/O NORCAL EMPLOYMENT COUNSEL
ATTN: NEVILLE F. FERNANDES
567 SUTTER ST.
SAN FRANCISCO, CA 94102

ROBINS KAPLAN LLP
ATTN: SCOTT GAUTIER
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067

RONALD AUSTIN
C/O THE HARR LAW FIRM
ATTN: JASON L. HARR
1326 SOUTH RIDGEWOOD AVE., SUITE 12
DAYTONA BEACH, FL 32114

RONALD KRAVITSKY
C/O LAUZON & EULER LLP
ATTN: DEBRA LAUZON
2447 PACIFIC COAST HWY
SUITE 100
HERMOSA BEACH, CA 90254

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU, WI 54402-8050

RYAN LAW LLP
ATTN: MICHAEL J. HAYES
22 WEST WASHINGTON
SUITE 1500
CHICAGO, IL 60602

SABRINA DORMAN
C/O MORGAN & MORGAN PA
ATTN: MICHAEL J. VITORIA
ONE TAMPA CITY CENTER
201 N. FRANKLIN STREET, 7TH FLOOR
TAMPA, FL 33602

SALLIE MAE, INC.
GARRISON, YOUNT, FORTE & MULCAHY LLC
601 BAYSHORE BLVD.
SUITE 800
TAMPA, FL 33606

SAMMI YOUNG
C/O LEMBERG & ASSOCIATES LLC
ATTN: SEIGEI LEMBERG
1100 SUMER ST.
STAMFORD, CT 06908

SARAI BROWN C/O MURCHISON & CUMMING LLP
6900 WESTCLIFF DRIVE
SUITE 605
LAS VEGAS, NV 89145

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW
230 PARK AVENUE, SUITE 1130
NEW YORK, NY 10169

**Corinthian Colleges, Inc., et al. - U.S. Mail**                                                      Served 2/5/2020

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHALENA WILLIAMS
C/O LAW OFFICE OF JEFFREY ANTONELLI LTD.
ATTN: JEFFREY ANTONELLI
30 NORTH LA SALLE STREET
SUITE 3400
CHICAGO, IL 60602

SHAWN RAITER C/O LARSON KING LLP
2800 WELLS FARGO PLACE
30 EAST SEVENTH STREET
ST. PAUL, MN 55101

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: CARREN B. SHULMAN, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

SHERI J. GRAY C/O BRAGG & KULUVA
EMBARCADERO CENTER WEST
275 BATTERY STREET
SUITE 1100
SAN FRANCISCO, CA 94111

SHERYL SILVER
C/O BARNES CROSBY FITZGERALD & ZEMAN LLP
ATTN: WILLIAM CROSBY
18101 VON KARMAN AVENUE
SUITE 120
IRVINE, CA 92612

SIDLEY AUSTIN LLP
ATTN: JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

SILVIA COHOON
C/O LEMBERG & ASSOCIATES LLC
ATTN: SEIGEI LEMBERG
1100 SUMER ST.
STAMFORD, CT 06905

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: FELICIA GERBER PERLMAN
155 N. WACKER DRIVE
CHICAGO, IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ATTN: BILL SCHUETTE/HEATHER DONALD
CADILLAC PLACE, SUITE 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

STEFANI PELOSI
C/O LAW OFFICES OF CARLIN & BUCHSBAUM LLP
ATTN: ROBERT E. HAAG
555 E. OCEAN BLVD., SUITE 818
LONG BEACH , CA 90802

STEPHANIE TONGE
MIGUEL BOUZAS
2154 DUCK SLOUGH BLVD.
SUITE 101
TRINITY , FL 34655

STUDENTSCOUT
C/O JONES DAY
ATTN: MELISSA HIRST
77 WEST WACKER DRIVE, 35TH FLOOR
CHICAGO, IL 60601

SUSAN CARROLL
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

TALALA MSHUJA
LAW OFFICES OF SCOTT D. LEVY
1010 LAMAR STREET
HOUSTON, TX 77002

TANYA ODOM
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

TERREN BECKER
C/O CE SMITH LAW FIRM
ATTN: CLIFTON E. SMITH
1117 VILLAGE DRIVE
OCEANSIDE, CA 92057

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT
ATTN: KAREN AXSOM, DIRECTOR
800 W. WASHINGTON ST
PHOENIX, AZ 85007

