# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § § § § § § § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., | Case No. 15-10952 (JTD) |
| Debtor. | Re: Docket No. 1710 |

---

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

**Date & Time**

April 7, 2020 at 2:00 p.m. (ET)

**Location**

U.S. Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor, Courtroom 5
Wilmington, Delaware 19801

**Dated: March 5th, 2020**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

RLF1 23036532v.1