# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] § | |
| § | Case No. 15-10952 (JTD) |
| § | |
| Debtor. § | **Obj. Deadline: March 20, 2020 at 4:00 p.m. (ET)** |
| § | **Hearing Date: April 7, 2020 at 2:00 p.m. (ET)** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on March 6, 2020, Craig R. Jalbert, the distribution trustee (the "**Trustee**") for the Corinthian Distribution Trust (the "**Distribution Trust**") filed the *Distribution Trustee's Ninth Motion for an Order Extending the Claims Objection Deadline through September 8, 2020* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 20, 2020 at 4:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion, if required, will be held before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **April 7, 2020 at 2:00 p.m. (prevailing Eastern Time).**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THEN THE BANKRUPTCY COURT MAY GRANT

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

RLF1 23040448v.1

THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: March 6, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ J. Zachary Noble*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>J. Zachary Noble (No. 6689)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>         merchant@rlf.com<br>         steele@rlf.com<br>         maddox@rlf.com<br>         noble@rlf.com<br><br>Counsel for the Distribution Trustee |