## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | Case No. 15-10952 (JTD) |
| Debtor | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on March 6, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Distribution Trustee's Ninth Motion for an Order Extending the Claims Objection Deadline through September 8, 2020 [Docket No. 1712]**

Pursuant to Local Rule 5005-4(c)(ii) of the United States Bankruptcy Court – District of Delaware, notice of this filing will be sent to the following parties attached hereto as **Exhibit C** through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Dated: March 13, 2020

Colin Linebaugh
Omni Management Group
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 13th day of March, 2020, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: Corinthian Colleges, Inc. (7312). Pursuant to an order of the Court dated March 30, 2016 [D.I. 1181] Corinthian Colleges Inc.'s affiliated debtors' cases were closed.

# EXHIBIT A

AMERICAN EXPRESS TRAVEL RELATED SERVICES
NOTICES@BECKET-LEE.COM

ARAPAHOE COUNTY TREASURER
BENJAMIN SWARTZENDRUBER
BSWARTZENDRUBER@ARAPAHOEGOV.COM

ARAPAHOE COUNTY TREASURER
WENDY ROSSMAN
WROSSMAN@ARAPAHOEGOV.COM

ASHBY & GEDDES, P.A.
LEIGH-ANNE RAPORT
LRAPORT@ASHBY-GEDDES.COM

ASHBY & GEDDES, P.A.
RICARDO PALACIO
RPALACIO@ASHBY-GEDDES.COM

ASHBY & GEDDES, P.A.
WILLIAM BOWDEN
WBOWDEN@ASHBY-GEDDES.COM

BALLARD SPAHR LLP
BRIAN HUBEN
HUBENB@BALLARDSPAHR.COM

BALLARD SPAHR LLP
DUSTIN BRANCH
BRANCHD@BALLARDSPAHR.COM

BMC GROUP, INC.
T. FEIL
TFEIL@BMCGROUP.COM

BOVITZ & SPITZER
J. SCOTT BOVITZ
BOVITZ@BOVITZ-SPITZER.COM

BROWN RUDNICK LLP
BENNETT SILVERBERG
BSILVERBERG@BROWNRUDNICK.COM

BUCHALTER NEMER, A PROFESSIONAL CORPORATIO
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CALIFORNIA DEPARTMENT OF JUSTICE
BERNARD A. ESKANDARI
BERNARD.ESKANDARI@DOJ.CA.GOV

CALIFORNIA DEPARTMENT OF JUSTICE
CRAIG D. RUST
CRAIG.RUST@DOJ.CA.GOV

CALIFORNIA DEPARTMENT OF JUSTICE
NANCY QUACH
NANCY.QUACH@DOJ.CA.GOV

COMMONWEALTH OF MASSACHUSETTS
GLENN KAPLAN
GLENN.KAPLAN@STATE.MA.US

COMMONWEALTH OF MASSACHUSETTS
PETER LEIGHT
PETER.LEIGHT@STATE.MA.US

COMMONWEALTH OF PENNSYLVANIA
LINDA MITTEN
RA-LI-UCTS-BANKRUPT@STATE.PA.US

CONSUMER FINANCIAL PROTECTION BUREAU
CYNTHIA GOOEN LESSER
CYNTHIA.LESSER@CFPB.GOV

DEVELOPMENT RESOURCES, INC.
JOHN GIANNOPOULOS
JOHNG@DEVRESINC.COM

DRINKER BIDDLE & REATH LLP
H. JOHN MICHEL, JR.
JOHN.MICHEL@DBR.COM

DRINKER BIDDLE & REATH LLP
MICHAEL P. POMPEO
MICHAEL.POMPEO@DBR.COM

DUMAS & KIM, APC
CHRISTIAN KIM
CKIM@DUMAS-LAW.COM

FAIRFIELD AND WOODS, P.C.
CAROLINE C. FULLER
CFULLER@FWLAW.COM

FRANKGECKER LLP
JOSEPH FRANK
JFRANK@FGLLP.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

HAWAII STATE DEPARTMENT OF EDUCATION
DOE_INFO@HAWAIIDOE.ORG

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
JOSEPH CORRIGAN
BANKRUPTCY2@IRONMOUNTAIN.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
BARRY FREEMAN
BFREEMAN@JMBM.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
DAVID POITRAS
DPOITRAS@JMBM.COM

