IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § § | |
| | § | Re: Docket No. 1712 |

-----------------------------------------------------------

### CERTIFICATE OF NO OBJECTION REGARDING DISTRIBUTION TRUSTEE'S NINTH MOTION FOR AN ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE THROUGH SEPTEMBER 8, 2020

The undersigned hereby certifies that Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust (the "**Distribution Trust**") has received no answer, objection or any other responsive pleading with respect to the *Distribution Trustee's Ninth Motion for an Order Extending the Claims Objection Deadline through September 8, 2020* [Docket No. 1712] (the "**Motion**") filed by the Distribution Trust with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on March 6, 2020. The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 case. Pursuant to the *Notice of Motion and Hearing*, filed with the Motion, any objection or response to the Motion was to be filed and served no later than 4:00 p.m. (ET) on March 19, 2020.

WHEREFORE, the Distribution Trustee respectfully requests that an order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

RLF1 23117487v.1

| | |
|---|---|
| Dated: March 23, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ J. Zachary Noble*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>J. Zachary Noble (No. 6689)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>         merchant@rlf.com<br>         steele@rlf.com<br>         maddox@rlf.com<br>         noble@rlf.com<br><br>Counsel for the Distribution Trustee |

RLF1 23117487v.1