**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC.[1]<br><br>   Debtor. | §<br>§   Chapter 11<br>§<br>§   Case No. 15-10952 (JTD)<br>§<br>§ |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 7, 2020 AT 2:00 P.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.   CONTINUED / RESOLVED MATTERS:**

1. Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

   Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (ET)

   Objections / Responses Received:   None.

   Related Documents:   None.

   Status: The hearing on this matter has been continued to a date to be determined.

2. Distribution Trustee's Ninth Motion for an Order Extending the Claims Objection Deadline through September 8, 2020 [Docket No. 1712 – filed March 6, 2020]

   Objection / Response Deadline:   March 9, 2020 at 4:00 p.m. (ET)

   Objections / Responses Received:   None.

   Related Documents:

   i.   Certificate of No Objection Regarding Distribution Trustee's Ninth Motion for an Order Extending the Claims Objection Deadline through September 8, 2020 [Docket No. 1715 – filed March 23, 2020]

---

1   The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

RLF1 23048243v.1

2

  ii. Order Granting Distribution Trustee's Ninth Motion for an Order Extending the Claims Objection Deadline through September 8, 2020 [Docket No. 1716 – entered March 24, 2020]

 <u>Status</u>: On March 24, 2020, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated: March 24, 2020
   Wilmington, Delaware

Respectfully submitted,

*/s/ J. Zachary Noble*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
J. Zachary Noble (No. 6689)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
   merchant@rlf.com
   steele@rlf.com
   maddox@rlf.com
   noble@rlf.com

Counsel for the Distribution Trustee

RLF1 23048243v.1