# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § § § § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* [1] | | Case No. 15-10952 (KJC) |
| Debtors. | | Jointly Administered |
| | | **Re: Docket No. 1720** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020, I caused the *Post-Confirmation Report* [Docket No. 1720] to be served on the attached service list in the manner indicated.

Dated: April 16, 200

                                        */s/ Amanda R. Steele*
                                        Amanda R. Steele (No. 5530)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

RLF1 23254500v.2

## SERVICE LIST

*Via Hand Delivery*

OFFICE OF THE UNITED STATES TRUSTEE
U.S. Department of Justice
Attn: Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801