# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Corinthian Colleges, Inc., et al., | Case No. 1:15-bk-10952-JTD |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:  June 9, 2020 at 3:00 p.m. (ET)**<br>**Obj. Deadline: May 18, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF HEARING ON MARICOPA COUNTY TREASURER'S MOTION FOR IMMEDIATE PAYMENT OF SECURED PERSONAL PROPERTY TAXES

**PLEASE TAKE NOTICE THAT** on May 4, 2020, the Maricopa County Treasurer ("MCT"), a tax lien holder and party in interest, by and through its undersigned attorney, filed **MARICOPA COUNTY TREASURER'S MOTION FOR IMMEDIATE PAYMENT OF SECURED PERSONAL PROPERTY TAXES** (the "Motion"). The Motion seeks payment of unpaid prepetition personal property taxes from sale proceeds in connection with the sales of the personal property located, or previously located, in Maricopa County, Arizona.

A copy of the Motion can be obtained from the Clerk of the U.S. Bankruptcy Court at 824 Market Street, 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, DE 19801 and served so as to actually be received by the undersigned counsel for MCT on or before **May 18, 2020 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable John T. Dorsey at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **June 9, 2020 at 3:00 p.m. (ET)**.

1

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

2

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

3

REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

4

RESPECTFULLY SUBMITTED this <u>4th</u> day of May, 2020.

5

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

6

7

BY: */s/ Peter Muthig*
PETER MUTHIG
Deputy County Attorney

8

Maricopa County Attorney's Office
Civil Services Division

9

Security Center Building
222 North Central Avenue, Suite 1100

10

Phoenix, Arizona 85004
Tel: (602) 506-1923

11

Fax: (602) 506-8567
Email: muthigk@mcao.maricopa.gov

12

*Attorney for Maricopa County Treasurer*

13

14

15

16

17

18

19

20

21

22

23

24

2

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>Corinthian Colleges, Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 1:15-bk-10952-JTD<br><br>(Jointly Administered)<br><br>**Hearing Date:  June 9, 2020 at 3:00 p.m. (ET)**<br>**Obj. Deadline: May 18, 2020 at 4:00 p.m. (ET)** |

## <u>CERTIFICATE OF SERVICE</u>

I, Peter Muthig, hereby certify that, on May 4, 2020, I caused a copy of the foregoing Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes, and Notice of Hearing thereupon, to be served electronically upon all counsel of record via CM/ECF.

/s/ Peter Muthig_____
Peter Muthig (AZ Bar No. 018526)