**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>Corinthian Colleges, Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 1:15-bk-10952-JTD<br><br>(Jointly Administered) |

**ORDER GRANTING MARICOPA COUNTY TREASURER'S MOTION FOR IMMEDIATE PAYMENT OF SECURED PERSONAL PROPERTY TAXES**

Upon consideration of the *Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes* (the "Motion") and it appearing that notice of the Motion was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Motion and any responses filed thereto, and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that pursuant to 11 U.S.C. § 105, the De Minimis Asset Sale Order and Sale Order, the Court directs the Debtors and/or Liquidation Trust to pay the personal property taxes owed to the Maricopa County Treasurer, within ten (10) days of entry of this Order, in the amount of $67,985.35 plus any additional statutory interest that accrues through the date of payment, and it is further

/ / /

/ / /

/ / /

1    **ORDERED** that this Court shall retain jurisdiction to resolve any disputes
2    concerning the interpretation or enforcement of this Order.

6    Dated: _____, 2020.     _____
                                                    The Honorable John T. Dorsey
7                                                     United States Bankruptcy Judge