**ATTACHMENT**

Admitted to practice law in the following Courts:
The United States Supreme Court
United States Court of Appeals for the Ninth Circuit
The United States District Court for the District of Arizona
The Supreme Court of Arizona
The United States District Courts for the Northern, Eastern and Central Districts of California, and the Supreme Court of California (currently voluntarily inactive in California)