# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>Corinthian Colleges, Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 1:15-bk-10952-JTD<br><br>(Jointly Administered)<br><br>**Hearing Date:  June 9, 2020 at 3:00 p.m. (ET)**<br>**Obj. Deadline: May 18, 2020 at 4:00 p.m. (ET)** |

**NOTICE OF CANCELLATION OF HEARING ON MARICOPA COUNTY TREASURER'S MOTION FOR IMMEDIATE PAYMENT OF SECURED <u>PERSONAL PROPERTY TAXES</u>**

**PLEASE TAKE NOTICE THAT** the Maricopa County Treasurer requests that the hearing scheduled for June 9, 2020 at 3:00 p.m. (ET) on Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes (the "Motion") be cancelled at this time. The Trustee was granted an ongoing extension to object to the Motion pending final resolution. The undersigned counsel for MCT and counsel for the Trustee (together, the "Parties") have been working through the issues presented in the Motion and a stipulation resolving the issues between the Parties is pending. Therefore, MCT respectfully requests that the hearing scheduled for June 9, 2020 be cancelled at this time, and MCT reserves the right to request a new hearing on a date to be determined, if necessary.

/ / /

/ / /

/ / /

1     RESPECTFULLY SUBMITTED this 4th day of June, 2020.

2

3         ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

4     BY: */s/ Peter Muthig*
       PETER MUTHIG
       Deputy County Attorney

5        Maricopa County Attorney's Office
       Civil Services Division

6        Security Center Building
       222 North Central Avenue, Suite 1100

7        Phoenix, Arizona 85004
       Tel: (602) 506-1923

8        Fax: (602) 506-8567
       Email: muthigk@mcao.maricopa.gov

9        *Attorney for Maricopa County Treasurer*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>Corinthian Colleges, Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 1:15-bk-10952-JTD<br><br>(Jointly Administered)<br><br>**Hearing Date:  June 9, 2020 at 3:00 p.m. (ET)**<br>**Obj. Deadline: May 18, 2020 at 4:00 p.m. (ET)** |

## **CERTIFICATE OF SERVICE**

I, Peter Muthig, hereby certify that, on June 4, 2020, I caused a copy of the foregoing Notice of Cancellation of Hearing on Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes to be served electronically upon all counsel of record via CM/ECF.

                         /s/ Peter Muthig_____
                         Peter Muthig (AZ Bar No. 018526)