**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § | |

-------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 9, 2020 AT 3:00 P.M. (ET)**

> *AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

## I.  CONTINUED MATTERS:

1.  Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

    Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (ET)

    Objections / Responses Received:     None.

    Related Documents:   None.

    Status: The hearing on this matter has been continued to a date to be determined.

2.  Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes [Docket No. 1722 – filed May 4, 2020]

    Objection / Response Deadline:   May 18, 2020 at 4:00 p.m. (ET); extended for Liquidation Trustee

    Objections / Responses Received:     None.

    Related Documents:

    i.    Notice of Hearing on Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes [Docket No. 1723 – filed May 4, 2020]

---

[1]    The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

    ii.    Notice of Cancellation of Hearing on Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes [Docket No. 1726 – filed June 4, 2020]

Status: The parties have resolved this matter in principle and are working to document such resolution.  In the interim, the hearing on this matter has been continued to the omnibus hearing scheduled for July 2, 2020 at 2:00 p.m. (ET).

Dated: June 5, 2020
       Wilmington, Delaware

Respectfully submitted,

*/s/ Amanda R. Steele*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
J. Zachary Noble (No. 6689)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      maddox@rlf.com
      noble@rlf.com

Counsel for the Distribution Trustee

RLF1 23370690v.2