**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 2, 2020 AT 2:00 P.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

### I. CONTINUED MATTERS:

1. Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

    Objection / Response Deadline:    December 3, 2015 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:    None.

    Status: The hearing on this matter has been continued to a date to be determined.

2. Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes [Docket No. 1722 – filed May 4, 2020]

    Objection / Response Deadline:    May 18, 2020 at 4:00 p.m. (ET); extended for Liquidation Trustee

    Objections / Responses Received:    None.

    Related Documents:

    i.  Notice of Hearing on Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes [Docket No. 1723 – filed May 4, 2020]

---

1  The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

RLF1 23627746v.1

2

    ii.    Notice of Cancellation of Hearing on Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes [Docket No. 1726 – filed June 4, 2020]

Status: The parties have resolved this matter in principle and are working to document such resolution. Accordingly, a hearing on this matter is no longer necessary at this time.

Dated: June 30, 2020  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Robert C. Maddox*  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Amanda R. Steele (No. 5530)  
Robert C. Maddox (No. 5356)  
J. Zachary Noble (No. 6689)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
       merchant@rlf.com  
       steele@rlf.com  
       maddox@rlf.com  
       noble@rlf.com

Counsel for the Distribution Trustee