**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al.,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel, Craig D. Rust, hereby withdraws his appearance on behalf of the California Department of Consumer Affairs, Bureau for Private Postsecondary Education (the "Bureau"), in this matter under Local Rule 9010-2(b)(ii). The undersigned counsel certifies that the Bureau has no controversy pending before the Court, and that the Bureau consents to this withdrawal of counsel. The undersigned counsel further requests to be removed from any applicable service lists in this case.

Dated: July 15, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MOLLY K. MOSLEY
Supervising Deputy Attorney General

 */s/ Craig D. Rust*
CRAIG D. RUST
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
Telephone: 916-210-7359
Fax: 916-324-5205
Email: craig.rust@doj.ca.gov
*Attorneys for California Department of Consumer Affairs, Bureau for Private Postsecondary Education*

# CERTIFICATE OF SERVICE

Case Name:   **In re Corinthian Colleges, Inc.**          No.   **15-10952 (KJC)**

I hereby certify that on <u>July 15, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **NOTICE OF WITHDRAWAL OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 15, 2020</u>, at Sacramento, California.

|  |  |
|---|---|
| P. Pimentel | */s/ P. Pimentel* |
| Declarant | Signature |

SA2015301033
34238116.docx