**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>Corinthian Colleges, Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 1:15-bk-10952-KJC<br><br>(Jointly Administered)<br><br>**[Relates to Docket No. 1722]** |

# WITHDRAWAL OF MARICOPA COUNTY TREASURER'S MOTION FOR IMMEDIATE PAYMENT OF SECURED PERSONAL PROPERTY TAXES WITH PREJUDICE

Maricopa County Treasurer ("MCT"), by and through its undersigned counsel, hereby withdraws Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes with prejudice as the issues raised therein have been fully resolved and no hearing is required.

RESPECTFULLY SUBMITTED this 3rd day of September, 2020.

          ALLISTER ADEL
          MARICOPA COUNTY ATTORNEY

          BY: */s/ Peter Muthig*
             PETER MUTHIG
             Deputy County Attorney
             *Attorney for Maricopa County Treasurer*

ORIGINAL of the foregoing E-FILED this 3rd day of September, 2020, with:

Clerk, United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

COPY of the foregoing mailed/e-mailed, this 3rd day of September, 2020, to:

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Email: USTPREGION03.WL.ECF@USDOJ.GOV

Mark D. Collins
Michael J. Merchant
Amanda R. Steele
Robert C. Maddox
J. Zachary Noble
Richards, Layton & Finger, P.A., One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Email: collins@RLF.com
Email: merchant@rlf.com
Email: steele@rlf.com
Email: maddox@rlf.com
Email: noble@rlf.com
*Attorneys for Distribution Trustee*

Timothy Jay Fox, Jr.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35,
Wilmington, Delaware 19801
Email: timothy.fox@usdoj.gov
*Attorneys for U.S. Trustee*

| | |
|---|---|
| 1 | H. Jeffrey Schwartz |
| 2 | Bennett S. Silverberg<br>Brown Rudnick LLP |
| 3 | Seven Times Square<br>New York, New York, 10036 |
| 4 | Email: jschwartz@brownrudnick.com<br>Email: bsilverberg@brownrudnick.com |
| 5 | *Counsel for the Unsecured Creditors' Committee* |
| 6 | Frederick B. Rosner<br>Julia B. Klein |
| 7 | The Rosner Law Group LLC<br>824 Market Street, Suite 810 |
| 8 | Wilmington, Delaware 19801<br>Email: rosner@teamrosner.com |
| 9 | Email: klein@teamrosner.com<br>*Counsel for the Unsecured Creditors' Committee* |
| 10 | */s/ Marcy Delgado* |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |