IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC.[1]<br><br>Debtor | Chapter 11<br><br>Case No. 15-10952 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

      I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 3, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed in **Exhibit A** and (ii) via first class mail, postage prepaid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of Counsel Regarding Scheduling of Omnibus Hearing Date [Docket No. 1734].**

- **Order Scheduling Omnibus Hearing Date [Docket No. 1735].**

Dated: September 3, 2020

                                        Colin Linebaugh
                                        Omni Management Group

{State of California       }          5955 DeSoto Avenue, Suite 100
{                              } ss.    Woodland Hills, CA 91367
{County of Los Angeles  }         818-906-8300

Subscribed and sworn to (or affirmed) before me on this 3rd day of September, 20 20, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: Corinthian Colleges, Inc. (7312). Pursuant to an order of the Court dated March 30, 2016 [D.I. 1181] Corinthian Colleges Inc.'s affiliated debtors' cases were closed.

**EXHIBIT A**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>NOTICES@BECKET-LEE.COM | ARAPAHOE COUNTY TREASURER<br>BENJAMIN SWARTZENDRUBER<br>BSWARTZENDRUBER@ARAPAHOEGOV.COM | ARAPAHOE COUNTY TREASURER<br>WENDY ROSSMAN<br>WROSSMAN@ARAPAHOEGOV.COM |
| ASHBY & GEDDES, P.A.<br>LEIGH-ANNE RAPORT<br>LRAPORT@ASHBY-GEDDES.COM | ASHBY & GEDDES, P.A.<br>RICARDO PALACIO<br>RPALACIO@ASHBY-GEDDES.COM | ASHBY & GEDDES, P.A.<br>WILLIAM BOWDEN<br>WBOWDEN@ASHBY-GEDDES.COM |
| BALLARD SPAHR LLP<br>BRIAN HUBEN<br>HUBENB@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>DUSTIN BRANCH<br>BRANCHD@BALLARDSPAHR.COM | BMC GROUP, INC.<br>T. FEIL<br>TFEIL@BMCGROUP.COM |
| BOVITZ & SPITZER<br>J. SCOTT BOVITZ<br>BOVITZ@BOVITZ-SPITZER.COM | BROWN RUDNICK LLP<br>BENNETT SILVERBERG<br>BSILVERBERG@BROWNRUDNICK.COM | BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM |
| CALIFORNIA DEPARTMENT OF JUSTICE<br>BERNARD A. ESKANDARI<br>BERNARD.ESKANDARI@DOJ.CA.GOV | CALIFORNIA DEPARTMENT OF JUSTICE<br>NANCY QUACH<br>NANCY.QUACH@DOJ.CA.GOV | COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN<br>GLENN.KAPLAN@STATE.MA.US |
| COMMONWEALTH OF MASSACHUSETTS<br>PETER LEIGHT<br>PETER.LEIGHT@STATE.MA.US | COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | CONSUMER FINANCIAL PROTECTION BUREAU<br>CYNTHIA GOOEN LESSER<br>CYNTHIA.LESSER@CFPB.GOV |
| DEVELOPMENT RESOURCES, INC.<br>JOHN GIANNOPOULOS<br>JOHNG@DEVRESINC.COM | DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>JOHN.MICHEL@DBR.COM | DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>MICHAEL.POMPEO@DBR.COM |
| DUMAS & KIM, APC<br>CHRISTIAN KIM<br>CKIM@DUMAS-LAW.COM | FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>CFULLER@FWLAW.COM | FRANKGECKER LLP<br>JOSEPH FRANK<br>JFRANK@FGLLP.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | HAWAII STATE DEPARTMENT OF EDUCATION<br>DOE_INFO@HAWAIIDOE.ORG | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>BANKRUPTCY2@IRONMOUNTAIN.COM |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN<br>BFREEMAN@JMBM.COM | JEFFER MANGELS BUTLER & MITCHELL LLP<br>DAVID POITRAS<br>DPOITRAS@JMBM.COM | KELLEY DRYE & WARREN LLP<br>BANKRUPTCY DEPARTMENT<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>RLEHANE@KELLEYDRYE.COM | KLEIN LLC<br>JULIA B. KLEIN<br>KLEIN@KLEINLLC.COM | KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>THOMAS G. KING<br>TKING@KREISENDERLE.COM |
| LAW OFFICE OF DONALD W. SIEVEKE<br>DONALD W. SIEVEKE<br>DWS4LAW@PACBELL.NET | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DAVID G. AELVOET<br>SANANTONIO.BANKRUPTCY@PUBLICANS.COM | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LOIZIDES, P.A.<br>CHRISTOPHER D. LOIZIDES<br>LOIZIDES@LOIZIDES.COM | MORRIS JAMES LLP<br>CARL N. KUNZ III<br>CKUNZ@MORRISJAMES.COM | MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>JWAXMAN@MORRISJAMES.COM |
| MORRISON & FOERSTER LLP<br>ERICA RICHARDS<br>ERICHARDS@MOFO.COM | MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI<br>LMARINUZZI@MOFO.COM | NYS DEPT. OF TAXATION & FINANCE<br>ROBERT COOK<br>ROBERT.COOK@TAX.NY.GOV |
| OFFICE OF THE ATTORNEY GENERAL<br>JOSEPH J. SANDERS<br>JSANDERS@ATG.STATE.IL.US | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>RICHARD.SCHEPACARTER@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY FOX<br>TIMOTHY.FOX@USDOJ.GOV |

