IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § <br> § <br> CORINTHIAN COLLEGES, INC.,[1] § <br> § <br> § <br> Debtor. § <br> § <br> ------------------------------------------------------------- § | Chapter 11 <br><br> Case No. 15-10952 (JTD) <br><br><br> **Re: Docket No. 1738** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR
AN ORDER AUTHORIZING THE EXTENSION OF THE DATE OF DISSOLUTION
OF THE DISTRIBUTION TRUST THROUGH SEPTEMBER 21, 2022**

The undersigned hereby certifies that Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust (the "**Distribution Trust**") has received no answer, objection or any other responsive pleading with respect to the *Motion for an Order Authorizing the Extension of the Date of Dissolution of the Distribution Trust through September 21, 2022* [Docket No. 1738] (the "**Motion**") filed by the Distribution Trust with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 3, 2020. The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 case. Pursuant to the *Notice of Motion and Hearing*, filed with the Motion, any objection or response to the Motion was to be filed and served no later than 4:00 p.m. (ET) on September 17, 2020.

WHEREFORE, the Distribution Trustee respectfully requests that an order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

RLF1 24017485v.1

| | |
|---|---|
| Dated: September 18, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Megan E. Kenney*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Megan E. Kenney (No. 6426)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>            merchant@rlf.com<br>            steele@rlf.com<br>            maddox@rlf.com<br>            kenney@rlf.com<br><br>Counsel for the Distribution Trustee |