# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., Debtors. | Case No. 15-10952-JTD |
| | (Jointly Administered) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to Local Rule 9010-2(b)(i), Lloyd H. Randolph hereby withdraws as counsel for the United States of America in the above-captioned case. John R. Kresse remains as attorney of record for the United States.

Dated: September 18, 2020     Respectfully submitted

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

DAVID C. WEISS
United States Attorney

ELLEN SLIGHTS
Assistant United States Attorney

/s/ LLOYD H. RANDOLPH
RUTH A. HARVEY
LLOYD H. RANDOLPH
(D.C. Bar 376009)
JOHN R. KRESSE
U.S. Department of Justice
Commercial Litigation Branch,
Civil Division
P.O. Box 875, Ben Franklin Stn.
Washington, DC 20444
TEL: (202) 307-0356
Email: lloyd.randolph@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF SERVICE

On September 18 2020, I caused a copy of the foregoing NOTICE OF WITHDRAWAL to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding.

Dated: September 18, 2020                    /s/ Lloyd H. Randolph__
                                             Lloyd H. Randolph