**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] § | |
| § | Case No. 15-10952 (JTD) |
| § | |
| Debtor. § | |

-------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 7, 2020 AT 10:00 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.   CONTINUED / WITHDRAWN / RESOLVED MATTERS:**

1. Motion of Thomson Reuters-West Publishing Corp. for Allowance and Payment of Administrative Expense Claim Under and Pursuant to 11 U.S.C. § 503(b) [Docket No. 1095 - filed November 19, 2015]

   Objection / Response Deadline:   December 3, 2015 at 4:00 p.m. (ET)

   Objections / Responses Received:   None.

   Related Documents:   None.

   Status: The hearing on this matter has been continued to a date to be determined.

2. Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes [Docket No. 1722 – filed May 4, 2020]

   Objection / Response Deadline:   May 18, 2020 at 4:00 p.m. (ET); extended for Liquidation Trustee

   Objections / Responses Received:   None.

   Related Documents:

   i.   Notice of Hearing on Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes [Docket No. 1723 – filed May 4, 2020]

---

[1]   The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

ii. Notice of Cancellation of Hearing on Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes [Docket No. 1726 – filed June 4, 2020]

iii. Withdrawal of Maricopa County Treasurer's Motion for Immediate Payment of Secured Personal Property Taxes with Prejudice [Docket No. 1736 – filed September 3, 2020]

Status: The Maricopa County Treasurer has withdrawn the motion. Accordingly, a hearing on this matter is no longer necessary.

3. Distribution Trustee's Tenth Motion for an Order Extending the Claims Objection Deadline through March 8, 2021 [Docket No. 1737 – filed September 3, 2020]

Objection / Response Deadline:   September 17, 2020 at 4:00 p.m. (ET)

Objections / Responses Received:   None.

Related Documents:

i. Certificate of No Objection Regarding Distribution Trustee's Tenth Motion for an Order Extending the Claims Objection Deadline through March 8, 2021 [Docket No. 1741 – filed September 18, 2020]

ii. Order Granting Distribution Trustee's Tenth Motion for an Order Extending the Claims Objection Deadline through March 8, 2021 [Docket No. 1746 – entered September 22, 2020]

Status: On September 22, 2020, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4. Motion for an Order Authorizing the Extension of the Date of Dissolution of the Distribution Trust through September 21, 2022 [Docket No. 1738 – filed September 3, 2020]

Objection / Response Deadline:   September 17, 2020 at 4:00 p.m. (ET)

Objections / Responses Received:   None.

Related Documents:

i. Certificate of No Objection Regarding Motion for an Order Authorizing the Extension of the Date of Dissolution of the Distribution Trust through September 21, 2022 [Docket No. 1742 – filed September 18, 2020]

ii. Order Authorizing the Extension of the Date of Dissolution of the Distribution Trust through September 21, 2022 [Docket No. 1745 – entered September 21, 2020]

3

<u>Status</u>: On September 21, 2020, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated: October 2, 2020
      Wilmington, Delaware

Respectfully submitted,

*/s/ Megan E. Kenney*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Megan E. Kenney (No. 6426)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      maddox@rlf.com
      kenney@rlf.com

Counsel for the Distribution Trustee