UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Post-Confirmation Status Report
(To be filed monthly in all Chapter 11 confirmed cases, until a final decree is entered)
For the Quarterly Ending September 30, 2020

Case Name:   Corinthian Colleges, Inc.                                Case No.  15-10952-KJC

Date Order was entered confirming plan:   August 28, 2015

Responsible person for filing this report:  Craig R. Jalbert, Distribution Trustee   Tel. #: (508) 543-1720

Disbursing Agent (if any):   Craig R. Jalbert, Distribution Trustee

SUMMARY OF DISBURSEMENTS MADE DURING THIS MONTH*

| | |
|---|---|
| Disbursements made under the Plan: | $743,099.82 |
| Other Disbursements: | $      0.00 |
| Total Disbursements: | $743,099.82 |

***All disbursements made by the reorganized Debtor or on behalf of the reorganized Debtor, be they under the Plan or otherwise, must be accounted for and reported herein for the purposes of calculating quarterly fees.***

1. Projected date of final decree:   Dependent upon resolution of contested matters, potential causes of action, and reconciliation of claims.

2. Have plan payments been timely disbursed as required by the Plan? If no, explain the circumstances which have impacted the debtor's ability to perform under the reorganization plan:  Yes

3. What remaining issues require resolution before a final decree will be sought?  Reconciliation of Claims, and Causes of Action.

4. When was the most recent UST quarterly fee paid, and what was the amount of the payment?
    Date:  October 7, 2020                                $4,875.00

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete and correct to the best of my knowledge and belief.

Dated:  October 7, 2020

_____
Craig R. Jalbert, Distribution Trustee
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA  02035
Tel: (508) 543-1720
Fax: (508) 543-4114