IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § § § § § | |
| | | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | | |
| | | Case No. 15-10952 (JTD) |
| Debtor. | | |

-------------------------------------------------------------

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that the Court has provided the hearing dates set forth on the proposed order, attached hereto, for the above-captioned chapter 11 case.

WHEREFORE, counsel for Craig R. Jalbert, the distribution trustee, requests that the Court enter the proposed order, attached hereto, at its earliest convenience.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

| | |
|---|---|
| Dated: February 26, 2021<br>Wilmington, Delaware | /s/ Megan E. Kenney<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Megan E. Kenney (No. 6426)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>            merchant@rlf.com<br>            steele@rlf.com<br>            maddox@rlf.com<br>            kenney@rlf.com<br><br>Counsel to the Distribution Trustee |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., | § § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § § | |
| | § | **Re: Docket No. \_\_\_\_** |
| ------------------------------------------------------------- | | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| March 31, 2021 at 3:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |
| April 29, 2021 at 11:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |