**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: § <br> § <br> CORINTHIAN COLLEGES, INC., § <br> § <br> § <br> Debtor. § <br> § <br>------------------------------------------------------------- § | Chapter 11 <br><br> Case No. 15-10952 (JTD) <br><br><br> Re: Docket No. __1754__ |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| March 31, 2021 at 3:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware <br> 824 North Market Street, 5th Floor, Courtroom 5 <br> Wilmington, Delaware 19801 |
| April 29, 2021 at 11:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware <br> 824 North Market Street, 5th Floor, Courtroom 5 <br> Wilmington, Delaware 19801 |

Dated: February 26th, 2021
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

RLF1 24847368v.2