IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § | |

-------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 31, 2021 AT 3:00 P.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.    RESOLVED MATTER:**

1. Distribution Trustee's Eleventh Motion for an Order Extending the Claims Objection Deadline through September 7, 2021 [Docket No. 1757 – filed March 3, 2021]

   Objection / Response Deadline:   March 17, 2021 at 4:00 p.m. (ET)

   Objections / Responses Received:   None.

   Related Documents:

   i.   Certificate of No Objection Regarding Distribution Trustee's Eleventh Motion for an Order Extending the Claims Objection Deadline through September 7, 2021 [Docket No. 1759 – filed March 18, 2021]

   ii.  Order Granting Distribution Trustee's Eleventh Motion for an Order Extending the Claims Objection Deadline through September 7, 2021 [Docket No. 1760 – entered March 19, 2021]

   Status: On March 19, 2021, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

Dated: March 19, 2021
      Wilmington, Delaware

Respectfully submitted,

/s/ *Megan E. Kenney*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Megan E. Kenney (No. 6426)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email:  collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       maddox@rlf.com
       kenney@rlf.com

Counsel for the Distribution Trustee