IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § § | |
| | § | Re: Docket No. 1764 |

-----------------------------------------------------------

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING DISTRIBUTION TRUSTEE'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) DUPLICATE CLAIMS; (II) AMENDED AND SUPERSEDED CLAIMS; AND (III) INSUFFICIENT DOCUMENTATION CLAIMS**

PLEASE TAKE NOTICE that the Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust (the "**Distribution Trust**"),[2] has electronically delivered to The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 copies of the relevant proofs of claim (the "**Claims**") subject to the *Distribution Trustee's First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims; (II) Amended and Superseded Claims; and (III) Insufficient Documentation Claims* [Docket No. 1764], filed on March 30, 2021.

PLEASE TAKE FURTHER NOTICE that copies of the Claims may be obtained from the Distribution Trustee's undersigned counsel.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Plan.

RLF1 25114978v.1

Dated: April 15, 2021
      Wilmington, Delaware

Respectfully submitted,

*/s/ Megan E. Kenney*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Megan E. Kenney (No. 6426)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      maddox@rlf.com
      kenney@rlf.com

Counsel for the Distribution Trustee