IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § § | |
| | § | Re: Docket No. 1764 |

-------------------------------------------------------------

**CERTIFICATE OF NO OBJECTION REGARDING DISTRIBUTION TRUSTEE'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) DUPLICATE CLAIMS; (II) AMENDED AND SUPERSEDED CLAIMS; AND (III) INSUFFICIENT DOCUMENTATION CLAIMS**

The undersigned hereby certifies that Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust (the "**Distribution Trust**") has received no answer or any other responsive pleading with respect to the *Distribution Trustee's First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims; (II) Amended and Superseded Claims; and (III) Insufficient Documentation Claims* [Docket No. 1764] (the "**Objection**") filed by the Distribution Trust with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on March 30, 2021.  The undersigned further certifies that no answer or other responsive pleading to the Objection has appeared on the Court's docket in the above-captioned chapter 11 case.  Pursuant to the *Notice of Objection and Hearing*, filed with the Objection, any response to the Objection was to be filed and served no later than 4:00 p.m. (ET) on April 13, 2021.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

RLF1 25108794v.1

WHEREFORE, the Distribution Trustee respectfully requests that an order, substantially in the form attached hereto as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

Dated: April 15, 2021
      Wilmington, Delaware

Respectfully submitted,

<u>/s/ *Megan E. Kenney*</u>
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Megan E. Kenney (No. 6426)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      maddox@rlf.com
      kenney@rlf.com

Counsel for the Distribution Trustee

RLF1 25108794v.1