**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § § § | Case No. 15-10952 (JTD) |
| Debtors. | § § § § § | Re: Docket No. 1764 |

--------------------------------------------------------

**ORDER SUSTAINING THE DISTRIBUTION TRUSTEE'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) DUPLICATE CLAIMS; (II) AMENDED AND SUPERSEDED CLAIMS; AND (III) INSUFFICIENT DOCUMENTATION CLAIMS**

Upon the *Distribution Trustee's First Omnibus Objection (Non-Substantive) to Certain (I) Duplicate Claims; (II) Amended and Superseded Claims; and (III) Insufficient Documentation Claims* (the "**Objection**"),[2] of Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges Distribution Trust (the "**Distribution Trust**"), pursuant to Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being adequate and

---

[1] The debtors in these cases, along with the last four digits of the debtor's federal tax identification number is: Corinthian Colleges, Inc. (7312).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

RLF1 25108794v.1

-2-

appropriate under the particular circumstances; and the Court having considered the Jalbert Declaration and found and determined that the relief sought in the Objection is in the best interests of the Debtor's estate and creditors, and other parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Objection is sustained as provided herein.

2. Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is overruled on the merits.

3. Each Duplicate Claim listed in the column titled "Duplicate Claim to be Disallowed" identified on Schedule 1 hereto is disallowed and expunged in its entirety. The Duplicate Claims listed in the column titled "Surviving Claim" identified on Schedule 1 hereto shall remain on the Claims Register, subject to the Distribution Trustee's further objections on any substantive or non-substantive grounds and further order of the Court.

4. Each Amended and Superseded Claim listed in the column titled "Amended Claim to be Disallowed" identified on Schedule 2 hereto is disallowed and expunged in its entirety. The Amended and Superseded Claims listed in the column titled "Remaining Claim" identified on Schedule 2 hereto shall remain on the Claims Register, subject to the Distribution Trustee's further objections on any substantive or non-substantive grounds and further order of the Court.

5. Each Insufficient Documentation Claim identified on Schedule 3 hereto is disallowed and expunged.

6. The objection by the Distribution Trustee to the Disputed Claims, as addressed in the Objection and the schedules hereto, constitutes a separate contested matter with respect to each such claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Disputed Claim.

7. Any stay of this Order pending appeal by any holder of a Disputed Claim or any other party with an interest in such claims that are subject to this Order shall only apply to the contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters arising from the Objection or this Order.

8. The Distribution Trust, Omni, and the Clerk of this Court are authorized to modify the official Claims Register for this chapter 11 case in compliance with the terms of this Order and to take all steps necessary or appropriate to carry out this Order.

9. Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Distribution Trust may have to enforce rights of setoff against the claimants.

10. The rights of the Distribution Trustee to: (i) file subsequent objections to any Disputed Claims on any ground, (ii) amend, modify, and/or supplement the Objection, including, without limitation, the filing of objections to further amended or newly filed claims, (iii) seek expungement or reduction of any claim to the extent all or a portion of such claim has been paid, and (iv) settle any claim for less than the asserted amount are preserved.

11. This Order is immediately effective and enforceable.

12. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

RLF1 25108794v.1

**Schedule 1**

**Duplicate Claims**

RLF1 25108794v.1

Corinthian Colleges, Inc.
Schedule 1 to First Omnibus (Non-Substantive) Objection to Certain Duplicate Claims

