**Schedule 1**

**Duplicate Claims**

RLF1 25108794v.1

Corinthian Colleges, Inc.
Schedule 1 to First Omnibus (Non-Substantive) Objection to Certain Duplicate Claims

| # | Name of Claimant | Surviving Claim | | | | Duplicate Claim to be Disallowed | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 1 | COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>ATTN: KELLY MCKEE<br>172 WEST THIRD STREET<br>SAN BERNARDINO, CA 92415 | 6/10/2015 | 108 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>85,147.39 (U)<br>$85,147.39 (T) | 6/8/2015 | 110 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>85,147.39 (U)<br>$85,147.39 (T) | Claim No. 110 is duplicative of Claim No. 108. |
| 2 | EL PASO COUNTY TREASURER<br>ATTN: MARK LOWDERMAN<br>PO BOX 2018<br>COLORADO SPRINGS, CO 95812-2952 | 7/29/2015 | 3781 | CORINTHIAN COLLEGES, INC. | $65,311.72 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$65,311.72 (T) | 7/27/2015 | 3729 | CORINTHIAN COLLEGES, INC. | $65,311.72 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$65,311.72 (T) | Claim No. 3729 is duplicative of Claim No. 3781. |
| 3 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 4/25/2016 | 4186 | ECAT ACQUISITION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>250.00 (U)<br>$250.00 (T) | 11/5/2015 | 4253 | ECAT ACQUISITION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>250.00 (U)<br>$250.00 (T) | Claim No. 4253 is duplicative of Claim No. 4186. |
| 4 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 10/3/2015 | 4182 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S)<br>0.00 (A)<br>70.56 (P)<br>1,078.78 (U)<br>$1,149.34 (T) | 11/5/2015 | 4231 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S)<br>0.00 (A)<br>70.56 (P)<br>1,078.78 (U)<br>$1,149.34 (T) | Claim No. 4231 is duplicative of Claim No. 4182. |
| 5 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 10/30/2015 | 4181 | ETON EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>250.00 (U)<br>$250.00 (T) | 11/5/2015 | 4234 | ETON EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>250.00 (U)<br>$250.00 (T) | Claim No. 4234 is duplicative of Claim No. 4181. |
| 6 | SAN DIEGO COUNTY TREASURER-TAX COLLECOTR<br>ATTN: BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | 7/31/2015 | 3779 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>616.64 (P)<br>276.54 (U)<br>$893.18 (T) | 7/27/2015 | 3738 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>616.64 (P)<br>276.54 (U)<br>$893.18 (T) | Claim No. 3738 is duplicative of Claim No. 3779. |
| 7 | STATE OF ALABAMA, DEPT. OF REVENUE<br>LEGAL DIVISION<br>ATTN: KELLEY GILLIKIN<br>PO BOX 320001<br>MONTGOMERY, AL 36132-0001 | 6/22/2015 | 144 | CORINTHIAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>590.79 (P)<br>63.16 (U)<br>$653.95 (T) | 6/19/2015 | 159 | CORINTHIAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>590.79 (P)<br>63.16 (U)<br>$653.95 (T) | Claim No. 159 is duplicative of Claim No. 144. |
| 8 | STATE OF NEW YORK DEPT. OF LABOR<br>C/O UNEMPLOYMENT INSURANCE DIVISION<br>ATTN: DEBBIE ANZIANO<br>GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BUILDING<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | 7/31/2015 | 3783 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S)<br>0.00 (A)<br>2.81 (P)<br>0.00 (U)<br>$2.81 (T) | 7/31/2015 | 3833 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S)<br>0.00 (A)<br>2.81 (P)<br>0.00 (U)<br>$2.81 (T) | Claim No. 3833 is duplicative of Claim No. 3783. |
| 9 | STATE OF NEW YORK DEPT. OF LABOR<br>C/O UNEMPLOYMENT INSURANCE DIVISION<br>ATTN: DEBBIE ANZIANO<br>GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BUILDING<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | 7/31/2015 | 3784 | TITAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>2.78 (P)<br>0.00 (U)<br>$2.78 (T) | 7/31/2015 | 3834 | TITAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>2.78 (P)<br>0.00 (U)<br>$2.78 (T) | Claim No. 3834 is duplicative of Claim No. 3784. |
| 10 | STATE OF NEW YORK DEPT. OF LABOR<br>C/O UNEMPLOYMENT INSURANCE DIVISION<br>ATTN: DEBBIE ANZIANO<br>GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BUILDING<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | 8/26/2015 | 3975 | HEALD COLLEGE, LLC | $0.00 (S)<br>0.00 (A)<br>2.37 (P)<br>0.00 (U)<br>$2.37 (T) | 8/24/2015 | 3987 | HEALD COLLEGE, LLC | $0.00 (S)<br>0.00 (A)<br>2.37 (P)<br>0.00 (U)<br>$2.37 (T) | Claim No. 3987 is duplicative of Claim No. 3975. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 1 to First Omnibus (Non-Substantive) Objection to Certain Duplicate Claims

| # | Surviving Claim | | | | Duplicate Claim to be Disallowed | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 11 | UTAH STATE TAX COMMISSION<br>ATTN: SAM JONES<br>210 N. 1950 W.<br>SALT LAKE CITY, UT 84134 | 6/4/2015 | 109 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>2,651.55 (P)<br>500.00 (U)<br>$3,151.55 (T) | 6/4/2015 | 113 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>2,651.55 (P)<br>500.00 (U)<br>$3,151.55 (T) | Claim No. 113 is duplicative of Claim No. 109. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total