**Schedule 2**

**Amended and Superseded Claims**

Corinthian Colleges, Inc.
Schedule 2 to First Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims

| # | Name of Claimant | Remaining Claim | | | | Amended Claim to be Disallowed | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 1 | COUNTY OF ORANGE ATTN: BANKRUPTCY UNIT P.O. BOX 4515 SANTA ANA, CA 92702-4515 | 7/11/2015 | 1188 | CORINTHIAN SCHOOLS, INC | $0.00 (S) 0.00 (A) 15,324.25 (P) 0.00 (U) $15,324.25 (T) | 6/1/2015 | 63 | CORINTHIAN SCHOOLS, INC | $0.00 (S) 0.00 (A) 20,593.15 (P) 0.00 (U) $20,593.15 (T) | Claim No. 63 was amended and superseded by Claim No. 1188. |
| 2 | COUNTY OF ORANGE ATTN: BANKRUPTCY UNIT P.O. BOX 4515 SANTA ANA, CA 92702-4515 | 7/11/2015 | 1229 | CORINTHIAN COLLEGES, INC. | $0.00 (S) 0.00 (A) 122,717.99 (P) 0.00 (U) $122,717.99 (T) | 6/1/2015 | 64 | CORINTHIAN COLLEGES, INC. | $0.00 (S) 0.00 (A) 159,243.83 (P) 0.00 (U) $159,243.83 (T) | Claim No. 64 was amended and superseded by Claim No. 1229. |
| 3 | COUNTY OF ORANGE ATTN: BANKRUPTCY UNIT P.O. BOX 4515 SANTA ANA, CA 92702-4515 | 7/11/2015 | 1233 | RHODES COLLEGES, INC. | $0.00 (S) 0.00 (A) 10,013.43 (P) 0.00 (U) $10,013.43 (T) | 6/1/2015 | 65 | RHODES COLLEGES, INC. | $0.00 (S) 0.00 (A) 13,264.80 (P) 0.00 (U) $13,264.80 (T) | Claim No. 65 was amended and superseded by Claim No. 1233. |
| 4 | COUNTY OF ORANGE ATTN: BANKRUPTCY UNIT P.O. BOX 4515 SANTA ANA, CA 92702-4515 | 11/16/2015 | 4263 | CORINTHIAN COLLEGES, INC. | $0.00 (S) 0.00 (A) 142,685.87 (P) 0.00 (U) $142,685.87 (T) | 7/11/2015 | 1229 | CORINTHIAN COLLEGES, INC. | $0.00 (S) 0.00 (A) 122,717.99 (P) 0.00 (U) $122,717.99 (T) | Claim No. 1229 was amended and superseded by Claim No. 4263. |
| 5 | COUNTY OF ORANGE ATTN: BANKRUPTCY UNIT P.O. BOX 4515 SANTA ANA, CA 92702-4515 | 11/16/2015 | 4264 | RHODES COLLEGES, INC. | $0.00 (S) 0.00 (A) 49,974.67 (P) 0.00 (U) $49,974.67 (T) | 7/11/2015 | 1233 | RHODES COLLEGES, INC. | $0.00 (S) 0.00 (A) 10,013.43 (P) 0.00 (U) $10,013.43 (T) | Claim No. 1233 was amended and superseded by Claim No. 4264. |
| 6 | EL PASO COUNTY TREASURER ATTN: MARK LOWDERMAN PO BOX 2018 COLO SPRINGS, CO 80901-2007 | 7/29/2015 | 3781 | CORINTHIAN COLLEGES, INC. | $65,311.72 (S) 0.00 (A) 0.00 (P) 0.00 (U) $65,311.72 (T) | 6/22/2015 | 140 | CORINTHIAN COLLEGES, INC. | $7,775.39 (S) 0.00 (A) 0.00 (P) 0.00 (U) $7,775.39 (T) | Claim No. 140 was amended and superseded by Claim No. 3781. |
| 7 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR ATTN: MAN-LING KUO P.O. BOX 54110 LOS ANGELES, CA 90054-0110 | 6/1/2015 | 68 | CORINTHIAN SCHOOLS, INC | $0.00 (S) 0.00 (A) 96,358.51 (P) 0.00 (U) $96,358.51 (T) | 5/26/2015 | 53 | CORINTHIAN SCHOOLS, INC | $0.00 (S) 0.00 (A) 121,358.17 (P) 0.00 (U) $121,358.17 (T) | Claim No. 53 was amended and superseded by Claim No. 68. |
| 8 | MISSISSIPPI DEPARTMENT OF REVENUE C/O BANKRUPTCY SECTION P.O. BOX 22808 JACKSON, MS 39225-2808 | 8/14/2015 | 3906 | MJB ACQUISITION CORP. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | 6/8/2015 | 97 | MJB ACQUISITION CORP. | $0.00 (S) 0.00 (A) 56.38 (P) 3.36 (U) $59.74 (T) | Claim No. 97 was amended and superseded by Claim No. 3906. |
| 9 | MISSISSIPPI DEPARTMENT OF REVENUE C/O BANKRUPTCY SECTION P.O. BOX 22808 JACKSON, MS 39225-2808 | 8/14/2015 | 3911 | RHODES COLLEGES, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | 6/8/2015 | 98 | RHODES COLLEGES, INC. | $0.00 (S) 0.00 (A) 25.00 (P) 0.96 (U) $25.96 (T) | Claim No. 98 was amended and superseded by Claim No. 3911. |
| 10 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE ATTN: BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 9/25/2015 | 4098 | RHODES BUSINESS GROUP, INC. | $0.00 (S) 0.00 (A) 8,765.26 (P) 50.00 (U) $8,815.26 (T) | 6/24/2015 | 148 | RHODES BUSINESS GROUP, INC. | $0.00 (S) 0.00 (A) 15.26 (P) 50.00 (U) $65.26 (T) | Claim No. 148 was amended and superseded by Claim No. 4098. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 2 to First Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims

| # | Name of Claimant | Remaining Claim | | | | Amended Claim to be Disallowed | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 11 | SNOHOMISH COUNTY TREASURER<br>ATTN: Bankruptcy<br>3000 ROCKEFELLER AVE., M/S 501<br>EVERETT, WA 98201-4060 | 8/10/2015 | 3843 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>9,722.22 (P)<br>0.00 (U)<br>$9,722.22 (T) | 6/8/2015 | 95 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>3,605.12 (P)<br>0.00 (U)<br>$3,605.12 (T) | Claim No. 95 was amended and superseded by Claim No. 3843. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total