**Schedule 3**

**Insufficient Documentation Claims**

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| # | Name of Claimant | Claim to be Disallowed ||||| Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| | | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | | |
| 1 | ARKANSAS AUDITOR OF STATE C/O: UNCLAIMED PROPERTY DIVISION ATTN: ROB SCOTT 1401 W. CAPITOL AVE., STE 325 LITTLE ROCK, AR 72201 | 7/9/2015 | 1045 | CORINTHIAN COLLEGES, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | | Claim No. 1045 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 2 | ARKANSAS AUDITOR OF STATE C/O: UNCLAIMED PROPERTY DIVISION ATTN: ROB SCOTT 1401 W. CAPITOL AVE., STE 325 LITTLE ROCK, AR 72201 | 7/9/2015 | 1664 | SP PE VII-B HEALD HOLDINGS CORP | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | | Claim No. 1664 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 3 | ARKANSAS AUDITOR OF STATE C/O: UNCLAIMED PROPERTY DIVISION ATTN: ROB SCOTT 1401 W. CAPITOL AVE., STE 325 LITTLE ROCK, AR 72201 | 7/9/2015 | 1669 | SD III-B HEALD HOLDINGS CORP. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | | Claim No. 1669 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 4 | ARKANSAS AUDITOR OF STATE C/O: UNCLAIMED PROPERTY DIVISION ATTN: ROB SCOTT 1401 W. CAPITOL AVE., STE 325 LITTLE ROCK, AR 72201 | 7/9/2015 | 1671 | QUICKSTART INTELLIGENCE CORPORATION | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | | Claim No. 1671 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 5 | ARKANSAS AUDITOR OF STATE C/O: UNCLAIMED PROPERTY DIVISION ATTN: ROB SCOTT 1401 W. CAPITOL AVE., STE 325 LITTLE ROCK, AR 72201 | 7/9/2015 | 1675 | HEALD REAL ESTATE, LLC | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | | Claim No. 1675 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 6 | ARKANSAS AUDITOR OF STATE C/O: UNCLAIMED PROPERTY DIVISION ATTN: ROB SCOTT 1401 W. CAPITOL AVE., STE 325 LITTLE ROCK, AR 72201 | 7/9/2015 | 1677 | HEALD CAPITAL, LLC | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | | Claim No. 1677 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 7 | ARKANSAS AUDITOR OF STATE C/O: UNCLAIMED PROPERTY DIVISION ATTN: ROB SCOTT 1401 W. CAPITOL AVE., STE 325 LITTLE ROCK, AR 72201 | 7/9/2015 | 1682 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | | Claim No. 1682 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 8 | ARKANSAS AUDITOR OF STATE C/O: UNCLAIMED PROPERTY DIVISION ATTN: ROB SCOTT 1401 W. CAPITOL AVE., STE 325 LITTLE ROCK, AR 72201 | 7/9/2015 | 1684 | CAREER CHOICES, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | | Claim No. 1684 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 9 | ARKANSAS AUDITOR OF STATE C/O: UNCLAIMED PROPERTY DIVISION ATTN: ROB SCOTT 1401 W. CAPITOL AVE., STE 325 LITTLE ROCK, AR 72201 | 7/9/2015 | 1685 | CORINTHIAN SCHOOLS, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | | Claim No. 1685 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| # | Name of Claimant | Claim to be Disallowed ||||| Reason for Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 10 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1687 | SOCLE EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1687 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 11 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1688 | PEGASUS EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1688 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 12 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1695 | RHODES COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1695 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 13 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1698 | HEALD EDUCATION, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1698 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 14 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1701 | GRAND RAPIDS EDUCATIONAL CENTER, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1701 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 15 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1704 | ETON EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1704 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 16 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1705 | CORINTHIAN PROPERTY GROUP, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1705 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 17 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1709 | ASHMEAD EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1709 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 18 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1713 | TITAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1713 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| # | Name of Claimant | Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|
| | | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 19 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1717 | RHODES BUSINESS GROUP, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1717 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 20 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1720 | SEQUOIA EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1720 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 21 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1723 | MJB ACQUISITION CORPORATION | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1723 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 22 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1727 | HEALD COLLEGE, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1727 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 23 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1729 | FLORIDA METROPOLITAN UNIVERSITY, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1729 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 24 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1733 | ECAT ACQUISITION, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1733 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 25 | ARKANSAS AUDITOR OF STATE<br>C/O: UNCLAIMED PROPERTY DIVISION<br>ATTN: ROB SCOTT<br>1401 W. CAPITOL AVE., STE 325<br>LITTLE ROCK, AR 72201 | 7/9/2015 | 1736 | CDI EDUCATION USA, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 1736 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 26 | FRESNO COUNTY TAX COLLECTOR<br>ATTN: LOLITA ARAIM<br>PO BOX 1192<br>FRESNO, CA 93715-1192 | 7/6/2015 | 600 | CORINTHIAN COLLEGES, INC. | $12,411.41 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$12,411.41 (T) | Claim No. 600 is for estimated personal property taxes for 2015-2016 year. No taxes reflected as being owed for 2015-2016 per Fresno's website. |
