IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] § | |
| § | Case No. 15-10952 (JTD) |
| § | |
| Debtor. § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 29, 2021 AT 11:00 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.    RESOLVED MATTER:**

1. Distribution Trustee's First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims; (II) Amended and Superseded Claims; and (III) Insufficient Documentation Claims [Docket No. 1764 – filed March 30, 2021]

   Objection / Response Deadline:    April 13, 2021 at 4:00 p.m. (ET)

   Objections / Responses Received:    None.

   Related Documents:

   i.   Notice of Submission of Proof of Claim Regarding Distribution Trustee's First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims; (II) Amended and Superseded Claims; and (III) Insufficient Documentation Claims [Docket No. 1768 – filed April 15, 2021]

   ii.  Certificate of No Objection Regarding Distribution Trustee's First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims; (II) Amended and Superseded Claims; and (III) Insufficient Documentation Claims [Docket No. 1769 – filed April 15, 2021]

   iii. Order Sustaining the Distribution Trustee's First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims; (II) Amended and Superseded Claims; and (III) Insufficient Documentation Claims [Docket No. 1770 – entered April 16, 2021]

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

2

Status:  On April 16, 2021, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated: April 27, 2021
      Wilmington, Delaware

Respectfully submitted,

*/s/ Megan E. Kenney*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Megan E. Kenney (No. 6426)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email:  collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      maddox@rlf.com
      kenney@rlf.com

Counsel for the Distribution Trustee