

**DEPARTMENT OF REVENUE**
STATE OF MISSISSIPPI

BANKRUPTCY DIVISION

United States Bankruptcy Court
District of Delaware

In Re: RHODES COLLEGES INC.
Bankruptcy Case #15-10952-KJC

### WITHDRAWAL OF CLAIM 3911

The Mississippi Department of Revenue is seeking to withdraw claim number 3911 previously filed against this debtor on 08/14/2015 for $0.00.

DONE this the 17th day of May, 2021.

/s/ Nikeshia Agee
Nikeshia Agee
Bankruptcy Administrator
P O Box 22808
Jackson MS 39225
(601) 923-7393