# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., § | |
| § | Case No. 15-10952 (JTD) |
| § | |
| Debtor. § | |
| § | **Re: Docket No.** 1779 |

---

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| October 5, 2021 at 11:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |

**Dated: August 16th, 2021**
**Wilmington, Delaware**

*JOHN T. DORSEY*
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 25836097v.1