## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § |
| | §  Case No. 15-10952 (JTD) |
| | § |
| Debtor. | §  Re: Docket No. 1784 |
| | § |

### NOTICE OF WITHDRAWAL OF DISTRIBUTION TRUSTEE'S SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) NO LIABILITY CLAIMS AND (II) OVERSTATED CLAIMS SOLELY WITH RESPECT TO THE NO LIABILITY CLAIM OF TRAVIS COUNTY AND THE OVERSTATED CLAIM OF THE COUNTY OF SAN BERNARDINO

PLEASE TAKE NOTICE that, on September 3, 2021, Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges Distribution Trust, in the above captioned chapter 11 case filed the *Distribution Trustee's Second Omnibus (Substantive) Objection to Certain (I) No Liability Claims and (II) Overstated Claims* [Docket No. 1784] (the "**Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). Attached to the Objection as Exhibit A was a proposed form of order sustaining the Objection (the "**Proposed Order**").

PLEASE TAKE FURTHER NOTICE that, the Distribution Trustee hereby withdraws the Objection, without prejudice, solely with respect to the claim of Travis County (Claim No. 4270), listed on Schedule 1 of the Proposed Order, and the claim of County of San Bernardino (Claim No. 108), listed on Schedule 2 of the Proposed Order.

PLEASE TAKE FURTHER NOTICE that, for the avoidance of doubt, the Objection is not withdrawn as to any claims other than the two noted.

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

RLF1 26013040v.1

| | |
|---|---|
| Dated: September 16, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Megan E. Kenney*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Megan E. Kenney (No. 6426)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email:  collins@rlf.com<br>         merchant@rlf.com<br>         steele@rlf.com<br>         maddox@rlf.com<br>         kenney@rlf.com<br><br>Counsel for the Distribution Trustee |

2