IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC.[1]<br><br>    Debtor. | § <br>§  Chapter 11<br>§ <br>§  Case No. 15-10952 (JTD)<br>§ <br>§  **Re: Docket No. 1784 & 1787** |

---

### CERTIFICATION OF COUNSEL REGARDING DISTRIBUTION TRUSTEE'S SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) NO LIABILITY CLAIMS AND (II) OVERSTATED CLAIMS

The undersigned hereby certifies as follows:

1. On September 3, 2021, Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges Distribution Trust in the above captioned chapter 11 case filed the *Distribution Trustee's Second Omnibus (Substantive) Objection to Certain (I) No Liability Claims and (II) Overstated Claims* [Docket No. 1784] (the "**Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). A proposed form of order (the "**Proposed Order**") sustaining the Objection was attached to the Objection as Exhibit A.

2. Pursuant to the *Notice of Omnibus Objection and Hearing* filed with the Objection, responses to the Objection were to be filed and served by no later than September 17, 2021 at 4:00 p.m. (ET) (the "**Response Deadline**").

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

RLF1 26027448v.1

3. Prior to the Response Deadline, the Distribution Trustee received certain informal responses from the County of San Bernardino and Travis County. The Distribution Trustee has not received any other responses or objections to the Objection, and no other responses or objections thereto appear on the Court's docket in these chapter 11 cases.

4. On September 16, 2021, the Distribution Trustee filed the *Notice of Withdrawal of Distribution Trustee's Second Omnibus (Substantive) Objection to Certain (I) No Liability Claims and (II) Overstated Claims Solely with Respect to the No Liability Claim of Travis County and the Overstated Claim of the County of San Bernardino* [Docket No. 1787] so that the Distribution Trustee could attempt to resolve the claims of the County of San Bernardino and Travis County consensually.

5. The Distribution Trustee prepared a revised form of Proposed Order (the "**Revised Order**") removing the claims of the County of San Bernardino and Travis County from the schedules attached thereto. A copy of the Revised Order is attached hereto as Exhibit 1. For the convenience of the Court and all parties in interest, a redline of the Revised Order marked against the Proposed Order is attached hereto as Exhibit 2.

WHEREFORE, the Distribution Trustee respectfully requests that the Revised Order, attached hereto as Exhibit 1, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: September 21, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Robert C. Maddox*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>        merchant@rlf.com<br>        steele@rlf.com<br>        maddox@rlf.com<br><br>Counsel for the Distribution Trustee |

3