## Exhibit 1

**Revised Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| CORINTHIAN COLLEGES, INC.,[1] | § § § | Chapter 11 |
| | § | Case No. 15-10952 (JTD) |
| | § § | **Re: D.I. 1784** |
| Debtors. | § § § § | |

## ORDER SUSTAINING THE DISTRIBUTION TRUSTEE'S SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) NO LIABILTY CLAIMS AND (II) OVERSTATED CLAIMS

Upon the *Distribution Trustee's Second Omnibus Objection (Substantive) to Certain (I) No Liability Claims and (II) Overstated Claims* (the "**Objection**"),[2] of Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges Distribution Trust (the "**Distribution Trust**"), pursuant to Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being adequate and appropriate under the particular circumstances; and the Court having considered the Jalbert Declaration and found and determined that the relief sought in the

---

[1] The debtors in these cases, along with the last four digits of the debtor's federal tax identification number is: Corinthian Colleges, Inc. (7312).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

RLF1 25351940v.2

Objection is in the best interests of the Debtor's estate and creditors, and other parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Objection is sustained as provided herein.

2. Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is overruled on the merits.

3. Each No Liability Claim identified on Schedule 1 hereto is disallowed and expunged.

4. Each Overstated Claim listed identified on Schedule 2 hereto is reduced as set forth therein. The Overstated Claims listed in the column titled "Modified Claim Amount" identified on Schedule 2 hereto shall remain on the Claims Register, subject to the Distribution Trustee's further objections on any substantive or non-substantive grounds and further order of the Court.

5. The objection by the Distribution Trustee to the Disputed Claims, as addressed in the Objection and the schedules hereto, constitutes a separate contested matter with respect to each such claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Disputed Claim.

6. Any stay of this Order pending appeal by any holder of a Disputed Claim or any other party with an interest in such claims that are subject to this Order shall only apply to the contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters arising from the Objection or this Order.

-3-

7.     The Distribution Trust, Omni, and the Clerk of this Court are authorized to modify the official Claims Register for this chapter 11 case in compliance with the terms of this Order and to take all steps necessary or appropriate to carry out this Order.

8.     Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Distribution Trust may have to enforce rights of setoff against the claimants.

9.     The rights of the Distribution Trustee to: (i) file subsequent objections to any Disputed Claims on any ground, (ii) amend, modify, and/or supplement the Objection, including, without limitation, the filing of objections to further amended or newly filed claims, (iii) seek expungement or reduction of any claim to the extent all or a portion of such claim has been paid, and (iv) settle any claim for less than the asserted amount are preserved.

10.    This Order is immediately effective and enforceable.

11.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# Schedule 1

## No Liability Claims

|   | **Claimant Name** | **Claim No.** | **Claim Amount**[1] | **Reason for Disallowance** |
|---|---|---|---|---|
| 1 | Alief Independent School District<br>Attn: Carl O. Sandin<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | 3900 | $14,521.35 (S)<br>(A)<br>(P)<br>(U)<br>$14,521.35 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on July 26, 2016. |
| 2 | Bexar County<br>Attn: David G. Aelvoet<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro Street, Ste. 300<br>San Antonio, TX 78205 | 135 | $25,968.38 (S)<br>(A)<br>(P)<br>(U)<br>$25,968.38 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on March 22, 2016. |
| 3 | Clark County Treasurer<br>P.O Box 9808<br>Vancouver, WA 98666 | 176 | (S)<br>(A)<br>$1,697.62 (P)<br>(U)<br>$1,697.62 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 4 | Contra Costa County-Tax Collector<br>Attn: Bankruptcy<br>P.O. Box 967<br>Martinez, CA 94553 | 1175 | $22,551.76 (S)<br>(A)<br>(P)<br>(U)<br>$22,551.76 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on February 29, 2016. |
| 5 | County of Orange<br>Attn: Bankruptcy Unit<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515 | 4272 | (S)<br>(A)<br>$158,937.65 (P)<br>(U)<br>$158,937.65 (T) | The County of Orange treasurer's online records reflect that no balance is owed on account of this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |

---

[1]    S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

| | | | | |
|---|---|---|---|---|
| 6 | County of Orange<br>Attn: Bankruptcy Unit<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515 | 4273 | (S)<br>(A)<br>$15,405.96 (P)<br>(U)<br>$15,405.96 (T) | The County of Orange treasurer's online records reflect that no balance is owed on account of this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 7 | County of Orange<br>Attn: Bankruptcy Unit<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515 | 4274 | (S)<br>(A)<br>$21,627.64 (P)<br>(U)<br>$21,627.64 (T) | The County of Orange treasurer's online records reflect that no balance is owed on account of this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 8 | Dallas County<br>Attn: Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207 | 48 | $26,431.43 (S)<br>(A)<br>(P)<br>(U)<br>$26,431.43 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on January 19, 2016. |
| 9 | Fulton County Tax Commissioner<br>141 Pryor St., Suite 1113<br>Atlanta, GA 30303 | 810 | (S)<br>(A)<br>$16,734.96 (P)<br>(U)<br>$16,734.96 (T) | The Fulton County Tax online records reflect that no balance is owed on account of this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 10 | Gwinnett County Tax Commissioner<br>P.O. Box 375<br>Lawrenceville, GA 30046 | 4189 | (S)<br>(A)<br>$9,973.46 (P)<br>(U)<br>$9,973.46 (T) | The Gwinnett County Tax online records indicate that no billed amounts are outstanding in relation to this claim. Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 11 | Pierce County Budget & Finance<br>Attn: Allen<br>615 So. 9th St, Ste. 100<br>Tacoma, WA 98405 | 3901 | $18,628.20 (S)<br>(A)<br>(P)<br>(U)<br>$18,628.20 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on June 7, 2016. |

