**<u>Exhibit 2</u>**

**Redline**

## Schedule 1

**No Liability Claims**

| | Claimant Name | Claim No. | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|
| 1 | Alief Independent School District Attn: Carl O. Sandin Perdue, Brandon, Fielder, Collins & Mott, L.L.P. 1235 North Loop West, Suite 600 Houston, TX 77008 | 3900 | $14,521.35 (S) (A) (P) (U) $14,521.35 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on July 26, 2016. |
| 2 | Bexar County Attn: David G. Aelvoet Linebarger Goggan Blair & Sampson, LLP 711 Navarro Street, Ste. 300 San Antonio, TX 78205 | 135 | $25,968.38 (S) (A) (P) (U) $25,968.38 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on March 22, 2016. |
| 3 | Clark County Treasurer P.O Box 9808 Vancouver, WA 98666 | 176 | (S) (A) $1,697.62 (P) (U) $1,697.62 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 4 | Contra Costa County-Tax Collector Attn: Bankruptcy P.O. Box 967 Martinez, CA 94553 | 1175 | $22,551.76 (S) (A) (P) (U) $22,551.76 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on February 29, 2016. |

---

[1]     S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

| 5 | County of Orange Attn: Bankruptcy Unit P.O. Box 4515 Santa Ana, CA 92702-4515 | 4272 | (S) (A) $158,937.65 (P) (U) $158,937.65 (T) | The County of Orange treasurer's online records reflect that no balance is owed on account of this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
|---|---|---|---|---|
| 6 | County of Orange Attn: Bankruptcy Unit P.O. Box 4515 Santa Ana, CA 92702-4515 | 4273 | (S) (A) $15,405.96 (P) (U) $15,405.96 (T) | The County of Orange treasurer's online records reflect that no balance is owed on account of this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 7 | County of Orange Attn: Bankruptcy Unit P.O. Box 4515 Santa Ana, CA 92702-4515 | 4274 | (S) (A) $21,627.64 (P) (U) $21,627.64 (T) | The County of Orange treasurer's online records reflect that no balance is owed on account of this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 8 | Dallas County Attn: Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2777 N. Stemmons Freeway, Suite 1000 Dallas, TX 75207 | 48 | $26,431.43 (S) (A) (P) (U) $26,431.43 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on January 19, 2016. |
| 9 | Fulton County Tax Commissioner 141 Pryor St., Suite 1113 Atlanta, GA 30303 | 810 | (S) (A) $16,734.96 (P) (U) $16,734.96 (T) | The Fulton County Tax online records reflect that no balance is owed on account of this claim.  The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 10 | Gwinnett County Tax Commissioner P.O. Box 375 | 4189 | (S) (A) $9,973.46 (P) (U) | The Gwinnett County Tax online records indicate that no billed amounts are outstanding in relation to this claim. Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |

RLF1 25928016v.126027415v.1

| | | | | |
|---|---|---|---|---|
| | Lawrenceville, GA 30046 | | $9,973.46 (T) | |
| 11 | Pierce County Budget & Finance Attn: Allen 615 So. 9th St, Ste. 100 Tacoma, WA 98405 | 3901 | $18,628.20 (S) (A) (P) (U) $18,628.20 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on June 7, 2016. |
| 12 | Prince William County P.O. Box 2467 Woodbridge, VA 22195-2467 | 3785 | (S) (A) $26,345.72 (P) (U) $26,345.72 (T) | The Prince William County online records reflect that no billed amounts are outstanding in relation to this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| ~~13~~ | ~~Travis County Attn: Kay D. Brock P.O. Box 1748 Austin, TX 78767~~ | ~~4270~~ | ~~(S)~~ ~~(A)~~ ~~$28,305.84 (P)~~ ~~(U)~~ ~~$28,305.84 (T)~~ | ~~The Travis County online records reflect that no billed amounts are outstanding in relation to this claim, and the property underlying the claim was purchased by Zenith via the Sale.~~ |
| ~~14~~13 | Washington County Assessment Taxation Attn: Mike DeRose Department of Assessment 155 n. First Avenue, Suite 130, MS 8 Hillsboro, OR 97124-3072 | 268 | $7,514.69 (S) (A) (P) (U) $7,514.69 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on July 15, 2016. |

