# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § § | |
| | § | Re: Docket No. 1784 |

---

### NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING DISTRIBUTION TRUSTEE'S SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) NO LIABILITY CLAIMS AND (II) OVERSTATED CLAIMS

PLEASE TAKE NOTICE that the Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust, has electronically delivered to The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 copies of the relevant proofs of claim (the "**Claims**") subject to the *Distribution Trustee's Second Omnibus (Substantive) Objection to Certain (I) No Liability Claims and (II) Overstated Claims* [Docket No. 1784], filed on September 3, 2021.

PLEASE TAKE FURTHER NOTICE that copies of the Claims may be obtained from the Distribution Trustee's undersigned counsel.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

RLF1 26035386v.1

| | |
|---|---|
| Dated: September 21, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Robert C. Maddox*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email:  collins@rlf.com<br>            merchant@rlf.com<br>            steele@rlf.com<br>            maddox@rlf.com<br><br>Counsel for the Distribution Trustee |