| Claimant Name | Claim No. | Original Claim Amount[1] | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| 1 Adams County Treasurer P.O. Box 869 Brighton, CO 80601 | 4014 | $81,684.19 (S) (A) (P) (U) $81,684.19 (T) | $59,238.40 (S) (A) (P) (U) $59,238.40 (T) | Liability for this claim for ad valorem taxes related to account P0002327 was satisfied by Zenith in connection with the Sale in the amount of $13,422.07. Liability for this claim related to account R0058147 was satisfied by Corinthian Real Estate Investments, LLC in the amount of $6,838.04. Only the amount relating to account R0058147 remains outstanding, and such amount should be updated from the estimate in the claim (i.e. $60,937.49) to the actual amount of $59,238.40. |
| 2 Aldine Independent School District Tax Office 14909 Aldine Westfield Rd. Houston, TX 77032 | 3923 | (S) $8,255.02 (A) $8,255.02 (P) (U) $8,255.02 (T) | (S) $6,876.61 (A) $6,876.61 (P) (U) $6,876.61 (T) | Liability for this claim for ad valorem taxes was estimated for the year 2015 at the amount of $8,255.02 at the time of filing and should be reduced to reflect the actual amount of $6,876.61. |

---

[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

RLF1 26027415v.1