**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § § § § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | | Case No. 15-10952 (JTD) |
| Debtor. | | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 5, 2021 AT 11:00 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.*

**I.    RESOLVED MATTERS:**

1. Distribution Trustee's Twelfth Motion for an Order Extending the Claims Objection Deadline through March 7, 2022 [Docket No. 1783 – filed September 3, 2021]

    Objection / Response Deadline:    September 17, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

    i.  Certificate of No Objection Regarding Distribution Trustee's Twelfth Motion for an Order Extending the Claims Objection Deadline through March 7, 2022 [Docket No. 1790 – filed September 21, 2021]

    ii. Order Granting Distribution Trustee's Twelfth Motion for an Order Extending the Claims Objection Deadline through March 7, 2022 [Docket No. 1792 – entered September 22, 2021]

    Status:  On September 22, 2021, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

2. Distribution Trustee's Second Omnibus (Substantive) Objection to Certain (I) No Liability Claims and (II) Overstated Claims [Docket No. 1784 – filed September 3, 2021]

   Objection / Response Deadline:   September 17, 2021 at 4:00 p.m. (ET)

   Objections / Responses Received:

   i.  Informal response from Travis County

   ii. Informal response to County of San Bernardino

   Related Documents:

   i.  Certification of Counsel Regarding Distribution Trustee's Second Omnibus (Substantive) Objection to Certain (I) No Liability Claims and (II) Overstated Claims [Docket No. 1788 – filed September 21, 2021]

   ii. Order Sustaining the Distribution Trustee's Second Omnibus (Substantive) Objection to Certain (I) No Liability Claims and (II) Overstated Claims [Docket No. 1791 – entered September 22, 2021]

   Status:  On September 22, 2021, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated: September 30, 2021
       Wilmington, Delaware

Respectfully submitted,

*/s/ Robert C. Maddox*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email:  collins@rlf.com
        merchant@rlf.com
        steele@rlf.com
        maddox@rlf.com

Counsel for the Distribution Trustee