UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

DEBTOR: Corinthian Colleges, Inc., et al

CASE NO: 15-10952

ATTACHMENT TO POST CONFIRMATION REPORT FOR THE QUARTER ENDED 12/31/2021

Please note that Part 3 of the PCR has been updated to reflect the current financial status of the case. These values have been adjusted due to various reasons including, but not limited to, claims objection being adjudicated, claim withdrawals, claim amendments, and availability of unexpected funds.