# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § | **Re: Docket No. 1805** |

---------------------------------------------------------------

**ORDER GRANTING DISTRIBUTION TRUSTEE'S THIRTEENTH**
**MOTION FOR AN ORDER EXTENDING THE CLAIMS**
**OBJECTION DEADLINE THROUGH SEPTEMBER 5, 2022**

This matter coming before the Court upon the *Distribution Trustee's Thirteenth Motion for an Order Extending the Claims Objection Deadline Through September 5, 2022* (the "**Motion**"),[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor;

---

[1]     The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

[2]     Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

-2-

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The time period for the Distribution Trustee to file objections to claims is extended through and including September 5, 2022.

3.      The entry of this Order shall be subject to and without prejudice to the rights of the Distribution Trustee to request further extensions the Claims Objection Deadline.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

RLF1 26980820v.1