IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § § § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | | Case No. 15-10952 (JTD) |
| Debtor. | | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 17, 2022 AT 11:00 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING
HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.    RESOLVED MATTER:**

1.  Distribution Trustee's Thirteenth Motion for an Order Extending the Claims Objection Deadline through September 5, 2022 [Docket No. 1805 – filed February 24, 2022]

    Objection / Response Deadline:   March 10, 2022 at 4:00 p.m. (ET)

    Objections / Responses Received:   None.

    Related Documents:

    i.  Certificate of No Objection Regarding Distribution Trustee's Thirteenth Motion for an Order Extending the Claims Objection Deadline through September 5, 2022 [Docket No. 1807 – filed March 11, 2022 ]

    ii. Order Granting Distribution Trustee's Thirteenth Motion for an Order Extending the Claims Objection Deadline through September 5, 2022 [Docket No. 1808 – entered March 14, 2022]

    Status:  On March 14, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

|  |  |
|---|---|
| Dated: March 15, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Emily R. Mathews*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Emily R. Mathews (No. 6866)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: collins@rlf.com<br>         merchant@rlf.com<br>         steele@rlf.com<br>         maddox@rlf.com<br>         mathews@rlf.com<br><br>Counsel for the Distribution Trustee |

RLF1 26900348v.1