# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC.[1]<br><br>Debtor | Chapter 11<br><br>Case No. 15-10952 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on March 14, 2022, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Granting Distribution Trustee's Thirteenth Motion for an Order Extending the Claims Objection Deadline through September 5, 2022 [Docket No. 1808]**

Pursuant to Local Rule 5005-4(c)(ii) of the United States Bankruptcy Court – District of Delaware, notice of this filing will be sent to the following parties attached hereto as **Exhibit C** through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Dated: March 17, 2022

/s/ Darleen Sahagun
Darleen Sahagun
Omni Management Group
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{                    } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this _____ day of _____, 20____, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**SEE ATTACHED ACKNOWLEDGMENT**

_____
Notary Public

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: Corinthian Colleges, Inc. (7312)..

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __LOS ANGELES__ }

On __03/17/2022__ before me, __N SMITH NOTARY PUBLIC__,  
      Date                                              Here Insert Name and Title of the Officer  
personally appeared __DARLEEN SAHAGUN__  
                                  Name(s) of Signer(s)

_____,  
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: N. SMITH, Notary Public - California, Los Angeles County, Commission # 2392084, My Comm. Expires Jan 29, 2026]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  
                Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

——————— **OPTIONAL** ———————  
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  
Title or Type of Document: _____  
Document Date: _____ Number of Pages: _____  
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**  
Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited ☐ General  
☐ Individual        ☐ Attorney in Fact  
☐ Trustee          ☐ Guardian or Conservator  
☐ Other: _____  
Signer is Representing: _____

Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited ☐ General  
☐ Individual        ☐ Attorney in Fact  
☐ Trustee          ☐ Guardian or Conservator  
☐ Other: _____  
Signer is Representing: _____

©2019 National Notary Association

# **EXHIBIT A**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>NOTICES@BECKET-LEE.COM | ARAPAHOE COUNTY TREASURER<br>BENJAMIN SWARTZENDRUBER<br>BSWARTZENDRUBER@ARAPAHOEGOV.COM | ARAPAHOE COUNTY TREASURER<br>WENDY ROSSMAN<br>WROSSMAN@ARAPAHOEGOV.COM |
| ASHBY & GEDDES, P.A.<br>LEIGH-ANNE RAPORT<br>LRAPORT@ASHBY-GEDDES.COM | ASHBY & GEDDES, P.A.<br>RICARDO PALACIO<br>RPALACIO@ASHBY-GEDDES.COM | ASHBY & GEDDES, P.A.<br>WILLIAM BOWDEN<br>WBOWDEN@ASHBY-GEDDES.COM |
| BALLARD SPAHR LLP<br>BRIAN HUBEN<br>HUBENB@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>DUSTIN BRANCH<br>BRANCHD@BALLARDSPAHR.COM | BMC GROUP, INC.<br>T. FEIL<br>TFEIL@BMCGROUP.COM |
| BOVITZ & SPITZER<br>J. SCOTT BOVITZ<br>BOVITZ@BOVITZ-SPITZER.COM | BROWN RUDNICK LLP<br>BENNETT SILVERBERG<br>BSILVERBERG@BROWNRUDNICK.COM | BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM |
| CALIFORNIA DEPARTMENT OF JUSTICE<br>BERNARD A. ESKANDARI<br>BERNARD.ESKANDARI@DOJ.CA.GOV | CALIFORNIA DEPARTMENT OF JUSTICE<br>NANCY QUACH<br>NANCY.QUACH@DOJ.CA.GOV | COMMONWEALTH OF MASSACHUSETTS<br>GLENN KAPLAN<br>GLENN.KAPLAN@STATE.MA.US |
| COMMONWEALTH OF MASSACHUSETTS<br>PETER LEIGHT<br>PETER.LEIGHT@STATE.MA.US | COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | CONSUMER FINANCIAL PROTECTION BUREAU<br>CYNTHIA GOOEN LESSER<br>CYNTHIA.LESSER@CFPB.GOV |
| DEVELOPMENT RESOURCES, INC.<br>JOHN GIANNOPOULOS<br>JOHNG@DEVRESINC.COM | DRINKER BIDDLE & REATH LLP<br>H. JOHN MICHEL, JR.<br>JOHN.MICHEL@DBR.COM | DRINKER BIDDLE & REATH LLP<br>MICHAEL P. POMPEO<br>MICHAEL.POMPEO@DBR.COM |
| DUMAS & KIM, APC<br>CHRISTIAN KIM<br>CKIM@DUMAS-LAW.COM | FAIRFIELD AND WOODS, P.C.<br>CAROLINE C. FULLER<br>CFULLER@FWLAW.COM | FRANKGECKER LLP<br>JOSEPH FRANK<br>JFRANK@FGLLP.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | HAWAII STATE DEPARTMENT OF EDUCATION<br>DOE_INFO@HAWAIIDOE.ORG | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>BANKRUPTCY2@IRONMOUNTAIN.COM |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>BARRY FREEMAN<br>BFREEMAN@JMBM.COM | JEFFER MANGELS BUTLER & MITCHELL LLP<br>DAVID POITRAS<br>DPOITRAS@JMBM.COM | KELLEY DRYE & WARREN LLP<br>BANKRUPTCY DEPARTMENT<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>RLEHANE@KELLEYDRYE.COM | KLEIN LLC<br>JULIA B. KLEIN<br>KLEIN@KLEINLLC.COM | KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>THOMAS G. KING<br>TKING@KREISENDERLE.COM |
| LAW OFFICE OF DONALD W. SIEVEKE<br>DONALD W. SIEVEKE<br>DWS4LAW@PACBELL.NET | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DAVID G. AELVOET<br>SANANTONIO.BANKRUPTCY@PUBLICANS.COM | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LOIZIDES, P.A.<br>CHRISTOPHER D. LOIZIDES<br>LOIZIDES@LOIZIDES.COM | MORRIS JAMES LLP<br>CARL N. KUNZ III<br>CKUNZ@MORRISJAMES.COM | MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>JWAXMAN@MORRISJAMES.COM |
| MORRISON & FOERSTER LLP<br>ERICA RICHARDS<br>ERICHARDS@MOFO.COM | MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI<br>LMARINUZZI@MOFO.COM | NYS DEPT. OF TAXATION & FINANCE<br>ROBERT COOK<br>ROBERT.COOK@TAX.NY.GOV |
| OFFICE OF THE ATTORNEY GENERAL<br>JOSEPH J. SANDERS<br>JSANDERS@ATG.STATE.IL.US | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>RICHARD.SCHEPACARTER@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY FOX<br>TIMOTHY.FOX@USDOJ.GOV |

