IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § <br> § Chapter 11 <br> CORINTHIAN COLLEGES, INC.[1] § <br> § Case No. 15-10952 (JTD) <br> § <br> Debtor. § **Re: Docket No. 1784, 1787, 1788 & 1791** <br> ------------------------------------------------------------- | |

### CERTIFICATION OF COUNSEL REGARDING *CORRECTED* ORDER SUSTAINING THE DISTRIBUTION TRUSTEE'S SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) NO LIABILITY CLAIMS AND (II) OVERSTATED CLAIMS

The undersigned hereby certifies as follows:

1. On September 3, 2021, Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges Distribution Trust in the above captioned chapter 11 case filed the *Distribution Trustee's Second Omnibus (Substantive) Objection to Certain (I) No Liability Claims and (II) Overstated Claims* [Docket No. 1784] (the "**Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). A proposed form of order (the "**Proposed Order**") sustaining the Objection was attached to the Objection as Exhibit A.

2. Prior to the Response Deadline, the Distribution Trustee received certain informal responses from the County of San Bernardino and Travis County.

3. On September 16, 2021, the Distribution Trustee filed the *Notice of Withdrawal of Distribution Trustee's Second Omnibus (Substantive) Objection to Certain (I) No Liability Claims and (II) Overstated Claims Solely with Respect to the No Liability Claim of Travis County and the Overstated Claim of the County of San Bernardino* [Docket No. 1787] so that the

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

RLF1 26977662v.1

Distribution Trustee could attempt to resolve the claims of the County of San Bernardino and Travis County consensually.

4. On September 21, 2021, the Distribution Trustee prepared a revised form of Proposed Order (the "**Revised Order**") removing the claims of the County of San Bernardino and Travis County from the schedules attached thereto. *See* Docket No. 1788.

5. On September 22, 2021, the Court entered the Revised Order [Docket No. 1791] (the "**Order**") sustaining the Objection.

6. Subsequent to the entry of the Order, the Distribution Trustee became aware that the Order entered was inadvertently missing certain pages to Schedule 2 attached thereto. Accordingly, a corrected form of order (the "**Corrected Order**"), including the complete Schedule 2, is attached hereto as **Exhibit A**.

WHEREFORE, the Distribution Trustee respectfully requests that the Corrected Order be entered at the earliest convenience of the Court.

Dated: May 2, 2022
      Wilmington, Delaware

Respectfully submitted,

*/s/ Emily R. Mathews*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Emily R. Mathews (No. 6866)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email:  collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      maddox@rlf.com
      mathews@rlf.com

Counsel for the Distribution Trustee