## Schedule 1

**No Liability Claims**

| | Claimant Name | Claim No. | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|
| 1 | Alief Independent School District<br>Attn: Carl O. Sandin<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | 3900 | $14,521.35 (S)<br>(A)<br>(P)<br>(U)<br>$14,521.35 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on July 26, 2016. |
| 2 | Bexar County<br>Attn: David G. Aelvoet<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro Street, Ste. 300<br>San Antonio, TX 78205 | 135 | $25,968.38 (S)<br>(A)<br>(P)<br>(U)<br>$25,968.38 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on March 22, 2016. |
| 3 | Clark County Treasurer<br>P.O Box 9808<br>Vancouver, WA 98666 | 176 | (S)<br>(A)<br>$1,697.62 (P)<br>(U)<br>$1,697.62 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 4 | Contra Costa County-Tax Collector<br>Attn: Bankruptcy<br>P.O. Box 967<br>Martinez, CA 94553 | 1175 | $22,551.76 (S)<br>(A)<br>(P)<br>(U)<br>$22,551.76 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on February 29, 2016. |
| 5 | County of Orange<br>Attn: Bankruptcy Unit<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515 | 4272 | (S)<br>(A)<br>$158,937.65 (P)<br>(U)<br>$158,937.65 (T) | The County of Orange treasurer's online records reflect that no balance is owed on account of this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |

---

[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

| # | Creditor | Claim # | Amount | Reason |
|---|---|---|---|---|
| 6 | County of Orange<br>Attn: Bankruptcy Unit<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515 | 4273 | $15,405.96 (S)<br>(A)<br>$15,405.96 (P)<br>(U)<br>$15,405.96 (T) | The County of Orange treasurer's online records reflect that no balance is owed on account of this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 7 | County of Orange<br>Attn: Bankruptcy Unit<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515 | 4274 | $21,627.64 (S)<br>(A)<br>$21,627.64 (P)<br>(U)<br>$21,627.64 (T) | The County of Orange treasurer's online records reflect that no balance is owed on account of this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 8 | Dallas County<br>Attn: Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207 | 48 | $26,431.43 (S)<br>(A)<br>(P)<br>(U)<br>$26,431.43 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on January 19, 2016. |
| 9 | Fulton County Tax Commissioner<br>141 Pryor St., Suite 1113<br>Atlanta, GA 30303 | 810 | $16,734.96 (S)<br>(A)<br>$16,734.96 (P)<br>(U)<br>$16,734.96 (T) | The Fulton County Tax online records reflect that no balance is owed on account of this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 10 | Gwinnett County Tax Commissioner<br>P.O. Box 375<br>Lawrenceville, GA 30046 | 4189 | $9,973.46 (S)<br>(A)<br>$9,973.46 (P)<br>(U)<br>$9,973.46 (T) | The Gwinnett County Tax online records indicate that no billed amounts are outstanding in relation to this claim. Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 11 | Pierce County Budget & Finance<br>Attn: Allen<br>615 So. 9th St, Ste. 100<br>Tacoma, WA 98405 | 3901 | $18,628.20 (S)<br>(A)<br>(P)<br>(U)<br>$18,628.20 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on June 7, 2016. |

RLF1 26027415v.1

| | | | |
|---|---|---|---|
| 12 | Prince William County<br>P.O. Box 2467<br>Woodbridge, VA 22195-2467 | 3785 | (S)<br>(A)<br>$26,345.72 (P)<br>(U)<br>$26,345.72 (T) | The Prince William County online records reflect that no billed amounts are outstanding in relation to this claim. The Distribution Trustee believes that liability for this claim was fully satisfied by Zenith in connection with the Sale. |
| 13 | Washington County Assessment Taxation<br>Attn: Mike DeRose<br>Department of Assessment<br>155 n. First Avenue, Suite 130, MS 8<br>Hillsboro, OR 97124-3072 | 268 | $7,514.69 (S)<br>(A)<br>(P)<br>(U)<br>$7,514.69 (T) | Liability for this claim was fully satisfied by Zenith in connection with the Sale on July 15, 2016. |

-3-