**Schedule 2**

**Overstated Claims**

| | Claimant Name | Claim No. | Original Claim Amount[1] | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| 1 | Adams County Treasurer<br>P.O. Box 869<br>Brighton, CO 80601 | 4014 | $81,684.19 (S)<br>(A)<br>(P)<br>(U)<br>$81,684.19 (T) | $59,238.40 (S)<br>(A)<br>(P)<br>(U)<br>$59,238.40 (T) | Liability for this claim for ad valorem taxes related to account P0002327 was satisfied by Zenith in connection with the Sale in the amount of $13,422.07. Liability for this claim related to account R0058147 was satisfied by Corinthian Real Estate Investments, LLC in the amount of $6,838.04. Only the amount relating to account R0058147 remains outstanding, and such amount should be updated from the estimate in the claim (i.e. $60,937.49) to the actual amount of $59,238.40. |
| 2 | Aldine Independent School District Tax Office<br>14909 Aldine Westfield Rd.<br>Houston, TX 77032 | 3923 | (S)<br>(A)<br>$8,255.02 (P)<br>(U)<br>$8,255.02 (T) | (S)<br>(A)<br>$6,876.61 (P)<br>(U)<br>$6,876.61 (T) | Liability for this claim for ad valorem taxes was estimated for the year 2015 at the amount of $8,255.02 at the time of filing and should be reduced to reflect the actual amount of $6,876.61. |

---

[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

| | Claimant Name | Claim No. | Original Claim Amount[1] | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| 3 | County of Orange<br>Attn: Bankruptcy Unit<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515 | 1958 | (S)<br>(A)<br>$2,058.91 (P)<br>(U)<br>$2,058.91 (T) | (S)<br>(A)<br>$387.43 (P)<br>(U)<br>$387.43 (T) | The County of Orange treasurer's website reflects that liability for this claim was partially satisfied prepetition in the amount of $1,671.48. The Distribution Trustee believes that Zenith satisfied such amount in connection with the Sale. |
| 4 | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | 4098 | (S)<br>(A)<br>$8,765.26 (P)<br>$50.00 (U)<br>$8,815.26 (T) | (S)<br>(A)<br>$15.26 (P)<br>$50.00 (U)<br>$65.26 (T) | The priority amount of this claim for sales taxes includes the amount of $15.26 owed for the year 2014 and an estimated amount of $8,750.00 for the year 2015 at the at the time of filing. The amount related to 2015 should be reduced to reflect the actual amount of $0.00, reducing the priority claim to $15.26. |
| 5 | San Diego County Treasurer - Tax Collector<br>Attn: Bankruptcy Desk<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101 | 3738 | $276.54 (S)<br>(A)<br>$616.64 (P)<br>(U)<br>$893.18 (T) | $276.54 (S)<br>(A)<br>(P)<br>(U)<br>$276.54 (T) | Liability for this claim was partially satisfied by Zenith in connection with the Sale in the amount of $616.64. |

2

| Claimant Name | Claim No. | Original Claim Amount[1] | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Tarrant County<br>Attn: Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207 | 146 | $58,019.82 (S)<br>(A)<br>(P)<br>(U)<br>$58,019.82 (T) | $30,223.58 (S)<br>(A)<br>(P)<br>(U)<br>$30,223.58 (T) | Liability for this claim was partially satisfied by Zenith in connection with the Sale in the amount of $27,796.24. |