# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., | Case No.  15-10952 (JTD) |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

James E. Huggett, Esquire of the Delaware law firm, Margolis Edelstein, hereby notifies the Clerk of this Court that his client(s) in this bankruptcy case has/have resolved any interests or issues in the case, he no longer wishes to receive CM/ECF electronic notices in this particular case, and **he respectfully requests that he be taken off of the electronic (and any other) service list herein going forward in this particular bankruptcy case.**

Dated: May 18, 2022
Wilmington, Delaware

                                                Respectfully submitted,
                                                **MARGOLIS EDELSTEIN**

                                                **BY:** */s/ James E. Huggett*
                                                James E. Huggett (3956)
                                                MARGOLIS EDELSTEIN
                                                300 Delaware Avenue, Suite 800
                                                Wilmington, DE  19801
                                                TEL:  (302)  888.1112
                                                FAX:  (302)  888.1119
                                                jhuggett@margolisedelstein.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., | Case No. 15-10952 (JTD) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, James E. Huggett, Esquire, hereby certify that on May 18, 2022, I served a copy of the Notice of Withdrawal of Appearance to all parties set up to receive service via CM/ECF electronic noticing.

                                               /s/James E. Huggett
                                               James E. Huggett (#3956)