**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CORINITHIAN COLLEGES, INC., | Chapter 11<br><br>Case No. 15-10952 (JTD)<br><br>(Jointly Administered) |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC SERVICE

**PLEASE TAKE NOTICE** that Tara L. Lattomus of Eckert Seamans Cherin & Mellott, LLC, counsel for Defendant Academixdirect, Inc., hereby requests removal from electronic and mail service in the above captioned matter.

Respectfully submitted,

Date:   July 14, 2022

ECKERT SEAMANS CHERIN &
MELLOTT, LLC

/s/ *Tara L. Lattomus*
Tara L. Lattomus (Bar No. 3515)
222 Delaware Avenue, Suite 700
Wilmington, DE 19801
Tel: (302) 574-7403
Fax: (302) 574-7401
Email: tlattomus@eckertseamans.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 14th day of July, 2022, a copy of the foregoing Request to be Removed From Receiving Electronic Service was duly served on all parties receiving electronic notification in these cases from the Court ECF system.

/s/ Tara L. Lattomus
Tara L. Lattomus (Bar No. 3515)