# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] § | |
| § | Case No. 15-10952 (JTD) |
| § | |
| Debtor. § | |
| § | |

---

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATE

The undersigned hereby certifies that the Court has provided the hearing date set forth on the proposed order, attached hereto, for the above-captioned chapter 11 case.

WHEREFORE, counsel for Craig R. Jalbert, the distribution trustee, requests that the Court enter the proposed order, attached hereto, at its earliest convenience.

Dated: August 24, 2022
    Wilmington, Delaware

/s/ Amanda R. Steele
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       maddox@rlf.com

Counsel to the Distribution Trustee

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., | § § § | Case No. 15-10952 (JTD) |
| Debtor. | § § § | |

------------------------------------------------------------

**ORDER SCHEDULING OMNIBUS HEARING DATE**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| September 28, 2022 at 1:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |

RLF1 27861700v.1