### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § § § | Case No. 15-10952 (JTD) |
| Debtor. | § § § | Re: Docket No. 1825 |

-----------------------------------------------------------

**CERTIFICATE OF NO OBJECTION REGARDING DISTRIBUTION TRUSTEE'S FOURTEENTH MOTION FOR AN ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE THROUGH MARCH 6, 2023**

The undersigned hereby certifies that Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust (the "**Distribution Trust**") has received no answer, objection or any other responsive pleading with respect to the *Distribution Trustee's Fourteenth Motion for an Order Extending the Claims Objection Deadline through March 6, 2023* [Docket No. 1825] (the "**Motion**") filed by the Distribution Trustee with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on August 24, 2022. The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 case. Pursuant to the *Notice of Motion and Hearing*, filed with the Motion, any objection or response to the Motion was to be filed and served no later than 4:00 p.m. (ET) on September 7, 2022.

WHEREFORE, the Distribution Trustee respectfully requests that an order, substantially in the form attached hereto as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

RLF1 27924033v.2

Dated: September 9, 2022
       Wilmington, Delaware

Respectfully submitted,

*/s/ Emily R. Mathews*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Emily R. Mathews (No. 6866)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       maddox@rlf.com
       mathews@rlf.com

Counsel for the Distribution Trustee