**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § | |
| | § | **Re: Docket No. 1826** |

----------------------------------------------------------------

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR
AN ORDER AUTHORIZING EXTENSION OF THE DATE OF DISSOLUTION
OF THE DISTRIBUTION TRUST THROUGH SEPTEMBER 21, 2023**

The undersigned hereby certifies that Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust (the "**Distribution Trust**") has received no answer, objection or any other responsive pleading with respect to the *Motion for an Order Authorizing Extension of the Date of Dissolution of the Distribution Trust through September 21, 2023* [Docket No. 1826] (the "**Motion**") filed by the Distribution Trustee with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on August 24, 2022.  The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 case.  Pursuant to the *Notice of Motion and Hearing*, filed with the Motion, any objection or response to the Motion was to be filed and served no later than 4:00 p.m. (ET) on September 7, 2022.

WHEREFORE, the Distribution Trustee respectfully requests that an order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

---

[1]     The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

RLF1 27924045v.2

Dated: September 9, 2022
   Wilmington, Delaware

Respectfully submitted,

*/s/ Emily R. Mathews*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Emily R. Mathews (No. 6866)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
   merchant@rlf.com
   steele@rlf.com
   maddox@rlf.com
   mathews@rlf.com

Counsel for the Distribution Trustee

2