**<u>Exhibit B</u>**

**Jalbert Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| | § | |
| Debtors. | § | |
| | § | |
| | § | |

-------------------------------------------------------

### DECLARATION OF CRAIG R. JALBERT IN SUPPORT OF THE DISTRIBUTION TRUSTEE'S THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) WARN ACT CLAIMS AND (II) NO LIABILITY CLAIMS

I, Craig R. Jalbert, hereby declare under penalty of perjury:

1.      I am a principal of Verdolino & Lowey, P.C. where I have worked as a restructuring professional for more than twenty years.   I am a certified insolvency and restructuring advisor and am the Distribution Trustee for the Corinthian Colleges Distribution Trust (the "**Distribution Trust**"), established pursuant to the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidating* [D.I. 990].

2.      I submit this declaration (the "**Declaration**") in support of the *Distribution Trustee's Third Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims* (the "**Objection**"),[2] dated as of the date hereof and file contemporaneously herewith.

3.      I am over the age of eighteen and am authorized by the Distribution Trust to submit this Declaration.   All statements in this Declaration are based upon my personal knowledge, my review (or the review of others under my supervision) of (i) the relevant proofs

---

[1]      The debtors in these cases, along with the last four digits of the debtor's federal tax identification number is: Corinthian Colleges, Inc. (7312).

[2]      Capitalized terms used but not defined in this Declaration shall have the same meanings ascribed to them in the Objection.

of claim, (ii) the official register of claims filed in the chapter 11 case, and/or (iii) the Debtors'
Books and Records and other documents identified herein.  If called as a witness, I could and
would competently testify to the facts set forth in this Declaration.

4.      The proofs of claim subject to the Objection were carefully reviewed and
analyzed in good faith using due diligence by appropriate personnel of the Distribution Trust,
Omni, Verdolino & Lowey, P.C., and Richards, Layton & Finger, P.A.

**A.  WARN Act Claims**

5.      Based upon a review and analysis of the Books and Records, the Claims Register,
and the WARN Act Claims listed on Schedule 1 to the Proposed Order, I and my team have
determined that there is no amount due and owing and/or liability on account of the WARN Act
Claims.  My team and I have also confirmed that none of the WARN Claimants set forth on
Schedule 1 opted out of the Settlement Agreement.  Therefore, the Distribution Trustee objects
to the allowance of the WARN Act Claims set forth on Schedule 1 to the Proposed Order and
seeks entry of the Proposed Order disallowing and expunging the WARN Act Claims.

6.      The facts relevant to the WARN Act Claims are as follows:

- **Claim No. 92** (JAN K. SANDLIN): Claim number 92 was filed by JAN K. SANDLIN
asserting a priority claim in the amount of $58.80.  Liability for this claim was satisfied
per the WARN Settlement Agreement which was approved by the Court on September
24, 2019. Per the agreement, claims filed by Class Members are disallowed in their
entirety.
- **Claim No. 415** (SAMANTHA SEGALE): Claim number 415 was filed by SAMANTHA
SEGALE asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount
of $10,328.73.   Liability for this claim was satisfied per the WARN Settlement
Agreement which was approved by the Court on September 24, 2019. Per the agreement,
claims filed by Class Members are disallowed in their entirety.
- **Claim No. 434** (GUY ADAMS): Claim number 434 was filed by GUY ADAMS
asserting a partial priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of
$12,475.00 and a partial unsecured claim in the amount of $30,057.64, for a total claim of
$42,532.64.  Liability for this claim was satisfied per the WARN Settlement Agreement
which was approved by the Court on September 24, 2019. Per the agreement, claims filed
by Class Members are disallowed in their entirety.

