**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 28, 2022 AT 1:00 P.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.   RESOLVED MATTERS:**

1.  Distribution Trustee's Fourteenth Motion for an Order Extending the Claims Objection Deadline through March 6, 2023 [Docket No. 1825 – filed August 24, 2022]

    Objection / Response Deadline:   September 7, 2022 at 4:00 p.m. (ET)

    Objections / Responses Received:   None.

    Related Documents:

    i.   Certificate of No Objection Regarding Distribution Trustee's Fourteenth Motion for an Order Extending the Claims Objection Deadline through March 6, 2023 [Docket No. 1831 – filed September 9, 2022 ]

    ii.  Order Granting Distribution Trustee's Fourteenth Motion for an Order Extending the Claims Objection Deadline through March 6, 2023 [Docket No. 1834 – entered September 9, 2022]

    Status:   On September 9, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2.  Motion for an Order Authorizing Extension of the Date of Dissolution of the Distribution Trust through September 21, 2023 [Docket No. 1826 – filed August 24, 2022]

---

[1]   The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

RLF1 26900348v.1

Objection / Response Deadline:   September 7, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:   None.

Related Documents:

i. Certificate of No Objection Regarding Motion for an Order Authorizing Extension of the Date of Dissolution of the Distribution Trust through September 21, 2023 [Docket No. 1832 – filed September 9, 2022 ]

ii. Order Authorizing Extension of the Date of Dissolution of the Distribution Trust through September 21, 2023 [Docket No. 1833 – entered September 9, 2022]

Status:   On September 9, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated: September 23, 2022
    Wilmington, Delaware

Respectfully submitted,

*/s/ Emily R. Mathews*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Emily R. Mathews (No. 6866)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
    merchant@rlf.com
    steele@rlf.com
    maddox@rlf.com
    mathews@rlf.com

Counsel for the Distribution Trustee