# United States Bankruptcy Court
## District of Delaware

| | |
|---|---|
| In re: | ) |
| | ) |
| Corinthian Colleges, Inc. | ) Case No. 15-10952 (JTD) |
| | ) |
| Debtor | ) |
| | ) Chapter 11 |
| | ) |

## NOTICE OF OBJECTION REGARDING OMNIBUS OBJECTION AND HEARING FILED SEPTEMBER 20, 2022

**Claimant:** Sherry A. Bachman
1462 Rall Ave.
Clovis, CA 93611
4sbachman@gmail.com
No fax available
Claim No. 2128

1. Claimant declares that the amount claimed ($450.00) was duly deposited with the debtor for employee benefit program (401(k)).

2. Claimant was never notified of any action by the court to disallow such claim or any reason for such disallowance.

3. Claimant claims any and all wages due and owing due to late, improper, and untimely notice by the debtor of the termination of employment without the required 60 day notice in accordance with the WARN Act.. (letter of termination attached).

4. Claimant also claims any and all interest due from employee benefit program and WARN act wages owing and payable.

All notices, information and communications should be sent to the **claimant** identified above.

Date: Sept 28, 2022          Signature: Sherry A. Bachman

Name: Sherry A. Bachman
Address: 1462 Rall Ave.
Clovis, CA 93611



6 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707-5764
Tel 714-427-3000
www.cci.edu

**FILED 2022 OCT -4 AM 10:09 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE**

**Sherry Bachman**
**1462 Rall Ave**
**Clovis, CA 93611**

### NOTICE TO EMPLOYEE AS TO CHANGE IN RELATIONSHIP
(Issued pursuant to provisions of Section 1089
of the California Unemployment Insurance Code)

Name:   Sherry Bachman

Corinthian EE ID#: 00074620

1029.   You were laid off on April 27, 2015 as a result of:
        Company closure / shut down of business operations.

2. On the date listed above, your employment status changed to terminated

Issued by Corinthian Colleges, Inc. / Heald College

May 5, 2015