**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § | |
| | § | **Re: Docket No. 1836** |

-----------------------------------------------------------------

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING**
**DISTRIBUTION TRUSTEE'S THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO**
**CERTAIN (I) WARN ACT CLAIMS AND (II) NO LIABILITY CLAIMS**

PLEASE TAKE NOTICE that Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust, has electronically delivered to The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 copies of the relevant proofs of claim (the "**Claims**") subject to the *Distribution Trustee's Third Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims* [Docket No. 1836], filed on September 20, 2022.

PLEASE TAKE FURTHER NOTICE that copies of the Claims may be obtained from the Distribution Trustee's undersigned counsel.

---

[1]     The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is
        Corinthian Colleges, Inc. (7312).

RLF1 28076965v.1

2

Dated: October 12, 2022
        Wilmington, Delaware

Respectfully submitted,

*/s/ Emily R. Mathews*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Emily R. Mathews (No. 6866)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email:  collins@rlf.com
        merchant@rlf.com
        steele@rlf.com
        maddox@rlf.com
        mathews@rlf.com

Counsel for the Distribution Trustee

RLF1 28076965v.1