09/29/2022

FILED
2022 OCT -5 AM 9:17

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom it May Concern,

I Diane E Sayers, claim #2940, hereby dispute the Distribution Trustee's determination as made to the No Liability Claim.

    I dispute this decision as I was not paid for all wages due to me. I called out sick the day before the school closed and was not paid for that day, as well as vacation days that I earned estimated at $1,700.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | § Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § |
| | § Case No. 15-10952 (JTD) |
| | § |
| Debtor. | § Response Deadline: October 4, 2022 at 4:00 p.m. (ET) |
| | § Hearing Date: October 26, 2022 at 11:00 a.m. (ET) |

Sincerely,

*Diane E. Sayers*

Diane E Sayers
5370 Donlyn Place
Antelope, CA 95843
Email: dsayers9295@gmail.com
Phone: 916-904-9564