IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § |
| | §  Case No. 15-10952 (JTD) |
| | § |
| Debtor. | §  Re: Docket No. 1836, 1842 & 1844 |

-------------------------------------------------------------

### CERTIFICATION OF COUNSEL REGARDING DISTRIBUTION TRUSTEE'S THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) WARN ACT CLAIMS AND (II) NO LIABILITY CLAIMS

The undersigned hereby certifies as follows:

1.      On September 20, 2022, Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges Distribution Trust in the above captioned chapter 11 case filed the *Distribution Trustee's Third Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims* [Docket No. 1836] (the "**Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  A proposed form of order (the "**Proposed Order**") sustaining the Objection was attached to the Objection as Exhibit A.

2.      Pursuant to the *Notice of Omnibus Objection and Hearing* filed with the Objection, responses to the Objection were to be filed and served by no later than October 4, 2022 at 4:00 p.m. (ET) (the "**Response Deadline**").

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

RLF1 28078790v.1

3. Prior to the Response Deadline, the Distribution Trustee received (i) an informal response to the Objection (the "**Informal Response**") from Nafisa Jaghuri ("**Ms. Jaghuri**"), and (ii) formal responses (the "**Formal Responses**," and together with the Informal Response, the "**Responses**") to the Objection from Sherry Bachman [Docket No. 1842] ("**Ms. Bachman**") and from Diane Thompson, f/k/a Diane Sayers [Docket No. 1844] ("**Mrs. Thompson**," and together with Ms. Jaghuri and Ms. Bachman, the "**Responding Parties**"). The Distribution Trustee has not received any other responses or objections to the Objection, and no other responses or objections thereto appear on the Court's docket in these chapter 11 cases.

4. The Distribution Trustee has engaged in discussions with the Responding Parties and has resolved each Response. The Informal Response from Ms. Jaghuri and the Formal Response from Ms. Bachman were resolved without changes to the Proposed Order. The Formal Response from Mrs. Thompson was resolved by removing the claim from the Proposed Order.

5. The Distribution Trustee has prepared a revised form of Proposed Order (the "**Revised Order**") reflecting the resolution of the Responses, and such Revised Order is attached hereto as Exhibit 1. For the convenience of the Court and all parties in interest, a redline of the Revised Order marked against the Proposed Order is attached hereto as Exhibit 2.

WHEREFORE, the Distribution Trustee respectfully requests that the Revised Order, attached hereto as Exhibit 1, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: October 20, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Emily R. Mathews*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Emily R. Mathews (No. 6866)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email:  collins@rlf.com<br>          merchant@rlf.com<br>          steele@rlf.com<br>          maddox@rlf.com<br>          mathews@rlf.com<br><br>Counsel for the Distribution Trustee |