**<u>Exhibit 1</u>**

**Revised Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § | |
| CORINTHIAN COLLEGES, INC.,[1] | § § § § | Chapter 11 <br> Case No. 15-10952 (JTD) <br> Re: D.I. 1836 |
| Debtors. | § § § § | |

**ORDER SUSTAINING THE DISTRIBUTION TRUSTEE'S**
**THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN**
**(I) WARN ACT CLAIMS AND (II) NO LIABILITY CLAIMS**

Upon the *Distribution Trustee's Third Omnibus Objection (Substantive) to Certain (I) WARN Act Claims and (II) No Liability Claims* (the "**Objection**"),[2] of Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges Distribution Trust (the "**Distribution Trust**"), pursuant to Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being adequate and appropriate under the particular circumstances; and the Court having considered the Jalbert Declaration and found and determined that the relief sought in the

---

[1] The debtors in these cases, along with the last four digits of the debtor's federal tax identification number is: Corinthian Colleges, Inc. (7312).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

Objection is in the best interests of the Debtor's estate and creditors, and other parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Objection is sustained as provided herein.

2. Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is overruled on the merits.

3. Each WARN Act Claim identified on <u>Schedule 1</u> hereto is disallowed and expunged.

4. Each No Liability Claim identified on <u>Schedule 2</u> hereto is disallowed and expunged.

5. The objection by the Distribution Trustee to the Disputed Claims, as addressed in the Objection and the schedules hereto, constitutes a separate contested matter with respect to each such claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Disputed Claim.

6. Any stay of this Order pending appeal by any holder of a Disputed Claim or any other party with an interest in such claims that are subject to this Order shall only apply to the contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters arising from the Objection or this Order.

7. The Distribution Trust, Omni, and the Clerk of this Court are authorized to modify the official Claims Register for this chapter 11 case in compliance with the terms of this Order and to take all steps necessary or appropriate to carry out this Order.

-3-

8. Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Distribution Trust may have to enforce rights of setoff against the claimants.

9. The rights of the Distribution Trustee to: (i) file subsequent objections to any Disputed Claims on any ground, (ii) amend, modify, and/or supplement the Objection, including, without limitation, the filing of objections to further amended or newly filed claims, (iii) seek expungement or reduction of any claim to the extent all or a portion of such claim has been paid, and (iv) settle any claim for less than the asserted amount are preserved.

10. This Order is immediately effective and enforceable.

11. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

## Schedule 1

**WARN Act Claims**

Corinthian Colleges, Inc
Schedule 1 to Third Omnibus (Non-Substantive) Objection to WARN Claims

