**Schedule 1**

**WARN Act Claims**

Corinthian Colleges, Inc
Schedule 1 to Third Omnibus (Non-Substantive) Objection to WARN Claims

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | JAN K. SANDLIN<br>14070 SW 80TH CT<br>PORTLAND, OR 97224 | 6/8/2015 | 92 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>58.80 (P)<br>0.00 (U)<br>$58.80 (T) | Pursuant to the Settlement Agreement[2], the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 2 | SAMANTHA SEGALE<br>22900 7TH STREET<br>HAYWARD, CA 94541 | 7/1/2015 | 415 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,328.73 (P)<br>0.00 (U)<br>$10,328.73 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 3 | GUY ADAMS<br>3041 ASHRIDGE WAY<br>GRANITE BAY, CA 95746 | 7/2/2015 | 434 | Heald Capital LLC | $0.00 (S)<br>0.00 (A)<br>12,475.00 (P)<br>30,057.64 (U)<br>$42,532.64 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 4 | CHARLES G BLACK<br>2701 TAMARISK AVE<br>STOCKTON, CA 95207 | 7/6/2015 | 546 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>508.68 (P)<br>0.00 (U)<br>$508.68 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 5 | DWIGHT BYRD<br>9320 WHITE WATER LN<br>STOCKTON, CA 95219 | 7/6/2015 | 567 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>7,798.50 (P)<br>0.00 (U)<br>$7,798.50 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 6 | JOSEPH LECHUGA<br>2856 SIERRA GOLD CT<br>RIVERBANK, CA 95367 | 7/6/2015 | 645 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>7,998.72 (P)<br>0.00 (U)<br>$7,998.72 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 7 | VICTOR PICINICH<br>9414 PIONEER CIRCLE<br>STOCKTON, CA 95212 | 7/6/2015 | 690 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,028.55 (P)<br>0.00 (U)<br>$10,028.55 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 8 | MIRANDA LABRECQUE<br>203 MCNARY CIR<br>MANTECA, CA 95336 | 7/6/2015 | 703 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,971.80 (P)<br>0.00 (U)<br>$7,971.80 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 9 | NAFISA JAGHURI<br>2100 WOODSIDE CT<br>ATWATER, CA 95301 | 7/6/2015 | 708 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>5,332.48 (P)<br>0.00 (U)<br>$5,332.48 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 10 | WILLIAM YATES<br>27 SCOOTER WAY<br>STOCKTON, CA 95209 | 7/6/2015 | 742 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>11,976.34 (P)<br>0.00 (U)<br>$11,976.34 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | KAREN PHIPPS<br>1922 PAUL ST<br>HUGHSON, CA 95326 | 7/6/2015 | 745 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>8,640.00 (P)<br>0.00 (U)<br>$8,640.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 12 | JASON R. FRYE<br>18120 4TH AVE<br>JAMESTOWN, CA 95327 | 7/6/2015 | 771 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>12,932.22 (P)<br>0.00 (U)<br>$12,932.22 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 13 | HERBERT E. MCGEE<br>551 BLUE JAY DR.<br>HAYWARD, CA 94544 | 7/8/2015 | 878 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>12,475.00 (P)<br>0.00 (U)<br>$12,475.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 14 | DARLENE HENSON<br>2729 ANGEL DR.<br>STOCKTON, CA 95209 | 7/9/2015 | 949 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>7,491.33 (P)<br>0.00 (U)<br>$7,491.33 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 15 | MATTHEW TAYLOR<br>2308 J STREET APT. C<br>SACRAMENTO, CA 95816 | 7/9/2015 | 964 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>11,091.20 (P)<br>0.00 (U)<br>$11,091.20 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 16 | BELINDA ALCID<br>5300 S Los Altos Pkwy, #243<br>Sparks, NV 89436 | 7/10/2015 | 998 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>2,122.81 (P)<br>0.00 (U)<br>$2,122.81 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 17 | KAREN ANTILL<br>300 WAINANI WAY NO 518<br>HONOLULU, HI 96815 | 7/10/2015 | 1047 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>12,475.00 (P)<br>0.00 (U)<br>$12,475.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 18 | JASON E. ALVAREZ<br>1805 FALLON LN<br>MODESTO, CA 95355 | 7/10/2015 | 1110 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,616.00 (P)<br>0.00 (U)<br>$8,616.