**Schedule 2**

**No Liability Claims**

RLF1 28078802v.1

Corinthian Colleges, Inc
Schedule 2 to Third Omnibus (Non-Substantive) Objection to No Liability Claims

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | CHARLES BLACK<br>2701 TAMARISK AVE<br>STOCKTON, CA 95207 | 7/6/2015 | 557 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>8,163.74 (P)<br>0.00 (U)<br>$8,163.74 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 2 | VICTOR C. PICINICH<br>9414 PIONEER CIRCLE<br>STOCKTON, CA 95212 | 7/6/2015 | 684 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>11,803.44 (P)<br>0.00 (U)<br>$11,803.44 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 3 | WILLIAM YATES<br>27 SCOOTER WAY<br>STOCKTON, CA 95209 | 7/6/2015 | 737 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,780.69 (P)<br>0.00 (U)<br>$9,780.69 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 4 | CHARLES BLACK<br>2701 TAMARISK AVE<br>STOCKTON, CA 95207 | 7/6/2015 | 748 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,608.40 (P)<br>0.00 (U)<br>$9,608.40 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 5 | MIRANDA LABRECQUE<br>203 MCNARY CIRCLE<br>MATECA, CA 95336 | 7/6/2015 | 793 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,021.00 (P)<br>0.00 (U)<br>$9,021.00 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 6 | CHESTER ARMELLINO<br>1375 SUELLEN DRIVE<br>TRACY, CA 95376 | 7/15/2015 | 1561 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>2,624.58 (P)<br>0.00 (U)<br>$2,624.58 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 7 | CONNIE ARMELLINO<br>1375 SUELLEN DR<br>TRACY, CA 95376 | 7/15/2015 | 1567 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>9,114.71 (P)<br>0.00 (U)<br>$9,114.71 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 8 | EDWARD SHAKESPEARE<br>1914 VALMORA DRIVE<br>STOCKTON, CA 95210 | 7/20/2015 | 2381 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,960.00 (P)<br>0.00 (U)<br>$10,960.00 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 9 | LISA LEDEE<br>6536 EMBARACADERO DR #8<br>STOCKTON, CA 95219 | 7/20/2015 | 2401 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,560.00 (P)<br>0.00 (U)<br>$7,560.00 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 10 | MARIELA A GUZMAN<br>6331 RIVERBANK CIR<br>STOCKTON, CA 95219 | 7/18/2015 | 2597 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,285.27 (P)<br>0.00 (U)<br>$10,285.27 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |

Corinthian Colleges, Inc
Schedule 2 to Third Omnibus (Non-Substantive) Objection to No Liability Claims

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 11 | SHARAREH MOHANDESSI<br>3868 MAIN STREET<br>FREMONT, CA 94538 | 7/20/2015 | 2937 | Heald Real Estate, LLC | $0.00 (S)<br>0.00 (A)<br>2,883.99 (P)<br>0.00 (U)<br>$2,883.99 (T) | Upon information and belief, accrued sick time was paid upon termination. |
| 12 | RAHM ROWHANI<br>PO BOX 2861<br>DUBLIN, CA 94568-0861 | 7/20/2015 | 2939 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>52,000.00 (P)<br>52,000.00 (U)<br>$52,000.00 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement as a WARN Act Claim. |
| 13 | SEYED SAATCHI<br>170 TERRAZZO CIRCLE<br>SAN RAMON, CA 94583 | 7/20/2015 | 3215 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>2,497.69 (P)<br>0.00 (U)<br>$2,497.69 (T) | Upon information and belief, accrued sick time was paid upon termination. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = To
[2] Capitalized terms used herein have the meanings ascribed to them in the Distribution Trustee's Third Omnibus (Substantive) Claims Objection to Certain WARN Ac