IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 26, 2022 AT 11:00 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.*

**I.    RESOLVED MATTERS:**

1. Distribution Trustee's Third Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims [Docket No. 1836 – filed September 20, 2022]

    Objection / Response Deadline:    October 4, 2022 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.    Letter Response from Sherry Bachman [Docket No. 1842 – filed October 11, 2022]

    B.    Letter Response from Diane E. Sayers [Docket No. 1844 – filed October 5, 2022]

    C.    Informal Response from Nafisa Jaghuri

    Related Documents:

    i.    Notice of Submission of Copies of Proofs of Claim Regarding Distribution Trustee's Third Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims [Docket No. 1843 – filed October 12, 2022]

---

[1]    The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

ii. Certification of Counsel Regarding Distribution Trustee's Third Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims [Docket No. 1846 – filed October 20, 2022]

iii. Order Sustaining the Distribution Trustee's Third Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims [Docket No. 1847 – entered October 20, 2022]

Status: On October 20, 2022, the Court entered an order regarding this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

Dated: October 21, 2022
Wilmington, Delaware

Respectfully submitted,

*/s/ Amanda R. Steele*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Emily R. Mathews (No. 6866)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      maddox@rlf.com
      mathews@rlf.com

Counsel for the Distribution Trustee