# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Corinthian Colleges, Inc. and Pacific Corp., d/b/a Rocky Mountain Power,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (JTD) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE OF NOTICES AND PLEADINGS

Ciardi Ciardi & Astin files this Notice of Withdrawal of Appearance and Request for Removal from Service of Notices and Pleadings.

Pursuant to Rule 2002 of the Bankruptcy Rules, Ciardi Ciardi & Astin requests that each of its attorneys listed below be removed from all service lists, including CM/ECF notices in the captioned cause.

Daniel K. Astin
Ciardi, Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
(302) 658-1100
Email/ECF: dastin@ciardilaw.com

Date:   November 1, 2022
          Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Daniel K. Astin*
Daniel K. Astin (No. 4068)
1204 North King Street
Wilmington, DE  19801
Telephone: (302) 384-9451
dastin@ciardilaw.com