## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | Case No. 15-10952 (JTD) |
| Debtors. | |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated, | Adversary No. 15-50309 (JTD) |
| Plaintiffs, | |
| v. | |
| CORINTHIAN COLLEGES, INC., | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF LOIZIDES, P.A. AND CHRISTOPHER D. LOIZIDES AS COUNSEL TO GUY REYNOLDS AND CHRISTINE SEYMOUR, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED AND REQUEST TO BE REMOVED FROM THE COURT'S CM/ECF NOTIFICATION LIST

**PLEASE TAKE NOTICE** that Loizides, P.A. and Christopher D. Loizides ("Counsel") hereby respectfully withdraw their appearance as counsel in the above-captioned case for all purposes including, without limitation, notice and service for *Guy Reynolds and Christine Seymour, on behalf of themselves and all others similarly situated* (the "Party"). Pursuant to Del. Bankr. L.R. 9010-2(b), undersigned counsel certifies that (a) the Party has no controversy pending before the Court and (b) the Party consents to withdrawal of counsel.  Counsel requests that they also be removed from the Court's CM/ECF notification list.

Dated: November 4, 2022                             Respectfully Submitted,
Wilmington, DE

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

By */s/ Christopher D. Loizides*
Christopher D. Loizides, Esq. (No. 3968)
LOIZIDES, P.A.
Legal Arts Building
1225 King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

*Counsel to Guy Reynolds and Christine Seymour,*
*on behalf of themselves and all others similarly*
*situated*