# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 15-10952 (JTD) |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>    Defendant. | Adversary No. 15-50309 (JTD) |

## CERTIFICATE OF SERVICE AND TRANSMISSION

The undersigned hereby certifies that on November 4, 2022, he caused true and correct copies of the foregoing *Notice of Withdrawal of Appearance of Loizides, P.A. and Christopher D. Loizides as Counsel to Guy Reynolds and Christine Seymour, on behalf of themselves and all others similarly situated and Request to be Removed from the Court's CM/ECF Notification List,* to be served and transmitted as follows:

(i)  Service via CM/ECF on those parties who have registered and become a CM/ECF user in these cases in accordance with Del. Bankr. L.R. 5005-4(c)(ii); and

(ii)  Transmission in accordance with Del. Bankr. L.R. 9036-1(b) upon counsel to the Debtors, counsel to the Office of the United States Trustee, and former counsel to the Official Committee of Unsecured Creditors, as indicated on the attached service list.

Dated: November 4, 2022
Wilmington, DE

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248

Facsimile: (302) 654-0728
Email: loizides@loizides.com

*Counsel to Guy Reynolds and Christine Seymour, on behalf of themselves and all others similarly situated*

**SERVICE LIST**

**VIA EMAIL AND CM/ECF**

Rachel Biblo Block
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
rblock@jw.com

Mark D. Collins
Michael Joseph Merchant
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@RLF.com
merchant@rlf.com

Amanda R. Steele
Marisa A. Terranova
Richards, Layton and Finger
920 N. King Street
Wilmington, DE 19801
steele@rlf.com
terranova@rlf.com
*Counsel to the Reorganized Debtors*

Marc Abrams
Whiteford, Taylor & Preston LLC
405 North King Street, Suite 500
Wilmington, DE 19801
mabrams@wtplaw.com

Julia Bettina Klein
Klein LLC
225 W 14th Street, Suite 100
Wilmington, DE 19801
klein@kleinllc.com

Christopher S. Koenig
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
ckoenig@willkie.com

Scott J. Leonhardt
Frederick Brian Rosner
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801
leonhardt@teamrosner.com
rosner@teamrosner.com

H. Jeffrey Schwartz
Bennett Silverberg
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com
*Counsel to the Official Committee of Unsecured Creditors*

OFFICE OF THE UNITED STATES TRUSTEE
U.S. Department of Justice
Attn: Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov