# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | CASE NO. 15-10952-JTD |
| | § | |
| **CORINTHIAN COLLEGES, INC.** | § | |
| | § | |
| | § | **CHAPTER 11** |
| **DEBTOR** | § | |

## TRAVIS COUNTY'S NOTICE OF WITHDRAWAL OF CLAIM

Travis County withdraws its claim (Claim No. 4270 in the amount of $28,305.84) because the claim has been paid in full.

                                                    **Respectfully submitted,**

                                                    **DELIA GARZA**
                                                    **Travis County Attorney**
                                                    P.O. Box 1748
                                                    Austin, Texas 78767
                                                    (512) 854-9092 Telephone
                                                    (512) 854-4808 Telecopier

By:    */s/ Jason A. Starks*
           **JASON A. STARKS**
           Texas Bar No. 24046903
           jason.starks@traviscountytx.gov

## CERTIFICATE OF SERVICE

      I, Jason A. Starks, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing pleading has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **28th** day of **November, 2022** and/ or mailed by United States First Class Mail to any party listed below that is not registered.

                                                  */s/ Jason A. Starks*
                                                 JASON A. STARKS

**DEBTOR**
Corinthian Colleges, Inc.
6 Hutton Centre Drive, Ste. 400
Santa Ana, CA 92707

**DEBTOR'S ATTORNEYS**
Rachel Biblo Block
JACKSON WALKER LLP
2323 Ross Avenue, Ste. 600
Dallas, Texas 75201
(Via Electronic Service)

**U.S. TRUSTEE**
Timothy Jay Fox, Jr.
844 King Street, Rm. 2207
Wilmington, DE 19801
(Via Electronic Service)

1093742-1