# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] § | |
| § | Case No. 15-10952 (JTD) |
| § | |
| Debtor. § | |
| § | |

-------------------------------------------------------------

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATE

The undersigned hereby certifies that the Court has provided the hearing date set forth on the proposed order, attached hereto, for the above-captioned chapter 11 case.

WHEREFORE, counsel for Craig R. Jalbert, the distribution trustee, requests that the Court enter the proposed order, attached hereto, at its earliest convenience.

Dated: March 1, 2023  
    Wilmington, Delaware

/s/ Emily R. Mathews  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Amanda R. Steele (No. 5530)  
Robert C. Maddox (No. 5356)  
Emily R. Mathews (No. 6866)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
       merchant@rlf.com  
       steele@rlf.com  
       maddox@rlf.com  
       mathews@rlf.com  

Counsel to the Distribution Trustee

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

RLF1 28659809v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., § | |
| § | Case No. 15-10952 (JTD) |
| § | |
| Debtor. § | |
| § | |

------------------------------------------------------------

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| Date & Time | Location |
|---|---|
| March 28, 2023 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |

RLF1 28659809v.1