**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § | |
| | § | **Re: Docket No. 1861** |
| | § | |

-------------------------------------------------------------

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date

in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| April 18, 2023 at 1:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware |
| | 824 North Market Street, 5th Floor, Courtroom 5 |
| | Wilmington, Delaware 19801 |

**Dated: March 6th, 2023
Wilmington, Delaware**

**JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE**