IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § § | |
| | § | Re: Docket No. 1863 |

**CERTIFICATE OF NO OBJECTION REGARDING DISTRIBUTION TRUSTEE'S FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) WARN ACT CLAIMS AND (II) NO LIABILITY CLAIMS**

The undersigned hereby certifies that Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust (the "**Distribution Trust**") has received no answer or any other responsive pleading with respect to the *Distribution Trustee's Fourth Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims* [Docket No. 1863] (the "**Objection**") filed by the Distribution Trustee with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on March 6, 2023. The undersigned further certifies that no answer or other responsive pleading to the Objection has appeared on the Court's docket in the above-captioned chapter 11 case. Pursuant to the *Notice of Objection and Hearing*, filed with the Objection, any response to the Objection was to be filed and served no later than 4:00 p.m. (ET) on March 20, 2023.

WHEREFORE, the Distribution Trustee respectfully requests that an order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

---

[1] The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

RLF1 28758719v.2

Dated: March 21, 2023
       Wilmington, Delaware

Respectfully submitted,

*/s/ Emily R. Mathews*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Emily R. Mathews (No. 6866)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       maddox@rlf.com
       mathews@rlf.com

Counsel for the Distribution Trustee