**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § | |
| | § | **Re: Docket No. 1863** |

-----------------------------------------------------------------

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING**
**DISTRIBUTION TRUSTEE'S FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION**
**TO CERTAIN (I) WARN ACT CLAIMS AND (II) NO LIABILITY CLAIMS**

PLEASE TAKE NOTICE that Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges, Inc. distribution trust, has electronically delivered to The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 copies of the relevant proofs of claim (the "**Claims**") subject to the *Distribution Trustee's Fourth Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims* [Docket No. 1863], filed on March 6, 2023.

PLEASE TAKE FURTHER NOTICE that copies of the Claims may be obtained from the Distribution Trustee's undersigned counsel.

---

[1]     The debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Corinthian Colleges, Inc. (7312).

2

Dated: March 21, 2023
      Wilmington, Delaware

Respectfully submitted,

*/s/ Emily R. Mathews*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Emily R. Mathews (No. 6866)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email:  collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      maddox@rlf.com
      mathews@rlf.com

Counsel for the Distribution Trustee

RLF1 28758769v.1