**Schedule 1**

**WARN Act Claims**

RLF1 28758719v.2

Corinthian Colleges, Inc.
Schedule 1 to Distribution Trustee's Fourth Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[3] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | ALEJANDRO TORO<br>1721 BRAHMS WAY<br>MODESTO, CA 95358 | 7/21/2015 | 3286 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>7,535.84 (P)<br>0.00 (U)<br>$7,535.84 (T) | Pursuant to the Settlement Agreement[1], the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 2 | ROWENA M. DATUIN<br>14 WEST INGRAM<br>STOCKTON, CA 95204 | 7/21/2015 | 3395 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>7,496.95 (P)<br>0.00 (U)<br>$7,496.95 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 3 | LISBET TORO ANGEL<br>1721 BRAHMS WAY<br>MODESTO, CA 95358 | 7/21/2015 | 3405 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,665.18 (P)<br>0.00 (U)<br>$6,665.18 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 4 | MONIQUE GRIFFIN<br>4791 SPINNAKER WAY<br>DISCOVERY BAY, CA 94505 | 7/21/2015 | 3409 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>10,833.13 (P)<br>0.00 (U)<br>$10,833.13 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 5 | MARIE A. BATTERSON-FLORA<br>16623 FRENCH CAMP ROAD<br>RIPON, CA 95366 | 7/22/2015 | 3483 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>10,368.54 (P)<br>0.00 (U)<br>$10,368.54 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 6 | GEORGINA A. SHERRIFFE<br>3304 HIDDEN BROOK CT<br>MODESTO, CA 95355 | 7/24/2015 | 3629 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>4,276.80 (P)<br>0.00 (U)<br>$4,276.80 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 7 | REESHEMAH BROWN<br>9518 SCARBORO PL<br>STOCKTON, CA 95209 | 7/27/2015 | 3701 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,606.20 (P)<br>0.00 (U)<br>$6,606.20 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 8 | ROBERT J. BURNSIDE<br>1324 BUCKINGHAM WAY, NO. 76<br>STOCKTON, CA 95207 | 7/29/2015 | 3753 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>1,465.92 (P)<br>0.00 (U)<br>$1,465.92 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 9 | DAISY SAUCEDO<br>149 W ESSEX ST.<br>STOCKTON, CA 95204 | 2/3/2016 | 4281 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>6,675.52 (P)<br>0.00 (U)<br>$6,675.52 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 10 | COREY NORWOOD<br>862 BRAMASOLE AVE.<br>MOUNTAIN HOUSE, CA 95391 | 2/8/2016 | 4282 | Corinthian Colleges, Inc. | $0.00 (S)<br>0.00 (A)<br>12,782.04 (P)<br>0.00 (U)<br>$12,782.04 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

Corinthian Colleges, Inc.
Schedule 1 to Distribution Trustee's Fourth Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 11 | YANORY SILVA 862 BRAMASOLE AVE. MOUNTAIN HOUSE, CA 95391 | 2/8/2016 | 4283 | Corinthian Colleges, Inc. | $0.00 (S) 0.00 (A) 10,406.04 (P) 0.00 (U) $10,406.04 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 12 | WALTER MICHAEL WELCH, JR. 8612 OAKENSHIELD CIRCLE ANTELOPE, CA 95843 | 2/16/2016 | 4285 | Corinthian Colleges, Inc. | $0.00 (S) 0.00 (A) 15,063.24 (P) 0.00 (U) $15,063.24 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

Notes:

[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

[2] Capitalized terms used herein have the meanings ascribed to them in the Distribution Trustee's Fourth Omnibus (Substantive) Claims Objection to Certain (I) WARN Act Claims and (II) No Liability Claims.