**Schedule 2**

No Liability Claims

RLF1 28758719v.2

Corinthian Colleges, Inc.
Schedule 2 to Distribution Trustee's Fourth Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claimants

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | VALEH DABIRI ALAEE<br>7422 STANFORD PLACE<br>CUPERTINO, CA 95014 | 7/21/2015 | 3302 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>6,094.75 (P)<br>0.00 (U)<br>$6,094.75 (T) | Upon information and belief, accrued sick time was paid upon termination. |
| 2 | CHRISTINA S. MCJIMSEY<br>4046 KIRSTEN DR<br>STOCKTON, CA 95212 | 7/28/2015 | 3747 | Heald College, LLC | $0.00 (S)<br>0.00 (A)<br>10,641.10 (P)<br>0.00 (U)<br>$10,641.10 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. Any future wage claims were satisfied per the Settlement Agreement[2] has a WARN Act Claim. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total
[2] Capitalized terms used herein have the meanings ascribed to them in the Distribution Trustee's Fourth Omnibus (Substantive) Claims Objection to Certain (I) WARN Act Claims and (II) No Liability Claims.