IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| Debtor. | § | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 28, 2023 AT 10:00 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.*

I. **RESOLVED MATTERS:**

1. Distribution Trustee's Fifteenth Motion for an Order Extending the Claims Objection Deadline through September 5, 2023 [Docket No. 1859 – filed March 1, 2023]

    Objection / Response Deadline:   March 15, 2023 at 4:00 p.m. (ET)

    Objections / Responses Received:   None.

    Related Documents:

    i. Certificate of No Objection Regarding Distribution Trustee's Fifteenth Motion for an Order Extending the Claims Objection Deadline through September 5, 2023 [Docket No. 1866 – filed March 16, 2023]

    ii. Order Granting Distribution Trustee's Fifteenth Motion for an Order Extending the Claims Objection Deadline through September 5, 2023 [Docket No. 1867 – entered March 17, 2023]

    Status:   On March 17, 2023, the Court entered an order regarding this matter. Accordingly, a hearing on this matters is no longer necessary.

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

RLF1 28768581v.1

|  |  |
|---|---|
| Dated: March 23, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Emily R. Mathews*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Emily R. Mathews (No. 6866)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email:  collins@rlf.com<br>            merchant@rlf.com<br>            steele@rlf.com<br>            maddox@rlf.com<br>            mathews@rlf.com<br><br>Counsel for the Distribution Trustee |