

# Department of Taxation and Finance

Civil Enforcement Division – Bankruptcy Unit
PO Box 5300, Albany NY 12205

March 24, 2023

United States Bankruptcy Court
Total District of Delaware
Corinthian Colleges INC
c/o Omni Management Group LLC
5955 Se Soto Ave Suite 100
Woodland Hills Ca. 91367

Re:    Corinthian Colleges INC
       Case number: 15-10952

To whom it may concern,

The New York State Department of Taxation and Finance is withdrawing the following pre-petition proof of claims:

| Claim Number | Claim Amount | Claim Date |
|---|---|---|
| 4099 | $19,412.00 | 9/17/2015 |

There is no surviving pre-petition proof of claim.

If you have any questions, please contact the Bankruptcy Unit at 518-457-3160.

Sincerely,

E. Gentner
Taxpayer Services Specialist I



TC-280 (3/05)

New York State
Department of Taxation and Finance
Bankruptcy Unit
PO Box 5300
Albany NY 12205-0300

United States Bankruptcy Court
Total District of Delaware
Corinthian Colleges INC
c/o Omni Management Group LLC
5955 Se Soto Ave Suite 100
Woodland Hills Ca. 91367

RECEIVED
APR 03 2023
By _____

US POSTAGE — PITNEY BOWES
ZIP 12183
$ 000.60⁰
0001404701 MAR 28 2023