IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § § § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | | Case No. 15-10952 (JTD) |
| Debtor. | | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 18, 2023 AT 1:00 P.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.*

**I.   RESOLVED MATTER:**

1. Distribution Trustee's Fourth Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims [Docket No. 1863 – filed March 6, 2023]

   Objection / Response Deadline:   March 20, 2023 at 4:00 p.m. (ET)

   Objections / Responses Received:   None.

   Related Documents:

   i.  Certificate of No Objection Regarding Distribution Trustee's Fourth Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims [Docket No. 1868 – filed March 21, 2023]

   ii. Notice of Submission of Copies of Proofs of Claim Regarding Distribution Trustee's Fourth Omnibus (Substantive) Objection to Certain (I) WARN Act Claims and (II) No Liability Claims [Docket No. 1869 – filed March 21, 2023]

   iii. Order Sustaining the Distribution Trustee's Fourth Omnibus (Substantive) Objection to Certain (I) Warn Act Claims and (II) No Liability Claims [Docket No. 1871 – entered March 23, 2023]

   Status:   On March 23, 2023, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

---

[1]   The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

Dated: April 12, 2023
      Wilmington, Delaware

Respectfully submitted,

*/s/ Emily R. Mathews*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Emily R. Mathews (No. 6866)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       maddox@rlf.com
       mathews@rlf.com

Counsel for the Distribution Trustee