**<u>Exhibit B</u>**

**Jalbert Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC.,[1]<br><br><br>Debtor. | Chapter 11<br><br>Case No. 15-10952 (JTD) |

**DECLARATION OF CRAIG R. JALBERT IN SUPPORT OF THE DISTRIBUTION TRUSTEE'S FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) LATE-FILED CLAIMS AND (II) INSUFFICIENT DOCUMENTATION CLAIMS**

I, Craig R. Jalbert, hereby declare under penalty of perjury:

1. I am a principal of Verdolino & Lowey, P.C. where I have worked as a restructuring professional for more than twenty years. I am a certified insolvency and restructuring advisor and am the Distribution Trustee for the Corinthian Colleges Distribution Trust (the "**Distribution Trust**"), established pursuant to the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidating* [D.I. 990].

2. I submit this declaration (the "**Declaration**") in support of the *Distribution Trustee's Fifth Omnibus (Non-Substantive) Objection to Certain (I) Late-Filed Claims and (II) Insufficient Documentation Claims* (the "**Objection**"),[2] dated as of the date hereof and filed contemporaneously herewith.

3. I am over the age of eighteen and am authorized by the Distribution Trust to submit this Declaration. All statements in this Declaration are based upon my personal

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number is: Corinthian Colleges, Inc. (7312).

[2] Capitalized terms used but not defined in this Declaration shall have the same meanings ascribed to them in the Objection.

knowledge, my review (or the review of others under my supervision) of (i) the relevant proofs of claim, (ii) the official register of claims filed in the chapter 11 case, and/or (c) the Debtors' Books and Records and other documents identified herein. If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

4. The proofs of claim subject to the Objection were carefully reviewed and analyzed in good faith using due diligence by appropriate personnel of the Distribution Trust, Omni, Verdolino & Lowey, P.C., and Richards, Layton & Finger, P.A.

### A. Late-Filed Claims

5. Based upon a review and analysis of the Late-Filed Claims listed on Schedule 1 to the Proposed Order and the Claims Register, I have determined that each Late-Filed Claim was filed after the applicable Bar Date.

6. My professionals and I performed an in-depth review of the proofs of claim and the Claims Register to determine whether such Late-Filed Claims were in fact filed after the applicable Bar Date. Therefore, after careful review, it is my belief that all of the Late-Filed Claims were filed after the applicable Bar Date and should be disallowed and expunged in their entirety.

### B. Insufficient Documentation Claims

7. Each Insufficient Documentation Claim listed on Schedule 2 to the Proposed Order was filed without sufficient documentation to substantiate the claims asserted therein. My professionals and I have been unable to locate any documentation that would substantiate the Insufficient Documentation Claims, whether in full or in part.

8. The basis for my determination includes, but is not limited to, the review of (i) the Debtors' Books and Records, which were maintained in the ordinary course of business by the

-3-

Debtors, and do not reflect the existence of the asserted Insufficient Documentation Claims, and (ii) the proofs of claims asserting the Insufficient Documentation Claims, which provide no basis or appropriate supporting documentation on which the existence of a valid claim could be determined. Therefore, I object to the allowance of the Insufficient Documentation Claims set forth on <u>Schedule 2</u> to the Proposed Order and seek entry of the Proposed Order disallowing and expunging the Insufficient Documentation Claims.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of May, 2023.

/s/ Craig Jalbert
Craig Jalbert
Distribution Trustee
Corinthian Colleges Distribution Trust