## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | Case No. 15-10952 (JTD) |
| | (Jointly Administered) |
| Debtor | |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on May 2, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Distribution Trustee's Fifth Omnibus (Non-Substantive) Objection to Certain (I) Late-Filed Claims; and (II) Insufficient Documentation Claims [Docket No. 1882]**

Pursuant to Local Rule 5005-4(c)(ii) of the United States Bankruptcy Court – District of Delaware, notice of this filing was served on the following parties attached hereto as **Exhibit C** through the Court's Electronic Case Filing System and were also served courtesy copies via e-mail. Parties may access this filing through the Court's system.

Dated: May 3, 2023

Randy Lowry
Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 3rd day of May, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: Corinthian Colleges, Inc. (7312)..

## EXHIBIT A

**Corinthian Colleges, Inc., et al. - Service List to e-mail Recipients** Served 5/2/2023

ABDOLHOSSEIN NAVID TABRIZI
EMAIL ADDRESS REDACTED

AMERICAN EXPRESS TRAVEL RELATED SERVICES
NOTICES@BECKET-LEE.COM

ARAPAHOE COUNTY TREASURER
BENJAMIN SWARTZENDRUBER
BSWARTZENDRUBER@ARAPAHOEGOV.COM

ARAPAHOE COUNTY TREASURER
WENDY ROSSMAN
WROSSMAN@ARAPAHOEGOV.COM

ARNITA COLBERT
EMAIL ADDRESS REDACTED

ASHBY & GEDDES, P.A.
LEIGH-ANNE RAPORT
LRAPORT@ASHBY-GEDDES.COM

ASHBY & GEDDES, P.A.
RICARDO PALACIO
RPALACIO@ASHBY-GEDDES.COM

ASHBY & GEDDES, P.A.
WILLIAM BOWDEN
WBOWDEN@ASHBY-GEDDES.COM

BALLARD SPAHR LLP
BRIAN HUBEN
HUBENB@BALLARDSPAHR.COM

BALLARD SPAHR LLP
DUSTIN BRANCH
BRANCHD@BALLARDSPAHR.COM

BMC GROUP, INC.
T. FEIL
TFEIL@BMCGROUP.COM

BOVITZ & SPITZER
J. SCOTT BOVITZ
BOVITZ@BOVITZ-SPITZER.COM

BRENDA CLYDESDALE
EMAIL ADDRESS REDACTED

BROWN RUDNICK LLP
BENNETT SILVERBERG
BSILVERBERG@BROWNRUDNICK.COM

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CALIFORNIA DEPARTMENT OF JUSTICE
BERNARD A. ESKANDARI
BERNARD.ESKANDARI@DOJ.CA.GOV

CAROL STANFORD
EMAIL ADDRESS REDACTED

CHELSEA STEPHENSON
EMAIL ADDRESS REDACTED

CHRISTINA CURRIN
EMAIL ADDRESS REDACTED

CHRISTINA SALINAS
EMAIL ADDRESS REDACTED

COMMONWEALTH OF MASSACHUSETTS
GLENN KAPLAN
GLENN.KAPLAN@STATE.MA.US

COMMONWEALTH OF MASSACHUSETTS
PETER LEIGHT
PETER.LEIGHT@STATE.MA.US

COMMONWEALTH OF PENNSYLVANIA
LINDA MITTEN
RA-LI-UCTS-BANKRUPT@STATE.PA.US

CONSUMER FINANCIAL PROTECTION BUREAU
CYNTHIA GOOEN LESSER
CYNTHIA.LESSER@CFPB.GOV

CORINTHIAN COLLEGES
EMAIL ADDRESS REDACTED

COURTNEY WHITE
EMAIL ADDRESS REDACTED

DARNELL CARTER
EMAIL ADDRESS REDACTED

DAVID DEMASI
EMAIL ADDRESS REDACTED

DAVID SHIMKO
EMAIL ADDRESS REDACTED

DEVELOPMENT RESOURCES, INC.
JOHN GIANNOPOULOS
JOHNG@DEVRESINC.COM

DOMINIQUE ARMSTRONG
EMAIL ADDRESS REDACTED

DOMINIQUE BRUNET
EMAIL ADDRESS REDACTED

DRINKER BIDDLE & REATH LLP
H. JOHN MICHEL, JR.
JOHN.MICHEL@DBR.COM

DRINKER BIDDLE & REATH LLP
MICHAEL P. POMPEO
MICHAEL.POMPEO@DBR.COM

DUMAS & KIM, APC
CHRISTIAN KIM
CKIM@DUMAS-LAW.COM

ERICA BOUCHER
EMAIL ADDRESS REDACTED

FAIRFIELD AND WOODS, P.C.
CAROLINE C. FULLER
CFULLER@FWLAW.COM

FRANKGECKER LLP
JOSEPH FRANK
JFRANK@FGLLP.COM

GARRY FRASIER
EMAIL ADDRESS REDACTED

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GLORIA J. KLINK
EMAIL ADDRESS REDACTED

HAWAII STATE DEPARTMENT OF EDUCATION
DOE_INFO@HAWAIIDOE.ORG

HELEN MATHIS
EMAIL ADDRESS REDACTED

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
JOSEPH CORRIGAN
BANKRUPTCY2@IRONMOUNTAIN.COM

JAGDISH C. AGRAWAL
EMAIL ADDRESS REDACTED

**Corinthian Colleges, Inc., et al. - Service List to e-mail Recipients**

JEFFER MANGELS BUTLER & MITCHELL LLP
BARRY FREEMAN
BFREEMAN@JMBM.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
DAVID POITRAS
DPOITRAS@JMBM.COM

