May 9, 2023

FILED
2023 MAY 11 PM 2:43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Office of the Clerk of the United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Bankruptcy Court: United States Bankruptcy Court for the District of Delaware
Name of Debtor: Corinthian Colleges, Inc.
Case Number: 15-10952-JTD
Title of Objection: Objection to Late Filed Claims
Name of Claimant: John W. Andrews
Claim Number: 4091

**RESPONSE TO OBJECTION:**

Description of the basis for claim:  My claim is in the amount of $78,714.29. This is a priority for payment based upon the documents filed with the Court. This amount represents compensation that was promised to me as part of my employment contract with Corinthian Colleges, Inc.

To the best of my knowledge, I did, in fact file my claim in a timely manner based upon the information that was provided to us at the time of the corporate dissolution. I was counting on this income as part of my retirement and failure to receive it will have substantial impact upon me and my family. I had to retire after the bankruptcy of Corinthian Colleges, Inc.

I worked diligently with various accreditors and state agencies to help protect the students impacted by this bankruptcy. My first priority was to protect the students and create safe harbors for their education. Even a partial settlement of this claim could be very welcome. The bankruptcy of Corinthian Colleges, Inc. has had a devastating impact on my life and upon the lives of so many people.

Name: John W. Andrews
Address: 6881 Defiance Drive, Huntington Beach, California 92647
Email Address: jandrews1228@gmail.com
Telephone Number: 714-791-8946

I appreciate the consideration of the Court and of the Distribution Trustee, Mr. Jalbert.

With Warm Regards, and with Much Appreciation,

John W. Andrews

Cc: Richards, Layton and Finger, PA
One Rodney Square
920 North King Street
Wilmington, Delaware, 19801

Attn: Amanda Steele, Robert C. Maddox and Emily R. Mathews