## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Corinthian Colleges Inc.** | ) | **No. 15-10952 KJC** |
| | ) | *Lead Case* |
| | ) | |
| **Debtors.** | ) | **Chapter   11** |
| | ) | |

## NOTICE OF WITHDRAWAL OF CLAIMS 4129 and 4130

Pursuant to Fed. R. Bankr. P. 3006, the Tennessee Dept. of Revenue withdraws the following claim:

| | |
|---|---|
| Jointly Administered Case Name: | Florida Metropolitan University |
| Jointly Administered Case Number: | 15-10962 KJC |
| Amount of Post-Petition Claim: | $750.00 |
| Date Claim Filed: | October 12, 2015 |
| Claims Agent Number: | 4129 |

| | |
|---|---|
| Jointly Administered Case Name: | Florida Metropolitan University |
| Jointly Administered Case Number: | 15-10962 KJC |
| Amount of Post-Petition Claim: | $750.00 |
| Date Claim Filed: | October 12, 2015 |
| Claims Agent Number: | 4130 |

Respectfully submitted,

JONATHAN SKRMITTI
Tennessee Attorney General

/s/ Laura L. McCloud
Laura L. McCloud, BPR #16206
Senior Counsel
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee  37202
ph: (615) 532-8933
fax: (615) 741-3334
Email: agbankdelaware@ag.tn.gov
Attorney for the TDOR

## CERTIFICATE OF SERVICE

I do hereby certify that, on May 15, 2023, a true and exact copy of the foregoing Withdrawal of TDOR Claim was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

/s/ Laura L. McCloud

Laura L. McCloud

**FILED**

**TDR**  TENNESSEE DEPARTMENT OF REVENUE

OCT 12 2015

By Rust / Omni, Claims Agent
For U.S. Bankruptcy Court
District of Delaware

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF **DELAWARE**

In re

Florida Metropolitan University, Inc.

**BANKRUPTCY**

Debtor

No. **15-10962**      **Chapter 11**

Taxpayer No. **33-0717605**

## POST PETITION PRIORITY TAX CLAIM

This claim is a first priority as an administrative expense incident to the chapter 11 proceedings.  This Post Petition Priority Tax Claim dated **September 30, 2015** in the amount of **$750.00**.

### PROOF OF CLAIM

1. The undersigned, which resides at Andrew Jackson State Office Building, Nashville, Tennessee 37242, is authorized to Make this proof of claim on behalf of the claimant, the Commissioner of Revenue of the State of Tennessee.
2. The debtor was, at the time of the filing of the petition initiating this case, and still is indebted to the claimant, in the Sum of **$750.00** (See attachment).
    a.  Secured Claim _____
    b.  Unsecured Priority Claim _____
    c.  Unsecured General Claim _____
    d.  Post Petition Priority Tax Claim **$750.00**
    e.
3. The consideration for the debt is Tennessee Taxes with interest accruing under the provisions of T.C.A. **67-6-101** Et seq. as follows:
4. No judgment has been rendered on the claim.
5. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
6. This claim is not subject to any setoff or counterclaim.
7. No security interest is held of this claim.

Evidence of perfection of such security interest is attached hereto.

Dated: **September 30,2015**

Signed: _Carl Gilliam;  Carl Gilliam_____
Delegate of the Commissioner of Revenue

Claim Control No. _28301_    **(DM)**

Carl Gilliam,  Assistant Director
TENNESSEE DEPT. OF REVENUE
c/o ATTORNEY GENERAL
P. O. BOX 20207
NASHVILLE, TN  37202-0207
Creditor No.  493734



Debtor: **FLORIDA METROPOLITAN UNIVERSITY, INC.**

D/B/A:          FLORIDA METROPOLITAN UNIVERSITY, INC.
                6 HUTTON CENTRE DRIVE   SUITE 400
                SANTA ANA, CALIFORNIA   92707
ACCOUNT #:      320409036
ACCT TYPE       FRAN/EXCS 2
ENTITY ID       33-0717605

*TDR* Tennessee Department of Revenue

Pg.    of

# LEGAL CLAIMS SUMMARY SHEET

| FLORIDA METROPOLITAN UNIVERSITY, INC. | Bankruptcy - DELAWARE |
|---|---|
| TAXPAYER'S NAME | TYPE & LOCATION OF COURT |

| FLORIDA METROPOKICAN UNIVERSITY, INC. | 15-10962                            11 |
|---|---|
| BUSINESS NAME | CASE NUMBER          CHAPTER # |

| 6 HUTTON CENTRE DRIVE SUITE 400 | 5/4/15 |
|---|---|
| BUSINESS ADDRESS | DATE PETITION FILED |

| SANTA ANA,  CA  92707 | 6/12/15 |
|---|---|
| CITY          STATE          ZIP | 1ST CREDITORS MEETING |

| 320409036 FRAN/EXCS 2    /    33-0717605 | |
|---|---|
| ACCOUNT NUMBER | BUSINESS CLOSURE DATE |

| TYPE | PERIOD BEGIN | PERIOD END | TAX | PENALTY Late Charge | Ret. Ck | INTEREST | TOTAL |
|---|---|---|---|---|---|---|---|
| E | 07/01/14 | 06/30/15 | 750.00 | 0.00 | 0.00 | 0.00 | 750.00 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| TOTALS |  |  | 750.00 | 0.00 | 0.00 | 0.00 | 750.00 |

