

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 245
TRENTON, N.J. 08695-0245

April 17, 2023

United States Bankruptcy Court
District of Delaware
Attn: Bankruptcy Court Clerk
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

    RE:    Corinthian Colleges, Inc., et al
              Chapter 11 Proceedings
              #15-10952 KJC

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

To Whom It May Concern:

The State of New Jersey Division of Taxation hereby withdrawals the following proof of claim:

        **Claim #3817.............................Amt: $24,000.00**

The above claim is to be henceforth treated as withdrawn, or having never been filed. Should you have any questions, please direct them as indicated below.

Date: 04/17/2023          Signed: *Erica Hamlin*
                                                Authorized Agent
                                       For the New Jersey Division of Taxation
                                            Erica Hamlin

IN REPLY REFER TO:
    Erica Hamlin, Investigator
    New Jersey Division of Taxation
    Bankruptcy Section
    PO Box 245
    Trenton, NJ 08695-0245
    (609) 322-6527

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 269-245
TRENTON, NJ 08695-0269
4-EM-73

US POSTAGE
ZIP 08625 $001.50
APR 19 2023

RECEIVED
APR 25 2023
By_____

Corinthians Colleges, Inc., et al Claims
Processing
c/o omni Agent solutions
5055 De Soto Ave., Suite 100
Woodland Hills, CA 91367