

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 245
TRENTON, N.J. 08695-0245

April 17, 2023

United States Bankruptcy Court
District of Delaware
Attn: Bankruptcy Court Clerk
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

      RE:    Corinthian Colleges, Inc., et al
              Chapter 11 Proceedings
              #15-10952 KJC

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

To Whom It May Concern:

The State of New Jersey Division of Taxation hereby withdrawals the following proof of claim:

        **Claim #3818............................Amt: $24,000.00**

The above claim is to be henceforth treated as withdrawn, or having never been filed. Should you have any questions, please direct them as indicated below.

Date: 04/17/2023        Signed: *Erica Hamlin*
                                        Authorized Agent
                              For the New Jersey Division of Taxation
                                       Erica Hamlin

IN REPLY REFER TO:
      Erica Hamlin, Investigator
      New Jersey Division of Taxation
      Bankruptcy Section
      PO Box 245
      Trenton, NJ 08695-0245
      (609) 322-6527

US POSTAGE $001.50
ZIP 08625
APR 19 2023

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 245
TRENTON, NJ 08695-0269
4-EM-73

Corinthians Colleges, Inc., et al Claims Processing
c/o omni Agent solutions
5055 De Soto Ave., Suite 100
Woodland Hills, CA 91367



RECEIVED
APR 25 2023
By_____