May 15, 2023

To: Offices of the Clerk of the United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor,
Wilmington, Delaware 19801

From: Melissa Sweeney
7217 Creekwood Court
Tampa, FL 33615

RE: Late Document Completion
Debtor Corithians College
Case No. 15-10952 (JTD)
Claim 4026 & Claim 4027

To whom it may concern,

I understand that your client posted several articles in newspapers to ensure everyone would complete their documentation regarding Corithian's College in a timely manner. Sadly, I had eye surgery, meaning I could not see or use my eyes properly for close to three months. I was unable to read the paper sent to me or complete the required forms. Under the American Disability Act, please take this into consideration. I never received a phone call, which would have made a difference.

I am overnighting this letter to the appropriate parties in hopes my request for consideration is accepted. I did not receive your letter until Friday, May 12, 2023. Corithian's College broke the law, they did not honor the 403B. retirement plan they set up for their employees.

Thank you,

Melissa Sweeney

CC: Attention Amanda Steeke, Richards, Layton & Finger P.A. One Rodney Square, 920 North King Street, Wilmington, Delaware 19801
CC: Robert C. Maddox
CC: Emily R. Mathews

   Gmail                                    Melissa Sweeney <masweeney888@gmail.com>

## Debtor Corithians College, Case15-10952
1 message

Melissa Sweeney <masweeney888@gmail.com>                    Mon, May 15, 2023 at 2:57 PM
To: steele@rlf.com, maddox@rlf.com, mathews@rlf.com

May 15, 2023

To: Offices of the Clerk of the United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor,
Wilmington, Delaware 19801

From: Melissa Sweeney
7217 Creekwood Court
Tampa, FL 33615

RE: Late Document Completion
Debtor- Corithian's College
Case No. 15-10952 (JTD)
Claim 4026 & Claim 4027

To whom it may concern,

I understand that your client posted several articles in newspapers to ensure everyone would complete their documentation regarding Corithian's College in a timely manner. Sadly, I had eye surgery, meaning I could not see or use my eyes properly for close to three months. I was unable to read the paper sent to me or complete the required forms. Under the American Disability Act, please take this into consideration. I never received a phone call, which would have made a difference.

I am overnighting this letter to the appropriate parties in hopes my request for consideration is accepted. I did not receive your letter until Friday, May 12, 2023. Corithian's College broke the law, they did not honor the 403B. retirement plan they set up for their employees.

Thank you,

Melissa Sweeney

CC: Attention Amanda Steeke, Richards, Layton & Finger P.A. One Rodney Square, 920 North King Street, Wilmington, Delaware 19801
CC: Robert C. Maddox
CC: Emily R. Mathews

*Melissa A. Sweeney*