IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC.[1]<br><br>      Debtor.<br>------------------------------------------------------------- | § <br> §    Chapter 11 <br> § <br> §    Case No. 15-10952 (JTD) <br> § <br> §    **Re: Docket Nos. 1882, 1884, 1886 & 1889** |

**CERTIFICATION OF COUNSEL REGARDING DISTRIBUTION TRUSTEE'S
FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN
(I) LATE-FILED CLAIMS AND (II) INSUFFICIENT DOCUMENTATION CLAIMS**

The undersigned hereby certifies as follows:

1.  On May 2, 2023, Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges Distribution Trust in the above captioned chapter 11 case filed the *Distribution Trustee's Fifth Omnibus (Non-Substantive) Objection to Certain (I) Late-Filed Claims and (II) Insufficient Documentation Claims* [Docket No. 1882] (the "**Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). A proposed form of order (the "**Proposed Order**") sustaining the Objection was attached to the Objection as Exhibit A.

2.  Pursuant to the *Notice of Omnibus Objection and Hearing* filed with the Objection, responses to the Objection were to be filed and served by no later than May 16, 2023 at 4:00 p.m. (ET) (the "**Response Deadline**").

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

3. Prior to the Response Deadline, the Distribution Trustee received (i) informal responses to the Objection (the "**Informal Responses**") from Jonathan Burt ("**Mr. Burt**") and Chelsea Stephenson ("**Ms. Stephenson**") and (ii) formal responses (the "**Formal Responses**," and together with the Informal Response, the "**Responses**") to the Objection from Carol Stanford [Docket No. 1886] ("**Ms. Stanford**"), John Andrews [Docket No. 1884] ("**Mr. Andrews**") and Melissa Sweeney [Docket No. 1889] ("**Ms. Sweeney**", and together with Mr. Burt, Ms. Stephenson, Ms. Stanford and Mr. Andrews, the "**Responding Parties**"). The Distribution Trustee has not received any other responses or objections to the Objection, and no other responses or objections thereto appear on the Court's docket in these chapter 11 cases.

4. The Distribution Trustee has engaged in discussions with the Responding Parties and has resolved the Responses from Mr. Burt, Ms. Stanford, Mr. Andrews and Ms. Sweeney (the "**Resolved Responses**"). The Formal Response by Ms. Stanford was resolved without changes to the Proposed Order. The Informal Response from Mr. Burt and the Formal Responses from Mr. Andrews and Ms. Sweeney were resolved by removing their claims from the Proposed Order. The Distribution Trustee continues to be in discussions with Ms. Stephenson (the "**Adjourned Response**") regarding the resolution of her claims, and has adjourned the hearing with respect to claim number 1872 filed by Ms. Stephenson to a hearing date to be determined and thereafter may be continued from time to time.

5. The Distribution Trustee has prepared a revised form of Proposed Order (the "**Revised Order**") reflecting the resolution of the Resolved Responses and the adjournment of the Adjourned Response, and such Revised Order is attached hereto as <u>Exhibit 1</u>. For the convenience of the Court and all parties in interest, a redline of the Revised Order marked against the Proposed Order is attached hereto as <u>Exhibit 2</u>.

2

WHEREFORE, the Distribution Trustee respectfully requests that the Revised Order, attached hereto as Exhibit 1, be entered at the earliest convenience of the Court.

Dated: June 2, 2023  
      Wilmington, Delaware

Respectfully submitted,

*/s/ Emily R. Mathews*  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Amanda R. Steele (No. 5530)  
Robert C. Maddox (No. 5356)  
Emily R. Mathews (No. 6866)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: collins@rlf.com  
      merchant@rlf.com  
      steele@rlf.com  
      maddox@rlf.com  
      mathews@rlf.com

Counsel for the Distribution Trustee