# Exhibit 1

# Revised Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § § § | Case No. 15-10952 (JTD) |
| Debtors. | § § § § § | Re: Docket No. 1882 |

-------------------------------------------------------

**ORDER SUSTAINING THE DISTRIBUTION TRUSTEE'S FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) LATE-FILED CLAIMS AND (II) INSUFFICIENT DOCUMENTATION CLAIMS**

Upon the *Distribution Trustee's Fifth Omnibus Objection (Non-Substantive) to Certain (I) Late-Filed Claims and (II) Insufficient Documentation Claims* (the "**Objection**"),[2] of Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges Distribution Trust (the "**Distribution Trust**"), pursuant to Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being adequate and appropriate under the particular circumstances; and the Court having considered the Jalbert Declaration and found and determined that the relief sought in the

---

[1] The debtors in these cases, along with the last four digits of the debtor's federal tax identification number is: Corinthian Colleges, Inc. (7312).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

-2-

Objection is in the best interests of the Debtors' estates and creditors, and other parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Objection is sustained as provided herein.

2. Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is overruled on the merits.

3. Each Late-Filed Claim identified on <u>Schedule 1</u> hereto is disallowed and expunged in its entirety.

4. Each Insufficient Documentation Claim identified on <u>Schedule 2</u> hereto is disallowed and expunged in its entirety.

5. The objection by the Distribution Trustee to the Disputed Claims, as addressed in the Objection and the schedules hereto, constitutes a separate contested matter with respect to each such claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Disputed Claim.

6. Any stay of this Order pending appeal by any holder of a Disputed Claim or any other party with an interest in such claims that are subject to this Order shall only apply to the contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters arising from the Objection or this Order.

7. The Distribution Trust, Omni, and the Clerk of this Court are authorized to modify the official Claims Register for this chapter 11 case in compliance with the terms of this Order and to take all steps necessary or appropriate to carry out this Order.

8. Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Distribution Trust may have to enforce rights of setoff against the claimants.

9. The rights of the Distribution Trustee to: (i) file subsequent objections to any Disputed Claims on any ground, (ii) amend, modify, and/or supplement the Objection, including, without limitation, the filing of objections to further amended or newly filed claims, (iii) seek expungement or reduction of any claim to the extent all or a portion of such claim has been paid, and (iv) settle any claim for less than the asserted amount are preserved.

10. This Order is immediately effective and enforceable.

11. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**Schedule 1**

**Late-Filed Claims**

Corinthian Colleges, Inc.
Schedule 1 to Fifth Omnibus (Non-Substantive) Objection to Late Filed Claims

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | WILLY CELESTIN<br>5760 KINGSGATE DR. APT. C<br>ORLANDO, FL 32839 | 9/22/2015 | 4083 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | Claim filed after Bar Date. |
| 2 | MARY SUE COSTELLO<br>722 HAZEL AVE.<br>ROSEMEAD, CA 91770 | 9/23/2015 | 4090 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$1,941.95 (P)<br>$0.00 (U)<br>$1,941.95 (T) | Claim filed after Bar Date. |
| 3 | CONSUMERS ENERGY COMPANY<br>ATTN: MARY COWELL<br>ONE ENERGY PLAZA<br>JACKSON, MI 49201 | 4/22/2016 | 4292 | Corinthian Colleges, Inc. | $0.00 (S)<br>$4,148.82 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,148.82 (T) | Claim filed after Bar Date. |
| 4 | TODD FOX<br>2723 OAK ROAD, UNIT I<br>WALNUT CREEK, CA 94597 | 10/16/2015 | 4144 | Heald College, LLC | $0.00 (S)<br>$0.00 (A)<br>$9,848.68 (P)<br>$0.00 (U)<br>$9,848.68 (T) | Claim filed after Bar Date. |
| 5 | KAREN GRAEFE<br>601 HUDSON AVE. APT. 311<br>TAKOMA PARK, MD 20912 | 9/21/2015 | 4080 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$11,821.73 (P)<br>$0.00 (U)<br>$11,821.73 (T) | Claim filed after Bar Date. |
| 6 | KCI EMS EDUCATION & TRAINING<br>ATTN: KELLY KJELSTRON<br>2805 QUARRY DR.<br>MODESTO, CA 95355 | 9/8/2015 | 4038 | Heald College, LLC | $0.00 (S)<br>$0.00 (A)<br>$2,525.00 (P)<br>$0.00 (U)<br>$2,525.00 (T) | Claim filed after Bar Date. |
| 7 | HELEN MATHIS<br>34 N. PARKWOOD AVENUE UNIT 4<br>PASADENA, CA 91107 | 10/8/2015 | 4124 | Corinthian Property Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$54,000.00 (P)<br>$0.00 (U)<br>$54,000.00 (T) | Claim filed after Bar Date. |
| 8 | SMITA R PATEL<br>1 OAKWOOD WAY<br>WEST-WINDSOR, NJ 08550-3526 | 9/11/2015 | 4041 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$634.16 (P)<br>$0.00 (U)<br>$634.16 (T) | Claim filed after Bar Date. |
| 9 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>C/O PITNEY BOWES INC.<br>ATTN: FAITH SANTIAGO<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | 9/28/2015 | 4107 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$29,500.10 (P)<br>$0.00 (U)<br>$29,500.10 (T) | Claim filed after Bar Date. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 1 to Fifth Omnibus (Non-Substantive) Objection to Late Filed Claims

