IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § <br> §    Chapter 11 <br> CORINTHIAN COLLEGES, INC.[1] § <br> §    Case No. 15-10952 (JTD) <br> § <br> Debtor. § | |

-----------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 6, 2023 AT 11:00 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.*

**I.  MATTER WITH CERTIFICATION OF COUNSEL:**

1.  Distribution Trustee's Fifth Omnibus (Non-Substantive) Objection to Certain (I) Late-Filed Claims; and (II) Insufficient Documentation Claims [Docket No. 1882 – filed May 2, 2023]

    Objection / Response Deadline:  May 16, 2023 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.  Response to Fifth Omnibus Objection of John W. Andrews [Docket No. 1884 – filed May 11, 2023]

        Status: The response has been resolved.

    B.  Response to Fifth Omnibus Objection of Carol Stanford [Docket No. 1886 – filed May 16, 2023]

        Status: The response has been resolved.

    C.  Response to Fifth Omnibus Objection to Claims of Melissa Sweeney [Docket No. 1889 – filed May 18, 2023]

        Status: The response has been resolved.

    D.  Informal Response of Jonathan Burt

---

[1]  The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

Status: The response has been resolved.

E. Informal Response of Chelsea Stephenson

Status: The hearing with respect to the response has been adjourned to a date to be determined.

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim Regarding Distribution Trustee's Fifth Omnibus (Non-Substantive) Objection to Certain (I) Late-Filed Claims; and (II) Insufficient Documentation Claims [Docket No. 1890 – filed May 23, 2023]

ii. Certification of Counsel Regarding Distribution Trustee's Fifth Omnibus (Non-Substantive) Objection to Certain (I) Late-Filed Claims and (II) Insufficient Documentation Claims [Docket No. 1892 – filed June 2, 2023]

Status: The individual status with respect to each responding claimant is referenced above. On June 2, 2023, the Distribution Trustee submitted a revised form of order regarding this matter. At the direction of the Court, a hearing on this matter is not required at this time.

Dated: June 2, 2023
Wilmington, Delaware

Respectfully submitted,

*/s/ Emily R. Mathews*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Emily R. Mathews (No. 6866)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       maddox@rlf.com
       mathews@rlf.com

Counsel for the Distribution Trustee