## Schedule 1

## Late-Filed Claims

Corinthian Colleges, Inc.
Schedule 1 to Fifth Omnibus (Non-Substantive) Objection to Late Filed Claims

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | WILLY CELESTIN<br>5760 KINGSGATE DR. APT. C<br>ORLANDO, FL 32839 | 9/22/2015 | 4083 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | Claim filed after Bar Date. |
| 2 | MARY SUE COSTELLO<br>722 HAZEL AVE.<br>ROSEMEAD, CA 91770 | 9/23/2015 | 4090 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$1,941.95 (P)<br>$0.00 (U)<br>$1,941.95 (T) | Claim filed after Bar Date. |
| 3 | CONSUMERS ENERGY COMPANY<br>ATTN: MARY COWELL<br>ONE ENERGY PLAZA<br>JACKSON, MI 49201 | 4/22/2016 | 4292 | Corinthian Colleges, Inc. | $0.00 (S)<br>$4,148.82 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,148.82 (T) | Claim filed after Bar Date. |
| 4 | TODD FOX<br>2723 OAK ROAD, UNIT I<br>WALNUT CREEK, CA 94597 | 10/16/2015 | 4144 | Heald College, LLC | $0.00 (S)<br>$0.00 (A)<br>$9,848.68 (P)<br>$0.00 (U)<br>$9,848.68 (T) | Claim filed after Bar Date. |
| 5 | KAREN GRAEFFE<br>601 HUDSON AVE. APT. 311<br>TAKOMA PARK, MD 20912 | 9/21/2015 | 4080 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$11,821.73 (P)<br>$0.00 (U)<br>$11,821.73 (T) | Claim filed after Bar Date. |
| 6 | KCI EMS EDUCATION & TRAINING<br>ATTN: KELLY KJELSTRON<br>2805 QUARRY DR.<br>MODESTO, CA 95355 | 9/8/2015 | 4038 | Heald College, LLC | $0.00 (S)<br>$0.00 (A)<br>$2,525.00 (P)<br>$0.00 (U)<br>$2,525.00 (T) | Claim filed after Bar Date. |
| 7 | HELEN MATHIS<br>34 N. PARKWOOD AVENUE UNIT 4<br>PASADENA, CA 91107 | 10/8/2015 | 4124 | Corinthian Property Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$54,000.00 (P)<br>$0.00 (U)<br>$54,000.00 (T) | Claim filed after Bar Date. |
| 8 | SMITA R PATEL<br>1 OAKWOOD WAY<br>WEST-WINDSOR, NJ 08550-3526 | 9/11/2015 | 4041 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$634.16 (P)<br>$0.00 (U)<br>$634.16 (T) | Claim filed after Bar Date. |
| 9 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>C/O PITNEY BOWES INC.<br>ATTN: FAITH SANTIAGO<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | 9/28/2015 | 4107 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$29,500.10 (P)<br>$0.00 (U)<br>$29,500.10 (T) | Claim filed after Bar Date. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 1 to Fifth Omnibus (Non-Substantive) Objection to Late Filed Claims

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 10 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>C/O PITNEY BOWES INC.<br>ATTN: FAITH SANTIAGO<br>27 WATERVIEW DR.<br>SHELTON, CT 06484 | 10/8/2015 | 4145 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$10,005.91 (P)<br>$0.00 (U)<br>$10,005.91 (T) | Claim filed after Bar Date. |
| 11 | WILLIAM RUIZ<br>12628 WESTHAMPTON CIRCLE<br>WELLINGTON, FL 33414 | 8/10/2015 | 3856 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$4,274.40 (P)<br>$4,274.40 (U)<br>$4,274.40 (T) | Claim filed after Bar Date. |
| 12 | TRU SPLENDOR COMMERCIAL BUILDING MAINT<br>ATTN: STEPHEN MITCHELL<br>1807 ALICE WAY.<br>SACRAMENTO, CA 95834 | 11/12/2015 | 4258 | Heald College, LLC | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$72,530.00 (U)<br>$85,005.00 (T) | Claim filed after Bar Date. |
| 13 | COURTNEY WHITE<br>6498 CHARTWELL DR.<br>VIRGINIA BEACH, VA 23464 | 9/14/2015 | 4058 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$0.00 (U)<br>$12,475.00 (T) | Claim filed after Bar Date. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total