## Schedule 2

**Insufficient Documentation Claims**

Corinthian Colleges, Inc.
Schedule 2 to Fifth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | RUTH DUNCAN ABBOTT<br>25942 HINCKLEY STREET<br>LOMA LINDA, CA 92354 | 7/20/2015 | 2966 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$43,800.00 (P)<br>$0.00 (U)<br>$43,800.00 (T) | Claim No. 2966 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 2 | RUTH D. ABBOTT<br>25942 HINCKLEY STREET<br>LOMA LINDA, CA 92354 | 7/20/2015 | 2971 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$40,000.00 (P)<br>$0.00 (U)<br>$40,000.00 (T) | Claim No. 2971 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 3 | JAGDISH C. AGRAWAL<br>9214 MILL CIRCLE<br>TAMPA, FL 33647 | 7/9/2015 | 952 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,978.24 (P)<br>$0.00 (U)<br>$12,978.24 (T) | Claim No. 952 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 4 | DOMINIQUE ARMSTRONG<br>1165 WEST FERNLEAF AVE.<br>POMONA, CA 91766 | 7/20/2015 | 2956 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$737.75 (P)<br>$0.00 (U)<br>$737.75 (T) | Claim No. 2956 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 5 | NZITA BELL<br>12762 THOMAS ROAD<br>REDLANDS, CA 92373 | 7/15/2015 | 1620 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$12,475.00 (U)<br>$22,475.00 (T) | Claim No. 1620 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 6 | JOSHUA BENNETT<br>295 FULLERTON DR<br>TURLOCK, CA 95382 | 7/6/2015 | 637 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$4,000.00 (P)<br>$0.00 (U)<br>$4,000.00 (T) | Claim No. 637 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 7 | YOLANDA BARBER BILLIE<br>3117 WAGNER HEIGHTS RD.<br>STOCKTON, CA 95209 | 7/13/2015 | 1403 | Heald College, LLC | $0.00 (S)<br>$0.00 (A)<br>$3,500.00 (P)<br>$0.00 (U)<br>$3,500.00 (T) | Claim No. 1403 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 8 | ROBERT DONALD BOSIC III<br>6 HUTTON CENTRE DRIVE, SUITE 400<br>SANTA ANA, CA 92707 | 7/21/2015 | 3280 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$687,525.00 (U)<br>$700,000.00 (T) | Claim No. 3280 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 9 | RICHARD BOUCHER<br>3435 PERRYVILLE DR<br>CONWAY, AR 72032 | 7/14/2015 | 1487 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claim No. 1487 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 10 | ERICA BOUCHER<br>3435 PERRYVILLE DR<br>CONWAY, AR 72032 | 7/14/2015 | 1491 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$7,000.00 (P)<br>$0.00 (U)<br>$7,000.00 (T) | Claim No. 1491 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 2 to Fifth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 11 | RYAN T. BRENNAN<br>6210 PASEO ENCANTADA<br>CAMARILLO, CA 93012 | 7/1/2015 | 414 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$272.14 (P)<br>$0.00 (U)<br>$272.14 (T) | Claim No. 414 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 12 | DOMINIQUE BRUNET<br>1572 VERMILLION LAKE ROAD<br>CHELMSFORD, ON P0M 1L0<br>CANADA | 7/18/2015 | 2187 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,122.40 (P)<br>$0.00 (U)<br>$0.00 (T) | Claim No. 2187 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 13 | DARNELL CARTER<br>15525 BRAYTON STREET<br>PARAMOUNT, CA 90723 | 7/20/2015 | 2957 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$1,412.60 (P)<br>$0.00 (U)<br>$1,412.60 (T) | Claim No. 2957 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 14 | BRENDA CLYDESDALE<br>27659 N. CAMINO DEL LAGO<br>CASTAIC, CA 91384 | 7/22/2015 | 3499 | Florida Metropolitan University, Inc. | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$4,500.00 (T) | Claim No. 3499 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 15 | RAMSEY COSAY<br>2345 N CRAYCROFT RD 331<br>TUSCON, AZ 85712 | 7/6/2015 | 611 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$5,932.37 (P)<br>$5,720.01 (U)<br>$11,652.38 (T) | Claim No. 611 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 16 | MELINDA I COVARRUBIAS<br>13115 GLENOAKS BLVD<br>SYLMAR, CA, 91342 | 7/20/2015 | 2755 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$18,313.27 (P)<br>$0.00 (U)<br>$18,313.27 (T) | Claim No. 2755 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 17 | CHRISTINA CURRIN<br>6759 DONAHUE DR.