**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | § |
| | §    Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | § |
| | §    Case No. 15-10952 (JTD) |
| | § |
| Debtor. | §    **Re: Docket Nos. 1882 & 1884** |

---

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION
BETWEEN THE DISTRIBUTION TRUSTEE AND JOHN W. ANDREWS**

The undersigned hereby certifies as follows:

1. On May 4, 2015 (the "**Petition Date**"), Corinthian Colleges, Inc. ("**Corinthian**") and its affiliated entities (collectively, the "**Debtors**") filed voluntary petitions for relief under Chapter 11 of the Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

2. On June 29, 2015, John W. Andrews ("**Claimant**") filed proof of claim no. 220 asserting a priority claim in the amount of $78,714.29 (the "**Priority Claim**"). On July 6, 2015, the Claimant filed proof of claim no. 705 based on Claimant's ownership of Corinthian stock (the "**Equity Claim**"). On September 24, 2015, the Claimant filed proof of claim no. 4091 (the "**Duplicate Claim**" and with the Priority Claim and the Equity Claim, the "**Claims**"), which is a duplicate of proof of claim no. 220.

3. On May 2, 2023, Craig R. Jalbert, as the Distribution Trustee (the "**Distribution Trustee**," and together with the Claimant, the "**Parties**") of the Corinthian Distribution Trust (the "**Distribution Trust**") filed the *Distribution Trustee's Fifth Omnibus (Non-Substantive)*

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

*Objection to Certain (I) Late-Filed Claims; and (II) Insufficient Documentation Claims* (the "**Objection**"). Included on Schedule 1 of the Objection was the Duplicate Claim.

4. The Parties have entered into a stipulation (the "**Stipulation**") to resolve the Claims. A copy of the Stipulation is attached as **Exhibit 1** to the proposed form of order approving the Stipulation (the "**Proposed Order**"), which is attached hereto as **Exhibit A**.

WHEREFORE, the Distribution Trustee respectfully requests that the Proposed Order, attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

Dated: June 8, 2023
Wilmington, Delaware

Respectfully submitted,

*/s/ Emily R. Mathews*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Emily R. Mathews (No. 6866)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
  merchant@rlf.com
  steele@rlf.com
  maddox@rlf.com
  mathews@rlf.com

Counsel for the Distribution Trustee