**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.,[1] | § | |
| | § | Case No. 15-10952 (JTD) |
| | § | |
| | § | |
| Debtors. | § | **Re: Docket No. __** |
| | § | |
| | § | |

---------------------------------------------------------

### ORDER SUSTAINING THE DISTRIBUTION TRUSTEE'S
### ELEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I)
### AMENDED AND SUPERSEDED CLAIMS; (II) LATE-FILED CLAIMS;
### (III) DUPLICATE CLAIMS; AND (IV) EQUITY CLAIMS

Upon the *Distribution Trustee's Eleventh Omnibus Objection (Non-Substantive) to Certain (I) Amended and Superseded Claims; (II) Late-Filed Claims; (III) Duplicate Claims; and (IV) Equity Claims* (the "**Objection**"),[2] of Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges Distribution Trust (the "**Distribution Trust**"), pursuant to Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being adequate and

---

[1]     The debtors in these cases, along with the last four digits of the debtor's federal tax identification number is: Corinthian Colleges, Inc. (7312).

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

appropriate under the particular circumstances; and the Court having considered the Jalbert Declaration and found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates and creditors, and other parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Objection is sustained as provided herein.

2.      Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is overruled on the merits.

3.      Each Amended and Superseded Claim listed in the column titled "Amended Claim to be Disallowed" identified on Schedule 1 hereto is disallowed and expunged in its entirety.  The Amended and Superseded Claims listed in the column titled "Remaining Claim" identified on Schedule 1 hereto shall remain on the Claims Register, subject to the Distribution Trustee's further objections on any substantive or non-substantive grounds and further order of the Court

4.      Each Late-Filed Claim identified on Schedule 2 hereto is disallowed and expunged in its entirety.

5.      Each Duplicate Claim listed in the column titled "Duplicate Claim to be Disallowed" identified on Schedule 3 hereto is disallowed and expunged in its entirety.  The Duplicate Claims listed in the column titled "Surviving Claim" identified on Schedule 3 hereto shall remain on the Claims Register, subject to the Distribution Trustee's further objections on any substantive or non-substantive grounds and further order of the Court.

6.      Each Equity Claim identified on Schedule 4 hereto is disallowed in its entirety.

RLF1 31942861v.1

7.      The objection by the Distribution Trustee to the Disputed Claims, as addressed in the Objection and the schedules hereto, constitutes a separate contested matter with respect to each such claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Disputed Claim.

8.      Any stay of this Order pending appeal by any holder of a Disputed Claim or any other party with an interest in such claims that are subject to this Order shall only apply to the contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters arising from the Objection or this Order.

9.      The Distribution Trust, Omni, and the Clerk of this Court are authorized to modify the official Claims Register for this chapter 11 case in compliance with the terms of this Order and to take all steps necessary or appropriate to carry out this Order.

10.      Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Distribution Trust may have to enforce rights of setoff against the claimants.

11.      The rights of the Distribution Trustee to: (i) file subsequent objections to any Disputed Claims on any ground, (ii) amend, modify, and/or supplement the Objection, including, without limitation, the filing of objections to further amended or newly filed claims, (iii) seek expungement or reduction of any claim to the extent all or a portion of such claim has been paid, and (iv) settle any claim for less than the asserted amount are preserved.

12.      This Order is immediately effective and enforceable.

13.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

RLF1 31942861v.1

## Schedule 1

**Amended and Superseded Claims**

RLF1 31942861v.1

Corinthian Colleges, Inc.
Schedule 1 to Eleventh Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims

