**Exhibit B**

**Jalbert Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC.,[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 15-10952 (JTD) |

## DECLARATION OF CRAIG R. JALBERT IN SUPPORT OF THE DISTRIBUTION TRUSTEE'S FOURTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) WARN ACT CLAIMS AND (II) NO LIABILITY CLAIMS

I, Craig R. Jalbert, hereby declare under penalty of perjury:

1. I am a principal of Verdolino & Lowey, P.C. where I have worked as a restructuring professional for more than twenty years. I am a certified insolvency and restructuring advisor and am the Distribution Trustee for the Corinthian Colleges Distribution Trust (the "**Distribution Trust**"), established pursuant to the *Debtors' Third Amended and Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidating* [D.I. 990].

2. I submit this declaration (the "**Declaration**") in support of the *Distribution Trustee's Fourteenth Omnibus Objection (Substantive) to Certain (I) WARN Act Claims and (II) No Liability Claims* (the "**Objection**"),[2] dated as of the date hereof and file contemporaneously herewith.

3. I am over the age of eighteen and am authorized by the Distribution Trust to submit this Declaration. All statements in this Declaration are based upon my personal knowledge, my

---

[1] The debtors in these cases, along with the last four digits of the debtor's federal tax identification number is: Corinthian Colleges, Inc. (7312).

[2] Capitalized terms used but not defined in this Declaration shall have the same meanings ascribed to them in the Objection.

RLF1 31999403v.1

review (or the review of others under my supervision) of (i) the relevant proofs of claim, (ii) the official register of claims filed in the chapter 11 case, and/or (iii) the Debtors' Books and Records and other documents identified herein. If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

4. The proofs of claim subject to the Objection were carefully reviewed and analyzed in good faith using due diligence by appropriate personnel of the Distribution Trust, Omni, Verdolino & Lowey, P.C., and Richards, Layton & Finger, P.A.

**A. WARN Act Claims**

5. Based upon a review and analysis of the Books and Records, the Claims Register, and the WARN Act Claims listed on Schedule 1 to the Proposed Order, I and my team have determined that there is no amount due and owing and/or liability on account of the WARN Act Claims. My team and I have also confirmed that none of the WARN Claimants set forth on Schedule 1 opted out of the Settlement Agreement. Therefore, the Distribution Trustee objects to the allowance of the WARN Act Claims set forth on Schedule 1 to the Proposed Order and seeks entry of the Proposed Order disallowing and expunging the WARN Act Claims.

6. The facts relevant to the WARN Act Claims are as follows:

- **Claim No. 1556** (MICHAEL HARRINGTON): Claim number 1556 was filed by MICHAEL HARRINGTON asserting a general unsecured claim in the amount of $35,383,843.44. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 1751** (MICHAEL HARRINGTON): Claim number 1751 was filed by MICHAEL HARRINGTON asserting a general unsecured claim in the amount of $35,383,843.44. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.
- **Claim No. 1743** (MICHAEL HARRINGTON): Claim number 1743 was filed by MICHAEL HARRINGTON asserting a general unsecured claim in the amount of $35,383,843.44. Liability for this claim was satisfied per the WARN Settlement

Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

- **Claim No. 3093** (GREGORY D. SCHROEDER): Claim number 3093 was filed by GREGORY D. SCHROEDER asserting a general unsecured claim in the amount of $0.00. Liability for this claim was satisfied per the WARN Settlement Agreement which was approved by the Court on September 24, 2019. Per the agreement, claims filed by Class Members are disallowed in their entirety.

### B. No Liability Claims

7. Based upon a review and analysis of the Books and Records, the Claims Register, and the No Liability Claims listed on Schedule 2 to the Proposed Order, I and my team have determined that there is no amount due and owing and/or liability on account of the No Liability Claims. Although each No Liability Claim asserts a claim for wages earned prepetition, to the extent any No Liability Claim is deemed to be for future wages, liability for such claims were satisfied per the Settlement Agreement as a WARN Act Claim. Therefore, the Distribution Trustee objects to the allowance of the No Liability Claims set forth on Schedule 2 to the Proposed Order and seeks entry of the Proposed Order disallowing and expunging the No Liability Claims.

