IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § § § § | |
| | | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] | | |
| | | Case No. 15-10952 (JTD) |
| Debtor. | | Re: Docket No. 2026 |

---

**NOTICE OF REVISED SCHEDULE TO DISTRIBUTION TRUSTEE'S THIRTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN INSUFFICIENT DOCUMENTATION CLAIMS**

PLEASE TAKE NOTICE that, on December 27, 2024, Craig R. Jalbert, the distribution trustee (the "**Distribution Trustee**") for the Corinthian Colleges Distribution Trust (the "**Distribution Trust**"), in the above captioned chapter 11 case, filed the *Distribution Trustee's Thirteenth Omnibus (Non-Substantive) Objection to Certain Insufficient Documentation Claims* [Docket No. 2026] (the "**Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). **You were previously served with a copy of the Objection.**

PLEASE TAKE FURTHER NOTICE that attached as Exhibit A to the Objection was a proposed form of order (the "**Proposed Order**"), disallowing and expunging certain Insufficient Documentation Claims[2] attached as Schedule 1 to the Proposed Order (the "**Original Schedule**").

PLEASE TAKE FURTHER NOTICE that the Original Schedule inadvertently included the incorrect claim number for the claim filed by Merkburn Holdings Limited (the "**Merkburn Claim**").

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

RLF1 32150345v.1

2

PLEASE TAKE FURTHER NOTICE that the Distribution Trustee has revised the Original Schedule (the "**Revised Schedule**") to include the correct claim number for the Merkburn Claim. The Revised Schedule is attached hereto as **Exhibit 1**. For the convenience of the Court and all parties in interest, a blackline of the Revised Schedule marked against the Original Schedule is attached hereto as **Exhibit 2**.

| | |
|---|---|
| Dated: December 30, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Emily R. Mathews*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Emily R. Mathews (No. 6866)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>      merchant@rlf.com<br>      steele@rlf.com<br>      maddox@rlf.com<br>      mathews@rlf.com<br><br>Counsel for the Distribution Trustee |