**<u>Exhibit 2</u>**

**Blackline**

RLF1 32150345v.1

Corinthian Colleges, Inc.
Schedule 1 to Thirteenth Omnibus (Non-Substantive) Insufficient Documentation

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | BAILEY, ELEANOR<br>C/O CARLIN & BUCHSBAUM, LLP<br>ATTN: ROGER E. HAGG, ESQ.<br>555 E. OCEAN BLVD., SUITE 818<br>LONG BEACH, CA 90802 | 06/15/2015 | 121 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) | Claim No. 121 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 2 | BROWN, KAREN<br>C/O ROBAINA & KRESIN PLLC<br>ATTN: THOMAS GRIFFIN<br>ONE EAST CAMELBACK ROAD, SUITE 710<br>PHOENIX, AZ 85012 | 07/06/2015 | 592 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$222,000.00 (U)<br>$222,000.00 (T) | Claim No. 592 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 3 | BROWN, KAREN<br>C/O ROBAINA & KRESIN PLLC<br>ATTN: THOMAS GRIFFIN<br>ONE EAST CAMELBACK ROAD, SUITE 710<br>PHOENIX, AZ 85012 | 07/06/2015 | 589 | Everest College Phoenix, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$222,000.00 (U)<br>$222,000.00 (T) | Claim No. 589 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 4 | CARRANZA, KRISHAWNA<br>C/O CARLIN & BUCHSBAUM, LLP<br>ATTN: ROGER E. HAGG, ESQ.<br>555 E. OCEAN BLVD., SUITE 818<br>LONG BEACH, CA 90802 | 06/15/2015 | 119 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) | Claim No. 119 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 5 | CARTER, SHARON<br>10307 CASA PALARMO DR. #5<br>RIVERVIEW, FL 33578 | 08/11/2015 | 3893 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,000.00 (U)<br>$60,000.00 (T) | Claim No. 3893 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 6 | CASAS, ANGELICA<br>C/O CARLIN & BUCHSBAUM, LLP<br>ATTN: ROGER E. HAGG, ESQ.<br>555 E. OCEAN BLVD., SUITE 818<br>LONG BEACH, CA 90802 | 06/15/2015 | 120 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) | Claim No. 120 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 7 | DLABACH, GREG<br>402 E MAGNOLIA CT<br>STRAFFORD, MO 65757 | 06/29/2015 | 203 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$240,000.00 (U)<br>$240,000.00 (T) | Claim No. 203 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 8 | EAKINS, ANNA<br>C/O CARLIN & BUCHSBAUM, LLP<br>ATTN: ROGER E. HAGG, ESQ.<br>555 E. OCEAN BLVD., SUITE 818<br>LONG BEACH, CA 90802 | 06/15/2015 | 117 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | Claim No. 117 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 9 | HARWOOD, CASEY<br>C/O CARLIN & BUCHSBAUM, LLP<br>ATTN: ROGER E. HAGG, ESQ.<br>555 E. OCEAN BLVD., SUITE 818<br>LONG BEACH, CA 90802 | 06/15/2015 | 118 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) | Claim No. 118 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |

Notes:
[1] S = Secured; A =Admin; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 1 to Thirteenth Omnibus (Non-Substantive) Insufficient Documentation

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 10 | MERKBURN HOLDINGS LIMITED<br>ATTN: CATHY HALLAM<br>1827 WOODWARD DRIVE, SUITE 302<br>OTTAWA, ON K2C 0P9 CANADA | 07/06/2015 | **761**<br>~~764~~ | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$466,910.04 (U)<br>$466,910.04 (T) | **Claim No. 761**<br>~~Claim No. 764~~ pertains to a Real Property Lease for Everest Colleges Canada, Inc., a non-Debtor entity in this case, and should therefore be treated as a claim in Canadian Proceeding. |
| 11 | NEWSOM, CHRISTINA<br>C/O CARLIN & BUCHSBAUM, LLP<br>ATTN: ROGER E. HAGG, ESQ.<br>555 E. OCEAN BLVD., SUITE 818<br>LONG BEACH, CA 90802 | 06/15/2015 | 116 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) | Claim No. 116 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 12 | PAWLUCK, GWENDOLYN<br>C/O CARLIN & BUCHSBAUM, LLPA<br>ATTN: ROGER E. HAGG, ESQ.<br>555 E. OCEAN BLVD., SUITE 818<br>LONG BEACH, CA 90802 | 06/15/2015 | 123 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250,000.00 (U)<br>$250,000.00 (T) | Claim No. 123 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 13 | PELOSI, STEFANIE<br>C/O CARLIN & BUCHSBAUM, LLP<br>ATTN: ROGER E. HAGG, ESQ.<br>555 E. OCEAN BLVD., SUITE 818<br>LONG BEACH, CA 90802 | 06/15/2015 | 122 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) | Claim No. 122 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 14 | RAMDATH, WINSTON ADMINISTRATOR OF THE ESTATE OF SARAH RAMDATH, DECEASED<br>C/O BENNETT LAW GROUP<br>ATTN: MICHAEL T. BENNETT JRTWO<br>MIDTOWN PLAZA SUITE 1995<br>1349 WEST PEACHTREE ST. NW<br>ATLANTA, GA 30309 | 07/20/2015 | 2657 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | Claim No. 2657 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |

Notes:
[1] S = Secured; A = Admin; P = Priority; U = Unsecured; T = Total