**Schedule 1**

**Amended and Superseded Claims**

Corinthian Colleges, Inc.
Schedule 1 to Twelfth Omnibus Objection (Substantive) to Certain Overstated Claims

| # | Name of Claimant | Date Claim Filed | Claim # | Debtor Name | Claim Amount[1] | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | CIM URBAN REIT PROPERTIES I, L.P.<br>C/O STIMPERT & FORD, LLP<br>ATTN: DANIEL P. STIMPERT, ESQ.<br>8500 WILSHIRE BLVD., SUITE 640<br>BEVERLY HILLS, CA 90211 | 5/13/2015 | 11 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,150,885.10 (U)<br>$4,150,885.10 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$947,617.35 (U)<br>$947,617.35 (T) | Claimant asserts a claim for lease rejection damages in connection with a real property lease. The Claim is overstated on the register by $3,203,267.75 due to overstated rejection damages calculation. As set forth in the Objection, claims for rejection damages are capped by section 502(b)(6) of the Bankruptcy Code. In this claim, the claimant failed to apply the section 502(b)(6) cap. |
| 2 | NORTHVIEW PROPERTIES, LLC<br>C/O KREIS, ENDERLE, HUDGINS & BORSOS, P.C.<br>ATTN: THOMAS G. KING<br>P.O. BOX 4010<br>KALAMAZOO, MI 49003-4010 | 8/10/2015 | 3846 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,196,663.20 (U)<br>$1,196,663.20 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$737,368.63 (U)<br>$737,368.63 (T) | Claimant asserts a claim for lease rejection damages in connection with a real property lease. The Claim is overstated on the register by $459,294.57 due to overstated rejection damages calculation. As set forth in the Objection, claims for rejection damages are capped by section 502(b)(6) of the Bankruptcy Code. In this claim, the claimant incorrectly applied the section 502(b)(6) cap. |
| 3 | VISTA SUDBURY HOTEL INC.<br>ATTN: TYLER J. PUDDY<br>55 KING STREET WEST, SUITE 801<br>KITCHENER, ON N2G 4W1<br>CANADA | 7/21/2015 | 3291 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,741,801.74 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$285,844.09 (U)<br>$285,844.09 (T) | Claimant asserts a claim for lease rejection damages in connection with a real property lease. The Claim is overstated on the register by $4,455,957.61 due to overstated rejection damages calculation. As set forth in the Objection, claims for rejection damages are capped by section 502(b)(6) of the Bankruptcy Code. In this claim, the claimant failed to apply the section 502(b)(6) cap. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total