**Schedule 1**

**WARN Act Claims**

Corinthian Colleges, Inc.
Schedule 1 to Distribution Trustee's Fourteenth Omnibus (Substantive) Objection to WARN Claims

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | HARRINGTON, MICHAEL<br>20200 FOREST AVENUE APT. 1<br>CASTRO VALLEY, CA 94546 | 7/15/2015 | 1556 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>35,383,843.44 (U)<br>$35,383,843.44 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 2 | HARRINGTON, MICHAEL<br>20200 FOREST AVENUE APT. 1<br>CASTRO VALLEY, CA 94546 | 7/15/2015 | 1751 | Sequoia Education, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>35,383,843.44 (U)<br>$35,383,843.44 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 3 | HARRINGTON, MICHAEL<br>20200 FOREST AVENUE APT. 1<br>CASTRO VALLEY, CA 94546 | 7/15/2015 | 1743 | Corinthian Schools, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>35,383,843.44 (U)<br>$35,383,843.44 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |
| 4 | SCHROEDER, GREGORY D.<br>437 STANFORD ST.<br>VACAVILLE, CA 95687 | 7/20/2015 | 3093 | Corinthian Colleges, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Pursuant to the Settlement Agreement, the claimant, as a former employee of the Debtor who was terminated on or about April 26, 2015 due to the mass layoffs or plant closings ordered by the Debtors, is deemed to have released all claims against the Debtors based on or related to the WARN Act. |

Notes:
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total