**Schedule 2**

**No Liability Claims**

RLF1 32203562v.1

Corinthian Colleges, Inc.
Schedule 2 to Distribution Trustee's Fourteenth Omnibus (Substantive) Objection to No Liability Claims

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | CASSETTA, CARMELLA ANN 11 WHITESANDS DR. NEWPORT COAST, CA 92657 | 07/09/2015 | 1000 | Corinthian Colleges, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $520,000.00 (U) $520,000.00 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. |
| 2 | EDWARDS, STEPHANIE C/O CHOI CAPITAL LAW PLLC ATTN: BO YOON CHOI 520 PIKE STREET, SUITE 975 SEATTLE, WA 98101 | 07/10/2015 | 1068 | Corinthian Colleges, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $421,095.10 (U) $421,095.10 (T) | Claim No.1068 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 3 | ESSE, KIMBERLEE LYNNE 5845 N. FARRIS AVE FRESNO, CA 93728 | 7/18/2015 | 2312 | Corinthian Colleges, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $476.42 (U) $476.42 (T) | Upon information and belief, payroll liabilities were satisfied upon termination. |
| 4 | FORD, WAYNE & PATRICIA 8861 N MERIDIAN AVE FRESNO, CA 93720 | 07/18/2015 | 2442 | Heald College, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $350,577.20 (U) $350,577.20 (T) | Claim No.2442 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. |
| 5 | IBRAHIM, IBRAHIM 19 DUBRICK CR KITCHENER, ON N2E 4A4     CANADA | 07/08/2015 | 858 | Corinthian Colleges, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $60,896.07 (U) $60,896.07 (T) | Claim No.858 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. Claim No. 858 pertains to a non-Debtor Entity and should therefore be treated as a claim in the Canadian Proceeding. |
| 6 | POTOMAC FESTIVAL, LLC C/O BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC 7315 WISCONSIN AVENUE SUITE 800 WESTBETHESDA, MD 20814 | 09/24/2015 | 4096 | Corinthian Colleges, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $778,687.73 (U) $778,687.73 (T) | Claim No. 4096 was filed as a "Provisional Claim" for a Lease that was Assigned to Zenith Education Group, Inc. by way of a Lease Assignment and Assumption dated December 2, 2014.  Accordingly, the Debtor has no liability with respect to claim no. 4096. |
| 7 | RYAN, MICHAEL 136 LORNE SCOTS DRIVE MILTON, ON L9T 2Z4   CANADA | 07/01/2015 | 390 | Everest College (Canada) | $0.00 (S) $0.00 (A) $0.00 (P) $150,000.00 (U) $150,000.00 (T) | Claim No.390 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. Claim No. 390 pertains to a non-Debtor Entity and should therefore be treated as a claim in the Canadian Proceeding. |
| 8 | STERLING KARAMAR PROPERTY MANAGEMENT ATTN:KELLY SHINN 465 DAVIS DRIVE, SUITE 119 TANNERY MALL  NEWMARKET, ON L3Y 2P1   CANADA | 07/16/2015 | 1878 | Corinthian Colleges, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $110,189.20 (U) $110,189.20 (T) | Claim No.1878 pertains to Everest Colleges Canada, Inc., a non-Debtor Entity and should therefore be treated as a claim in the Canadian Proceeding. |
| 9 | WALFORD, WENDY 790 POTHIER RD. ST. CHARLES, ON P0M 2W0  CANADA | 07/17/2015 | 2237 | Corinthian Colleges, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $60,896.07 (U) $60,896.07 (T) | Claim No.2237 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. Claim No. 2237 pertains to a non-Debtor Entity and should therefore be treated as a claim in the Canadian Proceeding. |

Notes:
[1] S = Secured; A =Admin; P = Priority; U = Unsecured; T = Total

Corinthian Colleges, Inc.
Schedule 2 to Distribution Trustee's Fourteenth Omnibus (Substantive) Objection to No Liability Claims

| # | Name of Claimant | Date Claim filed | Claim Number | Debtor Name | Claim Amount[1] | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 10 | WINTHROP RESOURCES CORPORATION C/O BLANK ROME LLP ATTN: BONNIE GLANTZ FATELL 1201 MARKET STREET, SUITE 800 WILMINGTON, DE 19801 | 07/20/2015 | 2920 | Corinthian Colleges, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $8,481,232.64 (U) $8,481,232.64 (T) | Claim No. 2920 does not include sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtor's books and records do not reflect any basis for the claim on behalf of this claimant. Further, Claim No. 2920 references a Confidential Settlement Agreement and Release dated December 31, 2014 pursuant to which all claims relating to the Lease were settled.  In addition, the Claim No. 2920 acknowledges "this claim is a contingent claim". |

Notes:
[1] S = Secured; A =Admin; P = Priority; U = Unsecured; T = Total