**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CORINTHIAN COLLEGES, INC.[1] § | |
| § | Case No. 15-10952 (JTD) |
| § | |
| Debtor. § | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 28, 2025 AT 1:00 P.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.    RESOLVED MATTERS:**

1. Distribution Trustee's Twelfth Omnibus (Substantive) Objection to Certain Overstated Claims [Docket No. 2019 – filed December 5, 2024]

   Objection / Response Deadline:    December 19, 2024 at 4:00 p.m. (ET)

   Objections / Responses Received:    None.

   Related Documents:

   i.    Certificate of No Objection Regarding Distribution Trustee's Twelfth Omnibus (Substantive) Objection to Certain Overstated Claims [Docket No. 2023 – filed December 20, 2024]

   ii.   Notice of Submission of Copies of Proofs of Claim Regarding Distribution Trustee's Twelfth Omnibus (Substantive) Objection to Certain Overstated Claims [Docket No. 2025 – filed December 20, 2024]

   iii.  Order Sustaining Distribution Trustee's Twelfth Omnibus (Substantive) Objection to Certain Overstated Claims [Docket No. 2029 – entered December 30, 2024]

   Status:    On December 30, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Corinthian Colleges, Inc. (7312).

2.     Distribution Trustee's Thirteenth Omnibus (Non-Substantive) Objection to Certain Insufficient Documentation Claims [Docket No. 2026 – filed December 27, 2024]

    <u>Objection / Response Deadline</u>:   January 10, 2025 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:   None.

    <u>Related Documents</u>:

    i.     Notice of Revised Schedule to Distribution Trustee's Thirteenth Omnibus (Non-Substantive) Objection to Certain Insufficient Documentation Claims [Docket No. 2028 – filed December 30, 2024]

    ii.     Certificate of No Objection Regarding Distribution Trustee's Thirteenth Omnibus (Non-Substantive) Objection to Certain Insufficient Documentation Claims [Docket No. 2035 – filed January 13, 2025]

    iii.     Notice of Submission of Copies of Proofs of Claim Regarding Distribution Trustee's Thirteenth Omnibus (Non-Substantive) Objection to Certain Insufficient Documentation Claims [Docket No. 2037 – filed January 14, 2025]

    iv.     Order Sustaining the Distribution Trustee's Thirteenth Omnibus (Non-Substantive) Objection to Certain Insufficient Documentation Claims [Docket No. 2041 – entered January 21, 2025]

    <u>Status</u>:   On January 21, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3.     Distribution Trustee's Fourteenth Omnibus (Substantive) Objection to Certain (I) Warn Act Claims and (II) No Liability Claims [Docket No. 2027 – filed December 27, 2024]

    <u>Objection / Response Deadline</u>:   January 10, 2025 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:   None.

    <u>Related Documents</u>:

    i.     Certificate of No Objection Regarding Distribution Trustee's Fourteenth Omnibus (Substantive) Objection to Certain (I) Warn Act Claims and (II) No Liability Claims [Docket No. 2036 – filed January 13, 2025]

    ii.     Notice of Submission of Copies of Proofs of Claim Regarding Distribution Trustee's Fourteenth Omnibus (Substantive) Objection to Certain (I) Warn Act Claims and (II) No Liability Claims [Docket No. 2038 – filed January 14, 2025]

    iii.    Order Sustaining the Distribution Trustee's Fourteenth Omnibus (Substantive) Objection to Certain (I) Warn Act Claims and (II) No Liability Claims [Docket No. 2042 – entered January 21, 2025]

Status:  On January 21, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II.    MATTER WITH CERTIFICATION OF COUNSEL:

4.    Distribution Trustee's Eleventh Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded Claims; (II) Late-Filed Claims; (III) Duplicate Claims; and (IV) Equity Claims [Docket No. 2018 – filed December 5, 2024]

Objection / Response Deadline:  December 19, 2024 at 4:00 p.m. (ET); extended to January 2, 2025 for Rhonda L. Gardner (Puckett)

Objections / Responses Received:  None.

Related Documents:

    i.    Notice of Submission of Copies of Proofs of Claim Regarding Distribution Trustee's Eleventh Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded Claims; (II) Late-Filed Claims; (III) Duplicate Claims; and (IV) Equity Claims [Docket No. 2024 – filed December 20, 2024]

    ii.    Certification of Counsel Regarding Distribution Trustee's Eleventh Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded Claims; (II) Late-Filed Claims; (III) Duplicate Claims; and (IV) Equity Claims [Docket No. 2045 – filed January 22, 2025]

Status:  On January 22, 2025, the Distribution Trustee submitted a revised order under certification of counsel regarding this matter. Accordingly, a hearing on this matter is not necessary.

RLF1 31997276v.2

| | |
|---|---|
| Dated: January 24, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Emily R. Mathews*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Emily R. Mathews (No. 6866)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email:  collins@rlf.com<br>         merchant@rlf.com<br>         steele@rlf.com<br>         maddox@rlf.com<br>         mathews@rlf.com<br><br>Counsel for the Distribution Trustee |

RLF1 31997276v.2