THOMAS J. HAYES C/O THOMPSON COBURN LLP
55 EAST MONROE STREET
37TH FLOOR
CHICAGO, IL 60603

THOMAS J. MILLER
HOOVER BUILDING
1305 E. WALNUT STREET
DES MOINES , IA 50319

TIFFANY STRAND
C/O LEMBERG & ASSOCIATES LLC
ATTN: SEIGEI LEMBERG
1100 SUMER ST.
STAMFORD, CT 06909

TIM ALLEN
C/O PAYNE & FEARS LLP
ATTN: JEFFREY K. BROWN
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207

TODERA GRACE
C/O LEMBERG & ASSOCIATES LLC
ATTN: SEIGEI LEMBERG
1100 SUMER ST.
STAMFORD, CT 06907

TRACY ABERNATHY
C/O STEPTER LAW OFFICE
ATTN: RAYL L. STEPTER
200 EAST CAMPUS VIEW BLVD.
SUITE 200
COLUMBUS, OH 43235

TRAVIS COUNTY
ATTN: KAY D. BROCK
P.O. BOX 1748
AUSTIN, TX 78767

TREASURER - TAX COLLECTOR
DAN MCALLISTER
ATTN: BANKRUPTCY DESK
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101

**Corinthian Colleges, Inc., et al. - U.S. Mail**                                                                                      Served 2/5/2020

TRUNG C. TRAN
MICHAEL LEE GILMORE
12395 LEWIS STREET
GARDEN GROVE, CA 92840

TX COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: COURTNEY J. HULL
ATTN: JOHN MARK STERN, AAG
BANKRUPTCY & COLLECTIONS DIVISION, MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN: LLOYD RANDOLPH/DANIELLE PHAM
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
MICHAEL R. SEW HOY
1100 L STREET, N.W., ROOM 10048
WASHINGTON, D.C. 20005

UNITED CALIFORNIA ACCESS & SECURITY
HAROLD TICKTON
745 CESAR CHAVEZ
SAN FRANCISCO, CA 94124

UNITED STATES DEPARTMENT OF EDUCATION
FEDERAL STUDENT AID/PC/SEC
830 FIRST STREET, NE
ROOM 84F2
WASHINGTON, DC 20002

UNITED STATES DEPARTMENT OF LABOR
ATTN: THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON, DC 20210

US DEPARTMENT OF JUSTICE, CIVIL DIVISION
ATTN: CLARE WUERKER, ESQ
950 PENNSYLVANIA AVENUE, NW
WASHINGTON , DC 20530

US DEPARTMENT OF JUSTICE, CIVIL DIVISION
ATTN: JAY D. MAJORS, ESQ.
950 PENNSYLVANIA AVENUE, NW
WASHINGTON , DC 20530

US SECURITIES AND EXCHANGE COMMISSION
ROBERT C. HANNAN
SR. INVESTIGATIONS COUNSEL
BURNETT PLAZA, SUITE 1900
801 CHERRY STREET, UNIT #18
FORT WORTH, TX 76102

VERONICA BARBA
FRANK P. SARRO
2121 N. CALIFORNIA BLVD. #290
WALNUT CREEK, CA 94596

W. INDUSTRIES
JASON WARD
5315 B FM 1960 W
SUITE 280
HOUSTON , TX 77069

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

WHITEY'S PEETZA & EATERY
368 1ST ST.
P.O. BOX 165
CORAL, PA 15731

WILLIAM BAY C/O THOMPSON COBURN LLP
ONE US BANK PLAZA
ST. LOUIS, MO 63101

WILLIAM RANSEL
C/O LAW OFFICES OF MARC E. GROSSMAN
ATTN: MARC E. GROSSMAN
100 N. EUCLID AVE.
2ND FLOOR
UPLAND, CA 91786

WILLY CELESTIN
C/O MORGAN & MORGAN PA
ATTN: MICHAEL J. VITORIA
ONE TAMPA CITY CENTER
201 N. FRANKLIN STREET, 7TH FLOOR
TAMPA, FL 33602

WINTHROP RESOURCES CORP
WINTHROP WEINSTINE
CAPELLA TOWER, SUITE 3500
225 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
ATTN: F. MARK BROMLEY, AAG
POST OFFICE BOX 7857
MADISON, WI 53707-7857

YANIV ADAR
C/O HOMER BONNER JACOBS
1200 FOUR SEASONS TOWER
1441 BRICKELL AVENUE
MIAMI, FL 33131

YESSYKA SANTANA, SPECIAL AGENT IN CHARGE
61 FORSYTHE STREET, SW
SUITE 19T30
ATLANTA, GA 30303

Parties Served: 319