KELLEY DRYE & WARREN LLP
BANKRUPTCY DEPARTMENT
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COI

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
RLEHANE@KELLEYDRYE.COM

KLEIN LLC
JULIA B. KLEIN
KLEIN@KLEINLLC.COM

KREIS, ENDERLE, HUDGINS & BORSOS, PC
THOMAS G. KING
TKING@KREISENDERLE.COM

LAW OFFICE OF DONALD W. SIEVEKE
DONALD W. SIEVEKE
DWS4LAW@PACBELL.NET

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DAVID G. AELVOET
SANANTONIO.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ELIZABETH WELLER
DALLAS.BANKRUPTCY@PUBLICANS.COM

LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
LOIZIDES@LOIZIDES.COM

MORRIS JAMES LLP
CARL N. KUNZ III
CKUNZ@MORRISJAMES.COM

MORRIS JAMES LLP
JEFFREY R. WAXMAN
JWAXMAN@MORRISJAMES.COM

MORRISON & FOERSTER LLP
ERICA RICHARDS
ERICHARDS@MOFO.COM

MORRISON & FOERSTER LLP
LORENZO MARINUZZI
LMARINUZZI@MOFO.COM

NYS DEPT. OF TAXATION & FINANCE
ROBERT COOK
ROBERT.COOK@TAX.NY.GOV

OFFICE OF THE ATTORNEY GENERAL
JOSEPH J. SANDERS
JSANDERS@ATG.STATE.IL.US

OFFICE OF THE UNITED STATES TRUSTEE
RICHARD SCHEPACARTER
RICHARD.SCHEPACARTER@USDOJ.GOV

Corinthian Colleges, Inc., et al. -  Service List to e-mail Recipients                                              Served 3/6/2020

OFFICE OF THE UNITED STATES TRUSTEE
TIMOTHY FOX
TIMOTHY.FOX@USDOJ.GOV

OREGON DEPARTMENT OF JUSTICE
CAROLYN G. WADE
CAROLYN.G.WADE@DOJ.STATE.OR.US

OUTTEN & GOLDEN LLP
JACK RAISNER
JAR@OUTTENGOLDEN.COM

OUTTEN & GOLDEN LLP
RENÉ ROUPINIAN
RSR@OUTTENGOLDEN.COM

PALM SPRINGS MILE ASSOCIATES, LTD
PHILLIP J. EISENBERG
PEISENBERG@PIHC.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.I
OWEN M. SONIK
OSONIK@PBFCM.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ELIZABETH BANDA CALVO
EBCALVO@PBFCM.COM

PIRCHER, NICHOLS & MEEKS
EUGENE J.M. LEONE
ELEONE@PIRCHER.COM

POLSINELLI PC
CHRISTOPHER WARD
CWARD@POLSINELLI.COM

POLSINELLI PC
SHANTI KATONA
SKATONA@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
ETTA MAYERS
EMAYERS@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY RYAN
JRYAN@POTTERANDERSON.COM

RICHARDS, LAYTON & FINGER, PA
AMANDA STEELE
STEELE@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MARISA TERRANOVA FISSEL
TERRANOVAFISSEL@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MICHAEL MERCHANT
MERCHANT@RLF.COM

ROBINS KAPLAN LLP
SCOTT F. GAUTIER
SGAUTIER@ROBINSKAPLAN.COM

SATTERLEE STEPHENS BURKE & BURKE LLP
ABIGAIL SNOW
ASNOW@SSBB.COM

SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE
CBELMONTE@SSBB.COM

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
NY-DOCKETING@SHEPPARDMULLIN.COM

SIDLEY AUSTIN LLP
ANNA GUMPORT
AGUMPORT@SIDLEY.COM

SIDLEY AUSTIN LLP
JENNIFER HAGLE
JHAGLE@SIDLEY.COM

SIMON PROPERTY GROUP, INC.
RONALD M. TUCKER
RTUCKER@SIMON.COM

STATE OF MICHIGAN
HEATHER DONALD
DONALDH@MICHIGAN.GOV

SYNCHRONY BANK
RAMESH SINGH
CLAIMS@RECOVERYCORP.COM

THE ROSNER LAW GROUP
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TN DEPT OF REVENUE
AGBANKDELAWARE@AG.TN.GOV

TRAVIS COUNTY
KAY D. BROCK
KAY.BROCK@CO.TRAVIS.TX.US

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEY J. HULL
COURTNEY.HULL@TEXASATTORNEYGENERAL.GOV

U.S. DEPARTMENT OF JUSTICE
DANIELLE PHAM
DANIELLE.PHAM@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
JOHN KRESSE
JOHN.KRESSE@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
LLOYD H. RANDOLPH
LLOYD.RANDOLPH@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
MICHAEL R. SEW.HOY
MICHAEL.R.SEW.HOY@USDOJ.GOV