| | | |
|---|---|---|
| OREGON DEPARTMENT OF JUSTICE<br>CAROLYN G. WADE<br>CAROLYN.G.WADE@DOJ.STATE.OR.US | OUTTEN & GOLDEN LLP<br>JACK RAISNER<br>JAR@OUTTENGOLDEN.COM | OUTTEN & GOLDEN LLP<br>RENÉ ROUPINIAN<br>RSR@OUTTENGOLDEN.COM |
| PALM SPRINGS MILE ASSOCIATES, LTD<br>PHILLIP J. EISENBERG<br>PEISENBERG@PIHC.COM | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>OWEN M. SONIK<br>OSONIK@PBFCM.COM | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ELIZABETH BANDA CALVO<br>EBCALVO@PBFCM.COM |
| PIRCHER, NICHOLS & MEEKS<br>EUGENE J.M. LEONE<br>ELEONE@PIRCHER.COM | POLSINELLI PC<br>CHRISTOPHER WARD<br>CWARD@POLSINELLI.COM | POLSINELLI PC<br>SHANTI KATONA<br>SKATONA@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>ETTA MAYERS<br>EMAYERS@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN<br>JRYAN@POTTERANDERSON.COM | RICHARDS, LAYTON & FINGER, PA<br>AMANDA STEELE<br>STEELE@RLF.COM |
| RICHARDS, LAYTON & FINGER, PA<br>MARISA TERRANOVA FISSEL<br>TERRANOVAFISSEL@RLF.COM | RICHARDS, LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS, LAYTON & FINGER, PA<br>MICHAEL MERCHANT<br>MERCHANT@RLF.COM |
| ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>SGAUTIER@ROBINSKAPLAN.COM | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ABIGAIL SNOW<br>ASNOW@SSBB.COM | SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE<br>CBELMONTE@SSBB.COM |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>NY-DOCKETING@SHEPPARDMULLIN.COM | SIDLEY AUSTIN LLP<br>ANNA GUMPORT<br>AGUMPORT@SIDLEY.COM | SIDLEY AUSTIN LLP<br>JENNIFER HAGLE<br>JHAGLE@SIDLEY.COM |
| SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>RTUCKER@SIMON.COM | STATE OF MICHIGAN<br>HEATHER DONALD<br>DONALDH@MICHIGAN.GOV | SYNCHRONY BANK<br>RAMESH SINGH<br>CLAIMS@RECOVERYCORP.COM |
| THE ROSNER LAW GROUP<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TN DEPT OF REVENUE<br>AGBANKDELAWARE@AG.TN.GOV | TRAVIS COUNTY<br>KAY D. BROCK<br>KAY.BROCK@CO.TRAVIS.TX.US |
| TX COMPTROLLER OF PUBLIC ACCOUNTS<br>COURTNEY J. HULL<br>COURTNEY.HULL@TEXASATTORNEYGENERAL.GOV | U.S. DEPARTMENT OF JUSTICE<br>DANIELLE PHAM<br>DANIELLE.PHAM@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>JOHN KRESSE<br>JOHN.KRESSE@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE<br>LLOYD H. RANDOLPH<br>LLOYD.RANDOLPH@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>MICHAEL R. SEW.HOY<br>MICHAEL.R.SEW.HOY@USDOJ.GOV | WISCONSIN DEPARTMENT OF JUSTICE<br>MICHAEL MORRIS<br>MORRISMD@DOJ.STATE.WI.US |