| | | Surviving Claim | | | | Duplicate Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 1 | COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>ATTN: KELLY MCKEE<br>172 WEST THIRD STREET<br>SAN BERNADINO, CA 92415 | 6/10/2015 | 108 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>85,147.39 (U)<br>$85,147.39 (T) | 6/8/2015 | 110 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>85,147.39 (U)<br>$85,147.39 (T) | Claim No. 110 is duplicative of Claim No. 108. |
| 2 | EL PASO COUNTY TREASURER<br>ATTN: MARK LOWDERMAN<br>PO BOX 2018<br>COLORADO SPRINGS, CO 95812-2952 | 7/29/2015 | 3781 | CORINTHIAN COLLEGES, INC. | $65,311.72 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$65,311.72 (T) | 7/27/2015 | 3729 | CORINTHIAN COLLEGES, INC. | $65,311.72 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$65,311.72 (T) | Claim No. 3729 is duplicative of Claim No. 3781. |
| 3 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 4/25/2016 | 4186 | ECAT ACQUISITION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>250.00 (U)<br>$250.00 (T) | 11/5/2015 | 4253 | ECAT ACQUISITION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>250.00 (U)<br>$250.00 (T) | Claim No. 4253 is duplicative of Claim No. 4186. |
| 4 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 10/3/2015 | 4182 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S)<br>0.00 (A)<br>70.56 (P)<br>1,078.78 (U)<br>$1,149.34 (T) | 11/5/2015 | 4231 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S)<br>0.00 (A)<br>70.56 (P)<br>1,078.78 (U)<br>$1,149.34 (T) | Claim No. 4231 is duplicative of Claim No. 4182. |
| 5 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 10/30/2015 | 4181 | ETON EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>250.00 (U)<br>$250.00 (T) | 11/5/2015 | 4234 | ETON EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>250.00 (U)<br>$250.00 (T) | Claim No. 4234 is duplicative of Claim No. 4181. |
| 6 | SAN DIEGO COUNTY TREASURER-TAX COLLECOTR<br>ATTN: BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | 7/31/2015 | 3779 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>616.64 (P)<br>276.54 (U)<br>$893.18 (T) | 7/27/2015 | 3738 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>616.64 (P)<br>276.54 (U)<br>$893.18 (T) | Claim No. 3738 is duplicative of Claim No. 3779. |
| 7 | STATE OF ALABAMA, DEPT. OF REVENUE<br>LEGAL DIVISION<br>ATTN: KELLEY GILLIKIN<br>PO BOX 320001<br>MONTGOMERY, AL 36132-0001 | 6/22/2015 | 144 | CORINTHIAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>590.79 (P)<br>63.16 (U)<br>$653.95 (T) | 6/19/2015 | 159 | CORINTHIAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>590.79 (P)<br>63.16 (U)<br>$653.95 (T) | Claim No. 159 is duplicative of Claim No. 144. |
| 8 | STATE OF NEW YORK DEPT. OF LABOR<br>C/O UNEMPLOYMENT INSURANCE DIVISION<br>ATTN: DEBBIE ANZIANO<br>GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BUILDING<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | 7/31/2015 | 3783 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S)<br>0.00 (A)<br>2.81 (P)<br>0.00 (U)<br>$2.81 (T) | 7/31/2015 | 3833 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S)<br>0.00 (A)<br>2.81 (P)<br>0.00 (U)<br>$2.81 (T) | Claim No. 3833 is duplicative of Claim No. 3783. |
| 9 | STATE OF NEW YORK DEPT. OF LABOR<br>C/O UNEMPLOYMENT INSURANCE DIVISION<br>ATTN: DEBBIE ANZIANO<br>GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BUILDING<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | 7/31/2015 | 3784 | TITAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>2.78 (P)<br>0.00 (U)<br>$2.78 (T) | 7/31/2015 | 3834 | TITAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>2.78 (P)<br>0.00 (U)<br>$2.78 (T) | Claim No. 3834 is duplicative of Claim No. 3784. |
| 10 | STATE OF NEW YORK DEPT. OF LABOR<br>C/O UNEMPLOYMENT INSURANCE DIVISION<br>ATTN: DEBBIE ANZIANO<br>GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BUILDING<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | 8/26/2015 | 3975 | HEALD COLLEGE, LLC | $0.00 (S)<br>0.00 (A)<br>2.37 (P)<br>0.00 (U)<br>$2.37 (T) | 8/24/2015 | 3987 | HEALD COLLEGE, LLC | $0.00 (S)<br>0.00 (A)<br>2.37 (P)<br>0.00 (U)<br>$2.37 (T) | Claim No. 3987 is duplicative of Claim No. 3975. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Page 1 of 2