| 27 | KITSAP COUNTY TREASURER<br>ATTN: HEATHER YOUNG<br>P.O. BOX 299<br>BREMERTON, WA 98337 | 7/16/2015 | 1692 | ETON EDUCATION, INC. | $0.00 (S)<br>0.00 (A)<br>8,539.31 (P)<br>0.00 (U)<br>$8,539.31 (T) | Claim No. 1692 pertains to personal property taxes, but does not include supporting documentation. No information provided pertaining to property. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| # | Name of Claimant | Claim to be Disallowed ||||| Reason for Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 28 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>ATTN: OSCAR ESTRADA<br>P.O. BOX 54110<br>LOS ANGELES, CA 90054-0110 | 4/4/2016 | 4290 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>106,822.15 (P)<br>0.00 (U)<br>$106,822.15 (T) | Claim No. 4290 is an estimated amount based on taxes for 2016-2017. Claim does not include documentation describing property location or statutory lien. |
| 29 | OREGON DEPT. OF JUSTICE<br>ATTN: CAROLYN G. WADE<br>1162 COURT ST. NE<br>SALEM, OR 97301 | 7/24/2015 | 3619 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>11,300,000.00 (U)<br>$11,300,000.00 (T) | Claim No. 3619 filed for violation of UPTA, but does not include documentation to support claim amount, or that violation occurred. |
| 30 | PLACER COUNTY TAX COLLECTOR<br>ATTN: GAYLE STROM<br>2976 RICHARDSON DRIVE<br>AUBURN, CA 95603 | 9/29/2015 | 4105 | CORINTHIAN COLLEGES, INC. | $7,485.73 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$7,485.73 (T) | Claim No. 4105 states it is secured per a statutory lien, but does not include further documentation regarding the lien, or what type of tax it pertains to. |
| 31 | STATE OF NEW JERSEY UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3650 | QUICKSTART INTELLIGENCE CORPORATION | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3650 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 32 | STATE OF NEW JERSEY UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3652 | SP PE VII-B HEALD HOLDINGS CORP | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3652 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 33 | STATE OF NEW JERSEY UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3653 | SD III-B HEALD HOLDINGS CORP. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3653 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 34 | STATE OF NEW JERSEY UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3654 | HEALD REAL ESTATE, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3654 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 35 | STATE OF NEW JERSEY UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3655 | HEALD CAPITAL, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3655 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 36 | STATE OF NEW JERSEY UNCLAIMED PROPERTY<br>ATTN: STEVEN HARRIS<br>PO BOX 214<br>TRENTON, NJ 08625 | 7/24/2015 | 3656 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 3656 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| # | Name of Claimant | Claim to be Disallowed ||||  Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim filed | Claim Number | Debtor Name | | |
| 37 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3657 | CORINTHIAN SCHOOLS, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3657 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 38 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3658 | CAREER CHOICES, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3658 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 39 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3659 | SOCLE EDUCATION, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3659 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 40 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3660 | RHODES COLLEGES, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3660 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 41 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3661 | PEGASUS EDUCATION, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3661 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 42 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3662 | HEALD EDUCATION, LLC | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3662 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 43 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3663 | GRAND RAPIDS EDUCATIONAL CENTER, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3663 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 44 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3664 | ETON EDUCATION, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3664 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 45 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3665 | CORINTHIAN PROPERTY GROUP, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3665 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| # | Name of Claimant | Claim to be Disallowed | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 46 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3666 | ASHMEAD EDUCATION, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3666 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 47 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3667 | TITAN SCHOOLS, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3667 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 48 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3668 | SEQUOIA EDUCATION, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3668 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 49 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3669 | RHODES BUSINESS GROUP, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3669 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 50 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3670 | MJB ACQUISITION CORPORATION | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3670 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 51 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3671 | HEALD COLLEGE, LLC | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3671 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 52 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3672 | FLORIDA METROPOLITAN UNIVERSITY, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3672 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 53 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3673 | ECAT ACQUISITION, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3673 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |
| 54 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3674 | CDI EDUCATION USA, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3674 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to First Omnibus (Non-Substantive) Objection to Certain Claims with Insufficient Documentation

| | | Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 55 | STATE OF NEW JERSEY UNCLAIMED PROPERTY ATTN: STEVEN HARRIS PO BOX 214 TRENTON, NJ 08625 | 7/24/2015 | 3675 | CORINTHIAN COLLEGES, INC. | $0.00 (S) 0.00 (A) 0.00 (P) 0.00 (U) $0.00 (T) | Claim No. 3675 pertains to unclaimed property (i.e. outstanding checks) not remitted to the state. No documentation included to support claim, or detail regarding claim amount. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total