-2-

| | | | | |
|---|---|---|---|---|
| 12 | Prince William County<br>P.O. Box 2467<br>Woodbridge, VA 22195-2467 | 3785 | (S)<br>(A)<br>$26,345.72 (P)<br>(U)<br>$26,345.72 (T) | The Prince William County online records reflect that no billed amounts are outstanding in relation to this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 13 | Washington County Assessment Taxation<br>Attn: Mike DeRose<br>Department of Assessment<br>155 n. First Avenue, Suite 130, MS 8<br>Hillsboro, OR 97124-3072 | 268 | $7,514.69 (S)<br>(A)<br>(P)<br>(U)<br>$7,514.69 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on July 15, 2016. |

**Schedule 2**

**Overstated Claims**

| | **Claimant Name** | **Claim No.** | **Original Claim Amount**[1] | **Modified Claim Amount** | **Reason for Modification** |
|---|---|---|---|---|---|
| 1 | Adams County Treasurer<br>P.O. Box 869<br>Brighton, CO 80601 | 4014 | $81,684.19 (S)<br>(A)<br>(P)<br>(U)<br>$81,684.19 (T) | $59,238.40 (S)<br>(A)<br>(P)<br>(U)<br>$59,238.40 (T) | Liability for this claim for ad valorem taxes related to account P0002327 was satisfied by Zenith in connection with the Sale in the amount of $13,422.07. Liability for this claim related to account R0058147 was satisfied by Corinthian Real Estate Investments, LLC in the amount of $6,838.04. Only the amount relating to account R0058147 remains outstanding, and such amount should be updated from the estimate in the claim (i.e. $60,937.49) to the actual amount of $59,238.40. |
| 2 | Aldine Independent School District<br>Tax Office<br>14909 Aldine Westfield Rd.<br>Houston, TX 77032 | 3923 | (S)<br>(A)<br>$8,255.02 (P)<br>(U)<br>$8,255.02 (T) | (S)<br>(A)<br>$6,876.61 (P)<br>(U)<br>$6,876.61 (T) | Liability for this claim for ad valorem taxes was estimated for the year 2015 at the amount of $8,255.02 at the time of filing and should be reduced to reflect the actual amount of $6,876.61. |

---

[1]  S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

| | **Claimant Name** | **Claim No.** | **Original Claim Amount**[1] | **Modified Claim Amount** | **Reason for Modification** |
|---|---|---|---|---|---|
| 3 | County of Orange<br>Attn: Bankruptcy Unit<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515 | 1958 | (S)<br>(A)<br>$2,058.91 (P)<br>(U)<br>$2,058.91 (T) | (S)<br>(A)<br>$387.43 (P)<br>(U)<br>$387.43 (T) | The County of Orange treasurer's website reflects that liability for this claim was partially satisfied prepetition in the amount of $1,671.48. The Distribution Trustee believes that Zenith satisfied such amount in connection with the Sale. |
| 4 | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | 4098 | (S)<br>(A)<br>$8,765.26 (P)<br>$50.00 (U)<br>$8,815.26 (T) | (S)<br>(A)<br>$15.26 (P)<br>$50.00 (U)<br>$65.26 (T) | The priority amount of this claim for sales taxes includes the amount of $15.26 owed for the year 2014 and an estimated amount of $8,750.00 for the year 2015 at the at the time of filing. The amount related to 2015 should be reduced to reflect the actual amount of $0.00, reducing the priority claim to $15.26. |
| 5 | San Diego County Treasurer - Tax Collector<br>Attn: Bankruptcy Desk<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101 | 3738 | $276.54 (S)<br>(A)<br>$616.64 (P)<br>(U)<br>$893.18 (T) | $276.54 (S)<br>(A)<br>(P)<br>(U)<br>$276.54 (T) | Liability for this claim was partially satisfied by Zenith in connection with the Sale in the amount of $616.64. |

2

|   | **Claimant Name** | **Claim No.** | **Original Claim Amount**[1] | **Modified Claim Amount** | **Reason for Modification** |
|---|---|---|---|---|---|
| 6 | Tarrant County<br>Attn: Elizabeth Weller<br>Linebarger Goggan Blair<br>& Sampson, LLP<br>2777 N. Stemmons<br>Freeway, Suite 1000<br>Dallas, TX 75207 | 146 | $58,019.82 (S)<br>(A)<br>(P)<br>(U)<br>$58,019.82 (T) | $30,223.58 (S)<br>(A)<br>(P)<br>(U)<br>$30,223.58 (T) | Liability for this claim was partially satisfied by Zenith in connection with the Sale in the amount of $27,796.24. |