RLF1 ~~25928016v.1~~26027415v.1

## Schedule 2

**Overstated Claims**

| | Claimant Name | Claim No. | Original Claim Amount[1] | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| 1 | Adams County Treasurer P.O. Box 869 Brighton, CO 80601 | 4014 | $81,684.19 (S) (A) (P) (U) $81,684.19 (T) | $59,238.40 (S) (A) (P) (U) $59,238.40 (T) | Liability for this claim for ad valorem taxes related to account P0002327 was satisfied by Zenith in connection with the Sale in the amount of $13,422.07.  Liability for this claim related to account R0058147 was satisfied by Corinthian Real Estate Investments, LLC in the amount of $6,838.04.   Only the amount relating to account R0058147 remains outstanding, and such amount should be updated from the estimate in the claim (i.e. $60,937.49) to the actual amount of $59,238.40. |
| 2 | Aldine Independent School District Tax Office 14909 Aldine Westfield Rd. Houston, TX 77032 | 3923 | (S) (A) $8,255.02 (P) (U) $8,255.02 (T) | (S) (A) $6,876.61 (P) (U) $6,876.61 (T) | Liability for this claim for ad valorem taxes was estimated for the year 2015 at the amount of $8,255.02 at the time of filing and should be reduced to reflect the actual amount of $6,876.61. |
| 3 | County of San Bernardino Office of the Tax Collector 172 West Third Street San Bernardino, CA 92415 | 108 | (S) (A) $85,147.39 (P) (U) $85,147.39 (T) | (S) (A) $69,052.66 (P) (U) $69,052.66 (T) | Liability for this claim for ad valorem taxes was estimated for the year 2015 at the amount of $85,147.39 at the time of filing and should be reduced to reflect the actual amount of $69,052.66. |

---

[1]      S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

| | Claimant Name | Claim No. | Original Claim Amount[1] | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| 4<s>3</s> | County of Orange Attn: Bankruptcy Unit P.O. Box 4515 Santa Ana, CA 92702-4515 | 1958 | (S)<br>(A)<br>$2,058.91 (P)<br>(U)<br>$2,058.91 (T) | (S)<br>(A)<br>$387.43 (P)<br>(U)<br>$387.43 (T) | The County of Orange treasurer's website reflects that liability for this claim was partially satisfied prepetition in the amount of $1,671.48. The Distribution Trustee believes that Zenith satisfied such amount in connection with the Sale. |
| 5<s>4</s> | New York State Department of Taxation and Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | 4098 | (S)<br>(A)<br>$8,765.26 (P)<br>$50.00 (U)<br>$8,815.26 (T) | (S)<br>(A)<br>$15.26 (P)<br>$50.00 (U)<br>$65.26 (T) | The priority amount of this claim for sales taxes includes the amount of $15.26 owed for the year 2014 and an estimated amount of $8,750.00 for the year 2015 at the at the time of filing.  The amount related to 2015 should be reduced to reflect the actual amount of $0.00, reducing the priority claim to $15.26. |
| 6<s>5</s> | San Diego County Treasurer - Tax Collector Attn: Bankruptcy Desk 1600 Pacific Highway, Room 162 San Diego, CA 92101 | 3738 | $276.54 (S)<br>(A)<br>$616.64 (P)<br>(U)<br>$893.18 (T) | $276.54 (S)<br>(A)<br>(P)<br>(U)<br>$276.54 (T) | Liability for this claim was partially satisfied by Zenith in connection with the Sale in the amount of $616.64. |

RLF1 25928016v.126027415v.1

| | Claimant Name | Claim No. | Original Claim Amount[1] | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| 76 | Tarrant County Attn: Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2777 N. Stemmons Freeway, Suite 1000 Dallas, TX 75207 | 146 | $58,019.82 (S) (A) (P) (U) $58,019.82 (T) | $30,223.58 (S) (A) (P) (U) $30,223.58 (T) | Liability for this claim was partially satisfied by Zenith in connection with the Sale in the amount of $27,796.24. |

3