| | | |
|---|---|---|
| OREGON DEPARTMENT OF JUSTICE<br>CAROLYN G. WADE<br>CAROLYN.G.WADE@DOJ.STATE.OR.US | OUTTEN & GOLDEN LLP<br>JACK RAISNER<br>JAR@OUTTENGOLDEN.COM | OUTTEN & GOLDEN LLP<br>RENÉ ROUPINIAN<br>RSR@OUTTENGOLDEN.COM |
| PALM SPRINGS MILE ASSOCIATES, LTD<br>PHILLIP J. EISENBERG<br>PEISENBERG@PIHC.COM | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>OWEN M. SONIK<br>OSONIK@PBFCM.COM | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ELIZABETH BANDA CALVO<br>EBCALVO@PBFCM.COM |
| PIRCHER, NICHOLS & MEEKS<br>EUGENE J.M. LEONE<br>ELEONE@PIRCHER.COM | POLSINELLI PC<br>CHRISTOPHER WARD<br>CWARD@POLSINELLI.COM | POLSINELLI PC<br>SHANTI KATONA<br>SKATONA@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>ETTA MAYERS<br>EMAYERS@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN<br>JRYAN@POTTERANDERSON.COM | RICHARDS, LAYTON & FINGER, PA<br>AMANDA STEELE<br>STEELE@RLF.COM |
| RICHARDS, LAYTON & FINGER, PA<br>MARISA TERRANOVA FISSEL<br>TERRANOVAFISSEL@RLF.COM | RICHARDS, LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS, LAYTON & FINGER, PA<br>MICHAEL MERCHANT<br>MERCHANT@RLF.COM |
| ROBINS KAPLAN LLP<br>SCOTT F. GAUTIER<br>SGAUTIER@ROBINSKAPLAN.COM | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ABIGAIL SNOW<br>ASNOW@SSBB.COM | SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE<br>CBELMONTE@SSBB.COM |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>NY-DOCKETING@SHEPPARDMULLIN.COM | SIDLEY AUSTIN LLP<br>ANNA GUMPORT<br>AGUMPORT@SIDLEY.COM | SIDLEY AUSTIN LLP<br>JENNIFER HAGLE<br>JHAGLE@SIDLEY.COM |
| SIMON PROPERTY GROUP, INC.<br>RONALD M. TUCKER<br>RTUCKER@SIMON.COM | STATE OF MICHIGAN<br>HEATHER DONALD<br>DONALDH@MICHIGAN.GOV | SYNCHRONY BANK<br>RAMESH SINGH<br>CLAIMS@RECOVERYCORP.COM |
| THE ROSNER LAW GROUP<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TN DEPT OF REVENUE<br>AGBANKDELAWARE@AG.TN.GOV | TRAVIS COUNTY<br>KAY D. BROCK<br>KAY.BROCK@CO.TRAVIS.TX.US |
| TX COMPTROLLER OF PUBLIC ACCOUNTS<br>COURTNEY J. HULL<br>COURTNEY.HULL@TEXASATTORNEYGENERAL.GOV | U.S. DEPARTMENT OF JUSTICE<br>DANIELLE PHAM<br>DANIELLE.PHAM@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>JOHN KRESSE<br>JOHN.KRESSE@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE<br>MICHAEL R. SEW.HOY<br>MICHAEL.R.SEW.HOY@USDOJ.GOV | WISCONSIN DEPARTMENT OF JUSTICE<br>MICHAEL MORRIS<br>MORRISMD@DOJ.STATE.WI.US | |