- **Claim No. 546** (CHARLES G BLACK): Claim number 546 was filed by CHARLES G BLACK asserting a priority claim for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $508.68. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 567** (DWIGHT BYRD): Claim number 567 was filed by DWIGHT BYRD asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $7,798.50 Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 645** (JOSEPH LECHUGA): Claim number 645 was filed by JOSEPH LECHUGA asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $7,998.72. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 690** (VICTOR PICINICH): Claim number 690 was filed by VICTOR PICINICH asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $10,028.55. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 703** (MIRANDA LABRECQUE): Claim number 703 was filed by MIRANDA LABRECQUE asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $7,971.80. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 708** (NAFISA JAGHURI): Claim number 708 was filed by NAFISA JAGHURI asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $5,332.48. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 742** (WILLIAM YATES): Claim number 742 was filed by WILLIAM YATES asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $11,976.34. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 745** (KAREN PHIPPS): Claim number 745 was filed by KAREN PHIPPS asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $8,640.00. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 771** (JASON R. FRYE): Claim number 771 was filed by JASON R. FRYE asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $12,932.22. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 878** (HERBERT E. MCGEE): Claim number 878 was filed by HERBERT E. MCGEE asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $12,475.00.    Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 949** (DARLENE HENSON): Claim number 949 was filed by DARLENE HENSON asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $7,491.33.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 964** (MATTHEW TAYLOR): Claim number 964 was filed by MATTHEW TAYLOR asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $11,091.20.    Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 998** (BELINDA ALCID): Claim number 998 was filed by BELINDA ALCID asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $2,122.81.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1047** (KAREN ANTILL): Claim number 1047 was filed by KAREN ANTILL asserting a priority claim for wages under U.S.C. § 11 507(a)(4) in the amount of $12,475.00    Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1110** (JASON E. ALVAREZ): Claim number 1110 was filed by JASON E. ALVAREZ asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $8,616.00.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1123** (JASON ALVAREZ): Claim number 1123 was filed by JASON ALVAREZ asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $8,616.00.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1138** (AMANDA NAVAREZ): Claim number 1138 was filed by AMANDA NAVAREZ asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $6,464.09.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1162** (PATRICIA M HUNT): Claim number 1162 was filed by PATRICIA M HUNT asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $14,221.40.  Liability for this claim was satisfied per the WARN Settlement Agreement

which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1174** (PAMELA WASHINGTON): Claim number 1174 was filed by PAMELA WASHINGTON asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $16,411.80  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1368** (KASIA CONROY): Claim number 1368 was filed by KASIA CONROY asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $12,475.00.   Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1489** (TABBITHA ZEPEDA): Claim number 1489 was filed by TABBITHA ZEPEDA asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $6,087.76.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1565** (CONNIE ARMELLINO): Claim number 1565 was filed by CONNIE ARMELLINO asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $7,430.00.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1573** (CHESTER ARMELLINO): Claim number 1573 was filed by CHESTER ARMELLINO asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $2,332.96.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1578** (KAREN K. KAVORKIAN): Claim number 1578 was filed by KAREN K. KAVORKIAN asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $6,500.00.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1579** (ROSE GOMEZ-DELPHIN): Claim number 1579 was filed by ROSE GOMEZ-DELPHIN asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $10,703.65.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1672** (DAVID J BRAGG): Claim number 1672 was filed by DAVID J BRAGG asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $10,843.20.   Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1681** (SANDY LAMBA): Claim number 1681 was filed by SANDY LAMBA asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $12,475.00.   Liability for this claim was satisfied per the WARN Settlement

Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1690** (KATHERINE HANSEN): Claim number 1690 was filed by KATHERINE HANSEN asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $8,662.50.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1724** (Justin Halligan): Claim number 1724 was filed by Justin Halligan asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $10,298.07.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1795** (TYSON G. HUFFMAN): Claim number 1795 was filed by TYSON G. HUFFMAN asserting a priority claim in the amount of $14,192.28.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1835** (MY DUONG): Claim number 1835 was filed by MY DUONG asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $6,873.08.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1838** (CARMEN SIMMONS): Claim number 1838 was filed by CARMEN SIMMONS asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $9,129.44.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1840** (JOHNATHAN E. KING): Claim number 1840 was filed by JOHNATHAN E. KING asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $7,615.38.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1851** (ANTONIO O. DISOMMA): Claim number 1851 was filed by ANTONIO O. DISOMMA asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $11,689.60.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1852** (ANTONIO DISOMMA): Claim number 1852 was filed by ANTONIO DISOMMA asserting a priority claim for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $1,200.00.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1909** (HEATHER A. YATES): Claim number 1909 was filed by HEATHER A. YATES asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $11,136.90.  Liability for this claim was satisfied per the WARN Settlement

Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1910** (RONALD GUIDER): Claim number 1910 was filed by RONALD GUIDER asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $10,679.24. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1936** (HEATHER A. YATES): Claim number 1936 was filed by HEATHER A. YATES asserting a priority claim for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $421.92. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 1937** (HEATHER YATES): Claim number 1937 was filed by HEATHER YATES asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $9,652.00. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2017** (LISA COLGAN): Claim number 2017 was filed by LISA COLGAN asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $9,057.60. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2025** (NOEMI GUERREO): Claim number 2025 was filed by NOEMI GUERREO asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $8,918.40. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2118** (ROBERT BURNSIDE): Claim number 2118 was filed by ROBERT BURNSIDE asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $1,628.85. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2128** (SHERRY A BACHMAN): Claim number 2128 was filed by SHERRY A BACHMAN asserting a priority claim for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $450.00. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2277** (TAMI TURNER): Claim number 2277 was filed by TAMI TURNER asserting a partial priority claim for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $1,974.88 and a partial unsecured claim in the amount of $8,128.00 for a total claim of $10,102.88. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- 7 -

- **Claim No. 2299** (IESHA JACKSON): Claim number 2299 was filed by IESHA JACKSON asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $5,545.60.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2343** (MELANIE VREDENBURGH): Claim number 2343 was filed by MELANIE VREDENBURGH asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $7,777.70.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2353** (DARREN W WRIGHT): Claim number 2353 was filed by DARREN W WRIGHT asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $8,076.92  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2386** (EDWARD SHAKESPEARE): Claim number 2386 was filed by EDWARD SHAKESPEARE asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $9,500.00.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2466** (MICAL A TALAMANTES): Claim number 2466 was filed by MICAL A TALAMANTES asserting a priority claim for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $3,360.00.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2471** (CHRISTOPHER A RIVERA): Claim number 2471 was filed by CHRISTOPHER A RIVERA asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $6,065.50.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2472** (ANTOINE T MOORE): Claim number 2472 was filed by ANTOINE T MOORE asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $7,496.95.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2480** (MICAL TALAMANTES): Claim number 2480 was filed by MICAL TALAMANTES asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $15,063.24.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2571** (SARAH M HILL): Claim number 2571 was filed by SARAH M HILL asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $7,540.25.  Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2595** (MARIELA GUZMAN): Claim number 2595 was filed by MARIELA GUZMAN asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $8,739.38. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 2734** (DEBORAH J PATRICK): Claim number 2734 was filed by DEBORAH J PATRICK asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $9,115.20. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 2768** (BRADLEY R DOSTER): Claim number 2768 was filed by BRADLEY R DOSTER asserting a priority claim for contributions to an employee plan under 11 U.S.C. § 507(a)(5) in the amount of $317.94. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 2799** (LYNDIA WAGNER): Claim number 2799 was filed by LYNDIA WAGNER asserting a partial priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $13,432.18 and a partial unsecured claim in the amount of $5,275.40 for a total claim of $18,707.58. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 2837** (Guy Reynolds and Christine Seymour on behalf of themselves and other similarly situated former employees of the Debtors): Claim number 2837 was filed by Guy Reynolds and Christine Seymour on behalf of themselves and similarly situated former employees of the Debtors, asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $12,000,000.00. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 2844** (TRACY ZAVALA): Claim number 2844 was filed by TRACY ZAVALA asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $8,351.54. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 2887** (CYNTHIA KOSHKO) .Claim number 2887 was filed by CYNTHIA KOSHKO asserting a priority claim for wages under U.S.C. § 507(a)(4) in the amount of $16,952.76 Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 2961** (LA TASHA C. LASTER-MULLINS): Claim number 2961 was filed by LA TASHA C. LASTER-MULLINS asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $14,192.31. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 2970** (TINA M. HUSMAN): Claim number 2970 was filed by TINA M. HUSMAN asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $17,610.42. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3018** (MARIA P. ADAME): Claim number 3018 was filed by MARIA P. ADAME asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $46,054.80. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3020** (IVON S. VALENCIA HERMOSILLO): Claim number 3020 was filed by IVON S. VALENCIA HERMOSILLO asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $6,665.39. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3022** (VALERIE R. ESCOBAR): Claim number 3022 was filed by VALERIE R. ESCOBAR asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $2,721.83. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3024** (RIMAZARA REYES): Claim number 3024 was filed by RIMAZARA REYES asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $14,220.90. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3026** (SAMUEL SANCHEZ): Claim number 3026 was filed by SAMUEL SANCHEZ asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $7,819.20. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3031** (GINA MACIAS): Claim number 3031 was filed by GINA MACIAS asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $16,704.42. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3032** (ALEJANDRO TORO): Claim number 3032 was filed by ALEJANDRO TORO asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $7,537.40. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 3037** (LISBET YAHAIRA TORO ANGEL): Claim number 3037 was filed by LISBET YAHAIRA TORO ANGEL asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $6,665.38. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3045** (HAROLD A. BASLER): Claim number 3045 was filed by HAROLD A. BASLER asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $10,858.49. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3050** (JUNELLE ROMANO): Claim number 3050 was filed by JUNELLE ROMANO asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $11,608.38. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3063** (PATRICIA HAMPTON): Claim number 3063 was filed by PATRICIA HAMPTON asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $15,582.25. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3083** (IRENE CAMY): Claim number 3083 was filed by IRENE CAMY asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $10,333.33. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3164** (STEVE POTTER): Claim number 3164 was filed by STEVE POTTER asserting a partial priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $8,079.52. and a partial unsecured claim in the amount of $1,151.04 for a total claim of $9,230.56. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3188** (KENDRA L. SIKORSKI): Claim number 3188 was filed by KENDRA L. SIKORSKI asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $12,475.00. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 3284** (COCO B. READ): Claim number 3284 was filed by COCO B. READ asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $10,248.00. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