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | JAN K. SANDLIN<br>14070 SW 80TH CT<br>PORTLAND, OR 97224 | 6/8/2015 | 92 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>58.80 (P)<br>0.00 (U)<br>$58.80 (T) | Pursuant to the Settlement Agreement[2], the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 2 | SAMANTHA SEGALE<br>22900 7TH STREET<br>HAYWARD, CA 94541 | 7/1/2015 | 415 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,328.73 (P)<br>0.00 (U)<br>$10,328.73 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 3 | GUY ADAMS<br>3041 ASHRIDGE WAY<br>GRANITE BAY, CA 95746 | 7/2/2015 | 434 | Heald Capital LLC | $0.00 (S)<br>0.00 (A)<br>12,475.00 (P)<br>30,057.64 (U)<br>$42,532.64 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 4 | CHARLES G BLACK<br>2701 TAMARISK AVE<br>STOCKTON, CA 95207 | 7/6/2015 | 546 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>508.68 (P)<br>0.00 (U)<br>$508.68 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 5 | DWIGHT BYRD<br>9320 WHITE WATER LN<br>STOCKTON, CA 95219 | 7/6/2015 | 567 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>7,798.50 (P)<br>0.00 (U)<br>$7,798.50 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 6 | JOSEPH LECHUGA<br>2856 SIERRA GOLD CT<br>RIVERBANK, CA 95367 | 7/6/2015 | 645 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>7,998.72 (P)<br>0.00 (U)<br>$7,998.72 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 7 | VICTOR PICINICH<br>9414 PIONEER CIRCLE<br>STOCKTON, CA 95212 | 7/6/2015 | 690 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,028.55 (P)<br>0.00 (U)<br>$10,028.55 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 8 | MIRANDA LABRECQUE<br>203 MCNARY CIR<br>MANTECA, CA 95336 | 7/6/2015 | 703 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,971.80 (P)<br>0.00 (U)<br>$7,971.80 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 9 | NAFISA JAGHURI<br>2100 WOODSIDE CT<br>ATWATER, CA 95301 | 7/6/2015 | 708 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>5,332.48 (P)<br>0.00 (U)<br>$5,332.48 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 10 | WILLIAM YATES<br>27 SCOOTER WAY<br>STOCKTON, CA 95209 | 7/6/2015 | 742 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>11,976.34 (P)<br>0.00 (U)<br>$11,976.34 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| # | Name/Address | Date | Claim # | Debtor | Amounts | Description |
|---|---|---|---|---|---|---|
| 11 | KAREN PHIPPS<br>1922 PAUL ST<br>HUGHSON, CA 95326 | 7/6/2015 | 745 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>8,640.00 (P)<br>0.00 (U)<br>$8,640.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 12 | JASON R. FRYE<br>18120 4TH AVE<br>JAMESTOWN, CA 95327 | 7/6/2015 | 771 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>12,932.22 (P)<br>0.00 (U)<br>$12,932.22 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 13 | HERBERT E. MCGEE<br>551 BLUE JAY DR.<br>HAYWARD, CA 94544 | 7/8/2015 | 878 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>12,475.00 (P)<br>0.00 (U)<br>$12,475.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 14 | DARLENE HENSON<br>2729 ANGEL DR.<br>STOCKTON, CA 95209 | 7/9/2015 | 949 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>7,491.33 (P)<br>0.00 (U)<br>$7,491.33 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 15 | MATTHEW TAYLOR<br>2308 J STREET APT. C<br>SACRAMENTO, CA 95816 | 7/9/2015 | 964 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>11,091.20 (P)<br>0.00 (U)<br>$11,091.20 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 16 | BELINDA ALCID<br>5300 S Los Altos Pkwy, #243<br>Sparks, NV 89436 | 7/10/2015 | 998 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>2,122.81 (P)<br>0.00 (U)<br>$2,122.81 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 17 | KAREN ANTILL<br>300 WAINANI WAY NO 518<br>HONOLULU, HI 96815 | 7/10/2015 | 1047 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>12,475.00 (P)<br>0.00 (U)<br>$12,475.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 18 | JASON E. ALVAREZ<br>1805 FALLON LN<br>MODESTO, CA 95355 | 7/10/2015 | 1110 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,616.00 (P)<br>0.00 (U)<br>$8,616.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 19 | JASON ALVAREZ<br>1805 FALLON LANE<br>MODESTO, CA 95355 | 7/10/2015 | 1123 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,616.00 (P)<br>0.00 (U)<br>$8,616.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 20 | AMANDA NAVAREZ<br>5818 HEMET AVE.<br>STOCKTON, CA 95207 | 7/11/2015 | 1138 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,464.09 (P)<br>0.00 (U)<br>$6,464.09 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 21 | PATRICIA M HUNT<br>1521 PANTHERS LN #18<br>MODESTO, CA 95355 | 7/10/2015 | 1162 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>14,221.40 (P)<br>0.00 (U)<br>$14,221.40 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| # | Name / Address | Date | Claim # | Debtor | Amount | Description |