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 19 | JASON ALVAREZ<br>1805 FALLON LANE<br>MODESTO, CA 95355 | 7/10/2015 | 1123 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,616.00 (P)<br>0.00 (U)<br>$8,616.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 20 | AMANDA NAVAREZ<br>5818 HEMET AVE.<br>STOCKTON, CA 95207 | 7/11/2015 | 1138 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,464.09 (P)<br>0.00 (U)<br>$6,464.09 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 21 | PATRICIA M HUNT<br>1521 PANTHERS LN #18<br>MODESTO, CA 95355 | 7/10/2015 | 1162 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>14,221.40 (P)<br>0.00 (U)<br>$14,221.40 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| # | Name/Address | Date | Claim # | Debtor | Amount | Basis |
|---|---|---|---|---|---|---|
| 22 | PAMELA WASHINGTON<br>8035 KAELI CT.<br>STOCKTON, CA 95212 | 7/11/2015 | 1174 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>16,411.80 (P)<br>0.00 (U)<br>$16,411.80 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 23 | KASIA CONROY<br>19357 SYLVAN AVE<br>ESTACADA, OR 97023 | 7/13/2015 | 1368 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>12,475.00 (P)<br>0.00 (U)<br>$12,475.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 24 | TABBITHA ZEPEDA<br>1319 QUAD CT<br>STOCKTON, CA 95210 | 7/14/2015 | 1489 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>6,087.76 (P)<br>0.00 (U)<br>$6,087.76 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 25 | CONNIE ARMELLINO<br>1375 SUELLEN DR.<br>TRACY, CA 95376 | 7/15/2015 | 1565 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,430.00 (P)<br>0.00 (U)<br>$7,430.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 26 | CHESTER ARMELLINO<br>1375 SUELLEN DRIVE<br>TRACY, CA 95376 | 7/15/2015 | 1573 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>2,332.96 (P)<br>0.00 (U)<br>$2,332.96 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 27 | KAREN K. KAVORKIAN<br>1168 TWILIGHT DR<br>CERES, CA 95307 | 7/15/2015 | 1578 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,500.00 (P)<br>0.00 (U)<br>$6,500.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 28 | ROSE GOMEZ-DELPHIN<br>1976 GORDON VERNER CIRCLE<br>STOCKTON, CA 95206 | 7/15/2015 | 1579 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,703.65 (P)<br>0.00 (U)<br>$10,703.65 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 29 | DAVID J BRAGG<br>3353 ADMIRAL DR<br>STOCKTON, CA 95209 | 7/16/2015 | 1672 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,843.20 (P)<br>0.00 (U)<br>$10,843.20 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 30 | SANDY LAMBA<br>7117 PAUL DO MAR WAY<br>ELK GROVE, CA 95757 | 7/16/2015 | 1681 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>12,475.00 (P)<br>0.00 (U)<br>$12,475.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 31 | KATHERINE HANSEN<br>386 COLUMBIA CIRCLE<br>BENICIA, CA 94510 | 7/16/2015 | 1690 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,662.50 (P)<br>0.00 (U)<br>$8,662.50 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 32 | JUSTIN HALLIGAN<br>527 E. EVERETT AVE.<br>SUTHERLIN, OR 97479 | 7/16/2015 | 1724 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,298.07 (P)<br>0.00 (U)<br>$10,298.07 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| | | | | | |
|---|---|---|---|---|---|
| 33 | TYSON G. HUFFMAN<br>5212 AVANTE LN<br>SALIDA, CA 95368 | 7/16/2015 | 1795 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>14,192.28 (P)<br>0.00 (U)<br>$14,192.28 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 34 | MY DUONG<br>2213 BORDEAUX AVE<br>STOCKTON, CA 95210 | 7/16/2015 | 1835 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,873.08 (P)<br>0.00 (U)<br>$6,873.08 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 35 | CARMEN SIMMONS<br>1521 MORRISON AVENUE<br>STOCKTON, CA 95205 | 7/16/2015 | 1838 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,129.44 (P)<br>0.00 (U)<br>$9,129.44 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 36 | JOHNATHAN E. KING<br>P.O. BOX 161418<br>SACRAMENTO, CA 95816 | 7/16/2015 | 1840 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,615.38 (P)<br>0.00 (U)<br>$7,615.38 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 37 | ANTONIO O. DISOMMA<br>1830 S HUTCHINS ST., APT. 2<br>LODI, CA 95240 | 7/16/2015 | 1851 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>11,689.60 (P)<br>0.00 (U)<br>$11,689.60 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 38 | ANTONIO DISOMMA<br>1830 S. HUTCHINS ST. APT 218<br>LODI, CA 95240 | 7/16/2015 | 1852 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>1,200.00 (P)<br>0.00 (U)<br>$1,200.