JOANNE PIATEK
EMAIL ADDRESS REDACTED

JOHN W. ANDREWS
EMAIL ADDRESS REDACTED

JONATHAN BURT
EMAIL ADDRESS REDACTED

JOSEF SILNY & ASSOCIATES, INC.
JSILNY@JSILNY.ORG

JOSHUA BENNETT
EMAIL ADDRESS REDACTED

KAREN GRAEFE
EMAIL ADDRESS REDACTED

KAREN GRAEFE
EMAIL ADDRESS REDACTED

KASIA WEIGEL
EMAIL ADDRESS REDACTED

KATHERINE PETTIGREW-HELPLEY
EMAIL ADDRESS REDACTED

KCI EMS EDUCATION & TRAINING
K9KJELETRON@YAHOO.COM

KELLEY DRYE & WARREN LLP
BANKRUPTCY DEPARTMENT
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
RLEHANE@KELLEYDRYE.COM

KETEMA GEMECHU
EMAIL ADDRESS REDACTED

KIMBERLY R. LOTHYAN
EMAIL ADDRESS REDACTED

KLEIN LLC
JULIA B. KLEIN
KLEIN@KLEINLLC.COM

KREIS, ENDERLE, HUDGINS & BORSOS, PC
THOMAS G. KING
TKING@KREISENDERLE.COM

LARRY HANSON
EMAIL ADDRESS REDACTED

LAURA F. FIAL
EMAIL ADDRESS REDACTED

LAW OFFICE OF DONALD W. SIEVEKE
DONALD W. SIEVEKE
DWS4LAW@PACBELL.NET

LETICIA CALDERON
EMAIL ADDRESS REDACTED

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DAVID G. AELVOET
SANANTONIO.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ELIZABETH WELLER
DALLAS.BANKRUPTCY@PUBLICANS.COM

LISA R. GOODWIN ROSKYDOLL
EMAIL ADDRESS REDACTED

MARK C STALBIRD
EMAIL ADDRESS REDACTED

MARK NAVARRA
EMAIL ADDRESS REDACTED

MARY SUE COSTELLO
EMAIL ADDRESS REDACTED

MELINDA I COVARRUBIAS
EMAIL ADDRESS REDACTED

MELISSA SWEENEY
EMAIL ADDRESS REDACTED

MONIQUE S GRIFFIN
EMAIL ADDRESS REDACTED

MORRIS JAMES LLP
CARL N. KUNZ III
CKUNZ@MORRISJAMES.COM

MORRIS JAMES LLP
JEFFREY R. WAXMAN
JWAXMAN@MORRISJAMES.COM

MORRISON & FOERSTER LLP
ERICA RICHARDS
ERICHARDS@MOFO.COM

MORRISON & FOERSTER LLP
LORENZO MARINUZZI
LMARINUZZI@MOFO.COM

NYS DEPT. OF TAXATION & FINANCE
ROBERT COOK
ROBERT.COOK@TAX.NY.GOV

NZITA BELL
EMAIL ADDRESS REDACTED

OFFICE OF THE ATTORNEY GENERAL
JOSEPH J. SANDERS
JSANDERS@ATG.STATE.IL.US

OFFICE OF THE UNITED STATES TRUSTEE
RICHARD SCHEPACARTER
RICHARD.SCHEPACARTER@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
TIMOTHY FOX
TIMOTHY.FOX@USDOJ.GOV

OREGON DEPARTMENT OF JUSTICE
CAROLYN G. WADE
CAROLYN.G.WADE@DOJ.STATE.OR.US

OUTTEN & GOLDEN LLP
JACK RAISNER
JAR@OUTTENGOLDEN.COM

OUTTEN & GOLDEN LLP
RENÉ ROUPINIAN
RSR@OUTTENGOLDEN.COM

PALM SPRINGS MILE ASSOCIATES, LTD
PHILLIP J. EISENBERG
PEISENBERG@PIHC.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
OWEN M. SONIK
OSONIK@PBFCM.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ELIZABETH BANDA CALVO
EBCALVO@PBFCM.COM

PIRCHER, NICHOLS & MEEKS
EUGENE J.M. LEONE
ELEONE@PIRCHER.COM

POLSINELLI PC
CHRISTOPHER WARD
CWARD@POLSINELLI.COM

POLSINELLI PC
SHANTI KATONA
SKATONA@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
ETTA MAYERS
EMAYERS@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY RYAN
JRYAN@POTTERANDERSON.COM

RAMSEY COSAY
EMAIL ADDRESS REDACTED

RANDSTAD NORTH AMERICA, INC
KEN.WILSON@RANDSTADUSA.COM

RICHARD BOUCHER
EMAIL ADDRESS REDACTED

RICHARDS, LAYTON & FINGER, PA
AMANDA STEELE
STEELE@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MARISA TERRANOVA FISSEL
TERRANOVAFISSEL@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MICHAEL MERCHANT
MERCHANT@RLF.COM

ROBERT DONALD BOSIC III
EMAIL ADDRESS REDACTED

ROBERT DONALD BOSIC III
EMAIL ADDRESS REDACTED

ROBINS KAPLAN LLP
SCOTT F. GAUTIER
SGAUTIER@ROBINSKAPLAN.COM

RUTH D. ABBOTT
EMAIL ADDRESS REDACTED

RYAN T. BRENNAN
EMAIL ADDRESS REDACTED

SANDY ROSS
EMAIL ADDRESS REDACTED

SANGOYEMI OGUNSANYA
EMAIL ADDRESS REDACTED

SATTERLEE STEPHENS BURKE & BURKE LLP
ABIGAIL SNOW
ASNOW@SSBB.COM

SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE
CBELMONTE@SSBB.COM

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
NY-DOCKETING@SHEPPARDMULLIN.COM