Non-claimable Liability

TOTAL LIABILITY*                750.00

P & I Figured to:        **05/04/15**

**RECAP:**
| | |
|---|---|
| (AB) Audit Balance | |
| (PP) Partial Pay Balance | |
| (NR) No Remit Returns | |
| (E) Estimated Assessments | 750.00 |
| (DM) Debit Memos | |
| (RC) Return Checks | |

**GRAND TOTAL**          **$750.00**

Signature

09/30/2015
Date

TDR  TENNESSEE DEPARTMENT OF REVENUE

**FILED**

**OCT 12 2015**

By Rust / Omni, Claims Agent
For U.S. Bankruptcy Court
District of Delaware

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF **DELAWARE**

In re

**SEQUOIA EDUCATION, INC.**
Debtor
Taxpayer No. **94-3135739**

**BANKRUPTCY**

No. **15-10974**   **Chapter 11**

## POST PETITION PRIORITY TAX CLAIM

This claim is a first priority as an administrative expense incident to the chapter 11 proceedings.  This Post Petition Priority Tax Claim dated **September 30, 2015** in the amount of **$750.00**.

### PROOF OF CLAIM

1.  The undersigned, which resides at Andrew Jackson State Office Building, Nashville, Tennessee 37242, is authorized to Make this proof of claim on behalf of the claimant, the Commissioner of Revenue of the State of Tennessee.
2.  The debtor was, at the time of the filing of the petition initiating this case, and still is indebted to the claimant, in the Sum of **$750.00** (See attachment).
    a.  Secured Claim _____
    b.  Unsecured Priority Claim _____
    c.  Unsecured General Claim _____
    d.  Post Petition Priority Tax Claim **$750.00**
    e.
3.  The consideration for the debt is Tennessee Taxes with interest accruing under the provisions of T.C.A. **67-6-101** Et seq. as follows:
4.  No judgment has been rendered on the claim.
5.  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
6.  This claim is not subject to any setoff or counterclaim.
7.  No security interest is held of this claim.

Evidence of perfection of such security interest is attached hereto.

Dated: **September 30,2015**

Signed: *Carl Gilliam, Carl Gilliam*
Delegate of the Commissioner of Revenue

Claim Control No. **28302** **(DM)**

Carl Gilliam,  Assistant Director
TENNESSEE DEPT. OF REVENUE
c/o ATTORNEY GENERAL
P. O. BOX 20207
NASHVILLE, TN  37202-0207
Creditor No.  493734

4130

Debtor:        **SEQUOIA EDUCATION, INC.**

D/B/A:            SEQUOIA EDUCATION, INC.
                  6 HUTTON CENTRE DRIVE   SUITE 400
                  SANTA ANA, CALIFORNIA   92707
ACCOUNT #:     319436072
ACCT TYPE       FRAN/EXCS 2
ENTITY ID       94-3135739

**TDR** **Tennessee Department of Revenue**

Pg.    of

# LEGAL CLAIMS SUMMARY SHEET

SEQUOIA EDUCATION, INC.
TAXPAYER'S NAME

Bankruptcy - DELAWARE
TYPE & LOCATION OF COURT

SEQUOIA EDUCATION, INC.
BUSINESS NAME

15-10974                 11
CASE NUMBER        CHAPTER #

6 HUTTON CENTRE DRIVE SUITE 400
BUSINESS ADDRESS

5/4/15
DATE PETITION FILED

SANTA ANA,  CA  92707
CITY            STATE            ZIP

6/12/15
1ST CREDITORS MEETING

319436072  FRAN/EXCS 2  /  94-3135739
ACCOUNT NUMBER

BUSINESS CLOSURE DATE

| TYPE | PERIOD BEGIN | PERIOD END | TAX | PENALTY Late Charge | Ret. Ck | INTEREST | TOTAL |
|------|--------------|------------|-----|---------------------|---------|----------|-------|
| E | 07/01/14 | 06/30/15 | 750.00 | 0.00 | 0.00 | 0.00 | 750.00 |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
| **TOTALS** |   |   | 750.00 | 0.00 | 0.00 | 0.00 | 750.00 |

Non-claimable
Liability

TOTAL LIABILITY*    750.00

P & I Figured to:    **05/04/15**

RECAP:
(AB) Audit Balance
(PP) Partial Pay Balance
(NR) No Remit Returns
(E) Estimated Assessments                750.00
(DM) Debit Memos
(RC) Return Checks

**GRAND TOTAL           $750.00**

_Debbie McAlister_
Signature

09/30/2015
Date