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 10 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>C/O PITNEY BOWES INC.<br>ATTN: FAITH SANTIAGO<br>27 WATERVIEW DR.<br>SHELTON, CT 06484 | 10/8/2015 | 4145 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$10,005.91 (P)<br>$0.00 (U)<br>$10,005.91 (T) | Claim filed after Bar Date. |
| 11 | WILLIAM RUIZ<br>12628 WESTHAMPTON CIRCLE<br>WELLINGTON, FL 33414 | 8/10/2015 | 3856 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$4,274.40 (P)<br>$4,274.40 (U)<br>$4,274.40 (T) | Claim filed after Bar Date. |
| 12 | TRU SPLENDOR COMMERCIAL BUILDING MAINT<br>ATTN: STEPHEN MITCHELL<br>1807 ALICE WAY.<br>SACRAMENTO, CA 95834 | 11/12/2015 | 4258 | Heald College, LLC | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$72,530.00 (U)<br>$85,005.00 (T) | Claim filed after Bar Date. |
| 13 | COURTNEY WHITE<br>6498 CHARTWELL DR.<br>VIRGINIA BEACH, VA 23464 | 9/14/2015 | 4058 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$0.00 (U)<br>$12,475.00 (T) | Claim filed after Bar Date. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

## Schedule 2

**Insufficient Documentation Claims**

Corinthian Colleges, Inc.
Schedule 2 to Fifth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | RUTH DUNCAN ABBOTT<br>25942 HINCKLEY STREET<br>LOMA LINDA, CA 92354 | 7/20/2015 | 2966 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$43,800.00 (P)<br>$0.00 (U)<br>$43,800.00 (T) | Claim No. 2966 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 2 | RUTH D. ABBOTT<br>25942 HINCKLEY STREET<br>LOMA LINDA, CA 92354 | 7/20/2015 | 2971 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$40,000.00 (P)<br>$0.00 (U)<br>$40,000.00 (T) | Claim No. 2971 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 3 | JAGDISH C. AGRAWAL<br>9214 MILL CIRCLE<br>TAMPA, FL 33647 | 7/9/2015 | 952 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,978.24 (P)<br>$0.00 (U)<br>$12,978.24 (T) | Claim No. 952 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 4 | DOMINIQUE ARMSTRONG<br>1165 WEST FERNLEAF AVE.<br>POMONA, CA 91766 | 7/20/2015 | 2956 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$737.75 (P)<br>$0.00 (U)<br>$737.75 (T) | Claim No. 2956 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 5 | NZITA BELL<br>12762 THOMAS ROAD<br>REDLANDS, CA 92373 | 7/15/2015 | 1620 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$12,475.00 (U)<br>$22,475.00 (T) | Claim No. 1620 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 6 | JOSHUA BENNETT<br>295 FULLERTON DR<br>TURLOCK, CA 95382 | 7/6/2015 | 637 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$4,000.00 (P)<br>$0.00 (U)<br>$4,000.00 (T) | Claim No. 637 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 7 | YOLANDA BARBER BILLIE<br>3117 WAGNER HEIGHTS RD.<br>STOCKTON, CA 95209 | 7/13/2015 | 1403 | Heald College, LLC | $0.00 (S)<br>$0.00 (A)<br>$3,500.00 (P)<br>$0.00 (U)<br>$3,500.00 (T) | Claim No. 1403 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 8 | ROBERT DONALD BOSIC III<br>6 HUTTON CENTRE DRIVE, SUITE 400<br>SANTA ANA, CA 92707 | 7/21/2015 | 3280 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$687,525.00 (U)<br>$700,000.00 (T) | Claim No. 3280 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 9 | RICHARD BOUCHER<br>3435 PERRYVILLE DR<br>CONWAY, AR 72032 | 7/14/2015 | 1487 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claim No. 1487 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 10 | ERICA BOUCHER<br>3435 PERRYVILLE DR<br>CONWAY, AR 72032 | 7/14/2015 | 1491 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$7,000.00 (P)<br>$0.00 (U)<br>$7,000.00 (T) | Claim No. 1491 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 2 to Fifth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 11 | RYAN T. BRENNAN<br>6210 PASEO ENCANTADA<br>CAMARILLO, CA 93012 | 7/1/2015 | 414 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$272.14 (P)<br>$0.00 (U)<br>$272.14 (T) | Claim No. 414 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 12 | DOMINIQUE BRUNET<br>1572 VERMILLION LAKE ROAD<br>CHELMSFORD, ON P0M 1L0<br>CANADA | 7/18/2015 | 2187 