<br>COLORADO SPRINGS, CO 80923 | 7/6/2015 | 560 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$4,811.53 (P)<br>$0.00 (U)<br>$4,811.53 (T) | Claim No. 560 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 18 | DAVID DEMASI<br>1250 BENTLEY ST<br>CONCORD, CA 94518 | 6/29/2015 | 201 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$1,920.00 (P)<br>$3,280.00 (U)<br>$5,200.00 (T) | Claim No. 201 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 19 | LANG DUONG<br>404 RODEO DR<br>SAN JOSE, CA 95111 | 7/20/2015 | 2683 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$85,000.00 (P)<br>$0.00 (U)<br>$85,000.00 (T) | Claim No. 2683 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 20 | MIKE B. FISCHER<br>1642 BOX PRAIRIE CIR<br>LOVELAND, CO 80538 | 7/30/2015 | 3772 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$191.67 (P)<br>$191.67 (U)<br>$191.67 (T) | Claim No. 3772 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 2 to Fifth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 21 | GARRY FRASIER<br>1375 SUELLEN DRIVE<br>TRACY, CA 95376 | 7/15/2015 | 1572 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$4,193.36 (P)<br>$0.00 (U)<br>$4,193.36 (T) | Claim No. 1572 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 22 | SHARON GASKIN<br>C/O WILSON MCCOY PA<br>ATTN: NATHAN A. MCCOY<br>711 N. ORLANDO AVE., SUITE 202<br>MAITLAND, FL 32751 | 7/21/2015 | 3242 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.75 (P)<br>$0.00 (U)<br>$12,475.75 (T) | Claim No. 3242 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 23 | KETEMA GEMECHU<br>451 LEE ST #301<br>OAKLAND, CA 94610 | 7/6/2015 | 522 | Heald Education, LLC | $0.00 (S)<br>$0.00 (A)<br>$4,984.00 (P)<br>$0.00 (U)<br>$4,984.00 (T) | Claim No. 522 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 24 | LISA GOODWIN<br>123 KOLOKO CT., UNIT 103<br>WAHIAWA, HI 96786 | 7/27/2015 | 3710 | Heald College, LLC | $0.00 (S)<br>$0.00 (A)<br>$32,751.89 (P)<br>$0.00 (U)<br>$32,751.89 (T) | Claim No. 3710 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 25 | MONIQUE S GRIFFIN<br>4791 SPINNAKER WAY<br>DISCOVERY BAY, CA 94505 | 7/21/2015 | 3411 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$915.18 (P)<br>$0.00 (U)<br>$915.18 (T) | Claim No. 3411 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 26 | LARRY HANSON<br>1754 LOS PADRES BLVD.<br>SANTA CLARA, CA 95050 | 7/18/2015 | 2507 | Sequoia Education, Inc. | $0.00 (S)<br>$0.00 (A)<br>$60,374.00 (P)<br>$0.00 (U)<br>$60,374.00 (T) | Claim No. 2507 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 27 | VAHID KEYHANI<br>230 N LAKE MERCED HILLS .3D<br>SAN FRANCISCO, CA 94132 | 6/30/2015 | 346 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$3,950.00 (P)<br>$0.00 (U)<br>$3,950.00 (T) | Claim No. 346 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 28 | GLORIA J. KLINK<br>1416 ALBANY AVE<br>MODESTO, CA 95350 | 7/27/2015 | 3702 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$1,483.76 (P)<br>$0.00 (U)<br>$1,483.76 (T) | Claim No. 3702 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 29 | RUFUS CASANOVA LOVE<br>P.O BOX 368<br>CHINO, CA 91708 | 7/15/2015 | 1615 | Heald Capital LLC | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claim No. 1615 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 