| # | Name of Claimant | Remaining Claim | | | | Amended Claim to be Disallowed | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 1 | AT&T CORP<br>C/O AT&T SERIVCES, INC.<br>ATTN: KAREN A. CAVAGNARO<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ 07921 | 8/24/2015 | 3955 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$128,072.84 (U)<br>$128,072.84 (T) | 7/20/2015 | 2985 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$135,052.42 (U)<br>$135,052.42 (T) | Claim No.2985 was amended and superseded by Claim No. 3955. |
| 2 | POTOMAC FESTIVAL, LLC<br>C/O BREGMAN, BERBERT,<br>SCHWARTZ & GILDAY, LLC<br>ATTN: LAURENCE H. BERBERT<br>7315 WISCONSIN AVENUE, SUITE 800<br>WESTBETHESDA, MD 20814 | 9/24/2015 | 4096 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$778,687.73 (U)<br>$778,687.73 (T) | 6/30/2015 | 380 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,351,769.00 (U)<br>$5,351,769.00 (T) | Claim No. 380 was amended and superseded by Claim No. 4096. |
| 3 | THOMSON RUETERS (WEST)<br>C/O MOSS & BARNETT<br>ATTN: SARAH E. DOERR<br>150 5TH ST. S., STE. 1200<br>MINNEAPOLIS, MN 55402 | 7/21/2015 | 3300 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,587.21 (U)<br>$76,587.21 (T) | 7/16/2015 | 1653 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$74,499.21 (U)<br>$74,499.21 (T) | Claim No.1653 was amended and superseded by Claim No. 3300. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

## Schedule 2

**Late-Filed Claims**

Corinthian Colleges, Inc.

Schedule 2 to Eleventh Omnibus (Non-Substantive) Objection to Late Filed Claims

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | ELLIS COMMUNICATIONS DBA KDOC-TV<br>1728 GEN. GEORGE PATTON DRIVE, SUITE 100<br>BRENTWOOD, TN 37027 | 5/2/2017 | 4299 | EVEREST COLLEGE PHOENIX, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$62,037.25 (U)<br>$62,037.25 (T) | Claim filed after Bar Date. |
| 2 | GARDNER, RHONDA L. (PUCKETT)<br>RICHARD E. STARK, ESQ.ATTORNEY AT LAW<br>6445 POWERS FERRY ROAD, SUITE 265<br>ATLANTA, GA 30339 | 10/13/2015 | 4132 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$634,871.55 (U)<br>$634,871.55 (T) | Claim filed after Bar Date. |
| 3 | GOVENDER, HELENA<br>5019 CORDOVA WAY,<br>ST. PETERSBURG, FL 33712 | 9/8/2015 | 4029 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$240,000.00 (U)<br>$240,000.00 (T) | Claim filed after Bar Date. |
| 4 | PITNEY BOWES GLOBAL FINANCIAL<br>C/O PITNEY BOWES INC.<br>ATTN: FAITH SANTIAGO<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | 9/28/2015 | 4106 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$105,866.66 (U)<br>$105,866.66 (T) | Claim filed after Bar Date. |
| 5 | PITNEY BOWES GLOBAL FINANCIAL<br>C/O PITNEY BOWES INC.<br>ATTN: FAITH SANTIAGO<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | 10/8/2015 | 4142 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$122,627.79 (U)<br>$122,627.79 (T) | Claim filed after Bar Date. |
| 6 | SCHNITKER, KELLY<br>4629 WITHERS DR.<br>FORT COLLINS, CO 80524 | 10/2/2015 | 4110 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$111,980.00 (U)<br>$111,980.00 (T) | Claim filed after Bar Date. |

Notes:

[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

## Schedule 3

**Duplicate Claims**

Corinthian Colleges, Inc.
Schedule 3 to Eleventh Omnibus (Non-Substantive) Objection to Duplicate Claims