8. The facts relevant to the No Liability Claims are as follows:

- **Claim No. 1000** (CARMELLA ANN CASSETTA): Claim number 1000 was filed by CARMELLA ANN CASSETTA asserting a general unsecured claim based on her employment contract in the amount of $520,000.00. It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.
- **Claim No. 1068** (STEPHANIE EDWARDS): Claim number 1068 was filed by STEPHANIE EDWARDS asserting a general unsecured claim based on a personal injury in the amount of $421,095.10. The Debtor's books and records do not reflect any basis for the claim on behalf of this claimant.
- **Claim No. 2312** (KIMERLEE LYNNE ESSE): Claim number 2312 was filed by KIMERLEE LYNNE ESSE asserting a general unsecured claim based on her employment contract in the amount of $0.00. It is my understanding that all prepetition amounts for wages earned prior to the Petition Date were paid either prior to the Petition Date or pursuant to the Debtors' first day motions.
- **Claim No. 2442** (WAYNE & PATRICIA FORD): Claim number 2442 was filed by WAYNE & PATRICIA FORD asserting a general unsecured claim based on a judgment against another potential claimant in this case in the amount of $350,577.20. The Debtor's books and records do not reflect any basis for the claim on behalf of this claimant.

- **Claim No. 858** (IBRAHIM IBRAHIM): Claim number 858 was filed by IBRAHIM IBRAHIM asserting a general unsecured claim based on services performed for Everest Colleges Canada, Inc. in the amount of $60,896.07. This claim pertains to a non-Debtor entity and should be treated as a claim in the Canadian proceedings.
- **Claim No. 4096** (POTOMAC FESTIVAL, LLC): Claim number 4096 was filed by POTOMAC FESTIVAL, LLC asserting a general unsecured claim in the amount of $778,687.73. This claim was filed as a "provisional claim" for a lease that was assigned to Zenith by way of a Lease Assignment and Assumption dated December 2, 2014.
- **Claim No. 390** (MICHAEL RYAN): Claim number 390 was filed by MICHAEL RYAN asserting a general unsecured claim based on wrongful termination from Everest Colleges Canada, Inc. in the amount of $150,000.00. This claim pertains to a non-Debtor entity and should be treated as a claim in the Canadian proceedings.
- **Claim No. 1878** (STERLING KARAMAR PROPERTY MANAGEMENT): Claim number 390 was filed by STERLING KARAMAR PROPERTY MANAGEMENT asserting a general unsecured claim based on rent owed from Everest Colleges Canada, Inc. in the amount of $110,189.20. This claim pertains to a non-Debtor entity and should be treated as a claim in the Canadian proceedings.
- **Claim No. 2237** (WENDY WALFORD): Claim number 2237 was filed by WENDY WALFORD) asserting a general unsecured claim based on wages owed from Everest Colleges Canada, Inc. in the amount of $60,896.07. This claim pertains to a non-Debtor entity and should be treated as a claim in the Canadian proceedings.
- **Claim No. 2920** (WINTHROP RESOURCES CORPORATION): Claim number 2920 was filed by WINTHROP RESOURCES CORPORATION asserting a general unsecured claim based on an equipment lease in the amount of $8,481,232.64. This claim pertains to a non-Debtor entity and should be treated as a claim in the Canadian proceedings. The Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. I understand that all claims relating to the relevant lease were settled pursuant to the Confidential Settlement Agreement and Release dated December 31, 2014.

9.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of December, 2024.

                            */s/ Craig R. Jalbert*
                            Craig Jalbert
                            Distribution Trustee
                            Corinthian Colleges Distribution Trust