WISCONSIN DEPARTMENT OF JUSTICE
MICHAEL MORRIS
MORRISMD@DOJ.STATE.WI.US

Parties Served:  79

# **EXHIBIT B**

**Corinthian Colleges, Inc., et al. - U.S. Mail**                                                                          Served 3/6/2020

AMERICAN EXPRESS TRAVEL RELATED SERVICES
C/O BECKET AND LEE LLP
ATTN: GILBERT B WEISMAN
POB 3001
MALVERN, PA 19355-0701

ARAPAHOE COUNTY TREASURER
ATTN: BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON, CO 80166

ASHBY & GEDDES, P.A.
ATTN: WILLIAM BOWDEN/RICARDO PALACIO
ATTN: LEIGH-ANNE RAPORT
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899-1150

BALLARD SPAHR LLP
ATTN: BRIAN HUBEN
2029 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CA 90067-2909

BALLARD SPAHR LLP
ATTN: DUSTIN BRANCH
2029 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CA 90067-2909

BMC GROUP, INC.
ATTN: T. FEIL
3732 W. 120TH STREET
HAWTHORN, CA 90250

BOVITZ & SPITZER
ATTN: J. SCOTT BOVITZ
1100 WILSHIRE BLVD., SUITE 2403
LOS ANGELES, CA 90017

BROWN RUDNICK LLP
ATTN: BENNETT SILVERBERG
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BUCHALTER NEMER, A PROFESSIONAL CORPORAT
ATTN: SHAWN M. CHRISTIANSON, ESQ
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA DEPARTMENT OF JUSTICE
ATTN: CRAIG D. RUST, DEPUTY AG
1300 I STREET
SACRAMENTO, CA 95814

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
ATTN: BERNARD A. ESKANDARI
300 S. SPRING ST., STE. 1702
LOS ANGELES, CA 90013

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
ATTN: NANCY QUACH
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ATTN: MAURA HEALEY, AG
ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG
ONE ASHBURTON PLACE, 18TH FLOOR
BOSTON, MA 02108

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
ATTN: LINDA MITTEN
651 BOAS STREET, ROOM 700
HARRISBURG, PA 17121

CONSUMER FINANCIAL PROTECTION BUREAU
ATTN: CYNTHIA GOOEN LESSER
ASSISTANT DEPUTY ENFORCEMENT DIRECTOR
1700 G STREET, N.W.
WASHINGTON, D.C. 20552

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DEVELOPMENT RESOURCES, INC.
ATTN: JOHN GIANNOPOULOS
333 NORTH DES PLAINES STREET
CHICAGO, IL 60661

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
ONE LOGAN SQUARE, STE. 2000
PHILADELPHIA, PA 19103-6996

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

DUMAS & KIM, APC
ATTN: CHRISTIAN T. KIM
3435 WILSHIRE BLVD., SUITE 990
LOS ANGELES, CA 90010

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1 INDEPENDENT DR, STE 114
JACKSONVILLE, FL 32202

FAIRFIELD AND WOODS, P.C.
ATTN: CAROLINE C. FULLER
1801 CALIFORNIA STREET, SUITE 2600
DENVER, CO 80202

FRANKGECKER LLP
ATTN: JOSEPH FRANK
1327 W WASHINGTON BLVD, STE 5 G-H
CHICAGO, IL 60607

GE INFORMATION TECHNOLOGY SOLUTIONS
F/D/B/A IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON, GA 31208-3708

GIBBONS P.C.
ATTN: HOWARD A. COHEN
300 DELAWARE AVENUE, SUITE 1015
WILMINGTON, DE 19801-1671

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**Corinthian Colleges, Inc., et al. - U.S. Mail**

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
ATTN: JOSEPH CORRIGAN
ONE FEDERAL STREET
BOSTON, MA 02110

JEFFER MANGELS BUTLER & MITCHELL LLP
ATTN: BARRY FREEMAN/DAVID POITRAS
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

KLEIN LLC
ATTN: JULIA KLEIN
919 N. MARKET STREET, SUITE 600
WILMINGTON, DE 19801

KREIS, ENDERLE, HUDGINS & BORSOS, PC
ATTN: THOMAS G. KING
PO BOX 4010
KALAMAZOO, MI 49003-4010

LAMPERT 25500 INDUSTRIAL BLVD., LLC
ATTN: ROLAND LAMPERT
P.O. BOX 712711
CINCINNATI, OH 75271-2711

LAW OFFICE OF DONALD W. SIEVEKE
ATTN: DONALD W. SIEVEKE
1113 N. SPURGEON STREET
SANTA ANA, CA 92701

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET
711 NAVARRO STREET, STE 300
SAN ANTONIO, TX 78205