Parties Served: 78

**EXHIBIT B**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>C/O BECKET AND LEE LLP<br>ATTN: GILBERT B WEISMAN<br>POB 3001<br>MALVERN, PA 19355-0701 | ARAPAHOE COUNTY TREASURER<br>ATTN: BENJAMIN SWARTZENDRUBER<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN/RICARDO PALACIO<br>ATTN: LEIGH-ANNE RAPORT<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150 |
| BALLARD SPAHR LLP<br>ATTN: BRIAN HUBEN<br>2029 CENTURY PARK EAST, SUITE 800<br>LOS ANGELES, CA 90067-2909 | BALLARD SPAHR LLP<br>ATTN: DUSTIN BRANCH<br>2029 CENTURY PARK EAST, SUITE 800<br>LOS ANGELES, CA 90067-2909 | BMC GROUP, INC.<br>ATTN: T. FEIL<br>3732 W. 120TH STREET<br>HAWTHORN, CA 90250 |
| BOVITZ & SPITZER<br>ATTN: J. SCOTT BOVITZ<br>1100 WILSHIRE BLVD., SUITE 2403<br>LOS ANGELES, CA 90017 | BROWN RUDNICK LLP<br>ATTN: BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUCHALTER NEMER, A PROFESSIONAL CORPORAT<br>ATTN: SHAWN M. CHRISTIANSON, ESQ<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 |
| BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 | CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 | CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 |
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BERNARD A. ESKANDARI<br>300 S. SPRING ST., STE. 1702<br>LOS ANGELES, CA 90013 | CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: NANCY QUACH<br>455 GOLDEN GATE, SUITE 11000<br>SAN FRANCISCO, CA 94102-7004 | COMMONWEALTH OF MASSACHUSETTS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY, AG<br>ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 |
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>ATTN: LINDA MITTEN<br>651 BOAS STREET, ROOM 700<br>HARRISBURG, PA 17121 | CONSUMER FINANCIAL PROTECTION BUREAU<br>ATTN: CYNTHIA GOOEN LESSER<br>ASSISTANT DEPUTY ENFORCEMENT DIRECTOR<br>1700 G STREET, N.W.<br>WASHINGTON, D.C. 20552 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 898<br>DOVER, DE 19903 |
| DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI 96813 | DEVELOPMENT RESOURCES, INC.<br>ATTN: JOHN GIANNOPOULOS<br>333 NORTH DES PLAINES STREET<br>CHICAGO, IL 60661 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY 10013 |
| DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE, STE. 2000<br>PHILADELPHIA, PA 19103-6996 | DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK, NY 10036-2714 |
| DUMAS & KIM, APC<br>ATTN: CHRISTIAN T. KIM<br>3435 WILSHIRE BLVD., SUITE 990<br>LOS ANGELES, CA 90010 | EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1 INDEPENDENT DR, STE 114<br>JACKSONVILLE, FL 32202 | FAIRFIELD AND WOODS, P.C.<br>ATTN: CAROLINE C. FULLER<br>1801 CALIFORNIA STREET, SUITE 2600<br>DENVER, CO 80202 |
| FRANKGECKER LLP<br>ATTN: JOSEPH FRANK<br>1327 W WASHINGTON BLVD, STE 5 G-H<br>CHICAGO, IL 60607 | GE INFORMATION TECHNOLOGY SOLUTIONS<br>F/D/B/A IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON, GA 31208-3708 | GIBBONS P.C.<br>ATTN: HOWARD A. COHEN<br>300 DELAWARE AVENUE, SUITE 1015<br>WILMINGTON, DE 19801-1671 |
| HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>ATTN: JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON, MA 02110 |