Corinthian Colleges, Inc.
Schedule 1 to First Omnibus (Non-Substantive) Objection to Certain Duplicate Claims

| | | Surviving Claim | | | | Duplicate Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 11 | UTAH STATE TAX COMMISSION<br>ATTN: SAM JONES<br>210 N. 1950 W.<br>SALT LAKE CITY, UT 84134 | 6/4/2015 | 109 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>2,651.55 (P)<br>500.00 (U)<br>$3,151.55 (T) | 6/4/2015 | 113 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>2,651.55 (P)<br>500.00 (U)<br>$3,151.55 (T) | Claim No. 113 is duplicative of Claim No. 109. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

**Schedule 2**

**Amended and Superseded Claims**

Corinthian Colleges, Inc.
Schedule 2 to First Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims

| # | Name of Claimant | Remaining Claim | | | | Amended Claim to be Disallowed | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 1 | COUNTY OF ORANGE<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 4515<br>SANTA ANA, CA 92702-4515 | 7/11/2015 | 1188 | CORINTHIAN SCHOOLS, INC | $0.00 (S)<br>0.00 (A)<br>15,324.25 (P)<br>0.00 (U)<br>$15,234.25 (T) | 6/1/2015 | 63 | CORINTHIAN SCHOOLS, INC | $0.00 (S)<br>0.00 (A)<br>20,593.15 (P)<br>0.00 (U)<br>$20,593.15 (T) | Claim No. 63 was amended and superseded by Claim No. 1188. |
| 2 | COUNTY OF ORANGE<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 4515<br>SANTA ANA, CA 92702-4515 | 7/11/2015 | 1229 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>122,717.99 (P)<br>0.00 (U)<br>$122,717.99 (T) | 6/1/2015 | 64 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>159,243.83 (P)<br>0.00 (U)<br>$159,243.83 (T) | Claim No. 64 was amended and superseded by Claim No. 1229. |
| 3 | COUNTY OF ORANGE<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 4515<br>SANTA ANA, CA 92702-4515 | 7/11/2015 | 1233 | RHODES COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>10,013.43 (P)<br>0.00 (U)<br>$10,013.43 (T) | 6/1/2015 | 65 | RHODES COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>13,264.80 (P)<br>0.00 (U)<br>$13,264.80 (T) | Claim No. 65 was amended and superseded by Claim No. 1233. |
| 4 | COUNTY OF ORANGE<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 4515<br>SANTA ANA, CA 92702-4515 | 11/16/2015 | 4263 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>142,685.87 (P)<br>0.00 (U)<br>$142,685.87 (T) | 7/11/2015 | 1229 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>122,717.99 (P)<br>0.00 (U)<br>$122,717.99 (T) | Claim No. 1229 was amended and superseded by Claim No. 4263. |
| 5 | COUNTY OF ORANGE<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 4515<br>SANTA ANA, CA 92702-4515 | 11/16/2015 | 4264 | RHODES COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>49,974.67 (P)<br>0.00 (U)<br>$49,974.67 (T) | 7/11/2015 | 1233 | RHODES COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>10,013.43 (P)<br>0.00 (U)<br>$10,013.43 (T) | Claim No. 1233 was amended and superseded by Claim No. 4264. |
| 6 | EL PASO COUNTY TREASURER<br>ATTN: MARK LOWDERMAN<br>PO BOX 2018<br>COLO SPRINGS, CO 80901-2007 | 7/29/2015 | 3781 | CORINTHIAN COLLEGES, INC. | $65,311.72 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$65,311.72 (T) | 6/22/2015 | 140 | CORINTHIAN COLLEGES, INC. | $7,775.39 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$7,775.39 (T) | Claim No. 140 was amended and superseded by Claim No. 3781. |
| 7 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>ATTN: MAN-LING KUO<br>P.O. BOX 54110<br>LOS ANGELES, CA 90054-0110 | 6/1/2015 | 68 | CORINTHIAN SCHOOLS, INC | $0.00 (S)<br>0.00 (A)<br>96,358.51 (P)<br>0.00 (U)<br>$96,358.51 (T) | 5/26/2015 | 53 | CORINTHIAN SCHOOLS, INC | $0.00 (S)<br>0.00 (A)<br>121,358.17 (P)<br>0.00 (U)<br>$121,358.17 (T) | Claim No. 53 was amended and superseded by Claim No. 68. |
| 8 | MISSISSIPPI DEPARTMENT OF REVENUE<br>C/O BANKRUPTCY SECTION<br>P.O. BOX 22808<br>JACKSON, MS 39225-2808 | 8/14/2015 | 3906 | MJB ACQUISITION CORP. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | 6/8/2015 | 97 | MJB ACQUISITION CORP. | $0.00 (S)<br>0.00 (A)<br>56.38 (P)<br>3.36 (U)<br>$59.74 (T) | Claim No. 97 was amended and superseded by Claim No. 3906. |
| 9 | MISSISSIPPI DEPARTMENT OF REVENUE<br>C/O BANKRUPTCY SECTION<br>P.O. BOX 22808<br>JACKSON, MS 39225-2808 | 8/14/2015 | 3911 | RHODES COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | 6/8/2015 | 98 | RHODES COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>25.00 (P)<br>0.96 (U)<br>$25.96 (T) | Claim No. 98 was amended and superseded by Claim No. 3911. |
| 10 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN: BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 9/25/2015 | 4098 | RHODES BUSINESS GROUP, INC. | $0.00 (S)<br>0.00 (A)<br>8,765.26 (P)<br>50.00 (U)<br>$8,815.26 (T) | 6/24/2015 | 148 | RHODES BUSINESS GROUP, INC. | $0.00 (S)<br>0.00 (A)<br>15.26 (P)<br>50.00 (U)<br>$65.26 (T) | Claim No. 148 was amended and superseded by Claim No. 4098. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Page 1 of 2