Parties Served: 77

# **EXHIBIT B**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>C/O BECKET AND LEE LLP<br>ATTN: GILBERT B WEISMAN<br>POB 3001<br>MALVERN, PA 19355-0701 | ARAPAHOE COUNTY TREASURER<br>ATTN: BENJAMIN SWARTZENDRUBER<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN/RICARDO PALACIO<br>ATTN: LEIGH-ANNE RAPORT<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150 |
| BALLARD SPAHR LLP<br>ATTN: BRIAN HUBEN<br>2029 CENTURY PARK EAST, SUITE 800<br>LOS ANGELES, CA 90067-2909 | BALLARD SPAHR LLP<br>ATTN: DUSTIN BRANCH<br>2029 CENTURY PARK EAST, SUITE 800<br>LOS ANGELES, CA 90067-2909 | BMC GROUP, INC.<br>ATTN: T. FEIL<br>3732 W. 120TH STREET<br>HAWTHORN, CA 90250 |
| BOVITZ & SPITZER<br>ATTN: J. SCOTT BOVITZ<br>1100 WILSHIRE BLVD., SUITE 2403<br>LOS ANGELES, CA 90017 | BROWN RUDNICK LLP<br>ATTN: BENNETT SILVERBERG<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUCHALTER NEMER, A PROFESSIONAL CORPORAT<br>ATTN: SHAWN M. CHRISTIANSON, ESQ<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 |
| BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., SUITE 1045<br>PORTLAND, OR 97232 | CA LABOR & WORKFORCE DEVELOPMENT AGENCY<br>ATTN: PAGA ADMINISTRATOR<br>455 GOLDEN GATE AVENUE, 9TH FLOOR<br>SAN FRANCISCO, CA 94102 | CAL/OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 |
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BERNARD A. ESKANDARI<br>300 S. SPRING ST., STE. 1702<br>LOS ANGELES, CA 90013 | CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: NANCY QUACH<br>455 GOLDEN GATE, SUITE 11000<br>SAN FRANCISCO, CA 94102-7004 | COMMONWEALTH OF MASSACHUSETTS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY, AG<br>ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 |
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>ATTN: LINDA MITTEN<br>651 BOAS STREET, ROOM 700<br>HARRISBURG, PA 17121 | CONSUMER FINANCIAL PROTECTION BUREAU<br>ATTN: CYNTHIA GOOEN LESSER<br>ASSISTANT DEPUTY ENFORCEMENT DIRECTOR<br>1700 G STREET, N.W.<br>WASHINGTON, D.C. 20552 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 898<br>DOVER, DE 19903 |
| DEPT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL ST #321<br>HONOLULU, HI 96813 | DEVELOPMENT RESOURCES, INC.<br>ATTN: JOHN GIANNOPOULOS<br>333 NORTH DES PLAINES STREET<br>CHICAGO, IL 60661 | DIVISION OF SAFETY & HEALTH<br>ONE HUDSON SQUARE<br>75 VARICK STREET (7TH FLOOR)<br>NEW YORK, NY 10013 |
| DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | DRINKER BIDDLE & REATH LLP<br>ATTN: H. JOHN MICHEL, JR.<br>ONE LOGAN SQUARE, STE. 2000<br>PHILADELPHIA, PA 19103-6996 | DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK, NY 10036-2714 |
| DUMAS & KIM, APC<br>ATTN: CHRISTIAN T. KIM<br>3435 WILSHIRE BLVD., SUITE 990<br>LOS ANGELES, CA 90010 | EQUITY ONE, INC.<br>ATTN: LEGAL DEPARTMENT<br>1 INDEPENDENT DR, STE 114<br>JACKSONVILLE, FL 32202 | FAIRFIELD AND WOODS, P.C.<br>ATTN: CAROLINE C. FULLER<br>1801 CALIFORNIA STREET, SUITE 2600<br>DENVER, CO 80202 |
| FRANKGECKER LLP<br>ATTN: JOSEPH FRANK<br>1327 W WASHINGTON BLVD, STE 5 G-H<br>CHICAGO, IL 60607 | GE INFORMATION TECHNOLOGY SOLUTIONS<br>F/D/B/A IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON, GA 31208-3708 | GIBBONS P.C.<br>ATTN: HOWARD A. COHEN<br>300 DELAWARE AVENUE, SUITE 1015<br>WILMINGTON, DE 19801-1671 |
| HAWAII STATE DEPARTMENT OF EDUCATION<br>1390 MILLER ST.<br>HONOLULU, HI 96813 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>ATTN: JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON, MA 02110 |