**B. No Liability Claims**

7.      Based upon a review and analysis of the Books and Records, the Claims Register, and the No Liability Claims listed on <u>Schedule 2</u> to the Proposed Order, I and my team have determined that there is no amount due and owing and/or liability on account of the No Liability Claims.  Although each No Liability Claim asserts a claim for wages earned prepetition, to the extent any No Liability Claim is deemed to be for future wages, liability for such claims were satisfied per the Settlement Agreement as a WARN Act Claim. Therefore, the Distribution Trustee objects to the allowance of the No Liability Claims set forth on <u>Schedule 2</u> to the Proposed Order and seeks entry of the Proposed Order disallowing and expunging the No Liability Claims.

8.      The facts relevant to the No Liability Claims are as follows:

- **Claim No. 557** (CHARLES BLACK): Claim number 557 was filed by CHARLES BLACK asserting a priority claim in the amount of $8,163.74.  It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.
- **Claim No. 684** (VICTOR C. PICINICH): Claim number 684 was filed by VICTOR C. PICINICH asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $11,803.44.  It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.
- **Claim No. 737** (WILLIAM YATES): Claim number 737 was filed by WILLIAM YATES asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $9,780.69.  It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.
- **Claim No. 748** (CHARLES BLACK): Claim number 748 was filed by CHARLES BLACK asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $9,608.40.  It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.
- **Claim No. 793** (MIRANDA LABRECQUE): Claim number 793 was filed by MIRANDA LABRECQUE asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $9,021.00.  It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.
- **Claim No. 1561** (CHESTER ARMELLINO): Claim number 1561 was filed by CHESTER ARMELLINO asserting a priority claim for wages under 11 U.S.C. §

507(a)(4) in the amount of $2,624.58.  It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.

- **Claim No. 1567** (CONNIE ARMELLINO): Claim number 1567 was filed by CONNIE ARMELLINO asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $9,114.71.  It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.

- **Claim No. 2381** (EDWARD SHAKESPEARE): Claim number 2381 was filed by EDWARD SHAKESPEARE asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $10,960.00.  It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.

- **Claim No. 2401** (LISA LEDEE): Claim number 2401 was filed by LISA LEDEE asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $7,560.00.  It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.

- **Claim No. 2597** (MARIELA A GUZMAN): Claim number 2597 was filed by MARIELA A GUZMAN asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $10,285.27.  It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions. Upon termination

- **Claim No. 2937** (SHARAREH MOHANDESSI): Claim number 2937 was filed by SHARAREH MOHANDESSI asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan in the amount of $2,883.99. It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.

- **Claim No. 2939** (RAHM ROWHANI): Claim number 2939 was filed by RAHM ROWHANI asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and an unsecured claim in the total amount of $52,000.00.[3]  It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.

- **Claim No. 2940** (DIANE E SAYERS): Claim number 2940 was filed by DIANE E SAYERS asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) in the amount of $1,700.00.  It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.

- **Claim No. 3215** (SEYED SAATCHI): Claim number 3215 was filed by SEYED SAATCHI asserting a priority claim for wages under 11 U.S.C. § 507(a)(4) and for contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5) in the amount of $2,497.69.  It is my understanding that all prepetition amounts for wages earned prior to

---

[3]    Claim No. 2939 asserts a claim for a total amount of $52,000.00 and designates the total amount as unsecured and as a priority claim for wages.

the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.

9.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of September, 2022.

                                        */s/ Craig Jalbert*_____
                                        Craig Jalbert
                                        Distribution Trustee
                                        Corinthian Colleges Distribution Trust