|---|---|---|---|---|---|---|
| 22 | PAMELA WASHINGTON<br>8035 KAELI CT.<br>STOCKTON, CA 95212 | 7/11/2015 | 1174 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>16,411.80 (P)<br>0.00 (U)<br>$16,411.80 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 23 | KASIA CONROY<br>19357 SYLVAN AVE<br>ESTACADA, OR 97023 | 7/13/2015 | 1368 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>12,475.00 (P)<br>0.00 (U)<br>$12,475.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 24 | TABBITHA ZEPEDA<br>1319 QUAD CT<br>STOCKTON, CA 95210 | 7/14/2015 | 1489 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>6,087.76 (P)<br>0.00 (U)<br>$6,087.76 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 25 | CONNIE ARMELLINO<br>1375 SUELLEN DR.<br>TRACY, CA 95376 | 7/15/2015 | 1565 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,430.00 (P)<br>0.00 (U)<br>$7,430.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 26 | CHESTER ARMELLINO<br>1375 SUELLEN DRIVE<br>TRACY, CA 95376 | 7/15/2015 | 1573 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>2,332.96 (P)<br>0.00 (U)<br>$2,332.96 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 27 | KAREN K. KAVORKIAN<br>1168 TWILIGHT DR<br>CERES, CA 95307 | 7/15/2015 | 1578 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,500.00 (P)<br>0.00 (U)<br>$6,500.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 28 | ROSE GOMEZ-DELPHIN<br>1976 GORDON VERNER CIRCLE<br>STOCKTON, CA 95206 | 7/15/2015 | 1579 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,703.65 (P)<br>0.00 (U)<br>$10,703.65 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 29 | DAVID J BRAGG<br>3353 ADMIRAL DR<br>STOCKTON, CA 95209 | 7/16/2015 | 1672 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,843.20 (P)<br>0.00 (U)<br>$10,843.20 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 30 | SANDY LAMBA<br>7117 PAUL DO MAR WAY<br>ELK GROVE, CA 95757 | 7/16/2015 | 1681 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>12,475.00 (P)<br>0.00 (U)<br>$12,475.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 31 | KATHERINE HANSEN<br>386 COLUMBIA CIRCLE<br>BENICIA, CA 94510 | 7/16/2015 | 1690 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,662.50 (P)<br>0.00 (U)<br>$8,662.50 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 32 | JUSTIN HALLIGAN<br>527 E. EVERETT AVE.<br>SUTHERLIN, OR 97479 | 7/16/2015 | 1724 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,298.07 (P)<br>0.00 (U)<br>$10,298.07 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| # | Name/Address | Date | Claim # | Debtor | Amount | Notes |
|---|---|---|---|---|---|---|
| 33 | TYSON G. HUFFMAN<br>5212 AVANTE LN<br>SALIDA, CA 95368 | 7/16/2015 | 1795 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>14,192.28 (P)<br>0.00 (U)<br>$14,192.28 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 34 | MY DUONG<br>2213 BORDEAUX AVE<br>STOCKTON, CA 95210 | 7/16/2015 | 1835 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,873.08 (P)<br>0.00 (U)<br>$6,873.08 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 35 | CARMEN SIMMONS<br>1521 MORRISON AVENUE<br>STOCKTON, CA 95205 | 7/16/2015 | 1838 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,129.44 (P)<br>0.00 (U)<br>$9,129.44 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 36 | JOHNATHAN E. KING<br>P.O. BOX 161418<br>SACRAMENTO, CA 95816 | 7/16/2015 | 1840 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,615.38 (P)<br>0.00 (U)<br>$7,615.38 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 37 | ANTONIO O. DISOMMA<br>1830 S HUTCHINS ST., APT. 2<br>LODI, CA 95240 | 7/16/2015 | 1851 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>11,689.60 (P)<br>0.00 (U)<br>$11,689.60 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 38 | ANTONIO DISOMMA<br>1830 S. HUTCHINS ST. APT 218<br>LODI, CA 95240 | 7/16/2015 | 1852 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>1,200.00 (P)<br>0.00 (U)<br>$1,200.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 39 | HEATHER A. YATES<br>970 BELLE COURT<br>TRACY, CA 95376 | 7/16/2015 | 1909 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>11,136.90 (P)<br>0.00 (U)<br>$11,136.90 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 40 | RONALD GUIDER<br>P.O. BOX 248<br>RIVERBANK, CA 95367 | 7/16/2015 | 1910 | Heald Capital LLC | $0.00 (S)<br>0.00 (A)<br>10,679.24 (P)<br>0.00 (U)<br>$10,679.24 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 41 | HEATHER A. YATES<br>970 BELLE COURT<br>TRACY, CA 95376 | 7/16/2015 | 1936 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>421.92 (P)<br>0.00 (U)<br>$421.92 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 42 | HEATHER YATES<br>970 BELLE COURT<br>TRACY, CA 95376 | 7/16/2015 | 1937 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,652.00 (P)<br>0.00 (U)<br>$9,652.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 43 | LISA COLGAN<br>4245 SALGADO AVENUE<br>OAKLEY, CA 94561 | 7/17/2015 | 2017 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,057.60 (P)<br>0.00 (U)<br>$9,057.60 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| # | Name / Address | Date | Claim # | Debtor | Amount | Notes |