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 39 | HEATHER A. YATES<br>970 BELLE COURT<br>TRACY, CA 95376 | 7/16/2015 | 1909 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>11,136.90 (P)<br>0.00 (U)<br>$11,136.90 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 40 | RONALD GUIDER<br>P.O. BOX 248<br>RIVERBANK, CA 95367 | 7/16/2015 | 1910 | Heald Capital LLC | $0.00 (S)<br>0.00 (A)<br>10,679.24 (P)<br>0.00 (U)<br>$10,679.24 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 41 | HEATHER A. YATES<br>970 BELLE COURT<br>TRACY, CA 95376 | 7/16/2015 | 1936 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>421.92 (P)<br>0.00 (U)<br>$421.92 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 42 | HEATHER YATES<br>970 BELLE COURT<br>TRACY, CA 95376 | 7/16/2015 | 1937 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,652.00 (P)<br>0.00 (U)<br>$9,652.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 43 | LISA COLGAN<br>4245 SALGADO AVENUE<br>OAKLEY, CA 94561 | 7/17/2015 | 2017 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,057.60 (P)<br>0.00 (U)<br>$9,057.60 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| # | Name/Address | Date | Claim # | Debtor | Amount | Description |
|---|---|---|---|---|---|---|
| 44 | NOEMI GUERREO<br>3429 N STANFORD AVE<br>FRESNO, CA 93727 | 7/17/2015 | 2025 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,918.40 (P)<br>0.00 (U)<br>$8,918.40 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 45 | ROBERT BURNSIDE<br>1324 BUCKINGHAM WAY, NO 76<br>STOCKTON, CA 95207 | 7/17/2015 | 2118 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>1,628.85 (P)<br>0.00 (U)<br>$1,628.85 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 46 | SHERRY A BACHMAN<br>1462 RALL AVE<br>CLOVIS, CA 93611 | 7/17/2015 | 2128 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>450.00 (P)<br>0.00 (U)<br>$450.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 47 | TAMI TURNER<br>6834 EDGEWATER LANE<br>LIVERMORE, CA 94551 | 7/17/2015 | 2277 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>1,974.88 (P)<br>8,128.00 (U)<br>$10,102.88 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 48 | IESHA JACKSON<br>456 CHERRY LANE, #A<br>MANTECA, CA 95336 | 7/18/2015 | 2299 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>5,545.60 (P)<br>0.00 (U)<br>$5,545.60 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 49 | MELANIE VREDENBURGH<br>402 ALPEN ROSE WAY<br>GALT, CA 95632 | 7/18/2015 | 2343 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,777.70 (P)<br>0.00 (U)<br>$7,777.70 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 50 | DARREN W WRIGHT<br>1334 MELROSE AVE<br>MODESTO, CA 95350 | 7/18/2015 | 2353 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,076.92 (P)<br>0.00 (U)<br>$8,076.92 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 51 | EDWARD SHAKESPEARE<br>1914 VALMORA DRIVE<br>STOCKTON, CA 95210 | 7/20/2015 | 2386 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,500.00 (P)<br>0.00 (U)<br>$9,500.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 52 | MICAL A TALAMANTES<br>9447 TUSCANY CIR<br>STOCKTON, CA 95210 | 7/18/2015 | 2466 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>3,360.00 (P)<br>0.00 (U)<br>$3,360.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 53 | CHRISTOPHER A RIVERA<br>6119 DANNY DR #15<br>STOCKTON, CA 95210 | 7/18/2015 | 2471 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,065.50 (P)<br>0.00 (U)<br>$6,065.50 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 54 | ANTOINE T MOORE<br>10438 RUDDER WAY<br>STOCKTON, CA 95209 | 7/18/2015 | 2472 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>7,496.95 (P)<br>0.00 (U)<br>$7,496.95 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| | | | | | |