SIDLEY AUSTIN LLP
ANNA GUMPORT
AGUMPORT@SIDLEY.COM

SIDLEY AUSTIN LLP
JENNIFER HAGLE
JHAGLE@SIDLEY.COM

SILVIO TROISI
EMAIL ADDRESS REDACTED

SIMON PROPERTY GROUP, INC.
RONALD M. TUCKER
RTUCKER@SIMON.COM

SMITA R PATEL
EMAIL ADDRESS REDACTED

STATE OF MICHIGAN
HEATHER DONALD
DONALDH@MICHIGAN.GOV

SYNCHRONY BANK
RAMESH SINGH
CLAIMS@RECOVERYCORP.COM

THE ROSNER LAW GROUP
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TN DEPT OF REVENUE
AGBANKDELAWARE@AG.TN.GOV

TODD FOX
EMAIL ADDRESS REDACTED

TRAVIS COUNTY
KAY D. BROCK
KAY.BROCK@CO.TRAVIS.TX.US

TRU SPLENDOR COMMERCIAL BUILDING
MAINTENANCE
STEVE@TRUSPLENDORJANITORIAL.COM

TX COMPTROLLER OF PUBLIC ACCOUNTS
COURTNEY J. HULL
COURTNEY.HULL@TEXASATTORNEYGENERAL.GOV

U.S. DEPARTMENT OF JUSTICE
DANIELLE PHAM
DANIELLE.PHAM@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
JOHN KRESSE
JOHN.KRESSE@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
MICHAEL R. SEW.HOY
MICHAEL.R.SEW.HOY@USDOJ.GOV

VAHID KEYHANI
EMAIL ADDRESS REDACTED

VERONICA PALOMINO
EMAIL ADDRESS REDACTED

WILLY CELESTIN
EMAIL ADDRESS REDACTED

WISCONSIN DEPARTMENT OF JUSTICE
MICHAEL MORRIS
MORRISMD@DOJ.STATE.WI.US

YOLANDA BARBER BILLIE
EMAIL ADDRESS REDACTED

Parties Served:  134

## **EXHIBIT B**

**Corinthian Colleges, Inc., et al. - U.S. Mail**                                                                    **Served 5/2/2023**

ABDOLHOSSEIN NAVID TABRIZI
ADDRESS REDACTED

AMERICAN EXPRESS TRAVEL RELATED SERVICES
C/O BECKET AND LEE LLP
ATTN: GILBERT B WEISMAN
POB 3001
MALVERN, PA 19355-0701

ARAPAHOE COUNTY TREASURER
ATTN: BENJAMIN SWARTZENDRUBER
5334 S. PRINCE STREET
LITTLETON, CO 80166

ARNITA COLBERT
ADDRESS REDACTED

BMC GROUP, INC.
ATTN: T. FEIL
3732 W. 120TH STREET
HAWTHORN, CA 90250

BOVITZ & SPITZER
ATTN: J. SCOTT BOVITZ
1100 WILSHIRE BLVD., SUITE 2403
LOS ANGELES, CA 90017

BRENDA CLYDESDALE
ADDRESS REDACTED

BUREAU OF LABOR AND INDUSTRIES
800 NE OREGON ST., SUITE 1045
PORTLAND, OR 97232

CA LABOR & WORKFORCE DEVELOPMENT AGENCY
ATTN: PAGA ADMINISTRATOR
455 GOLDEN GATE AVENUE, 9TH FLOOR
SAN FRANCISCO, CA 94102

CAL/OSHA
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
ATTN: BERNARD A. ESKANDARI
300 S. SPRING ST., STE. 1702
LOS ANGELES, CA 90013

CAROL STANFORD
ADDRESS REDACTED

CHELSEA STEPHENSON
ADDRESS REDACTED

CHRISTINA CURRIN
ADDRESS REDACTED

CHRISTINA SALINAS
ADDRESS REDACTED

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ATTN: MAURA HEALEY, AG
ATTN: PETER LEIGHT AAG/GLENN KAPLAN AAG
ONE ASHBURTON PLACE, 18TH FLOOR
BOSTON, MA 02108

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
ATTN: LINDA MITTEN
651 BOAS STREET, ROOM 700
HARRISBURG, PA 17121

CONSUMER ENERGY COMPANY
ATTN: MARY COWELL
ONE ENERGY PLAZA
JACKSON, MI 49201

CONSUMER FINANCIAL PROTECTION BUREAU
ATTN: CYNTHIA GOOEN LESSER
ASSISTANT DEPUTY ENFORCEMENT DIRECTOR
1700 G STREET, N.W.
WASHINGTON, D.C. 20552

CORINTHIAN COLLEGES
ATTN: MARK NAVARRA
690 ARTREVA CRESCENT
BURLINGTON, ONTARIO L7L2B6
CANADA

COURTNEY WHITE
ADDRESS REDACTED

COURTNEY WHITE
ADDRESS REDACTED

DARNELL CARTER
ADDRESS REDACTED

DAVID DEMASI
ADDRESS REDACTED

DAVID SHIMKO
ADDRESS REDACTED

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 898
DOVER, DE 19903

DEPT OF LABOR & INDUSTRIAL RELATIONS
830 PUNCHBOWL ST #321
HONOLULU, HI 96813

DEVELOPMENT RESOURCES, INC.
ATTN: JOHN GIANNOPOULOS
333 NORTH DES PLAINES STREET
CHICAGO, IL 60661

DIVISION OF SAFETY & HEALTH
ONE HUDSON SQUARE
75 VARICK STREET (7TH FLOOR)
NEW YORK, NY 10013

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON, DE 19802

DOMINIQUE ARMSTRONG
ADDRESS REDACTED

DOMINIQUE BRUNET
ADDRESS REDACTED

**Corinthian Colleges, Inc., et al. - U.S. Mail**                                                       Served 5/2/2023

DOMINIQUE BRUNET
ADDRESS REDACTED

DRINKER BIDDLE & REATH LLP
ATTN: H. JOHN MICHEL, JR.
ONE LOGAN SQUARE, STE. 2000
PHILADELPHIA, PA 19103-6996

DRINKER BIDDLE & REATH LLP
ATTN: MICHAEL P. POMPEO
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

DUMAS & KIM, APC
ATTN: CHRISTIAN T. KIM
3435 WILSHIRE BLVD., SUITE 990
LOS ANGELES, CA 90010

EQUITY ONE, INC.
ATTN: LEGAL DEPARTMENT
1 INDEPENDENT DR, STE 114
JACKSONVILLE, FL 32202

ERICA BOUCHER
ADDRESS REDACTED

GARRY FRASIER
ADDRESS REDACTED

GE INFORMATION TECHNOLOGY SOLUTIONS
F/D/B/A IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON, GA 31208-3708

GIBBONS P.C.
ATTN: HOWARD A. COHEN
300 DELAWARE AVENUE, SUITE 1015
WILMINGTON, DE 19801-1671

GLORIA J. KLINK
ADDRESS REDACTED

HAWAII STATE DEPARTMENT OF EDUCATION
1390 MILLER ST.
HONOLULU, HI 96813

HELEN MATHIS
ADDRESS REDACTED

HELEN MATHIS
ADDRESS REDACTED

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JAGDISH C. AGRAWAL
ADDRESS REDACTED