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,122.40 (P)<br>$0.00 (U)<br>$0.00 (T) | Claim No. 2187 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 13 | DARNELL CARTER<br>15525 BRAYTON STREET<br>PARAMOUNT, CA 90723 | 7/20/2015 | 2957 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$1,412.60 (P)<br>$0.00 (U)<br>$1,412.60 (T) | Claim No. 2957 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 14 | BRENDA CLYDESDALE<br>27659 N. CAMINO DEL LAGO<br>CASTAIC, CA 91384 | 7/22/2015 | 3499 | Florida Metropolitan University, Inc. | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$4,500.00 (T) | Claim No. 3499 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 15 | RAMSEY COSAY<br>2345 N CRAYCROFT RD 331<br>TUSCON, AZ 85712 | 7/6/2015 | 611 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$5,932.37 (P)<br>$5,720.01 (U)<br>$11,652.38 (T) | Claim No. 611 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 16 | MELINDA I COVARRUBIAS<br>13115 GLENOAKS BLVD<br>SYLMAR, CA, 91342 | 7/20/2015 | 2755 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$18,313.27 (P)<br>$0.00 (U)<br>$18,313.27 (T) | Claim No. 2755 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 17 | CHRISTINA CURRIN<br>6759 DONAHUE DR.<br>COLORADO SPRINGS, CO 80923 | 7/6/2015 | 560 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$4,811.53 (P)<br>$0.00 (U)<br>$4,811.53 (T) | Claim No. 560 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 18 | DAVID DEMASI<br>1250 BENTLEY ST<br>CONCORD, CA 94518 | 6/29/2015 | 201 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$1,920.00 (P)<br>$3,280.00 (U)<br>$5,200.00 (T) | Claim No. 201 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 19 | LANG DUONG<br>404 RODEO DR<br>SAN JOSE, CA 95111 | 7/20/2015 | 2683 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$85,000.00 (P)<br>$0.00 (U)<br>$85,000.00 (T) | Claim No. 2683 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 20 | MIKE B. FISCHER<br>1642 BOX PRAIRIE CIR<br>LOVELAND, CO 80538 | 7/30/2015 | 3772 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$191.67 (P)<br>$191.67 (U)<br>$191.67 (T) | Claim No. 3772 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 2 to Fifth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 21 | GARRY FRASIER<br>1375 SUELLEN DRIVE<br>TRACY, CA 95376 | 7/15/2015 | 1572 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$4,193.36 (P)<br>$0.00 (U)<br>$4,193.36 (T) | Claim No. 1572 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 22 | SHARON GASKIN<br>C/O WILSON MCCOY PA<br>ATTN: NATHAN A. MCCOY<br>711 N. ORLANDO AVE., SUITE 202<br>MAITLAND, FL 32751 | 7/21/2015 | 3242 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.75 (P)<br>$0.00 (U)<br>$12,475.75 (T) | Claim No. 3242 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 23 | KETEMA GEMECHU<br>451 LEE ST #301<br>OAKLAND, CA 94610 | 7/6/2015 | 522 | Heald Education, LLC | $0.00 (S)<br>$0.00 (A)<br>$4,984.00 (P)<br>$0.00 (U)<br>$4,984.00 (T) | Claim No. 522 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 24 | LISA GOODWIN<br>123 KOLOKO CT., UNIT 103<br>WAHIAWA, HI 96786 | 7/27/2015 | 3710 | Heald College, LLC | $0.00 (S)<br>$0.00 (A)<br>$32,751.89 (P)<br>$0.00 (U)<br>$32,751.89 (T) | Claim No. 3710 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 25 | MONIQUE S GRIFFIN<br>4791 SPINNAKER WAY<br>DISCOVERY BAY, CA 94505 | 7/21/2015 | 3411 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$915.18 (P)<br>$0.00 (U)<br>$915.18 (T) | Claim No. 3411 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 26 | LARRY HANSON<br>1754 LOS PADRES BLVD.