30 | MARK NAVARRA<br>C/O CORINTHIAN COLLEGES<br>6 HUTTON CENTRE DR., SUITE #400<br>SANTA ANA, CA 92707 | 5/13/2015 | 7 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$101,000.00 (U)<br>$101,000.00 (T) | Claim No. 7 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 2 to Fifth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 31 | VERONICA PALOMINO<br>8102 NW 104TH AVE<br>TAMARAC, FL 33321 | 7/6/2015 | 543 | Florida Metropolitan University, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$41,135.22 (U)<br>$53,610.22 (T) | Claim No. 543 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 32 | KATHERINE PETTIGREW-HELPLEY<br>1930 FOUNTAIN SQUARE AVE<br>MANTECA, CA 95337 | 7/20/2015 | 2786 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,021.75 (P)<br>$0.00 (U)<br>$12,021.75 (T) | Claim No. 2786 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 33 | SARAH RICKETTS<br>1703-55 KINGSBRIDGE GARDEN CIRCLE<br>MISSISSAUGA, ON L5R 1Y1<br>CANADA | 7/20/2015 | 2660 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$8,000.00 (P)<br>$0.00 (U)<br>$8,000.00 (T) | Claim No. 2660 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 34 | SANDY ROSS<br>945 E HOLLBROOK AVE<br>FLINT, MI 48505 | 7/13/2015 | 1191 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$7,000.00 (P)<br>$7,000.00 (U)<br>$14,000.00 (T) | Claim No. 1191 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 35 | CHRISTINA SALINAS<br>178 PELICAN LOOP<br>PITTSBURG, CA 94565 | 7/6/2015 | 556 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$11,827.20 (P)<br>$0.00 (U)<br>$11,827.20 (T) | Claim No. 556 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 36 | DAVID SHIMKO<br>300 S. CARR AVE APT. 5F<br>LAYFAYETTE, CO 80026-1077 | 6/30/2015 | 371 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$785.00 (P)<br>$4,215.00 (U)<br>$5,000.00 (T) | Claim No. 371 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 37 | MARK C STALBIRD<br>1391 OAKBROOK DRIVE<br>LARGO, FL 33770 | 7/1/2015 | 392 | Florida Metropolitan University, Inc. | $0.00 (S)<br>$0.00 (A)<br>$1,384.62 (P)<br>$0.00 (U)<br>$1,384.62 (T) | Claim No. 392 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 38 | CAROL STANFORD<br>1979 SWAN ST.<br>INNISFIL, ONTARIO, L9S 0B4<br>CANADA | 5/13/2015 | 6 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$108,170.90 (P)<br>$0.00 (U)<br>$108,170.90 (T) | Claim No. 6 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 39 | ABDOLHOSSEIN NAVID TABRIZI<br>20335 PITTSFORD DR.<br>KATY, TX 77450 | 7/11/2015 | 1213 | Florida Metropolitan University, Inc. | $0.00 (S)<br>$0.00 (A)<br>$7,200.00 (P)<br>$0.00 (U)<br>$7,200.00 (T) | Claim No. 1213 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 40 | SILVIO TROISI<br>92 MUIRFIELD DRIVE<br>VALPARAISO, IN 46385 | 7/24/2015 | 3638 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$35,000.00 (P)<br>$0.00 (U)<br>$35,000.00 (T) | Claim No. 3638 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 2 to Fifth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 41 | KASIA WEIGEL<br>19357 SYLVAN AVE<br>ESTACADA, OR 97023 | 7/13/2015 | 1370 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$0.00 (U)<br>$12,475.00 (T) | Claim No. 1370 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 42 | KASIA WEIGEL<br>19357 SYLVAN AVE<br>ESTACADA, OR 97023 | 7/13/2015 | 1372 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$12,475.00 (P)<br>$0.00 (U)<br>$12,475.00 (T) | Claim No. 1372 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 43 | KASIA A WEIGEL<br>19357 SYLVAN AVE<br>ESTACADA, OR 97023 | 7/13/2015 | 1373 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$18,436.76 (P)<br>$0.00 (U)<br>$18,436.76 (T) | Claim No. 1373 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total