| | | Surviving Claim | | | | Duplicate Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 1 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN LISA BECKERMAN, ESQ.<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 | 6/2/20145 | 71 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>37,655.79 (U)<br>$37,655.79 (T) | 7/13/2015 | 1234 | HEALD COLLEGE, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>37,655.79 (U)<br>$37,655.79 (T) | Claim No. 71 is duplicative of Claim No. 1234. |
| 2 | BRE/OC GRIFFIN, LLC<br>C/O EQUITY OFFICE MANAGEMENT, LLC<br>Attn: Matthew H. Koritz<br>222 SOUTH RIVERSIDE, SUITE 2000<br>CHICAGO, IL 60606 | 10/8/2015 | 4122 | CORINTHIAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>314,818.24 (U)<br>$314,818.24 (T) | 10/8/2015 | 4123 | CORINTHIAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>314,818.24 (U)<br>$314,818.24 (T) | Claim No. 4122 is duplicative of Claim No. 4123. |
| 3 | CENGAGE LEARNING, INC.<br>C/O SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER R. BELMONTE, ESQ.<br>230 PARK AVE., SUITE 1130<br>NEW YORK, NY 10169 | 7/20/2015 | 2394 | HEALD COLLEGE, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>93,607.21 (U)<br>$93,607.21 (T) | 7/20/2015 | 2398 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>93,607.21 (U)<br>$93,607.21 (T) | Claim No. 2398 is duplicative of Claim No. 2394. |
| 4 | FLORENCE DELA GARZA<br>13304 RIDGEPOINT ROAD<br>KELLER, TX 76244 | 7/11/2015 | 1177 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>29,381.66 (U)<br>$29,381.66 (T) | 9/26/2015 | 4101 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>29,381.66 (U)<br>$29,381.66 (T) | Claim No. 1177 is duplicative of Claim No. 4101. |
| 5 | JONES LANG LASALLE, INC.<br>C/O FRANKGECKER LLP<br>ATTN: JOSEPH D. FRANK<br>325 NORTH LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 | 7/17/2015 | 2192 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>670,438.94 (U)<br>$670,438.94 (T) | 7/17/2015 | 2194 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>670,438.94 (U)<br>$670,438.94 (T) | Claim No. 2194 is duplicative of Claim No. 2192. |
| 6 | LALOWSKI, DANIEL<br>C/O O'MALLEY & MADDEN, P.C.<br>ATTN: M. MEGAN O'MALLEY<br>542 SOUTH DEABORN ST., SUITE 6600<br>CHICAGO, IL 60605 | 7/17/2015 | 2230 | CORINTHIAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>400,000.00 (U)<br>$400,000.00 (T) | 7/17/2015 | 2236 | CORINTHIAN SCHOOLS, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>400,000.00 (U)<br>$400,000.00 (T) | Claim No. 2230 is duplicative of Claim No. 2236. |
| 7 | MCCONNACHIE, GINA<br>C/O LAW OFFICES OF ANITA GRACE EDWARDS<br>ATTN: ANITA GRACE EDWARDS<br>3811 LONG BEACH BLVD., SUITE A<br>LONG BEACH, CA 90807 | 7/17/2015 | 2125 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>150,000.00 (U)<br>$150,000.00 (T) | 7/17/2015 | 2121 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>150,000.00 (U)<br>$150,000.00 (T) | Claim No. 2125 is duplicative of Claim No. 2121. |
| 8 | OCEANIC TIME WARNER CABLE, LLC<br>SERENA M. PARKER<br>CHARTER COMMUNICATIONS<br>400 ATLANTIC STREET, ROOM 407<br>STAMFORD, CT 06901 | 8/17/2018 | 4308 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>70,000.00 (U)<br>$70,000.00 (T) | 8/17/2018 | 4309 | HEALD COLLEGE, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>70,000.00 (U)<br>$70,000.00 (T) | Claim No. 4308 is duplicative of Claim No. 4309. |
| 9 | RACKSPACE HOSTING<br>ATTN: A/R DEPARTMENT<br>1 FANATICAL PLACE<br>WINDCREST, TX 78218 | 7/31/2015 | 3351 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,845,902.13 (U)<br>1,845,902.13 (T) | 7/21/2015 | 3353 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,845,902.13 (U)<br>1,845,902.13 (T) | Claim No. 3351 is duplicative of Claim No. 3353 |
| 10 | SHEBOYGAN HOLDINGS, LLC<br>C/O WARREN BLUMENTHAL<br>408 EAST RAVINE BAYE ROAD<br>BAYSIDE, WI 53217 | 7/10/2015 | 1046 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>$0.00 (A)<br>0.00 (P)<br>$928,373.78 (U)<br>$928,373.78 (T) | 7/10/2015 | 1044 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>$0.00 (A)<br>0.00 (P)<br>$928,373.78 (U)<br>$928,373.78 (T) | Claim No. 1046 is duplicative of Claim No. 1044 |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 3 to Eleventh Omnibus (Non-Substantive) Objection to Duplicate Claims