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MORRIS JAMES LLP
ATTN: CARL KUNZ III/JEFFREY WAXMAN
500 DELAWARE AVE, SUITE 1500
PO BOX 2306
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK, NY 10019-9601

NEIL E. ASNEN
KLEIN MOYNIHAN TURCO, LLP
450 SEVENTH AVENUE
40TH FLOOR
NEW YORK, NY. 10123

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

NYS DEPT. OF TAXATION & FINANCE
OFFICE OF COUNSEL
ATTN: ROBERT COOK/AMANDA HILLER
340 EAST MAIN ST.,
ROCHESTER, NY 14604

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR
PHOENIX, AZ 85007

OFFICE OF PRIVATE POSTSECONDARY EDUCATION
OREGON HIGHER EDUCATION COORDINATING COMMI
255 CAPITOL ST. NE FL. 4
SALEM, OR 97310-1300

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSEPH J. SANDERS
100 W RANDOLPH ST., 12TH FL.
CHICAGO, IL 60601

OFFICE OF THE ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE
1300 I ST.
SACRAMENTO, CA 95814-5901

OFFICE OF THE U.S. ATTORNEY
ATTN: CHARLES M. OBERLY, III
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE 19801

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
ATTN: JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
ATTN: FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
ATTN: KELLY T. CURRIE
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ATTN: PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

OREGON DEPARTMENT OF JUSTICE
ATTN: CAROLYN G. WADE
1162 COURT STREET NE
SALEM, OR 97301-4096

OUTTEN & GOLDEN LLP
ATTN: JACK RAISNER/RENÉ ROUPINIAN
685 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN: OWEN M. SONIK
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LL
ATTN: ELIZABETH BANDA CALVO
500 E. BORDER STREET, SUITE 640
ARLINGTON, TX 76010

**Corinthian Colleges, Inc., et al. - U.S. Mail**                                                                    Served 3/6/2020

PIRCHER, NICHOLS & MEEKS
ATTN: EUGENE J.M. LEONE
900 N. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60611

POLSINELLI PC
ATTN: CHRISTOPHER WARD/SHANTI KATONA
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN/ETTA MYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899-0951

ROBAINA & KRESIN
ATTN: THOMAS GRIFFIN
5343 N 16TH ST # 200
PHOENIX, AZ 85016-3231

ROBINS KAPLAN LLP
ATTN: SCOTT GAUTIER
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU, WI 54402-8050

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW
230 PARK AVENUE, SUITE 1130
NEW YORK, NY 10169

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: CARREN B. SHULMAN, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

SIDLEY AUSTIN LLP
ATTN: JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ATTN: BILL SCHUETTE/HEATHER DONALD
CADILLAC PLACE, SUITE 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT
ATTN: KAREN AXSOM, DIRECTOR
800 W. WASHINGTON ST
PHOENIX, AZ 85007

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207

TRAVIS COUNTY
ATTN: KAY D. BROCK
P.O. BOX 1748
AUSTIN, TX 78767

TREASURER - TAX COLLECTOR
DAN MCALLISTER
ATTN: BANKRUPTCY DESK
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101

TX COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: COURTNEY J. HULL
ATTN: JOHN MARK STERN, AAG
BANKRUPTCY & COLLECTIONS DIVISION, MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN: LLOYD RANDOLPH
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
MICHAEL R. SEW HOY
1100 L STREET, N.W., ROOM 10048
WASHINGTON, D.C. 20005

UNITED STATES DEPARTMENT OF LABOR
ATTN: THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON, DC 20210

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
ATTN: MICHAEL D. MORRIS
POST OFFICE BOX 7857
MADISON, WI 53707-7857