| | | |
|---|---|---|
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KLEIN LLC<br>ATTN: JULIA KLEIN<br>919 N. MARKET STREET, SUITE 600<br>WILMINGTON, DE 19801 |
| KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>ATTN: THOMAS G. KING<br>PO BOX 4010<br>KALAMAZOO, MI 49003-4010 | LAW OFFICE OF DONALD W. SIEVEKE<br>ATTN: DONALD W. SIEVEKE<br>1113 N. SPURGEON STREET<br>SANTA ANA, CA 92701 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DAVID G. AELVOET<br>711 NAVARRO STREET, STE 300<br>SAN ANTONIO, TX 78205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | LOIZIDES, P.A.<br>ATTN: CHRISTOPHER D. LOIZIDES<br>1225 KING STREET, SUITE 800<br>WILMINGTON, DE 19801 | MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| MORRIS JAMES LLP<br>ATTN: CARL KUNZ III/JEFFREY WAXMAN<br>500 DELAWARE AVE, SUITE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19801 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601 | NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 |
| NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 | NYS DEPT. OF TAXATION & FINANCE<br>OFFICE OF COUNSEL<br>ATTN: ROBERT COOK/AMANDA HILLER<br>340 EAST MAIN ST.,<br>ROCHESTER, NY 14604 | OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 |
| OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION<br>800 W. WASHINGTON STREET, 2ND FLOOR<br>PHOENIX, AZ 85007 | OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>OREGON HIGHER EDUCATION COORDINATING COMMI<br>255 CAPITOL ST. NE FL. 4<br>SALEM, OR 97310-1300 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSEPH J. SANDERS<br>100 W RANDOLPH ST., 12TH FL.<br>CHICAGO, IL 60601 |
| OFFICE OF THE ATTORNEY GENERAL<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST.<br>SACRAMENTO, CA 95814-5901 | OFFICE OF THE U.S. ATTORNEY<br>ATTN: CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF ARIZONA<br>ATTN: JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 |
| OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF HAWAII<br>ATTN: FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 | OFFICE OF THE U.S. ATTORNEY<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: KELLY T. CURRIE<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | OFFICE OF THE U.S. ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | OREGON DEPARTMENT OF JUSTICE<br>ATTN: CAROLYN G. WADE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 | OUTTEN & GOLDEN LLP<br>ATTN: JACK RAISNER/RENÉ ROUPINIAN<br>685 THIRD AVENUE, 25TH FLOOR<br>NEW YORK, NY 10017 |
| PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>C/O PHILLIPS INTERNATIONAL<br>295 MADISON AVE., 2ND FLOOR<br>NEW YORK, NY 10017 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>ATTN: OWEN M. SONIK<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LL<br>ATTN: ELIZABETH BANDA CALVO<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010 |
| PIRCHER, NICHOLS & MEEKS<br>ATTN: EUGENE J.M. LEONE<br>900 N. MICHIGAN AVENUE<br>SUITE 1000<br>CHICAGO, IL 60611 | POLSINELLI PC<br>ATTN: CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/ETTA MYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>P.O. BOX 951<br>WILMINGTON, DE 19899-0951 |

| | | |
|---|---|---|
| ROBAINA & KRESIN<br>ATTN: THOMAS GRIFFIN<br>5343 N 16TH ST # 200<br>PHOENIX, AZ 85016-3231 | ROBINS KAPLAN LLP<br>ATTN: SCOTT GAUTIER<br>2049 CENTURY PARK EAST, SUITE 3400<br>LOS ANGELES, CA 90067 | RUDER WARE, L.L.S.C.<br>ATTN: JEREMY M. WELCH<br>500 NORTH FIRST STREET, SUITE 8000<br>P.O. BOX 8050<br>WAUSAU, WI 54402-8050 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW<br>230 PARK AVENUE, SUITE 1130<br>NEW YORK, NY 10169 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REG. DIRECTOR<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ATTN: CARREN B. SHULMAN, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | SIDLEY AUSTIN LLP<br>ATTN: JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES, CA 90013 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: BILL SCHUETTE/HEATHER DONALD<br>CADILLAC PLACE, SUITE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 |
| SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT<br>ATTN: KAREN AXSOM, DIRECTOR<br>800 W. WASHINGTON ST<br>PHOENIX, AZ 85007 | TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 |
| TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | TREASURER - TAX COLLECTOR<br>DAN MCALLISTER<br>ATTN: BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>ATTN: JOHN MARK STERN, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION, MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 |
| U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN: LLOYD RANDOLPH<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MICHAEL R. SEW HOY<br>1100 L STREET, N.W., ROOM 10048<br>WASHINGTON, D.C. 20005 |
| UNITED STATES DEPARTMENT OF LABOR<br>ATTN: THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20210 | WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 | WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: BRAD D. SCHIMEL, AG<br>ATTN: MICHAEL D. MORRIS<br>POST OFFICE BOX 7857<br>MADISON, WI 53707-7857 |

Parties Served: 90