Corinthian Colleges, Inc.
Schedule 2 to First Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims

| | | Remaining Claim | | | | Amended Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 11 | SNOHOMISH COUNTY TREASURER<br>ATTN: Bankruptcy<br>3000 ROCKEFELLER AVE., M/S 501<br>EVERETT, WA 98201-4060 | 8/10/2015 | 3843 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>9,722.22 (P)<br>0.00 (U)<br>$9,722.22 (T) | 6/8/2015 | 95 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>3,605.12 (P)<br>0.00 (U)<br>$3,605.12 (T) | Claim No. 95 was amended and superseded by Claim No. 3843. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

**Schedule 3**

**Insufficient Documentation Claims**

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| | Claim to be Disallowed | | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 1 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1045 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1045 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 2 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1664 | SP PE VII-B HEALD HOLDINGS CORP | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1664 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 3 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1669 | SD III-B HEALD HOLDINGS CORP. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1669 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 4 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1671 | QUICKSTART INTELLIGENCE CORPORATION | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1671 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 5 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1675 | HEALD REAL ESTATE, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1675 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 6 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1677 | HEALD CAPITAL, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1677 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 7 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1682 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1682 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 8 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1684 | CAREER CHOICES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1684 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 9 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1685 | CORINTHIAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1685 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| | | Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 10 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1687 | SOCLE EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1687 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 11 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1688 | PEGASUS EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1688 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 12 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1695 | RHODES COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1695 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 13 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1698 | HEALD EDUCATION, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1698 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 14 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1701 | GRAND RAPIDS EDUCATIONAL CENTER, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1701 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 15 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1704 | ETON EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1704 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 16 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1705 | CORINTHIAN PROPERTY GROUP, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1705 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 17 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1709 | ASHMEAD EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1709 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 18 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1713 | TITAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1713 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| | | Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 19 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1717 | RHODES BUSINESS GROUP, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1717 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 20 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1720 | SEQUOIA EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1720 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 21 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1723 | MJB ACQUISITION CORPORATION | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1723 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 22 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1727 | HEALD COLLEGE, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1727 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 23 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1729 | FLORIDA METROPOLITAN UNIVERSITY, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1729 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 24 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1733 | ECAT ACQUISITION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1733 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 25 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1736 | CDI EDUCATION USA, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1736 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 26 | FRESNO COUNTY TAX COLLECTOR<br>ATTN: LOLITA ARAIM<br>PO BOX 1192<br>FRESNO, CA 93715-1192 | 7/6/2015 | 600 | CORINTHIAN COLLEGES, INC. | $12,411.41 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$12,411.41 (T) | Claim No. 600 is for estimated personal property taxes for 2015-2016 year. No taxes reflected as being owed for 2015-2016 per Fresno's website. |