| | | |
|---|---|---|
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN: BARRY FREEMAN/DAVID POITRAS<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KLEIN LLC<br>ATTN: JULIA KLEIN<br>919 N. MARKET STREET, SUITE 600<br>WILMINGTON, DE 19801 |
| KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>ATTN: THOMAS G. KING<br>PO BOX 4010<br>KALAMAZOO, MI 49003-4010 | LAW OFFICE OF DONALD W. SIEVEKE<br>ATTN: DONALD W. SIEVEKE<br>1113 N. SPURGEON STREET<br>SANTA ANA, CA 92701 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DAVID G. AELVOET<br>711 NAVARRO STREET, STE 300<br>SAN ANTONIO, TX 78205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | LOIZIDES, P.A.<br>ATTN: CHRISTOPHER D. LOIZIDES<br>1225 KING STREET, SUITE 800<br>WILMINGTON, DE 19801 | MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| MORRIS JAMES LLP<br>ATTN: CARL KUNZ III/JEFFREY WAXMAN<br>500 DELAWARE AVE, SUITE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19801 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI/ERICA RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601 | NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 |
| NYC DEPARTMENT OF EDUCATION<br>TWEED COURTHOUSE<br>52 CHAMBERS STREET<br>NEW YORK, NY 10007 | NYS DEPT. OF TAXATION & FINANCE<br>OFFICE OF COUNSEL<br>ATTN: ROBERT COOK/AMANDA HILLER<br>340 EAST MAIN ST.,<br>ROCHESTER, NY 14604 | OCCUPATIONAL SAFETY & HEALTH<br>830 PUNCHBOWL ST # 425<br>HONOLULU, HI 96813 |
| OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION<br>800 W. WASHINGTON STREET, 2ND FLOOR<br>PHOENIX, AZ 85007 | OFFICE OF PRIVATE POSTSECONDARY EDUCATION<br>OREGON HIGHER EDUCATION COORDINATING COMMI<br>255 CAPITOL ST. NE FL. 4<br>SALEM, OR 97310-1300 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSEPH J. SANDERS<br>100 W RANDOLPH ST., 12TH FL.<br>CHICAGO, IL 60601 |
| OFFICE OF THE ATTORNEY GENERAL<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I ST.<br>SACRAMENTO, CA 95814-5901 | OFFICE OF THE U.S. ATTORNEY<br>ATTN: CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 | OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF ARIZONA<br>ATTN: JOHN S. LEONARDO<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1200<br>PHOENIX, AZ 85004-4408 |
| OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF HAWAII<br>ATTN: FLORENCE T. NAKAKUNI<br>300 ALA MOANA BLVD., #6-100<br>HONOLULU, HI 96850 | OFFICE OF THE U.S. ATTORNEY<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: KELLY T. CURRIE<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | OFFICE OF THE U.S. ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: PREET BHARARA<br>ONE SAINTS ANDREW PLAZA<br>NEW YORK, NY 10007 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | OREGON DEPARTMENT OF JUSTICE<br>ATTN: CAROLYN G. WADE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 | OUTTEN & GOLDEN LLP<br>ATTN: JACK RAISNER/RENÉ ROUPINIAN<br>685 THIRD AVENUE, 25TH FLOOR<br>NEW YORK, NY 10017 |
| PALM SPRINGS MILE ASSOCIATES, LTD<br>ATTN: PHILLIP J. EISENBERG<br>C/O PHILLIPS INTERNATIONAL<br>295 MADISON AVE., 2ND FLOOR<br>NEW YORK, NY 10017 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>ATTN: OWEN M. SONIK<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LL<br>ATTN: ELIZABETH BANDA CALVO<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010 |
| PIRCHER, NICHOLS & MEEKS<br>ATTN: EUGENE J.M. LEONE<br>900 N. MICHIGAN AVENUE<br>SUITE 1000<br>CHICAGO, IL 60611 | POLSINELLI PC<br>ATTN: CHRISTOPHER WARD/SHANTI KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/ETTA MYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>P.O. BOX 951<br>WILMINGTON, DE 19899-0951 |

| | | |
|---|---|---|
| ROBAINA & KRESIN<br>ATTN: THOMAS GRIFFIN<br>5343 N 16TH ST # 200<br>PHOENIX, AZ 85016-3231 | ROBINS KAPLAN LLP<br>ATTN: SCOTT GAUTIER<br>2049 CENTURY PARK EAST, SUITE 3400<br>LOS ANGELES, CA 90067 | RUDER WARE, L.L.S.C.<br>ATTN: JEREMY M. WELCH<br>500 NORTH FIRST STREET, SUITE 8000<br>P.O. BOX 8050<br>WAUSAU, WI 54402-8050 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW<br>230 PARK AVENUE, SUITE 1130<br>NEW YORK, NY 10169 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REG. DIRECTOR<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ATTN: CARREN B. SHULMAN, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | SIDLEY AUSTIN LLP<br>ATTN: JENNIFER HAGLE/ANNA GUMPORT<br>555 WEST FIFTH STREET, #4000<br>LOS ANGELES, CA 90013 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE - 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: BILL SCHUETTE/HEATHER DONALD<br>CADILLAC PLACE, SUITE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | STATE OF OREGON OSHA OFFICE<br>1230 NE 3RD ST #115<br>BEND, OR 97701 |
| SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 | THE INDUSTRIAL COMMISSION OF ARIZONA<br>LABOR DEPARTMENT<br>ATTN: KAREN AXSOM, DIRECTOR<br>800 W. WASHINGTON ST<br>PHOENIX, AZ 85007 | TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 |
| TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | TREASURER - TAX COLLECTOR<br>DAN MCALLISTER<br>ATTN: BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | TX COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: COURTNEY J. HULL<br>ATTN: JOHN MARK STERN, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION, MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 |
| U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MICHAEL R. SEW HOY<br>1100 L STREET, N.W., ROOM 10048<br>WASHINGTON, D.C. 20005 | UNITED STATES DEPARTMENT OF LABOR<br>ATTN: THOMAS E. PEREZ, SECRETARY<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20210 |
| WATT LONG BEACH, LLC<br>ATTN: JAMES MAGINN<br>2716 OCEAN PARK BLVD.<br>SANTA MONICA, CA 90405 | WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN: BRAD D. SCHIMEL, AG<br>ATTN: MICHAEL D. MORRIS<br>POST OFFICE BOX 7857<br>MADISON, WI 53707-7857 | |