|---|---|---|---|---|---|---|
| 44 | NOEMI GUERREO<br>3429 N STANFORD AVE<br>FRESNO, CA 93727 | 7/17/2015 | 2025 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,918.40 (P)<br>0.00 (U)<br>$8,918.40 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 45 | ROBERT BURNSIDE<br>1324 BUCKINGHAM WAY, NO 76<br>STOCKTON, CA 95207 | 7/17/2015 | 2118 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>1,628.85 (P)<br>0.00 (U)<br>$1,628.85 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 46 | SHERRY A BACHMAN<br>1462 RALL AVE<br>CLOVIS, CA 93611 | 7/17/2015 | 2128 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>450.00 (P)<br>0.00 (U)<br>$450.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 47 | TAMI TURNER<br>6834 EDGEWATER LANE<br>LIVERMORE, CA 94551 | 7/17/2015 | 2277 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>1,974.88 (P)<br>8,128.00 (U)<br>$10,102.88 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 48 | IESHA JACKSON<br>456 CHERRY LANE, #A<br>MANTECA, CA 95336 | 7/18/2015 | 2299 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>5,545.60 (P)<br>0.00 (U)<br>$5,545.60 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 49 | MELANIE VREDENBURGH<br>402 ALPEN ROSE WAY<br>GALT, CA 95632 | 7/18/2015 | 2343 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,777.70 (P)<br>0.00 (U)<br>$7,777.70 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 50 | DARREN W WRIGHT<br>1334 MELROSE AVE<br>MODESTO, CA 95350 | 7/18/2015 | 2353 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,076.92 (P)<br>0.00 (U)<br>$8,076.92 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 51 | EDWARD SHAKESPEARE<br>1914 VALMORA DRIVE<br>STOCKTON, CA 95210 | 7/20/2015 | 2386 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,500.00 (P)<br>0.00 (U)<br>$9,500.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 52 | MICAL A TALAMANTES<br>9447 TUSCANY CIR<br>STOCKTON, CA 95210 | 7/18/2015 | 2466 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>3,360.00 (P)<br>0.00 (U)<br>$3,360.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 53 | CHRISTOPHER A RIVERA<br>6119 DANNY DR #15<br>STOCKTON, CA 95210 | 7/18/2015 | 2471 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,065.50 (P)<br>0.00 (U)<br>$6,065.50 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 54 | ANTOINE T MOORE<br>10438 RUDDER WAY<br>STOCKTON, CA 95209 | 7/18/2015 | 2472 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>7,496.95 (P)<br>0.00 (U)<br>$7,496.95 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| # | Name/Address | Date | Claim # | Debtor | Amount | Notes |
|---|---|---|---|---|---|---|
| 55 | MICAL TALAMANTES<br>9447 TUSCANY CIR<br>STOCKTON, CA 95210 | 7/18/2015 | 2480 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>15,063.24 (P)<br>0.00 (U)<br>$15,063.24 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 56 | SARAH M HILL<br>8121 KYLE CT.<br>STOCKTON, CA 95210 | 7/18/2015 | 2571 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>7,540.25 (P)<br>0.00 (U)<br>$7,540.25 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 57 | MARIELA GUZMAN<br>6331 RIVERBANK CIR<br>STOCKTON, CA 95219 | 7/18/2015 | 2595 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,739.38 (P)<br>0.00 (U)<br>$8,739.38 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 58 | DEBORAH J PATRICK<br>3400 STEVENSON BLVD., T-12<br>FREMONT, CA 95438 | 7/20/2015 | 2734 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,115.20 (P)<br>0.00 (U)<br>$9,115.20 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 59 | BRADLEY R DOSTER<br>440 SADDLEBROOK LANE<br>PLEASANT HILL, CA 94523 | 7/20/2015 | 2768 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>317.94 (P)<br>0.00 (U)<br>$317.94 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 60 | LYNDIA WAGNER<br>87-2069 PAKEKE ST<br>WAIANAE, HI 96792 | 7/20/2015 | 2799 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>13,432.18 (P)<br>5,275.40 (U)<br>$18,707.58 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 61 | GUY REYNOLDS AND CHRISTINE SEYMOUR ON BEHALF OF THEMSELVES AND OTHER SIMILIARLY SITUATED FORMER EMPLOYEES OF DEBTORS<br>C/O OUTTEN & GOLDEN LLP<br>ATTN: JACK RAISNER/RENE ROUPINIAN<br>3 PARK AVENUE, 29TH FLOOR<br>NEW YORK, NY 10016 | 7/24/2015 | 2837 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>12,000,000.00 (P)<br>0.00 (U)<br>$12,000,000.