|---|---|---|---|---|---|
| 55 | MICAL TALAMANTES<br>9447 TUSCANY CIR<br>STOCKTON, CA 95210 | 7/18/2015 | 2480 | Heald College, LLC | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>15,063.24 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>0.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$15,063.24 (T) the Debtors based on or related to the WARN Act. |
| 56 | SARAH M HILL<br>8121 KYLE CT.<br>STOCKTON, CA 95210 | 7/18/2015 | 2571 | Heald College, LLC | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>7,540.25 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>0.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$7,540.25 (T) the Debtors based on or related to the WARN Act. |
| 57 | MARIELA GUZMAN<br>6331 RIVERBANK CIR<br>STOCKTON, CA 95219 | 7/18/2015 | 2595 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>8,739.38 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>0.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$8,739.38 (T) the Debtors based on or related to the WARN Act. |
| 58 | DEBORAH J PATRICK<br>3400 STEVENSON BLVD., T-12<br>FREMONT, CA 95438 | 7/20/2015 | 2734 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>9,115.20 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>0.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$9,115.20 (T) the Debtors based on or related to the WARN Act. |
| 59 | BRADLEY R DOSTER<br>440 SADDLEBROOK LANE<br>PLEASANT HILL, CA 94523 | 7/20/2015 | 2768 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>317.94 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>0.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$317.94 (T) the Debtors based on or related to the WARN Act. |
| 60 | LYNDIA WAGNER<br>87-2069 PAKEKE ST<br>WAIANAE, HI 96792 | 7/20/2015 | 2799 | Heald College, LLC | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>13,432.18 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>5,275.40 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$18,707.58 (T) the Debtors based on or related to the WARN Act. |
| 61 | GUY REYNOLDS AND CHRISTINE SEYMOUR ON BEHALF OF THEMSELVES<br>AND OTHER SIMILIARY SITUATED FORMER EMPLOYEES OF DEBTORS<br>C/O OUTTEN & GOLDEN LLP<br>ATTN: JACK RAISNER/RENE ROUPINIAN<br>3 PARK AVENUE, 29TH FLOOR<br>NEW YORK, NY 10016 | 7/24/2015 | 2837 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>0.00 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>12,000,000.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$12,000,000.00 (T) the Debtors based on or related to the WARN Act. |
| 62 | TRACY ZAVALA<br>2240 CHERRY LN #101<br>CLOVIS, CA 93612 | 7/20/2015 | 2844 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>8,351.54 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>0.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$8,351.54 (T) the Debtors based on or related to the WARN Act. |
| 63 | CYNTHIA KOSHKO<br>1128 RAYMOND DR<br>MODESTO, CA 95351 | 7/20/2015 | 2887 | Heald College, LLC | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>16,952.76 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>0.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$16,952.76 (T) the Debtors based on or related to the WARN Act. |
| 64 | LA TASHA C. LASTER-MULLINS<br>8338 TARBAT ST.<br>STOCKTON, CA 95209 | 7/20/2015 | 2961 | Heald College, LLC | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>14,192.31 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>0.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$14,192.31 (T) the Debtors based on or related to the WARN Act. |

| # | Name / Address | Date | Claim # | Debtor | Amounts | Description |
|---|---|---|---|---|---|---|