JOANNE PIATEK
ADDRESS REDACTED

JOHN W. ANDREWS
ADDRESS REDACTED

JONATHAN BURT
ADDRESS REDACTED

JOSEF SILNY & ASSOCIATES, INC.
ATTN: JOSEF SILNY
7101 SW 102 AVENUE
MIAMI, FL 33173

JOSHUA BENNETT
ADDRESS REDACTED

K9 CRISIS INTERVENTION
EMS EDUCATION AND TRAINING
ATTN: KELLY KJELETRON
4836 STRATOS WAY, UNIT A
MODESTO, CA 95356

KAREN GRAEFE
ADDRESS REDACTED

KAREN GRAEFE
ADDRESS REDACTED

KASIA WEIGEL
ADDRESS REDACTED

KATHERINE PETTIGREW-HELPLEY
ADDRESS REDACTED

KCI EMS EDUCATION & TRAINING
ATTN: KELLY KJELSTRON
2805 QUARRY DR.
MODESTO, CA 95355

KELLEY DRYE & WARREN LLP
ATTN: ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

KETEMA GEMECHU
ADDRESS REDACTED

KIMBERLY R. LOTHYAN
ADDRESS REDACTED

KREIS, ENDERLE, HUDGINS & BORSOS, PC
ATTN: THOMAS G. KING
PO BOX 4010
KALAMAZOO, MI 49003-4010

LANG DUONG
ADDRESS REDACTED

LARRY HANSON
ADDRESS REDACTED

LAURA F. FIAL
ADDRESS REDACTED

**Corinthian Colleges, Inc., et al. - U.S. Mail**

LAW OFFICE OF DONALD W. SIEVEKE
ATTN: DONALD W. SIEVEKE
1113 N. SPURGEON STREET
SANTA ANA, CA 92701

LETICIA CALDERON
ADDRESS REDACTED

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET
711 NAVARRO STREET, STE 300
SAN ANTONIO, TX 78205

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

LISA GOODWIN
ADDRESS REDACTED

LISA R. GOODWIN ROSKYDOLL
ADDRESS REDACTED

MARK C STALBIRD
ADDRESS REDACTED

MARK NAVARRA
ADDRESS REDACTED

MARY SUE COSTELLO
ADDRESS REDACTED

MELINDA I COVARRUBIAS
ADDRESS REDACTED

MELISSA SWEENEY
ADDRESS REDACTED

MIKE B. FISCHER
ADDRESS REDACTED

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MONIQUE S GRIFFIN
ADDRESS REDACTED

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI/ERICA RICHARDS
250 WEST 55TH STREET
NEW YORK, NY 10019-9601

NEW YORK STATE DEPARTMENT OF LABOR
BUILDING 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12240

NYC DEPARTMENT OF EDUCATION
TWEED COURTHOUSE
52 CHAMBERS STREET
NEW YORK, NY 10007

NYS DEPT. OF TAXATION & FINANCE
OFFICE OF COUNSEL
ATTN: ROBERT COOK/AMANDA HILLER
340 EAST MAIN ST.,
ROCHESTER, NY 14604

NZITA BELL
ADDRESS REDACTED

OCCUPATIONAL SAFETY & HEALTH
830 PUNCHBOWL ST # 425
HONOLULU, HI 96813

OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION
800 W. WASHINGTON STREET, 2ND FLOOR PHOENIX,
AZ 85007

OFFICE OF PRIVATE POSTSECONDARY EDUCATION
OREGON HIGHER EDUCATION COORDINATING
COMMITTEE
255 CAPITOL ST. NE FL. 4
SALEM, OR 97310-1300

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSEPH J. SANDERS
100 W RANDOLPH ST., 12TH FL.
CHICAGO, IL 60601

OFFICE OF THE ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE
1300 I ST.
SACRAMENTO, CA 95814-5901

OFFICE OF THE U.S. ATTORNEY
ATTN: CHARLES M. OBERLY, III
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE 19801

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF ARIZONA
ATTN: JOHN S. LEONARDO
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1200
PHOENIX, AZ 85004-4408

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF HAWAII
ATTN: FLORENCE T. NAKAKUNI
300 ALA MOANA BLVD., #6-100
HONOLULU, HI 96850

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
ATTN: KELLY T. CURRIE
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ATTN: PREET BHARARA
ONE SAINTS ANDREW PLAZA
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD SCHEPACARTER/TIMOTHY FOX
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

OREGON DEPARTMENT OF JUSTICE
ATTN: CAROLYN G. WADE
1162 COURT STREET NE
SALEM, OR 97301-4096

PALM SPRINGS MILE ASSOCIATES, LTD
ATTN: PHILLIP J. EISENBERG
C/O PHILLIPS INTERNATIONAL
295 MADISON AVE., 2ND FLOOR
NEW YORK, NY 10017

PIRCHER, NICHOLS & MEEKS
ATTN: EUGENE J.M. LEONE
900 N. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60611

**Corinthian Colleges, Inc., et al. - U.S. Mail**

PITNEY BOWES GLOBAL FINANCIAL SERVICES
C/O  PITNEY BOWES INC.
ATTN: FAITH SANTIAGO
27 WATERVIEW DR.
SHELTON, CT 06484

RAMSEY COSAY
ADDRESS REDACTED

RANDSTAD NORTH AMERICA, INC
C/O RANDSTAD USA
ATTN: KEN WILSON
3625 CUMBERLAND SE BLVD, SUITE 600
ATLANTA, GA 30339

RICHARD BOUCHER
ADDRESS REDACTED

ROBAINA & KRESIN
ATTN: THOMAS GRIFFIN
5343 N 16TH ST # 200
PHOENIX, AZ 85016-3231

ROBERT DONALD BOSIC III
ADDRESS REDACTED

ROBERT DONALD BOSIC III
C/O HUESTON HENNIGAN LLP
ATTN: LEANNE VANECEK / BRIAN HENNIGAN
523 W 6TH ST. SUITE 400
LOS ANGELES, CA 90014