<br>SANTA CLARA, CA 95050 | 7/18/2015 | 2507 | Sequoia Education, Inc. | $0.00 (S)<br>$0.00 (A)<br>$60,374.00 (P)<br>$0.00 (U)<br>$60,374.00 (T) | Claim No. 2507 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 27 | VAHID KEYHANI<br>230 N LAKE MERCED HILLS .3D<br>SAN FRANCISCO, CA 94132 | 6/30/2015 | 346 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$3,950.00 (P)<br>$0.00 (U)<br>$3,950.00 (T) | Claim No. 346 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 28 | GLORIA J. KLINK<br>1416 ALBANY AVE<br>MODESTO, CA 95350 | 7/27/2015 | 3702 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$1,483.76 (P)<br>$0.00 (U)<br>$1,483.76 (T) | Claim No. 3702 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 29 | RUFUS CASANOVA LOVE<br>P.O BOX 368<br>CHINO, CA 91708 | 7/15/2015 | 1615 | Heald Capital LLC | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claim No. 1615 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 30 | MARK NAVARRA<br>C/O CORINTHIAN COLLEGES<br>6 HUTTON CENTRE DR., SUITE #400<br>SANTA ANA, CA 92707 | 5/13/2015 | 7 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$101,000.00 (U)<br>$101,000.00 (T) | Claim No. 7 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 2 to Fifth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 31 | VERONICA PALOMINO<br>8102 NW 104TH AVE<br>TAMARAC, FL 33321 | 7/6/2015 | 543 | Florida Metropolitan University, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$41,135.22 (U)<br>$53,610.22 (T) | Claim No. 543 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 32 | KATHERINE PETTIGREW-HELPLEY<br>1930 FOUNTAIN SQUARE AVE<br>MANTECA, CA 95337 | 7/20/2015 | 2786 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,021.75 (P)<br>$0.00 (U)<br>$12,021.75 (T) | Claim No. 2786 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 33 | SARAH RICKETTS<br>1703-55 KINGSBRIDGE GARDEN CIRCLE<br>MISSISSAUGA, ON L5R 1Y1<br>CANADA | 7/20/2015 | 2660 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$8,000.00 (P)<br>$0.00 (U)<br>$8,000.00 (T) | Claim No. 2660 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 34 | SANDY ROSS<br>945 E HOLLBROOK AVE<br>FLINT, MI 48505 | 7/13/2015 | 1191 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$7,000.00 (P)<br>$7,000.00 (U)<br>$14,000.00 (T) | Claim No. 1191 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 35 | CHRISTINA SALINAS<br>178 PELICAN LOOP<br>PITTSBURG, CA 94565 | 7/6/2015 | 556 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$11,827.20 (P)<br>$0.00 (U)<br>$11,827.20 (T) | Claim No. 556 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 36 | DAVID SHIMKO<br>300 S. CARR AVE APT. 5F<br>LAYFAYETTE, CO 80026-1077 | 6/30/2015 | 371 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$785.00 (P)<br>$4,215.00 (U)<br>$5,000.00 (T) | Claim No. 371 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 37 | MARK C STALBIRD<br>1391 OAKBROOK DRIVE<br>LARGO, FL 33770 | 7/1/2015 | 392 | Florida Metropolitan University, Inc. | $0.00 (S)<br>$0.00 (A)<br>$1,384.62 (P)<br>$0.00 (U)<br>$1,384.62 (T) | Claim No. 392 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 38 | CAROL STANFORD<br>1979 SWAN ST.<br>INNISFIL, ONTARIO, L9S 0B4<br>CANADA | 5/13/2015 | 6 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$108,170.90 (P)<br>$108,170.90 (U)<br>$108,170.90 (T) | Claim No. 6 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 39 | ABDOLHOSSEIN NAVID TABRIZI<br>20335 PITTSFORD DR.<br>KATY, TX 77450 | 7/11/2015 | 1213 | Florida Metropolitan University, Inc. | $0.00 (S)<br>$0.00 (A)<br>$7,200.00 (P)<br>$0.00 (U)<br>$7,200.00 (T) | Claim No. 1213 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 40 | SILVIO TROISI<br>92 MUIRFIELD DRIVE<br>VALPARAISO, IN 46385 | 7/24/2015 | 3638 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$35,000.00 (P)<br>$0.00 (U)<br>$35,000.00 (T) | Claim No. 3638 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 2 to Fifth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 41 | KASIA WEIGEL<br>19357 SYLVAN AVE<br>ESTACADA, OR 97023 | 7/13/2015 | 1370 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$0.00 (U)<br>$12,475.00 (T) | Claim No. 1370 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 42 | KASIA WEIGEL<br>19357 SYLVAN AVE<br>ESTACADA, OR 97023 | 7/13/2015 | 1372 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$0.00 (U)<br>$12,475.00 (T) | Claim No. 1372 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 43 | KASIA A WEIGEL<br>19357 SYLVAN AVE<br>ESTACADA, OR 97023 | 7/13/2015 | 1373 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$18,436.76 (P)<br>$0.00 (U)<br>$18,436.76 (T) | Claim No. 1373 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total