| | | Surviving Claim | | | | Duplicate Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
| 11 | STEVENS, JENNIFER<br>C/O LECLERC & LECLERC LLP<br>ATTN: CHRISTOPHER R. LECLERC<br>235 MONTGOMERY STREET, SUITE 1019<br>SAN FRANCISO, CA 94104 | 7/16/2015 | 1647 | HEALD COLLEGE, LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,000,000.00 (U)<br>$1,000,000.00 (T) | 7/16/2015 | 1648 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,000,000.00 (U)<br>$1,000,000.00 (T) | Claim No. 1647 is duplicative of Claim No. 1648. |
| 12 | SUTTER, JOHN H. & ELOUISE C.<br>33 LINDA AVE #2606<br>OAKLAND, CA 94611 | 7/6/2015 | 722 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>26,289.79 (U)<br>$26,289.79 (T) | 7/6/2015 | 789 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>26,289.79 (U)<br>$26,289.79 (T) | Claim No. 722 is duplicative of Claim No. 789. |
| 13 | VILLAGE PLAZA HOLDINGS, LLC<br>IN RECEIVERSHIP<br>P.O. BOX 7136<br>BLOOMFIELD HILLS, MI 48302 | 8/4/2015 | 3812 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>183,476.89 (U)<br>$183,476.89 (T) | 7/27/2015 | 3716 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>183,476.89 (U)<br>$183,476.89 (T) | Claim No. 3812 is duplicative of Claim No. 3716. |
| 14 | WADE JR.,  JAMES DONALD<br>6 HUTTON CENTRE DRIVE, SUITE 400<br>SANTA ANA, CA 92707 | 7/7/2015 | 850 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>434,560.00 (U)<br>$434,560.00 (T) | 7/7/2015 | 852 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>434,560.00 (U)<br>$434,560.00 (T) | Claim No. 850 is duplicative of Claim No. 852.. |
| 15 | WESTMAIN 2000, LLC<br>C/O KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>ATTN: THOMAS G. KING<br>PO BOX 4010<br>KALAMAZOO, MI 49003-4010 | 7/20/2015 | 3285 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>244,178.20 (U)<br>$244,178.20 (T) | 7/20/2015 | 3314 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>244,178.20 (U)<br>$244,178.20 (T) | Claim No. 3314 is duplicative of Claim No. 3285. |
| 16 | WESTMAIN 2000, LLC<br>C/O KREIS, ENDERLE, HUDGINS & BORSOS, PC<br>ATTN: THOMAS G. KING<br>PO BOX 4010<br>KALAMAZOO, MI 49003-4010 | 7/20/2015 | 3285 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>244,178.20 (U)<br>$244,178.20 (T) | 7/20/2015 | 3335 | CORINTHIAN COLLEGES, INC. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>244,178.20 (U)<br>$244,178.20 (T) | Claim No. 3335 is duplicative of Claim No. 3285. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total

## Schedule 4

**Equity Claims**

| Corinthian Colleges, Inc. | | | | | |
|---|---|---|---|---|---|
| Schedule 4 to Eleventh Omnibus (Non-Substantive) Objection to Equity Claims | | | | | |
| | | | | | |
| | | | | | |