Parties Served: 93

**<u>EXHIBIT C</u>**

# Mailing Information for Case 15-10952-JTD

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Marc Abrams**    mabrams@wtplaw.com, adye@wtplaw.com
- **David G. Aelvoet**    davida@publicans.com
- **Elihu Ezekiel Allinson, III**    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
- **Daniel K. Astin**    dastin@ciardilaw.com, jmcmahon@ciardilaw.com
- **BMC Group, Inc.**    usc@bmcgroup.com
- **Lorie Ann Ball**    lball@robinskaplan.com, ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com;arichardson@publiccounsel.org
- **Elizabeth Banda Calvo**    rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- **Christopher R. Belmonte**    cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
- **Ian Connor Bifferato**    cbifferato@tbf.legal, mstewart@tbf.legal
- **Karen C. Bifferato**    kbifferato@connollygallagher.com
- **L. John Bird**    learonjohn.bird@stoel.com, docketclerk@stoel.com;april.mellen@stoel.com
- **Rachel Biblo Block**    rblock@jw.com
- **William Pierce Bowden**    wbowden@ashby-geddes.com
- **Dustin Parker Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com
- **Kay Diebel Brock**    bkecf@co.travis.tx.us
- **William J. Burnett**    william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com
- **Rebecca L. Butcher**    butcher@lrclaw.com, rogers@lrclaw.com;ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
- **David W. Carickhoff**    dcarickhoff@archerlaw.com
- **Shawn M. Christianson**    schristianson@buchalter.com, cmcintire@buchalter.com
- **Eboney Cobb**    ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
- **Howard A. Cohen**    howard.cohen@dbr.com
- **Howard A. Cohen**    hcohen@gibbonslaw.com
- **Mark D. Collins**    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Kelly M. Conlan**    kconlan@connollygallagher.com
- **Robert L. Cook**    Robert.Cook@tax.ny.gov
- **Joseph Corrigan**    Bankruptcy2@ironmountain.com
- **Christopher Michael De Lillo**    delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;sherman@rlf.com
- **Frank W DeBorde**    fdeborde@mmmlaw.com, mhowell@mmmlaw.com
- **John D. Demmy**    john.demmy@saul.com, robyn.warren@saul.com
- **Heather L. Donald**    donaldh@michigan.gov
- **John H. Drucker**    jdrucker@druckeradr.com
- **Bernard A. Eskandari**    bernard.eskandari@doj.ca.gov
- **S. Alexander Faris**    afaris@archerlaw.com, chadd.fitzgerald@wbd-us.com;Heidi.sasso@wbd-us.com
- **Erin R Fay**    efay@bayardlaw.com, lmorton@bayardlaw.com
- **Mark E. Felger**    mfelger@cozen.com, kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
- **David L. Finger**    dfinger@delawgroup.com
- **GianClaudio Finizio**    gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com
- **Lauren Dunkle Fortunato**    lfortunato@ashby-geddes.com
- **Timothy Jay Fox**    timothy.fox@usdoj.gov
- **Joseph D. Frank**    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com;csucic@fgllp.com
- **Barry V. Freeman**    bfreeman@jmbm.com, dmp@jmbm.com
- **Caroline C. Fuller**    cfuller@fwlaw.com, dfilipek@fwlaw.com
- **Lars Henrik Fuller**    lfuller@bakerlaw.com, sbliss@bakerlaw.com;lfking@bakerlaw.com
- **Scott F. Gautier**    sgautier@robinskaplan.com, dwymore@robinskaplan.com
- **Jason A. Gibson**    gibson@teamrosner.com
- **Steven A. Ginther**    deecf@dor.mo.gov
- **Lea Pauley Goff**    lea.goff@skofirm.com, emily.keith@skofirm.com
- **Thomas Griffin**    ttg@robainalaw.com, gpc@robainalaw.com
- **Paul S. Groschadl**    pgroschadl@woodsoviatt.com, ehousel@woodsoviatt.com
- **Ruth A. Harvey**    ruth.harvey@usdoj.gov
- **William A. Hazeltine**    Bankruptcy001@sha-llc.com
- **Curtis A Hehn**    curtishehn@comcast.net
- **Reed A. Heiligman**    rheiligman@fgllp.com, ccarpenter@fgllp.com
- **Leslie C. Heilman**    heilmanl@ballardspahr.com, ambroses@ballardspahr.com
- **Brian David Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com;branchd@ballardspahr.com
- **James E. Huggett**    jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com
- **Courtney J Hull**    bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Joseph H. Huston**    jhh@stevenslee.com
- **Cory D. Kandestin**    kandestin@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Shanti M. Katona**    skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