| 27 | KITSAP COUNTY TREASURER<br>ATTN: HEATHER YOUNG<br>P.O. BOX 299<br>BREMERTON, WA 98337 | 7/16/2015 | 1692 | ETON EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>8,539.31 (P)<br>0.00 (U)<br>$8,539.31 (T) | Claim No. 1692 pertains to personal property taxes, but does not include supporting documentation. No information provided pertaining to property. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 28 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>ATTN: OSCAR ESTRADA<br>P.O. BOX 54110<br>LOS ANGELES, CA 90054-0110 | 4/4/2016 | 4290 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>106,822.15 (P)<br>0.00 (U)<br>$106,822.15 (T) | Claim No. 4290 is an estimated amount based on taxes for 2016-2017. Claim does not include documentation describing property location or statutory lien. |
| 29 | OREGON DEPT. OF JUSTICE<br>ATTN: CAROLYN G. WADE<br>1162 COURT ST. NE<br>SALEM, OR 97301 | 7/24/2015 | 3619 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>11,300,000.00 (U)<br>$11,300,000.00 (T) | Claim No. 3619 filed for violation of UPTA, but does not include documentation to support claim amount, or that violation occurred. |
| 30 | PLACER COUNTY TAX COLLECTOR<br>ATTN: GAYLE STROM<br>2976 RICHARDSON DRIVE<br>AUBURN, CA 95603 | 9/29/2015 | 4105 | CORINTHIAN COLLEGES, INC. | $7,485.73 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$7,485.73 (T) | Claim No. 4105 states it is secured per a statutory lien, but does not include further documentation regarding the lien, or what type of tax it pertains to. |
| 31 | STATE OF NEW JERSEY<br>UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3650 | QUICKSTART INTELLIGENCE CORPORATION | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3650 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 32 | STATE OF NEW JERSEY<br>UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3652 | SP PE VII-B HEALD HOLDINGS CORP | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3652 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 33 | STATE OF NEW JERSEY<br>UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3653 | SD III-B HEALD HOLDINGS CORP. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3653 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 34 | STATE OF NEW JERSEY<br>UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3654 | HEALD REAL ESTATE, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3654 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 35 | STATE OF NEW JERSEY<br>UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3655 | HEALD CAPITAL, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3655 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 36 | STATE OF NEW JERSEY<br>UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3656 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3656 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| | | Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 37 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3657 | CORINTHIAN SCHOOLS, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3657 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 38 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3658 | CAREER CHOICES, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3658 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 39 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3659 | SOCLE EDUCATION, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3659 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 40 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3660 | RHODES COLLEGES, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3660 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 41 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3661 | PEGASUS EDUCATION, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3661 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 42 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3662 | HEALD EDUCATION, LLC | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3662 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 43 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3663 | GRAND RAPIDS EDUCATIONAL CENTER, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3663 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 44 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3664 | ETON EDUCATION, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3664 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 45 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3665 | CORINTHIAN PROPERTY GROUP, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3665 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| | | Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 46 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3666 | ASHMEAD EDUCATION, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3666 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 47 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3667 | TITAN SCHOOLS, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3667 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 48 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3668 | SEQUOIA EDUCATION, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3668 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 49 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3669 | RHODES BUSINESS GROUP, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3669 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 50 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3670 | MJB ACQUISITION CORPORATION | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3670 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 51 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3671 | HEALD COLLEGE, LLC | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3671 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 52 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3672 | FLORIDA METROPOLITAN UNIVERSITY, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3672 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 53 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3673 | ECAT ACQUISITION, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3673 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 54 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3674 | CDI EDUCATION USA, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3674 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| | Claim to be Disallowed | | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 55 | STATE OF NEW JERSEY<br>UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3675 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3675 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total