Parties Served: 89

**EXHIBIT C**

# Mailing Information for Case 15-10952-JTD

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Marc Abrams**  mabrams@wtplaw.com, adye@wtplaw.com;clano@wtplaw.com
- **David G. Aelvoet**  davida@publicans.com
- **Elihu Ezekiel Allinson, III**  ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
- **Daniel K. Astin**  dastin@ciardilaw.com, wgouldsbury@ciardilaw.com
- **Lorie Ann Ball**  lball@robinskaplan.com, ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com;arichardson@publiccounsel.org
- **Elizabeth Banda Calvo**  rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- **Christopher R. Belmonte**  crbelmonte@duanemorris.com, pabosswick@duanemorris.com,nydocket@duanemorris.com,aesnow@duanemorris.com
- **Ian Connor Bifferato**  cbifferato@tbf.legal, mstewart@tbf.legal;mferraro@tbf.legal
- **Karen C. Bifferato**  kbifferato@connollygallagher.com
- **L. John Bird**  learonjohn.bird@stoel.com, docketclerk@stoel.com;april.mellen@stoel.com
- **Rachel Biblo Block**  rblock@jw.com, bkemp@akingump.com
- **William Pierce Bowden**  wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com
- **Dustin Parker Branch**  branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com
- **Kay Diebel Brock**  bkecf@co.travis.tx.us
- **William J. Burnett**  william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com
- **Rebecca L. Butcher**  butcher@lrclaw.com, rogers@lrclaw.com;ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
- **David W. Carickhoff**  dcarickhoff@archerlaw.com
- **Shawn M. Christianson**  schristianson@buchalter.com, cmcintire@buchalter.com
- **Eboney Cobb**  ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
- **Howard A. Cohen**  howard.cohen@dbr.com
- **Howard A. Cohen**  hcohen@foxrothschild.com, msteen@foxrothschild.com,rsolomon@foxrothschild.com
- **Mark D. Collins**  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Kelly M. Conlan**  kconlan@connollygallagher.com
- **Robert L. Cook**  Robert.Cook@tax.ny.gov
- **Joseph Corrigan**  Bankruptcy2@ironmountain.com
- **Christopher Michael De Lillo**  delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Frank W DeBorde**  fdeborde@mmmlaw.com
- **John D. Demmy**  john.demmy@saul.com, robyn.warren@saul.com
- **Heather L. Donald**  donaldh@michigan.gov
- **John H. Drucker**  jdrucker@druckeradr.com
- **John D. Elrod**  elrodj@gtlaw.com, fieldss@gtlaw.com
- **Bernard A. Eskandari**  bernard.eskandari@doj.ca.gov
- **S. Alexander Faris**  bankfilings@ycst.com
- **Erin R Fay**  efay@bayardlaw.com, kmccloskey@bayardlaw.com
- **Mark E. Felger**  mfelger@cozen.com, kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
- **David L. Finger**  dfinger@delawgroup.com
- **GianClaudio Finizio**  gfinizio@bayardlaw.com, bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
- **Lauren Dunkle Fortunato**  lfortunato@ashby-geddes.com
- **Timothy Jay Fox**  timothy.fox@usdoj.gov
- **Joseph D. Frank**  jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
- **Barry V. Freeman**  bfreeman@jmbm.com, dmp@jmbm.com
- **Caroline C. Fuller**  cfuller@fwlaw.com, dfilipek@fwlaw.com
- **Lars Henrik Fuller**  lfuller@bakerlaw.com, sbliss@bakerlaw.com;lfking@bakerlaw.com
- **Scott F. Gautier**  sgautier@robinskaplan.com, dwymore@robinskaplan.com
- **Jason A. Gibson**  gibson@teamrosner.com
- **Steven A. Ginther**  deecf@dor.mo.gov
- **Lea Pauley Goff**  lea.goff@skofirm.com, emily.keith@skofirm.com
- **Thomas Griffin**  ttg@robainalaw.com, gpc@robainalaw.com
- **Paul S. Groschadl**  pgroschadl@woodsoviatt.com, ehousel@woodsoviatt.com
- **Ruth A. Harvey**  ruth.harvey@usdoj.gov
- **William A. Hazeltine**  Bankruptcy001@sha-llc.com
- **Curtis A Hehn**  curtishehn@comcast.net
- **Reed Heiligman**  reed@hzhlaw.com, awhitt@hzhlaw.com
- **Leslie C. Heilman**  heilmanl@ballardspahr.com, carbonej@ballardspahr.com
- **Brian David Huben**  hubenb@ballardspahr.com, carolod@ballardspahr.com;branchd@ballardspahr.com
- **James E. Huggett**  jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com
- **Courtney J Hull**  bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Joseph H. Huston**  jhh@stevenslee.com
- **Laura Davis Jones**  ljones@pszjlaw.com, efile1@pszjlaw.com
- **Cory D. Kandestin**  kandestin@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Shanti M. Katona**  skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Benjamin W. Keenan**  bkeenan@ashbygeddes.com, bkeenan@ashbygeddes.com
- **Megan Kenney**  rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Julia Bettina Klein**  klein@kleinllc.com
- **Matthew Ryan Koch**  mkoch@milbank.com, jesseyoder@milbank.com;mbrod@milbank.com
- **John Robert Kresse**  John.Kresse@usdoj.gov
- **Carl N. Kunz**  ckunz@morrisjames.com, wweller@morrisjames.com
- **Jeffrey R. Lalama**  jlalama@fgsmlaw.com
- **Tara L. Lattomus**  delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com
- **Robert L. LeHane**  KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Douglas G. Leney**  dleney@archerlaw.com, ahuber@archerlaw.com
- **Scott J. Leonhardt**  leonhardt@teamrosner.com
- **Cynthia Gooen Lesser**  cynthia.lesser@cfpb.gov
- **Zhao Liu**  liu@teamrosner.com