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 62 | TRACY ZAVALA<br>2240 CHERRY LN #101<br>CLOVIS, CA 93612 | 7/20/2015 | 2844 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,351.54 (P)<br>0.00 (U)<br>$8,351.54 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 63 | CYNTHIA KOSHKO<br>1128 RAYMOND DR<br>MODESTO, CA 95351 | 7/20/2015 | 2887 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>16,952.76 (P)<br>0.00 (U)<br>$16,952.76 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 64 | LA TASHA C. LASTER-MULLINS<br>8338 TARBAT ST.<br>STOCKTON, CA 95209 | 7/20/2015 | 2961 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>14,192.31 (P)<br>0.00 (U)<br>$14,192.31 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| # | Name/Address | Date | Claim # | Debtor | Amount | Description |
|---|---|---|---|---|---|---|
| 65 | TINA M. HUSMAN<br>1458 SAMANTHA CREEK DRIVE<br>PATTERSON, CA 95363 | 7/20/2015 | 2970 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>17,610.42 (P)<br>0.00 (U)<br>$17,610.42 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 66 | MARIA P. ADAME<br>2076 WISTERIA PLACE<br>MANTECA, CA 95337 | 7/20/2015 | 3018 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>46,054.80 (P)<br>0.00 (U)<br>$46,054.80 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 67 | IVON S. VALENCIA HERMOSILLO<br>P.O. BOX 31<br>NEWMAN, CA 95360 | 7/20/2015 | 3020 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,665.39 (P)<br>0.00 (U)<br>$6,665.39 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 68 | VALERIE R. ESCOBAR<br>1921 ALTESSA LN<br>CERES, CA 95307 | 7/20/2015 | 3022 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>2,721.83 (P)<br>0.00 (U)<br>$2,721.83 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 69 | RIMAZARA REYES<br>5055 TREETOP DRIVE<br>SALIDA, CA 95368 | 7/20/2015 | 3024 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>14,220.90 (P)<br>0.00 (U)<br>$14,220.90 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 70 | SAMUEL SANCHEZ<br>2134 AZEVEDO AVE<br>MANTECA, CA 95337-8975 | 7/20/2015 | 3026 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>7,819.20 (P)<br>0.00 (U)<br>$7,819.20 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 71 | GINA MACIAS<br>2433 ROSE HILL LANE<br>RIVERBANK, CA 95367 | 7/20/2015 | 3031 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>16,704.42 (P)<br>0.00 (U)<br>$16,704.42 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 72 | ALEJANDRO TORO<br>1721 BRAHMS WAY<br>MODESTO, CA 95358 | 7/20/2015 | 3032 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,537.40 (P)<br>0.00 (U)<br>$7,537.40 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 73 | LISBET YAHAIRA TORO ANGEL<br>1721 BRAHMS WAY<br>MODESTO, CA 95358 | 7/20/2015 | 3037 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,665.38 (P)<br>0.00 (U)<br>$6,665.38 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 74 | HAROLD A. BASLER<br>704 DIXIE DRIVE<br>STOCKTON, CA 95215 | 7/20/2015 | 3045 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>10,858.49 (P)<br>0.00 (U)<br>$10,858.49 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 75 | JUNELLE ROMANO<br>3013 MONTICELLO DRIVE<br>STOCKTON, CA 95209 | 7/20/2015 | 3050 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>11,608.38 (P)<br>0.00 (U)<br>$11,608.38 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 76 | PATRICIA HAMPTON<br>15455 JACK COURT<br>LATHROP, CA 95330 | 7/20/2015 | 3063 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>15,582.25 (P)<br>0.00 (U)<br>$15,582.25 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 77 | IRENE CAMY<br>1532 CAMERON WAY<br>STOCKTON, CA 95207 | 7/20/2015 | 3083 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,333.33 (P)<br>0.00 (U)<br>$10,333.33 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 78 | STEVE POTTER<br>510 KISMET CT.<br>WALNUT CREEK, CA 94597 | 7/21/2015 | 3164 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,079.52 (P)<br>1,151.04 (U)<br>$9,230.56 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 79 | KENDRA L. SIKORSKI<br>1320 YOSEMITE CIRCLE<br>OAKLEY, CA 94561 | 7/21/2015 | 3188 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>12,475.00 (P)<br>0.00 (U)<br>$12,475.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 80 | COCO B. READ<br>483 WEST PICO AVENUE<br>CLOVIS, CA 93612 | 7/21/2015 | 3284 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,248.00 (P)<br>0.00 (U)<br>$10,248.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