| 65 | TINA M. HUSMAN<br>1458 SAMANTHA CREEK DRIVE<br>PATTERSON, CA 95363 | 7/20/2015 | 2970 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>17,610.42 (P)<br>0.00 (U)<br>$17,610.42 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 66 | MARIA P. ADAME<br>2076 WISTERIA PLACE<br>MANTECA, CA 95337 | 7/20/2015 | 3018 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>46,054.80 (P)<br>0.00 (U)<br>$46,054.80 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 67 | IVON S. VALENCIA HERMOSILLO<br>P.O. BOX 31<br>NEWMAN, CA 95360 | 7/20/2015 | 3020 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,665.39 (P)<br>0.00 (U)<br>$6,665.39 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 68 | VALERIE R. ESCOBAR<br>1921 ALTESSA LN<br>CERES, CA 95307 | 7/20/2015 | 3022 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>2,721.83 (P)<br>0.00 (U)<br>$2,721.83 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 69 | RIMAZARA REYES<br>5055 TREETOP DRIVE<br>SALIDA, CA 95368 | 7/20/2015 | 3024 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>14,220.90 (P)<br>0.00 (U)<br>$14,220.90 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 70 | SAMUEL SANCHEZ<br>2134 AZEVEDO AVE<br>MANTECA, CA 95337-8975 | 7/20/2015 | 3026 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>7,819.20 (P)<br>0.00 (U)<br>$7,819.20 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 71 | GINA MACIAS<br>2433 ROSE HILL LANE<br>RIVERBANK, CA 95367 | 7/20/2015 | 3031 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>16,704.42 (P)<br>0.00 (U)<br>$16,704.42 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 72 | ALEJANDRO TORO<br>1721 BRAHMS WAY<br>MODESTO, CA 95358 | 7/20/2015 | 3032 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,537.40 (P)<br>0.00 (U)<br>$7,537.40 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 73 | LISBET YAHAIRA TORO ANGEL<br>1721 BRAHMS WAY<br>MODESTO, CA 95358 | 7/20/2015 | 3037 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,665.38 (P)<br>0.00 (U)<br>$6,665.38 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 74 | HAROLD A. BASLER<br>704 DIXIE DRIVE<br>STOCKTON, CA 95215 | 7/20/2015 | 3045 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>10,858.49 (P)<br>0.00 (U)<br>$10,858.49 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 75 | JUNELLE ROMANO<br>3013 MONTICELLO DRIVE<br>STOCKTON, CA 95209 | 7/20/2015 | 3050 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>11,608.38 (P)<br>0.00 (U)<br>$11,608.38 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

| | | | | | |
|---|---|---|---|---|---|
| 76 | PATRICIA HAMPTON<br>15455 JACK COURT<br>LATHROP, CA 95330 | 7/20/2015 | 3063 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>15,582.25 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>0.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$15,582.25 (T) the Debtors based on or related to the WARN Act. |
| 77 | IRENE CAMY<br>1532 CAMERON WAY<br>STOCKTON, CA 95207 | 7/20/2015 | 3083 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>10,333.33 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>0.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$10,333.33 (T) the Debtors based on or related to the WARN Act. |
| 78 | STEVE POTTER<br>510 KISMET CT.<br>WALNUT CREEK, CA 94597 | 7/21/2015 | 3164 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>8,079.52 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>1,151.04 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$9,230.56 (T) the Debtors based on or related to the WARN Act. |
| 79 | KENDRA L SIKORSKI<br>1320 YOSEMITE CIRCLE<br>OAKLEY, CA 94561 | 7/21/2015 | 3188 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>12,475.00 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>0.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$12,475.00 (T) the Debtors based on or related to the WARN Act. |
| 80 | COCO B. READ<br>483 WEST PICO AVENUE<br>CLOVIS, CA 93612 | 7/21/2015 | 3284 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A) Pursuant to the Settlement Agreement, the claimant, as a former employee of the<br>10,248.00 (P) Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or<br>0.00 (U) plant closings ordered by the Debtors, is deemed to have released all claims against<br>$10,248.00 (T) the Debtors based on or related to the WARN Act. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = To
[2] Capitalized terms used herein have the meanings ascribed to them in the Distribution Trustee's Third Omnibus (Substantive) Claims Objection to Certain WARN Ac