RUDER WARE, L.L.S.C.
ATTN: JEREMY M. WELCH
500 NORTH FIRST STREET, SUITE 8000
P.O. BOX 8050
WAUSAU, WI 54402-8050

RUFUS CASANOVA LOVE
ADDRESS REDACTED

RUTH D. ABBOTT
ADDRESS REDACTED

RUTH D. ABBOTT
ADDRESS REDACTED

RYAN T. BRENNAN
ADDRESS REDACTED

SANDY ROSS
ADDRESS REDACTED

SANGOYEMI OGUNSANYA
ADDRESS REDACTED

SARAH RICKETTS
ADDRESS REDACTED

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE/ABIGAIL SNOW
230 PARK AVENUE, SUITE 1130
NEW YORK, NY 10169

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REG. DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SHARON GASKIN
ADDRESS REDACTED

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: CARREN B. SHULMAN, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

SIDLEY AUSTIN LLP
ATTN: JENNIFER HAGLE/ANNA GUMPORT
555 WEST FIFTH STREET, #4000
LOS ANGELES, CA 90013

SILVIO TROISI
ADDRESS REDACTED

SMITA R PATEL
ADDRESS REDACTED

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE - 8TH FLOOR
WILMINGTON, DE 19801-0820

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ATTN: BILL SCHUETTE/HEATHER DONALD
CADILLAC PLACE, SUITE 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

STATE OF OREGON OSHA OFFICE
1230 NE 3RD ST #115
BEND, OR 97701

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

THE INDUSTRIAL COMMISSION OF ARIZONA
LABOR DEPARTMENT
ATTN: KAREN AXSOM, DIRECTOR
800 W. WASHINGTON ST
PHOENIX, AZ 85007

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207

TODD FOX
ADDRESS REDACTED

TRAVIS COUNTY
ATTN: KAY D. BROCK
P.O. BOX 1748
AUSTIN, TX 78767

TREASURER - TAX COLLECTOR
DAN MCALLISTER
ATTN: BANKRUPTCY DESK
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101

TRU SPLENDOR COMMERCIAL BUILDING
MAINTENANCE
ATTN: STEPHEN MITCHELL
1807 ALICE WAY.
SACRAMENTO, CA 95834

**Corinthian Colleges, Inc., et al. - U.S. Mail**

TX COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: COURTNEY J. HULL
ATTN: JOHN MARK STERN, AAG
BANKRUPTCY & COLLECTIONS DIVISION, MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
MICHAEL R. SEW HOY
1100 L STREET, N.W., ROOM 10048
WASHINGTON, D.C. 20005

UNITED STATES DEPARTMENT OF LABOR
ATTN: THOMAS E. PEREZ, SECRETARY
200 CONSTITUTION AVE., NW
WASHINGTON, DC 20210

VAHID KEYHANI
ADDRESS REDACTED

VERONICA PALOMINO
ADDRESS REDACTED

WATT LONG BEACH, LLC
ATTN: JAMES MAGINN
2716 OCEAN PARK BLVD.
SANTA MONICA, CA 90405

WHITE GLOVE MAINTENANCE & JANITORIAL SVC
ATTN: ABEL G SALAZAR
5064 SNOWBERRY DRIVE
FONTANA, CA 92336-0759

WILLIAM RUIZ
ADDRESS REDACTED

WILLY CELESTIN
ADDRESS REDACTED

WISCONSIN DEPARTMENT OF JUSTICE
ATTN: BRAD D. SCHIMEL, AG
ATTN: MICHAEL D. MORRIS
POST OFFICE BOX 7857
MADISON, WI 53707-7857