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | ARTHUR, DANIEL W.<br>915 SUMMIT AVE<br>WAYNESBORO, PA 17268 | 7/6/2015 | 615 | Corinthian Colleges, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Per § VII(A)(7)(c) of the Plan, claims for equity interests shall not receive or retain any distribution or property on account of such equity interests. |
| 2 | CHAN, LI<br>15072 ROBINWOOD CT<br>GRAND HAVEN, MI 49417 | 7/18/2015 | 2372 | Corinthian Colleges, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$142,283.00  (U)<br>$142,283.00  (T) | Per § VII(A)(7)(c) of the Plan, claims for equity interests shall not receive or retain any distribution or property on account of such equity interests. |
| 3 | CHUNG, BERLIN  &  CHEN, VICKI  JT TEN<br>227 STOCKBRIDGE AVE.<br>ATHERTON, CA 94027 | 7/13/2015 | 1375 | Corinthian Colleges, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$96,947.40  (U)<br>$96,947.40  (T) | Per § VII(A)(7)(c) of the Plan, claims for equity interests shall not receive or retain any distribution or property on account of such equity interests. |
| 4 | CHUNG, BERLIN  & CHEN, VICKI<br>227 STOCKBRIDGE AVE.<br>ATHERTON, CA 94027 | 7/15/2015 | 1587 | Corinthian Colleges, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$96,947.40  (U)<br>$96,947.40  (T) | Per § VII(A)(7)(c) of the Plan, claims for equity interests shall not receive or retain any distribution or property on account of such equity interests. |
| 5 | DASALLA, ELISA CORREIA<br>2733 JENNIFER DRIVE<br>CASTRO VALLEY, CA 94546 | 7/13/2015 | 1359 | Corinthian Colleges, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Per § VII(A)(7)(c) of the Plan, claims for equity interests shall not receive or retain any distribution or property on account of such equity interests. |
| 6 | DEVEREUX FAMILY TRUST TRUSTEES<br>ATTN: DENNIS AND CHERYL DEVEREUX<br>100 PANORAMACOTO<br>DE CAZA, CA  92679-5381 | 7/6/2015 | 786 | Corinthian Colleges, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$272,944.00  (U)<br>$272,944.00  (T) | Per § VII(A)(7)(c) of the Plan, claims for equity interests shall not receive or retain any distribution or property on account of such equity interests. |
| 7 | HENDERSON, CORY<br>13000 CIRCLE DRIVE<br>BURNSVILLE, MN 55337 | 7/20/2015 | 3121 | Corinthian Colleges, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$68,000.00  (U)<br>$68,000.00  (T) | Per § VII(A)(7)(c) of the Plan, claims for equity interests shall not receive or retain any distribution or property on account of such equity interests. |

Corinthian Colleges, Inc.

Schedule 4 to Eleventh Omnibus (Non-Substantive) Objection to Equity Claims

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 8 | LUCE, DAVID<br>3318 PRARIE GLADE ROAD<br>MIDDLETON, WI 53562 | 7/20/2015 | 2414 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Per § VII(A)(7)(c) of the Plan, claims for equity interests shall not receive or retain any distribution or property on account of such equity interests. |
| 9 | RHYNES, VINCENT E.<br>513 W. 159TH ST.<br>GARDENA, CA 90248 | 5/29/2015 | 82 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Per § VII(A)(7)(c) of the Plan, claims for equity interests shall not receive or retain any distribution or property on account of such equity interests. |
| 10 | WAREHOUSE HOLDINGS (546)<br>ATTN: VINCENT E RHYNE<br>1522 W. MANCHESTER AVE.<br>LOS ANGELES, CA 90047 | 5/29/2015 | 81 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Per § VII(A)(7)(c) of the Plan, claims for equity interests shall not receive or retain any distribution or property on account of such equity interests. |

Notes:

[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total