- **Benjamin W. Keenan**    bkeenan@ashbygeddes.com, bkeenan@ashbygeddes.com
- **Julia Bettina Klein**    klein@kleinllc.com
- **Matthew Ryan Koch**    mkoch@milbank.com, jesseyoder@milbank.com;mbrod@milbank.com
- **John Robert Kresse**    John.Kresse@usdoj.gov
- **Carl N. Kunz**    ckunz@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
- **Jeffrey R. Lalama**    jlalama@fgsmlaw.com
- **Tara L. Lattomus**    delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com
- **Robert L. LeHane**    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Scott J. Leonhardt**    leonhardt@teamrosner.com
- **Cynthia Gooen Lesser**    cynthia.lesser@cfpb.gov
- **Zhao Liu**    liu@teamrosner.com
- **Christopher Dean Loizides**    loizides@loizides.com
- **Timothy P Lyster**    tlyster@woodsoviatt.com
- **Robert Charles Maddox**    maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Kevin Scott Mann**    kmann@crosslaw.com, smacdonald@crosslaw.com
- **Katharine L. Mayer**    kmayer@mccarter.com
- **Laura L. McCloud**    agbankdelaware@ag.tn.gov
- **John D. McLaughlin**    jmclaughlin@ciardilaw.com, mflores@ciardilaw.com
- **Joseph J. McMahon**    jmcmahon@ciardilaw.com
- **Dennis A. Meloro**    melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- **Michael Joseph Merchant**    merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Maria Ann Milano**    mamilano@foxrothschild.com, vmagda@foxrothschild.com;jshickich@foxrothschild.com
- **Kathleen M. Miller**    kmiller@skjlaw.com, llb@skjlaw.com
- **Rick S. Miller**    rmiller@ferryjoseph.com, mstucky@ferryjoseph.com
- **Francis A. Monaco**    fmonaco@gsbblaw.com, frankmonacojr@gmail.com
- **Eric J. Monzo**    emonzo@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
- **Michael Morris**    Morrismd@doj.state.wi.us, radkeke@doj.state.wi.us
- **Marianne S Mortimer**    mmartin@jmbm.com
- **J. Zachary Noble**    noble@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Frank Eugene Noyes**    fnoyes@offitkurman.com, Elizabeth.White@offitkurman.com
- **James E O'Neill**    joneill@pszjlaw.com, efile1@pszjlaw.com
- **Mark D. Olivere**    olivere@chipmanbrown.com, dero@chipmanbrown.com
- **Steven Phillip Ordaz**    sordaz@bmcgroup.com, tfeil.bmcgroup@ecfalerts.com;bmc@ecfAlerts.com
- **Carter Ott**    carter.ott@doj.ca.gov
- **Ricardo Palacio**    rpalacio@ashby-geddes.com
- **Danielle A Pham**    Danielle.pham@usdoj.gov
- **Marc J. Phillips**    mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com
- **Jason Custer Powell**    jpowell@delawarefirm.com, dtroiano@delawarefirm.com
- **Jack A. Raisner**    jar@raisnerroupinian.com, jar@outtengolden.com
- **Marcos Alexis Ramos**    ramos@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Lloyd H. Randolph**    lloyd.randolph@usdoj.gov
- **Patrick J. Reilley**    preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com
- **Erica J. Richards**    erichards@mofo.com, erica-richards-1053@ecf.pacerpro.com
- **Laurel D. Roglen**    roglenl@ballardspahr.com, ambroses@ballardspahr.com
- **Alan Michael Root**    aroot@archerlaw.com
- **Frederick Brian Rosner**    rosner@teamrosner.com
- **Rene S. Roupinian**    rsr@raisnerroupinian.com, warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com
- **Craig Rust**    craig.rust@doj.ca.gov, Lindsay.Bensen@doj.ca.gov
- **Rust Consulting/Omni Bankruptcy**    bosborne@omnimgt.com
- **Jeremy William Ryan**    jryan@potteranderson.com, bankruptcy@potteranderson.com
- **Joseph Sanders**    jsanders@atg.state.il.us
- **Richard L. Schepacarter**    richard.schepacarter@usdoj.gov
- **Michael R. Sew Hoy**    michael.r.sew.hoy@usdoj.gov
- **Carren Shulman**    cshulman@sheppardmullin.com, ny-docketing@sheppardmullin.com
- **Sarah Silveira**    silveira@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Bennett Silverberg**    bsilverberg@brownrudnick.com
- **Ellen Slights**    usade.ecfbankruptcy@usdoj.gov
- **Owen M. Sonik**    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
- **Robert J. Stearn, Jr.**    stearn@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Amanda R. Steele**    steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Ashley B. Stitzer**    astitzer@macelree.com
- **Brian A. Sullivan**    bsullivan@werbsullivan.com, hbelair@werbsullivan.com
- **Benjamin Swartzendruber**    bswartzendruber@arapahoegov.com
- **Theodore J. Tacconelli**    ttacconelli@ferryjoseph.com
- **Gregory A. Taylor**    gtaylor@ashbygeddes.com
- **William F. Taylor**    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- **Marisa A. Terranova**    terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Marisa A. Terranova**    terranova@rlf.com, rbgroup@rlf.com

- **Marisa A. Terranova**   terranova@rlf.com, rbgroup@rlf.com
- **Ronald Mark Tucker**   rtucker@simon.com, bankruptcy@simon.com
- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV
- **Marianna Udem**   mudem@askllp.com
- **Gary D. Underdahl**   gunderdahl@askllp.com
- **William Anthony Van Roo**   vanroolaw@gmail.com
- **Carolyn G. Wade**   carolyn.g.wade@doj.state.or.us
- **Christopher A. Ward**   cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Jeffrey R Waxman**   jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- **Jeremy Welch**   jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
- **Helen Elizabeth Weller**   dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- **Etta Ren Wolfe**   ewolfe@potteranderson.com, bankruptcy@potteranderson.com

## No Notice List

The following is the list of **parties** who are on a related AP case and have asked not to receive notice/service for this lead BK case.