- **Christopher Dean Loizides**    loizides@loizides.com
- **Timothy P Lyster**    tlyster@woodsoviatt.com
- **Robert Charles Maddox**    maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Kevin Scott Mann**    kmann@crosslaw.com, smacdonald@crosslaw.com
- **Emily Rae Mathews**    mathews@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Katharine L. Mayer**    kmayer@mccarter.com
- **Laura L. McCloud**    agbankdelaware@ag.tn.gov
- **John Daniel McLaughlin**    jmclaughlin@ferryjoseph.com, jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com
- **Joseph J. McMahon**    jmcmahon@ciardilaw.com
- **Dennis A. Meloro**    melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
- **Michael Joseph Merchant**    merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Maria Ann Milano**    mamilano@foxrothschild.com, vmagda@foxrothschild.com;jshickich@foxrothschild.com
- **Kathleen M. Miller**    kmiller@skjlaw.com, llb@skjlaw.com,jcb@skjlaw.com
- **Rick S. Miller**    rmiller@ferryjoseph.com, mstucky@ferryjoseph.com
- **Francis A. Monaco**    fmonaco@gsbblaw.com, frankmonacojr@gmail.com
- **Eric J. Monzo**    emonzo@morrisjames.com, wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com
- **Michael Morris**    Morrismd@doj.state.wi.us, radkeke@doj.state.wi.us
- **Marianne S Mortimer**    mmartin@jmbm.com
- **Peter Klaus Muthig**    muthigk@mcao.maricopa.gov, geiserr@mcao.maricopa.gov
- **J. Zachary Noble**    noble@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Frank Eugene Noyes**    fnoyes@offitkurman.com, Elizabeth.White@offitkurman.com
- **James E O'Neill**    joneill@pszjlaw.com, efile1@pszjlaw.com
- **Mark D. Olivere**    olivere@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Steven Phillip Ordaz**    sordaz@bmcgroup.com, tfeil.bmcgroup@ecfalerts.com;bmc@ecfAlerts.com
- **Carter Ott**    carter.ott@doj.ca.gov
- **Ricardo Palacio**    rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com
- **Danielle A Pham**    Danielle.pham@usdoj.gov
- **Marc J. Phillips**    mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com
- **Jason Custer Powell**    jpowell@delawarefirm.com, dtroiano@delawarefirm.com
- **Jack A. Raisner**    jar@raisnerroupinian.com, jar@outtengolden.com;rrllp@ecf.courtdrive.com
- **Marcos Alexis Ramos**    ramos@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Patrick J. Reilley**    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz
- **Erica J. Richards**    erichards@mofo.com, erica-richards-1053@ecf.pacerpro.com
- **Laurel D. Roglen**    roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Alan Michael Root**    aroot@archerlaw.com
- **Frederick Brian Rosner**    rosner@teamrosner.com
- **Rene S. Roupinian**    rsr@raisnerroupinian.com, warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com
- **Rust Consulting/Omni Bankruptcy**    bosborne@omnimgt.com
- **Jeremy William Ryan**    jryan@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com
- **Joseph Sanders**    jsanders@atg.state.il.us
- **Richard L. Schepacarter**    richard.schepacarter@usdoj.gov
- **Michael R. Sew Hoy**    michael.r.sew.hoy@usdoj.gov
- **Carren Shulman**    cshulman@sheppardmullin.com, ny-docketing@sheppardmullin.com
- **Sarah Silveira**    silveira@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Bennett Silverberg**    bsilverberg@brownrudnick.com
- **Ellen Slights**    usade.ecfbankruptcy@usdoj.gov
- **Owen M. Sonik**    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
- **Robert J. Stearn, Jr.**    stearn@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Amanda R. Steele**    steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Ashley B. Stitzer**    astitzer@macelree.com
- **Brian A. Sullivan**    bsullivan@werbsullivan.com, hbelair@werbsullivan.com
- **Benjamin Swartzendruber**    bswartzendruber@arapahoegov.com
- **Theodore J. Tacconelli**    ttacconelli@ferryjoseph.com
- **Gregory A. Taylor**    gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com
- **William F. Taylor**    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- **Marisa A. Terranova**    terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Marisa A. Terranova**    terranova@rlf.com, rbgroup@rlf.com
- **Marisa A. Terranova**    terranova@rlf.com, rbgroup@rlf.com
- **Ronald Mark Tucker**    rtucker@simon.com, bankruptcy@simon.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV
- **Marianna Udem**    mudem@askllp.com
- **Gary D. Underdahl**    gunderdahl@askllp.com
- **William Anthony Van Roo**    vanroolaw@gmail.com
- **Carolyn G. Wade**    carolyn.g.wade@doj.state.or.us
- **Christopher A. Ward**    cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Jeffrey R. Waxman**    jwaxman@morrisjames.com, wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com
- **Jeremy Welch**    jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
- **Helen Elizabeth Weller**    Dora.Casiano-Perez@lgbs.com, Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com
- **Etta Ren Wolfe**    ewolfe@potteranderson.com, bankruptcy@potteranderson.com