Notes:

[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = To

[2] Capitalized terms used herein have the meanings ascribed to them in the Distribution Trustee's Third Omnibus (Substantive) Claims Objection to Certain WARN Ac

**Schedule 2**

**No Liability Claims**

Corinthian Colleges, Inc
Schedule 2 to Third Omnibus (Non-Substantive) Objection to No Liability Claims

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | CHARLES BLACK<br>2701 TAMARISK AVE<br>STOCKTON, CA 95207 | 7/6/2015 | 557 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,163.74 (P)<br>0.00 (U)<br>$8,163.74 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement[2] as a WARN Act Claim. |
| 2 | VICTOR C. PICINICH<br>9414 PIONEER CIRCLE<br>STOCKTON, CA 95212 | 7/6/2015 | 684 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>11,803.44 (P)<br>0.00 (U)<br>$11,803.44 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 3 | WILLIAM YATES<br>27 SCOOTER WAY<br>STOCKTON, CA 95209 | 7/6/2015 | 737 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,780.69 (P)<br>0.00 (U)<br>$9,780.69 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 4 | CHARLES BLACK<br>2701 TAMARISK AVE<br>STOCKTON, CA 95207 | 7/6/2015 | 748 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,608.40 (P)<br>0.00 (U)<br>$9,608.40 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 5 | MIRANDA LABRECQUE<br>203 MCNARY CIRCLE<br>MATECA, CA 95336 | 7/6/2015 | 793 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,021.00 (P)<br>0.00 (U)<br>$9,021.00 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 6 | CHESTER ARMELLINO<br>1375 SUELLEN DRIVE<br>TRACY, CA 95376 | 7/15/2015 | 1561 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>2,624.58 (P)<br>0.00 (U)<br>$2,624.58 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 7 | CONNIE ARMELLINO<br>1375 SUELLEN DR<br>TRACY, CA 95376 | 7/15/2015 | 1567 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,114.71 (P)<br>0.00 (U)<br>$9,114.71 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 8 | EDWARD SHAKESPEARE<br>1914 VALMORA DRIVE<br>STOCKTON, CA 95210 | 7/20/2015 | 2381 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,960.00 (P)<br>0.00 (U)<br>$10,960.00 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 9 | LISA LEDEE<br>6536 EMBARCADERO DR #8<br>STOCKTON, CA 95219 | 7/20/2015 | 2401 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,560.00 (P)<br>0.00 (U)<br>$7,560.00 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 10 | MARIELA A GUZMAN<br>6331 RIVERBANK CIR<br>STOCKTON, CA 95219 | 7/18/2015 | 2597 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,285.27 (P)<br>0.00 (U)<br>$10,285.27 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |

Corinthian Colleges, Inc
Schedule 2 to Third Omnibus (Non-Substantive) Objection to No Liability Claima

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 11 | SHARAREH MOHANDESSI<br>3868 MAIN STREET<br>FREMONT, CA 94538 | 7/20/2015 | 2937 | Heald Real Estate, LLC | $0.00 (S)<br>0.00 (A)<br>2,883.99 (P)<br>0.00 (U)<br>$2,883.99 (T) | Upon information and belief, accrued sick time was paid upon termination. |
| 12 | RAHM ROWHANI<br>PO BOX 2861<br>DUBLIN, CA 94568-0861 | 7/20/2015 | 2939 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>52,000.00 (P)<br>52,000.00 (U)<br>$52,000.00 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 13 | SEYED SAATCHI<br>170 TERRAZZO CIRCLE<br>SAN RAMON, CA 94583 | 7/20/2015 | 3215 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>2,497.69 (P)<br>0.00 (U)<br>$2,497.69 (T) | Upon information and belief, accrued sick time was paid upon termination. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = To
[2] Capitalized terms used herein have the meanings ascribed to them in the Distribution Trustee's Third Omnibus (Substantive) Claims Objection to Certain WARN Ac