YOLANDA BARBER BILLIE
ADDRESS REDACTED

Parties Served: 144

## EXHIBIT C

## Mailing Information for Case 15-10952-JTD

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Marc Abrams**    mabrams@wtplaw.com, adye@wtplaw.com;clano@wtplaw.com
- **David G. Aelvoet**    davida@publicans.com
- **Elihu Ezekiel Allinson, III**    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
- **Daniel K. Astin**    dastin@ciardilaw.com, wgouldsbury@ciardilaw.com
- **Lorie Ann Ball**    lball@robinskaplan.com, ahartz@publiccounsel.org;drappleye@publiccounsel.org;dwymore@robinskaplan.com;arichardson@publiccounsel.org
- **Elizabeth Banda Calvo**    rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- **Christopher R. Belmonte**    crbelmonte@duanemorris.com, pabosswick@duanemorris.com,nydocket@duanemorris.com,aesnow@duanemorris.com
- **Ian Connor Bifferato**    cbifferato@tbf.legal, mstewart@tbf.legal;mferraro@tbf.legal
- **Karen C. Bifferato**    kbifferato@connollygallagher.com
- **L. John Bird**    learonjohn.bird@stoel.com, docketclerk@stoel.com;april.mellen@stoel.com
- **Rachel Biblo Block**    rblock@jw.com, bkemp@akingump.com
- **William Pierce Bowden**    wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com
- **Dustin Parker Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com
- **Kay Diebel Brock**    bkecf@co.travis.tx.us
- **William J. Burnett**    william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com
- **Rebecca L. Butcher**    butcher@lrclaw.com, rogers@lrclaw.com;ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
- **David W. Carickhoff**    dcarickhoff@archerlaw.com, ahuber@archerlaw.com
- **Shawn M. Christianson**    christianson@buchalter.com, cmcintire@buchalter.com
- **Eboney Cobb**    ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
- **Howard A. Cohen**    howard.cohen@dbr.com
- **Howard A. Cohen**    hcohen@foxrothschild.com, msteen@foxrothschild.com,rsolomon@foxrothschild.com
- **Mark D. Collins**    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Kelly M. Conlan**    kconlan@connollygallagher.com
- **Robert L. Cook**    Robert.Cook@tax.ny.gov
- **Joseph Corrigan**    Bankruptcy2@ironmountain.com
- **Christopher Michael De Lillo**    delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Frank W DeBorde**    fdeborde@mmmlaw.com
- **John D. Demmy**    john.demmy@saul.com, robyn.warren@saul.com
- **Heather L. Donald**    donaldh@michigan.gov
- **John H. Drucker**    jdrucker@druckeradr.com
- **John D. Elrod**    elrodj@gtlaw.com, fieldss@gtlaw.com
- **Bernard A. Eskandari**    bernard.eskandari@doj.ca.gov
- **S. Alexander Faris**    bankfilings@ycst.com
- **Erin R Fay**    efay@wsgr.com, lmcgee@wsgr.com
- **Mark E. Felger**    mfelger@cozen.com, kcallahan@cozen.com,sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
- **David L. Finger**    dfinger@delawgroup.com
- **GianClaudio Finizio**    gfinizio@bayardlaw.com, bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
- **Lauren Dunkle Fortunato**    lfortunato@ashby-geddes.com
- **Timothy Jay Fox**    timothy.fox@usdoj.gov
- **Joseph D. Frank**    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
- **Barry V. Freeman**    bfreeman@jmbm.com, dmp@jmbm.com
- **Caroline C. Fuller**    cfuller@fwlaw.com, dfilipek@fwlaw.com
- **Lars Henrik Fuller**    lfuller@bakerlaw.com, sbliss@bakerlaw.com;lfking@bakerlaw.com
- **Scott F. Gautier**    sgautier@robinskaplan.com, dwymore@robinskaplan.com
- **Jason A. Gibson**    gibson@teamrosner.com
- **Steven A. Ginther**    deecf@dor.mo.gov
- **Lea Pauley Goff**    lea.goff@skofirm.com, emily.keith@skofirm.com
- **Thomas Griffin**    ttg@robainalaw.com, gpc@robainalaw.com
- **Paul S. Groschadl**    pgroschadl@woodsoviatt.com, ehousel@woodsoviatt.com
- **Ruth A. Harvey**    ruth.harvey@usdoj.gov
- **William A. Hazeltine**    Bankruptcy001@sha-llc.com
- **Curtis A Hehn**    curtishehn@comcast.net
- **Reed Heiligman**    reed@hzhlaw.com, awhitt@hzhlaw.com
- **Leslie C. Heilman**    heilmanl@ballardspahr.com, carbonej@ballardspahr.com
- **Brian David Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com;branchd@ballardspahr.com
- **Courtney J Hull**    bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Joseph H. Huston**    jhh@stevenslee.com, annakeane@stevenslee.com
- **Laura Davis Jones**    ljones@pszjlaw.com, efile1@pszjlaw.com
- **Cory D. Kandestin**    kandestin@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Shanti M. Katona**    skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Benjamin W. Keenan**    bkeenan@ashbygeddes.com,
  ahrycak@ashbygeddes.com;kjones@ashbygeddes.com;adellose@ashbygeddes.com;kwilford@ashbygeddes.com
- **Megan Kenney**    rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Julia Bettina Klein**    klein@kleinllc.com
- **Matthew Ryan Koch**    mkoch@milbank.com, jesseyoder@milbank.com;mbrod@milbank.com
- **John Robert Kresse**    John.Kresse@usdoj.gov
- **Carl N. Kunz**    ckunz@morrisjames.com, rsalotto@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com
- **Jeffrey R. Lalama**    jlalama@fgsmlaw.com
- **Tara L. Lattomus**    delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com
- **Robert L. LeHane**    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Douglas G. Leney**    dleney@archerlaw.com, ahuber@archerlaw.com
- **Scott J. Leonhardt**    leonhardt@teamrosner.com
- **Cynthia Gooen Lesser**    cynthia.lesser@cfpb.gov
- **Zhao Liu**    liu@teamrosner.com
- **Christopher Dean Loizides**    loizides@loizides.com