- **Jill B. Bienstock**   jbienstock@coleschotz.com, fpisano@coleschotz.com
- **Nicholas J. Brannick**   nbrannick@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
- **Gary D. Bressler**   gbressler@mdmc-law.com, kpatterson@mdmc-law.com;kdeans@mdmc-law.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

> **Serena Alcala**
> ,
>
> **Stephanie Alexander-Dutcher**
> ,
>
> **American Express Travel Related Services Company Inc**
> c/o Becket and Lee LLP
> POB 3001
> Malvern, PA 19355-0701
>
> **Arizona Department of Education**
> ,
>
> **Neil E. Asnen**
> Klein Moynihan Turco, LLP
> 450 Seventh Avenue
> 40th Floor
> New York, NY 10123
>
> **Eleanor Bailey**
> ,
>
> **Barbara Gordon**
> ,
>
> **Ella Marie Barnes**
> ,
>
> **Charli DeAnne Bennett**
> ,
>
> **Cody Bertrand**
> ,
>
> **Melissa Jay Blair-Williams**
> ,
>
> **J. Scott Bovitz**
> Bovitz & Spitzer
> 1100 Wilshire Boulevard

Suite 2403
Los Angeles, CA 90017

**Joseph P. Buchman**
Burke Williams Sorensen LLP
444 S. Flower Street
Suite 2400
Los Angeles, CA 90071

**Krishawna Carranza**
,

**Ayo Paige Carter**
,

**Angelica Casas**
,

**Kara E Casteel**
ASK Financial LLP
2600 Eagan Woods Drive, Suite 400
St.Paul, MN 55121

**May C. Cha**
,

**John M. Craig**
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

**Craig R. Jalbert as Distribution Trustee**
,

**David Moore**
,

**Joan T. Davis-Pinkney**
,

**Mildred Diaz**
,

**John H. Drucker**
Cole Schotz P.C.
900 Third Avenue, 16th Floor
New York, NY 10022

**Eli DuBosar**
DuBosar Sheres, P.A.
1800 N. Military Trail
Suite 470
Boca Raton, FL 33431

**Howard DuBosar**
DuBosar Sheres PA
1800 N Military Trail
Suite 470
Boca Raton, FL 33431

**El Paso County Treasurer**
1675 Garden of the Gods
Suite 2100
Colorado Springs, CO 80907

**John D. Elrod**
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road

Suite 2500
Atlanta, GA 30305

**Eva Deshon**
,

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California Street
Suite 4400
Denver, CO 80202

**Sandra Futch**
,

**GE Capital Information Technology Solutions, Inc. f/d/b/a IKON Financial Services**
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

**Briksam Gad**
,

**Gwendolyn J. Godfrey**
Morris Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

**Ivan M. Gold**
Allen Matkins Leck Gamble & Mallory LLP
Four Embarcadero Center
12th Floor
San Francisco, CA 94111

**Jason Gold**
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue NW
Washington, DC 20001

**Kevin A. Guerke**
Baird Mandalas Brockstedt, LLC
2711 Centerville Road, Suite 401
Wilmington, DE 19808
kguerke@bmbde.com, tonia@bmbde.com