## No Notice List

The following is the list of **parties** who are on a related AP case and have asked not to receive notice/service for this lead BK case.

- **Jill B. Bienstock**    jbienstock@coleschotz.com, fpisano@coleschotz.com
- **Nicholas J. Brannick**    nicholas.brannick@newcastlede.gov, rena.ward@newcastlede.gov
- **Gary D. Bressler**    gbressler@mdmc-law.com, scarney@mdmc-law.com;cwhitten@mdmc-law.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Serena Alcala**
,

**Stephanie Alexander-Dutcher**
,

**American Express Travel Related Services Company Inc**
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**Arizona Department of Education**
,

**Neil E. Asnen**
Klein Moynihan Turco, LLP
450 Seventh Avenue
40th Floor
New York, NY 10123

**Eleanor Bailey**
,

**Barbara Gordon**
,

**Ella Marie Barnes**
,

**Charli DeAnne Bennett**
,

**Cody Bertrand**
,

**Melissa Jay Blair-Williams**
,

**J. Scott Bovitz**
Bovitz & Spitzer
1100 Wilshire Boulevard
Suite 2403
Los Angeles, CA 90017

**Joseph P. Buchman**
Burke Williams Sorensen LLP
444 S. Flower Street
Suite 2400
Los Angeles, CA 90071

**California Department of Consumer Affairs, Bureau for Private Postsecondary Education**
,

**Krishawna Carranza**
,

**Ayo Paige Carter**
,

**Angelica Casas**
,

**Kara E. Casteel**
ASK Financial LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

**May C. Cha**
,

**John M. Craig**
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

**Craig R. Jalbert as Distribution Trustee**
,

**David Moore**
,

**Joan T. Davis-Pinkney**
,

**Mildred Diaz**
,

**John H. Drucker**
Cole Schotz P.C.
900 Third Avenue, 16th Floor
New York, NY 10022

**Eli DuBosar**
DuBosar Sheres, P.A.
1800 N. Military Trail
Suite 470
Boca Raton, FL 33431

**Howard DuBosar**
DuBosar Sheres PA
1800 N Military Trail
Suite 470
Boca Raton, FL 33431

**El Paso County Treasurer**
1675 Garden of the Gods
Suite 2100
Colorado Springs, CO 80907

**Eva Deshon**
,

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California Street
Suite 4400
Denver, CO 80202

**Sandra Futch**
,

**GE Capital Information Technology Solutions, Inc. f/d/b/a IKON Financial Services**
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

**Briksam Gad**
,

**Gwendolyn J. Godfrey**
Morris Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

**Ivan M. Gold**
Allen Matkins Leck Gamble Mallory Natsis
Three Embarcadero Center
12th Floor
San Francisco, CA 94111-4074

**Jason Gold**
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue NW
Washington, DC 20001

**Kevin A. Guerke**
Baird Mandalas Brockstedt, LLC
2711 Centerville Road, Suite 401
Wilmington, DE 19808
kguerke@bmbde.com, tonia@bmbde.com