- **Timothy P Lyster**    tlyster@woodsoviatt.com
- **Robert Charles Maddox**    maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Kevin Scott Mann**    kmann@crosslaw.com, smacdonald@crosslaw.com
- **Emily Rae Mathews**    mathews@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Katharine L. Mayer**    kmayer@mccarter.com
- **Laura L. McCloud**    agbankdelaware@ag.tn.gov
- **John Daniel McLaughlin**    jmclaughlin@ferryjoseph.com, jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com
- **Joseph J. McMahon**    jmcmahon@ciardilaw.com
- **Dennis A. Meloro**    melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
- **Michael Joseph Merchant**    merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Maria Ann Milano**    mamilano@foxrothschild.com, vmagda@foxrothschild.com;jshickich@foxrothschild.com
- **Kathleen M. Miller**    kmiller@skjlaw.com, llb@skjlaw.com;jcb@skjlaw.com
- **Rick S. Miller**    rmiller@ferryjoseph.com, mstucky@ferryjoseph.com
- **Francis A. Monaco**    fmonaco@gsbblaw.com, frankmonacojr@gmail.com
- **Eric J. Monzo**    emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Michael Morris**    Morrismd@doj.state.wi.us, radkeke@doj.state.wi.us
- **Marianne S Mortimer**    mmartin@jmbm.com
- **Peter Klaus Muthig**    muthigk@mcao.maricopa.gov, geiserr@mcao.maricopa.gov
- **J. Zachary Noble**    noble@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Frank Eugene Noyes**    fnoyes@offitkurman.com, Elizabeth.White@offitkurman.com
- **James E O'Neill**    joneill@pszjlaw.com, efile1@pszjlaw.com
- **Mark D. Olivere**    olivere@chipmanbrown.com, fusco@chipmanbrown.com;lord@chipmanbrown.com
- **Steven Phillip Ordaz**    sordaz@bmcgroup.com, tfeil.bmcgroup@ecfalerts.com;bmc@ecfAlerts.com
- **Carter Ott**    carter.ott@doj.ca.gov
- **Ricardo Palacio**    rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com;kjones@ashbygeddes.com;adellose@ashbygeddes.com
- **Danielle A Pham**    Danielle.Pham@usdoj.gov
- **Marc J. Phillips**    mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com
- **Jason Custer Powell**    jpowell@delawarefirm.com, dtroiano@delawarefirm.com
- **Jack A. Raisner**    jar@raisnerroupinian.com, jar@outtengolden.com;rrllp@ecf.courtdrive.com
- **Marcos Alexis Ramos**    ramos@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Patrick J. Reilley**    preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Erica J. Richards**    erichards@mofo.com, erica-richards-1053@ecf.pacerpro.com
- **Laurel D. Roglen**    roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Alan Michael Root**    aroot@archerlaw.com
- **Frederick Brian Rosner**    rosner@teamrosner.com
- **Rene S. Roupinian**    rsr@raisnerroupinian.com, warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com
- **Rust Consulting/Omni Bankruptcy**    bosborne@omnimgt.com
- **Jeremy William Ryan**    jryan@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;mdero@potteranderson.com
- **Joseph Sanders**    jsanders@atg.state.il.us
- **Richard L. Schepacarter**    richard.schepacarter@usdoj.gov
- **Michael R. Sew Hoy**    michael.r.sew.hoy@usdoj.gov
- **Carren Shulman**    cshulman@sheppardmullin.com, ny-docketing@sheppardmullin.com
- **Sarah Silveira**    silveira@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Bennett Silverberg**    bsilverberg@brownrudnick.com
- **Ellen Slights**    usade.ecfbankruptcy@usdoj.gov
- **Owen M. Sonik**    osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
- **Jason A. Starks**    BKECF@traviscountytx.gov
- **Robert J. Stearn, Jr.**    stearn@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Amanda R. Steele**    steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Ashley B. Stitzer**    astitzer@macelree.com
- **Brian A. Sullivan**    bsullivan@werbsullivan.com, hbelair@werbsullivan.com
- **Benjamin Swartzendruber**    bswartzendruber@arapahoegov.com
- **Theodore J. Tacconelli**    ttacconelli@ferryjoseph.com
- **Gregory A. Taylor**    gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com;kjones@ashbygeddes.com;adellose@ashbygeddes.com
- **William F. Taylor**    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- **Marisa A. Terranova**    terranova@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Marisa A. Terranova**    terranova@rlf.com, rbgroup@rlf.com
- **Marisa A. Terranova**    terranova@rlf.com, rbgroup@rlf.com
- **Ronald Mark Tucker**    rtucker@simon.com, bankruptcy@simon.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV
- **Marianna Udem**    mudem@askllp.com
- **Gary D. Underdahl**    gunderdahl@askllp.com
- **William Anthony Van Roo**    vanroolaw@gmail.com
- **Carolyn G. Wade**    carolyn.g.wade@doj.state.or.us
- **Christopher A. Ward**    cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Jeffrey R. Waxman**    jwaxman@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Jeremy Welch**    jwelch@ruderware.com, nmcdonald@ruderware.com;alange@ruderware.com
- **Helen Elizabeth Weller**    Dora.Casiano-Perez@lgbs.com, Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com
- **Etta Ren Wolfe**    ewolfe@potteranderson.com, bankruptcy@potteranderson.com

## No Notice List

The following is the list of **parties** who are on a related AP case and have asked not to receive notice/service for this lead BK case.

- **Jill B. Bienstock**    jbienstock@coleschotz.com, fpisano@coleschotz.com
- **Nicholas J. Brannick**    nicholas.brannick@newcastlede.gov, rena.ward@newcastlede.gov
- **Gary D. Bressler**    gbressler@mdmc-law.com, scarney@mdmc-law.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Academixdirect, Inc.**
,

**Serena Alcala**
,

**Stephanie Alexander-Dutcher**
,

**American Express Travel Related Services Company Inc**
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**Arizona Department of Education**
,

**Neil E. Asnen**
Klein Moynihan Turco, LLP
450 Seventh Avenue
40th Floor
New York, NY 10123

**Eleanor Bailey**
,

**Barbara Gordon**
,

**Ella Marie Barnes**
,

**Charli DeAnne Bennett**
,

**Cody Bertrand**
,

**Melissa Jay Blair-Williams**
,

**J. Scott Bovitz**
Bovitz & Spitzer
1100 Wilshire Boulevard
Suite 2403
Los Angeles, CA 90017

**Joseph P. Buchman**
Burke Williams Sorensen LLP
444 S. Flower Street
Suite 2400
Los Angeles, CA 90071

**California Department of Consumer Affairs, Bureau for Private Postsecondary Education**
,

**Krishawna Carranza**
,

**Ayo Paige Carter**
,

**Angelica Casas**
,

**Kara E. Casteel**
ASK Financial LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

**May C. Cha**
,

**Ciardi Ciardi & Astin**
,

**John M. Craig**
Law Firm of Russell R. Johnson III, PLC

2258 Wheatlands Drive
Manakin-Sabot, VA 23103

**Craig R. Jalbert as Distribution Trustee**
,

**David Moore**
,

**Joan T. Davis-Pinkney**
,

**Mildred Diaz**
,

**John H. Drucker**
Cole Schotz P.C.
900 Third Avenue, 16th Floor
New York, NY 10022

**Eli DuBosar**
DuBosar Sheres, P.A.
1800 N. Military Trail
Suite 470
Boca Raton, FL 33431

**Howard DuBosar**
DuBosar Sheres PA
1800 N Military Trail
Suite 470
Boca Raton, FL 33431

**El Paso County Treasurer**
1675 Garden of the Gods
Suite 2100
Colorado Springs, CO 80907

**Eva Deshon**
,

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California Street
Suite 4400
Denver, CO 80202