**Anna Gumport**
Sidley Austin LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

**Jennifer C. Hagle**
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

**Nicole L. Hall**
,

**Dennis Erroll Harvey**
,

**Casey Harwood**
,

**Maura Healey**
Office of the Attorney General

One Ashburton Place
18th Floor
Boston, MA 02108

**Cameron Hemperly**
,

**Cynthia C. Hernandez**
Robins Kaplan LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067

**Sherry Hobby**
,

**Brian D. Huben**
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

**Phillip Hunt**
,

**Christopher D. Ivey**
Stradling Yocca Carlson & Rauth PC
100 Wilshire Boulevard
Fourth Floor
Santa Monica, CA 90401

**Jack P. Massimino**
,

**Jeffrey W. Janssen**
,

**Fatima Jones**
,

**Laura Davis Jones**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

**Glenn Kaplan**
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

**Karen Rose**
,

**Christian T. Kim**
Dumas & Kim, APC
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010

**Christopher S. Koenig**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

**Kayla Konot**
,

**Anna Kordas**
Jones Day
250 Vesey Stret
New York, NY 10281

**Lampert at 25500 Industrial Blvd., LLC**
,

**Rosalie Latorre**
,

**Peter Leight**
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

**Douglas G. Leney**
Archer & Greiner, PC
1717 Arch Street
Suite 3500
Phildelphia, PA 19103

**Patrick T. Lennon**
MacFarlane Ferguson & McMullen
P.O. Box 1531
Tampa, FL 33601

**Beverly Lowe**
,

**Michael MacKendrick**
,

**Lorenzo Marinuzzi**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com

**Thaddeus P. Martin**
Law Office of Thaddeus P. Martin
4928 109th St, SW
Lakewood, WA 98499

**Etta R. Mayers**
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19801

**Justin Mazza**
,

**McCann Associates Holdings, LLC**
General Counsel
6805 Route 202
New Hope, PA 18938

**Brigette G. McGrath**
ASK LLP
151 W. 46th Street
4th Floor
New York, NY 10036

**H. John Michel**
Drinker Biddle and Reath LLP
One Logan Square

Ste. 2000
Philadelphia, PA 19103-6996

**Microsoft Corporation**
,

**Sarah Moore**
,

**Tonya Moore**
,

**New York State Department of Labor**
Unemployment Insurance Division
Building 12, Room 256
Albany, NY 12240

**Christina Newsom**
,

**Linda Louise Nguyen**
,

**Walter K. Oetzell**
Danning Gill Diamond & Kollitz LLP
1900 Avenue of the Stars
11th Floor
Los Angeles, CA 90067

**Office of Unemployment Compensation Tax Services**
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 700
Harrisburg, PA 17121

**Old Orchard Acquisition Partners, LLC**
,

**Ana Laura Ortiz**
,

**Laura Parsons-Rivera**
,

**Patrick Fitzgerald as federally-appointed monitor**
,

**Gwendolyn Pawluck**
,

**Stefanie Pelosi**
,

**Matthew R. Pierce**
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

**David M. Poitras**
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars
Seventh Floor
Los Angeles, CA 90067-4308

**Polsinelli PC**
,

**Michael P. Pompeo**
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

**Public Counsel**
,

**Cynthia Puga**
,

**Quality Investment Properties Sacramento, LLC**
,

**Leigh-Anne M. Raport**
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**Vincent E. Rhynes**
,

**Jose Alberto Rios**
,

**Robins Kaplan LLC**
,

**Brogan Rose**
,

**Mark Rosenbaum**
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005

**Bethany J. Rubis**
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

**Katie Saechao**
,

**Jessica Sanders-Griffin**
,

**Maurice Scarbrough**
,

**Brad D. Schimel**
Wisconsin Department of Justice
P O Box 7857
Madison, WI 53707-7857

**Mara Schteinschraber**
,

**H. Jeffrey Schwartz**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**Katherine A. Seabright**
Fox Rothschild LLP
1001 Fourth Avenue
Suite 4500

Seattle, WA 98154

**Donald W. Sieveke**
Law Office of Donald W. Sieveke
1113 N. Spurgeon Street
Santa Ana, CA 92701

**Abigail Snow**
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

**Andrew Joseph Soto**
,

**Madison S. Spach**
Spach Capalid & Waggaman LLP
4675 MacArthur Court
Suite 550
Newport Beach, CA 92660

**Rabekah St.Vincent**
,

**Joseph L. Steinfeld, Jr.**
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

**Charlotte Anne Sweeney**
,

**Dominque Taylor**
,

**Terry Rawls**
,

**The San Diego County Treasurer-Tax Collector of California**
Attn: Dan McAllister
1600 Pacific Highway, Room 162
San Diego, CA 92101

**Dylan Trache**
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue NW
Suite 900
Washington, DC 20001

**U.S. Bank National Association**
,

**Timothy Tyler Vance**
,

**Eugene Vint**
,

**Samantha Wayne**
,

**Maureen Weaver**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363

**Westmain 2000, LLC**

,

**Tracy J. Whitaker**
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

**Jill A Whitworth**
Ohio Bureau of Workers' Compensatio
30 W. Spring St.
Columbus, OH 43266-0581

**Christine Wilford**
,

**Edwin Nelson Wilkins**
,

**Maxine Winters**
,

**Ardrene Wright**
,

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.