**Anna Gumport**
Sidley Austin LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

**Jennifer C. Hagle**
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

**Nicole L. Hall**
,

**Dennis Erroll Harvey**
,

**Casey Harwood**
,

**Maura Healey**
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

**Cameron Hemperly**
,

**Cynthia C. Hernandez**
Robins Kaplan LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067

**Sherry Hobby**
,

**Brian D. Huben**
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

**Phillip Hunt**
,

**Christopher D. Ivey**
Stradling Yocca Carlson & Rauth PC
100 Wilshire Boulevard
Fourth Floor
Santa Monica, CA 90401

**Jack P. Massimino**
,

**Jeffrey W. Janssen**
,

**Fatima Jones**
,

**Glenn Kaplan**
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

**Karen Rose**
,

**Christian T. Kim**
Dumas & Kim, APC
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010

**Christopher S. Koenig**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

**Kayla Konot**
,

**Anna Kordas**
Jones Day

250 Vesey Stret
New York, NY 10281

**Lampert at 25500 Industrial Blvd., LLC**
,

**Rosalie Latorre**
,

**Peter Leight**
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

**Patrick T. Lennon**
MacFarlane Ferguson & McMullen
P.O. Box 1531
Tampa, FL 33601

**Beverly Lowe**
,

**Michael MacKendrick**
,

**Lorenzo Marinuzzi**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com

**Thaddeus P. Martin**
Law Office of Thaddeus P. Martin
4928 109th St, SW
Lakewood, WA 98499

**Etta R. Mayers**
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19801

**Justin Mazza**
,

**McCann Associates Holdings, LLC**
General Counsel
6805 Route 202
New Hope, PA 18938

**Brigette G. McGrath**
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

**H. John Michel**
Drinker Biddle and Reath LLP
One Logan Square
Ste. 2000
Philadelphia, PA 19103-6996

**Microsoft Corporation**
,

**Sarah Moore**
,

**Tonya Moore**
,

**New York State Department of Labor**
Unemployment Insurance Division
Building 12, Room 256
Albany, NY 12240

**Christina Newsom**
,

**Linda Louise Nguyen**

**Walter K. Oetzell**
Danning Gill Diamond & Kollitz LLP
1900 Avenue of the Stars
11th Floor
Los Angeles, CA 90067

**Office of Unemployment Compensation Tax Services**
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 700
Harrisburg, PA 17121

**Old Orchard Acquisition Partners, LLC**
,

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Ana Laura Ortiz**
,

**PacifiCorp**
,

**Laura Parsons-Rivera**
,

**Patrick Fitzgerald as federally-appointed monitor**
,

**Gwendolyn Pawluck**
,

**Stefanie Pelosi**
,

**Matthew R. Pierce**
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

**David M. Poitras**
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars
Seventh Floor
Los Angeles, CA 90067-4308

**Polsinelli PC**
,

**Michael P. Pompeo**
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

**Public Counsel**
,

**Cynthia Puga**
,

**Quality Investment Properties Sacramento, LLC**
,

**Leigh-Anne M. Raport**
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**Vincent E. Rhynes**
,

**Jose Alberto Rios**
,

**Robins Kaplan LLC**
,

**Brogan Rose**
,

**Mark Rosenbaum**
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005

**Bethany J. Rubis**
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

**Katie Saechao**
,

**Jessica Sanders-Griffin**
,

**Maurice Scarbrough**
,

**Brad D. Schimel**
Wisconsin Department of Justice
P O Box 7857
Madison, WI 53707-7857

**Mara Schteinschraber**
,

**H. Jeffrey Schwartz**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**Katherine A. Seabright**
Fox Rothschild LLP
1001 Fourth Avenue
Suite 4500
Seattle, WA 98154

**Donald W. Sieveke**
Law Office of Donald W. Sieveke
1113 N. Spurgeon Street
Santa Ana, CA 92701

**Abigail Snow**
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

**Andrew Joseph Soto**
,

**Madison S. Spach**
Spach Capalid & Waggaman LLP
4675 MacArthur Court
Suite 550
Newport Beach, CA 92660

**Rabekah St.Vincent**
,

**Joseph L. Steinfeld, Jr.**
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

**Charlotte Anne Sweeney**
,

**Dominque Taylor**
,

**Terry Rawls**

,

**The San Diego County Treasurer-Tax Collector of California**
Attn: Dan McAllister
1600 Pacific Highway, Room 162
San Diego, CA 92101

**Dylan Trache**
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue NW
Suite 900
Washington, DC 20001

**U.S. Bank National Association**
,

**Timothy Tyler Vance**
,

**Eugene Vint**
,

**Samantha Wayne**
,

**Maureen Weaver**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363

**Westmain 2000, LLC**
,

**Tracy J. Whitaker**
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

**Jill A Whitworth**
Ohio Bureau of Workers' Compensatio
30 W. Spring St.
Columbus, OH 43266-0581

**Christine Wilford**
,

**Edwin Nelson Wilkins**
,

**Maxine Winters**
,

**Ardrene Wright**
,

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.