**Sandra Futch**
,

**GE Capital Information Technology Solutions, Inc. f/d/b/a IKON Financial Services**
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

**Briksam Gad**
,

**Gwendolyn J. Godfrey**
Morris Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

**Ivan M. Gold**
Allen Matkins Leck Gamble Mallory Natsis
Three Embarcadero Center
12th Floor
San Francisco, CA 94111-4074

**Jason Gold**
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue NW
Washington, DC 20001

**Kevin A. Guerke**
Baird Mandalas Brockstedt, LLC
2711 Centerville Road, Suite 401
Wilmington, DE 19808
kguerke@bmbde.com, tonia@bmbde.com

**Anna Gumport**
Sidley Austin LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

**Jennifer C. Hagle**
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

**Nicole L. Hall**
,

**Dennis Erroll Harvey**
,

**Casey Harwood**
,

**Maura Healey**
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

**Cameron Hemperly**
,

**Cynthia C. Hernandez**
Robins Kaplan LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067

**Sherry Hobby**
,

**Brian D. Huben**
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

**Phillip Hunt**
,

**Christopher D. Ivey**
Stradling Yocca Carlson & Rauth PC
100 Wilshire Boulevard
Fourth Floor
Santa Monica, CA 90401

**Jack P. Massimino**
,

**Jeffrey W. Janssen**
,

**Fatima Jones**
,

**Glenn Kaplan**
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

**Karen Rose**
,

**Christian T. Kim**
Dumas & Kim, APC
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010

**Christopher S. Koenig**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

**Kayla Konot**
,

**Anna Kordas**
Jones Day
250 Vesey Stret
New York, NY 10281

**Lampert at 25500 Industrial Blvd., LLC**
,

**Rosalie Latorre**
,

**Peter Leight**
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

**Patrick T. Lennon**
MacFarlane Ferguson & McMullen
P.O. Box 1531
Tampa, FL 33601

**Beverly Lowe**
,

**Michael MacKendrick**
,

**Lorenzo Marinuzzi**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com

**Thaddeus P. Martin**
Law Office of Thaddeus P. Martin
4928 109th St, SW
Lakewood, WA 98499

**Etta R. Mayers**
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19801

**Justin Mazza**
,

**McCann Associates Holdings, LLC**
General Counsel
6805 Route 202
New Hope, PA 18938

**Brigette G. McGrath**
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

**H. John Michel**
Drinker Biddle and Reath LLP
One Logan Square
Ste. 2000
Philadelphia, PA 19103-6996

**Microsoft Corporation**
,

**Sarah Moore**
,

**Tonya Moore**
,

**New York State Department of Labor**
Unemployment Insurance Division
Building 12, Room 256

Albany, NY 12240

**Christina Newsom**
,

**Linda Louise Nguyen**
,

**Walter K. Oetzell**
Danning Gill Diamond & Kollitz LLP
1900 Avenue of the Stars
11th Floor
Los Angeles, CA 90067

**Office of Unemployment Compensation Tax Services**
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 700
Harrisburg, PA 17121

**Old Orchard Acquisition Partners, LLC**
,

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Ana Laura Ortiz**
,

**PacifiCorp**
,

**PacifiCorp, d/b/a Rocky Mountain Power**
,

**Laura Parsons-Rivera**
,

**Patrick Fitzgerald as federally-appointed monitor**
,

**Gwendolyn Pawluck**
,

**Stefanie Pelosi**
,

**Matthew R. Pierce**
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

**David M. Poitras**
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars
Seventh Floor
Los Angeles, CA 90067-4308

**Polsinelli PC**
,

**Michael P. Pompeo**
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

**Public Counsel**
,

**Cynthia Puga**
,

**Quality Investment Properties Sacramento, LLC**
,

**Leigh-Anne M. Raport**
Ashby & Geddes, P.A.

500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**Vincent E. Rhynes**
,

**Jose Alberto Rios**
,

**Robins Kaplan LLC**
,

**Brogan Rose**
,

**Mark Rosenbaum**
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005

**Bethany J. Rubis**
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

**Katie Saechao**
,

**Jessica Sanders-Griffin**
,

**Diane E. Sayers**
5370 Donlyn Place
Antelope, CA 95843

**Maurice Scarbrough**
,

**Brad D. Schimel**
Wisconsin Department of Justice
P O Box 7857
Madison, WI 53707-7857

**Mara Schteinschraber**
,

**H. Jeffrey Schwartz**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**Katherine A. Seabright**
Fox Rothschild LLP
1001 Fourth Avenue
Suite 4500
Seattle, WA 98154

**Donald W. Sieveke**
Law Office of Donald W. Sieveke
1113 N. Spurgeon Street
Santa Ana, CA 92701

**Abigail Snow**
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

**Andrew Joseph Soto**
,

**Madison S. Spach**
Spach Capalid & Waggaman LLP
4675 MacArthur Court
Suite 550
Newport Beach, CA 92660

**Rabekah St.Vincent**
,

**Joseph L. Steinfeld, Jr.**
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

**Charlotte Anne Sweeney**
,

**Dominque Taylor**
,

**Terry Rawls**
,

**The San Diego County Treasurer-Tax Collector of California**
Attn: Dan McAllister
1600 Pacific Highway, Room 162
San Diego, CA 92101

**Dylan Trache**
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue NW
Suite 900
Washington, DC 20001

**U.S. Bank National Association**
,

**Timothy Tyler Vance**
,

**Eugene Vint**
,

**Samantha Wayne**
,

**Maureen Weaver**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363

**Westmain 2000, LLC**
,

**Tracy J. Whitaker**
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

**Jill A Whitworth**
Ohio Bureau of Workers' Compensatio
30 W. Spring St.
Columbus, OH 43266-0581

**Christine Wilford**
,

**Edwin Nelson Wilkins**
,

**Maxine Winters**
,

**Ardrene Wright**
,

**Creditor List**

Click the link above to produce a complete list of **creditors** only.

**List of Creditors**

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.